# Exhibit D

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
1600 Ninth Street, Room 400
Sacramento, CA 95814



July 3, 2017

| | | |
|---|---|---|
| Matthew A. Lopes Jr., Partner | via: | Chad Stegeman |
| Office of the Special Master | | Deputy Attorney General |
| Pannone, Lopes, Devereaux, & O'Gara LLC | | California Department of Justice |
| 1301 Atwood Avenue | | 455 Golden Gate Ave., Suite 11000 |
| Johnston, RI 02919 | | San Francisco, CA 94102-5500 |

### RE: MONTHLY STAFFING REPORT FOR DSH FACILITIES

DSH is providing the following information on *Coleman* related staffing for DSH facilities.

The enclosed report contains data for *Coleman* related positions: total number of authorized positions for direct care staffing and treatment team staffing; positions filled; over-time, full-time equivalent positions; contracted full-time equivalent positions; and the overall percentage of vacancies for May 2017.

If you have any questions or concerns, please feel free to contact Candius Burgess, Patient Management Unit, at (916) 654-0090.

Sincerely,

GEORGE MAYNARD
Deputy Director
Hospital Strategic Planning and Implementation Division
Department of State Hospitals

Enclosures

DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients (Amended)
May 1, 2017 through May 31, 2017
Report submitted June 1, 2017

| | Coleman Related Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Department of State Hospitals - Atascadero** | **Facility Totals as of May 31, 2017 - Average Daily Census - 3 Acute 168 Intermediate** | | | | | | | | |
| **Coleman Program Only** | **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| | Psychologist | 0.00 | 8.00 | 8.00 | 7.00 | 0.00 | 0.00 | 7.00 | 1.00 | 12.50% |
| | Psychiatrist | 0.00 | 8.00 | 8.00 | 3.00 | 3.00 | 0.00 | 6.00 | 2.00 | 25.00% |
| | Clinical Social Worker, Health/Correctional Facility (Safety) | 0.00 | 8.00 | 8.00 | 6.50 | 1.00 | 0.00 | 7.50 | 0.50 | 6.25% |
| | Rehabilitation Therapist | 0.00 | 8.00 | 8.00 | 7.00 | 0.00 | 0.00 | 7.00 | 1.00 | 12.50% |
| | Total, Mental Health Treatment Team Staffing | 0.00 | 32.00 | 32.00 | 23.50 | 4.00 | 0.00 | 27.50 | 4.50 | 14.06% |
| | **Direct Care Nursing Staff (5)** | | | | | | | | | |
| | Psychiatric Technician | 112.00 | 0.00 | 112.00 | 94.00 | 0.00 | 0.00 | 94.00 | 18.00 | 16.07% |
| | Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Registered Nurse | 48.00 | 0.00 | 48.00 | 38.00 | 1.00 | 0.00 | 39.00 | 9.00 | 18.75% |
| | Total, Direct Care Nursing Staff | 160.00 | 0.00 | 160.00 | 132.00 | 1.00 | 0.00 | 133.00 | 27.00 | 16.88% |
| **Hospital Wide** | **Administrative Staff** | | | | | | | | | |
| | Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| | Supervising Psychiatric Social Worker | 0.00 | 4.00 | 4.00 | 3.00 | 0.00 | 0.00 | 3.00 | 1.00 | 25.00% |
| | Supervising Rehabilitation Therapist | 0.00 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00% |
| | Chief Psychologist | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| | Senior Psychologist, Supervisor | 0.00 | 9.00 | 9.00 | 6.00 | 0.00 | 0.00 | 6.00 | 3.00 | 33.33% |
| | Senior Psychiatrist, Supervisor | 0.00 | 9.00 | 9.00 | 2.00 | 0.00 | 0.00 | 2.00 | 7.00 | 77.78% |
| | Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Supervising Registered Nurse | 7.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00% |
| | Unit Supervisor | 35.00 | 0.00 | 35.00 | 34.00 | 0.00 | 0.00 | 34.00 | 1.00 | 2.86% |
| | **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | **203.00** | **59.00** | **262.00** | **213.50** | **5.00** | **0.00** | **218.50** | **43.50** | **16.60%** |

(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.
(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.
(6) Position data for treatment team and direct care nursing staff is reported for *Coleman* program only for DSH-Atascadero.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | ICF Direct Care | ICF Treatment Team (Per Discipline) |
|---|---|---|
| AM Shift | 1 to 8 | 1 to 35 |
| PM Shift | 1 to 8 | - |
| NOC | 1 to 16 | - |

1

DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients (Amended)
May 1, 2017 through May 31, 2017
Report submitted June 1, 2017

| | Department of State Hospitals - Coalinga | Facility Totals as of May 31, 2017 - Average Daily Census - 44 Intermediate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Coleman Related Classifications** | **Governor's Budget Authorized Positions (1)** | **Governor's Budget/ Departmental Authorized (Blanket) Positions (2)** | **Total Authorized Positions** | **Total Filled Civil Service Positions (3)** | **Contracted FTE (4)** | **Overtime FTE (4)** | **Total Filled FTE** | **Functional Vacancy FTE** | **Functional Vacancy Rate** |
| Coleman Program Only | **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| | Psychologist | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 2.00 | 1.00 | 33.33% |
| | Psychiatrist | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 2.00 | 1.00 | 33.33% |
| | Clinical Social Worker, Health/Correctional Facility (Safety) | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| | Rehabilitation Therapist | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| | Total, Mental Health Treatment Team Staffing | 12.00 | 0.00 | 12.00 | 10.00 | 0.00 | 0.00 | 10.00 | 2.00 | 16.67% |
| | **Direct Care Nursing Staff (5)** | | | | | | | | | |
| | Psychiatric Technician | 35.00 | 0.00 | 35.00 | 27.00 | 0.00 | 0.00 | 27.00 | 8.00 | 22.86% |
| | Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Registered Nurse | 7.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00% |
| | Total, Direct Care Nursing Staff | 42.00 | 0.00 | 42.00 | 34.00 | 0.00 | 0.00 | 34.00 | 8.00 | 19.05% |
| Hospital Wide | **Administrative Staff** | | | | | | | | | |
| | Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| | Supervising Psychiatric Social Worker | 0.00 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00% |
| | Supervising Rehabilitation Therapist | 0.00 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00% |
| | Chief Psychologist | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| | Senior Psychologist, Supervisor | 1.00 | 6.00 | 7.00 | 7.00 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00% |
| | Senior Psychiatrist, Supervisor | 4.00 | 7.00 | 11.00 | 3.00 | 0.00 | 0.00 | 3.00 | 8.00 | 72.73% |
| | Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Supervising Registered Nurse | 8.00 | 0.00 | 8.00 | 2.00 | 0.00 | 0.00 | 2.00 | 6.00 | 75.00% |
| | Unit Supervisor | 28.00 | 0.00 | 28.00 | 29.00 | 0.00 | 0.00 | 29.00 | 0.00 | 0.00% |
| | **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | **96.00** | **22.00** | **118.00** | **95.00** | **0.00** | **0.00** | **95.00** | **23.00** | **19.49%** |

(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget.  They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.
(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.
(6) Position data for treatment team and direct care nursing staff is reported for *Coleman* program only for DSH-Coalinga.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | ICF Direct Care | ICF Treatment Team (Per Discipline) |
|---|---|---|
| AM Shift | 1 to 8 | 1 to 35 |
| PM Shift | 1 to 8 | - |
| NOC | 1 to 16 | - |

2

DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients (Amended)
May 1, 2017 through May 31, 2017
Report submitted June 1, 2017

| Department of State Hospitals - Patton | Facility Totals as of May 31, 2017 - Average Daily Census - 0 Intermediate |
|---|---|

There are currently no Coleman patients staying at the Department of State Hospitals (DSH), Patton, due to the activation of the Psychiatric Inpatient Program at the California Institution for Women.

DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients (Amended)
May 1, 2017 through May 31, 2017
Report submitted June 1, 2017

| Department of State Hospitals - Salinas Valley | Facility Totals as of May 31, 2017 - Average Daily Census - 215 Intermediate | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Coleman Related Classifications** | **Governor's Budget Authorized Positions (1)** | **Governor's Budget/ Departmental Authorized (Blanket) Positions (2)** | **Total Authorized Positions** | **Total Filled Civil Service Positions (3)** | **Contracted FTE (4)** | **Overtime FTE (4)** | **Total Filled FTE** | **Functional Vacancy FTE** | **Functional Vacancy Rate** |
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 4.00 | 6.00 | 10.00 | 7.40 | 0.00 | 0.00 | 7.40 | 2.60 | 26.00% |
| Psychiatrist | 4.00 | 6.00 | 10.00 | 7.00 | 0.00 | 0.00 | 7.00 | 3.00 | 30.00% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 4.00 | 6.00 | 10.00 | 8.15 | 0.00 | 0.00 | 8.15 | 1.85 | 18.50% |
| Rehabilitation Therapist | 4.00 | 6.00 | 10.00 | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00% |
| Total, Mental Health Treatment Team Staffing | 16.00 | 24.00 | 40.00 | 32.55 | 0.00 | 0.00 | 32.55 | 7.45 | 18.63% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 31.00 | 0.00 | 31.00 | 17.00 | 0.00 | 0.35 | 17.35 | 13.65 | 44.03% |
| Medical Technical Assistant | 165.00 | 0.00 | 165.00 | 142.00 | 0.00 | 26.87 | 168.87 | 0.00 | 0.00% |
| Registered Nurse | 50.00 | 0.00 | 50.00 | 33.00 | 0.00 | 5.07 | 38.07 | 11.93 | 23.86% |
| Total, Direct Care Nursing Staff | 246.00 | 0.00 | 246.00 | 192.00 | 0.00 | 32.29 | 224.29 | 21.71 | 8.83% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 1.00 | 1.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Senior Psychologist, Supervisor | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Medical Technical Assistant | 30.00 | 0.00 | 30.00 | 17.23 | 0.00 | 3.54 | 20.77 | 9.23 | 30.77% |
| Supervising Registered Nurse | 19.00 | 3.00 | 22.00 | 13.00 | 0.00 | 0.00 | 13.00 | 9.00 | 40.91% |
| Unit Supervisor | 0.00 | 5.00 | 5.00 | 4.00 | 0.00 | 0.00 | 4.00 | 1.00 | 20.00% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | **313.00** | **35.00** | **348.00** | **262.78** | **0.00** | **35.83** | **298.61** | **49.39** | **14.19%** |

(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.
(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | ICF Direct Care | ICF Treatment Team (Per Discipline) |
|---|---|---|
| AM Shift | 1 to 8 | 1 to 35 |
| PM Shift | 1 to 8 | - |
| NOC | 1 to 16 | - |

4

DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients (Amended)
May 1, 2017 through May 31, 2017
Report submitted June 1, 2017

| Department of State Hospitals - Stockton | Facility Totals as of May 31, 2017 - Average Daily Census - 129 Acute 346 Intermediate | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Coleman Related Classifications** | **Governor's Budget Authorized Positions (1)** | **Governor's Budget/ Departmental Authorized (Blanket) Positions (2)** | **Total Authorized Positions** | **Total Filled Civil Service Positions (3)** | **Contracted FTE (4)** | **Overtime FTE (4)** | **Total Filled FTE** | **Functional Vacancy FTE** | **Functional Vacancy Rate** |
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 31.00 | 0.00 | 31.00 | 30.00 | 0.00 | 0.41 | 30.41 | 0.59 | 1.90% |
| Psychiatrist | 33.00 | 0.00 | 33.00 | 20.00 | 0.88 | 0.98 | 21.86 | 11.14 | 33.76% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 33.00 | 0.00 | 33.00 | 25.00 | 1.49 | 0.00 | 26.49 | 6.51 | 19.73% |
| Rehabilitation Therapist | 32.00 | 0.00 | 32.00 | 26.00 | 0.00 | 0.01 | 26.01 | 5.99 | 18.72% |
| Total, Mental Health Treatment Team Staffing | 129.00 | 0.00 | 129.00 | 101.00 | 2.37 | 1.40 | 104.77 | 24.23 | 18.78% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 430.00 | 0.00 | 430.00 | 398.00 | 0.00 | 0.00 | 398.00 | 32.00 | 7.44% |
| Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Registered Nurse | 174.00 | 0.00 | 174.00 | 148.00 | 0.00 | 0.00 | 148.00 | 26.00 | 14.94% |
| Total, Direct Care Nursing Staff | 604.00 | 0.00 | 604.00 | 546.00 | 0.00 | 0.00 | 546.00 | 58.00 | 9.60% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 2.00 | 1.00 | 33.33% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychologist, Supervisor | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 2.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Registered Nurse | 23.00 | 0.00 | 23.00 | 17.00 | 0.00 | 0.00 | 17.00 | 6.00 | 26.09% |
| Unit Supervisor | 18.00 | 0.00 | 18.00 | 16.00 | 0.00 | 0.00 | 16.00 | 2.00 | 11.11% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | **786.00** | **0.00** | **786.00** | **690.00** | **2.37** | **1.40** | **693.77** | **92.23** | **11.73%** |

(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.
(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | Acute Direct Care and ICF High Custody Direct Care | ICF Treatment Team (Per Discipline) | Acute Treatment Team (Per Discipline) |
|---|---|---|---|
| AM Shift | 1 to 6 | 1 to 35 | 1 to 15 |
| PM Shift | 1 to 6 | - | - |
| NOC | 1 to 12 | - | - |

5

**DEPARTMENT OF STATE HOSPITALS**
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients (Amended)
May 1, 2017 through May 31, 2017
Report submitted June 1, 2017

| Department of State Hospitals - Vacaville | Facility Totals as of May 31, 2017 - Average Daily Census - 195 Acute 152 Intermediate | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Coleman Related Classifications** | **Governor's Budget Authorized Positions (1)** | **Governor's Budget/ Departmental Authorized (Blanket) Positions (2)** | **Total Authorized Positions** | **Total Filled Civil Service Positions (3)** | **Contracted FTE (4)** | **Overtime FTE (4)** | **Total Filled FTE** | **Functional Vacancy FTE** | **Functional Vacancy Rate** |
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 6.00 | 25.00 | 31.00 | 30.20 | 0.59 | 0.00 | 30.79 | 0.21 | 0.68% |
| Psychiatrist | 4.00 | 25.00 | 29.00 | 19.73 | 0.00 | 0.00 | 19.73 | 9.27 | 31.97% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 3.00 | 24.00 | 27.00 | 21.35 | 0.00 | 0.00 | 21.35 | 5.65 | 20.93% |
| Rehabilitation Therapist | 4.00 | 23.00 | 27.00 | 26.60 | 0.00 | 0.15 | 26.75 | 0.25 | 0.93% |
| Total, Mental Health Treatment Team Staffing | 17.00 | 97.00 | 114.00 | 97.88 | 0.59 | 0.15 | 98.62 | 15.38 | 13.49% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 33.00 | 0.00 | 33.00 | 28.00 | 0.00 | 5.30 | 33.30 | 0.00 | 0.00% |
| Medical Technical Assistant | 219.00 | 0.00 | 219.00 | 176.32 | 0.00 | 40.64 | 216.96 | 2.04 | 0.93% |
| Registered Nurse | 77.00 | 0.00 | 77.00 | 70.00 | 0.00 | 12.39 | 82.39 | 0.00 | 0.00% |
| Total, Direct Care Nursing Staff | 329.00 | 0.00 | 329.00 | 274.32 | 0.00 | 58.33 | 332.65 | 0.00 | 0.00% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| Senior Psychologist, Supervisor | 0.00 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 0.00 | 2.00 | 2.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| Senior Medical Technical Assistant | 11.00 | 30.30 | 41.30 | 29.11 | 0.00 | 3.36 | 32.47 | 8.83 | 21.38% |
| Supervising Registered Nurse | 25.00 | 0.00 | 25.00 | 21.00 | 0.00 | 0.00 | 21.00 | 4.00 | 16.00% |
| Unit Supervisor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | **386.00** | **131.30** | **517.30** | **430.31** | **0.59** | **61.84** | **492.74** | **24.56** | **4.75%** |

(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.
(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | ICF Direct Care | Acute Direct Care and ICF High Custody Direct Care | ICF Treatment Team (Per Discipline) | Acute Treatment Team (Per Discipline) |
|---|---|---|---|---|
| AM Shift | 1 to 8 | 1 to 6 | 1 to 35 | 1 to 15 |
| PM Shift | 1 to 8 | 1 to 6 | - | - |
| NOC | 1 to 16 | 1 to 12 | - | - |

6