# Exhibit E

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION  GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

August 17, 2020

| | |
|---|---|
| Matthew A. Lopes, Jr. Esquire | via:  Elise Owens Thorn, Esquire |
| Office of the Special Master | Deputy Attorney General |
| Pannone Lopes Devereaux & O'Gara LLC | Department of Justice |
| Northwoods Office Park | 1300 I Street, Suite 125 |
| 1301 Atwood Avenue, Suite 215 N | P.O. Box 944255 |
| Johnston, RI  02919 | Sacramento, CA  94244-2550 |

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of June, 2020, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Health Institution Vacancy by Classification.
    c. Mental Health Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies - Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Program Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary - Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.
    l. Psychiatric Inpatient Program (PIP) Staffing Data.
    m. Department of State Hospitals (DSH) Staffing Data.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

Matthew A. Lopes, Jr. Esquire
Page 2

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

6. Population and Census Reports.
    a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary of Mental Health Population by Institution and Level of Care (H-1).
    b. MHSDS Management Information Summary (MIS).
    c. Weekly EOP/Outpatient Psychiatric Program Report.

7. Mental Health Crisis Bed (MHCB) Reports.
    a. MHCB Referrals report.
    b. MHCB Stays report.
    c. MHCB Wait List.

8. DSH and Inpatient Program Referral Reports.
    a. Referrals for Transfer to Inpatient Programs Report.
    b. DSH Monthly Report of CDCR Patients in DSH Hospitals, Summary of PC 2684s Report.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

If you have any questions, please contact me at (415) 342-8054.

Sincerely,

AMAR MEHTA, M.D.
Deputy Director (A), Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:   Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Kerry F. Walsh, Esq., *Coleman* Deputy Special Master

Matthew A. Lopes, Jr. Esquire
Page 3

Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Patricia Williams, Esq., *Coleman* Monitor
Nicholas Weber, Esq, Office of Legal Affairs, CDCR
Melissa Bentz, Esq, Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Steve Fama, Esq., Prison Law Office
Steven Cartwright, Psy.D. Assistant Deputy Director, Statewide Mental Health Program, DHCS
Angela Ponciano, Associate Director, Statewide Mental Health Program, DHCS
Laura Ceballos, Ph.D., Mental Health Administrator, Inpatient Facilities and Quality Improvement, Statewide Mental Health Program, DHCS
Teresa Owens, Health Program Specialist I, Quality Management, Statewide Mental Health Program, DHCS

DIVISION OF HEALTH CARE SERVICES
Psychiatric Inpatient Program Staffing Report
June 2020

### California Institution for Women - Psychiatric Inpatient Program

| Class Code | Classifications | Governor's Budget Authorized Positions (1) | Allocated Blanket Positions (2) | Total Positions | Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 9288 | Senior Psychologist, Supervisor | 0.00 | 1.50 | 1.50 | 1.00 | 0.00 | 0.00 | 1.00 | 0.50 | 33% |
| 8103 | Program Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 8102 | Program Assistant | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9761 | Senior Psychiatrist, Supervisor | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9287 | Senior Psychologist, Specialist | 0.00 | 0.50 | 0.50 | 0.50 | 0.00 | 0.00 | 0.50 | 0.00 | 0% |
| 9283 | Psychologist, Clinical | 2.00 | 1.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0% |
| 9758 | Staff Psychiatrist | 2.00 | 1.00 | 3.00 | 1.00 | 0.00 | 0.00 | 1.00 | 2.00 | 67% |
| 9872 | Clinical Social Worker | 4.00 | 0.00 | 4.00 | 3.00 | 0.00 | 0.00 | 3.00 | 1.00 | 25% |
| 9286 | Recreation Therapist | 4.00 | 0.00 | 4.00 | 3.00 | 0.00 | 0.00 | 3.00 | 1.00 | 25% |
| 8253 | Psychiatric Technician | 32.00 | 0.00 | 32.00 | 32.00 | 0.00 | 0.00 | 32.00 | 0.00 | 0% |
| 8252 | Senior Psychiatric Technician | 6.00 | 0.00 | 6.00 | 6.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0% |
| 8104 | Unit Supervisor | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| | **GRAND TOTAL** | **54.00** | **4.00** | **58.00** | **53.50** | **0.00** | **0.00** | **53.50** | **4.50** | **8%** |

(1) Authorized positions are based on the number of positions in the Governor's 2017/18 budget.
(2) Positions allocated per memorandum dated 1/27/15.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

DIVISION OF HEALTH CARE SERVICES
Psychiatric Inpatient Program Staffing Report
June 2020

| Class Code | Classifications | Governor's Budget Authorized Positions (1) | Allocated Blanket Positions (2) | Total Positions | Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| **California Medical Facility - Psychiatric Inpatient Program** | | | | | | | | | | |
| 9859 | Chief Psychologist | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9288 | Senior Psychologist, Supervisor | 0.30 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 100% |
| 8103 | Program Director | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 8102 | Program Assistant | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100% |
| 9761 | Senior Psychiatrist, Supervisor | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9287 | Senior Psychologist, Specialist | 0.40 | 0.00 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 100% |
| 9283 | Psychologist, Clinical | 2.50 | 0.00 | 2.50 | 2.00 | 0.00 | 0.00 | 2.00 | 0.50 | 20% |
| 9758 | Staff Psychiatrist | 2.50 | 0.00 | 2.50 | 0.00 | 2.00 | 0.00 | 2.00 | 0.50 | 20% |
| 9872 | Clinical Social Worker | 2.50 | 0.00 | 2.50 | 2.00 | 0.00 | 0.00 | 2.00 | 0.50 | 20% |
| 9286 | Recreation Therapist | 2.50 | 0.00 | 2.50 | 2.50 | 0.00 | 0.00 | 2.50 | 0.00 | 0% |
| | **GRAND TOTAL** | **10.70** | **4.00** | **14.70** | **9.50** | **2.00** | **0.00** | **11.50** | **3.20** | **22%** |

(1) Authorized positions are based on the number of positions in the Governor's 2017/18 budget.
(2) Positions allocated per memorandum dated 5/15/17.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

DIVISION OF HEALTH CARE SERVICES
Psychiatric Inpatient Program Staffing Report
June 2020

## San Quentin - Psychiatric Inpatient Program

| Class Code | Classifications | Governor's Budget Authorized Positions (1) | Total Positions | Filled Civil Service Positions (2) | Contracted FTE (3) | Overtime FTE (3) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|
| 9859 | Chief Psychologist | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9288 | Senior Psychologist, Supervisor | 0.40 | 0.40 | 0.50 | 0.00 | 0.00 | 0.50 | -0.10 | -25% |
| 8103 | Program Director | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 8102 | Program Assistant | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9761 | Senior Psychiatrist, Supervisor | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9287 | Senior Psychologist, Specialist | 0.40 | 0.40 | 1.00 | 0.00 | 0.00 | 1.00 | -0.60 | -150% |
| 9283 | Psychologist, Clinical | 2.70 | 2.70 | 2.00 | 1.00 | 0.00 | 3.00 | -0.30 | -11% |
| 9758 | Staff Psychiatrist | 2.70 | 2.70 | 2.00 | 1.00 | 0.00 | 3.00 | -0.30 | -11% |
| 9872 | Clinical Social Worker | 3.60 | 3.60 | 2.00 | 0.00 | 0.00 | 2.00 | 1.60 | 44% |
| 9286 | Recreation Therapist | 3.60 | 3.60 | 4.00 | 0.00 | 0.00 | 4.00 | -0.40 | -11% |
| | **GRAND TOTAL** | **17.40** | **17.40** | **15.50** | **2.00** | **0.00** | **17.50** | **0.10** | **-1%** |

(1) Authorized positions are based on the number of positions in the Governor's 2017/18 budget.
(2) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.
(3) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
## Psychiatric Inpatient Program Staff
### June 2020
#### Report submitted July 2020

**CHCF PIP**

| Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|
| **Mental Health Staffing** | | | | | | | | | |
| Psychologist | 29.00 | 0.00 | 29.00 | 17.00 | 2.49 | 0.00 | 19.49 | 9.51 | 32.79% |
| Psychiatrist | 33.00 | 3.50 | 36.50 | 14.00 | 4.45 | 0.00 | 18.45 | 18.05 | 49.45% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 33.00 | 0.00 | 33.00 | 21.00 | 0.99 | 0.00 | 21.99 | 11.01 | 33.36% |
| Rehabilitation Therapist | 32.00 | 0.00 | 32.00 | 23.00 | 0.00 | 0.04 | 23.04 | 8.96 | 28.00% |
| **Total, Mental Health Staffing** | 127.00 | 3.50 | 130.50 | 75.00 | 7.93 | 0.04 | 82.97 | 47.53 | 36.42% |
| **Direct Care Nursing Staff** | | | | | | | | | |
| Psychiatric Technician | 430.00 | 0.00 | 430.00 | 328.00 | 1.02 | 55.69 | 384.71 | 45.29 | 10.53% |
| Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Registered Nurse | 174.00 | 0.00 | 174.00 | 160.00 | 1.98 | 41.81 | 203.79 | 0.00 | 0.00% |
| **Total, Direct Care Nursing Staff** | 604.00 | 0.00 | 604.00 | 488.00 | 3.00 | 97.50 | 588.50 | 15.50 | 2.57% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Supervising Rehabilitation Therapist | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychologist, Supervisor | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 2.00 | 1.00 | 33.33% |
| Senior Psychiatrist, Supervisor | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Registered Nurse | 23.00 | 0.00 | 23.00 | 21.00 | 0.00 | 0.00 | 21.00 | 2.00 | 8.70% |
| Unit Supervisor | 18.00 | 0.00 | 18.00 | 17.00 | 0.00 | 0.00 | 17.00 | 1.00 | 5.56% |
| **TOTAL** | **784.00** | **3.50** | **787.50** | **609.00** | **10.93** | **97.54** | **717.47** | **70.03** | **8.89%** |

(1) Authorized positions are based on the number of positions in the Governor's 2019/20 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2019/20 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
## Psychiatric Inpatient Program Staff
### June 2020
#### Report submitted July 2020

**CMF PIP**

| Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|
| **Mental Health Staffing** | | | | | | | | | |
| Psychologist | 27.50 | 0.00 | 27.50 | 11.00 | 0.00 | 0.00 | 11.00 | 16.50 | 60.00% |
| Psychiatrist | 28.50 | 0.00 | 28.50 | 8.00 | 6.96 | 0.00 | 14.96 | 13.54 | 47.51% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 27.50 | 0.00 | 27.50 | 15.00 | 1.33 | 0.00 | 16.33 | 11.17 | 40.62% |
| Rehabilitation Therapist | 27.50 | 0.00 | 27.50 | 22.00 | 0.00 | 0.00 | 22.00 | 5.50 | 20.00% |
| **Total, Mental Health Staffing** | 111.00 | 0.00 | 111.00 | 56.00 | 8.29 | 0.00 | 64.29 | 46.71 | 42.08% |
| **Direct Care Nursing Staff** | | | | | | | | | |
| Psychiatric Technician | 33.00 | 0.00 | 33.00 | 46.00 | 0.00 | 11.65 | 57.65 | 0.00 | 0.00% |
| Medical Technical Assistant | 218.00 | 0.00 | 218.00 | 8.00 | 0.00 | 1.17 | 9.17 | 208.83 | 95.79% |
| Registered Nurse | 77.00 | 0.00 | 77.00 | 85.00 | 14.21 | 21.02 | 120.23 | 0.00 | 0.00% |
| **Total, Direct Care Nursing Staff** | 328.00 | 0.00 | 328.00 | 139.00 | 14.21 | 33.84 | 187.05 | 140.95 | 42.97% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychologist, Supervisor | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 2.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Senior Medical Technical Assistant | 39.10 | 0.00 | 39.10 | 2.00 | 0.00 | 0.00 | 2.00 | 37.10 | 94.88% |
| Supervising Registered Nurse | 25.60 | 0.00 | 25.60 | 23.00 | 0.00 | 0.00 | 23.00 | 2.60 | 10.16% |
| Unit Supervisor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **TOTAL** | 511.70 | 0.00 | 511.70 | 227.00 | 22.50 | 33.84 | 283.34 | 228.36 | 44.63% |

(1) Authorized positions are based on the number of positions in the Governor's 2019/20 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2019/20 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
## Psychiatric Inpatient Program Staff
### June 2020
### Report submitted July 2020

| SVSP PIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
| **Mental Health Staffing** | | | | | | | | | |
| Psychologist | 10.00 | 0.00 | 10.00 | 6.00 | 3.04 | 0.00 | 9.04 | 0.96 | 9.60% |
| Psychiatrist | 10.00 | 0.00 | 10.00 | 1.00 | 6.03 | 0.00 | 7.03 | 2.97 | 29.70% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 10.00 | 0.00 | 10.00 | 7.00 | 0.74 | 0.00 | 7.74 | 2.26 | 22.60% |
| Rehabilitation Therapist | 9.00 | 0.00 | 9.00 | 7.00 | 0.00 | 0.00 | 7.00 | 2.00 | 22.22% |
| **Total, Mental Health Staffing** | 39.00 | 0.00 | 39.00 | 21.00 | 9.81 | 0.00 | 30.81 | 8.19 | 21.00% |
| **Direct Care Nursing Staff** | | | | | | | | | |
| Psychiatric Technician | 31.00 | 0.00 | 31.00 | 19.00 | 5.42 | 1.96 | 26.38 | 4.62 | 14.90% |
| Medical Technical Assistant | 165.00 | 0.00 | 165.00 | 9.00 | 0.00 | 1.25 | 10.25 | 154.75 | 93.79% |
| Registered Nurse | 50.00 | 0.00 | 50.00 | 44.00 | 2.58 | 8.77 | 55.35 | 0.00 | 0.00% |
| **Total, Direct Care Nursing Staff** | 246.00 | 0.00 | 246.00 | 72.00 | 8.00 | 11.98 | 91.98 | 154.02 | 62.61% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 2.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Senior Psychologist, Supervisor | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| Senior Medical Technical Assistant | 30.00 | 0.00 | 30.00 | 5.00 | 0.00 | 0.93 | 5.93 | 24.07 | 80.23% |
| Supervising Registered Nurse | 22.00 | 0.00 | 22.00 | 17.00 | 0.00 | 0.00 | 17.00 | 5.00 | 22.73% |
| Unit Supervisor | 5.00 | 0.00 | 5.00 | 5.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00% |
| **TOTAL** | **347.00** | **0.00** | **347.00** | **123.00** | **17.81** | **12.91** | **153.72** | **193.28** | **55.70%** |

(1) Authorized positions are based on the number of positions in the Governor's 2019/20 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2019/20 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.