# Exhibit F

# MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS)
## MANAGEMENT INFORMATION SUMMARY (MIS) REPORT
### 8/10/2020

| Level of Care | Housing Program | MALES | | | FEMALES | | |
|---|---|---|---|---|---|---|---|
| | | Capacity | Census[1] | Awaiting Placement[2] | Capacity | Census[1] | Awaiting Placement[2] |
| **Correctional Clinical Case Management System (CCCMS)** | | **27,000** | **21,423** | | **2,250** | **1,652** | |
| CCCMS | Reception Center (RC) | | 831 | | | 75 | |
| | General Population (GP) | | 18,650 | | | 1,452 | |
| | Enhanced Outpatient Program (EOP) | | 126 | | | 0 | |
| | Mental Health Crisis Bed (MHCB) | | 2 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 2 | | | 0 | |
| | Specialized Medical Beds Housing | | 537 | | | 29 | |
| | Administrative Segregation Unit (ASU) | | 435 | | | 71 | |
| | Condemned | | 131 | | | 14 | |
| | Long Term Restricted Housing Unit (LTRH)[6] | 270 | 131 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 14 | | | 0 | |
| | Psychiatric Services Unit (PSU) | | 7 | | | 0 | |
| | Security Housing Unit (SHU) | | 0 | | | 11 | |
| | Short Term Restricted Housing Unit (STRH)[6] | 1,125 | 557 | | | 0 | |
| **Enhanced Outpatient Program (EOP)** | | **7,075** | **6,170** | | **225** | **143** | |
| EOP | Reception Center (RC) | | 51 | | | 2 | |
| | General Population (GP) | | 210 | | | 31 | |
| | Enhanced Outpatient Program (EOP) | 6,318 | 4,948 | | 195 | 101 | |
| | Mental Health Crisis Bed (MHCB) | | 15 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 45 | | | 0 | |
| | Specialized Medical Beds Housing | | 193 | | | 1 | |
| | Administrative Segregation Unit (ASU) | 585 | 431 | 140 | 20 | 6 | 0 |
| | Condemned | | 59 | | | 0 | |
| | Long Term Restricted Housing Unit (LTRH) | | 11 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 0 | | | 0 | |
| | Psychiatric Services Unit (PSU) | 172 | 120 | 72 | 10 | 2 | 0 |
| | Security Housing Unit (SHU) | | 0 | | | 0 | |
| | Short Term Restricted Housing Unit (STRH) | | 87 | | | 0 | |

| Level of Care | Capacity | Census[1,7] | Awaiting Placement[2] | Capacity | Census[1,7] | Awaiting Placement[2] |
|---|---|---|---|---|---|---|
| **Mental Health Crisis Bed (MHCB)[7]** | **426** | **253** | **4** | **41** | **11** | **0** |
| **Psychiatric Inpatient Programs:** | | | | | | |
| **Intermediate Care Facility (ICF)** | **1,165** | **980** | **49** | | | |
| <u>Low Custody</u> | <u>390</u> | <u>296</u> | <u>6</u> | | | |
| *Atascadero State Hospital (ASH)* | 256 | 198 | 2 | | | |
| *Coalinga State Hospital (CSH)* | 50 | 40 | 1 | | | |
| *California Medical Facility (CMF)* | 84 | 58 | 3 | | | |
| <u>High Custody</u> | <u>775</u> | <u>684</u> | <u>43</u> | | | |
| *California Health Care Facility (CHCF)* | 356 | 350 | 18 | | | |
| *CMF Single Cells* | 105 | 102 | 6 | | | |
| *CMF Multi Cells* | 68 | 41 | 5 | | | |
| *SVPP Single Cells* | 202 | 165 | 8 | | | |
| *Salinas Valley Psychiatric Program (SVPP) Multi Cells* | 44 | 26 | 6 | | | |
| **Acute Psychiatric Program (APP)** | **366** | **281** | **5** | | | |
| ASH | 0 | 0 | 0 | | | |
| CHCF | 159 | 102 | 5 | | | |
| CMF | 207 | 179 | 0 | | | |
| **Psychiatric Inpatient Program (PIP)** | **40** | **31** | **0** | **75** | **34** | **1** |
| California Institution for Women (CIW) | | | | 45 | 26 | 1 |
| Patton State Hospital (PSH) | | | | 30 | 8 | 0 |
| SQ | 30 | 25 | 0 | | | |
| SQ (Non-condemned) | 10 | 6 | 0 | | | |
| **Penal Code 2974s (Parolees)[5]** | | 1 | | | | |
| Metro State Hospital (MSH) | | 0 | | | | |
| Napa State Hospital (NSH) | | 1 | | | | |
| Patton State Hospital (PSH) | | 0 | | | | |
| **TOTALS (excluding Parolees)** | **36,072** | **29,138** | **270** | **2,591** | **1,840** | **1** |

| | Total Capacity | Total Census[1] | Total Awaiting Placement[2] | Total Over Timeframes[3] | CENSUS PERCENTAGES | |
|---|---|---|---|---|---|---|
| | | | | | % MHSDS | % CDCR[4] |
| CCCMS | 29,250 | 23,075 | | | 74.49% | 22.05% |
| EOP | 6,513 | 5,656 | | | 18.26% | 5.40% |
| EOP-ASU/NDS/STRH | 605 | 524 | 140 | 108 | 1.69% | 0.50% |
| EOP-PSU/LTRH/SHU | 182 | 133 | 72 | 29 | 0.43% | 0.13% |
| MHCB | 467 | 264 | 4 | 0 | 0.85% | 0.25% |
| PSYCHIATRIC INPATIENT | 1,646 | 1,326 | 55 | 15 | 4.28% | 1.27% |
| **GRAND TOTAL** | **38,663** | **30,978** | **271** | **152** | **100.00%** | **29.60%** |

[1] Census sources: HCODS for CCCMS, EOP; HEART for MHCB; RIPA reports for ICF, APP, and PIP programs.
[2] <u>Awaiting Placement</u> = The sum of inmates waiting to be placed in a bed at a specific level of care. Those awaiting placement to ICF, APP, and PIP include referrals that have been custodially reviewed by HCPOP and are awaiting bed availability, inpatient program acceptance, or transfer to the inpatient program as of the reporting date (based on the Referrals to Inpatient Programs Application (RIPA)).
[3] <u>Total Over Timeframes</u> = The number of referrals that are beyond Mental Health Program Guide transfer timeframes: EOP-ASU includes cases in non-hubs waiting > 30 days, PSU includes cases with an original CSR endorsement date > 60 days, MHCB includes referrals > 24 hours, Psychiatric Inpatient includes Intermediate referrals > 30 days and Acute referrals > 10 days.
[4] CDCR pop as of 8/5/20 (OISB). Based on Total In-State Institution Population and Out of State (COCF).
[5] Census numbers are tracked and updated by Department of State Hospital (DSH).
[6] LTRH and STRH capacity numbers obtained from the PMU Weekly Population Summary Report dated March 6, 2020.
[7] In response to CDCR COVID-19 Guidelines some patients may be housed outside of their level of care and/or in a Temporary Mental Health Unit.

*CCHCS, Health Care Placement Oversight Program*