DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs,

v.

GAVIN NEWSOM, et al.,

Defendants.

Case No. 2:90-CV-00520-KJM-DB

**PLAINTIFFS' APPLICATION FOR EXTENSION OF TIME NUNC PRO TUNC**

Judge: Kimberly J. Mueller

Plaintiffs request a 47-minute extension of time, nunc pro tunc, to file their Brief Regarding Staffing and Population, in response to the Court's July 30, 2020 Order, ECF No. 6794, and accompanying declarations. Good cause exists to grant Plaintiffs' request because their counsel diligently worked to meet the Court's September 14, 2020 at 5:00 p.m. deadline (*see* Aug. 26, 2020 Order, ECF No. 6835) under tight time constraints, and would have filed on time, but for unforeseen technical difficulties with the Court's Electronic Case Filing (ECF) system, particularly issues with the exhibits to the several declarations in support of Plaintiffs' brief. Some of Plaintiffs' counsel then became locked out of the ECF system due to too many attempts to file the same declarations, necessitating another attorney to log in to file the Brief. Plaintiffs have sought no previous extensions of time in connection with their Brief. And counsel would have sought the extension earlier, except that the need for an extension did not appear until after the deadline had passed.

Plaintiffs respectfully request that the Court grant a 47-minute extension, nunc pro tunc, and accept their filings. Plaintiffs have submitted a proposed order for the Court's consideration.

DATED: September 14, 2020

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ernest Galvan*
Ernest Galvan

Attorneys for Plaintiffs