| | |
|---|---|
| Xavier Becerra, State Bar No. 118517<br>Attorney General of California<br>Adriano Hrvatin, State Bar No. 220909<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Tyler V. Heath, State Bar No. 271478<br>Kyle A. Lewis, State Bar No. 201041<br>Lucas Hennes, State Bar No. 278361<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Roman M. Silberfeld, State Bar No. 62783<br>Glenn A. Danas, State Bar No. 270317<br>Robins Kaplan LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' APPLICATION FOR A 22-MINUTE NUNC PRO TUNC EXTENSION OF TIME ON RESPONSE TO JULY 30, 2020 ORDER** |

   Defendants request a 22-minute nunc pro tunc extension of time to meet the Court's 5:00 p.m. deadline on September 14, 2020 regarding their response and supporting materials addressing the Court's July 30 order (ECF No. 6838). Defendants filed their response at 5:03 p.m. (ECF No. 6853) and completed their filing at 5:22 p.m. (ECF No. 6855).

   Good cause exists to grant Defendants' request—counsel worked diligently to meet today's 5:00 p.m. deadline under tight time constraints, and would have filed on time, but several witnesses who prepared declarations supporting Defendants' response are actively in the field addressing the COVID-19 pandemic in Defendants' prisons and they needed time to review and

1

Defs.' App. Nunc Pro Tunc Resp. July 30, 2020 Order  (2:90-cv-00520 KJM-DB (PC))

finalize their declarations.  Defendants also experienced unexpected technical difficulties with the Court's Electronic Case Filing (ECF) system, given (a) issues uploading exhibits attached to Defendants' supporting declarations, and (b) technical log-in and traffic issues at filing time.

Defendants have sought previous nunc pro tunc extensions of time in this case, but not in connection with this filing, and counsel would have sought the extension earlier, except that the need for an extension did not appear until the deadline quickly approached and then passed. Plaintiffs filed a similar nunc pro tunc application related to their response to the Court's July 30 order, completed 47-minutes after the Court's 5:00 p.m. deadline today.  (ECF No. 6859.) Defendants submit a proposed order for the Court's consideration.

Dated:  September 14, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

/s/ Adriano Hrvatin

ADRIANO HRVATIN
Supervising Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' App. Nunc Pro Tunc Resp. July 30, 2020 Order  (2:90-cv-00520 KJM-DB (PC))