IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR A 22-MINUTE NUNC PRO TUNC EXTENSION OF TIME ON RESPONSE TO JULY 30, 2020 ORDER** |

Defendants request a 22-minute nunc pro tunc extension of time to meet the Court's 5:00 p.m. deadline on September 14, 2020 regarding their response and supporting materials addressing the Court's July 30 order (ECF No. 6838). Because Defendants have shown good cause, the Court **GRANTS** their application.

**IT IS SO ORDERED.**

Dated: September \_\_\_\_, 2020

_____
The Honorable Kimberly J. Mueller
United States District Court Judge

1