| | |
|---|---|
| MICHAEL W. BIEN – 096891 | DONALD SPECTER – 083925 |
| ERNEST GALVAN – 196065 | STEVEN FAMA – 099641 |
| LISA ELLS – 243657 | PRISON LAW OFFICE |
| ROSEN BIEN GALVAN & GRUNFELD LLP | 1917 Fifth Street |
| 101 Mission Street, Sixth Floor | Berkeley, California  94710-1916 |
| San Francisco, California  94105-1738 | Telephone:   (510) 280-2621 |
| Telephone:   (415) 433-6830 | |
| | CLAUDIA CENTER – 158255 |
| | DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC. |
| | Ed Roberts Campus |
| | 307 Adeline Street, Suite 210 |
| | Berkeley, California  94703-2578 |
| | Telephone:   (510) 644-2555 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-cv-00520-KJM-DB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2020** |
| v. | |
| GAVIN NEWSOM, et al., | Judge:  Hon. Deborah Barnes |
| Defendants. | |

[3610669.1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2020

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Second Quarter of 2020 to Defendants via e-mail on August 6, 2020. The parties completed their meet and confer process on September 8, 2020. The parties have resolved all disputes regarding fees and costs for the Second Quarter of 2020, with an agreement to reduce claimed amounts to a total of $1,107,864.29 calculated at a rate of $223.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $1,107,864.29 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from September 6, 2020 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: September 15, 2020

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: September 15, 2020

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

DATED: _____, 2020

Deborah Barnes
United States Magistrate Judge

[3610669.1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2020

**Coleman v. Newsom**
**Second Quarter of 2020**
**April 1, 2020 through June 30, 2020**
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $1,117,254.15 | $1,078,150.24 | $19,505.21 |
| **Fees on Fees, 489-5** | $7,956.60 | $7,678.12 | $32.98 |
| **Appeal, 489-24** | $2,480.85 | $2,394.02 | $103.72 |
| **Totals** | **$1,127,691.60** | **$1,088,222.38** | **$19,641.91** |

**Claimed Total:**     $1,147,333.51

**Settled Total:**     $1,107,864.29

3581834

**Coleman v. Newsom**
Second Quarter of 2020
April 1, 2020 through June 30, 2020
Monitoring Fees, 489-3

### Rosen Bien Galvan & Grunfeld

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Gourse | 70.80 | 68.20 | $223.50 | $15,242.70 | $14,709.21 |
| Amy Xu | 330.60 | 330.20 | $223.50 | $73,799.70 | $71,216.71 |
| Benjamin Bien-Kahn | 2.90 | 0.00 | $223.50 | $0.00 | $0.00 |
| Cara E. Trapani | 268.40 | 267.90 | $223.50 | $59,875.65 | $57,780.00 |
| Caroline E. Jackson | 1.50 | 0.00 | $223.50 | $0.00 | $0.00 |
| Catherine Johnson | 317.70 | 311.80 | $223.50 | $69,687.30 | $67,248.24 |
| Dylan Verner-Crist | 11.80 | 11.80 | $223.50 | $2,637.30 | $2,544.99 |
| Ellinor Heywood | 88.20 | 88.20 | $223.50 | $19,712.70 | $19,022.76 |
| Emma Cook | 427.00 | 419.70 | $223.50 | $93,802.95 | $90,519.85 |
| Erika Zheng | 100.90 | 66.50 | $223.50 | $14,862.75 | $14,342.55 |
| Ernest Galvan | 96.40 | 96.00 | $223.50 | $21,456.00 | $20,705.04 |
| F. Gail LaPurja | 168.00 | 133.30 | $223.50 | $29,792.55 | $28,749.81 |
| Gay C. Grunfeld | 27.70 | 26.90 | $223.50 | $6,012.15 | $5,801.72 |
| Gregorio Z. Gonzalez | 321.90 | 263.90 | $223.50 | $58,981.65 | $56,917.29 |
| Heather Gans | 203.70 | 203.60 | $223.50 | $45,504.60 | $43,911.94 |
| Jack Gleiberman | 50.10 | 50.10 | $223.50 | $11,197.35 | $10,805.44 |
| Jenny S. Yelin | 41.70 | 41.10 | $223.50 | $9,185.85 | $8,864.35 |
| Jessica L. Winter | 415.50 | 406.50 | $223.50 | $90,852.75 | $87,672.90 |
| Kara J. Janssen | 1.10 | 0.00 | $223.50 | $0.00 | $0.00 |
| Karen E. Stilber | 3.20 | 0.00 | $223.50 | $0.00 | $0.00 |
| Linda H. Woo | 219.30 | 218.20 | $223.50 | $48,767.70 | $47,060.83 |
| Lisa Ells | 444.80 | 439.00 | $223.50 | $98,116.50 | $94,682.42 |
| Marc Shinn-Krantz | 332.00 | 322.30 | $223.50 | $72,034.05 | $69,512.86 |
| Marcus V. Levy | 362.60 | 344.90 | $223.50 | $77,085.15 | $74,387.17 |
| Michael L. Freedman | 0.40 | 0.00 | $223.50 | $0.00 | $0.00 |
| Michael S. Nunez | 67.60 | 62.70 | $223.50 | $14,013.45 | $13,522.98 |
| Michael W. Bien | 521.50 | 518.60 | $223.50 | $115,907.10 | $111,850.35 |
| Nathalie C. Welch | 27.50 | 7.00 | $223.50 | $1,564.50 | $1,509.74 |
| Penny Godbold | 3.70 | 0.00 | $223.50 | $0.00 | $0.00 |
| Rebecca Berman | 53.70 | 27.80 | $223.50 | $6,213.30 | $5,995.83 |
| Rekha Arulanantham | 5.90 | 0.00 | $223.50 | $0.00 | $0.00 |
| Rwehyang Kim | 17.80 | 9.90 | $223.50 | $2,212.65 | $2,135.21 |
| Thomas Nolan | 84.30 | 82.70 | $223.50 | $18,483.45 | $17,836.53 |
| **Total** | **5090.20** | **4818.80** | | **$1,077,001.80** | **$1,039,306.72** |

### Prison Law Office

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alayna O'Bryan | 16.10 | 16.10 | $223.50 | $3,598.35 | $3,472.41 |
| Corene Kendrick | 4.00 | 4.00 | $223.50 | $894.00 | $862.71 |
| Donald Specter | 46.20 | 46.20 | $223.50 | $10,325.70 | $9,964.30 |
| Gabriela Pelsinger | 14.10 | 14.10 | $223.50 | $3,151.35 | $3,041.05 |
| Ilian Meza Pena | 5.20 | 5.20 | $223.50 | $1,162.20 | $1,121.52 |
| Juliette Mueller | 1.40 | 1.40 | $223.50 | $312.90 | $301.95 |
| Michael Brodheim | 1.30 | 1.30 | $223.50 | $290.55 | $280.38 |
| Patrick Booth | 5.20 | 5.20 | $223.50 | $1,162.20 | $1,121.52 |
| Skye Lovett | 0.20 | 0.20 | $223.50 | $44.70 | $43.14 |
| Steven Fama | 86.40 | 86.40 | $223.50 | $19,310.40 | $18,634.54 |
| **Total** | **180.10** | **180.10** | | **$40,252.35** | **$38,843.52** |

**GRAND TOTAL** $1,117,254.15   $1,078,150.24

3581834

**Coleman v. Newsom**
**Second Quarter of 2020**
**April 1, 2020 through June 30, 2020**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $2,925.80 | $2,925.80 |
| Outside Copying | $3,218.50 | $3,218.50 |
| Transcription | $3,404.21 | $3,404.21 |
| Postage and Delivery | $2,019.25 | $2,019.25 |
| Research (Westlaw/Lexis/PACER/Fees) | $1,246.80 | $1,246.80 |
| Expert Fees | $6,437.50 | $6,437.50 |
| **Total** | | **$19,252.06** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Postage | $253.15 | $253.15 |
| **Total** | **$253.15** | **$253.15** |

**GRAND TOTAL**                                                                 **$19,505.21**

3581834

**Coleman v. Newsom**
**Second Quarter of 2020**
**April 1, 2020 through June 30, 2020**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Linda H. Woo | 6.10 | 6.10 | $223.50 | $1,363.35 | $1,315.63 |
| Lisa Ells | 28.10 | 28.10 | $223.50 | $6,280.35 | $6,060.54 |
| **Total** | **34.20** | **34.20** | | **$7,643.70** | **$7,376.17** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.40 | 1.40 | $223.50 | $312.90 | $301.95 |
| **Total** | **1.40** | **1.40** | | **$312.90** | **$301.95** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$7,956.60** | **$7,678.12** |

**Coleman v. Newsom**
**Second Quarter of 2020**
**April 1, 2020 through June 30, 2020**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Westlaw Research | $17.91 | $17.91 |
| Outside Postage and Delivery | $15.07 | $15.07 |
| **Total** | | **$32.98** |

**GRAND TOTAL** $32.98

3581834

**Coleman v. Newsom**
**Second Quarter of 2020**
**April 1, 2020 through June 30, 2020**
Fees on Appeal of April 24, 2020 Order re DSH Access, 489-24

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Amy Xu | 4.70 | 4.70 | $223.50 | $1,050.45 | $1,013.68 |
| Gregorio Z. Gonzalez | 0.60 | 0.30 | $223.50 | $67.05 | $64.70 |
| Jessica L. Winter | 1.90 | 1.90 | $223.50 | $424.65 | $409.79 |
| Lisa Ells | 4.00 | 4.00 | $223.50 | $894.00 | $862.71 |
| Marc Shinn-Krantz | 0.10 | 0.00 | $223.50 | $0.00 | $0.00 |
| Michael W. Bien | 0.20 | 0.20 | $223.50 | $44.70 | $43.14 |
| **Total** | **11.50** | **11.10** | | **$2,480.85** | **$2,394.02** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$2,480.85** | **$2,394.02** |

**Coleman v. Newsom**
**Second Quarter of 2020**
**April 1, 2020 through June 30, 2020**
**Costs on Appeal of April 24, 2020 Order re DSH Access, 489-24**

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Pacer Charges | $1.10 | $1.10 |
| Westlaw Research | $102.62 | $102.62 |
| **Total** | | **$103.72** |

**GRAND TOTAL** $103.72

3581834