XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7325
  Fax:  (916) 324-5205
  E-mail:  Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone:  (925) 746-8460
  Fax:  (925) 746-8490
  E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone:  (310) 552-0130
  Fax:  (310) 229-5800
  E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF DEFENDANTS CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S AND DEPARTMENT OF STATE HOSPITALS' SUBMISSION OF DOCUMENTS UNDER SEAL** |

## INTRODUCTION

On May 23, 2007, the Court ordered Defendants to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care.  (ECF No. 2236.)  The report must include a complete list of all class members currently waiting for transfer from any level of outpatient

1

1   mental health care to any level of inpatient mental health care, and from any level of inpatient

2   mental health care to a different level of mental health care.  On July 1, 2017, Defendant

3   California Department of Corrections and Rehabilitation (CDCR) assumed operation of the

4   Department of State Hospitals' (DSH) psychiatric programs in CDCR prisons.  Consequently,

5   both DSH and CDCR provide bed utilization reports under the May 23, 2007 order.  The

6   information contained within the reports include identifying patient information, which is

7   sensitive, private, confidential, and subject to the protective order entered in this action on

8   January 12, 2007.  (Protective Order, ECF No. 2109.)

9                                                   **NOTICE**

10          Under this District's Civil Local Rule 141(b), DSH and CDCR give notice that they are

11  filing documents called for by the Court's May 23, 2007 order under seal, will file the documents

12  via e-mail with the Court, and serve the parties with copies of the documents.

13  Dated:  September 15, 2020                     Respectfully submitted,

14                                                 XAVIER BECERRA
                                                   Attorney General of California
15                                                 ADRIANO HRVATIN
                                                   Supervising Deputy Attorney General
16

17                                                 */s/ Tyler V. Heath*

18                                                 TYLER V. HEATH
                                                   Acting Supervising Deputy Attorney General
19                                                 *Attorneys for Defendants*

20  CF1997CS0003
    34406875.docx
21

22

23

24

25

26

27

28