1 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 | MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
3 | ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
4 | ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
5 | KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
6 | Deputy Attorneys General
 1300 I Street, Suite 125
7 | P.O. Box 944255
 Sacramento, CA 94244-2550
8 | Telephone: (916) 210-7318
 Fax: (916) 324-5205
9 | E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*
10

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
11 | *Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**RALPH COLEMAN, et al.,**

Plaintiffs,

v.

**GAVIN NEWSOM, et al.,**

Defendants.

2:90-cv-00520 KJM-DB (PC)

**DEFENDANTS' SUBMISSION OF MAPS AND DATA IN FURTHER RESPONSE TO THE JUNE 10, 2020 ORDER AND NOTICE OF DEFENDANTS' SUBMISSION OF DOCUMENTS UNDER SEAL**

On June 10, 2020, the Court approved the parties' stipulation concerning the filing of maps and other documents describing the California Department of Corrections and Rehabilitation's (CDCR) mental health programs at various prison facilities, as impacted by the COVID-19 pandemic. (ECF No. 6707.) The stipulation provides that the submitted maps, and any revised version of the maps contemplated by the Court's related May 22 order, should be filed under seal. (*Id.*) In addition to the maps, the requested information includes patient census,

1

1    and level-of-care data and information that does not need to be filed under seal.  (ECF No. 6706

2    at 2.)  Attached as Exhibit A is a letter from CDCR's Office of Legal Affairs enclosing updated

3    maps and other documents describing CDCR's mental health programs at various prison

4    facilities impacted by the COVID-19 pandemic.  Defendants concurrently have filed Exhibit A

5    with the referenced maps and charts under seal.

6                                                            **NOTICE**

7         Under this District's Civil Local Rule 141, Defendants give notice that they are filing the

8    copies of the maps encompassed by the Court's June 10 order under seal, will file the documents

9    via e-mail with the Court, and serve the parties with copies of the documents.

10                                                      **CERTIFICATION**

11        Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

12   ECF Nos. 6661, 6681, and 6707.

13

14    Dated:  September 15, 2020                          Respectfully submitted,

15                                                        XAVIER BECERRA
                                                          Attorney General of California
16                                                        ADRIANO HRVATIN
                                                          Supervising Deputy Attorney General

17                                                        /s/ *Elise Owens Thorn*

18                                                        ELISE OWENS THORN
                                                          Deputy Attorney General
19                                                        *Attorneys for Defendants*

20

21

22

23

24

25

26

27

28