1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  DAMON MCCLAIN, SBN 209508
   Supervising Deputy Attorney General
4  RYAN GILLE , SBN 262105
   Deputy Attorney General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 510-4435
     Fax:  (415) 703-1234
7    E-mail:  ryan.gille@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOTICE OF ERRATA re: SEPTEMBER 2020 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

Defendants' September 2020 Status Report, filed on September 15, 2020, inadvertently contained two calculation errors on ECF 6865-1/3446-1 at 9.

The corrections of those errors are reflected in bold and underline below:

"Through September 9, 2020, **5,596** incarcerated people were released from CDCR institutions and camps as a result of the COVID-19 early-release programs announced by Defendants on July 10, 2020. As of September 9, 2020, **20,515** people had been released from CDCR institutions and camps since the beginning of March 2020."

A copy of the document filed under ECF 6865-1/3446-1 reflecting these changes is attached as Exhibit 1.

Dated: September 18, 2020

XAVIER BECERRA
Attorney General of California

By: /s/ RYAN GILLE
RYAN GILLE
Deputy Attorney General
*Attorneys for Defendants*