XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
LISA M. POOLEY, SBN 168737
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:  925-746-8490

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **DEFENDANTS' OBJECTIONS TO THE DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION IN RESPONSE TO THE JULY 30, 2020 ORDER** <br><br> Judge: Hon. Kimberly J. Mueller <br> Date: September 24, 2020 <br> Time: 10:00 <br> Crtrm.: Video Conference |

16883151.2

DEFENDANTS OBJECTION TO THE DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION IN RESPONSE TO THE JULY 30, 2020 ORDER

Defendants Gavin Newsom, et al., hereby object to the following evidence presented by Plaintiffs Ralph Coleman, et al., in connection with Plaintiffs' Brief Regarding Staffing and Population in response to this Court's July 30, 2020 order.

## I. OBJECTION TO THE DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' MOTION REGARDING STAFFING AND POPULATION

| No. | EVIDENCE | OBJECTIONS | RULING |
|---|---|---|---|
| 1 | ¶ 3 of the Declaration of Ernest Galvan in Support of Plaintiffs' Brief re Staffing and Population ("Galvan Decl."); Document titled, "PLO CDCR Population 20200716." | Hearsay.  (Fed. R. Evid. 801.)  Best Evidence. (Fed. R. Evid 1002.) | |
| 2 | ¶ 4 of the Galvan Decl. | Misleading.  (Fed. R. Evid. 403.)  The probative value of this information is substantially outweighed by unfair prejudice, confusing the issues, and misleading the Court, as information provided in this paragraph pertains to California Static Risk Assessment (CSRA) scores, which does not predict how dangerous an inmate is to public safety and instead only use static data points to predict the likelihood that an offender released on parole will reoffend, and be arrested and convicted of a new offense, within three years.  (Decl. Jeffrey Green ISO Defs.' Opp'n to Pltfs.' Emergency Motion to Modify, ECF. No. 6553-6 at ¶¶ 5, 48.)  Indeed, 61% of the offenders with a low-risk score have a current violent and/or serious commitment offense. | |

-2-
DEFENDANTS OBJECTION TO THE DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION IN RESPONSE TO THE JULY 30,2020 ORDER

16883151.2

| | |
|---|---|
| | (*Id.*) Therefore, a low-risk score does not mean an offender would pose no risk to public safety. (*Id.*) Nor does the CSRA tool account for in-prison conduct unless it results in a criminal conviction. (*Id.* at ¶ 50.) As Plaintiffs' expert Thomas Hoffman has previously acknowledged, CDCR should not release inmates based on CSRA score alone. (*See* Supp. Decl. of Thomas Hoffman, ECF. No. 6562 [4/1] at ¶ 5.) |

DATED: September 22, 2020         HANSON BRIDGETT LLP


By:   */s/ Paul B. Mello*
      PAUL B. MELLO
      LISA M. POOLEY
      SAMANTHA D. WOLFF
      Attorneys for Defendants


DATED: September 22, 2020         Respectfully Submitted,

                                  Xavier Becerra
                                  Attorney General of California
                                  Adriano Hrvatin
                                  Supervising Deputy Attorney General


By:   */s/ Kyle A. Lewis*
      KYLE A. LEWIS
      Deputy Attorney General
      Attorneys for Defendants

| | |
|---|---|
| 1  DATED: September 22, 2020 | ROBINS KAPLAN LLP |

By: _____*/s/ Roman Silberfeld*_____
ROMAN SILBERFELD
GLENN A. DANAS
Special Counsel for Defendants

-4-
DEFENDANTS OBJECTION TO THE DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION IN RESPONSE TO THE JULY 30, 2020 ORDER

16883151.2