XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
LISA M. POOLEY, SBN 168737
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **DEFENDANTS OBJECTION TO THE DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION IN RESPONSE TO THE JULY 30, 2020 ORDER** <br><br> Judge: Hon. Kimberly J. Mueller <br> Date: September 24, 2020 <br> Time: 10:00 <br> Crtrm.: Video Conference |

16883155.3

DEFENDANTS OBJECTION TO THE DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION IN RESPONSE TO THE JULY 30, 2020 ORDER

Defendants Gavin Newsom, et al., hereby object to the following evidence presented by Plaintiffs Ralph Coleman, et al., in connection with Plaintiffs' Brief Regarding Staffing and Population in response to this Court's July 30, 2020 order.

I. **OBJECTION TO THE DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' MOTION REGARDING STAFFING AND POPULATION**

| No. | EVIDENCE | OBJECTIONS | RULING |
|---|---|---|---|
| 1 | ¶ 2 of the Declaration of Lisa Ells in Support of Plaintiffs' Brief re Staffing and Population ("Ells Decl."); Exhibit A | Misleading. (Fed. R. Evid. 403; June 13, 2002 Order) Plaintiffs' inclusion of Chief and Senior Psychiatry Supervisors in the fill rate is misleading and misrepresentative of the requirements of the June 13, 2002 Order. | |
| 2 | ¶¶ 4-10 of the Ells Decl.; Table 1A, titled, "Patient-Ratio Based Staffing: Actual August 2020." | Lacks Foundation/Assumes Facts/No Personal Knowledge. (Fed. R. Evid. 602.)  Inadmissible Opinion Testimony/Speculative. (Fed. R. Evid 701.) Ms. Ells is not an expert, however the testimony in her declaration is based on technical knowledge within the scope of Federal Rules of Evidence, Rule 702. | |
| 3 | ¶¶ 11-15 of the Ells Decl.; Table 1B, titled, "Patient-Ratio Based Staffing: Targeted Pop. Reduction Scenario." | Lacks Foundation/Assumes Facts/No Personal Knowledge. (Fed. R. Evid. 602.) Ms. Ells' calculations entirely lack foundation and assume facts not in evidence.  Inadmissible Opinion Testimony/Speculative. | |

| | | | |
|---|---|---|---|
| | | (Fed. R. Evid 701.) Ms. Ells is not an expert, however the testimony in her declaration is based on scientific or technical knowledge within the scope of Federal Rules of Evidence, Rule 702. | |
| 4 | ¶¶ 35-39 of the Ells Decl.; Table 2B, titled, "Non-Ratio Based Staffing: Targeted Pop. Reduction Scenario." | Lacks Foundation/Assumes Facts/No Personal Knowledge. (Fed. R. Evid. 602.) Ms. Ells' calculations entirely lack foundation and assume facts not in evidence.<br><br>Inadmissible Opinion Testimony/Speculative. (Fed. R. Evid 701.) Ms. Ells is not an expert, however the testimony in her declaration is based on scientific or technical knowledge within the scope of Federal Rules of Evidence, Rule 702. | |
| 5 | ¶¶ 40-49 of the Ells Decl.; Table 3A, titled, "Supervising Psychiatrists (Not Including MHCB Allocation): Actual August 2020." | Lacks Foundation/Assumes Facts/No Personal Knowledge. (Fed. R. Evid. 602.) Ms. Ells' designations and estimations entirely lack foundation and assume facts not in evidence.<br><br>Irrelevant. (Fed. R. Evid. 401.) Ms. Ells' estimations do not relate to <u>current</u> CDCR staffing, and therefore bear no relevance on any facts of consequence relating to the Court's questions for this | |

-3-
DEFENDANTS OBJECTION TO THE DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION IN RESPONSE TO THE JULY 30,2020 ORDER

16883155.3

| | | | |
|---|---|---|---|
| | | | briefing. |
| | | | Misleading. (Fed. R. Evid. 403.) The probative value of this document (and its' titling) is substantially outweighed by unfair prejudice, confusing the issues, and misleading the Court, as Ms. Ells' calculations and numbers are not based on what the CDCR is currently doing, but rather what Plaintiffs believe the CDCR ought to do, without any expert testimony in support. |
| | | | Inadmissible Opinion Testimony/Speculative. (Fed. R. Evid 701; *E.F. Hutton & Co. v. Brown*, 305 F. Supp. 371, 383 (S.D. Tex 169.) Ms. Ells is not an expert, however the testimony in her declaration is based on scientific or technical knowledge within the scope of Federal Rules of Evidence, Rule 702. Additionally, Ms. Ells' declaration does not contain facts, but rather argument to lobby this Court. |
| 6 | ¶¶ 59-65 of the Ells Decl.; Table 5A, titled, "Summary: Actual August 2020." | | Lacks Foundation/Assumes Facts/No Personal Knowledge. (Fed. R. Evid. 602.) Ms. Ells' calculations, designations, and estimations entirely lack foundation and assume facts not in evidence. |

-4-
DEFENDANTS OBJECTION TO THE DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION IN RESPONSE TO THE JULY 30,2020 ORDER

16883155.3

| | | | Irrelevant. (Fed. R. Evid. 401.) Ms. Ells' estimations do not relate to <u>current</u> CDCR staffing, and therefore bear no relevance on any facts of consequence relating to the Court's questions for this briefing.<br><br>Misleading. (Fed. R. Evid. 403.) The probative value of this document (and its' titling) is substantially outweighed by unfair prejudice, confusing the issues, and misleading the Court, as Ms. Ells' calculations and numbers are not based on what the CDCR is <u>currently</u> doing, but rather what Plaintiffs believe the CDCR ought to do. Further, none of Plaintiffs' allocations take into account psychiatric nurse practitioners.<br><br>Inadmissible Opinion Testimony/Speculative. (Fed. R. Evid 701; *E.F. Hutton & Co. v. Brown*, 305 F. Supp. 371, 383 (S.D. Tex 169.) Ms. Ells is not an expert, however the testimony in her declaration is based on scientific or technical knowledge within the scope of Federal Rules of Evidence, Rule 702. Additionally, Ms. Ells' declaration does not contain facts, but rather | |

-5-
DEFENDANTS OBJECTION TO THE DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION IN RESPONSE TO THE JULY 30,2020 ORDER

16883155.3

| | | | |
|---|---|---|---|
| | | | argument to lobby this Court. |
| 7 | ¶¶ 66-70 of the Ells Decl.; Table 5B, titled, "Summary: Targeted Pop. Reduction Scenario." | | Lacks Foundation/Assumes Facts/No Personal Knowledge. (Fed. R. Evid. 602.) Ms. Ells' reductions, designations, and estimations entirely lack foundation and assume facts not in evidence.<br><br>Irrelevant. (Fed. R. Evid. 401.) Ms. Ells' estimations do not relate to current CDCR staffing, and therefore bear no relevance on any facts of consequence relating to the Court's questions for this briefing.<br><br>Misleading. (Fed. R. Evid. 403.) The probative value of this document (and its' titling) is substantially outweighed by unfair prejudice, confusing the issues, and misleading the Court, as Ms. Ells' calculations and numbers are not based on what the CDCR is currently doing, but rather what Plaintiffs believe the CDCR ought to do. Further, none of Plaintiffs' allocations take into account psychiatric nurse practitioners.<br><br>Inadmissible Opinion Testimony/Speculative. (Fed. R. Evid 701; *E.F.* |

-6-
DEFENDANTS OBJECTION TO THE DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION IN RESPONSE TO THE JULY 30,2020 ORDER

16883155.3

| | | | |
|---|---|---|---|
| | | | *Hutton & Co. v. Brown*, 305 F. Supp. 371, 383 (S.D. Tex 169.)  Ms. Ells is not an expert, however the testimony in her declaration is based on scientific or technical knowledge within the scope of Federal Rules of Evidence, Rule 702.  Additionally, Ms. Ells' declaration does not contain facts, but rather argument to lobby this Court. | |
| | 8 | ¶ 71 of the Ells Decl.; Table 6, titled, "Population Reduction." | Lacks Foundation/Assumes Facts/No Personal Knowledge.  (Fed. R. Evid. 602.)  Ms. Ells' reductions, designations, and estimations entirely lack foundation and assume facts not in evidence.<br><br>Irrelevant.  (Fed. R. Evid. 401.)  Ms. Ells' estimations do not relate to <u>current</u> CDCR staffing, and therefore bear no relevance on any facts of consequence relating to the Court's questions for this briefing.<br><br>Misleading.  (Fed. R. Evid. 403.)  The probative value of this document (and its' titling) is substantially outweighed by unfair prejudice, confusing the issues, and misleading the Court, as Ms. Ells' calculations and numbers | |

-7-
DEFENDANTS OBJECTION TO THE DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION IN RESPONSE TO THE JULY 30,2020 ORDER

16883155.3

| | | |
|---|---|---|
| | | are not based on what the CDCR is <u>currently</u> doing, but rather what Plaintiffs believe the CDCR ought to do.<br><br>Inadmissible Opinion Testimony/Speculative. (Fed. R. Evid 701; *E.F. Hutton & Co. v. Brown*, 305 F. Supp. 371, 383 (S.D. Tex 169.) Ms. Ells is not an expert, however the testimony in her declaration is based on scientific or technical knowledge within the scope of Federal Rules of Evidence, Rule 702. Additionally, Ms. Ells' declaration does not contain facts, but rather argument to lobby this Court. | |

DATED: September 22, 2020            HANSON BRIDGETT LLP


By:      */s/ Paul B. Mello*
      PAUL B. MELLO
      LISA M. POOLEY
      SAMANTHA D. WOLFF
      Attorneys for Defendants

DATED: September 22, 2020            Respectfully Submitted,

Xavier Becerra
Attorney General of California
Adriano Hrvatin
Supervising Deputy Attorney General


By:      */s/ Kyle A. Lewis*
      KYLE A. LEWIS
      Deputy Attorney General
      Attorneys for Defendants

| | | |
|---|---|---|
| 1 | DATED: September 22, 2020 | ROBINS KAPLAN LLP |

By: ___*/s/ Roman Silberfeld*___
ROMAN SILBERFELD
GLENN A. DANAS
Special Counsel for Defendants

-9-
DEFENDANTS OBJECTION TO THE DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION IN RESPONSE TO THE JULY 30, 2020 ORDER

16883155.3