# UNION of AMERICAN PHYSICIANS AND DENTISTS, affiliate of AFSCME, AFL-CIO

520 Capitol Mall, Suite 220, Sacramento, CA 95814-4715  Office (916) 442-6977    facsimile (916)446-3827

Hon. Judge Kimberly Mueller                                                                 September 23, 2020
US District Court for the Eastern District of California

Re: Case No.2:90-cv-0520 *Ralph Coleman v. Gavin Newsom*

Dear Judge Mueller:

I write this letter to you as President of the Union of American Physicians and Dentists (UAPD), an important stakeholder and interested party in the long standing case of *Coleman v. Newsom.* I am aware of your July 30 order ECF 6794 for briefs and hearings on CDCR staffing ratios.

During one of your hearings on the *Golding* report I had sent you a letter signed by dozens of our CDCR psychiatrists, expressing their dismay about their salaries, working conditions and professional standing in CDCR. These sentiments were corroborated by the results of the May 29, 2020 report submitted to you by Special Master Lopes. Independent researcher EmployStats concluded that while salaries of CDCR and DSH psychiatrists were initially competitive with other employers they diminish over time. Another conclusion was that widespread job dissatisfaction and vacancies are a result of limited promotional opportunities , lack of institutional support, and diminished professional standing.

UAPD psychiatrists, as civil service employees, have always been the consistent, efficient and economical pillars of the Coleman mental health mission. Their 45-50-% vacancy rate is chronic and multifactorial and the State is now being forced to address this by your Court. The 2009 staffing ratios can either be met by reducing the mental health population or by increasing recruitment and retention of reliable, efficient, economical civil service employees.I believe the latter solution is a better long term alternative for the current and the inevitably increasing population of the State's mentally ill. UAPD has been working with the State of California to create a Civil Service Psychiatry Recruitment and Retention white paper to present to the State legislature.. It should augment the Special master's report by being more comprehensive in subject matter and by capturing a higher percentage of of our member psychiatrists.

UAPD has been constantly stymied by CDCR in joint committees and at the bargaining table. The State and CDCR have needlessly defaulted to expensive and less committed contract psychiatrists to satisfy the Coleman mission. This must stop for the good of the inmates and the taxpayers. UAPD needs and intends to take a more active role in ensuring the 2009 staffing ratios and the Coleman mission. Our attorneys will be filing motions in your court for Amicus Curiae and/or Intervenor status in the near future. Thank you for your consideration.

Yours truly,

Stuart Bussey

Stuart Bussey, MD, JD
President, Union of American Physicians and Dentists