XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' SEVENTEENTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS** |

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id.*) Defendants have filed sixteen status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing

efforts to advance the construction of additional licensed crisis beds. This is Defendants' seventeenth status report.

## DISCUSSION

### I. DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD). (ECF No. 6168.) The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget. Defendants have met the Court's order—in addition to the May report, they timely filed an additional fifteen status reports between June 27, 2019 and August 26, 2020 (ECF Nos. 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, ad 6840), plus a supplemental report on August 2, 2019. (ECF No. 6256.)

### II. UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.

As previously reported to the Court in August 2019, based on a review and analysis of the continuing need for additional licensed crisis beds requested by the Joint Legislative Budget Committee, CDCR decided to proceed with its plans to construct 50 new licensed mental health crisis beds at CIM and to defer plans to construct 50 beds at RJD. (ECF No. 6297 at 3.) The Legislature and the Governor approved the plan (ECF No. 6371 at 3), and CDCR is proceeding with work on the plan. (Borg Decl. ¶ 2.)

CDCR submitted the working drawings for review to the Office of the State Fire Marshal on May 5, 2020 (ECF No. 6840) The Office of the State Fire Marshal reviewed the working drawings and provided approximately 650 individual comments to CDCR on July 31, 2020. (*Id.*) The architect, Hellmuth, Obata & Kassabaum, continues to review the comments and

incorporating the necessary changes into the working drawings. (Borg Decl. ¶ 3.) This report slightly modifies the timeline presented in Defendants' sixteenth status report dated August 26, 2020. Hellmuth, Obata & Kassabaum requires an additional two weeks beyond what was previously anticipated to submit the working drawings to CDCR. (*Id.*) CDCR anticipates that it, in turn, will submit the working drawings to the Office of the State Fire Marshal for further action and review on or about October 13, 2020. (*Id.*) CDCR estimates approval of the revised working drawings by the Office of the State Fire Marshal by December 4, 2020, approximately a two-week delay from the previous date of November 23, 2020. (*Id.*) CDCR's estimate for the start of construction, based on the estimated working drawing approval date of December 4, 2020, is still March 2021, with construction expected to be completed in March 2023. (*Id.*)

### III. UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.

As previously reported, the Governor's proposed budget for the 2020-2021 fiscal year contained an appropriation of $91,032,000 for construction of 50 new licensed crisis beds at CIM, which was considered by the Legislature in the 2020 Budget Act. (ECF No. 6452 at 3.) The funding for the project was approved as part of Assembly Bill 89, the Budget Act of 2020. (*See* Sec. 64, Item 5225-301-0660 of Section 2.00 of the Budget Act of 2020, Schedule (1), published at leginfo.legislature.ca.gov.)

### IV. DEFENDANTS CURRENTLY DO NOT EXPECT COVID-19 TO DELAY THE PROJECT.

CDCR's COVID-19 response plan has not delayed the CIM construction project. (Borg Decl. ¶ 4.) Should COVID-19 impact Defendants' construction project, Defendants will let the Court know.

/ / /

/ / /

/ / /

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

Dated: September 25, 2020  Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/S/ *ELISE OWENS THORN*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

4

Defs.' 17th Status Report on Funding for 100 MHCBs  (2:90-cv-00520 KJM-DB (PC))