XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' SEVENTEENTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS** |

I, Dean L. Borg, declare:

1. I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' seventeenth status report on the

///

1

Borg Decl. Supp. Defs.' 17th Status Report on Funding for 100 MHCBs   (2:90-cv-00520 KJM-DB (PC))

funding process for the design and construction of licensed mental health crisis beds in Southern California.

2. The work on CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men is proceeding, consistent with reports previously provided to the Court.

3. As reported last month, the Office of the State Fire Marshal reviewed the working drawings and provided approximately 650 individual comments to CDCR on July 31, 2020, each of which need to be addressed.  The architect, Hellmuth, Obata & Kassabaum, is reviewing the comments and will require an additional two weeks beyond what was previously anticipated to submit the working drawings back to CDCR.  CDCR anticipates that it will submit the working drawings back to the Office of the State Fire Marshal for further action and review on or about October 13, 2020.  CDCR estimates approval of the revised working drawings by the Office of the State Fire Marshal by December 4, 2020, approximately a two-week delay from the previous date of November 23, 2020.  CDCR's estimate for the start of construction, based on the estimated working drawing approval date of December 4, 2020, is still March 2021, with construction expected to be completed in March 2023.

4. CDCR's response plan to COVID-19 has not led to any delays to the California Institution for Men construction project as of the date of this report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Sacramento, California on September 25, 2020.

/s/ *DEAN L. BORG*
DEAN L. BORG
Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

2

Borg Decl. Supp. Defs.' 17th Status Report on Funding for 100 MHCBs   (2:90-cv-00520 KJM-DB (PC))