DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND EXPEDITED MOTION FOR AN ORDER RE QUARANTINE AND ISOLATION**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date: October 1, 2020<br>Time: 2:00 pm<br>Crtrm.: 3, 15th Floor (Videoconference) |

# NOTICE OF MOTION AND EXPEDITED MOTION

PLEASE TAKE NOTICE that on October 1, 2020, or as soon thereafter as the matter may be heard by the above Court, Plaintiffs will and hereby do move, pursuant to Civil L.R. 230 and this Court's September 24, 2020 Order setting an expedited briefing schedule, ECF No. 6883, for an order directing Defendants to address the needs of the *Coleman* class in their quarantine and isolation plans. Specifically, Plaintiffs seek an order requiring that Defendants (1) develop, within two weeks, a safe plan to set aside and maintain during the COVID-19 pandemic sufficient separate quarantine space for class members at the EOP and higher levels of care, (2) create policies, within two weeks, governing these higher-acuity mental health patients in both quarantine and isolation settings, and (3) issue an interim directive requiring all CDCR institutions to ensure separate programming and appropriate mental health care for these patients in existing quarantine and isolation spaces. Additionally, Plaintiffs request that the Court order the Special Master to monitor Defendants' compliance with these requirements.

This Expedited Motion is supported by the attached Memorandum of Points and Authorities, the Proposed Order, the supporting Declaration, and the entire record in this matter.

DATED: September 25, 2020        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Marc J. Shinn-Krantz*
    Marc J. Shinn-Krantz

Attorneys for Plaintiffs

[3621049.1]

1    Case No. 2:90-CV-00520-KJM-DB

PLTFS' NTC. OF MOT AND EXPEDITED MOT. FOR AN ORDER RE QUARANTINE AND ISOLATION