DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF MARC J. SHINN-KRANTZ IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR AN ORDER FOR A NEW QUARANTINE AND ISOLATION PLAN**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date:　October 1, 2020<br>Time:　2:00 pm |

[3621218.1]

DECL. OF MARC J. SHINN-KRANTZ ISO PLTFS.' EXPEDITED MOT. FOR AN ORDER FOR A NEW QUARANTINE AND ISOLATION PLAN

I, Marc J. Shinn-Krantz, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate at the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Expedited Motion For An Order For A New Quarantine And Isolation Plan.

2. On September 23, 2020, I received a letter from the CDCR Office of Legal Affairs regarding Defendants' decision not to modify their current quarantine and isolation plans to accommodate the *Coleman* class. A true and correct copy of the letter is attached hereto as **Exhibit A**.

3. On September 25, 2020 around 1:30 pm, I reviewed Defendants' COVID-19 Mental Health Operational Impact Dashboard, and I exported and downloaded a copy of the data as an eight-page PDF. A true and correct copy of the data is attached hereto as **Exhibit B**. The "MHCB" tab (page 2) indicates there are currently eight MHCB level of care patients housed in an outpatient setting. The "Acute" tab (page 3) indicates there is currently one Acute Inpatient level of care patient housed in an outpatient setting. The "ICF" tab (page 4) indicates there are currently 141 Intermediate Inpatient level of care patients housed in an outpatient setting. The "ELOC & EOP" tab (page 7) indicates there are currently 499 EOP level of care patients housed outside of an EOP bed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at El Cerrito, CA this 25th day of September, 2020.

　　　　　　　　　　　　　　　　　　　　　/s/ Marc J. Shinn-Krantz
　　　　　　　　　　　　　　　　　　　　　Marc J. Shinn-Krantz

[3621218.1]

2

DECL. OF MARC J. SHINN-KRANTZ ISO PLTFS.' EXPEDITED MOT. FOR AN ORDER FOR A NEW QUARANTINE AND ISOLATION PLAN

# EXHIBIT A

| | |
|---|---|
| **From:** | Nick Weber |
| **Sent:** | Wednesday, September 23, 2020 5:39 PM |
| **To:** | Emma Cook; Bick, Joseph@CDCR; Toche, Diana@CDCR |
| **Cc:** | Coleman Team - RBG Only; Steve Fama; Donald Specter; Armstrong Team - RBG only; 'arm-plo@prisonlaw.com'; Ed Swanson; Adriano.Hrvatin@doj.ca.gov; Elise Thorn; Tyler Heath; 'Damon.McClain@doj.ca.gov'; 'Silberfeld, Roman M.'; Danas, Glenn A.; Kyle.Lewis@doj.ca.gov; Lucas Hennes; Stafford, Carrie@CDCR; Melissa Bentz; Hockerson, Dillon@CDCR; Rashkis, Sean@DSH-S; Nina Raddatz; Christine.Ciccotti@dsh.ca.gov; Kent, Kristopher@DSH-S; Gipson, Connie@CDCR; Vincent Cullen; Moss, Joseph@CDCR; Lorey, Dawn@CDCR; Neill, Jennifer@CDCR |
| **Subject:** | RE: Coleman:  Plaintiffs' Letter re Isolation and Quarantine for EOP and Higher LOC Patients [IWOV-DMS.FID6429] |
| **Attachments:** | Ltr. NW-TN re Addl ISO Quarantine Space 9.23.pdf |

All,

Attached is Defendants' response to Plaintiffs' letter on Isolation and Quarantine for EOP and Higher LOC Patients.


Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Emma Cook <ECook@rbgg.com>
**Sent:** Friday, September 04, 2020 4:58 PM
**To:** Bick, Joseph@CDCR <Joseph.Bick@cdcr.ca.gov>; Toche, Diana@CDCR <Diana.Toche@cdcr.ca.gov>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Donald Specter <dspecter@prisonlaw.com>; Armstrong Team - RBG only <ArmstrongTeam@rbgg.com>; 'arm-plo@prisonlaw.com' <arm-plo@prisonlaw.com>; Ed Swanson <ed@smllp.law>; Adriano.Hrvatin@doj.ca.gov; Elise Thorn <Elise.Thorn@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>; 'Damon.McClain@doj.ca.gov' <Damon.McClain@doj.ca.gov>; 'Silberfeld, Roman M.' <RSilberfeld@RobinsKaplan.com>; Danas, Glenn A. <GDanas@robinskaplan.com>; Kyle.Lewis@doj.ca.gov; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Stafford, Carrie@CDCR <Carrie.Stafford@cdcr.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Rashkis, Sean@DSH-S <Sean.Rashkis@dsh.ca.gov>; Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; Christine.Ciccotti@dsh.ca.gov; Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov>; Gipson, Connie@CDCR <Connie.Gipson@cdcr.ca.gov>; Cullen, Vincent@CDCR <Vincent.Cullen@cdcr.ca.gov>; Moss, Joseph@CDCR <Joseph.Moss@cdcr.ca.gov>; Lorey, Dawn@CDCR <Dawn.Lorey@cdcr.ca.gov>; Neill, Jennifer@CDCR

<Jennifer.Neill@cdcr.ca.gov>
**Subject:** Coleman: Plaintiffs' Letter re Isolation and Quarantine for EOP and Higher LOC Patients [IWOV-DMS.FID6429]

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear all,

Please see the attached letter from Thomas Nolan concerning plaintiffs' request for separate isolation and quarantine spaces for EOP and higher level of care patients.

Thank you and have a good weekend,

Emma Cook
Paralegal

ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
ecook@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                      GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



September 23, 2020

Tom Nolan
Rosen Bien Galvan and Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, A 94105

VIA EMAIL

Tom,

I write in response to Plaintiffs' September 4, 2020, letter regarding quarantine and isolation space for patients in the Enhanced Outpatient Program (EOP) level of care and above. According to Plaintiffs, Defendants should set aside separate medical quarantine and isolation space – a deviation from past practice – for patients in higher levels of mental health care. Plaintiffs base this proposition on the assumption that the California Department of Corrections and Rehabilitation (CDCR) is unable to manage mentally ill patients who are quarantined or isolated in mixed medical units with non-mentally ill inmates.

The practice of medically quarantining or isolating patients within CDCR is not new and was not developed in response to COVID-19. Nor is COVID-19 the first contagious illness to spread within CDCR. CDCR has had quarantine and isolation practices in place for years. For example, patients are routinely placed on quarantine or isolation for influenza-like illnesses, tuberculosis, and gastroenteritis. In these situations, *Coleman* class members are subject to the same quarantine and isolation practices as non-class members. *Coleman* class members may be quarantined or isolated within their housing unit, or they may be quarantined in a medical unit. CDCR ensures that class members in quarantine or isolation receive mental health care while on that status.

I. Plaintiffs' Request for Separate Quarantine and Isolation Space for EOP and PIP Patients is Misplaced

The overwhelming majority of inmates quarantined during COVID are quarantined as a group within their own housing unit. Those patients program together and are moved in small groups to yard, dayroom, and showers. Plaintiffs' concern appears centered around the set aside quarantine and isolation space at each institution, which was done at the direction of the *Plata* court. Plaintiffs request is misplaced and mischaracterizes the nature and purpose of quarantine units. Plaintiffs' main concern with housing EOP patients in mixed units is that existing policy requires EOP patients to be housed separately from the general population. (September 4, 2020, letter at 3.) According to Plaintiffs, EOPs "are especially vulnerable to victimization while in the general population" and "the clinical prerequisite[] for placement into the EOP program is an 'inability to function in general population.'" (Id.)

Page 2

However, a quarantine or isolation unit is <u>not</u> the general population.[1]  Quarantine units are strictly controlled environments with a medical mission similar to that of a medical Outpatient Housing Unit (OHU) or Correctional Treatment Center (CTC).  *Coleman* class members in need of medical treatment are routinely housed in OHUs or CTCs with non-*Coleman* class members.  Like CTCs and OHUs, quarantine and isolation beds are not permanent housing placements.  Their distinct medical mission protects against concerns of mixing class members with non-class members.  In short, there is no clinical reason to create separate EOP or inpatient patient quarantine or isolation space.

Placement in quarantine or isolation, like placement in any medical unit, is time limited.  During that time, patients receive daily screenings and are tested for the virus upon leaving the unit.  Patients in quarantine or isolation are carefully monitored by medical and custody staff.  Patients housed in set-aside quarantine units do not program with other patients on the unit in order to avoid exposure.  Given the medical milieu and strict controls over the unit, EOP patients are unlikely to have negative interactions with non-EOP patients while on quarantine or isolation.

*Coleman* class members placed on quarantine or isolation status, and housed out of their normal housing unit, continue to receive mental health care in the quarantine or isolation unit.  This is true for any such patient housed in an OHU or CTC, or housed in quarantine for any contagious illness, be it COVID, the flu, norovirus, or tuberculosis.  Local treatment teams are well versed in following patients to the medical units such as the OHU, CTC, quarantine, or isolation units.

Similarly, there is no clinical need to set aside separate PIP quarantine or isolation space.  It is unlikely that a patient housed in a dorm PIP setting would be exposed to COVID in a group setting and, before returning to his housing unit, find out about the exposure.  Such a scenario normally takes place over a period of days by which time the exposed patient, or patients, have already comingled with the housing unit necessitating the entire unit to quarantine in place.  In the rare event that, while returning to his dorm, a patient learns he just left a group session hosted by a COVID positive employee that patient would be quarantined in an available single cell or sent to the institution's quarantine unit.  Should the patient be housed temporarily in the quarantine unit, the patient's treatment team would still ensure his mental health treatment needs are met.

Plaintiffs also argue in favor of more programming within quarantine units.  (September 4, 2020, letter at page 4.)  However, this recommendation is medically unsound and contrary to the opinion of the Receiver's public health experts.  Quarantine set aside space is used to determine whether a patient has contracted a virus.  Allowing patients who often come from different parts of an institution to comingle amongst themselves defeats the purpose of the unit and will only lead to further spread of the disease.

---

[1] Nor is a quarantine unit akin to an ASU, as suggested by Plaintiffs at page four of their September 4, 2020, letter.  Plaintiffs cite to a nearly 20-year old monitoring report where patients' "long stays" in segregation were noted to be better served by consolidating them into ASU EOP Hubs.  Quarantine units are not long term permanent housing like ASUs.  Nor is normal programming expected to occur within a quarantine unit given its medical nature.  In order to avoid further exposure, comingling between quarantined patients must be kept to a minimum in order to avoid the potential spread of COVID.

Page 3

Finally, in addition to the lack of a clinical need to set aside separate quarantine and isolation space for EOP and PIP patients, setting aside such units would be wasteful. Although numbers of MHSDS patients quarantining in non-MHSDS units is not available, the number of active COVID positive EOP and PIP patients statewide is low. On September 15, 2020, CDCR reported a total of eight EOP patients with COVID and only one PIP patient with COVID statewide. These numbers do not justify creating separate housing space when current quarantine medical units are available and mental health care is available on those units, as has historically been the practice.

   II.    Creating Additional Set Aside Space to Implement the Movement Matrix is not Necessary at this Time

Plaintiffs finally argue that CDCR should simply create more set aside quarantine space because the August 19, 2020, movement matrix may require more patients to quarantine at any given time prior to inter-institutional transfer. This issue is in the purview of the *Plata* action. CDCR does not believe that an expansion is warranted at this time. As stated above, the vast majority of patients quarantine in their own housing unit. The same process will occur prior to inter-institutional transfer. Movement being pursued at this time mainly involve patients already in single celled housing – inmates in segregation, medical transfers, and movement to and between higher levels of mental health care.

Sincerely,

Nick Weber

/s/ Nick Weber

Attorney
CDCR
Office of Legal Affairs

# EXHIBIT B





Glossary

# COVID-19 MH Operational Impact Dashboard - Safety

Region

All

## SRASHE & CSSRS Screener

## Self-Injurious Behavior

## YTD SIB with Intent

FSP | ASP | CAL | CCC | CCI | CCWF | CEN | CHCF | CIM | CIW | CMC | CMF | COR | CRC | CTF | CVSP | DVI | CAC | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQ | SVSP | VSP | WSP

Glossary

# COVID-19 MH Operational Impact Dashboard - MHCB

Region: All

## MHCB Location

## Percent Rescinded

## Bed Type

## Referrals

## MHCB in THMU & ELOC

FSP | ASP | CAL | CCC | CCI | CCWF | CEN | CHCF | CIM | CIW | CMC | CMF | COR | CRC | CTF | CVSP | DVI | CAC | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQ | SVSP | VSP | WSP

# COVID-19 MH Operational Impact Dashboard - Acute


Glossary

Region: All


## Acute Location
Institution: CHCF, CIM, CIW, CMC, CMF, COR, KVSP, LAC



## Bed Type
Acute/ICF, MHCB

## Acute in THMU & ELOC
Inpatient_ELOC: 60
Outpatient_ELOC: 1

## Referrals
2020, 2019




FSP | ASP | CAL | CCC | CCI | CCWF | CEN | CHCF | CIM | CIW | CMC | CMF | COR | CRC | CTF | CVSP | DVI | CAC | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQ | SVSP | VSP | WSP



Glossary

# COVID-19 MH Operational Impact Dashboard - ICF

Region

All

## ICF Location

## Bed Type

## Referrals

## ICF in THMU & ELOC

FSP | ASP | CAL | CCC | CCI | CCWF | CEN | CHCF | CIM | CIW | CMC | CMF | COR | CRC | CTF | CVSP | DVI | CAC | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQ | SVSP | VSP | WSP

# COVID-19 MH Operational Impact Dashboard - TMHU


Glossary

Region: All

## 5-Day Follow Up


## RVR's


## Location Sent After TMHU


## Discharge SRASHE & SPI


## Referral, Placement, and %COVID-19+


FSP | ASP | CAL | CCC | CCI | CCWF | CEN | CHCF | CIM | CIW | CMC | CMF | COR | CRC | CTF | CVSP | DVI | CAC | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQ | SVSP | VSP | WSP

 Glossary

# COVID-19 MH Operational Impact Dashboard - TMHU (Treatment)

Region: All

## MAX: 5-Hrs. Tx. Offered Out of Cell


## Routine IDTT
Developing and Testing Visualization

## Initial IDTT


## Length of Stay (days)


## Rounding Count
Rounding (Theraputic Notes Only)


## Daily MH Contact Offered Percentage


## RT Contacts Offered
Current Bug Impacting Data
Story ID: 94968


## Non-Confidential Count


FSP | ASP | CAL | CCC | CCI | CCWF | CEN | CHCF | CIM | CIW | CMC | CMF | COR | CRC | CTF | CVSP | DVI | CAC | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQ | SVSP | VSP | WSP



Glossary

# COVID-19 MH Operational Impact Dashboard - ELOC & EOP

Region
All

## ELOC Location

Institution (Blank) ASP CCI CCWF CEN CHCF CIM CIW

## EOP Patients Not in EOP Bed

499

## MHCB Patients LOS in Outpatient

## Inpatient Referrals in ELOC

## Inpatient in EOP Housing

## Patients Awaiting EOP Bed

FSP ASP CAL CCC CCI CCWF CEN CHCF CIM CIW CMC CMF COR CRC CTF CVSP DVI CAC HDSP ISP KVSP LAC MCSP NKSP PBSP PVSP RJD SAC SATF SCC SOL SQ SVSP VSP WSP

# COVID-19 MH Operational Impact Dashboard - Reference Information

Glossary

# Navigating Power BI

# TMHU Registry Report

# TMHU Cellbed Report