DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' NOTICE OF ERRATA REGARDING ECF NO. 6887 EXPEDITED MOTION**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date: October 1, 2020<br>Time: 2:00 pm<br>Crtrm.: 3, 15th Floor (Videoconference) |

[3621625.1]

Case No. 2:90-CV-00520-KJM-DB

PLTFS.' NTC. OF ERRATA RE: ECF NO. 6887 EXPEDITED MOTION

On September 25, 2020, Plaintiffs' counsel filed a Notice of Motion and Expedited Motion For An Order Regarding Quarantine and Isolation, and supporting papers. *See* ECF No. 6887, 6887-1, 6887-2, 6887-3. Plaintiffs' counsel omitted the required certification of orders reviewed and now files this errata to correct that omission. Counsel apologizes for the inconvenience.

## CERTIFICATION OF ORDERS REVIEWED

Plaintiffs' counsel certifies that he reviewed the following orders relevant to the filing discussed above:

ECF No. 640, ECF No. 1800, ECF No. 1998, ECF No. 3613, ECF No. 4199, ECF No. 5573, ECF No. 5583, ECF No. 5610, ECF No. 5750, ECF No. 5850, ECF No. 6214, ECF No. 6460, ECF No. 6483, ECF No. 6600, ECF No. 6791, and ECF No. 6883.

DATED: September 26, 2020         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Marc J. Shinn-Krantz*
     Marc J. Shinn-Krantz

Attorneys for Plaintiffs