DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>   Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF WITHDRAWAL OF MOTION AND REQUEST TO VACATE HEARING**<br><br>Date:   OCT. 1, 2020<br>Time:  2 PM<br>Crtrm.: VIDEOCONFERENCE<br><br>Judge:  Kimberly J. Mueller |

On September 24, 2020, the Court entered an Order setting an expedited briefing schedule on Plaintiffs' request for an order directing Defendants to address the needs of the Coleman class members in their quarantine and isolation plans and scheduling a hearing on Plaintiffs' motion for October 1, 2020. (ECF No. 6883)  Plaintiffs filed their expedited motion on September 25, 2020, seeking an order requiring that Defendants (1) develop, within two weeks, a safe plan to set aside and maintain during the COVID-19 pandemic sufficient separate quarantine space for class members at the EOP and higher levels of

[3623486.1]

NOTICE OF WITHDRAWAL OF MOTION

care, (2) create policies, within two weeks, governing these higher-acuity mental health patients in both quarantine and isolation settings, and (3) issue an interim directive requiring all CDCR institutions to ensure separate programming and appropriate mental health care for these patients in existing quarantine and isolation spaces. Additionally, Plaintiffs request that the Court order the Special Master to monitor Defendants' compliance with these requirements. (ECF No. 6887.) Defendants filed their opposition to Plaintiffs' motion on September 29, 2020. (ECF No. 6890.)

The parties met and conferred on September 28, 2020, to discuss this issue. During the meeting, Plaintiffs requested a written proposal regarding housing and treating class members in COVID-19 set aside quarantine space. Defendant California Department of Corrections and Rehabilitation (CDCR) provided a written proposal to Plaintiffs and the Special Master on September 29, 2020. To allow time for consideration and response to CDCR's proposal, Plaintiffs now request that the hearing set for October 1, 2020 be vacated, and the motion deemed withdrawn without prejudice to re-noticing in the event that the parties cannot resolve the issues within a reasonable time.

DATED: September 30, 2020   Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ernest Galvan*
Ernest Galvan

Attorneys for Plaintiffs