| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>KYLE A. LEWIS, State Bar No. 201041<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>LUCAS L. HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7325<br>  Fax: (916) 324-5205<br>  E-mail: Tyler.Heath@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>LISA M. POOLEY, State Bar No. 168737<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>HANSON BRIDGETT LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                     Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                     Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge: The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*) On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

/ / /

1

1  Consistent with the Court's February 14, 2018 order, attached here is a letter from
2  Defendant CDCR setting forth CDCR's Division of Health Care Services Systemwide Mental
3  Health Program Allocated and Filled Psychiatry Positions for August 2020. The information this
4  month is provided in two reports. One utilizes the July 2020 allocations, and the other utilizes the
5  revised September 2020 allocations.

**CERTIFICATION**

7  Defendants' counsel certifies that he reviewed the following orders relevant to this filing:
8  ECF No. 5786, ECF No. 5803, and ECF No. 5886.

9  Dated: September 30, 2020                     Respectfully submitted,

                                                XAVIER BECERRA
                                                Attorney General of California
                                                ADRIANO HRVATIN
                                                Supervising Deputy Attorney General


                                                /s/ Tyler V. Heath
                                                TYLER VANCE HEATH
                                                Acting Supervising Deputy Attorney General
                                                *Attorneys for Defendants*

CF1997CS0003
34455676.docx

Exhibit A

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                                                 GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



September 30, 2020

Tyler Vance Heath, Esq.
California Department of Justice
1300 I Street
Sacramento, CA 95814

RE:   CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Mr. Heath:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly reports identifying the psychiatry vacancy rates at each CDCR institution and systemwide for August 2020. They are attached as Exhibit A. Exhibit A includes two reports. One showing the July 2020 allocations, and a second showing revised allocations released in September 2020. Both reports are being provided because the reports show the psychiatry vacancies for August 2020, whereas the revised allocations were done in September 2020 based on population information from August 2020. In accordance with the Court's February 14, 2018 order, the reports contain the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

  /s/ Amar Mehta, M.D.
Amar Mehta, M.D.
Deputy Director
Statewide Mental Health Program

| | Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Psychiatry Positions - August 2020 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Allocated Jul 2020[1] | | | Filled Aug 2020 | | | | | | Filled w PNP Aug 2020 | | |
| Sites | Site | Telepsych | Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 5.31 | 0.00 | 0.00 | 5.31 | 106% | 0.00 | 5.31 | 106% |
| CAL | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 3.00 | 4.00 | 7.00 | 2.00 | 1.80 | 2.00 | 0.00 | 5.80 | 83% | 0.00 | 5.80 | 83% |
| CCWF | 10.50 | 2.00 | 12.50 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 40% | 4.45 | 9.45 | 76% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CHCF | 17.50 | 8.00 | 25.50 | 2.00 | 2.08 | 7.00 | 0.67 | 11.75 | 46% | 1.00 | 12.75 | 50% |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 14.90 | 6.76 | 4.00 | 1.53 | 27.19 | 74% | 0.00 | 27.19 | 74% |
| CIM | 10.00 | 1.00 | 11.00 | 6.00 | 2.85 | 1.00 | 0.00 | 9.85 | 90% | 0.00 | 9.85 | 90% |
| CIW | 11.50 | 1.00 | 12.50 | 6.00 | 3.26 | 0.00 | 0.00 | 9.26 | 74% | 0.00 | 9.26 | 74% |
| CMC | 16.50 | 2.00 | 18.50 | 9.00 | 3.85 | 0.00 | 0.00 | 12.85 | 69% | 0.98 | 13.83 | 75% |
| CMF | 16.00 | 3.00 | 19.00 | 6.00 | 4.35 | 3.00 | 0.68 | 14.03 | 74% | 1.99 | 16.02 | 84% |
| CMF PIP | 32.00 | 0.00 | 32.00 | 9.00 | 10.78 | 3.00 | 1.19 | 23.97 | 75% | 0.00 | 23.97 | 75% |
| COR | 7.50 | 5.00 | 12.50 | 2.50 | 3.50 | 4.53 | 0.00 | 10.53 | 84% | 0.00 | 10.53 | 84% |
| CRC | 6.00 | 0.00 | 6.00 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | 117% | 0.00 | 7.00 | 117% |
| CTF | 4.50 | 2.00 | 6.50 | 1.75 | 0.92 | 1.00 | 0.00 | 3.67 | 56% | 0.00 | 3.67 | 56% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| DVI | 2.50 | 0.00 | 2.50 | 2.00 | 0.98 | 0.00 | 0.00 | 2.98 | 119% | 0.00 | 2.98 | 119% |
| FSP | 3.50 | 0.00 | 3.50 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | 86% | 0.00 | 3.00 | 86% |
| HDSP | 2.50 | 4.00 | 6.50 | 0.00 | 0.00 | 3.17 | 0.85 | 4.02 | 62% | 0.00 | 4.02 | 62% |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.12 | 0.00 | 0.30 | 0.42 | 42% | 0.00 | 0.42 | 42% |
| KVSP | 4.00 | 4.00 | 8.00 | 1.00 | 0.00 | 1.20 | 2.56 | 4.76 | 60% | 2.59 | 7.35 | 92% |
| LAC | 12.50 | 0.00 | 12.50 | 6.00 | 4.98 | 0.00 | 0.00 | 10.98 | 88% | 1.52 | 12.50 | 100% |
| MCSP | 9.50 | 6.00 | 15.50 | 3.75 | 1.51 | 4.20 | 2.75 | 12.21 | 79% | 0.00 | 12.21 | 79% |
| NKSP | 6.50 | 2.00 | 8.50 | 1.00 | 3.58 | 2.00 | 0.00 | 6.58 | 77% | 1.96 | 8.54 | 100% |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.17 | 0.00 | 2.17 | 72% | 0.00 | 2.17 | 72% |
| PVSP | 2.50 | 1.00 | 3.50 | 1.00 | 0.33 | 1.00 | 0.00 | 2.33 | 67% | 0.00 | 2.33 | 67% |
| RJD | 14.00 | 3.00 | 17.00 | 6.75 | 2.94 | 3.17 | 0.00 | 12.86 | 76% | 0.00 | 12.86 | 76% |
| SAC | 19.00 | 1.00 | 20.00 | 15.75 | 3.87 | 0.17 | 0.00 | 19.79 | 99% | 0.00 | 19.79 | 99% |
| SATF | 9.50 | 9.00 | 18.50 | 1.00 | 1.37 | 6.00 | 0.64 | 9.01 | 49% | 4.34 | 13.35 | 72% |
| SCC | 2.00 | 1.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33% | 0.89 | 1.89 | 63% |
| SOL | 4.50 | 0.00 | 4.50 | 4.00 | 0.00 | 0.16 | 0.00 | 4.16 | 92% | 0.00 | 4.16 | 92% |
| SQ | 12.00 | 0.00 | 12.00 | 12.00 | 1.13 | 0.00 | 0.00 | 13.13 | 109% | 0.00 | 13.13 | 109% |
| SVSP | 3.50 | 6.00 | 9.50 | 0.00 | 3.36 | 4.16 | 0.96 | 8.48 | 89% | 0.00 | 8.48 | 89% |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 1.00 | 5.74 | 1.00 | 0.00 | 7.74 | 77% | 0.00 | 7.74 | 77% |
| VSP | 2.00 | 7.00 | 9.00 | 0.00 | 0.23 | 5.70 | 0.00 | 5.93 | 66% | 0.98 | 6.91 | 77% |
| WSP | 6.50 | 4.00 | 10.50 | 3.00 | 2.02 | 2.20 | 1.98 | 9.20 | 88% | 0.00 | 9.20 | 88% |
| TOTAL | 307.00 | 80.00 | 387.00 | 135.40 | 77.62 | 60.83 | 14.11 | 287.96 | 74% | 20.70 | 308.66 | 80% |

**Footnote**

1  Source:  MH Memo July 2020 Statewide Mental Health Position Allocated

2  Source: August 31, 2020 CCHCS Psychiatrist Vacancy/Coverage Report

3  Source: PSYT_PNP Temp Relief Details (August 2020)

4  Source: August 2020 Telepsychiatry Provider List

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - August 2020

| Sites | Allocated Sept 2020[1] | | | Filled Aug 2020 | | | | | | Filled w PNP Aug 2020 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 4.50 | 0.00 | 4.50 | 0.00 | 5.31 | 0.00 | 0.00 | 5.31 | 118% | 0.00 | 5.31 | 118% |
| CAL | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 2.00 | 4.00 | 6.00 | 2.00 | 1.80 | 2.00 | 0.00 | 5.80 | 97% | 0.00 | 5.80 | 97% |
| CCWF | 7.50 | 2.00 | 9.50 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 53% | 4.45 | 9.45 | 99% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CHCF | 17.50 | 8.00 | 25.50 | 2.00 | 2.08 | 7.00 | 0.67 | 11.75 | 46% | 1.00 | 12.75 | 50% |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 14.90 | 6.76 | 4.00 | 1.53 | 27.19 | 74% | 0.00 | 27.19 | 74% |
| CIM | 9.00 | 1.00 | 10.00 | 6.00 | 2.85 | 1.00 | 0.00 | 9.85 | 99% | 0.00 | 9.85 | 99% |
| CIW | 10.50 | 1.00 | 11.50 | 6.00 | 3.26 | 0.00 | 0.00 | 9.26 | 81% | 0.00 | 9.26 | 81% |
| CMC | 15.50 | 2.00 | 17.50 | 9.00 | 3.85 | 0.00 | 0.00 | 12.85 | 73% | 0.98 | 13.83 | 79% |
| CMF | 15.50 | 3.00 | 18.50 | 6.00 | 4.35 | 3.00 | 0.68 | 14.03 | 76% | 1.99 | 16.02 | 87% |
| CMF PIP | 32.00 | 0.00 | 32.00 | 9.00 | 10.78 | 3.00 | 1.19 | 23.97 | 75% | 0.00 | 23.97 | 75% |
| COR | 7.50 | 5.00 | 12.50 | 2.50 | 3.50 | 4.53 | 0.00 | 10.53 | 84% | 0.00 | 10.53 | 84% |
| CRC | 4.50 | 0.00 | 4.50 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | 156% | 0.00 | 7.00 | 156% |
| CTF | 3.50 | 2.00 | 5.50 | 1.75 | 0.92 | 1.00 | 0.00 | 3.67 | 67% | 0.00 | 3.67 | 67% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| DVI | 2.00 | 0.00 | 2.00 | 2.00 | 0.98 | 0.00 | 0.00 | 2.98 | 149% | 0.00 | 2.98 | 149% |
| FSP | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | 100% | 0.00 | 3.00 | 100% |
| HDSP | 2.50 | 4.00 | 6.50 | 0.00 | 0.00 | 3.17 | 0.85 | 4.02 | 62% | 0.00 | 4.02 | 62% |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.12 | 0.00 | 0.30 | 0.42 | 42% | 0.00 | 0.42 | 42% |
| KVSP | 4.50 | 4.00 | 8.50 | 1.00 | 0.00 | 1.20 | 2.56 | 4.76 | 56% | 2.59 | 7.35 | 86% |
| LAC | 12.00 | 0.00 | 12.00 | 6.00 | 4.98 | 0.00 | 0.00 | 10.98 | 92% | 1.52 | 12.50 | 104% |
| MCSP | 9.00 | 6.00 | 15.00 | 3.75 | 1.51 | 4.20 | 2.75 | 12.21 | 81% | 0.00 | 12.21 | 81% |
| NKSP | 3.00 | 2.00 | 5.00 | 1.00 | 3.58 | 2.00 | 0.00 | 6.58 | 132% | 1.96 | 8.54 | 171% |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.17 | 0.00 | 2.17 | 72% | 0.00 | 2.17 | 72% |
| PVSP | 2.00 | 1.00 | 3.00 | 1.00 | 0.33 | 1.00 | 0.00 | 2.33 | 78% | 0.00 | 2.33 | 78% |
| RJD | 14.00 | 3.00 | 17.00 | 6.75 | 2.94 | 3.17 | 0.00 | 12.86 | 76% | 0.00 | 12.86 | 76% |
| SAC | 18.50 | 1.00 | 19.50 | 15.75 | 3.87 | 0.17 | 0.00 | 19.79 | 101% | 0.00 | 19.79 | 101% |
| SATF | 7.00 | 9.00 | 16.00 | 1.00 | 1.37 | 6.00 | 0.64 | 9.01 | 56% | 4.34 | 13.35 | 83% |
| SCC | 2.00 | 1.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33% | 0.89 | 1.89 | 63% |
| SOL | 4.50 | 0.00 | 4.50 | 4.00 | 0.00 | 0.16 | 0.00 | 4.16 | 92% | 0.00 | 4.16 | 92% |
| SQ | 11.00 | 0.00 | 11.00 | 12.00 | 1.13 | 0.00 | 0.00 | 13.13 | 119% | 0.00 | 13.13 | 119% |
| SVSP | 3.50 | 6.00 | 9.50 | 0.00 | 3.36 | 4.16 | 0.96 | 8.48 | 89% | 0.00 | 8.48 | 89% |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 1.00 | 5.74 | 1.00 | 0.00 | 7.74 | 77% | 0.00 | 7.74 | 77% |
| VSP | 1.00 | 7.00 | 8.00 | 0.00 | 0.23 | 5.70 | 0.00 | 5.93 | 74% | 0.98 | 6.91 | 86% |
| WSP | 2.50 | 4.00 | 6.50 | 3.00 | 2.02 | 2.20 | 1.98 | 9.20 | 142% | 0.00 | 9.20 | 142% |
| TOTAL | 282.00 | 80.00 | 362.00 | 135.40 | 77.62 | 60.83 | 14.11 | 287.96 | 80% | 20.70 | 308.66 | 85% |

**Footnote**

1  Source:  MH Memo Updated September 2020 Statewide Mental Health Position Allocated

2  Source: August 31, 2020 CCHCS Psychiatrist Vacancy/Coverage Report

3  Source: PSYT_PNP Temp Relief Details (August 2020)

4  Source: August 2020 Telepsychiatry Provider List