XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
LISA M. POOLEY, SBN 168737
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:    925-746-8460
Facsimile:    925-746-8490

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520- KJM-DB |
| Plaintiffs, | **DECLARATION OF ANGELA PONCIANO IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S SEPTEMBER 25, 2020 ORDER** |
| v. | |
| GAVIN NEWSOM, et al. | |
| Defendants. | Judge:   Hon. Kimberly J. Mueller |

16922048.1

Case No. 2:90-CV-00520- KJM-DB
DECLARATION OF ANGELA PONCIANO IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S SEPTEMBER 25, 2020 ORDER

I, Angela Ponciano, declare as follows:

1. I am currently employed as the Associate Director of the California Department of Corrections and Rehabilitations' Statewide Mental Health Delivery System. I have held this position since 2014. I offer this declaration in support of Defendants' response to the Court's September 25, 2020 order. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. As Associate Director, I manage and oversee all CDCR's mental health staffing allocations and updates.

3. Attachment A is a chart I prepared which provides an example or snapshot of population levels at each level of care to be served by the current filled staff psychiatry positions using the ratios set out in the 2009 Staffing Plan, allowing for a ten percent vacancy rate. The estimated population numbers in this chart are based upon the current number of positions filled by psychiatrists and PNPs at the Correctional Clinical Case Management System (CCCMS), Enhanced Outpatient Program (EOP), and Mental Health Crisis Bed (MHCB) levels of care as of August 2020, plus a ten percent vacancy rate. Therefore, these estimates must be adjusted as the respective proportion of patients at the CCCMS, EOP and MHCB levels change in any way or if the number of filled positions change in any way. And since the MHSDS is a dynamic population that moves through the various levels of care and subprograms, fixing population numbers at each level of care and subprogram based on the unrealistic assumption that population numbers remain static effectively takes one flawed premise and compounds it with another.

4. The first column in Attachment A lists the various levels of care and sub-programs (*e.g.*, CCCMS Reception Center (CCCMS RC), General Population (GP), Administrative Segregation Unit/Short Term Restricted Housing (ASU/STRH), and Secured Housing Unit/Long Term Restricted Housing (SHU/LTRH)) that have assigned ratios and the static allocations required by the 2009 Staffing Plan.

5. The second and third columns provide an estimate of the number of patients at each level of care and subprogram who could be served by the current filled staff psychiatry positions. The population numbers in column two are based upon estimates by CDCR. These estimates take

-1-    Case No. 2:90-CV-00520- KJM-DB
DECLARATION OF ANGELA PONCIANO IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S SEPTEMBER 25, 2020 ORDER

16922048.1

into account past trends and recent population data. The third column is the number of staff psychiatrists required to provide care to the population in column two. The number of staff psychiatrists was determined by applying the appropriate ratio from the 2009 Staffing Plan, as well as the appropriate relief factor. The allocations for each level of care and subprogram are then added to the static allocations in the 2009 Staffing Plan for a total of 246.18 staff psychiatry positions. This total is equivalent to the number of positions filled by psychiatrists at the CCCMS, EOP, and MHCB levels of care as of August 2020, plus a ten percent vacancy rate.

6. Columns four and five repeat the exercise of estimating for each level of care and subprogram and applying the appropriate ratio from the 2009 Staffing Plan, as well as the appropriate relief factor. Once the static allocations in the 2009 Staffing Plan are added, the total number of positions required to provide services to the estimated population in column four is 269.46. This total is equivalent to the number of positions filled by psychiatrists and PNPs at the CCCMS, EOP, and MHCB levels of care as of August 2020, plus a ten percent vacancy rate.

7. Attachment A, which shows an example of populations at each level of care that can be served by the current number of filled psychiatry positions plus a ten percent vacancy rate, is consistent with the 2009 Staffing Plan, but is inconsistent with operational necessities, such as rounding positions up or down at institutions to establish positions that can actually be filled. For example, the September 2020 allocation application of the 2009 Staffing Plan at Avenal State Prison provides a total allocation of 4.30 psychiatry positions. But it would be very difficult to fill a .30 position, and therefore, CDCR rounds that allocation up to a 4.50 psychiatry allocation.

8. Attachment A provides the information requested by this Court's September 25 order, but does not take into account the myriad shortcomings inherent in the 2009 Staffing Plan. Defendants therefore provide Attachment B, which is based on census for CCCMS, EOP, and MHCB. This is inconsistent with the current methodology for calculating the fill rate, which would require the MHCB to be based on beds, not census, but it reflects the patient need based on the number of patients at the MHCB level of care as of September 28, 2020.

9. Attachment B provides the current fill rate based on the September 28, 2020 CCCMS, EOP, and MHCB patient populations. The first column lists the various levels of care

and sub-programs (*e.g.*, CCCMS RC, GP, ASU/STRH, and SHU/LTRH) that have assigned ratios and the static allocations required by the 2009 Staffing Plan.

10. The second column includes the census for the various levels of care and sub-programs as of September 28, 2020. The census for the CCCMS and EOP RC and GP and MHCB counts the number of patients at each level of care, regardless of where they are currently housed. The census for the segregation units at the CCCMS and EOP levels are based upon the level of care and housing unit of the patient as of September 28, 2020.

11. The third column is the number of staff psychiatrists required to provide care to the population in column two. The number of staff psychiatrists was determined by applying the ratio from the 2009 Staffing Plan, as well as the relief factor. The allocations for each level of care and subprogram are then added to the static allocations in the 2009 Staffing Plan for a total of 222.66 staff psychiatry positions.

12. The last two columns of the chart provide the current psychiatry fill rate based on the allocations provided in column three. The current number of positions filled by psychiatrist at the CCCMS, EOP, and MHCB level of care as of August 2020 is 223.06. Dividing the current number of positions filled by psychiatrists by the number of positions allocated in column three renders a fill rate of 100%. The current number of positions filled by psychiatrists and PNPs at the CCCMS, EOP, and MHCB levels of care as of August 2020 is 243.76. Dividing the current number of positions filled by psychiatrists and PNPs by the number of positions allocated in column three renders a fill rate of 109%. Based upon these calculations, Defendants are in compliance with the 2009 Staffing Plan ratios and the maximum ten percent staffing vacancy rate established in 2002.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Lincoln, California on October 2, 2020.

*/s/ Angela Ponciano*_____
ANGELA PONCIANO
*(original signature retained by attorney)*

# ATTACHMENT A

| Level of Care and Sub-Program | Example Population Based on the Number of Positions Filled by Staff Psychiatrists as of August 2020 with a Ten Percent Vacancy Rate | Estimated 2009 Model Allocation Based on Population | Example Population Based on the Number of Positions Filled by Staff Psychiatrists and Psychiatric Nurse Practitioners as of August 2020 with a Ten Percent Vacancy Rate | Estimated 2009 Model Allocation Based on Population |
|---|---|---|---|---|
| CCCMS - RC | 950 | 5.9 | 1450 | 9.01 |
| CCCMS - GP | 18200 | 80.89 | 22000 | 97.78 |
| CCCMS ASU/STRH & Condemned | 1100 | 10.89 | 1200 | 11.88 |
| CCCMS SHU/LTRH | 200 | 1.24 | 220 | 1.37 |
| EOP - RC | 80 | 0.82 | 120 | 1.24 |
| EOP - GP | 5500 | 56.7 | 5650 | 58.25 |
| EOP ASU & Condemned | 450 | 8.65 | 450 | 8.65 |
| PSU | 140 | 2.75 | 150 | 2.94 |
| MHCB (includes base staffing + on-call) | 379 | 53.91 | 379 | 53.91 |
| Subtotal | 26999 | 221.75 | 31619 | 245.03 |
| **Other Ratios in 2009 Model** | | | | |
| RC Intake & Screening | | 3.57 | | 3.57 |
| Desert Institutions | | 3.11 | | 3.11 |
| CIT | | 17.75 | | 17.75 |
| Total | | 246.18 | | 269.46 |
| **Estimated fill rate** | | **90%** | | **90%** |

**Qualifications**
1 This chart only includes line staff positions.

# ATTACHMENT B

| Level of Care and Sub-Program | SEP 28, 2020 MH Population | Estimated 2009 Model Allocation |
|---|---:|---:|
| CCCMS - RC | 696 | 4.32 |
| CCCMS - GP | 20116 | 89.4 |
| CCCMS ASU/STRH & Condemned | 1370 | 13.56 |
| CCCMS SHU/LTRH | 132 | 0.82 |
| EOP - RC | 56 | 0.58 |
| EOP - GP | 5360 | 55.26 |
| EOP ASU & Condemned | 566 | 10.88 |
| PSU | 127 | 2.49 |
| MHCB (includes base staffing + on-call) | 166 | 20.92 |
| Subtotal | | 198.23 |

**Other Ratios in 2009 Model**

| | | |
|---|---:|---:|
| RC Intake & Screening | | 3.57 |
| Desert Institutions | | 3.11 |
| CIT | | 17.75 |
| Total | | 222.66 |

| Filled Positions Included | | Number of Filled Positions | Fill Rate |
|---|---|---:|---:|
| Currently filled (excluding PIPs) | | 223.06 | 100% |
| Currently filled with PNPs (excluding PIPs) | | 243.76 | 109% |

**Qualifications**

1 This chart only includes line staff positions.

2 The population numbers in the second column is the census for the various levels of care and sub-program as of September 28, 2020. The census for the CCCMS and EOP RC and GP and MHCB includes the number of patients at each level of care, regardless of where they are currently housed. The census for the segregation units at the CCCMS and EOP levels of care are based on the number of patients at the level of care who were housed in the specific segregation unit as of September 28, 2020.