| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>KYLE A. LEWIS, State Bar No. 201041<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>LUCAS HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
LISA M. POOLEY, SBN 168737
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:    925-746-8460
Facsimile:    925-746-8490

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.<br><br>   Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF A. MEHTA IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S SEPTEMBER 25, 2020 ORDER**<br><br>Judge:   Hon. Kimberly J. Mueller |

Case No. 2:90-CV-00520- KJM-DB
DECLARATION OF A. MEHTA IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S SEPTEMBER 25, 2020 ORDER

16919801.2

I, A. Mehta, M.D., declare:

1. I am the Deputy Director of the Statewide Mental Health Program for the California Department of Corrections and Rehabilitation (CDCR). I previously held this position in an acting capacity from July to September 2020, and prior to that I was the Statewide Chief of Telepsychiatry. I have worked at CDCR since July 2013, during which time I have also served as a staff telepsychiatrist, site director for residency training, institution clinical lead, and acting statewide Chief of Psychiatry. I attended residency in Adult Psychiatry, and completed fellowships in both Child & Adolescent Psychiatry and Forensic Psychiatry. I submit this declaration in support of Defendants' Response to the Court's September 25, 2020 Order. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. As explained in Defendants' Response to the Court's September 25, 2020 Order, Psychiatrists assigned to particular institutions are not restricted to serving a single consistent level of care. Rather, leadership always strives to ensure that the highest acuity patients are seen as a priority, and vulnerable patients are triaged. While CDCR allocates staff psychiatry positions based on the 2009 Staffing Plan, there is no mandate regarding how the institutions must use those psychiatrists. This allows the institutions the flexibility necessary to provide care to all patients as they see fit when they are not fully staffed. As a result, Attachments A and B to this filing do not reflect the operational complexities of psychiatry staffing.

3. Moreover, placing arbitrary constraints at any particular level of care is overly simplistic because any shifts in the other levels of care could increase or decrease the overall psychiatry staffing allocation. For example, because the EOP segregation ratio is 1 psychiatrist for every 64 patients, a minor increase or decrease could easily impact the need for psychiatry positions. Further, the number of patients that CDCR can provide services to at each level of care based on the ratios in the 2009 Staffing Plan will change as the total number of positions filled by staff psychiatrists and PNPs changes. The system must be fluid enough to handle both changes in

/ / /

/ / /

1  the population, but also changes in the number of positions filled.

2      I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct.  Executed in San Quentin, California on October 2, 2020.

                            /s/ A. Mehta
                            A. MEHTA, M.D.
                             *(original signature retained by attorney)*

---

16919801.2

-2-     Case No. 2:90-CV-00520- KJM-DB
DECLARATION OF A. MEHTA IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S SEPTEMBER 25, 2020 ORDER