FILED

OCT 9 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>　　　　Plaintiffs-Appellees,<br><br>　v.<br><br>GAVIN NEWSOM, Governor, State of California; et al.,<br><br>　　　　Defendants-Appellants. | No. 20-16062<br><br>D.C. No.<br>2:90-cv-00520-KJM-DB<br>Eastern District of California, Sacramento<br><br>ORDER |

Appellants' unopposed motion to dismiss this appeal (Docket Entry No. 10) is granted.  Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT


By: Roxane G. Ashe
Circuit Mediator


rga/mediation