| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>307 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2020**<br><br>Judge: Hon. Deborah Barnes |

[3610669.1]

1    Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2  Statement for the Second Quarter of 2020 to Defendants via e-mail on August 6, 2020.
3  The parties completed their meet and confer process on September 8, 2020.  The parties
4  have resolved all disputes regarding fees and costs for the Second Quarter of 2020, with an
5  agreement to reduce claimed amounts to a total of $1,107,864.29 calculated at a rate of
6  $223.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).
7    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8  $1,107,864.29 plus interest is due and collectable as of forty-five days from the date of
9  entry of this Order.  Interest on these fees and costs will run from September 6, 2020 (31
10 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by
11 28 U.S.C. § 1961.
12   IT IS SO STIPULATED.

14 DATED:  September 15, 2020            */s/ Elise Thorn*
15                                        Elise Thorn
                                          Deputy Attorney General
16                                        Attorneys for Defendants

18 DATED:  September 15, 2020            */s/ Lisa Ells*
19                                        Lisa Ells
                                          ROSEN BIEN GALVAN & GRUNFELD LLP
20                                        Attorneys for Plaintiffs

21 Dated:  October 12, 2020

                                          [signature]
                                          DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE

[3610669.1]

1
STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2020