UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | |
| GAVIN NEWSOM, et al., | ORDER |
| Defendants. | |

By order filed September 25, 2020, this court confirmed the evidentiary hearing set for October 23, 2020 and directed the parties to file, on or before October 9, 2020, a joint statement identifying witnesses and documentary evidence to be offered at hearing. Sept. 25, 2020 Order, ECF No. 6886, at 3. The parties have timely filed the required joint statement. ECF No. 6900. After review of the joint statement, and good cause appearing, the court ORDERS as follows:

1. All exhibits to be offered at hearing shall be exchanged by noon on Friday, October 16, 2020;
2. The parties will each be permitted to make an opening statement not to exceed five minutes;

1

3. The witness list is confirmed.  Each side is granted a total of three hours for direct and cross-examination of witnesses, with redirect and recross examination permitted in the court's discretion;

4. The parties will each be permitted to make a closing statement not to exceed twenty minutes; and

5. The start time for hearing is ADVANCED to 9:00 a.m. on October 23, 2020.

DATED:  October 13, 2020.

CHIEF UNITED STATES DISTRICT JUDGE