1   XAVIER BECERRA
    Attorney General of California
2   MONICA N. ANDERSON
    Senior Assistant Attorney General
3   ADRIANO HRVATIN
    Supervising Deputy Attorney General
4   KYLE A. LEWIS, State Bar No. 201041
    ELISE OWENS THORN, State Bar No. 145931
5   TYLER V. HEATH, State Bar No. 271478
    Deputy Attorneys General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 210-7318
8    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
9   *Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER TO EXTEND THE APRIL 14, 2017 ORDER WAIVING STATE LAW REGARDING L-WING AT CALIFORNIA MEDICAL FACILITY**<br><br>Judge: The Hon. Kimberly J. Mueller |

On April 14, 2017, the Court approved the parties' stipulation to waive state licensing requirements so that CDCR could convert 37 cells on the first floor of the L-Wing at the California Medical Facility (L-1) into 70 temporary unlicensed Intermediate Care Facility (ICF) level-of-care beds and two observation and restraint rooms for high-custody inmate-patients referred for ICF care. (ECF No. 5605.) The Court approved the parties' stipulation on two conditions: (1) "Defendants shall report to the Special Master monthly as to whether there are

1 | any inmate-patients in L-1 wing who have been custodially approved by CDCR and clinically
2 | cleared by the Department of State Hospitals (DSH) for placement in one of the DSH facilities
3 | and, if so, why any such inmate-patient is in the L-1 Wing rather than in a DSH facility consistent
4 | with the patient's Least Restrictive Housing designation or other appropriate DSH facility;" and
5 | (2) "the parties are directed to work with the Special Master to bring the plans for the L-1 Wing
6 | unit into compliance, as necessary and as expeditiously as possible, with the requirements of the
7 | October 18, 2007 order [ECF No. 2461]." (*Id.* at 5.)

8 | The period covered under the April 14, 2017 order waiving state law has been extended
9 | twice, through October 15, 2020. (ECF Nos. 5950 and 6606*.*) Consistent with the court's order,
10 | CDCR has provided monthly reports to the Special Master and Plaintiffs with patient-level data
11 | showing offered out-of-cell time, offered structured hours, and program cancellations. The
12 | second extension continuing the waiver to October 15 recognized CDCR's continued need for the
13 | beds in L-1, Plaintiffs' need for additional assurances that CDCR consistently offers patients in
14 | L-1 twelve hours of daily out-of-cell time, and COVID-19's impact on Defendants' ability to
15 | provide a workable solution to ensure that CDCR consistently offers patients in L-1 twelve hours
16 | of daily out-of-cell time. (ECF No. 6606 at 2-3.) The second extension also provided that the
17 | parties would revisit the need for a further extension of the waiver after five months. (*Id.*)

18 | The parties have conferred regarding the need for a third extension of the April 14 order
19 | waiving state licensing laws concerning L-1. CDCR continues to need the beds in L-1 to provide
20 | additional inpatient beds pending planned construction and activation of new flexible beds.
21 | Plaintiffs' concerns regarding Defendants' ability to comply with the terms of the order waiving
22 | state law requirements, particularly a plan to ensure each patient is offered twelve hours of out-of-
23 | cell time daily, persists. In addition, Plaintiffs are concerned with the COVID-19 impacts on the
24 | reductions in structured treatment over the past six months for the patients in L-1.

25 | Accordingly, the parties jointly request the Court extend the April 14, 2017 order waiving
26 | state law for an additional six months. Defendants agree, as a condition for the extension of the
27 | waiver, to develop and submit to the Special Master and Plaintiffs within one month from the date
28 | / / /

of the order approving this stipulation a plan to provide additional structured treatment, subject to monitoring by the Special Master.

Good cause presented to the Court and appearing, the parties stipulate that the Court should extend the waivers of the licensing requirements described below for an additional six months from the date of the Court's order.

**IT IS STIPULATED AND ORDERED AS FOLLOWS:**

1. The following state licensing requirements shall be waived with respect to the 70 temporary Intermediate Care Facility beds and two observation and restraint rooms in the L-Wing, L-1, at California Medical Facility:

   A. California Health and Safety Code section 1250(j); and

   B. California Code of Regulations, Title 22, sections 79501–79861.

2. The waiver is extended six months to April 15, 2021;

3. Within one month from the date of this order, Defendants shall provide the Special Master and Plaintiffs with a plan for additional structured treatment, subject to monitoring by the Special Master; and

4. Within five months from the date of this order, the parties agree to revisit the need for a further extension of the waiver.

The Special Master has reviewed and approves this stipulation.

/ / /

/ / /

/ / /

Case 2:90-cv-00520-KJM-SCR    Document 6904    Filed 10/14/20    Page 4 of 4

| | |
|---|---|
| Dated: October 14, 2020 | XAVIER BECERRA<br>Attorney General of California<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br><br>*/s/ Elise Owens Thorn*<br><br>ELISE OWENS THORN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: October 14, 2020 | ROSEN BIEN GALVAN & GRUNFELD LLP<br><br>*/s/ Marc Shinn Krantz*<br><br>Marc Shinn-Krantz<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

Dated: _____   _____
  KIMBERLY J. MUELLER
  UNITED STATES DISTRICT COURT

[3419376.1]    4

Stip. and [Prop.] Order for 3rd Extension of L-1 Waiver (2:90-cv-00520 KJM-DB (PC))