XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

The attached California Department of Corrections and Rehabilitation (CDCR) reports information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

The report attached at Exhibit A shows that twenty-two inmates were placed in CDCR's Mental Health Services Delivery System in September 2020 while housed in a desert institution;

1

Defs.' Compliance Reports for Desert Transfers  (2:90-cv-00520 KJM-DB (PC))

ten class members placed in the Mental Health Services Delivery System in May, June, July, and August 2020, were transferred or paroled from desert institutions in September 2020; and, as of the report's October 1, 2020 date, ninety-six patients in the Mental Health Services Delivery System remained in desert institutions in September 2020 beyond the fourteen-day transfer timeline.  All delayed transfers were due to inmate movement restrictions related to COVID-19.

The report attached as Exhibit B shows that no *Coleman* class members transferred to desert institutions in September 2020, and that a *Coleman* class member transferred to a desert institution in April 2020 remained in the desert institution in September 2020 for court proceedings.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296 and ECF No. 6678.

Dated:  October 15, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/S/ ELISE OWENS THORN*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Compliance Reports for Desert Transfers  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                     EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



October 15, 2020

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. Hrvatin and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019. (ECF No. 6296.) Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of September 2020, with the inmates' identifying information redacted. As Exhibit A reflects, twenty-two inmates were referred for mental health treatment while housed in a desert institution during the month of September 2020, fifteen of whom remained in desert institutions in September 2020 beyond the fourteen-day transfer timeline. Those inmates were not transferred to institutions with mental health programs due to the policy in place to restrict inmate movement during the COVID-19 pandemic. The report also shows that ten class members placed in the Mental Health Services Delivery System in May, June, July, and August 2020 were transferred from desert institutions in September 2020. All delayed transfers were due to inmate movement restrictions related to COVID-19.

       Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted. This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care. This report indicates that no class members were transferred to desert institutions in September 2020. The report further shows that a *Coleman* class member transferred to a desert institution in April 2020 remained in the desert institution in September 2020 for court proceedings.

Sincerely,

/s/ *Charles Callahan*

CHARLES CALLAHAN
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# Exhibit A

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 10/01/2020 07:33 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 09/01/2020 - 09/30/2020
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were
R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | EOP 08/31/2020 - 09/11/2020 | Y | 09/03/2020 00:00 | RJD | II | 08/22/2020 02:41 | 08/31/2020 | MH Change | 09/11/2020 11:45 | 09/11/2020 16:10 | 11 | |
| CAC | | | CCCMS 09/28/2020 - 09/30/2020 | N | | | | | 09/28/2020 | MH Change | | | | |
| CAC | | | CCCMS 09/14/2020 - 09/30/2020 | Y | 09/17/2020 00:00 | CTF | I | 12/08/2018 18:47 | 09/14/2020 | MH Change | | | | 16 days -No movement due to Covid-19 |
| CAL | | | CCCMS 09/15/2020 - 09/30/2020 | N | | | | | 09/15/2020 | MH Change | | | | 15 days -No movement due to Covid-19 |
| CAL | | | CCCMS 04/22/2020 - 09/30/2020 | N | 09/17/2020 00:00 | RJD | IV | 12/20/2016 14:08 | 04/22/2020 | MH Change | | | | 161 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/12/2020 - 09/30/2020 | N | 06/18/2020 08:25 | SVSP | IV | 05/30/2019 07:41 | 06/12/2020 | MH Change | | | | 110 days -No movement due to Covid-19 |
| CAL | | | CCCMS 09/01/2020 - 09/30/2020 | N | 09/14/2020 00:00 | HDSP | IV | 10/03/2019 10:33 | 09/01/2020 | MH Change | | | | 29 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/18/2020 - 09/30/2020 | N | 06/26/2020 00:00 | KVSP | IV | 05/20/2020 14:21 | 06/18/2020 | MH Change | | | | 104 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/28/2020 - 09/30/2020 | N | 06/05/2020 00:00 | KVSP | IV | 03/19/2020 15:19 | 05/19/2020 | MH Change | | | | 134 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/25/2020 - 09/01/2020 | N | 08/26/2020 00:00 | SATF | IV | 12/11/2018 15:04 | 07/28/2020 | MH Change | 09/01/2020 18:41 | 09/02/2020 03:05 | 35 | |
| CAL | | | CCCMS 04/23/2020 - 09/30/2020 | N | 04/24/2020 00:00 | SVSP | IV | 09/06/2017 14:05 | 04/14/2020 | MH Change | | | | 169 days -No movement due to Covid-19 |
| CAL | | | CCCMS 09/03/2020 - 09/30/2020 | N | 08/11/2020 00:00 | HDSP | IV | 07/24/2020 11:25 | 09/03/2020 | MH Change | | | | 27 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/12/2020 - 09/30/2020 | N | 06/01/2020 00:00 | HDSP | IV | 01/20/2019 00:16 | 05/12/2020 | MH Change | | | | 141 days -No movement due to Covid-19 |
| CAL | | | CCCMS 07/20/2020 - 09/30/2020 | Y | 07/08/2020 00:00 | PVSP | III | 05/10/2020 20:15 | 07/02/2020 | MH Change | | | | 90 days -No movement due to Covid-19 |
| CAL | | | CCCMS 07/16/2020 - 09/30/2020 | N | 08/20/2020 00:00 | PVSP | III | 09/24/2018 11:33 | 07/16/2020 | MH Change | | | | 76 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/14/2020 - 09/30/2020 | N | 08/21/2020 00:00 | RJD | IV | 01/03/2020 14:06 | 08/14/2020 | MH Change | | | | 47 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/19/2020 - 09/30/2020 | N | 05/22/2020 08:36 | NKSP | III | 03/12/2020 10:00 | 05/19/2020 | MH Change | | | | 134 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/07/2020 - 09/30/2020 | N | 05/14/2020 00:00 | SATF | III | 07/29/2020 09:23 | 05/07/2020 | MH Change | | | | 146 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/11/2020 - 09/30/2020 | N | 06/18/2020 00:00 | DVI | III | 04/02/2012 20:03 | 06/11/2020 | MH Change | | | | 111 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/20/2020 - 09/30/2020 | N | 08/27/2020 00:00 | WSP | III | 12/14/2017 15:10 | 08/20/2020 | MH Change | | | | 41 days -No movement due to Covid-19 |
| CAL | | | CCCMS 07/16/2020 - 09/30/2020 | N | 06/15/2020 00:00 | CCI | IV | 12/19/2018 07:21 | 07/16/2020 | MH Change | | | | 76 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/29/2020 - 09/30/2020 | N | 07/09/2020 00:00 | RJD | IV | 05/20/2020 14:21 | 06/29/2020 | MH Change | | | | 93 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/14/2020 - 09/30/2020 | N | 08/24/2020 00:00 | SATF | IV | 03/11/2020 15:55 | 08/14/2020 | MH Change | | | | 47 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/27/2020 - 09/30/2020 | Y | 09/10/2020 00:00 | MCSP | III | 06/12/2019 07:07 | 08/18/2020 | MH Change | | | | 43 days -No movement due to Covid-19 |
| CAL | | | CCCMS 09/15/2020 - 09/30/2020 | N | 09/28/2020 00:00 | SVSP | IV | 03/02/2020 17:19 | 09/15/2020 | MH Change | | | | 15 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/05/2020 - 09/30/2020 | N | 09/28/2020 00:00 | SVSP | IV | 09/07/2018 23:35 | 06/03/2020 | MH Change | | | | 119 days -No movement due to Covid-19 |
| CCC | | | CCCMS 09/09/2020 - 09/30/2020 | N | | | | 01/28/2019 10:05 | 09/09/2020 | MH Change | | | | 28 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/15/2020 - 09/30/2020 | N | 05/20/2020 00:00 | SAC | IV | 01/28/2020 15:33 | 05/15/2020 | MH Change | | | | 138 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/21/2020 - 09/30/2020 | N | 08/31/2020 00:00 | HDSP | IV | 04/25/2019 17:37 | 08/21/2020 | MH Change | | | | 40 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/26/2020 - 09/30/2020 | Y | | | | | 08/19/2020 | MH Change | | | | 42 days -No movement due to Covid-19 |
| CEN | | | CCCMS 07/08/2020 - 09/29/2020 | Y | 07/09/2020 00:00 | KVSP | IV | 01/30/2020 17:56 | 07/08/2020 | MH Change | 09/29/2020 08:00 | 09/29/2020 14:19 | 83 | |
| CEN | | | CCCMS 08/06/2020 - 09/30/2020 | Y | 09/25/2020 00:00 | SACCO | NA | 10/03/2019 18:46 | 08/04/2020 | MH Change | | | | 57 days -No movement due to Covid-19 |

| Inst | | | Program | Y/N | Endorsement Date | Endorsed To | Level | MH Date | MH Chrono Date | Reason | Trans Date | Arrival Date | Days | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEN | | | CCCMS 06/17/2020 - 09/30/2020 | N | 06/22/2020 00:00 | COR | IV | 02/26/2016 10:47 | 06/17/2020 | MH Change | | | | 105 days -No movement due to Covid-19 |
| CEN | | | CCCMS 04/29/2020 - 09/30/2020 | N | 05/05/2020 00:00 | CCI | IV | 09/28/2017 17:52 | 04/29/2020 | MH Change | | | | 154 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/21/2020 - 09/30/2020 | N | 08/27/2020 00:00 | SATF | III | 10/17/2017 17:14 | 08/21/2020 | MH Change | | | | 40 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/12/2020 - 09/30/2020 | N | 09/15/2020 00:00 | RJD | IV | 11/07/2019 12:10 | 08/12/2020 | MH Change | | | | 49 days -No movement due to Covid-19 |
| CEN | | | EOP 09/04/2020 - 09/30/2020 | N | 09/21/2020 00:00 | RJD | IV | 07/04/2020 03:05 | 09/04/2020 | MH Change | | | | 26 days -No movement due to Covid-19 |
| CEN | | | CCCMS 07/22/2020 - 09/30/2020 | N | 07/28/2020 00:00 | KVSP | IV | 01/22/2020 17:10 | 07/22/2020 | MH Change | | | | 70 days -No movement due to Covid-19 |
| CEN | | | CCCMS 07/22/2020 - 09/30/2020 | Y | 08/03/2020 00:00 | HDSP | IV | 02/14/2020 12:49 | 07/22/2020 | MH Change | | | | 70 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/13/2020 - 09/30/2020 | N | 09/14/2020 00:00 | LAC | IV | 05/04/2020 23:09 | 05/13/2020 | MH Change | | | | 140 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/24/2020 - 09/30/2020 | N | | | | | 09/24/2020 | MH Change | | | | |
| CEN | | | CCCMS 05/13/2020 - 09/30/2020 | N | 05/20/2020 00:00 | COR | IV | 02/11/2020 17:29 | 05/13/2020 | MH Change | | | | 140 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/12/2020 - 09/30/2020 | N | 06/22/2020 00:00 | CTF | II | 09/26/2017 16:27 | 06/12/2020 | MH Change | | | | 110 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/13/2020 - 09/30/2020 | Y | 08/20/2020 00:00 | COR | IV | 08/01/2020 10:57 | 08/13/2020 | MH Change | | | | 48 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/04/2020 - 09/30/2020 | Y | 09/25/2020 00:00 | HDSP | IV | 06/13/2019 18:14 | 09/04/2020 | MH Change | | | | 26 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/21/2020 - 09/30/2020 | N | 09/25/2020 00:00 | HDSP | IV | 03/18/2020 13:20 | 09/21/2020 | MH Change | | | | |
| CEN | | | EOP 08/31/2020 - 09/30/2020 | Y | 09/11/2020 00:00 | SQ | II | 05/21/2020 17:31 | 06/12/2020 | MH Change | | | | 110 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/10/2020 - 09/30/2020 | N | 09/17/2020 00:00 | CTF | I | 02/21/2019 22:26 | 09/10/2020 | MH Change | | | | 20 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 09/30/2020 | Y | 06/24/2020 00:00 | MCSP | III | 12/12/2019 16:32 | 06/17/2020 | MH Change | | | | 105 days -No movement due to Covid-19 |
| CEN | | | CCCMS 07/08/2020 - 09/30/2020 | Y | 07/13/2020 00:00 | MCSP | III | 05/21/2020 18:50 | 07/08/2020 | MH Change | | | | 84 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/04/2020 - 09/28/2020 | Y | 09/16/2020 16:47 | CTF | II | 02/05/2019 17:12 | 09/04/2020 | MH Change | 09/28/2020 07:49 | 09/28/2020 18:11 | 24 | |
| CEN | | | CCCMS 08/12/2020 - 09/30/2020 | Y | 09/17/2020 00:00 | SACCO | NA | 07/23/2019 16:56 | 08/12/2020 | MH Change | | | | 49 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/18/2020 - 09/30/2020 | N | 06/22/2020 00:00 | DVI | III | 11/27/2019 17:31 | 06/18/2020 | MH Change | | | | 104 days -No movement due to Covid-19 |
| CEN | | | CCCMS 07/22/2020 - 09/30/2020 | Y | 09/17/2020 11:10 | VSP | II | 05/27/2020 14:16 | 07/22/2020 | MH Change | | | | 70 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/05/2020 - 09/22/2020 | Y | 08/14/2020 00:00 | MCSP | III | 03/10/2020 15:03 | 08/05/2020 | MH Change | 09/22/2020 09:08 | 09/22/2020 19:15 | 48 | |
| CEN | | | CCCMS 04/15/2020 - 09/30/2020 | N | 09/21/2020 12:37 | RJD | III | 03/17/2020 17:36 | 04/15/2020 | MH Change | | | | 168 days -No movement due to Covid-19 |
| CEN | | | CCCMS 04/22/2020 - 09/21/2020 | Y | 04/29/2020 00:00 | CRC | II | 03/16/2020 16:35 | 04/22/2020 | MH Change | 09/21/2020 08:14 | | | Paroled 9/21/2020 152 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/09/2020 - 09/30/2020 | N | 09/21/2020 00:00 | RJD | III | 08/30/2020 23:45 | 09/09/2020 | MH Change | | | | 21 days -No movement due to Covid-19 |
| CEN | | | CCCMS 07/23/2020 - 09/30/2020 | Y | 07/28/2020 00:00 | MCSP | III | 06/05/2020 18:25 | 07/23/2020 | MH Change | | | | 69 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/24/2020 - 09/30/2020 | Y | 06/30/2020 00:00 | DVI | III | 07/06/2020 14:28 | 06/24/2020 | MH Change | | | | 98 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/19/2020 - 09/30/2020 | Y | 08/31/2020 00:00 | COR | IV | 02/05/2016 11:29 | 08/19/2020 | MH Change | | | | 42 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/27/2020 - 09/30/2020 | Y | 06/04/2020 00:00 | KVSP | IV | 08/10/2020 03:05 | 05/27/2020 | MH Change | | | | 126 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 09/30/2020 | Y | 06/22/2020 00:00 | MCSP | III | 06/02/2020 11:10 | 06/17/2020 | MH Change | | | | 105 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/28/2020 - 09/30/2020 | Y | 06/12/2020 00:00 | HDSP | IV | 05/28/2020 23:10 | 05/28/2020 | MH Change | | | | 125 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/12/2020 - 09/30/2020 | Y | 07/28/2020 00:00 | COR | IV | 08/07/2020 15:24 | 08/12/2020 | MH Change | | | | 49 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/23/2020 - 09/24/2020 | Y | 06/22/2020 00:00 | HDSP | IV | 08/04/2011 00:00 | 05/23/2020 | MH Change | 09/24/2020 04:44 | 09/24/2020 20:49 | 124 | |
| CEN | | | CCCMS 06/30/2020 - 09/22/2020 | Y | 07/09/2020 00:00 | SATF | IV | 07/16/2019 17:34 | 06/29/2020 | MH Change | 09/22/2020 09:00 | 09/22/2020 15:56 | 85 | |
| CVSP | | | CCCMS 08/04/2020 - 09/30/2020 | N | 08/06/2020 00:00 | VSP | II | 03/27/2018 15:18 | 08/04/2020 | MH Change | | | | 57 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 06/12/2020 - 09/30/2020 | N | 06/19/2020 00:00 | SATF | II | 10/01/2018 10:44 | 06/12/2020 | MH Change | | | | 110 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 09/10/2020 - 09/30/2020 | Y | 09/15/2020 00:00 | COR | II | 02/04/2020 10:58 | 09/10/2020 | MH Change | | | | 20 days -No movement due to Covid-19 |

| Prog | | | CCCMS Dates | EOP | Date1 | Inst | LOC | Date2 | Date3 | Event | Date4 | Date5 | Days | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CVSP | ▬ | ▬ | CCCMS 08/20/2020 - 09/30/2020 | N | 08/28/2020 00:00 | COR | II | 07/10/2020 16:45 | 08/20/2020 | MH Change | | | | 41 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 04/21/2020 - 09/30/2020 | N | 04/29/2020 00:00 | CMC | II | 04/05/2020 11:04 | 04/21/2020 | MH Change | | | | 162 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 07/29/2020 - 09/30/2020 | N | 07/30/2020 00:00 | CRC | II | 04/24/2020 09:56 | 07/29/2020 | MH Change | | | | 63 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 09/23/2020 - 09/30/2020 | N | | | | 01/08/2018 12:31 | 09/23/2020 | MH Change | | | | |
| ISP | ▬ | ▬ | CCCMS 06/08/2020 - 09/30/2020 | N | 06/09/2020 00:00 | VSP | II | 04/27/2020 02:08 | 06/08/2020 | MH Change | | | | 114 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 04/22/2020 - 09/30/2020 | N | 04/29/2020 00:00 | SATF | II | 04/09/2020 09:42 | 04/22/2020 | MH Change | | | | 161 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 04/15/2020 - 09/30/2020 | N | 04/22/2020 00:00 | CTF | II | 04/11/2020 10:46 | 04/15/2020 | MH Change | | | | 168 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 07/03/2020 - 09/30/2020 | N | 07/09/2020 00:00 | MCSP | III | 06/02/2020 20:57 | 07/01/2020 | MH Change | | | | 91 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 07/08/2020 - 09/30/2020 | N | 07/14/2020 00:00 | CRC | II | 04/04/2020 12:14 | 07/08/2020 | MH Change | | | | 84 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 07/08/2020 - 09/30/2020 | N | 07/14/2020 00:00 | VSP | II | 04/05/2020 09:27 | 07/08/2020 | MH Change | | | | 84 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 07/29/2020 - 09/23/2020 | N | 07/30/2020 00:00 | CRC | II | 08/18/2020 14:42 | 07/29/2020 | MH Change | 09/23/2020 06:31 | 09/23/2020 11:39 | 56 | |
| ISP | ▬ | ▬ | CCCMS 08/27/2020 - 09/22/2020, EOP 09/22/2020 - 09/30/2020 | Y | 08/04/2020 00:00 | DVI | III | 08/22/2020 01:47 | 07/31/2020 | MH Change | | | | 61 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 06/11/2020 - 09/30/2020 | N | 06/18/2020 00:00 | RJD | III | 06/05/2020 20:50 | 06/09/2020 | MH Change | | | | 113 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 07/16/2020 - 09/30/2020 | N | 07/27/2020 00:00 | VSP | II | 02/20/2020 16:35 | 07/13/2020 | MH Change | | | | 79 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 07/08/2020 - 09/22/2020 | N | 07/14/2020 00:00 | VSP | II | 08/21/2020 21:42 | 07/08/2020 | MH Change | 09/22/2020 08:01 | 09/22/2020 15:49 | 76 | |
| ISP | ▬ | ▬ | CCCMS 09/02/2020 - 09/30/2020 | N | 09/08/2020 00:00 | SVSP | III | 02/20/2020 16:35 | 09/02/2020 | MH Change | | | | 28 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 06/05/2020 - 09/30/2020 | N | 06/17/2020 00:00 | CCI | IV | 04/23/2019 12:13 | 06/05/2020 | MH Change | | | | 117 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 07/16/2020 - 09/30/2020 | N | 07/27/2020 00:00 | HDSP | IV | 11/14/2019 15:24 | 07/13/2020 | MH Change | | | | 79 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 09/04/2020 - 09/30/2020 | N | 09/15/2020 00:00 | ASP | II | 05/31/2020 17:05 | 09/04/2020 | MH Change | | | | 26 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 05/27/2020 - 09/30/2020 | N | 06/03/2020 00:00 | SOL | II | 04/11/2020 10:05 | 05/24/2020 | MH Change | | | | 129 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 06/17/2020 - 09/30/2020 | N | 07/03/2020 00:00 | RJD | III | 05/07/2019 14:42 | 06/17/2020 | MH Change | | | | 105 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 09/09/2020 - 09/30/2020 | N | | | | 04/30/2019 13:02 | 09/09/2020 | MH Change | | | | 21 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 09/16/2020 - 09/30/2020 | N | 09/22/2020 00:00 | MCSP | III | 08/17/2020 17:48 | 09/16/2020 | MH Change | | | | 14 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 05/29/2020 - 09/30/2020 | N | 06/03/2020 00:00 | PVSP | III | 03/18/2020 14:29 | 05/29/2020 | MH Change | | | | 124 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 08/19/2020 - 09/30/2020 | N | 09/01/2020 00:00 | COR | II | 12/21/2019 23:21 | 08/19/2020 | MH Change | | | | 42 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 04/21/2020 - 09/30/2020 | N | 05/01/2020 00:00 | SATF | III | 10/24/2019 16:22 | 04/18/2020 | MH Change | | | | 165 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 08/28/2020 - 09/30/2020 | N | 09/08/2020 00:00 | SATF | IV | 03/26/2020 17:30 | 08/28/2020 | MH Change | | | | 33 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 08/19/2020 - 09/30/2020 | N | 08/24/2020 00:00 | MCSP | III | 01/28/2020 10:45 | 08/19/2020 | MH Change | | | | 42 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 07/09/2020 - 09/30/2020 | N | 07/13/2020 00:00 | COR | II | 04/24/2020 09:10 | 07/09/2020 | MH Change | | | | 83 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 04/22/2020 - 09/30/2020 | N | 04/29/2020 00:00 | VSP | II | 04/09/2020 09:28 | 04/22/2020 | MH Change | | | | 161 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 09/18/2020 - 09/30/2020 | N | | | | 06/03/2019 11:27 | 09/18/2020 | MH Change | | | | |
| ISP | ▬ | ▬ | CCCMS 09/18/2020 - 09/30/2020 | N | 09/24/2020 00:00 | SVSP | III | 10/08/2019 14:27 | 09/18/2020 | MH Change | | | | |
| ISP | ▬ | ▬ | CCCMS 06/10/2020 - 09/30/2020 | N | 06/22/2020 00:00 | RJD | III | 01/16/2020 16:32 | 06/10/2020 | MH Change | | | | 112 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 08/19/2020 - 09/30/2020 | N | 08/24/2020 00:00 | DVI | III | 03/10/2020 15:20 | 08/19/2020 | MH Change | | | | 42 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 07/24/2020 - 09/30/2020 | N | 08/05/2020 00:00 | HDSP | IV | 05/01/2020 06:15 | 05/17/2020 | MH Change | | | | 136 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 05/14/2020 - 09/30/2020 | Y | 05/19/2020 00:00 | SQ | II | 04/24/2020 09:56 | 05/14/2020 | MH Change | | | | 139 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 05/13/2020 - 09/30/2020 | N | 05/19/2020 00:00 | SQ | II | 04/24/2020 10:54 | 05/13/2020 | MH Change | | | | 140 days -No movement due to Covid-19 |
| ISP | ▬ | ▬ | CCCMS 05/14/2020 - 09/30/2020 | N | 05/19/2020 00:00 | SATF | II | 04/24/2020 10:54 | 05/14/2020 | MH Change | | | | 139 days -No movement due to Covid-19 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISP | ▮ | ▮ | CCCMS 05/14/2020 - 09/30/2020 | N | 05/19/2020 00:00 | CTF | II | 04/25/2020 10:14 | 05/14/2020 | MH Change | | | 139 days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 08/19/2020 - 09/30/2020 | N | 08/21/2020 00:00 | COR | II | 04/24/2020 09:10 | 08/19/2020 | MH Change | | | 42 days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 07/27/2020 - 09/30/2020 | N | 07/30/2020 00:00 | PVSP | III | 10/02/2019 17:34 | 07/27/2020 | MH Change | | | 65 days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 07/07/2020 - 09/30/2020 | N | 07/13/2020 00:00 | DVI | III | 12/05/2019 16:03 | 07/02/2020 | MH Change | | | 90 days -No movement due to Covid-19 |

# Exhibit B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 10/01/2020 07:34 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 09/01/2020 - 09/30/2020
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISP | ▮▮▮▮ | ▮▮ | 11/17/2018 | Y | 04/13/2020 09:18 | COR | NA | 04/28/2020 15:38 | CCCMS 11/27/2018 - 09/30/2020 | MH Upon Arrival | 09/21/2020 08:10 | | | Out to Court  Transferred from CVSP to ISP on 9/21/2020. |