| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br>KYLE A. LEWIS, State Bar No. 201041<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>LISA M. POOLEY, State Bar No. 168737<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>HANSON BRIDGETT LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                            Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                            Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ONE-DAY EXTENSION OF TIME TO FILE OCTOBER 15, 2020 JOINT REPORT ADDRESSING CURRENT COVID-19-RELATED DEPARTURES FROM PROGRAM GUIDE REQUIREMENTS**<br><br>Judge: The Hon. Kimberly J. Mueller |

On April 17, 2020, the Court ordered the parties to file a stipulation identifying "temporary departures from certain Program Guide requirements" for the provision of mental health care arising from Defendants' efforts to respond to the COVID-19 pandemic. ECF No. 6622 at 2-3 (Apr. 17, 2020). The parties submitted a stipulation that set forth a process whereby the parties, on a monthly basis, would meet and confer, under

the supervision of the Special Master, and report to the Court on updated changes to the stipulation and its attachment, Appendix A. *See id.* at 4-5. On August 14, 2020, the Court ordered the parties to continue to provide monthly updates regarding changes to Appendix A on the fifteenth of every month except for August 2020. *See* Minute Order, ECF No. 6814 (Aug. 14, 2020).

The parties have been working diligently to complete the October 2020 joint report, but require an additional day to resolve some issues. Accordingly, the parties jointly request the Court extend the deadline for the parties' October update to October 16, 2020.

**IT IS STIPULATED.**

Dated: October 15, 2020

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General


/S/ *Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

Dated: October 15, 2020

ROSEN BIEN GALVAN & GRUNFELD LLP

/s/ *Lisa Ells* _____
LISA ELLS
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT

[3419376.1]                           2

Stip. and [Prop.] Order for EOT to File Joint Report on Program Guide Departures (2:90-cv-00520 KJM-DB (PC))