XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7318
  Fax:  (916) 324-5205
  E-mail:  Elise.Thorn@doj.ca.gov
Attorneys for Defendants

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone:  (925) 746-8460
  Fax:  (925) 746-8490
  E-mail:  PMello@hansonbridgett.com
Attorneys for Defendants

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone:  (310) 552-0130
  Fax:  (310) 229-5800
  E-mail:  RSilberfeld@RobinsKaplan.com
Special Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) file the attached reports capturing data concerning patient census, waitlists, and compliance with transfer timelines for inpatient mental health care in compliance with the Court's October 13, 2015 order.  (ECF No. 5367.)  Attached is a letter from CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's April 19, 2017 order (ECF No. 5610):  (1) DSH CDCR Patient Census and Waitlist Report

1

1   (Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted

2   September 1 Through September 30, 2020 Who Waited Beyond Program Guide Timelines

3   (Exhibit B); (3); CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and

4   Waitlist Report as of September 28, 2020 (Exhibit C); (4) CDCR Mental Health Crisis Bed

5   *Coleman* Patient Census and Waitlist Report as of September 28, 2020 (Exhibit D); (5)

6   Psychiatric Inpatient Programs Census Report as of 9/28/20 (Exhibit E); and (6) CDCR Inpatient

7   Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate

8   Referrals Admitted or Closed in September 2020 (Exhibit F).

9       The compliance reports at Exhibits B and F show that 29 patients who were admitted to

10   inpatient programs in September 2020 transferred beyond Program Guide timelines based on

11   delays caused by COVID-19.

12

13   Dated: October 15, 2020              Respectfully submitted,

14                                       XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN

15                                       Supervising Deputy Attorney General

16                                       /s/ *Elise Owens Thorn*

17                                       ELISE OWENS THORN
Deputy Attorney General

18                                       *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27

28

2

Defs.' Census, Waitlists & Transfer Timeline Reports (2:90-cv-00520 KJM-DB (PC))

State of California – Department of State Hospitals                    Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



October 15, 2020

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
       COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. Hrvatin and Ms. Thorn:

The California Department of State Hospitals (DSH) submits its monthly information on
patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental
health care.

The DSH CDCR Patient Census and Waitlist Report as of September 28, 2020, attached
as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients
Admitted September 1, 2020 through September 30, 2020 Who Waited Beyond Program
Guide Timelines, attached as Exhibit B, are based on data from the DSH Bed Utilization
Management Report.

The report attached as Exhibit A reflects data collected at a single point in time and, as a
result, should not be used for purposes outside of that report.  The report attached as
Exhibit B is the compliance report from DSH, which includes requested compliance data
for all DSH level of care referrals admitted to inpatient care in September 2020, for any
inmate-patient who waited beyond the timelines specified in the Mental Health Services
Delivery System Program Guide (2009 Revision) at 12-1-16.

October 15, 2020
Page Two

DSH's records show that as of September 30, 2020, there were thirty-nine patients from facilities with active COVID-19-related holds waiting beyond Program Guide transfer timelines.  A supplemental report on DSH's pending waitlist, provided to the Special Master and Plaintiffs via e-mail, shows these patients' waitlist status.  DSH records also show there were no patients who had COVID-19 holds lifted who were admitted to DSH in September 2020 beyond thirty days.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

# Exhibit A

State of California                                                            GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION** Case 2:90-cv-00520-KJM-SCR    Document 6912   Filed 10/15/20   Page 6 of 25
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814



**DSH CDCR Patient Census and Waitlist Report**

Data as of: 9/28/20

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| **Total** | **-** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist[7] | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 177 | 0 | 0 | 0 | 79 | | | | 47 |
| Coalinga | 50 | 36 | 0 | 0 | 0 | 14 | | | | |
| **Total** | **306** | **213** | **0** | **0** | **0** | **93** | **2** | **28** | **17** | **(Includes 37 Waiting >30 Days)[8]** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist[7] | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 8 | 0 | 0 | 0 | 22 | | | | 7 |
| **Total** | **30** | **8** | **0** | **0** | **0** | **22** | **2** | **0** | **5** | **(Includes 2 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

[7]Waitlist includes 53 referrals on hold by CDCR.

[8]Patients waiting >30 days are due to COVID-19 holds on referring facilities, which may include COVID-19 holds recently lifted.

# Exhibit B

Patient Management Unit

1600 Ninth Street, Room 420

Sacramento, CA 95814



### DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted September 1 through September 30, 2020 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[3]Including patients admitted in September 2020 who waited greater than 30 days from the referral received date to DSH for a change in level of care.

[4]Includes the total number of days patients admitted in September 2020 waited beyond 30 days from the referral received date to DSH for a change in level of care.

Patient Management Unit

1600 Ninth Street, Room 420

Sacramento, CA 95814

**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted September 1 through September 30, 2020 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions[1] | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| Total Number of Patients Waiting Over 30 Days | 0 | Total Number of Days All Patients | 0 | 0 | 0 | 0 | 0 | - |

STATE OF CALIFORNIA --- DEPARTMENT OF CORRECTIONS AND REHABILITATION                           EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



October 15, 2020

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. Hrvatin and Ms. Thorn:

        The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

        The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of September 28, 2020 (Exhibit C), the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of September 28, 2020 (Exhibit D), the Psychiatric Inpatient Programs Census Report as of 9/28/2020 (Exhibit E), and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in September 2020 (Exhibit F), are generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application.

        The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.  The reports attached as Exhibit F are compliance reports from CDCR, which include requested compliance data for all referrals admitted to inpatient care in September 2020, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

October 15, 2020
Page Two

      Although not reflected in CDCR's census and waitlist report and PIP census report at Exhibits C and E, the California Medical Facility's PIP is operating with thirteen beds offline due to staffing shortages (psychiatry and nursing), eight additional beds offline within dorm housing in order to achieve physical distancing, and another twenty-one beds offline due to quarantine measures.

Sincerely,

/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

# Exhibit C

**CDCR Psychiatric Inpatient Programs (PIP)**
**Coleman Patient Census and Waitlist Report as of**
**September 28, 2020**

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 147 | 89 | 3 | 1 | 7 | 47 | | | | |
| California Medical Facility (CMF) | 207 | 155 | 0 | 0 | 0 | 52 | | | | |
| Total | 354 | 244 | 3 | 1 | 7 | 99 | 62 | 3 | 65 | 3 |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 51 | 1 | 0 | 0 | 32 | | | | |
| Total | 84 | 51 | 1 | 0 | 0 | 32 | 0 | 1 | 1 | 0 |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 367 | 353 | 1 | 0 | 11 | 2 | | | | |
| CMF Multi Cell | 68 | 43 | 7 | 0 | 0 | 18 | | | | |
| CMF Single Cell | 105 | 97 | 0 | 0 | 0 | 8 | | | | |
| SVSP Multi Cell | 44 | 31 | 2 | 0 | 0 | 11 | | | | |
| SVSP Single Cell | 202 | 156 | 0 | 1 | 0 | 45 | | | | |
| Total | 786 | 680 | 10 | 1 | 11 | 84 | 206 | 4 | 210 | 1 |

| MALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CSP, San Quentin (Condemned) | 30 | 19 | 0 | 0 | 0 | 11 | | | | | |
| CSP, San Quentin (Non-Condemned) | 10 | 4 | 0 | 0 | 0 | 6 | | | | | |
| Total | 40 | 23 | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 0 | 0 |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 31 | 1 | 0 | 0 | 13 | | | | | |
| Total | 45 | 31 | 1 | 0 | 0 | 13 | 4 | 0 | 4 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPs | 1309 | 1029 | 15 | 2 | 18 | 245 | 272 | 8 | 280 | 3 | 1 |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable fpr patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

*There is 1 ICF referral, waiting greater than 30 days, that are pending exceptions due to COVID-19.
*There are 3 APP referrals, waiting greater than 10 days, that are pending exceptions due to COVID-19.

# Exhibit D

**CDCR Mental Health Crisis Bed**
***Coleman*** **Patient Census and Waitlist Report as of**
**September 28, 2020**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 251 | 7 | 169 | 4 | 4 | **0** |
| Female Programs | 41 | 10 | 0 | 31 | 0 | 0 | **0** |
| **Totals** | **468** | **261** | **7** | **200** | **4** | **4** | **0** |

# Exhibit E

Monday, 9/28/2020

Time: 04:30 PM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 09/28/2020**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 207 | No Score: | 2 |
| | | Level I: | 6 |
| | | Level II: | 30 |
| | | Level III: | 24 |
| | | Level IV | 93 |
| | | **Total Census:** | **155** |
| PIP-Stockton | 147 | No Score: | 2 |
| | | Level I: | 6 |
| | | Level II: | 27 |
| | | Level III: | 8 |
| | | Level IV | 46 |
| | | **Total Census:** | **89** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **354** | | **244** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 367 | No Score: | 1 |
| | | Level I: | 9 |
| | | Level II: | 49 |
| | | Level III: | 30 |
| | | Level IV | 264 |
| | | **Total Census:** | **353** |
| | | *Total out of LRH:* | *214* |
| PIP-Vacaville | 105 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 16 |
| | | Level III: | 13 |
| | | Level IV | 66 |
| | | **Total Census:** | **97** |
| | | *Total out of LRH:* | *38* |
| PIP-Vacaville Multi-person Cells | 68 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 7 |
| | | Level III: | 7 |
| | | Level IV | 29 |
| | | **Total Census:** | **43** |
| | | *Total out of LRH:* | *11* |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 09/28/2020**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley | 202 | No Score: | 1 |
| | | Level I: | 4 |
| | | Level II: | 17 |
| | | Level III: | 13 |
| | | Level IV | 113 |
| | | PC 1370: | 6 |
| | | WIC 7301: | 2 |
| | | **Total Census:** | **156** |
| | | *Total out of LRH:* | *61* |
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 6 |
| | | Level III: | 5 |
| | | Level IV | 20 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **31** |
| | | *Total out of LRH:* | *13* |
| **Totals for Male ICF High Custody** | **786** | | **680** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 14 |
| | | Level III: | 9 |
| | | Level IV | 27 |
| | | **Total Census:** | **51** |
| | | *Total out of LRH:* | *14* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 24 |
| | | Level II: | 103 |
| | | Level III: | 19 |
| | | Level IV | 31 |
| | | **Total Census:** | **177** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 18 |
| | | Level III: | 5 |
| | | Level IV | 11 |
| | | **Total Census:** | **36** |
| **Totals for Male ICF Low Custody** | **390** | | **264** |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

Monday, 9/28/2020

Time: 04:30 PM

### PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 09/28/2020

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Programs** | | | |
| PIP-San Quentin | 30 | **Total Census:** | **19** |
| PIP-San Quentin Non-condemned | 10 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 1 |
| | | Level III: | 1 |
| | | Level IV | 2 |
| | | **Total Census:** | **4** |
| **Totals for Male ICF/Acute** | **40** | | **23** |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 6 |
| | | Level III: | 0 |
| | | Level IV | 1 |
| | | **Total Census:** | **8** |
| PIP-California Institution for Women | 45 | No Score: | 3 |
| | | Level I: | 2 |
| | | Level II: | 7 |
| | | Level III: | 2 |
| | | Level IV | 16 |
| | | WIC 7301: | 1 |
| | | **Total Census:** | **31** |
| | | *Total out of LRH:* | *9* |
| **Totals for Female ICF/Acute** | **75** | | **39** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1645** | | **1250** |

- ❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.
- ❖ **Male Acute Care Programs:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.
- ❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.
- ❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

# Exhibit F

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN SEPTEMBER 2020 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 90 | 36 | 24 | 30 | 24 | 0 | 0 |
| Acute (APP) | 53 | 19 | 5 | 29 | 5 | 0 | 0 |
| TOTALS | 143 | 55 | 29 | 59 | 29 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU); or if accepted at a Department of State Hospitals (DSH) program, upon DSH acceptance.
[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

DETAIL OF APP OUT OF COMPLIANCE
SEPTEMBER 2020

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | SQ | | | MHCB | 8/31/2020 | 9/1/2020 | 9/17/2020 | Acute / preliminary Unlocked Dorms | 09/17/2020 | APP: SQ | 09/17/2020 12:22:00 |
| APP | CHCF | | | MHCB | 8/22/2020 | 8/28/2020 | 8/28/2020 | Acute / preliminary Unlocked Dorms | 08/28/2020 | APP: CHCF | 08/28/2020 16:12:00 |
| APP | RJD | | | MHCB | 8/17/2020 | 8/21/2020 | 9/21/2020 | Acute / preliminary Unlocked Dorms | 09/21/2020 | APP: CHCF | 09/21/2020 12:35:00 |
| APP | SQ | | | MHCB | 8/13/2020 | 8/20/2020 | 9/17/2020 | Acute / preliminary Single Cell | 09/17/2020 | APP: SQ | 09/17/2020 12:43:00 |
| APP | RJD | | | MHCB | 8/14/2020 | 8/17/2020 | 9/21/2020 | Acute / preliminary Single Cell | 09/21/2020 | APP: CHCF | 09/21/2020 16:14:00 |

| HCPPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| APP: SQ | 09/17/2020 12:22:00 | APP: SQ | 09/17/2020 | APP: SQ | 09/17/2020 12:23:00 | EXCEPTION: COVID-19 | Admitted | 16 | N | 6 |
| APP: CHCF | 08/28/2020 16:12:00 | APP: CHCF | 09/08/2020 | APP: CHCF | 09/08/2020 12:15:00 | EXCEPTION: COVID-19 | Admitted | 11 | N | 1 |
| APP: CHCF | 09/21/2020 12:35:00 | APP: CHCF | 09/23/2020 | APP: CHCF | 09/23/2020 21:02:00 | EXCEPTION: COVID-19 | Admitted | 33 | N | 23 |
| APP: SQ | 09/17/2020 12:43:00 | APP: SQ | 09/17/2020 | APP: SQ | 09/17/2020 12:44:00 | EXCEPTION: COVID-19 | Admitted | 28 | N | 18 |
| APP: CHCF | 09/21/2020 16:14:00 | APP: CHCF | 09/23/2020 | APP: CHCF | 09/24/2020 14:31:00 | EXCEPTION: COVID-19 | Admitted | 38 | N | 28 |

**TOTAL DAYS OUT OF COMPLIANCE** 0

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CHCF | ▉ | ▉ | APP | 8/12/2020 | 8/13/2020 | 9/29/2020 | Locked Dorms | 09/29/2020 | ICF-High: CHCF | 09/29/2020 12 56 00 |
| ICF | CHCF | ▉ | ▉ | APP | 8/6/2020 | 8/7/2020 | 9/23/2020 | Unlocked Dorms | 09/23/2020 | ICF-High: CHCF | 09/23/2020 13:35 00 |
| ICF | CHCF | ▉ | ▉ | APP | 7/31/2020 | 8/7/2020 | 9/23/2020 | Multi Person Cell | 09/23/2020 | ICF-High: CHCF | 09/23/2020 09 53 00 |
| | | | | | | | | Unlocked Dorms | 03/23/2020 | ICF-High: SVPP (Single) | 03/23/2020 15:18 00 |
| ICF | RJD | ▉ | ▉ | EOP-SNY | 3/16/2020 | 3/23/2020 | 9/21/2020 | Unlocked Dorms | 09/21/2020 | ICF-Dorms: ASH | 09/21/2020 13:21 00 |
| ICF | CHCF | ▉ | ▉ | APP | 7/17/2020 | 7/23/2020 | 9/21/2020 | Locked Dorms | 09/21/2020 | ICF-High: CHCF | 09/21/2020 16 01 00 |
| ICF | CHCF | ▉ | ▉ | APP | 7/28/2020 | 7/29/2020 | 9/21/2020 | Unlocked Dorms | 09/22/2020 | ICF-High: CHCF | 09/22/2020 07:29 00 |
| ICF | CHCF | ▉ | ▉ | APP | 8/4/2020 | 8/6/2020 | 9/21/2020 | Multi Person Cell | 09/21/2020 | ICF-High: CHCF | 09/21/2020 15:16 00 |
| ICF | CHCF | ▉ | ▉ | EOP-GP | 8/12/2020 | 8/20/2020 | 9/23/2020 | Single Cell | 09/23/2020 | ICF-High: CHCF | 09/23/2020 09:46 00 |
| | | | | | | | | Unlocked Dorms | 09/02/2020 | ICF-Dorms: ASH | 09/02/2020 16:14 00 |
| ICF | NKSP | ▉ | ▉ | MHCB | 8/14/2020 | 8/24/2020 | 9/25/2020 | Unlocked Dorms | 09/25/2020 | ICF-Dorms: ASH | 09/10/2020 14:46 00 |
| ICF | CHCF | ▉ | ▉ | APP | 7/22/2020 | 7/24/2020 | 7/31/2020 | Unlocked Dorms | 07/31/2020 | ICF-High: CHCF | 07/31/2020 13:12 00 |
| | | | | | | | | Locked Dorms | 05/13/2020 | ICF-High: SVPP (Multi) | 05/13/2020 15:48 00 |
| ICF | CHCF | ▉ | ▉ | APP | 5/6/2020 | 5/13/2020 | 8/21/2020 | Locked Dorms | 07/13/2020 | ICF-Dorms: VPP | 07/13/2020 10 06 00 |
| | | | | | | | | Single Cell | 05/15/2020 | ICF-High: CHCF | 05/15/2020 14:27 00 |
| ICF | CHCF | ▉ | ▉ | APP | 5/13/2020 | 5/15/2020 | 9/11/2020 | Multi Person Cell | 07/13/2020 | ICF-High: CHCF | 07/13/2020 10:37 00 |
| | | | | | | | | Multi Person Cell | 05/19/2020 | ICF-High: CHCF | 05/19/2020 11:20 00 |
| ICF | CHCF | ▉ | ▉A | APP | 5/15/2020 | 5/18/2020 | | Multi Person Cell | 07/13/2020 | ICF-High: CHCF | 07/13/2020 10 00 00 |
| | | | | | | | | Multi Person Cell | 05/28/2020 | ICF-High: CHCF | 05/28/2020 09 51 00 |
| ICF | CHCF | ▉ | ▉ | APP | 5/19/2020 | 5/20/2020 | | Single Cell | 07/13/2020 | ICF-High: CHCF | 07/13/2020 10 04 00 |
| ICF | CHCF | ▉ | ▉ | APP | 7/24/2020 | 7/30/2020 | 7/30/2020 | Multi Person Cell | 07/31/2020 | ICF-High: CHCF | 07/31/2020 10 53 00 |
| ICF | CHCF | ▉ | ▉ | APP | 7/22/2020 | 7/24/2020 | 7/24/2020 | Unlocked Dorms | 07/25/2020 | ICF-High: CHCF | 07/25/2020 14 01 00 |
| | | | | | | | | Single Cell | 05/29/2020 | ICF-High: CHCF | 05/29/2020 10:35 00 |
| ICF | CHCF | ▉ | ▉ | APP | 5/27/2020 | 5/28/2020 | 5/28/2020 | Single Cell | 07/06/2020 | ICF-High: CHCF | 07/06/2020 16:39 00 |
| | | | | | | | | Multi Person Cell | 05/28/2020 | ICF-High: CHCF | 05/28/2020 15:38 00 |
| ICF | CHCF | ▉ | ▉ | APP | 5/27/2020 | 5/28/2020 | 9/11/2020 | Locked Dorms | 07/13/2020 | ICF-Dorms: VPP | 07/13/2020 10 55 00 |
| ICF | CHCF | ▉ | ▉ | APP | 7/22/2020 | 7/24/2020 | 7/24/2020 | Locked Dorms | 07/25/2020 | ICF-High: CHCF | 07/25/2020 13 57 00 |
| ICF | CHCF | ▉ | ▉ | APP | 7/22/2020 | 7/24/2020 | 7/24/2020 | Multi Person Cell | 07/27/2020 | ICF-High: CHCF | 07/27/2020 09 04 00 |
| ICF | CHCF | ▉ | ▉ | APP | 7/23/2020 | 7/24/2020 | 7/24/2020 | Single Cell | 07/27/2020 | ICF-High: CHCF | 07/27/2020 08:48 00 |
| ICF | CMF | ▉ | ▉ | MHCB | 6/23/2020 | 7/20/2020 | 7/20/2020 | Unlocked Dorms | 07/21/2020 | ICF-High: VPP (Single) | 07/21/2020 12 07 00 |
| ICF | CHCF | ▉ | ▉ | APP | 6/30/2020 | 7/7/2020 | 7/14/2020 | Locked Dorms | 07/14/2020 | ICF-High: CHCF | 07/14/2020 13:16 00 |
| ICF | CHCF | ▉ | ▉ | APP | 7/1/2020 | 7/3/2020 | 7/3/2020 | Multi Person Cell | 07/03/2020 | ICF-High: CHCF | 07/03/2020 10:19 00 |

DETAIL OF ICF OUT OF COMPLIANCE

| HCPPOP Endorsement Location | HCPPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| ICF-High: CHCF | 09/29/2020 12 56 00 | ICF-High: CHCF | 09/30/2020 | ICF-High: CHCF | 09/30/2020 12:45 00 | EXCEPTION: COVID-19 | Admitted | 48 | N | 18 |
| ICF-High: CHCF | 09/28/2020 11:27 00 | ICF-High: CHCF | 09/28/2020 | ICF-High: CHCF | 09/28/2020 18:42 00 | EXCEPTION: COVID-19 | Admitted | 52 | N | 22 |
| ICF-High: CHCF | 09/23/2020 15:18 00 | ICF-High: CHCF | 09/24/2020 | ICF-High: CHCF | 09/24/2020 12:26 00 | EXCEPTION: COVID-19 | Admitted | 48 | N | 18 |
| ICF-Dorms: ASH | 09/21/2020 13:21 00 | ICF-Dorms: ASH | 09/23/2020 | ICF-Dorms: ASH | 09/23/2020 13:41 00 | EXCEPTION: COVID-19 | Admitted | 184 | N | 154 |
| ICF-High: CHCF | 09/21/2020 16 01 00 | ICF-High: CHCF | 09/22/2020 | ICF-High: CHCF | 09/22/2020 11:54 00 | EXCEPTION: COVID-19 | Admitted | 61 | N | 31 |
| ICF-High: CHCF | 09/22/2020 07:29 00 | ICF-High: CHCF | 09/22/2020 | ICF-High: CHCF | 09/22/2020 12:12 00 | EXCEPTION: COVID-19 | Admitted | 55 | N | 25 |
| ICF-High: CHCF | 09/21/2020 15:16 00 | ICF-High: CHCF | 09/22/2020 | ICF-High: CHCF | 09/22/2020 12:56 00 | EXCEPTION: COVID-19 | Admitted | 47 | N | 17 |
| ICF-High: CHCF<br>ICF-Dorms: ASH | 09/23/2020 09:46 00<br>09/02/2020 16:14 00 | ICF-High: CHCF | 09/23/2020 | ICF-High: CHCF | 09/23/2020 12:40 00 | EXCEPTION: Medical Hold | Admitted | 34 | N | 4 |
| ICF-High: SVPP (Single) | 09/25/2020 11:30 00 | ICF-High: SVPP (Single) | 09/25/2020 | ICF-High: SVPP (Single) | 09/25/2020 18:57 00 | EXCEPTION: COVID-19 | Admitted | 32 | N | 2 |
| ICF-High: CHCF | 09/01/2020 12:28 00 | ICF-High: CHCF | 09/02/2020 | ICF-High: CHCF | 09/09/2020 11:00 00 | EXCEPTION: COVID-19 | Admitted | 47 | N | 17 |
| ICF-High: SVPP (Single)<br>ICF-High: CHCF | 06/16/2020 11:39 00<br>08/21/2020 14 56 00 | ICF-High: SVPP (Single)<br>ICF-High: CHCF | 06/17/2020<br>09/01/2020 | ICF-High: CHCF | 09/01/2020 14:32 00 | | Admitted | 111 | N | 81 |
| ICF-High: SVPP (Single)<br>ICF-High: CHCF | 06/16/2020 15:11 00<br>09/11/2020 15 03 00 | ICF-High: SVPP (Single)<br>ICF-High: CHCF | 06/17/2020<br>09/14/2020 | ICF-High: CHCF | 09/14/2020 12:53 00 | EXCEPTION: COVID-19 | Admitted | 122 | N | 92 |
| ICF-High: SVPP (Single)<br>ICF-High: CHCF | 06/16/2020 16 05 00<br>09/11/2020 13:48 00 | ICF-High: CHCF | 09/11/2020 | ICF-High: CHCF | 09/11/2020 16:01 00 | | Admitted | 116 | N | 86 |
| ICF-High: SVPP (Single)<br>ICF-High: CHCF | 06/16/2020 15 01 00<br>09/11/2020 14:12 00 | ICF-High: SVPP (Single)<br>ICF-High: CHCF | 06/17/2020<br>09/14/2020 | ICF-High: CHCF | 09/14/2020 13:22 00 | EXCEPTION: COVID-19 | Admitted | 117 | N | 87 |
| ICF-High: CHCF | 09/02/2020 13:39 00 | ICF-High: CHCF | 09/14/2020 | ICF-High: CHCF | 09/14/2020 15:30 00 | EXCEPTION: COVID-19 | Admitted | 46 | N | 16 |
| ICF-High: CHCF<br>ICF-High: SVPP (Single) | 09/01/2020 12:21 00<br>06/16/2020 10 52 00 | ICF-High: CHCF<br>ICF-High: SVPP (Single) | 09/02/2020<br>06/17/2020 | ICF-High: CHCF | 09/02/2020 19:41 00 | EXCEPTION: COVID-19 | Admitted | 40 | N | 10 |
| ICF-High: CHCF<br>ICF-High: SVPP (Single) | 07/24/2020 03:42 00<br>06/16/2020 11 09 00 | ICF-High: CHCF<br>ICF-High: SVPP (Single) | 07/28/2020<br>06/16/2020 | ICF-High: CHCF | 09/01/2020 18:44 00 | EXCEPTION: COVID-19 | Admitted | 96 | N | 66 |
| ICF-High: CHCF | 09/11/2020 14:42 00 | ICF-High: CHCF | 09/14/2020 | ICF-High: CHCF | 09/14/2020 12:19 00 | EXCEPTION: COVID-19 | Admitted | 109 | N | 79 |
| ICF-High: CHCF | 08/28/2020 13:41 00 | ICF-High: CHCF | 09/04/2020 | ICF-High: CHCF | 09/09/2020 20:00 00 | EXCEPTION: COVID-19 | Admitted | 47 | N | 17 |
| ICF-High: CHCF | 09/01/2020 13:22 00 | ICF-High: CHCF | 09/02/2020 | ICF-High: CHCF | 09/03/2020 10:25 00 | EXCEPTION: COVID-19 | Admitted | 41 | N | 11 |
| ICF-High: CHCF | 08/31/2020 11 51 00 | ICF-High: CHCF | 09/09/2020 | ICF-High: CHCF | 09/09/2020 13:11 00 | EXCEPTION: COVID-19 | Admitted | 47 | N | 17 |
| ICF-High: VPP (Single) | 08/31/2020 10 05 00 | ICF-High: VPP (Single) | 09/01/2020 | ICF-High: VPP (Single) | 09/02/2020 12:10 00 | EXCEPTION: COVID-19 | Admitted | 44 | N | 14 |
| ICF-High: CHCF | 08/19/2020 13:14 00 | ICF-High: CHCF | 09/03/2020 | ICF-High: CHCF | 09/03/2020 15:28 00 | EXCEPTION: COVID-19 | Admitted | 58 | N | 28 |
| ICF-High: CHCF | 08/17/2020 11:48 00 | ICF-High: CHCF | 09/03/2020 | ICF-High: CHCF | 09/03/2020 13:29 00 | EXCEPTION: COVID-19 | Admitted | 62 | N | 32 |

| TOTAL DAYS OUT OF COMPLIANCE | 0 |
|---|---|