XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' RESPONSE TO MAY 7, 2020 ORDER REGARDING DIRECTOR CLENDENIN** |

    In its May 7, 2020 order regarding the evidentiary hearing concerning the Department of State Hospitals' patient admissions and transfer practices during the ongoing COVID-19 worldwide health crisis, which the Court confirmed will now proceed on October 23 (*see* ECF No. 6886), the Court ordered that Department of State Hospitals' Director, Stephanie Clendenin, provide "brief testimony . . . regarding her understanding and awareness of Coleman court orders as applicable to [the Department of State

[3419376.1]　　　　　　　　　　　　　　　　　　1

Defs.' Resp. May 7, 2020 Order (2:90-cv-00520 KJM-DB (PC))

1  Hospitals]." (ECF No. 6660 at 2.) As contemplated by the Court's order and to respond
2  to the Court's inquiry, Defendants submit a declaration from Director Clendenin, which is
3  attached to this document as Exhibit A.

4  Dated: October 16, 2020                    Respectfully submitted,

   XAVIER BECERRA
   Attorney General of California
   ADRIANO HRVATIN
   Supervising Deputy Attorney General

   */s/ Lucas L. Hennes*

   LUCAS L. HENNES
   Deputy Attorney General
   *Attorneys for Defendants*

[3419376.1]                    2

Defs.' Resp. May 7, 2020 Order (2:90-cv-00520 KJM-DB (PC))

# EXHIBIT A

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF STEPHANIE CLENDENIN** |

I, Stephanie Clendenin, declare:

1. I am currently the Director of the California Department of State Hospitals (DSH). I have held this position since August 2019. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

1

2. Before being named Director, I served in a number of other positions at DSH, including as Acting Director since 2018 and Chief Deputy Director of the Department from 2015 to 2018.

3. In my current position as Director, I oversee the overall management of DSH operations, including the treatment of *Coleman* class members at DSH facilities.

5. Based on my experience at DSH, I have knowledge of, among other things, DSH's policies for the treatment and transfer of *Coleman* class members.

6. I have reviewed and am familiar with the Program Guide and all the Court's prior orders that are relevant to DSH's provision of care to *Coleman* class members and understand DSH's obligations under the remedial plans approved by this Court.

I declare under penalty of perjury that the information in this declaration is true and correct to the best of my knowledge. Executed on October  16 , 2020, Sacramento, California.

/s/ SClen

Stephanie Clendenin, Director

CF1997CS0003

2

Decl. S. Clendenin Supp.  (2:90-cv-00520 KJM-DB (PC))