# Exhibit 1

| September 8, 2020 - September 11, 2020 | | | |
|---|---|---|---|
| **Region** | **Institution** | **MH Program** | **Current Tier** |
| I | CHCF PIP | ICF | 4 |
| I | CMF PIP[1] | Acute | 4 |
| I | CMF PIP[1] | ICF | 4 |
| I | FOL | CCCMS | 3 |
| I | PBSP[2] | CCCMS | 3 |
| I | SAC | PSU | 4 |
| I | SAC | ASU | 4 |
| I | SAC | STRH | 4 |
| I | SAC | LTRH | 4 |
| I | SAC | EOP | 4 |
| I | SAC | CCCMS | 4 |
| I | SAC | TMHU | 4 |
| I | SAC | MHCB | 4 |
| I | SQ | RC STRH | 3 |
| I | SQ | CCCMS | 3 |
| I | SQ[3] | ASU | 3 |
| II | CCWF[4] | CCCMS | 3 |
| II | CCWF | RC STRH | 3 |
| II | SVSP | CCCMS | 3 |
| III | ASP[5] | CCCMS | 3 |
| III | LAC | EOP | 3 |
| III | LAC | TMHU | 3 |
| III | WSP | RC EOP | 3 |
| III | WSP | CCCMS | 3 |
| III | WSP | RC STRH | 3 |
| III | WSP | MHCB | 3 |
| IV | CAL | NA | 4 |
| IV | CAL | TMHU | 4 |
| IV | CEN | NA | 3 |
| IV | CEN[6] | TMHU | 3 |
| IV | CIM | RC EOP | 3 |
| IV | CIM | MHCB | 3 |
| IV | CIM | RC STRH | 3 |
| IV | CIW | CCCMS | 3 |
| IV | CRC | CCCMS | 4 |

[1]CMF PIP Acute and ICF changed from a Tier 4 to a Tier 3 on 9/8/20. Then went back to a Tier 4 on 9/11/20.

[2]PBSP CCCMS changed from a Tier 3 to a Tier 1 on 9/8/20. Then went back to a Tier 3 on 9/10/20.

[3]SQ ASU changed from a Tier 3 to a Tier 2 on 9/9/20.

[4]CCWF CCCMS changed from a Tier 4 to a Tier 3 on 9/11/20.

[5]ASP CCCMS changed from a Tier 3 to a Tier 1 on 9/9/20.

[6]CEN TMHU Tier 3 only on 9/8/20.

| September 14, 2020 - September 18, 2020 | | | |
|---|---|---|---|
| Region | Institution | MH Program | Current Tier |
| I | CHCF PIP | ICF | 4 |
| I | CMF PIP[1] | Acute | 4 |
| I | CMF PIP[1] | ICF | 4 |
| I | FOL | CCCMS | 3 |
| I | PBSP | CCCMS | 3 |
| I | SAC | PSU | 4 |
| I | SAC | ASU | 4 |
| I | SAC | STRH | 4 |
| I | SAC | LTRH | 4 |
| I | SAC | EOP | 4 |
| I | SAC | CCCMS | 4 |
| I | SAC | TMHU | 4 |
| I | SAC | MHCB | 4 |
| I | SQ | RC STRH | 3 |
| I | SQ | CCCMS | 3 |
| II | CCWF | CCCMS | 3 |
| II | CCWF | RC STRH | 3 |
| II | SVSP | CCCMS | 3 |
| III | LAC | EOP | 3 |
| III | LAC | TMHU | 3 |
| III | WSP | RC EOP | 3 |
| III | WSP | CCCMS | 3 |
| III | WSP | RC STRH | 3 |
| III | WSP | MHCB | 3 |
| IV | CAL | NA | 4 |
| IV | CAL | TMHU | 4 |
| IV | CEN | NA | 3 |
| IV | CIM | RC EOP | 3 |
| IV | CIM | MHCB | 3 |
| IV | CIM | RC STRH | 3 |
| IV | CRC | CCCMS | 4 |

[1]CMF PIP Acute and ICF changed from a Tier 4 to a Tier 3 from 9/15/20 - 09/17/20 and went back to Tier 4 on 09/

18/20

| September 21, 2020 - September 25, 2020 | | | |
|---|---|---|---|
| Region | Institution | MH Program | Current Tier |
| I | CHCF PIP | ICF | 4 |
| I | CMF PIP[1] | Acute | 4 |
| I | CMF PIP[1] | ICF | 4 |
| I | FOL | CCCMS | 3 |
| I | PBSP | CCCMS | 3 |
| I | SAC | PSU | 4 |
| I | SAC | ASU | 4 |
| I | SAC | STRH | 4 |
| I | SAC | LTRH | 4 |
| I | SAC | EOP | 4 |
| I | SAC | CCCMS | 4 |
| I | SAC | TMHU | 4 |
| I | SAC | MHCB | 4 |
| I | SQ | RC STRH | 3 |
| I | SQ | CCCMS | 3 |
| I | SQ[2] | EOP | 3 |
| II | CCWF | CCCMS | 3 |
| II | CCWF | RC STRH | 3 |
| II | SVSP | CCCMS | 4 |
| II | SVSP | EOP | 3 |
| III | LAC | EOP | 3 |
| III | LAC[3] | STRH | 3 |
| III | LAC | TMHU | 3 |
| III | WSP | RC EOP | 3 |
| III | WSP | CCCMS | 3 |
| III | WSP | RC STRH | 3 |
| III | WSP | MHCB | 3 |
| IV | CAL | NA | 4 |
| IV | CAL | TMHU | 4 |
| IV | CEN | NA | 3 |
| IV | CIM | RC EOP | 3 |
| IV | CIM | MHCB | 3 |
| IV | CIM | RC STRH | 3 |
| IV | CRC | CCCMS | 4 |

[1]CMP PIP Acute and ICF changed from Tier 4 to a Tier 3 on 09/22/20 and stayed at Tier 3 for remainder of the wee
[2]SQ EOP changed from Tier 4 to Tier 3 on 09/22/20 and stayed at Tier 3 for the remainder of the week.
[3]LAC STRH changed from a Tier 1 to Tier 3 on 09/24/20 and on 09/25/20 changed to Tier 2

ek.

| September 28, 2020 - October 2, 2020 | | | |
|---|---|---|---|
| **Region** | **Institution** | **MH Program** | **Current Tier** |
| I | CHCF PIP[1] | ICF | 4 |
| I | CMF PIP[2] | Acute | 3 |
| I | CMF PIP[2] | ICF | 3 |
| I | FOL | CCCMS | 3 |
| I | PBSP | CCCMS | 3 |
| I | SAC | PSU | 4 |
| I | SAC | ASU | 4 |
| I | SAC | STRH | 4 |
| I | SAC | LTRH | 4 |
| I | SAC | EOP | 4 |
| I | SAC | CCCMS | 4 |
| I | SAC | TMHU | 4 |
| I | SAC | MHCB | 4 |
| I | SQ | RC STRH | 3 |
| I | SQ | CCCMS | 3 |
| I | SQ | EOP | 3 |
| I | SQ | ICF | 3 |
| II | CCWF | CCCMS | 3 |
| II | CCWF | RC STRH | 3 |
| II | SVSP | CCCMS | 4 |
| II | SVSP | EOP | 3 |
| III | LAC | EOP | 3 |
| III | WSP | RC EOP | 3 |
| III | WSP | CCCMS | 3 |
| III | WSP | RC STRH | 3 |
| III | WSP | MHCB | 3 |
| IV | CAL | NA | 4 |
| IV | CAL | TMHU | 4 |
| IV | CEN | NA | 3 |
| IV | CEN | TMHU | 3 |
| IV | CIM | RC EOP | 3 |
| IV | CIM | MHCB | 3 |
| IV | CIM | RC STRH | 3 |
| IV | CRC | CCCMS | 4 |

[1]CHCF PIP ICF changed from Tier 4 to Tier 2 on 09/29/20 and stayed at Tier 2 for the remainder of the week
[2]CMF PIP Acute and ICF changed from Tier 4 to Tier 3 on 09/29/20 - On 09/30/20 changed back to Tier 4 then on 10/01/20 changed to Tier 3

| October 5, 2020 - October 9, 2020 | | | |
|---|---|---|---|
| Region | Institution | MH Program | Current Tier |
| I | CMF PIP[1] | Acute | 3 |
| I | CMF PIP[1] | ICF | 3 |
| I | FOL | CCCMS | 3 |
| I | PBSP | CCCMS | 3 |
| I | SAC | PSU | 4 |
| I | SAC | ASU | 4 |
| I | SAC | STRH | 4 |
| I | SAC | LTRH | 4 |
| I | SAC | EOP | 4 |
| I | SAC | CCCMS | 4 |
| I | SAC | TMHU | 4 |
| I | SAC | MHCB | 4 |
| I | SQ | RC STRH | 3 |
| I | SQ | CCCMS | 3 |
| I | SQ | EOP | 3 |
| I | SQ | ICF | 3 |
| I | CCWF[2] | CCCMS | 3 |
| II | CCWF | STRH | 3 |
| II | SVSP[3] | CCCMS | 3 |
| II | SVSP | EOP | 3 |
| II | SVSP[4] | STRH | 3 |
| III | ASP[5] | CCCMS | 3 |
| III | LAC | EOP | 3 |
| III | WSP | RC EOP | 3 |
| III | WSP | CCCMS | 3 |
| III | WSP | RC STRH | 3 |
| III | WSP | MHCB | 3 |
| IV | CAL | NA | 4 |
| IV | CAL | TMHU | 4 |
| IV | CEN | NA | 3 |
| IV | CEN | TMHU | 3 |
| IV | CIM | RC EOP | 3 |
| IV | CIM | MHCB | 3 |
| IV | CIM | RC STRH | 3 |
| IV | CRC | CCCMS | 4 |

[1]CMF PIP Acute and ICF changed from Tier 3 to Tier 4 on 10/05/20 - On 10/06/20 changed to Tier 3 and stayed at Tier 3 for the remainder of the week

[2]CCWF CCCMS changed from Tier 3 to Tier 2 on 10/08/20 and stayed at Tier 2 for the remainder of the week

[3]SVSP CCCMS changed from Tier 4 to Tier 3 on 10/07/20 and stayed at Tier 3 for the remainder of the week

[4]SVSP STRH changed from Tier 1 to a Tier 3 on 10/05/20 and stayed at Tier 3 for the remainder of the week

[5]ASP CCCMS Tier 3 only on 10/07/20 and was Tier 1 other days of week