# Exhibit 2

| Institution | Housing Location | Level of Care | Date of Arrival | Date of Release | Level of Care When Released | Housing Location Prior to Release |
|---|---|---|---|---|---|---|
| CCC | Max | MHCB | 9/2/2020 | 9/9/2020 | CCCMS | |
| MCSP | Non-Max | MHCB | 9/4/2020 | 9/9/2020 | EOP | |
| MCSP | Max | MHCB | 9/7/2020 | 9/8/2020 | CCCMS | |
| MCSP | Non-Max | MHCB | 9/7/2020 | 9/9/2020 | MHCB | |
| MCSP | Non-Max | MHCB | 8/31/2020 | 9/8/2020 | EOP | |
| SAC | Max | MHCB | 9/9/2020 | 9/10/2020 | EOP | |
| SAC | Non-Max | MHCB | 9/8/2020 | 9/10/2020 | MHCB | |
| SAC | Non-Max | MHCB | 9/4/2020 | 9/10/2020 | ICF | |
| SAC | Non-Max | MHCB | 9/9/2020 | 9/10/2020 | MHCB | |
| SAC | Max | MHCB | 9/6/2020 | 9/10/2020 | MHCB | |
| SAC | Non-Max | ICF | 9/4/2020 | 9/8/2020 | EOP | |
| SAC | Max | MHCB | 9/9/2020 | 9/10/2020 | MHCB | |
| DVI | Non-Max | MHCB | 9/7/2020 | 9/9/2020 | CCCMS | |
| VSP | Max | MHCB | 9/4/2020 | 9/8/2020 | EOP | |
| VSP | Non-Max | MHCB | 9/6/2020 | 9/9/2020 | MHCB | |
| ASP | Non-Max | MHCB | 8/22/2020 | 9/9/2020 | CCCMS | |
| CCI | Non-Max | MHCB | 9/3/2020 | 9/10/2020 | CCCMS | |
| PVSP | Non-Max | MHCB | 9/1/2020 | 9/8/2020 | EOP | |
| WSP | Max | ICF | 9/9/2020 | 9/10/2020 | MHCB | |
| CAL | Non-Max | MHCB | 9/8/2020 | 9/9/2020 | CCCMS | |
| CEN | Non-Max | MHCB | 9/4/2020 | 9/8/2020 | GP | |
| ISP | Treatment in Place | MHCB | 7/13/2020 | Pending | | NDPF |
| ISP | Treatment in Place | MHCB | 9/10/2020 | Pending | | OHU |
| ISP | Treatment in Place | MHCB | 9/10/2020 | Pending | | OHU |
| ISP | Non-Max | MHCB | 8/17/2020 | Pending | | |
| RJD | Non-Max | MHCB | 9/2/2020 | 9/9/2020 | MHCB | |
| RJD | Max | MHCB | 9/9/2020 | Pending | | |
| RJD | Max | MHCB | 8/31/2020 | 9/8/2020 | CCCMS | |
| RJD | Treatment in Place | ICF | 7/27/2020 | Pending | | EOP |
| RJD | Treatment in Place | ICF | 8/12/2020 | Pending | | EOP |
| RJD | Non-Max | MHCB | 9/3/2020 | Pending | | |
| RJD | Max | MHCB | 8/26/2020 | Pending | | |
| RJD | Max | MHCB | 9/10/2020 | Pending | | |
| RJD | Treatment in Place | MHCB | 3/11/2020 | Pending | | EOP |
| RJD | Treatment in Place | ICF | 6/8/2020 | Pending | | MHCB |
| RJD | Treatment in Place | ICF | 6/4/2020 | Pending | | EOP |
| RJD | Treatment in Place | ICF | 3/27/2020 | Pending | | EOP |
| RJD | Max | MHCB | 9/2/2020 | Pending | | |
| RJD | Max | MHCB | 9/8/2020 | Pending | | |
| RJD | Treatment in Place | ICF | 8/7/2020 | Pending | | MHCB |
| RJD | treatment in Place | ICF | 8/13/2020 | Pending | | MHCB |
| RJD | Treatment in Place | ICF | 7/27/2020 | Pending | | EOP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RJD | | Non-Max | MHCB | 9/8/2020 | Pending | | |
| RJD | | Max | MHCB | 9/9/2020 | Pending | | |
| RJD | | Treatment in Place | ICF | 8/7/2020 | Pending | | MHCB |
| RJD | | Treatment in Place | ICF | 6/24/2020 | Pending | | EOP |
| RJD | | Treatment in Place | ICF | 7/3/2020 | Pending | | MHCB |
| RJD | | Treatment in Place | ICF | 7/6/2020 | Pending | | MHCB |
| NKSP | | Treatment in Place | ICF | 7/17/2020 | Pending | | RC |

| Institution | Housing Location | Level of Care | Date of Arrival | Date of Release | Level of Care When Released | Housing Location Prior to Release |
|---|---|---|---|---|---|---|
| ISP | Non-Max | MHCB | 8/17/2020 | 9/16/2020 | CCCMS | |
| RJD | Max | MHCB | 9/9/2020 | 9/17/2020 | MHCB | |
| RJD | Treatment in Place | ICF | 7/27/2020 | Pending | | EOP |
| RJD | Treatment in Place | ICF | 8/12/2020 | Pending | | EOP |
| RJD | Non-Max | MHCB | 9/3/2020 | 9/16/2020 | EOP | |
| RJD | Max | MHCB | 8/26/2020 | Pending | | |
| NKSP | Treatment in Place | ICF | 7/17/2020 | Pending | | RC |
| RJD | Max | MHCB | 9/10/2020 | 9/16/2020 | EOP | |
| RJD | Treatment in Place | MHCB | 3/11/2020 | Pending | | EOP |
| RJD | Treatment in Place | ICF | 6/8/2020 | Pending | | MHCB |
| RJD | Treatment in Place | ICF | 6/4/2020 | Pending | | EOP |
| RJD | Treatment in Place | ICF | 3/27/2020 | Pending | | EOP |
| RJD | Treatment in Place | ICF | 8/7/2020 | Pending | | MHCB |
| RJD | treatment in Place | ICF | 8/13/2020 | Pending | | MHCB |
| RJD | Treatment in Place | ICF | 7/27/2020 | Pending | | EOP |
| RJD | Non-Max | MHCB | 9/8/2020 | 9/16/2020 | MHCB | |
| RJD | Treatment in Place | ICF | 8/7/2020 | Pending | | EOP |
| RJD | Treatment in Place | ICF | 6/24/2020 | Pending | | |
| RJD | Treatment in Place | ICF | 7/3/2020 | Pending | | MHCB |
| RJD | Treatment in Place | ICF | 7/6/2020 | Pending | | MHCB |
| CTF | Maximum | MHCB | 9/12/2020 | Pending | | |
| CTF | Non-Max | MHCB | 9/13/2020 | Pending | | |
| CTF | Non-Max | MHCB | 9/17/2020 | Pending | | |
| CTF | Non-Max | MHCB | 9/17/2020 | Pending | | |
| SCC | Non-Max | MHCB | 9/15/2020 | Pending | | |
| VSP | Non-Max | MHCB | 9/15/2020 | Pending | | |
| VSP | Non-Max | MHCB | 9/16/2020 | Pending | | |
| CAL | Non-Max | MHCB | 9/14/2020 | Pending | | |
| CRC | Non-Max | MHCB | 9/15/2020 | Pending | | |
| ISP | Non-Max | MHCB | 9/14/2020 | 9/15/2020 | CCCMS | |
| ISP | Non-Max | MHCB | 9/16/2020 | Pending | | |
| RJD | Max | MHCB | 9/13/2020 | Pending | | |
| RJD | Non-Max | MHCB | 9/10/2020 | Pending | | |
| RJD | Non-Max | MHCB | 9/11/2020 | 9/16/2020 | | |
| RJD | Non-Max | MHCB | 9/14/2020 | Pending | | |
| RJD | Non-Max | MHCB | 9/15/2020 | 9/16/2020 | MHCB | |
| RJD | Non-Max | MHCB | 9/16/2020 | Pending | | |
| FOL | Max | MHCB | 9/15/2020 | Pending | | |
| MCSP | Non-Max | MHCB | 9/18/2020 | Pending | | |
| MCSP | Non-Max | MHCB | 9/17/2020 | Pending | | |

| Institution | Housing Location | Level of Care | Date of Arrival | Date of Release | Level of Care | Housing |
|---|---|---|---|---|---|---|
| RJD | Non-Max | MHCB | 9/22/2020 | 9/24/2020 | MHCB | |
| RJD | Treatment in Place | ICF | 7/27/2020 | Pending | | EOP |
| RJD | Treatment in Place | ICF | 8/12/2020 | Pending | | EOP |
| RJD | Max | MHCB | 8/26/2020 | Pending | | |
| NKSP | Treatment in Place | ICF | 7/17/2020 | Pending | | RC |
| RJD | Non-Max | MHCB | 9/10/2020 | 9/23/2020 | MHCB | |
| RJD | Max | MHCB | 9/19/2020 | 9/23/2020 | MHCB | |
| RJD | Treatment in Place | ICF | 3/11/2020 | Pending | | MHCB |
| RJD | Treatment in Place | ICF | 6/8/2020 | Pending | | MHCB |
| RJD | Max | MHCB | 9/13/2020 | 9/21/2020 | MHCB | |
| RJD | Treatment in Place | ICF | 6/4/2020 | Pending | | EOP |
| ISP | Max | MHCB | 9/21/2020 | Pending | | |
| RJD | Treatment in Place | ICF | 3/27/2020 | Pending | | EOP |
| RJD | Non-Max | MHCB | 9/19/2020 | 9/23/2020 | MHCB | |
| RJD | Max | MHCB | 9/22/2020 | 9/24/2020 | CCCMS | |
| RJD | Treatment in Place | ICF | 8/7/2020 | Pending | | MHCB |
| RJD | Non-Max | MHCB | 9/16/2020 | 9/23/2020 | MHCB | |
| RJD | Non-Max | MHCB | 9/14/2020 | 9/24/2020 | EOP | |
| RJD | treatment in Place | ICF | 8/13/2020 | Pending | | MHCB |
| RJD | Treatment in Place | ICF | 7/27/2020 | Pending | | EOP |
| RJD | Treatment in Place | ICF | 8/7/2020 | Pending | | EOP |
| CTF | Maximum | MHCB | 9/12/2020 | 9/24/2020 | MHCB | |
| CTF | Non-Max | MHCB | 9/13/2020 | 9/24/2020 | MHCB | |
| CTF | Non-Max | MHCB | 9/17/2020 | 9/22/2020 | CCCMS | |
| SCC | Non-Max | MHCB | 9/15/2020 | 9/23/2020 | CCCMS | |
| VSP | Non-Max | MHCB | 9/15/2020 | 9/23/2020 | EOP | |
| RJD | Treatment in Place | ICF | 6/24/2020 | Pending | | EOP |
| FOL | Max | MHCB | 9/15/2020 | 9/22/2020 | MHCB | |
| CTF | Non-Max | MHCB | 9/23/2020 | Pending | | |
| DVI | | MHCB | 9/23/2020 | 9/24/2020 | CCCMS | |
| VSP | Non-Max | MHCB | 9/20/2020 | 9/23/2020 | EOP | |
| VSP | Non-Max | MHCB | 9/22/2020 | 9/23/2020 | EOP | |
| VSP | Max | MHCB | 9/23/2020 | Pending | | |
| VSP | Non-Max | MHCB | 9/19/2020 | 9/22/2020 | MHCB | |
| CCC | Non-Max | MHCB | 9/20/2020 | 9/23/2020 | CCCMS | |
| CCC | Max | MHCB | 9/24/2020 | Pending | | |
| MCSP | Non-Max | MHCB | 9/20/2020 | 9/21/2020 | EOP | |
| CCI | Non-Max | MHCB | 9/23/2020 | Pending | | |
| LAC | Max | MHCB | 9/21/2020 | 9/22/2020 | MHCB | |
| PVSP | Non-Max | MHCB | 9/20/2020 | Pending | | |
| PVSP | Non-Max | MHCB | 9/21/2020 | Pending | | |
| LAC | Max | MHCB | 9/24/2020 | Pending | | |
| CRC | Non-Max | MHCB | 9/17/2020 | 9/21/2020 | CCCMS | |
| CRC | Non-Max | MHCB | 9/24/2020 | Pending | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ISP | | Max | MHCB | 9/21/2020 | Pending | |
| RJD | | Treatment in Place | ICF | 7/3/2020 | Pending | MHCB |
| RJD | | Treatment in Place | ICF | 7/6/2020 | Pending | MHCB |

| Region | Institution | Last Name | First Name | CDCR# | Housing Location | Level of Care | Date of Arrival | Date of Release | Level of Care | Housing (TIP) |
|---|---|---|---|---|---|---|---|---|---|---|
| I | CCC | | | | Non-Max | MHCB | 9/29/2020 | Pending | | |
| III | CCI | | | | Non-Max | MHCB | 9/23/2020 | 10/1/2020 | CCCMS | |
| III | CCI | | | | Non-Max | MHCB | 10/2/2020 | Pending | | |
| IV | CEN | | | | Non-Max | MHCB | 9/27/2020 | Pending | | |
| IV | CRC | | | | Non-Max | MHCB | 9/24/2020 | Pending | | |
| IV | CRC | | | | Non-Max | MHCB | 10/1/2020 | Pending | | |
| II | CTF | | | | Non-Max | MHCB | 9/27/2020 | Pending | | |
| II | CTF | | | | Non-Max | MHCB | 9/29/2020 | Pending | | |
| II | DVI | | | | | MHCB | 9/26/2020 | Pending | | |
| IV | ISP | | | | Non-Max | MHCB | 9/28/2020 | 9/28/2020 | GP | |
| I | MCSP | | | | Max | MHCB | 9/24/2020 | 9/28/2020 | MHCB | |
| I | MCSP | | | | Max | MHCB | 9/24/2020 | 9/28/2020 | EOP | |
| I | MCSP | | | | Max | MHCB | 9/23/2020 | 9/28/2020 | MHCB | |
| I | MCSP | | | | Non-Max | MHCB | 9/25/2020 | 9/28/2020 | EOP | |
| I | MCSP | | | | Non-Max | MHCB | 9/25/2020 | 9/28/2020 | CCCMS | |
| I | MCSP | | | | Non-Max | MHCB | 9/30/2020 | 10/1/2020 | CCCMS | |
| I | MCSP | | | | Max | MHCB | 9/30/2020 | 10/1/2020 | EOP | |
| I | MCSP | | | | Non-Max | MHCB | 9/30/2020 | Pending | | |
| III | PVSP | | | | Non-Max | MHCB | 9/20/2020 | 9/28/2020 | CCCMS | |
| III | PVSP | | | | Non-Max | MHCB | 9/21/2020 | Pending | | |
| III | PVSP | | | | Non-Max | MHCB | 9/28/2020 | 9/29/2020 | CCCMS | |
| IV | RJD | | | | Treatment in Place | ICF | 7/27/2020 | Pending | | EOP |
| IV | RJD | | | | Treatment in Place | ICF | 8/12/2020 | Pending | | EOP |
| IV | RJD | | | | Treatment in Place | ICF | 7/17/2020 | Pending | | RC |
| IV | RJD | | | | Treatment in Place | ICF | 6/8/2020 | Pending | | MHCB |
| IV | RJD | | | | Treatment in Place | ICF | 6/4/2020 | Pending | | EOP |
| IV | RJD | | | | Treatment in Place | ICF | 3/27/2020 | Pending | | EOP |
| IV | RJD | | | | treatment in Place | MHCB | 8/13/2020 | Pending | | EOP |
| IV | RJD | | | | Treatment in Place | ICF | 8/7/2020 | Pending | | EOP |
| IV | RJD | | | | Treatment in Place | ICF | 6/24/2020 | Pending | | EOP |
| IV | RJD | | | | Treatment in Place | ICF | 7/3/2020 | Pending | | MHCB |
| IV | RJD | | | | Treatment in Place | ICF | 7/6/2020 | Pending | | MHCB |
| IV | RJD | | | | Non-Max | MHCB | 9/26/2020 | Pending | | |
| IV | RJD | | | | Non-Max | MHCB | 9/29/2020 | Pending | | |
| IV | RJD | | | | Non-Max | MHCB | 9/29/2020 | Pending | | |
| II | SCC | | | | Non-Max | MHCB | 9/26/2020 | 9/29/2020 | CCCMS | |
| II | SCC | | | | Non-Max | MHCB | 9/29/2020 | Pending | | |
| II | SCC | | | | Non-Max | MHCB | 9/30/2020 | Pending | | |
| II | VSP | | | | Max | MHCB | 9/23/2020 | 9/28/2020 | CCCMS | |
| II | VSP | | | | Max | MHCB | 10/1/2020 | Pending | | |

| Region | Institution | Last Name | First Name | CDCR# | Housing Location | Level of Care | Date of Arrival | Date of Release | Level of Care | Housing (TIP) |
|---|---|---|---|---|---|---|---|---|---|---|
| III | ASP | | | | Treatment in Place | MHCB | 10/6/2020 | Pending | | OHU |
| IV | CAL | | | | Non-Max | MHCB | 10/6/2020 | Pending | | |
| III | CCI | | | | Non-Max | MHCB | 10/2/2020 | Pending | | |
| III | CCI | | | | Non-Max | MHCB | 10/3/2020 | Pending | | |
| IV | CEN | | | | Non-Max | MHCB | 9/27/2020 | Pending | | |
| IV | CIM | | | | Non-Max | MHCB | 10/2/2020 | Pending | | |
| IV | CIM | | | | Non-Max | MHCB | 10/3/2020 | Pending | | |
| IV | CIM | | | | Non-Max | MHCB | 10/5/2020 | Pending | | |
| II | CTF | | | | Non-Max | MHCB | 10/5/2020 | Pending | | |
| IV | ISP | | | | Non-Max | MHCB | 10/3/2020 | Pending | | |
| I | MCSP | | | | Non-Max | MHCB | 9/30/2020 | Pending | | |
| I | MCSP | | | | Non-Max | MHCB | 10/6/2020 | Pending | | |
| I | MCSP | | | | Non-Max | MHCB | 10/8/2020 | Pending | | |
| I | MCSP | | | | Max | MHCB | 10/8/2020 | Pending | | |
| I | MCSP | | | | Non-Max | MHCB | 10/8/2020 | Pending | | |
| III | PVSP | | | | Non-Max | MHCB | 9/21/2020 | Pending | | |
| IV | RJD | | | | Treatment in Place | ICF | 7/27/2020 | Pending | | EOP |
| IV | RJD | | | | Treatment in Place | ICF | 8/12/2020 | Pending | | EOP |
| IV | RJD | | | | Treatment in Place | ICF | 7/17/2020 | Pending | | RC |
| IV | RJD | | | | Treatment in Place | ICF | 6/8/2020 | Pending | | MHCB |
| IV | RJD | | | | Treatment in Place | ICF | 6/4/2020 | Pending | | EOP |
| IV | RJD | | | | Treatment in Place | ICF | 3/27/2020 | Pending | | EOP |
| IV | RJD | | | | treatment in Place | MHCB | 8/13/2020 | Pending | | EOP |
| IV | RJD | | | | Treatment in Place | ICF | 8/7/2020 | Pending | | EOP |
| IV | RJD | | | | Treatment in Place | ICF | 7/3/2020 | Pending | | MHCB |
| IV | RJD | | | | Treatment in Place | ICF | 7/6/2020 | Pending | | MHCB |
| IV | RJD | | | | Non-Max | MHCB | 9/29/2020 | Pending | | |
| II | VSP | | | | Non-Max | MHCB | 10/6/2020 | Pending | | |
| II | VSP | | | | Max | MHCB | 10/7/2020 | Pending | | |