# Exhibit 3

**SEPTEMBER 2020**
**Shower and Yard Compliance in Segregation**

| Institution | Facility | 3 Showers Offered/Week | 10 Hours Yard Offered/Week |
|---|---|---|---|
| CAC | ASU | 100% | 100% |
| CAL | ASU | 100% | 100% |
| CCC | C | 100% | 100% |
| CCI | ASU | 100% | 100% |
| CCWF | A | 100% | 100% |
| CEN | Z | 100% | 100% |
| CHCF | E-1A | 100% | 100% |
| CIM | B | 100% | 100% |
| CIW | ASU | 100% | 100% |
| CMC | ASU | 100% | 100% |
| CMF | A | 100% | 100% |
| COR | ASU | 100% | 100% |
| CTF | ASU | 100% | 100% |
| CVSP | A | 100% | 100% |
| DVI | K&L WING | 100% | 99% |
| FOL | ASU | 100% | 100% |
| HDSP | ASU | 100% | 100% |
| KVSP | ASU | 100% | 100% |
| LAC | ASU | 100% | 100% |
| MCSP | C | 100% | 78.2% Due to COVID 19 Quarantine Guidelines |
| NKSP | ASU | 100% | 100% |
| PBSP | ASU | 100% | 100% |
| PVSP | STRH | 100% | 100% |
| RJD | B6 & B7 | 100% | 100% |
| SAC | ASU | 100% | 88% Due to Unhealthy Air Quality |
| SATF | ASU | 100% | 100% |
| SCC | C | 100% | 100% |
| SOL | B | 100% | 100% |
| SQ | A | 100% | 80% Quarantine and Unhealthy Air Quality |
| SVSP | ASU | 100% | 100% |
| VSP | ASU | 100% | 100% |
| WSP | D | 100% | 97% |

*Data Source-Monthly Certification Provided by Institutions