# Exhibit 4

**TMHU 114 Tracking Log**
**Statewide**
**September 2020**
**Week of: August 31-September 6**

| Name | CDCR# | Institution | Date of Arrival | Discharge Date | Custody Status | Housing Location | Hours of Yard | Phone Call(s) | Showers | Appliances (Radio/TV/Tablet) | Dayroom for Non-MAX | Linen Exchange | RVR's received in TMHU (if yes, fill out next column) | RVR Date and Offense | Supplies Issued | Comments (any additonal information or unusual events) | ICC Review of MAX IP's |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ASP | 9/3/2020 | 9/4/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | CAL | 8/20/2020 | 9/3/2020 | GP | | 0 | No | Yes | No | No | No | No | | No | | N/A |
| | | CCI | 9/3/2020 | Remained MHCB | GP | | 0 | No | Yes | No | No | No | No | | No | | N/A |
| | | CEN | 9/4/2020 | Remained MHCB | MAX | | 0 | Yes | No | No | N/A | No | Yes | 9/6/2020 Destruction Of State Property valued less | No | | No ICC completed therefore retained MAX |
| | | CTF | 8/23/2020 | Remained MHCB | GP | | 9 | Yes | Yes | No | No | Yes | No | | No | | N/A |
| | | CTF | 8/29/2020 | 9/1/2020 | GP | | 1.5 | No | No | No | No | No | No | | No | | N/A |
| | | ISP | 8/17/2020 | Remained MHCB | GP | | 0 | Yes | Yes | No | No | No | No | | No | | N/A |
| | | MCSP | 8/31/2020 | Remained MHCB | GP | | 1 | Yes | Yes | No | No | No | No | | No | | N/A |
| | | MCSP | 9/4/2020 | Remained MHCB | GP | | 0 | Yes | No | No | No | No | No | | No | | N/A |
| | | PVSP | 9/1/2020 | Remained MHCB | GP | | 3 | No | Yes | No | No | Yes | No | | No | | N/A |
| | | RJD | 8/30/2020 | 9/8/2020 | MAX | | 0 | No | Yes | No | N/A | No | Yes | 9/6/2020 Indecent Exposure With Prior for PC 314 | No | | No ICC completed therefore retained MAX |
| | | RJD | 9/1/2020 | 9/10/2020 | MAX | | 0 | No | R | No | N/A | No | No | | No | | No ICC completed therefore retained MAX |
| | | RJD | 9/2/2020 | Remained MHCB | GP | | 0 | No | Yes | No | No | No | No | | No | | N/A |
| | | RJD | 9/1/2020 | 9/2/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/4/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/5/2020 | 9/6/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/4/2020 | 9/5/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/3/2020 | Remained MHCB | GP | | 0 | No | Yes | No | No | No | Yes | 9/3/2020 Willfully Resisting a Peace Officer | No | | N/A |
| | | RJD | 9/1/2020 | 9/2/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/2/2020 | 9/3/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 8/26/2020 | 9/4/2020 | GP | | R | No | Yes | No | No | No | No | | No | | N/A |
| | | RJD | 8/26/2020 | Remained MHCB | GP | | R | No | Yes | No | No | No | No | | Yes | | N/A |
| | | RJD | 9/2/2020 | 9/3/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | SAC | 9/4/2020 | Remained MHCB | GP | | 1 | No | No | No | No | No | No | | No | | N/A |
| | | SAC | 9/4/2020 | Remained MHCB | GP | | 1 | No | No | No | No | No | No | | No | | N/A |
| | | VSP | 8/30/2020 | 9/2/2020 | GP | | 0 | No | Yes | No | No | Yes | No | | Yes | | N/A |

*Data Source – Manual CDC-11  As submitted by each institution and Strategic Offender Management System

**TMHU 114 Tracking Log**
Statewide
September 2020
Week of: September 7-September 13

| Name | CDCR# | Institution | Date of Arrival | Discharge Date | Custody Status | Housing Location | Hours of Yard | Phone Call(s) | Showers | Appliances (Radio/TV/Tablet) | Dayroom for Non-MAX | Linen Exchange | RVR's received in TMHU (if yes, fill out next column) | RVR Date and Offense | Supplies Issued | Comments (any additonal information or unusual events) | ICC Review of MAX IP's |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ASP | 8/22/2020 | 9/9/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | CCI | 9/3/2020 | 9/10/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | CEN | 9/4/2020 | 9/8/2020 | MAX | | 0 | Yes | Yes | No | N/A | Yes | Yes | 09/7/2020 Obstructing a PO | No | | No ICC completed therefore retained MAX |
| | | CTF | 9/12/2020 | Remained MHCB | MAX | | 0 | No | No | No | N/A | No | No | | No | | No ICC completed therefore retained MAX |
| | | DVI | 9/6/2020 | 9/9/2020 | GP | | 0 | No | Yes | No | No | Yes | No | | No | | N/A |
| | | ISP | 9/10/2020 | 9/11/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | ISP | 9/10/2020 | 9/11/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | ISP | 8/17/2020 | Remained MHCB | GP | | 1 | Yes | Yes | No | No | No | No | | No | | N/A |
| | | MCSP | 8/31/2020 | 9/8/2020 | GP | | 0 | No | Yes | No | No | No | No | | No | | N/A |
| | | MCSP | 9/4/2020 | 9/9/2020 | GP | | 0 | Yes | Yes | No | No | No | No | | No | | N/A |
| | | MCSP | 9/7/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | PVSP | 9/1/2020 | 9/8/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/2/2020 | Remained MHCB | GP | | 0 | No | Yes | No | No | No | No | | No | | N/A |
| | | RJD | 9/12/2020 | 9/13/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/13/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/10/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/11/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/11/2020 | 9/12/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/3/2020 | Remained MHCB | GP | | 1 | No | Yes | No | No | No | No | | No | | N/A |
| | | RJD | 9/11/2020 | 9/12/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/10/2020 | 9/12/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/8/2020 | Remained MHCB | GP | | 1 | No | R | No | No | No | No | | No | | N/A |
| | | RJD | 8/26/2020 | Remained MHCB | GP | | 1 | No | Yes | No | No | No | No | | Yes | | N/A |
| | | SAC | 9/4/2020 | 9/8/2020 | GP | | 1 | No | No | No | No | No | No | | No | | N/A |
| | | SAC | 9/4/2020 | 9/9/2020 | GP | | 1 | No | No | No | No | No | No | | No | | N/A |
| | | VSP | 9/6/2020 | Remained MHCB | GP | | 0 | No | Yes | No | No | Yes | No | | Yes | | N/A |

*Data Source – Manual CDC-11  As submitted by each institution and Strategic Offender Management System

**TMHU 114 Tracking Log**
**Statewide**
**September 2020**
**Week of: September 14-September 20**

| Name | CDCR# | Institution | Date of Arrival | Discharge Date | Custody Status | Housing Location | Hours of Yard | Phone Call(s) | Showers | Appliances (Radio/TV/Tablet) | Dayroom for Non-MAX | Linen Exchange | RVR's received in TMHU (if yes, fill out next column) | RVR Date and Offense | Supplies Issued | Comments (any additonal information or unusual events) | ICC Review of MAX IP's |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CAL | 9/14/2020 | 9/17/2020 | MAX | | 0 | Yes | Yes | No | N/A | No | No | | No | | No ICC completed therefore retained MAX |
| | | CAL | 9/18/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | CCI | 9/18/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | Trans to LAC MHCB | N/A |
| | | CCI | 9/14/2020 | 9/15/2020 | MAX | | 0 | No | No | No | N/A | No | No | | No | | No ICC completed therefore retained MAX |
| | | CRC | 9/15/2020 | Remained MHCB | GP | | 0 | No | Yes | No | No | No | No | | No | No Yard or phone call per MH patient order (not documented) | N/A |
| | | CRC | 9/17/2020 | 9/18/2020 | GP | | 0 | No | No | No | No | No | No | | N/A | | N/A |
| | | CTF | 9/12/2020 | Remained MHCB | MAX | | 6 | Yes | Yes | No | N/A | No | No | | Yes | | No ICC completed therefore retained MAX |
| | | CTF | 9/13/2020 | Remained MHCB | GP | | 6 | No | Yes | No | No | Yes | No | | No | | N/A |
| | | CTF | 9/17/2020 | Remained MHCB | GP | | 0 | Yes | No | No | No | Yes | Yes | 9/17/2020 Willfully Resisting a Peace Officer | No | | N/A |
| | | ISP | 9/16/2020 | 9/18/2020 | GP | | 0 | Yes | No | No | No | No | No | | No | | N/A |
| | | ISP | 9/14/2020 | 9/15/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | ISP | 9/9/2020 | 9/16/2020 | GP | | R | Yes | Yes | No | No | No | No | | No | | N/A |
| | | RJD | 9/14/2020 | Remained MHCB | GP | | 1 | No | Yes | No | No | No | No | | No | | N/A |
| | | RJD | 9/13/2020 | 9/14/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/10/2020 | Remained MHCB | GP | | 1 | Yes | Yes | No | No | Yes | No | | No | | N/A |
| | | RJD | 9/11/2020 | 9/16/2020 | GP | | 0 | No | Yes | No | No | No | No | | No | | N/A |
| | | RJD | 9/14/2020 | Remained MHCB | GP | | 0 | No | Yes | No | No | No | No | | No | | N/A |
| | | RJD | 9/3/2020 | 9/16/2020 | GP | | 0 | No | Yes | No | No | No | No | | No | | N/A |
| | | RJD | 9/16/2020 | 9/20/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/16/2020 | 9/18/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/8/2020 | 9/16/2020 | GP | | R | No | Yes | No | No | No | No | | No | | N/A |
| | | RJD | 9/18/2020 | 9/19/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/18/2020 | 9/19/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/16/2020 | 9/20/2020 | GP | | 0 | No | No | No | No | No | No | | Nio | | N/A |
| | | RJD | 9/15/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/18/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/13/2020 | 9/21/2020 | MAX | | 0 | No | Yes | No | N/A | No | No | | Yes | Moved to MHCB on 9/21/2020 | No ICC completed therefore retained MAX |
| | | RJD | 9/9/2020 | 9/17/2020 | MAX | | 0 | No | R | No | N/A | Yes | No | | Yes | Moved to MHCB on 9/17/2020 | No ICC completed therefore retained MAX |
| | | SCC | 9/15/2020 | Remained MHCB | GP | | 0 | No | Yes | No | No | Yes | No | | Yes | | N/A |
| | | VSP | 9/16/2020 | Remained MHCB | GP | | 0 | No | Yes | No | No | Yes | No | | Yes | | N/A |
| | | VSP | 9/14/2020 | Remained MHCB | GP | | 3 | No | Yes | No | No | Yes | No | | Yes | | N/A |

*Data Source – Manual CDC-11  As submitted by each institution and Strategic Offender Management System

**TMHU 114 Tracking Log**
Statewide
September 2020
Week of: September 21-September 27

| Name | CDCR# | Institution | Date of Arrival | Discharge Date | Custody Status | Housing Location | Hours of Yard | Phone Call(s) | Showers | Appliances (Radio/TV/Tablet) | Dayroom for Non-MAX | Linen Exchange | RVR's received in TMHU (if yes, fill out next column) | RVR Date and Offense | Supplies Issued | Comments (any additonal information or unusual events) | ICC Review of MAX IP's |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CCI | 9/22/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | Yes | | N/A |
| | | CTF | 9/23/2020 | 9/25/2020 | GP | | 3 | No | No | No | No | Yes | No | | No | | N/A |
| | | CTF | 9/13/2020 | Remained MHCB | GP | | 9 | Yes | Yes | No | No | No | No | | Yes | | N/A |
| | | CTF | 9/17/2020 | 9/22/2020 | GP | | 6 | No | No | No | No | No | No | | Yes | | N/A |
| | | CTF | 9/12/2020 | 9/24/2020 | MAX | | 6 | Yes | Yes | No | N/A | No | Yes | 9/23/2020 Possession Of Dangerous Contraband | Yes | Moved to CMC MHCB on 9/24/2020 | No ICC completed therefore retained MAX |
| | | ISP | 9/21/2020 | 9/23/2020 | MAX | | 0 | No | Yes | No | N/A | No | No | | Yes | | No ICC completed therefore retained MAX |
| | | ISP | 9/21/2020 | 9/23/2020 | MAX | | 0 | No | Yes | No | N/A | No | No | | Yes | | No ICC completed therefore retained MAX |
| | | PVSP | 9/21/2020 | Remained MHCB | GP | | 2 | No | Yes | No | No | Yes | No | | No | | N/A |
| | | RJD | 9/27/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/23/2020 | 9/24/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/14/2020 | 9/24/2020 | GP | | 0 | No | Yes | No | No | No | No | | No | | N/A |
| | | RJD | 9/18/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/10/2020 | Remained MHCB | GP | | 1 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/22/2020 | Remained MHCB | GP | | 0 | No | Yes | No | No | No | No | | No | | N/A |
| | | RJD | 9/15/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/25/2020 | Remained MHCB | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/21/2020 | 9/24/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |
| | | RJD | 9/18/2020 | 9/23/2020 | MAX | | R | No | No | No | N/A | No | No | | No | Admitted to MHCB on 9/23/2020 | No ICC completed therefore retained MAX |
| | | SCC | 9/15/2020 | 9/23/2020 | GP | | 0 | No | No | No | No | No | No | | No | | N/A |

*Data Source – Manual CDC-11  A s submitted by each ins itution and Strategic Of ender Management System