# Exhibit 6





Glossary

# COVID-19 MH Operational Impact Dashboard - Safety

Region

All

## SRASHE & CSSRS Screener

## Self-Injurious Behavior

## YTD SIB with Intent

FSP | ASP | CAL | CCC | CCI | CCWF | CEN | CHCF | CIM | CIW | CMC | CMF | COR | CRC | CTF | CVSP | DVI | CAC | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQ | SVSP | VSP | WSP

Glossary

# COVID-19 MH Operational Impact Dashboard - MHCB

Region

All

## MHCB Location

Institution CCWF CHCF CIM CIW CMC CMF COR CRC CTF

## Percent Rescinded

## Bed Type

## Referrals

## MHCB in THMU & ELOC

FSP ASP CAL CCC CCI CCWF CEN CHCF CIM CIW CMC CMF COR CRC CTF CVSP DVI CAC HDSP ISP KVSP LAC MCSP NKSP PBSP PVSP RJD SAC SATF SCC SOL SQ SVSP VSP WSP





Glossary

# COVID-19 MH Operational Impact Dashboard - TMHU

Region
All

## 5-Day Follow Up

## RVR's

## Location Sent After TMHU

## Discharge SRASHE & SPI

## Referral, Placement, and %COVID-19+

| FSP | ASP | CAL | CCC | CCI | CCWF | CEN | CHCF | CIM | CIW | CMC | CMF | COR | CRC | CTF | CVSP | DVI | CAC | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQ | SVSP | VSP | WSP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|





 Glossary

# COVID-19 MH Operational Impact Dashboard - TMHU (Treatment)

Region: All

## MAX: 5-Hrs. Tx. Offered Out of Cell


## Routine IDTT

Developing and Testing Visualization

## Initial IDTT


## Length of Stay (days)


## Rounding Count
Rounding (Theraputic Notes Only)


## Daily MH Contact Offered Percentage


## RT Contacts Offered


Current Bug Impacting Data
Story ID: 94968

## Non-Confidential Count


FSP | ASP | CAL | CCC | CCI | CCWF | CEN | CHCF | CIM | CIW | CMC | CMF | COR | CRC | CTF | CVSP | DVI | CAC | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQ | SVSP | VSP | WSP

Glossary

# COVID-19 MH Operational Impact Dashboard - ELOC & EOP

Region: All

## ELOC Location

Institution: (Blank) ASP CCI CCWF CEN CHCF CIM CIW

## EOP Patients Not in EOP Bed

511

## MHCB Patients LOS in Outpatient

## Inpatient Referrals in ELOC

## Inpatient in EOP Housing

## Patients Awaiting EOP Bed

FSP | ASP | CAL | CCC | CCI | CCWF | CEN | CHCF | CIM | CIW | CMC | CMF | COR | CRC | CTF | CVSP | DVI | CAC | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQ | SVSP | VSP | WSP

