XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND ORDER FOR ONE-DAY EXTENSION OF TIME TO FILE OCTOBER 15, 2020 JOINT REPORT ADDRESSING CURRENT COVID-19-RELATED DEPARTURES FROM PROGRAM GUIDE REQUIREMENTS**<br><br>Judge: The Hon. Kimberly J. Mueller |

On April 17, 2020, the Court ordered the parties to file a stipulation identifying "temporary departures from certain Program Guide requirements" for the provision of mental health care arising from Defendants' efforts to respond to the COVID-19 pandemic. ECF No. 6622 at 2-3 (Apr. 17, 2020). The parties submitted a stipulation that set forth a process whereby the parties, on a monthly basis, would meet and confer, under

[3419376.1]                                             1

the supervision of the Special Master, and report to the Court on updated changes to the stipulation and its attachment, Appendix A. See id. at 4-5. On August 14, 2020, the Court ordered the parties to continue to provide monthly updates regarding changes to Appendix A on the fifteenth of every month except for August 2020. *See* Minute Order, ECF No. 6814 (Aug. 14, 2020).

The parties have been working diligently to complete the October 2020 joint report, but require an additional day to resolve some issues. Accordingly, the parties jointly request the Court extend the deadline for the parties' October update to October 16, 2020.

**IT IS STIPULATED.**

Dated: October 15, 2020

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/S/ *Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

Dated: October 15, 2020

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Lisa Ells*
LISA ELLS
*Attorneys for Plaintiffs*

The stipulation of the parties is approved. The joint status report filed October 16, 2020, ECF No. 6915, and the associated attachments, ECF Nos. 6915(1)-(7), are deemed timely filed.

**IT IS SO ORDERED.**

Dated: October 19, 2020.
*Nunc pro tunc* to 10/15/20

CHIEF UNITED STATES DISTRICT JUDGE