| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AS TO AUTHENTICITY OF DOCUMENTS PRODUCED IN THIS LITIGATION, IN ADVANCE OF EVIDENTIARY HEARING ON OCTOBER 23, 2020**<br><br>Judge:   Hon. Kimberly J. Mueller<br>Hearing: October 23, 2020<br>Time: 9:00 am.<br>Location: Virtual |

[3635693.2]

STIPULATION AS TO AUTHENTICITY

The parties, through their counsel, stipulate to the following for purposes of the evidentiary hearing now set for October 23, 2020:

1.  True and correct copies of all documents produced to Plaintiffs by Defendants in the regular course of this litigation are deemed authentic for the purposes of Federal Rules of Evidence 901.  The parties specifically reserve any and all other objections afforded by the Federal Rules of Evidence and Federal Rules of Civil Procedure as to the ultimate admissibility of all documents exchanged by the parties during discovery.

DATED: October 22, 2020   Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:   */s/ Ernest Galvan*
        Ernest Galvan

Attorneys for Plaintiffs

DATED: October 22, 2020   XAVIER BECERRA
Attorney General
Adriano Hrvatin
Supervising Deputy Attorney General

By:   */s/ Lucas L. Hennes*
        Lucas L. Hennes
        Deputy Attorney General

Attorneys for Defendants

[3635693.2]

2

STIPULATION AS TO AUTHENTICITY