*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Defendants' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| D-1 | Program Guide Chapter 1 | D-1-1 - 18 | | |
| D-2 | Program Guide Chapter 6 | D-2-1 - 19 | | |
| D-3 | 2017 Department of State Hospitals (DSH) and California Department of Corrections ad Rehabilitation (CDCR) Memorandum of Understanding Re Inpatient Treatment | D-3-1 - 8 | | |
| D-4 | Joint Policy and Procedure 3601 re: Referral, Admissions, and Movement | D-4-1 - 9 | | |
| D-5 | Policy 12.11.2101(A) re Referral and Admission Procedures & Addendum | D-5-1 - 9 | | |
| D-6 | March 16, 2020 E-mail from Stephanie Clendenin to Special Master re: Suspension | D-6-1 | | |
| D-7 | March 17, 2020 E-mail from C. Ciccotti to Plaintiffs re: Suspension | D-7-1 | | |
| D-8 | March 25, 2020 Memo – COVID-19 Delivery of Metal Health Care Guidance – Exhibit A to Defendants' Plan Addressing COVID-19 Pandemic (ECF No. 6535) | D-8-1 - 17 | | |
| D-9 | April 5, 2020 COVID-19 Screening Prior to Mental Health Treatment | D-9-1 | | |
| D-10 | April 10, 2020 Memo COVID Emergency Mental Health Treatment Guidance and COVID Temporary Transfer Guidelines and Workflow | D-10-1 - 6 | | |
| D-11 | April 15, 2020 DSH's Department Directive on Suspension of Patient Admissions From CDCR | D-11-1 | | |
| D-12 | April 15, 2020 COVID-19 Temporary Guidelines for Transfers to DSH | D-12-1 - 2 | | |
| D-13 | April 16, 2020 CDCR COVID-19 Strategic Plan | D-13-1 - 20 | | |
| D-14 | April 17, 2020 Memo COVID Emergency Mental Health Treatment Guidance For Max Custody Patients and COVID Enhanced Outpatient Program Temporary Transfer Guidelines and Workflow | D-14-1 - 8 | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Defendants' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| D-15 | May 11, 2020 Memo Re Patient Movement for Mental Health Treatment | D-15-1 - 2 | | |
| D-16 | May 14, 2020 Temporary Transfer Restriction Psychiatric Inpatient Program Flex Guidance | D-16-1 | | |
| D-17 | May 15, 2020 Updated COVID-19 Temporary Guidelines for Transfers to DSH | D-17-1 - 2 | | |
| D-18 | May 22, 2020 CDCR Cover Memo and Movement Matrix | D-18-1 - 9 | | |
| D-19 | June 12 2020 Updated COVID-19 Temporary Guidelines for Transfer to DSH | D-19-1 - 3 | | |
| D-20 | June 19, 2020 Updated COVID-19 Temporary Guidelines for Transfer to DSH | D-20-1 - 3 | | |
| D-21 | June 26, 2020 E-mail from Joe Moss Re Updated Movement Adjustment | D-21-1 - 3 | | |
| D-22 | July 16, 2020 Updated COVID-19 Temporary Guidelines for Transfers to DSH | D-22-1 - 3 | | |
| D-23 | September 21, 2020 DSH Progress Report Summary | D-23-1 | | |
| D-24 | September 25, 2020 DSH Progress Report Summary | D-24-1 | | |
| D-25 | October 5, 2020 DSH Progress Report Summary | D-25-1 | | |
| D-26 | DSH COVID-19 Admission and Serial Testing Flowchart | D-26-1 | | |
| D-27 | COVID-19 Task Force Agendas 3 through 38 | D-27-1 - 57 | | |
| D-28 | May 20, 2020 Stipulation and [Proposed] Order in Response to April 17, 2020 Order (Appendix A)(ECF No. 6679) | D-28-1 - 61 | | |
| D-29 | June 17, 2020 Stipulation and Update Addressing Current COVID-19-Related Departures From Program Guide Requirements (ECF No. 6718) | D-29-1 - 84 | | |
| D-30 | July 15, 2020 Stipulation and Update Addressing Current COVID-19-Related Departures From Program Guide Requirements (ECF No. 6761) | D-30-1 - 154 | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Defendants' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| D-31 | August 18, 2020 Joint Report Addressing Current COVID-19-Related Departures From Program Guide Requirements And Resumption Of Program Guide Mental Health Care (ECF No. 6831) | D-31-1 - 114 | | |
| D-32 | September 15, 2020 Joint Report Addressing Current COVID-19-Related Departures From Program Guide Requirements And Resumption Of Program Guide Mental Health Care (ECF No. 6866) | D-32-1- 107 | | |
| D-33 | October 15, 2020 Joint Report Addressing Current COVID-19-Related Departures From Program Guide Requirements And Resumption Of Program Guide Mental Health Care | D-33-1 - 189 | | |
| D-34 | July 15, 2020 Joint Report on COVID-19 Task Force (ECF No. 6765) | D-34-1 - 11 | | |
| D-35 | July 29, 2020 Joint Report on COVID-19 Task Force (ECF No. 6792) | D-35-1 - 13 | | |
| D-36 | August 12, 2020 Joint Report on COVID-19 Task Force (ECF No. 6813) | D-36-1 - 13 | | |
| D-37 | August 28, 2020 Joint Report on COVID-19 Task Force (ECF No. 6841) | D-37-1 - 10 | | |
| D-38 | September 11, 2020 Joint Report on COVID-19 Task Force (ECF No. 6850) | D-38-1 - 39 | | |
| D-39 | October 2, 2020 Joint Report on COVID-19 Task Force (ECF No. 6895) | D-39-1 - 13 | | |
| D-40 | May 13, 2020 Stipulation and [Proposed] Order Pursuant to May 7, 2020 Order Continuing DSH Evidentiary Hearing (ECF No. 6622) | D-40-1 - 4 | | |
| D-41 | June 22, 2020 Stipulation and Order Continuing June 30, 2020 DSH Evidentiary Hearing and Clarifying Discovery Obligations. (ECF No. 6732) | D-41-1 - 7 | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Defendants' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| D-42 | July 30, 2020 Plaintiffs' Request to Continue the July 30, 2020 DSH Evidentiary Hearing for 60 Days (ECF No. 6797) | D-42-1 - 22 | | |
| D-43 | Population COVID-19 Tracking downloaded from https://www.cdcr.ca.gov/covid19/population-status-tracking. | D-43-1 | | |
| D-44 | Order Approving Stipulation | D-44-1 - 5 | | |
| D-45 | Order Approving Stipulation | D-45-1 - 7 | | |