XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**E. THORN DECLARATION SUPPORTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERTS ADAM SCOTT LAURING, M.D., PH.D AND PABLO STEWART, M.D. AT THE OCTOBER 23, 2020 EVIDENTIARY HEARING ON TRANSFERS TO INPATIENT CARE** |

I, Elise Owens Thorn, declare as follows:

1.  I am a Deputy Attorney General with the California Office of the Attorney General, attorney of record for Defendants in this case, and I am admitted to practice before the courts of the State of California and before this Court. I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, would do so. I submit this declaration in support of Defendants' Defendants' Motion in Limine to Exclude the Testimony of Plaintiffs' Experts Adam Scott Lauring, M.D., Ph.D. and Pablo Stewart, M.D.

[3419376.1]                                                      1

Thorn Decl. Supp. Motion in Limine (2:90-cv-00520 KJM-DB (PC))

2. On October 8, 2020, as directed by the Court's September 25, 2020 order, counsel for Plaintiffs and Defendants telephonically met and conferred regarding their required submission of a joint witness and exhibit list. At that meeting, Plaintiffs' counsel indicated that they would not be calling Dr. Stern, but would instead call as witnesses Drs. Adam Lauring and Pablo Stewart. Upon learning this information, counsel for Defendants asked for a description of the scope and extent of these experts' testimony. Plaintiffs' counsel stated that they would provide a list of issues to be covered by Drs. Lauring and Stewart in the coming days.

3. Attached as Exhibit A is a true and correct copy of e-mails from Kyle Lewis to Jessica Winter dated October 9, 2020, and from Lisa Ells to Kyle Lewis dated October 13, 2020. I was copied on and received both e-mails.

4. Attached as Exhibit B is a true and correct copy of a series of e-mails between Lucas Hennes and Marc Shin-Krantz dated October 20, 2020. I was copied on and received the e-mails included in Exhibit B.

5. Following receipt of the October 20, 2020 e-mail from Mr. Shin-Krantz, the only other information we received concerning Plaintiffs' experts' proposed testimony is an e-mail updating Plaintiffs' exhibits, including two exhibits containing medical records reviewed by Dr. Stewart. A true and correct copy of the e-mail from Amy Xu is attached as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on October 22, 2020.

*/s/ Elise Owens Thorn*
Elise Owens Thorn

[3419376.1]   2

Thorn Decl. Supp. Motion in Limine (2:90-cv-00520 KJM-DB (PC))

# Exhibit A

| | |
|---|---|
| **From:** | Lisa Ells |
| **To:** | Kyle Lewis; Jessica Winter |
| **Cc:** | Adriano Hrvatin; Tyler Heath; Elise Thorn; Namrata Kotwani; Steve Fama; Amy Xu; Lucas Hennes; Coleman Team - RBG Only |
| **Subject:** | RE: Coleman v. Newsom -- Request for information concerning Plaintiffs" designated witnesses [IWOV-DMS.FID6429] |
| **Date:** | Tuesday, October 13, 2020 1:01:19 PM |

Kyle,

We have substituted Dr. Lauring for Dr. Stern as our public health expert due to availability. Defendants already know him from his work on COVID issues in Plata, as I mentioned last week. He will speak to the appropriateness of Defendants' COVID-related restrictions on transfers to DSH from a public health perspective.

Dr. Stewart is a psychiatrist who has testified many times in this case. He will speak to the harm to patients denied timely access to inpatient care at DSH due to Defendants' COVID-related restriction on transfers.

We intend to Dr. Mehta to testify as to the current clinical process for inpatient referrals to DSH, the waitlist for inpatient care, and the care being provided to those on the waitlist for DSH. We will agree not to call Dr. Ceballos if you can commit to Dr. Metha's ability to testify to those topics.

Finally, as we stated in the joint filing Friday, Defendants' list of general categories of documents and undated emails is not an exhibit list, which is what was required by the Court's order. We cannot discern from the list what your exhibits are. To avoid prejudicing our ability to prepare, please agree to exchange exhibits, with the understanding that new exhibits may be added by both sides in good faith, by Thursday of this week.

Lisa

---

**From:** Kyle Lewis <Kyle.Lewis@doj.ca.gov>
**Sent:** Friday, October 9, 2020 6:44 PM
**To:** Jessica Winter <JWinter@rbgg.com>
**Cc:** Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Steve Fama <sfama@prisonlaw.com>; Lisa Ells <LElls@rbgg.com>; Amy Xu <AXu@rbgg.com>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Subject:** Coleman v. Newsom -- Request for information concerning Plaintiffs' designated witnesses

Jessica,

I write concerning Plaintiffs' identification of Dr. Amar Mehta, Dr. Laura Ceballos, Dr. Pablo Stewart, and Dr. Adam Lauring as witnesses for the upcoming *Coleman* evidentiary hearing concerning inpatient transfers.

As discussed during our meet and confer earlier this week, Drs. Kate Warburton and Joseph Bick were initially identified by the Court for this focused evidentiary hearing on the Court's specific questions, and Defendants are presenting them for that purpose. Plaintiffs indicated that they intend to call Drs. Mehta and Ceballos, but did not provide any information concerning the topics or issues for which they are being called. Please elaborate on why Drs. Mehta and Ceballos are being called as witnesses, given Defendants' designations.

Regarding Drs. Stewart and Lauring, these persons have never previously been identified in connection with the evidentiary hearing. Rather, Plaintiffs identified Dr. Marc Stern for the hearing in response to the Court's order, and have not withdrawn or amended that designation. (ECF Nos. 6600, 6609.) In order to assess these witnesses, Defendants request that you provide an offer of proof as to Drs. Stewart and Lauring regarding the relevancy of their testimony to the specific questions raised by the Court, or the issues upon which they will opine at the hearing. Given the lack of information provided thus far concerning these newly identified expert witnesses, Defendants request is not unreasonable or burdensome.

So that Defendants can determine whether further actions are needed concerning these designated witnesses, please provide the requested information and offers of proof by close of business on Monday, October 12.

Regards,
Kyle

Kyle A. Lewis
Office of the Attorney General
Department of Justice, State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102
Telephone:  (415) 510-3585
Facsimile:  (415) 703-5843
E-mail:  Kyle.Lewis@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Exhibit B

| | |
|---|---|
| **From:** | Marc Shinn-Krantz |
| **To:** | Lucas Hennes; Elise Thorn; Jessica Winter |
| **Cc:** | Coleman Team - RBG Only; Steve Fama; RSilberfeld@RobinsKaplan.com; Paul B. Mello; Samantha Wolff (SWolff@hansonbridgett.com); Laurel E. O"Connor; Nick Weber; Melissa Bentz; Dillon Hockerson; Nina Raddatz; Kris Kent; Adriano Hrvatin; Damon McClain; Elise Thorn; Kyle Lewis; Namrata Kotwani; Tyler Heath |
| **Subject:** | RE: Coleman v. Newsom: DSH exhibits [IWOV-DMS.FID6429] |
| **Date:** | Tuesday, October 20, 2020 8:24:17 PM |

Lucas,

To clarify, we are not adding eleven new class members. These eleven class members are all on the list of 55 class members we previously identified in Exhibit P-093, i.e., the individuals identified by Defendants in Melissa Bentz's October 12, 2020 email. As promised yesterday, we have replaced with a clean PDF the version of that October 12, 2020 email that was previously partly-corrupted. We provided the narrowed list of eleven individuals as a courtesy to Defendants pursuant to our October 16 email promising to provide a narrowed list, and in response to Defendants' request for more information. Defendants have full access to all of these class members' records. If we identify specific records we intend to introduce we will provide them to you. At this time, we can provide you a chart created at the direction of Dr. Stewart, displaying information from Defendants' records regarding the 55 class members. We are designating this chart as Exhibit P-102 and have uploaded it in PDF format to the Sharefile. The chart uses an anonymous class member key in lieu of names and CDCR numbers. We have also uploaded to the Sharefile an Excel version of this chart that lists names and CDCR numbers.

We listed Drs. Lauring and Stewart on the joint list of witnesses filed with the Court on October 9, 2020, and the Court has confirmed the list. Defendants know Dr. Lauring and already have his CV due to his extensive participation in *Plata* during the COVID-19 pandemic. He was part of the Receiver's public health workgroup, and has filed declarations in *Plata*. One of those *Plata* declarations, dated July 15, 2020, attaches a then-current version of Dr. Lauring's CV. Defendants also already have older versions of Dr. Stewart's CV from his prior testimony in this case. Today we obtained an updated CV for Dr. Stewart and uploaded it to our Sharefile site as Exhibit P-100, as previously identified. Dr. Stewart has previously testified as an expert to the *Coleman* Court on numerous occasions, including during the three-judge overcrowding proceedings and in Plaintiffs' successful 2013 enforcement motion regarding deficient care in DSH facilities. His expert testimony in the *Coleman* three-judge court overcrowding litigation was cited by and relied upon by the majority opinion in the Supreme Court. Dr. Stewart has also filed numerous expert declarations in the *Coleman* case and has been previously deposed a number of times by Defendants in *Coleman*.

Finally, we have also added as supplemental Exhibit P-101 the "Updated Draft COVID-19 Temporary Guidelines for Transfer to DSH Inpatient Care, October 20, 2020" that Defendants first provided to us today.

You can access the full set of exhibits and our updated Exhibit List at this link: https://rbgg.sharefile.com/d-sf2f5943bfed4ec79. We reserve our right to supplement or update this list in good faith.

Best,

Marc

---

**From:** Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Sent:** Tuesday, October 20, 2020 9:21 AM
**To:** Marc Shinn-Krantz <MShinn-Krantz@rbgg.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Jessica Winter <JWinter@rbgg.com>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; RSilberfeld@RobinsKaplan.com; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff (SWolff@hansonbridgett.com) <SWolff@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Dillon Hockerson <Dillon.Hockerson@cdcr.ca.gov>; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; Kris Kent <Kristopher.Kent@dsh.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** RE: Coleman v. Newsom: DSH exhibits [IWOV-DMS.FID6429]

Marc,

Defendants object to these supplemental exhibits. The deadline for exchanging exhibits passed at noon on Friday, October 16, and Plaintiffs' addition of eleven specific class members' records less than four days before the hearing—without even the pretense of meeting and conferring—does not provide Defendants with any meaningful time to review and prepare for their inclusion in the hearing. Should Plaintiffs seek to introduce those records at the hearing, Defendants will object on those grounds.

Defendants also intend to object to the last-minute inclusion of Stewart and Lauring as witnesses in this hearing. Plaintiffs have had months to identify their expert witness, as contemplated by the Court's orders on this hearing, and they did so back in April, identifying Dr. Stern. Defendants have had no opportunity to conduct any meaningful discovery as to Stewart or Lauring, and Plaintiffs still have not specified the expected scope of their testimony nor the specific records relied upon for their opinions, making it impossible for Defendants to adequately prepare to cross-examine these witnesses.

Please withdraw these exhibits and witnesses, or inform Defendants whether you will do so, no later than tomorrow at noon. At that point, Defendants will formally lodge their objections with the Court.

--Lucas

Lucas L. Hennes
Deputy Attorney General

Office of the Attorney General, Correctional Law Section
1300 I Street, Sacramento, CA 95814
Phone: (916) 210-7323
Fax: (916) 324-5205
lucas.hennes@doj.ca.gov

---

**From:** Marc Shinn-Krantz <MShinn-Krantz@rbgg.com>
**Sent:** Monday, October 19, 2020 7:23 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Jessica Winter <JWinter@rbgg.com>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; RSilberfeld@RobinsKaplan.com; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff (SWolff@hansonbridgett.com) <SWolff@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Dillon Hockerson <Dillon.Hockerson@cdcr.ca.gov>; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; Kris Kent <Kristopher.Kent@dsh.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** RE: Coleman v. Newsom: DSH exhibits [IWOV-DMS.FID6429]

Elise,

We have added three more supplemental exhibits to our Exhibit List. P-098 is Defendant's most recent monthly psychiatry vacancy report, filed at ECF No. 6892. P-099 is the CV for Dr. Lauring. P-100 is the CV for Dr. Stewart. We have added the first two of these exhibits to the Sharefile site, along with an updated Exhibit List. We do not yet have an updated CV for Dr. Stewart, who has previously testified in this case. We will obtain one and will upload it as soon as possible. You can access the exhibits at this link: https://rbgg.sharefile.com/d-s2b5afd4d4094a5c9.

Here are more details on Exhibit P-93. Dr. Stewart may testify generally as to all 55 class members. He may also testify in more detail about the following 11 individual patients from that list, or some subset thereof. We anticipate using the below class member key, which is consistent with the order in which these class members were listed in Melissa Bentz's October 12, 2020 email showing 55 patients pending transfer to DSH from closed CDCR institutions as of October 8, 2020. If we identify specific documents that we intend to introduce, we will update this information.

| Class Member Key | Name | CDCR No. |
|---|---|---|
| 3 | ■ | ■ |
| 7 | ■ | ■ |
| 10 | ■ | ■ |
| 11 | ■ | ■ |

| | | |
|---|---|---|
| 15 | ███ | ███ |
| 16 | ███ | ███ |
| 24 | ███ | ███ |
| 28 | ███ | ███ |
| 38 | ███ | ███ |
| 39 | ███ | ███ |
| 52 | ███ | ███ |

Finally, we noticed a technical error in the PDF of the October 12, 2020 email from Melissa Bentz that we previously uploaded. It appears that converting the email to PDF format corrupted some of the text, including certain class member names and numbers. We will create a clean PDF of that email and upload it tomorrow. I attach a copy of Melissa's email here for reference.

We reserve our right to supplement or update this list in good faith.

Best,
Marc

**Marc J. Shinn-Krantz**
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
MShinn-Krantz@rbgg.com
Pronouns: he/him/his

CONFIDENTIALITY NOTICE: The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Friday, October 16, 2020 12:22 PM
**To:** Jessica Winter <JWinter@rbgg.com>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; RSilberfeld@RobinsKaplan.com; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff (SWolff@hansonbridgett.com) <SWolff@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Dillon Hockerson <Dillon.Hockerson@cdcr.ca.gov>; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; Kris Kent <Kristopher.Kent@dsh.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis

<Kyle.Lewis@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** RE: Coleman v. Newsom: DSH exhibits [IWOV-DMS.FID6429]

Jessica,

I have not opened the sharefile link. Please clarify that you will provide not only the list of the patients whose records you may use, but the actual exhibits you may use, and let us know when you will provide the exhibits.

Thank you,

Elise

---

**From:** Jessica Winter <JWinter@rbgg.com>
**Sent:** Friday, October 16, 2020 12:15 PM
**To:** Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** Coleman v. Newsom: DSH exhibits [IWOV-DMS.FID6429]

Dear Elise and Kyle,

Here is a Sharefile link to Plaintiffs' exhibits for the DSH evidentiary hearing: https://rbgg.sharefile.com/d-sd4638f7ebcc4656a.  Please note that we have supplemented our list of exhibits, as reflected in red bold type in the exhibit list in the sharefile link.  We have partially supplemented P-70 and P-71, and exhibits P-93 to 97 are all supplements to our list of October 9, 2020.  We have also removed some items that were on our October 9 list, and for P-87, we have substituted the October 13, 2020 closed movement report for the October 7, 2020 report.  We also intend to supplement in good faith as necessary.

Please also note that P-93 contains a list of 55 class members on the waitlist for transfer from closed CDCR institutions to DSH.  We intend to use records for some of these patients, and will provide a narrowed list of those patients whose records we are more likely to use as soon as possible.

Sincerely,

Jessica Winter



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 telephone
(415) 433-7104 facsimile

jwinter@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Exhibit C

| | |
|---|---|
| **From:** | Amy Xu |
| **To:** | Kyle Lewis; Elise Thorn; Lucas Hennes; Namrata Kotwani; "Silberfeld, Roman M." |
| **Cc:** | Coleman Team - RBG Only; Steve Fama |
| **Subject:** | Coleman v. Newsom, supplemental exhibits for DSH hearing |
| **Date:** | Thursday, October 22, 2020 11:40:40 AM |

Counsel,

We are adding twelve more supplemental exhibits to our exhibit list. Six of these exhibits are the latest iteration of the weekly DSH Task Force reports that we received from Kristopher Kent on October 20, 2020. Both parties have already designated earlier versions of weekly DSH Task Force reports as exhibits. These new exhibits will be labeled P-001-22, P-002-12, P-003-22, P-004-22, P-005-24, and P-006-25.

We are also adding an updated iteration (dated October 20, covering October 12-18) of the list of transfers between CDCR institutions, earlier versions of which Plaintiffs have already designated as Exhibits P-071-01 through 04. The October 20 transfer list will be exhibit P-071-05.

We are also adding three exhibits from the public website of the California Department of Public Health. These exhibits are: 1) the October 1, 2020 California Behavioral Health Programs COVID-19 Mitigation Strategies report authored by the California Department of Public Health; 2) the California Department of Healthcare services and COVID-19 Guidance for Behavioral Residential Facilities, a report authored by the National Council for Behavioral Health; and 3) a June 27, 2020 document of FAQs, compiling resources from the California Department of Public Health relevant to mitigating COVID-19 infections in behavioral health facilities. These exhibits will be labeled as P-103, P-104, and P-107.

Lastly, we are adding two exhibits from medical records reviewed by Dr. Pablo Stewart. These exhibits will be labeled P-105 and P-106.

We will be uploading these exhibits shortly.


Amy Xu



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
axu@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties

under United States federal tax laws.