*Coleman, et al., v. Newsom, et al., 2:90-cv-00520-KJM-DB*
Exhibit List – 10/23/20 Evidentiary Hearing

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| P-22 | Management of Patients Exposed or Confirmed to Have COVID-19, approved on March 20, 2020 | 101-104 | 10/23/20 | 10/23/20 |
| P-56 | August 19, 2020 COVID Movement Matrix (Covid-19 Screening and Testing Matrix for Patient Movement) | | 10/23/20 | 10/23/20 |
| P-95 | October 13, 2020 letter from Melissa Bentz to Plaintiffs and Special Master's team re Delayed Transfers from CDCR to DSH [REDACTED] | | 10/23/20 | 10/23/20 |
| P-97 | Personal Protective Equipment Statewide Inventory + Usage Report, March 31, 2020 to October 15, 2020 | | 10/23/20 | 10/23/20 |
| P-99 | CV of Adam Scott Lauring, MD, PhD | | 10/23/20 | 10/23/20 |
| P-100 | CV of Pablo Stewart, MD | | 10/23/20 | 10/23/2 |
| P-101 | October 20, 2020 Updated Draft COVID Temporary Guidelines for Transfer to DSH Inpatient Care and DSH Admission & Testing Flowchart | | 10/23/20 | 10/23/20 |
| P-103 | California Behavioral Health Programs – COVID-19 Mitigation Strategies (CDPH & DHCS) | | 10/23/20 | 10/23/20 |
| P-107 | CDPH Infection Mitigation in Behavioral Health Facilities – COVID-19 FAQs, June 27, 2020 | | 10/23/20 | 10/23/20 |
| D-9 | April 5, 2020 COVID-19 Screening Prior to Mental Health Treatment | D-9-1 | 10/23/20 | 10/23/20 |
| D-10 | April 10, 2020 Memo COVID Emergency Mental Health Treatment Guidance and COVID Temporary Transfer Guidelines and Workflow | D-10-1 - 6 | 10/23/20 | 10/23/20 |
| D-12 | April 15, 2020 COVID-19 Temporary Guidelines for Transfers to DSH | D-12-1 - 2 | 10/23/20 | 10/23/20 |
| D-15 | May 11, 2020 Memo Re Patient Movement for Mental Health Treatment | D-15-1 - 2 | 10/23/20 | 10/23/20 |
| D-22 | July 16, 2020 Updated COVID-19 Temporary Guidelines for Transfers to DSH | D-22-1-3 | 10/23/20 | 10/23/20 |

*Coleman, et al., v. Newsom, et al., 2:90-cv-00520-KJM-DB*
Exhibit List – 10/23/20 Evidentiary Hearing

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| D-32 | September 15, 2020 Joint Report Addressing Current COVID-19-Related Departures From Program Guide Requirements And Resumption Of Program Guide Mental Health Care (ECF No. 6866) | D-32-1- 107 | 10/23/20 | 10/23/20 |
| D-43 | Population COVID-19 Tracking downloaded from https://www.cdcr.ca.gov/covid19/population-status-tracking. | | 10/23/20 | 10/23/20 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |