1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   MONICA N. ANDERSON, State Bar No. 182970
    Senior Assistant Attorney General
3   ADRIANO HRVATIN, State Bar No. 220909
    Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
    TYLER V. HEATH, State Bar No. 271478
5   KYLE A. LEWIS, State Bar No. 201041
    LUCAS HENNES, State Bar No. 278361
6   Deputy Attorneys General
      1300 I Street, Suite 125
7     P.O. Box 944255
      Sacramento, CA 94244-2550
8     Telephone: (916) 210-7318
      Fax: (916) 324-5205
9     E-mail: Elise.Thorn@doj.ca.gov
    Attorneys for Defendants

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
Special Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' EIGHTEENTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS** |

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding

process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further

ordered Defendants to file an update every thirty days until the funding process is complete. (*Id.*)

Defendants have filed seventeen status reports and a supplemental report providing additional

information requested by the Court, which outline the funding process and Defendants' ongoing

1

efforts to advance the construction of additional licensed crisis beds.  This is Defendants'

eighteenth status report.

**DISCUSSION**

**I.    DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

On May 28, 2019, Defendants filed their first status report on funding for the construction

of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J.

Donovan Correctional Facility (RJD).  (ECF No. 6168.)  The report explained that the California

Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan

phase of design, was seeking approval to begin the project's working drawings phase, and was

preparing a request for funding to the Department of Finance for the project's construction phase

to be included in the 2020-2021 State Budget.  Defendants have timely filed an additional sixteen

status reports between June 27, 2019 and September 25, 2020 (ECF Nos. 6208, 6235, 6256, 6297,

6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, 6840, and 6884), plus a

supplemental report on August 2, 2019.  (ECF No. 6256.)

**II.    UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

As previously reported to the Court, CDCR's MHCB construction project in Southern

California is proceeding with the construction of 50 new licensed mental health crisis beds at

CIM.  (ECF Nos. 6297 at 3, and 6371 at 3.)  CDCR is proceeding with work on the plan.  (Borg

Decl. ¶ 2.)

The architect, Hellmuth, Obata & Kassabaum, incorporated the necessary changes into the

working drawings required by the Office of the State Fire Marshal and CDCR submitted the

revised working drawings to the State Fire Marshal on October 22, 2020.  (Borg Decl. ¶ 3.)  This

report slightly modifies the timeline presented in Defendants' seventeenth status report dated

September 25, 2020, as it took nine days longer to complete the revisions and return the working

drawings.  CDCR now estimates approval of the revised working drawings by the Office of the

State Fire Marshal by December 14, 2020.  (*Id.*)  CDCR's estimate for the start of construction,

2

1    based on the estimated working drawing approval date of December 14, 2020, is now April 2021,

2    with construction expected to be completed in April 2023.  (*Id.*)

3    **III.    UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.**

4

5         Defendants have no changes to report on the $91,032,000 appropriation for construction of

6    50 new licensed crisis beds at CIM.

7    **IV.    DEFENDANTS CURRENTLY DO NOT EXPECT COVID-19 TO DELAY THE PROJECT.**

8         CDCR's COVID-19 response plan has not delayed the CIM construction project.  (Borg

9    Decl. ¶ 4.)  Should COVID-19 impact Defendants' construction project, Defendants will let the

10   Court know.

11                                    **CERTIFICATION**

12        Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

13   ECF Nos. 3556, 6135, 6212, and 6312.

14   Dated: October 26, 2020                      Respectfully submitted,

15                                                XAVIER BECERRA
                                                  Attorney General of California
16                                                ADRIANO HRVATIN
                                                  Supervising Deputy Attorney General
17

18                                                **/S/ *ELISE OWENS THORN***
                                                  Elise Owens Thorn
19                                                Deputy Attorney General
                                                  *Attorneys for Defendants*
20

21

22

23

24

25

26

27

28

                                        3