*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Defendants' Final Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| D-9 | April 5, 2020 COVID-19 Screening Prior to Mental Health Treatment | D-9-1 | X | X |
| D-10 | April 10, 2020 Memo COVID Emergency Mental Health Treatment Guidance and COVID Temporary Transfer Guidelines and Workflow | D-10-1 - 6 | X | X |
| D-12 | April 15, 2020 COVID-19 Temporary Guidelines for Transfers to DSH | D-12-1 - 2 | X | X |
| D-15 | May 11, 2020 Memo Re Patient Movement for Mental Health Treatment | D-15-1 - 2 | X | X |
| D-22 | July 16, 2020 Updated COVID-19 Temporary Guidelines for Transfers to DSH | D-22-1 - 3 | X | X |
| D-32 | September 15, 2020 Joint Report Addressing Current COVID-19-Related Departures From Program Guide Requirements And Resumption Of Program Guide Mental Health Care (ECF No. 6866) | D-32-1- 107 | X | X |
| D-43 | Population COVID-19 Tracking downloaded from https://www.cdcr.ca.gov/covid19/population-status-tracking. | D-43-1 | X | X |