*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

## Plaintiffs' Exhibit List for Oct. 23, 2020 Evidentiary Hearing

| EXH. ID | DESCRIPTION | OFFERED | ADMITTED | STIPULATED? |
|---|---|---|---|---|
| P-1 | Department of State Hospitals Weekly Summary Coleman Progress Reports (narrative) to present | At Close | | No. |
| P-2 | Department of State Hospitals Weekly Summary Coleman Progress Reports (chart) to present | At Close | | No. |
| P-3 | Weekly DSH Coleman Patient Census and Waitlist Reports to present | At Close | | No. |
| P-4 | Weekly DSH Coleman Census by Unit Reports to present | At Close | | No. |
| P-5 | Weekly DSH Coleman Discharge Reports to present [REDACTED] | At Close | | No. |
| P-6 | DSH OMD Admissions Reports for May 2 to present [REDACTED] | At Close | | No. |
| P-13 | Net Bed Capacity Reports for the Department of State Hospitals as of September 1, 2020 | At Close | | No. |
| P-14 | Net Bed Capacity Reports for the Department of State Hospitals as of August 1, 2020 | At Close | | No. |
| P-15 | Net Bed Capacity Reports for the Department of State Hospitals as of July 1, 2020 | At Close | | No. |
| P-16 | Net Bed Capacity Reports for the Department of State Hospitals as of June 1, 2020 | At Close | | No. |
| P-17 | Net Bed Capacity Reports for the Department of State Hospitals as of May 1, 2020 | At Close | | No. |
| P-18 | Net Bed Capacity Reports for the Department of State Hospitals as of April 1, 2020 | At Close | | No. |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List for Oct. 23, 2020 Evidentiary Hearing

| EXH. ID | DESCRIPTION | OFFERED | ADMITTED | STIPULATED? |
|---|---|---|---|---|
| P-19 | Net Bed Capacity Reports for the Department of State Hospitals as of March 1, 2020 | At Close | | No. |
| P-20 | All System Wide Weekly Pending Placement Reports | At Close | | No. |
| P-21 | DSH 2019 Novel Coronavirus (COVID-19) Patient Testing, approved on March 20, 2020 | At Close | | No. |
| P-22 | Management of Patients Exposed or Confirmed to Have COVID-19, approved on March 20, 2020 | At Close | | No. |
| P-23 | Addendum to DSH-ASH 2019-2020 Pandemic Plan Isolation Unit, last revised 3/13/2020 | At Close | | No. |
| P-24 | Department of State Hospitals – Atascadero Business Continuity Plan for Response to Pandemic Emergency, July 15, 2019-July 15, 2020 | At Close | | No. |
| P-25 | Department of State Hospitals-Coalinga, Business Continuity Plan for Response to Pandemic Emergency, approved on March 12, 2020 | At Close | | No. |
| P-29 | DSH Management of COVID-19 Patients and Patients Under Investigation ("PUI"), updated May 29, 2020 | At Close | | No. |
| P-30 | DSH Guidelines for the Screening of Healthcare Personnel ("HCP") for Coronavirus Disease (COVID-19), updated on May 22, 2020 | At Close | | No. |
| P-31 | DSH Evaluation and Management of Patients with Symptoms Consistent with COVID-19 Disease, approved on April 9, 2020 | At Close | | No. |
| P-32 | DSH COVID-19 Nursing Protocol, Isolation for Patients Being Tested or Under Investigation for COVID-19 | At Close | | No. |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List for Oct. 23, 2020 Evidentiary Hearing

| EXH. ID | DESCRIPTION | OFFERED | ADMITTED | STIPULATED? |
|---|---|---|---|---|
| P-33 | DSH COVID-19 Nursing Protocol: Guidelines for Screening For COVID-19 and Transporting Patients Infected With Or Under Investigation Of COVID-19 | At Close | | No. |
| P-34 | DSH Nursing Protocol for Admission, and Isolation of Patients, updated June 10, 2020 | At Close | | No. |
| P-35 | COVID-19 Surveillance Testing for DSH Staff flowchart, approved on June 10, 2020 | At Close | | No. |
| P-36 | COVID-19 Patient Testing and Refusal, approved on June 10, 2020 | At Close | | No. |
| P-38 | COVID-19 Planning: Resuming Admission and Discharges, revised May 10, 2020 | At Close | | No. |
| P-39 | DSH COVID-19 Hospital Admission-Discharge Plan, DSH-ASH | At Close | | No. |
| P-40 | DSH COVID-19 Hospital Admission-Discharge Plan, DSH-CSH | At Close | | No. |
| P-41 | DSH COVID-19 Hospital Admission-Discharge Plan, DSH-Metropolitan | At Close | | No. |
| P-42 | DSH COVID-19 Hospital Admission-Discharge Plan, DSH-Napa | At Close | | No. |
| P-43 | DSH COVID-19 Hospital Admission-Discharge Plan, DSH-Patton | At Close | | No. |
| P-44 | DSH COVID-19 Admission Clearance Memo | At Close | | No. |
| P-45 | COVID-19 Admission & Serial Testing flowchart, | At Close | | No. |
| P-46 | DSH Management of COVID-19 Patients and Patients Under Investigation ("PUI"), update approved 7/3/2020 | At Close | | No. |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List for Oct. 23, 2020 Evidentiary Hearing

| EXH. ID | DESCRIPTION | OFFERED | ADMITTED | STIPULATED? |
|---|---|---|---|---|
| P-49 | DSH Isolation Space Planning for COVID-19 Positive Patients and Patients Under Investigation; June 30, 2020, updated on July 21, 2020 | At Close | | No. |
| P-51 | DSH Management of COVID-19 Patients and Patients Under Investigation, update approved August 18, 2020 | At Close | | No. |
| P-52 | DSH Guidelines for the Screening of Healthcare Personnel (HCP) for Coronavirus Disease (COVID-19), updated and approved on August 31, 2020. | At Close | | No. |
| P-53 | The California Department of State Hospitals COVID-19 Transmission-Based Precautions and Testing, August 2020, update approved on September 18, 2020. | At Close | | No. |
| P-56 | August 19, 2020 COVID Movement Matrix (Covid-19 Screening and Testing Matrix for Patient Movement) | 2:41 pm DR. BICK | 2:53 pm (No objection) | N/A |
| P-57 | September 18, 2020 CDPH Memo re Guidance for State Employees on COVID-19 | At Close | | No. |
| P-58 | July 16, 2020 Updated Draft COVID Temporary Guidelines for Transfer to DSH Inpatient Care & DSH Admission and Testing Flowchart | At Close | As Defense 22 | N/A |
| P-59 | June 19, 2020; June 12, 2020; May 15, 2020; April 15, 2020 revisions of COVID Temporary Guidelines for Transfer to DSH Inpatient Care | At Close | | No. |
| P-60 | June 26, 2020 Email from Joe Moss re MH Movement Adjustments | At Close | | No. |
| P-61 | June 19, 2020 Email from Joe Moss re Update: Immediate Cancellation of All Non-Essential Inmate Movement | At Close | | No. |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List for Oct. 23, 2020 Evidentiary Hearing

| EXH. ID | DESCRIPTION | OFFERED | ADMITTED | STIPULATED? |
|---|---|---|---|---|
| P-63 | May 11, 2020 CCHCS Memo – COVID-19 Patient Movement for Mental Health Treatment | 2:55 pm DR, BICK | (Admitted as D-15 without objection) | N/A |
| P-64 | April 5, 2020 CCHCS Memo – COVID-19 Screening Prior to Mental Health Transfer | At Close | (Admitted as Defs Ex. 09) | N/A |
| P-65 | April 15, 2020 DSH Director Stephanie Clendenin Letter re Resuming Coleman Transfers | At Close | | No. |
| P-66 | April 12, 2020 CCHCS COVID-19 Supplemental Memo | At Close | | No. |
| P-67 | March 16, 2020 DSH Director Stephanie Clendenin Letter re Suspending Coleman Transfers | At Close | | No. |
| P-68 | Special Master's Amended Report on Current Status of Coleman Class Members' Access to DSH, ECF No. 6579 (Apr. 6, 2020) | At close. | | No. |
| P-69 | Special Master's Report on Mental Health Inpatient Care Programs, ECF No. 5894 (Aug. 30, 2018) | At close | | No. |
| P-70 | Inpatient Bed Utilization Reports, March to September 2020, ECF Nos. 6613, 6672, 6723, 6771, 6817, 6869, 6907 [CONFIDENTIAL – UNREDACTED] | At close | | No. |
| P-71 | CDCR Transfer Lists, weeks of 9/14 to 09/20, 9/21 to 09/27; 09/28 to 10/04, 10/05 to 10/11, and 10/12 to 10/18 [REDACTED] | At Close | | No. |
| P-72 | August Program Compliance Supplemental Report [REDACTED] | At Close | | No. |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List for Oct. 23, 2020 Evidentiary Hearing

| EXH. ID | DESCRIPTION | OFFERED | ADMITTED | STIPULATED? |
| --- | --- | --- | --- | --- |
| P-73 | June 2020 California Department of Public Health Guidance, California SARS-CoV-2 Pandemic Crisis Care Guidelines: Concept of Operations Health Care Facility Surge Operations and Crisis Care | At Close | | No. |
| P-74 | 2017 CDCR/DSH MOU – Intermediate + Acute Inpatient Programs | At Close | | Yes. |
| P-75 | Policy 12.11.2101(A) re Referral and Admission Procedures & Addendum | At Close | | Yes. |
| P-76 | July 28, 2020 email from Elise Thorn to Plaintiffs and Special Master team re Requirements for Transfers of Coleman Class Members to their Least Restrictive Housing | At Close | | No. |
| P-78 | April 24, 2020 email from Nicholas Weber to Plaintiffs and Special Master team re ULD LRH and Clinically Eligible [Patients] & attached ULD LRH Report [REDACTED] | At Close | | No. |
| P-79 | May 12, 2020 email from Nicholas Weber to Plaintiffs and Special Master team re May 12 2020 ULD LRH & attached ULD LRH Report [REDACTED] | At Close | | No. |
| P-80 | June 18, 2020 email from Kristopher Kent to Plaintiffs re Closure of DSH Patton | At Close | | No. |
| P-82 | July 24, 2020 email from Antonina Raddatz to Special Master team re CSH quarantine | At Close | | No. |
| P-83 | July 29, 2020 email from Antonina Raddatz to Plaintiffs re ASH quarantine and PSH closure date | At Close | | No. |
| P-84 | August 1, 2020 email from Christine Ciccotti to Plaintiffs re COVID-19 Deaths at DSH Coalinga and Patton | At Close | | No. |

| EXH. ID | DESCRIPTION | OFFERED | ADMITTED | STIPULATED? |
|---|---|---|---|---|
| P-85 | September 15, 2020 email from Nicholas Weber to Plaintiffs and Special Master team re MHSDS Population and COVID Data & Reports re APP, ICF, and MHCB transfers from closed institutions [REDACTED] | At Close | | No. |
| P-86 | October 1, 2020 email from Melissa Bentz to Plaintiffs re Inpatient Referral Information | At Close | | No. |
| P-87 | October 13, 2020 Email from DeAnna Gouldy to Plaintiffs et al. re Daily Department Operations Center Updates & Closed Movement Report | At Close | | No. |
| P-89 | Program Flexibility for ASH, dated 3/12/20 | At Close | | No. |
| P-90 | Program Flexibility for CSH, dated 3/27/20 | At Close | | No. |
| P-91 | Program Flexibility for PSH, dated 3/27/20 | At Close | | No. |
| P-93 | October 12, 2020 email from Melissa Bentz to Plaintiffs and Special Master's team re the List of Patients Pending Transfer to DSH who are at Closed Institutions [REDACTED] | At Close | | No. |
| P-94 | October 6, 2020 CDCR Memo – COVID Transfer Registry Now Available | At Close | | No. |
| P-95 | October 13, 2020 letter from Melissa Bentz to Plaintiffs and Special Master's team re Delayed Transfers from CDCR to DSH [REDACTED] | 11:00 DR. WARBURTON | 1:54 pm (No Objection) | N/A |
| P-96 | Defendants' Census, Waitlists, & Transfer Timelines Compliance Reports for Inpatient Mental Health Care for September, 2020 (ECF 6912) | At Close | | No. |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List for Oct. 23, 2020 Evidentiary Hearing

| EXH. ID | DESCRIPTION | OFFERED | ADMITTED | STIPULATED? |
|---|---|---|---|---|
| P-97 | Personal Protective Equipment Statewide Inventory + Usage Report, March 31, 2020 to October 15, 2020 | 3:23 pm DR. BICK | 3:23 pm (Objection overruled) | N/A |
| P-98 | ECF 6892 Defendants' Monthly Psychiatry Vacancy Report, 09/30/20 | At Close | | No. |
| P-99 | CV of Adam Scott Lauring, MD, PhD | 3:55 pm DR. LAURING | 3:55 pm (No objection) | N/A |
| P-100 | CV of Pablo Stewart, MD | 5:16 pm DR. STEWART | 5:41 pm (No objection) | N/A |
| P-101 | October 20, 2020 Updated Draft COVID Temporary Guidelines for Transfer to DSH Inpatient Care and DSH Admission & Testing Flowchart | 1:11 pm DR. MEHTA | 1:17 pm (moved by defendants) | N/A |
| P-103 | California Behavioral Health Programs – COVID-19 Mitigation Strategies (CDPH & DHCS), October 1, 2020 | 4:16 pm LAURING | 4:17 pm (No objection) | N/A |
| P-104 | COVID-19 Guidance for Behavioral Health Residential Facilities (NCBH), March 25, 2020 | At Close | | No. |
| P-105 | Patient 24 – MH Master Treatment Plan, September 29, 2020 [REDACTED] | At Close | | No. |
| P-106 | Patient 39 – SRASHE, August 26, 2020 [REDACTED] | At Close | | No. |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List for Oct. 23, 2020 Evidentiary Hearing

| EXH. ID | DESCRIPTION | OFFERED | ADMITTED | STIPULATED? |
|---|---|---|---|---|
| P-107 | CDPH Infection Mitigation in Behavioral Health Facilities – COVID-19 FAQs, June 27, 2020 | 4:16 pm DR. LAURING | 4:17 pm (No objection) | N/A |
| P-108 | Department of State Hospitals, Bed Capacity Data As of October 1, 2020 | At Close | | No. |