XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                       Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND ORDER REGARDING CLOSING BRIEFING SCHEDULE FOLLOWING EVIDENTIARY HEARING AND OBJECTIONS RESPONSE**<br><br>Judge: The Hon. Kimberly J. Mueller |

On October 23, 2020, the Court held an evidentiary hearing concerning transfers of *Coleman* class members between the California Department of Corrections and Rehabilitation and the Department of State Hospitals to inpatient hospital beds. (ECF No. 6923.) At the conclusion of testimony, the Court directed the parties to meet and confer regarding the filing of closing briefs and noted that briefs would be limited to twenty pages, and to file their final exhibit lists within one week. (*Id.*) Over the following week, the parties met and conferred regarding

[3419376.1]

1

Stip. and Order Re: Closing Briefing & Objects. Response Schedule (2:90-cv-00520 KJM-DB (PC))

briefs and Defendants' objections to Plaintiffs' final exhibit list, and stipulate to the below proposed schedule.

**IT IS STIPULATED AS FOLLOWS:**

1. The parties shall file closing briefs concerning the October 23, 2020 *Coleman* class member inpatient hospital beds transfers evidentiary hearing by the end of the day on Friday, November 13, 2020. Plaintiffs may file a closing brief up to twenty pages in length. Defendants may file a closing brief up to fifteen pages in length, and shall reserve five pages of briefing for closing rebuttal argument. The parties are not required to exchange briefs before filing.

2. Defendants shall file a rebuttal closing brief by the end of the day on Wednesday, November 18, 2020.

3. Plaintiffs shall file any response to Defendants' objections to Plaintiffs' exhibit list by the end of the day on Wednesday, November 4, 2020.

Dated: October 30, 2020

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Kyle A. Lewis*
KYLE A. LEWIS
Deputy Attorney General
*Attorneys for Defendants*

Dated: October 30, 2020

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Ernest Galvan*
Ernest Galvan
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

**DATED:** November 2, 2020.

CHIEF UNITED STATES DISTRICT JUDGE