| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>         Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO ORDER OF SEPT. 3, 2020**<br><br>Judge:  Hon. Kimberly J. Mueller |

I, Ernest Galvan, declare:

1. I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration based in support of Plaintiffs' Response to Order of Sept. 3, 2020.

2. Attached hereto as Exhibit A is a true and correct copy of a document titled "Region III Site Visit: California State Prison, Los Angeles County Continuous Quality

[3644741.1]

Galvan Declaration

1  Improvement/Quarter 3 Sustainable Process Review," provided by Defendants' counsel to
2  Plaintiffs' counsel in this action.  I have redacted personally identifiable information about
3  incarcerated persons on page 28 of Exhibit A.
4       3.     Attached hereto as Exhibit B is a true and correct copy of a document titled
5  "Continuous Quality Improvement On Site Audit Guidebook," dated June 3, 2016,
6  provided by Defendants' counsel to Plaintiffs' counsel in this action.
7       4.     Attached hereto as Exhibit C is a true and correct copy of a letter (without its
8  exhibits) from my office to Defendants' counsel dated September 24, 2020.  I have
9  redacted the letter to remove personally identifiable information.
10      I declare under penalty of perjury under the laws of the United States of America
11 that the foregoing is true and correct, and that this declaration is executed at San Francisco,
12 California this 2d day of November, 2020.

                                 */s/ Ernest Galvan*
                                 Ernest Galvan

[3644741.1]

2

Galvan Declaration