| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | JEFFREY L. BORNSTEIN – 099358 |
| MARGOT MENDELSON – 268583 | ERNEST GALVAN – 196065 |
| PRISON LAW OFFICE | LISA ELLS – 243657 |
| 1917 Fifth Street | THOMAS NOLAN – 169692 |
| Berkeley, California 94710-1916 | JENNY S. YELIN – 273601 |
| Telephone: (510) 280-2621 | MICHAEL S. NUNEZ – 280535 |
| | JESSICA WINTER – 294237 |
| CLAUDIA CENTER – 158255 | MARC J. SHINN-KRANTZ – 312968 |
| DISABILITY RIGHTS EDUCATION | CARA E. TRAPANI – 313411 |
| AND DEFENSE FUND, INC. | ALEXANDER GOURSE – 321631 |
| Ed Roberts Campus | AMY XU – 330707 |
| 3075 Adeline Street, Suite 210 | ROSEN BIEN |
| Berkeley, California 94703-2578 | GALVAN & GRUNFELD LLP |
| Telephone: (510) 644-2555 | 101 Mission Street, Sixth Floor |
| | San Francisco, California 94105-1738 |
| | Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **PLAINTIFFS REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFFS' EXHIBITS IN SUPPORT OF RESPONSE TO EVIDENTIARY OBJECTIONS** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | Judge: Hon. Kimberly J. Mueller |

On November 2, 2020, the Court approved the parties' stipulation setting a November 4, 2020 deadline for Plaintiffs to respond to Defendants' objections to exhibits offered into evidence at the hearing on October 23, 2020. (Docket No. 6934.) Plaintiffs timely filed their responsive brief at Docket No. 6939. Due to technical problems in preparing exhibits, Plaintiffs have not been able to timely file the supporting declarations for the brief. *See Declaration of Ernest Galvan.* Plaintiffs therefore require a short extension of time to November 6, 2020 to complete the filing of the supporting exhibits.

DATED: November 4, 2020

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Ernest Galvan
Ernest Galvan

Attorneys for Plaintiffs

## DECLARATION OF ERNEST GALVAN

I, Ernest Galvan, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration based in support of Plaintiffs Request for Extension of Time to File Plaintiffs' Exhibits in Support of Response to Evidentiary Objections.

2. My colleagues and I have been preparing a set of exhibits to show the sources of the contested exhibits.

3. Preparing these exhibits has taken longer than anticipated, and has raise some technical challenges to ensure that the ECF system will accept them. For that reason, I am requesting a short extension of time to November 6, 2020, to file the declarations and exhibits in support of the response now timely filed at Docket 6939.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 4th day of November, 2020.

/s/ Ernest Galvan
Ernest Galvan

[3646241.1]

2

Case No. 2:90-CV-00520-KJM-DB

PLAINTIFFS REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFFS' EXHIBITS IN SUPPORT OF RESPONSE TO EVIDENTIARY OBJECTIONS