| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>           Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFFS' EXHIBITS IN SUPPORT OF RESPONSE TO EVIDENTIARY OBJECTIONS**<br><br>Judge:  Hon. Kimberly J. Mueller |

Good cause appearing, the Plaintiffs' request for an extension of time to November 6, 2020 to complete the filing of the supporting exhibits for the response now on file at Docket No. 6939 is GRANTED.

DATED: _____, 2020

_____
Chief Judge Kimberly J. Mueller