| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | JEFFREY L. BORNSTEIN – 099358 |
| MARGOT MENDELSON – 268583 | ERNEST GALVAN – 196065 |
| PRISON LAW OFFICE | LISA ELLS – 243657 |
| 1917 Fifth Street | THOMAS NOLAN – 169692 |
| Berkeley, California  94710-1916 | JENNY S. YELIN – 273601 |
| Telephone:   (510) 280-2621 | MICHAEL S. NUNEZ – 280535 |
| | JESSICA WINTER – 294237 |
| CLAUDIA CENTER – 158255 | MARC J. SHINN-KRANTZ – 312968 |
| DISABILITY RIGHTS EDUCATION | CARA E. TRAPANI – 313411 |
| AND DEFENSE FUND, INC. | ALEXANDER GOURSE – 321631 |
| Ed Roberts Campus | AMY XU – 330707 |
| 3075 Adeline Street, Suite 210 | ROSEN BIEN |
| Berkeley, California  94703-2578 | GALVAN & GRUNFELD LLP |
| Telephone:   (510) 644-2555 | 101 Mission Street, Sixth Floor |
| | San Francisco, California  94105-1738 |
| | Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**ORDER GRANTING PLAINTIFFS REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFFS' EXHIBITS IN SUPPORT OF RESPONSE TO EVIDENTIARY OBJECTIONS**<br><br>Judge:  Hon. Kimberly J. Mueller |

Good cause appearing, the Plaintiffs' request for an extension of time to November 6, 2020 to complete the filing of the supporting exhibits for the response now on file at Docket No. 6939 is GRANTED.

DATED:  November 5, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[3646242.1]                                                                                                   Case No. 2:90-CV-00520-KJM-DB

PROPOSED ORDER