| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO EVIDENTIARY OBJECTIONS**<br><br>Judge:   Hon. Kimberly J. Mueller |

I, Ernest Galvan, declare:

1.   I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs .  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration based in support of PLAINTIFFS' RESPONSE TO EVIDENTIARY OBJECTIONS .

2.   Exhibit 1 is a table that I prepared showing each of Plaintiffs' exhibits offered into evidence with Defendants' Objections as received by email on October 30,

[3646235.1]

DECLARATION OF ERNEST GALVAN

1  2020. It also shows Plaintiffs' responses to Defendants' objections.

2      I declare under penalty of perjury under the laws of the United States of America
3  that the foregoing is true and correct, and that this declaration is executed at El Cerrito,
4  California this 5th day of November, 2020.

                                                                  */s/ Ernest Galvan*
                                                                   Ernest Galvan

[3646235.1]

2

DECLARATION OF ERNEST GALVAN