1  DONALD SPECTER – 083925                MICHAEL W. BIEN – 096891
   STEVEN FAMA – 099641                   JEFFREY L. BORNSTEIN – 099358
2  MARGOT MENDELSON – 268583              ERNEST GALVAN – 196065
   PRISON LAW OFFICE                      LISA ELLS – 243657
3  1917 Fifth Street                      THOMAS NOLAN – 169692
   Berkeley, California  94710-1916       JENNY S. YELIN – 273601
4  Telephone:   (510) 280-2621            MICHAEL S. NUNEZ – 280535
                                          JESSICA WINTER – 294237
5  CLAUDIA CENTER – 158255                MARC J. SHINN-KRANTZ – 312968
   DISABILITY RIGHTS EDUCATION            CARA E. TRAPANI – 313411
6  AND DEFENSE FUND, INC.                 ALEXANDER GOURSE – 321631
   Ed Roberts Campus                      AMY XU – 330707
7  3075 Adeline Street, Suite 210         ROSEN BIEN
   Berkeley, California  94703-2578       GALVAN & GRUNFELD LLP
8  Telephone:   (510) 644-2555            101 Mission Street, Sixth Floor
                                          San Francisco, California  94105-1738
9                                         Telephone:   (415) 433-6830

10 Attorneys for Plaintiffs

11

12                  UNITED STATES DISTRICT COURT

13                  EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,              Case No. 2:90-CV-00520-KJM-DB

16              Plaintiffs,             **DECLARATION OF AMY XU IN
                                        SUPPORT OF PLAINTIFFS'**
17        v.                            **RESPONSE TO OBJECTIONS TO
                                        PLAINTIFFS' EXHIBIT LIST**
18  GAVIN NEWSOM, et al.,
                                        Judge:  Hon. Kimberly J. Mueller
19              Defendants.

20

21

22

23

24

25

26

27

28
    [3645667 3]

I, Amy Xu, declare:

1.     I am an attorney duly admitted to practice before this Court.  I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiffs' Response to Objections to Plaintiffs' Exhibit List.

2.     Attached hereto as **Exhibit A** is a true and correct copy of an email dated April 30, 2020 from counsel for DSH, transmitting the following DSH report to the COVID-19 Task Force:  Hearing Exhibit 001-01, Weekly DSH Summary *Coleman* Progress Report (narrative).

3.     Attached hereto as **Exhibit B** is a true and correct copy of an email dated May 4, 2020 from counsel for DSH, transmitting the following DSH reports to the COVID-19 Task Force:  Hearing Exhibits 003-01, Weekly DSH *Coleman* Patient Census and Waitlist Reports; 004-01, Weekly DSH *Coleman* Census by Unit Report; 005-01, Weekly DSH *Coleman* Discharge Report; 005-02, Weekly DSH *Coleman* Discharge Report; 006-01, Weekly DSH OMD Admission Report.

4.     Attached hereto as **Exhibit C** is a true and correct copy of an email dated May 11, 2020 from counsel for DSH, transmitting the following DSH reports to the COVID-19 Task Force:  Hearing Exhibits 003-02, Weekly DSH *Coleman* Patient Census and Waitlist Reports; 004-02, Weekly DSH *Coleman* Census by Unit Report; 005-03, Weekly DSH *Coleman* Discharge Report; 006-02, Weekly DSH OMD Admission Report.

5.     Attached hereto as **Exhibit D** is a true and correct copy of an email dated May 18, 2020 from counsel for DSH, transmitting the following DSH reports to the COVID-19 Task Force:  Hearing Exhibits 001-03, Weekly DSH Summary *Coleman* Progress Report (narrative); 003-03, Weekly DSH *Coleman* Patient Census and Waitlist Reports; 004-03, Weekly DSH *Coleman* Census by Unit Report; 005-04, Weekly DSH *Coleman* Discharge Report; 006-03, Weekly DSH OMD Admission Report.

6.     Attached hereto as **Exhibit E** is a true and correct copy of an email dated

1  May 12, 2020 from counsel for DSH, transmitting the following DSH report to the

2  COVID-19 Task Force:  Hearing Exhibit 001-02, Weekly DSH Summary *Coleman*

3  Progress Report (narrative).

4         7.     Attached hereto as **Exhibit F** is a true and correct copy of an email dated

5  May 26, 2020 from counsel for DSH, transmitting the following DSH reports to the

6  COVID-19 Task Force:  Hearing Exhibits 003-04, Weekly DSH *Coleman* Patient Census

7  and Waitlist Reports; 004-04, Weekly DSH *Coleman* Census by Unit Report; 005-05,

8  Weekly DSH *Coleman* Discharge Report; 006-04, Weekly DSH OMD Admission Report.

9         8.     Attached hereto as **Exhibit G** is a true and correct copy of an email dated

10  June 1, 2020 from counsel for DSH, transmitting the following DSH reports to the

11  COVID-19 Task Force:  Hearing Exhibits 003-05, Weekly DSH *Coleman* Patient Census

12  and Waitlist Report; 004-05, Weekly DSH *Coleman* Census by Unit Report; 005-06,

13  Weekly DSH *Coleman* Discharge Report; 006-05, Weekly DSH OMD Admission Report.

14         9.     Attached hereto as **Exhibit H** is a true and correct copy of an email dated

15  May 26, 2020 from counsel for DSH, transmitting the following DSH report to the

16  COVID-19 Task Force:  Hearing Exhibit 001-04, Weekly DSH *Coleman* Referral Progress

17  Report.

18        10.     Attached hereto as **Exhibit I** is a true and correct copy of an email dated

19  June 9, 2020 from counsel for DSH, transmitting the following DSH report to the

20  COVID-19 Task Force:  Hearing Exhibit 001-05, Weekly DSH *Coleman* Referral Progress

21  Report (narrative).

22        11.     Attached hereto as **Exhibit J** is a true and correct copy of an email dated

23  June 15, 2020 from counsel for DSH, transmitting the following DSH report to the

24  COVID-19 Task Force:  Hearing Exhibit 001-06, Weekly DSH *Coleman* Referral Progress

25  Report (narrative).

26        12.     Attached hereto as **Exhibit K** is a true and correct copy of an email dated

27  June 22, 2020 from counsel for DSH, transmitting the following DSH reports to the

28  COVID-19 Task Force: Hearing Exhibits 001-07, Weekly DSH *Coleman* Referral

DECLARATION OF AMY XU IN SUPPORT OF PLAINTIFFS' RESPONSE TO OBJECTIONS TO
PLAINTIFFS' EXHIBIT LIST

1   Progress Report (narrative); 003-07, Weekly DSH *Coleman* Patient Census and Waitlist

2   Report; 004-07, Weekly DSH *Coleman* Census by Unit Reports; 005-09, Weekly DSH

3   *Coleman* Discharge Reports; 006-08, DSH OMD Admissions Report.

4           13.     Attached hereto as **Exhibit L** is a true and correct copy of an email dated

5   June 30, 2020 from counsel for DSH, transmitting the following DSH reports to the

6   COVID-19 Task Force: Hearing Exhibit 001-08, Weekly DSH *Coleman* Referral Progress

7   Report (narrative).

8           14.     Attached hereto as **Exhibit M** is a true and correct copy of an email dated

9   July 6, 2020 from counsel for DSH, transmitting the following DSH reports to the

10  COVID-19 Task Force:  Hearing Exhibits 001-09, Weekly DSH *Coleman* Referral

11  Progress Report (narrative); 003-09, Weekly DSH *Coleman* Patient Census and Waitlist

12  Report; 004-09, Weekly DSH *Coleman* Census by Unit Report; 005-11, Weekly DSH

13  *Coleman* Discharge Report; & 006-10, DSH OMD Admission Report.

14          15.     Attached hereto as **Exhibit N** is a true and correct copy of an email dated

15  July 13, 2020 from counsel for DSH, transmitting the following DSH reports to the

16  COVID-19 Task Force: Hearing Exhibits 001-10, Weekly DSH *Coleman* Referral

17  Progress Report (narrative); 003-10, Weekly DSH *Coleman* Patient Census and Waitlist

18  Report; 004-10, Weekly DSH *Coleman* Census by Unit Report; 005-12, Weekly DSH

19  *Coleman* Discharge Report; & 006-11, DSH OMD Admission Report.

20          16.     Attached hereto as **Exhibit O** is a true and correct copy of an email dated

21  July 20, 2020 from counsel for DSH, transmitting the following DSH reports to the

22  COVID-19 Task Force: Hearing Exhibits 001-11, Weekly DSH *Coleman* Referral

23  Progress Report (narrative); 002-01, DSH Weekly Summary *Coleman* Progress Reports

24  (chart); 003-11, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-11,

25  Weekly DSH *Coleman* Census by Unit Report; 005-13,Weekly DSH *Coleman* Discharge

26  Report; & 006-12, DSH OMD Admission Report.

27          17.     Attached hereto as **Exhibit P** is a true and correct copy of an email dated

28  July 27, 2020 from counsel for DSH, transmitting the following DSH reports to the

DECLARATION OF AMY XU IN SUPPORT OF PLAINTIFFS' RESPONSE TO OBJECTIONS TO
PLAINTIFFS' EXHIBIT LIST

1  COVID-19 Task Force: Hearing Exhibits 001-12, Weekly DSH *Coleman* Referral

2  Progress Report (narrative); 002-02, DSH Weekly Summary *Coleman* Progress Reports

3  (chart); 003-12, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-12,

4  Weekly DSH *Coleman* Census by Unit Report; 005-14, Weekly DSH *Coleman* Discharge

5  Report; & 006-1, DSH OMD Admission Report.

6      18.    Attached hereto as **Exhibit Q** is a true and correct copy of an email dated

7  August 3, 2020 from counsel for DSH, transmitting the following DSH reports to the

8  COVID-19 Task Force: Hearing Exhibits 001-13, Weekly DSH *Coleman* Referral

9  Progress Report (narrative); 002-03, DSH Weekly Summary *Coleman* Progress Reports

10  (chart); 003-13, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-13,

11  Weekly DSH *Coleman* Census by Unit Report; 005-15, Weekly DSH *Coleman* Discharge

12  Report; & 006-14, DSH OMD Admission Report.

13      19.    Attached hereto as **Exhibit R** is a true and correct copy of an email dated

14  August 10, 2020 from counsel for DSH, transmitting the following DSH reports to the

15  COVID-19 Task Force: Hearing Exhibits 001-14, Weekly DSH *Coleman* Referral

16  Progress Report (narrative); 002-04, DSH Weekly Summary *Coleman* Progress Reports

17  (chart); 003-14, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-14,

18  Weekly DSH *Coleman* Census by Unit Report; 005-16, Weekly DSH *Coleman* Discharge

19  Report; & 006-15, DSH OMD Admission Report.

20      20.    Attached hereto as **Exhibit S** is a true and correct copy of an email dated

21  August 17, 2020 from counsel for DSH, transmitting the following DSH reports to the

22  COVID-19 Task Force: Hearing Exhibits 001-15, Weekly DSH *Coleman* Referral

23  Progress Report (narrative); 002-05, DSH Weekly Summary *Coleman* Progress Reports

24  (chart); 003-15, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-15,

25  Weekly DSH *Coleman* Census by Unit Report; 005-17, Weekly DSH *Coleman* Discharge

26  Report; & 006-16, DSH OMD Admission Report.

27      21.    Attached hereto as **Exhibit T** is a true and correct copy of an email dated

28  August 31, 2020 from counsel for DSH, transmitting the following DSH reports to the

1   COVID-19 Task Force: Hearing Exhibits 001-16, Weekly DSH *Coleman* Referral

2   Progress Report (narrative); 002-06, DSH Weekly Summary *Coleman* Progress Reports

3   (chart); 003-16, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-16,

4   Weekly DSH *Coleman* Census by Unit Report; 005-18, Weekly DSH *Coleman* Discharge

5   Report; & 006-18, DSH OMD Admission Report.

6       22.    Attached hereto as **Exhibit U** is a true and correct copy of an email dated

7   September 9, 2020 from counsel for DSH, transmitting the following DSH reports to the

8   COVID-19 Task Force: Hearing Exhibits 001-17, Weekly DSH *Coleman* Referral

9   Progress Report (narrative); 002-07, DSH Weekly Summary *Coleman* Progress Reports

10   (chart); 003-17, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-17,

11   Weekly DSH *Coleman* Census by Unit Report; 005-19,Weekly DSH *Coleman* Discharge

12   Report; & 006-19, DSH OMD Admission Report.

13       23.    Attached hereto as **Exhibit V** is a true and correct copy of an email dated

14   September 14, 2020 from counsel for DSH, transmitting the following DSH reports to the

15   COVID-19 Task Force: Hearing Exhibits 001-18, Weekly DSH *Coleman* Referral

16   Progress Report (narrative); 002-08, DSH Weekly Summary *Coleman* Progress Reports

17   (chart); 003-18, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-18,

18   Weekly DSH *Coleman* Census by Unit Report; 005-20, Weekly DSH *Coleman* Discharge

19   Report; & 006-20, DSH OMD Admission Report.

20       24.    Attached hereto as **Exhibit W** is a true and correct copy of an email dated

21   September 28, 2020 from counsel for DSH, transmitting the following DSH reports to the

22   COVID-19 Task Force: Hearing Exhibits 001-19, Weekly DSH *Coleman* Referral

23   Progress Report (narrative); 002-09, DSH Weekly Summary *Coleman* Progress Reports

24   (chart); 003-19, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-19,

25   Weekly DSH *Coleman* Census by Unit Report; 005-21, Weekly DSH *Coleman* Discharge

26   Report; & 006-22, DSH OMD Admission Report.

27       25.    Attached hereto as **Exhibit X** is a true and correct copy of an email dated

28   October 5, 2020 from counsel for DSH, transmitting the following DSH reports to the

COVID-19 Task Force: Hearing Exhibits 001-20, Weekly DSH *Coleman* Referral Progress Report (narrative); 002-10, DSH Weekly Summary *Coleman* Progress Reports (chart); 003-20, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-20, Weekly DSH *Coleman* Census by Unit Report; 005-22, Weekly DSH *Coleman* Discharge Report; & 006-23, DSH OMD Admission Report.

26.    Attached hereto as **Exhibit Y** is a true and correct copy of an email dated October 12, 2020 from counsel for DSH, transmitting the following DSH reports to the COVID-19 Task Force: Hearing Exhibits 001-21, Weekly DSH *Coleman* Referral Progress Report (narrative); 002-11, DSH Weekly Summary *Coleman* Progress Reports (chart); 003-21, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-21, Weekly DSH *Coleman* Census by Unit Report; 005-23, Weekly DSH *Coleman* Discharge Report; & 006-24, DSH OMD Admission Report.

27.    Attached hereto as **Exhibit Z** is a true and correct copy of an email dated October 20, 2020 from counsel for DSH, transmitting the following DSH reports to the COVID-19 Task Force: Hearing Exhibits 001-22, Weekly DSH *Coleman* Referral Progress Report (narrative); 002-12, DSH Weekly Summary *Coleman* Progress Reports (chart); 003-22, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-22, Weekly DSH *Coleman* Census by Unit Report; 005-24, Weekly DSH *Coleman* Discharge Report; & 006-25, DSH OMD Admission Report.

28.    Attached hereto as **Exhibit AA** is a true and correct copy of an email dated June 9, 2020 from counsel for DSH, transmitting the following DSH reports to the COVID-19 Task Force: Hearing Exhibits 003-06, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-06, Weekly DSH *Coleman* Census by Unit Report; 005-07, Weekly DSH *Coleman* Discharge Report; & 006-06, DSH OMD Admission Report.

29.    Attached hereto as **Exhibit BB** is a true and correct copy of an email dated June 29, 2020 from counsel for DSH, transmitting the following DSH reports to the COVID-19 Task Force: Hearing Exhibits 003-08, Weekly DSH *Coleman* Patient Census and Waitlist Report; 004-08, Weekly DSH *Coleman* Census by Unit Report; 005-10,

1  Weekly DSH *Coleman* Discharge Report; & 006-09, DSH OMD Admission Report.

2        30.      Attached hereto as **Exhibit CC** is a true and correct copy of an email dated

3  June 15, 2020 from counsel for DSH, transmitting the following DSH reports to the

4  COVID-19 Task Force: Hearing Exhibits 005-08, Weekly DSH *Coleman* Discharge

5  Report; 006-07, DSH OMD Admission Report.

6        31.      Attached as **Exhibit DD** is an email dated August 24, 2020 from counsel for

7  DSH, transmitting the following DSH reports to the COVID-19 Task Force: Hearing

8  Exhibit 006-17, DSH OMD Admission Report..

9        32.      Attached as **Exhibit EE** is an email dated September 21, 2020 from counsel

10 for DSH, transmitting the following DSH reports to the COVID-19 Task Force: Hearing

11 Exhibit 006-21, DSH OMD Admission Report.

12        33.      Attached hereto as **Exhibit FF** is a true and correct copy of an email dated

13 April 17, 2020 from counsel for Defendants.  In this email, Defendants produced

14 responsive documents to Plaintiffs' April 13, 2020 requests for discovery with the Bates

15 number range 001-780.

16        34.      Attached hereto as **Exhibit GG** is a true and correct copy of an email dated

17 May 1, 2020 from counsel for Defendants.  In this email, Defendants produced responsive

18 documents to Plaintiffs' April 13, 2020 requests for discovery with the Bates number range

19 813-1491.

20        35.      Attached hereto as **Exhibit HH** is a true and correct copy of an email dated

21 June 11, 2020 from counsel for Defendants.  In this email, Defendants produced

22 responsive documents to Plaintiffs' April 13, 2020 requests for discovery with the Bates

23 number range 1492-1588.

24        36.      Attached hereto as **Exhibit II** is a true and correct copy of an email dated

25 June 22, 2020 from counsel for Defendants.  In this email, Defendants produced

26 responsive documents to Plaintiffs' April 13, 2020 requests for discovery with the Bates

27 number range 1589-1708.

28        37.      Attached hereto as **Exhibit JJ** is a true and correct copy of an email dated

1   July 22, 2020 from counsel for Defendants.  In this email, Defendants produced responsive

2   documents to Plaintiffs' April 13, 2020 requests for discovery with the Bates number range

3   1709-1759.

4        38.    Attached hereto as **Exhibit KK** is a true and correct copy of an email dated

5   August 24, 2020 from counsel for Defendants.  In this email, Defendants produced

6   responsive documents to Plaintiffs' April 13, 2020 requests for discovery with the Bates

7   number range 1760-1814.

8        39.    Attached hereto as **Exhibit LL** is a true and correct copy of an email dated

9   September 22, 2020 from counsel for Defendants.  In this email, Defendants produced

10  responsive documents to Plaintiffs' April 13, 2020 requests for discovery with the Bates

11  number range 1815-1875.

12       40.    Attached hereto as **Exhibit MM** is a true and correct copy of an email dated

13  October 22, 2020 from counsel for Defendants.  In this email, Defendants produced

14  responsive documents to Plaintiffs' April 13, 2020 request for discovery with the Bates

15  number range 1876-1895.

16       41.    Hearing Exhibit P-57 is a September 18, 2020 California Department of

17  Public Health ("CDPH") memorandum entitled "Guidance for State Employees on

18  Coronavirus (COVID-19)."  This document can be accessed at:

19  https://www.cdcr.ca.gov/covid19/wp-content/uploads/sites/197/2020/09/Updated-

20  guidance.pdf (last accessed on November 4, 2020).

21       42.    Attached hereto as **Exhibit NN** is a true and correct copy of an email dated

22  April 15, 2020 from DSH counsel to Plaintiffs.  This email attaches an April 15, 2020

23  letter from DSH Director Stephanie Clendenin, which is Hearing Exhibit P-65.

24       43.    Attached hereto as **Exhibit OO** is a true and correct copy of an email dated

25  March 17, 2020 from DSH counsel to Plaintiffs.  This email attaches a March 16, 2020

26  letter from DSH Director Stephanie Clendenin, which is Hearing Exhibit P-67.

27       44.    Hearing Exhibit P-73 is a June 2020 letter and guidelines from the California

28  Department of Public Health, entitled "California SARS-CoV-2 Pandemic Crisis Care

1    Guidelines: Concept of Operations Health Care Facility Surge Operations and Crisis

2    Care." This document can be accessed at: http://healthimpact.org/wp-

3    content/uploads/2020/06/California-SARS-CoV-2-Crisis-Care-Guidelines-June-8-

4    2020_rs.pdf (last accessed on November 4, 2020).

5         45.    Attached hereto as **Exhibit PP** is a true and correct copy of an email dated

6    October 7, 2020 from a CDCR representative to Plaintiffs. This email attaches an

7    October 6, 2020 CDCR Memo with the subject: "COVID TRANSFER REGISTRY NOW

8    AVAILABLE TO CUSTODY AND HEALTH CARE STAFF." The October 6, 2020

9    CDCR Memo is Hearing Exhibit P-94.

10        46.    Hearing Exhibit P-104 is a March 25, 2020 document entitled "COVID-19

11   Guidance for Behavioral Health Residential Facilities" created by the National Council for

12   Behavioral Health. This document can be accessed within the eleventh bullet point under

13   the "General resources" heading on the California Department of Public Heath website at

14   the following link:

15   https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/InfectionMitigationinB

16   ehavioralHealthFacilitiesCOVID19FAQs.aspx (last accessed on November 4, 2020).

17        47.    Hearing Exhibits P-105 and P-106 are medical records of *Coleman* class

18   members identified by Defendants in Exhibit P-95 as patients who were waiting to transfer

19   from CDCR to DSH as of October 13, 2020. These medical records were obtained by

20   paralegals through CDCR's electronic health records system ("EHRS") as they worked at

21   the direction of attorneys on the *Coleman* team.

22        48.    Attached hereto as **Exhibit QQ** are excerpts from transcripts from the

23   October 23, 2020 evidentiary hearing.

24        49.    Attached hereto as **Exhibit RR** is a true and correct excerpt of a Word

25   document exchanged by counsel for the parties while meeting and conferring on exhibits,

26   showing the page covering Plaintiffs' Hearing Exhibits 74 and 75, along with the email

27   thread in which Defendants' counsel returned the completed document to Plaintiffs'

28   counsel.

50. On October 16, 2020, members of my team provided Defendants with our exhibits for the hearing, as court-ordered. A true and correct copy of the October 16 transmission email, including a link to access those documents, is attached hereto as **Exhibit SS**.

51. On October 23, 2020, the date of the evidentiary hearing, I worked with Greg Gonzalez, a paralegal at my firm acting under my direction and supervision, to upload two new exhibits to the Court's Box set up for the hearing. Those two new exhibits were P-020-6 and 108, which are the newest installments of Defendants' Net Bed Capacity Report and System Wide Weekly Pending Placement Report. A true and correct version of an email that I sent to Defendants informing them of this addition is attached hereto as **Exhibit TT.**

52. Defendants sent these documents, which became P-108 and P-20-6, respectively, on the evening of October 22, 2020. Defendants provided these documents to Plaintiffs as part of Defendants' ongoing supplemental discovery responses. A true and correct copy of the October 22 email from Elise Thorn, Deputy Attorney General, providing these exhibits is attached hereto as **Exhibit MM.**

53. During the October 23, 2020 evidentiary hearing, Mr. Gonzalez, acting under my supervision and direction, re-uploaded exhibits P-71-1 to P-71-5 to the Court's Box set up for the hearing. The only changes made to these documents were to add cover transmission emails, to make clear how, when, and from whom we received those documents. A true and correct copy of emails that I sent to Defendants informing them of this revision is attached hereto as **Exhibit TT**.

54. During live testimony on October 23, 2020, my team received an email from Nick Weber, of CDCR's Office of Legal Affairs, notifying us that he observed during the proceedings that a redaction was missing from P-95. To correct the omission, I worked with Greg Gonzalez to apply the missed redaction and save a new version of P-95 with the redaction. Mr. Gonzalez, under my direction and supervision, then replaced the former version of P-95 with the corrected version in the Court's Box set up for the hearing. A true

1   and correct copy of the email that Plaintiffs received from Nick Weber is attached hereto

2   as **Exhibit WW**.

3        55.     On Monday, October 26, 2020, Ernest Galvan, a member of my team, sent

4   Defendants by email a chart of Plaintiffs' exhibits, asking Defendants either to stipulate or

5   object to admission of those exhibits. A true and correct copy of the October 26

6   transmission email is attached hereto as **Exhibit XX**.

7        56.     On October 27, 2020, Kyle Lewis, Deputy Attorney General, responded by

8   email to Mr. Galvan's October 26 email, stating they would provide a response to

9   Plaintiffs' chart by Thursday, October 29, 2020. A true and correct copy of Mr. Lewis's

10   October 27 email is attached hereto as **Exhibit YY.**

11        57.     Attached hereto as **Exhibit ZZ** is a true and correct copy of an email dated

12   April 30, 2020 from counsel for Defendants. In this email, Defendants produced

13   responsive documents to Plaintiffs' April 13, 2020 requests for discovery with the Bates

14   number range 781-812.

15        58.     Hearing Exhibit P-60 is a true and correct copy of a June 26, 2020 email

16   memorandum to Plaintiffs from a representative for Defendants on the status of patient

17   movement, including transfers from CDCR institutions to DSH hospitals.

18        59.     Hearing Exhibit P-61 is a true and correct copy of a June 19, 2020 email

19   memorandum to Plaintiffs from a representative for Defendants on the status of patient

20   movement, including transfers from CDCR institutions to DSH hospitals.

21        60.     Hearing Exhibit P-71, subpart 1 is a true and correct copy of a September 23,

22   2020 email to Plaintiffs from a representative for Defendants that includes an attached list

23   titled "List of Offenders with an Institution to Institution Movement" for the period from

24   September 14-20, 2020.

25        61.     Hearing Exhibit P-71, subpart 2 is a true and correct copy of a September 30,

26   2020 email to Plaintiffs from a representative for Defendants that includes an attached list

27   titled "List of Offenders with an Institution to Institution Movement" for the period from

28   September 21-27, 2020.

62.     Hearing Exhibit P-71, subpart 3 is a true and correct copy of an October 7, 2020 email to Plaintiffs from a representative for Defendants that includes an attached list titled "List of Offenders with an Institution to Institution Movement" for the period from September 28-Octber 4, 2020.

63.     Hearing Exhibit P-71, subpart 4 is a true and correct copy of an October 13, 2020 email to Plaintiffs from a representative for Defendants that includes an attached list titled "List of Offenders with an Institution to Institution Movement" for the period from October 5-11, 2020.

64.     Hearing Exhibit P-71, subpart 5 is a true and correct copy of an October 20, 2020 email to Plaintiffs from a representative for Defendants that includes an attached list titled "List of Offenders with an Institution to Institution Movement" for the period from October 12-18, 2020.

65.     Hearing Exhibit P-72 is a true and correct copy of a September 17, 2020 email from counsel for Defendants to Plaintiffs that consists of DSH documents listing patients who waited beyond Program Guide timelines for admission.

66.     Hearing Exhibit P-76 is a true and correct copy of a July 28, 2020 email from a Deputy Attorney General representing CDCR and sent to the Special Master's team and Plaintiffs.  The email contains information regarding timelines for transfer from Intermediate Care Facilities at CDCR to DSH hospitals.

67.     Hearing Exhibit P-78 is a true and correct copy of a April 24, 2020 email from a CDCR attorney to Plaintiffs and the Special Master's team, containing information regarding transfers from Intermediate Care Facilities at CDCR to DSH hospitals.

68.     Hearing Exhibit P-79 is a redacted copy of a May 12, 2020 email from a CDCR attorney to Plaintiffs and the Special Master's team containing information regarding patients awaiting transfer from Intermediate Care Facilities at CDCR to DSH hospitals.

69.     Hearing Exhibit P-80 is a true and correct copy of a June 18, 2020 email from DSH counsel to Plaintiffs and the Special Master's team announcing the suspension

1  of admissions to Patton State Hospital.

2      70.    Hearing Exhibit P-82 is a true and correct copy of a July 24, 2020 email from

3  DSH counsel to Plaintiffs announcing the quarantine of a unit at Coalinga State Hospital.

4      71.    Hearing Exhibit P-83 is true and correct copy of a July 29, 2020 email from

5  DSH counsel to Plaintiffs and the Special Master's team announcing the quarantine of a

6  unit at Atascadero State Hospital.

7      72.    Hearing Exhibit P-84 is a true and correct copy of an August 1, 2020 email

8  from DSH counsel to Plaintiffs and the Special Master's team regarding the deaths of non-

9  *Coleman* patients from COVID-19.

10      73.    Hearing Exhibit P-85 is a true and correct copy of a September 15, 2020

11  email from counsel for Defendants to Plaintiffs and the Special Master's team containing

12  information regarding transfers from PIP and MHCB facilities.

13      74.    Hearing Exhibit P-86 is a true and correct copy of a October 1, 2020 email

14  from counsel for Defendants to Plaintiffs containing information regarding patients

15  awaiting transfers between inpatient placements, including transfers to DSH.

16      75.    Attached hereto as **Exhibit AAA** is a true and correct copy of an October 13,

17  2020 email from representatives for Defendants to Plaintiffs, transmitting Hearing

18  Exhibit P-087.

19      76.    Attached hereto as **Exhibit BBB** is a true and correct copy of an email dated

20  October 9, 2020 from counsel for Defendants.  In this email, Defendants attached an email

21  transmitting the 2017 Memorandum of Understanding between CDCR and DSH, which is

22  Hearing Exhibit P-074.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

77.    Hearing Exhibit P-93 is a true and correct copy of an October 12, 2020 email to Plaintiffs from a representative for Defendants that included a list of class members as of October 8, 2020 who were awaiting transfer to DSH from a closed CDCR institution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 5th day of November, 2020.

/s/ Amy Xu
Amy Xu

14

DECLARATION OF AMY XU IN SUPPORT OF PLAINTIFFS' RESPONSE TO OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST

# EXHIBIT A

| | |
|---|---|
| **From:** | Ciccotti, Christine@DSH-S <Christine.Ciccotti@dsh.ca.gov> |
| **Sent:** | Thursday, April 30, 2020 12:04 PM |
| **To:** | Melissa Bentz; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Raddatz, Antonina@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Laura Ceballos; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; Warburton, Katherine@DSH-S; White, Lourdes E@CDCR; Tharratt, Steven@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sharen Barboza; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Clendenin, Stephanie@DSH-S |
| **Subject:** | RE: Coleman- COVID Task Force Meeting |
| **Attachments:** | Coleman COVID-19 referral progress FINAL43020v3.docx |

Good Afternoon,

In advance of this afternoon's Task Force Meeting attached is a written progress update on the status of referrals from CDCR and admissions to DSH as well as how the Departments have worked thus far to operationalize the transfer guidelines for the task force's discussion.

Best,

Christine

Christine M. Ciccotti
Chief Counsel/Deputy Director
Legal Division
Department of State Hospitals
1600 9th Street
Sacramento, CA
Office: (916) 651-5676
Christine.Ciccotti@dsh.ca.gov

-----Original Appointment-----
**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Tuesday, April 28, 2020 11:19 AM
**To:** Bentz, Melissa@CDCR; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; 'Lisa Ells (LElls@rbgg.com)'; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; 'dspecter@prisonlaw.com'; 'Steve Fama'; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Raddatz, Antonina@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Weber, Nicholas@CDCR; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; 'Ed Swanson (eswanson@swansonmcnamara.com)'; 'Silberfeld, Roman M.'; Flores,

Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Ceballos, Laura@CDCR; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; Warburton, Katherine@DSH-S; White, Lourdes@CDCR; Tharratt, Steven@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky (cradavsky@gmail.com); Henry Dlugacz (HDlugacz@BLHNY.com); James DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; 'Kerry C. Hughes, M.D.' (dockc99@aol.com); Kerry Walsh (kwalsh@pldolaw.com); Kristina Hector (khector@pldolaw.com); L Hayes; L. McClendon-Hunt; Lana Lopez; Maria Masotta; Matty Lopes (mlopes@pldolaw.com); Michael Ryan; Mohamedu Jones (mjones@pldolaw.com); mperrien@aol.com; Patricia Williams; Rachel Gribbin; Regina Costa (rcosta@pldolaw.com); Rod Hickman; Sharen Barboza; Sofia Millham; Timothy Rougeux; William Trezvant; Zelia M. Tavares

**Subject:** Coleman- COVID Task Force Meeting
**When:** Thursday, April 30, 2020 1:30 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** via teleconference


**[EXTERNAL E-MAIL]**

888-278-0296
3232929

# EXHIBIT B

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Monday, May 4, 2020 4:11 PM |
| **To:** | Melissa Bentz; Melissa Bentz; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Dillon Hockerson; CDCR OLA Master Class Action Calendar; Laura Ceballos; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; Warburton, Katherine@DSH-S; White, Lourdes E@CDCR; Tharratt, Steven@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sharen Barboza; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares |
| **Subject:** | Coleman COVID Task Force Meeting: DSH Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 5-1-2020.pdf; 2 Census by Unit Coleman Units 5-4-20.pdf; 3 Coleman Discharges 4-18-20 to 4-17-20.pdf; 4 Coleman Discharges 4-18-20 to 5-2-20.pdf; 5 OMD Admissions 3-16-20 to 5-2-20.pdf |

Good Afternoon, All:

Please see the attached DSH reports for our Task Force meeting tomorrow:

1. DSH CDCR Waitlist and Referral Report
2. Census by Unit Table
3. Discharge Summary Report for the period of 3/16 – 4/17
4. Discharge summary Report for prior week
5. OMD admissions from prior week

Respectfully,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s).  Any unauthorized interception, review, use, disclosure or distribution is prohibited

and may violate applicable laws, including the Electronic Communications Privacy Act.  If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT C

| | |
|---|---|
| **From:** | Nina Raddatz |
| **Sent:** | Monday, May 11, 2020 4:16 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Matt Lopes; Mohamedu Jones; Kristina Hector; Angie Cooper; Rachel Gribbin; Lana Lopez; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Ed Swanson; Barrow, Roscoe@CDCR |
| **Cc:** | Kent, Kristopher@DSH-S; Ciccotti, Christine@DSH-S; Clendenin, Stephanie@DSH-S; Hendon, Catherine@DSH-S; Warburton, Katherine@DSH-S |
| **Subject:** | Coleman COVID Task Force Meeting: DSH Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 5-8-2020.pdf; 2 Census by Unit Coleman Units 5-11-20.pdf; 3 Coleman Discharges 5-3-20 to 5-9-20.pdf; 4 OMD Admissions 5-3-20 to 5-9-20.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good Afternoon, All:

Please see the attached DSH reports for our Task Force meeting tomorrow:

1. Coleman Patient Census and Waitlist Report
2. Census by Unit for Units with Coleman Patients
3. Coleman Discharges
4. OMD Admissions

Respectfully,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT D

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, May 18, 2020 4:34 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham |
| **Subject:** | Coleman COVID-19 Task Force Materials |
| **Attachments:** | Coleman COVID-19 referral progress FINAL 5 18 20.pdf; 1 Coleman Patient Census and Waitlist Report 5-15-2020.pdf; 2 Census by Unit Coleman Units 5-15-20.pdf; 3 Coleman Discharges 5-10-20 to 5-16-20.pdf; 4 OMD Admissions 5-10-20 to 5-16-20.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello All,
Please find attached the DSH reports for tomorrow's meeting. Thanks, Kris

Kristopher Kent
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Rm 433
Sacramento, CA 95814
**Phone**: (916) 651-5461
**Fax**: (916) 651-3852
**Email**: Kristopher.Kent@dsh.ca.gov
**Web:** http://www.dsh.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. DO NOT DISCLOSE THIS EMAIL TO OTHERS. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT E

| | |
|---|---|
| **From:** | Ciccotti, Christine@DSH-S <Christine.Ciccotti@dsh.ca.gov> |
| **Sent:** | Tuesday, May 12, 2020 7:54 AM |
| **To:** | Melissa Bentz; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Dillon Hockerson; CDCR OLA Master Class Action Calendar; Laura Ceballos; Travis Williams; McGill, Lucinda@CDCR; Ed Swanson; Warburton, Katherine@DSH-S; White, Lourdes E@CDCR; Tharratt, Steven@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sharen Barboza; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Clendenin, Stephanie@DSH-S; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR |
| **Subject:** | RE: Coleman COVID Task Force Meeting |
| **Attachments:** | Coleman COVID-19 referral progress FINAL 51120.docx |

Good Morning,

Attached is DSH's Progress Report for today's *Coleman* COVID Task Force Meeting.

Best,

Christine

Christine M. Ciccotti
Chief Counsel/Deputy Director
Legal Division
Department of State Hospitals
1600 9th Street
Sacramento, CA
Office: (916) 651-5676
Christine.Ciccotti@dsh.ca.gov

-----Original Appointment-----
**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Tuesday, April 28, 2020 11:21 AM
**To:** Bentz, Melissa@CDCR; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; 'Lisa Ells (LElls@rbgg.com)'; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; 'dspecter@prisonlaw.com'; 'Steve Fama'; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Raddatz, Antonina@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Weber, Nicholas@CDCR; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; 'Ed Swanson (eswanson@swansonmcnamara.com)'; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR;

Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Ceballos, Laura@CDCR; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; Warburton, Katherine@DSH-S; White, Lourdes@CDCR; Tharratt, Steven@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky (cradavsky@gmail.com); Henry Dlugacz (HDlugacz@BLHNY.com); James DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; 'Kerry C. Hughes, M.D.' (dockc99@aol.com); Kerry Walsh (kwalsh@pldolaw.com); Kristina Hector (khector@pldolaw.com); L Hayes; L. McClendon-Hunt; Lana Lopez; Maria Masotta; Matty Lopes (mlopes@pldolaw.com); Michael Ryan; Mohamedu Jones (mjones@pldolaw.com); mperrien@aol.com; Patricia Williams; Rachel Gribbin; Regina Costa (rcosta@pldolaw.com); Rod Hickman; Sharen Barboza; Sofia Millham; Timothy Rougeux; William Trezvant; Zelia M. Tavares; Clendenin, Stephanie@DSH-S; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR

**Subject:** Coleman COVID Task Force Meeting
**When:** Tuesday, May 12, 2020 1:30 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** via teleconference


**[EXTERNAL E-MAIL]**

888-278-0296
3232929

# EXHIBIT F

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Nina Raddatz |
| **Sent:** | Tuesday, May 26, 2020 11:22 AM |
| **To:** | Kent, Kristopher@DSH-S; Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; 'Sharen Barboza'; Sofia Millham; Clendenin, Stephanie@DSH-S; Warburton, Katherine@DSH-S; Price, Stirling@DSH-S |
| **Subject:** | Coleman COVID-19 Task Force Materials |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 5-22-2020.pdf; 2 Census by Unit Coleman Units 5-22-20.pdf; 3 Coleman Discharges 5-17-20 to 5-23-20.pdf; 4 OMD Admissions 5-17-20 to 5-23-20.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good Morning, All:

Please find attached the following DSH Reports for the Task Force meeting this afternoon:

1. Coleman Patient Census and Waitlist Report
2. Census by Unit (Coleman Units)
3. Coleman Discharges
4. OMD Admissions

Thank you,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT G

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, June 1, 2020 4:52 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; 'Sharen Barboza'; Sofia Millham |
| **Subject:** | Task Force Meeting DSH Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 5-29-2020.pdf; 2 Census by Unit Coleman Units 5-29-20.pdf; 3 Coleman Discharges 5-24-20 to 5-30-20.pdf; 4 OMD Admissions 5-24-20 to 5-30-20.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello All,

Please find attached the Department of State Hospital reports for tomorrow's meeting. Thanks, Kris

Kristopher Kent
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Rm 433
Sacramento, CA 95814
**Work Mobile**: (916) 584-2248 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***
**Email**: Kristopher.Kent@dsh.ca.gov
**Web:** http://www.dsh.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. DO NOT DISCLOSE THIS EMAIL TO OTHERS. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT H

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Nina Raddatz |
| **Sent:** | Tuesday, May 26, 2020 12:39 PM |
| **To:** | Nick Weber; Kent, Kristopher@DSH-S; Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; 'Sharen Barboza'; Sofia Millmam; Clendenin, Stephanie@DSH-S; Warburton, Katherine@DSH-S; Price, Stirling@DSH-S; Sharen Barboza; Hendon, Catherine@DSH-S |
| **Subject:** | RE: Coleman COVID-19 Task Force Materials |
| **Attachments:** | Coleman COVID-19 Referral Progress for 5-26-20v2.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good Afternoon,

Please find the Referral Progress Report for the Task Force meeting this afternoon attached.

Thank you,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

**From:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>
**Sent:** Tuesday, May 26, 2020 11:53 AM
**To:** Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; Kent, Kristopher@DSH-S
<Kristopher.Kent@dsh.ca.gov>; Walsh Kerry F. <Kwalsh@pldolaw.com>; Michael W. Bien <MBien@rbgg.com>; 'Lisa Ells

(LElls@rbgg.com)' <LElls@rbgg.com>; Jessica Winter <JWinter@rbgg.com>; Cara Trapani <CTrapani@rbgg.com>; Amy Xu <AXu@rbgg.com>; Marc Shinn-Krantz <MShinn-Krantz@rbgg.com>; 'dspecter@prisonlaw.com' <dspecter@prisonlaw.com>; 'Steve Fama' <sfama@prisonlaw.com>; Ciccotti, Christine@DSH-S <Christine.Ciccotti@dsh.ca.gov>; Bachman, Ellen@DSH-S <Ellen.Bachman@dsh.ca.gov>; Hendon, Catherine@DSH-S <catherine.hendon@dsh.ca.gov>; Toche, Diana@CDCR <Diana.Toche@cdcr.ca.gov>; Bick, Joseph@CDCR <Joseph.Bick@cdcr.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Daye, Eureka@CDCR <Eureka.Daye@cdcr.ca.gov>; Ponciano, Angela@CDCR <Angela.Ponciano@cdcr.ca.gov>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Barney-Knox, Barbara@CDCR <Barbara.Barney-Knox@cdcr.ca.gov>; Golding, Michael@CDCR <Michael.Golding@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Elise.Thorn@doj.ca.gov; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; 'Ed Swanson (eswanson@swansonmcnamara.com)' <eswanson@swansonmcnamara.com>; 'Silberfeld, Roman M.' <RSilberfeld@RobinsKaplan.com>; Barrow, Roscoe@CDCR <Roscoe.Barrow@cdcr.ca.gov>

**Cc:** Lopes Matthew <mlopes@pldolaw.com>; Jones Mohamedu <mjones@pldolaw.com>; Walsh Kerry F. <Kwalsh@pldolaw.com>; Hector Kristina <khector@pldolaw.com>; Cooper, Angelyne <acooper@pldolaw.com>; trougeux@hotmail.com; Metzner, Jeffrey <JEFFREY.METZNER@cuanschutz.edu>; dockc99@aol.com; MPerrien@aol.com; hdlugacz@blhny.com; Lindsay M. Hayes <lhayesta@msn.com>; MPerrien@aol.com; karenrea01@gmail.com; Jim DeGroot (upcjdegroot@gmail.com) <upcjdegroot@gmail.com>; Brian Main <psydocmain@gmail.com>; 'Kahlil Johnson' <kjohnson@kahliljohnsonpsychiatry.com>; 'Sharen Barboza' <drsbarboza@gmail.com>; Millham, Sofia A. <smillham@pldolaw.com>; Clendenin, Stephanie@DSH-S <Stephanie.Clendenin@dsh.ca.gov>; Warburton, Katherine@DSH-S <katherine.warburton@dsh.ca.gov>; Price, Stirling@DSH-S <Stirling.Price@dsh.ca.gov>

**Subject:** RE: Coleman COVID-19 Task Force Materials


[EXTERNAL E-MAIL]

All,

Attached is a copy of the census and pending list report from May 20, 2020.

Also, below is a list of patients considered for referral to DSH but ultimately not referred following clinical discussion between CDCR and DSH:

- Dial (J75313)
- Torres (D49500)
- Castro (G35849)
- Tisdale (P48979)
- Womack (BK4933)
- Gatica (AW5261)
- Mendibles (T04418)
- Matthews (AV4362)
- Stones (BI3780)
- Dillon (BK0334)
- Broughton (E34119)
- Gonzalez (BK3203)
- Locklar (T70640)

With the exception of Gonzalez and Locklar who were discharged to EOP, CDCR will continue treating these patients in the PIPs are reconsider referral at each IDTT.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA 95811-7243
(916) 323-3202

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>
**Sent:** Tuesday, May 26, 2020 11:22 AM
**To:** Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov>; Walsh Kerry F. <Kwalsh@pldolaw.com>; Michael W. Bien <MBien@rbgg.com>; 'Lisa Ells (LElls@rbgg.com)' <LElls@rbgg.com>; Jessica Winter <JWinter@rbgg.com>; Cara Trapani <CTrapani@rbgg.com>; Amy Xu <AXu@rbgg.com>; Marc Shinn-Krantz <MShinn-Krantz@rbgg.com>; 'dspecter@prisonlaw.com' <dspecter@prisonlaw.com>; 'Steve Fama' <sfama@prisonlaw.com>; Ciccotti, Christine@DSH-S <Christine.Ciccotti@dsh.ca.gov>; Bachman, Ellen@DSH-S <Ellen.Bachman@dsh.ca.gov>; Hendon, Catherine@DSH-S <catherine.hendon@dsh.ca.gov>; Toche, Diana@CDCR <Diana.Toche@cdcr.ca.gov>; Bick, Joseph@CDCR <Joseph.Bick@cdcr.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Daye, Eureka@CDCR <Eureka.Daye@cdcr.ca.gov>; Ponciano, Angela@CDCR <Angela.Ponciano@cdcr.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Barney-Knox, Barbara@CDCR <Barbara.Barney-Knox@cdcr.ca.gov>; Golding, Michael@CDCR <Michael.Golding@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Elise.Thorn@doj.ca.gov; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; 'Ed Swanson (eswanson@swansonmcnamara.com)' <eswanson@swansonmcnamara.com>; 'Silberfeld, Roman M.' <RSilberfeld@RobinsKaplan.com>; Barrow, Roscoe@CDCR <Roscoe.Barrow@cdcr.ca.gov>
**Cc:** Lopes Matthew <mlopes@pldolaw.com>; Jones Mohamedu <mjones@pldolaw.com>; Walsh Kerry F. <Kwalsh@pldolaw.com>; Hector Kristina <khector@pldolaw.com>; Cooper, Angelyne <acooper@pldolaw.com>; trougeux@hotmail.com; Metzner, Jeffrey <JEFFREY.METZNER@cuanschutz.edu>; dockc99@aol.com; MPerrien@aol.com; hdlugacz@blhny.com; Lindsay M. Hayes <lhayesta@msn.com>; MPerrien@aol.com; karenrea01@gmail.com; Jim DeGroot <upcjdegroot@gmail.com> <upcjdegroot@gmail.com>; Brian Main <psydocmain@gmail.com>; 'Kahlil Johnson' <kjohnson@kahliljohnsonpsychiatry.com>; 'Sharen Barboza' <drsbarboza@gmail.com>; Millham, Sofia A. <smillham@pldolaw.com>; Clendenin, Stephanie@DSH-S <Stephanie.Clendenin@dsh.ca.gov>; Warburton, Katherine@DSH-S <katherine.warburton@dsh.ca.gov>; Price, Stirling@DSH-S <Stirling.Price@dsh.ca.gov>
**Subject:** Coleman COVID-19 Task Force Materials

CAUTION: This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning, All:

Please find attached the following DSH Reports for the Task Force meeting this afternoon:

1. Coleman Patient Census and Waitlist Report
2. Census by Unit (Coleman Units)

3. Coleman Discharges
4. OMD Admissions

Thank you,

*Antonina (Nina) Raddatz*

Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT I

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Tuesday, June 9, 2020 11:10 AM |
| **To:** | Melissa Bentz; 'Kyle Lewis'; 'Adriano Hrvatin'; 'Nasstaran Tara Ruhparwar'; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; 'Lucas Hennes'; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Dillon Hockerson; CDCR OLA Master Class Action Calendar; Laura Ceballos; Williams, Travis@CDCR; McGill, Lucinda@CDCR; 'Ed Swanson'; Warburton, Katherine@DSH-S; White, Lourdes E@CDCR; Tharratt, Steven@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; 'Sharen Barboza'; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Clendenin, Stephanie@DSH-S; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR; Price, Stirling@DSH-S |
| **Subject:** | DSH Referral Progress Report |
| **Attachments:** | Coleman COVID-19 referral progress for 6-8-20.pdf |

Good Morning,

Please find the DSH Referral Progress report attached.

Thank you,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT J

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, June 15, 2020 5:08 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; 'Kyle Lewis'; Elise Thorn; 'Lucas Hennes'; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sofia Millham; Sharen Barboza |
| **Subject:** | RE: Task Force Meeting DSH Reports for 6-15-20 |
| **Attachments:** | Coleman COVID-19 referral progress for 6-16-20.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello All,
Please find attached the Department of State Hospitals progress report for tomorrow's meeting.
Thanks, Kris

Kristopher Kent
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Rm 433
Sacramento, CA 95814
**Work Mobile**: (916) 584-2248 **Please Note: I am working remotely. Please direct all calls to this number**
**Email**: Kristopher.Kent@dsh.ca.gov
**Web:** http://www.dsh.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. DO NOT DISCLOSE THIS EMAIL TO OTHERS. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT K

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Monday, June 22, 2020 5:27 PM |
| **To:** | Melissa Bentz; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Dillon Hockerson; CDCR OLA Master Class Action Calendar; Laura Ceballos; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; Warburton, Katherine@DSH-S; White, Lourdes E@CDCR; Tharratt, Steven@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sharen Barboza; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Clendenin, Stephanie@DSH-S; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR |
| **Subject:** | DSH Reports for 6/23 Coleman COVID Task Force Meeting |
| **Attachments:** | Coleman COVID-19 referral progress 6.22.2020.pdf; 1 Coleman Patient Census and Waitlist Report 6-19-2020.pdf; 2 Census by Unit Coleman Units 6-19-20.pdf; 3 Coleman Discharges 6-14-20 to 6-20-20.pdf; 4 OMD Admissions 6-14-20 to 6-20-20.pdf |

Good Evening, All:

Attached are the weekly reports for the task force meeting tomorrow.

Thank you,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT L

**From:**          Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov>
**Sent:**          Tuesday, June 30, 2020 11:04 AM
**To:**            Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz;
                   Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon,
                   Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR;
                   Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox,
                   Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; 'Kyle Lewis'; Elise Thorn; 'Lucas
                   Hennes'; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath
**Cc:**            Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey
                   Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien;
                   Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham
**Subject:**       DSH COVID-19 Task Force Reports
**Attachments:**   Coleman COVID-19 DSH Transfer Progress Report for 6-30-20.pdf

**Follow Up Flag:**  Follow up
**Flag Status:**    Flagged


Hello All,
Please find attached the progress report for this week. Thanks, Kris

# EXHIBIT M

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Monday, July 6, 2020 8:41 PM |
| **To:** | Melissa Bentz; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Dillon Hockerson; CDCR OLA Master Class Action Calendar; Laura Ceballos; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; Warburton, Katherine@DSH-S; White, Lourdes E@CDCR; Tharratt, Steven@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sharen Barboza; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Clendenin, Stephanie@DSH-S; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR |
| **Subject:** | Reports for 7/7 Task Force Meeting |
| **Attachments:** | Coleman COVID-19 referral progress FINAL 7-6-20.pdf; 1 Coleman Patient Census and Waitlist Report 7-3-20.pdf; 2 Census by Unit Coleman 7-3-20.pdf; 3 Coleman Discharges 6-28-20 to 7-4-20.pdf; 4 OMD Admissions 6-28-20 to 7-4-20.pdf |

Good Evening,

Please find the reports for our Task Force meeting tomorrow attached.

Best,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



California Department of
**State Hospitals**

**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s).  Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act.  If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

-----Original Appointment-----

**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>

**Sent:** Tuesday, April 28, 2020 11:21 AM

**To:** Bentz, Melissa@CDCR; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; 'Lisa Ells (LElls@rbgg.com)'; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; 'dspecter@prisonlaw.com'; 'Steve Fama'; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Raddatz, Antonina@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Weber, Nicholas@CDCR; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; 'Ed Swanson (eswanson@swansonmcnamara.com)'; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Ceballos, Laura@CDCR; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; Warburton, Katherine@DSH-S; White, Lourdes@CDCR; Tharratt, Steven@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky (cradavsky@gmail.com); Henry Dlugacz (HDlugacz@BLHNY.com); James DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; 'Kerry C. Hughes, M.D.' (dockc99@aol.com); Kerry Walsh (kwalsh@pldolaw.com); Kristina Hector (khector@pldolaw.com); L Hayes; L. McClendon-Hunt; Lana Lopez; Maria Masotta; Matty Lopes (mlopes@pldolaw.com); Michael Ryan; Mohamedu Jones (mjones@pldolaw.com); mperrien@aol.com; Patricia Williams; Rachel Gribbin; Regina Costa (rcosta@pldolaw.com); Rod Hickman; Sharen Barboza; Sofia Millham; Timothy Rougeux; William Trezvant; Zelia M. Tavares; Clendenin, Stephanie@DSH-S; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR

**Subject:** Coleman COVID Task Force Meeting

**When:** Tuesday, July 7, 2020 1:30 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).

**Where:** via teleconference

**[EXTERNAL E-MAIL]**

888-278-0296
3232929

# EXHIBIT N

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, July 13, 2020 6:42 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham; Dan Potter |
| **Subject:** | DSH Coleman COVID-19 Task Force Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 7-10-20.pdf; 2 Census by Unit Coleman 7-10-20.pdf; 3 Coleman Discharges 7-5-20 to 7-11-20.pdf; 4_OMD Admissions 7-5-20 to 7-11-20.pdf; Coleman COVID-19 Referral Progress for 7-14-20 Task Force Meeting.pdf |

Hello All,
Please find attached the DSH reports for this week. Thanks, Kris

# EXHIBIT O

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Monday, July 20, 2020 6:16 PM |
| **To:** | Melissa Bentz; Zollweg, Brian@CDCR; Shama Chaiken; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Michael Ryan; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Dillon Hockerson; CDCR OLA Master Class Action Calendar; Laura Ceballos; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; White, Lourdes E@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sharen Barboza; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR; Sharen Barboza; Michael Nunez; Quint, Chantel@CDCR; Steven Cartwright; Barrow, Roscoe@CDCR |
| **Cc:** | Ciccotti, Christine@DSH-S; Kent, Kristopher@DSH-S; Clendenin, Stephanie@DSH-S; Price, Stirling@DSH-S; Hendon, Catherine@DSH-S; Warburton, Katherine@DSH-S |
| **Subject:** | Coleman v Newsom: Task Force Reports for 7/21 |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 7-17-20.pdf; 2 Census by Unit Coleman 7-17-20.pdf; 3 Coleman Discharges 7-12-20 to 7-18-20.pdf; 4_OMD Admissions 7-12-20 to 7-18-20.pdf; Coleman Progress Report - 7-17-2020 FINAL.pdf; Coleman Progress Report Summary Table_7-17-2020.pdf |

Good Evening,

Please find the reports for the Task Force meeting tomorrow attached.

Best,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s).  Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act.  If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT P

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, July 27, 2020 7:30 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath; Michael Ryan |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham; Dan Potter |
| **Subject:** | DSH Task Force Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 7-24-20.pdf; 2 Census by Unit Coleman 7-24-20.pdf; 3 Coleman Discharges 7-18-20 to 7-24-20.pdf; 4_OMD Admissions 7-18-20 to 7-24-20.pdf; Coleman DSH Transfer Progress Report -Final 7-27-2020.pdf; Coleman Progress Report Sumary Table_ 7-27-2020.pdf |

Hello All,
Please find attached the DSH reports for this week. Thanks, Kris

# EXHIBIT Q

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Monday, August 3, 2020 7:46 PM |
| **To:** | Melissa Bentz; Zollweg, Brian@CDCR; Shama Chaiken; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Bachman, Ellen@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Laura Ceballos; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; White, Lourdes E@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sharen Barboza; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR; Sharen Barboza; Michael Nunez; Quint, Chantel@CDCR; Steven Cartwright; Barrow, Roscoe@CDCR |
| **Cc:** | Ciccotti, Christine@DSH-S; Kent, Kristopher@DSH-S; Clendenin, Stephanie@DSH-S; Price, Stirling@DSH-S; Warburton, Katherine@DSH-S; Hendon, Catherine@DSH-S |
| **Subject:** | Coleman v Newsom: COVID-19 Task Force Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 7-31-20.pdf; 2 Census by Unit Coleman 7-31-20.pdf; 3 Coleman Discharges 7-25-20 to 7-31-20.pdf; 4_OMD Admissions 7-25-20 to 7-31-20.pdf; Coleman Progress Report - 7-31-2020 Final.pdf; Summary Table Coleman Progress Report - 7-31-20 Final.pdf |

Good Evening, All:

Attached are the reports for our COVID-19 Task Force meeting tomorrow.

Respectfully,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s).  Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act.  If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

-----Original Appointment-----

**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Wednesday, July 8, 2020 9:57 AM
**To:** Bentz, Melissa@CDCR; Zollweg, Brian@CDCR; Chaiken, Shama@CDCR; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; 'Lisa Ells (LElls@rbgg.com)'; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; 'dspecter@prisonlaw.com'; 'Steve Fama'; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Raddatz, Antonina@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Weber, Nicholas@CDCR; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; 'Ed Swanson (eswanson@swansonmcnamara.com)'; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Ceballos, Laura@CDCR; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; Warburton, Katherine@DSH-S; White, Lourdes@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky (cradavsky@gmail.com); Henry Dlugacz (HDlugacz@BLHNY.com); James DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; 'Kerry C. Hughes, M.D.' (dockc99@aol.com); Kerry Walsh (kwalsh@pldolaw.com); Kristina Hector (khector@pldolaw.com); L Hayes; L. McClendon-Hunt; Lana Lopez; Maria Masotta; Matty Lopes (mlopes@pldolaw.com); Michael Ryan; Mohamedu Jones (mjones@pldolaw.com); mperrien@aol.com; Patricia Williams; Rachel Gribbin; Regina Costa (rcosta@pldolaw.com); Rod Hickman; Sharen Barboza; Sofia Millham; Tim Rougeux (trougeux@hotmail.com); William Trezvant; Zelia M. Tavares; Clendenin, Stephanie@DSH-S; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR; Sharen Barboza (sharen@sharenbarboza.com); Price, Stirling@DSH-S; Michael Nunez; Quint, Chantel@CDCR; Cartwright, Steven@CDCR; Barrow, Roscoe@CDCR
**Subject:** Coleman COVID Task Force Meeting
**When:** Tuesday, August 4, 2020 1:30 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** via teleconference

**[EXTERNAL E-MAIL]**

888-278-0296
3232929

# EXHIBIT R

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, August 10, 2020 7:26 PM |
| **To:** | Kerry F. Walsh; Jessica Winter; Michael W. Bien; Lisa Ells; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham; Dan Potter; Hartmann, Sarah@CDCR |
| **Subject:** | DSH Coleman COVID-19 Task Force Reports |
| **Attachments:** | Coleman Progress Report - 8-10-2020.pdf; Coleman Progress Report Chart_8-10-2020.pdf; 1 Coleman Patient Census and Waitlist Report 8-7-2020.pdf; 2 Census by Unit Coleman 8-7-20.pdf; 3 Coleman Discharges 8-1-20 to 8-7-20.pdf; 4_OMD Admissions 8-1-20 to 8-7-20.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello All,
Please find attached the DSH reports for this week. Thanks, Kris

Kristopher Kent
Assistant Chief Counsel (A)
Department of State Hospitals
Legal Division
1600 9th Street, Rm 433
Sacramento, CA 95814
Work Mobile: (916) 584-2248 **Please Note: I am working remotely. Please direct calls to this number**
Fax: (916) 651-3852
Email: Kristopher.Kent@dsh.ca.gov
Web: http://www.dsh.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. DO NOT DISCLOSE THIS EMAIL TO OTHERS. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT S

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Monday, August 17, 2020 8:17 PM |
| **To:** | Melissa Bentz; Zollweg, Brian@CDCR; Shama Chaiken; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Laura Ceballos; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; White, Lourdes E@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sharen Barboza; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR; Sharen Barboza; Michael Nunez; Quint, Chantel@CDCR; Steven Cartwright; Barrow, Roscoe@CDCR |
| **Cc:** | Clendenin, Stephanie@DSH-S; Price, Stirling@DSH-S; Warburton, Katherine@DSH-S; Hendon, Catherine@DSH-S; Smith, Lydia@DSH-S; Kent, Kristopher@DSH-S; Ciccotti, Christine@DSH-S |
| **Subject:** | Weekly COVID-19 Task Force Reports for 8/18 |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 8-14-20.pdf; 2 Census by Unit Coleman 8-14-20.pdf; 3 Coleman Discharges 8-8-20 to 8-14-20.pdf; 4 OMD Admissions 8-8-20 to 8-14-20.pdf; Coleman Progress Report - 8-14-2020.pdf; Coleman Progress Report_8-14-2020 Summary Table.pdf |

Good Evening,

Please find the reports for our 8/18 COVID-19 Task Force meeting attached.

Thank you,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s).  Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act.  If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

-----Original Appointment-----
**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Wednesday, July 8, 2020 9:57 AM
**To:** Bentz, Melissa@CDCR; Zollweg, Brian@CDCR; Chaiken, Shama@CDCR; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; 'Lisa Ells (LElls@rbgg.com)'; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; 'dspecter@prisonlaw.com'; 'Steve Fama'; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Raddatz, Antonina@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Weber, Nicholas@CDCR; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; 'Ed Swanson (eswanson@swansonmcnamara.com)'; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Ceballos, Laura@CDCR; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; Warburton, Katherine@DSH-S; White, Lourdes@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky (cradavsky@gmail.com); Henry Dlugacz (HDlugacz@BLHNY.com); James DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; 'Kerry C. Hughes, M.D.' (dockc99@aol.com); Kerry Walsh (kwalsh@pldolaw.com); Kristina Hector (khector@pldolaw.com); L Hayes; L. McClendon-Hunt; Lana Lopez; Maria Masotta; Matty Lopes (mlopes@pldolaw.com); Michael Ryan; Mohamedu Jones (mjones@pldolaw.com); mperrien@aol.com; Patricia Williams; Rachel Gribbin; Regina Costa (rcosta@pldolaw.com); Rod Hickman; Sharen Barboza; Sofia Millham; Tim Rougeux (trougeux@hotmail.com); William Trezvant; Zelia M. Tavares; Clendenin, Stephanie@DSH-S; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR; Sharen Barboza (sharen@sharenbarboza.com); Price, Stirling@DSH-S; Michael Nunez; Quint, Chantel@CDCR; Cartwright, Steven@CDCR; Barrow, Roscoe@CDCR
**Subject:** Coleman COVID Task Force Meeting
**When:** Tuesday, August 18, 2020 1:30 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** via teleconference


## [EXTERNAL E-MAIL]

888-278-0296
3232929

# EXHIBIT T

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Monday, August 31, 2020 5:57 PM |
| **To:** | Melissa Bentz; Zollweg, Brian@CDCR; Shama Chaiken; 'Kyle Lewis'; 'Adriano Hrvatin'; 'Nasstaran Tara Ruhparwar'; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; 'Lucas Hennes'; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Laura Ceballos; Williams, Travis@CDCR; McGill, Lucinda@CDCR; 'Ed Swanson'; White, Lourdes E@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; 'Sharen Barboza'; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR; Sharen Barboza; Michael Nunez; Quint, Chantel@CDCR; Steven Cartwright; Barrow, Roscoe@CDCR |
| **Cc:** | Clendenin, Stephanie@DSH-S; Price, Stirling@DSH-S; Warburton, Katherine@DSH-S; Hendon, Catherine@DSH-S; Smith, Lydia@DSH-S; Kent, Kristopher@DSH-S; Ciccotti, Christine@DSH-S |
| **Subject:** | Weekly COVID-19 Task Force Reports for 9/1 |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 8-28-20.pdf; 2 Census by Unit Coleman 8-28-20.pdf; 3 Coleman Discharges 8-22-20 to 8-28-20.pdf; 4_OMD Admissions 8-22-20 to 8-28-20.pdf; Coleman Progress Report - 8-28-2020.pdf; Coleman Progress Report Summary Table - 8-28-2020 -.pdf |

Good Evening,

Please find the reports for our 9/1 COVID-19 Task Force meeting attached.

Thank you,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s).  Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act.  If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT U

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Wednesday, September 9, 2020 6:12 PM |
| **To:** | Melissa Bentz; Zollweg, Brian@CDCR; Shama Chaiken; 'Kyle Lewis'; 'Adriano Hrvatin'; 'Nasstaran Tara Ruhparwar'; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; 'Lucas Hennes'; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Laura Ceballos; Travis Williams; McGill, Lucinda@CDCR; 'Ed Swanson'; White, Lourdes E@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; 'Sharen Barboza'; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR; Sharen Barboza; Michael Nunez; Quint, Chantel@CDCR; Steven Cartwright; Barrow, Roscoe@CDCR |
| **Cc:** | Clendenin, Stephanie@DSH-S; Price, Stirling@DSH-S; Warburton, Katherine@DSH-S; Hendon, Catherine@DSH-S; Smith, Lydia@DSH-S; Kent, Kristopher@DSH-S; Ciccotti, Christine@DSH-S |
| **Subject:** | Weekly COVID-19 Task Force Reports |
| **Attachments:** | 2 Census by Unit Coleman 9-4-20.pdf; 3 Coleman Discharges 8-29-20 to 9-4-20.pdf; 4 OMD Admissions 8-29-20 to 9-4-20.pdf; 1 Coleman Patient Census and Waitlist Report 9-4-20.pdf; Coleman Progress Report - 9-4-2020.pdf; Coleman Progress Report_Summary Table 9-4-2020.pdf |

Good Evening, All:

Please find the weekly task force reports attached.

Respectfully,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s).  Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act.  If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT V

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Monday, September 14, 2020 3:56 PM |
| **To:** | Melissa Bentz; Zollweg, Brian@CDCR; Shama Chaiken; 'Kyle Lewis'; 'Adriano Hrvatin'; 'Nasstaran Tara Ruhparwar'; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; 'Lucas Hennes'; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Laura Ceballos; Travis Williams; McGill, Lucinda@CDCR; 'Ed Swanson'; White, Lourdes E@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; 'Sharen Barboza'; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR; Sharen Barboza; Michael Nunez; Quint, Chantel@CDCR; Steven Cartwright; Barrow, Roscoe@CDCR |
| **Cc:** | Clendenin, Stephanie@DSH-S; Price, Stirling@DSH-S; Warburton, Katherine@DSH-S; Hendon, Catherine@DSH-S; Smith, Lydia@DSH-S; Kent, Kristopher@DSH-S; Ciccotti, Christine@DSH-S |
| **Subject:** | Weekly COVID-19 Task Force Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 9-11-20.pdf; 2 Census by Unit Coleman 9-11-20.pdf; 3 Coleman Discharges 9-5-20 to 9-11-20.pdf; 4 OMD Admissions 9-5-20 to 9-11-20.pdf; Coleman Progress Report - 9-11-2020 Final.pdf; Coleman Progress Report Summary 9-11-2020  Final.pdf |

Good Afternoon, All:

Please find the weekly task force reports attached.

Respectfully,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s).  Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act.  If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT W

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Monday, September 28, 2020 6:54 PM |
| **To:** | Melissa Bentz; Zollweg, Brian@CDCR; Shama Chaiken; 'Kyle Lewis'; 'Adriano Hrvatin'; 'Nasstaran Tara Ruhparwar'; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; 'Lucas Hennes'; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Laura Ceballos; Travis Williams; McGill, Lucinda@CDCR; 'Ed Swanson'; White, Lourdes E@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; 'Sharen Barboza'; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR; Sharen Barboza; Michael Nunez; Quint, Chantel@CDCR; Steven Cartwright; Barrow, Roscoe@CDCR |
| **Cc:** | Clendenin, Stephanie@DSH-S; Price, Stirling@DSH-S; Warburton, Katherine@DSH-S; Hendon, Catherine@DSH-S; Smith, Lydia@DSH-S; Kent, Kristopher@DSH-S; Ciccotti, Christine@DSH-S |
| **Subject:** | Weekly COVID-19 Task Force Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 9-25-20.pdf; 2 Census by Unit Coleman 9-25-20.pdf; 3 Coleman Discharges 9-19-20 to 9-25-20.pdf; 4 OMD Admissions 9-19-20 to 9-25-20.pdf; Coleman Progress Report - Final - 9-25-2020.pdf; Summary Coleman Progress Report_- Final - 9-25-2020.pdf |

Good Evening, All:

Please find the weekly task force reports attached.


Respectfully,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s).  Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act.  If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT X

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, October 5, 2020 3:43 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath; Clendenin, Stephanie@DSH-S; Price, Stirling@DSH-S |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham; Dan Potter |
| **Subject:** | DSH Coleman COVID-19 Task Force Reports 10/5/2020 |
| **Attachments:** | DSH Coleman Progress Report - 10-5-2020- Final.pdf; DSH Coleman Progress Report Summary Table_10-5-2020 Final.pdf; 1 Coleman Patient Census and Waitlist Report 10-2-20.pdf; 2 Census by Unit Coleman 10-2-20.pdf; 3 Coleman Discharges 9-26-20 to 10-2-20.pdf; 4 OMD Admissions 9-26-20 to 10-2-20.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello All,
Please find attached the DSH reports for this week. Thanks, Kris

# EXHIBIT Y

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Nina Raddatz |
| **Sent:** | Monday, October 12, 2020 6:57 PM |
| **To:** | Melissa Bentz; Zollweg, Brian@CDCR; Shama Chaiken; 'Kyle Lewis'; 'Adriano Hrvatin'; 'Nasstaran Tara Ruhparwar'; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; 'Lucas Hennes'; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; CDCR OLA Master Class Action Calendar; Laura Ceballos; Travis Williams; McGill, Lucinda@CDCR; 'Ed Swanson'; White, Lourdes E@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; 'Sharen Barboza'; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR; Sharen Barboza; Michael Nunez; Quint, Chantel@CDCR; Steven Cartwright; Barrow, Roscoe@CDCR |
| **Cc:** | Clendenin, Stephanie@DSH-S; Price, Stirling@DSH-S; Warburton, Katherine@DSH-S; Hendon, Catherine@DSH-S; Smith, Lydia@DSH-S; Kent, Kristopher@DSH-S; Ciccotti, Christine@DSH-S |
| **Subject:** | Weekly COVID-19 Task Force Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 10-9-20.pdf; 2 Census by Unit Coleman 10-9-20.pdf; 3 Coleman Discharges 10-3-20 to 10-9-20.pdf; 4 OMD Admissions 10-3-20 to 10-9-20.pdf; Coleman Progress Report - 10-9-2020.pdf; Coleman Progress Report Summary Table 10-9-2020.pdf |

Good Evening, All:

Please find the weekly task force reports attached.

Respectfully,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s).  Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act.  If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT Z

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Tuesday, October 20, 2020 10:08 AM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Tyler Heath; Clendenin, Stephanie@DSH-S; Price, Stirling@DSH-S |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham; Dan Potter |
| **Subject:** | DSH Coleman COVID-19 Task Force Reports for 10-19-20 |
| **Attachments:** | DSH Coleman COVID-19 Task Force Progress Report - 10-19-2020.pdf; DSH Coleman COVID-19 Progress Report summary table 10-16-2020.pdf; 1 Coleman Patient Census and Waitlist Report 10-16-20.pdf; 2 Census by Unit Coleman 10-16-20.pdf; 3 Coleman Discharges 10-10-20 to 10-16-20.pdf; 4 OMD Admissions 10-10-20 to 10-16-20.pdf |

Hello All,
Sorry for the delay, please find attached the DSH reports for this week.  Thanks, Kris

# EXHIBIT AA

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Tuesday, June 9, 2020 8:59 AM |
| **To:** | Melissa Bentz; Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Stafford, Carrie@CDCR; Dillon Hockerson; CDCR OLA Master Class Action Calendar; Laura Ceballos; Williams, Travis@CDCR; McGill, Lucinda@CDCR; Ed Swanson; Warburton, Katherine@DSH-S; White, Lourdes E@CDCR; Tharratt, Steven@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sharen Barboza; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Clendenin, Stephanie@DSH-S; Ryan, Amanda@CDCR; Tyler Heath; Callahan, Charles@CDCR; Price, Stirling@DSH-S |
| **Subject:** | Task Force Meeting DSH Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 6-5-2020.pdf; 2 Census by Unit Coleman Units 6-5-20.pdf; 3 Coleman Discharges 5-31-20 to 6-6-20.pdf; 4 OMD Admissions 5-31-20 to 6-6-20.pdf |

Good Morning, All:

Please find attached the Department of State Hospital reports for the Task Force Meeting this afternoon.

Best,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

# EXHIBIT BB

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, June 29, 2020 7:03 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham |
| **Subject:** | DSH COVID-19 Task Force Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 6-26-2020.pdf; 2 Census by Unit Coleman 6-26-20.pdf; 3 Coleman Discharges 6-21-20 to 6-27-20.pdf; 4 OMD Admissions 6-21-20 to 6-27-20.pdf |

Hello All,
Please find attached the DSH reports for this week's task force meeting.  The progress report will be forthcoming.  Thanks, Kris

# EXHIBIT CC

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, June 15, 2020 4:22 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; 'Kyle Lewis'; Elise Thorn; 'Lucas Hennes'; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sofia Millham; Sharen Barboza |
| **Subject:** | Task Force Meeting DSH Reports for 6-15-20 |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 6-12-2020.pdf; 3 Coleman Discharges 6-7-20 to 6-13-20.pdf; 4 OMD Admissions 6-7-20 to 6-13-20.pdf; 2_April Net Bed Capacity_Data as of 4-1-20 (002).pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello All,
Please find attached the Department of State Hospital reports for tomorrow's meeting. The progress report will be forthcoming. Thanks, Kris

Kristopher Kent
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Rm 433
Sacramento, CA 95814
**Work Mobile**: (916) 584-2248 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***
**Email**: Kristopher.Kent@dsh.ca.gov
**Web:** http://www.dsh.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. DO NOT DISCLOSE THIS EMAIL TO OTHERS. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT DD

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, August 24, 2020 5:48 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham; Dan Potter |
| **Subject:** | DSH Coleman COVID-19 Task Force Reports for 8-24-20 |
| **Attachments:** | DSH Coleman COVID-19 Progress Report - 8-24-2020.pdf; DSH Coleman COVID-19 Progress Report Summary Table_8-24-2020.pdf; 1 Coleman Patient Census and Waitlist Report 8-21-20.pdf; 2 Census by Unit Coleman 8-21-20.pdf; 3 Coleman Discharges 8-15-20 to 8-21-20.pdf; 4_OMD Admissions 8-15-20 to 8-21-20.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello All,
Please find attached the DSH reports for this week. Thanks, Kris

Kristopher Kent
Assistant Chief Counsel (A)
Department of State Hospitals
Legal Division
1600 9th Street, Rm 433
Sacramento, CA 95814
**Work Mobile**: (916) 584-2248 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***
**Email**: Kristopher.Kent@dsh.ca.gov
**Web:** http://www.dsh.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. DO NOT DISCLOSE THIS EMAIL TO OTHERS.  It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT EE

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, September 21, 2020 8:46 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham; Dan Potter |
| **Subject:** | DSH Coleman COVID-19 Task Force Reports 9-21-20 |
| **Attachments:** | DSH Coleman COVID-19 Task Force Progress Report - 9-21-2020.pdf; Draft-DSH Coleman Progress Report Summary Table_9-21-2020.pdf; 1 Coleman Patient Census and Waitlist Report 9-18-20.pdf; 2 Census by Unit Coleman 9-18-20.pdf; 3 Coleman Discharges 9-12-20 to 9-18-20.pdf; 4 OMD Admissions 9-12-20 to 9-18-20.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello All,
Please find attached the DSH reports for this week. Thanks, Kris

# EXHIBIT FF

**Heather Gans**

| | |
|---|---|
| **From:** | Michael W. Bien |
| **Sent:** | Friday, April 17, 2020 5:17 PM |
| **To:** | Coleman Team - RBG Only |
| **Subject:** | FW: Coleman: DSH discovery requests pursuant to April 10, 2020 Order, ECF 6600 [IWOV-DMS.FID6429] |
| **Attachments:** | 4.17.20 Response to Plaintiffs' Req Answers to Interrogatories to DSH.pdf |

---

**From:** Elise Thorn
**Sent:** Friday, April 17, 2020 5:16:04 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Tyler Heath; Jessica Winter; Christine.Ciccotti@dsh.ca.gov; Antonia.Raddatz@dsh.ca.gov; Kristopher.Kent@dsh.ca.gov; Kyle Lewis; Adriano Hrvatin; Lucas Hennes; Damon McClain
**Cc:** Michael W. Bien; Steve Fama; Donald Specter; Amy Xu; Coleman Special Master Team; jerome.hessick@cdcr.ca.gov; Nick Weber; Melissa Bentz; Dillon.Hockerson@cdcr.ca.gov; RSilberfeld@RobinsKaplan.com; GDanas@RobinsKaplan.com; Lisa Ells; Cara Trapani
**Subject:** RE: Coleman: DSH discovery requests pursuant to April 10, 2020 Order, ECF 6600 [IWOV-DMS.FID6429]

Jessica,

Attached is Defendants' Response to Plaintiffs' Request for Answers to Interrogatories to the Department of State Hospitals.

Sincerely,

Elise Thorn

---

**From:** Tyler Heath
**Sent:** Friday, April 17, 2020 5:04 PM
**To:** Jessica Winter <JWinter@rbgg.com>; Christine.Ciccotti@dsh.ca.gov; Sean.Rashkis@dsh.ca.gov; Antonia.Raddatz@dsh.ca.gov; Kristopher.Kent@dsh.ca.gov; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>
**Cc:** Michael W. Bien <MBien@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Donald Specter <dspecter@prisonlaw.com>; Amy Xu <AXu@rbgg.com>; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; jerome.hessick@cdcr.ca.gov; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Dillon.Hockerson@cdcr.ca.gov; RSilberfeld@RobinsKaplan.com; GDanas@RobinsKaplan.com; 'Lisa Ells (LElls@rbgg.com)' <LElls@rbgg.com>; Cara Trapani <CTrapani@rbgg.com>
**Subject:** RE: Coleman: DSH discovery requests pursuant to April 10, 2020 Order, ECF 6600 [IWOV-DMS.FID6429]

Dear Jessica,

Attached to this email are Defendants' responses to the requests for production. Due to the stay-at-home order we are serving them via email. Also, the set of produced documents was too large to send via email so we are providing it via FTP. To access the documents you must use Filezilla. The FTP information is as follows:

Account Name: 
IP:
Password:

Port: 22

The interrogatory responses will be sent by separate email. Please let me know if you have any issue downloading the documents.

Respectfully,

Tyler Heath

---

**From:** Jessica Winter <JWinter@rbgg.com>
**Sent:** Monday, April 13, 2020 4:11 PM
**To:** Christine.Ciccotti@dsh.ca.gov; Sean.Rashkis@dsh.ca.gov; Antonia.Raddatz@dsh.ca.gov; Kristopher.Kent@dsh.ca.gov; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Donald Specter <dspecter@prisonlaw.com>; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; jerome.hessick@cdcr.ca.gov; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Dillon.Hockerson@cdcr.ca.gov; RSilberfeld@RobinsKaplan.com; GDanas@RobinsKaplan.com
**Subject:** Coleman: DSH discovery requests pursuant to April 10, 2020 Order, ECF 6600 [IWOV-DMS.FID6429]

Dear all,

The Court's order issued on April 10, 2020, ECF No. 6600, authorized Plaintiffs to conduct limited expedited discovery to be completed by 5:00 PM on Friday, April 17, 2020. Pursuant to that order, Plaintiffs are serving our first set of Document Requests and Interrogatories to Defendant Stephanie Clendenin, Director of the Department of State Hospitals. Due to the expedited timeline, Plaintiffs request that Defendants provide any written objections by 12:00 PM (noon) PST on Wednesday, April 15, 2020, and produce all requested discovery by 12:00 PM (noon) PST on Thursday, April 16, 2020.

Plaintiffs are serving these requests by email only due to the local shelter in place order. Given the expedited timeline, please let us know immediately if you have questions or would like to meet and confer about these requests.

Best,

Jessica Winter



**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile
jwinter@rbgg.com

CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT GG

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Elise Thorn <Elise.Thorn@doj.ca.gov> |
| **Sent:** | Friday, May 1, 2020 6:57 PM |
| **To:** | Jessica Winter; Coleman Team   RBG Only |
| **Cc:** | Coleman Team   RBG Only; Steve Fama; Tyler Heath; kyle.lewis@doj.ca.gov; lucas.hennes@doj.ca.gov; kristopher.kent@dsh.ca.gov; antonina.raddatz@dsh.ca.gov; christine.ciccotti@dsh.ca.gov; adriano.hrvatin@doj.ca.gov |
| **Subject:** | Coleman   Production of Documents from Department of State Hospitals |

Dear Jessica,

Attached are documents produced as part of Defendants' supplemental responses to Plaintiffs' discovery requests, including the emergency plans for DSH-Napa and DSH-Metropolitan, Bates range DSH Resp. 4.10.20 Order - 813 to 1491.

Elise

---

# The following files have been sent using FileXchange and can be downloaded by using the link below:

| Filename | Size | Checksum (SHA256) |
|---|---|---|
| Supplemental Documents for Production - 2x.pdf | 109 MB | 1a697175b41593986cca9af51332e5f287414a6e852ed3b101ca10738d43fe7b |

Please click on the following link to download the attachments

██████████████████████████████████████████

This email or download link can be forwarded to anyone.

The attachments are available until: **Wednesday, 13 May.**

Message ID: ███████████████████

[Download Files]



https://FX.doj.ca.gov

# EXHIBIT HH

| From: | Michael W. Bien |
| --- | --- |
| To: | Coleman Team _ RBG Only |
| Subject: | FW: Coleman v. Newsom: Updated Responses to Plaintiffs" Reqs. for Prod. from DSH |
| Date: | Thursday, June 11, 2020 6:43:12 PM |

**From:** Tyler Heath
**Sent:** Thursday, June 11, 2020 6:42:52 PM (UTC 08:00) Pacific Time (US & Canada)
**To:** Jessica Winter; Michael W. Bien; Lisa Ells; Steve Fama; Cara Trapani; Amy Xu
**Cc:** Elise Thorn; Melissa Bentz; Nick Weber; christine.ciccotti@dsh.ca.gov; kyle.lewis@doj.ca.gov;
adriano.hrvatin@doj.ca.gov; lucas.hennes@doj.ca.gov; Nina Raddatz; kristopher.kent@dsh.ca.gov;
catherine.hendon@dsh.ca.gov; ellen.bachman@dsh.ca.gov; Dillon Hockerson; Mohamedu Jones; Matt Lopes; Kerry F.
Walsh; Latricea McClendon Hunt; Kristina Hector; Rachel Gribbin; Angie Cooper
**Subject:** Coleman v. Newsom: Updated Responses to Plaintiffs' Reqs. for Prod. from DSH

Dear Amy,

Attached to this email you will find documents Bates numbered DSH Resp. 4.10.20 Order - 01492 to 01588.
These documents are responsive to Plaintiffs' First Set of Document Requests to Defendant Stephanie
Clendenin, Director of Department of State Hospitals and your June 2, 2020 email requesting Defendants
provide updated responses to Plaintiffs' Requests for Production. Defendants will produce additional
responsive documents as they become available.

Respectfully,

Tyler Heath

## The following files have been sent using FileXchange and can be downloaded by using the link below:

| Filename | Size | Checksum (SHA256) |
| --- | --- | --- |
| BATES NUMBER - Suppl. Responsive Documents to Pls Discovery Re June 25 Hearing.pdf | 29.8 MB | 0e58c6b58ee295ec39c39309db3dacc24155f6eaa1a415ebcad9f115761be0f0 |

Please click on the following link to download the attachments
████████████████████████████

This email or download link can not be forwarded to anyone else.

The attachments are available until: **Tuesday, 23 June.**

Message ID: ████████████████████

Download Files

https://FX.doj.ca.gov

# EXHIBIT II

| From: | Michael W. Bien |
| To: | Coleman Team - RBG Only |
| Subject: | FW: Coleman v. Newsom   June 22, 2020 Response to Plaintiffs" Requests For Production |
| Date: | Monday, June 22, 2020 5:04:48 PM |

**From:** Tyler Heath
**Sent:** Monday, June 22, 2020 5:04:31 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Jessica Winter; Amy Xu
**Cc:** Michael W. Bien; Lisa Ells; kyle.lewis@doj.ca.gov; Steve Fama; Elise Thorn; kristopher.kent@dsh.ca.gov; Nina Raddatz; christine.ciccotti@dsh.ca.gov; adriano.hrvatin@doj.ca.gov; Matt Lopes; Kerry F. Walsh; Melissa Bentz; Nick Weber; lucas.hennes@doj.ca.gov
**Subject:** Coleman v. Newsom - June 22, 2020 Response to Plaintiffs' Requests For Production

Dear Jessica and Amy,

Per my earlier email, please find documents responsive to Plaintiffs' requests for production.  They are attached as a liquid file.

Respectfully,

Tyler Heath

# The following files have been sent using FileXchange and can be downloaded by using the link below:

| Filename | Size | Checksum (SHA256) |
|---|---|---|
| BATES LABELED JUNE 22 Documents for produciton.pdf | 4.76 MB | 49a70510f95490ec04cee83ac8587c8dd1b4f2799d705ab23184c8cdd1d94f20 |

Please click on the following link to download the attachments:
████████████████████████████

This email or download link can not be forwarded to anyone else.

The attachments are available until: **Saturday, 4 July.**

Message ID: ████████████████████

**Download Files**

https://FX.doj.ca.gov

# EXHIBIT JJ

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Elise Thorn <Elise.Thorn@doj.ca.gov> |
| **Sent:** | Wednesday, July 22, 2020 5:54 PM |
| **To:** | Amy Xu; Jessica Winter; Coleman Team - RBG Only; Steve Fama |
| **Cc:** | Karen Jeffers; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov); Nina Raddatz; Kris Kent; Adriano Hrvatin; Damon McClain; Elise Thorn; Kyle Lewis; Lucas Hennes; Tyler Heath |
| **Subject:** | Coleman - DSH Supplemental Discovery Responses |
| **Attachments:** | DSH 7.22.20 Suppl Resp to Rogs.pdf; DSH 7.22.20 Suppl Response to RFP.pdf; DSH 7.22.20 POD.pdf |

Dear Amy and Jessica,

Attached are DSH's supplemental discovery responses as required under the parties' June 23, 2020 stipulation.

Sincerely,

Elise

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-7318 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT KK

| From: | Tyler Heath |
|---|---|
| To: | Elise Thorn; Amy Xu; Jessica Winter; Coleman Team - RBG Only; Steve Fama |
| Cc: | Karen Jeffers; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov); Nina Raddatz; Kris Kent; Adriano Hrvatin; Damon McClain; Kyle Lewis; Lucas Hennes; Anthony Tartaglio |
| Subject: | RE: Coleman - DSH Supplemental Discovery Responses |
| Date: | Monday, August 24, 2020 8:22:08 PM |
| Attachments: | DSH Fourth Suppl Resp to Rogs.pdf |
|  | DSH Fourth Suppl Response to RFP.pdf |

Dear Amy and Jessica,

Attached are DSH's fourth supplemental discovery responses as required under the June 23, 2020 stipulation and order.

Respectfully,

Tyler Heath

---

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Wednesday, July 22, 2020 5:54 PM
**To:** Amy Xu <AXu@rbgg.com>; Jessica Winter (JWinter@rbgg.com) <JWinter@rbgg.com>; Coleman Plaintiffs Counsel-RBGG <ColemanTeam-RBGOnly@rbgg.com>; 'sfama@prisonlaw.com' <sfama@prisonlaw.com>
**Cc:** Karen Jeffers <Karen.Jeffers@doj.ca.gov>; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; Kris Kent <Kristopher.Kent@dsh.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** Coleman - DSH Supplemental Discovery Responses

Dear Amy and Jessica,

Attached are DSH's supplemental discovery responses as required under the parties' June 23, 2020 stipulation.

Sincerely,

Elise

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-7318 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate

applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT LL

**Heather Gans**

| | |
|---|---|
| **From:** | Amy Xu |
| **Sent:** | Tuesday, September 22, 2020 5:06 PM |
| **To:** | Coleman Team - RBG Only; Steve Fama |
| **Subject:** | FW: Coleman - Defendants' Supplemental Discovery Responses to Discovery Requests to Department of State Hospitals |
| **Attachments:** | Defs. Fifth Suppl Resp to Rogs 9.22.2020.pdf; Defs. Fifth Suppl Response to RFP.pdf; 9.22.20 Production_1815-1875).pdf |

---

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Tuesday, September 22, 2020 5:03 PM
**To:** Amy Xu <AXu@rbgg.com>; Jessica Winter <JWinter@rbgg.com>
**Cc:** Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; Kris Kent <Kristopher.Kent@dsh.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Paul B. Mello (Pmello@hansonbridgett.com) <Pmello@hansonbridgett.com>; Samantha Wolff (SWolff@hansonbridgett.com) <SWolff@hansonbridgett.com>; Ambra S. Jackson <AJackson@hansonbridgett.com>; RSilberfeld@RobinsKaplan.com; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** Coleman - Defendants' Supplemental Discovery Responses to Discovery Requests to Department of State Hospitals

Dear Amy and Jessica:

Attached are Defendants' supplemental discovery responses to Plaintiffs' First Set of Interrogatories and First Set of Document Requests to Stephanie Clendenin, Director of the Department of State Hospitals.

Sincerely,

Elise Thorn

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-7318 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT MM

## Emma Cook

| | |
|---|---|
| **From:** | Amy Xu |
| **Sent:** | Friday, October 23, 2020 7:56 AM |
| **To:** | Coleman Team - RBG Only; Steve Fama |
| **Subject:** | FW: Coleman - Defendants' Supplemental Discovery Responses |
| **Attachments:** | Sixth Suppl Resp to Rogs.pdf; Sixth Suppl Response to RFP.pdf; Sixth Suppl. Production - DSH Resp. 4.10.20 Order - 1876-1895.pdf |

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Thursday, October 22, 2020 7:26 PM
**To:** Amy Xu <AXu@rbgg.com>; Jessica Winter <JWinter@rbgg.com>
**Cc:** Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; Kris Kent <Kristopher.Kent@dsh.ca.gov>; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Dillon Hockerson <Dillon.Hockerson@cdcr.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** Coleman - Defendants' Supplemental Discovery Responses

Dear Amy and Jessica,

Attached are Defendants' sixth supplemental responses to Plaintiffs' discovery requests.

Sincerely,

Elise

Elise Owens Thorn | Deputy Attorney General | California Department of Justice
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-7318 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT NN

**Emma Cook**

| | |
|---|---|
| **From:** | Ciccotti, Christine@DSH-S <Christine.Ciccotti@dsh.ca.gov> |
| **Sent:** | Wednesday, April 15, 2020 8:45 PM |
| **To:** | Melissa Bentz; 'Kyle Lewis'; 'Adriano Hrvatin'; 'Nasstaran Tara Ruhparwar'; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Kent, Kristopher@DSH-S; Raddatz, Antonina@DSH-S; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Elise Thorn; 'Lucas Hennes'; Ed Swanson; 'Silberfeld, Roman M.'; Flores, Marcie@CDCR; Fouch, Adam@CDCR; Lorey, Dawn@CDCR; Coleman Team - RBG Only; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; 'James DeGroot'; 'Jeffrey Metzner'; Joseph Sorah; Kahlil Johnson; Karen Rea-Williams; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; 'Lana Lopez'; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; Stafford, Carrie@CDCR; Hockerson, Dillon@CDCR; Laura Ceballos; Williams, Travis@CDCR; McGill, Lucinda@CDCR; 'Ed Swanson'; Warburton, Katherine@DSH-S; 'sarah.brattin@doj.ca.gov'; Clendenin, Stephanie@DSH-S |
| **Subject:** | DSH Expiration of Suspension of Coleman Patient Admissions and Replacement Transfer Protocol |
| **Attachments:** | DSH Director Letter Regarding Start of Coleman Transfer - Signed.pdf; COVID Temporary Guidelines Transfer to DSH Inpatient Care FINAL 4.15.20.pdf |

Good Evening,

As discussed on today's *Coleman* COVID task force, DSH's initial suspension of admission and discharge of *Coleman* patients expired today. DSH has lifted the suspension and instead will be resuming transfers of *Coleman* patients in to DSH pursuant to the attached directive and protocols that were negotiated with CDCR.

We remain open to further negotiations on these protocols, and if we modify the protocols with the input from the Special Master's team and the Plaintiffs' counsel in the coming days, we can instead utilize whatever we agree to. However, we must move forward with some replacement for the suspension today.

We also intend to extend for an additional 30 days the suspension of admissions of all other currently suspended patient commitments.

Best,

Christine

Christine M. Ciccotti
Chief Counsel/Deputy Director
Legal Division
Department of State Hospitals
1600 9th Street

Sacramento, CA
Office: (916) 651-5676
Christine.Ciccotti@dsh.ca.gov

# EXHIBIT OO

**Rebecca (Becky) Berman**

---

| | |
|---|---|
| **From:** | Steve Fama |
| **Sent:** | Tuesday, March 17, 2020 9:41 AM |
| **To:** | Coleman Team - RBG Only |
| **Subject:** | FW: DSH Suspension of Coleman Patient Admissions |
| **Attachments:** | DSH DIrector Letter re Suspension of Coleman Admissions.pdf |

Here's the letter.

**From:** Ciccotti, Christine@DSH-S [mailto:Christine.Ciccotti@dsh.ca.gov]
**Sent:** Tuesday, March 17, 2020 9:06 AM
**To:** Walsh Kerry F. <Kwalsh@pldolaw.com>; Michael W. Bien <MBien@rbgg.com>; Steven Fama <sfama@prisonlaw.com>; Lisa Ells <LElls@rbgg.com>; Bentz, Melissa@cdcr.ca.gov <Melissa.Bentz@cdcr.ca.gov>; Barretto, Jennifer@CDCR <Jennifer.Barretto@cdcr.ca.gov>; Fouch, Adam@CDCR <Adam.Fouch@cdcr.ca.gov>; Lorey, Dawn@CDCR <Dawn.Lorey@cdcr.ca.gov>; Price, Rodney@CDCR <Rodney.Price@cdcr.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Hessick, Jerome@CDCR <Jerome.Hessick@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Elise.Thorn@doj.ca.gov; Tyler.Heath <Tyler.Heath@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; Bick, Joseph@CDCR <Joseph.Bick@cdcr.ca.gov>; Ponciano, Angela@CDCR <Angela.Ponciano@cdcr.ca.gov>; Ceballos, Laura@CDCR <Laura.Ceballos@cdcr.ca.gov>; Lopes Matthew <mlopes@pldlaw.com>; Mohamedu Jones (mjones@pldlaw.com) <mjones@pldlaw.com>
**Cc:** Hendon, Catherine@DSH-S <catherine.hendon@dsh.ca.gov>; Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov>; Clendenin, Stephanie@DSH-S <Stephanie.Clendenin@dsh.ca.gov>; Price, Stirling@DSH-S <Stirling.Price@dsh.ca.gov>; Hendon, Catherine@DSH-S <catherine.hendon@dsh.ca.gov>
**Subject:** DSH Suspension of Coleman Patient Admissions

Good Morning,

Attached please find a directive issued by the DSH Director suspending admission of *Coleman* patients to DSH facilities for 30 days, at which time the need will be reassessed. *Coleman* patients currently in DSH's custody also will not be discharged until DSH rescinds the suspension of *Coleman* patient admissions, unless an emergency discharge is required for patients who cannot be safely maintained in DSH's unlocked dorm setting, or for those with parole dates in the next 30 days.

Thank you,

Christine

Christine M. Ciccotti
Chief Counsel/Deputy Director
Legal Division
Department of State Hospitals
1600 9th Street
Sacramento, CA
Office: (916) 651-5676
Christine.Ciccotti@dsh.ca.gov

# EXHIBIT PP

**Emma Cook**

| | |
|---|---|
| **From:** | Saich, Lara@CDCR <Lara.Saich@cdcr.ca.gov> |
| **Sent:** | Wednesday, October 7, 2020 5:24 PM |
| **To:** | Adriano.Hrvatin@doj.ca.gov; Alison Hardy; damon.mcclain@doj.ca.gov; Donald Specter; Elise Thorn; Espenshade, Matt (OIG); Iram.Hasan@doj.ca.gov; John.Walters@doj.ca.gov; kkadotani@hansonbridgett.com; Kerry F. Walsh; Kyle.Lewis@doj.ca.gov; Lucas.Hennes@doj.ca.gov; Michael W. Bien; mdodd@fddcm.com; Mohamedu Jones; Matt Lopes; nasstaran.ruhparwar@doj.ca.gov; Paul B. Mello; Rana Anabtawi; Ryan.Gille@doj.ca.gov; Samantha Wolff; Sara Norman; Scofield, Bryant; Sophie Hart; Stafford, Carrie@CDCR; Steve Fama; Tebrock, Katherine; Tyler Heath |
| **Cc:** | DeAnna M. Gouldy; Barrow, Roscoe@CDCR |
| **Subject:** | FW: CDCR/CCHCS COVID-19 Update |
| **Attachments:** | Daily Closed Movement Report.pdf; Memo from the DOC -COVID Transfer Registry 20201005.pdf; DOC Memo - COVID Transfer Registry Attachment I 20201005.pdf |

FYI below and attached.  Thanks!

**Lara Saich**
**Deputy Director**
**Policy and Risk Management Services**

916-691-3704 Office
916-862-0700 iPhone
Lara.Saich@cdcr.ca.gov

  CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

E-MAIL DISCLAIMER:  Please note that the information contained in this message may be privileged and confidential, protected from disclosure, and/or intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, distribution, copying or other dissemination of this communication is strictly prohibited. If you received this communication in error, please immediately reply to the sender, delete the message, and destroy all copies of it.

**From:** CDCR CCHCS COVID-19 <m_COVID19@cdcr.ca.gov>
**Sent:** Wednesday, October 7, 2020 4:46 PM
**Subject:** CDCR/CCHCS COVID-19 Update

# October 7, 2020, Update

*(para español, haga clic aquí. Las traducciones al español se proporcionan dentro de las 24 horas de una actualización)*

- o **TOTAL POPULATION:** As of Oct. 6th , there are 92,622 incarcerated persons in California's prisons – a reduction of 21,696 since March 12, 2020.

- o **POPULATION CASES:** There are 1,602 incarcerated persons with active cases of COVID-19 statewide. To view more detailed case and testing information, see the CDCR and CCHCS Patient Testing Tracker.
- o **HOSPITALIZATION:** There are currently 35 incarcerated persons receiving medical care at outside health care facilities across the state.
- o **STAFF CASES:** There are currently 963 active CDCR/CCHCS employee COVID-19 cases statewide (3,822 cumulative; 2,859 returned to work). See the CDCR/CCHCS COVID-19 Employee Status webpage for a breakdown by location.
- o **UPDATES:**
  - ➢ **INFLUENZA EDUCATION**: This year, CDCR and CCHCS are increasing communications efforts regarding the importance of receiving an influenza vaccination during the pandemic. These communications are geared towards both staff and the population, which kicked off with educational posters being shipped to the institution. Additional communications, videos, Center for Disease Control content and more will be provided as part of this campaign. Highlights of this information will also be shared with the public on our website coming soon. Posters: Flu vs. COVID symptoms; Pros and Cons of the influenza vaccine (population); Pros and Cons of the influenza vaccine (staff).

# EXHIBIT QQ

```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
 2                              --oOo--

 3   RALPH COLEMAN, ET AL,       ) Docket No. 90-CV-520
                                 ) Sacramento, California
 4                 Plaintiffs,   ) October 23, 2020
                                 ) 9:24 a.m.
 5          v.                   )
                                 )
 6   GAVIN NEWSOM, ET AL.,       ) Re: Evidentiary Hearing
                                 )
 7                 Defendants.   )

 8                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE KIMBERLY J. MUELLER
 9                  UNITED STATES DISTRICT JUDGE

10   APPEARANCES (Via Zoom):

11   For the Plaintiffs:     ROSEN BIEN GALVAN & GRUNFELD, LLP by
                             MR. ERNEST GALVAN
12                           MR. MICHAEL BIEN
                             MS. LISA ADRIENNE ELLS
13                           MR. THOMAS NOLAN
                             50 Fremont Street, 19th Floor
14                           San Francisco, CA 94105

15                           MS. JESSICA WINTER
                             MS. AMY XU
16                           101 Mission Street, Sixth Floor
                             San Francisco, CA 94105
17
            (Appearances continued next page.)
18
                     JENNIFER COULTHARD, RMR, CRR
19                      Official Court Reporter
                        501 I Street, Suite 4-200
20                       Sacramento, CA 95814
                        jenrmrcrr2@gmail.com
21                          (530)537-9312

22          Mechanical Steno - Computer-Aided Transcription

23

24

25
```

```
 1   APPEARANCES (Via Zoom Cont'd)

 2   For the Defendant:       OFFICE OF THE ATTORNEY GENERAL by
                              MR. KYLE ANTHONY LEWIS
 3                            MR. ADRIANO HRVATIN
                              MS. ELISE THORN
 4                            MS. MONICA ANDERSON
                              MS. NAMRATA KOTWANI
 5                            455 Golden Gate Avenue, Suite 11000
                              San Francisco, CA 94102
 6
                              OFFICE OF THE ATTORNEY GENERAL by
 7                            MR. LUCAS L. HENNES
                              1300 I Street, Suite 125
 8                            Sacramento, CA 94244

 9
     Also Present:           MATTHEW LOPES
10                           Special Master
                             HAVEN GRACEY
11                           Law Clerk for Chief Judge Mueller

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          THE COURT:  All right.  Exhibit 22 will be displayed.

2     BY MR. HENNES:

3     Q   Dr. Warburton, do you recognize this document?

4     A   Yes.  That's one of the iterations of our transfer

5     guidelines.

6     Q   And is it a true and accurate copy of these guidelines that

7     were created by the small workgroup and provided to all the

8     parties?

9     A   It appears to be.

10         MR. HENNES:  Your Honor, the defendants would like to

11     offer this into evidence.

12         THE COURT:  Any objection?

13         MS. ELLS:  No.

14         THE COURT:  All right.  Exhibit 22 is admitted.

15     (Defendants' Exhibit 22 admitted in evidence.)

16     BY MR. HENNES:

17     Q   Dr. Warburton, I'd like to call your attention to the first

18     page of this Exhibit 22 marked letter n.  That discusses

19     referrals from closed institutions.  Do you see that part?

20     A   Yes.  That's the portion we added into this iteration when

21     the institutions on CDCR's side started closing.

22     Q   Are you familiar with the reasons why CDCR institutions

23     might close?

24     A   Yes.  I think they had a large-scale problem with

25     widespread transmission.  And while I'm not privy to all the

 1    Ms. Winter originally posed, Dr. Mehta?

 2           THE WITNESS:  I apologize.  If she could restate it,

 3    please.

 4    BY MS. WINTER:

 5    Q   Yeah.  My point is just going back to this original

 6    discussion we had about the COVID dashboard and what it's meant

 7    to do, does the COVID dashboard actually report on all of the

 8    patients who are waiting to transfer to an inpatient bed,

 9    including those waiting to transfer to a less restrictive

10    setting like DSH?

11    A   Yes.  If you say another inpatient bed, I would agree with

12    that statement, yes.

13    Q   The COVID dashboard does report all of those -- all of the

14    patients who are waiting to move to another inpatient bed?

15    A   Sorry.  No.  No.  So I apologize.  I got that confused.  So

16    right.  If I could just say I see what you're saying and I

17    understand that the patients who are awaiting transfer to an

18    LRH are not represented in the dashboard according to this

19    discussion here, yes.

20    Q   Okay.  Thank you.

21           MS. WINTER:  Your Honor, I'm going to stop at this

22    point, but I do actually -- I would like to move Exhibit 95

23    into evidence.

24           THE COURT:  And that's P95?

25           MS. WINTER:  P95, yes.  Plaintiffs' 95.

Dr. Mehta - Redirect by Lewis

1          THE COURT:  Any objection, Mr. Lewis?

2          MR. LEWIS:  I'm looking at it now, Your Honor.  No

3     objection, Your Honor.

4          THE COURT:  All right.  P95 is admitted.  Further

5     questions of this witness, Mr. Lewis?

6          MR. LEWIS:  Yes, Your Honor.  Very briefly.

7                         REDIRECT EXAMINATION

8     BY MR. LEWIS:

9     Q    Dr. Mehta, plaintiffs were involved in the creation of the

10    COVID-19 dashboard, weren't they?

11    A    Yeah.  There was a presentation, a demo that we did.  We

12    went through each of the business rules that were associated

13    with all of the different indicators.

14         And I would just say that the dashboard, like all of our

15    documents, are works in progress.  We have indicators that are

16    currently being tested and validated.  We have indicators where

17    we're correcting bugs and things like that.  No system is

18    perfect, but we are constantly looking at improving it and

19    adding functionality.

20    Q    And when patients -- when -- if it's something that can

21    always be improved, these are the kinds of things that you

22    could bring up in the task force and improvements could be made

23    based from that, right?

24    A    Yeah.  Most, if not many -- I mean many if not most of the

25    improvements are suggested in task forces and workgroups, yeah.

1      MR. LEWIS:  All right.  Your Honor, I would move to

2  enter at this time Defense Exhibits 9, 10, 12, 22 and

3  Plaintiffs' 101 into evidence.

4      THE COURT:  I think 22 is already in.

5      MR. LEWIS:  Yes, Your Honor.  I wasn't sure if it had

6  been entered, but belt and suspenders there.

7      THE COURT:  Yeah.  D22 has been admitted, but D9, 10,

8  12 and Plaintiffs' 101, any objection, Ms. Winter?  You're

9  muted.

10      MS. WINTER:  Sorry.  No objection, Your Honor.

11      THE COURT:  All right.  Those exhibits are admitted,

12  D9, D10, D12 and P101.

13      (Defendants' Exhibits 9, 10, 12 admitted in evidence.)

14      (Plaintiffs' Exhibit 101 admitted in evidence.)

15      THE COURT:  Does that conclude your --

16      MR. LEWIS:  No further direct questions, Your Honor.

17      THE COURT:  All right.  Ms. Winter?

18      MS. WINTER:  Thank you, Your Honor.  And if you could

19  let me know when I'm approaching 30 minutes, I would be

20  grateful.

21      THE COURT:  All right.  Will do.

22                    CROSS-EXAMINATION

23  BY MS. WINTER:

24  Q   Hi, Dr. Mehta.  I'm finding you on my screen.  Let's see.

25  So you are the deputy director of mental health services for

1          MR. LEWIS:  Your Honor, at this time I would move to

2     enter Defendants' Exhibits 32 and 43 into evidence.

3          THE COURT:  Any objection, Mr. Galvan?

4          MR. GALVAN:  No objection, Your Honor.

5          THE COURT:  All right.  D32 and D43 are admitted.

6     (Defendants' Exhibits 32 and 43 admitted in evidence.)

7          MR. LEWIS:  Yes, Your Honor.

8          THE COURT:  That concludes your questioning,

9     Mr. Lewis?

10          MR. LEWIS:  Direct, yes.

11          THE COURT:  All right.  Mr. Galvan, you may proceed.

12          MR. GALVAN:  Thank you, Your Honor.

13                         CROSS-EXAMINATION

14     BY MR. GALVAN:

15     Q    Good afternoon, Dr. Bick.

16     A    Good afternoon.

17     Q    What's the criteria for closing an institution to movement

18     now?

19     A    That's an interesting question, and it's evolving.  We have

20     been closing institutions when there are three or more cases

21     among patients at an institution.  But now over the last

22     several weeks what we're trying to do is to refine that so that

23     the entire institution isn't closed but just those areas that

24     are actively involved in the outbreak.

25     Q    And when you say you're trying to refine it now, if I

1          MR. GALVAN:  At this time I'd like to move

2    Exhibit P056 into evidence.

3          THE COURT:  Any objection, Mr. Lewis?

4          MR. LEWIS:  No, Your Honor.

5          THE COURT:  All right.  P56 is admitted.  You're done

6    with your questions for now?

7       (Plaintiffs' Exhibit 56 admitted in evidence.)

8          MR. GALVAN:  No, Your Honor.  I'm sorry.  I was just

9    making sure I moved that in before I forgot about it.

10         THE COURT:  All right.  You may proceed.

11   BY MR. GALVAN:

12   Q    Thank you.  Dr. Bick, I'm now showing you Exhibit D15.  Are

13   you familiar with this document?

14   A    I'm still seeing the matrix on my screen.

15   Q    Ah.  Well, I better fix that.

16        Are you now seeing Exhibit D15?  It's -- I think mainly

17   you'll see a memo, a CCHCS memo.

18   A    Sorry.  I'm trying to expand it so that I can see it.

19   Q    Just try to make it bigger.

20   A    Yes.  I have it on my screen.  Unfortunately, it's a hand

21   phone and it's small.  So I'll lean into it so that I can see

22   it.

23         THE COURT:  Mr. Galvan, there's a question?

24   BY MR. GALVAN:

25   Q    Yell.

1    not qualified to offer.

2            THE COURT:  Granted.

3    BY MR. GALVAN:

4    Q   As a practical matter, it is correct you have never

5    required a negative COVID test before you move an OMD to DSH,

6    correct?

7    A   I didn't.  I guess that's correct.  It's an interesting way

8    because it suggests that we could require such a thing, but

9    you're correct.

10   Q   Thank you.  I'm going to just switch exhibits for a moment.

11           MR. GALVAN:  Oh.  Before I do that, I would like to

12   move D15 into evidence.

13           THE COURT:  Any objection, Mr. Lewis?

14           MR. LEWIS:  None, Your Honor.

15           THE COURT:  All right.  D15 is admitted.

16       (Defendants' Exhibit 15 admitted in evidence.)

17   BY MR. GALVAN:

18   Q   And now I'm going to switch to another exhibit.  And right

19   now you should see mostly a blank page, Dr. Bick, which is --

20   contains the sticker for P071-2.  And I'll scroll forward so we

21   can see what that actually is.  Oh, that's going to be hard to

22   see on a phone.  I'll zoom in on part of this, Dr. Bick, so

23   that it will make more sense.

24       Dr. Bick, are you aware of the practice of making transfer

25   lists from CDCR institutions during the pandemic?

1    that means.  Did you want me to do that?

2    Q   No, thank you.

3            MR. GALVAN:  I would like to move this document into

4    evidence, P97.

5            MR. LEWIS:  Objection.  Defendants object to this

6    document, Your Honor.  The witness has testified that he

7    doesn't even know what -- he would need more time to figure out

8    what this is.  There's actually no real question out here about

9    this document.  I would say this is irrelevant and should not

10   be coming in, Your Honor.

11           THE COURT:  Mr. Galvan?

12           MR. GALVAN:  Your Honor, the relevance of this

13   document goes to this balance that all the State's witnesses

14   have been talking about between the public health risk and the

15   mental health risk.  And the witness testified that one of the

16   factors in the balance is how much PPE, personal protective

17   equipment, do they have in the place where the prisoner is

18   coming from.  It's one of the things they consider.  And so

19   this is their report and we've stipulated to the authenticity

20   of their reports on how much PEE they have.  So to the extent

21   the Court needs to evaluate this -- the way they balance these

22   risks, this PPE inventory is quite relevant.

23           MR. LEWIS:  Your Honor, if I may.

24           THE COURT:  You may.  And just so I'm clear, is it

25   clear on what date this was created, Mr. Galvan?

1          MR. GALVAN:  It has on the left side, and I hope that

2     my whole screen is visible, dates -- "SAP entry date 3/31/2020

3     to 10/15/2020."

4          THE COURT:  So it's covering that time period is the

5     representation?

6          MR. GALVAN:  Yes, Your Honor.

7          THE COURT:  Mr. Lewis, your further comments?

8          MR. LEWIS:  Your Honor, I would point out that that is

9     plaintiffs' counsel's representation.  Plaintiffs' counsel is

10    not qualified to be the authenticator or describe this

11    document.  It's obvious the witness doesn't appear to be

12    either.  There's no foundation to bring this document in,

13    particularly when it has all of these numbers on it that would

14    be quite difficult to understand exactly.

15         Plaintiffs had an opportunity to call witnesses.  If

16    they made the mistake of not calling the right witness for this

17    document, it shouldn't come in.

18         MR. GALVAN:  Your Honor, if I may respond briefly.

19         THE COURT:  Briefly.  It may be it doesn't come in

20    now.

21         MR. GALVAN:  We tried to avoid this kind of argument

22    by sending over a stipulation as to documents, and I'm

23    surprised that counsel no longer wants to honor that

24    stipulation.

25         MR. LEWIS:  Your Honor, there's one thing --

Dr. Bick - Redirect by Lewis

1        THE COURT:  There's a stipulation you're saying

2   counsel did not agree to?

3        One at a time.  Wait for me, Mr. Lewis.

4        You proposed a stipulation but it wasn't agreed to?

5        MR. GALVAN:  No, Your Honor.  It was agreed to.  It

6   was entered into the record.  I could get the docket number.  I

7   signed it and Mr. Hennes signed it.

8        THE COURT:  So authenticity.

9        MR. LEWIS:  Not relevant, Your Honor.

10       THE COURT:  Well, if it's only relevance -- if it's

11  only relevance, I'm going to overrule that.  So I do have the

12  stipulation in front of me.  So overruled.  P97 comes in.

13     (Plaintiffs' Exhibit 97 admitted in evidence.)

14       MR. GALVAN:  Thank you, Your Honor.  That is my

15  cross-examination.

16       THE COURT:  Any further questions, Mr. Lewis?

17       MR. LEWIS:  Yes, Your Honor.  If I may just have a few

18  minutes to look at my notes.

19       And Dr. Bick, please bear with me.

20                   REDIRECT EXAMINATION

21  BY MR. LEWIS:

22  Q   Dr. Bick, you mentioned -- you talked about rapid tests and

23  you said they're not a general screening test; was that

24  correct?

25  A   Correct.  In most situations, correct.

Dr. Lauring - Direct by Ells

1    here in Michigan, also litigation with the State of Michigan

2    Department of Corrections, some individual cases and then will

3    also have been involved with the Plata v. Newsom litigation.

4    Q    Would you describe your role in the Plata litigation?

5    A    Sure.  Since early in the summer, I have worked with

6    plaintiffs' counsel to provide advice, you know, lend my

7    expertise and knowledge to help them understand the issues.

8         And then in July I was part of a team of public health

9    experts who the receiver convened to discuss at that time

10   issues with managing space availability for quarantine and

11   isolation within the correctional system.

12        And then since then I've also had additional conversations

13   and contacts with plaintiffs' counsel with respect to testing,

14   movement, and other matters related to the healthcare of

15   inmates in the California prison system.

16             MS. ELLS:  We would like to modify or to offer

17   Dr. Lauring today as an expert in infectious disease.

18             THE COURT:  Do you wish to voir dire, Ms. Thorn?

19             MS. THORN:  No, Your Honor.

20             THE COURT:  All right.  I'll allow Dr. Lauring to

21   state his opinion --

22             MS. ELLS:  And we'd like to offer -- I'm sorry.  I

23   didn't mean to interrupt you.

24             THE COURT:  -- within that field.

25             MS. ELLS:  Yes.  I'd like to offer his CV into

1    evidence.  It's Plaintiffs' 99.

2            THE COURT:  Any objection?

3            MS. ELLS:  No objection, Your Honor.

4            THE COURT:  All right.  Exhibit 99 is admitted.

5        (Plaintiffs' Exhibit 99 admitted in evidence.)

6    BY MS. ELLS:

7    Q    Dr. Lauring, I'd like to talk to you about your experience

8    in inpatient healthcare settings.  Are you familiar generally

9    with inpatient healthcare settings?

10   A    Yes.  In infectious disease we spend most of our clinical

11   work in inpatient settings.  So, since very early on in my

12   training, I've worked in a variety of inpatient settings and

13   that includes mainly hospitals, medical hospitals, but I also

14   routinely do consultation and see patients who are in inpatient

15   psychiatric units.  I've also taken care of incarcerated

16   patients in inpatient settings and incarcerated patients in

17   psychiatric units.

18   Q    Have you spent any part of your training or experience

19   specifically on inpatient psychiatric hospital settings beyond

20   what you've described?

21   A    Sure.  As a trainee, I spent time in a variety of

22   psychiatric hospital settings, including locked units.  People

23   were -- units where people were involuntarily committed and

24   held.  And then when I was a resident and fellow, I routinely

25   would see patients in the jail ward of San Francisco General

1   Health documents that you reviewed.  This one is marked

2   Plaintiffs' 103, and it's entitled "California Behavioral

3   Health Programs COVID-19 Mitigation Strategies, October 1,

4   2020."  Is this one of the documents you were referring to?

5   A   Yes, that is the document I was referring to.

6   Q   And then I'd also like to show you a second document.  This

7   one is marked as Plaintiffs' 107.  It's from -- it's hard to

8   read here, but on the right there's a symbol that says

9   California Department of Public Health.  It's dated June 27th,

10  2020, entitled "Subject:  Infection Mitigation in Behavioral

11  Health Facilities COVID-19 FAQs."  Is this another document

12  that you looked at?

13  A   I did look at that, yes.

14          MS. ELLS:  We'd move for Plaintiffs' Exhibits 103 and

15  107 into evidence.

16          THE COURT:  Any objection?

17          MS. ELLS:  I think you're muted, Elise.

18          MS. THORN:  Yeah.  I'm trying to find it.  No

19  objection, Your Honor.

20          THE COURT:  All right.  P103 and P107 are admitted.

21          MS. ELLS:  Thank you.

22      (Plaintiffs' Exhibits 103 and 107 admitted in evidence.)

23  BY MS. ELLS:

24  Q   Now, I believe you mentioned this, but in review of this

25  provision i here, did you say that -- or what is your opinion

1          MR. NOLAN:  Okay.  Thank you, Your Honor.

2    BY MR. NOLAN:

3    Q   Dr. Stewart, in your opinion, were all 55 of the

4    individuals whose information you reviewed suffering needlessly

5    due to the delay in sending them to the hospital?

6    A   Yes.

7    Q   In your opinion, is there any clinical reason not to

8    transfer these patients to the hospital right away?

9    A   Not that was apparent to me through my reviews.

10         MR. NOLAN:  Your Honor, I would like to offer his CV.

11   We did provide defendants two medical records that I was going

12   to use as an exhibit, but I really don't -- I think I'm kind of

13   short on time anyway.

14         MS. THORN:  I wouldn't object to this coming in.  The

15   CV, you know, we've had that for a long time.

16         MR. NOLAN:  Okay.

17         THE COURT:  P100 comes in.

18       (Plaintiffs' Exhibit 100 admitted in evidence.)

19         MR. NOLAN:  What about P102, the chart that

20   Dr. Stewart created?

21         MS. THORN:  Defendants object to the admission of

22   P102.  It's clear from the testimony that that was actually not

23   created by Dr. Stewart but created by someone within RBGG yet

24   to be determined, so I would say there's a lack of foundation

25   for this chart, and it shouldn't come in to evidence on that

1          THE CLERK:  Your Honor.

2          THE COURT:  -- on exhibits?

3          THE CLERK:  Dr. Mehta must have known that we were

4    trying to stop him because he's now in the waiting room.

5          THE COURT:  Do you want your last question,

6    Mr. Galvan?

7          MR. GALVAN:  Well, since he came back, yes.

8          THE COURT:  All right.  All right.  We'll bring him

9    back in.

10          Thank you, Ms. Schultz.  You wouldn't have had to do

11    that.

12          It turns out, Dr. Mehta, that Mr. Galvan has 30

13    seconds left and he's going to use it, wouldn't you know.

14          So Mr. Galvan.

15                    CROSS-EXAMINATION

16    BY MR. GALVAN:

17    Q    Dr. Mehta, when you testified about what's going on in the

18    PIPs, did you base that on your review of any patient records

19    of people in the PIPs now awaiting DSH care?

20    A    That was based on my discussion with clinicians and the

21    clinician supervisors out of the PIPs.

22    Q    So the answer is no, no patient records?

23    A    I did review the eleven records that were pointed out by

24    one of the witnesses earlier this week for us to review.

25          MR. GALVAN:  Thank you, Dr. Mehta.

1                    C E R T I F I C A T E

2

3        I certify that the foregoing is a true and correct

4    transcript of the record of proceedings in the above-entitled

5    matter.

6
     _/s/ JENNIFER L. COULTHARD_                November 2, 2020
7                                              DATE

8

9    JENNIFER L. COULTHARD, RMR, CRR
     Official Court Reporter
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT RR

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List

| EXH. ID | DESCRIPTION | OFFER ED | ADMIT TED | STIP? | OBJECTION[1] | RESPONSE |
|---------|-------------|----------|-----------|-------|--------------|----------|
| P-73 | June 2020 California Department of Public Health Guidance, California SARS-CoV-2 Pandemic Crisis Care Guidelines: Concept of Operations Health Care Facility Surge Operations and Crisis Care | At Close | | | Defendants object because Plaintiffs failed during the October 23, 2020 hearing to illicit witness testimony to establish a foundation for this exhibit and establish its relevance to the three factual issues presented by the Court's April 24 and May 7, 2020 orders. Defendants reserve their right to assert any other objection, including hearsay, but are prejudiced given Plaintiffs' failure to seek to have the exhibit properly admitted into evidence at the hearing. | |
| P-74 | 2017 CDCR/DSH MOU – Intermediate + Acute Inpatient Programs | At Close | | Yes | | |
| P-75 | Policy 12.11.2101(A) re Referral and Admission Procedures & Addendum | At Close | | Yes | | |

| From: | Kyle Lewis |
| --- | --- |
| To: | Ernest Galvan |
| Cc: | Lisa Ells; Michael W. Bien; Jessica Winter; Amy Xu; Greg Gonzalez; Thomas Nolan; Elise Thorn; Lucas Hennes; Adriano Hrvatin; Namrata Kotwani |
| Subject: | RE: Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429] |
| Date: | Friday, October 30, 2020 10:04:15 AM |
| Attachments: | Defendants" Response to Plaintiffs" Final Exhibit List.DOCX |
|  | Defs FINAL Exhibit List for 10.23.20 Hearing.pdf |

Ernie,

Attached are Defendant's comments on Plaintiffs' exhibit list, including a general statement concerning their objections.  I have also attached a copy of Defendants' exhibit list that we intend to file.

Defendants will be filing written objections to Plaintiffs' exhibits this afternoon, and propose that Plaintiffs can file a response to those objections by the end of the day on Monday.

Regards,
Kyle

Kyle A. Lewis
Office of the Attorney General
Department of Justice, State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
Telephone:  (415) 510-3585
Facsimile:  (415) 703-5843
E-mail:  Kyle.Lewis@doj.ca.gov

---

**From:** Kyle Lewis
**Sent:** Friday, October 30, 2020 9:01 AM
**To:** Ernest Galvan <EGalvan@rbgg.com>
**Cc:** Lisa Ells <LElls@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Jessica Winter <JWinter@rbgg.com>; Amy Xu <AXu@rbgg.com>; Greg Gonzalez <GGonzalez@rbgg.com>; Thomas Nolan <TNolan@rbgg.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>
**Subject:** Re: Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429]

Defendants' rebuttal, which would reserve five pages of the allotted briefing, would be due on Wednesday, November 18, as reflected in the stipulation.  With that, do we have a stipulation?

Defendants are planning to object to Plaintiffs' exhibits, and will provide a response to the exhibit list shortly.  We will also provide a copy of Defendants' exhibit list that we will be filing.

Kyle A. Lewis
Office of the Attorney General
Department of Justice, State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
Telephone:  (415) 510-3585
Facsimile:  (415) 703-5843
E-mail:  Kyle.Lewis@doj.ca.gov

**From:** Ernest Galvan <EGalvan@rbgg.com>
**Sent:** Friday, October 30, 2020 8:30:27 AM
**To:** Kyle Lewis
**Cc:** Lisa Ells; Michael W. Bien; Jessica Winter; Amy Xu; Greg Gonzalez; Thomas Nolan; Elise Thorn; Lucas Hennes; Adriano Hrvatin; Namrata Kotwani
**Subject:** RE: Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429]

When would your "rebuttal"  brief be due on this scheme?

Also, on the exhibit list, which is due today, are you objecting to any exhibits?

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** Kyle Lewis <Kyle.Lewis@doj.ca.gov>
**Sent:** Friday, October 30, 2020 7:57 AM
**To:** Ernest Galvan <EGalvan@rbgg.com>
**Cc:** Lisa Ells <LElls@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Jessica Winter <JWinter@rbgg.com>; Amy Xu <AXu@rbgg.com>; Greg Gonzalez <GGonzalez@rbgg.com>; Thomas

Nolan <TNolan@rbgg.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Lucas Hennes
<Lucas.Hennes@doj.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Namrata Kotwani
<Namrata.Kotwani@doj.ca.gov>
**Subject:** RE: Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v.
Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429]

Ernie,

Attached is a proposed stipulation and order setting the evidentiary hearing closing argument
briefing schedule.  As would be done in a trial or hearing setting, Defendants are reserving a portion
of their allotted argument for rebuttal.  Please let me know if the stipulation is acceptable, or if you
have any comments.

Regards,
Kyle

Kyle A. Lewis
Office of the Attorney General
Department of Justice, State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102
Telephone:  (415) 510-3585
Facsimile:  (415) 703-5843
E-mail:  Kyle.Lewis@doj.ca.gov

---

**From:** Kyle Lewis
**Sent:** Thursday, October 29, 2020 12:05 PM
**To:** 'Ernest Galvan' <EGalvan@rbgg.com>
**Cc:** Lisa Ells <LElls@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Jessica Winter
<JWinter@rbgg.com>; Amy Xu <AXu@rbgg.com>; Greg Gonzalez <GGonzalez@rbgg.com>; Thomas
Nolan <TNolan@rbgg.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Lucas Hennes
<Lucas.Hennes@doj.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Namrata Kotwani
<Namrata.Kotwani@doj.ca.gov>
**Subject:** RE: Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v.
Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429]

Thanks, Ernie.  I am working up a stipulation for the closing schedule now.

--Kyle

---

**From:** Ernest Galvan <EGalvan@rbgg.com>
**Sent:** Thursday, October 29, 2020 12:01 PM

**To:** Kyle Lewis <Kyle.Lewis@doj.ca.gov>
**Cc:** Lisa Ells <LElls@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Jessica Winter
<JWinter@rbgg.com>; Amy Xu <AXu@rbgg.com>; Greg Gonzalez <GGonzalez@rbgg.com>; Thomas
Nolan <TNolan@rbgg.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Lucas Hennes
<Lucas.Hennes@doj.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Namrata Kotwani
<Namrata.Kotwani@doj.ca.gov>
**Subject:** RE: Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v.
Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429]


November 13 will work.  Perhaps we can inform the Court when we file the exhibit lists tomorrow.


Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from
disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly
prohibited. If you think that you have received this e-mail message in error, please e-mail the sender
at rbg@rbgg.com

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware
that this communication is not intended by the sender to be used, and it cannot be used, for the purpose
of avoiding penalties under United States federal tax laws.


**From:** Kyle Lewis <Kyle.Lewis@doj.ca.gov>
**Sent:** Tuesday, October 27, 2020 11:50 AM
**To:** Ernest Galvan <EGalvan@rbgg.com>
**Cc:** Lisa Ells <LElls@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Jessica Winter
<JWinter@rbgg.com>; Amy Xu <AXu@rbgg.com>; Greg Gonzalez <GGonzalez@rbgg.com>; Thomas
Nolan <TNolan@rbgg.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Lucas Hennes
<Lucas.Hennes@doj.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Namrata Kotwani
<Namrata.Kotwani@doj.ca.gov>
**Subject:** RE: Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v.
Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429]


Ernie,


Thank you for sending this exhibit list.  We are reviewing it with our clients and plan to get it to you

by Thursday morning.  We believe that the parties can file exhibits on Friday.

Concerning the closing briefing, with the parties awaiting the final transcript and Defendants having other briefing due next week, we propose that the parties file their briefs on Friday, November 13. Let us know your thoughts on this proposed schedule.

Regards,
Kyle

Kyle A. Lewis
Office of the Attorney General
Department of Justice, State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102
Telephone:  (415) 510-3585
Facsimile:  (415) 703-5843
E-mail:  Kyle.Lewis@doj.ca.gov

---

**From:** Ernest Galvan <EGalvan@rbgg.com>
**Sent:** Monday, October 26, 2020 9:48 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Cc:** Lisa Ells <LElls@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Jessica Winter <JWinter@rbgg.com>; Amy Xu <AXu@rbgg.com>; Greg Gonzalez <GGonzalez@rbgg.com>; Thomas Nolan <TNolan@rbgg.com>
**Subject:** RE: Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429]

Dear Counsel:

Here is the final list of exhibits.  I have left a columns for you to indicate whether you stipulate to admission of the exhibit, or if not for you to state an objection.

Please let me know if you can return the document to me tomorrow.

Thanks.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** Ernest Galvan
**Sent:** Monday, October 26, 2020 1:26 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Cc:** Lisa Ells (LElls@rbgg.com) <LElls@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Jessica Winter <JWinter@rbgg.com>; Amy Xu <AXu@rbgg.com>; Greg Gonzalez <GGonzalez@rbgg.com>; Thomas Nolan <TNolan@rbgg.com>
**Subject:** Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429]

Dear Counsel—

The Court directed us to meet and confer regarding closing briefs.   Would you be agreeable to a deadline of Friday November 5 for the closing briefs?  Please let me know.

On the exhibits, we will get you a final list of the exhibits we seek to move into evidence by tomorrow morning.  Can you please then get back to us sometime tomorrow as to any objections? Then we'll fill in a response to the objection so we can get the list filed by the end of this week as the minute order requires.

Thanks.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender

at rbg@rbgg.com

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** caed_cmecf_helpdesk@caed.uscourts.gov <caed_cmecf_helpdesk@caed.uscourts.gov>
**Sent:** Friday, October 23, 2020 7:04 PM
**To:** CourtMail@caed.uscourts.dcn
**Subject:** Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on Motion in Limine.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**U.S. District Court**

**Eastern District of California - Live System**

## Notice of Electronic Filing

The following transaction was entered on 10/23/2020 at 7:03 PM PDT and filed on 10/23/2020
**Case Name:**        (PC) Coleman v. Newsom, et al.
**Case Number:**      2:90-cv-00520-KJM-DB
**Filer:**
**Document Number:** 6923

**Docket Text:**
**MINUTES for EVIDENTIARY HEARING held via videoconference before Chief District Judge Kimberly J. Mueller on 10/23/2020. Plaintiffs' Counsel Present: Michael Bien, Lisa Ells, Ernest Galvan, Thomas Nolan, Jessica Winter, and Amy Xu. Defendants' Counsel Present: Kyle Lewis, Elise Thorn, Lucas Hennes, Monica Anderson, Adriano Hrvatin, and Namrata Kotwani. Plaintiffs' Motion to Exclude Witnesses was GRANTED** *as clarified on the record*. **The parties presented their opening statements. After oral argument from Ms. Ells and Ms. Thorn, the court DENIED Defendants'** *Motion in Limine* **to Exclude the Testimony of Plaintiffs' Experts Adam Scott Lauring, M.D., Ph.D, and Pablo Stewart, M.D. at the October 23, 2020 Evidentiary Hearing on Transfers to Inpatient Care, ECF No. [6922]. Witnesses, Dr. Katherine Warburton, Ph.D; Dr. Amar Mehta, Ph.D; Dr. Joseph Bick; Dr. Adam Lauring, M.D., Ph.D; and Dr. Pablo Stewart, M.D., were sworn and testified. Exhibits, P-22; P-56; P-95; P-97; P-99; P-100; P-101; P-103; P-107; D-9; D-10; D-12; D-15; D-22; D-32; and D-43,**

**were admitted. The court granted the parties seven (7) days to finalize their exhibit lists. The court directed the parties meet and confer regarding closing briefs, and noted that closing briefs would be limited to twenty (20) pages. Court Reporter: Jennifer Coulthard. (Attachments: # (1) Exhibit List as of 10/23/2020) (Schultz, C)**

**2:90-cv-00520-KJM-DB Notice has been electronically mailed to:**

Adriano Hrvatin    Adriano.Hrvatin@doj.ca.gov, andre.doria@doj.ca.gov, docketingsfcls@doj.ca.gov, evalott.tornqvist@doj.ca.gov, lucille.santos@doj.ca.gov

Alexander Ross Gourse    agourse@rbgg.com

Amy Xu    axu@rbgg.com

Anne I. Yen    courtnotices@unioncounsel.net

Benjamin B. Wagner    bwagner@gibsondunn.com, cblock@gibsondunn.com

Benjamin Laurence Pavone    bpavone@cox.net

Cara Elizabeth Trapani    ctrapani@rbgg.com, glapurja@rbgg.com

Charles David Weisselberg    cweisselberg@law.berkeley.edu

Charles J. Stevens    cstevens@gibsondunn.com, smaruschak@gibsondunn.com

Claudia B. Center    ccenter@dredf.org, mbien@rbalaw.com, tnolan@rbalaw.com

Damon Grant McClain    damon.mcclain@doj.ca.gov, DocketingSFCLS@doj.ca.gov, Huihong.Su@doj.ca.gov, lucille.santos@doj.ca.gov, Nasstaran.Ruhparwar@doj.ca.gov

David Allen Sanders    david.sanders@ccpoa.org

Donald Specter    dspecter@prisonlaw.com, akirby@prisonlaw.com, sfama@prisonlaw.com

Donald Paul Bird , II    dpbird@gmail.com

Elise Owens Thorn    Elise.Thorn@doj.ca.gov, docketingSACCLS@doj.ca.gov, ECFcoordinator@doj.ca.gov, ethi@live.com, karen.jeffers@doj.ca.gov, Liz.Easley@doj.ca.gov

Ernest Galvan    egalvan@rbgg.com, dthompson@ap.org

Glenn A. Danas    GDanas@RobinsKaplan.com

Gregg McLean Adam     gregg@majlabor.com, janine@majlabor.com, joan@majlabor.com, kelsey@majlabor.com, matthew@majlabor.com

James Casey Spurling     SpurlingJ@oig.ca.gov, whitneyl@oig.ca.gov

Jeffrey L. Bornstein     JBornstein@rbgg.com, GLaPurja@rbgg.com, LWoo2@rbgg.com

Jenny Snay Yelin     jyelin@rbgg.com

Jessica L. Winter     jwinter@rbgg.com

Kate Martin Falkenstien     kfalkenstien@reichmanjorgensen.com, fvong@reichmanjorgensen.com

Kyle Anthony Lewis     kyle.lewis@doj.ca.gov, bunny.chung@doj.ca.gov, DocketingSFCLS@doj.ca.gov, evalott.tornqvist@doj.ca.gov, gloria.pang@doj.ca.gov

Laura Lee Coon     Laura.Coon@usdoj.gov

Lisa Adrienne Ells     lells@rbgg.com

Lucas L. Hennes     lucas.hennes@doj.ca.gov, angie.brodbeck@doj.ca.gov, DocketingSACCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov, evalott.tornqvist@doj.ca.gov, karla.vitalie@doj.ca.gov, Shannon.Gibson@doj.ca.gov, Tyler.Heath@doj.ca.gov

Marc J. Shinn-Krantz     mshinn-krantz@rbgg.com, glapurja@rbgg.com

Margot Knight Mendelson     mmendelson@prisonlaw.com, akirby@prisonlaw.com

Martin H. Dodd     mdodd@fddcm.com, gvanvleck@fddcm.com, jtouchstone@fddcm.com

Matthew A. Lopes , Jr     mlopes@pldolaw.com, acooper@pldolaw.com, bmedlin@pldolaw.com, cirizarry@pldolaw.com, KHector@pldolaw.com, kwalsh@pldolaw.com, llopez@pldolaw.com, lmcclendonhunt@pldolaw.com, mjones@pldolaw.com, mryan@pldolaw.com, RCosta@pldolaw.com, rgribbin@pldolaw.com, smillham@pldolaw.com, wtrezvant@pldolaw.com, ztavares@pldolaw.com

Michael Bien     mbien@rbgg.com, cjohnson@rbgg.com, ggonzalez@rbgg.com, glapurja@rbgg.com, lwoo@rbgg.com

Michael S. Nunez     mnunez@rbgg.com, glapurja@rbgg.com

Nasstaran Ruhparwar     Nasstaran.Ruhparwar@doj.ca.gov, Docketingsfcls@doj.ca.gov, Huihong.Su@doj.ca.gov, marisa.kirschenbauer@doj.ca.gov, nicole.codling@doj.ca.gov, rachel.lagumen@doj.ca.gov

Paul B. Mello      pmello@hansonbridgett.com, CalendarClerk@hansonbridgett.com,
jparedespineda@hansonbridgett.com, lmole@hansonbridgett.com

Peter E. Davids      pdavids@jonesday.com, vcrawford@jonesday.com

Regan Rush , GOVT      regan.rush@usdoj.gov

Roman M. Silberfeld      rsilberfeld@robinskaplan.com, sgreen@robinskaplan.com

Ryan Thomas Gille      ryan.gille@doj.ca.gov, docketingsfcls@doj.ca.gov,
evalott.tornqvist@doj.ca.gov, jay.goldman@doj.ca.gov, rachel.lagumen@doj.ca.gov

Samantha Derin Wolff      swolff@hansonbridgett.com, ajackson@hansonbridgett.com,
calendarclerk@hansonbridgett.com

Sara Linda Norman      snorman@prisonlaw.com

Shaun R. Spillane      spillanes@oig.ca.gov, deannasummers@dpa.ca.gov, whitneyl@oig.ca.gov

Thomas Bengt Nolan      tnolan@rbgg.com

Tyler Vance Heath      tyler.heath@doj.ca.gov, DocketingSACCLS@doj.ca.gov,
ECFCoordinator@doj.ca.gov, karen.jeffers@doj.ca.gov, michelle.angus@doj.ca.gov

Wendy Ellen Musell      wmusell@wendymuselllaw.com

Xavier Becerra      xavier.becerra@doj.ca.gov

**2:90-cv-00520-KJM-DB Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=10/23/2020] [FileNumber=10900367
-0] [2c829a1eee6ab4784dd61b92a82b4a7f4b8b92b27753b14f11efc8915e2fc0cbc
79c96a62173e55f08bf82c25e51a61519d691feeb5e776c20052119a836c133]]
**Document description:** Exhibit List as of 10/23/2020
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=10/23/2020] [FileNumber=10900367
-1] [3935580daccf9dc3731b215f07927e9570568ff7d4c0802cca4ffd8b2104427c4
442ae791f6927ce3f31fba19760b2cf5d8b7bc453ab28a75adad7593f96450f]]

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT SS

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Jessica Winter |
| **Sent:** | Friday, October 16, 2020 12:15 PM |
| **To:** | Kyle Lewis; Elise Thorn |
| **Cc:** | Coleman Team - RBG Only; Steve Fama |
| **Subject:** | Coleman v. Newsom: DSH exhibits [IWOV-DMS.FID6429] |

Dear Elise and Kyle,

Here is a Sharefile link to Plaintiffs' exhibits for the DSH evidentiary hearing:
https://rbgg.sharefile.com/d-sd4638f7ebcc4656a.  Please note that we have supplemented our list of exhibits, as reflected in red bold type in the exhibit list in the sharefile link.  We have partially supplemented P-70 and P-71, and exhibits P-93 to 97 are all supplements to our list of October 9, 2020.  We have also removed some items that were on our October 9 list, and for P-87, we have substituted the October 13, 2020 closed movement report for the October 7, 2020 report.  We also intend to supplement in good faith as necessary.

Please also note that P-93 contains a list of 55 class members on the waitlist for transfer from closed CDCR institutions to DSH.  We intend to use records for some of these patients, and will provide a narrowed list of those patients whose records we are more likely to use as soon as possible.

Sincerely,

Jessica Winter



**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile
jwinter@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

# EXHIBIT TT

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Amy Xu |
| **Sent:** | Friday, October 23, 2020 4:52 PM |
| **To:** | Elise Thorn; Kyle Lewis; Lucas Hennes; Namrata Kotwani; 'Silberfeld, Roman M.' |
| **Cc:** | Coleman Team - RBG Only; Steve Fama |
| **Subject:** | RE: Coleman v. Newsom, supplemental exhibits for DSH hearing |

Please see a minor revision in bold below.

---

**From:** Amy Xu
**Sent:** Friday, October 23, 2020 4:27 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes
<Lucas.Hennes@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; 'Silberfeld, Roman M.'
<RSilberfeld@RobinsKaplan.com>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman v. Newsom, supplemental exhibits for DSH hearing

Counsel,

We write to notify you about several updates to the hearing exhibits. We revised Plaintiffs' Exhibits **071-01** through 071-05 to add cover emails that transmit the exhibit to Plaintiffs' counsel. Additionally, we added Plaintiffs' Exhibit 020-6 and Exhibit 108, which are the System Wide Weekly Pending Placement Report and the Net Bed Capacity Report that Plaintiffs received last night in the latest installment of the supplemental DSH discovery. Finally, we were informed there was a missed redaction on Plaintiffs' Exhibit 95, which we have corrected. An updated exhibit list can be found on the Court's Box site.

Thank you,

Amy Xu



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
axu@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Amy Xu
**Sent:** Thursday, October 22, 2020 4:46 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes
<Lucas.Hennes@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; 'Silberfeld, Roman M.'

<RSilberfeld@RobinsKaplan.com>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman v. Newsom, supplemental exhibits for DSH hearing

Elise,

The Box link includes additional exhibits and an updated exhibit list as described in my email from earlier today. Additionally, we redacted and marked certain documents as confidential and subject to the protective order if those documents included the names and CDCR numbers of incarcerated people. If we redacted or marked a document as confidential, it is indicated in the file name as uploaded to Box. The files uploaded to Sharefile on Tuesday night did not redact names or CDCR numbers. We did not make other changes to the exhibits. Please let me know if you have other questions.

Thanks,
Amy

---

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Thursday, October 22, 2020 4:16 PM
**To:** Amy Xu <AXu@rbgg.com>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; 'Silberfeld, Roman M.' <RSilberfeld@RobinsKaplan.com>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman v. Newsom, supplemental exhibits for DSH hearing

Thank you – are these different from the exhibits you provided earlier via your sharepoint?

---

**From:** Amy Xu <AXu@rbgg.com>
**Sent:** Thursday, October 22, 2020 4:13 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; 'Silberfeld, Roman M.' <RSilberfeld@RobinsKaplan.com>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman v. Newsom, supplemental exhibits for DSH hearing

Elise,

All of Plaintiffs' exhibits (marked for admission) and the updated exhibit list are on the Court's Box site, linked here: https://caed.box.com/s/c50i9zwpycjmtt33i0wre63tjxzfi15t

If you need us to separately upload them to Sharefile, please let us know.

Thank you,
Amy

---

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Thursday, October 22, 2020 3:59 PM
**To:** Amy Xu <AXu@rbgg.com>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; 'Silberfeld, Roman M.' <RSilberfeld@RobinsKaplan.com>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman v. Newsom, supplemental exhibits for DSH hearing

Amy,

Please send link for additional exhibits. Also, the set we have are not marked for admission. Is there a revised set of your exhibits?

Thank you,

Elise

---

**From:** Amy Xu <AXu@rbgg.com>
**Sent:** Thursday, October 22, 2020 11:41 AM
**To:** Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; 'Silberfeld, Roman M.' <RSilberfeld@RobinsKaplan.com>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** Coleman v. Newsom, supplemental exhibits for DSH hearing

Counsel,

We are adding twelve more supplemental exhibits to our exhibit list. Six of these exhibits are the latest iteration of the weekly DSH Task Force reports that we received from Kristopher Kent on October 20, 2020. Both parties have already designated earlier versions of weekly DSH Task Force reports as exhibits. These new exhibits will be labeled P-001-22, P-002-12, P-003-22, P-004-22, P-005-24, and P-006-25.

We are also adding an updated iteration (dated October 20, covering October 12-18) of the list of transfers between CDCR institutions, earlier versions of which Plaintiffs have already designated as Exhibits P-071-01 through 04. The October 20 transfer list will be exhibit P-071-05.

We are also adding three exhibits from the public website of the California Department of Public Health. These exhibits are: 1) the October 1, 2020 California Behavioral Health Programs COVID-19 Mitigation Strategies report authored by the California Department of Public Health; 2) the California Department of Healthcare services and COVID-19 Guidance for Behavioral Residential Facilities, a report authored by the National Council for Behavioral Health; and 3) a June 27, 2020 document of FAQs, compiling resources from the California Department of Public Health relevant to mitigating COVID-19 infections in behavioral health facilities. These exhibits will be labeled as P-103, P-104, and P-107.

Lastly, we are adding two exhibits from medical records reviewed by Dr. Pablo Stewart. These exhibits will be labeled P-105 and P-106.

We will be uploading these exhibits shortly.


Amy Xu



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
axu@rbgg.com

CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT UU

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Elise Thorn |
| **Sent:** | Thursday, October 22, 2020 7:26 PM |
| **To:** | Amy Xu; Jessica Winter |
| **Cc:** | Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov); Nina Raddatz; Kris Kent; Nina Raddatz; Melissa Bentz; Dillon Hockerson; Adriano Hrvatin; Damon McClain; Elise Thorn; Kyle Lewis; Lucas Hennes; Namrata Kotwani; Tyler Heath |
| **Subject:** | Coleman - Defendants' Supplemental Discovery Responses |
| **Attachments:** | Sixth Suppl Resp to Rogs.pdf; Sixth Suppl Response to RFP.pdf; Sixth Suppl. Production - DSH Resp. 4.10.20 Order - 1876-1895.pdf |

Dear Amy and Jessica,

Attached are Defendants' sixth supplemental responses to Plaintiffs' discovery requests.

Sincerely,

Elise

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-7318 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT WW

**Greg Gonzalez**

---

| | |
|---|---|
| **From:** | Michael W. Bien |
| **Sent:** | Friday, October 23, 2020 11:03 AM |
| **To:** | Coleman Team - RBG Only |
| **Subject:** | FW: redaction on letter exhibit |

---

**From:** Weber, Nicholas@CDCR
**Sent:** Friday, October 23, 2020 11:03:19 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** Lisa Ells; Michael W. Bien
**Subject:** redaction on letter exhibit

FYI.  You missed a redaction for Mr. ████████ on Melissa's 10/13 letter on the exhibit you just presented.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
(916) 323-3202

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT XX

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Ernest Galvan |
| **Sent:** | Monday, October 26, 2020 9:48 PM |
| **To:** | Elise Thorn; Kyle Lewis; Lucas Hennes |
| **Cc:** | Lisa Ells; Michael W. Bien; Jessica Winter; Amy Xu; Greg Gonzalez; Thomas Nolan |
| **Subject:** | RE: Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429] |
| **Attachments:** | Exhibit To Filing Re Final Exhibit List PLAINTIFFS Exhibit List.DOCX |

Dear Counsel:

Here is the final list of exhibits.  I have left a columns for you to indicate whether you stipulate to admission of the exhibit, or if not for you to state an objection.

Please let me know if you can return the document to me tomorrow.

Thanks.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6ᵗʰ Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Ernest Galvan
**Sent:** Monday, October 26, 2020 1:26 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Cc:** Lisa Ells (LElls@rbgg.com) <LElls@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Jessica Winter <JWinter@rbgg.com>; Amy Xu <AXu@rbgg.com>; Greg Gonzalez <GGonzalez@rbgg.com>; Thomas Nolan <TNolan@rbgg.com>
**Subject:** Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429]

Dear Counsel—

The Court directed us to meet and confer regarding closing briefs.  Would you be agreeable to a deadline of Friday November 5 for the closing briefs?  Please let me know.

On the exhibits, we will get you a final list of the exhibits we seek to move into evidence by tomorrow morning.  Can you please then get back to us sometime tomorrow as to any objections?  Then we'll fill in a response to the objection so we can get the list filed by the end of this week as the minute order requires.

Thanks.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** caed_cmecf_helpdesk@caed.uscourts.gov <caed_cmecf_helpdesk@caed.uscourts.gov>
**Sent:** Friday, October 23, 2020 7:04 PM
**To:** CourtMail@caed.uscourts.dcn
**Subject:** Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on Motion in Limine.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### U.S. District Court

### Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered on 10/23/2020 at 7:03 PM PDT and filed on 10/23/2020
**Case Name:**         (PC) Coleman v. Newsom, et al.
**Case Number:**      2:90-cv-00520-KJM-DB
**Filer:**
**Document Number:** 6923

**Docket Text:**

**MINUTES for EVIDENTIARY HEARING held via videoconference before Chief District Judge Kimberly J. Mueller on 10/23/2020. Plaintiffs' Counsel Present: Michael Bien, Lisa Ells, Ernest Galvan, Thomas Nolan, Jessica Winter, and Amy Xu. Defendants' Counsel Present: Kyle Lewis, Elise Thorn, Lucas Hennes, Monica Anderson, Adriano Hrvatin, and Namrata Kotwani. Plaintiffs' Motion to Exclude Witnesses was GRANTED** *as clarified on the record.* **The parties presented their opening statements. After oral argument from Ms. Ells and Ms. Thorn, the court DENIED Defendants'** *Motion in Limine* **to Exclude the Testimony of Plaintiffs' Experts Adam Scott Lauring, M.D., Ph.D, and Pablo Stewart, M.D. at the October 23, 2020 Evidentiary Hearing on Transfers to Inpatient Care, ECF No. [6922]. Witnesses, Dr. Katherine Warburton, Ph.D; Dr. Amar Mehta, Ph.D; Dr. Joseph Bick; Dr. Adam Lauring, M.D., Ph.D; and Dr. Pablo Stewart, M.D., were sworn and testified. Exhibits, P-22; P-56; P-95; P-97; P-99; P-100; P-101; P-103; P-107; D-9; D-10; D-12; D-15; D-22; D-32; and D-43, were admitted. The court granted the parties seven (7) days to finalize their exhibit lists. The court directed the parties meet and confer regarding closing briefs, and noted that closing briefs would be limited to twenty (20) pages. Court Reporter: Jennifer Coulthard. (Attachments: # (1) Exhibit List as of 10/23/2020) (Schultz, C)**

**2:90-cv-00520-KJM-DB Notice has been electronically mailed to:**

Adriano Hrvatin    Adriano.Hrvatin@doj.ca.gov, andre.doria@doj.ca.gov, docketingsfcls@doj.ca.gov, evalott.tornqvist@doj.ca.gov, lucille.santos@doj.ca.gov

Alexander Ross Gourse    agourse@rbgg.com

Amy Xu    axu@rbgg.com

Anne I. Yen    courtnotices@unioncounsel.net

Benjamin B. Wagner    bwagner@gibsondunn.com, cblock@gibsondunn.com

Benjamin Laurence Pavone    bpavone@cox.net

Cara Elizabeth Trapani    ctrapani@rbgg.com, glapurja@rbgg.com

Charles David Weisselberg    cweisselberg@law.berkeley.edu

Charles J. Stevens    cstevens@gibsondunn.com, smaruschak@gibsondunn.com

Claudia B. Center    ccenter@dredf.org, mbien@rbalaw.com, tnolan@rbalaw.com

Damon Grant McClain    damon.mcclain@doj.ca.gov, DocketingSFCLS@doj.ca.gov, Huihong.Su@doj.ca.gov, lucille.santos@doj.ca.gov, Nasstaran.Ruhparwar@doj.ca.gov

David Allen Sanders    david.sanders@ccpoa.org

Donald Specter    dspecter@prisonlaw.com, akirby@prisonlaw.com, sfama@prisonlaw.com

Donald Paul Bird , II    dpbird@gmail.com

Elise Owens Thorn    Elise.Thorn@doj.ca.gov, docketingSACCLS@doj.ca.gov, ECFcoordinator@doj.ca.gov, ethi@live.com,

karen.jeffers@doj.ca.gov, Liz.Easley@doj.ca.gov

Ernest Galvan    egalvan@rbgg.com, dthompson@ap.org

Glenn A. Danas    GDanas@RobinsKaplan.com

Gregg McLean Adam    gregg@majlabor.com, janine@majlabor.com, joan@majlabor.com, kelsey@majlabor.com, matthew@majlabor.com

James Casey Spurling    SpurlingJ@oig.ca.gov, whitneyl@oig.ca.gov

Jeffrey L. Bornstein    JBornstein@rbgg.com, GLaPurja@rbgg.com, LWoo2@rbgg.com

Jenny Snay Yelin    jyelin@rbgg.com

Jessica L. Winter    jwinter@rbgg.com

Kate Martin Falkenstien    kfalkenstien@reichmanjorgensen.com, fvong@reichmanjorgensen.com

Kyle Anthony Lewis    kyle.lewis@doj.ca.gov, bunny.chung@doj.ca.gov, DocketingSFCLS@doj.ca.gov, evalott.tornqvist@doj.ca.gov, gloria.pang@doj.ca.gov

Laura Lee Coon    Laura.Coon@usdoj.gov

Lisa Adrienne Ells    lells@rbgg.com

Lucas L. Hennes    lucas.hennes@doj.ca.gov, angie.brodbeck@doj.ca.gov, DocketingSACCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov, evalott.tornqvist@doj.ca.gov, karla.vitalie@doj.ca.gov, Shannon.Gibson@doj.ca.gov, Tyler.Heath@doj.ca.gov

Marc J. Shinn-Krantz    mshinn-krantz@rbgg.com, glapurja@rbgg.com

Margot Knight Mendelson    mmendelson@prisonlaw.com, akirby@prisonlaw.com

Martin H. Dodd    mdodd@fddcm.com, gvanvleck@fddcm.com, jtouchstone@fddcm.com

Matthew A. Lopes , Jr    mlopes@pldolaw.com, acooper@pldolaw.com, bmedlin@pldolaw.com, cirizarry@pldolaw.com, KHector@pldolaw.com, kwalsh@pldolaw.com, llopez@pldolaw.com, lmcclendonhunt@pldolaw.com, mjones@pldolaw.com, mryan@pldolaw.com, RCosta@pldolaw.com, rgribbin@pldolaw.com, smillham@pldolaw.com, wtrezvant@pldolaw.com, ztavares@pldolaw.com

Michael Bien    mbien@rbgg.com, cjohnson@rbgg.com, ggonzalez@rbgg.com, glapurja@rbgg.com, lwoo@rbgg.com

Michael S. Nunez    mnunez@rbgg.com, glapurja@rbgg.com

Nasstaran Ruhparwar    Nasstaran.Ruhparwar@doj.ca.gov, Docketingsfcls@doj.ca.gov, Huihong.Su@doj.ca.gov, marisa.kirschenbauer@doj.ca.gov, nicole.codling@doj.ca.gov, rachel.lagumen@doj.ca.gov

Paul B. Mello    pmello@hansonbridgett.com, CalendarClerk@hansonbridgett.com, jparedespineda@hansonbridgett.com, lmole@hansonbridgett.com

Peter E. Davids    pdavids@jonesday.com, vcrawford@jonesday.com

Regan Rush , GOVT      regan.rush@usdoj.gov

Roman M. Silberfeld      rsilberfeld@robinskaplan.com, sgreen@robinskaplan.com

Ryan Thomas Gille      ryan.gille@doj.ca.gov, docketingsfcls@doj.ca.gov, evalott.tornqvist@doj.ca.gov, jay.goldman@doj.ca.gov, rachel.lagumen@doj.ca.gov

Samantha Derin Wolff      swolff@hansonbridgett.com, ajackson@hansonbridgett.com, calendarclerk@hansonbridgett.com

Sara Linda Norman      snorman@prisonlaw.com

Shaun R. Spillane      spillanes@oig.ca.gov, deannasummers@dpa.ca.gov, whitneyl@oig.ca.gov

Thomas Bengt Nolan      tnolan@rbgg.com

Tyler Vance Heath      tyler.heath@doj.ca.gov, DocketingSACCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov, karen.jeffers@doj.ca.gov, michelle.angus@doj.ca.gov

Wendy Ellen Musell      wmusell@wendymuselllaw.com

Xavier Becerra      xavier.becerra@doj.ca.gov

**2:90-cv-00520-KJM-DB Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=10/23/2020] [FileNumber=10900367
-0] [2c829a1eee6ab4784dd61b92a82b4a7f4b8b92b27753b14f11efc8915e2fc0cbc
79c96a62173e55f08bf82c25e51a61519d691feeb5e776c20052119a836c133]]
**Document description:** Exhibit List as of 10/23/2020
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=10/23/2020] [FileNumber=10900367
-1] [3935580daccf9dc3731b215f07927e9570568ff7d4c0802cca4ffd8b2104427c4
442ae791f6927ce3f31fba19760b2cf5d8b7bc453ab28a75adad7593f96450f]]

# EXHIBIT YY

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Kyle Lewis <Kyle.Lewis@doj.ca.gov> |
| **Sent:** | Tuesday, October 27, 2020 11:50 AM |
| **To:** | Ernest Galvan |
| **Cc:** | Lisa Ells; Michael W. Bien; Jessica Winter; Amy Xu; Greg Gonzalez; Thomas Nolan; Elise Thorn; Lucas Hennes; Adriano Hrvatin; Namrata Kotwani |
| **Subject:** | RE: Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429] |

Ernie,

Thank you for sending this exhibit list.  We are reviewing it with our clients and plan to get it to you by Thursday morning.  We believe that the parties can file exhibits on Friday.

Concerning the closing briefing, with the parties awaiting the final transcript and Defendants having other briefing due next week, we propose that the parties file their briefs on Friday, November 13.  Let us know your thoughts on this proposed schedule.

Regards,
Kyle

Kyle A. Lewis
Office of the Attorney General
Department of Justice, State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102
Telephone:  (415) 510-3585
Facsimile:  (415) 703-5843
E-mail:  Kyle.Lewis@doj.ca.gov

---

**From:** Ernest Galvan <EGalvan@rbgg.com>
**Sent:** Monday, October 26, 2020 9:48 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Cc:** Lisa Ells <LElls@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Jessica Winter <JWinter@rbgg.com>; Amy Xu <AXu@rbgg.com>; Greg Gonzalez <GGonzalez@rbgg.com>; Thomas Nolan <TNolan@rbgg.com>
**Subject:** RE: Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on Motion in Limine. [IWOV-DMS.FID6429]

Dear Counsel:

Here is the final list of exhibits.  I have left a columns for you to indicate whether you stipulate to admission of the exhibit, or if not for you to state an objection.

Please let me know if you can return the document to me tomorrow.

Thanks.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com


CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are
not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have
received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this
communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties
under United States federal tax laws.



---

**From:** Ernest Galvan
**Sent:** Monday, October 26, 2020 1:26 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Lucas Hennes
<Lucas.Hennes@doj.ca.gov>
**Cc:** Lisa Ells (LElls@rbgg.com) <LElls@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Jessica Winter
<JWinter@rbgg.com>; Amy Xu <AXu@rbgg.com>; Greg Gonzalez <GGonzalez@rbgg.com>; Thomas Nolan
<TNolan@rbgg.com>
**Subject:** Coleman Post-Hearing Tasks, Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on
Motion in Limine. [IWOV-DMS.FID6429]

Dear Counsel—

The Court directed us to meet and confer regarding closing briefs.   Would you be agreeable to a deadline of Friday
November 5 for the closing briefs?  Please let me know.

On the exhibits, we will get you a final list of the exhibits we seek to move into evidence by tomorrow morning.  Can you
please then get back to us sometime tomorrow as to any objections?  Then we'll fill in a response to the objection so we
can get the list filed by the end of this week as the minute order requires.

Thanks.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com


CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are

not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** caed_cmecf_helpdesk@caed.uscourts.gov <caed_cmecf_helpdesk@caed.uscourts.gov>
**Sent:** Friday, October 23, 2020 7:04 PM
**To:** CourtMail@caed.uscourts.dcn
**Subject:** Activity in Case 2:90-cv-00520-KJM-DB (PC) Coleman v. Newsom, et al. Order on Motion in Limine.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### U.S. District Court

### Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered on 10/23/2020 at 7:03 PM PDT and filed on 10/23/2020
**Case Name:**        (PC) Coleman v. Newsom, et al.
**Case Number:**    2:90-cv-00520-KJM-DB
**Filer:**
**Document Number:** 6923

**Docket Text:**
**MINUTES for EVIDENTIARY HEARING held via videoconference before Chief District Judge Kimberly J. Mueller on 10/23/2020. Plaintiffs' Counsel Present: Michael Bien, Lisa Ells, Ernest Galvan, Thomas Nolan, Jessica Winter, and Amy Xu. Defendants' Counsel Present: Kyle Lewis, Elise Thorn, Lucas Hennes, Monica Anderson, Adriano Hrvatin, and Namrata Kotwani. Plaintiffs' Motion to Exclude Witnesses was GRANTED** *as clarified on the record*. **The parties presented their opening statements. After oral argument from Ms. Ells and Ms. Thorn, the court DENIED Defendants'** *Motion in Limine* **to Exclude the Testimony of Plaintiffs' Experts Adam Scott Lauring, M.D., Ph.D, and Pablo Stewart, M.D. at the October 23, 2020 Evidentiary Hearing on Transfers to Inpatient Care, ECF No. [6922]. Witnesses, Dr. Katherine Warburton, Ph.D; Dr. Amar Mehta, Ph.D; Dr. Joseph Bick; Dr. Adam Lauring, M.D., Ph.D; and Dr. Pablo Stewart, M.D., were sworn and testified. Exhibits, P-22; P-56; P-95; P-97; P-99; P-100; P-101; P-103; P-107; D-9; D-10; D-12; D-15; D-22; D-32; and D-43, were admitted. The court granted the parties seven (7) days to finalize their exhibit lists. The court directed the parties meet and confer regarding closing briefs, and noted that closing briefs would be limited to twenty (20) pages. Court Reporter: Jennifer Coulthard. (Attachments: # (1) Exhibit List as of 10/23/2020) (Schultz, C)**

**2:90-cv-00520-KJM-DB Notice has been electronically mailed to:**

Adriano Hrvatin    Adriano.Hrvatin@doj.ca.gov, andre.doria@doj.ca.gov, docketingsfcls@doj.ca.gov, evalott.tornqvist@doj.ca.gov, lucille.santos@doj.ca.gov

Alexander Ross Gourse    agourse@rbgg.com

Amy Xu    axu@rbgg.com

Anne I. Yen    courtnotices@unioncounsel.net

Benjamin B. Wagner    bwagner@gibsondunn.com, cblock@gibsondunn.com

Benjamin Laurence Pavone    bpavone@cox.net

Cara Elizabeth Trapani    ctrapani@rbgg.com, glapurja@rbgg.com

Charles David Weisselberg    cweisselberg@law.berkeley.edu

Charles J. Stevens    cstevens@gibsondunn.com, smaruschak@gibsondunn.com

Claudia B. Center    ccenter@dredf.org, mbien@rbalaw.com, tnolan@rbalaw.com

Damon Grant McClain    damon.mcclain@doj.ca.gov, DocketingSFCLS@doj.ca.gov, Huihong.Su@doj.ca.gov, lucille.santos@doj.ca.gov, Nasstaran.Ruhparwar@doj.ca.gov

David Allen Sanders    david.sanders@ccpoa.org

Donald Specter    dspecter@prisonlaw.com, akirby@prisonlaw.com, sfama@prisonlaw.com

Donald Paul Bird , II    dpbird@gmail.com

Elise Owens Thorn    Elise.Thorn@doj.ca.gov, docketingSACCLS@doj.ca.gov, ECFcoordinator@doj.ca.gov, ethi@live.com, karen.jeffers@doj.ca.gov, Liz.Easley@doj.ca.gov

Ernest Galvan    egalvan@rbgg.com, dthompson@ap.org

Glenn A. Danas    GDanas@RobinsKaplan.com

Gregg McLean Adam    gregg@majlabor.com, janine@majlabor.com, joan@majlabor.com, kelsey@majlabor.com, matthew@majlabor.com

James Casey Spurling    SpurlingJ@oig.ca.gov, whitneyl@oig.ca.gov

Jeffrey L. Bornstein    JBornstein@rbgg.com, GLaPurja@rbgg.com, LWoo2@rbgg.com

Jenny Snay Yelin    jyelin@rbgg.com

Jessica L. Winter    jwinter@rbgg.com

Kate Martin Falkenstien    kfalkenstien@reichmanjorgensen.com, fvong@reichmanjorgensen.com

Kyle Anthony Lewis    kyle.lewis@doj.ca.gov, bunny.chung@doj.ca.gov, DocketingSFCLS@doj.ca.gov, evalott.tornqvist@doj.ca.gov, gloria.pang@doj.ca.gov

Laura Lee Coon    Laura.Coon@usdoj.gov

Lisa Adrienne Ells    lells@rbgg.com

Lucas L. Hennes    lucas.hennes@doj.ca.gov, angie.brodbeck@doj.ca.gov, DocketingSACCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov, evalott.tornqvist@doj.ca.gov, karla.vitalie@doj.ca.gov, Shannon.Gibson@doj.ca.gov, Tyler.Heath@doj.ca.gov

Marc J. Shinn-Krantz    mshinn-krantz@rbgg.com, glapurja@rbgg.com

Margot Knight Mendelson    mmendelson@prisonlaw.com, akirby@prisonlaw.com

Martin H. Dodd    mdodd@fddcm.com, gvanvleck@fddcm.com, jtouchstone@fddcm.com

Matthew A. Lopes , Jr    mlopes@pldolaw.com, acooper@pldolaw.com, bmedlin@pldolaw.com, cirizarry@pldolaw.com, KHector@pldolaw.com, kwalsh@pldolaw.com, llopez@pldolaw.com, lmcclendonhunt@pldolaw.com, mjones@pldolaw.com, mryan@pldolaw.com, RCosta@pldolaw.com, rgribbin@pldolaw.com, smillham@pldolaw.com, wtrezvant@pldolaw.com, ztavares@pldolaw.com

Michael Bien    mbien@rbgg.com, cjohnson@rbgg.com, ggonzalez@rbgg.com, glapurja@rbgg.com, lwoo@rbgg.com

Michael S. Nunez    mnunez@rbgg.com, glapurja@rbgg.com

Nasstaran Ruhparwar    Nasstaran.Ruhparwar@doj.ca.gov, Docketingsfcls@doj.ca.gov, Huihong.Su@doj.ca.gov, marisa.kirschenbauer@doj.ca.gov, nicole.codling@doj.ca.gov, rachel.lagumen@doj.ca.gov

Paul B. Mello    pmello@hansonbridgett.com, CalendarClerk@hansonbridgett.com, jparedespineda@hansonbridgett.com, lmole@hansonbridgett.com

Peter E. Davids    pdavids@jonesday.com, vcrawford@jonesday.com

Regan Rush , GOVT    regan.rush@usdoj.gov

Roman M. Silberfeld    rsilberfeld@robinskaplan.com, sgreen@robinskaplan.com

Ryan Thomas Gille    ryan.gille@doj.ca.gov, docketingsfcls@doj.ca.gov, evalott.tornqvist@doj.ca.gov, jay.goldman@doj.ca.gov, rachel.lagumen@doj.ca.gov

Samantha Derin Wolff    swolff@hansonbridgett.com, ajackson@hansonbridgett.com, calendarclerk@hansonbridgett.com

Sara Linda Norman    snorman@prisonlaw.com

Shaun R. Spillane    spillanes@oig.ca.gov, deannasummers@dpa.ca.gov, whitneyl@oig.ca.gov

Thomas Bengt Nolan    tnolan@rbgg.com

Tyler Vance Heath    tyler.heath@doj.ca.gov, DocketingSACCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov,

karen.jeffers@doj.ca.gov, michelle.angus@doj.ca.gov

Wendy Ellen Musell    wmusell@wendymuselllaw.com

Xavier Becerra    xavier.becerra@doj.ca.gov

**2:90-cv-00520-KJM-DB Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=10/23/2020] [FileNumber=10900367
-0] [2c829a1eee6ab4784dd61b92a82b4a7f4b8b92b27753b14f11efc8915e2fc0cbc
79c96a62173e55f08bf82c25e51a61519d691feeb5e776c20052119a836c133]]
**Document description:** Exhibit List as of 10/23/2020
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=10/23/2020] [FileNumber=10900367
-1] [3935580daccf9dc3731b215f07927e9570568ff7d4c0802cca4ffd8b2104427c4
442ae791f6927ce3f31fba19760b2cf5d8b7bc453ab28a75adad7593f96450f]]

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT ZZ

**Heather Gans**

| | |
|---|---|
| **From:** | Elise Thorn <Elise.Thorn@doj.ca.gov> |
| **Sent:** | Thursday, April 30, 2020 9:55 PM |
| **To:** | Jessica Winter; Coleman Team - RBG Only; Steve Fama |
| **Cc:** | Tyler Heath; kyle.lewis@doj.ca.gov; lucas.hennes@doj.ca.gov; kristopher.kent@dsh.ca.gov; antonina.raddatz@dsh.ca.gov; christine.ciccotti@dsh.ca.gov; adriano.hrvatin@doj.ca.gov |
| **Subject:** | Coleman - Documents Responsive to Plaintiffs' Request for Production of Documents (Set One) |

Jessica,

Attached are documents produced with Defendants' Supplemental Responses to Plaintiffs' First Set of requests for Production of Documents to Stephanie Clendenin, Director of the Department of State Hospitals, Bates DSH Resp. 4.10.20 Order - 781-812.

Sincerely,

Elise Thorn

---

# The following files have been sent using FileXchange and can be downloaded by using the link below:

| Filename | Size | Checksum (SHA256) |
|---|---|---|
| Supplemental Documents for Production.zip | 42.2 MB | 0cc8b9ccc880902866e5416a4a043a93b3f0e598fe07dc483f042494164e9de5 |

Please click on the following link to download the attachments:

████████████████████████████████████████████

This email or download link can be forwarded to anyone.

The attachments are available until: **Tuesday, 12 May.**

Message ID: ████████████████████

**Download Files**



https://FX.doj.ca.gov

# EXHIBIT AAA

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Gouldy, DeAnna@CDCR <DeAnna.Gouldy@cdcr.ca.gov> |
| **Sent:** | Tuesday, October 13, 2020 7:23 PM |
| **Subject:** | FW: Daily Department Operations Center Updates 10/13/2020 |
| **Attachments:** | Daily Closed Movement Report.pdf |

Daily updates are located here, for your reference: https://www.cdcr.ca.gov/covid19/ and https://www.cdcr.ca.gov/covid19/updates/

Thank you,

*DeAnna M. Gouldy*
Deputy Director (A)
Policy and Risk Management Services
916-691-3747 Office
916-764-4853 iPhone
DeAnna.Gouldy@cdcr.ca.gov

From: CDCR DOC COVID-19 <DOCCOVID19@cdcr.ca.gov>
Sent: Tuesday, October 13, 2020 5:02 PM
Subject: Daily Department Operations Center Updates 10/13/2020

## DOC- IC UPDATES

**N/A**

## OPERATIONS

**Update 1:**

    **Current activity:**

    **Policy Call Needed?** None

## WORKFORCE- ADMIN

**Staff with Confirmed COVID-19:**
**Cumulative Confirmed – 3,896**
**Current Staff Positive – 931**
**Staff Returned – 2,965**

| CDCR ADULT INSTITUTION | CUMULATIVE CONFIRMED | STAFF RETURNED TO WORK |
|---|---|---|
| ASP | 299 | 214 |
| CAC | 37 | 30 |
| CAL | 96 | 81 |
| CCC | 30 | 27 |
| CCI | 186 | 160 |

| | | |
|---|---|---|
| CCWF | 46 | 35 |
| CEN | 111 | 99 |
| CHCF | 132 | 114 |
| CIM | 243 | 203 |
| CIW | 85 | 78 |
| CMC | 63 | 49 |
| CMF | 57 | 49 |
| COR | 239 | 191 |
| CRC | 152 | 113 |
| Richard A. McGee Correctional Training Center, Galt | 12 | 10 |
| CTF | 67 | 17 |
| CVSP | 108 | 87 |
| DVI | 56 | 41 |
| FSP | 78 | 59 |
| HDSP | 29 | 24 |
| ISP | 130 | 114 |
| KVSP | 97 | 76 |
| LAC | 112 | 104 |
| MCSP | 35 | 11 |
| NKSP | 220 | 178 |
| PBSP | 38 | 20 |
| PVSP | 33 | 21 |
| RJD | 82 | 43 |
| SAC | 50 | 44 |
| SATF | 157 | 91 |
| SCC | 36 | 32 |
| SOL | 43 | 35 |
| SQ | 298 | 269 |
| SVSP | 109 | 40 |
| VSP | 55 | 39 |
| WSP | 134 | 113 |
| **DJJ YOUTH FACILITY** | **CUMULATIVE CONFIRMED** | **STAFF RETURNED TO WORK** |
| NCYCC | 12 | 5 |
| OH Close | 9 | 4 |
| NAC | 7 | 2 |
| Ventura | 21 | 13 |
| Pine Grove | 0 | 0 |
| **CDCR/CCHCS WORKSITE LOCATION** | **CUMULATIVE CONFIRMED** | **STAFF RETURNED TO WORK** |
| Los Angeles County | 14 | 7 |
| Kern County | 6 | 2 |

2

| | | |
|---|---|---|
| Sacramento County | 43 | 10 |
| San Bernardino County | 8 | 3 |
| San Diego County | 1 | 0 |
| San Joaquin County | 2 | 2 |
| Orange County | 4 | 2 |
| Santa Clara County | 1 | 0 |
| San Luis Obispo County | 0 | 0 |
| Solano County | 1 | 1 |
| Ventura County | 1 | 0 |
| Santa Barbara County | 1 | 0 |
| Stanislaus County | 1 | 1 |
| Tulare County | 1 | 0 |
| Monterey County | 2 | 1 |
| Mendocino County | 1 | 0 |
| Riverside County | 2 | 0 |
| Fresno County | 2 | 0 |
| Imperial County | 1 | 1 |
| **STATEWIDE TOTAL** | **3896** | **2965** |

**Daily Staff Statistics via SharePoint: (last 24-hour period)**

| | |
|---|---|
| Teleworking | 5,464 |
| Staff Out Under National Guard Activation | 6 |

## INMATE- POSITIVES/RESOLVED

| INSTITUTION | CURRENT COVID | NEW IN LAST 14 DAYS | RESOLVED | DEATHS |
|---|---|---|---|---|
| ASP | 268 | 267 | 2577 | 7 |
| CAC | 0 | 0 | 4 | 0 |
| CAL | 0 | 0 | 17 | 0 |
| CCC | 0 | 0 | 626 | 0 |
| CCI | 9 | 7 | 777 | 0 |
| CCWF | 0 | 0 | 16 | 0 |
| CEN | 0 | 0 | 57 | 0 |
| CHCF | 0 | 0 | 6 | 0 |
| CIM | 97 | 76 | 1234 | 23 |
| CIW | 0 | 0 | 341 | 1 |
| CMC | 5 | 2 | 292 | 1 |
| CMF | 2 | 2 | 7 | 0 |
| COR | 2 | 2 | 356 | 1 |
| CRC | 277 | 273 | 1255 | 0 |
| CTF | 45 | 27 | 117 | 1 |
| CVSP | 16 | 6 | 1354 | 4 |

| | | | |
|---|---|---|---|
| DVI | 1 | 1 | 0 | 0 |
| FSP | 69 | 64 | 1250 | 1 |
| HDSP | 0 | 0 | 4 | 0 |
| ISP | 25 | 21 | 79 | 0 |
| KVSP | 3 | 0 | 12 | 0 |
| LAC | 0 | 0 | 192 | 0 |
| MCSP | 0 | 0 | 43 | 1 |
| NKSP | 3 | 2 | 81 | 0 |
| PBSP | 0 | 0 | 0 | 0 |
| PVSP | 11 | 11 | 1 | 0 |
| RJD | 1 | 1 | 3 | 0 |
| SAC | 2 | 0 | 11 | 0 |
| SATF | 8 | 7 | 326 | 0 |
| SCC | 0 | 0 | 16 | 0 |
| SOL | 0 | 0 | 3 | 0 |
| SQ | 1 | 1 | 2152 | 28 |
| SVSP | 35 | 30 | 77 | 1 |
| VSP | 65 | 64 | 196 | 0 |
| WSP | 5 | 4 | 244 | 0 |
| **STATEWIDE TOTAL** | **950** | **868** | **13726** | **69** |

## COMMUNICATIONS- PIO

How did CDCR communicate today with:

**Staff:** Nothing to report.

**Population:** Nothing to report.

**Media:** CDCR is evaluating a request from Cyrus Grace Dunham of The Intercept asking for information on CIW's response to the heat waves in August and September.

**External Stakeholders:** Nothing to report.

## SUPPLIES & SANITATION- LOGISTICS

**Update 1:**

    **Current activity:**

    **Policy Call Needed?** N/A

## NOTICES TO THE FIELD

**Daily Closed Movement Report**

**Screen all inmate workers for COVID-19 symptoms daily prior to release.**

**10/12/20 – Case Entry Form for Re-Infection Evaluation (Appendix 21):** Added space for outcome of contact investigations.

**10/12/20 – Transmission:** Expanded information on airborne transmission.

**10/12/20 – Vaccination:** Added links to supportive CCHCS influenza documents and added information on prioritizing influenza vaccines.

# EXHIBIT BBB

**Emma Cook**

| | |
|---|---|
| **From:** | Elise Thorn |
| **Sent:** | Friday, October 9, 2020 5:06 AM |
| **To:** | Jessica Winter; Lisa Ells |
| **Cc:** | Nina Raddatz; Kris Kent; Melissa Bentz; Adriano Hrvatin; Damon McClain; Elise Thorn; Kyle Lewis; Lucas Hennes; Namrata Kotwani; Tyler Heath |
| **Subject:** | Final PIP Policies and Final 207 DSH MOU and Associated Policies - Coleman, Ralph et al. v. Gavin Newsom, et al. (CF1997CS0003) |
| **Attachments:** | Final PIP Policies and Final 207 DSH MOU and Associated Policies.msg |

Jessica and Lisa,

Attached is the e-mail from Nick Weber transmitting the final MOU and related policies I referenced on our call yesterday.

Elise

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-7318 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.