XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

The attached California Department of Corrections and Rehabilitation (CDCR) reports capture information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

The report attached at Exhibit A shows that twenty-six inmates were placed in CDCR's Mental Health Services Delivery System in October 2020 while housed in a desert institution;

1

Defs.' Compliance Reports for Desert Transfers (2:90-cv-00520 KJM-DB (PC))

twelve class members placed in the Mental Health Services Delivery System in June, July, August, and September 2020, were transferred or paroled from desert institutions in October 2020; and, as of the report's November 3, 2020 date, 102 patients in the Mental Health Services Delivery System remained in desert institutions in October 2020 beyond the fourteen-day transfer timeline.  All delayed transfers were due to inmate movement restrictions related to COVID-19.

The report attached as Exhibit B shows that two *Coleman* class members transferred to desert institutions in October 2020, and that the class member transferred to a desert institution in September 2020 for a court proceeding remained at that institution during the month of October 2020.

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296 and ECF No. 6678.

Dated:  November 16, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Compliance Reports for Desert Transfers  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



November 16, 2020

Adriano Hrvatin, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

    RE:    DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF
             *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. Hrvatin:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019. (ECF No. 6296.) Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System (MHSDS) while housed in one of the six desert institutions during the month of October 2020, with the inmates' identifying information redacted. As Exhibit A reflects, 26 inmates were referred for mental health treatment while housed in a desert institution during the month of October 2020, one of whom was transferred to a mental health program within 1 day of referral, and 13 of whom remained in desert institutions in October 2020 beyond the fourteen-day transfer timeline. Those inmates were not transferred to institutions with mental health programs due to the policy in place to restrict inmate movement during the COVID-19 pandemic. The report also shows that 12 class members who were placed in the MHSDS in June, July, August, and September of 2020 were transferred from desert institutions in October 2020. This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care. All delayed transfers were due to inmate movement restrictions related to COVID-19.

       Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted. This report captures patients at any level of care within the MHSDS who transfer into a desert institution. This report indicates that two class members inadvertently transferred to desert institutions in October 2020 and that one class member who was transferred to a desert institution in September 2020 for a court proceeding, remained at the desert institution through October 2020.

Sincerely,

/s/ *Charles Callahan*

CHARLES CALLAHAN
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# Exhibit A

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 11/03/2020 07:01 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 10/01/2020 - 10/31/2020
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.

R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 09/28/2020 - 10/16/2020 | N | 10/01/2020 00:00 | SCC | II | 08/14/2020 17:18 | 09/28/2020 | MH Change | 10/16/2020 08:20 | 10/16/2020 15:16 | 18 | |
| CAC | | | CCCMS 09/14/2020 - 10/05/2020 | Y | 09/17/2020 00:00 | CTF | I | 12/08/2018 18:47 | 09/14/2020 | MH Change | 10/05/2020 09:21 | 10/05/2020 13:48 | 21 | |
| CAL | | | CCCMS 09/15/2020 - 10/31/2020 | N | 10/09/2020 00:00 | SATF | IV | 05/20/2020 14:21 | 09/15/2020 | MH Change | | | | 46 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/27/2020 - 10/31/2020 | N | 10/29/2020 00:00 | SATF | IV | 03/11/2020 15:55 | 10/27/2020 | MH Change | | | | |
| CAL | | | CCCMS 04/22/2020 - 10/31/2020 | N | 09/17/2020 00:00 | RJD | IV | 12/20/2016 14:08 | 04/22/2020 | MH Change | | | | 192 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/12/2020 - 10/19/2020 | N | 06/18/2020 08:25 | SVSP | IV | 05/30/2019 07:41 | 06/12/2020 | MH Change | 10/19/2020 06:49 | 10/19/2020 16:28 | 129 | |
| CAL | | | CCCMS 09/01/2020 - 10/31/2020 | N | 09/14/2020 00:00 | HDSP | IV | 10/03/2019 10:33 | 09/01/2020 | MH Change | | | | 60 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/05/2020 - 10/31/2020 | N | 09/25/2020 00:00 | RJD | IV | 02/03/2020 12:05 | 10/05/2020 | MH Change | | | | 26 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/18/2020 - 10/31/2020 | N | 06/26/2020 00:00 | KVSP | IV | 05/20/2020 14:21 | 06/18/2020 | MH Change | | | | 135 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/28/2020 - 10/31/2020 | N | 10/12/2020 00:00 | KVSP | IV | 03/19/2020 15:19 | 05/28/2020 | MH Change | | | | 156 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/06/2020 - 10/31/2020 | N | 10/27/2020 00:00 | SVSP | IV | 05/03/2018 16:10 | 10/06/2020 | MH Change | | | | 25 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/27/2020 - 10/31/2020 | N | | | | 10/07/2020 14:27 | 10/27/2020 | MH Change | | | | |
| CAL | | | CCCMS 04/23/2020 - 10/31/2020 | N | 04/24/2020 00:00 | SVSP | IV | 09/06/2017 14:05 | 04/23/2020 | MH Change | | | | 191 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/12/2020 - 10/31/2020 | N | 06/01/2020 00:00 | HDSP | IV | 01/20/2019 00:16 | 05/12/2020 | MH Change | | | | 172 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/13/2020 - 10/31/2020 | N | | | | 11/14/2018 14:14 | 10/13/2020 | MH Change | | | | 18 days -No movement due to Covid-19 |
| CAL | | | CCCMS 07/20/2020 - 10/31/2020 | N | 07/08/2020 00:00 | PVSP | III | 05/10/2020 20:15 | 07/20/2020 | MH Change | | | | 103 days -No movement due to Covid-19 |
| CAL | | | CCCMS 09/03/2020 - 10/31/2020 | N | 08/20/2020 00:00 | PVSP | III | 09/24/2018 11:33 | 09/03/2020 | MH Change | | | | 58 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/02/2020 - 10/31/2020 | N | | | | 09/02/2020 06:39 | 10/02/2020 | MH Change | | | | 29 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/02/2020 - 10/31/2020 | N | | | | 01/15/2020 17:40 | 10/02/2020 | MH Change | | | | 29 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/14/2020 - 10/31/2020 | N | 08/21/2020 00:00 | RJD | IV | 01/03/2020 14:06 | 08/14/2020 | MH Change | | | | 78 days -No movement due to Covid-19 |
| CAL | | | EOP 10/27/2020 - 10/31/2020 | N | | | | 10/14/2020 06:01 | 10/27/2020 | MH Change | | | | |
| CAL | | | CCCMS 10/30/2020 - 10/31/2020 | N | | | | 10/16/2020 13:27 | 10/30/2020 | MH Change | | | | |
| CAL | | | CCCMS 05/19/2020 - 10/31/2020 | N | 05/22/2020 08:36 | NKSP | III | 03/12/2020 10:00 | 05/19/2020 | MH Change | | | | 165 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/07/2020 - 10/31/2020 | Y | 05/14/2020 00:00 | SATF | III | 07/29/2020 09:23 | 05/07/2020 | MH Change | | | | 177 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/11/2020 - 10/31/2020 | N | 06/18/2020 00:00 | DVI | III | 04/02/2012 20:03 | 06/11/2020 | MH Change | | | | 142 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/05/2020 - 10/31/2020 | N | 10/19/2020 00:00 | SATF | IV | 12/13/2018 10:45 | 10/05/2020 | MH Change | | | | 26 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/02/2020 - 10/31/2020 | N | 10/27/2020 00:00 | SVSP | III | 09/03/2020 15:26 | 10/02/2020 | MH Change | | | | 29 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/20/2020 - 10/31/2020 | N | 08/27/2020 00:00 | WSP | III | 12/14/2017 15:10 | 08/20/2020 | MH Change | | | | 72 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/06/2020 - 10/31/2020 | N | 09/23/2020 00:00 | HDSP | IV | 10/13/2016 13:53 | 10/06/2020 | MH Change | | | | 25 days -No movement due to Covid-19 |
| CAL | | | CCCMS 07/16/2020 - 10/31/2020 | N | 06/15/2020 00:00 | CCI | IV | 12/19/2018 07:21 | 07/16/2020 | MH Change | | | | 107 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/29/2020 - 10/31/2020 | N | 07/09/2020 00:00 | RJD | IV | 05/20/2020 14:21 | 06/29/2020 | MH Change | | | | 124 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/14/2020 - 10/31/2020 | N | 08/24/2020 00:00 | SATF | IV | 03/11/2020 15:55 | 08/14/2020 | MH Change | | | | 78 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/27/2020 - 10/16/2020 | Y | 09/10/2020 00:00 | MCSP | III | 06/12/2019 07:07 | 08/27/2020 | MH Change | 10/16/2020 02:25 | 10/16/2020 14:00 | 50 | |
| CAL | | | CCCMS 09/15/2020 - 10/15/2020 | N | 09/28/2020 00:00 | SVSP | IV | 03/02/2020 17:19 | 09/15/2020 | MH Change | 10/15/2020 02:11 | 10/15/2020 11:23 | 30 | |
| CAL | | | CCCMS 06/05/2020 - 10/31/2020 | N | 09/28/2020 00:00 | SVSP | IV | 09/07/2018 23:35 | 06/05/2020 | MH Change | | | | 148 days -No movement due to Covid-19 |
| CCC | | | CCCMS 10/01/2020 - 10/31/2020 | N | 10/08/2020 00:00 | SCC | II | 01/29/2020 15:58 | 10/01/2020 | MH Change | | | | 30 days -No movement due to Covid-19 |

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 11/03/2020 07:01 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 10/01/2020 - 10/31/2020
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.

R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCC | | | CCCMS 09/23/2020 - 10/14/2020 | N | 10/14/2020 00:00 | HDSP | IV | 01/28/2019 10:05 | 09/23/2020 | MH Change | 10/14/2020 17:50 | 10/14/2020 18:11 | 21 | |
| CCC | | | CCCMS 10/02/2020 - 10/02/2020 | N | 10/02/2020 10:26 | SOL | NA | 01/15/2020 11:49 | 10/02/2020 | MH Change | 10/02/2020 14:12 | 10/02/2020 17:40 | 1 | |
| CEN | | | CCCMS 05/15/2020 - 10/31/2020 | N | 05/20/2020 00:00 | SAC | IV | 01/28/2020 15:33 | 05/15/2020 | MH Change | | | | 169 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/21/2020 - 10/31/2020 | N | 08/31/2020 00:00 | HDSP | IV | 04/25/2019 17:37 | 08/21/2020 | MH Change | | | | 71 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/26/2020 - 10/31/2020 | Y | | | | 08/20/2020 01:02 | 08/26/2020 | MH Change | | | | 66 days -No movement due to Covid-19 |
| CEN | | | CCCMS 10/01/2020 - 10/31/2020 | N | 10/13/2020 00:00 | SVSP | III | 12/12/2019 17:30 | 10/01/2020 | MH Change | | | | 30 days -No movement due to Covid-19 |
| CEN | | | CCCMS 10/23/2020 - 10/31/2020 | N | 10/13/2020 09:10 | PBSP | IV | 07/25/2020 02:59 | 10/23/2020 | MH Change | | | | |
| CEN | | | CCCMS 08/06/2020 - 10/31/2020 | Y | 09/25/2020 00:00 | SACCO | NA | 10/03/2019 18:46 | 08/06/2020 | MH Change | | | | 86 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 10/31/2020 | N | 06/22/2020 00:00 | COR | IV | 02/26/2016 10:47 | 06/17/2020 | MH Change | | | | 136 days -No movement due to Covid-19 |
| CEN | | | CCCMS 04/29/2020 - 10/31/2020 | N | 10/14/2020 18:30 | CCI | IV | 09/28/2017 17:52 | 04/29/2020 | MH Change | | | | 185 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/21/2020 - 10/31/2020 | N | 08/27/2020 00:00 | SATF | III | 10/17/2017 17:14 | 08/21/2020 | MH Change | | | | 71 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/12/2020 - 10/31/2020 | N | 09/15/2020 00:00 | RJD | IV | 11/07/2019 12:10 | 08/12/2020 | MH Change | | | | 80 days -No movement due to Covid-19 |
| CEN | | | EOP 09/04/2020 - 10/19/2020 | N | 09/21/2020 00:00 | RJD | IV | 07/04/2020 03:05 | 09/04/2020 | MH Change | 10/19/2020 08:30 | 10/19/2020 10:51 | 45 | |
| CEN | | | CCCMS 07/22/2020 - 10/31/2020 | N | 10/19/2020 00:00 | KVSP | IV | 01/22/2020 17:10 | 07/22/2020 | MH Change | | | | 101 days -No movement due to Covid-19 |
| CEN | | | CCCMS 07/22/2020 - 10/31/2020 | Y | 08/03/2020 00:00 | HDSP | IV | 02/14/2020 12:49 | 07/22/2020 | MH Change | | | | 101 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/13/2020 - 10/31/2020 | N | 10/20/2020 12:35 | SVSP | IV | 05/04/2020 23:09 | 05/13/2020 | MH Change | | | | 171 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/24/2020 - 10/31/2020 | N | 10/06/2020 00:00 | SVSP | III | 04/30/2019 13:06 | 09/24/2020 | MH Change | | | | 37 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/13/2020 - 10/31/2020 | N | 05/20/2020 00:00 | COR | IV | 02/11/2020 17:29 | 05/13/2020 | MH Change | | | | 171 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/12/2020 - 10/31/2020 | N | 06/22/2020 00:00 | CTF | II | 09/26/2017 16:27 | 06/12/2020 | MH Change | | | | 141 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/13/2020 - 10/31/2020 | Y | 08/20/2020 00:00 | COR | IV | 08/01/2020 10:57 | 08/13/2020 | MH Change | | | | 79 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/04/2020 - 10/31/2020 | Y | 09/25/2020 00:00 | HDSP | IV | 06/13/2019 18:14 | 09/04/2020 | MH Change | | | | 57 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/21/2020 - 10/31/2020 | N | 09/25/2020 00:00 | HDSP | IV | 03/18/2020 13:20 | 09/21/2020 | MH Change | | | | 40 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/12/2020 - 10/31/2020, EOP 08/31/2020 - 10/19/2020 | N | 10/05/2020 10:31 | VSP | II | 05/21/2020 17:31 | 06/12/2020 | MH Change | 10/19/2020 08:06 | 10/19/2020 15:36 | 129 | |
| CEN | | | CCCMS 09/10/2020 - 10/31/2020 | N | 09/17/2020 00:00 | CTF | I | 02/21/2019 22:26 | 09/10/2020 | MH Change | | | | 51 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 10/31/2020 | Y | 06/24/2020 00:00 | MCSP | III | 12/12/2019 16:32 | 06/17/2020 | MH Change | | | | 136 days -No movement due to Covid-19 |
| CEN | | | CCCMS 07/08/2020 - 10/31/2020 | N | 10/27/2020 00:00 | VSP | II | 05/21/2020 18:50 | 07/08/2020 | MH Change | | | | 115 days -No movement due to Covid-19 |
| CEN | | | CCCMS 10/20/2020 - 10/31/2020 | N | 04/17/2020 00:00 | SATF | III | 12/10/2019 14:54 | 10/20/2020 | MH Change | | | | |
| CEN | | | CCCMS 08/12/2020 - 10/31/2020 | Y | 09/17/2020 00:00 | SACCO | NA | 07/23/2019 16:56 | 08/12/2020 | MH Change | | | | 80 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/18/2020 - 10/31/2020 | N | 10/29/2020 12:23 | SOL | III | 11/27/2019 17:31 | 06/18/2020 | MH Change | | | | 135 days -No movement due to Covid-19 |
| CEN | | | CCCMS 07/22/2020 - 10/22/2020 | Y | 09/17/2020 11:10 | VSP | II | 05/27/2020 14:16 | 07/22/2020 | MH Change | 10/22/2020 07:30 | 10/22/2020 14:55 | 92 | |
| CEN | | | CCCMS 04/15/2020 - 10/22/2020 | N | 09/21/2020 12:37 | RJD | III | 03/17/2020 17:36 | 04/15/2020 | MH Change | | | | 199 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/09/2020 - 10/19/2020 | N | 09/21/2020 00:00 | RJD | III | 08/30/2020 23:45 | 09/09/2020 | MH Change | 10/19/2020 08:30 | 10/19/2020 10:34 | 40 | |
| CEN | | | CCCMS 07/23/2020 - 10/31/2020 | Y | 07/28/2020 00:00 | MCSP | III | 06/05/2020 18:25 | 07/23/2020 | MH Change | | | | 100 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/24/2020 - 10/28/2020, EOP 10/28/2020 - 10/31/2020 | N | 06/30/2020 00:00 | DVI | III | 07/06/2020 14:28 | 06/24/2020 | MH Change | | | | 129 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/19/2020 - 10/31/2020 | Y | 08/31/2020 00:00 | COR | IV | 02/05/2016 11:29 | 08/19/2020 | MH Change | | | | 73 days -No movement due to Covid-19 |

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 11/03/2020 07:01 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 10/01/2020 - 10/31/2020
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.

R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEN | | | CCCMS 05/27/2020 - 10/31/2020 | Y | 06/04/2020 00:00 | KVSP | IV | 08/10/2020 03:05 | 05/27/2020 | MH Change | | | | 157 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 10/31/2020 | Y | 06/22/2020 00:00 | MCSP | III | 06/02/2020 11:10 | 06/17/2020 | MH Change | | | | 136 days -No movement due to Covid-19 |
| CEN | | | CCCMS 10/30/2020 - 10/31/2020 | Y | | | | 09/22/2020 16:20 | 10/30/2020 | MH Change | | | | |
| CEN | | | CCCMS 05/28/2020 - 10/31/2020 | Y | 06/12/2020 00:00 | HDSP | IV | 05/28/2020 23:10 | 05/28/2020 | MH Change | | | | 156 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/12/2020 - 10/31/2020 | Y | 07/28/2020 00:00 | COR | IV | 08/07/2020 15:24 | 08/12/2020 | MH Change | | | | 80 days -No movement due to Covid-19 |
| CEN | | | CCCMS 10/23/2020 - 10/31/2020 | N | 11/02/2020 00:00 | RJD | III | 11/27/2019 09:41 | 10/23/2020 | MH Change | | | | |
| CEN | | | CCCMS 10/29/2020 - 10/31/2020 | Y | | | | 09/22/2020 17:10 | 10/29/2020 | MH Change | | | | |
| CVSP | | | CCCMS 08/04/2020 - 10/31/2020 | N | 08/06/2020 00:00 | VSP | II | 03/27/2018 15:18 | 08/04/2020 | MH Change | | | | 88 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 06/12/2020 - 10/31/2020 | N | 06/19/2020 00:00 | SATF | II | 10/01/2018 10:44 | 06/12/2020 | MH Change | | | | 141 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 09/10/2020 - 10/31/2020 | N | 09/15/2020 00:00 | COR | II | 02/04/2020 10:58 | 09/10/2020 | MH Change | | | | 51 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 08/20/2020 - 10/31/2020 | N | 08/28/2020 00:00 | COR | II | 07/10/2020 16:45 | 08/20/2020 | MH Change | | | | 72 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/21/2020 - 10/31/2020 | N | 10/23/2020 10:29 | RJD | II | 04/05/2020 11:04 | 04/21/2020 | MH Change | | | | 193 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/29/2020 - 10/31/2020 | N | 07/30/2020 00:00 | CRC | II | 04/24/2020 09:56 | 07/29/2020 | MH Change | | | | 94 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/09/2020 - 10/31/2020 | N | 10/15/2020 00:00 | COR | II | 04/24/2020 09:56 | 10/09/2020 | MH Change | | | | 22 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/23/2020 - 10/31/2020 | N | 10/01/2020 00:00 | SCC | III | 01/08/2018 12:31 | 09/23/2020 | MH Change | | | | 38 days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/08/2020 - 10/31/2020 | N | 06/09/2020 00:00 | VSP | II | 04/27/2020 02:08 | 06/08/2020 | MH Change | | | | 145 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/22/2020 - 10/31/2020 | N | 10/23/2020 10:20 | SATF | II | 04/09/2020 09:42 | 04/22/2020 | MH Change | | | | 192 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/15/2020 - 10/31/2020 | N | 10/29/2020 00:00 | COR | II | 09/16/2020 01:19 | 04/15/2020 | MH Change | | | | 199 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/03/2020 - 10/31/2020 | N | 07/09/2020 00:00 | MCSP | III | 06/02/2020 20:57 | 07/03/2020 | MH Change | | | | 120 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/08/2020 - 10/31/2020 | N | 07/14/2020 00:00 | CRC | II | 04/04/2020 12:14 | 07/08/2020 | MH Change | | | | 115 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/08/2020 - 10/31/2020 | N | 07/14/2020 00:00 | VSP | II | 04/05/2020 09:27 | 07/08/2020 | MH Change | | | | 115 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/27/2020 - 09/22/2020, EOP 09/22/2020 - 10/16/2020 | N | 10/16/2020 00:00 | RJD | III | 03/26/2020 14:18 | 08/27/2020 | MH Change | 10/16/2020 08:52 | 10/16/2020 13:37 | 50 | |
| ISP | | | CCCMS 06/11/2020 - 10/07/2020 | N | 06/18/2020 00:00 | RJD | III | 06/05/2020 20:50 | 06/11/2020 | MH Change | 10/07/2020 07:55 | 10/07/2020 12:13 | 118 | |
| ISP | | | CCCMS 07/16/2020 - 10/31/2020 | N | 07/27/2020 00:00 | VSP | II | 02/20/2020 16:35 | 07/16/2020 | MH Change | | | | 107 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/02/2020 - 10/31/2020 | N | 09/08/2020 00:00 | SVSP | III | 02/20/2020 16:35 | 09/02/2020 | MH Change | | | | 59 days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/05/2020 - 10/31/2020 | N | 06/17/2020 00:00 | CCI | IV | 04/23/2019 12:13 | 06/05/2020 | MH Change | | | | 148 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/16/2020 - 10/31/2020 | N | 07/27/2020 00:00 | HDSP | IV | 11/14/2019 15:24 | 07/16/2020 | MH Change | | | | 107 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/04/2020 - 10/31/2020 | N | 09/15/2020 00:00 | ASP | II | 10/08/2020 17:06 | 09/04/2020 | MH Change | | | | 57 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/27/2020 - 10/31/2020 | N | 10/09/2020 00:00 | SOL | III | 04/11/2020 10:05 | 05/27/2020 | MH Change | | | | 157 days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/17/2020 - 10/23/2020 | N | | | | 05/07/2019 14:42 | 06/17/2020 | MH Change | | | | 136 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/27/2020 - 10/31/2020 | N | 10/30/2020 00:00 | SVSP | III | 03/12/2019 13:11 | 10/27/2020 | MH Change | | | | |
| ISP | | | CCCMS 09/09/2020 - 10/31/2020 | N | 10/27/2020 00:00 | NKSP | III | 04/30/2019 13:02 | 09/09/2020 | MH Change | | | | 52 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/16/2020 - 10/31/2020 | N | 09/22/2020 00:00 | MCSP | III | 08/17/2020 17:48 | 09/16/2020 | MH Change | | | | 45 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/29/2020 - 10/31/2020 | N | 06/03/2020 00:00 | PVSP | III | 03/18/2020 14:29 | 05/29/2020 | MH Change | | | | 155 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 10/31/2020 | N | 09/01/2020 00:00 | COR | II | 12/21/2019 23:21 | 08/19/2020 | MH Change | | | | 73 days -No movement due to Covid-19 |

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 11/03/2020 07:01 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 10/01/2020 - 10/31/2020
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.

R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISP | | | CCCMS 04/21/2020 - 10/16/2020 | N | | | | 10/24/2019 16:22 | 04/21/2020 | MH Change | | | | 10/16/2020 removed from the MHSDS program. 178 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/13/2020 - 10/31/2020 | N | 10/23/2020 00:00 | SVSP | IV | 09/19/2019 14:09 | 10/13/2020 | MH Change | | | | 18 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/28/2020 - 10/31/2020 | N | 09/08/2020 00:00 | SATF | IV | 03/26/2020 17:30 | 08/28/2020 | MH Change | | | | 64 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 10/31/2020 | N | 08/24/2020 00:00 | MCSP | III | 01/28/2020 10:45 | 08/19/2020 | MH Change | | | | 73 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/09/2020 - 10/31/2020 | N | 07/13/2020 00:00 | COR | II | 04/24/2020 09:10 | 07/09/2020 | MH Change | | | | 114 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/22/2020 - 10/31/2020 | N | 10/22/2020 09:31 | VSP | II | 04/09/2020 09:28 | 04/22/2020 | MH Change | | | | 192 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/18/2020 - 10/31/2020 | N | 10/08/2020 00:00 | SVSP | III | 06/03/2019 11:27 | 09/18/2020 | MH Change | | | | 43 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/18/2020 - 10/31/2020 | N | 09/24/2020 00:00 | SVSP | III | 10/08/2019 14:27 | 09/18/2020 | MH Change | | | | 43 days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/10/2020 - 10/31/2020 | N | 06/22/2020 00:00 | RJD | III | 01/16/2020 16:32 | 06/10/2020 | MH Change | | | | 143 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 10/31/2020 | N | 10/15/2020 12:55 | FOL | III | 03/10/2020 15:20 | 08/19/2020 | MH Change | | | | 73 days -No movement due to Covid-19 |
| ISP | | | EOP 05/21/2020 - 07/24/2020, CCCMS 07/24/2020 - 10/31/2020 | N | 08/05/2020 00:00 | HDSP | IV | 05/01/2020 06:15 | 05/21/2020 | MH Change | | | | 163 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/13/2020 - 10/31/2020 | N | | | | 10/29/2020 03:12 | 10/13/2020 | MH Change | | | | 18 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 10/31/2020 | Y | 05/19/2020 00:00 | SQ | II | 04/24/2020 09:56 | 05/14/2020 | MH Change | | | | 170 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/13/2020 - 10/31/2020 | N | 05/19/2020 00:00 | SQ | II | 04/24/2020 10:54 | 05/13/2020 | MH Change | | | | 171 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 10/31/2020 | N | 05/19/2020 00:00 | SATF | II | 04/24/2020 10:54 | 05/14/2020 | MH Change | | | | 170 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/29/2020 - 10/31/2020 | N | | | | 04/11/2020 11:31 | 10/29/2020 | MH Change | | | | |
| ISP | | | CCCMS 05/14/2020 - 10/31/2020 | N | 05/19/2020 00:00 | CTF | II | 04/25/2020 10:14 | 05/14/2020 | MH Change | | | | 170 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/21/2020 - 10/31/2020 | N | 10/28/2020 00:00 | COR | II | 09/21/2020 09:47 | 10/21/2020 | MH Change | | | | |
| ISP | | | CCCMS 08/19/2020 - 10/31/2020 | N | 08/21/2020 00:00 | COR | II | 04/24/2020 09:10 | 08/19/2020 | MH Change | | | | 73 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/27/2020 - 10/31/2020 | N | 07/30/2020 00:00 | PVSP | III | 10/02/2019 17:34 | 07/27/2020 | MH Change | | | | 96 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/07/2020 - 10/31/2020 | N | 10/20/2020 00:00 | NKSP | III | 12/05/2019 16:03 | 07/07/2020 | MH Change | | | | 116 days -No movement due to Covid-19 |

# Exhibit B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 11/03/2020 07 03 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 10/01/2020 - 10/31/2020
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCC | ▇ | ▇ | 05/15/2020 | N | 10/26/2020 11:56 | CTF | I | 10/19/2020 14:20 | CCCMS 05/15/2020 - 10/31/2020 | MH Upon Arrival | | | | Inadvertently Transferred |
| ISP | ▇ | ▇ | 11/17/2018 | N | 04/13/2020 09:18 | COR | NA | 09/21/2020 08:23 | CCCMS 11/27/2018 - 10/27/2020 | MH Upon Arrival | | | | Out to Court |
| ISP | ▇ | ▇ | 02/26/2020 | N | 10/26/2020 07:07 | WSP | III | 10/20/2020 10:14 | CCCMS 02/26/2020 - 10/31/2020 | MH Upon Arrival | | | | Inadvertently Transferred |