XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7323
  Fax: (916) 324-5205
  E-mail: Lucas.Hennes@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF-INTERVENOR LIPSEY'S COMPLAINT IN INTERVENTION** |

On November 5, 2020, Plaintiff-Intervenor Lipsey filed a complaint in this matter regarding his claims in intervention relating to Defendants' use of the Guard One system while conducting wellness checks in segregated housing units. (ECF No. 6941.) Defendants' responsive pleading is currently due November 30, 2020. Fed. R. Civ. P. 12(a).

1

Stip. & [Proposed] Order for Add'l Time Resp. Complt. (2:90-cv-00520 KJM-DB (PC))

The parties continue to discuss a potential resolution to Lipsey's claims. To further facilitate these discussions, the parties request an additional thirty days for Defendants' responsive pleading to be filed.

IT IS SO STIPULATED.

Dated: November 18, 2020

XAVIER BECERRA
Attorney General of California

*/s/ Lucas. L. Hennes*

LUCAS L. HENNES
Deputy Attorney General
*Attorneys for Defendants*

Dated: November 18, 2020

REICHMAN JORGENSEN, LLP

*/s/ Kate Falkenstien*

Kate Falkenstien
Attorney for Plaintiff-Intervenor Lipsey

### ORDER

Good cause having been shown, Defendants' pleading in response to Plaintiff-Intervenor Lipsey's complaint shall be filed no later than December 28, 2020.

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT

2

Stip. & [Proposed] Order for Add'l Time Resp. Complt. (2:90-cv-00520 KJM-DB (PC))