DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. 2:90-CV-00520-KJM-DB <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE THE 8TH AND 9TH JOINT UPDATES ON THE COVID-19 TASK FORCE** <br><br> Judge: Hon. Kimberly J. Mueller |

1       At the June 26, 2020 status conference, the Court directed the parties to file a joint
2  report with updates "on the work of the Task Force" by July 15, 2020 and "every two
3  weeks thereafter." (ECF No. 6741.) The Court modified this schedule on August 26,
4  2020, directing the parties to file COVID-19 Task Force updates every other Friday by
5  12:00 p.m., beginning on August 28, 2020. (ECF No. 6837.) On September 25, 2020, the
6  Court extended the deadline to file the sixth joint update to October 2, 2020 at 12:00 p.m.
7  and directed that further joint updates be filed every four weeks. (ECF No. 6886.) The
8  parties filed the seventh joint update on October 30, 2020. (ECF No. 6930.) Due to the
9  Court holidays on November 27, 2020 and December 25, 2020, the eighth and ninth joint
10 updates are currently due by November 30, 2020 and December 28, 2020, respectively.

11      The parties have worked diligently and collaboratively over the past four months to
12 complete the first seven joint updates on the work of the COVID-19 Task Force. In light
13 of the anticipated vacation schedules of counsel for both parties and key contributors
14 among Defendants' leadership, the parties stipulate and request that the Court extend the
15 deadlines to file the next two updates as follows: The eighth joint update shall be due by
16 Friday, December 4, 2020, at 12:00 p.m. The ninth joint update shall be due by
17 Wednesday, January 6, 2021, at 5:00 p.m.

18      This stipulation does not modify the schedule for subsequent updates, with the tenth
19 update remaining due on January 22, 2020 at 12:00 p.m., and subsequent updates due
20 every four weeks thereafter.

21      The Special Master has reviewed and concurs with this stipulation.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**IT IS SO STIPULATED.**

DATED: November 20, 2020     Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Marc J. Shinn-Krantz*
    Marc J. Shinn-Krantz

Attorneys for Plaintiffs

DATED: November 20, 2020
XAVIER BECERRA
Attorney General
Adriano Hrvatin
Supervising Deputy Attorney General

By: */s/ Lucas L. Hennes*
    Lucas L. Hennes
    Deputy Attorney General

Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: _____, 2020

    Honorable Kimberly J. Mueller
    United States District Judge