XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SUPPLEMENTAL BRIEFING IN RESPONSE TO NOVEMBER 19, 2020 MINUTE ORDER**<br><br>Judge: The Hon. Kimberly J. Mueller |

On October 23, 2020, the Court held an evidentiary hearing concerning transfers of *Coleman* class members between the California Department of Corrections and Rehabilitation and the Department of State Hospitals to inpatient hospital beds. (ECF No. 6923.) Following the hearing, the parties submitted closing argument briefing. (ECF Nos. 6948, 6949, and 6960.) On November 19, the Court issued a minute order directing the parties to file supplemental briefing. (ECF No. 6961.) The minute order further directed the briefing to be filed within seven days, by

[3653490.1]   1

1  November 26. (*Id*.) Because that is Thanksgiving Day and the following day is a State of
2  California holiday, under operation of Federal Rule of Civil Procedure 6(a)(6)(c), the parties'
3  briefs are due on November 30.
4      Given various intervening activities over the next week, the parties are not able to
5  adequately gather information and prepare the Court's supplemental briefing by November 30.
6  The parties will be preparing for and attending previously scheduled meetings intended to address
7  other topics identified by the Court, including an All Parties Meeting regarding Defendants'
8  September 8 staffing plan correspondence and the weekly meeting of the Special Master's
9  COVID-19 Task Force. Additionally, the parties' initial comments on the Special Master's draft
10 inpatient care report are due on November 23, and the parties' further briefing concerning
11 constitutional benchmarks is due on November 30. (ECF No. 6946.) Moreover, some counsel
12 and client stakeholders are not available leading up to, during, and immediately after the
13 Thanksgiving holiday period.
14     Accordingly, the parties request an extension of time—up to and including December 7—to
15 file their supplemental briefs. This extension is not intended to delay the proceeding but to allow
16 the parties to meet the case's various pending case demands during a time impacted by the
17 upcoming holiday calendar.
18 //
19 //
20 //

[3653490.1]   2

Stip. and [Prop.] Order Extending Time to File Suppl. Briefing   (2:90-cv-00520 KJM-DB (PC))

**IT IS STIPULATED AS FOLLOWS:**

1. The parties shall file supplemental briefs in response to the November 19, 2020 minute order by Monday, December 7, 2020.

Dated: November 20, 2020

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Kyle A. Lewis*
KYLE A. LEWIS
Deputy Attorney General
*Attorneys for Defendants*

Dated: November 20, 2020

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Lisa Ells*
Lisa Ells
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT

[3653490.1]                            3

Stip. and [Prop.] Order Extending Time to File Suppl. Briefing   (2:90-cv-00520 KJM-DB (PC))