1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  ADRIANO HRVATIN, State Bar No. 220909
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   TYLER V. HEATH, State Bar No. 271478
5  KYLE A. LEWIS, State Bar No. 201041
   LUCAS HENNES, State Bar No. 278361
6  Deputy Attorneys General
    1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 210-7318
     Fax: (916) 324-5205
9    E-mail: Elise.Thorn@doj.ca.gov
   Attorneys for Defendants
10

   PAUL B. MELLO, State Bar No. 179755
   LISA M. POOLEY, State Bar No. 168737
   SAMANTHA D. WOLFF, State Bar No. 240280
   LAUREL E. O'CONNOR, State Bar No. 305478
   HANSON BRIDGETT LLP
     1676 N. California Boulevard, Suite 620
     Walnut Creek, CA 94596
     Telephone: (925) 746-8460
     Fax: (925) 746-8490
     E-mail: PMello@hansonbridgett.com
   Attorneys for Defendants

   ROMAN M. SILBERFELD, State Bar No. 62783
   GLENN A. DANAS, State Bar No. 270317
   ROBINS KAPLAN LLP
     2049 Century Park East, Suite 3400
     Los Angeles, CA 90067-3208
     Telephone: (310) 552-0130
     Fax: (310) 229-5800
     E-mail: RSilberfeld@RobinsKaplan.com
   Special Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NINETEENTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS** |

## INTRODUCTION

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id.*) Defendants have filed eighteen status reports and a supplemental report providing additional

1

1   information requested by the Court, which outline the funding process and Defendants' ongoing

2   efforts to advance the construction of additional licensed crisis beds.

3                                    **DISCUSSION**

4   **I.    DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE
            CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

5

6          On May 28, 2019, Defendants filed their first status report on funding for the construction

7   of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J.

8   Donovan Correctional Facility (RJD).  (ECF No. 6168.)  The report explained that the California

9   Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan

10  phase of design, was seeking approval to begin the project's working drawings phase, and was

11  preparing a request for funding to the Department of Finance for the project's construction phase

12  to be included in the 2020-2021 State Budget.  Defendants have timely filed an additional

13  seventeen status reports between June 27, 2019 and October 26, 2020.  (ECF Nos. 6208, 6235,

14  6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, 6840, 6884, and 6926.)

15  **II.   UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS
            PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

16

17         As previously reported to the Court, CDCR's MHCB construction project in Southern

18  California is proceeding with the construction of 50 new licensed mental health crisis beds at

19  CIM.  (ECF Nos. 6297 at 3, and 6371 at 3.)  CDCR is proceeding with work on the plan.  (Borg

20  Decl. ¶ 2.)

21         As reported last month, CDCR submitted the working drawings back to the Office of the

22  State Fire Marshal (OSFM) for further action and review on October 22, 2020.  (Borg Decl. ¶ 3.)

23  CDCR received an additional set of review comments from the OSFM on November 23, 2020.

24  (*Id.*)  CDCR estimates approval of the revised working drawings by the OSFM by December 22,

25  2020, approximately an eight-day delay from the previous estimated approval date of December

26  14, 2020.  (*Id.*)  This report slightly modifies the timeline presented in Defendants' eighteenth

27  status report dated October 26, 2020, as a result of the additional review comments from the

28  OSFM.  CDCR now estimates that the OSFM will approve the revised working drawings by

                                        2

December 22, 2020.  (*Id.*)  Defendants maintain that construction will still begin in April 2021, with construction expected to be completed in April 2023.  (*Id.*)

**III.   UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.**

Defendants have no changes to report on the $91,032,000 appropriation for construction of 50 new licensed crisis beds at CIM.

**IV.   DEFENDANTS CURRENTLY DO NOT EXPECT COVID-19 TO DELAY THE PROJECT.**

CDCR's COVID-19 response plan has not delayed the CIM construction project.  (Borg Decl. ¶ 4.)  Should COVID-19 impact Defendants' construction project, Defendants will let the Court know.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.


Dated: November 25, 2020                         Respectfully submitted,

                                                XAVIER BECERRA
                                                Attorney General of California
                                                ADRIANO HRVATIN
                                                Supervising Deputy Attorney General


                                                /S/ *ELISE OWENS THORN*
                                                Elise Owens Thorn
                                                Deputy Attorney General
                                                *Attorneys for Defendants*

3

<table>
<tr><td>1</td><td>XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California</td><td>PAUL B. MELLO, State Bar No. 179755<br>LISA M. POOLEY, State Bar No. 168737</td></tr>
</table>

1   XAVIER BECERRA, State Bar No. 118517                PAUL B. MELLO, State Bar No. 179755
    Attorney General of California                      LISA M. POOLEY, State Bar No. 168737
2   MONICA N. ANDERSON, State Bar No. 182970            SAMANTHA D. WOLFF, State Bar No. 240280
    Senior Assistant Attorney General                   LAUREL E. O'CONNOR, State Bar No. 305478
3   ADRIANO HRVATIN, State Bar No. 220909               HANSON BRIDGETT LLP
    Supervising Deputy Attorney General                   1676 N. California Boulevard, Suite 620
4   ELISE OWENS THORN, State Bar No. 145931               Walnut Creek, CA 94596
    TYLER V. HEATH, State Bar No. 271478                  Telephone:  (925) 746-8460
5   KYLE A. LEWIS, State Bar No. 201041                   Fax:  (925) 746-8490
    LUCAS HENNES, State Bar No. 278361                    E-mail:  PMello@hansonbridgett.com
6   Deputy Attorneys General                            Attorneys for Defendants
      1300 I Street, Suite 125
7     P.O. Box 944255                                   ROMAN M. SILBERFELD, State Bar No. 62783
      Sacramento, CA 94244-2550                         GLENN A. DANAS, State Bar No. 270317
8     Telephone:  (916) 210-7318                        ROBINS KAPLAN LLP
      Fax:  (916) 324-5205                                2049 Century Park East, Suite 3400
9     E-mail:  Elise.Thorn@doj.ca.gov                     Los Angeles, CA 90067-3208
    Attorneys for Defendants                              Telephone:  (310) 552-0130
10                                                        Fax:  (310) 229-5800
                                                          E-mail:  RSilberfeld@RobinsKaplan.com
11                                                      Special Counsel for Defendants

12                  IN THE UNITED STATES DISTRICT COURT

13                 FOR THE EASTERN DISTRICT OF CALIFORNIA

14                          SACRAMENTO DIVISION

16  **RALPH COLEMAN, et al.,**                   2:90-cv-00520 KJM-DB (PC)

17                                Plaintiffs,    **DECLARATION OF DEAN L. BORG**
                                                 **SUPPORTING DEFENDANTS'**
18                                               **NINETEENTH STATUS REPORT ON**
          v.                                     **THE FUNDING PROCESS FOR THE**
19                                               **CONSTRUCTION OF MENTAL**
                                                 **HEALTH CRISIS BEDS**
20  **GAVIN NEWSOM, et al.,**

21                                Defendants.

23        I, Dean L. Borg, declare:

24        1.     I am the Director of the Facility Planning, Construction and Management Division for

25  the California Department of Corrections and Rehabilitation (CDCR).  I have personal knowledge

26  of the facts stated in this declaration and if called to testify to those facts I could and would do so

27  competently.  I make this declaration to support Defendants' nineteenth status report on the

28
                                          1

1  funding process for the design and construction of licensed mental health crisis beds in Southern

2  California.

3       2.     The work on CDCR's plan to construct 50 new licensed mental health crisis beds at

4  the California Institution for Men is proceeding, consistent with reports previously provided to

5  the Court.

6       3.     As reported last month, CDCR submitted the working drawings back to the Office of

7  the State Fire Marshal (OSFM) for further action and review on October 22, 2020.  CDCR

8  received an additional set of review comments from the OSFM on November 23, 2020.  CDCR

9  estimates approval of the revised working drawings by the OSFM by December 22, 2020,

10  approximately an eight-day delay from the previous estimated approval date of December 14,

11  2020.  CDCR estimates that construction will begin in April 2021, based on the estimated

12  working drawing approval date of December 22, 2020, with construction expected to be

13  completed in April 2023.

14       4.     CDCR's response plan to COVID-19 has not led to any delays to the California

15  Institution for Men construction project as of the date of this report.

16       I declare under penalty of perjury under the laws of the United States of America that the

17  foregoing is true and correct.

18       Executed in Sacramento, California on November 25, 2020.

19                                          /s/ DEAN L. BORG
20                                          DEAN L. BORG
                                            Director
21                                          Facility Planning, Construction and Management
22                                          *(original signature retained by attorney)*

23

24

25

26

27

28