XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
Special Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge: The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*) On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

/ / /

1

1    Consistent with the Court's February 14, 2018 order, attached here is a letter from

2  Defendant CDCR setting forth CDCR's Division of Health Care Services Systemwide Mental

3  Health Program Allocated and Filled Psychiatry Positions for October 2020.

4                                    **CERTIFICATION**

5    Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

6  ECF No. 5786, ECF No. 5803, and ECF No. 5886.

7  Dated:  November 30, 2020                    Respectfully submitted,

8                                               XAVIER BECERRA
                                                Attorney General of California
9                                               ADRIANO HRVATIN
                                                Supervising Deputy Attorney General
10

11                                              /S/ *Elise Owens Thorn*
                                                ELISE OWENS THORN
12                                              Deputy Attorney General
                                                *Attorneys for Defendants*
13

   CF1997CS0003
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Monthly Psychiatry Vacancy Report  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



November 30, 2020

Elise Owens Thorn, Esq.
California Department of Justice
1300 I Street
Sacramento, CA 95814

RE:    CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL
          HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

  Dear Ms. Thorn:

          The California Department of Corrections and Rehabilitation (CDCR) hereby submits its
monthly report identifying the psychiatry vacancy rates at each CDCR institution and systemwide
for October 2020, attached as Exhibit A.  In accordance with the Court's February 14, 2018 order,
the report contains the same data as the Correctional Health Care Services Mental Health
Institution Vacancies:  Summary by Institution by Classification.  It also includes data from the
monthly telepsychiatry report, as well as a separate column showing the number of psychiatric
nurse practitioners working at each institution and systemwide, and the fill rate including
psychiatric nurse practitioners.

Sincerely,

  _/s/ Amar Mehta, M.D._____
Amar Mehta, M.D.
Deputy Director
Statewide Mental Health Program

# Exhibit A

| Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Psychiatry Positions - October 2020 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Allocated Sept 2020[1] | | | Filled Oct 2020 | | | | | | Filled w PNP Oct 2020 | | |
| Sites | Site | Telepsych | Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 4.50 | 0.00 | 4.50 | 0.00 | 5.53 | 0.00 | 0.00 | 5.53 | 123% | 0.00 | 5.53 | 123% |
| CAL | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 2.00 | 4.00 | 6.00 | 2.00 | 3.49 | 2.00 | 0.00 | 7.49 | 125% | 0.00 | 7.49 | 125% |
| CCWF | 7.50 | 2.00 | 9.50 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 53% | 4.16 | 9.16 | 96% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CHCF | 17.50 | 8.00 | 25.50 | 2.00 | 1.59 | 7.00 | 0.55 | 11.14 | 44% | 1.00 | 12.14 | 48% |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 14.90 | 10.45 | 4.00 | 0.35 | 29.70 | 81% | 0.00 | 29.70 | 81% |
| CIM | 9.00 | 1.00 | 10.00 | 7.00 | 2.19 | 1.00 | 0.00 | 10.19 | 102% | 0.00 | 10.19 | 102% |
| CIW | 10.50 | 1.00 | 11.50 | 6.00 | 3.50 | 0.00 | 0.00 | 9.50 | 83% | 0.00 | 9.50 | 83% |
| CMC | 15.50 | 2.00 | 17.50 | 9.00 | 4.92 | 0.00 | 0.00 | 13.92 | 80% | 0.00 | 13.92 | 80% |
| CMF | 15.50 | 3.00 | 18.50 | 6.00 | 4.75 | 2.18 | 0.81 | 13.74 | 74% | 2.96 | 16.70 | 90% |
| CMF PIP | 32.00 | 0.00 | 32.00 | 7.00 | 10.76 | 1.00 | 1.04 | 19.80 | 62% | 0.00 | 19.80 | 62% |
| COR | 7.50 | 5.00 | 12.50 | 2.50 | 3.25 | 4.79 | 0.00 | 10.54 | 84% | 0.00 | 10.54 | 84% |
| CRC | 4.50 | 0.00 | 4.50 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | 156% | 0.00 | 7.00 | 156% |
| CTF | 3.50 | 2.00 | 5.50 | 2.00 | 0.98 | 1.00 | 0.00 | 3.98 | 72% | 0.98 | 4.96 | 90% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.33 | 0.33 | 33% | 0.00 | 0.33 | 33% |
| DVI | 2.00 | 0.00 | 2.00 | 2.00 | 0.52 | 0.00 | 0.00 | 2.52 | 126% | 0.00 | 2.52 | 126% |
| FSP | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | 100% | 0.00 | 3.00 | 100% |
| HDSP | 2.50 | 4.00 | 6.50 | 0.00 | 0.00 | 3.17 | 2.31 | 5.48 | 84% | 0.00 | 5.48 | 84% |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.33 | 0.33 | 33% | 0.00 | 0.33 | 33% |
| KVSP | 4.50 | 4.00 | 8.50 | 1.00 | 0.00 | 1.61 | 2.68 | 5.29 | 62% | 2.94 | 8.23 | 97% |
| LAC | 12.00 | 0.00 | 12.00 | 6.00 | 4.20 | 0.00 | 0.00 | 10.20 | 85% | 1.45 | 11.65 | 97% |
| MCSP | 9.00 | 6.00 | 15.00 | 3.75 | 3.31 | 3.20 | 3.67 | 13.93 | 93% | 0.00 | 13.93 | 93% |
| NKSP | 3.00 | 2.00 | 5.00 | 0.00 | 3.75 | 2.00 | 0.00 | 5.75 | 115% | 2.89 | 8.64 | 173% |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.37 | 0.00 | 2.37 | 79% | 0.00 | 2.37 | 79% |
| PVSP | 2.00 | 1.00 | 3.00 | 1.00 | 0.32 | 1.00 | 0.00 | 2.32 | 77% | 0.00 | 2.32 | 77% |
| RJD | 14.00 | 3.00 | 17.00 | 9.50 | 2.62 | 2.27 | 0.00 | 14.39 | 85% | 0.00 | 14.39 | 85% |
| SAC | 18.50 | 1.00 | 19.50 | 15.75 | 2.63 | 0.17 | 0.00 | 18.55 | 95% | 0.00 | 18.55 | 95% |
| SATF | 7.00 | 9.00 | 16.00 | 1.00 | 1.25 | 7.20 | 1.03 | 10.48 | 66% | 4.52 | 15.00 | 94% |
| SCC | 2.00 | 1.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33% | 1.04 | 2.04 | 68% |
| SOL | 4.50 | 0.00 | 4.50 | 4.00 | 0.00 | 0.16 | 0.00 | 4.16 | 92% | 0.00 | 4.16 | 92% |
| SQ | 11.00 | 0.00 | 11.00 | 12.00 | 1.21 | 0.00 | 0.00 | 13.21 | 120% | 0.00 | 13.21 | 120% |
| SVSP | 3.50 | 6.00 | 9.50 | 0.00 | 2.56 | 5.16 | 1.27 | 8.99 | 95% | 0.00 | 8.99 | 95% |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 1.00 | 5.86 | 0.00 | 0.00 | 6.86 | 69% | 0.00 | 6.86 | 69% |
| VSP | 1.00 | 7.00 | 8.00 | 0.00 | 0.06 | 6.06 | 0.00 | 6.12 | 77% | 0.95 | 7.07 | 88% |
| WSP | 2.50 | 4.00 | 6.50 | 3.00 | 1.91 | 2.20 | 2.17 | 9.28 | 143% | 0.00 | 9.28 | 143% |
| TOTAL | 282.00 | 80.00 | 362.00 | 136.40 | 81.61 | 59.54 | 16.54 | 294.09 | 81% | 22.89 | 316.98 | 88% |

Footnote

1 Source: MH Memo Updated September 2020 Statewide Mental Health Position Allocated

2 Source: November 2, 2020 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT_PNP Temp Relief Details (October 2020)

4 Source: October 2020 Telepsychiatry Provider List