# Exhibit A

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

# Continuous Quality Improvement

## On Site Audit Guidebook

**7/2/2018**

# Table of Contents

## Contents

Scheduling Your Visit........................................................................................................................5

    Coordinating Your Visit ................................................................................................................5

    Creating the Schedule .................................................................................................................5

Preparing for Your Visit ...................................................................................................................8

    Data Review ................................................................................................................................8

    Computer/Tool Updating.............................................................................................................8

    Pre-Visit Call ...............................................................................................................................8

What to Do Upon Arrival .................................................................................................................9

    Check In-Meeting........................................................................................................................9

    Document Binders ......................................................................................................................9

Mental Health Audit Instructions ...................................................................................................10

    Preface .......................................................................................................................................10

    Treatment Space (RC, ML CCCMS, ML EOP, ASU, SHU, PSU, LTRH, STRH, Condemned) ......................10

    IDTT Observation [ML CCCMS, ML EOP, MHCB, ASU, SHU (if applicable), PSU, LTRH, STRH, Condemned] ......................................................................................................................12

    I/P Interviews (RC, ML CCCMS, EOP, ASU, PSU, SHU, LTRH, STRH, Desert Institutions, RC EOP)...........16

    Group Treatment Observation (ML EOP, ASU, SHU, PSU, LTRH, STRH, RC EOP, Condemned) .............23

    Morning Meeting Observation (ASU, ASU EOP HUB, LTRH, STRH).........................................24

    Primary Clinician/Psychiatric Technician (PT) Rounds .............................................................24

    ICC Observation (ASU, PSU, LTRH, STRH, SHU, Condemned) ................................................25

    High Refusers (ASU EOP and PSU) ...........................................................................................26

    ASU Intake Screening (ASU Screen Questionnaire MH -7709) ...............................................26

    Cell Cleanliness (MHCB, Alternative Housing) .........................................................................27

    Clinical Restraint (MHCB)..........................................................................................................27

    Limited Issue Observation (MHCB) ..........................................................................................28

    Nursing Rounds (MHCB) ...........................................................................................................29

    Alternative Housing ..................................................................................................................29

    Confidential Screening (RC) ......................................................................................................30

    R&R Screen................................................................................................................................30

Staff Interview ........................................................................................................................... 31

Five Day Follow-Up Assessment ................................................................................................. 31

Medication Management ........................................................................................................... 31

Overall Area Rating .................................................................................................................... 32

Annual IST Suicide Prevention Training .................................................................................... 32

Custody Audit Instructions ............................................................................................................ 34

Treatment Module/Security Desk Standards ........................................................................... 34

MHCB Mechanical Restraint Documentation .......................................................................... 34

MHCB Treatment Module Use Observation ............................................................................. 35

ASU/STRH/STRH RC/SHU/LTRH/PSU/Condemned – Welfare Checks ...................................... 35

ASU, SHU, PSU, Condemned Out of Cell Time and Showers .................................................... 35

ICC Timelines ASU/STRH/STRH RC ............................................................................................ 36

ASU/STRH/STRH RC Intake Procedures .................................................................................... 36

Entertainment Appliances (ASU, ASU EOP Hub, STRH) ........................................................... 37

Unclothed Body Search (ASU EOP HUB and PSU) .................................................................... 37

STRH RC, Female STRH/LTRH, Male LTRH Out of Cell Time and Showers .............................. 37

STRH Male Out of Cell Time and Showers ................................................................................ 38

STRH/LTRH Entertainment Appliances ..................................................................................... 38

Condemned Entertainment Appliances .................................................................................... 39

MHCB Activities ......................................................................................................................... 39

All Housing Units – Custody MH Referral Process .................................................................... 40

All Housing Units – Peace Officer CPR Mouth Shield ............................................................... 40

All Housing Units – Cut Down Kit ............................................................................................. 41

All Housing Units – Heat Plan .................................................................................................... 41

On Site Paperwork – Custody MHCB/Alternative Housing Discharge Follow-Ups ................. 42

On Site Paperwork – RVRs ........................................................................................................ 43

On Site Paperwork – Custody Training ..................................................................................... 44

Phone Calls, Issuance of Property Tracking, & Transfer Timelines for NDS (ASU, ASU EOP hub, STRH, STRH RC and Females) ........................................................................................................... 44

Use of Force ............................................................................................................................... 45

Post Visit Instructions .................................................................................................................... 45

Check-Out Meeting .................................................................................................................... 45

3

Completing your Report.........................................................................................................46

Checking your Data .............................................................................................................47

Attachments.............................................................................................................................48

Attachment A – Pre-Visit Checklist ............................................................................................49

Attachment B – Pre-Scheduled Audit Areas ..............................................................................52

Attachment C – Custody Escort Officer Script ...........................................................................54

Attachment D – Restraint Checklist ...........................................................................................55

Attachment E – Regional Technical Instructions .......................................................................58

Attachment F – Report Writing Outline......................................................................................59

Attachment G – How to Run the Non-Disciplinary Segregation Report (NDS) in SOMS ...........60

Attachment H – CQI Entrance Talking Points.............................................................................63

Attachment I – Case Selection Review Guidelines.....................................................................64

Case Review Selection Guidelines......................................................................................64

Case Review Writing Guidelines ........................................................................................64

Attachment J – Exit Interview Talking Points .............................................................................65

Mental Health Exit .............................................................................................................65

Custody Exit – To be presented by the MHCT Regional Lieutenants...................................66

Attachment K – Security Desks...................................................................................................68

Attachment L – Treatment Modules and Security Booths ..........................................................70

# Scheduling Your Visit

## Coordinating Your Visit

a) Prior to the audit quarter, the Mental Health Regional team will work together to schedule a range of audit date(s).
   - Audit dates are not finalized until the Mental Health Regional team coordinates the dates with the institution staff.
b) A Mental Health team member contacts the Chief of Mental Health and CEO of the scheduled facility to determine final audit dates.
   - Final dates are determined based upon IDTT, ICC, and group schedules.  Ensure that these meetings, in the locations in which you need to observe them, are occurring on the days you are at the institution.
c) Team members will notify all the parties of the final dates.
   - The mental health Regional Administrator or designee will notify the custody team member which of the dates they previously agreed upon will be the final visit dates (based upon scheduling of meetings).
   - Custody team members will notify the institution's Warden of the visit dates along with expectations for the audit.
     - o Expectations are noted in the pre-visit checklist (Attachment A).
     - o Other expectations include:
       - ▪ The Warden's participation in a check in and checkout meeting.
       - ▪ Custody staff are available to escort audit team members upon request.
   - The mental health Regional Administrator or designee will notify the CEO and CMH of the final visit dates and provide expectations for the audit.
     - o Expectations are noted in the pre-visit checklist (Attachment A).
     - o Other expectations include:
       - ▪ Staff conduct business as usual (do not change group leaders or IDTTs membership for the audit).
       - ▪ CEO and CMH participation in the check in and checkout meeting.
       - ▪ Adherence to schedules (ICC, IDTT, groups, I/P survey).
       - ▪ Staff available to escort audit team members.

## Creating the Schedule

a) At least two weeks prior to your scheduled visit, the Mental Health Regional analyst will request the name of a local contact that has access to facility scheduling information.
   - Ongoing communication with this liaison is critical to ensure your visit is well organized and the institution staff knows what is expected.
   - Telephone calls are critical to finalizing a schedule that will help ensure your visit goes smoothly.
b) Coordinate with institution designee.
   - This is done by the regional analyst.

- o Provide the pre-visit checklist (Attachment A) for the dates you will be visiting the institution, to request:
  - Interdisciplinary Treatment Team (IDTT for all MHSDS I/Ps-ASU, ML EOP, ML CCCMS, MHCB, SHU, PSU) schedules;
  - Institutional Classification Committee (ICC) schedules; and
  - ASU, ML EOP, and PSU group therapy schedules.
- o Coordinate the schedule with the institution designee using the IDTT, ICC, and group schedules, and the "prescheduled audit areas" sheet (Attachment B). Ensure all required pre-scheduled meetings/interviews are included in your schedule.
  - Custody team members do not have any pre-scheduled events so the defined schedule is primarily for the clinical team.
  - To avoid excessive walking from one end of the institution to another, ensure the pre-scheduled items are coordinated logistically with the lay-out of the institution.
  - Build in estimated time for non-scheduled audit items (example: Reserve about two hours in your schedule before or after the MHCB IDTT to complete all non-scheduled MHCB items).
  - Include in the schedule all areas where there are no pre-scheduled events. This will help ensure the team remembers to visit all required areas during the visit (example: alternative housing, OHU).
  - Teams can be divided to accommodate scheduling (example: one clinical team member can go to a CCCMS IDTT, while another goes to an EOP IDTT in another yard, and a custody team member is in the ASU).

c) The Regional Analyst or designee provides the random I/P list to the
- • Institution's designee to schedule the I/P survey.
  - o Two weeks before the visit:
    - Go to Lifeline Internet site, Click on "Quality Management" (under Divisions), click "Quality Management Portal" (under External Links), click "Mental Health Reports" (under Management Reports), click "Mental Health Reports" (under Reports), select "Random I/P List" enter parameters (see below).

      ***Example: Mainline EOP (ML EOP) list***
      Enter:
      Sub program - uncheck ASU, SHU, and PSU
      Number to select (auto populated)
      Program *Mainline*
      Mental Health Identifier (MHI) *EOP, EOPMod*
      Cell bed (Null)
      Provider *Any*
      Click "View Report"
      ***Example: ASU***

       Sub program *All*
       Number to select (auto populated)
       Program *ASU*
       Mental Health Identifier (MHI) *EOP, EOPMod, CCCMS*

- Export each list to Excel and save.
- Run the report for ML CCCMS, ML EOP, RC, ASU, SHU, and PSU programs.
- Ensure you only run the list for programs offered at the institution.

d) Email the saved excel random I/P list(s) to the designee at the institution with the instructions for them to schedule:
- One group of 10 I/Ps in each yard per program (ML CCCMS, ML EOP, RC, ASU, ASU EOP HUB, SHU, and PSU) as applicable to their institution.
- One group of up to 10 I/Ps at Desert institutions in the MHSDS program. If there are less than 10, then ducat all I/Ps.
- Do not cancel the I/P's treatment for them to participate in the I/P survey.

e) Email the "escort officer script" (Attachment C) along with the Excel random I/P list to the institution designee.
- Ask the designee to provide the script to the officers and request that they use it.
- Contact a custody audit team member and ask that the script is provided to the Warden. Also ask them to request that the Warden provide the script to the officers and use it to explain the purpose of the I/P survey to the I/Ps.

f) Remind the institution contact to email electronic copies of the ICF/ACUTE returns list (to both the MH regional contact and the regional LT), SRE mentor program training list, and staffing numbers for clinical staff.
- Call the institution designee one day before your visit to remind them about the custody script. Verify that I/Ps are scheduled for the I/P survey and ensure you know about any last minute schedule changes.
- The institution will provide the percentage of all PC and Psychiatrist appointments seen in a confidential setting.
  - Two weeks prior to the visit:
    - Run the Appointments report in the "On Demand" folder, select institution, mhi, program, subprogram, start/end dates, modality(all), tx category PC or/and Psy, leave all other defaults.
    - Export each list to Excel. Create a pivot table. Pivot by Modality (Row) and (Values), Housing and LOC (filters).Add a column to the right of the table and label it "Percentage for Standard Confidential", compute the percentage. Create a table for each set of contacts.
- The Regional analyst or designee ensures all attendees and their equipment have been cleared for entrance.

- The Regional analyst or designee ensures a call in line, and invitations are provided to exit meetings. (Refer to attachment M for instructions and list of required attendees).

# Preparing for Your Visit

## Data Review

a) Within one week before your visit:
   - Review all data on the performance report from "on demand". This will help inform your visit and prompt you to ask further questions and/or undertake additional investigations.

## Computer/Tool Updating

a) If you receive a notification email from the QM team indicating that there is a new release of the tool, click on the update link which appears as:
   Click here to install/update CQIT  (this will be emailed to you) to update the tool.
b) Test the update to ensure the tool is working properly.
c) Update I/P lists in CQIT - The night or morning before you go – by clicking on "Refresh Files".
d) At the end of every quarter and once you no longer need the audit responses that are stored on your computer, select "clear data" on the home screen of CQIT. This will clear all of the data from your prior quarterly visits and reset your color coding of items (with the exception of I/P flags).
   - Note that all data must be uploaded to the server before you clear data.
   - You can access  prior audit data numbers through the following link:
     CQIT Audits
   - Previously submitted comments are found through this link:
     CQIT Comments

## Pre-Visit Call

a) Mental Health and Custody audit team designee should coordinate a pre-visit call with the CEO, Warden, Health Care AW, and CMH the week prior to the visit.
b) All visit expectations will be expressed including:
   - I/P Survey script
   - I/P Survey ducating and escorts (timely)
   - Binder preparation
   - Confidentiality of I/P survey
   - Institution mental health staff not to attend I/P survey
   - CMH not to attend any observation meeting unless they typically attend

## What to Do Upon Arrival

### Check In-Meeting

a) The first thing that will occur at the start of each visit is a brief "check-in" meeting with, at a minimum, the CEO, CMH, Warden, custody audit team, and mental health audit team. It is also recommended that facility Captains attend. ( See attachment H for entrance talking points)

b) Warden and CEO/CMH presentations
- Custody audit team members may ask Wardens to provide any relevant updates regarding their program, mission, etc.
- Mental Health audit team members may ask CEOs and CMHs to provide any relevant updates regarding their mental health census, populations, and program changes.

c) Custody and Mental Health presentations
- Both audit teams should provide institution leadership with an overview of the areas in which they will be visiting.
- At the inception of the visit, the audit teams should inform institutional leadership that the visit is a means to collect data to provide support tools for leadership and their staff.
  - o Emphasize that the reports generated from the visit will allow them to use and make decisions about their quality improvement priority areas.
  - o Emphasize that the reports generated from the visit will allow them to facilitate change through their own quality management system.
- Data discussion – A designated mental health audit team member will provide an overview of the data that was reviewed in Step I of "Preparing for Your Visit" in this training guide on the performance report.

A designated custody staff member will review all relevant custody data from the Mental Health Performance report and the CDCR Office of Research site (for welfare check data).

### Document Binders

a) Before you leave the check-in meeting, ask institutional staff for the document binders (one for mental health and one for custody) outlined in the pre-visit checklist (Attachment A) provided by the team members ahead of the visit.
- The details related to the items that go into these binders are in the pre-visit checklist (Attachment A).

# Mental Health Audit Instructions

## Preface

This guidebook is designed to provide specific audit instructions for every audit included in your Continuous Quality Improvement Tool (CQIT) to improve inter-rater reliability and validity of our audits. Although CQIT covers a great deal of items that shall be reviewed on site, it is also critical that each auditor pay special attention to qualitative items that may not be explicitly written in CQIT. It is critical that all information available (CQIT audit items, other performance report items) are utilized to paint a complete picture on institution performance using your written report.

For example: Performance report reflects high percentage of appointment cancellations (uses EHRS data), I/Ps report they don't get to their appointments on time (CQIT pt survey item), and while on site you notice the MH staff is unorganized and there is a lack of escort officers (not in any formal audit but important to note and include in your report).

Also note that the I/P and staff interview questions are predominantly conveyed through report writing. Although I/P survey questions are measureable, questions related to unclothed body searches, custody response, timeliness of groups, and yard time offered in restricted units are not reported on the performance report from a I/P report perspective; these items are intended to further inform your impression and other data regarding institution performance in these areas.

## Treatment Space (RC, ML CCCMS, ML EOP, ASU, SHU, PSU, LTRH, STRH, Condemned)

a) General instructions
- Respond one time for each treatment room observed.
- If possible, ask staff about accessibility to each space; otherwise enter the overall response each time you enter data for the space.
- In the audit sections relating to staff's report of access to space, respond one time for each staff person interviewed.
- In auditing treatment space, it is not necessary to observe a room in use. Instead, staff may be asked about the size of the space.
- If possible, complete the IDTT and group Tx space audits while observing IDTT and group.

b) Group Treatment Space
1. Is the group treatment space confidential?
   o Confidential means other I/Ps cannot see or hear the interaction and other staff cannot hear the interaction.

10

2. Is the space large enough to accommodate chairs for each participant?
   o If you do not respond to this question while observing a group, you may need to ask staff if they usually (more than half of the time) have enough chairs for everyone.

3. Does the space have adequate ventilation and temperature control (not too hot)?
   o Noting that everyone prefers a different room temperature, respond if the room is judged by the auditor to be too "stuffy" or if participants report it is too hot.

c) Individual Treatment Space
   1. Is the treatment space observed confidential?
      o Confidential means other I/Ps cannot see or hear the interaction and other staff cannot hear the interaction.

   2. Is there space enough for two chairs?
      o If you do not respond to this question while observing an individual session, you will need to determine if the space has enough room for two chairs to fit in comfortably.

   3. Is the space configured so the space is safe?
      o Examples of unsafe space include:
         ▪ The space is set up so the I/P sits by the door, blocking the door from custody being able to get in if there were an emergency.
         ▪ The space is used for storage of items (i.e. broom closet, storage for beds or other items).
         ▪ The space is in a remote area with no custody supervision or proximity to respond in case of an emergency.
         ▪ The space is in an area where an alarm will not work.

   4. Is the space well ventilated and temperature controlled (not too hot)?
      o This is more difficult to assess in an individual room with no people using the space. To assess you may:
         ▪ Interview staff and ask about ventilation.
         ▪ Noting that everyone prefers a different room temperature, respond if the room is judged to be too "stuffy".

   5. Do staff report that they have access to confidential individual Tx space when needed?
      o Confidential means other I/Ps cannot see or hear the interaction and other staff cannot hear the interaction.

11

d)  IDTT Treatment Space

  o Complete this audit while observing the quality of the IDTT

1.  Is there enough space for each participant to have a chair?

  o Do not count the audit team.  Only determine this by judging if there is enough space for regular institution team members.

2.  Is there a chair for each participant?

  o Do not count the audit team.  Only determine this by judging if there is a chair for regular institution team members.

  o This includes the I/P having a chair, but the custody escort does not require a chair.

3.  Is there a conference table?

  o Some rooms have a small side table in the middle used as a conference table.  This is not adequate and does not count as a "yes".

4.  Is the space free from unnecessary and distracting noise?

  o Some examples of unnecessary and distracting noise are:

    ▪ Loud fans that make it difficult to hear.
    ▪ A crowd of people and activity right outside the room that make it difficult to hear.

5.  Is the space free from unnecessary interruptions (i.e. People walking through)?

  o Some examples of unnecessary interruptions include:

    ▪ Space in which people have to walk through the meeting to get to other locations in the facility.
    ▪ Space in a large area (such as the dining room) where many people are regularly entering and exiting the area during the meeting.

6.  Is the space well ventilated and temperature controlled (not too hot)?

  o Noting that everyone prefers a different room temperature, respond if the room is judged by the auditor to be too "stuffy" or if participants report it is too hot.

## IDTT Observation [ML CCCMS, ML EOP, MHCB, ASU, SHU (if applicable), PSU, LTRH, STRH, Condemned]

a)  General Guidelines

- You are required to observe five I/P IDTTs in one unit of each program (e.g., if the prison has three separate EOP units, you only need to sit in on one of their IDTTs for five I/Ps) but you must rotate units each visit to ensure over time all programs are sampled.
- If there are less than five to observe in any given program, observe all.
- Before the first I/P is brought in, introduce yourself to the team and tell them:
  - You must introduce yourself to each I/P.
  - Other than your initial introduction, they should proceed with the meeting as they typically would.  Do NOT present to you.
  - To the extent that any of the attendees are present at the IDTT due solely to the audit, politely request that they not attend so that the audit fairly represents the quality of the treating team members.
  - Ask for a list of I/Ps scheduled to be seen by the IDTT. This will help you with entering the I/P CDCR numbers as they are brought in.

b) IDTT observations
  1. Did the IDTT start timely??
     - Judge this using the schedule you received in planning your visit.  If the meeting is more than 5 minutes late starting, note this as a "no" unless there was a legitimate reason (such as one of the team members attending to an emergency), that does not appear to the norm.

  2. Did the IDTT Leader state the purpose of the IDTT?
     - This will be apparent.  The IDTT leader is expected to tell the I/P the reason(s) they are having the meeting.

  3. Did the primary clinician complete or update the PC intake evaluation prior to the IDTT meeting?
     - The requirement for a new or updated intake evaluation will depend on the I/P's program. If it is required, the PC must complete either a new 7386 or update the current 7386 on a progress note or 7389.
     - You may need to ask the PC after the I/P leaves if you can see this paperwork; other times it may be obvious as they will be looking at it in the IDTT.

  4. Did the psychiatrist complete the 7230-G intake evaluation prior to the IDTT meeting?
     - The psychiatrist must complete an initial evaluation (intake evaluation documented on a progress note) prior to the IDTT.
     - You may need to ask the psychiatrist after the I/P leaves if you can see this paperwork; other times it may be obvious as they will be looking at it in the IDTT.

5. If it appears that the I/P's mental health status had an impact on his/her understanding of proceedings, did staff members in IDTT ensure effective communication?
   o This applies only to I/Ps who you, as a clinician, observe to have difficulty paying attention to or understanding what the IDTT members are saying. This is NOT required for all I/Ps.
      ▪ *Training discussion – what are some of the things you might observe with an I/P who is having difficulty understanding?*
   o Note N/A if you judge the I/P as being able to understand.
   o Note this as a "yes" if any member in the IDTT checked the I/P for understanding by asking him/her to restate what was said.

6. Did PC provide succinct case formulation (Four P's) to inform relevant treatment information including, but not limited to:
   o Functional impairments
   o Diagnosis
   o Areas of distress
   o Strengths
   o Weaknesses
   o History of mental illness, hospitalizations, suicide attempts

7. Did the psychiatrist provide relevant information regarding diagnosis, medications to address the diagnosis, and discuss side effects?
   o The psychiatrist should express what was prescribed and the rationale, or if no medication were prescribed the rationale.
   o The psychiatrist should talk with the I/P about side effects and benefits (risks and benefits) of the medication prescribed, if medication is prescribed.

8. Was the I/P invited to the IDTT and asked open ended questions that enhances his or her understanding of the treatment plan?
   o Select N/A if the I/P declined to attend or there is good clinical rationale for not inviting the I/P.
   o If the I/P attends, one can assume he/she was invited to attend.
   o Asking only whether the I/P "has any questions" is insufficient.
   o Some examples of questions you might look for to qualify as a "yes" response are:
      ▪ Can you tell me what we said we would be working on together?
      ▪ Can you tell me what we said is your diagnosis? What does that mean?
      ▪ Can you tell me what this meeting is about?

9. Was the Correctional Counselor engaged in the discussion, knowledgeable, and provided relevant information to the case?
   o The Correctional Counselor does not have to give an entire case presentation but is expected to provide relevant custody information and engage in the team's discussion.

10. Did the IDTT leader facilitate a team discussion by attempting to engage all participants (including staff and the I/P)?
    o If the IDTT leader asked other team members questions to prompt their input, this response is "yes" even if the team leader was unsuccessful in his/her attempt.

11. Did the overall IDTT include interactive discussion of all staff participants toward the treatment plan?
    o This is about the interaction of all team members; if team members present information in isolation, and then disengage, the response to this item is "no."
    o If one staff participant on the I/P's treatment team does not interact, the response is "no".
    o You may exclude staff attendees who are NOT on the I/P's treatment team but are in attendance (this should be clear from introductions at the beginning of the meeting).

12. Was the I/P talked to rather than about in language that is at the I/P's level?
    o This will be evident. It is the expectation that IDTT staff members discuss treatment options with the I/P, rather than present their case to other team members or discuss treatment options with other team members and not engage the I/P.

13. Were measurable treatment goals discussed?
    o All treatment goals must be measurable.
      ▪ For example: "Your short-term goal is to be free of auditory hallucinations for two weeks.  Your long-term goal is to come out of your cell for yard time at least two times per week for the next two months."

14. Were considerations on the 7388B and appropriateness of level of care discussed?
    o Statements such as "doesn't meet any indicators on 7388B" are not acceptable – this will not be meaningful to the I/P.
    o Look for statements such as "you are doing well at the EOP level of care so I am recommending we keep you at this level of care, you have not had

any MHCB admissions, you are going to most of your treatment appointments, and we are making progress on your treatment goals."

15. For IDTT updates ONLY: Did the team leader discuss progress towards the treatment goals?
   o The PC is expected to discuss with the IDTT what progress, if any, has been made toward measurable treatment goals.
      ▪ For example: "Mr. Y has reported that he accomplished his goal of being free from auditory hallucinations for two weeks.  He is working towards his long term goal of coming out for yard at least three times per week for two months and has done this for one week so far."

16. Can the clinician access the health record and are they using it as needed?
17. Can the correctional counselor access the c-file/ERMS and are they accessing it as needed?
18. For Initial EOP IDTTs and IDTTs in which an IP does not have a work/education assignment, was eligibility (clinical appropriateness) for program assignment discussed?
19. Did the treatment team discuss what, if any, reasonable accommodations may be needed for program assignment?
20. Is management of I/Ps resistant to treatment addressed through an individualized treatment intervention and goals with custody input?
21. Did the treatment team discuss if there were any RVR write ups?
22. If appropriate to address in treatment plan, was the behavior accounted for in the treatment plan?
23. Suicidal pts only: Is the safety plan discussed?
24. MHCB only: are levels of observation discussed?
25. MHCB only: is level of observation justified?
26. MHCB only: Is the discharge plan discussed?

I/P Interviews (RC, ML CCCMS, EOP, ASU, PSU, SHU, LTRH, STRH, Desert Institutions, RC EOP)
   a) First Steps: Logistics
      1. The regional analyst or regional administrator will run a random list from on demand at least two weeks prior to your visit and send the list to the

16

institution's Chief of Mental Health and to your contact at the institution. The list MUST be run for two weeks prior to your visit to ensure that I/Ps who are interviewed have been in the program for several weeks (not applicable to Desert Institutions).

2. Prior to and again upon arrival at the institution, confirm that the institution received the list and remind institution leadership when you plan on conducting the I/P surveys.

3. Ensure that the institution staff followed the pre-visit checklist and they plan on ducating 10 I/Ps to a group room for you. Advise the institution staff to skip I/P names on the list for those who are no longer in the program (this is going to occur since we run a list two weeks prior).

4. Remind your institution contact that the custody officers must use the script to explain to I/P the reason for the ducat.

b) Data Entry

1. All integer responses must be entered.
   o For any items that are N/A, enter 0 for all questions that are not applicable. The computer will score them as N/A.

c) Conducting the Interviews

1. Introduction - Before you begin asking the standardized questions:
   o Introduce yourself
   o Explain that you are there to conduct a I/P survey to see how they rate the treatment that is being provided to them.
   o Explain that they were randomly selected
      ▪ "You were selected randomly. Our computer system mixed up all of the names of I/Ps in the MH program in ML EOP at this institution and we just picked the first names that came up for our interview."
   o Explain that the survey is anonymous.
      ▪ "This is anonymous. Although you were ducated for this, we do not know who you are and we are not keeping the ducats nor are we putting any names or CDCR numbers into our computer. We want you to be as honest as possible."
   o Explain that you have to ask each question in positive and negative format because some people don't respond and we need both to calculate the responses. Remind I/Ps to respond only once.
   o Explain what is meant by usually or mostly.
      ▪ "When I say usually or mostly, I mean more than half of the time.
   o Remind I/Ps to only answer about the program and institution in which you are conducting the survey.
      ▪ Answer about your experiences here at _____only

17

- Explain to I/Ps that you need to count responses, so you need them to raise their hand high in the air and hold it up while you count when they respond.
- Explain to I/Ps that you also want to hear more about their experiences but to please hold off until the end, because many of the things they will likely want to tell you about will likely be asked in the survey.

2. Asking the standardized questions
   - Although it is critical that all assessors utilize the standardized questions as their template, to create an improved communication flow and ensure we obtain as many accurate responses as possible, questions may be amended as needed.
     - *For Example:* Instead of asking "What keeps you from going to your MH appointments?"  You might ask, "There are times when you may not be able to get to your MH appointments, when that happens, what are some of the reasons you aren't able to go?"
   - The most important thing here is to use your clinical skills to read the I/Ps.
   - Another example is when you have a smaller group of I/Ps you may not need to ask the positive and negative question each time.
     - *For Example:*  Let's say you are interviewing five I/Ps and you ask "Raise your hand if you feel that you are seen as often as you need to be?" Rather than asking the next question "Raise your hand if you feel that you are NOT seen as often as you need to be?" You may just be able to turn to the I/Ps that did not raise their hand on the first question and ask, "You didn't raise your hand, does that mean you do not think you are seen as often as you need to be?"

3. Getting qualitative details using dropdown boxes
   - Once you have ascertained how many I/Ps are satisfied and/or dissatisfied, you need to get information about where we can make improvements.
   - Ask each I/P who reported satisfaction to raise their hand then, one by one, ask what they like about the treatment.  Use the dropdown boxes to record their responses, and when no dropdown is available for the response, mark "other" and type it in.
   - Now ask each I/P who reported dissatisfaction to raise their hand, one by one, and ask how we can make improvements.  Again, use the dropdown boxes to record responses, and when no dropdown is available for the response, mark "other" and type it in.
   - If you frequently get a response that is not on the dropdown, notify the QM team so a drop down for this response can be added.

4. Managing group leaders

- A limitation of conducting interviews in a group setting is that a strong group leader can take over the group and influence other's responses.
  - Use your clinical skills to minimize this.
  - Let every person in the group know their responses are kept among the group.
  - If anyone is uncomfortable responding within the group, they can see you after.
  - If any I/P expresses disinterest in participating and wants to leave, let him or her leave.

5. Managing non responders
- You may encounter a situation where an I/P does not respond to your questions, or does so but not according to what you asked (i.e. Shrugs shoulders when you ask who likes/dislikes their group therapy).
  - Do not immediately make assumptions about their responses. Again use your clinical skills to engage the I/P. Ask for clarification if needed.
  - If it appears the I/P is not stable and the responses are not likely to be meaningful, do not count this I/P in your sample as they meet our exclusionary criteria.
  - If they are stable but simply withdrawn, offer to get responses afterwards or do what you can to draw them out.

d) Standardized Questions
1. Raise your hand if you go to most of your MH appointments?
2. Raise your hand if you do NOT go to most of your MH appointments?
3. What keeps you from going to your MH appointments?
   - Did not get ducat
   - Escort problems
   - Modified program
   - Discouraged by others
   - Weather (too cold, too hot)
   - Schedule conflicts (other appointments, work, visiting, canteen)
   - Treatment is not helpful
   - I don't like my clinician
   - Symptoms of mental illness (e.g., "too depressed")
   - Other
4. Raise your hand if you are usually able to get to your MH appointments on time?
5. Raise your hand if you are NOT usually able to get to your MH appointments on time?

6.  When you don't get there on time, what types of things keep you from getting to your appointments on time?
    o Did not get ducat
    o Escort problems
    o Modified program
    o Discouraged by others
    o Weather (too cold, too hot)
    o Schedule conflicts (other appointments, work, visiting, canteen)
    o Other: Describe

7.  Raise your hand if you feel that you are seen as often as you need to be?

8.  Raise your hand if you feel that you are NOT seen as often as you need to be?

9.  Raise your hand if you are usually seen quickly (ex. emergency- same day, routine – within 5 days) when you need to be?

10. Raise your hand if you are NOT usually seen quickly when you need to be?

11. Raise your hand if you know your MH treatment plan?
    Item Tip: Describe treatment team and Tx plan to pts – this is the plan that is developed when your psychiatrist, PC, CCI, and you all meet and discuss your treatment.  It is what you are working on for your mental health treatment. The issues that you and your clinicians have identified and that you want help with in your treatment sessions.

12. Raise your hand if you do NOT know your MH treatment plan?

13. Raise your hand if you agree with your MH treatment plan?

14. Raise your hand if you do NOT agree with your MH treatment plan?

15. Raise your hand if you are mostly satisfied with your MH treatment team meetings?

16. What do you like about your MH treatment team meetings (IDTT)?
    o The clinicians listen to me
    o They help me get the treatment I need
    o The IDTT asks what I think
    o The IDTT is helpful
    o I get to discuss treatment with all of my providers at once
    o Other:  Specify

17. Raise your hand if you are NOT mostly satisfied with your MH treatment team meetings (IDTT)?

18. How can your mental health treatment team meetings be improved?
    o Listen to my opinion more
    o Less people in the room
    o They ask what I think
    o Spend more time with me

19. Raise your hand if you know how to make an appointment with your PC or psychiatrist?

20. Raise your hand if you do NOT know how to make an appointment with your PC or psychiatrist?

21. Raise your hand if you are satisfied with the treatment from your PC?

22. What do you like about the treatment you receive from your PC?
    o He/she listens to me
    o He/she cares about me (or understands me)
    o He/she provides methods to help cope

23. Raise your hand if you are NOT satisfied with the treatment from your PC?

24. How can the treatment you receive from your PC be improved?
    o Be seen more often
    o Spend more time with me
    o More individualized treatment
    o We would make treatment progress rather a quick check in

25. Raise your hand if you are satisfied with the treatment from your psychiatrist?

26. What do you like about the treatment you receive from your psychiatrist?
    o He/she listens to me
    o He/she explains the medications to me
    o He/she provides methods to cope

27. Raise your hand if you are NOT satisfied with the treatment from your psychiatrist?

28. How can the treatment you receive from your psychiatrist be improved?
    o Be seen more often
    o Spend more time with me
    o Better explain medications

29. Raise your hand if you are mostly satisfied with your group treatment?

30. What do you like about your group treatment?
    o The group leader encourages discussion
    o The group leader helps me with my MH issues
    o The clinician pays attention to my treatment needs
    o The clinician asks us all to contribute.
    o I learn new skills/techniques
    o I get support from others
    o I get out of cell
    o I get to interact with others
    o Other: Specify

31. Raise your hand if you are NOT mostly satisfied with your group treatment?

32. How can your group treatment be improved?
    o More groups offered
    o Groups more directed to my treatment issues

21

33. Raise your hand if you are usually seen by MH clinicians in a confidential setting?
    Item Tip: Explain confidential – a private setting where other I/Ps cannot hear or see the interaction and other staff cannot hear the interaction.

34. Raise your hand if you are NOT usually seen by your MH clinicians in a confidential setting?

35. For those of you who take psychiatric medication, raise your hand if you usually do NOT have to wait more than 24 hours to start getting a new medication that was prescribed to you?

36. Raise your hand if you usually have to wait more than 24 hours to start getting a new medication that was prescribed to you?

37. Raise your hand if you usually get your regular medications on time (ex. AM meds are received between 6:30-8:00 AM, afternoon meds between 1130-1300, PM meds between 1630-1830, and HS meds after 2000).

38. Raise your hand if you usually do NOT get your regular medications on time?

39. ML EOP ONLY: How many of you are offered at least 10 hours of treatment per week (for ML) or 5 hours per week (RC).

40. ML EOP ONLY: How many of you are NOT offered at least 10 hours (or 5 for RC) of treatment per week?

41. ASU ONLY: Raise your hand if you received the ASU orientation guide?

42. ASU ONLY: Raise your hand if you have NOT received the ASU orientation guide?

43. For those of you on heat medications, how many of you are offered alternatives for yard when you have to return from the yard when there is a heat alert? (Note: this is for your report only – will not be calculated).

**The following items are not measured on the performance report. Keep measurable data but also ensure sufficient comments are noted.**

44. Raise your hand if group treatment hours offered usually conflict with other activities (showers, yard, and law library).

45. Raise your hand if your treatment groups usually start on time and last for the full allotted time.

46. Raise your hand if your treatment groups usually do NOT start on time and last for the full allotted time.

47. Raise your hand if the C/Os respond to urgent MH requests.

48. Raise your hand if the C/Os do NOT respond to urgent MH requests.

49. ASU Only: Raise your hand if you are offered 10 hours of yard each week.

50. ASU Only: Raise your hand if you are NOT offered 10 hours of yard each week.

51. STRH Male only: Raise your hand if you are offered 18.5 hours of out of cell time each week.

52. STRH Male only: Raise your hand if you are NOT offered 18.5 hours of out of cell time each week.

53. STRH RC, female, LTRH: Raise your hand if you are offered 13.5 hours of out of cell time each week.

54. STRH RC, female, LTRH: Raise your hand if you are NOT offered 13.5 hours of out of cell time each week.

55. Segregated units: Raise your hand if you have a crank radio, television, or other entertainment device.

56. Segregated units: Raise your hand if you do NOT have a crank radio, television, or other entertainment device.

57. ASU EOP: Raise your hand if you are strip searched upon return to cell after remaining within a secure housing unit under the supervision of staff.

58. Is there anything else regarding the mental health program you would like to share?

## Group Treatment Observation (ML EOP, ASU, SHU, PSU, LTRH, STRH, RC EOP, Condemned)

a) General Guidelines
- Only observe "talking" groups. Not art or exercise groups.
- Before the first I/P is brought in, introduce yourself to the group leader and tell him or her:
  o Introduce yourself to the group
  o Other than your initial introduction, proceed with the group as they typically would.  Do NOT present to you.
- If the CMH or chief psychiatrist is in attendance, ask them if they usually attend group; if they don't, tell them you want to see business as usual and politely ask them not to attend.
- If the group leader was changed as a result of your visit, ask if there is another group you can attend.  If not, note that this change was made and advise the chief that a change in group leader should not be made during future visits.

b) Group Observations
1. Did the group leader start the group on time?
   o If the group starts more than 5 minutes after the scheduled time, mark "no" unless there is a legitimate reason (such as the leader attending to a I/P emergency) that does not appear to be the norm.
2. Did the group leader attempt to engage each participant?
   o If the group leader asked each group participant a question in an attempt to engage them, this response is "yes" regardless if all the I/Ps actually engaged.

23

3. If media or music is used, is it only used for short periods of time to illustrate?
   o If a movie or music is used consistently throughout the group, without any pause to apply the contents to treatment, the response to this item is "no."
4. Does the leader facilitate interaction between all group members on the clinical topic?
   o This is about the group leader attempting to get each participant to engage with others about the clinical topic.
5. For clinician led groups, is clinical process addressed during the group?
   o Clinician led groups are those led by a social worker, psychologist, or psychiatrist.
   o For example, if the clinician is using cognitive behavioral techniques to address treatment issues in a stress reduction group, he/she may help group members to dispel stressors that are not real and to focus on steps to address stressors that are real.

## Morning Meeting Observation (ASU, ASU EOP HUB, LTRH, STRH)

a) General guidelines
   • To respond to questions relating to the morning meeting, you may either interview the ASU sergeant and ASU MH clinical staff about the morning meeting the day of the audit or observe the morning meeting.
   • The morning meeting observation is only required in one ASU unit but you should ensure that for each visit you rotate the units observed.
b) Responding to questions.
   1. Did MH staff identify high risk I/Ps?
      o Mental health staff should explicitly state which I/Ps are identified as high risk. On the rare occasion there are none identified, they should also state this or the response on this item is "no".
   2. Were the ASU Sgt and MH clinician in attendance?
      o If both the ASU Sgt or designee and a MH clinician were not is attendance, the response on this item is "no."
   3. Were new arrivals discussed?
   4. Method of measurement:   (interview or observation)
      o Select the method you utilized to respond to the questions above.

## Primary Clinician/Psychiatric Technician (PT) Rounds

a) General guidelines
   • Walk with PT (or, in PSU PC), while conducting rounds
   • Respond to each question for each I/P rounds observed.

b) Responding to Questions.
1. Did the PC/PT document real time?
2. Were any medication side effects observed or verbalized by the I/P?
   i. If yes, did the PC/PT document the noted side effects?
3. Was a MHPC/MHMH consult indicated?
   i. If yes, was the consult order placed?

## ICC Observation (ASU, PSU, LTRH, STRH, SHU, Condemned)

a) General guidelines
- Ask for a list of I/Ps scheduled to attend the ICC before the meeting begins. This is often referred to as the "call sheet".
- You may have to look up the I/P in the eUHR to determine who is in the mental health program.
- To save yourself time, and at the institution's discretion, you may request that staff bring in all mental health I/Ps first.
- Respond to questions for each MH I/P's ICC.
- Before the first I/P is brought in, introduce yourself to the group and tell them:
  o You should introduce yourself to each I/P.
  o Other than your initial introduction, proceed with the meeting as they typically would. You want to see business as usual.

b) Responding to questions.
1. Is a MH clinician in attendance?
   o If this isn't apparent, after the I/P leaves ask if a clinician was present.
2. Did the MH clinician provide useful information regarding each I/P's current mental condition (e.g. need for medication, tendency for behavioral difficulties, suggested interventions, LOC, need for staff assistant)?
   o Some examples from the program guide (p. 12-7-2)are:
     ▪ I/P's current participation in treatment
     ▪ Medication compliance
     ▪ Suitability of single or double celling
     ▪ Risk assessment of self-injurious or assaultive behavior
     ▪ Status of ADLs
     ▪ Ability to understand Due Process proceedings
     ▪ Likelihood of decompensation if retained in ASU
     ▪ Recommendations for alternative placement
     ▪ Any other custodial and clinical issues that have an impact on I/P's mental health treatment.
   o Not all of the items above must be included to qualify for a "yes" response on this question, but relevant information regarding an I/P's current mental health condition is expected.

3. Did the committee chair consider both the clinical and custody needs of the I/P for program review?
   o It is expected that this consideration will occur after the mental health clinician provides input but may also surface in terms of a discussion regarding the I/P's level of care and/or questions the committee chair asks the MH clinician.

4. If it appears that the I/P's mental health status had an impact on his/her understanding of the ICC, did staff members ensure effective communication?
   o This applies only to the I/P who you, as a clinician, observe are having difficulty paying attention to or understanding what ICC members are saying. This is NOT required for all I/Ps.
   o Note N/A if you judge the I/P as being able to understand.
   o Note this as a "yes" if any member in the ICC checked the I/P for understanding by asking him/her to restate what was said.

5. Did the ICC start on time?

## High Refusers (ASU EOP and PSU)

a) General Instructions
   • Use the list of high refusers provided in the binder.
   • In the ASU EOP Unit, ask for the 128B Chronos for high refusers. These should be kept in the 114A.
   • Use the information on all 128Bs to respond to each question.
   • Run high refuser report one month prior to the reporting period for two month increments up until the site visit date to capture I/Ps that refused more than 50% for two consecutive months.

b) High Refuser questions.
   1. How many high refusers were identified (on the list provided)?
   2. Of those, how many 128Bs were available and indicated a discussion between mental health and custody staff to address reasons for high refusal?
   3. How many high refusals were due to custody reasons?
   4. Of those in which high refusal was due to custody reasons, how many 128Bs include a plan of action to address reasons for high refusal?
      Of those in which high refusal was due to custody, how many was a documented discussion between MH and Custody conducted within 7 calendar days?

## ASU Intake Screening (ASU Screen Questionnaire MH -7709)

a) General Instructions
   • Observe ASU screening process to see if they are conducted confidentially.
   • If not, note reasons for this.

b)  Question
   1.  Are screenings completed in confidential setting unless the I/P refused?

## Cell Cleanliness (MHCB, Alternative Housing)

a)  General Instructions
   - For all units throughout the prison, observe all of the MHCB, and alternative housing cells used for mental health I/Ps.
b)  Cell Cleanliness questions
   1.  How many cells were observed?
      - In each unit, enter the total number of cells observed for cell cleanliness.
   2.  Of those, how many are clean (free of debris, old food, feces and urine, etc.)?
      - Enter the total number in each unit observed that you classify as "clean."
      - Clean cells may include but are not limited to:
         o  Free of debris on the floor (use judgment, the I/P's lunch tray from that day, for example, may not be enough to consider the cell unclean)
         o  Clean floor (no grime on the floor. Floor has clearly been mopped within past few days.)
         o  No grime on walls, vents, and ceiling
      - Another strategy you may use to determine cell cleanliness is to ask the I/Ps.
   3.  Number of cells where there is a cleaning schedule that is up to date?
      - Although there is typically one cleaning schedule, ensure it includes all cells and, if so, enter the number of cells if there is one and it is up to date.

## Clinical Restraint (MHCB)

a)  General Instructions
   - Ask the MHCB RN for their restraint log and the Restraint Checklist (attachment D).  This was implemented in July 2013.
   - Use the log to document the number of restraint occurrences for the last COMPLETE QUARTER.
   - Do not change the default "audit start date" as it needs to reflect that the audit was completed on site during the current quarter.
   - Use the checklist to respond to all other questions.
   - Ensure any deficiencies are noted in your exit and qualitative summary as this is a high risk area.
b)  Clinical restraint questions
   1.  How many restraint occurrences were there during the quarter?

- Using the restraint checklists, count the number of restraint occurrences there were for the quarter prior to your visit (i.e. If you are visiting in Oct., use July-Sept. data to count the number of occurrences).
- If the checklist was not done, ask for a restraint log to obtain this data.
- If no checklist or log is available, note this in your comments and address it in your write-up and exit.

2. How many restraint incidents met all audit criteria?
   - Use the restraint checklist to respond to this question.
   - Respond for each restraint occurrence.
   - If there is one box on the restraint checklist marked with a "no", you can respond "no" to this question (this is an "all or nothing" audit).

3. For deficiencies, which items were not met? Did the institution address the deficiencies? How?
   - Use the comment box in CQIT to respond to this item. Only those items documenting how the deficiencies were addressed are considered.
   - You may ask staff if deficiencies were addressed and, if so, where to find the documentation.

## Limited Issue Observation (MHCB)

a) General Instructions
- Do not change the default "audit start date" as it needs to reflect that the audit was completed on site during the current quarter.
- Refer to CDCR 7221 Physician's order
- Refer to CDCR 7230 Progress Note for justification
- Limited issue is anything less than:
  - Socks (1 pair)
  - Clothing
    - Male I/Ps: 1 pair blue denim jeans and one blue chambray shirt, or one jumpsuit, or one reception center shirt and pants.
    - Female I/Ps: 1 blouse or T-shirt, 1 pair slacks, or 1 dress, muumuu, robe, or duster, 1 nightgown.
  - Underclothes
    - Male I/Ps: 1 pair white undershorts (to be exchanged as needed), 1 undershirt
    - Female I/Ps: 1 bra, 1 pair panties (to be exchanged as needed)
    - Transgendered I/Ps, upon request: 1 brassiere or 1 pair white boxer shorts.
  - Reading material (1 book or psycho educational articles)
  - Hygiene items (1 toothbrush, tooth powder, soap)

- One blanket
- A bed (cement bed with mattress on top acceptable)
- Prescribed healthcare *appliance (pay special attention to this as it may not be apparent the I/P has an appliance. Ask the I/P, ask staff, don't make assumptions they don't have/need a healthcare appliance if they don't have one).*
  Examples:
  - Glasses
  - CPAP machine
  - Cane
  - Walker
- Randomly select 10 I/Ps who are on limited issue and use their health record to respond to the following question.
- While reviewing orders, check for terms like "psych observation", "crisis evaluation" or other nonspecific orders that are inconsistent with policy.
- Check to see if decisions are justified.

b) Limited Issue Questions
1. Does the progress note justify limited issue (required every 24 hours)?
   - Vague statements such as "suicide precaution" should not be considered adequate justification.
   - The justification should be written by the provider who writes and updates the physician's order every 24 hours.
2. Are vague terms such as suicide obs, or/and suicide eval used?
3. Are decisions about observation level justified?
4. Are specific orders for suicide prevention documented?

## Nursing Rounds (MHCB)

a) General Instructions:
- Walk through the unit and look to see if notification of round requirements (Q15, etc.) is posted on the doors. (see sample(s) Attachment J)
- Respond for each I/P/rounds observed.

b) Questions:
1. Is the check sheet/notice of checks on the door?
2. Is the correct form (in EHRS) used for documentation of checks?
3. Are checks staggered not to exceed 15 min?
4. Are checks being conducted and documented at the cell front while observing the I/P?

## Alternative Housing

a) General Instructions

29

- Ask staff to see all of their alternative housing cells.
- Respond once for EACH individual cell.

b) Policy Requirement for Cell Location.
- Correctional Treatment Center Licensed medical beds
- I/P Housing Unit overflow cells
- Large holding cells with toilets
- Large holding cells without toilets
- Triage and Treatment Area or other clinic physical exam room
- Other unit-housing where complete and constant visibility can be maintained.
- Correctional Treatment Center holding cells.

c) Alternative Housing Questions
1. Is the cell in an area consistent with policy?
2. Is the cell clean (free of debris, old food, feces and urine, etc.)? (see Cell Cleanliness audit for specific auditing instructions).
3. Is there a cleaning log?
4. How many I/Ps in alt housing were observed?
5. How many I/Ps are on continuous direct visual observation?
6. Number of I/Ps observed with watch staff actively watching (not reading, talking with other staff, etc.)?
7. How many I/Ps have a bed?

## Confidential Screening (RC)

a) General Instructions
- Observe RC screenings.
- Confidentiality means not within sight & sound of other I/Ps and sound of staff members.

b) Questions
1. How many RC screens were observed?
2. Of those observed how many were conducted in a confidential setting?

## R&R Screen

a) General Instructions
- Observe R&R process to see if they are conducted confidentially barring any safety and security concerns.
- Check to see if all of the questions are being asked.

b) Questions
1. How many R&R screenings were observed?
2. Of those, how many screenings were conducted in a confidential setting unless there is a safety risk that requires an officer in proximity, and the correct documentation used?
3. Of those observed, in how many of the screenings were all questions asked?

## Staff Interview

a) General Instructions
- Invite all staff to attend.
- Conduct an informal interaction with staff and enter information in comments section of CQIT (or take your own notes as this data will only be used for your report).

b) Suggested Questions (This portion is not scripted. These are suggested questions)
1. Bring up I/P survey items to verify, gain more information.
2. How many of you have seen the performance report?
3. Are there any custodial concerns as it relates to access to care?
4. Are there things that prevent you from being able to do your job?
5. What would you like us to know?
6. Are there any barriers to program efficiency and completion of work?
7. If barriers to program efficiency exist, what are they?
8. Do you find staff works collaboratively to effectively accomplish required work?

## Five Day Follow-Up Assessment

a) General Instructions
- Using the document provided in your binder, randomly select 15 I/Ps on five day follow up who were never admitted to MHCB to interview.
- Interview each I/P to determine if MHCB referral is indicated.
- Assess if they were appropriately NOT referred, or if they should have been referred.
- If they should have been referred, have them seen emergently by local MH staff for a SRE and MHCB referral review.
- Assessments should include an out of cell interview and be thorough enough for the reviewer to determine if the I/P was appropriately NOT referred to MHCB.
- An SRE is not required, but a progress note and referral to local staff should be completed if the I/P requires a referral to MHCB.

b) This item will not show on performance report – this is a report only item.
c) Questions
1. How many I/Ps on 5-day follow ups were interviewed?
2. How many I/Ps were on 5-day follow ups, but not clinically indicated for MHCB placement?

## Medication Management

a) General Instructions
- There are no standardized medication management audit questions in CQIT except in the patient survey; however, ensure you pay attention to medication management issues such as:
   o Patient reports of delays in receiving medications

31

- o Staff reports of patient safety issues related to medication prescribing or access to medication.
- o Review medication management items on the healthcare dashboard in advance of your visit and note any areas where you either validate or find discrepancies between your observations and the data.
- o Ensure you have the psychiatrist on the visit with you while addressing/questioning medication issues, where possible.

## Overall Area Rating

b) General Instructions
- Take into consideration all factors including, but not being limited to applicable controls, policies and procedures.
- If there are measures in place to address deficiencies and risk management, note this.

c) Question:
1. Select one appropriate rating from the list: (considerations are defined for each response)
   - Not applicable-an overall rating does not apply in this area
   - Proficient- controls are adequate and effective in addressing key risks to I/P mental healthcare, documentation meets or exceeds standards, staff are effectively using tools available to them, local policies and procedures are current, etc.
   - Improvement is needed –controls are lacking in addressing key risks to I/P mental healthcare and are sporadic, risks are not being effectively managed, documentation does not meet qualitative standards, staff are not aware of the most recent applicable requirements for the area, etc.
   - Significant improvement needed-Most findings were rated as critical and/or high and urgent corrective actions are required, documentation was nonexistent or incomplete in communicating intent or I/P treatment, elevated actions must be taken, etc.

## Annual IST Suicide Prevention Training
*(Not part of the regular CQIT audit. Part of an annual onsite review of training quality)*

a) General Instructions
- Observe training in session.
- Watch trainer and trainee interaction to respond to the following questions.

b) Questions:
1. Was the Suicide Prevention training done by a mental health clinician?
2. Had the mental health clinician received T4T prior to giving the Suicide Prevention training?
3. Were all the main objectives of the training covered?
4. Was the duration of the class the full 120 minutes?

5.  Did the instructor attempt to stimulate discussion?

6.  Did the instructor use examples that illustrated his/her main points?

7.  Was the correct version of the training used?

# Custody Audit Instructions

## Treatment Module/Security Desk Standards

a)  General Instructions:

- While visiting areas of the institution for other purposes, view treatment modules to respond to each question.
- You may need to ask staff which modules are used for MH treatment to determine which are used as treatment modules.
- For institutions and program in which ADA TTMs are required, note in comments if an ADA TTM is not available and address in comments and provide to regional for reporting.

b)  Treatment  Module/Security Desk Questions:

1. For groups, are the modules/desks in a semi-circle?
   - This would primarily relate to segregated units where treatment modules are used for group.
2. Are the modules/desks in an area where other I/Ps and/or staff are not able to hear the interaction?
   - Locate all modules/ desks used for clinical interaction with I/Ps and confirm they are located in an area where other I/Ps and/or staff are not able to hear the interaction.
3. Do the modules/ desks meet PIA approval standards?
   - See attached PIA standards.
4. Do staff report sufficient number of modules/desks for providing treatment?
   - Ask several MH clinicians if they usually have a sufficient number of Tx modules available to provide treatment.
5. Are the modules/ desks and treatment area clean? (free of debris, spider webs, clean walls, floor)
   - Look for garbage on the floors, grime on the walls and floor, spider webs. If any are present, mark "no."

## MHCB Mechanical Restraint Documentation

a)  Questions

1. How many I/Ps are in the MHCB?
   - Count how many I/Ps in the MHCB who are not on ASU, STRH, SHU, LTRH, PSU or Condemned.
2. How many 128-Bs determining the requirement for restraints for GP I/P's are present and readily available to MHCB custody staff?

- ▪ Required for all inmates housed in the MHCB and identifies whether or not each requires the use of restraints.
- ▪ Confirm a hard copy 128-B is present for each identified I/P.
- ▪ Enter the total number of 128-Bs present for I/Ps.

## MHCB Treatment Module Use Observation

a) General Instructions.
   - While in the MHCB conducting other audits, observe I/Ps being seen by mental health staff in the MHCB.
   - If none are observed, ask MHCB custody staff where the I/Ps who do not require restraints are seen for mental health treatment. DO NOT ASK LEADING QUESTIONS such as: "You don't put the I/Ps who do not have to be in restraints in a treatment module for mental health appointments, do you?"
   - Check to see if each I/P you observe has documentation requiring restraints.
   - Respond to question for each I/P observed or for each response you receive from staff interviews. **Respond *per I/P– not per interview.***

b) Questions
   1. When an I/P in the MHCB does not require the use of restraints, does the I/P attend group and individual therapy outside of a Tx Module?

## ASU/STRH/STRH RC/SHU/LTRH/PSU/Condemned – Welfare Checks

a) General Instructions:
   - Review the Guard 1 Rounds Tracker report summaries for the prior 30-day period.
   - Refer to the sign/print date to check to see if the custody supervisor signed off on the reports.

b) Questions:
   1. How many "Rounds Tracker Shift Summary" reports were reviewed? (Should be 90)
   2. How many "Rounds Tracker Shift Summary" reports reviewed were signed by the custody supervisor responsible at the end of each shift? (Should be 90)

## ASU, SHU, PSU, Condemned Out of Cell Time and Showers

a) General Instructions:
   - Count "R" refused times as offered. (Although not an auditable item, ensure 114-As identifying "R" time identifies actual hours refused. e.g. Time Out: R-12:30, Time In: 15:30.
   - Ask housing unit for copy of their yard schedule to identify days and amount of time yard is offered each week.
   - Review 20 randomly selected 114-A's per segregated program (to qualify, the I/P's length of stay must be over four weeks).  If you select one and the I/P's length of stay is less than four weeks, skip that file, select another, and move on.

35

- Do not change the default "audit start date" as it needs to reflect that the audit was completed on site during the current quarter.

b) Questions:

1. Out of the past four weeks, how many weeks were required (note: when safety and security issues preclude out of cell/yard time the week is not counted as required)?
   - For each of the randomly selected I/P files, enter the total number of weeks in which there were no documented safety or security issues that would have prevented the institution staff from offering out of cell/yard time.

2. Of those, how many weeks were 10 hours of yard offered?
   - For each of the randomly selected I/P files, enter the number of weeks he/she was offered yard time.

3. Out of the past four weeks, how many weeks were showers offered at least three times per week?
   - For each of the randomly selected I/P files, enter the number of weeks showers were offered at least three times per week.

## ICC Timelines ASU/STRH/STRH RC

a) General Instructions.

b) While reviewing 114As for shower and yard time, check to see if the initial ICC was completed within 10 calendar days. Questions.

1. How many 114As were reviewed?
2. Of those, for how many had initial ICC held within 10 calendar days of ASU or STRH placement?

## ASU/STRH/STRH RC Intake Procedures

a) General Instructions.

- Utilize the CQIT ASU Intake Report located in the CQIT Reports folder in SOMS Reporting.  Use the report to determine current 21 day IP roster. (Institutions completing a self-audit may reach out to regional lieutenants and request a copy of the report if needed.)
- Identify ASU I/Ps on 21-day Intake Status by reviewing the "Intake Markers" posted outside the cell door.  Cross reference that information with the ASU placement information from COMPSTAT ASU tracking and SOMS.

b) Questions.

1. How many I/Ps are in ASU for 21 days or less on "intake" status?
2. How many I/Ps on intake status have "intake" identifying markers posted on the outside of their cell doors?
3. How many I/Ps are on intake status within the first 72 hours of placement?
4. How many I/Ps housed in ASU for the first 72 hours are either double celled with an appropriate cell partner or are celled alone in a retrofitted intake cell?

■ Identify I/Ps housed in ASU for the first 72 hours of confinement.

■ Input the total number of those I/Ps who are celled appropriately – either celled alone in a retrofitted cell or double celled.

## Entertainment Appliances (ASU, ASU EOP Hub, STRH)

a) General Instructions.

- Ensure all inmates (regardless of level of care) have been issued an entertainment appliance during the first 21-days of their segregation placement. This can include multi-powered radios, tablets and personally owned radios or televisions.

b) Questions.

1. How many inmates are within the first 21 days of segregation placement?

2. Of those, how many were in possession of an entertainment appliance?

## Unclothed Body Search (ASU EOP HUB and PSU)

a) General Instructions.

- Respond once for each staff person interviewed.
- Attempt to interview all staff in unit individually.
- Ask the following question, then respond to the question in CQIT.
  ■ When you conduct an unclothed body search, where do you do it? (If out of cell have them show you where they are conducted).

b) Question

3. Are unclothed body searches done in a private area?

## STRH RC, Female STRH/LTRH, Male LTRH Out of Cell Time and Showers

a) General Instructions:

- Count "R" refused times as offered.
- Review 20 randomly selected 114-A's per ASU program (to qualify, the I/P's length of stay must be over four weeks). If you select one and the I/P's length of stay is less than four weeks, skip that file, select another, and move on.
- Do not change the default "audit start date" as it needs to reflect that the audit was completed on site during the current quarter.

b) Questions:

1. Out of the past four weeks, how many weeks were required (note: when safety and security issues preclude yard time the week is not counted as required)?
   ■ For each of the randomly selected IP files, enter the total number of weeks there were no documented safety or security issues that would have prevented the institution staff from offering yard time.

2. Of those, how many weeks were 10 hours of yard and 3.5 hours of additional out of cell activities offered?

- For each of the randomly selected IP files, enter the number of weeks he/she was offered yard time. STRH-RC housing units may provide 13.5 hours of yard in lieu of providing 3.5 hours of out of cell activities.

3. Out of the past four weeks, how many weeks were showers offered at least three times per week?
    - For each of the randomly selected IP files, enter the number of weeks showers were offered at least three times per week.

## STRH Male Out of Cell Time and Showers

a) General Instructions:
- Count "R" refused times as offered.
- Review 20 randomly selected 114-A's per ASU program (to qualify, the I/P's length of stay must be over four weeks).  If you select one and the I/P's length of stay is less than four weeks, skip that file, select another, and move on.
- Do not change the default "audit start date" as it needs to reflect that the audit was completed on site during the current quarter.

b) Questions:
1. Out of the past four weeks, how many weeks were required (note: when safety and security issues preclude yard time the week is not counted as required)?
    - For each of the randomly selected IP files, enter the total number of weeks there were no documented safety or security issues that would have prevented the institution staff from offering yard time.
2. Of those, how many weeks were 18.5 hours of yard offered, with time allocated 7 days per week?
    - For each of the randomly selected IP files, enter the number of weeks he/she was offered yard time.
3. Out of the past four weeks, how many weeks were showers offered at least three times per week?
    - For each of the randomly selected IP files, enter the number of weeks he/she was offered a shower at least three times per week.

## STRH/LTRH Entertainment Appliances

a) General Instructions.
- Enter the number of cells audited
- Review institution's DOM or LOP regarding property.
- Randomly select at least 10 cells and check presence of entertainment appliances in cells.

b) Questions.
1. How many cells were audited?

2. Of those, in how many were entertainment appliances permitted and/or provided? (Approved appliances are a television or radio)

## Condemned Entertainment Appliances

a) General Instructions.
   - Enter the number of cells audited
   - Review institution's DOM or LOP regarding property.
   - Randomly select at least 10 cells and check presence of entertainment appliances in cells.

b) Questions.
   1. How many cells were audited?
   2. Of those, in how many were entertainment appliances permitted and/or provided? (Approved appliances are a television or radio)

## MHCB Activities

a) General instructions for all parts of this audit.
   1. If no activities are clinically approved for I/Ps, or a low proportion are approved, notify the regional clinical team who will review clinical justification.

b) Questions.
   1. How many IPs who have attended IDTT are NOT restricted yard time (due to clinical risk) as part of their treatment plan?
   2. Of those, how many IPs have documentation in the 114-A identifying yard was offered or received?
   3. How many IPs who have attended IDTT are NOT restricted dayroom (due to clinical risk) as part of their treatment plan?
   4. Of those, how many IPs have documentation in the 114-A identifying dayroom was offered or received?
   5. How many IPs who have attended IDTT receive Rec Therapy as part of their treatment plan?
   6. Of those, how many IPs have documentation in the 114-A identifying Rec Therapy groups were offered or received?
   7. How many IPs have attended IDTT are NOT restricted phone calls (due to clinical risk) as part of their treatment plan?
   8. Of those, how many IPs have documentation in the 114-A identifying a phone call was offered or received?
   9. How many IPs who have attended IDTT are NOT restricted from visits (due to clinical risk)?
   10. Of those, how many had a visitor arrive at the institution during their time in the MHCB for a visit and received a visit?

- ▪ Instruction for Q10: Pull SOMS visiting history for all IPs currently housed in MHCB to verify whether a visitor arrived for a visit. For those IPs who did have a visitor arrive at the institution for a visit, were any visits denied?
- ▪ Note any denied visits in comments section and address this in your report.
- ▪ If a visit was denied, identify the reason(s) in the notes and the report if appropriate/not appropriate.

## All Housing Units – Custody MH Referral Process

a)  Questions

1.  Is housing unit staff aware of their responsibility to complete a 128-MH5 Mental Health Referral Chrono when I/Ps exhibit signs of mental illness?
    - ▪ Interview available staff in housing units regarding awareness of their responsibility to complete a 128-MH5, Mental Health Referral Chrono, when I/Ps exhibit signs of mental illness.
    - ▪ Respond to the question once for each individual housing unit staff person interviewed.
2.  Are CDCR Forms 128-MH5 (revised 5/14), Mental Health Referral Chronos accessible and available to staff (both paper and electronic forms are acceptable)?
    - ▪ Physically check each housing unit for availability of 128MH-5.
    - ▪ Respond once for each housing unit observed.

## All Housing Units – Peace Officer CPR Mouth Shield

a)  General Instructions.

- • Go to all housing units on site and ask to see each officer's Cardiopulmonary Resuscitation (CPR) mouth shield.
- • The mouth shield MUST be carried by the staff member to qualify as a "yes" response.

b)  Questions.

1.  How many peace officers were observed?
    - ▪ Enter the total number of peace officers queried about their mouth shield in each unit.
2.  Of those, how many peace officers were observed to carry a personal Cardiopulmonary Resuscitation (CPR) mouth shield on person?
    - ▪ Total the number of officers you queried who were carrying their mouth shield and enter that number.

## All Housing Units – Cut Down Kit

Title 15, Section 3365. Suicide Prevention and Response.

a) General Instructions:
- Go to all housing units on site and ask to see their cut-down kit and inventory log.

b) Questions.
1. Does the housing unit have an approved cut-down kit?
   - Respond once per housing unit based upon if there is a cut-down kit present that includes all of the following:
   - Cut-down kit includes:
     - Durable Response Bag
     - ResQHook
     - ResQHook Sheath
     - AMBU Bag
2. Is the cut down kit inventoried each shift on the standardized "Cut-Down Kit Inventory Sheet"?
   - Select one random date within the past thirty days that is prior to visit and check the log in each applicable unit/area for compliance for that day.
   - Institutions shall receive credit for inventorying cut-down kits whether it is on the standardized inventory sheet or not. However, it must be noted each time an improper inventory sheet is discovered, followed up with providing the institution with the proper inventory sheet to remedy the discrepancy.

## All Housing Units – Heat Plan

a) General Instructions:
- Only required once per year between the months of May – October.
- Physically check the thermometer in every housing unit in which MHSDS I/Ps are housed.
- Enter the building number (e.g. D-1) in the sub area drop down of CQIT.
- Respond to audit questions for each thermometer and log checked. If the unit is air conditioned and the air conditioner functional, mark N/A for questions about the logs.

b) Questions:
1. Is a working thermometer present?
2. Is the thermometer in a location that gives an accurate reading of the temperature (e.g., not in front of a fan)?
3. Is there a heat log that is current? (Logged within the past three hours)?
4. Is the staff documenting the highest reading (not averaging temperatures)?
5. Is there a current heat risk list available on the unit?
6. Does the Daily Activity Report (DAR) reflect alternative out of cell activities were offered during periods in which temperatures exceeded 90 degrees?

- For this question:
  - Check the DAR for a random period of 10 days when temperatures exceeded 90 degrees, if temperatures were never 90 degrees or above, select n/a.
  - Report once for all days reviewed to assess overall if alternatives are offered.
  - The results of this question must be reflected in your write up. No percentage will be calculated using this information, you must write in your report if the institution is or is not providing alternatives during heat recall.

c) Staff knowledge of heat plan requirements – *this is a report only item and will not appear on the performance report.*
   1. How many staff were interviewed regarding knowledge of heat plan procedures?
   2. Of those, how many were knowledgeable of the heat plan procedures (including provisions of alternative activities during heat recall, how to use heat list to recall inmates from the yard, etc.)?

## On Site Paperwork – Custody MHCB/Alternative Housing Discharge Follow-Ups

a) General Instructions.
   - Do not change the default "audit start date" as it needs to reflect the audit was completed on- site during the current quarter.
   - Review 15 randomly selected custody follow-ups (or the total number of discharges if there were less than 15) to review from a list of I/Ps discharged from MHCB for suicidal reasons from the prior quarter (list provided by institution).
   - The MHCB discharge custody checks are usually kept with the Litigation Coordinators or Associate Warden of Health Care.
   - Restricted housing units utilizing Guard 1 are no longer required to complete MHCB discharge custody checks.
   - Check if custody staff completed checks every 30 minutes for the first (24) hours following discharge from a MHCB for each I/P (total responses will be 15, or the total number of discharges if there were less than 15).
   - Respond to the question one time per I/P's check sheet audited.

b) Question:
   1. How many checks were completed (there should be 48 unless transferred out sooner than 24 hours)?
      - Respond once for each file reviewed.
   2. How many checks were required (there should be 48 unless the I/P transferred out before 24 hour period).

## On Site Paperwork – RVRs

a) General Instruction:
- Do not change the default "audit start date" as it needs to reflect that the audit was completed on site during the current quarter.
- Institutions completing a self-audit should reach out to regional lieutenants and request copies of all reports utilized for RVRs prior to completing any reviews.

b) Questions.
1. During the prior quarter, how many RVRs were issued?
   ▪ Identify the number of RVRs by running the CQIT RVR Analytics report in SOMS Reporting (Shared Folders/Team Folders/Mental Health Compliance/CQIT Reports) for the audit period (Q1 Jan-March, Q2 April-June, Q3 July-Sept, Q4 Oct-Dec )  Ex: for an audit in April, audit Jan-March RVRs.
2. Of those, how many were issued to non-MHSDS participants?
3. How many were issued to IPs at the CCCMS level of care?
4. How many were issued to IPs at the EOP level of care?
5. How many were issued to IPs at the MHCB level of care?
6. How many were issued to IPs at the ICF level of care?
7. How many were issued to IPs at the acute level of care?
8. How many assessed RVRs were reviewed?
   ▪ Use sample size table – 10% precision level. Population size is total number of RVRs logged per Mental Health Level of Care per quarter.
   ▪ Completed RVR's are defined as "Final/Concluded".
9. Of the RVRs reviewed, how many met the criteria for MH assessment?
   ▪ This will be the total number of RVRs listed on the CQIT RVR Report.
10. Of those, how many were referred for MH assessment?

MH assessments are automatically requested now, your number will be the number of RVRs listed on the CQIT RVR Report.

11. Of the RVRs reviewed that met criteria for MH assessment, how many were recommended for the behavior to be documented in an alternate manner (RVR MH assessment q. 2)?
   ▪ Using the CQIT MH RVRs Documented in an Alternative Manner Report, located in the CQIT Reports folder in SOMS Reporting, count the number of RVRs listed for the quarter.
12. Of those, how many did the Captain disagree with the clinician's recommendation and document their rationale in the Captain's Review?
13. Of the RVRs that met criteria for MH assessment, how many did the Captain agree with (reduced to a 128A, 128B or void)?

14. Of the assessed RVRs reviewed, how many did the MH clinician recommend mitigation (RVR MH assessment q. 4)?

15. Of the RVRs reviewed in which mitigation was recommended, how many did the Senior Hearing Officer (SHO) document consideration of mitigation based on the MH clinician's recommendation and document in the findings section of RVR disposition?

16. Of the RVRs reviewed in which mitigation was recommended, how many did the Senior Hearing Officer (SHO) mitigate?

   ▪ Count how many RVRs were actually mitigated by the Senior Hearing Officer (SHO) by reviewing documentation in findings section of RVR disposition.

17. How many adjudicated RVRs requiring a CDCR 115 MH-A that could result in a SHU term were reviewed?

18.  Of those, in how many did the ICC consider and document the input from the clinician?

   ▪ Randomly select 20 per institution and use the CQIT RVR Report to identify the RVRs that are SHU-able from the prior quarter. Use SOMS to locate finalized ICC chrono assessing the RVR to respond to Q2.

## On Site Paperwork – Custody Training

a) General Instructions
   • Use Staffing information provided by the institution prior to the visit (on the pre-visit checklist) to determine overall custody staffing numbers.
   • Use the BIS program to determine who has received training.

b) Custody Training Questions
   1. How many custody staff are there (less long term leave).
   2. Of those, how many are current with biennial CPR training?
   3. Of the total staff how many are current with annual suicide prevention training?
   4. Of the total staff, how many are current with annual UOF Policy training?

## Phone Calls, Issuance of Property Tracking, & Transfer Timelines for NDS (ASU, ASU EOP hub, STRH, STRH RC and Females)

a) General Instructions
   • Run NDS report in SOMS 72 hours (3 days prior to visit) see attachment G for instructions "How to Run NDS Report".
   • Talk to staff to see if they can identify which I/Ps are NDS, and if phone calls & issuance of property are being tracked.
   • For transfer timelines, use the NDS report previously ran against SOMS to determine if the IP was transferred within 72 hours of NDS placement. (Note: NDS: 102 cases are eligible for property and privileges only-not accelerated transfer. NDS: 204 cases meet criteria for accelerated transfer, but cannot transfer due to

Medical Hold).Count the total number of NDS reviewed and the total number transferred within 72 hours.

b) Questions:

5. Does staff know which I/Ps are NDS?

6. Is there tracking for provision of phone calls?

7. Is there tracking for issuance of property for NDS I/Ps?

8. How many NDS I/Ps were reviewed for transfer timeliness?

9. When applicable, how many were transferred within 72 hours?

## Use of Force

a) Instructions:

- Contact the Captain of the Mental Health Compliance Team at DAI HQ two weeks prior to the visit and request a copy of the Use of Force incidents for the prior quarter.

b) Questions:

1. How many <u>controlled</u> UOF incidents involving MHSDS inmates occurred during the prior quarter?

2. How many <u>immediate</u> UOF incidents involving EOP inmates occurred during the prior quarter?

3. If applicable, how many <u>immediate</u> UOF incidents occurred in the MHCB and/or PIP during the prior quarter?

# Post Visit Instructions

## Check-Out Meeting

a) Before you leave the institution, you will have a check-out meeting. The Regional Administrator and Custody audit team lead will attempt to ensure that the Warden, CEO, and CMH are in attendance.  The custody and mental health audit teams will attend the check-out meeting together. (See section f below for exit talking points)

b) Mental Health audit team members will discuss their impressions during the visit.

- The institution leadership has been notified that specific information related to opportunities for improvement within their programs may be discussed at these meetings.

- Provide specific information that will enable the institution leadership to take action on any high priority areas.

c) Remind institutional leadership that data will be updated on the performance report within several days.

d) Custody audit team members will also discuss their impressions during the custody specific audits.

e) Address any immediate health and safety issues with the institution leadership and ensure they have a course of action before leaving the institution.

## Completing your Report

a) Once you are certain all data are complete, press the "upload data to server" button on the home screen of CQIT.
   - One day after you have uploaded the data (the day after the last day of your site visit), each team (custody and MH) will run the most recent (14-44 days) performance report of the institution for which you are writing the report.
   - Click on the "disk" symbol at the top of the page and the select "word". This opens the report in Microsoft word format.

b) Within three working days of your visit, the custody team will complete the qualitative report for each audit category (access to care, quality of care, special populations, utilization and resource management, and safety) and submit to the mental health regional administrator and Trent Allen.

c) Within two days of receipt of custody reports, Trent Allen will provide edits, if applicable, and submit to the MH Regional Administrator and the regional custody auditor.

d) Within 10 working days of receipt of custody's report, the MH regional team will complete the written report following the process and template below.

e) Writing Process
   - Once the Regional Administrator receives the custody portion of the report, start writing the report at the beginning of the data on the report previously exported to word. Note that if formatting changes occur with the data a page break may need to be entered before the text.
   - Once the finished draft report is ready, including custody's portion of the report, submit a copy to the custody team for final review.
   - The custody team will conduct an executive review and will submit the final report back to the Regional Administrator or designee within one week. Any edits will be in track changes.
   - Once the final report is received, the Regional Administrator or designee will save the report and email to Laura Ceballos, John Rekart and Ric Castillo within 15 working days of the visit.
   - Headquarters Mental Health Quality Management staff will upload reports onto SharePoint within 3 working days of receipt.

f) General Writing Guidelines
   - Use Calibri (Body) 12 point font.
   - Proof read. The Regional Administrator is accountable for report quality.
   - If there were any immediate health or safety issues, if they are included in your report you must include that the issue was addressed, and what the institution staff have done to resolve the issue in your report.
   - Provide brief introduction that includes demographic/census information.
   - Provide brief sentences that state when the institution is performing well on items.
   - Provide specific examples.
   - Compare all sources of data available - note discrepancies and similarities between data and observations.

- *Example*: Regional staff attended the IDTT in CTC I.  There was a full complement of staff for the IDTT that began twenty minutes late.  This is consistent with staff attendance data on the performance report, which reflects 96% of all IDTTs measured included all required staff.
- The quarter you are writing your report for will be the quarter during the time of your visit (Q1 Jan 1-March 31, Q2 April 1-June 30, Q3 July 1 – Sept. 30, and Q4 Oct. 1-Dec. 31).
- Avoid opinions.  State facts.
- *Example*: instead of – The lengths of stay in the MHCB are too long.
- Say: Lengths of stay in MHCB exceeded policy requirements. Data reveal that 95% of all MHCB admits within the past 6 months had lengths of stay beyond 10 days. Ten out of the 55 admits over the past 6 months had lengths of stay beyond 18 days.
- Use the report writing template (attachment F) to write your report.

## Checking your Data

a) At the conclusion of each visit, the regional analyst should open the performance report for the institution toured and check to ensure all data from the visit are showing.  The "heat grid", which is accessed by clicking on the colored performance bar, is a user friendly way to easily check for missing data.

b) If data on any indicators are missing, then the analyst can open the CQIT Audit Report to check to see if the data were uploaded.
- If data were NOT uploaded, work with your team and/or the custody team to ensure all data are entered and uploaded.
- One reason for missing data may be missing responses. The computer will not calculate if responses are missing.
- If data WERE uploaded and all responses complete, email Ric Castillo immediately.

c) Check percentages for CQIT indicators.
- If a percentage is over 100%, check the raw data for data entry errors.
- If a percentage is lower than expected given the impressions from the visit, check the raw data for data entry errors.

# Attachments

# Attachment A – Pre-Visit Checklist

| Facility: | Reporting Period: |
|---|---|
| Quarter : (1) Jan thru March (2) April thru June) (3) July thru Sept) (4 ) October thru December | |
| Site Visit Dates: | |
| Contact: | |
| Admin: | |

*Instructions:  Please ensure that you complete each item on the list before your CQI Site Visit starts.  Upon the audit team's arrival at your institution for the CQI Site Visit, provide the audit team (one for the mental health and one for the custody team) copies of those items requested on paper.  The copies should be organized and presented in a tabbed binder.   The mental health contact at each institution shall coordinate with custody staff to ensure that all custody items are ready for the audit team upon arrival.*

| Audit Preparation and Document Request: | Completed? |
|---|---|
| 1. *Two weeks prior the planned audit week, email an IDTT Schedule to the HQ or Regional staff person who emails you this checklist.  The IDTT schedule should include the times and locations for all the IDTTs scheduled for the entire planned audit week.* | |
| 2. ***Two weeks prior*** *to the planned audit week, email a group schedule for all  CCCMS,EOP, ASU, PSU, SHU,LTRH, STRH, STRH RC programs to the HQ or Regional staff person who emails this checklist.  The group schedule should include the times, programs (CCCMS, EOP, ASU, PSU, SHU, LTRH, STRH, STRH RC, and RC EOP) and locations for all the groups scheduled for the planned audit week.* | |
| 3. *Two weeks prior to the planned audit week, email an ICC Schedule to the HQ or Regional staff person who emailed you this checklist.  The ICC schedule should include the times and locations of all ICCs scheduled for the entire planned audit week.* | |
| 4. *Two weeks prior to the planned audit week, email a list of DSH and PIP returns for the reporting period (always the prior quarter from the quarter of the visit) to your regional contact and to Captain Eric.Hobbs@cdcr.ca.gov.* | |
| 5. *Two weeks prior to the planned audit week, email copies of vacancy reports for all Mental Health staff. Note the staff on long term leave.* | |
| 6. *Two weeks prior to the planned audit week provide one copy of the past six months (two quarters)of Mental Health Subcommittee Minutes.* | |
| 7. *Two weeks prior to planned audit week (For ASU EOP HUB and PSU ONLY): Provide a list of inmate-patients who refused more than 50% of offered treatment in a two month period during the review period.* | |
| 8. *Two weeks prior to planned audit week provide a copy of the Alternative Housing Local Operating Procedure.* | |
| 9. *Two weeks prior to planned audit week provide a copy of the waitlist for all groups in all programs.* | |
| 10. *Two weeks prior to planned audit week, provide the percentage of all appointments seen in a confidential setting, by program, for the review period. (Primary Care & Psychiatry contacts)* | |
| 11. *Two weeks prior to planned audit week, provide a copy of MH staff who have received Suicide Risk Evaluation training.* | |
| 12. *Two weeks prior to planned audit week provide copy of MHCB Operational Procedure and MHCB custody restraint policy.(Disregard if no MHCB at facility)* | |
| 13. *Two weeks prior to planned audit week provide a list of all patients discharged from the MHCB for suicidal reasons for the previous six months.(Disregard if no MHCB at facility)* | |
| 14. *Two weeks prior to planned audit week provide the total number of custody staff employed at the institution. Note the number of staff on long term leave.* | |
| 15. *Two weeks prior to planned audit week provide an IST printout of total number of custody staff who completed biennial CPR training and annual suicide prevention training.* | |
| 16. *Two weeks prior to planned audit week provide the number of controlled and immediate use of force incidents, and the number for each type on ICF, ACUTE, MHCB, EOP, and CCCMS patients.* | |

| | |
|---|---|
| 17. **Two weeks prior** to planned audit week provide the number of heat related illnesses reported at your facility during the audit period. | |
| 18. **72 hours prior to visit:**  Using each "Random Patient List" you received from the regional administrator or analyst prior to the visit, either ducat or coordinate with custody staff to ensure groups of 10 inmate-patients are scheduled to be seen for a patient group satisfaction survey on a day during the tour.  Use the appointment type "MH CQIT Group Survey"in EHRS. • The goal is to have groups of 10. Please account for refusals, ducat more than 10 as many will refuse.  Remind custody staff that only **ten** inmate patients are needed.<br>• _One group per each yard for each program_ (ML CCCMS, ML EOP, and MHSDS in Reception Centers, STRHin Reception Centers, ASU, LTRH, and STRH, RC EOP) must be ducated. Ex. Yards A, B,C MLCCMS.  **No other programs will require this group interview.**<br>• All MHSDS patients must be ducated at Desert Institutions.<br>• Ensure adequate, confidential treatment space is available for the group surveys. If treatment modules MUST be used, ensure they are in a well lit area and are the modules that have seats in them.<br>• Do NOT cancel treatment appointments for inmate-patients to participate in this interview: Skip those with scheduling conflicts and move onto the next name on the list.<br>• Provide custody staff with the script, "Reason for Appointment," which should be used to inform inmate-patients why they are being asked to participate in the survey.  Follow up with custody to ensure the script is used.<br>• Ensure translators or sign language interpreters are also scheduled for any inmate- patients with effective communication needs. | |
| 19. Notify nursing staff that auditors will need access to the "Restraint Log Checklist" for the reporting period, as stated above, prior to the audit. This is a new checklist that is kept in the MHCB nursing schedule. | |
| 20. Provide a **current** list of all inmate-patients currently on a five day follow-up who were never admitted to MHCB. This report is run and provided on the the day of the site visit. | |
| 21.  Notify Warden, Associate Warden of Healthcare, Health Care Access Capt., and CEO or designees of tour and schedule a pre-visit check in and post-visit check out meeting with the Warden, CEO, Associate Warden of Healthcare, and Chief of Mental Health.  Facility Captains are also encouraged to attend these meetings. | |
| 22. Notify the ASU Capt. and other custody staff in the affected areas of the tour. | |
| 23. Secure room/space for team to interview selected inmate-patients. | |
| 23. Arrange access to C-Files or ERMS. Auditors will need to be able to pull C-files or access ERMS on site. Ensure records staff are prepared to accommodate these requests. | |
| 24. Secure space for the assessment team to leave their personal belongings and work throughout the day. | |
| 25.  Notify custody staff in ASU that the assessment teams will need access to isolation logs and custody welfare check logs. | |
| 26. Ensure CQI audit teams are provided access to the MHCB Unit Health Records for all inmate-patients in the MHCB during the time of the assessment. | |
| 27. Regional Team shall Interview staff during visit. Schedule a one hour meeting for those who wish to attend. Coordinate with facility on date/time/place. | |
| 28 Provide a current roster of all MHCB inmate-patients.(Disregard if no MHCB at facility) | |
| 29. On day of visit provide a list of all ASU inmate-patients currently on 21 day intake status. | |
| 30. On day of visit provide list of all ASU inmate-patients currently on 72 hour intake status including date of ASU placement. | |
| 31. Identify where the previous 90 days of MHCB custody follow ups are archived.(Disregard if no MHCB at facility) | |

| | |
|---|---|
| *32. Ensure that the past 5 weeks of 114-As are available in ASU for review and the auditors have a **designated area to review them.*** | |
| *33. Ensure that the past quarter of completed RVRs and the 1154 log are available for review, and that the auditors have a **designated area to review them.*** | |
| *34. On day of visit: Provide SOMS visiting history for inmate-patients currently housed in MHCB.* | |
| ***Other requirements to ensure a successful visit*** | |
| *The CMH shall have a meeting with all staff and notify them of the following:*<br>*• Do not make changes to group or IDTT leaders or normal processes for the audit.*<br>*• Institution staff shall not attend patient surveys.*<br>*• Introduce the auditors (or ask them to introduce themselves) when an IDTT or group is observed, and then proceed as normal. DO NOT present to the audit team members.*<br>*• Notify staff of the staff interview date and time.* | |
| ***MH Regional Team Data Collection Items (To be requested by the regional teams)*** | |
| *Percentage of staff peer reviewed (HQ QM has)  - contact Ric Castillo/Briauna Gorman* | |
| *SPR FIT committee performance (HQ QM has) - contact Ric Castillo/Briauna Gorman* | |
| *MHPS committee performance (HQ QM has) - contact Ric Castillo/Briauna Gorman* | |
| *Number of heat related illnesses* | |
| *Percentage of staff with completion of SRE Mentor Program - (enter results into CQIT) available here: http://teamsite/team/Programs/MHI/bh/c.o.training/SitePages/Home.aspx* | |
| *Percentage of staff with completion of required suicide prevention trainings (enter results into CQIT)- available here: http://teamsite/team/Programs/MHI/bh/c.o.training/SitePages/Home.aspx* | |

## Attachment B – Pre-Scheduled Audit Areas

ALL:
- Staff Interview

MHCB:
- IDTT

ASU
- IDTT
- Group Survey ( 1 per yard for each program)
- Group therapy observation (2 different clinicians and groups)
- ICC

EOP
- IDTT
- Group Survey (1 per yard for each program)
- Group therapy observation (2 different clinicians and groups)

CCCMS
- IDTT
- Group Survey (1 per yard for each program)

LTRH/STRH
- IDTT
- Group Survey (1 per yard for each program)
- Group therapy observation (2 different clinicians and groups)
- ICC

SHU
- IDTT
- ICC
- Group Survey (1 per yard for each program)
- Patient group observation - only if groups are offered in their SHU (2 different clinicians and groups).

PSU
- IDTT
- ICC
- Group Survey (1 per yard for each program)
- Group Therapy Observation (2 different clinicians and groups)

RC
- Group Survey (1 per yard for each program)

RC EOP
- Group Observation
- IDTT observation
- Group Survey (1 per yard for each program)

Condemned
- IDTT
- ICC
- Group Survey (1 per yard for each program)
- Group Therapy Observation

Desert Institution
- Group Survey (1 per yard for each program)

## Attachment C – Custody Escort Officer Script

**"Script" for Custody Escort Officers Regarding the Reason for the Group Appointment**

Custody officers: Please give each inmate the reason they are being escorted to the patient group interview appointment. Below is a script you can use.

"A small group of mental health clinicians and administrators from CDCR's headquarters in Sacramento would like to interview you regarding your level of satisfaction with the treatment you are receiving here at _____.

This interview will be in a small group with other inmates and is completely voluntary. The staff are not taking down anyone's names and the results will be kept anonymous." The results will be used to help the mental health program improve the treatment provided.

# Attachment D – Restraint Checklist

Use this worksheet to detail the actions of staff (Nursing, Medical, Mental Health and Custody) for all restraint occurrences and within 24 hours of order termination. Intended goals are 1) determining if all policies, procedures, regulations were followed within timelines 2) were each of the items met for each restraint episode 3) if not , what areas were deficient and 4) what is the corrective action plan to address those areas. Upon completion, file this worksheet in a notebook that is kept in the MHCB nursing station.

CDC #_____ I-P Name(Last) _____

Employee_____ Date _____

| | | Yes | No | NA | Comments |
|---|---|---|---|---|---|
| 1. | If the patient is medically compromised, was a physician contacted prior to or immediately after the placement in restraints? | ☐ | ☐ | ☐ | |
| 2. | If the patient is medically compromised or disabled, were all necessary steps to safeguard his/her safety taken? This includes , at a minimum: <br> • contact to a physician prior to or immediately after placement into restraints notifying him or her of a medically compromised inmate's placement into restraints <br> • immediately upon notification, physician order of discontinuation from restraints or order of special measures/treatments to be taken to safeguard the patient's medical condition | ☐ | ☐ | ☐ | |
| 3. | Were at least three (3) custody staff present, with CTC staff, for the application of restraints? | ☐ | ☐ | | |
| 4. | Did the RN perform a mental status and physical assessment of the patient immediately upon placement in restraints? | ☐ | ☐ | | |
| 5. | Did the RN document (respond "yes" only if all criteria are met): <br> ☐ The need for initiation of restraints <br> • A description of the patient's behavior and other relevant factors upon which the patient was determined to be a danger to self or others. <br> ☐ Staff action taken to utilize all alternatives. <br> ☐ Information about reasons for restraints. <br> ☐ Conditions for release. <br> • The patient's response to restraints. <br> ☐ If applicable, injuries to the patient? | ☐ | ☐ | | |

| | | | |
|---|---|---|---|
| 6. Was a soft cloth or bandage applied to the extremity before applying the restraints? | ☐ | ☐ | |
| 7. Was the Watch Commander and Chief Psychiatrist or designee notified upon the order for placement in restraints? | ☐ | ☐ | |
| 8. Did an authorized clinician give verbal or written order within one hour of notification of placement in restraints? | ☐ | ☐ | |
| 9. Was the initial order issued four hours or less? | ☐ | ☐ | |
| 10. Was a face to face evaluation conducted by an authorized clinician or a qualified RN prior to the expiration of the initial order (within 4 hours)? | ☐ | ☐ | |
| 11. If the clinician conducting the initial face to face evaluation was not a physician/psychiatrist, was a physician/psychiatrist consulted within four hours of the initial order to review current medications and any contraindications? | ☐ | | |
| 12. Was each extremity checked every fifteen minutes? | ☐ | ☐ | |
| 13. Were fluids, nourishment and bathroom breaks provided every 15 minutes as needed and practicable? | ☐ | ☐ | |
| 14. Was range of motion performed for two minutes on each limb every one hour unless the patient was too agitated or assaultive to safely remove restraints?<br>• Was range of motion (or inability to perform range of motion) documented on a restraint/seclusion record? | ☐ | ☐ | |
| 15. Were hourly assessments conducted by the RN? | ☐ | ☐ | |
| 16. Did the RN document the need for continuation and provide justification regarding the elements of the emergency necessitating restraints on a progress note? | ☐ | ☐ | |

56

| | | | |
|---|---|---|---|
| 17. Did the RN contact an authorized clinician every 4 hours to provide a description of current behavior? | ☐ | ☐ | ☐ | |
| 18. Did the authorized clinician or RN conduct a face to face evaluation every 8 hours? | ☐ | ☐ | ☐ | |
| 19. If the initial order was given via telephone did the authorized clinician sign the order within 24 hours? | ☐ | ☐ | ☐ | |
| 20. Did the authorized clinician write an order every 24 hours with a treatment plan that specifies rationale for restraints and behavioral goals for removal of restraints? | ☐ | ☐ | ☐ | |
| 21. Did psychiatrist conduct a face to face evaluation every 24 hours? | ☐ | ☐ | ☐ | |
| 22. Were restraints terminated when conditions of release were met, when the patient identified behavior or danger to self or others were no longer present, or when it would be harmful for the patient to remain in restraints due to medical contraindications? | ☐ | ☐ | ☐ | |
| 23. Was the restraint log kept and updated? | ☐ | ☐ | ☐ | |
| 24. If a staff or patient injury occurred, was an adverse sentinel event reporting form completed and submitted? | ☐ | ☐ | ☐ | |

## Attachment E – Regional Technical Instructions

1. Log in to tablet
2. To change LAN settings
   - Tools
   - internet options
   - connections
   - LAN settings
   - Unclick "use a proxy server for your LAN" when not in CCHCS network (ie. Working via vpn).

3. Log in to VPN
   - Click on VPN icon (bottom right of computer)
   - Enter VPN.CPHCS.CA.GOV
   - First login first name.last name, password is Welcome!
   - Change password, and re-enter (jot it down as it will not change).

4. Upload CQIT Tool
   - Click on update/install tool link included in "On Site Audit Guidebook"
   - Select "open"

5. Check CQIT installation
   - Click on circular CQIT icon
   - Security Warning at top of page, options – select "enable this content"
   - Click next in tool to make sure it works properly.

6. Refresh Patient Lists
   - Click on "refresh patient lists" button on home page of CQIT

7. Upload data
   - Click on "upload data to server" button on the CQIT home page at the conclusion of your visit. This must be done while connected to VPN.
     - If attempt is unsuccessful it is likely due to slow internet speed. This may happen with a poor hot spot connection.

## Attachment F – Report Writing Outline

Please see separate attachment entitled Report Writing Outline.

## Attachment G – How to Run the Non-Disciplinary Segregation Report (NDS) in SOMS

1.  Click on the "Prison" tab
2.  Select Inmate Record
3.  Select Inmate Search
4.  Under Current Location – Select desired location
5.  For Classification Area:
    1) Custody: Select "MAX"
    2) NDS Placement: Select "Yes"
6.  Click on "Search" button

*A list of all inmate patients assigned to the selected institution on NDS status will appear.*









Click "Search" at the top of the screen.



The user can use the dropdown box at the bottom of the screen to export the list into excel if they choose. Clicking "Show All Inmates" will list all inmates on one page.

## Attachment H – CQI Entrance Talking Points

- Introduce every member of the team
- State the purpose of the visit: To provide information to you (the institution leadership and staff) to use as part of their own self-monitoring and improvement system.
- Provide an overview of the schedule
- Indicate when (and where) data will be available (MH performance report within a week of the visit).
- Indicate when they can expect a written report.
- What has changed over past year that has impacted your program and we may not know about?
  - New units
  - Mission changes
- Are there any other anticipated changes upcoming?
- Review performance data and ask any clarification questions.
  - Include all performance data such as MAPIP and chart reviews (all are on performance report).
- Discuss staffing: Which positions are nearly filled, where they are having difficulty – ask if there is anything you need to be aware of that has impacted their ability to staff.
- Ask if there is any particular area they would like for you to pay attention to on the visit.
- Ask if there are any other questions or comments
- Request the doc request binders (one for custody and one for MH regional teams)

# Attachment I – Case Selection Review Guidelines

## Case Review Selection Guidelines

- Obtain a random targeted sample.
    - (E.g. random of all EOP inmates if we are looking at something specific to EOP).
- May Include patients who are seen on a visit or when approached on a visit, or if there are complaints on a patient interview.
- Reviews may be done as a result of a specific issue/question
- Consider reviews if something comes up regarding RVRs, Use of Force, or other custody issues.
- Do case reviews at desert institutions.
- For efficiency – when you review a chart based upon an observation on site, do the chart review the same day.
- Ask custody Lieutenants to provide cases to you for review.
    - (E.g. MHSDS inmate with multiple RVRs, use of force or controlled use of force incidents – particularly ICF, ACUTE, MHCB LOC, or when there are cases where content of SOMS says patient wasn't seen despite asking multiple times, etc. Lieutenants refer to MH reviewer for case review).

## Case Review Writing Guidelines

- Include identifying information
- Explicitly state why case was reviewed (ask yourself, why did I review the case).
- Provide a concise history for context.
    - (E.g. patient X has been at MCSP EOP for xxx, dx, brief chronology, course "what has happened to this person". If its years of info, you can say, what time period you reviewed and acknowledge you didn't review years of info.)
- Associate the case with big picture (staff and patient interviews, observation, chart audit and timelines data).
- Most important: Provide overall assessment, findings, and recommendations. Were there any problems or not? Give conclusion and outcome.
- Reference the cases in text, give sequential numbers so you can footnote/reference them.
- All docs, report and case reviews separately should be a standalone document.
- Look at all case reviews and pull out themes – this will be evident after review from the cases.

# Attachment J – Exit Interview Talking Points

## Mental Health Exit

Program Overview:
- Indicate if the institution passed on MH items
- Vacancy Rates
- Program changes, census
- Status of any housing considerations
  - Transfer timelines: percent transferred within required timelines

Access to Care:
- Timely PC contacts: percentage and note pt survey responses and observations
- Timely Psy contacts: percentage and note pt survey responses and observations
- Timely IDTTs: percentage and note pt survey responses and observations
- Medication continuity/access: note MAPIP results and pt survey responses and observations
- Refusals: Note performance report "tx hours attended" percentage and augment with pt survey results, staff survey results, and observations. (WHY are pts refusing a lot if refusing a lot. If pts mostly go to tx, what does the institution do to accomplish this?).
  - For refusals in ASU EOP – were the discussions between PC and custody held to address issues?
- If any other access issues identified, note what these were. If exceptional practices are in place to improve access, note this.

Quality of Care:
By Yard/Program:
- Quality of IDTTS: Overall good or not. Note areas for improvement. Note if something was done exceptionally well.
- Quality of Groups: Overall good or not. Note areas for improvement. Note if something was done exceptionally well.
- Treatment space assessment (confidential? Is there enough?)
- Are groups offered in CCCMS? If so, is there a waitlist?

MHCB:
- Cleanliness of cells
  - Was there a log?
- Were patients given full issue unless they were on suicide watch or precaution (which was clearly noted in chart).
- For those on 1:1 watch was person actively watching (not reading, etc).
- Were nursing 15 min. check sheets on the door and staggered on time?

Alt Housing:
- From performance report: percent of MHCB referrals transferred within 24 hours "timely transfers to MHCB"
- How many were in alt housing?
- Were cells in use consistent with location order of policy?
- Were cells clean?
- Was everyone on 1:1 watch?
- Did every Alt housing cell have a bed and toilet?

Segregation:

By Yard/Program:
- Clinician input at ICC and custody consideration

R&R:
- Was the correct form used and were all questions asked for the nurse intake screen?
- Was the screen conducted in confidential setting? If not, why?

## Custody Exit – To be presented by the MHCT Regional Lieutenants

Overall:
- Indicate if the institution passed on custody items and provide the % score when applicable
- Percent of custody staff who completed CPR training
- Percent of custody staff who completed suicide prevention training
- RVRs
  - Percent issued to CCCMS:
  - Percent issued to EOP:
  - Percent issued to MHCB:
  - Percent of RVRs with recommended mitigation, and percent mitigation considered. Percent mitigated.

By Program/Yard:
- Heat Plan:
  - Did staff log correctly and consistently per policy?
  - Were alternative activities provided (when applicable, if not applicable because temps never rose above 90 indicate this)
- CPR shields: Percent of staff on each yard with these on person
- MH referrals (128-MH5): percent of staff on each yard with knowledge of how to refer
- If referral forms were not on a yard, state where they need them.
- Did all buildings have complete cut down kits accessible and with proper inventory?
- MHCB custody discharge checks: Percent completed on time (once every 30 min) per policy
- Coleman Posters – Are they present?  Are they the correct version?

Segregation (ASU, ASU EOP HUB, STRH, LTRH, SHU, PSU, Condemned):
- Tx module placement and cleanliness.
- Guard one %. If there is an overflow housing unit, were the manual checks documented correctly and %.
- % for out of cell time
- % for showers
- ICC - % of inmates seen within 10 days of ASU or STRH placement
- Intake Cells
  - Did they have placards?
  - Are they placing inmates in intake cells as required?
  - Were inmates identified that required intake cells and were not in one?
- Entertainment Appliances/Hand Cranked Radios – Distributed upon admission and up to 21 days or longer?
- Unclothed Body Searches (ASU EOP and PSU) – Conducted in a private setting?
- Non-Disciplinary Segregation (NDS) – Is there an appropriate tracking of NDS inmates and their privileges (phone calls, property)?

MHCB:
- Were inmates not on max custody status escorted without mechanical restraints? For those who were, was there a 128B with appropriate justification for use of restraints?
- Does the institution use Tx Modules for group and/or individual therapy for those inmates NOT on mechanical restraint status?  If so, is there appropriate justification?

# Attachment K – Security Desks

 PRINT



**CORRECTIONS & DETENTION**
**SECURITY BOOTHS AND DESKS**
SECURITY DESK Item# 797100

Lexan screen not included. Please refer to item # 797200 when ordering the lexan add-on.

All metal security desk chair made with heavy duty replacement vinyl seat and back cushions. Desk surface adjustable for easy accessibility. Includes security fasteners- floor anchoring hardware not included. Dimensions: 34-1/8''H x 47- 3/4''D x 30-3/4''W. Security desk is delivered assembled.

**PRODUCT NO.** 797100.1000      **$1,995.00 Each**

| COLOR | QUANTITY |
|---|---|

 PRINT



**CORRECTIONS & DETENTION**
**SECURITY BOOTHS AND DESKS**
LEXAN INSERT ONLY FOR SECURITY DESK Item# 797201

Cut-to-size, predrilled for easy attachment.

**PRODUCT NO.** 797201.1000      **$89.00 Each**



| OPTION | QUANTITY |
|---|---|
| Clear Lexan | 1 + |

**ADD TO CART**
ENTER

CATALOG > METAL PRODUCTS > CORRECTIONS & DETENTION > SECURITY BOOTHS AND DESKS >
Security Desk With Removable Chair - Wheelchair Accessible > BACK <

 PRINT

**CORRECTIONS & DETENTION**
**SECURITY BOOTHS AND DESKS**

SECURITY DESK WITH REMOVABLE CHAIR - WHEELCHAIR ACCESSIBLE Item# 797101

Lexan screen not included. Please refer to item # 797200 when ordering the lexan add-on.



All metal security desk chair made with heavy duty replacement vinyl seat and back cushions. Desk surface adjustable for easy accessibility. Pin lock release and pull bar on chair back allows easy chair removal for wheelchair access. Includes security fasteners- floor anchoring hardware not included. Dimensions: 34-1/8"H x 52"D x 22"W. Security desk is delivered assembled.

PRODUCT NO.  797101.1000          $2,095.00 Each

69

# Attachment L – Treatment Modules and Security Booths

CATALOG > METAL PRODUCTS > CORRECTIONS & DETENTION > SECURITY BOOTHS AND DESKS >
Treatment Module > **BACK** <





**CORRECTIONS & DETENTION**
**SECURITY BOOTHS AND DESKS**
TREATMENT MODULE Item# 795100

Built in Desk with Floor Mounted Stool. Heavy Steel and steel mesh construction. Door slam prevention. Lexan on front and two sides.

Dimensions: 77.5"H x 37.5"D x 35"W

*Please note when ordering: Left hinge denotes right handle side and right hinge denotes left handle side.

**View Metal Finish Options**
**Recycled Content Certificate**

| FINISH | HINGE SIDE | QUANTITY |

CATALOG > METAL PRODUCTS > CORRECTIONS & DETENTION > SECURITY BOOTHS AND DESKS >
Treatment Module - Wheelchair > **BACK** <





**CORRECTIONS & DETENTION**
**SECURITY BOOTHS AND DESKS**
TREATMENT MODULE - WHEELCHAIR Item# 795101

Built in Desk with Stool. Desk and stool are spring loaded and flip up for wheelchair access. Heavy Steel and steel mesh construction.  Door slam prevention.  Lexan on front and two sides.

This unit is delivered in two parts and requires final assembly and tac welding on site after delivery.

Wheelchair accessible. 78.06"H x 54.09"D x 42.50"W

*Please note when ordering: Left hinge denotes right handle side and right hinge denotes left handle side.

**Recycled Content Certificate**

CATALOG > METAL PRODUCTS > CORRECTIONS & DETENTION > SECURITY BOOTHS AND DESKS > Security Booth > **BACK** <

 PRINT



**CORRECTIONS & DETENTION**
**SECURITY BOOTHS AND DESKS**
SECURITY BOOTH **Item# 794100**

Heavy steel and steel mesh construction. Multipoint locking door. Cuffing slot. Door slam prevention. 30"W x 25"D x 78"H. Weight 295 lbs.

*Please note when ordering: Left hinge denotes right handle side and right hinge denotes left handle side.

**View Metal Finish Options**

| FINISH | HINGE SIDE | QUANTITY |
|--------|-----------|----------|
| Autumn Haze | | 1 ± |
| Lite Gray | | ADD TO CART |

---

CATALOG > METAL PRODUCTS > CORRECTIONS & DETENTION > SECURITY BOOTHS AND DESKS >
Security Holding Module - Wheelchair Accessible > **BACK** <

 PRINT



**CORRECTIONS & DETENTION**
**SECURITY BOOTHS AND DESKS**
SECURITY HOLDING MODULE - WHEELCHAIR ACCESSIBLE **Item# 795200**

Our largest Treatment Module will comfortably accommodate full wheelchair motion including 360 degree turning. We have also incorporated a built in flip up stool in the corner to allow for standard usage.   Heavy steel and steel mesh construction. Door slam prevention. Dimensions:  64''W x 67.79''D x 78.2''H.

This unit is delivered in 4 parts and requires final assembly and tack welding on site after delivery.

Available lite gray color and left hinge - right handle configuration only.

| PRODUCT NO. 795200.1000 | | $4,915.00 Each |
|------------------------|-----------|----------|
| FINISH | HINGE SIDE | QUANTITY |

 PRINT



**CORRECTIONS & DETENTION**
## SECURITY BOOTHS AND DESKS
### SECURITY BOOTH - STOOL Item# 794101

Heavy steel and steel mesh construction. Multipoint locking door. Cuffing slot. Door slam prevention. 30''W x 36''D x 78''H. Weight 295 lbs.

*Please note when ordering: Left hinge denotes right handle side and right hinge denotes left handle side.

| FINISH | HINGE SIDE | QUANTITY |
|--------|-----------|----------|
| Autumn Haze | | 1 + |
| Lite Gray | | ADD TO CART |



**CORRECTIONS & DETENTION**
## SECURITY BOOTHS AND DESKS
### SECURITY LIBRARY BOOTH Item# 794300

Built in steel desk and book slot. Floor mounted stainless steel seat. Heavy steel and steel mesh construction. Multipoint locking door. Cuffing slot. Door slam prevention. 30"W x 49.5"D x 78"H. Weight: 470 lbs.

This item is not the Mental Health Programming Module.  Please refer to Item #795100.

*Please note when ordering: Left hinge denotes right handle side and right hinge denotes left handle side.

**View Metal Finish Options**

72