1 | XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4431
  Fax:  (415) 703-5843
  E-mail:  Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS**<br><br>Judge:  The Hon. Kimberly J Mueller |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants wish to associate Deputy Attorney General Namrata Kotwani as additional counsel on this case. Please add Deputy Attorney General Kotwani to the service list and files as follows:

> Namrata Kotwani, State Bar No. 308741
> Deputy Attorney General
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA 94102-7004
> Telephone: (415) 510-4431
> Fax: (415) 703-5843
> E-mail: Namrata.Kotwani@doj.ca.gov

Dated: December 2, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Namrata Kotwani*

NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
42449802.docx