XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7323
  Fax: (916) 324-5205
  E-mail: Lucas.Hennes@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
LISA M. POOLEY, SBN 168737
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:  925-746-8490

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                         Plaintiffs,<br><br>    v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                         Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**EIGHTH JOINT UPDATE ON THE WORK OF THE COVID-19 TASK FORCE** |

At the June 26, 2020 status conference, the Court directed the parties to file a joint report with updates "on the work of the Task Force" by July 15, 2020 and "every two weeks thereafter." (ECF No. 6741.) The Court modified this schedule on August 26, 2020, directing the parties to file COVID-19 Task Force updates every other Friday by 12:00 p.m., beginning on August 28, 2020. (ECF No. 6837.) On September 25, 2020, the Court extended the deadline to file the sixth joint update to October 2, 2020 at 12:00 p.m. and directed that further joint updates be filed every four weeks. (ECF No. 6886.) On November 23, 2020, the Court modified that schedule for the eighth and ninth joint updates which are due on December 4, 2020 at 12:00 pm and January 6, 2021 at 5:00 pm respectively. (ECF No. 6966.) This report provides the parties' eighth COVID-19 Task Force joint update and covers issues discussed since the seventh joint update filed on October 30, 2020. This report covers the Thirty-Ninth (November 10), Fortieth (November 17), and Forty-First (December 1) COVID-19 Task Force meetings, and various small workgroup meetings between representatives from Defendants and the Special Master's team. Unless otherwise indicated, the small workgroup meetings include members of Defendants' leadership and the Special Master's team, and not Plaintiffs. The Special Master holds meetings with Plaintiffs to update them on the status of the workgroups.

## I. UPDATE REGARDING COVID-19 CASES IN CDCR AND DSH

### A. CDCR's Report On COVID-19 Cases And Testing

The following table shows, as of November 30, 2020, CDCR's report on the total number of confirmed COVID-19 cases, currently active, resolved to date, currently hospitalized, hospitalized to date, deaths to date, and the number and percentage of those cases who are *Coleman* class members and their level of care.

| COVID Result | Total Patients | MHSDS Patients Only | MHSDS patients as % of total |
|---|---|---|---|
| **Active** | 3,845 | 1,173 (1,024 CCCMS, 137 EOP, 8 ICF, 4 MHCB) | 31% |
| **Resolved** | 14,835 | 4,085 (8 ACUTE, 3,797 CCCMS, 252 EOP, 13 ICF, 15 MHCB) | 28% |

| | | | |
|---|---|---|---|
| **TOTAL active + Resolved** | 18,680 | 5,258 (8 ACUTE, 4,821 CCCMS, 389 EOP, 21 ICF, 19 MHCB) | 28% |
| **Currently Hospitalized** | 46 | 17 (16 CCCMS, 1 EOP) | 37% |
| **Cumulative Hospitalized** | 675 | 215 (187 CCCMS, 28 EOP) | 31.8% |
| **Deaths (As of Dec. 1, 2020)** | 89 | 32 (30 CCCMS, 1 EOP, 1 MHCB) | 36% |

CDCR reports the above hospitalization numbers include re-admissions of some patients who were discharged and then re-admitted. It also reports that the numbers exclude patients who were COVID-19 positive and admitted to outside hospitals for reasons other than COVID-19. According to CDCR, as of November 30, 2020 it had tested 112,023 unique prisoners and former prisoners, 91,250 of whom are still in CDCR custody. Of the total number of in-custody prisoners tested, 27,937, or 31% of those tested, were part of the MHSDS. CDCR's rate of tests per 1,000 incarcerated people, 932.8 per 1,000 is higher than the reported rates in California (602.5 per 1,000) and the United States (580.9 per 1,000) as a whole; CDCR's publicly available Population COVID-19 Tracking dashboard reports that CDCR's rate of confirmed cases per 1,000 incarcerated people (216.4 per 1,000 as of November 29, 2020) is higher than the reported rates in California (30.8 per 1,000 as of November 29, 2020) and the United States (40.6 per 1,000 as of November 29, 2020)

**B.  DSH Report Regarding COVID-19 Cases and Facilities.**

As of November 30, there have been 15 confirmed positive cases in DSH's *Coleman* patient population at DSH-Atascadero. As of November 30, DSH has performed 30,968 tests on a cumulative total of 6,137 patients across all five hospitals. A total of 573 patients and 646 staff have tested positive to date, with a total of 110 patients and 109 staff testing positive in the past 14 days across the five hospitals. At the November 10 Task Force meeting, DSH reported that DSH-Atascadero had identified its first COVID-positive *Coleman* patient. As of November 27, 2020, DSH-Atascadero had 15 COVID-19 positive *Coleman* patients.[1] At the December 1, 2020

---

[1] DSH's weekly report stated 20 patients had tested positive, but Defendants later clarified that the correct number is 15.

Task Force meeting, DSH reported that all but one of those patients' cases had resolved and they had returned to their housing, with one asymptomatic patient remaining in isolation.

As of November 27, 2020, DSH reports that DSH-Coalinga has 19 housing units on quarantine and two isolation units. The *Coleman* unit at DSH-Coalinga was quarantined on November 20 due to a potential staff exposure, though no *Coleman* patients have tested positive or shown symptoms. Due to an increase in COVID-19 cases among the non-*Coleman* patients at DSH-Coalinga, on November 13, the hospital moved 15 *Coleman* patients to the gymnasium. At the December 1, 2020 Task Force meeting, Defendants reported that the patients had all been moved back out of the gymnasium.

As of November 27, 2020, DSH-Patton has 16 housing units on quarantine and two isolation units. The *Coleman* unit was placed on quarantine on November 25, 2020 due to a potential staff exposure, though no *Coleman* patients have tested positive or shown symptoms.

DSH reports that DSH-Patton, DSH-Atascadero, and DSH-Coalinga remain open for new admissions and have admitted patients notwithstanding the quarantines discussed above.

## II. UPDATES ON DSH CENSUS, WAITLIST, AND ADMISSIONS

At the Task Force meetings, DSH and CDCR provided their census, waitlist, and admission reports. Since DSH lifted its temporary suspension of admissions effective April 16, 2020, DSH has admitted a total of 137 *Coleman* class members.

As relayed to the Task Force group by DSH's weekly reports on December 1 (showing data as of November 27), there were 168 *Coleman* class members at DSH-Atascadero (with 88 available beds), 33 at DSH-Coalinga (with 17 available beds), and 10 at DSH-Patton (with 20 available beds).

As of November 27, Defendants report there are 23 patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, including 16 ICF patients awaiting admission for more than 30 days. Of the 23 patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, 21 are housed at institutions CDCR has closed to movement. There is one patient awaiting admission to DSH-Atascadero who is housed at an institution that is not closed to movement. This one patient has been awaiting admission for 13 days. There is one patient

awaiting admission to DSH-Patton who is housed at an institution that is not closed to movement. This one patient has been awaiting admission for 8 days.

CDCR and CCHCS have developed a process to begin transferring patients from uninvolved units at closed institutions to DSH. On November 25, 2020, CDCR and CCHCS circulated for feedback a new draft version of the COVID-19 Screening and Testing Matrix for Patient Movement. The Task Force did not have time to discuss this new draft at the December 1, 2020 meeting.

### III. UPDATES ON THE CDCR AND DSH SMALL WORKGROUP ACTIVITIES.

#### A. CDCR Workgroup

The Special Master's experts have held small workgroups with CDCR and DSH leadership, without Plaintiffs or Defendants' counsel, focused on specific topics. The CDCR workgroup has focused on the new SharePoint Corrective Action Plan tracking tool, which was also demonstrated to the Plaintiffs on November 23, 2020. The new tool will assist with effectively tracking mitigation for performance issues related to COVID-19 as well as performance issues that require action plans. CDCR also discussed improvement plans for treatment hours offered at its monthly Headquarters Quality Management meeting. The workgroup also focused on CDCR's proposals related to psychiatric staffing, including proposals for adjusting the psychiatrist staffing ratios for CCCMS patients not on medication, for utilizing psychiatric nurse practitioners, and for enabling telepsychiatrists to operate from home.

#### B. DSH Workgroup

The DSH small workgroup continued to review individual patient cases together and discussed institutional COVID-19 public health data for both DSH and CDCR institutions, where the 21 individuals on COVID-19 holds are residing, including 16 at SATF, three at CHCF, and two at VSP. One patient at RJD is cleared for transfer and two new referrals have been made from Salinas Valley and SVSP.

///

///

///

## IV. ADDITIONAL COVID-19 RELATED UPDATES.

### A. MAT Contacts

At the November 10 Task Force meeting, the parties discussed errors in reporting timely contacts for mental health treatment; between 2017 and 2019, Medication Assisted Treatment for Substance Use Disorder (MAT) contacts were erroneously included in the CQIT indicators for timely psychiatry contacts and timely primary clinician contacts. These errors are discussed in greater detail in the October 30, 2020 seventh joint update filing. *See* ECF 6930 at 8-9. Plaintiffs expressed concern that some filings may need to be corrected and explained their position that it is Defendants' responsibility to do so. Defendants requested that Plaintiffs identify the relevant filings that Plaintiffs believe Defendants need to correct. Plaintiffs requested that Defendants provide the specific dates and locations where the MAT data erroneously affected the two CQIT indicators, including the roll-out schedule for the MAT program, which activated at different institutions over the course of 2017 to 2020. Defendants previously provided a general time frame during which MAT contacts were included in the two CQIT indicators, but agreed to provide more detailed information.

### B. Movement between institutions (April 10 & 17 memos and November 5 draft revision)

At the November 10 Task Force meeting, the parties discussed Plaintiffs' concerns about limitations on transfers of class members from institutions closed due to COVID-19 outbreaks. CDCR indicated that patients are being transferred to inpatient facilities from closed facilities based upon emergency transfer criteria. The CDCR Deputy Director for Mental Health is also reviewing referrals on a case by case basis for transfer. Plaintiffs also provided initial verbal comments on the draft updated COVID Mental Health and Custody Guidance, provided on November 5. Additional comments are forthcoming. In response to Plaintiffs' requests at the November 10 task force meeting, Defendants provided a list on December 3, 2020 of all patients transferred to an inpatient level of care over the past six months. The list shows a total of 112 patients have transferred between CDCR institutions (including both closed and open institutions) for purposes of ICF or acute care in the last six months.

### C. PIP Admissions and Programming

At the November 17 Task Force meeting, the parties discussed inpatient transfers to PIP units and MHCBs, including Defendants' COVID-19 PIP Admission Policy and Procedure, which was issued on October 24, 2020. The policy establishes set-aside admissions units in each of the PIPs for quarantine of newly admitted patients. The parties discussed the policy and Plaintiffs agreed that it is a positive step. Defendants reported that as of the time of the November 17 meeting, the new admissions units at each of the PIPs had already been opened and were functioning under the policy.

Plaintiffs stated their position that, with the new PIP admissions units in place to allow for appropriate quarantine, testing, and screening, Defendants should begin promptly admitting waitlisted patients, including non-emergency transfers and transfers from closed institutions, given that the waitlist is in the hundreds[2] despite large numbers of vacant PIP beds and the fact that many patients have been waiting long past the normal Program Guide transfer timelines. Plaintiffs asked again about the status of CDCR's promised revision to the Movement Matrix that they stated would refine the definition of "closed" institutions to allow transfers from unaffected units. Plaintiffs also requested a plan from Defendants to address the inpatient transfer backlog given Defendants' report that all PIPs are closed to admissions due to the fact that they are located at institutions that are closed for transfer.

Defendants represented that transfers from closed institutions have been happening on a case-by-case basis under the emergency transfer criteria, with all patients being reviewed by CDCR's Deputy Director for Mental Health. CDCR provided a revised draft movement matrix on November 25, 2020, and the parties plan to discuss the revised matrix at the next Task Force meeting.

///

///

---

[2] In response to Plaintiffs' requests at this and prior meetings, on December 3, 2020, CDCR provided a list showing approximately 365 patients awaiting a transfer to an Acute or Intermediate inpatient setting as of that date (including approximately 73 patients already in an Acute or Intermediate setting and awaiting transfer to a different PIP or DSH).

**D.     Data Certification Update**

At the November 17 and December 1, 2020 Task Force meetings, the Special Master's data expert, Dr. Potter, provided an update on his work reviewing Defendants' data systems and working with Defendants' mental health and information technology leadership. The Task Force held detailed discussions in preparation for addressing the Court's stated desire "to set a firm schedule for completion of necessary data and quality assurance remediation" at the fourth quarterly status conference set for December 18, 2020. *See* Sept. 8, 2020 Order, ECF No. 6847. The Task Force plans to continue this discussion on December 8, 2020. The parties anticipate reporting to the Court in greater detail at the fourth quarterly status conference.

DATED: December 4, 2020         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Marc J. Shinn-Krantz*
     Marc J. Shinn-Krantz

Attorneys for Plaintiffs

DATED: December 4, 2020         XAVIER BECERRA
Attorney General
Adriano Hrvatin
Supervising Deputy Attorney General

By: */s/ Lucas L. Hennes*
     Lucas L. Hennes
     Deputy Attorney General

Attorneys for Defendants

[3658186.9]                           8