XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7318
 Fax:  (916) 324-5205
 E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone:  (925) 746-8460
 Fax:  (925) 746-8490
 E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone:  (310) 552-0130
 Fax:  (310) 229-5800
 E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF JONATHAN M. MEYER, M.D., IN SUPPORT OF DEFENDANTS' RESPONSE TO NOVEMBER 19, 2020 ORDER** |

I, Jonathan M. Meyer, M.D., declare:

1.    I have been asked by the California Department of State Hospitals (DSH) to offer my professional opinion regarding any potential harm suffered by a certain California Department of Corrections and Rehabilitation (CDCR) mental health patient who was awaiting admission to DSH at the time of an evidentiary hearing in this matter which took place on October 23, 2020.  I submit this declaration in support of Defendants' response to the Court's November 19 order.  I

1

1  have personal knowledge of the facts stated in this declaration and, if called to testify to those

2  facts, I could and would do so competently.

3      2.   My opinions in this declaration are based on my medical education, training,

4  research, and my over 20 years of experience as a psychiatrist and researcher, as well as my

5  familiarity with the medical and psychiatric literature.  They are also based on my expertise in

6  psychopharmacology, particularly psychopharmacology as it relates to persons diagnosed with

7  schizophrenia.  These opinions are my own and do not represent those of the institutions with

8  which I am affiliated.

9      **Professional Background and Experience**

10     3.   I received my M.D. degree from Harvard Medical School in 1988.  I became a board-

11 certified psychiatrist and neurologist in 1998.  Since 1998, I have held several Professorships in

12 Psychiatry including at the University of Southern California, Oregon State Hospital, and

13 University of California San Diego.  I have also served as the Principal Investigator for NIH

14 grant-funded research involving medication resistance and sensitivity in persons with mental

15 illness, particularly schizophrenia.  I am currently a Psychopharmacology Consultant for DSH-

16 Patton.  In my capacity as a Pharmacological Consultant, I serve as an expert advisor on which

17 medications might have the best clinical outcome(s) on patient with a particular mental health

18 condition(s). During the course of this work, I have conducted hundreds of consultations,

19 involving review and analysis of complex mental diagnoses, treatment outcomes and

20 expectations, and determinations regarding the levels of treatment appropriate for given patients

21 with certain mental health disorders.

22     4.   Additionally, I serve as the Deputy Editor for *Current Psychiatry*.  *Current

23 Psychiatry* is the leading peer-reviewed source of practical, evidence-based information that is

24 valued by psychiatric clinicians.  I have held this position since 2015, and this position requires

25 me to remain up to date and well-versed in the latest psychiatric research and data.  Additionally,

26 in my capacity as the Principal Investigator of grant-funded research, I have studied thousands of

27 patient-records, specifically patients diagnosed with schizophrenia.  This experience is relevant to

28 my expertise regarding the professional judgments and opinions provided in this declaration.

5.    I have lectured and published extensively on psychopharmacology, and am the sole author of the chapter on "The Pharmacotherapy of Psychosis and Mania" for the last 3 editions of Goodman & Gilman's *The Pharmacological Basis of Therapeutics*.  Along with Dr. Stephen Stahl, I am the co-author of *The Clozapine Handbook* published by Cambridge University Press in May 2019, and the upcoming handbook entitled *The Clinical Use of Antipsychotic Plasma Levels,* to be released in May 2021 by Cambridge University Press.  I am also a Distinguished Fellow in American Psychiatric Association.

6.    In my clinical work as a psychiatrist, I have evaluated and treated numerous patients with severe, persistent mental illness, including patients committed to and treated at DSH institutions since 2009.  Overall, my combination of clinical and research experience over the past 20+ years, as well as my familiarity with the relevant research literature, informs my opinions.  For a complete listing of my professional background, experience, research, responsibilities, and publications, please see my Curriculum Vitae, which is attached to this declaration as Exhibit A.

**Opinions Regarding Any Harm to Patient 10 Associated with Delayed Transfer to DSH.**

7.    I reviewed the following records to prepare this declaration:  (a) CDCR health records for a particular patient covering 06/12/2020 to 10/17/2020 (389 pages); (b) transcript of testimony from Dr. Pablo Stewart dated 10/23/2020; and (c) the declaration of Dr. Pablo Stewart filed 11/13/2020.

8.    From these records, I observed the following regarding a California Department of Corrections and Rehabilitation (CDCR) mental health patient identified in Dr. Stewart's declaration as Patient 10.  This patient is a 50-plus-year-old male with a long history of severe mental illness in the schizophrenia spectrum, with the most common working diagnoses being schizophrenia and schizoaffective disorder, bipolar type.  Patient 10 has a record of 12 stays at DSH facilities since 1996 under California Penal Code sections 1370 and 2684, with 3 admissions specifically to Atascadero State Hospital (ASH) in 1997, 2000, and 2018-2020 under Penal Code section 2684.  Patient 10 had proven treatment resistant and was started on clozapine on 10/22/2019 while at ASH, and remained on clozapine at the time of discharge back to CDCR in

3

1   January 2020.  He was also discharged on divalproex for mood stabilization and continued on

2   haloperidol decanoate 200 mg IM every 2 weeks despite having inadequate response to this

3   medication prior to starting clozapine.

4        9.   The records from CDCR prior to June 2020 were not available to me at the time of

5   this declaration; however, notes from June 2020 indicate that Patient 10's condition declined in

6   mid-May, requiring admission to the crisis stabilization unit on May 14, 2020 for psychosis with

7   some elements of catatonia.  Clozapine is utilized when schizophrenia spectrum patients do not

8   respond adequately to other medications such as haloperidol.[1].  The medication records note that

9   the clozapine dose was increased, medications were added for mood and anxiety (buspirone,

10   mirtazapine) and by June 12, 2020, Patient 10 had improved enough that he could be sent to an

11   unlocked dorm and managed in EOP.  He was medication adherent, and the psychiatry notes from

12   June 24 indicate that the patient was at baseline, but there was concern that without an

13   involuntary medication order (IMO) he might be less adherent with oral medication (note dated

14   July 8), so the IMO was renewed on July 23, 2020.

15        10.  From June 12, 2020 until his transfer to ASH on October 20, 2020, Patient 10

16   remained psychiatrically stable with limited changes in his psychotropic medications.  There was

17   a brief crisis stabilization unit admission from August 4-14, but the record documents that he was

18   frustrated with his cellmate (p. 145) for not showering or cleaning up and for constantly talking

19   about drugs.  After his 2 prior requests for a cell change were not acted upon, Patient 10

20   complained of suicidal ideation in order to be removed and transferred eventually to a new cell.

21   The admission note from August 5, 2020 comments that he was calm and cooperative, and that

22   there was no suicidal ideation, or any overt psychotic symptoms (i.e. hallucinations or delusions).

23   A note from August 8, 2020 also documents that he was future oriented and looked forward to his

24   parole in 2024 with the hope of perhaps driving a truck with his father (p. 187).  Due to

25   complaints of sedation from mirtazapine, mirtazapine was discontinued in lieu of a nonsedating

26   antidepressant fluoxetine.  By August 14, 2020, Patient 10 indicated that he was eager to return to

27

28   [1] Rubio, J. M. and Kane, J. M. (2019). How and when to use clozapine. *Acta Psychiatr Scand*.

4

the dorm and be followed in EOP.  Of note, despite occasionally skipping meals in response to delusions, the patient maintained a normal body mass index (BMI) of 23.1 kg.m$^2$ (noted on August 5, 2020).

11.  Given that the August admission was prompted by a desire to have a new cellmate, it is not surprising that the antidepressant switch represents the only psychotropic change made during the 4 months from the June discharge to the dorm and the transfer to ASH on October 20, 2020.  The last social work note dated October 13, 2020 comments (p. 386) that the patient's mood was "good," with some delusional content that was not dominant in their conversation.

When considering whether patients are harmed by delays in transfers to DSH, Dr. Stewart opines that that because clozapine is used for treatment resistant patients these individuals must have a level of severity which demands intensive inpatient treatment, but this is not necessarily true.  While some patients may be started on clozapine during a period of exacerbation coincident with an inpatient stay, the vast majority of patients are maintained on clozapine as outpatients once they reach a level of minimal/moderate severity.[2]  A US study of clozapine use among Medicaid beneficiaries from 2002-2005 found that there were 15,524 outpatient clozapine treatment episodes.  Clozapine requires hematological monitoring, but the psychiatric records document that this was performed on a routine basis at CDCR, and that the interval was changed from weekly to biweekly (i.e. every 14 days) after 6 months of clozapine treatment as recommended by the manufacturer.  In addition to understanding the appropriate complete blood count (CBC) monitoring protocol, the psychiatrists at CDCR also managed the patient's complaints of constipation from clozapine with docusate and sennosides, and used atropine drops in the mouth for the complaint of drooling that can occur with clozapine, clearly showing a level of sophistication in managing these problems.  Patient 10 also has no record of aggression or self-injurious behavior, nor any episodes of polydipsia since being started on clozapine, and the last record of any symptom that might be construed as catatonia was during the May 2020 admission.  Although there are some psychiatric symptoms present (e.g. delusions) that occasionally

_____

[2] Stroup, T. S., Gerhard, T., Crystal, S., et al. (2014). Geographic and clinical variation in clozapine use in the United States. *Psychiatr Serv*, 65, 186-192.

5

1    influence Patient 10's behavior (e.g. skipping a meal), he was maintained successfully in the

2    dorms from June-October 2020 with the exception of one 10-day crisis bed admission prompted

3    by his desire to change cellmates.  During the entire period from June-October 2020 there were

4    virtually no psychotropic medication changes made, and this patient maintained a normal weight

5    as evidenced by a normal BMI of 23.1 kg/m$^2$ noted on August 5.

6         12.  Although this patient has several medical issues, these are quite stable with no

7    changes required in the nonpsychiatric medical regimen in 2020.  A note from July 14, 2020

8    indicates that Patient 10 is neat and has good hygiene, and a primary care medical note from July

9    21 (p. 43) states that that he has no acute medical issues, that his constipation from clozapine had

10   resolved, and that he does pushups for exercise.  Importantly, this note also states that he has no

11   complaints of palpitations, dizziness, or syncope.  The latter is relevant as Patient 10 had

12   previously been diagnosed with atrial fibrillation.  He has not required medications for heart rate

13   control, and was on a stable dose of an anticoagulant (apixaban 5 mg qD) that had not changed

14   since at least 2018 and which itself required no monitoring (as opposed to warfarin that requires

15   frequent and intensive monitoring).  Apixaban was the only nonpsychiatric medication used by

16   Patient 10 aside from those mentioned above to control constipation and sialorrhea.  Other lab

17   results from July 28 showed normal renal function, no evidence of diabetes, and a normal CBC

18   and chemistry panel with the exception of a slightly low serum sodium of 131.

19        13.  While it is true that Patient 10 had been diagnosed with hepatitis C virus (HCV)

20   genotype 1A and developed some degree of cirrhosis as noted by right upper quadrant ultrasound

21   (RUQ US), there are several important facts that were omitted in Dr. Stewart's declaration

22   informing this patient's condition:

23        a.  This patient was treated for HCV with Epclusa for 12 weeks in 2017, and he had a

24   complete response with **no detectable HCV RNA** when checked by PCR as recently as January

25   22, 2020 (p. 44, p. 140, and p. 305).  HCV is thus no longer an active issue.

26        b.  While cirrhosis has been documented, the latest RUQ US dated September 10, 2020

27   notes no progression from earlier scans obtained at 6 month intervals.  Moreover, the medical

28   note from July 21, 2020 states that there is no evidence of ascites, and that there is no history of

                                                    6

1   hepatic decompensation.  The subsequent AST, ALT, serum albumin and total bilirubin drawn

2   one week later (July 28, 2020) were all **normal.**  From those lab results, and the fact that this

3   patient does not have ascites nor require medication for hepatic encephalopathy, one can classify

4   Patient 10 as having the lowest severity stage of chronic hepatic disease (Child-Pugh A).  Patients

5   who are Child-Pugh A do not require dosing adjustments to their medications as their hepatic

6   ability to metabolize drugs is normal.[3]  This patient thus requires no active interventions for his

7   liver disease, and only receives an RUQ US and HCV PCR at 6 month intervals as part of routine

8   surveillance.  There is so little active concern over this patient's liver status that he is prescribed

9   divalproex, a medication that at times can induce liver function test abnormalities, but which he

10  tolerates as documented by the normal ALT and AST on July 28, 2020.

11       14.     Based on my detailed reviews of this patient's records, his nonpsychiatric medical

12  issues are stable, not complex, and require limited oversight as documented by the laboratory

13  reports and the detailed examination from July 21, 2020.

14       15.     Based on a detailed review of the psychiatric and nonpsychiatric medical notes

15  from CDCR from 06/12/2020 to 10/17/2020, Patient 10 has not suffered harm due to any

16  potential delays in transfer to DSH and has received appropriate care.

17       I declare under penalty of perjury under the laws of the United States of America that the

18  foregoing is true and correct.

19       Executed in San Diego, California on December 7, 2020.

20

21                                    */s/ Jonathan M. Meyer*
                                    Jonathan M. Meyer, M.D.
22                                    *(original signature retained by attorney)*

23

24

25

26       [3] Cholongitas, E., Papatheodoridis, G. V., Vangeli, M., et al. (2005). Systematic review:
    The model for end-stage liver disease--should it replace Child-Pugh's classification for assessing
27  prognosis in cirrhosis? *Aliment Pharmacol Ther*, 22, 1079-1089; Verbeeck, R. K. (2008).
    Pharmacokinetics and dosage adjustment in patients with hepatic dysfunction. *Eur J Clin*
28  *Pharmacol*, 64, 1147-1161.

# Exhibit A

# UCSD ACADEMIC BIOGRAPHY

**Section I**
**Personal Data**

Name: Last, First, Middle    **Meyer, Jonathan, Michael**

Department    Psychiatry    Title(s)    Clinical Professor (Vol)

Home Address
Street    XXXX    Phone:
City, State, Zip

Business Address
Street    4653 Carmel Mountain Road - Suite 308-121    Phone:    858-964-0777
City, State, Zip    San Diego, CA  92130    Mail Code

Date of Birth:    XX/XX/1962

Are you a citizen or permanent resident of the U.S.?    Yes    XX    No

If no, what is your current Visa status?

Date this status began:    Date this status expires:

Person to be contacted in case of emergency:
Name    XXXX
Street    Phone:
City, State, Zip

Family Members employed by the University:
Name    None    Relationship    Department

## Previous Applicable Employment

| Months and years of employment | Institution, firm or organization of employment | Location | Rank, title, or position | Approximate annual salary |
|---|---|---|---|---|
| 7/97 – 8/98 | Univ. of Southern California | Los Angeles, CA | Assistant Professor of Psychiatry Staff Psychiatrist, and Adj. Asst. | Does not wish to state |
| 8/98 – 6/01 | Oregon State Hospital | Salem, Oregon | Prof. of Psychiatry, Oregon Health and Sciences University | Does not wish to state |
| 7/01 – 8/02 | UCSD Dept. of Psychiatry | La Jolla, CA | Asst. Clinical Professor | Non-sal. |
| 7/01 – 8/02 | UCSD Dept. of Psychiatry | La Jolla, CA | MSP/Assoc. Physician | Does not wish to state |
| 9/02 - 6/06 | UCSD Dept. of Psychiatry | La Jolla, CA | Asst. Adj. Professor | Does not wish to state |
| 7/06 – 12/09 | UCSD Dept. of Psychiatry | La Jolla, CA | Asst. Professor in Residence | Does not wish to state |
| 7/01 – 02/15 | VA San Diego | La Jolla, CA | Staff Psychiatrist (part-time) | Does not wish to state |
| 12/09 – present | California Dept. of State Hospitals | Patton, CA | Psychopharmacology Consultant | Does not wish to state |

## Education

| School, college, university, or hospital (internship, residency, or fellowship) | Dates of attendance | Location | Major subject or field | Degrees or certificates | Date received |
|---|---|---|---|---|---|
| Stanford University | 9/80 – 6/84 | Stanford, CA | Biology | B.S. | 6/7/84 |
| Harvard Medical School | 9/84 – 6/88 | Boston, MA | Medicine | M.D. | 6/9/88 |
| PGY I – II | 6/88 – 6/90 | Los Angeles County – USC Medical Center | General Surgery | N/A | N/A |
| PGY II | 10/92 – 9/93 | Cedars Sinai Medical Center – L.A., CA | Psychiatry | N/A | N/A |
| PGY III – IV | 10/93 – 12/95 | Los Angeles County – USC Medical Center | Psychiatry | Yes | 12/95 |
| PGY V | 1/96 – 6/96 | Los Angeles County – USC Medical Center | Psychopharm Research Fellow | N/A | N/A |
| PGY VI | 7/96 – 6/97 | Los Angeles County – USC Medical Center | C/L Psychiatry Fellow | N/A | N/A |

Please indicate areas of sub-specialization or board certification, if any.

Board Certified, American Board of Psychiatry and Neurology #44770 - January 1998, **Latest Recertification** - February 2018

Current Review Eff:

**Section II**

**Professional Data**

Provide a list of your activities, with dates of award or service, in each of the following eight categories.

**(a)** **University Service** (Include service at the departmental, college, Academic Senate, campus-wide, and system-wide levels.)

Departmental Committee – Psychiatry Residency Selection Committee, 2003 – 2009
Supervisor, UCSD Dept. of Psychiatry PGYIV Senior Independent Study Projects, 2003 – 2009
Hospital Committee – VA Pharmacy and Therapeutics Committee, 2003 – 2009
IRB Committee A, UCSD Human Research Protections Program (HRPP) – January 2006 – December 2009
Roundtable Presider, Annual UCSD Undergraduate Research Conference – May, 2007
Co-director VA VISN 22 Mental Illness Research Education and Clinical Centers (MIRECC) research fellowship – September 2007 – December 2009
Associate UCSD Psychiatry Residency Training Director – September 2007 – December 2009
Weekly psychopharmacology instruction for UCSD psychiatry residents and staff (4 hours/month). Biweekly psychopharmacology instruction for Balboa Naval Medical Center psychiatry residents, and monthly case consultation with early psychosis group - July 2015 - present:

**(b)** **Memberships** (Include scholarly societies, professional boards, civic organizations, etc.)

American Psychiatric Association, 1993– present
American Medical Association, 1998 – present
San Diego Psychiatric Society, 2001 – present
Society of Biological Psychiatry, 2005 – present

**(c)** **Honors and Awards** (Include the dates they were received.)

UCSD Dept. of Psychiatry Residency Teaching Award 2004-2005
UCSD Dept. of Psychiatry Award for Excellence in Research Mentorship 2007-2008
American Psychiatric Association Fellow, 2009; Distinguished Fellow 2010 - present

**(d)** **Contracts and Grants**  Please provide the following information for current contracts and grants:

| Title | Granting agency | Amount of total award (include indirect costs) | Time period of contract/grant | Role |
|---|---|---|---|---|
| Visceral Adiposity and Insulin Resistance in Patients with Schizophrenia | **Pfizer, Inc.** | $122,512 | 11/01/2006 – 10/31/2008 | Principal Investigator (5% - no salary) |
| The Metabolic Syndrome in Patients with Schizophrenia | **NIMH** K23MH074540 | $838,620 | 10/01/2005 – 09/30/2010 | Principal Investigator (75%) |
| Acute Impact of Antipsychotics on Insulin Sensitivity: A Novel Human Model | **NIMH** R21MH082805 | $311,850 | 04/01/2008 – 12/31/2010 | Principal Investigator (5% - no salary) |
| Acute Impact of IM Aripiprazole and Olanzapine on Insulin Resistance in High Risk Prediabetics | **BMS** | $166,160 | 03/01/2009 - 02/28/2010 | Principal Investigator (5% - no salary) |
| A Pilot Study of Varenicline for Smoking Cessation in Schizophrenia | **UCSD Academic Senate** | $10,000 | 07/01/2008 - 06/30/2009 | Principal Investigator (5% - no salary) |
| Neurocognitive Effects of Inflammation Reduction in Schizophrenia | **VA VISN 22 MIRECC PALA/Pilot** | $11,135 | 04/01/2009 - 03/31/2010 | Principal Investigator (5% - no salary) |

Current Review Eff:

**(e)  External Professional Activities**  (Examples include, but are not limited to, presentation of papers and lectures, technical service to organizations and agencies, acting as a reviewer of journal or book manuscripts or contract and grant proposals, or professional committee service.)

1.  Consultant to Prof. Dilip Jeste (RO1 MH071536 Metabolic Effects of Newer Antipsychotics in Older Patients), 2004 – 2008.
2.  Core member of NIMH-Funded CATIE Schizophrenia Trial Metabolic Working Group, 2004 – 2009
3.  Contributing Writer (Multiple Sections) of American Psychiatric Association Position Paper: Antipsychotic Drugs and Adverse Metabolic Risk, 2005 – 2007
4.  **Ad Hoc Reviewer** for the following professional journals. 2001 – present

| | |
|---|---|
| *1.*  Acta Psychiatrica Scandinavica | 28.  Israel Journal of Psychiatry |
| *2.*  American Journal of Cardiology | 29.  Journal of Affective Disorders |
| *3.*  American Journal of Clinical Nutrition | 30.  Journal of Brain Disease |
| *4.*  American Journal of Geriatric Psychiatry | 31.  Journal of Child and Adolescent Psychopharmacology |
| *5.*  American Journal of Managed Care | |
| *6.*  American Journal of Psychiatry | 32.  Journal of Clinical Psychiatry |
| *7.*  Annals of Clinical Psychiatry | 33.  Journal of Clinical Psychopharmacology |
| *8.*  Annals of General Psychiatry | 34.  Journal of Outcomes Research |
| *9.*  Archives of General Psychiatry | 35.  Journal of Pharmacy and Pharmacology |
| *10.*  Archives of Medical Research | 36.  Journal of Psychiatric Research |
| *11.*  Biological Psychiatry | 37.  Journal of Psychosomatic Research |
| *12.*  Bipolar Disorders | 38.  Journal of Psychopharmacology |
| *13.*  Child and Adolescent Psychiatry and Mental Health | 39.  Molecular Psychiatry |
| *14.*  Clinical Chemistry and Laboratory Medicine | 40.  Neuropsychiatric Disease and Treatment |
| *15.*  Clinical Drug Investigation | 41.  Neuropsychopharmacology |
| *16.*  Clinical Schizophrenia & Related Psychoses | 42.  Obesity Research |
| *17.*  CNS Drugs | 43.  Pharmacopsychiatry |
| *18.*  CNS Spectrums | 44.  Progress in Neuro-Psychopharmacology and Biological Psychiatry |
| *19.*  Diabetes Care | |
| *20.*  Drug Safety | 45.  Psychiatric Services |
| *21.*  European Journal of Psychiatry | 46.  Psychiatry Research |
| *22.*  European Psychiatry | 47.  Psychoneuroendocrinology |
| *23.*  General Hospital Psychiatry | 48.  Psychopharmacology |
| *24.*  International Clinical Psychopharmacology | 49.  Schizophrenia Bulletin |
| *25.*  International Journal of Neuropsychopharmacology | 50.  Schizophrenia Research |
| *26.*  International Journal of Psychiatry in Medicine | 51.  Social Psychiatry & Psychiatric Epidemiology |
| *27.*  International Medical Case Reports Journal | 52.  Southern Medical Journal |

5.  **Member, Editorial Board** *Current Psychiatry,* 2007-present; **Deputy Editor 2015 - present.**

6.  **Ad Hoc Grant Consultant/Reviewer:** UK Medical Research Council (2006), Thrasher Foundation (2007); Raine Medical Research Foundation (Australia) (2007); Food and Health Bureau, Hong Kong SAR Government (2009)

7.  **Invited Lectures: 2005-2017**

**i.**  **American Psychiatric Association Annual Meeting**, Diabetes in Patients with Schizophrenia: French & US Experience: "Diabetes Prevalence in Patients with Schizophrenia"  Atlanta, GA, May 24, 2005.
**ii.**  **Canadian Psychiatric Association Annual Meeting,** "Impact of Antipsychotics on Serum Glucose and Lipids" Vancouver, BC, November 4, 2005.
**iii.**  **Oregon Health and Sciences University Department of Psychiatry Annual Rondeau Memorial Lecture.** "Improving Health Outcomes in Patients with Schizophrenia" Portland, OR, November 14, 2005.
**iv.**  **County of San Diego-Health and Human Services Agency Training and Development.** "Medical Monitoring of Atypical Antipsychotics and Mood Stabilizers." March 23, 2006.
**v.**  **UCSD School of Medicine, Department of Psychiatry: Advances in Psychopharmacology Throughout the Life Span:** "Are All Antipsychotics Equal: Lessons from CATIE." San Diego, CA, April, 6, 2006.
**vi.  Loma Linda University Medical School Department of Psychiatry Grand Rounds.** "The Metabolic Syndrome and Schizophrenia: Disease and Drug Issues." Loma Linda, CA  December 15, 2006.
**vii.  U. of Wisconsin, Depts. of Psychiatry & Public Health: Psychiatry Update.** "An Update on the Metabolic Effects of Antipsychotics: Lessons from CATIE and Other Interesting Data."  Madison, WI March 3, 2007.
 **viii.  UCSD School of Medicine, Dept. of Psychiatry: Geropsychiatry Update.** "Psychopharmacologic

Treatment of Psychosis in Older Patients" and "Antipsychotics: Safety Issues in the Elderly" San Diego, CA, March 9, 2007.

**ix.   UCSD School of Medicine, Dept. of Psychiatry: Advances in Psychopharmacology Throughout the Life Span.** "Are All Antipsychotics Equal: *Further* Analyses of CATIE & Another Important Study." San Diego, CA, April, 13, 2007.

**x.   NAMI Annual Meeting:** "Schizophrenia Update: Treatment Options and Side Effects." San Diego, CA, June 23, 2007.

**xi.   City and County of San Francisco Department of Public Health, Population Health And Prevention: Community Behavioral Health Services.** "Metabolic Syndrome and Serious Mental Illness: A Practical Update." Fort Mason Conference Center, San Francisco, September 11, 2007.

**xii.   Naval Medical Center, San Diego, California - Department of Psychiatry Grand Rounds.** "Clinical Psychopharmacology: Kinetics & Drug-Drug Interactions. San Diego, CA March 28, 2008.

**xiii.   UCSD School of Medicine, Department of Psychiatry: Advances in Psychopharmacology Throughout the Life Span.** "Safety Issues in Psychotropics - Things You Mostly Didn't Know."  San Diego, CA, April 24, 2008.

**xiv.  Centre for Addiction and Mental Health: Schizophrenia Update 2008.** "New Treatment Options for Schizophrenia: Managing Metabolic Effects of Antipsychotic Therapy." Toronto, Canada  October 3, 2008

**xv. Naval Medical Center, San Diego, California - Department of Psychiatry Grand Rounds. "**Clinical Psychopharmacology Update: Antidepressant Augmentation in Major Depression." San Diego, CA April 9, 2009.

**xvi. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Understanding the concept of fast dissociation from dopamine receptors for atypical antipsychotics." July 7, 2010.

**xvii.  Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** 'P-Glycoprotein and drug transport.' August 25, 2010.

**xviii.  Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** 'Aripiprazole review.' January 26, 2011.

**xix. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Lurasidone review.' March 2, 2011.

**xx. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Risperidone and Paliperidone Review.' April 27, 2011.

**xxi. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Haloperidol and fluphenazine decanoate review.' May 4, 2011.

**xxii. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Consta, Sustenna and Relprevv review.' May 25, 2011.

**xxiii. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Glutamate and schizophrenia.' June 1, 2011.

**xxiv. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Antipsychotic drug-drug interactions." August 31, 2011.

**xxv. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Psychiatry Maintenance of Certification.' September 7 and 14, 2011.

**xxvi. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "MAO inhibitors.' May 16, 2012.

**xxvii. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "The use of antidepressants in patients with schizophrenia.' July 18, 2012.

**xxviii. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "The use of benzodiazepines in patients with schizophrenia." August 29, 2012.

**xxix.  Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Neuroleptic malignant syndrome.' October 17, 2012.

**xxx.  NEI Congress.** Topics: "Lithium"; "Depot Antipsychotics" San Diego, CA November 10, 2012

**xxxi. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Managing CBC changes and early side effects from clozapine." February 13, 2013.

**xxxii. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Anticholinergics." April 17, 2013.

**xxxiii. San Diego Psychiatric Society CME conference DSM-5: What You Need To Know.** "Psychosis Diagnoses in DSM-5 - Debates and Change." La Jolla, CA June 8, 2013

**xxxiv. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Schizophrenia rating scales for the busy clinician." June 12, 2013.

**xxxv.  UCSD Department of Psychiatry Grand Rounds.** 'Psychosis Diagnoses in DSM-5 - Debates and Change.' San Diego, CA August 1, 2013

**xxxvi.  CMEOlogy** "Mastering Clinical Challenges in Schizophrenia".  Anaheim, CA, March 15, 2014

**xxxvii. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Understanding $D_2$

blockade and antipsychotic plasma levels." May 29, 2014

**xxxviii. CME Outfitters.** "Treatment of Schizophrenia: Current Strategies and Future Paradigm Shifts." Los Angeles, CA, May 31, 2014

**xxxix. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Clozapine and the treatment of violent psychotic patients." July 31, 2014.

**xl. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Lithium primer - I." August 28, 2014

**xli. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Lithium primer - II." September 11, 2014.

**xlii. Psychiatric Congress. "**Optimizing Outcomes in Patients with Schizophrenia." Orlando, FL, September 21, 2014

**xliii. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "SSRI antidepressants." October 16, 2014.

**xliv. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Tricyclic antidepressants." October 30, 2014.

**xlv. Prime Education, CME Course.** "Advances in Psychotic and Mood Disorders." Los Angeles, CA, November 15, 2014

**xlvi. 23rd Congress of the European Psychiatric Association.** "The Newly Diagnosed Patient With Schizophrenia." Vienna, Austria, March 30, 2015

**xlvii. American Academy of Clinical Psychiatrists Annual Meeting.** "Defining Moments: Early Schizophrenia and Schizoaffective Disorder."  Chicago, IL, April 17, 2015.

**xlviii.  Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Benign Ethnic Neutropenia." May 21, 2015.

**xlix. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Hepatic Disease and Medication Dosing." May 28, 2015.

**l. NEI Congress,** Topics:  "Kinetics of depot antipsychotics."; "Cognition in schizophrenia." Orlando, FL November 8-11, 2015

**li.  Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Clozapine REMS Update and Review of Benign Ethnic Neutropenia." January 20, 2016.

**lii. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Updated Evidence for Rational Use of Long-Acting Injectable Antipsychotics." February 10, 2016.

**liii. NEI Synapse Conference,** March 5, 2016 Jersey City, NJ. Topic: The treatment of psychosis in patients with Parkinson's Disease-a neuropharmacology update.

**liv. Naval Medical Center, San Diego, California - Department of Psychiatry Grand Rounds.** "Lessons from RAISE-ETP and Other First Episode Studies". March 18, 2016

**lv. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Haloperidol Essentials." June 22, 2016.

**lvi. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Beyond P450 - PGP Transport and CNS Drug Response." August 17, 2016.

**lvii.  NEI Congress,** Topics:  "Tardive dyskinesia"; "P-glycoprotein transporters and psychotropics."

**lviii.** Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds. "Tardive Dyskinesia." November 16, 2016. November 3-6, 2016, Colorado Springs, CO.

**lix. California Dept. of Corrections and Rehabilitation Grand Rounds.** "D2 Blockade and Antipsychotic Plasma Levels. " November 17, 2016

**lx.  Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Antipsychotics and Congenital Malformations." January 11, 2017.

**lxi.  Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Managing Lithium's Renal Effects." May 3, 2017.

**lxii. American Psychiatric Association Annual Meeting.** "Managing the Nonhematological Adverse Effects of Clozapine." San Diego, CA, May 21, 2017.

**lxiii.  American Psychiatric Association Annual Meeting. "** The Pharmacological Management of Persistent Violence in Psychiatric Inpatients." San Diego, CA, May 21, 2017.

**lxiv.  American Psychiatric Association Annual Meeting.** "The Modern Use of Plasma Antipsychotic Levels." San Diego, CA, May 23, 2017.

**lxv.  Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Loading Haloperidol Decanoate." May 31, 2017.

**lxvi.  World Federation of Societies of Biological Psychiatry Annual Meeting.** "Update on assessing and managing lithium's renal effects." Copenhagen, Denmark, June 21, 2017.

**lxvii. Brazilian Psychiatric Congress.** "Use of Plasma Antipsychotic Levels in Patients With Schizophrenia." São

Paulo, Brazil, August 12, 2017

**lxviii. University of Cincinnati Psychopharmacology Update.** "At Last: Effective Treatments for Tardive Dyskinesia."  Cincinnati, OH, October 28, 2017

**lviiii. NEI Congress**  Topics:  "Applying Antipsychotic Pharmacokinetics to Best Dosing Practices - Depot Medications"; "Psychosis - Challenging Issues in Parkinson's Disease and other Neurodegenerative Disorders". Colorado Springs, CO.  November 9-11, 2017.

**lxix.  AACP/GME Conference.** "Innovations in the Management of Tardive Dyskinesia." Las Vegas, NV, December 11, 2017

**lxx.**   Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds. "Managing the Nonhematological Adverse Effects of Clozapine." March 28, 2018.

**lxxi.   American Psychiatric Association Annual Meeting.** "TD or Not TD: Movement Disorders Every Psychiatrist Should Know." New York City, CA, May 5, 2018.

**lxxii. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Clozapine update: REMS and Benign Ethnic Neutropenia." May 16, 2018.

**lxxiii. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "NMS and Benign CK-emia. June 27, 2018.

**lxxiv.  Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "How to Initiate Clozapine and Use Plasma Levels." July 18, 2018.

**lxxv.  UCSD** Department of Psychiatry Resident Rounds. "Use of Plasma Antipsychotic Levels." San Diego, CA October 18, 2018

**lxxvi.  NEI Congress,** Topics: "Optimizing Functional Outcomes In Schizophrenia: Managing Negative Symptoms, Cognitive Impairment, and Adverse Effects"; "Keeping Up With Clinical Advances: Schizophrenia." Orlando, FL November 8-11, 2018.

**lxxvii. AACP/GME Conference.** "Diagnostic Dilemmas in Psychiatric Patients with Dyskinesia."  Las Vegas, NV, December 2, 2018

**lxxviii.   Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Fluphenazine and fluphenazine decanoate." January 16, 2019.

**lxxix.  San Diego Psychiatric Society CME conference.** "Is It Safe? Using Psychotropics in Patients With Hepatic Issues." San Diego, CA, January 26, 2019.

**lxxx. UCSD School of Medicine- Essentials of Advanced Practice Psychiatric Nursing.** "Antipsychotics and Major Congenital Malformations." San Diego, CA, February 9, 2019.

**lxxxi. Nevada Psychiatric Assn. 24th Psychopharmacology Update.** Topics "Antipsychotics & Major Congenital Malformations"; "At last-Effective Treatments for Tardive Dyskinesia." Las Vegas, NV, February 14, 2019.

**lxxxii. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Dosing Lithium and Managing Lithium's Renal Adverse Effects Patton State Hospital Psychopharmacology Lectures." March 20, 2019.

**lxxxiii.  VA Sepulveda Grand Rounds, Sepulveda, CA. "**Rapid Acting Antidepressants: Emerging Treatments for Major Depressive Disorder." May 30, 2019.

**lxxxiv.  Department of State Hospitals - 2019 Public Forensic Mental Health Forum.** "Unique Aspects of Psychopharmacology for the Diversion Population." June 13, 2019, Sacramento, CA. Sponsor: University of California, Davis School of Medicine.

**lxxxv. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Evidence Based Use Of Benzodiazepines In Schizophrenia Patients." June 19, 2019.

**lxxxvi. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Clozapine Drug Interactions." July 24, 2019.

**lxxxvi. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Delays in Starting Clozapine Decrease Chances of Clozapine Response." October 16, 2019.

**lxxxvii.  GME Psychiatry.** "Managing TD in the Real World: How Far Have We Come?" October 26, 2019. Grapevine, TX.

**lxxxviii.  NEI Congress,** Topics: "If You Treat Schizophrenia You Must Prescribe Clozapine-Here's Why and How;" "Is it Safe? Using Psychotropics in Patients With Hepatic Issues;" "Psychosis and Dementia in Parkinson's Disease and Other α-Synucleinopathies." Colorado Springs, CO November 8-9, 2019.

**lxxxix.  GME Psychiatry.** "Managing TD in the Real World: How Far Have We Come?" November 16, 2019. Grapevine, TX.

**xc. AACP/GME Conference.** "Diagnosing TD in Clinical Practice."  Las Vegas, NV, December 8, 2019.

**xci. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "How to Initiate Clozapine and Use Plasma Levels." February 5, 2020.

**xcii. Patton State Hospital, Patton, CA - Department of Psychiatry Grand Rounds.** "Managing Clozapine Related Seizures." February 12, 2020.

Current Review Eff:

**(f)  Most Significant Contributions to Promoting Diversity**   (Examples include, but are not limited to, developing strategies for the educational or professional advancement of students in underrepresented groups, contributions that promote equitable access and diversity in education, and in activities such as recruitment, retention, and mentoring.)

**(g)  Other Activities**  (List those that do not fit into categories a – f above, including community service).

Community service - Weekly psychopharmacology instruction for UCSD psychiatry residents and staff (4 hours/month). Biweekly psychopharmacology instruction for Balboa Naval Medical Center psychiatry residents, and monthly case consultation with early psychosis group.

Community service – Lectures to community psychiatrists on navigating the ABPN Maintenance of Certification Process (2013, 2015)

**(h)  Student Instructional Activities**

Course load information is reported separately in faculty review files.  Please list here all students mentored outside of the structured classroom setting.  Please list by category (e.g., undergraduate research students, masters or doctoral candidates, postdoctoral or medical fellows, interns, residents) and indicate your role

UCSD Dept. of Psychiatry - See Voluntary Credit Worksheet

UCSD Skaggs School of Pharmacy and Pharmaceutical Sciences – Core lecturer on the treatment of psychosis and mania (90 minutes): 2012, 2013, 2014, and 2015

UC Irvine Dept. of Psychiatry – Voluntary Asst. Clinical Professor, core faculty on forensic psychiatry fellowship, 06/01/2014 – 06/30/2017.

<u>Section III - Bibliography</u>

# BIBLIOGRAPHY

<u>A.  Primary Published or Creative Work</u>

1.   Kimura M. Meyer JM. Simpson GM.  Anticholinergic prophylaxis revisited.  Psych Annals. 1996;26(9): 602-3. *Review*

2.   Meyer JM. Simpson GM.  The treatment of psychosis in Parkinson's Disease. In Nelson JC (ed).  **Geriatric** Psychopharmacology.  New York: Marcel Dekker, 1997; pp. 327-45. *Book Chapter*

3.   Meyer JM.  Simpson GM. Psychopharmacology from chlorpromazine to olanzapine: a brief history of antipsychotics. Psychiatric Services. 1997; 48(9): 1137-40. *Review*

4.   Meyer JM. Marsh J. Simpson GM. A case report of differential sensitivities to risperidone and olanzapine in an HIV patient. Biological Psychiatry, 1998; 44(8): 791-3. *Case Report*

5.   Meyer JM.  Simpson GM.  Pharmacotherapy.  In  Hersen M, Bellack A (eds).  **Handbook of Comparative Interventions for Adult Disorders**, Second Edition. New York:  John Wiley & Sons; 1999, p. 62-86. *Book Chapter*

6.   Meyer JM. Simpson GM.  Anticholinergics and amantadine.  In Kaplan HI, Sadock BJ (eds).  **Comprehensive Textbook of Psychiatry**, Seventh Edition. Baltimore: Williams and Wilkins; 1999, p. 2276-81. *Book Chapter*

7.   Meyer JM. Novel antipsychotics and severe hyperlipidemia. J Clin Psychopharm, 2001; 21(4):  369-74. *Research Article*

8.   Meyer JM.  Individual alterations in clozapine levels after smoking cessation: results and a predictive model. J Clin Psychopharm, 2001; 21(6): 569-74. *Research Article*

9.   Jin H. Meyer JM. Jeste DV. The phenomenology of new-onset diabetes mellitus and diabetic ketoacidosis associated with atypical antipsychotics: an analysis of 45 published cases. Annals of Clinical Psychiatry, 2002; 14(1): 59 – 64.  *Research Article*

10.  Meyer JM. Effects of atypical antipsychotics on weight and serum lipids. J Clin Psychiatry 2001; 62(suppl 27): 27-34. *Review*

11.  Meyer JM. Prevalence of hepatitis A, hepatitis B and HIV among hepatitis C seropositive state hospital patients. Journal of Clinical Psychiatry, 2003;64(5): 540-45. *Research Article*

12.  Meyer JM, Nasrallah HA (eds). **Medical Illness and Schizophrenia**. American Psychiatric Press, Inc., Washington DC. 2003, 242 pp. *Edited Book*

13.  Meyer JM, Nasrallah HA.  Issues Surrounding Medical Care for Individuals with Schizophrenia: The Challenge of Dual Neglect by the Patients and the System, in **Medical Illness and Schizophrenia**, Meyer JM, Nasrallah HA (eds). American Psychiatric Press, Inc., Washington DC, 2003, pp. 1-12. *Book Chapter*

14.  Wirshing DA, Meyer JM. *Obesity and Schizophrenia* in **Medical Illness and Schizophrenia**, Meyer JM, Nasrallah HA (eds). American Psychiatric Press, Inc., Washington DC, 2003, pp. 35-52. *Book Chapter*

15.  Meyer JM.  *Cardiovascular Illness and Hyperlipidemia in Patients with Schizophrenia,* in **Medical Illness and Schizophrenia***,* Meyer JM, Nasrallah HA (eds). American Psychiatric Press, Inc., Washington DC, 2003, pp. 53-80. *Book Chapter*

16.  Netski A, Welsh C, Meyer JM.  *Substance Use Disorders in Schizophrenia,* in **Medical Illness and Schizophrenia***,* Meyer JM, Nasrallah HA (eds). American Psychiatric Press, Inc., Washington DC, 2003, pp. 163-184. *Book Chapter*

17.  Maser JD, Meyer, JM.  Defining a Case for Psychiatric Epidemiology: Threshold, Non-Criterion Symptoms, and Category versus Spectrum.  In Maj, M., Akiskal H.S., Lopez-Ibor J.J. and Okasha A. (Eds), <u>Phobias.</u>, Volume 7 of the World Psychiatric Association series <u>Evidence and Experience in Psychiatry</u>. Chichester, England: Wiley. *Book Chapter*

18.  Meyer JM.  Awareness of obesity and weight issues among chronically mentally ill inpatients: a pilot study. Annals of Clinical Psychiatry, 2002; 14(1): 39 – 45.  *Research Article*

19.  Meyer JM.  Metabolic Outcomes After One Year: A Retrospective Comparison of Weight, Lipid and Glucose Changes Between Risperidone- and Olanzapine-Treated Inpatients. J Clin Psychiatry, 2002; 63:425-33 *Research Article*

20.  Loh C, Leckband SG, Meyer JM, Turner E. Risperidone-induced retrograde ejaculation: case report and review of the literature. Intl Clinical Psychopharmacol 2004; 19:111-12. *Case Report*

21.  Meyer JM, Leckband SG, Loh C, Moutier CY. Quetiapine-induced diabetes with metabolic acidosis: a case report. Intl Clinical Psychopharmacol 2004; 19:169-71. *Case Report*

22.  Meyer JM, Koro CE. Meyer JM, Koro CE. The effects of antipsychotic therapy on serum lipids: a comprehensive

review. Schizophrenia Research 2004; 70(1):1-17. *Review*

23.  Atkinson JH, Meyer JM, Slater MA. *Principles of psychopharmacology in pain treatment.* In Dworkin R.H., and Breitbart, W.S. (eds) **Psychological Aspects of Pain: A Handbook for Healthcare Providers. Progress in Pain Research and Management vol. 27.**  International Assoc. for the Study of Pain Press, Seattle, Wash., 2004, pp. 231-60. *Book Chapter*

24.  Jin H, Meyer JM, Jeste DV. Atypical antipsychotics and glucose dysregulation: a systematic review. Schizophrenia Research 2004*;* 71(2-3):195-212. *Review*

25.  Meyer JM. Treating the mind and body in schizophrenia: risks and prevention. CNS Spectrums 2004; 9(10 Suppl 11):25-33. *Review*

26.  Kimmel RJ, Irwin SA, Meyer JM. Valproic acid-associated hyperammonemic encephalopathy:  a case report from the psychiatric setting. Intl Clinical Psychopharmacol 2005; 20(1):57-8. *Case Report*

27.  Meyer JM, Dollarhide A, Tuan I-L. Lithium toxicity after switch from fosinopril to lisinopril: a case report. Intl Clinical Psychopharmacol 2005; 20(2):115-18 *Case Report*

28.  Koro CE, Meyer JM. Atypical antipsychotic therapy and hyperlipidemia: a review. Essential Psychopharmacology 2005; 6(3): 148-57. *Review*

29.  Loh C, Meyer JM, Leckband S. A comprehensive review of behavioral interventions for weight management in schizophrenia. Annals of Clinical Psychiatry 2006; 18(1):23-31.   *Review*

30.  Meyer JM, Lehman D. Bone mineral density in male schizophrenia patients. Annals of Clinical Psychiatry 2006; 18(1):43-48. *Review*

31.  Meyer JM, Nasrallah HA, McEvoy JP, Goff DC, Davis SM, Chakos M, Patel JK, Stroup TS, Lieberman JA. The CATIE Schizophrenia Trial: clinical comparison of subgroups with and without the metabolic syndrome. Schizophrenia Research 2005; 80(1):9-18    *Research Article*

32.  McEvoy JP, Meyer JM, Goff DC, Nasrallah HA, Sullivan L, Meltzer HY, Stroup TS, Lieberman JA. Prevalence of the Metabolic Syndrome in patients with schizophrenia: baseline results from CATIE and comparison with national estimates from NHANES III. Schizophrenia Research 2005; 80(1):19-32.  *Research Article*

33.  Goff DC, Sullivan L, McEvoy JP,  Meyer JM, Nasrallah HA, Daumit G, Lamberti S, D'Agnostino RB, Stroup TS, Lieberman JA. A Comparison of ten-year cardiac risk estimates in schizophrenia patients from the CATIE Study and matched controls. Schizophrenia Research 2005; 80(1):45-53.  *Research Article*

33a. Meyer JM, Koro CE, L'Italien GJ. The metabolic syndrome and schizophrenia: a review. Intl Review Psychiatry 2005; 17(3):173-80. *Review*

34.  Meyer JM,  Pandina G, Bossie CA, Turkoz I, Greenspan A. Impact of an open-label switch from olanzapine to risperidone on the prevalence of the metabolic syndrome in overweight or obese patients with schizophrenia or schizoaffective disorder. Clinical Therapeutics 2005; 27(12):1930-41. *Research Article*

35.  Meyer JM, Leckband SG. *Clozapine's development and its role in the conceptualization of atypical antipsychotic drugs.* In López-Muñoz, F., and Alamo, C. (eds) **History Of Psychopharmacology,** 2nd Edition, vol II. Editorial Medica Panamerica. Madrid 2006; pp. 669-79. *Book Chapter*

36.  Meyer JM, Loh C, Leckband SG, Boyd JA, Wirshing WC, Pierre JM, Wirshing D. Prevalence of the metabolic syndrome in veterans with schizophrenia. J Psychiatric Practice 2006; 12(1):5-10. *Research Article*

37.  Nasrallah HA, Meyer JM, Goff DC, McEvoy JP, David SM, Stroup TS, Lieberman JA. Low rates of treatment for hypertension, dyslipidemia & diabetes in schizophrenia: data from the CATIE Schizophrenia Trial sample at baseline. Schiz Research 2006; 86:15-22. *Research Article*

38.  Dollarhide A, Loh C, Leckband S, Endow-Eyer R, Robinson SK, Meyer JM. Psychiatric comorbidity does not predict interferon treatment completion rates in hepatitis C seropositive veterans. Journal of Clinical Gastroenterology 2007; 41(3):322-328. *Research Article*

39.  Meyer JM. *Serum Lipids: Effects of Antipsychotics.* In Bermudes R., Keck PE, McElroy SL. (ed).  **Managing Metabolic Abnormalities in the Psychiatrically Ill.** American Psychiatric Press, Inc., Wash. DC, 2007; pp.: 239-76. *Book Chapter*

40.  Meyer, JM, Rao SD, Nielsen JR. Clozapine and dilated cardiomyopathy. Clinical Schizophrenia & Related Psychoses 2007; 1(2):175-80. *Case Report* (from in press)

41.  Michelsen, JW, Meyer JM. Cardiovascular effects of antipsychotics. Expert Review of Neurotherapeutics 2007; 7(7): 829-839. *Review*

42. Meyer JM. *The prevalence of obesity and diabetes in patients with mood disorders.* In McIntyre R., and Kunarski J. (eds.) **Psychiatric and Metabolic Disorders: Research Synthesis and Clinical Translation.** Nova Publishing, Inc.. Toronto, 2007; 27-38. *Book Chapter*

43. Meyer JM. Drug-drug interactions with antipsychotics. CNS Spectrums 2007; 12(12 suppl 21): 6-9. *Review*

44. Meyer JM. Antipsychotic safety and efficacy concerns. Journal of Clinical Psychiatry. 2007; 68:20-26. *Review*

45. McKibbin CL, Folsom D, Meyer JM, Sirkin A, Loh C, Lindamer L. Behavioral interventions to improve management of overweight, obesity, and diabetes in patients with schizophrenia. In Gallagher-Thompson D, Steffen A, Thompson LW (eds). **Handbook of Behavioral and Cognitive Therapies with Older Adults.** Springer, 2008; p 171-86. *Book Chapter*

46. Loh C, Meyer JM, Leckband SG. Accuracy of body image perception and preferred weight loss strategies in schizophrenia: a controlled pilot study. Acta Psychiatrica Scandinavica 2008; 117(2):127-132. *Research Article*

47. Jin H. Meyer JM, Mudaliar S, Jeste DV. Impact of atypical antipsychotic therapy on leptin, ghrelin, and adiponectin Schiz Res 2008; 100:70-85. *Review*

48. Meyer JM, Davis VG, Goff DC, McEvoy JP, Nasrallah HA, David SM, Rosenheck RA, Daumit GL, Hsias J, Swartz MS, Stroup TS, Lieberman JA. Change in metabolic syndrome parameters with antipsychotic treatment in the CATIE Schizophrenia Trial: prospective data from phase 1. Schiz Research 2008; 101(1-3):273-86. *Research Article*

49. Meyer JM, Davis VG, McEvoy JP, Goff DC, Nasrallah HA, Davis SM, Daumit GL, Hsiao J, Swartz MS, Stroup TS, Lieberman JA. Impact of antipsychotic treatment on nonfasting triglycerides in the CATIE Schizophrenia Trial phase 1. Schiz Research 2008; 103(1-3):104-09. *Research Article*

50. Daumit GL, Goff DC, Meyer JM, Davis VG, Nasrallah HA, McEvoy JP, Rosenheck R, Davis SM, Hsiao JK, Stroup TS, Lieberman JA. Antipsychotic effects on estimate 10-year coronary heart disease risk in the CATIE Schizophrenia Study. Schizophrenia Research 2008; 105(1-3):175-87. *Research Article*

51. Meyer JM, Rosenblatt LC, Kim E, Baker RA, Whitehead R. The moderating impact of ethnicity on metabolic outcomes during treatment with olanzapine and aripiprazole in patients with schizophrenia. J Clin Psychiatry 2009; 70(3):318-325. *Research Article*

52. Newcomer JW, Meyer JM, Baker RA, Eudicone JM, Pikalov A, Vester-Blokland E, McQuiad RB, Cranfall DT, Carson WH, Marcus RN, L'Italien G. Changes in non-high-density lipoprotein cholesterol levels and triglyceride/high-density lipoprotein cholesterol ratios among patients randomized to aripiprazole versus olanzapine. Schizophrenia Research 2008; 106(2-3):300-07. *Research Article*

53. Meyer JM, Leckband, SG. Loss of enzyme induction – a hidden drug-drug interaction during antipsychotic treatment. Current Psychiatry 2009; 8(1):60-69. *Review*

54. Meyer JM, Stahl SM. The metabolic syndrome and schizophrenia. Acta Psychiatrica Scandinavica 2009; 119(1): 4-14. *Review*

55. Stahl SM, Mignon L, Meyer JM. What comes first: atypical antipsychotics or the metabolic syndrome? Acta Psychiatrica Scandinavica 2009; 119(2):171-79. *Review*

56. Meyer JM, Nasrallah HA (eds). **Medical Illness and Schizophrenia**, 2nd Edition. American Psychiatric Press, Inc., Washington DC. 2009; 471 p. *Edited Book*

57. Meyer JM. Hyperlipidemia. In Meyer JM, Nasrallah HA (eds). **Medical Illness and Schizophrenia, 2nd Edition.** American Psychiatric Press, Inc., Washington DC. 2009 *Book Chapter*

58. Buckley PF, Meyer JM. Substance abuse and schizophrenia. In Meyer JM, Nasrallah HA (eds). **Medical Illness and Schizophrenia, 2nd Edition.** American Psychiatric Press, Inc., Washington DC. 2009 *Book Chapter*

59. Nielsen J, Foldager L, Meyer JM. Increased use of antibiotics in patients treated with clozapine. European Neuropsychopharm 2009; 19(7):483-486 *Research Article*

60. Nielsen J, Graff C, Hardahl T, Andersen MP, Kristoffersen J, Struijk JJ, Toft E, Meyer J. Sertindole causes distinct electrocardiographic T-wave morphology changes. European Neuropsychopharm 2009; 19(10):702-7. *Research Article*

61. Strack D, Leckband SG, Meyer JM. Antipsychotic prescribing practices following withdrawal of concomitant carbamazepine. Journal of Psychiatric Practice 2009; 15(5): 442-448 *Research Article*

62. Jin H, Meyer JM. Weight gain with antipsychotics: what role does leptin play? Current Psychiatry 2009; 8(6):26-37 *Review*

63. Meyer JM, McEvoy JP, Davis VG, Goff DC, Nasrallah HA, Davis SM, Hsiao JK, Swartz MS, Stroup TS, Lieberman JA. Inflammatory markers in schizophrenia: comparing antipsychotic effects in phase 1 of the CATIE schizophrenia trial.

Biological Psychiatry 2009; 68(11):1013-22 *Research Article*

64. Atkinson JH, Patel SM, Meyer JM, Slater MA, Zisook S, Capparelli E.  Is there a therapeutic window with some antidepressants for analgesic response?  Current Pain Headache Report; 2009 13(2):93-99.  *Review*

65. Meyer JM, Loebel AD, Schweizer E. Lurasidone: a new drug in development for schizophrenia. Expert Opinion on Investigational Drugs 2009; 18(11): 1715-26 *Review*

66. Meyer JM, Goff DC,  McEvoy JP. Metabolic side effects & risk of cardiovascular disease for antipsychotic drugs in schizophrenia: the CATIE project. In Stroup TS, Lieberman JA (eds). **Antipsychotic trials in schizophrenia: the CATIE project.** Cambridge University Press 2010:173-88. *Book Chapter*

67.  Jin H, Meyer JM, Mudaliar S, et al. Use of clinical markers to identify metabolic syndrome in antipsychotic-treated patients. J Clin Psychiatry 2010; 71(10):1273-78 *Research Article*

68. Nielsen J, Andersen MP, Graff C, et al. The effects of sertindole on QTD and TPTE. Acta Psychiatrica Scandinavica 2010; 121(5):385-388 *Research Article*

69. Meyer JM. Antipsychotics and Metabolics in the Post-CATIE Era. Chapter IB in Mark Geyer, Bart Ellenbroek, Charles Marsden (eds). **Current Topics in Behavioral Neuroscience: Behavioral Neurobiology of Schizophrenia and its Treatment.** Springer, New York; 2010;4:23-42 *Book Chapter*

70. Meyer JM. Pharmacotherapy of Psychosis and Mania, Chapter 16 in Laurence L. Brunton and Keith L. Parker (eds.) **Goodman & Gilman's The Pharmacological Basis of Therapeutics, 12th Edition.** Chicago, Illinois: McGraw-Hill; 2010:417-56. *Book Chapter*

71. Hermes E, Nasrallah HA, David VG, Meyer JM, et al. The association between weight change and symptom reduction in the CATIE Schizophrenia Trial. Schiz Research 2011; 128(1-3):166-70 *Research Article*

72. Nielsen J, Graff C, Kanters JK, et al. Assessing QT interval prolongation and its associated risks with antipsychotics. CNS Drugs 2011; 25(6):473-90 *Review Article*

73. Nielsen J, Meyer JM. Risk factors for ileus in patients with schizophrenia. Schiz Bulletin 2012; 38(3): 592-8 *Research Article*

74. Correll CU, Lauriello J, Malla A, Meyer JM. How to interpret findings concerning newly approved antipsychotics: clinical implications of the lurasidone PEARL 2 Study. J Clin Psychiatry 2012; 73:e27. *Review Article*

75. Nielsen J, Meyer JM. Risk factors for ileus in patients with schizophrenia. Schizophrenia Bulletin 2012; 38:592-8. *Research Article*

76. Meyer JM. Understanding depot antipsychotics: an illustrated guide to kinetics. CNS Spectrums 2013; 18(Suppl 1): 55-68. *Review Article*

77. Meyer JM, Leckband SG. A History of Clozapine and Concepts of Atypicality. In: Domino EF, ed. **History of Psychopharmacology, vol 2.** Arlington, MA: Domemtech/NPP Books; 2013.  *Book Chapter*

78. Stahl SM, Morrissette DA, Citrome L, et al. "Meta-guidelines" for the management of patients with schizophrenia. CNS Spectrums 2013;18(3):150-62. *Review Article*

79. Abi-Dargham A, Meyer JM. Schizophrenia: the role of dopamine and glutamate. Journal of Clinical Psychiatry 2014; 75(3):274–275 *Review Article*

80. Ferrara M, Ulauf A, Sanders C, et al. The concomitant use of second-generation antipsychotics and long term antiretroviral therapy may be associated with increased cardiovascular risk. Psychiatry Research 2014; 218(1-2): 201-208 *Research Article*

81. Meyer JM. A rational approach to employing high plasma levels of antipsychotics for violence associated with schizophrenia: case vignettes. CNS Spectrums 2014; 19(5): 432-38 *Review Article*

82. Meyer JM, Cummings MA. Lubiprostone for treatment-resistant constipation associated with clozapine use. Acta Psychiatrica Scandinavica 2014; 130(1):71-2. *Case Report*

83. Stahl SM, Morrissette DA, Cummings MA, et al. California State Hospital Violence Assessment and Treatment (Cal-VAT) guidelines. CNS Spectrums 2014; 19(5): 449-65  *Review Article*

84. Polcwiartek C, Sneider B, Graff C, Taylor D, Meyer JM, et al. The cardiac safety of aripiprazole treatment in patients at high risk for torsade: a systematic review with a meta-analytic approach. Psychopharmacology. 2015*;* 232 (18): 3297-3308  *Review Article*

85. Meyer JM, Mao Y, Pikalov A, et al. Weight change during long-term treatment with lurasidone: pooled analysis of studies in patients with schizophrenia. International Clinical Psychopharmacology 2015; 30(6): 342-50. *Research Article*

86. Meyer JM, Cummings MA, Dardashti LJ, et al. The psychopharmacology of persistent violence and aggression. Psychiatric Clinics N Am 2016; 39(4): 541-556. *Review Article*

87. Moore BA, Morrissette DA, Meyer JM, Stahl SM. "Unconventional" treatment strategies for schizophrenia: polypharmacy and heroic dosing. BJPsych Bulletin 2017; 41(3): 164-168  *Review Article*

88. Meyer JM, Stahl SM. Ciprofloxacin and clozapine - a potentially fatal but underappreciated interaction. Case Reports in Psychiatry 2016:5606098. Epub 2016 Oct 30 *Review Article*

89. Meyer JM. Pharmacotherapy of Psychosis and Mania, Chapter 16 in Laurence L. Brunton and Keith L. Parker (eds.) **Goodman's & Gilman's The Pharmacological Basis of Therapeutics, 13th Edition.** Chicago, Illinois: McGraw-Hill;. 2018, pp. 279-302. *Book Chapter.*

90. Meyer JM, et al. Augmentation of phenelzine with aripiprazole and quetiapine in a treatment resistant patient with psychotic unipolar depression: case report and literature review. CNS Spectrums 2017; 22(5): 391-396 *doi: 10.1017/S1092852916000821 Review Article*

91. Meyer JM. Forgotten but not gone: new developments in the understanding and treatment of tardive dyskinesia. CNS Spectrums 2016; 21(S1): 13-24. *Review Article*

92. Meyer JM. Pimavanserin for psychosis in patients with Parkinson's disease. Current Psychiatry 2016; 15(9): 81-87. *Review Article*

93. Meyer JM. Valbenazine for tardive dyskinesia. Current Psychiatry 2017; 16(5): 40-46. *Review Article*

94. McDermott B, Newman W, Scott CL, Meyer JM, Warburton KD. The utility of an admission screening procedure for patients committed to a state hospital as incompetent to stand trial. Intl J of Forensic Mental Health. 2017; 16(4): 281-292 *Research Article*

95. Meyer JM. Weight changes before and after lurasidone treatment: a real-world analysis using electronic health records. Ann Gen Psychiatry. 2017; 16(36): 1-9 doi: 10.1186/s12991-017-0159-x  *Research Article*

96. Meyer JM. Deutetrabenazine for tardive dyskinesia. Current Psychiatry 2017; 16(10): 35-41. *Review Article*

97. Meyer JM. A concise guide to monoamine oxidase inhibitors: part 1. Current Psychiatry 2017; 16(12): 14-16. *Review Article*

98. Meyer JM.  Converting oral to long acting injectable antipsychotics: a guide for the perplexed. CNS Spectrums 2017; 22(S1): 14-28. *Review Article*

99. Meyer JM. A concise guide to monoamine oxidase inhibitors: part 2. Current Psychiatry 2018; 17(1): 22-33. *Review Article*

100.    Meyer JM. Future directions in tardive dyskinesia research. Journal of the Neurological Sciences; 2018; 389: 76-80. *Review Article*

101.    Black K, Nasrallah H, Isaacson S, Stacy M, Pahwa R, Adler CH, Alva G, Cooney JW, Kremens D, Menza MA, Meyer JM, Patkar AA, Simuni T, Morrissette DA, Stahl SM. Guidance for switching from off-label antipsychotics to pimavanserin for Parkinson's Disease Psychosis: an expert consensus. CNS Spectrums 2018; 23(6): 402-413.  *Review*

102.    Meyer JM. Aripiprazole lauroxil nanocrystal suspension. Current Psychiatry 2018; 17(11): 34-40. *Review Article*

103.    Meyer JM. Risperidone extended-release injectable suspension. Current Psychiatry 2018; 17(12): 23-33. *Review Article*

104.    Meyer JM, Stahl SM. **The Clozapine Handbook.** New York, NY, Cambridge University Press**, 2019, 317 p.  Book**

105.    Correll CU, Jain R, Meyer JM, et al. Relationship between the timing of relapse and plasma drug levels following discontinuation of cariprazine treatment in patients with schizophrenia: indirect comparison with other second-generation antipsychotics after treatment discontinuation. Neuropsychiatr Dis Treatment 2019; 15: 2537-50. *Research Article*

106.    Meyer JM. Commentary: More research needed on predictive biomarkers related to clozapine treatment. Biomarkers in Neuropsychiatry 2019; 1:100003; https://doi.org/10.1016/j.bionps.2019.100003  *Editorial*

107.    Meyer JM. Monitoring and improving antipsychotic adherence in outpatient forensic diversion programs. CNS Spectrums 2020; 25(2): 136-144 *Review Article*

109.    Caroff SN, Citrome L, Meyer JM, et al. A modified Delphi consensus study of the screening, diagnosis, and treatment of tardive dyskinesia. J Clin Psychiatry 2020; 81(2): 19cs12983. *Research Article*

110.    Jain R, Meyer JM, et al. Size matters: the importance of particle size in a newly developed injectable formulation for the treatment of schizophrenia. CNS Spectr. 2020; 25(3): 323-330 *Review Article*

**B. Other Work**

*1.* Simpson GM. Meyer JM. Dystonia while changing from clozapine to risperidone. [Letter]. J Clin Psychopharm, 1996; 16(3):260-1.

*2.* Lauterbach EC. Meyer JM. Simpson GM. Clinical manifestations of dystonia and dyskinesia after SSRI administration. [Letter]. J Clin Psychiatry. 1997; 58(9): 403.

*3.* Leckband S, Meyer JM, Loh C, Jafari M. Long-term metabolic effects of valproate in psychiatric patients: A retrospective analysis. *Abstract* presented at the American Psychiatric Association Annual Meeting, May, 2003.

*4.* Lehman D, Meyer JM. Decreased bone mineral density in male schizophrenia patients. Schizophrenia Research 2005; 76(1):131-33. *Letter*

*5.* Moutier C, Meyer JM. Book Review: ***Model Psychopharmacology Curriculum For Psychiatric Residency Programs, Training Directors and Teachers of Psychopharmacology,* 3rd Ed**. The American Society of Clinical Psychopharmacology. New York 2004; in Journal of Bipolar Disorders, 2005; 4(4):19. *Book Review*

*6.* Meyer JM, et al. The long-term effects of aripiprazole on the lipid profiles of patients with schizophrenia in a 26-week placebo-controlled trial. Poster presented at the APA Annual Meeting Toronto, Canada, May 23, 2006. *Abstract*

*7.* Meyer JM, Loebel A. Comparative effects of ziprasidone and olanzapine on markers of insulin resistance: results of a 6-week randomized study in patients with acute schizophrenia. Poster presented at the American Psychiatric Association Annual Meeting Toronto, Canada, May 23, 2006. *Abstract*

*8.* Meyer JM. The metabolic syndrome and schizophrenia: clinical research update. Psychiatric Times 2007; 24(2):29-32. *Review*

*9.* Meyer JM. Evidence-based psychiatry: outcomes and decisions. (Editorial). Southern Medical Journal 2007; 100(9):861-2. *Editorial*

*10.* Meyer JM, et al. Effects of aripiprazole and olanzapine on serum triglyceride: high density lipoprotein ratios in patients with schizophrenia (Studies CN138-002, CN138-003 and CN138-047). Abstract Presented at SOBP and American Psychiatric Association Annual Meeting, San Diego, CA May, 2007.

*11.* Meyer JM, et al. Pooled analysis comparing non-high density lipoprotein in patients with schizophrenia randomized to aripiprazole or olanzapine (CN138-002/003/047ext). Abstract Presented at American Psychiatric Association Annual Meeting, Washington, DC May, 2008.

*12.* Koh SS, Meyer JM. Comments on 'Cost-effectiveness of antipsychotics for outpatients with chronic schizophrenia.' Int J Clin Practice 2008; 62(7): 1119-20. *Letter*

*13.* Meyer JM, et al. Antipsychotic Stay vs. Switch for Metabolic Benefit: Psychiatric Cost? Abstracts of the XXI International Congress on Schizophrenia Research, Schizophr Bull 2009; 35(suppl 1):26.

*14.* Meyer JM, et al. Insulin Sensitivity Changes After Antipsychotic Switching. Abstracts of the 64th Annual Meeting, Society of Biological Psychiatry, Biol Psychiatry 2009; 65(8 suppl 1):104S.

I have provided the information contained in the Biography/Bibliography packet or have reviewed it for accuracy.

*[signature]*                                                                06/30/2020

Signature                                                                    Date