1    XAVIER BECERRA, State Bar No. 118517
     Attorney General of California
2    MONICA N. ANDERSON, State Bar No. 182970
     Senior Assistant Attorney General
3    ADRIANO HRVATIN, State Bar No. 220909
     Supervising Deputy Attorney General
4    ELISE OWENS THORN, State Bar No. 145931
     TYLER V. HEATH, State Bar No. 271478
5    KYLE A. LEWIS, State Bar No. 201041
     LUCAS HENNES, State Bar No. 278361
6    NAMRATA KOTWANI, State Bar No. 308741
     Deputy Attorneys General
7     1300 I Street, Suite 125
      P.O. Box 944255
8     Sacramento, CA 94244-2550
      Telephone: (916) 210-7318
9     Fax: (916) 324-5205
      E-mail: Elise.Thorn@doj.ca.gov
10   Attorneys for Defendants

     PAUL B. MELLO, State Bar No. 179755
     LISA M. POOLEY, State Bar No. 168737
     SAMANTHA D. WOLFF, State Bar No. 240280
     LAUREL E. O'CONNOR, State Bar No. 305478
     HANSON BRIDGETT LLP
      1676 N. California Boulevard, Suite 620
      Walnut Creek, CA 94596
      Telephone: (925) 746-8460
      Fax: (925) 746-8490
      E-mail: PMello@hansonbridgett.com
     Attorneys for Defendants

     ROMAN M. SILBERFELD, State Bar No. 62783
     GLENN A. DANAS, State Bar No. 270317
     ROBINS KAPLAN LLP
      2049 Century Park East, Suite 3400
      Los Angeles, CA 90067-3208
      Telephone: (310) 552-0130
      Fax: (310) 229-5800
      E-mail: RSilberfeld@RobinsKaplan.com
     Special Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF STEPHEN M. STAHL, M.D., PH.D., D. SC (HON.) IN SUPPORT OF DEFENDANTS' RESPONSE TO NOVEMBER 19, 2020 ORDER** |

I, Stephen M. Stahl, M.D. Ph.D., D. Sc. (Hon.), declare:

1.    I am over 18 years of age and am competent to testify. I have personal knowledge of the statements contained in this declaration, and if called to testify, I could do so.

2.    I have been asked by the California Department of State Hospitals (DSH) in this matter to offer my professional opinion regarding any potential harm suffered by Patient 38, a

1

1    CDCR inmate-patient who was awaiting admission to DSH at the time of an evidentiary hearing

2    in this matter which took place on October 23, 2020.

3         3.    My opinions in this declaration are based on my medical education, training,

4    research, and over 35 years of experience as a clinician, researcher, and teacher in psychiatry with

5    subspecialty expertise in psychopharmacology, as well as my familiarity with the medical and

6    psychiatric literature.  These opinions are also based upon my expertise in

7    neuropsychopharmacology, and my experience as a Medical Director, Psychiatry Chief, and

8    Pharmacology Chief, among other positions.  These opinions are my own and do not represent

9    those of the institutions with which I am affiliated.

10        4.    I received my undergraduate and medical degrees from Northwestern University in

11   Chicago, as a member of the Honors Program in Medical Education, and my Ph.D. degree in

12   pharmacology and physiology from the University of Chicago.  I have trained in three specialties:

13   internal medicine at the University of Chicago; neurology at the University of California in San

14   Francisco; and psychiatry at Stanford University.  I am board-certified in psychiatry.

15        5.    I have held faculty positions at Stanford University, the University of California at

16   Los Angeles, the Institute of Psychiatry London, the Institute of Neurology London, and,

17   currently at the University of California Riverside, the University of California San Diego, the

18   State University of New York Upstate Medical University at Syracuse and the University of

19   Cambridge (UK).  I also direct psychopharmacology services and academic programs for the

20   five- facility, 6,500 patient DSH system where I have a leadership role in addressing violence and

21   decriminalization of the seriously mentally ill.  I was formerly Executive Director of Clinical

22   Neurosciences at the Merck Neuroscience Research Center in the UK for several years.

23        6.    I currently serve as editor-in-chief of CNS Spectrums.  I am a past associate editor of

24   Acta Psychiatrica Scandinavica, former clinical field editor for the International Journal of

25   Neuropsychopharmacology and I am currently on numerous editorial boards of other leading

26   journals including the ACNP's journal Neuropsychopharmacology.  I have conducted numerous

27   research projects throughout my career, which were funded by the National Institute of Mental

28   Health (NIMH), by the Department of Veteran Affairs (VA) and by the pharmaceutical industry.

2

1   I am the author of over 560 articles and chapters with an H index of 62, and more than 2,000

2   scientific presentations and abstracts.  I have written over 50 textbooks and has edited more than

3   15 others.

4          7.   I serve as a fellow of the ACNP (American College of Neuro-psychopharmacology),

5   of the British Association of Psychopharmacology (BAP) and of the CINP, where I was formerly

6   vice president.  I am a Distinguished Life Fellow of the American Psychiatric Association (APA),

7   and a Fellow of the Department of Psychiatry at the University of Cambridge, UK.  I have also

8   served on numerous medical and scientific advisory boards for the pharmaceutical industry, for

9   the biotechnology and medical information industry, and for various nonprofit and public service

10   organizations, including appointment by the State of California and past Chair of the Medi-Cal

11   Oversight Board for Medicines (Drug Utilization Review Board).

12          8.   I was awarded the International College of Neuropsychopharmacology (CINP)

13   Lundbeck Foundation Award in Education for my contributions to postgraduate education in

14   psychiatry and neurology.  My books have won the British Medical Association's Book of the

15   Year Award.  In 2016, I received the British Medical Association's First Place Award for a

16   Digital Masterclass in Psychopharmacology, accredited by Cambridge University Health Partners

17   and the Department of Psychiatry at the University of Cambridge, UK.  For a complete listing of

18   my professional background, experience, research, responsibilities, and publications, please see

19   my Curriculum Vitae, which is attached to this declaration as Exhibit A.

20   **I.   CONSULTATIVE QUESTION TO BE ADDRESSED**

21          9.    I was asked to determine if Patient 38 suffered cognizable harm if his transfer from

22   CDCR to inpatient care at DSH was delayed beyond usual Program Guide timelines.

23   **II.   REVIEW OF RECORDS**

24         10.  To make my determination, I reviewed the following records:

25            a.   1,748 pages of clinical records pertaining to Patients 38;

26            b.   Declaration of Dr. Pablo Stewart filed November 11, 2020; and

27            c.   Transcript of trial testimony from Dr. Pablo Stewart dated October 23, 2020.

28

**III.    SUMMARY OF MY OPINION REGARDING PATIENT 38**

11.  In my opinion, Patient 38 does not need inpatient care at DSH, as explained in Section IV-VI.  Transferring inappropriate patients without any indicia of serious mental illness to inpatient care, during the height of a pandemic, is reckless and can expose patients to unnecessary risks of exposure to COVID-19, which could amount to medical malpractice.

12.  My primary findings, explained in greater detail in Sections IV-VI, are:

a.    The record does not corroborate that Patient 38 suffered a traumatic brain injury (TBI) in 2006.  Patient 38 was involved in an altercation that required hospitalization in 2006, but the available records do not contain any diagnostic signs of TBI.  The length of hospitalization and medications were inconsistent with treatment of TBI.  Dr. Stewart stated that Patient 38 needs to be transferred to an inpatient hospital for a neurological assessment and diagnostic clarification.  There is negligible clinical benefit from an inpatient hospitalization for an asymptomatic individual for undocumented injury that *might* have occurred 14 years ago, particularly during a global pandemic.

b.    The totality of the record shows that Patient 38 is not suffering from a serious mental illness.  Rather, several competent clinicians have documented Patient 38's propensity for faking and exaggerating his principal symptoms of suicidality, psychosis, and paranoia to escape typical environmental stressors to obtain a transfer to his preferred residential setting.  Such behavior is consistent with criminogenic behavior and psychopathy related to Patient 38's diagnosed antisocial personality.  The record does not support any urgent mental illness requiring inpatient evaluation or treatment, as recommended by Dr. Stewart.

c.    Patient 38 has a history of auditory hallucinations since childhood, which was initially associated with substance abuse.  Auditory hallucinations have continued to be asserted by Patient 38 off and on to the present day, but there has never been a diagnosis of a serious mental illness (*e.g.*, schizophrenia or bipolar disorder), which are the illnesses known to cause auditory hallucinations.

4

d.      Patient 38 claims suicidal ideation since childhood although the documentation of most claimed suicidal gestures or attempts have not been corroborated.  There has never been a diagnosis of a serious mental illness known to cause suicidal ideation. There is also no evidence that medication has been helpful for any of his symptoms. Since incarceration in 2008, Patient 38 has mostly not been medicated for hallucinations or suicidal ideation, which have waxed and waned according to dissatisfaction with housing and do not relate to any documented mental illness.

e.      Patient 38 has so suffered no harm from any delayed transfer to DSH.

## IV.   MEDICAL RECORD & HISTORY

13.  The record shows that Patient 38 is a 54-year-old male patient who has been referred to DSH for urgent inpatient care for treatment of his claims of suicidal ideation and auditory hallucinations and for evaluation of a claimed traumatic brain injury occurring 14 years ago.

14.  Since Patient 38 was incarcerated, the following diagnoses have been noted in the medical record:

a.      TBI;

b.      Antisocial personality disorder;

c.      Other specified disruptive, impulse control and conduct disorder;

d.      Trauma and stressor related disorder; and

e.      Attention deficit hyperactivity disorder (ADHD).

f.      Other diagnoses mentioned in the record include:

i.   Obsessive Compulsive Disorder (OCD);

ii.  Anxiety disorder; and

iii. Mood disorder/mood swings.

15.  Patient 38 has tried various medications over the year without clear results.  These medications have included: Depakote, Zyprexa, Lorazepam, Vistaril, Prozac and Lexapro.

5

V.    **EXPERT EVALUATION**

    A.    **Insufficient Corroboration of TBI in the Medical Record**

      16.   Patient 38 and his mother asserted that a TBI occurred after a 2006 incident in prison; however, there is otherwise insufficient corroborating information on any alleged head injury in 2006.   I reviewed the available medical records, which showed that Patient 38 was at Avenal State Prison from August 6, 2005 to May 27, 2006.  On May 27, 2006, Patient 38 was transferred to a hospital in San Jose.  He was paroled 6 days later and prescribed Remeron 45 mg and Risperdal 2-5 mg.  This short time interval from admission to discharge is not consistent with the diagnosis or management of a TBI of any severity.

    B.    **Inpatient Treatment Is Not Indicated**

      17.   It is possible Patient 38 sustained a mild TBI without loss of consciousness or known neurological sequelae 14 years ago; however, at this point in time, the situation is not urgent and does not require hospitalization.  There is negligible clinical benefit from extensive neurological, neuroimaging, and neuropsychological workup of a possibly undocumented TBI that may have occurred 14 years ago, especially during a pandemic.

      18.   Patient 38's principal disturbing symptoms of psychosis and suicidality are not known to be linked to a TBI.

    C.    **The Record includes Numerous Instances of Fabrication Or Exaggeration of Symptoms**

      19.   The record contains few corroborations of Patient 38's primary psychosis and suicidality.  For instance, Patient 38 has reported inconsistent information to prior clinicians, sometimes claiming no past suicide attempts and otherwise claiming six to eight attempts.  The record contains numerous instances where clinicians have noted that Patient 38's reported symptoms of suicidality and paranoia may be fake or at least greatly exaggerated to obtain preferred housing.  Such instances are quoted *verbatim* below:

        a.    "The Pt indicated he lied about being suicidal in order to "get into a smock and so you guys could watch me.""  (p. 000392)

6

b.    "He verbalized past manipulation of the treatment team and appeared more focused on both obtaining standard inmate issue and a phone call."  (p. 000392)

c.    "Pt has a history of 3 reported suicide attempts in 2015 (hanging), 2016 (intentional car crash) and 2017 (suffocation), however none of these are corroborated by medical or custodial documentation and patient has never had follow up mental health treatment for said attempts.  Pt may be an invalid historian.  For example, the patient was actually incarcerated when he claimed to have crashed his car."  (p. 000392)

d.    "Patient endorsed SI [suicidal ideation] with plan/intent and AH [auditory hallucination] "I hear the voices…they pretty much shadow my movements…like someone is watching me and reporting back to someone else. . . . But this writer did not observe the pt being internally preoccupied. Thought process was linear and goal oriented."  (p. 000071)

e.    "When writer challenged pt's delusional content, pt stated 'well sometimes I do believe it, I do believe this guy Frank is real.'  Writer and treatment team provided patient with psychoeducation on how delusional content is difficult to treat with medication and is better treated with therapy, utilizing self talk and thought stopping. Pt's affect does not match that of a pat [patient] who is experiencing delusions and auditory hallucinations."  (p. 000494)

f.    "Range of psychotic sx's [symptoms] is so widespread (changing delusions, claims of telepathy and telekinesis, paranoid claims, many of which patient readily relinquishes, AHs) as to be suspect in and of itself.  In addition, patient does not present with consistent affect/distress.  High likelihood of exaggerations and of fabrication of sxs.  Patient is willing to engage in some degree of self harm though to ensure retention in higher LOCs. Not clear what sxs might be present if impression management were not active."  (p. 001139)

g.    "[Patient 38 is]…inconsistent with someone who is paranoid [that] people will kill him in crisis bed."  (p. 001229)

7

h.    "Pt inquired about obtaining materials . . . that give him details on psychotic disorders, experiences related to their AH, diagnostic criteria and triggers for these disorders.  It was explained to the pt that this is never indicated as an appropriate means for treatment as pt can potentially mimic or feign mental illness and it is not empirically supported as an effective means of treating psychosis."  (p. 001416)

i.    "His description of these symptoms [auditory and video hallucinations, depression, and anxiety] did not match with genuine symptoms of psychosis and he did not appear to be responding to internal stimuli nor did not behave in a way that suggested he was paranoid of staff."  (p. 001550)

j.    "08/27/2020: While housed in MHCB, patient engaged in self-harm without intent on three occasions. On 07/23/2020 and 07/25/2020 patient cut his wrist resulting in minor wounds and on 07/30/2020 he scratched his old wounds. He has no other documented incidents of self-harm . . . His placement history coupled with a lack of corroborating documentation suggests patient's self-report of his suicide attempts is likely inaccurate. Therefore, his suicide and self-harm grid was changed to reflect a history of no suicide attempts and three incidents of self-harm based on collateral information."  (p. 001561)

k.    "His description of his auditory hallucinations and delusions do not appear consistent with genuine psychosis. His self report is inconsistent day to day and he reports his psychosis only started once admitted to crisis bed."  (p. 000911)

l.    "Delusions are resolved.  Patient does not discuss his suicidal thoughts unless the team talks about eventual discharge to a [y]ard.  This conversation prompts patient to state he is suicidal conditional on placement on a yard, but he would not want to kill himself in PIP.  At this time, patient does not exhibit symptoms which warrant an acute hospitalization."  (p. 000912)

m.    "When he does come out for contact, he reports new symptoms and his self reported symptoms do not appear consistent with his affect.  For example, he talks about thinking people are going to kill him but continues to come out for showers and

8

1     1:1 contacts, inconsistent with someone who is paranoid people will kill him in crisis

2     bed."  (p. 001033)

3     n.    "Additionally he told staff he did not come to crisis bed for mental health

4     reasons, and he came due to safety concerns he was having on "E" yard."  (p.

5     001034).

6     **D.**    **Evaluation of Other Diagnoses**

7     20.    Below is an assessment of other diagnoses noted in Patient 38's medical record:

8     a.    **Antisocial personality disorder**: Patient 38's record points to a diagnosis of

9     antisocial personality disorder.  Patient 38 is a documented sex offender with a

10     history of poor impulse control and an extensive history of lying and manipulating his

11     claim of psychotic symptoms and suicidal ideation for the purpose of obtaining better

12     housing.

13     b.    **Other specified disruptive, impulse control and conduct disorder**: Patient

14     38 claims to have aggressive urges that have no trigger and that these urges cause his

15     depression.  Nonetheless, such urges are not a recognized cause of psychotic

16     symptoms nor of suicidal ideation.

17     c.    **Trauma and stressor related disorder**: This diagnosis is consistent with much

18     of Patient 38's behavior while incarcerated.  It is possible that Patient 38 is resorting

19     to manipulation of his environment by false or exaggerated claims of hallucinations

20     and suicidal thinking as a primitive form of adaptation to the frightening and

21     dangerous environment of incarceration, particularly as a sex offender.

22     d.    **ADHD**: The record has no corroborating information which establishes this

23     diagnosis.  Patient 38 does not report specific symptoms associated with this disorder.

24     His alleged symptoms of auditory hallucinations, delusions, and suicidal ideation are

25     not part of the ADHD diagnosis.  Furthermore, he is not being treated for ADHD

26     with controlled substances in a prison setting.  Past medical and school records would

27     have to be consulted to corroborate this diagnosis properly.

28

## VI.  ANALYSIS AND CRITIQUE OF DR. STEWART'S ASSESSMENT OF PATIENT 38

21.  Dr. Stewart's opinion is that Patient 38 "suffers from a traumatic brain injury ('TBI') and needs to be transferred to an inpatient hospital for a neurological assessment and diagnostic clarification." (Stewart Decl., ¶ 99.)  As discussed in detail above, the TBI is not corroborated in the record.  Moreover, no current symptoms support that diagnosis.  Any suggestion that an inpatient hospitalization is necessary for evaluation of an asymptomatic condition (such that if it occurred at all, occurred 14 years ago) lacks all mental and public health support, particularly during a global pandemic.

22.  The record shows that Patient 38 was involved in an altercation that required hospitalization in 2006, but the record does not contain any diagnostic signs of TBI, namely:

- No documented loss of or decreased consciousness
- No documented loss of memory for events before or after the event (amnesia)
- No documentation of any focal neurological deficits such as muscle weakness, loss of vision, or change in speech
- No signs of alteration in mental state such as disorientation, slow thinking, or difficulty concentrating

23.  Dr. Stewart stated that "even before the [2006] assault, Patient 38 had a history of ongoing auditory hallucinations," two psychiatric hospitalizations in his 30s "for a suicide attempt and threat," and a history of depression and psychotic symptoms.  (Stewart Decl., ¶ 101.)  He mentioned that Patient 38 cut his wrist twice, had five prior crisis bed admissions for suicide attempts or suicidal ideation, and two PIP admissions.  (Id. at ¶ 102.)  He further noted that Patient 38 had a high chronic risk of suicide and a high acute risk, self-reporting auditory hallucinations and delusions.  (Id. at ¶¶ 105, 107.)  Although Patient 38 probably did hear voices as a child and young adult, those are attributable to drug-induced psychotic symptoms.  However, he is not currently abusing drugs, and has never had a serious mental illness diagnosis capable of explaining psychotic symptoms.  Moreover, on August 27, 2020, a detailed history of Patient 38's self-professed suicidal ideation and crisis bed admissions, was performed.  (p. 001561).  That analysis concluded that the "patient's self-report of his suicide attempts is likely inaccurate. Therefore, his suicide and self-harm grid was changed to reflect a history of no suicide attempts and three incidents of self-harm based on collateral information."  (p. 001561).

24.  As discussed above, his claims of psychotic symptoms, paranoia, and alleged suicidal behavior and threats were not considered credible by numerous clinicians.  Dr. Stewart appears to have taken Patient 38's self-reported symptoms at face value, which is not supported by the clinical record.  Such a reading of the record is clinically irresponsible and grossly misrepresentative.

25.  Dr. Stewart stated that it was "concerning" that Patient 38 was "passively allowed . . . to go off his medications and return to CCCMS level of care." (Stewart Decl., ¶ 103.)  Dr. Stewart baselessly implies an error was made when clinicians ceased medication treatment for Patient 38; however, the record shows that numerous trials of medications did not have any effect on Patient 38's symptoms of psychosis and suicidality.  Psychotropic medications should be discontinued because Patient 38's symptoms do not derive from a serious mental illness, and are likely feigned or exaggerated.

26.  Dr. Stewart stated that during a few-day span in July 2020, Patient 38 requested a referral to the Medication Assisted Therapy ("MAT") program. (Stewart Decl., ¶ 104.)  Patient 38's wife sought a separation, he expressed suicidal ideation, and he planned to overdose on drugs.  (Stewart Decl., ¶ 104.)  In my opinion, this is an example of Patient 38's long-established pattern of responding to psychosocial stressors and environmental threats by escalating claims of imminent suicide and self-harm.  Reassurance, rather than referral to inpatient psychiatric services or hospitalization or medication, is indicated.

27.  Finally, Dr. Stewart concluded that "Patient 38 has a very severe mental health condition that required transfer to an inpatient program when he was first referred to one in early August, if not sooner." (Stewart Decl., ¶ 104.)  Dr. Stewart stated it was "cruel and clinically inappropriate to keep this patient in an MHCB, especially to discharge him to the EOP, while he is still struggling with his suicidality and psychotic symptoms." (*Id.*)  However, Dr. Stewart did not even name this "very severe mental condition."  Dr. Stewart's conclusion that Patient 38 is currently suffering from a serious mental condition that would be mitigated from a transfer to DSH is misguided and irresponsible.  I could not find any support for Dr. Stewart's conclusion in Patient 38's records.

11

28.  The total record shows that Patient 38 is not suffering from a serious mental illness. Rather, multiple clinicians have documented Patient 38's propensity for faking and exaggerating symptoms to escape typical environmental threats and stressors and seek residential transfer to a preferred setting.  This is consistent with criminogenic behavior and psychopathy related to Patient 38's diagnosed antisocial personality.  The record does not support any urgent mental illness requiring inpatient evaluation or treatment.

29.  A transfer to DSH is not medically indicated for Patient 38, and he has suffered no harm from a delayed transfer.  Transferring such patients—who do not exhibit any indicia of serious mental illness and do not require inpatient care— subjects them to unnecessary risk of exposure to COVID-19.  Continuing such unnecessary transfers during a global pandemic is unethical.  A mandate requiring clinically inappropriate and life-threatening transfers to inpatients care could even make clinicians and organizations involved in such transfers liable for medical malpractice.

30.  It is my strong medical opinion that Dr. Stewart's analysis that Patient 38 has been harmed by a delayed transfer to DSH relies on a gross misrepresentation of the clinical record. Dr. Stewart's opinions are not supported by norms followed in the psychiatric profession.  I am deeply concerned that the Court may be basing life-and-death decisions, which could have a catastrophic impact on the mental health infrastructure of DSH and the physical and mental well-being of extremely vulnerable populations, on Dr. Stewart's unsupported and egregiously misleading analysis.  Indeed, unnecessary inpatient transfers may jeopardize and destabilize the provision of critical healthcare resources throughout the entire state.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Encinitas, California on December 6, 2020.

*/s Stephen M. Stahl* _____
Stephen M. Stahl, M.D., Ph.D., D. Sc. (Hon.)

1

**References**

2   1.      Stahl SM, Morrissette DA, Cummings M, Azizian A, Bader S, Broderick C, Dardashti L,

3   Delgado D, Meyer J, O'Day J, Proctor G, Rose B, Schur M, Schwartz E, Velasquez S and

4   Warburton K.  California State Hospital Violence Assessment and Treatment (Cal-VAT)

5   guidelines.  CNS Spectrums 19, 449-465

6   2.      Warburton KD and Stahl SM, Violence in Psychiatry, Cambridge University Press,

7   Cambridge UK, 2016

8   3.      2020 Cummings MA, Scott C, Arguello JC, Arias A-LW, Breth AM, Delgado D, Harvey

9   PD, Meyer JM, O'Day J, Pollock M, Proctor G, Rector T, Rose B, Schwartz E, Thordason H,

10  Warburton KD, and Stahl SM, The Cal-DSH Diversion Guidelines, CNS Spectrums 2020; 25:

11  701-13.  thttps://doi.org/10.1017/S1092852920001819

12  4.      Warburton KD and Stahl SM, Decriminalizing Mental Illness, Cambridge University Press,

13  Cambridge UK, 2020

14  5.      Meyer JM and Stahl SM, Stahl's Handbooks: The Clozapine Handbook, Cambridge

15  University Press, Cambridge UK 2020

16  6.      Meyer JM and Stahl SM, Stahl's Handbooks: Use of Plasma Drug Levels to Guide

17  Antipsychotic Dosing, Cambridge University Press, 2021

18  7.      Cummings M, and Stahl SM, Management of Complex Treatment Resistant Psychotic

19  Patients, Cambridge University Press, 2021

20

21

22

23

24

25

26

27

28

Stahl Decl. Supp. Defs.' Resp. Nov. 19 Order  (2:90-cv-00520 KJM-DB (PC))

# Exhibit A

JANUARY 2020

<u>CURRICULUM VITAE</u>

**STEPHEN MICHAEL STAHL, M.D., Ph.D., D.Sc. (Hon.)**

<u>Professional Addresses</u>:

| | | |
|---|---|---|
| 1917 Palomar Oaks Way | Department of Psychiatry | Department of Psychiatry |
| Suite 200 | School of Medicine | and Neurosciences |
| Carlsbad, CA 92008 | University of California, San Diego | University of California, Riverside |
| Phone: (760) 444-9903 | 9500 Gilman Drive | 900 University Avenue |
| Fax:    (760) 931-8517 | La Jolla, CA 92093-0603 | Riverside, CA 92521 |

<u>EDUCATION AND DEGREES</u>

1973    B.S.    Pre-Medical, Six Year Honors Program in Medical Education, Northwestern University, Evanston, Illinois

1974    M.D.    Northwestern University Medical School, Chicago, Illinois

1976    Ph.D.    Neuropharmacology
Department of Pharmacological and Physiological Sciences
University of Chicago, Chicago, Illinois

2018    D.Sc.(Hon.)    Üsküdar University Istanbul, Turkey

<u>CLINICAL TRAINING</u>

1976 - 1977    RESIDENT IN INTERNAL MEDICINE
University of Chicago, Billings Hospital
Chicago, Illinois

1977 - 1979    RESIDENT IN NEUROLOGY
University of California, San Francisco Medical Center
San Francisco, California

1979 - 1981    RESIDENT IN PSYCHIATRY
Stanford University Medical Center
Stanford, California

<u>RESEARCH AND TRAINING POSITIONS</u>

1971 - Summer    GRADUATE STUDENT (Sterling Morton Traveling Fellowship)
Biochemistry Research, Universität Konstanz, Germany

1971 - 1976    M.D.- Ph.D. PROGRAM Medical Scientist Fellow, National Institute
of General Medical Sciences, Northwestern University (M.D.)
and University of Chicago, (Ph.D. dissertation)

<u>RESEARCH AND TRAINING POSITIONS (Cont'd)</u>

1979 - 1981          BARBRA STREISAND SCHOLAR FOR DYSTONIA RESEARCH
                            Fellow in Neuropsychopharmacology Stanford University

1981 - 1985          ASSISTANT DIRECTOR
                            Stanford Mental Health Clinical Research Center, Stanford
                            University Medical Center, Stanford, California

1983 - 1985          GUEST RESEARCH PHYSICIAN
                            Donner Laboratory - Positron Emission Tomography Unit,
                            Lawrence Berkeley Laboratories, University of California,
                            Berkeley, California

1991 –2001           MEDICAL DIRECTOR
                            Institute for Psychopharmacology Research (IPR),
                            San Diego and Carlsbad, California

<u>EDUCATION POSITIONS</u>

1997 – present       CHAIRMAN
                            Neuroscience Education Institute
                            Carlsbad, California

2001 – present       CHAIRMAN
                            The Arbor Scientia Group
                            Carlsbad, CA

<u>ACADEMIC POSITIONS</u>

1981 - 1985          ASSISTANT PROFESSOR OF PSYCHIATRY AND BEHAVIORAL
                            SCIENCES
                            Stanford University, Stanford, California

1985 - 1988          ADJUNCT ASSOCIATE PROFESSOR OF PSYCHIATRY AND
                            BEHAVIORAL SCIENCES AND OF PHARMACOLOGY,
                             University of California, Los Angeles, California

1985 - 1988          HONORARY SENIOR LECTURER
                            Institute of Psychiatry, London

1987 - 1988          HONORARY SENIOR LECTURER
                            Institute of Neurology and the National Hospital for Nervous
                            Diseases, Queen Square, London

1988 - 1994          PROFESSOR OF PSYCHIATRY
                            University of California, San Diego

ACADEMIC POSITIONS (Cont'd)

1994 – present          ADJUNCT PROFESSOR OF PSYCHIATRY
                                   University of California, San Diego

2009 - present           HONORARY VISITING SENIOR FELLOW
                                   Department of Psychiatry, University of Cambridge

2020 – present          CLINICAL PROFESSOR OF PSYCHIATRY AND NEUROSCIENCE,
                                   University of California, Riverside, School of Medicine


HOSPITAL POSITIONS

1981 - 1985              DIRECTOR
                                   Movement Disorders & Psychopharmacology Research Clinic,
                                   Veterans Affairs Medical Center, Palo Alto, California

1981 - 1985              MEDICAL DIRECTOR
                                   Schizophrenia Biological Research Center
                                   Veterans Affairs Medical Center, Palo Alto, California

1981 - 1985              WARD CHIEF AND STAFF PHYSICIAN
                                   Psychiatry Service
                                   Veterans Affairs Medical Center, Palo Alto, California

1982 - 1985              DIRECTOR
                                   Laboratory of Neuropsychopharmacology
                                   Veterans Affairs Medical Center,  Palo Alto, California

1985 - 1988              HONORARY CONSULTANT
                                   The Royal Bethlem-Maudsley Hospital, London

1988 - 1989              CHIEF, PSYCHIATRY SERVICE
                                   Veterans Affairs Medical Center, San Diego, California

1989 - 1994              CHIEF, PSYCHOPHARMACOLOGY
                                   Veterans Affairs Medical Center, San Diego, California

1992 - 1994              CHIEF, MENTAL HEALTH OUTPATIENT CLINICS
                                   Veterans Affairs Medical Center, San Diego, California

1988 - 1997              DIRECTOR, LABORATORY OF CLINICAL NEUROSCIENCE
                                   Veterans Affairs Medical Center, San Diego, California

2011 – 2012              FORENSIC PSYCHOPHARMACOLOGY CONSULTANT
                                   Patton State Hospital, Patton, California

3

| 2012 – present | DIRECTOR OF PSYCHOPHARMACOLOGY |
| | Statewide Clinical Operations for Department of State Hospitals, Sacramento, California |

## PROFESSIONAL EXPERIENCE IN THE PHARMACEUTICAL INDUSTRY

| 1982 - 1985 | DIRECTOR OF CLINICAL SCIENCES, ASSOCIATE MEDICAL DIRECTOR AND PRINCIPAL SCIENTIST |
| | Alza Corporation |
| | Palo Alto, California |

| 1985 - 1988 | EXECUTIVE DIRECTOR OF CLINICAL NEUROSCIENCE DIRECTOR OF THE LABORATORY OF CLINICAL NEUROPHARMACOLOGY |
| | Neuroscience Research Center |
| | Merck Sharp and Dohme Research Laboratories |
| | Harlow, Essex (United Kingdom) |

## CONSULTING EXPERIENCE AND ADVISORY BOARDS WITH THE PHARMACEUTICAL INDUSTRY

| | |
|---|---|
| Abbott Laboratories | Mede Corp. |
| Acadia | Meiji |
| Adamas | Merck |
| Alkermes | Merrell Dow |
| Allergan | Mylon |
| Amylin | Neos |
| Angelini | Neurocrine Biosciences |
| Arena | Neuromolecular |
| Arbor | Neuronetics |
| Asahi Chemical | NovaDel |
| Assure RX | Novartis |
| Astra Zeneca | Noveida |
| Avanir | Orexigen |
| Avera | Organon |
| Axovant | Otsuka |
| Axsome | PamLabs |
| Bayer AG | Parke Davis |
| Biogen | Perrigo |
| Biopharma | Pfizer/Roerig |
| BioMarin | Pfizer |
| Biolaunch Canada | Pharmacia and Upjohn |
| Biovail | Pharmasquire |
| Boehringer Ingelheim | Pierre Fabre |
| Braebrun | Prexa Pharmaceuticals |
| Bristol Myers Squibb | Procter and Gamble |
| Burroughs Wellcome | Propagate Pharma |
| Cenerex | Quintiles |
| Cephalon | Rexahn |

CONSULTING EXPERIENCE AND ADVISORY BOARDS WITH THE
PHARMACEUTICAL INDUSTRY (Cont'd)

Celgene

Ciba Geigy

Clearview

Concert

Covance

CSC Pharmaceuticals

Cyberonics

Cypress Bioscience

DepoMed

Dianippon

Dey

Forest

Eisai

Eli Lilly

EDM Sirona

EnVivo

Epix

Fabre Kramer

Fanapt

Ferring

Forest

Forum

G.D. Searle

Genentech

Genomind

Glaxo WIlcome

Hoechst-Roussel

Intra-Cellular Therapies

Innovative Science Solutions

Janssen

Jay Mac

Jazz

LaboPharm

Lorex

Lundbeck

Marinus

Mead Johnson

Propagate Pharma

Quintiles Pacific Inc.

Riviva

Roche

Royalty Pharma

Sanofi

Schering Plough

Servier

Shire

SK Corporation

Smith Kline Beecham

Soffinova

Solvay

Sprout

Sumitomo

Sunovion

Takeda

Taliaz

Taisho

Tetragenix

Teva

Tikvah

TMS Neurohealth Centers

Tonix

Trius

UCB Pharma

Vanda

Valeant

Vertex

Viforpharma

Vivus

Watson

Wyeth

Yamanouchi

CONSULTING EXPERIENCE WITH MANAGED CARE

BLUE CROSS OF CALIFORNIA
        Blue Cross California Care Occupational Health Network -
        Psychiatric illnesses

HEALTH PAYMENT REVIEW, BOSTON, MASSACHUSETTS

CONSULTING EXPERIENCE WITH MANAGED CARE (Cont'd)

Psychiatry Payment Review Board -
   Matching ICD-9 Diagnostic Codes with CPT Service Codes

KAISER PERMANENTE, HONOLULU, HAWAII
   Depression Treatment Guidelines

VALUE OPTIONS, PHOENIX, ARIZONA
   Fiscal Pharmacology of the Atypical Antipsychotics


CONSULTING EXPERIENCE WITH GENOMICS/DIAGNOSTICS


BRAZILIAN INSTITUTE OF PSYCHOPHARMACOLOGY AND PHARMACOGENETICS

GENOMIND

MINDX SCIENCE, INC.

TALIAZ HEALTH, LTD.

TEACHING EXPERIENCE

1981 - 1985   STANFORD UNIVERSITY
       Department of Human Biology
       -Lecturer for "Psychobiology:  The Biological Basis of Psychiatric
       Disorders"
       -Lecturer for "Neurochemistry of Severe Behavioral
        Disturbances of Childhood"
        Department of Anthropology and Psychology
       -Graduate Seminar in Clinical Process
         Department of Psychiatry and Behavioral Sciences
       -Psychopharmacology (psychiatry residents)
       Pediatric Psychopharmacology (child psychiatry fellows)
       -Basic Psychiatry Clerkship (medical students)
       -Advanced Psychiatry Clerkship (medical students)

1982 – 1985   PALO  ALTO VETERANS AFFAIRS MEDICAL CENTER
       Division of Psychology, Clinical Psychology Intern Training Program
       -"Psychopharmacology for Clinical Psychologists"

1985 - 1988   UNIVERSITY OF CALIFORNIA, LOS ANGELES
       Medical School
       -Lecturer for basic pharmacology course

1985 - 1988   INSTITUTE OF PSYCHIATRY
       Maudsley Hospital, London
       -Lecturer for Psychopharmacology Course

-Research Advisor for Research Registrars in
 Neurology and Psychiatry

| | |
|---|---|
| 1987 - 1988 | INSTITUTE OF NEUROLOGY<br>National Hospital for Nervous Disease<br>Queen Square, London<br>-Lecturer in Neuropharmacology |
| 1988 - present | UNIVERSITY OF CALIFORNIA, SAN DIEGO<br>Department of Psychiatry, School of Medicine<br>-Lecturer in Psychopharmacology for medical students, graduate neuroscience and pharmacology students, psychiatry and medicine residents and psychiatry research fellows<br>-Faculty Mentor Program for Undergraduate Independent Studies<br>-Howard Hughes Mentor Program for Minority Students<br>-Ph.D. dissertation committee, Department of Pharmacology Graduate Students<br>-Chairman of the Steering Committee, Postdoctoral Fellowship in Psychobiology and Psychopharmacology<br>-Advanced Psychopharmacology Course (CME)<br>-Geriatric Psychopharmacology Course (CME) |
| 1988 – 2008 | UNIVERSITY OF CALIFORNIA, SAN DIEGO<br>Department of Psychiatry, School of Medicine<br>-"Psychopharmacology Images," a home study CME course approved by UCSD for 35 hours of Category I credit |
| 2009 – present | UNIVERSITY OF CAMBRIDGE, CAMBRIDGE, UK<br>Department of Psychiatry and Psychiatry and Behavioral Clinical Neuroscience Institute<br>-lectures in psychiatry and psychopharmacology |
| 2020 – present | UNIVERSITY OFCALIFORNIA RIVERSIDE<br>Department of Psychiatry and Neuroscience, School of Medicine<br>- lectures in psychiatry, psychopharmacology and neuroscience |

## COMMITTEES AND REVIEW BOARDS

| | |
|---|---|
| 1981 - 1985 | HUMAN SUBJECTS RESEARCH COMMITTEE (IRB)<br>Palo Alto Veterans Administration Medical Center |
| 1983 - 1985 | MEDICAL STUDENT EDUCATION COMMITTEE<br>Department of Psychiatry and Behavioral Sciences<br>Stanford University |
| 1988 - 1992 | RESEARCH AND DEVELOPMENT COMMITTEE<br>San Diego Veterans Affairs Medical Center |

COMMITTEES AND REVIEW BOARDS (Cont'd)

1988 - 1992        CLINICAL PRACTICE COMMITTEE
                   UCSD School of Medicine

1996 – 2016        CONTINUING MEDICAL EDUCATION COMMITTEE
                   UCSD School of Medicine

1997 – 2012        EXPERT MEDICAL REVIEWER
                   Medical Board of California

1997 - 2014        MEDI-CAL (Medicaid) DRUG USE REVIEW (DUR) BOARD
                   State of California Medicaid Program
1997 – 2014              -Member
2005-  2007              -Vice Chair
2007 – 2013              -Chair

2008 – 2018        UCSD Geisel Library, University Librarian's Advisory Board

LICENSES AND CERTIFICATION

1975               Diplomate of the Federal Licensure Examination
1977               Diplomate of the National Board of Medical Examiners
1983               Diplomate, American Board of Psychiatry and Neurology
1985 - 1988        Visiting Overseas Doctor Registration, General Medical council, UK
1975 – present     Medical Licensure, State of Indiana, #01026376,
1975 – present     Medical Licensure, State of Ohio, #35-03-8911,
1977 – present     Medical Licensure, State of California, #G34507,
1993 - 1997        Qualified Medical Evaluator, State of California,   #908730,

HONORS

1971, 1973, 1977   Illinois Psychiatric Society Award
1972               Roche Award in Neuropsychiatry
1973               Neuropsychiatric Research Foundation Award
1974               Saul R. Korey Award in Basic Research
1974               A.E. Bennett Award in Basic Research
1974               Alpha Omega Alpha Basic Research Award
1974               G.D. Searle Award
1975               G. Milton Shy Award
1983               Merrell-Dow Visiting Professor of Psychiatry and Pharmacology,
                   Chicago, Illinois
1984               French Ministry Visiting Professor of Psychiatry and Neurology,
                   Lyon, France
1997               Honorable Mention, Association of American Publishers' Award
                   for Best Medical Textbook published in the U.S. for Essential
                   Psychopharmacology
2000               Communicator Award, Educational Videotape Series
                   Communicator Award, Written and Illustrated Antipsychotic

8

## HONORS (Cont'd)

|  | workbook |
|---|---|
| 2001 | Honorary Adjunct Professor of Psychiatry<br>New York College of Osteopathic Medicine<br>New York Institute of Technology<br>Old Westbury, New York |
| 2002 | Lundbeck International Neuroscience Foundation Prize |
| 2004 | San Diego Psychiatric Society/American Psychiatric Association Education Award |
| 2008 | UCSD Residency Teaching Award |
| 2009 | The British Medical Association Medical Book Competition Award, <u>Stahl's Essential Psychopharmacology 3rd Edition</u> |
| 2009 | Honorary Visiting Senior Fellow, Department of Psychiatry, University of Cambridge, Cambridge, UK |
| 2010 | The British Medical Association Book of the Year Award for <u>The Prescribers Guide 3rd Edition</u> |
| 2011 | The British Medical Association Medical Book Competition Award, <u>Stahls Illustrated Antipsychotics</u> |
| 2012 | The Feldman Lecture, Edmonton, Canada |
| 2013 | Distinguished Psychiatrist Lecturer and Award, American Psychiatric Association |
| 2016 | The Stephen M. Stahl Young Psychiatrist Award, named in honor of Stephen Stahl and awarded to the Northwestern University medical student who has the best performance in psychiatry, given annually by the Department of Psychiatry at Northwestern University Medical School, Chicago, Illinois |
| 2016 | David A. Mrazek Lecture and Award for Pharmacogenomics in Psychiatry, American Psychiatric Association |
| 2016 | The British Medical Association Medical Book Competition Award for Best Digital Book, <u>Stahl Masterclass</u>, Cambridge University |
| 2017 | Honorary President, Italian Brain Research Foundation |
| 2018 | Honorary Doctorate, Üsküdar University, Istanbul Turkey |
| 2018 | Honorary Citizen, City of Lucca, Italy for contributions to psychiatry |
| 2018 | Honorary Member, Italian Medical Society, for contributions to mental health |

## EDITORIAL BOARDS

| 1988 - 1989 | <u>Psychological Medicine</u> |
|---|---|
| 1988 – present | <u>International Review of Psychiatry</u> |
| 1991 - 1992 | <u>Stress Management Advisor</u> |
| 1996 - present | <u>Journal of Psychiatry in Clinical Practice</u> |
| 1996 – 1997 | Editor, "Psychopharm Psnapshots," <u>Psychiatric Annals</u> |
| 1997 - 2011 | Editor, "Brainstorms," <u>Journal of Clinical Psychiatry</u> |
| 1997 – 2008 | Clinical Field Editor, <u>International Journal of Neuropsychopharmacology</u> |
| 1999 – 2009 | <u>CNS News</u> |
| 1999 - 2007 | <u>Journal of Depression and Anxiety/African Journal of Psychiatry</u> |

| | |
|---|---|
| 2000 – present | <u>Neuropsychopharmacology</u> |
| 2003 – present | <u>CNS Spectrums</u> |
| 2012 – present | -Editor-in-Chief, CNS Spectrums |
| 2004 – present | <u>Journal of Psychotic Disorders</u> |
| 2005 – present | <u>Clinical Neuropsychiatry</u> |
| 2005 – present | <u>Psychiatry/Innovations in Clinical Neuroscience</u> |
| 2005 – present | <u>Expert Opinion on Pharmacotherapy</u> |
| 2005 – present | <u>Acta Psychiatrica Scandinavica</u> |
| 2005 – present | -Editorial Board |
| 2007 – 2016 | -Associate Editor |
| 2010 – 2018 | <u>Neurotherapeutics</u> |
| 2010 – present | <u>Therapeutic Advances in Psychopharmacology</u> |
| 2010 – present | <u>Neuropsychiatry</u> |
| 2010 – present | <u>Frontiers in Psychopharmacology</u> |

## SCIENTIFIC ADVISORY BOARDS

| | |
|---|---|
| 1990 – 2000 | National Anxiety Foundation |
| 1993 – 2000 | San Diego Phobia Foundation |
| 1996 – 2012 | Obsessive-Compulsive Foundation (National) |
| 1996 – 2012 | California Obsessive-Compulsive Foundation |
| 2001 –  2004 | EthicAd |
| 2001 – 2004 | Acurian |
| 2001 – 2004 | BioExpertise |
| 2001 – 2015 | Healthcare Technology Systems (HTS) |
| 2001 – 2012 | Decision Resources |
| 2002 | Academy of Judges, International Health and Medical Media Awards (Freddie Awards) |
| 2010 – present | Genomind |
| 2010 – present | Mind X Sciences |

## PROFESSIONAL SOCIETIES

American Academy of Neurology
American Academy of Psychiatry and the Law
American College of Neuropsychopharmacology
     Ad Hoc Awards Committee, 1984
     Task Force on Drug Safety, 1985 - 1988
     Liaison committee with government agencies
     and the pharmaceutical industry 1986 - 1989
     Fellow, 1989 - present
     Education Committee – 1998 - 2002
American Psychiatric Association
     Member 1981-2000
     Fellow, 2000 – 2003
     Distinguished Fellow – 2003 – 2014
     Distinguished Life Fellow 2014 - present
American Society for Neurochemistry
American Society of Clinical Psychopharmacology

PROFESSIONAL SOCIETIES (Con't)

British Association of Psychopharmacology, 1985 – 1988
　　　Council, 1987 - 1988
British Pharmacology Society, 1985 - 1989
Collegium Internationale Neuro-psychopharmacologium
　　　Chairman, Education Committee, 1997 –2004
　　　Fellow, 1986 – present
　　　Counsellor, 2000 – 2004
　　　Scientific Program Committee, 2000-2002
　　　Scientific Program Committee, 2002-2004
　　　Scientific Program Committee, 2004-2006
　　　Vice President, 2004-2008
International Society of Neurochemistry, 1976 - 1993
Royal Society of Medicine
Society for Neurosciences
Society of Biological Psychiatry
　　　Membership Committee, 1982 - 1988
West Coast College of Biological Psychiatry
　　　Membership Committee, 1990 - 1999

REVIEW OF SCIENTIFIC MANUSCRIPTS

Acta Psychiatrica Scandinavica
American Journal of Psychiatry
Annals of Neurology
Archives of General Psychiatry
Biochemical Pharmacology
Biological Psychiatry
Brain
Brain Research
Clinical Therapeutics
Clinical Neuropsychiatry
CNS Spectrums
Depression
Epilepsia
Expert Opinion on Pharmacotherapy
Internat'l Journal of Neuropsycho-Pharmacology
Journal of Affective Disorders
Journal of the American Medical Assoc.
Science
Journal of Clinical Investigation
Journal of Clinical Psychiatry
Journal of Neural Transmission
Journal of Neurochemistry
Journal of Psychiatry in Clinical Practice
Journal of Studies on Alcohol
Life Sciences
Int'l J Clin Psychopharmacology
Neurology
Neuropsychopharmacology
Psychiatry Research
Psychiatric Services
Psychological Medicine
Psychopharmacology
Psychosomatic Medicine Sleep
Trends in Pharmacological Sciences

REVIEW OF THE SCIENTIFIC MERIT OF GRANT APPLICATIONS

Preclinical Psychopharmacology (National Institute of Mental Health)
Clinical Psychopharmacology (National Institute of Mental Health) Neurology B (National Institute of Neurological and Communicative Diseases and Stroke)

11

REVIEW OF THE SCIENTIFIC MERIT OF GRANT APPLICATIONS (Cont:d)

Scottish Rite Foundation for Schizophrenia
Dystonia Medical Research Foundation
Mental Health Clinical Research Centers Branch (National Institute of Mental Health)
Research Advisory Group, Veterans Administration Central Office
March of Dimes
Ontario Mental Health Foundation
Tourette Syndrome Association
Mental Health Foundation (UK)
Medical Research Council (UK)
Medical Research Council (Canada)
Veterans Affairs Merit Review Board (Neurobiology) ad hoc reviewer
Brain Disorders and Clinical Neurosciences Study Section (NIMH),ad hoc reviewer
Catalan Agency for Health Technology (Spain)

## MANAGEMENT COURSES

1986    Management skills course, MAST, Management and Skills Training, Cambridge, United Kingdom.

1986    Counseling for performance improvement course, MAST, Management and Skills Training, Cambridge, United Kingdom.

1987    Financial Planning and Forecasting, Templeton College, The Oxford Centre for Management Studies, Oxford, United Kingdom.

1987    Oxford Executive Programme for Senior Management: Managing for Competitive Advantage and Profitability, Templeton College, The Oxford Centre for Management Studies, Oxford, United Kingdom.

1987    Performance Appraisals, MAST, Management and Skills Training, Cambridge, United Kingdom.

## RESEARCH IN COLLABORATION WITH
## THE PHARMACEUTICAL INDUSTRY

### RESEARCH AT STANFORD UNIVERSITY (1979 - 1985)

1.    Gamma-vinyl-GABA (Merrell-Dow) in tardive dyskinesia, Tourette syndrome and other movement disorders.
2.    RO22-1319 (piquindone) (Roche) in schizophrenia.
3.    RO22-1319 (piquindone) (Roche) in Tourette syndrome.
4.    Fenfluramine (Robins) in schizophrenia.
5.    Albuterol (Glaxo) in depression.
6.    Alprazolam (Upjohn) in depression.
7.    Lisuride (Schering AG) in dystonia.
8.    Bromocriptine (Sandoz) in dystonia.
9.    Clonidine (Boehringer-Ingleheim) in movement disorders.

10. Lecithin and choline chloride in movement disorders (tardive dyskinesia, Huntington's disease, Tourette syndrome).
11. Physostigmine (O'Neal) in movement disorders (tardive dyskinesia,  Huntington's disease, Tourette syndrome).
12. Fenfluramine (Robins) in the malignant carcinoid syndrome.
13. Levodopa (Lakeside, Nutritional Biochem) in Parkinson's disease and dementia   .
14. Diazepam (Roche) in the Stiff-Man syndrome.

## RESEARCH AT ALZA CORPORATION (1982 - 1985)

1. Transdermal fentanyl in postoperative pain and in chronic cancer pain.
2. Transdermal testosterone in male hypogonadism.
3. OROS verapamil, OROS propranolol and OROS hydrochlorothiazide in hypertension.
4. Transdermal estradiol in female menopause.
5. Topical safety, transdermal naloxone.

## RESEARCH AT MERCK (1985 - 1988)

1. First administration of new chemical entities to man:  alpha-2 antagonist, glutamate antagonist, oral sustained release dopamine agonist, transdermal dopamine agonist.
2. Entering new chemical entities into Phase IIA clinical development:  glutamate antagonist, oral sustained release dopamine agonist, transdermal dopamine agonist, skeletal muscle relaxant, cholecystokinin-A antagonist, alpha-2 antagonist.
3. Entering new chemical entities into Phase IIB/III clinical development: oral sustained release dopamine agonist.
4. New drug application (NDA) filing: oral sustained release antiparkinsonian (Sinemet CR).
5. Clinical research: fluorinated analogues of glutamate antagonists for positron emission tomography; neuropharmacology of cognition and memory in human volunteers.
6. Preclinical research: neuroprotective glutamate antagonist lead compounds; cholinomimetic Alzheimer lead compound, beta adrenergic and serotonin receptor regulation by antidepressants/anxiolytics.
7. Licensing-in agreements for CNS compounds.

## RESEARCH AT INSTITUTE FOR PSYCHOPHARMACOLOGY RESEARCH, SAN DIEGO/CARLSBAD (1988 - 2004)

1. Gepirone (Bristol-Myers) in major depressive disorder
2. Xanax sustained release (Upjohn) in panic disorder
3. Sertraline (Pfizer) vs. amitriptyline, quality of life study in depression
4. Sertraline (Pfizer) crossover from fluoxetine in depression
5. Sertraline (Pfizer) vs. clomipramine in obsessive compulsive disorder
6. Ipsapirone (Miles) in depression
7. Nefazodone (Bristol-Myers Squibb) in depression
8. Adinazolam (Upjohn) vs. nortriptyline, effects on serotonin receptors in major depressive disorder

9.   CGS-18102A (Ciba-Geigy) in generalized anxiety disorder
10.  Bupropion sustained-release (Burroughs Wellcome) in major depressive disorder
11.  Xanax (Upjohn) in long-term treatment of panic disorder
12.  Buspirone (Bristol-Myers Squibb) in mixed anxiety depression
15.  Sertraline (Pfizer) vs. fluoxetine, quality of life study in depression
14.  Sertraline (Pfizer) vs. desipramine in comorbid obsessive compulsive disorder plus major depressive disorder
15.  Fluvoxamine (Upjohn-Solvay) in panic disorder
16.  Paroxetine (SmithKline Beecham) in depression
17.  DN-2327 (Takeda Abbott Pharmaceuticals) in generalized anxiety disorder
18.  Nefazodone (Bristol-Myers Squibb) crossover from fluoxetine, in depression
19.  Nefazodone (Bristol-Myers Squibb) crossover from sertraline, in depression
20.  Tandospirone (Pfizer) in depression
21.  Klonopin (Roche) in obsessive compulsive disorder
22.  Klonopin (Roche) in panic disorder
23.  Mentane (Hoechst) in Alzheimer's disease
24.  Nefazodone (Bristol-Myers Squibb) in inpatients with depression
25.  Olanzapine (Lilly) in inpatients with schizophrenia
26.  Pharmacokinetic study of ziprasidone in inpatients with schizophrenia
27.  Bupropion sustained-release (Burroughs Wellcome) in depression
28.  BMS-181,101 (Bristol-Myers Squibb) open label treatment in depression
29.  CP-93,393 (Pfizer) in generalized anxiety disorder
30.  Sertindole (Abbott) in schizophrenia
31.  Sabeluzole (Janssen) in Alzheimer's disease
32.  Sertraline (Pfizer) in relapse of symptoms in obsessive compulsive disorder
33.  BMS-181,101 (Bristol-Myers Squibb) double-blind treatment in depression
34.  Venlafaxine (Wyeth-Ayerst) in depression
35.  Bupropion sustained-release (Burroughs Wellcome) vs. sertraline in depression
36.  Sertraline (Pfizer) in treatment refractory obsessive compulsive disorder
37.  ORG 4428 (Organon) in depression
38.  Flesinoxan (Solvay) vs. buspirone in generalized anxiety disorder
39.  CP-93,393 (Pfizer) in depression
40.  Hippurate LY 228729 (Lilly) in treatment refractory depression
41.  Ipsapirone (Miles/Bayer) sustained release in major depressive disorder
42.  Fluoxetine (Lilly) in relapse of symptoms of obsessive compulsive disorder
43.  Ziprasidone (Pfizer) vs. risperidone in outpatients with schizophrenia
44.  Serzone (Bristol-Myers Squibb) in general psychiatric practices
45.  CP93,393 (Pfizer) in major depressive disorder
46.  CP93,393 (Pfizer) in generalized anxiety disorder
47.  Fluoxetine Plus Pindolol (Lilly) in depression
48.  Citalopram (Forest) in depression
49.  Fluoxetine (Lilly) in relapse of symptoms of bulimia
50.  Remeron (mirtazapine) (Organon) in major depressive episode
51.  Iloperidone (Titan) in schizophrenia.
52.  Compass (Bristol-Myers Squibb) in all disorders
53.  Flibanserin (Boehinger Ingelheim) in major depressive disorder
54.  SR58611A (Sanofi) in major depression
55.  Olanzapine (Lilly) in resistant major depressive disorder without  psychotic features.
56.  Risperidone (Janssen) in Treatment Resistant Major Depressive Disorder.

57. Estrogen as an adjunct to Zoloft (Pfizer) for Panic Disorder in Peri/Post Menopausal Women.
58. SR142801 (Sanofi) in major depression.
59. Neurokinin - CP122-721 (Pfizer)in major depression.
60. Reboxetine (Pharmacia Upjohn) in Major Depressive Disorder.
61. St. John's Wort (Pfizer) in major depression.
62. Nefazodone (Bristol Myers Squibb) A multicenter, double-blinded placebo controlled, randomized fixed dose study of Nefazodone ER in the treatment of depressed patients.
63. Celexa (Forest Laboratories) Depression study
64. Paxil GAD (SmithKlineBeecham) A Randomized double blind placebo controlled flexible dose trial to evaluate the efficacy and tolerability of paroxetine in patients with generalized anxiety disorder.
65. Olanzapine (Lilly) Randomized double blinded parallel study of patients who have responded to acute (6 to 12) weeks open label olanzapine treatment and are in symptomatic remission of an index manic, mixed, or depressed episode (with or without psychotic features).
66. Citalopram (Forest Laboratories) Panic
67. CItalopram (Forest Laboratories) Depression
68. Effexor XR (Wyeth Ayerst) Social Phobia
69. CP 448, 187 – Pfizer Depression
70. Reboxetine – Pharmacia and Upjohn
71. Duloxetine in Major Depression - Lilly

## PROFESSIONAL NEWSLETTER ARTICLES

(NL-1)   Stahl SM.  Clinical applications of the neuropharmacology of receptor ligands appear to be promising.  The Psychiatric Times VIII (3):40-41, 1991.

(NL-2)   Stahl SM.  Treating Adolescents and Children with Antidepressants: Damned If you do, damned if you don't.  Part 1 – What we know and what we don't Know.  PsychEd Up, Volume 1, Issue 1, p.6-7, 2005.

(NL-3)   Stahl SM.  Treating Adolescents and Children with Antidepressants: Damned if you do, damned if you don't.  Part 2 – What we should do.  PsychEd Up, Volume 1, Issue 2, p.  6-7, 2005.

(NL-4)   Stahl SM.  It Takes Two to Entangle:  Separating Medical Education from Pharmaceutical promotion.  PsychEd Up, Volume 1, Issue 3, p. 6-7, 2005.

(NL-5)   Stahl SM.   Detecting and Dealing with Bias in Psychopharmacology, PsychEd Up, Volume 1, Issue 4, p. 6-7, 2005.

(NL-6)   Stahl SM.  Finding Better Answers for Sleep Disorders.  Shift Happens.  PsychEd Up, Volume 1, Issue 5, p.6-7, 2005.

(NL-7)   Coopan R and Stahl SM.  Metabolic Issues:  A Psychiatrist's Perspective.  Clinical Psychiatry News Supplement, Psychoharmacology:  Beyond Conventional Wisdom, p 14-16, 2005.

15

PROFESSIONAL NEWSLETTER ARTICLES (Cont'd).

(NL-8)     Stahl SM.  A Rash Proposal for Psychopharmacologists Treating Bipolar
           Disorder.  PsychEd Up, Volume 1, Issue 6, p. 6-7, 2005.


(NL-9)     Stahl SM and Shayegan DK.  Assessing the Assessments in
           Psychopharmacology.  PsychEdUp, Volume 1, Issue 7, p 6-7, 2005.


(NL-10)    Stahl SM.  Specifying the Unspecified in Bipolar Disorder, PsychEdUp,
           Volume 1, Issue 8, p. 6-7. 2005.


(NL-11)    Stahl SM.  Let Them Eat Generics.  PsychEdUp, Volume 1, Issue 9, p. 6-7,
           2005.


(NL-12)    Stahl SM.   Fixing Pharma and the Feds.  PsychEdUp, Volume 1, Issue 10,
            p.5-6, 2005.


(NL-13)    Stahl SM.  Strategies for Innovating New Treatments in Psychiatry.
           PsychEdUp, Volume 1, Issue 11, p. 6-7, 2005.


(NL-14)    Stahl SM.  Prescribing Off-Label in Psychopharmacology.  PsychEdUp,
           Volume 1, Issue 12, p. 5-6, 2005.


(NL-15)    Stahl SM and Grady M.  Symptoms and Circuits:  Deconstructing Psychiatric
           Disorders to Achieve Remission.  PsychEdUp, Volume 2, Issue 1, p. 6-7, 2006.


(NL-16)    Stahl SM.  Will CATIE Change Your Practice?  PsychEdUp, Volume 2,
           Issue 2, p.6-7, 2006.


(NL-17)    Stahl SM.  Processes Influencing Wakefulness.  PsychEdUp, Volume 2, Issue 3,
           p. 6-7, 2006.


(NL-18)    Stahl SM.  Signal Transduction.  PsychEdUp, Volume 2, Issue 4, p. 6-7, 2006.


(NL-19)    Stahl SM.  Effects of Sleepiness.  PsychEdUp, Volume 2, Issue 5,
           p. 6-7, 2006.


(NL-20)    Stahl SM.  Targeting Executive Dysfunction.  PsychEdUp, Volume 2,
           Issue 6, p. 5-6, 2006.


(NL-21)    Stahl SM.  Neuromodulators of Arousal. PsychEdUp, Volume 2, Issue 7,
           p. 5-6, 2006.


(NL-22)    Stahl SM.  Diagnosing Obstructive Sleep Apnea, PsychEdUp, Volume 2,
           Issue 8, p. 5-7, 2006.


(NL-23)    Stahl SM and Grady MM.  ADHD:  From Syndrome to Symptoms.  Part 1:
            Inattention. PsychEdUp, Volume 2, Issue 9, 6-7, 2006.

PROFESSIONAL NEWSLETTER ARTICLES (Cont'd).

(NL-24)   Stahl SM and Grady MM.  ADHD:  From Syndrome to Symptoms.  Part 2: Hyperactivity.  PsychEdUp, Volume 2, Issue 10, 6-7, 2006.

(NL-25)   Stahl SM and Buckley PF.  Diagnostic and Treatment Approaches to the Negative Symptoms of Schizophrenia, Part 1:  Diagnosis.  PsychEd Up, Volume 2, Issue 11, 6-7, 2006.

(NL-26)   Stahl SM and Buckley PF.  Diagnostic and Treatment Approaches to the Negative Symptoms of Schizophrenia, Part 2:  Neurobiology.  PsychEd Up, Volume 2, Issue 12, 6-7, 2006.

(NL-27)   Stahl SM and Buckley PF.  Diagnostic and Treatment Approaches to the Negative Symptoms of Schizophrenia, Part 3:  Treatment.  PsychEd Up, Volume 3, Issue 1, 6-7, 2007.

(NL-28)   Stahl SM and Roberts E.  The Fuzzy Symptoms of Excessive Sleepiness, Part One:  Case One, Who is the Patient?   WakeUp!, Volume 1, Issue 1, 6, 2007.

(NL-29)   Stahl SM and Roberts E.  The Fuzzy Symptoms of Excessive Sleepiness, Part Two:  Case One, Results and Action.  WakeUp!, Volume 1, Issue 2, 6, 2007.

(NL-30)   Stahl SM.  Overview of Trends in Psychopharmacology.  PsychEd Up, Volume 3, Issue 5, 6-7, 2007.

(NL-31)   Stahl SM and Roberts E.  The Fuzzy Symptoms of Excessive Sleepiness, Part Three:  Case One, Summary.  WakeUp!, Volume 1, Issue 3, 6, 2007.

(NL-32)   Stahl SM.  Beyond the Dopamine Hypothesis of Schizophrenia.  NMDA receptor hypofunction.  PsychEd Up, Volume 3, Issue 6, 6-7, 2007.

(NL-33)   Stahl SM and Roberts E.  The Fuzzy Symptoms of Excessive Sleepiness, Part One: Case Two, Who Is the Patient?  WakeUp! Volume 1, Issue 4, 6, 2007.

(NL-34)   Stahl SM.  Novel Therapeutics for Schizophrenia: Targeting glycine modulation of NMDA receptors.  PsychEd, Volume 3, Issue 11, 2007.

(NL-35)   Stahl SM.  Genetics of Schizophrenia Converge Upon the NMDA Glutamate Receptor.  Psych Ed Up, Volume 3, Issue 12, 2007.

(NL-36)   Stahl SM.  Novel Therapeutics for Depression: L-methylfolate as a Trimonoamine Modulator and Antidepressant-Augmenting Agent.  PsychEd Up, Volume 4, Issue 4, 2008.

(NL-37)   Stahl SM.  Do Dopamine Partial Agonists Have Partial Efficacy as Antipsychotics?  PsychED Up, Volume 4, Issue 6, 2008.

(NL-38)   Wise D and Stahl SM.  The Potential Role of a Corticotropin-Releasing Factor

17

PROFESSIONAL NEWSLETTER ARTICLES (Cont'd).

Receptor-1 Antagonist in Psychiatric Disorders (Part 1 of 2).  PsychEd Up, Volume 4, Issue 8, 2008.

(NL-39)  Wise D and Stahl SM.  The Potential Role of a Corticotropin-Releasing Factor Receptor-1 Antagonist in Psychiatric Disorders (Part 2 of 2).  PsychEd Up, Volume 4, Issue 9, 2008.

(NL-40)  Stahl SM, Wise D and Felker A.  Tailoring Treatment of Depression for Women Across the Reproductive Lifecycle: The Importance of Pregnancy, Vasomotor Symptoms, and Other Estrogen-Related Events in Psychopharmacology (Part 1 of 2).  PsychEd Up, Volume 5, Issue 1, 2009.

(NL-41)  Stahl SM, Wise D and Felker A.  Tailoring Treatment of Depression for Women Across the Reproductive Lifecycle: The Importance of Pregnancy, Vasomotor Symptoms, and Other Estrogen-Related Events in Psychopharmacology (Part 2 of 2)  PsychEd Up, Volume 5, Issue 2, 2009.


MONOGRAPHS

(M-1)    Stahl SM.  Down regulation of neurotransmitter receptors:  a new  hypothesis on the mechanism of antidepressant drugs.  Depression  Dialogue, Merrell-Dow Pharmaceuticals  Publications, 1985.

(M-2)    Stahl SM.  New drug delivery systems - a new approach to Parkinson's Disease.  In:  Marsden CD and Trimble M (Eds), Future Trends in the Treatment of Parkinson's Disease and Epilepsy, Franklin Scientific Projects Publications, London, 1985, pp. 16-18.

(M-3)    Stahl SM.  Serotonin regulators and obsessive compulsive  disorder.  Clinical Advances in the Treatment of Psychiatric Disorders 6(1):12-16, 1992.

(M-4)    Stahl SM.  Why does depression hurt?  Insights into Depression, September  2006.

BOOK REVIEWS

(BR-1)   Stahl S.  Senile Dementia - and Where Are We Now? for Senile Dementia of the Alzheimer Type.  Traber J and Gispen WH (Eds), Springer-Verlag, Berlin, 1985.  Review in Trends in Pharmacological Sciences 7:514-515, 1986.

(BR-2)   Stahl SM.  Book Review:  The Role of Serotonin in Psychiatric Disorders. Brown SL and van Praag HM (Eds), Brunner/Mazel, New York.  Review in Psychological Medicine 22:1063-1068, 1992.

INSTRUCTIONAL VIDEOTAPES

(V-1)     Stahl SM.  Essential Psychopharmacology of Serotonergic Antidepressants.
          Executive Producer and Writer, Stahl/Browne/Rader Productions, 1997.

(V-2)     Stahl SM.  Mechanism of Action of Remeron (mirtazapine).  Producer, Stahl
          Productions, 1997.

(V-3)     Stahl SM.  Psychopharmacology of Noradrenaline in Depression.  Stahl
          Productions, 1998.

(V-4)     Stahl SM.  Psychopharmacology of Atypical Antipsychotics: Part 1:
          Neurotransmitter interactions and the Pharmacology of Antipsychotics. Stephen
          M. Stahl, producer, 1998.

(V-5)     Stahl SM. Psychopharmacology of Atypical Antipsychotics: Part 2: Serotonin-
          Dopamine Receptor Antagonism Improves Therapeutic Actions and Side Effects
          of Atypical Antipsychotics.   Stephen M. Stahl, producer, 1998.

(V-6)     Stahl SM.  Psychopharmacology of Atypical Antipsychotics:   Part 3:  Novel
          Applications of Atypical Antipsychotics for  Treating Psychosis, Cognition,Hostility
          and Mood in Schizophrenia and Other Psychiatric Illnesses. Stephen M. Stahl,
          producer, 1998.

(V-7)     Stahl SM.  Psychopharmacology of Atypical Antipsychotics:  Part 3,revised:
          Novel Applications of Atypical Antipsychotics for Treating Psychosis, Cognition
          and Mood in Schizophrenia and Other Psychiatric
          Illnesses. Stephen M. Stahl, producer, 2001.

(V-8)     Stahl SM.  Psychopharmacology of Atypical Antipsychotics:  Part 4:  Three
          Classes of Mood Stabilizers for Contemporary Treatment of Bipolar Disorder:
          Lithium, Anticonvulsants, and Atypical Antipsychotics.  Stephen M. Stahl,
          producer, 2001

(V-9)     Stahl SM.  Psychopharmacology of Fatigue and Motivation in Depression.
          Stephen M. Stahl, producer, 2001.

(V-10)   Stahl SM.  Psychopharmacology of the Emotional and Physical Symptoms in
          Depression.  Stephen M. Stahl, producer, 2002.


CONTINUING MEDICAL EDUCATION HOME STUDY PROGRAMS

CME-1   Stahl SM.  Psychopharmacology Images:  A programmed Home Study Program
          approved for 35 hours of Category I CME credit, University of California, San
          Diego, 1998.

CME-2   Stahl SM.  Mechanism of Action of Antidepressants:  A four-part audiotape series
          with programmed text accredited for 11   hours of Category I CME credit,

CONTINUING MEDICAL EDUCATION HOME STUDY PROGRAMS cont.

University of California, San Diego, 1998.

CME-3   Stahl SM.  Psychopharmacology of Atypical Antipsychotics.  A three part video tape series accredited for 6 hours of Category I CME credit, University of California, San Diego, 1998.

CME-4   Stahl SM.  Serotonin Dopamine Antagonism and the Atypical Antipsychotics. A home study program approved for 2 hours of Category 1 CME credit, University of California, San Diego, 1998.

CME-5   Stahl SM.  Achieving Wellness:  Advances in the Treatment of  Depression and anxiety.  An audio home study program approved for 2 hours of  Category  1 CME credit, University of California San Diego, 1998.

CME-6    Dailey G and Stahl SM.  Pathway To Control.  Home study Package approved for 8 hours of Category 1 CME credit, University of California San Diego, 1999.

CME-7    Dailey G and Stahl SM.  Pathway To Control.  Home Study Package approved for 20 hours of Category 1 CME credit, University of California San  Diego, 1999.

CME-8    Stahl SM.  The New Cholinesterase Inhibitors:  Their Similarities Are Different.  Home Study Package approved for 8 hours of Category 1 CME Credit, University of California San Diego, 1999.

CME-9    Stahl SM.  The Not So Selective Serotonin Reuptake Inhibitors.   Home Study Package approved for 6 hours of Category 1 CME Credit, University of California San Diego, 1999.

CME-10   Stahl SM.  Essential Psychopharmacology, 2nd Edition. Home Study Package approved for 54 hours of CME Category 1 CME credit, University of California San Diego, 2000.

CME-11   Stahl SM.  Atypical Antipsychotics: From Pharmacology to Clinical Practice.  Home study package approved for 4 hours of Category 1 CME Credit, University of California San Diego, 2001.

CME-12   Stahl SM.  Psychopharmacology of Atypical Antipsychotics.  A two part video tape series accredited for a total of 4 hours of Category 1 CME Credit, University of California San Diego. 2001.

CME-13   Stahl SM.  Fiscal Pharmacology of the Atypical Antipsycotics:  Getting The Biggest Bang Out of the Bucks.  Home study program approved for 6 Hours of Category 1 CME Credit through the University of California San Diego, 2002.

CME-14   Stahl SM.  Fiscal Pharmacology of the Atypical Antipsychotics.  A CD-ROM Home study program approved for 3 hours of Category 1 CME

CONTINUING MEDICAL EDUCATION HOME STUDY PROGRAMS cont.

> Credit through the University of California San Diego, 2002.

CME-15   Stahl SM.  Psychopharmacology Academy Audio CD.  Home study program
approved for 2 hours of Category 1 CME Credit through the University of
California San Diego, 2002.

CME-16   Stahl SM.  Psychopharmacology Academy Syllabus.  Home study program
Approved for 16 hours of Category 1 CME Credit through the University
Of California San Diego, 2002.

CME-17   Stahl SM.  The Not So Selective Serotonin Reuptake Inhibitors, 2nd Edition.
Home Study Package approved for 7 hours of Category 1 CME Credit,
University of California San Diego, 2002.

CME-18   Stahl SM.  Psychopharmacology Academy CD-ROM.  Home study program
Approved for 4 hours of Category 1 CME Credit through the University
Of California San Diego, 2002.

CME-19   Stahl SM.   Quality of Life Algorithms for Primary Care:  Women's
Health, Sexuality, Depression and Anxiety.  A home study program approved for
4 hours of Category 1 CME credit through the University of
Of California San Diego, 2002.

CME-20   Stahl SM.  Psychopharmacology of the Emotional and Physical Symptoms in
Depression.   Home study program approved for 1 hour of Category 1 CME
Credit through the University of California San Diego, 2002.

CME-21   Stahl SM.  Clinical Issues in the Treatment of Panic and Anxiety
Disorder.  Home study program approved for 4 hours of Category 1 CME
Credit through the University of California San Diego, 2002.

CME-22   Stahl SM.  New Horizons in the Treatment of Schizophrenia:  Beyond
Dopamine Antagonism.  Home study program approved for 6 hours of
Category 1 CME credit through the University of California San Diego, 2002.

CME-23   Stahl SM.  Extending the Breadth of Efficacy of Antidepressants. Home
Study program approved for 6 hours of Category 1 CME credit through
The University of California San Diego 2002.

CME-24   Lieberman III, Joseph A, Berry Sally, Miller Del, Saltz Bruce and Stahl SM.
Safety Considerations in the Use of Atypical Antipsychotics. Audio/CD-ROM.
The Primary Care Companion to The Journal of Clinical Psychiatry, Volume 2,
Number 2, August 2003.

CME-25   Stahl SM.  Psychopharmacology Academy CD-ROM Series.  Home study
Program approved for 16 hours of Category 1 CME credit through the

CONTINUING MEDICAL EDUCATION HOME STUDY PROGRAMS cont.

University of California San Diego, 2003.

CME-26   Stahl SM.  Targeting Neurocircuitry Underlying  Cognitive and Affective Symptoms in Schizophrenia Audio CD.  Home study program approved for 1 hour of Category 1 CME credit through the University of California San Diego, 2003.

CME-27   Stahl SM.  Targeting Neurocircuitry Underlying Cognitive and Affective Affective Symptoms in Schizophrenia DVD.  Home Study program approved for 1 hour of Category 1 CME credit through the University of California San Diego, 2003.

CME-28   Stahl SM.  Emerging Data and Cost Implications:  Maximizing Synergies Between Mood Stabilizers and Atypical Antipsychotics.  A CD-ROM Home study program approved for 6 hours of Category 1 CME credit through the University of California San Diego, 2003.

CME-29   Stahl SM.  Emerging Data and Cost Implications:  Maximizing Synergies Between Mood Stabilizers and Atypical Antipsychotics Syllabus.  A home study program approved for 4 hours of Category 1 CME credit through the University of California San Diego, 2003.

CME-30   Stahl SM.  Brain Circuits Determine Destiny in Depression CD-ROM.  A home study program approved for 5 hours of Category 1 CME credit through the University of California San Diego, 2003.

CME-31   Stahl SM.  Brain Circuits Determine Destiny in Depression Syllabus.  A home study program approved for 4 hours of Category 1 CME credit through the University of California San Diego, 2003.

CME-32   Stahl SM.  Psychopharmacology of Energy and Fatigue Audio CD.  A home study program approved for 1 hour of Category 1 CME credit through the University of California San Diego, 2003.

CME-33   Stahl SM.  The New A.R.T. of Psychiatry DVD Series.  A home study program approved for 3 hours of Category 1 CME credit through the University of California San Diego, 2004.

CME-34   Stahl SM.  The New A.R.T. of Psychiatry Syllabus.   Home study program approved for 3 hours of Category 1 CME credit through the University of California San Diego, 2004.

CME-35   Stahl SM.  Genes, Circuits and Pharmacology:  Clinical Connections in Schizophrenia DVD.  A home study program approved for 1 hour of Category 1 CME credit through the University of California San Diego, 2004.

CME-36   Stahl SM.  Psychopharmacology Academy Workbook Part 1:  Bipolar and

CONTINUING MEDICAL EDUCATION HOME STUDY PROGRAMS cont.

<u>Psychosis</u>. A home study program approved for 6 hours of Category 1 CME credit through the University of California San Diego, 2004.

CME-37   Stahl SM. <u>Psychopharmacology Academy Workbook Part 2:  Depression and Anxiety</u>.  A home study program approved for 6 hours of Category 1 CME credit through the University of California San Diego, 2004.

CME-38   Stahl SM.   <u>Psychopharmacology Academy Interactive CD-ROM Series</u>.  A home study program approved for 12 hours of Category 1 CME credit through the University of California San Diego, 2004.

CME-39   Stahl SM and Sheikh J.  <u>Psychopharmacology Academy Audio CD.</u> A home study program approved for 1 hour of Category 1 CME credit.  Anxiety: Treatment Issues, 2004.

CME-41   Stahl SM and Gitlin M<u>.  Psychopharmacology Academy Audio CD</u>.  A home study program approved for 1 hour of Category 1 CME credit.   Bipolar Disorder: Defining Treatment Options, 2004.

CME-42   Stahl SM and DeBattista C.  <u>Psychopharmacology Academy Audio CD.</u>  A home study program approved for 1 hour of Category 1 CME credit.  Depression: Treating to Remission, 2004.

CME-43   Stahl SM and Weinberger D<u>.  Psychopharmacology Academy Audio CD</u>.  A home study program approved for 1 hour of Category 1 CME credit.  Psychosis: Treating Beyond Positive Symptoms, 2004.

CME-44   Stahl SM. <u>Psychopharmacology Academy Self-Directed CD ROM</u>.  A home study program approved for 1 hour of Category 1 CME credit.  Depression: Brain Circuits Determine Destiny in Depression:  A Novel Approach to Improving Energy and Executive Function in Major Depressive Disorder, 2004.

CME-45   Stahl SM.  <u>Psychopharmacology Academy Self-Directed CD-ROM</u>.  A home study program approved for 1 hour of Category 1 CME credit.  Bipolar Disorder: Maximizing Synergies Between Anticonvulsants and Atypical Antipsychotics, 2004.

CME-46   Stahl SM.  <u>Psychopharmacology Academy Self-Directed CD-ROM</u>.  A home study program approved for 1 hour of Category 1 CME credit.  Psychosis:  The Atypical Psychopharmacology Theorem:  Relating Function to Receptor, Receptor to Drug, and Drug to Function, 2004.

CME-47   Stahl SM.  <u>Psychopharmacology Academy Self-Directed CD-ROM</u>.  A home study program approved for 1 hour of Category 1 CME credit.  Anxiety: Neurobiology and Pharmacology of Anxiety, 2004.

<u>CME-48   Stahl SM.  Psychopharmacology Academy Interactive CD-ROM.  A home study</u>

CONTINUING MEDICAL EDUCATION HOME STUDY PROGRAMS cont.

program approved for 3 hours of Category 1 CME Credit.    Depression: Diagnosis and Treatment, 2005.

CME-49    Stahl SM.  Psychopharmacology Academy Interactive CD-ROM.  A home study Program approved for 3 hours of Category 1 CME Credit.  Psychosis and Bipolar Disorder, 2005.

CME-50    Stahl SM.  Psychopharmacology Academy Interactive CD-ROM.  A home study Program approved for 3 hours of Category 1 CME Credit.  Mood Stabilizers and Atypical Antipsychotics, 2005.

CME-51    Stahl SM.  Psychopharmacology Academy Interactive CD-ROM.  A home study Program approved for 3 hours of Category 1 CME Credit.  Sleep:  Symptoms Circuits, 2005.

CME-52    Stahl SM.  Psychopharmacology Academy Audio CD.  A home study program approved for 1 hour of Category 1 CME Credit.  Anxiety:  Symptoms and Circuits, 2005.

CME-53    Stahl SM.  Psychopharmacology Academy Audio CD.  A home study program approved for 1 hour of Category 1 CME Credit.  Sleepiness, 2005.

CME-54    Stahl SM.  Psychopharmacology Academy Audio CD.  A home study program approved for 1 hour of Category 1 CME Credit.  Antidepressant Remission Rates, Safety and Tolerability, 2005.

CME-55    Stahl SM.  Psychopharmacology Academy Audio CD.  A home study program approved for 1 hour of Category 1 CME Credit.  Mood Stabilizers and Atypical Antipsychotics, 2005.

CME-56    Stahl SM.  Psychopharmacology Academy Workbook.  A home study program approved for 3 hours of Category 1 CME Credit.  Treatment Issues for Depression and Bipolar Disorder, 2006.

CME-57    Stahl SM and Nemeroff C.  Distinguishing the Diagnosis and Treatments for Bipolar Mania,  Mixed Mania, and Difficult to Treat Depression Within the Bipolar Spectrum.   A home study DVD program approved for 1.5 hours of Category 1 CME Credit, 2006.

CME-58    Stahl SM and Swift R.  Sages of Psychopharmacology Audio CD.  Bipolar Spectrum and Treatment Issues.  A home study program approved for 1 hour of Category 1 CME Credit, 2006.

CME-59    Stahl SM and Jensen PS.  Sages of Psychopharmacology Audio CD.  ADHD Development and Treatment.  A home study program approved for 1 hour of Category 1 CME Credit, 2006.

CONTINUING MEDICAL EDUCATION HOME STUDY PROGRAMS cont.

CME-60   Stahl SM and Nemeroff CB.  Sages of Psychopharmacology Audio CD.  Bipolar Disorder:  Differential Diagnosis Problems and Novel Treatment Choices in Adults and Children.  A home study program approved for 1 hour of Category 1 CME Credit, 2006.

CME-61   Stahl SM and Cooppan R.  Sages of Psychopharmacology Audio CD.  Merging Psychiatry and Endocrinology:  Screening and Managing Severely Mentally Ill Patients for Metabolic Disorders, 2006.

CME-62   Stahl SM and Ancoli-Israel S.  Sages of Psychopharamcology Audio CD.  Sleep Disorders:  Their Definition and Treatment, 2006.

CME-63   Stahl SM.  Psychopharmacology of ADHD, 2006.

CME-64   Stahl SM  Executive Function and Dysfunction in ADHD, 2006.

CME-65   Stahl SM and Ancoli-Israel S.  Sages of Psychopharmacology Audio CD. Excessive Sleepiness:  Signs, Symptoms and Treatments, 2007.

CME-66   Stahl SM.  Insights into the Diagnosis and Treatment of Bipolar Disorder, 2007.

CME-67   Stahl SM.  Diagnosis and Treatment of Sleep Wake Disorders, 2007.

CME-68   Stahl SM.  Neurobiology of Sleep/Wakefulness and Its Impact on Psychiatric Illness, 2007.

CME-69   Stahl SM.  Neurobiology and Treatment of Alcohol Abuse, 2007.

CME-70   Stahl SM.  Linking Symptoms to Circuits in ADHD, 2007.

CME-71   Stahl SM and Schwartz T.  Psychopharmacology of Executive Dysfunction in Mental Illness, 2007.

CME-72   Stahl SM.  Controversies and Tips for Managing Difficult Cases of Bipolar Disorder, 2008.

CME-73   Stahl SM and Cutler AJ.  Identifying and Treating All Aspects of Fibromyalgia: A New Look Into A Painful Syndrome: Deconstructing the Syndrome of Fibromyalgia, 2008.

CME-74   Stahl SM and Cutler AJ.  Differentiating, Dosing, and Combining Mood Stabilizing Drugs: Dosing Atypical Antipsychotics as Mood Stabilizers, 2008.

CME-75   Stahl SM and Cutler AJ.  Differentiating, Dosing, and Combining Mood Stabilizing Drugs: Classes of Mood Stabilizers, 2008.

CME-76   Stahl SM and Weinberger D.  Insights on Personalized Medicine: Is

CONTINUING MEDICAL EDUCATION HOME STUDY PROGRAMS cont.

Pharmacogenetics the Wave of the Future?, 2008.

CME-78   Cutler A, Ball S and Stahl SM.  Dosing Atypical Antipsychotics. 2008.

CME-79   Stahl SM.  Signal Transduction and Targets of Psychopharmacological Drug Action: Transporters and G Protein-Linked Receptors, 2009.

CME-80   Stahl SM.  Chemical Neurotransmission, 2009.

CME-81   Stahl SM.  Stahl's Essential Psychopharmacology, 3rd Edition, 2009.

CME-82   Stahl SM and Cutler AJ.  Differentiating, Dosing and Combining Mood Stabilizing Drugs:  Rationally Combining Mood Stabilizers for Optimum Outcomes, 2009.

CME-83   Stahl SM and Cutler AJ.  Identifying and Treating All Aspects of Fibromyalgia: Management of All Fibromyalgia Symptoms, 2009.

CME-84   Stahl SM and Cutler AJ.  Identifying and Treating All Aspects of Fibromyalgia: Pain, Depression and Sleep, 2009.

CME-85   Stahl SM.  Black Box Warnings: Implications for Clinical Practice, Antidepressants, and Suicide. Part 1: Neurobiology of Suicidality and Mechanisms of Antidepressant Medications, 2009.

CME-86    Stahl SM.  Black Box Warnings: Implications for Clinical Practice, Antidepressants, and Suicide. Part 2: Activation, Agitation, and Mania: Symptoms or Antidepressant Side Effects?, 2009.

CME-87   Stahl SM.  Black Box Warnings: Implications for Clinical Practice, Antidepressants, and Suicide. Part 3: Depression Treatment and Suicide Rates Following the Black Box Warnings, 2009.

CME-88   Stahl SM.  Confessions of a Psychopharmacologist:  Prescribing Outside the Bureaucratic Lines 2010.

CME-89   Stahl SM and Cutler AJ.  Sages of Psychopharmacology, From Clinical Trials to Clinical Practice:  Recent Developments in Antipsychotic Therapy, 2010.

CME-90   Stahl SM and Cutler AJ.   Sages of Psychopharmacology Webinar, Contemporary Treatment of Schizophrenia, 2010.

CME-91   Stahl SM. Depression Session: New Treatment Progression, 2010.

CME-92   Stahl SM.  Antipsychotics as Multifunctional Drugs Across the Mental Health Spectrum: From Psychosis to Bipolar Disorder, Unipolar Depression and Beyond, 2010.

## SELF-INSTRUCTIONAL MULTIMEDIA CD-ROM

CD-ROM-1      Stahl SM.  Psychopharmacology of Noradrenaline, An Animated
              Powerpoint Presentation for Speakers and Lecturers In
              Psychopharmacology, 1999.

CD-ROM-2      Stahl SM.  Psychopharmacology of Noradrenaline and Reboxetine.
              selective noradrenaline reuptake inhbitor.  An animated, powerpoint
              Presentation for speakers and lecturers, 2001.

CD-ROM-3      Stahl SM.  Bridging the Gap to Wellness.  An animated, case-based
              Powerpoint presentation for speakers on the psychopharmacology of
              depression and generalized anxiety disorder, 2001.

CD-ROM-4      Stahl SM.  Depression and Anxiety Powerpoint Library.  An animated,
              case-based resource center of 241 slides on depression, anxiety and
              their psychopharmacologic treatments, 2001.

CD-ROM-5      Stahl SM.  Psychopharmacology of Energy and Fatigue.  An animated,
              powerpoint presentation for speakers and lecturers, 2002.

CD-ROM-6      Stahl SM.  Symptoms and Circuits:  A Brain Game.  Interactive program
              For students, residents, and prescribers, 2003.

CD-ROM-7      Stahl SM  Deconstructing Syndromes into Symptoms:  Emphasizing Mood,
              Fatigue, Concentration and Sleepiness, 2004.

CD-ROM-8      Stahl SM.  Neurobiology of Depression Slides.  A powerpoint
              presentation for students, residents and prescribers, 2008

CD-ROM-9      Stahl SM.  Mechanism of Action of L-methylfolate as a Trimonoamine
              Modulator:  Potential Therapeutic Role in Depression, 2008

CD-ROM-19     Stahl SM.  Methylated Spirits:   Role of Methylation in the Cognitive and
              Negative Symptoms of Schizophrenia and L-Methylfolate as a Novel
              Treatment Strategy, 2011.

## TEXTBOOKS OF PSYCHOPHARMACOLOGY

(TB-1)    Stahl SM.  Essential Psychopharmacology. Cambridge University Press, New York, 1996.

(TB-2)    Stahl SM.  Psychopharmacology of Antidepressants.  Martin Dunitz Press, London and Mosby, New York, 1997.

(TB-3)    Stahl SM.  Psychopharmacology of Antipsychotics. Martin Dunitz Press, London, 1999.

(TB-4)    Stahl SM.  Essential Psychopharmacology, 2nd Edition, Cambridge University Press, New York, 2000.

(TB-5)    Stahl SM.  Essential Psychopharmacology of Depression and Bipolar Disorder, Cambridge University Press, New York, New York, 2000.

(TB-6)    Stahl SM.  Essential Psychopharmacology of Antipsychotics and Mood Stabilizers, Cambridge University Press, New York, New York, 2002.

(TB-7)    Stahl SM.  Essential Psychopharmacology:  The Prescribers Guide.  Cambridge University Press, New York, New York, 2005.

(TB-8)    Stahl SM.  Illustrated Insights – Sleep:  Excessive Sleepiness. NEI Press, Carlsbad, CA  2005.

(TB-9)    Stahl SM.  Essential Psychopharmacology:  The Prescribers Guide Revised.2nd edition, Cambridge University Press, New York, New York, 2006.

(TB-10)  Stahl SM.  Essential Psychopharmacology:  The Prescribers Guide of Antipsychotics and Mood Stabilizers.  Cambridge University Press, New York, New York, 2006.

(TB-11)  Stahl SM.  Essential Psychopharmacology:  The Prescribers Guide of Antidepressants.  Cambridge University Press, New York, New York, 2006.

(TB-12) Stahl SM.  Stahl's Essential Psychopharmacology, 3rd Edition.  Cambridge University Press,  New York, 2008.

(TB-13)  Stahl SM.  Stahl's Essential Psychopharmacologoy of Depression and Bipolar Disorder.  Cambridge University Press, New York, 2008.

(TB-14)  Stahl SM.  Stahl's Essential Psychopharmacology of Antipsychotics and Mood Stabilizers.  Cambridge University Press, New York, 2008.

(TB-15)  Stahl SM.  Stahl's Illustrated:  Antipsychotics, Cambridge University Press, New York, New York  2009.

(TB-16)  Stahl SM.  Essential Psychopharmacology:  The Prescribers Guide 3rd

Edition          TEXTBOOKS OF PSYCHOPHARMACOLOGY cont.

Cambridge University Press, New York, New York, 2009.

(TB-17)  Stahl SM.  Stahl's Illustrated:  Antidepressants.  Cambridge University Press, New York, New York 2009.

(TB-18)  Stahl SM.  Stahl's Ilustrated:  Mood Stabilizers.  Cambridge University Press, New York, New York 2009.

(TB-19)  Stahl SM.  Stahl's Illustrated:  Chronic Pain and Fibromyalgia.  Cambridge University Press, New York, New York  2009.

(TB-20)  Stahl SM.  Stahl's Illustrated:  Attention Deficit Hyperactivity Disorder.  Cambridge University Press, New York, New York  2009.

(TB-21)  Stahl SM.  Essential Psychopharmacology:  The Prescribers Guide of Antidepressants, 2nd Edition.  Cambridge University Press, New York, New York, 2009.

(TB-22)  Stahl SM.  Essential Psychopharmacology:  The Prescribers Guide of Antipsychotics and Mood Stabilizers, 2nd Edition.  Cambridge University Press, New York, New York, 2009.

(TB-23)  Stahl SM and Davis RL.  Best Practices for Medical Educators.  NEI Press, 2009.

(TB-24)  Stahl SM.  Stahl's Illustrated:  Antipsychotics, 2nd Edition, Cambridge University Press, New York, New York, 2010.

(TB-25)  Stahl SM.  Stahl's Illustrated:  Anxiety and PTSD, Cambridge University Press, NewYork,  2010.

(TB-26)  Stahl SM.  Essential Psychopharmacology Prescribers Guide 4th Edition, Cambridge University Press, London, 2011.

(TB-27)  Stahl SM.  Essential Psychopharmacology Case Studies.  Cambridge University Press, London, 2011.

(TB-28)  Stahl SM and Davis RL.  Best Practices for Medical Educators, 2nd Edition.  Cambridge University Press, 2011

(TB-29)  Stahl SM.  Stahl's Self Assessment Examination in Psychiatry:  Multiple Choice Questions for Clinicians.  Cambridge University Press, 2012.

(TB-30)  Stahl SM and Grady M.  Stahls Illustrated:  Drug Abuse and Disorders of Impulsivity.  Cambridge University Press, New York, 2012.

(TB-31)  Stahl SM.  Stahls Essential Psychopharmacology, 4th Edition.  Cambridge University Press, New York, 2013.

TEXTBOOKS OF PSYCHOPHARMACOLOGY cont.

(TB-32)   Stahl SM.  <u>Stahls Essential Psychopharmacology:  the Prescribers Guide, 5th
          Edition</u>.  Cambridge University, New York, 2014.

(TB-33)   Stahl SM and Morrissette DA,.  <u>Stahl's Illustrated:  Violence: Neural Circuits</u>,
          Genetics and Treatment, Cambridge University Press, New York, 2014.

(TB-34)   Stahl SM, <u>The Stahl Neuropsychopharmacology Masterclass: Mood Disorders</u>,
          Cambridge University Press, Cambridge, UK, 2015.

(TB-35)   Stahl SM, <u>The Stahl Neuropsychopharmacology Masterclass: Antidepressant</u>s,
          Cambridge University Press, Cambridge, UK, 2015

(TB-36)   Stahl SM.  And Schwartz T, <u>Essential Psychopharmacology Case Studies</u>.
          Cambridge University Press, Volume 2, Cambridge, 2016.

(TB-37)   Stahl SM.  <u>Stahl's Self-Assessment Examination in Psychiatry:  Multiple Choice
          Questions for Clinicians</u>.  2nd edition, Cambridge University Press, 2016.

(TB-38)   Stahl SM and Morrissette DA.   <u>Stahls Illustrated: Sleep and Wake Disorders</u>,
          Cambridge University Press, New York, 2016

(TB-39)   Stahl SM.  <u>Stahl's Essential Psychopharmacology: The Prescribers Guide, 6th
          Edition</u>.  Cambridge University, New York, 2017.

(TB-40)   Stahl SM.  <u>Stahl's Essential Psychopharmacology: The Prescribers Guide –
          Children and Adolescents</u>, Cambridge University Press, 2018

(TB-41)   Stahl SM, Morrissette DA, <u>Stahl's Illustrated Dementia</u>, Cambridge University
          Press, 2018

(TB-42)   Stahl SM, <u>Stahl's Essential Psychopharmacology: The Prescriber's Guide to
          Antipsychotics</u>, Cambridge University Press, 2018

(TB-43)   Stahl SM.  <u>Stahl's Self-Assessment Examination in Psychiatry: Multiple Choice
          Questions for Clinicians</u>, Cambridge University Press, 2019

(TB-44)   Meyer, JM, Stahl SM, <u>Stahl's Handbooks – The Clozapine Handbook</u>,
          Cambridge University Press, 2020

EDITED BOOKS

(EB-1)    Stahl SM, Iversen SD and Goodman EC (Eds).  <u>Cognitive Neurochemistry:</u>
<u>Assessment Techniques and Research Strategies for Understanding the</u>
<u>Pharmacologic Basis of Human Neuropsychology</u>.  Oxford University Press,
Oxford, 1987.

(EB-2)    Stahl SM, Gastpar M, Keppel Hesselink JM and Traber J (Eds). <u>Serotonin 1A</u>
<u>Receptors in Depression and Anxiety</u>.  Raven Press, New York, 1992.

(EB-3)    Stein DJ, Lerer B and Stahl SM.  (Eds).  <u>Evidence Based Psychopharmacology.</u>
Cambridge University Press, New York, 2005.

(EB-4)    Beyer CE and Stahl SM.  (Eds.)  Next Generation Antidepressants, Cambridge
University Press, Cambridge, UK, 2010.

(EB-5)    Silberstein SD, Marmura MJ and Stahl SM (Ed).  <u>Essential Neuropharmacology</u>,
<u>The Prescribers Guide</u>, Cambridge University Press, Cambridge UK, 2010.

(EB-6)    Kalali A, Kwentus J, Preskorn S, Stahl SM (Eds), <u>Essential CNS Drug</u>
<u>Development</u>,  Cambridge University Press, New York, 2012

(EB-7)    Stein DJ, Lerer B, Stahl SM (Eds), <u>Essential Evidence Based</u>
<u>Psychopharmacolgy, 2nd Edition,</u>  Cambridge University Press, New York, 2012

(EB-8)    Pappagallo M, Smith H and Stahl SM.  <u>Essential Pain Pharmacology</u>:
<u>Prescribers Guide</u>.  Cambridge University Press, New York, 2012.

(EB-9)    Stahl SM and Moore BA.  (Eds)  Anxiety Disorders:  <u>A Concise Guide and</u>
<u>Casebook for Psychopharmacology and Psychotherapy Integration</u>.  Routledge
Press, New York, 2013.

(EB-10)  Reis de Oliveira I , SchwartzT and Stahl SM.  <u>Integrating Psychotherapy and</u>
<u>Psychopharmacology</u>.  Routledge Press, New York 2014.

(EB-11)  Zohar J, Stahl S, Moller H-J, Blier P, Kupfer D, Yamawaki S, Uchida H, Spedding
M, Goodwin G, Nutt D, <u>Neuroscience Based Nomenclature</u>, Cambridge University
Press, Cambridge, UK, 2014

(EB-12)  Silberstein, SD, Marmura MJ, Hsiangkuo Y, Stahl SM, <u>Essential</u>
<u>Neuropharmacology, The Prescribers Guide, 2nd Edition</u>, 2016, Cambridge
University Press, New York.

(EB-13)   Warburton KD and Stahl SM, <u>Violence in Psychiatry</u>, Cambridge University
Press, 2016

(EB-14)   Marazzitti D and Stahl SM, <u>Evil, Terrorism and Psychiatry</u>, Cambridge University
Press, 2019

PRESENTATIONS AND ABSTRACTS (2012-PRESENT)

**(Total of 1337 presentations plus 231 published abstracts from 1970 through 2012)**

PRESENTATIONS AND ABSTRACTS (1)

2013        Stahl SM.  Emerging Personalized Medicine in Mental Health:  Targeting Treatments for Depression.  Personalized Medicine World Conference, Mountain View, CA  January 28, 2013.

2013        Stahl SM.  From Symptoms to Circuits in Psychopharmacology:  Imaging Brain Circuits and Applying Pharmacogenomics in Modern Clinical Practice.  West Coast Geriatric Psychiatry Conference, San Diego, CA  Feb. 20-213, 2013.

2013        Stahl SM.  Depression:  Deeper Evaluation of Symptoms and Neurobiology. New York, New York,  March 5, 2013

2013        Stahl SM.  From Symptoms to Circuits in Psychopharmacology:  Imaging Brain Circuits and Applying Pharmacogenomics in Modern Clinical Practice.  Mt. Sinai School of Medicine, Department of Psychiatry, New York, New York, March 5, 2013.

2013        Stahl SM.  Depression:  Deeper Evaluation of Symptoms and Neurobiology. Chicago, Illinois, March 6, 2013.

2013        Stahl SM.  Depression:  Deeper Evaluation of Symptoms and Neurobiology. Dallas, Texas, March 20, 2013

2013        Stahl SM.  The Mechanism of Action of Atypical Antipsychotics in Bipolar Mania: Are There Any Meaningful Differences?  London, United Kingdom, April 15, 2013.

2013        Stahl SM.  The Mechanism of Action of Atypical Antipsychotics in Bipolar Mania: Are There Any Meaningful Differences?  Birmingham, United Kingdom, April 16, 2013.

2013        Stahl SM .  Glutamate:  The Emerging Frontier of Psychopharmacology for Schizophrenia and Mood Disorders.  Birmingham, United Kingdom, April 16, 2013.

2013        Stahl SM. Master Class:  Latest Advances in Psychopharmacology, Cambridge, United Kingdom, April 18-20, 2013.

2013        Stahl SM.  Optimizing Care for Patients with Schizophrenia, Zagreb, Croatia, May 7, 2013.

2013        Stahl SM.  Advancing the Care and Optimizing the Treatment, Dubai, UAE, May 10, 2013.

PRESENTATIONS AND ABSTRACTS (2)

2013        Stahl SM.  Challenges and Opportunities in Schizophrenia Treatment.
            American Psychiatric Association Annual Meeting, San Francisco, CA
            May 19, 2013

2013        Stahl SM.   Emerging Personalized Medicine in Mental Health:  Targeting
            Treatments for Depression.  American Psychiatric Association Annual Meeting,
            San Francisco, CA  May 19, 2013.

2013        Stahl SM.  Frontiers in Neuroscience, San Francisco, CA  May 20, 2013.

2013        Stahl SM.  What is a 21st Century Neurobiologically Empowered Psychiatrist?
            Lessons from Crime Scene Investigators.  American Psychiatric Association
            Annual Meeting, San Francisco, CA  May 21, 2013.

2013        Stahl SM.  Mood Disorders:  A Lifespan Perspective, honoring the contributions of
            Lewis L. Judd, M.D.  May 23, 2013, San Diego, CA.

2013        Stahl SM.  Neurobiological mechanisms mediating the treatment effect in bipolar
            Disorder.  3rd International Congress on Neurobiology and Psychopharmacology.
            Athens, Greece.  Webcast May 31, 2013.

2013        Stahl SM.  Stahl's Essential Psychopharmacology 4th Edition Master Course,
            Part 1, Carlsbad, CA  June 7-9, 2013.

2013        Stahl SM.  Master Class in Depression, Rio  de Janeiro, Brazil, June 14, 2013.

2013        Stahl SM.  Psychoses, Bipolar Disorders and Cardiometabolic Risk:  Office
            Systems for Assessment and Treatment.  Chicago, Illinois, June 25, 2013.

2013        (A-233)  Maxwell NM, Nevin RL, Stahl SM, Block J, Shugarts S, Wu A, Dominy S,
            Alonso M, Blanco S, Kappelman-Culver S, Lee-Messer C and Maldonado J.  A 16
            Year Old Girl with Acute and Prolonged Psychosis following Chloroquine Toxicity
            and Polypsychopharmacology:  Utility of Personalized Pharmacogenetic Testing.
            Up Close and personalized Conference, Paris, France, July 25-28, 2013.

2013        (A-234)   Burton B, Feigenbaum A, Grant M, Hendren R, Singh R, Stahl SM, Zhang
            C and Prasad S.  Neuropsychiatric Outcomes in PKU Patients with ADHD
            Symptoms Treated with Sapropterin:  Results from the Randomized Controlled PKU
            ASCEND Trial.  12th International Congress of Iborn Errors of Metabolism (ICIEM),
            September 3-6, 2013, Barcelona, Spain.

2013        Stahl SM.  Depression:  Deeper Evaluation of Symptoms and Neurobiology.
            Los Angeles, CA , September 17, 2013.

2013        Stahl SM.  The Psychopharmacology of Violence.  Orange County Psychiatric
            Association, Irvine, California, September 18, 2013.

PRESENTATIONS AND ABSTRACTS (3)

2013    Stahl SM.  Stahl's Essential Psychopharmacology 4th Edition Master Course, Part 2, Carlsbad, CA  Sept. 20-22, 2013.

2013    Stahl SM.  NEI Psychopharmacology Clinical Update: Antipsychotics and ADHD. Carlsbad, CA  September 27, 2013.

2013    Stahl SM.  Treatment of Anxiety-Depression Continuum: Biological and Pharmacological Basis.   ECNP Congress, Barcelona, Spain, October 7, 2013.

2013    Stahl SM. The new nomenclature in action: D2 antagonists and D2 partial agonist. ECNP Congress, Barcelona, Spain, October 7, 2013.

2013    Stahl SM.  Depression – From Symptoms to Circuits – Disease State and Neurobiology.  Depression Network Speaker Training, Chicago, Illinois, November 8-9, 2013

2013    Stahl SM.  Bipolar Depression: Presentation, diagnosis and Treatment in the Outpatient Psychiatry Practice Setting.  Chicago, Illinois, November 6, 2013.

2013    Stahl SM.  It's Personal:  Genotyping to Improve Patient Outcomes.  NEI Psychopharmacology Congress, Colorado Springs, Colorado, November 14-17, 2013.

2013    Stahl SM.  Looking to the Horizon:  Novel Agents in Development for the Treatment Of Depression.  NEI Psychopharmacology Congress, Colorado Springs, Colorado, November  14-17, 2013.

2013    Stahl SM.  Impulsive and Compulsive Disorders.  NEI Psychopharmacology Congress, Colorado Springs, Colorado, November 14-17, 2013.

2013    Stahl SM.  Improving Outcomes in Schizophrenia:  Long-acting Depots and Long-term Treatment.  NEI Psychopharmacology Congress, Colorado Springs, Colorado, November 14-17, 2013.

2013    Stahl SM.  Depression-From Symptoms to Circuits-Disease State and Neurobiology.  Depression Network Speaker Training, Dallas, Texas, November 22-23, 2013.

2013    Stahl SM.  Unveiling a new treatment option for MDD in Adults.  Dallas, Texas, December 5, 2013.

2014    Stahl SM, Cutler A and Culpepper L.  Illuminating Advances in the Treatment of Major Depressive Disorder.  Satellite Broadcast, January 30, 2014.

2014    Stahl SM.  Brintellix:  Key Clinical Points.  Las Vegas, Nevada, February 25, 2014.

34

PRESENTATIONS AND ABSTRACTS (4)

2014      Stahl SM.  Master Class:  Latest Advances in Psychopharmacology, Clare College,
          Cambridge, UK.  April 3-5, 2014.

2014      Stahl SM.  Neurosciences 277:  Depression:  Antidepressants, UCSD Resident
          Lecture , April 10, 2014.

2014      Stahl SM.   Advances in Managing the Side Effects of Psychotropic Medications.
          American Psychiatric Association Annual Meeting, New York, New York, May 6,
          2014.

2014      Stahl SM.  Depression-From Symptoms to Circuits – Disease State and Neuro-
          Biology.  Chicago, Illinois, June 13, 2014.

2014      Stahl SM.  Depression – From Symptoms to Circuits – Disease State and Neuro-
          Biology.   Dallas, Texas  June 27, 2014.

2014      Stahl SM.  An Update of Psychopharmacology, October 15, 2014.  London, UK.

2014      Stahl SM.  The New Mission of Forensic Mental Health Systems:  Assessment and
          Treatment of Violence.  October 17, 2014, Institute of Psychiatry, London, UK.

2014      Stahl SM. Aripiprazole Once Monthly and the paradigm shift in schizophrenia
          treatment. October 20, 2014. Berlin, Germany.

2014      Stahl SM.  Pharmacology-based nomenclature:  a joint ECNP, CINP, ACNP and
          AsCNP Task Force. From antipsychotic to D2 antagonists and D2 partial agonists.
          October 21, 2014, 27th ECNP Congress, Berlin, Germany.

2014      Stahl SM.  Agomelatine: A Novel Antidepressant Exploiting Synergy between
          Monoaminergic and Melatonergic Properties, October 28, 2014.  Satellite
          Presentation, Carlsbad, California.

2014      Stahl SM.  Expert Seminar  in Psychopharmacology: Schizophrenia.  November 3,
          2014, London, UK.

2014      Stahl SM.  Expert Seminar in Psychopharmacology:  Schizophrenia.  November 5,
          2014, Birmingham, UK.

2014      Stahl SM.  Expert Seminar in Psychopharmacology:  Schizophrenia.  November 6,
          2014, Leicestershire, UK

2014      Stahl SM.   Overview of Latuda (lurasidone) and Patient Case Studies.  CMHP
          Satellite Broadcast, November 7, 2014, Leicestershire, UK.

2014      Stahl SM.  Nature vs. Nurture:  Epigenetics and Personalized Medicine.  NEI
          Psychopharmacological Congress, November 13-16, 2014, Colorado Springs, CO.

PRESENTATIONS AND ABSTRACTS (5)

2014    Stahl SM.  Binge Eating as an Impulsive-Compulsive Disorder:  Neurobiological
        Links to Addiction.  NEI Psychopharmacological Congress, November 13-16, 2014,
        Colorado Springs, CO.

2014    Stahl SM.  Serotonin Receptors and Serotonergic Drugs.  NEI
        Psychopharmacological Congress, November 13-16, 2014, Colorado Springs, CO.

2014    Warburton K and Stahl SM.  Addressing agitation and Aggression in Patients with
        Mental Illness.  NEI  Psychopharmacological Congress, November 13-16, 2014,
        Colorado Springs, CO.

2014    (A-235)     Koenig G, Townsend M, Stoiljkovic M, Leventhal L, Tang C, Hurst R,
        Piser T, Chen T, Hilt D, Majos M, Stahl S and Flood D.  Bridging the gap between
        alpha-7 receptor priming and cognitive enhancement in the clinic and in pre-clinical
        animal models.  ACNP 53rd Annual Meeting, December, 10, 2014, Phoenix, AZ.

2015    Stahl SM. Half Day Workshop on Forensic Violence, January 16, 2015, Worcester,
        MA.

2015    Stahl SM. Tricks of the Trade: Treatment of Resistant Mood, Anxiety or Psychotic
        Disorders. Psychopharmacology, 2015: A Master Class, April 24-25, 2015, Harvard
        Psychopharmacology Course, Boston, MA.

2015    Stahl SM. Differentiating BRINTELLIX: Clinical Perspectives, May 1, 2015, Chicago,
        IL.

2015    Stahl SM. Nature vs. Nurture: Epigenetics and Personalized Medicine, May 7, 2015,
        Abu Dhabi.

2015    Stahl SM.  Expert Seminar in Psychopharmacology:  Schizophrenia, May 26,
        2015, Birmingham, UK

2015    Stahl SM.  Expert Seminar in Psychopharmacology:  Schizophrenia, May 26,
        2015, Leeds, UK

2015    Stahl SM. Forensic Violence: Psychopharmacology, Carstairs High Security
        Hospital, May 28, 2015, Carstairs, Scotland.

2015    Stahl SM.  Expert Seminar in Psychopharmacology:  Schizophrenia, July 26, 2015,
        Bristol, UK

2015    Stahl SM, British Association of Psychopharmacology Satellite Symposium:
        Optimising care in Schizophrenia: The Challenge of Treating Early Non-
        Responders, July 27, 2015, Bristol, UK.

2015    Stahl SM. Psychopharmacology of Violence, Broadmoor High Security Hospital,
        July 28, 2015, Crowthorne, Berkshire, UK.

PRESENTATIONS AND ABSTRACTS (6)

2015    Stahl SM.  Expert Seminar in Psychopharmacology:  Schizophrenia, July 29, 2015, London, UK

2015    Stahl SM.  Expert Seminar in Psychopharmacology:  Schizophrenia, July 31, 2015, London, UK

2015    Stahl SM.  New Developments in Schizophrenia Treatment: Emerging Role of D2 Partial Agonists. ECNP Congress, August 29 – September 1, 2015, Amsterdam, Holland.

2015    Stahl SM. Reducing Confusion Naming Antipsychotics: Pharmacology, Non-Clinical Target for Nomenclature. ECNP Congress, September 1, 2015, Amsterdam, Holland.

2015    Stahl SM. Department of State Hospitals: CAL – VAT (Violence Treatment) Guidelines, September 16, 2015, Western Psychiatric State Hospital Association, Provo, UT.

2015    Stahl SM. Schizophrenia Pharmacotherapy – Current Landscape, September 18, 2015, Dallas, TX.

2015    Stahl SM. Osher Lecture, Shell Shock, UCSD, October 15, 2015, San Diego, CA.

2015    Stahl SM. Overview of Psychopharmacology: Managing Antidepressants and Antidepressant Side Effects, UCSD, October 26, 2015, San Diego, CA.

2015    Stahl SM.  Expert Seminar in Psychopharmacology:  Schizophrenia.  November 4, 2015, Manchester, UK.

2015    Stahl SM.  Expert Seminar in Psychopharmacology:  Schizophrenia.  November 6, 2015, Belfast, Ireland.

2015    Stahl SM. Basic Neuroscience: From Circuits to Symptoms, NEI Psychopharmacological Congress, November 12-15, 2015, Orlando, FL.

2015    Stahl SM. One Neurotransmitter to Rule Them All: The Serotonin Network, NEI Psychopharmacological Congress, November 12-15, 2015, Orlando, FL.

2015    Stahl SM. Binge Eating and Other Eating Disorders, NEI Psychopharmacological Congress, November 12-15, 2015, Orlando, FL.

2015    Stahl SM. Shell Shock Lecture, NEI Psychopharmacological Congress, November 12-15, 2015, Orlando, FL.

2015    Stahl SM. Presentation on Gepirone Mechanism of Action, Gepirone FDA Advisory Committee Meeting, December 1, 2015, Washington, DC.

PRESENTATIONS AND ABSTRACTS (7)

2016     Stahl SM. Overview of Psychopharmacology and Managing Antipsychotic and Antidepressant Side Effect, UCSD Department of Psychiatry Grand Rounds, January 5, 2016, San Diego, CA.

2016     Stahl SM. Shell Shock Lecture, UCSD Department of Psychiatry Grand Rounds, January 14, 2016, San Diego, CA.

2016     Stahl SM. Depression, Its Impact, and the Importance of Recognition and Treatment, February 11, 2016, New York, NY.

2016     Stahl SM. Expert Seminar in Psychopharmacology – Schizophrenia, February 20, 2016, Melbourne, Australia.

2016     Stahl SM. Stahl's Essentials on the Psychopharmacology of Valdoxan: A prescribers Guide, February 21, 2016, Melbourne, Australia.

2016     Stahl SM. Identification & Considerations in Pseudobulbar Affect (PBA), February 24, 2016, Los Angeles, CA.

2016     Stahl SM. Identification & Considerations in Pseudobulbar Affect (PBA), March 2, 2016, New York, NY.

2016     Stahl SM. Hope on the Horizon: An update to the Early Detection and Treatment of Alzheimer's Disease, March, 5, 2016, Jersey City, NJ.

2016     Stahl SM. Dangerous Liaison: Understanding the Connection Between Violence and Mental Illness, March 6, 2016, Jersey City, NJ.

2016     Stahl SM. Depression, Its Impact, and the Importance of Recognition and Treatment, March 8, 2016, Los Angeles, CA.

2016     Stahl SM. Expert Panel – Mock Board for Primavanserin in Parkinson Disease Psychosis, March 16, 2016, San Diego, CA.

2016     Stahl SM. Innovative Treatment of Resistant Psychiatric Disorders, Psychopharmacology, 2016: A Master Class, April 1-2, 2016, Harvard Psychopharmacology Course Boston, MA.

2016     Stahl SM. NUEDEXTA Interactive Evening Symposium, April 12, 2016, Phoenix, AZ.

2016     Stahl SM. Neuropsychopharmacology Lecture on Antidepressants, UCSD, April 28, 2016, San Diego, CA.

2016     Stahl SM. NUEDEXTA Interactive Evening Symposium, May 3, 2016, Dallas, TX.

PRESENTATIONS AND ABSTRACTS (8)

2016    Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, May 4, 2016, Dallas, TX.

2016    Stahl SM. Beyond Laughter & Tears: A Journey of Hope, APA, May 13, 2016, Atlanta, GA.

2016    Stahl SM. The Story Behind Going Global: Whither Medical Affairs, APA, May 13, 2016, Atlanta, GA.

2016    Stahl SM. David A. Mrazek Memorial Lecture and Award: Psychiatric Pharmacogenomics, APA, May 16, 2016, Atlanta, GA.

2016    Stahl SM. Treating the Hallucinations and Delusions Associated with Parkinson's Disease Psychosis, May 16, 2016, Atlanta, GA.

2016    Stahl SM. Using Fiction to Tell the Story of Aktion T4, APA, May 16, 2016, Atlanta, GA.

2016    Stahl SM. Using Neuroscience Based Nomenclature to Classify Antipsychotics by Pharmacological Mechanisms, APA, May 17, 2016, Atlanta, GA.

2016    Stahl SM. Is it Depression or Something More, May 17, 2016, Atlanta, GA.

2016    Stahl SM. Treating the Hallucinations and Delusions Associated with Parkinson's Disease Psychosis, May 17, 2016, Atlanta, GA.

2016    Stahl SM. Depression, Its Impact, and the Importance of Recognition and Treatment, May 18, 2016, New York, NY.

2016    Stahl SM. Depression, Its Impact, and the Importance of Recognition and Treatment, June 10, 2016, Chicago, IL.

2016    Stahl SM. The Neurotransmitter to Rule All: The Serotonin Network, June 25, 2016, Dallas, TX.

2016    Stahl SM. Depression, Its Impact, and the Importance of Recognition and Treatment, June 27, 2016, San Francisco, CA.

2016    Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, July 14, 2016, Los Angeles, CA.

2016    Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, July 18, 2016, Depew, NY.

PRESENTATIONS AND ABSTRACTS (9)

2016     Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, July 19, 2016, Amherst, NY.

2016     Stahl SM. NUEDEXTA Interactive Evening Symposium, July 19, 2016, Pittsburgh, PA.

2016     Stahl SM. Depression, Its Impact, and the Importance of Recognition and Treatment, July 20, 2016, Philadelphia, PA.

2016     Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, July 21, 2016, Allentown, PA.

2016     Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, July 21, 2016, Philadelphia, PA.

2016     Stahl SM. Impulsion & Compulsions: Modern Neurochemistry and Pharmacological Approaches, August, 5, 2016, Sao Paulo, Brazil.

2016     Stahl SM. Biomarkers of Psychiatric Illnesses, August 6, 2016, Sao Paulo, Brazil.

2016     Stahl SM. Psychopharmacology of Traumatic Brain Injury, Camp Pendleton, Navy Psychiatry Department, August 26, 2016, Camp Pendleton, CA

2016     Stahl SM. Depression, Its Impact, and the Importance of Recognition and Treatment, September 6, 2016, Baltimore, MD.

2016     Stahl SM. Future of Psychopharmacology: Is New Treatment Innovation Still Alive, Johns Hopkins Grand Rounds, September 6, 2016, Baltimore, MD.

2016     Stahl SM. Psychopharmacology of Violence, Northern Virginia Mental Health Institute, September 7, 2016, Falls Church, VA.

2016     Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, September 7, 2016, Bathesda, MD.

2016     Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, September 8, 2016, Orland Park, IL.

2016     Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, September 8, 2016, Oaklawn, IL.

PRESENTATIONS AND ABSTRACTS (10)

2016    Stahl SM. Expert Neurology and Psychiatry Perspectives, September 8, 2016, Chicago, IL.

2016    Stahl SM. From Clinical to Functional Remission in Depression: How big is the Gap, ECNP, September, 18, 2016, Vienna, Austria.

2016    Stahl SM. What is New In Psychosis and How is that Reflected in Neuroscience Based Nomenclature, September 20, 2016, Vienna, Austria.

2016    Stahl SM. Expert Neurology and Psychiatry Perspectives: Treating the Hallucinations and Delusions Associated with Parkinson's Disease Psychosis, September 27, 2016, San Francisco, CA.

2016    Stahl SM. Expert Neurology and Psychiatry Perspectives, October 6, 2016, New York, NY.

2016    Stahl SM. Treat the Mind, Respect the Body, October 21, 2016, Sydney, Australia.

2016    Stahl SM. Achieving Efficacy While Maintaining Neurological Side Effects in Patients with Psychiatric Illness, October 23, 2016, Sydney, Australia.

2016    Stahl SM. Shared Decision Making and Treating Strategy in Major Depressive Disorder, October 23, 2016, Sydney, Australia.

2016    Stahl SM. Treat the Mind, Respect the Body, October 25, 2016, Brisbane, Australia.

2016    Stahl SM. Future of Psychopharmacology: Is New Treatment Innovation Still Alive, PsychU Virtual Forum, November 1, 2016, Carlsbad, CA.

2016    Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, November 2, 2016, Denver, CO.

2016    Stahl SM. Violent Means: When Mental Illness and Aggressive Behavior Collide, November 3, 2016, Colorado Springs, CO.

2016    Stahl SM. Opioid Therapy is Associated with Abuse and Misuse: Tips to Manage in Your Practice, November 3, 2016, Colorado Springs, CO.

2016    Stahl SM. Mood Disorders: A "Spectrum" Analysis, November 4, 2016, Colorado Springs, CO.

2016    Stahl SM. Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, November 7, 2016, Coral Gables, FL.

PRESENTATIONS AND ABSTRACTS (11)

2016      Stahl SM. Effective Treatment Option for Adults with Schizophrenia and Acute
          Manic or Mixed Episodes Associated with Bipolar I Disorder, November 8, 2016,
          Miami, FL.

2016      Stahl SM. Innovative Treatments for Resistant Psychiatric Disorders, Tricks of the
          Trade, University of Miami, Grand Rounds, November 9, 2016, Miami, FL.

2016      Stahl SM. Expert Seminar in Psychopharmacology: Schizophrenia, November 11,
          2016, Stockholm, Sweden.

2016      Stahl SM. Expert Seminar in Psychopharmacology: Schizophrenia, November 14,
          2016, Lausanne, Switzerland.

2016      Stahl SM. Expert Seminar in Psychopharmacology: Schizophrenia, November 16,
          2016, Lucerne, Switzerland.

2016      Stahl SM. Expert Seminar in Psychopharmacology: Schizophrenia, November 18,
          2016, Dundee, Scotland.

2016      Stahl SM. Expert Seminar in Psychopharmacology: Schizophrenia, November 21,
          2016, London, UK.

2016      Stahl SM. Expert Seminar in Psychopharmacology: Schizophrenia, November 23,
          2016, Glasgow, Scotland.

2017      Stahl SM. Arbor Pharmaceuticals Unbranded ADHD Videos, January 3, 2017,
          Carlsbad, CA

2017      Stahl SM. Valdoxan's Efficacy on Functional Remission: The Point of View of the
          Pharmacologist, International Webinar, January 18, 2017, Carlsbad, CA

2017      Stahl SM. Using Atypical Antipsychotic Receptor Pharmacology Principles to Guide
          Switching to Pimavanserin, January 20, 2017, San Diego, CA

2017      Stahl SM. Treating the Hallucinations and Delusions Associated with Parkinson's
          Disease Psychosis, January 25, 2017, Los Angeles, CA

2017      Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute
          Manic or Mixed Episodes Associated with Bipolar I Disorder, February 1, 2017, Las
          Vegas, NV

2017      Stahl SM. One Neurotransmitter to Rule Them All: The Serotonin Network,
          February 18, 2017, Lisbon, Portugal

2017      Stahl SM. Combining Serotonergic Antidepressant Mechanisms to Attain Best
          Outcomes, February 18, 2017, Lisbon, Portugal

PRESENTATIONS AND ABSTRACTS (12)

2017     Stahl SM. Pharmacotherapy for PTSD and Its Comorbidities, International Society for the Study of Women's Sexual Health, February 23, 2017, Atlanta, GA

2017     Stahl SM. Psychopharmacology of Tardive Dyskinesia, Teva Advisory Board, February 25, 2017, Atlanta GA

2017     Stahl SM. Opioid Pharmacology: Mu and Kappa, March 3, 2017, Boston, MA

2017     Stahl SM. More Than Just Mood – The Neurobiology of Major Depressive Disorder, Pain, and Antidepressant Action, March 11, 2017, Yokohama, Japan

2017     Stahl SM. More Than Just Mood – The Neurobiology of Major Depressive Disorder, Pain, and Antidepressant Action, March 12, 2017, Tokyo, Japan

2017     Stahl SM. Depression, Japan Web Lecture and Video, March 13, 2017, Tokyo, Japan

2017     Stahl SM. Symptoms, Circuits, Neurotransmitters and the Antipsychotic Armamentarium, Janssen International Webinar, Portugal, March 15, 2017, San Diego, CA

2017     Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, March 16, 2017, Chicago, IL

2017     Stahl SM. An Effective Treatment Option for Adults with Schizophrenia and Acute Manic or Mixed Episodes Associated with Bipolar I Disorder, March 16, 2017, Rosemont, IL

2017     Stahl SM. Treating the Hallucinations and Delusions Associated with Parkinson's Disease Psychosis, March 24, 2017, Santa Barbara, CA

2017     Stahl SM. Treating the Hallucinations and Delusions Associated with Parkinson's Disease Psychosis, March 24, 2017, Santa Barbara, CA

2017     Stahl SM. Serotonin Receptor Pharmacology, ACADIA Speaker Training, April 1, 2017, Dallas, TX

2017     Stahl SM. All day course on psychopharmacology for psychiatric residents, Shepherd Pratt, April 6, 2017, Baltimore, MD

2017     Stahl SM. The Future of Psychopharmacology: Is Pharmacogenomics Relevant? Psychopharmacology, 2017: A Master Class, April 7-8, 2017, Harvard Psychopharmacology Course Boston, MA.

2017     Stahl SM. Serotonin Receptor Pharmacology, ACADIA Speaker Training, April 8, 2017, Denver, CO

PRESENTATIONS AND ABSTRACTS (13)

2017     Stahl SM. Parkinson's Disease Psychosis, New York, NY

2017     Stahl SM. Neuronal Networks in ADHD, Shire Scout Expert Meeting, April 15, 2017, Boston, MA

2017     Stahl SM. One Neurotransmitter to Rule Then All: The Serotonin Network, UCSD Grand Rounds, April 27, 2017, San Diego, CA

2017     Stahl SM. Addressing Aggression in Patients with Mental Illness, UCSD Case Conference, April 27, 2017, San Diego, CA

2017     Stahl SM. Depression Network, Takeda Speaker Training, April 29, 2017, Dallas, TX

2017     Stahl SM. Eating Disorders, NEI Synapse, May 5, 2017, Washington, DC

2017     Stahl SM. So You Think It's Depression? Making a Differential Diagnosis, NEI Synapse, May 6, 2017, Washington, DC

2017     Stahl SM. Treatment Strategies for Mixed Depression, NEI Synapse, May 6, 2017, Washington, DC

2017     Stahl SM.  Dementia, NEI Synapse, May 7, 2017, Washington, DC

2017     Stahl SM. Using Neuroscience Based Nomenclature to Classify Drugs for Psychosis by Pharmacological Mechanisms, Presidential Session, APA, May 20, 2017, San Diego, CA

2017     Stahl SM. Depression, Its Impact, and the Importance of Recognition and Treatment, APA, May 21, 2017, San Diego, CA

2017     Stahl SM. Treatment Advances in Parkinson's Disease Psychosis: Transforming the Standard of Care for Hallucinations and Delusions, APA, May 23, 2017, San Diego, CA

2017     Stahl SM. Treatment Lab: To Treat of Not to Treat, APA, May 23, 2017, San Diego, CA

2017     Stahl SM. Pharmacology Concepts Underlying the Use of Medications for Psychosis, Indian Psychiatric Association, May 27, 2017, New Delhi, India

2017     Stahl SM. How to Use Medications for Psychosis in Clinical Practice Including Combinations and Augmentation Strategies, Indian Psychiatric Association, May 28, 2017, New Delhi, India

2017     Stahl SM. ACADIA Video shoot, Parkinson's Psychosis, June 2, 2017, Carlsbad, CA

PRESENTATIONS AND ABSTRACTS (14)

2017    Stahl SM. Shell Shock Lecture, Brain Behavior and Emotion Congress, June 14,
        2017, Porto Alegre, Brazil

2017    Stahl SM. Strategies of the Treatment of Refractory Depression, Brain Behavior and
        Emotion Congress, June 15, 2017, Porto Alegre, Brazil

2017    Stahl SM. Pressing Interfaces Between Neurology and Psychiatry, Brain Behavior
        and Emotion Congress, June 16, 2017, Porto Alegre, Brazil

2017    Stahl SM. Are All Serotonin Norepinephrine Reuptake Inhibitors (SNRIs) the Same?
        Brain Behavior and Emotion Congress, June 16, 2017, Porto Alegre, Brazil

2017    Treatment of Violence: Rational Targeting of Symptoms in Circuits Utilizing High
        Dosing and Polypharmacy for Treatment Resistance, Department of State
        Hospitals, June 18, 2017, Sacramento, CA

2017    Stahl SM. Expert Seminar in Psychopharmacology: Schizophrenia, June 26, 2017,
        Bern, Switzerland

2017    Stahl SM. Expert Seminar in Psychopharmacology: Schizophrenia, June 28, 2017,
        Zwolle, Netherlands

2017    Stahl SM. Expert Seminar in Psychopharmacology: Schizophrenia, June 30, 2017,
        Amsterdam, Netherlands

2017    Stahl SM. Deuteration for CNS Compounds, Concert Advisory Board, July 11, 2017,
        Boston, MA

2017    Stahl SM. Tardive Dyskinesia, Teva Ad Board, July 14-15, 2017, Houston, TX

2017    Stahl SM. Great debates on optimizing treatment for major depressive disorder,
        Expert Science Exchange, September 3, 2017, ECNP, Paris, France

2017    Stahl SM. The Depressed Patient's Perspective in Achieving Remission, Servier
        Satellite Symposium, September 3, 2017, ECNP, Paris, France

2017    Stahl SM. Managing Serotonergic Antidepressant Mechanisms to Attain Best
        Outcomes, September 15, 2017, Bern, Switzerland

2017    Stahl SM. One Neurotransmitter to Rule Them All: The Serotonin Network,
        September 15, 2017, Bern, Switzerland

2017    Stahl SM. Serotonin Network, Grand Rounds, University of Zurich, September 16,
        2017, Zurich, Switzerland

2017    Stahl SM. Expert Seminar in Psychopharmacology: Schizophrenia, September 26,
        2017, Helsinki, Finland

PRESENTATIONS AND ABSTRACTS (15)

2017    Stahl SM. Expert Seminar in Psychopharmacology: Schizophrenia, September 28, 2017, Oslo, Norway

2017    Stahl SM. Expert Seminar in Psychopharmacology: Schizophrenia, October 2, 2017, Copenhagen, Denmark

2017    Stahl SM. Future of Psychopharmacology: Is New Treatment Innovations Dead or Alive? October 3, 2017, Copenhagen, Denmark

2017    Stahl SM. The Curious Mystery of Dopamine and Its Receptors, October 10, 2017, Boston, MA

2017    Stahl SM. Effective Message Delivery: Using Communication Science to Tell the Medical Education Story, Alkermes, October 11, 2017, Boston, MA

2017    Stahl SM. Parkinson's Disease Psychosis, October 12, 2017, Boston, MA

2017    Stahl SM. Tardive Dyskinesia and Pharmacology of VMAT 2 Inhibitors, Teva Speaker Training, October 13, 2017, Salt Lake City, Utah

2017    Stahl SM. ABILIFY MAINTENA As a Maintenance Monotherapy Treatment Option for Adults with Bipolar Disorder, October 25, 2017, Los Angeles, CA

2017    Stahl SM. ABILIFY MAINTENA As a Maintenance Monotherapy Treatment Option for Adults with Bipolar Disorder, October 26, 2017, Phoenix, AZ

2017    Stahl SM. The Curious Mystery of Dopamine and Its Receptors, November 1, 2017, Atlanta, GA

2017    Stahl SM. Recognition of Inadequate Treatment Response in Major Depressive Disorder (MDD) and a Potential Option for Adjunctive Therapy, November 2, 2017, New York, NY

2017    Stahl SM. Role of 5H2A Receptors in the Pharmacology of Alzheimer's Disease Psychosis, Clinical Trials in Alzheimer's Disease Meeting, November 3, 2017, Boston, MA

2017    Stahl SM. The Curious Mystery of Dopamine and Its Receptors, November 7, 2017, Dallas, TX

2017    Stahl SM. What to Do When Nothing Else Works, NEI Congress, November 9, 2017, Colorado Springs, CO

2017    Stahl SM. The Age of Personalized Medicine: The Role of Pharmacogenetics, NEI Congress, November 9, 2017, Colorado Springs, CO

PRESENTATIONS AND ABSTRACTS (16)

2017    Stahl SM. Differential Diagnosis of Depressive States, NEI Congress, November 10, 2017, November 10, 2017, Colorado Springs, CO

2017    Stahl SM. Successful Aging as the Brain Changes: This is Your Brain on Life, NEI Congress, November 10, 2017, Colorado Springs, CO

2017    Stahl SM. Recognition of Inadequate Treatment Response in Major Depressive Disorder (MDD) and a Potential Option for Adjunctive Therapy, November 15, 2017, Los Angeles, CA

2017    Stahl SM. Shell Shock, University of Pisa, Italy, November 21-November 27, 2017

2017    Stahl SM. The Future of Psychopharmacology: Is Treatment Innovation Dead or Alive? Italian Mental Health Research Foundation, Lucca, Italy, November 27, 2017

2017    Stahl SM. Recognition of Inadequate Treatment Response in Major Depressive Disorder (MDD) and a Potential Option for Adjunctive Therapy, November 28, 2017, Philadelphia, PA

2017    Stahl SM. ABILIFY MAINTENA As a Maintenance Monotherapy Treatment Option for Adults with Bipolar Disorder, November 29, 2017, New York, NY

2017    Stahl SM. Treating the Hallucinations and Delusions Associated with Parkinson's Disease Psychosis, December 5, 2017, Palm Desert, CA

2017    Stahl SM. Efficacy of Cariprazine in Patients with Bipolar Depression and Mixed Features: Post Hoc Analysis of a Randomized, Double-blind, Placebo-Controlled Phase II Trial, American College of Neuropsychopharmacology Meeing, December 6, 2017, Palm Desert, CA

2018    Stahl SM. Basic Neuroscience of Neurotransmitter Neural Networks: Using the Serotonin Network as an Example of How One Neurotransmitter Can Rule Them All, January 27, 2018, Southern California Psychiatric Association branch of the American Psychiatric Association, Los Angeles, CA

2018    Stahl SM. Treating the Hallucinations and Delusions Associated with Parkinson's Disease Psychosis, February 8, 2018, San Diego, CA

2018    Stahl SM. Treatment Resistant Psychosis, Napa State Hospital, January 30, 2018, Napa, CA

2018    Stahl SM. Role of Serotonin in Psychosis, Virtual Advisory Board, February 2, 2018, San Diego, CA

2018    Stahl SM. Parkinson's Disease Psychosis, February 8, 2018, La Jolla, CA

PRESENTATIONS AND ABSTRACTS (17)

2018    Stahl SM. Advances in Managing the Side Effects of Antipsychotics, February 19, 2018, Brisbane, Australia

2018    Stahl SM. Advances in Managing the Side Effects of Antipsychotics, February 20, 2018, Sydney, Australia

2018    Stahl SM. Advances in Managing the Side Effects of Antipsychotics, World Psychiatric Association Meeting, February 22, 2018, Melbourne, Australia

2018    Stahl SM. Famine or Feast? The New Generation of Antipsychotic Treatments, World Psychiatric Association Meeting, February 26, 2018, Melbourne, Australia.

2018    Stahl SM. Does a "Whiff" Mean Treatment with an Atypical Antipsychotic and Not an Antidepressant? World Psychiatric Association Meeting, February 26, 2018, Melbourne, Australia

2018    Stahl SM. Switching Antipsychotics, World Psychiatric Association Meeting, World Psychiatric Association Meeting, February 26, 2018, Melbourne, Australia

2018    Stahl SM. The Curious Mystery of Dopamine and Its Receptors, March 8, 2018, Los Angeles, CA

2018    Stahl SM. Neuropharmacology of Anxiety Disorders, European Webcast to Brazil, March 8, 2018

2018    Stahl SM. Neuropharmacology of Psychosis, March 9, 2018, Denver, CO

2018    Stahl SM. Beyond Serotonin: The Serotonin Network Shows How Each Transmitter Rules Them All, Turkish Psychiatry Summit, March 17, 2018, Antalya, Turkey

2018    Stahl SM. What Do You Do When Nothing Else Works? Turkish Psychiatry Summit, March 17, 2018, Antalya, Turkey

2018    Stahl SM. How to Switch Antipsychotics, Turkish Psychiatry Summit, March 17, 2018, Antalya, Turkey

2018    Stahl SM. Comparing the Pharmacology and Clinical Perspective of Antipsychotics: Which One Should You Choose?  March 18, 2018, Ismir, Turkey

2018    Stahl SM. Comparing the Pharmacology and Clinical Perspective of Antipsychotics: Which One Should You Choose?  March 19, 2018, Ankara, Turkey

2018    Stahl SM. Comparing the Pharmacology and Clinical Perspective of Antipsychotics: Which One Should You Choose?  March 20, 2018, Istanbul, Turkey

2018    Stahl SM. Depression, Its Impact, and the Importance of Recognition and Treatment, March 28, 2018, Los Angeles, CA

PRESENTATIONS AND ABSTRACTS (18)

2018    Stahl SM. UCSD Grand Rounds, Adult ADHD, April 12, 2018, La Jolla, CA

2018    Stahl SM. Neuropharmacology of Dementia, April 13, 2018, Denver, CO

2018    2018   Stahl SM. The Curious Mystery of Dopamine and Its Receptors, April 18, 2018, Tampa, FL

2018    Stahl SM. Neurobiology for the Practicing Clinician, Psychopharmacology, 2018: A Master Class, Harvard Psychopharmacology Course, April 20, 2018, Boston, MA

2018    Stahl SM. Newer "Trick of the Trade"; What to do When Nothing Works for Treatment Resistant Psychiatric Disorders, Psychopharmacology, 2018: A Master Class, Harvard Psychopharmacology Course, April 20, 2018, Boston, MA

2018    Stahl SM. Losing a Patient to Suicide: A Panel Discussion, NEI Synapse, April 22, 2018, Las Vegas, NV

2018    Stahl SM. OMG-enomics! When Psychopharmacology Gets Personal, NEI Synapse, April 22, 2018, Las Vegas, NV

2018    Stahl SM. Efficacy of Cariprazine in Patients With Bipolar Depression and Mixed Features: Post Hoc Analysis of a Randomized, Double-blind, Placebo-Controlled Phase II Trail, CPNP, April 22-25, 2018, Indianapolis, IN.

2018    Stahl SM. Mechanism of Action of Dextromethorphan – Bupropion Combination, April 24, 2018, New York, NY

2018    Stahl SM. Rationale for Dextromethorphan – Bupropion Combination in Alzheimer's Agitation and Treatment Resident Depression, April 28, 2018, Phoenix, AZ

2018    Stahl SM. The Curious Mystery of Dopamine and Its Receptors, May 3, 2018, Nashville, TN

2018    Stahl SM. The Curious Mystery of Dopamine and Its Receptors, American Psychiatric Association Annual Meeting, May 5, 2018, New York, NY

2018    Stahl SM. DAT's So Cool! Balancing Neuronal NET-works in ADHD, American Psychiatric Association Annual Meeting, May 6, 2018, New York, NY

2018    Stahl SM. A Personalized Approach to the Treatment of Depression and Anxiety Based on Symptom Profiles, May 8, 2018, New York, NY

2018    Stahl SM. Translating Experience from other Neuropsychiatric Disorders, May 12, 2018, Montreal, Canada

2018    Stahl SM. Mood Disorders: A Spectrum Analysis, UCSD Lecture, May 22, 2018, San Diego, CA

PRESENTATIONS AND ABSTRACTS (19)

2018    Stahl SM. An Update on the Cognitive Deficits of Depression, WebEx, May 23, 2018, San Diego, CA

2018    Stahl SM. An Update on the Cognitive Deficits of Depression, WebEx, May 31, 2018, San Diego, CA

2018    Stahl SM. Neuropharmacology of Tardive Dyskinesia, June 1, 2018, Dallas, TX

2018    Stahl SM. Neurobiology and Treatment of Resistance, DSH Mental Health Forum, June 7, 2018, Sacramento, CA

2018    Stahl SM. More Than Just Mood – The Neurobiology of Major Depressive Disorder, Pain and Antidepressant Action, June 22, 2018, Porto Alegre, Brazil

2018    Stahl SM. What Do You Do for Treatment Resistance in Psychiatry: When Nothing Works and Nothing is Tolerated, June 22, 2018, Porto Alegre, Brazil

2018    Stahl SM. Pharmacology of Antipsychotics and Introducing Lurasidone, June 22, 2018, Porto Alegre, Brazil

2018    Stahl SM. The Curious Case of Dopamine and Its Receptors, June 23, 2018, Porto Alegre, Brazil

2018    Stahl SM. Optimizing Care for Patients with Schizophrenia, June 30, 2018, Bucharest, Romania

2018    Stahl SM. How to Improve the Chances of a Complete Recovery in Depression: Good Pharmacology and Bad Math, July 1, 2018, Madrid, Spain

2018    Stahl SM. Parkinson's Disease Psychosis, July 30, 2018, Solana Beach, CA

2018    Stahl SM. Treatment Resistant Depression, DSH Patton, August 21-23, 2018, Patton, CA

2018    Stahl SM. The Curious Mystery of Dopamine and Its Receptors, September 5, 2018, Seattle, WA

2018    Stahl SM. An Adjunctive Treatment Option for Adult Patients With Major Depressive Disorder (MDD) With an Inadequate Response to Antidepressants, September 6, 2018, Chicago, IL

2018    Stahl SM. The Path to Recovery in Major Depressive Disorder; Role of Efficacy Tolerability and How to Switch and Combine Antidepressant Mechanisms, September 17, 2018, Capetown, South Africa

2018    Stahl SM. Combining Mechanisms of Action to Target Cognitive Impairment in Major Depressive Disorder, September 22, 2018, Pretoria, South Africa

PRESENTATIONS AND ABSTRACTS (20)

2018    Stahl SM. Beyond Serotonin: The Serotonin network Shows How Each Neurotransmitter Rules Them All, September 22, 2018, Pretoria, South Africa

2018    Stahl SM. Mood Disorders: A Spectrum Analysis, September 22, 2018, Pretoria, South Africa

2018    Stahl SM. New Drugs and New Concepts in the Second Edition of Neuroscience Based Nomenclature, European College of Neuropsychopharmacology, October 7, 2018, Barcelona, Spain

2018    Stahl SM. Pathways to Recovery: Matching Symptoms with Brain Circuits for Personalized Treatment of Major Depressive Disorder, European College of Neuropsychopharmacology, October 7, 2018, Barcelona, Spain

2018    Stahl SM. Dopamine Antagonists or Partial Antagonists: Which to Favor and the Role of Dopamine Receptor Subtypes, European College of Neuropsychopharmacology, Barcelona, Spain, October 7, 2018

2018    Stahl SM. Comparing the Pharmacology and Pharmacokinetics of Antipsychotics: Choosing and Antipsychotic Dosing in Long Acting Injectables, Laza Lazarevic National Congress of Hospital Psychiatry, October 11, 2018, Belgrade, Serbia

2018    Stahl SM. An Adjunctive Treatment Option for Adult Patients With Major Depressive Disorder (MDD) With an Inadequate Response to Antidepressants, October 22, 2018, Houston, TX

2018    Stahl SM. The Curious Mystery of Dopamine and Its Receptors, October 23, 2018, New Orleans, LA

2018    Stahl SM. Emerging Mechanisms and Treatments of Depression, American Psychiatric Nurses Association Annual Meeting, October 24, 2018, Columbus, OH

2018    Stahl SM. The Future of Psychopharmacology, Atascadero State Hospital, October 30, 2018, Atascadero, CA

2018    Stahl SM. Spotlight on Serotonin: Serotonin Dysfunction in Parkinson's Disease and Psychosis, November 5, 2018, Seattle, WA

2018    Stahl SM. Anxiety Disorders in Children, NEI Child and Adolescent Academy, Congress, November 7, 2018, Orlando, FL

2018    Stahl SM. Psychosis in Children, NEI Child and Adolescent Academy, NEI Congress, November 7, 2018, Orlando, FL

2018    Stahl SM. Alcohol Use Disorder: Treatment in the Context of Mental Illness, NEI Congress, November 8, 2018, Orlando, FL

PRESENTATIONS AND ABSTRACTS (21)

2018    Stahl SM. Modifiable Rick Factors and Early Detection: The Sight, Smell, Sound, Taste, and Touch of Dementia, NEI Congress, November 8, 2018, Orlando, FL

2018    Stahl SM. Avoiding Nursing Home Placement: Treatment of Secondary Behavioral Symptoms of Dementia, NEI Congress, November 8, 2018, Orlando, FL

2018    Stahl SM. Keeping up With the Clinical Advances: Depression, NEI Congress, November 8, 2018, Orlando, FL

2018    Stahl SM. From Unipolar to Bipolar to Mixed: Update on Mood Disorders and Their Treatments, November 19, 2018, Lucca, Italy

2018    Stahl SM. The Future of Psychiatry: How Precision Medicine Will Personalize the Selection of a Treatment for Each Individual, November 21, 2018, address at the Italian Parliament, Rome, Italy

2018    Stahl SM. One Neurotransmitter to Rule Them All: The Serotonin Network, November 22, 2018, Vatican University, Rome, Italy

2018    Stahl SM. From Unipolar to Bipolar to Mixed: Update on Mood Disorders and Their Treatments, November 23, 2018, Sicily, Italy

2018    Stahl SM. Lurasidone for the Treatment of Major Depressive Disorder with Mixed Features: Results of a 12-Week Open Label Extension Study, Society of Mental Health Research Annual Conference, November 28-30, 2018, Queensland, Australia

2018    Stahl SM. Cariprazine Efficacy in Bipolar I Depression with and Without Concurrent Manic Symptoms: Post Hoc Analysis of 3 Randomized, Placebo-Controlled Studies, ACNP, December 2, 2018, Hollywood, FL

2019    Stahl SM. The Curious Mystery of Dopamine and Its Receptors: Learning about D3 and D1 receptors as well as D2 receptors and their clinical relevance, Napa State Hospital, January 16, 2019, Napa, CA

2019    Stahl SM. Primavanserin Mechanism of Action and Mechanism of Disease, ACADIA Advisory Board, January 21, 2019, San Diego, CA

2019    Stahl SM. What to Do When Nothing Works, UCSD Grand Rounds, January 24, 2019, San Diego, CA

2019    Stahl SM. The Curious Mystery of Dopamine and Its Receptors: Learning about D3 and D1 receptors as well as D2 receptors and their clinical relevance, Coalinga State Hospital, January 29, 2019, Coalinga, CA

PRESENTATIONS AND ABSTRACTS (22)

2019    Stahl SM. The Curious Mystery of Dopamine and Its Receptors: Learning about D3 and D1 receptors as well as D2 receptors and their clinical relevance, Atascadero State Hospital, January 30, 2019, Atascadero, CA

2019    Stahl SM. Achieving Recovery in Opioid Use Disorder: A Guide to Prescribing Medication Assisted Treatment, Grand Rounds, California Department of State Hospital, February 6, 2019, Sacramento, CA

2019    Stahl SM. PTSD: Pathophysiology and Psychopharmacologic Targets, Otsuka / Lundbeck Advisory Board, February 8, 2019, New York, NY

2019    Stahl SM. Pathophysiology of Tardive Dyskinesia, Teva Speaker Training, February 12, Las Vegas, NV

2019    Stahl SM. Dopamine, serotonin and glutamate hypotheses for psychosis in Alzheimer's, Parkinson's and Schizophrenia, Patton State Hospital, February 19, 2019, Patton, CA

2019    Stahl SM. Dopamine, serotonin and glutamate hypotheses for psychosis in Alzheimer's, Parkinson's and Schizophrenia, Metro State Hospital, February 21, 2019, Los Angeles, CA

2019    Stahl SM. Antipsychotics and Their Usage – Schizophrenia, Major Depressive Disorder, and Bipolar Disorder, Neuroscience Education Institute Synapse, February 12, 2019, Las Vegas, NV

2019    Stahl SM. EPS and TD from the Psychiatrist's Perspective, Neuroscience Education Institute Synapse, February 12, 2019, Las Vegas, NV

2019    Stahl SM. Tardive Dyskinesia in Different Settings of Care, Neuroscience Education Institute Synapse, February 12, 2019, Las Vegas, NV

2019    Stahl SM. Dopamine, serotonin and glutamate hypotheses for psychosis in Alzheimer's, Parkinson's and Schizophrenia, Patton State Hospital, February 19, 2019, San Bernardino, CA

2019    Stahl SM. Dopamine, serotonin and glutamate hypotheses for psychosis in Alzheimer's, Parkinson's and Schizophrenia, Metropolitan State Hospital, February 20, 2019, Norwalk, CA

2019    Stahl SM. The Curious Mystery of Dopamine and Its Receptors, February 28, 2019, Chandler, AZ

2019    Stahl SM. Keeping Up with the Clinical Advances I: Treatment of Depression, March 16, 2019, Antalya, Turkey

PRESENTATIONS AND ABSTRACTS (23)

2019    Stahl SM. Keeping Up with the Clinical Advances II: Treatment of Schizophrenia, March 16, 2019, Antalya, Turkey

2019    Stahl SM. Case Challenges for Chronic Mental Disorders, March 16, 2019, Antalya, Turkey

2019    Stahl SM. The Curious Mystery of Dopamine and Its Receptors, March 26, 2019, Louisville, KY

2019    Stahl SM. The Curious Mystery of Dopamine and Its Receptors, March 27, 2019, Lansing, MI

2019    Stahl SM. Psychopharmacological Treatment of the Difficult to Treat Patients with OCD and Borderline Personality Disorder, Psychopharmacology, 2019: A Master Class, Harvard Psychopharmacology Course, March 29, 2019, Boston, MA

2019    Stahl SM. Newest " Tricks of the Trade": What To Do When Nothing Works For the Treatment of Resistant Psychiatric Disorders, Psychopharmacology, 2019: A Master Class, Harvard Psychopharmacology Course, March 29, 2019, Boston, MA

2019    Stahl SM. Where Serotonin Ends: Novel Mechanisms of Antidepressants, NEI Synapse, April 26, 2019, Asheville, NC

2019    Stahl SM. Does DSM5 Adequately Capture Depression with Mixed Features, NEI Synapse, April 26, 2019, Asheville, NC

2019    Stahl SM. Tardive Dyskinesia, Teva Webcast, May 13 – 15, 2019

2019    Stahl SM. When Why and How to Integrate Pharmocogenetics Testing into Clinical Practice, American Psychiatric Association Annual Meeting, Genomind, May 17, 2019, San Francisco, CA

2019    Stahl SM. Exploring the Role of Norepinephrine in Modulating Dopamine and Seratonin active in Symptoms of Major Depresive Disorder, Schizophrenia and Bipolar Disorder, American Psychiatric Association Annual Meeting, May 19, 2019, San Francisco, CA

2019    Stahl SM. What Does Precision Medicine Promise for Psychiatric Treatment? American Psychiatric Association Annual Meeting, May 20, 2019, San Francisco, CA

2019    Stahl SM. Psychopharmacology and Ethnicity, American Psychiatric Association Annual Meeting, May 20, 2019, San Francisco, CA

2019    Stahl SM. Cariprazine Efficacy in Patients With Bipolar Depression and Concurrent Manic Symptoms, American Psychiatric Association Annual Meeting, May 21, 2019, San Francisco, CA

PRESENTATIONS AND ABSTRACTS (24)

2019    Stahl SM. Parkinson's Disease Psychosis, May 21, 2019, San Francisco, CA

2019    Stahl SM: Dopamine, Serotonin and Glutamate - Hypotheses for psychosis in Alzheimer's, Parkinson's and Schizophrenia, Congress on Brain Behavior and Emotions, June 7, 2019, Brasilia, Brazil

2019    Stahl SM: Long-acting Injectable Antipsychotics: Shall the Last Be First, Congress on Brain Behavior and Emotions, June 7, 2019, Brasilia, Brazil

2019    Stahl SM: New Evidence of desvenlafaxine, Congress on Brain Behavior and Emotions, June 8, 2019, Brasilia, Brazil

2019    Stahl SM. Psychopharmacology of Diversion from the Criminal Justice System, DSH Forum, June 11, 2019, San Francisco, CA

2019    Stahl SM. The Curious Mystery of Dopamine and Its Receptors, Allergan Faculty Training, June 15, 2019, Miami, FL

2019    Stahl SM. Cariprazine in Bipolar Depression, Allergan VRAYLAR Launch Sales Meeting, June 18, 2019, Miami, FL

2019    Stahl SM. Cariprazine in Bipolar Depression, Allergan Speaker Training, June 22, 2019, Miami, FL

2019    Stahl SM. The Neurobiology, Diagnosis, and Management of Bipolar I Disorder, June 24, 2019, Bethesda, MD

2019    Stahl SM. The Neurobiology, Diagnosis, and Management of Bipolar I Disorder, June 25, 2019, Nashville, TN

2019    Stahl SM. The Neurobiology, Diagnosis, and Management of Bipolar I Disorder, July 8, 2019, New Orleans, LA

2019    Stahl SM. The Neurobiology, Diagnosis, and Management of Bipolar I Disorder, July 9, 2019, Las Vegas, NV

2019    Stahl SM. The Neurobiology, Diagnosis, and Management of Bipolar I Disorder, July 11, 2019, San Francisco, CA

2019    Stahl SM. The Neurobiology, Diagnosis, and Management of Bipolar I Disorder, July 15, 2019, Boston, MA

2019    Stahl SM. The Neurobiology, Diagnosis, and Management of Bipolar I Disorder, July 16, 2019, St. Louis, MO

PRESENTATIONS AND ABSTRACTS (25)

2019    Stahl SM. The Neurobiology, Diagnosis, and Management of Bipolar I Disorder,
        July 18, 2019, Columbus, OH

2019    Stahl SM. Engage in a Case Through Problem-Based Learning Full-time Student
        Struggles Day-to-Day, July 23, 2019, Houston, TX

2019    Stahl SM. Engage in a Case Through Problem-Based Learning Full-time Student
        Struggles Day-to-Day, July 24, 2019, Tampa, FL

2019    Stahl SM. Engage in a Case Through Problem-Based Learning Full-time Student
        Struggles Day-to-Day, July 25, 2019, Boston, MA

2019    Stahl SM. NbN Neuroscience Based Nomenclature and Medications for Psychosis,
        ECNP, September 8, 2019, Copenhagen, Denmark

2019    Stahl SM. Meet the Expert, Managing MDD Better, ECNP, September 9, 2019,
        Copenhagen, Denmark

2019    Stahl SM. Targeting Mental Health Disorders to Reduce the Burden of Non-
        Communicable Diseases, ECNP, September 9, 2019, Copenhagen, Denmark

2019    Stahl SM: Transition in Schizophrenia: Symptoms, Treatment and Diagnotis
        Challenges from Adolescene to Adulthood, ECNP, September 9, 2019,
        Copenhagen, Denmark

2019    Stahl SM. Norepinephrine in Major Depression and Schizophrenia, October 1,
        Minneapolis, MN

2019    Stahl SM. Norepinephrine in Major Depression and Schizophrenia, October 2,
        Columbus, OH

2019    Stahl SM. Understanding Depression Treatment: From Mechanism to Clinical
        Practice, Asian College of Neuro-Psychopharmacology, October, 11, 2019,
        Fukuoka, Japan

2019    Stahl SM. The Neurobiology, Diagnosis, and Management of Bipolar I Disorder,
        October 17, 2019, Chicago, IL

2019    Stahl SM. Bipolar Spectrum, Diagnosis and Treatment, From Mania to Depression
        and Mixed Features in Between: Don't Use Antidepressants to Treat Depression?
        University of California, San Diego, October 24, 2019, San Diego, CA

2019    Stahl SM. Two Cases: Treatment Resistant OCD and Treatment Resistant
        Borderline Personality Disorder: What To Do When Nothing Works, University of
        California, San Diego, October 24, 2019, San Diego, CA

PRESENTATIONS AND ABSTRACTS (26)

2019    Stahl SM. Three Theories of Psychosis in the Modern Era: Not Just Dopamine, But Serotonin and Glutamate, University of California, San Diego, October 24, 2019, San Diego, CA

2019    Stahl SM. Psychiatric Pharmacogenomics: Cutting Edge, Ahead of its Time or 21st Century Psychiatric Snake Oil? University of California, San Diego, October 24, 2019, San Diego, CA

2019    Stahl SM. The Neurobiology, Diagnosis, and Management of Bipolar I Disorder, November 5, 2019, Denver, CO

2019    Stahl SM. Make No Mix-Take: Depression and Mixed Features in Children and Adolescents, Neuroscience Education Institute Annual Meeting, November 6, 2019, Colorado Springs, CO

2019    Stahl SM. Goodnight Brain: The Science of Healthy Sleep, Neuroscience Education Institute Annual Meeting, November 7, 2019, Colorado Springs, CO

2019    Stahl SM. More Than Meets the Eye: Diagnosing and Treating Bipolar Depression, Neuroscience Education Institute Annual Meeting, November 7, 2019, Colorado Springs, CO

2019    Stahl SM. A Premier on Complementary and Alternative Medicine for Peripartum Depression, Neuroscience Education Institute Annual Meeting, November 8, 2019, Colorado Springs, CO

2019    Stahl SM. Neuropharmacology of Mental Energy, November 20, 2019, Phoenix, AZ

2019    Stahl SM. Brazil Webinar: Differentiating Second Generation Antipsychotics from First Generation Antipsychotics, November 25, 2019

2019    Stahl SM. Evil, Terrorism & Psychiatry: The T4 Project, The European University of Rome and the Vatican University, December 9, 2019

## PUBLICATIONS

1.     1971     Stahl SM, Zeller EA and Boshes B.  On the effect of modulation of
cerebral amine metabolism on the learning and memory of goldfish  (Carassius
auratus). Transactions of the American Neurological  Association 96:310-312, 1971.

2.     1971     Stahl SM, Narotzky R, Boshes B and Zeller EA.  Einfluß des
zerebralen Amin-Stoffwechsels auf das Gedächtnis des Goldfisches.
(Influences of Cerebral amine metabolism on the memory of goldfish). Die
Naturwissenschaften 58:628-629, 1971.

3.     1973     Boshes B, Zeller EA, Arbit J, Blonsky ER, Dolkart M and Stahl SM.
Influence of L-DOPA on selected aspects of learning and performance.  In:
Psycho-Physiological Approach of Behavior.  Department of Neurology and
Biochemistry, Northwestern University-McGrawn Medical Center, Chicago, IL

4.     1973     Narotzky R, Griffit D, Stahl SM, Bondareff W and Zeller EA.  Effect of
Long-Term L-DOPA Administraton of Brain Biogenic Amines and Behavior in the
Rat. Experimental Neurology, Volume 38, No. 2, 218-230.

5.     1974     Meltzer HY and Stahl SM.  Platelet monoamine oxidase  activity and
substrate preferences in schizophrenic patients.  Research
Communications in Chemical Pathology and Pharmacology 7:419-431, 1974.

6.     1974     Spehlmann R and Stahl SM.  Neuronal hyposensitivity to
dopamine in the caudate nucleus depleted of biogenic amines by tegmental
lesions. Experimental Neurology 42(3):703-706, 1974.

7.     1974     Stahl SM, Narotzky RA, Boshes B and Zeller EA. The  effects of
of cerebral amine metabolism on operationally defined learning and
memory processes of goldfish. Biological Psychiatry 9(3):295-323, 1974.   (A.E.
Bennett Basic Research Award paper).

8.     1975     Stahl SM, Daniels AC, Derda D and Spehlmann R.
Injection of 6-hydroxydopamine and hydrogen peroxide into the substantia nigra
and lateral ventricle of the cat:  specific and non-specific effects on striatal
biogenic amines.  Journal of Neurochemistry 24:165-172, 1975.

9.     1975     Schmidt RT, Stahl SM and Spehlmann R.  A pharmacologic
study of the stiff-man syndrome:  correlation of clinical symptoms with urinary 3-
methoxy-4-hydroxy-phenyl glycol excretion.  Neurology 25(7):622-626, 1975.

10.    1975     Drachman DA and Stahl SM.  Extrapyramidal dementia and levodopa.
Lancet I: 809, 1975.

11.    1976     Meltzer HY and Stahl SM.  The dopamine hypothesis of schizophrenia: a
review.  Schizophrenia Bulletin 2(1):19-76, 1976.

PUBLICATIONS (2)

12.	1976	Spehlmann R and Stahl SM.  Dopamine-acetylcholine imbalance in Parkinson's disease:  possible regenerative overgrowth of cholinergic axon terminals.  Lancet I:724-726, 1976.

13.	1976	Stahl SM. The human platelet as a model for the central nervous system amine-containing neuron.  Ph.D. dissertation, Department of Pharmacological and Physiological Sciences Neuropharmacology, University of Chicago, 1976.

14.	1977	Stahl SM and Meltzer HY.  Serotonin accumulation by skeletal muscle.  Experimental Neurology 54:42-53, 1977.

15.	1977	Stahl SM.  The human platelet:  a diagnostic and research tool for the study of biogenic amines in psychiatric and neurologic disorders.  Archives of General Psychiatry 34:509-516, 1977.

16.	1977	Hanley HG, Stahl SM and Freedman DX.  Hyperserotonemia and amine metabolites in autistic and retarded children. Archives of General Psychiatry 34:521-531, 1977.

17.	1978	Stahl SM and Meltzer HY.  A kinetic and pharmacologic analysis of 5-hydroxytryptamine transport by human platelets and platelet  storage granules:  comparison with central serotonergic neurons.  Journal of Pharmacology and Experimental Therapeutics 205(1):118-132, 1978.

18.	1978	Stahl SM and Meltzer HY.  The human platelet as a model for the dopaminergic neuron:  kinetic and pharmacologic properties and the role of amine storage granules. Experimental Neurology 59:1-15, 1978.

19.	1979	Stahl SM, Ellinger G and Baringer JR.  Progressive myelopathy due extramedullary hematopoiesis:  case report and review of the literature.  Annals of Neurology (5):485-489, 1979.

20.	1980	Stahl SM, Johnson KP and Malamud N.  The clinical and pathological spectrum of brain-stem vascular malformations:  long-term course simulates multiple sclerosis.  Archives of Neurology 37:25-29, 1980.

21.	1980	Stahl SM, Layzer RB, Aminoff MJ, Townsend JJ and Feldon SF.  Continuous cataplexy in a patient with a midbrain tumor:  the limp-man syndrome.  Neurology 30:1115-1118, 1980.

22.	1980	Stahl SM and Berger PA.  Physostigmine in Gilles de la Tourette's syndrome.  New England Journal of Medicine 302:298, 1980.

23.	1980	Stahl SM and Berger PA.  Cholinergic treatment in the Tourette syndrome.  New England Journal of Medicine 302(23):1310-1311,1980.

PUBLICATIONS (3)

24.    1980    Stahl SM.  Tardive Tourette syndrome in an autistic patient after long-term neuroleptic administration. American Journal of Psychiatry 137(10):1267-1269, 1980.

25.    1980    Davis KL, Hollister LE, Stahl SM and Berger PA.  Choline chloride in Huntington's disease.  Transactions of the American Neurological Association 105:464-467, 1980.

26.    1981    Stahl SM and Berger PA.  Physostigmine in Tourette syndrome: evidence for cholinergic underactivity. American Journal of Psychiatry 138  (2): 240-242, 1981.

27.    1981    Zelazowski R, Golden CJ, Graber B, Blose IL, Bloch S, Moses JA, Zatz LM, Stahl SM, Osmon DC and Pfefferbaum A. Relationship of cerebral ventricular size to alcoholics' performance on the Luria- Nebraska Neuropsychological Battery.  Journal of Studies on Alcohol 42(9):749-756, 1981.

28.    1981    Stahl SM and Berger PA.  Bromocriptine in dystonia. Lancet II:745, 1981.

29.    1982    Stahl SM, Levin B and Freedman DX.  Serotonin depletion by Fenfluramine in the carcinoid syndrome.  New England Journal of Medicine 306(7):429, 1982.

30.    1982    Stahl SM and Berger PA.  Cholinergic and dopaminergic mechanisms in Tourette syndrome.  In:  Chase TN and Friedhoff AJ (Eds), Gilles de la Tourette Syndrome. Advances in Neurology, Volume 35, Chapter 18, Raven Press, New York, pp. 141-150, 1982.

31.    1982    Stahl SM and Berger PA.  Bromocriptine, physostigmine, and neurotransmitter mechanisms in the dystonias. Neurology 32:889-892,1982.

32.    1982    Stahl SM, Ciaranello RD and Berger PA.  Platelet serotonin in schizophrenia and depression.  In:  Ho BT, Schoolar JC and Usdin E  Eds), Serotonin in Biological Psychiatry, Advances in Biochemical Psychopharmacology, Volume 34, Raven Press, New York, 1982, pp.183-198.

33.    1982    Stahl SM and Berger PA.  Neuroleptic effects in Tourette syndrome predict dopamine excess and acetylcholine deficiency. BiologicalPsychiatry 17(9):1047-1053, 1982.

34.    1982    Stahl SM, Davis KL and Berger PA.  The neuropharmacology of tardive dyskinesia, spontaneous dyskinesia and other dystonias.  Journal of Clinical Psychopharmacology 2(5):321-328, 1982.

PUBLICATIONS (4)

35.    1982    Stahl SM, Yesavage JA and Berger PA.  Pharmacologic characteristics of Meige dystonia:  differentiation from tardive dyskinesia. Journal of Clinical Psychiatry 43(11):445-446, 1982.

36.    1983    Stahl SM, Woo DJ, Mefford IN, Berger PA and Ciaranello RD. Hperserotonemia and platelet serotonin uptake and  release in schizophrenia and affective disorders.  American Journal of Psychiatry 140:26-30, 1983.

37.    1983    Stahl SM and Kasser IS.  Pentazocine overdose.  Annals of Emergency Medicine 12(1):28-31, 1983.

38.    1983    Stahl SM, Lemoine PM, Ciaranello RD and Berger PA. Platelet alpha-2 adrenergic receptor sensitivity in major depressive disorder. Psychiatry Research 10:157-164, 1983.

39.    1984    Stahl SM and Kasser IS.  High-dose naloxone for pentazocine overdose (correspondence).  Annals of Emergency Medicine 13(1):66,1984.

40.    1984    Stahl SM, Berger PA, Newman RP and Lewitt P. Bromocriptine and lisuride in dystonias (correspondence).  Neurology 34:135-136, 1984.

41.    1984    Thornton JE and Stahl SM.  Case report of tardive dyskinesia and Parkinsonism associated with amoxapine therapy.  American Journal of Psychiatry 141(5):704-705, 1984.

42.    1984    Stahl SM and Tinklenberg JR.  Dietary enhancement of CNS neurotransmitters (commentary).  Integrative Psychiatry 2:157-159,1984.

43.    1984    Uhr S, Stahl SM and Berger PA.  Unmasking schizophrenia. VA Practitioner 1:42-47, 1984.

44.    1984    Uhr S, Berger PA, Pruitt B and Stahl SM.  Treatment of Tourette's syndrome with RO22-1319, a D-2 receptor antagonist.  New England Journal of Medicine 311(15):989, 1984.

45.    1984    Stahl SM.  Regulation of neurotransmitter receptors by desipramine and other antidepressant drugs:  the  neurotransmitter receptor hypothesis of antidepressant action.  Journal of Clinical Psychiatry 45(10)(sec.2):37-44, 1984.

46.    1985   Stahl SM.  Serotonin agonists and beta-adrenergic agonists as a treatment for depressive disorder:  a direct clinical application. Psychopharmacology Bulletin 21(1):43-47, 1985.

PUBLICATIONS (5)

47.    1985    Stahl SM.  Platelets as pharmacologic models for the receptors and
       biochemistry of monoaminergic neurons.  In:  Longenecker G (Ed), The Platelets:
       Physiology and Pharmacology, Academic Press, New York 1985, Chapter 13, pp
       307-340.

48.    1985    Stahl SM.  Akathisia and tardive dyskinesia:  changing concepts.
       Archives of General Psychiatry 42:915-917, 1985.  Stahl SM.  Akathisia variants
       and tardive dyskinesia.  Letter to the Editor in Archives of General Psychiatry
       43:1015, 1986.

49.    1985    Stahl SM.  Can CSF measures distinguish among schizophrenia,
       depression, movement disorders, and dementia?  Psychopharmacology
       Bulletin 21(3):396-399, 1985.

50.    1985    Stahl SM.  Peripheral models for the study of neurotransmitter receptors in
       man.  Psychopharmacology Bulletin 21(3):663-671, 1985.

51.    1985    Stahl SM, Thornton JE, Simpson ML, Berger PA and Napoliello MJ.
       Gamma-vinyl-GABA treatment of tardive dyskinesia and other movement
       disorders.  BiologicalPsychiatry 20:888-893, 1985.

52.    1985    Stahl SM.  Approaches nouvelles de la biologie de la depression
       (New approaches to the biology of depression).  Psychiatrie Francophone 1:6-21,
       1985.

53.    1985    Stahl SM, Uhr SB and Berger PA.  Pilot study on the effects of fenfluramine
       on negative symptoms in twelve schizophrenic inpatients.  Biological Psychiatry
       20:1098-1102, 1985.

54.    1985    Stahl SM, Thornton JE and Berger PA.  Gamma-amino-butyric acid
       GABA) and movement disorders:  role of gamma-vinyl-GABA.  In:  Burrows G,
       Norman T and Dennerstein (Eds), Clinical and Pharmacological Studies in
       Psychiatric Disorders, John Libbey, London, 1985, pp. 216-221.  (Vol.5 of
       Biological Psychiatry – New Prospects).

55.    1985    Jernigan TL, Sargent T, Pfefferbaum A, Kusubov N and Stahl SM.
       [18]Fluorodeoxyglucose PET in Schizophrenia.  Psychiatry Research 16:317-329,
       1985.

56.    1985    King R, Faull K, Stahl S, Mefford I, Thiemann S, Barchas J and
       Berger P.  Serotonin and schizophrenia: correlations between
       serotonergic activity and schizophrenic motor behavior.  Psychiatry
       Research 4(3):235-240, 1985.

57.    1986    Grandas-Perez F, Jenner PG, Nomoto M, Stahl S, Quinn NP, Parkes JD,
       Critchley P and Marsden CD.  (+)-4-propyl-9-hydroxynaphthoxazine in Parkinson's
       disease.  Lancet April 19, 1986, 906.

PUBLICATIONS (6)

58.    1986    Uhr SB, Pruitt B, Berger PA and Stahl SM.  Case report of four patients
       with Tourette syndrome treated with piquindone, a $D_2$ receptor antagonist.
       Journal of Clinical Psychopharmacology 6(2):128-130, 1986.

59.    1986    Stahl SM.  Neuropharmacology of movement disorders: comparison of
       spontaneous and drug-induced movement disorders.  In:  Shah NS and Donald AG
       (Eds), Movement Disorders, Plenum Publishing Co., New York, 1986, pp. 1-36.

60.    1986    Stahl SM, Leenders KL and Bowery NG.  Imaging neurotransmitters and
       their receptors in living human brain by positron emission tomography.  Trends in
       Neurosciences 9(6):241-245, 1986.

61.    1986    Uhr SB, Pruitt B, Berger PA and Stahl SM.  Improvement of symptoms
       in Tourette syndrome by piquindone, a novel dopamine-2 receptor antagonist.
       International Clinical Psychopharmacology 1:216-220, 1986.

62.    1986    Stahl SM and Palazidou L.  The pharmacology of depression:  studies
       of neurotransmitter receptors lead the search for biochemical lesions and new drug
       therapies.  Trends in Pharmacological Sciences 7(9):349-354, 1986.

63.    1986    Stahl SM.  Tardive dyskinesia:  natural history studies assist the pursuit of
       preventive therapies.  Psychological Medicine 16:491-494, 1986.

64.    1986    Stahl SM and Kravitz KD.  A critical review of the use of laboratory tests in
       psychiatric disorders.  In: Berger PA and Brodie HKH (Eds), American Handbook of
       Psychiatry, Volume VIII, Basic Books, Inc., New York, 1986, Chapter 35, pp. 1048-
       1084.

65.    1987    Williams JR, Spencer PS, Stahl SM, Borzelleca JF, Nichols W, Pfitzer E,
       Yunis EJ, Carchman R, Opishinski JW and Walford RA. Interactions of aging and
       environmental agents:  the toxicological perspective. In:  Baker SR and Rogul M
       (Eds), Environmental Toxicity and The Aging Processes, Progress in Clinical and
       Biological Research, Vol. 228, Alan R. Liss Inc., New York, 1987,  pp. 81-135.

66.    1987    Nomoto M, Stahl SM, Jenner P and Marsden CD. Antiparkinsonian
       activity of (+)-PHNO in the MPTP-treated common marmoset.  Movement
       Disorders 2(1):37-45, 1987.

67.    1987    Grandas F, Quinn N, Critchley P, Rohan A, Marsden CD and Stahl SM.
       Antiparkinsonian activity of a single oral dose of PHNO. Movement Disorders
       2(1):47-51, 1987.

PUBLICATIONS (7)

68.     1987     Stahl SM.  Needs and opportunities for innovation in psychopharmacology. Journal of the Royal Society of Medicine  80(7):413-417, 1987.

69.     1987     Stahl SM and Wets K.  Indoleamines and schizophrenia. In:  Henn FA and DeLisi LE (Eds), Handbook of Schizophrenia, Vol. 2: Neurochemistry and Neuropharmacology of Schizophrenia, Elsevier Science Publishers B.V., 1987, pp. 257-296.

70.     1987     Cohen JD, Van Putten T, Marder S, Berger PA and Stahl SM.  The efficacy of piquindone, a new atypical neuroleptic, in the treatment of the positive and negative symptoms of schizophrenia. Journal of Clinical Psychopharmacology 7(5):324-329, 1987.

71.     1987     Beer M, Hacker S, Poat J and Stahl SM.  Independent regulation of $\beta_1$-and $\beta_2$-adrenoceptors.  British Journal of Pharmacology 92:827- 834, 1987.

72.     1987     Martin-Iverson MT, Stahl SM and Iversen SD.  Factors determining the behavioural consequences of continuous treatment with 4-propyl-9-hydroxynaphthoxazine, a selective dopamine D2 agonist.  In:  Rose  FC (Ed), Parkinson's Disease:  Clinical and Experimental Advances, John Libbey, London, 1987, pp. 169-177.

73.     1987     Coleman RJ, Grandas-Perez F, Quinn N, Jenner P, Nomoto M, Marsden CD and Stahl SM.  (+)-4-propyl-9-hydroxynaphthoxazine in Parkinson's disease and MPTP models.  In:  Rose FC (Ed), Parkinson's Disease: Clinical and Experimental Advances, John Libbey,  London, 1987, pp. 179-187.

74.     1987     Stahl SM, Beer M, Hacker S, Poat J and Iversen LL. Beta$_1$- and Beta$_2$-adrenoceptor regulation in rat nervous system by chronic treatment with desipramine and beta-adrenoceptor agonists. Psychopharmacology Bulletin 23(3):473-475, 1987.

75.     1987     Cohen JD, Van Putten T, Marder SR and Stahl SM. Treatment of the symptoms of schizophrenia with piquindone:  a new atypical neuroleptic. Psychopharmacology Bulletin 23(3):514-518, 1987.

76.     1987     Reiss AL and Stahl SM.  Inpatient clinical research: its importance in psychiatry and psychopharmacology. In:  Alarcon RD and Walter-Ryan WG (Eds), Psychiatric Medicine 4(4):407-416, 1987.

77.     1988     Stahl SM and Wets KM.  Recent advances in drug delivery technology for neurology.  Clinical Neuropharmacology 11(1):1-17, 1988.

78.     1988     Stahl SM, Jernigan T, Pfefferbaum A and Zatz L.  Brain computerized tomography in subtypes of severe chronic schizophrenia. Psychological Medicine 18:73-77, 1988.

PUBLICATIONS (8)

79.     1988     Beer M, Richardson A, Poat J, Iversen LL and Stahl SM. In vitro
        selectivity of agonists and antagonists for Beta$_1$- and Beta$_2$-adrenoceptor subtypes
        in rat brain. <u>Biochemical Pharmacology</u> 37(6):1145-1151, 1988.

80.     1988     Reiss AL, Harris JC and Stahl SM.  Inpatient psychiatric research.
        <u>Psychiatric Annals</u> 18(2):97-101, 1988.

81.     1988     Coleman RJ, Grandas-Perez F, Quinn N, Jenner P, Nomoto M, Marsden D
        and Stahl S.  4-propyl-9-hydroxynaphthoxazine in Parkinson's disease and MPTP
        models.  In:  Fahn S,  Marsden CD, Calne DB and Goldstein M (Eds), <u>Recent
        Developments in Parkinson's Disease</u>, Vol. II, Macmillan Healthcare Information,
        New Jersey, 1988, pp. 269-278.

82.     1988     Gilbert F, Brazell C, Tricklebank M and Stahl SM. Activation of the
        5HT$_{1A}$ receptor subtype increases rat plasma ACTH concentration.
        <u>European Journal of Pharmacology</u> 147:431-439, 1988.

83.     1988     Stahl SM.  Applications of new drug delivery technologies to Parkinson's
        disease and dopaminergic agents.  <u>Journal of Neural Transmission (Suppl)</u> 27:123-
        132, 1988.

84.     1988     Martin-Iverson MT, Iversen SD and Stahl SM.  Long-term motor
        stimulant effects of (+)-4-propyl-9-hydroxy-naphthoxazine (PHNO), a dopamine D-2
        receptor agonist: interactions with a dopamine D-1 receptor antagonist and agonist.
        <u>European Journal of Pharmacology</u> 149:25-31, 988.

85.     1988     Palazidou E, Beer M, Checkley S and Stahl SM. Pharmacologic
        exploitation of neurotransmitter receptors for the design of  novel antidepressant
        drugs. <u>Drug Design and Delivery</u> 2:247-256, 988.

86.     1988     Martin-Iverson MT, Stahl SM and Iversen SD.  Chronic administration of a
        selective dopamine D-2 agonist: factors determining behavioral tolerance and
        sensitization.  <u>Psychopharmacology Berlin)</u> 95(4):534-539, 1988.

87.     1988     Pfefferbaum A, Zipursky RB, Lim KO, Zatz LM, Stahl SM and Jernigan
        TL.  Computed tomographic evidence for generalized sulcal and ventricular
        enlargement in schizophrenia.  <u>Archives of General Psychiatry</u> 45(7):633-640,
        1988.

88.     1988     Stahl SM, Moratalla R and Bowery NG.  Neurotransmitter receptor
        imaging in living human brain with positron emission tomoraphy.<u>Journal of Mind &
        Behavior</u> 9:367-384, 1988.

PUBLICATIONS (9)

89.    1988    Stahl SM.  The biochemistry of depression.  Journal de psychiatrie biologique et therapeutique 30:44-53, 1988.

90.    1988    Stahl SM.  Basal ganglia neuropharmacology and obsessive-compulsive disorder:  the obsessive-compulsive disorder hypothesis of basalganglia dysfunction. Psychopharmacology Bulletin 24:370-374, 1988.

91.    1988    Stahl SM.  Treatment of the on-off dyskinesia syndrome of Parkinson's disease with new drug delivery technologies for selective dopamine-2 receptor agonists. In:  Wolf ME and Mosnaim AD Eds), Tardive Dyskinesia: Biological Mechanisms and Clinical Aspects, American Psychiatric Press, Washington, DC, 1988, pp. 233-242.

92.    1988    Broks P, Preston GC, Traub M, Poppleton P, Ward C and Stahl SM. Modelling dementia:  effects of scopolamine on memory and attention. Neuropsychologia 26(5):685-700, 1988.

93.    1988    Gilbert F, Dourish CT, Brazell C, McClue S and Stahl SM. Relationship of increased food intake and plasma ACTH levels to 5-HT$_{1A}$ receptor activation in rats.  Psychoneuroendocrinology 13(6):471-478, 1988.

94.    1988    Preston GC, Broks P, Traub M, Ward C, Poppleton P and Stahl SM. Effects of lorazepam on memory, attention and sedation in man. Psychopharmacology (Berlin) 95(2):208- 215, 1988.

95.    1988    Clarke CE, Boyce S, Sambrook MA, Stahl SM and Crossman AR. Behavioural effects of (+)-4-propyl-9-hydroxynaphthoxazine in  primates rendered parkinsonian with 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine. Naunyn-Schmiedeberg's Archives of Pharmacology 338(1):35-38, 1988.

96.    1988    Schwartzman RJ, Alexander GM, Ferraro TN, Grothusen JR and Stahl SM.  Cerebral metabolism of parkinsonian primates 21 days after MPTP. Experimental Neurology 102(3):307-313, 1988.

97.    1988    Stahl SM and Wets KM.  Clinical pharmacology of schizophrenia.  In: Bebbington P and McGuffin P (Eds), Schizophrenia:  the Major Issues (based on the Mental Mealth Foundation Conference, New Initiatives in Schizophrenia Research), Heinemann Professional Publishing, Oxford, 1988, pp. 135-157.

98.    1988    Carpenter WT, Schooler NR, Wise SS, Goldman H, Goldstein MJ, Hogarty GE, Jeste D, Kane JM, Klerman GL, Liberman RP, Paul SM, Robinson DS, Spring B, Stahl SM and Tamminga CA. Treatment,Services and Environmental Factors Panel.  A National Plan for Schizophrenia Research:  Report of the National Advisory Mental Health Council.  NIMH, 1988, pp. 34-38.

PUBLICATIONS (10)

99.     1988     Coleman RJ, Jenner P, Marsden CD and Stahl SM.  Effects of (+)-4-propyl-9-hydroxynaphthoxazine, a new dopamine agonist, in Parkinson's disease and 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine-induced parkinsonism.  For: 6th International Catecholamine Symposium, Jerusalem, Israel, June 14, 1987, Alan R.Liss, Inc. In:  Liss AR (Ed).  Progress in Catecholamine  Research Part C: Clinical Aspects, 1988, pp. 19-23.

100.    1988     Preston GC, Brazell C, Ward C, Broks P, Traub M and Stahl SM.  The scopolamine model of dementia: determination of central cholinomimetic effects of physostigmine on cognition and biochemical markers in man.  Journal of Psychopharmacology 2(2):67-79, 1988.

101.    1989     Carpenter WT, Schooler NR, Wise SS, Goldman H, Goldstein MJ, Hogarty GE, Jeste D, Kane JM, Klerman GL, Liberman RP, Paul SM,Robinson DS, Spring B, Stahl SM and Tamminga CA.  Treatment Services, and Environmental Factors.  A National Plan for Schizophrenia Research:  Panel Recommendations. Schizophrenia Bulletin 14(3):425-437, 1988; and NIMH, 1989, pp. 82-92.

102.    1989     Stahl SM.  Agonist-induced down-regulation of -1 adrenergic receptors: possible biochemical rationale for novel antidepressants.  In:  Lerer B and Gershon S (Eds), New Directions in Affective Disorders, Springer-Verlag, New York, 1989, pp. 25-38.

103.    1989     Palazidou E, Papadopoulos A, Sitsen A, Stahl S and Checkley S.  An alpha2 adrenoceptor antagonist, Org 3770, enhances nocturnal melatonin secretion in man. Psychopharmacology 97:115-117, 1989.

104.    1989     Rupniak NMJ, Tye SJ, Jennings CA, Loper AE, Bondi JV, Hichens M,Iversen SD and Stahl SM.  Therapeutic efficacy of a novel  transdermal delivery system for (+)-PHNO in Parkinsonian squirrel  monkeys.  Journal of Neurology, Neurosurgery and Psychiatry 52:289-290, 1989.

105.    1989     Rupniak NMJ, Tye SJ, Jennings CA, Loper AE, Bondi JV, Hichens M,Hand E, Iversen SD and Stahl SM. Antiparkinsonian efficacy of a novel transdermal delivery system for (+)-PHNO in MPTP-treated squirrel monkeys. Neurology 39(3):329-335, 1989.

106.    1989     Preston GC, Ward CE, Broks P, Traub M and Stahl SM. Effects of lorazepam on memory, attention and sedation in man:  antagonism by Ro 15-1788. Psychopharmacology (Berlin) 97(2):222-227, 1989.

107.    1989     McClue SJ, Brazell C and Stahl SM.  Hallucinogenic drugs are partial agonists of the human platelet shape change response:  a physiological model of the 5-HT$_2$ receptor. Biological Psychiatry  26(3):297-302, 1989.

PUBLICATIONS (11)

108.  1989   Obeso JA and Stahl SM.  New routes of administration for antiparkinsonian therapy.  In:  Calne DB (Ed), Drugs for the reatment of Parkinson's  Disease, Handbook of Experimental Pharmacology, Springer-Verlag, Germany, 1989, pp. 531-541.

109.  1989   Coleman RJ, Temlett JA, Quinn NP, Stahl SM and Marsden CD.  A strategy for measuring the therapeutic properties of new  antiparkinsonian drugs, such as +PHNO, in patients with on-off fluctuations.  Clinical Neuropharmacology 12(1):37-45, 1989.

110.  1989   Palazidou E, Franey C, Arendt J, Stahl S and Checkley S. Evidence for a functional role of alpha$_1$ adrenoceptors in the regulation of melatonin secretion in man. Psychoneuroendocrinology 14(1-2):131-135, 1989.

111.  1989   Coleman RJ, Lange KW, Quinn NP, Loper AE, Bondi JV, Hichens M, Stahl SM and Marsden CD.  The antiparkinsonian actions and pharmacokinetics of transdermal (+)-4-propyl-9-hydroxynaphthoxazine (+PHNO):  preliminary results. Movement Disorders 4(2):129-138,1989.

112.  1989   Brazell C, Zentner GM, Gardner CR, Jenner P and Stahl SM.  Delivery of (+)-4-propyl-9-hydroxynaphthoxazine [(+)-PHNO] by a novel orally administered osmotic tablet:  behavioural effects in animal models of Parkinson's disease.  In: Quinn NP and Jenner PG (Eds), Disorders of Movement, Academic Press, London, 1989, pp. 209-222.

113.  1989   Coleman RJ, Temlett JA, Nomoto M, Quinn NP, Jenner P and Stahl SM.  The antiparkinsonian effects of transdermal +PHNO.  In:  Quinn NP and  Jenner PG (Eds), Disorders of Movement, Academic Press,London, 1989, pp. 147-155.

114.  1990   Twist EC, Mitchell S, Brazell C, Stahl SM and Campbell IC.  5HT$_2$ receptor changes in rat cortex and platelets following chronic ritanserin and clorgyline administration.  Biochemical Pharmacology  39(1):161-166, 1990.

115.  1990   Traub M and Stahl SM.  Therapeutic potential of a novel dopamine agonist, naxagolide.  In:  Koller WC and Paulson G (Eds), Therapy of Parkinson's Disease, Marcel Dekker Inc., New York, 1990, pp. 325-332.

116.  1990   Rausch JL, Stahl SM and Hauger RL.  Cortisol and growth hormone responses to the 5-HT1A agonist gepirone in depressed patients.  Biological Psychiatry 28:73-78, 1990.

117.  1990   Stahl SM, Rausch JL and Hauger RL.  5HT$_{1A}$ neuroendocrine diagnostic and efficacy markers in depression.  In: Stefanis CN, Rabavilas AD and Soldatos CR (Eds), Psychiatry:  A World Perspective: Proceedings of the VIII World Congress of Psychiatry,Athens, 12-18 October 1989, Vol. 2, Excerpta Medica, Elsevier Science Publishers B.V., Amsterdam, 1990, pp. 331-333.

PUBLICATIONS (12)

118.  1990    Coleman RJ and Stahl SM.  Movement disorders.  In: Dinan TG (Ed), <u>Principles and Practice of Biological Psychiatry</u>, Clinical Neuroscience Publishers, London, 1990, pp. 183-203.

119.  1991    Stahl SM.  Pipothiazine.  In:  Dollery C (Ed), <u>Therapeutic Drugs</u>, Churchill Livingstone, Edinburgh, 1991, pp. P120-P132.

120.  1991    Stahl SM.  Trazodone (hydrochloride).  In:  Dollery C  Ed),<u>Therapeutic Drugs</u>, Churchill Livingstone, Edinburgh, 1991, pp.  T115-T119.

121.  1991    Stahl SM.  Serotonin receptors and the mechanism of action of antidepressants drugs.  In:  Racagni G, et al, (Eds), <u>Biological Psychiatry, Vol. 2</u>. Elsevier Science Publishers B.V., Amsterdam, 1991, pp. 898-900.

122.  1991    Brazell C, McClue SJ, Preston GC, King B and Stahl SM. 5-hydroxytryptamine (5HT)-induced shape change in human platelets determined by computerized data acquisition: correlation with [125]I]-iodoLSD binding at $5HT_2$ receptors.  <u>Blood Cagulation and Fibrinolysis</u> 2:17-24, 1991.

123.  1992    Stahl SM.  Serotonin receptors and the mechanism of action of antidepressant drugs:  postmortem, platelet and neuroendocrine studies in depressed patients.  In: Stahl SM, Gastpar M, Keppel Hesselink JM and Traber J, (Eds), <u>Serotonin 1A Receptors in Depression and Anxiety</u>. Raven Press, New York, 1992, pp. 119-134.

124.  1992    Stahl SM, Gastpar M, Keppel Hesselink JM and Traber J. New vistas for serotonin 1A agonists in psychiatry. In: Stahl SM, Gastpar M, Keppel Hesselink JM and Traber J, (Eds), <u>Serotonin 1A Receptors in Depression and Anxiety</u>, Raven Press, New York, 1992, pp. 201-205.

125.  1992    Freedman DX and Stahl SM.  Pharmacology:  policy implications of new psychiatric drugs.  <u>Health Affairs</u> 11(3):157-163, 1992.

126.  1992    Stahl SM.  Neuroendocrine markers of serotonin responsivity in depression.  <u>Progress in NeuroPsychopharmacology and Biological Psychiatry</u> 16:655-659,1992.

127.  1992    Stahl SM.  Serotonin neuroscience discoveries usher in a new era of novel drug therapies for psychiatry.  <u>Psychopharmacology Bulletin</u> 28(1):3-9, 1992.

128.  1992    Freedman DX and Stahl SM.  Contempo 1992:  Psychiatry. <u>Journal of American Medical Association</u> 268(3):403-405, 1992.

129.  1993    Stahl SM.  Mixed anxiety and depression:  clinical implications. <u>Journal of Clinical Psychiatry (suppl)</u> 54(1):33-38, 1993.

PUBLICATIONS (13)

130.   1993   Stahl SM.  Serotonergic mechanisms and the new antidepressants. Psychological Medicine 23:281-285, 1993.

131.   1993   Bronzo MR and Stahl SM.  Galactorrhea induced by sertraline. Letter to the Editor, American Journal of Psychiatry 150(8):1269-1270, 1993.

132.   1993   Stahl SM, Hauger RL, Rausch JL, Fleishaker JC and Hubbell-Alberts EA.  Downregulation of serotonin receptor subtypes by nortriptyline and adinazolam in major depressive disorder:  neuroendocrine and platelet markers. Clinical Neuropharmacology 16(3):S19-S31, 1993.

133.   1993   Freedman DX and Stahl SM.  Contempo 1993:  Psychiatry. Journal of the American Medical Association 270(2):252-254, 1993.

134.   1993   Stahl SM.  Alprazolam-XR:  dosage considerations. Psychiatric Annals (suppl):27-31, 1993.

135.   1994   Stahl SM.  New therapeutic advances in schizophrenia.  In:  Ancill R (Ed), Schizophrenia:  Exploring the Spectrum of Psychosis, John Wiley & Sons Ltd., Sussex, 1994, pp. 137-152.

136.   1994   Stahl SM.  Synaptic transmitters and neuromodulators. Ramachandran VS, (Ed).  Encyclopedia of Human Behavior, Volume 4. Academic Press, San Diego, 1994, pp. 359-367.

137.   1994   Stahl SM and Hauger RL.  Stress:  An overview of the literature with emphasis on job-related strain and intervention.  Advances in Therapy 11(3):110-119, 1994.

138.   1994   Stahl SM.  Is serotonin receptor down regulation linked to the mechanism of action of antidepressant drugs? Psychopharmacology Bulletin 30(1):39-43, 1994.

139.   1994   Gillin JC, Jernajczyk W, Valladares-Neto DC, Golshan S, Lardon M and Stahl SM.  Inhibition of REM sleep by ipsapirone, A 5HT1$_A$ agonist, in normal volunteers.  Psychopharmacology 116:433-436, 1994.

140.   1995   Stahl SM.  Targeting serotonin receptor subtypes as a strategy for the discovery of novel treatments in psychiatry (editorial).  International Review of Psychiatry 7:3-4, 1995.

141.   1995   Stahl SM and Frakes DC.  Nefazodone and the serotonin receptor modulators:  a new member of a unique class of antidepressant  agents. International Review of Psychiatry 7:29-39, 1995.

PUBLICATIONS (14)

142.    1995    Kunovac JL and Stahl SM.  Biochemical pharmacology of serotonin receptor subtypes:  hypotheses for clinical applications of selective serotonin ligands. International Review of Psychiatry 7:55-67, 1995.

143.    1995    Rausch JL, LaFrance C and Stahl SM. Serotonin receptor-specific mediation of antidepressant treatment effects in depressed patients.  International Review of Psychiatry 7:85-98, 1995.

144.    1995    Kunovac JL and Stahl SM.  Future directions in anxiolytic pharmacotherapy.  In:  Pollack MH and Otto M, (Eds), The  Psychiatric Clinics of North America 18(4):895-990, 1995.

145.    1995    Stahl SM and Soefje S.  Panic attacks and panic disorder:  the great neurologic imposters.  In:  Evans RW (Ed), Funny Spells, Seminars in Neurology 15(2):126-32, 1995.

146.    1995    Stahl SM and Kunovac JL.  Neurotransmitter systems in obsessive compulsive disorder.  In:  Michaels R. (Eds). Psychobiological Foundations of Clinical Psychiatry, Psychiatry(3):64, Lippincott-Raven, Philadelphia, 1995, pp. 1-14.

147.    1996    Stahl SM.  Phenomenology of anxiety disorders:  clinical heterogeneity & comorbidity.  In:  Westenberg HGM, Murphy DL, and  Den Boer JA (Eds), Advances in the Neurobiology of Anxiety Disorders, J. Wiley & Sons,Ltd., Chichester, U.K., Chapter 2, 1996, pp.21-38.

148.    1996    Seifritz E, Moore P, Trachsel, L, Bhatti T, Stahl SM and Gillin JC.  The 5-HT$_{1A}$ agonist ipsapirone enhances EEG slow wave activity in human sleep and produces a power spectrum similar to 5-HT$_2$ blockade. In:  Neuroscience Letters 209:41-44, 1996.

149.    1996    Stahl SM.  Diagnostic dilemmas in anxiety disorders. In:  den Boer JA (Ed), Clinical Management of Anxiety; Theory and Practical Applications, Marcel Dekker Inc., New York, 1996, Chapter 2, pp 23-41.

150.    1996    Stahl, SM.  Second messenger systems.  Psychiatric Annals 26(4):183-184, 1996.

151.    1996    Stahl, SM.  Two receptor superfamilies mediate fast and slow neurotransmission.  Psychiatric Annals 26(5):244-253, 1996.

152.    1996    Stahl, SM.  Beyond the second messenger:  how molecular events mediate receptor downregulation.  Psychiatric Annals 26(6):302-303,1996.

153.    1996    Stahl, SM.  The new antidepressants act by four distinct mechanisms.  Psychiatric Annals 26(7):377-382, 1996.

PUBLICATIONS (15)

154.    1996    Sramek JJ, Tansman M, Suri A, Hornig-Rohan M, Amsterdam JD, Stahl SM, Weisler RH and Cutler NR.  Efficacy of buspirone in generalized anxiety disorder with coexisting mild depressive symptoms.  Journal of Clinical Psychiatry 57(7):287-291, 1996.

155.    1996    Gillin JC, Sohn WJ, Stahl SM, Lardon M, Kelsoe J, Rapaport M, Ruiz C and Golshan S.  Ipsapirone, a $5HT_{1A}$ agonist, supresses REM sleep equally in depressed patients and normal controls.  Neuropsychopharmacology 15(2):109-115, 1996.

156.    1996    Stahl, SM.  Serotonin receptors.  Psychiatric Annals 26(8):505-507,1996.

157.    1996    Stahl, SM.  Immediate actions of SSRIs (serotonin selective reuptake inhibitors).  Psychiatric Annals 26(9):564-565, 1996.

158.    1996    Stahl, SM.  Long-term actions of SSRIs (serotonin selective reuptake inhibitors).  Psychiatric Annals 26(10):626-627, 1996.

159.    1996    Stahl, SM.  Serotonin pathways:  mediators of SSRI (serotonin  selective reuptake inhibitors) therapeutic actions.  Psychiatric Annals 26(11):695-696, 1996.

160.    1996    Stahl SM.  Serotonin pathways:  mediators of SSRI side effects.  Psychiatric Annals 26(12):738-742, 1996.

161.    1996    Sussman N and Stahl MS.  Update in the pharmacotherapy of depression.  The American Journal of Medicine (suppl)6A(101):26S-36S, 1996.

162.    1997    Stimmel GL, Dopheide JA, and Stahl SM.  Mirtazapine:  an antidepressant with selective alpha-2 adrenoceptor antagonist effects.  Pharmacotherapy 17(1):10-21, 1997.

163.    1997    Stahl SM.  Remeron (mirtazepine): a novel antidepressant that disinhibits serotonin and norepenephrine by alpha-2 antagonism.  Psychiatric Annals 27(1):14-16, 1997.

164.    1997    Stahl SM.  Remeron (mirtazapine):  designing specific serotonergic actions.  Psychiatric Annals 27(2):138-144, 1997.

165.    1997    Stahl SM.  Glutamate:  the universal excitatory neurotransmitter.  Psychiatric Annals 27(3):152-155, 1997.

166.    1997    Stahl SM.  Excitotoxicity:  too much glutamate may be hazardous to your health.  Psychiatric Annals 27(4):240-242, 1997.

167.    1997    Stahl SM.  Apoptosis:  neuronal death by design.  Journal of Clinical Psychiatry 58(5):183-185, 1997.

PUBLICATIONS (16)

168.    1997    Stahl SM.  The cytochrome P450 system Part 1: 1A2 and 2D6.  Psychiatric
        Annals 27(6):400-402, 1997.

169.    1997    Stahl SM.  Excitotoxicity and neuroprotection.  Journal of Clinical Psychiatry
        58(6):247-248, 1997.

170.    1997    Stahl SM and Sussman N.  Mirtazapine:  A Clinical Profile.  Primary
        Psychiatry 4(6):83, 1997.

171.    1997    Stahl SM.  The cytochrome P450 system Part 2: 3A3, 4.  Psychiatric
        Annals 27(7):469-470, 1997.

172.    1997    Stahl SM.  Mental illness may be damaging to your brain. Journal of Clinical
        Psychiatry 58(7):289-290, 1997.

173.    1997    Stahl SM, Zivkov M, Reimitz PE, and Hoff W.  Meta-analysis of
        randomized, double-blind, placebo-controlled, efficacy and safety studies of
        mirtazapine versus amitriptyline in major depression.   Acta Psychiatrica
        Scandinavica (suppl) 391(96):22-30, 1997.

174.    1997    Stahl SM.  Are two antidepressant mechanisms better than one?  Journal
        of Clinical Psychiatry 58(8):339-341, 1997

175.    1997    Sambunaris A, Keppel Hesselink J, Pinder R, Panagides J, and Stahl SM.
         Development of new antidepressants.  Journal of Clinical Psychiatry 58 (Suppl
         6):40-53, 1997.

176.    1997    Stahl SM.  Mixed depression and anxiety:  serotonin 1A receptors as a
        common pharmacological link.  Journal of Clinical Psychiatry 58 (Suppl 8):20-26,
        1997.

177.    1997    Stahl SM.  Amyloid cascade hypothesis of Alzheimer's disease.  Psychiatric
        Annals 27(8):528-537, 1997.

178.    1997    Stahl SM.  Neuroprotection: rescuing the brain from endogenous
        assassins.  Psychiatric Annals 27(9):606-609, 1997.

179.    1997    Stahl SM.  Selecting an antidepressant by matching patient profiles with
        antidepressant profiles.  Psychiatric Annals 27(9):610-612, 1997.

180.    1997    Stahl SM.  "Awakening" from schizophrenia:  intramolecular polypharmacy
        and the atypical antipsychotics.  Journal of Clinical Psychiatry 58(9):381-382.

PUBLICATIONS (17)

181.    1997    Seifritz E, Stahl SM and Gillin JC.  Human sleep EEG following the 5-HT$_{1A}$ antagonist pindolol:  possible disinhibition of raphe neuron activity.  Brain Research 759(1997): 84-91, 1997.

182.    1997    Stahl SM.  Estrogen makes the brain a sex organ.  Journal of Clinical Psychiatry 58(10): 421-422.

183.    1997    Stahl SM.  Sex therapy for Psychiatrists has a new partner:  reproductive hormones.  Journal of Clinical Psychiatry 58(11): 468-469.

184.    1997    Stahl SM.  Serotonin:  It's possible to have too much of a good thing.  Journal of Clinical Psychiatry 58(12): 520-521.

185.    1997    Stahl SM.  Antidepressant combinations and augmentation strategies for difficult cases, Part 1:  The serotonin strategy versus the classical strategies.  Psychiatric Annals 27 (10): 657-660.

186.    1997    Lydiard RB, Stahl S, Hertzman M, and Harrison WM.  A double-blind placebo-controlled study comparing the effects of sertraline with amitriptyline on quality of life in the treatment of major depression.  Journal of Clinical Psychiatry 58: (11) 484-491, 1997.

187.    1997    Stahl SM.  Reproductive hormones as adjuncts to   psychotropic medication.  Directions in Psychiatry, Volume 17: 303-314. The Hatherleigh Company, New York, 1997.

188.    1997    Stahl SM.  Antidepressant combinations and augmentation strategies for difficult cases, Part 2:  The heroic strategy.  Psychiatric  Annals 27: (11) 722-724.

189.    1997    Stahl SM.  Treatments of Alzheimer's Disease:  past, present and future.  Psychiatric Annals 27: (12) 771- 772.

190.    1998    Bhatti T, Seifritz E, Clark C, Golshan S, Moore P, Stahl S, Rapaport M, Kelsoe J, Gillin JC.  Effects of a tryptophan-free amino acid drink challenge on normal human sleep and EEG and mood.  Biological Psychiatry 43:52-29, 1998.

191.    1998    Stahl SM.  Brain Fumes:  Yes, We Have NO Brain Gas.  Journal of Clinical Psychiatry 59: (1)  6-7, 1998.

192.    1998    Stahl SM.  Drug Combinations and Augmentation Strategies for Difficult Cases of Obsessive Compulsive Disorder.  Psychiatric  Annals 28:(1): 8-12.

193.    1998    Stahl SM.  Drug Combinations and Augmentation Strategies for Difficult Cases of Panic Disorder.  Psychiatric Annals 28: (2): 69-70, 1998.

PUBLICATIONS (18)

194.    1998    Stahl SM.  How Psychiatrists can build new therapies for impotence. <u>Journal of Clinical Psychiatry</u> 59: (2): 47-48, 1998.

195.    1998    Stahl SM.  Basic Psychopharmacology of Antidepressants (Part 1): Antidepressants have seven distinct mechanisms of action.  <u>Journal of Clinical Psychiatry</u> 59:  (Suppl.4) 5-14, 1998.

196.    1998    Stahl SM.  Basic Psychopharmacology of Antidepressants (Part 2): Estrogen as an adjunct to antidepressant treatment.  <u>Journal of Clinical Psychiatry</u> 59:  (Suppl.4) 15-24, 1998.

197.    1998    Stahl SM.  Nitric Oxide Physiology and Pharmacology. <u>Journal of Clinical Psychiatry</u> 59:(3) 101-102, 1998.

198.    1998    Stahl SM.  Brain Tonics for Brain Sprouts:  How Neurotrophic Factors Fertilize Neurons.  <u>Journal of Clinical Psychiatry</u> 59: (4) 149-150, 1998.

199.    1998    Stahl SM.  Recognition Molecules Are Trailblazers for Axon Pathways. <u>Journal of Clinical Psychiatry</u> 59: (5) 215-216, 1998.

200.    1998    Stahl SM, Kaiser L, Roeschen J, Keppel Hesselink JM, Orazem J. Effectiveness of ipsapirone, a 5-HT-1A partial agonist, in major depressive disorder:  support for the role of 5-HT-1A receptors in the mechanism of action of serotonergic antidepressants.  <u>Int. Journal of Neuropsychopharmacology.</u>  Vol.1, No.1, 11-18, 1998.

201.    1998    Stahl SM. When Neurotrophic Factors get on your nerves: therapy for neurodegenerative disorders.  <u>Journal of Clinical Psychiatry.</u>  59: (6) 277-278, 1998.

202.    1998    Stahl SM.  Not So Selective Serotonin Reuptake Inhibitors.  <u>Journal of Clinical Psychiatry.</u> 59: (7) 343-344, 1998.

203.    1998    Stahl SM.    What  Makes  An  Antipsychotic  Atypical.    <u>Journal  of Clinical Psychiatry.</u>  59: (8) 403-404, 1998.

204.    1998    Seifritz E, Gillin JC, Kelsoe JR, Rapaport MH, Bhatti T and Stahl SM. Sleep EEG response to muscarinic and  Serotonin $_{1A}$ Receptor Probes in Patients with Major Depression and in Normal Controls.  <u>Biological Psychiatry</u> 4 (7): 21-33, 1998.

205.    1998    Stahl SM.  Neuropharmacology of Obesity:  My Receptors Made Me Eat It. <u>Journal of Clinical Psychiatry</u>. 59: (9) 447-448, 1998.

206.    1998    Stahl SM.  How To Appease the Appetite of Psychotropic Drugs.   <u>Journal of Clinical Psychiatry.</u> 59: (10) 500-501.

PUBLICATIONS (19)

207.   1998    Stahl SM.  Enhancing Cholinergic neurotransmission with the new
        cholinesterase inhibitors:  implications for Alzheimer's Disease and
        Cognitive Disorders.  Hospital Practice. Vol. 33 No. 11, 131-136.

208.   1998    Stahl SM.  Selecting an antidepressant using mechanism of action to
        enhance efficacy and avoid side effects. Journal of Clinical Psychiatry. 59: (Suppl.
        18) 23-29.

209.   1998    Stahl SM.  Augmentation of antidepressants by Estrogen.
        Psychopharmacology Bulletin.  34 (3): 319-321.

210.   1998    Moore PJ, Gillin JC, Bhatti T, Seifritz E, Clark C, Stahl SM,
        Kelsoe J and Rapaport M.  Rapid tryptophan depletion affects sleep EEG but not
        mood in fully remitted and depressed patients on serotonin reuptake inhibitors.
        Archives of General Psychiatry. 55: (6) 534-539.

211.   1998    Stahl SM.  Getting Stoned Without Inhaling:  Anandamide is the
        Brain's Natural Marijuana.  Journal of Clinical Psychiatry.  59 (11): 566-567.

212.   1998    Stahl SM.  Using Secondary Binding Properties to Select a Not So
        Selective Serotonin  Reuptake Inhibitor. Journal of Clinical Psychiatry.  59 (12):
        642-643.

213.   1998    Stahl SM.  Mechanism of Action of Serotonin Selective Reuptake
        Inhibitors:  serotonin receptors and pathways mediate therapeutic effects and side
        effects (mechanism of action of SSRIs).  Journal of Affective Disorders 12: 51 (3)
        215-235.

214.   1999    Stahl SM.  Peptides and Psychiatry, Part 1:  How Synthesis of
        Neuropeptides Differs from Classical Neurotransmitter Synthesis. Journal of
        Clinical Psychiatry. 60 (1): 5-6.

215.   1999    Stahl SM.  Substance P and the Neurokinins, Part 2: Novel Peptide
        Neurotransmitters in Psychopharmacology. Journal of Clinical  Psychiatry.  60 (2):
        77-78.

216.   1999    Stahl SM.  Peptides and Psychiatry, Part 3: Substance P and
        Serendipity:  Novel Psychotropics Are A Possibility. Journal of Clinical Psychiatry.
        60 (3): 140-141.

217.   1999    Stahl SM.  Why Settle For Silver, When You Can Go for Gold?
        Response vs. Recovery as the Goal of Antidepressant Therapy. Journal of Clinical
        Psychiatry 60: (4) 213-214.

PUBLICATIONS (20)

218.   1999   Stahl SM.  Mergers and Acquisitions Among Psychotropics:
Antidepressant Takeover of Anxiety May Now Be Complete. Journal of
Clinical Psychiatry 60: (5) 282-283.

219.   1999   Stahl SM (Editor). What Makes An Antipsychotic Atypical? Journal of
Clinical Psychiatry 60 (Supplement 10).

220.   1999   Stahl SM.  Selecting An Atypical Antipsychotic by Combining
Clinical Experience With Guidelines From Clinical Trials. Journal of Clinical
Psychiatry. 60 (Supplement 10): 31-41.

221.   1999   Stahl SM.  Antidepressants:  The Blue-Chip Psychotropic for the
Modern Treatment of Anxiety Disorders.  Journal of Clinical Psychiatry.  60: (6)
356-357.

222.   1999   STAHL SM.  Antipsychotic Polypharmacy, Part I: Therapeutic Option
or Dirty Little Secret?  Journal of Clinical Psychiatry. 60:  (7) 425-
426.

223.   1999   Stahl SM.  Antipsychotic Polypharmacy, Part 2:  Tips on Use and
Misuse.  Journal of Clinical Psychiatry.60: (8) 506-507.

224.   1999   Shelton RC, Simon GE, Stahl SM, Treisman GJ and Williams JW. Fine
Tuning the Treatment of Depression.  Patient Care, Vol. 13, No. 13, 181-197.

225.   1999   Stahl SM.  Molecular Neurobiology for Practicing Psychiatrists, Part 1,
Overview of Gene Activation by Neurotransmitters.  Journal of Clinical  Psychiatry.
60: (9) 572-573.

226.   1999   Stahl SM.  Molecular Neurobiology for Practicing Psychiatrists, Part 2:  How
Neurotransmitters Activate Second Messenger Systems. Journal of Clinical
Psychiatry. 60:  (10) 647-648.

227.   1999   Stahl SM.  Reply to Masand P:  Relative Weight Gain Among
Antipsychotics".   Journal of Clinical Psychiatry. 60: (9) 707-708.

228.   1999   Stahl SM.  Molecular Neurobiology for Practicing Psychiatrists,
Part 3:  How Second Messengers "Turn On" Genes by Activating Protein Kinases
and Transcription Factors.  Journal of Clinical Psychiatry.  60: (11) 731-732.

229.   1999   Stahl SM.  Molecular Neurobiology for Practicing Psychiatrists,
Part 4:  Transferring the Message of Chemical Neurotransmission From
Presynaptic Neurotransmission to Postsynaptic Gene Expression.
Journal of Clinical Psychiatry.  60: (12) 813-814.

PUBLICATIONS (21)

230.   1999   Settle EC, Stahl SM, Batey SR, Johnston JA, and Ascher JA.  Safety
and tolerability of the sustained-release form of bupropion in depression: a review of
results of three clinical trials.  Clinical Therapeutics Volume 31; (3): 454-463, 1999.

231.   2000    Stahl SM. Molecular Neurobiology for Practicing Psychiatrists, Part
5: How a Leucine Zipper Can Turn On Genes:  Immediate-Early Genes
Activate Late-Gene Expression in the Brain. Journal of Clinical Psychiatry. 61: (1)
7-8.

232.   2000    Stahl SM and Kunovac JL.  Serotonin-Specific Anxiolytics: Now and
in the Future.  In: Montgomery S and Halbreich U, (Eds), Pharmacotherapy of
Mood and Cognition, American Psychiatric Press,  Inc., Washington,DC, 2000, pp.
355-366.

233.   2000    Stahl SM, Judd LL and Kunovac JL.  Overview of New Anxiolytics: In:
Montgomery S and Halbreich U, (Eds), Pharmacotherapy of Mood and
Cognition, American Psychiatric Press, Inc. Washington, D.C.,2000,  pp. 333-340.

234.   2000    Stahl SM.  Blue Genes and the Monoamine Hypothesis of Depression.
Journal of Clinical Psychiatry.  61: (2)77-78.

235.   2000   Stahl SM.  Blue Genes and the Mechanism of Action of Antidepressants.
Journal of Clinical Psychiatry.  61:(3) 164-165.

236.   2000   Stahl SM and Shayegan D.  New Discoveries In The Development of
Antipsychotics With Novel Mechanisms of Action:  Beyond The Atypical
Antipsychotics With Serotonin Dopamine Antagonism.  In: Atypical Antipsychotics
(MDT)/ed. by B.A. Ellenbroek and A.R. Cools, pp. 215-232, 2000.

237.   2000   Stahl SM.  The 7 Habits of Highly Effective Psychopharmacologists.
Journal of Clinical Psychiatry. 61: (4) 242-243.

238.   2000   Hoehn-Saroic R, Ninan P, Black D, Stahl SM, Griest J, Lydiard B,
McElroy S, Zajecka J, Harrison W, Clary C, Chapman D.  Multicenter
Double-Blind Comparison of Sertraline vs. Desipramine for Concurrent Obsessive-
Compulsive Disorder and Major Depressive Disorder. Archives of General
Psychiatry, Vol. 57, January, 76- 82, 2000.

239.   2000   Stahl SM.  The 7 Habits of Highly Effective Psychopharmacologists,Part 2:
Begin with the End in Mind. Journal of Clinical Psychiatry. 61: (5) 327-328.

240.   2000   Stahl SM.  The 7 Habits of Highly Effective Psychopharmacologists.
Part 3: Sharpen the Saw with Selective Choices of Continuing Medical Education
Programs.  Journal of Clinical Psychiatry 61 (6): 401-402.

PUBLICATIONS (22)

241.    2000   Stahl SM.  Gold vs. Silver:  the issue of functional vs. symptomatic recovery in depression (Pradham).  Journal of Clinical of Psychiatry. 61: (6) 447-448.

242.    2000   Stahl SM.  The 7 Habits of Highly Effective Psychopharmacologists, Part 4: Developing and Implementing the Vision.  Journal of Clinical Psychiatry.  61: 7, 464-465.

243.    2000   Stahl SM.  Polypharmacy of Two Atypical Antipsychotics.  Letter to the Editor #2155.  Journal of Clinical Psychiatry. 61: (9), 679-680.

244.    2000   Stahl SM.  Paying Attention to Your Acetylcholine, Part I: Structural Organization of Nicotinic Receptors. Journal of Clinical Psychiatry.  61: (8), 547-548.

245.    2000   Stahl SM.  Paying Attention to Your Acetylcholine, Part 2: The Function of Nicotinic Receptors.  Journal of Clinical Psychiatry. 61: (9), 628-629.

246.   2000    Shayegan D and Stahl SM.  Buspirone.  In:  Briley and Nutt (eds.) Milestones in Drug Therapy - Anxiolytics. Birkhauser Verlag, Basel, Boston, Berlin, 2000, pages 13-25.

247.   2000   Stahl SM.  Placebo-Controlled Comparison of the Selective Serotonin Reuptake Inhibitors Citalopram and Sertraline.  Biological Psychiatry Vol. 48, pages 894-901.

248.   2000  Stahl SM.  The New Cholinesterase Inhibitors for Alzheimer's Disease, Part 1 "Their Similarities Are Different".  J. Clin.Psychiatry 61: (10), 710-711.

249.   2000  Stahl SM.  Commentary on the limitation of antidepressants in current use.  In:  Antidepressants,edited by B. E. Leonard, Birkhauser Verlag Basel 2001, pages 31-43.

250.    2000  Stahl SM.  The New Cholinesterase Inhibitors for Alzheimer's Disease, Part 2:  Illustrating Their Mechanisms of Action. J.Clin.Psychiatry  61: (11), 813-814.

251.    2000  Stahl SM.  New Drug Discovery in the Postgenomic Era:  From Genomics to Proteomics" J of Clinical Psychiatry 61: (12), 894-895.

252.    2000  Stein DJ and Stahl SM.  Serotonin and Anxiety:  Current Models. International Clinical Psychopharmacology, 2000; 2000: S1-6.

253.    2001  Shelton RC, Tollefson GD, Tohen M, Gannon KS, Jacobs T,Buras W, Bymaster FP, Zhang W, Spencer K, Feldman PD, Stahl SM and Meltzer HY.  A Novel Augmentation Strategy for Treatment-Resistant Major Depression. Am J Psychiatry 2001; 158: 131-134.

PUBLICATIONS (23)

254.  2001  Stahl SM.  Does Evidence From Clinical Trials in Psychopharmacology
Apply in Clinical Practice?  <u>Journal Of Clinical Psychiatry</u> 62: (1), p 6-7.

255.  2001  Ferguson, JM, Sahrivastava RK, Stahl SM, Hartford JT, Borian F,
Leni John, McQuade RD, and Jody D. Re-emergence of Sexual
Dysfunction in Patients with Major Depressive Disorder:  Double-Blind Comparison
of Nefazodone and Sertraline.  <u>Journal of Clinical Psychiatry</u> 62: (1) 24-29.

256.  2001  Stahl SM, Nierenberg A and Gorman J.  Evidence of Early Onset of
Antidepressant Effect in Randomized Controlled Trials.  <u>J. Clinical Psychiatry</u>, Vol
62,Supplement 4, p. 17-23.

257.  2001  Stahl SM.  The Psychopharmacology of Sex: Part 1. Neurotransmitters and
the 3 Phases of the Human Sexual Response.  <u>Journal of Clinical Psychiatry</u> 62:
(2) 80-81

258.  2001  Leon A, Blier P, Culpepper L, Gorman J, Hirschfeld R, Nirenberg A, Roose
S, Rosenbaum J, Stahl SM and Trivedi M.  An Ideal Trial to Test Differential Onset
of Antidepressant Effect. <u>Journal of Clinical Psychiatry</u>, Vol. 62; Supplement 4, p.
34-36.

259.  2001  Stahl SM.  The Psychopharmacology of Sex, Part 2. Effects of Drugs
and Disease on the 3 Phases of Human  Sexual Response.  <u>Journal of
Clinical Psychiatry</u>, 62: (3), P. 147-148.

260.  2001  Shelton RC, Keller MB, Gelenberg A, Dunner DL, Halbreich U,
Hirschfield R, Thase ME, Russel J, Lydiard RB, Crits-Cristophe P, Gallop R, Todd
L,Hellerstein D, Goodnick P, Keitner G and Stahl SM. The Effectiveness of St.
John's Wort in Major Depression:  A Multi-Center Randomized Placebo Controlled
Trial.  <u>The Journal of the American Medical Association</u> 2001l 285: 1978-1986.

261.  2001  Hirschfeld RMA, Nierenberg A, Gorman JM, Roose SP, Leon AC,
Blier P, Culpepper L, Rosenbaum JF, Stahl SM and Trivedi MH.  Do
Some Antidepressants Have a Faster Onset of Action Than Others?
A Debate and Discussion. <u>Journal Of Clinical Psychiatry</u>, Vol. 62;
Supplement 4, p. 37-40.

262.  2001  Stahl SM and Klitgaard H.  New Developments in the Treatment of
of Epilepsy.  A Teaching Monograph.  <u>CNS Spectrums</u>, Volume 6 –
Number 4 (suppl 2), April 2001.

263.  2001  Stahl SM.  Why Drugs and Hormones May Interact in Psychiatric
Disorders.  <u>J Clin Psychiatry</u> 62: 4, 225-226.

264.  2001  Stahl SM.  Effects of Estrogen on the Central Nervous System.
<u>J Clin Psychiatry</u> 62: 5, p 317-18.

PUBLICATIONS (24)

265.    2001    Stahl SM. Sex and Psychopharmacology:  Is Natural Estrogen a
        Psychotropic Drug in Women?  Commentary on "Efficacy of Estradiol for the
        treatment of depressive disorders in perimenopausal women".
        Archives of General Psychiatry, Vol 58, June; 537-538.

266.    2001  Stahl SM.  Natural Estrogen as an Antidepressant for Women.  Journal
        of Clinical Psychiatry, 62: 6, 404-405.

267.    2001    Stahl SM. Reply to Burt and Lane:  Comparisons between two SSRIs
        their similarities are different.  Biological Psychiatry, 50: 66-69.

268.    2001  Stahl SM.  Fibromyalgia:  The Enigma and the Stigma.  Journal of Clinical
        Psychiatry, 62: (7), 501-502.

269.    2001  Stahl SM.  Psychopharmacology of antidepressants – Ideal Therapy
        adds some mechanisms and subtracts some others.  Japanese Journal of
        Clinical Psychopharmacology Vol. 4, no. 8, August 2001, p. 102-118.

270.    2001  Stahl SM.  Gut Feelings About Irritable Bowel Syndrome.  Journal of
        Clinical Psychiatry, 62: (8) 590-591.

271.    2001  Stahl SM.  "Hit and Run" Actions at Dopamine Receptors, Part 1:
        Mechanism of Action of Atypical Antipsychotics.  J Clin Psy 62 (9)
        670-671.

272.    2001  Moore, P, Seifritz E,Schlosser A, Greenfield D, Stahl SM, Rapaport M
        and Kelsoe J.  Rapid Tryptophan Depletion Plus a Serotonin 1A agonist:
        Competing Effects on Sleep in Healthy Men. Neuropsychopharmacology, Vol. 25,
        No. S5, p. S39-S44

273.    2001  Stahl SM.  "Hit and Run" Actions at Dopamine Receptors, Part 2:
        Illustrating Fast Dissociation From Dopamine Receptors That Typifies
        Atypical Antipsychotics.  J Clin Psychiatry 62 (10) 747-748

274.    2001  Stahl SM.  Dopamine System Stabilizers, aripiprazole, and the Next
         Generation of antipsychotics Part 1  "Goldilocks" Actions at Dopamine Receptors.
        J Clin Psychiatry 62 (11) 841-842.

275.    2001  Stahl SM.  Dopamine System Stabilizers, Aripiprazole, and the Next
        Generation of Antipsychotics, Part 2.  Illustrating Their Mechanism
        Of Action.  J Clin Psychiatry 62 (12) 923-924.

276.    2002  Stahl SM.  The Psychopharmacology of Energy and Fatigue.  J Clin
        Psych 63: (1) 7-8.

277.    2002  Stahl SM.  Antipsychotic Polypharmacy:  Squandering Precious
        Resources? Journal of Clinical Psychiatry 63 (2); 93-94.

PUBLICATIONS (25)

278.   2002  Stahl SM.  Selective Actions on Sleep or Anxiety by Exploiting
       GABA-A/Benzodiazepine Receptor Subtypes.  <u>Journal of Clinical
       Psychiatry</u> 63: (3) 179-180.

279.   2002  Stahl SM   Does Depression Hurt?  <u>Journal of Clinical Psychiatry</u>
       63: (4): 273-274.

280.   2002  Stahl SM and Niculescu AB.  Molecular Biology Research in Psychiatry.  In:
       <u>Psychiatry as a Neuroscience,</u> John Wiley and Sons Ltd.

281.   2002  Stahl SM.  The Psychopharmacology of Painful Physical Symptoms in
       Depression.  <u>J. Clin. Psychiatry</u> 63: (5) 382-383.

282.   2002  Stahl SM.  Awakening to the Psychopharmacology of Sleep and Arousal:
       Novel Neurotransmitters and Wake-Promoting Drugs.  <u>J. Clin Psychiatry</u> 63:  (6)
       467-468.

283.   2002  Stahl SM.  Psychopharmaclogy of Wakefulness:  Pathways and
       Neurotransmiitters.  <u>J Clin Psychiatry</u> 63: (7) 551-552.

284.   2002  Stahl SM, Mendels J and Schwartz G.  Effects of Reboxetine on
       Agitation, Anxiety and Insomnia: Results of a Pooled Evaluation of
       Randomized Clinical Trials.  <u>Journal Of Clinical Psychopharmacology</u>
       Vol 22, No. 4, p. 388-392.

285.   2002    Stahl SM.  Mirror, Mirror on the Wall, Which Enantiomer Is Fairest
       of Them All?  <u>J Clin Psychiatry</u> 63: (8) 656-657.

286.   2002    Stahl SM.  Antipsychotic Polypharmacy: Evidence Based or Eminence
       Based?  <u>Acta Psychiatrica Scandinavica</u> Vol 106 No 5, 321-322.

287.   2002    Stahl SM.  Don't Ask, Don't Tell, but Benzodiazepines Are Still the
       Leading Treatments for Anxiety Disorder.  <u>J Clin Psychiatry</u> 63: (9) 756-757.

288.   2002   Stahl SM.  Independent Actions on Fear Circuits May Lead to Therapeutic
       Synergy for Anxiety When Combining Serotonergic and GABAergic Agents.  <u>J Clin
       Psychiatry</u> 63: 10, 854-855.

289.   2002    Lutz W, Stahl SM, Howard KI and Grissom GR.  Some Relationships
       among assessments of depression, <u>Journal of Clinical Psychology.</u>
       Vol 58 (12), 1545-1553

290.   2002    Stahl SM. Can Psychopharmacologic Treatments That Relieve  Symptoms
       Also Prevent Disease Progression?  <u>J Clinical Psychiatry</u> 63:  11, 961- 962.

PUBLICATIONS (26)

291.   2002   Stahl SM, Entsuah AR and Rudolph RL.  Comparative Efficacy Between
       Venlafaxine and SSRIs:  A Pooled Analysis of Patients with Depression. Biological
       Psychiatry, 52 (12): 1166-1174, 2002.

292.   2002   Stahl M.  The Metabolic Syndrome:  Psychopharmacologists Should Weigh
       the evidence for Weighing the Patient.  J. Clin Psychiatry 63: 12, 1094 – 1095.

293.   2003   Stahl SM. Reply to Welch R and Snaterse M. Combination Therapy: Is
       Clinical Practice Leading the Way or Are We Following the Pied Piper?  J Clin
       Psychiatry. 64 (1):  94-96.

294.   2003   Stahl SM.  Neurotransmission of Cognition, Part 1 Dopamine is a Hitchhiker
       in Frontal Cortex:  Norepinephrine Transporters Regulate Dopamine. J Clinical
       Psychiatry 64: 1, 4-5.

295.   2003   Hollander E, Kaplan A and Stahl SM. A double-blind, placebo controlled
       trial of clonazepam in obsessive-compulsive disorder. World J Bio Psychiatry 4 (1):
       30-34.

296.   2003   Stahl SM.  Neurotransmission of Cognition, Part 2 Selective SRIs
       Are Smart Drugs:  Regionally Selective Actions on Both Dopamine and
       Norepinephrine to Enhance Cognition.  J. Clinical Psychiatry 64:  2, 110-111.

297.   2003   Stahl SM.  Neurotransmision of Cognition, Part 3  Mechanism of
       Action of Selective NRIs:  Both Dopamine and Norepineprhine Increase in Prefrotal
       Cortex.  J Clin Psychiatry 64:3, 230-231.

297.   2003   Stahl SM.  Neurotransmision of Cognition, Part 3  Mechanism of
       Action of Selective NRIs:  Both Dopamine and Norepineprhine Increase in Prefrotal
       Cortex.  J Clin Psychiatry 64:3, 230-231.

298.   2003   Stahl SM, Markowitz PH, Gutterman EM and Papadopoulos G.  Co-Use
       of Donepezil and Hypnotics Among Alzheimer's Disease Patients  Living in the
       Community.  Journal of Clinical Psychiatry 64: 4, 466-472.

299.   2003   Stahl SM.  At Long Last, Long-Lasting Psychiatric Medications: An Overview
       of Controlled Release Technologies.  J. Clinical   Psychiatry 64: 4, 355-356.

300.   2003   Stahl SM. Describing an atypical antipsychotic: receptor binding  and its
       role in pathophysiology. The Primary Care Companion J Clin  Psychiatry  5
       (Suppl 3) 9-13.

301.   2003   Stahl SM.  The Ups and Downs of Novel Antiemetic Drugs, Part 1
       Substance P, 5-HT, and the Neuropharmacology of Vomiting.  J Clin Psychiatry 64
       5, 498-499.

PUBLICATIONS (27)

302.    2003    Stahl SM.   The Ups and Downs of Novel Antiemetic Drugs, Part 2: An Illustration.  J Clin Psychiatry 64: 6, 626-627.

303.    2003    Stahl SM.  Antidepressants and Somatic Symptoms:  Therapeutic Actions Are Expanding Beyond Affective Spectrum Disorders To Functional Somatic Syndromes.  J Clin Psychiatry 64: 7, 745-746.

304.    2003    Stahl SM.  Here Today and Not Gone Tomorrow:  The Curse of Chronic Pain and Other Central Sensitization Syndromes.  J. Clin Psychiatry 64: 8, 863-864.

305.    2003    Damatarca C, Stahl SM. Pain and Depression: Bridging the Body and Mind. Depression: Mind and Body.  Volume 1, Number 1,  p. 7-13.

306.    2003    Stahl SM.  Deconstructing Psychiatric Disorders, Part 1: Genotypes, Symptom Phenotypes, and Endophenotypes. J. Clin Psychiatry 64: 9, 982-983.

307.    2003    Stahl SM. Reply to Freudenriech and Goff "Polypharmacy in Schizophrenia: A Fuzzy Concept". Journal of Clinical Psychiatry 64: 9, 1132-1133.

308.    2003    Stahl SM, Grady MM.  Mechanism of Action Differences Between Current Antidepressants and those soon to be released.  J. Clin Psych  64 (Suppl 13) 13-17.

309.    2003    Stahl SM. Key Issues and Unmet Needs in Schizophrenia.  In: Dopamine in the Pathophysiology and Therapeutics of  Schizophrenia: New Findings, New Directions. Eds: Shitij Kapur and Yves Lecrubier, pages 237-252.

310.    2003    Stahl SM.  Deconstructing Psychiatric Disorders, Part 2:  An Emerging, Neurobiologically Based Therapeutic Strategy for the Modern Psychopharmacologist.  J. Clin Psych 64: 10, 1145-1146.

311.    2003    Stahl SM, Gergel I and Li D.  Escitalopram in the Treatment of Panic Disorder:  A Randomized, Double Blind, Placebo-Controlled Trial.  Journal of Clinical Psychiatry 64: 11, 1322-1327.

312.    2003    Stahl SM, Zhang L, Damatarca C, Grady MM. Brain circuits determine destiny in depression: a novel approach to the psychopharmacology of wakefulness, fatigue and executive dysfunction in major depressive disorder. J Clin Psychiatry 64: (Suppl 4) 6-17.

313.    2003    Stahl SM.  Symptoms and Circuits, Part 1, Major Depressive Disorder.  J Clin Psychiatry 64: 11, 1282-1283.

314.    2003   Stahl SM.  Symptoms and Circuits, Part 2:  Anxiety Disorders.  J.Clin Psychiatry 64: 12,1408-1409.

PUBLICATIONS (28)

315.    2003    Stahl SM and Shayegan D. The psychopharmacology of ziprasidone: receptor-binding properties and real-world psychiatric practice. J Clin Psychiatry 2003 64 (supplement 19):6-12.

316.    2004    Stahl SM.  Symptoms and Circuits,Part 3:  Schizophrenia.  J. Clin Psychiatry 65: 1, 8-9.

317.    2004    Stahl SM, Markowitz JS, Papadopoulos G. Examination of nighttime sleep related problems during double-blind, placebo-controlled trials of galantamine in patients with Alzheimer's disease. Current Medical Research and Opinion. Vol. 20, No. 4, p. 517-524.

318.    2004    Stahl SM.  Psychopharmacology of Anticonvulsants:  Do All Anticonvulsants Have the Same Mechanism of Action?  J Clin Psych 65: 2, 149 150.

319.    2004    Damatarca C, Stahl J and Stahl SM. Psychopharmacologic Approaches to the Treatment of Anxiety.  Drug Ben Trends, Volume 16, No. 2,  94-100.

320.    2004    Stahl SM, Grady MM. A critical review of atypical antipsychotic utilization: Comparing monotherapy with polypharmacy and augmentation. Cur Med Chem, 11, 313-326.

321.    2004    Stahl SM.  Anticonvulsants as Anxiolytics, Part 1:  Tiagabine and other Anticonvulsants With Actions on GABA,  J Clin Psych 65:3, 291-292.

322.    2004   Stahl SM, Nicolescu AB and Grady MM.  Developments in Antidepressants. In: Advances on Management and treatment of Depression.  Eds: Michael Thase and John Potokar.

323.    2004   Stahl SM.  Anticonvulsants as Anxiolytics, Part 2:  Pregabalin and Gabapentin as $\alpha_2\delta$ Ligands at Voltage-Gate Calcium Channels.  J. Clinical Psychiatry 65: 4, 460-461.

324.    2004   Stahl SM. Focus: antipsychotic polypharmacy – evidence based prescribing or prescribing based evidence? Int J Neuropsychopharmacol 2004;7(2):113-6.

325.    2004   Stahl SM, Grady MM.  Estrogen as an Antidepressant.  Trends in Evidence-Based Neuropsychiatry (TEN) 6 (1): 23-27.

326    2004   Stahl SM.  Anticonvulsants and the Relief of Chronic Pain: Pregabalin and Gabapentin as Ligands at Voltage Gated Calcium Channels.  J Clin Psychiatry 65:5, 396-397.

327.    2004   Stahl SM.  Anticonvulsants as Mood Stabilizers and Adjuncts to Antipsychotics: Valproate, Lamotrigine, Carbamazepine, and Oxcarbazepine and Actions at Voltage-Gated Sodium Channels. J.Clin Psychiatry 65:  6, 738-739.

PUBLICATIONS (29)

328.   2004   Stahl SM.  Mechanism of Action of Voltage Sensitive Sodium Channel Modulators.  J Clin Psychiatry 65:  7, 894-895.

329.   2004   Gelenberg AF, Shelton RC, Crits-Cristoph P, Keller MB, Dunner DL,Hirschfeld R, Thase ME, Russell J, Lydiard RB, Gallop R, Todd  L, Hellerstein D, Goodnick P, Keitner G, Stahl SM and Halbreich U. The effectiveness of St. John's  Wort in major depressive disorder:  A naturalistic phase 2 follow-up in which nonresponders were provided alternate medication.  Journal of Clinical Psychiatry 2004;65(8):1114-9.

330.   2004   Stahl SM, Pradko J. A Review of the Neuropharmacology of Bupropion SR:  A Dual NE and DA Reuptake Inhibitor. Journal of Clinical Psychiatry Primary Care Companion. Volume 6, (4) 159-166.

331.   2004   Stahl SM.  Mechanism of Action of Alpha 2 Delta Ligands:  Voltage Sensitive Calcium Channel (VSCC) Modulators.  Journal of Clinical Psychiatry 65: 8, 1033-1034.

332.   2004   Stahl SM, Freudenreich O, Goff DC. A Successful Antipsychotic Combination Trial. Quo Vadis? Acta Psychiatrica Scand 2004: 110: 241-242.

333.   2004   Stahl SM and Briley M. Understanding pain in depression. Human Psychopharmacology Clin Exp (suppl)19: S9-S13.

334.   2004   Stahl SM.  Psychopharmacology of Anticonvulsants:  Levetiracetam as A Synaptic Vesicle Protein Modulator.  J. Clin. Psychiatry 65: 9, 1162-1163.

335.   2004   Stahl SM. Selectivity of SSRIs: individualizing patient care through rational treatment choices. Int J Psy Clin Prac, Volume 8, (Suppl 1), Pages 3-10.

336.   2004   Stahl SM.  Drug Combinations for Bipolar Spectrum Disorders:  Evidence-Based Prescribing or Prescribing Based Evidence? Journal Clinical Psychiatry 65: 10, 1298-1299

337.   2004   Stahl SM.  Prophylactic Antipsychotics:  Do They Keep You From Catching Schizophrenia?  J Clin Psychiatry 65: 11, 1445-1446.

338.   2004   Stahl SM, Shayegan DK. Novel mechanisms of Action: Beyond atypical antipsychotics… in den Boer JA, ter Horst GJ and George M, Current and Future Developments in Psychopharmacology, Benecke, Amsterdam, p. 287-315.

339.   2004   Shayegan DK and Stahl SM.  Atypical Antipsychotics:  Matching Receptor Profile to Individual Patient's Clinical Profile.  CNS Spectrums Oct; 9 (10 Suppl 11): p. 6-14

340.   2004   Stahl SM.  Preemptive Analgesia:  Is Pain Less Costly When You Pre-Pay For It? J Clin Psychiatry 65:12, 1591-1592.

PUBLICATIONS (30)

341.   2004     Shelton RC and Stahl SM. Risperidone and paroxetine given singly and in combination for bipolar depression, <u>Journal of Clinical Psychiatry</u> 65(12):1715-19.

342.   2005     Stahl SM.  Is Psychopharmacologic "Inoculation" Effective in Preventing Posttraumatic Stress Disorder?  <u>J Clin Psychiatry</u> 66: (1):  5-6.

343.   2005     Grady MM, Stahl SM.  Panic Attacks and Panic Disorders: the great imitators.   In: <u>Imitators of Epilepsy, second edition</u>. Ed: Kaplan PW, Fisher RS. Demos Medical Publishing, p. 277-288.

344.   2005     Demyttenaere K, De Fruyt J, Stahl SM.  The many faces of fatigue in major depressive disorder. <u>Int J Neuropsychopharmacology</u>, 8, 93-105.

345.   2005     Citrome L, Goldberg FJ and Stahl SM.  Towards convergence in the medication treatment of bipolar disorder and schizophrenia.  <u>Harvard Rev Psychiatry</u>,  Volume 13, Number 1, January/February 2005, 28-42.

346.    2005    Stahl SM. Antidepressant treatment of psychotic depression: the role of the sigma receptor. <u>CNS Spectrums,</u> Volume 10, Number 4, 319-323.

347    2005     Fava M, Rush JA, Thase ME, Clayton A, Stahl SM, Pradko JF and Johnston  JA.  15 years of Clinical Experience With Bupropion HCl:  From Bupropion to Bupropion SR to Bupropion XL.  <u>Primary Care Companion,</u> 7: (3); 106-113.

348.   2005     Shayegan DS and Stahl SM.  Emotion Processing, the Amygdala, and Outcome In Schizophrenia.  <u>Progress in Neuro-Psychopharmacology & Biological Psychiatry</u> 29: 840-845.

349.   2005     Stahl SM, Grady MM, Moret C, Briley M. Serotonin and norepinephrine reptake inhibitors (SNRIs): A review of their pharmacology, clinical efficacy and tolerability in comparison to other classes of antidepressant. <u>CNS Spectrums,</u> Sept; 10 (9): 732-747.

350.    2005    Stahl SM.  Possible Antipsychotic Effect of Fluvoxamine.  Response to Letter to the Editor, <u>CNS Spectrums</u>, Volume 10 (10): 774-775.

351.    2006    Stahl SM.  Finding What You Are Not Looking For:  Strategies for Developing Novel Treatments in Psychiatry.  <u>NeuroRx:  The Journal of the American Society for Experimental NeuroTherapeutics</u>, Volume 3, No. 1, 3-9.

352.    2006    Stahl SM.  Finding Better Answers for Sleep Disorders.  <u>Current Psychiatry</u> Vol 5, No.1, January 2006 p. 68-70.

PUBLICATIONS (31)

353.    2006    Stahl SM, Grady M.  High Cost Use of Second-Generation Antipsychotics under California's Medicaid Program.  Psychiatric Services, Volume 57, Issue 1, p. 127-129.

354.    2006    Stahl SM.  A rash proposal for treating bipolar disorder.  Current Psychiatry Vol 5, No. 2, p. 92-100.

355.    2006    Stahl SM.  What's Wrong with Multicenter Trials.  Current Psychiatry Vol. 5, No. 3,, p. 37-41.

356.    2006    Rausch JL; Johnson ME; Kasik KE and Stahl SM.  Temperature Regulation in Depression:  Functional 5HT1A Receptor Adaptation Differentiates Antidepressant Response.  Neuropsychopharmacology, 31, 2274-2280.

357.    2006 Stahl SM; Grady M; Santiago G; and Davis RL.  Optimizing Outcomes in Psychopharmacology Continuing Medical Education (CME): Measuring Learning And Attitudes That May Predict Knowledge Translation into Clinical Practice.  FOCUS Vol IV, No. 4, 487-495.

358.    2007 Stahl SM and Buckley PF.  Negative Symptoms of Schizophrenia:  a problem that will not go away.  Acta Scandinavia Psychiatria 2007: 115: 4-11.

359.    2007 Buckley PF and Stahl SM.  Pharmacological Treatment of negative symptoms of schizophrenia: therapeutic opportunity or Cul-de-Sac?  Acta Scandinavia Psychiatria 2007:  115:  93-200.

360.    2007  Stahl SM.  Overview of Trends in Modern Psychopharmacology.  CNS Spectrums 12: 2, 103-105.

361.    2007  Stahl SM   Monoamine mechanisms in pain and depression.  Neuropsychiatric Disease and Treatment 3 (Suppl 1) 9-12.

362.    2007  Stahl SM.  Beyond the dopamine hypothesis to the NMDA Glutamate Receptor Hypofunction Hypothesis of Schizophrenia.  CNS Spectrums 12: 4, 265-268.

363.    2007  Stahl SM.  Novel Therapeutics for Schizophrenia:  Targeting Glycine Modulation of NMDA Glutamate Receptors.  CNS Spectrums 12:6 423-427.

364.    2007  Rollema H, Coe J, Chambers L, Hurst R, Stahl SM and Williams K.  Alpha 4 Beta 2 nicotinic acetylcholine receptor partial agonists for the treatment of nicotine dependence:  rationale, pharmacology and clinical efficacy.  Trends in Pharmacological Science 28 (7): 316-325.

PUBLICATIONS (32)

365.   2007  Stahl SM.  A Different Mechanism to Understand Activation/Sedation Side Effects of Ziprasidone.  Response Letter to the Editor.  Journal of Clinical Psychiatry 68: 6, 975-976.

366.   2007  Stahl SM.  Genetics of Schizophrenia converge on the NMDA receptor.  CNS Spectrums 12; 8, 583-588.

367.   2007  Stahl SM.  Novel Therapeutics for Depression:  L-methylfolate (6 (S)-5 methyltetrahydrofolate or MTHF) as a Trimonoamine Modulator and Antidepressant Augmenting Agent.  CNS Spectrums 12, 10, 423-428.

368.   2007    Gharabawi GM; Rupnow MFT; Greenspan A; Kosik-Gonzalez C; Young Z and Stahl SM.  Incidence and costs of polypharmacy: data from a randomized, double-blind study of risperidone and quetiapine in patients with schizophrenia and schizoaffective disorder. Current Medical Research and Opinion 23; 11, 2815-2822.

369.   2007    Stahl SM.  Novel mechanism of antidepressant action:  norepinephrine and dopamine disinhibition (NDDI) plus melatonergic agonism. International Journal of Neuropsychopharmacology 10, 575-578.

370.   2007    Nutt D; Demyttenaere K; Janka Z; Aare T; Bourin M; Canonico PL; Carrasco JL and Stahl SM.  The Other Face of Depression, reduced positive affect: the role of catecholamines in causation and cure.   Journal of Psychopharmacology 21; 5, 461-471.

371.   2007  Stahl SM; Ahmed S; Haudiquet V.  Analysis of the Rate of Improvement of Specific Psychic and Somatic Symptoms of General Anxiety Disorder During Treatment With Venlafaxine ER.  CNS Spectrums 2; 9, 703-711.

372.   2008  Stemmelin J, Cohen C, Terranova JP, Lopez-Grancha M, Pichat P, Bergis O, Decobert M, Sasntucci V, Alonso R, Stahl SM, Keane P, Avenet P, Scatton B, LeFur G and Griebel G. Stimulation of the Beta-3 adrenoceptor as a novel treatment for anxiety and depression disorders".  Neuropsychopharmacology 33: 574-587.

373.   2008  Buckely P and Stahl SM.  Letter to the Editor.  Reply to:  Repetitive transcranial magnetic stimulation as new technique for treatment of negative symptoms of schizophrenia.  Acta Psychiatr Scand 117: 1, 79.

374.   2008  Zisook S, Glick I, Jefferson J, Wagner, K, Salzman C, Peselow E and Stahl S.  Teaching Psychopharmacology:  What Works and What Doesn't.  Journal of Clinical Psychopharmacology 28 (1): 96-100 February 2008.

375.   2008  Stahl SM.  Personalized Medicine, Pharmacogenomics, and the Practice of Psychiatry:  On the Threshold of Predictive Therapeutics in Psychopharmacology? CNS Spectrums 13: 2, 115-118.

PUBLICATIONS (33)

376.   2008   Stahl SM.  Do Dopamine Partial Agonists Have Partial Efficacy as Antipsychotics?  CNS Spectrums 13:4, 279-282.

377.   2008  Stahl SM and Wise DD.  The Potential Role of a Corticotropin-Releasing Factor Receptor-1 antagonist in Psychiatric Disorders.  CNS Spectrums, 13:6, 467-483.

378.   2008   Wise D, Felker A and Stahl SM.  Tailoring Treatment of Depression for Women Across the Reproductive Lifecycle:  The Importance of Pregnancy Vasomotor Symptoms, and Other Estrogen-Related Events in Psychopharmacology.  CNS Spectrums 13: 8, 647-655, 658-662.

379.   2008  Papakostas G, Stahl S, Krishen A, Seifert C, Tucker V, Goodale E and Fava M.  Efficacy of Bupropion and the Selective Serotonin Reuptake Inhibitors in the treatment of Major Depressive Disorder with High Levels of Anxiety (Anxious Depression). J Clin Psychiatry 69: 8, 1287-1292.

380.   2008  Stahl SM.  L-methylfolate: a vitamin for your monoamines; Journal of Clinical Psychiatry  69:  9; 1352-1353.

381.   2008  Stahl SM and Felker A.  Monoamine Oxidase Inhibitors:  A Modern Guide to an Unrequited Class of Antidepressants.  CNS Spectrums  13: 10, 855-870.

382.   2008  Stahl SM.  The Sigma Enigma:  Can Sigma Receptors Provide a Novel Target for Disorders of Mood and Cognition?  Journal of Clinical Psychiatry 69: 11; 1673-1674.

383.   2008  Stahl SM.  Selective Histamine H1 Antagonism:  Novel Hypnotic and Pharmacologic Actions Challenge Classical Notions of Antihistamines.  CNS Spectrums 13 (12): 1027-1038.

384.   2009  Kim D, Maneen M and Stahl SM.  Building a Better Antipsychotic: Receptor Targets for the Treatment of Multiple Symptom Dimensions of Schizophrenia. Neurotherapeutics:  The Journal of the American Society for Experimental Neurotherapeutics.  Vol.6, 78-85.

385.   2009  Stahl SM, Mignon L and Meyer JM.  What Comes First:  Atypical Antipsychotics or The Metabolic Syndrome?  Acta Psychiatrica Scand 119:  171-179.

386.   2009   Meyer JM and Stahl SM.  The Metabolic Syndrome  and Schizophrenia. Acta Psychiatrica Scand 119:  4-14.

387.   2009   Stahl SM.  Vasomotor Symptoms and Depression in Women, Part 1. Journal of Clinical Psychiatry 70: 1, 11-13.

PUBLICATIONS (34)

388.    2009   Stahl SM.  Multifunctional Drugs:  A Novel Concept for Psychopharmacology. CNS Spectrums 14: 2, 71-73.

389.    2009 Stahl SM.  Vasomotor Symptoms and Depression in Women, Part 2: Treatments that cause remission and prevent Relapses of Major Depressive Episodes Overlap with Treatments for Vasomotor Symptoms.  Journal of Clinical Psychiatry 70: 3, 310-311.

390.    2009 Hayashi T and Stahl SM.   Sigma 1 receptors and its role in the treatment of mood disorders.  Drugs of the Future  34 (2):  137-146.

391.    2009  Stahl SM and Davis RL.  Applying the Principles of Adult Learning to the Teaching of Psychopharmacology:  Overview and Finding the Focus.  CNS Spectrums 14: 4, 179-182.

392.    2009  Stahl SM.  Norepinephrine and Dopamine Regulate Signals and Noise in the Prefrontal Cortex.  J Clin Psychiatry 70:5, 617-618.

393.    2009  Mischoulon D, Fava M and Stahl SM.  Letter to the Editor.  Folate Supplementation:  Is It Safe and Effective?  J Clin Psychiatry 70: 5, 767-769.

394.    2009  Munk-Jorgensen P, Nielsen J, Nielsen RE and Stahl SM.  Last Episode Psychosis.  Acta Psychiatrica Scandinavica.  119:417-418.

395.    2009 Stahl SM and Briley M.  Why Psychiatrists should not ignore pain in their patients -focus on fibromyalgia?  Human Psychopharmacology 24: S1-S2.

396.     2009  Stahl SM.  Fibromyalgia – pathways and neurotransmitters.  Human Psychopharmacology 24:  S11-S17.

397.    2009  Stahl SM and Davis RL.  Applying the Principles of Adult Learning to the Teaching of Psychopharmacology:  Storyboarding a Presentation and the Rule of Small Multiples.  CNS Spectrums  14: 6, 288-294.

398.    2009   Stahl SM.  The Prefrontal Cortex Is Out of Tune in Attention-Deficit/Hyperactivity Disorder.  J Clin Psychiatry 70: 7, 950-951.

399.    2009   Stahl SM, Lombardo I, Loebel A and Mandel F.  Efficacy of Ziprasidone in Dysphoric Mania:  Pooled Analysis of 2 Double Blind Studies.  Journal of Affective Disorders 122' 30-45.

400.    2009   Stahl SM and Davis RL.  Applying the Principles of Adult Learning to the Teaching of Psychopharmacology:  Audience Response Systems.  CNS Spectrums 14: 8, 412-414.

401.    2009    Stahl SM.  Epigenetics and Methylomics in Psychiatry.  J Clin Psychiatry 70: 9, 1204-1205.

PUBLICATIONS (35)

402.    2009    Stahl SM.  Mechanism of Action of Trazodone:  a Multifunctional Drug.  CNS Spectrums 14: 10, 536-546.

403.    2009    Stahl SM.  Combining Antidepressant Therapies From the Initiation of Treatment: A Paradigm Shift for Major Depression.  J Clin Psychiatry Nov; 70(11):1493-4.

404.    2009    Stahl SM.  Crisis in Army Psychopharmacology and Mental Health Care at Fort Hood.  CNS Spectrums  14:12, 677-684.

405.    2010    Stahl  SM.  Mechanism of Action of Stimulants in Attention Deficit/Hyperactivity Disorder.  J Clin Psychiatry Jan; 71 (1):  12-13.

406.    2010    Sussman N and Stahl SM.  The Future of Novel Drug Discovery in CNS.  IN SESSION with Stephen M. Stahl, M.D.,Ph.D.  Primary Psychiatry 17 (1): 32-34.

407.    2010    Stahl SM.  Enhancing Outcomes from Major depression:  Using Antidepressant Combination Therapies with Multifunctional Pharmacological Mechanisms from the Initiation of Treatment, CNS Spectrums 15: 2; p 677-691.

408.    2010    Stahl SM.  Mechanism of Action of α2A-Adrenergic Agonists in Attention-Deficit/Hyperactivity Disorder With or Without Oppositional Symptoms, Journal of Clinical Psychiatry  71:3, p 223-224.

409.    2010    Zajecka J, Schatzberg A, Stahl S, Shah A, Caputo A and Post A.  Efficacy and  Safety of Agomelatine in the Treatment of Major Depressive Disorder:  A  Multicenter, Randomized, Double-Blind, Placebo-controlled Trial.  Journal of Clinical Psychopharmacology Volume 30, Number 2, 135-144.

410.    2010    Stahl SM.  Methylated Spirits:  Epigenetic Hypotheses of Psychiatric Disorders.  CNS Spectrums 15: 4, 220-230.

411.    2010    Stahl SM.  Circuits of Sexual Desire in Hypoactive Sexual Desire Disorder.  Journal of Clinical Psychiatry 71:5,  518-519.

412.    2010    Stahl SM, Fava M, Trivedi M,Caputo A, Shah A and Post A.  Agomelatine in the Treatment of Major Depressive Disorder:  An 8 week, Multicenter, Randomized, Placebo-controlled Trial.  Journal of Clinical Psychiatry 71: 5; 616-626.

413.    2010    Stahl SM.  Fooling Mother Nature:  Epigenetics and Novel Treatments for Psychiatric Disorders.  CNS Spectrums 15: 6, 358-365.

414.    2010    Stahl SM.  Psychiatric Stress Testing:  Novel Strategy for Translational Psychopharmacology.  Neuropsychopharmacology 35: 6, 1413-1414.

PUBLICATIONS (36)

415.   2010   Stahl SM.  Targeting Circuits of sexual Desire as a Treatment Strategy for Hypoactive sexual Desire Disorder.  Journal of Clinical Psychiatry 71: 7,  821-822.

416.   2010   Stahl SM, Davis RL, Kim DH, Lowe Gellings N, Carlson RE Jr, Fountain K and Grady MM.  Play it Again:  The Master Psychopharmacology Program as an Example of Interval Learning in Bite-Sized Portions.  CNS Spectrums 15: 8, 491-504.

417.   2010   Stahl SM, Malla A, Newcomer JW, Potkin SG, Weiden PF, Harvey PD, Loebel A,  Watsky E, Siu CO and Romano S.  A Post Hoc Analysis of Negative Symptoms  And Psychosocial Function in Patients  with Schizophrenia:  A 40-Week, Radomized, Double- Blind Study of Ziprasidone versus Haloperidol Followed by a 3 Year  Double   Blind Extension Trial.  Journal of Clinical Psychopharmacology  Volume 30, Number 4, 425-430.

418.   2010   Mignon L and Stahl SM.  Current Depression Landscape:  A State of the Field Today.  In: Next General Antidepressants:  Moving Beyond Monoamines to Discover Novel  Treatment Strategies for Mood Disorders.  Eds:  Beyer CE and Stahl SM.  Cambridge University Press, New York, NY, 1 - 11.

419.   2010   Grady M and Stahl SM.  Antidepressants:  Recent Developments.  In Encyclopedia of Psychopharmacology.   Spring Publishing, New York, 101-108.

420.   2010   Stahl SM.  Illustrating the Circuits of Sexual Desire.  Journal of Clinical Psychiatry 71: 9, 1113-1114.

421.   2010   Nutt D and Stahl SM.  Searching for perfect sleep:  the continuing evolution of GABA$_A$ receptor modulators as hypnotics.  J Psychopharmacology 24 (11); 1601-1602.

422.   2010   Stahl SM.  The Serotonin-7 Receptor as a Novel Therapeutic Target.  Journal of Clinical Psychiatry 71: 11, 1414-1415.

423.   2010   Loonen AJM and Stahl SM.  The Mechanism of Drug-induced Akathisia.  CNS Spectrums 15; 11, 491-494.

424.   2010   Stahl SM.  How to dose a psychotropic drug: beyond therapeutic drug monitoring  to genotyping the patient.   Acta Psychiatrica Scand  122: 440-441.

425.   2010   Loonen AJM and Stahl SM.  Functional psychopharmacology is the way to go in pharmacotherapy for psychiatric disorders.  Acta Psychiatrica Scand 122: 435-437.

PUBLICATIONS (37)

426     2010  Kim D and Stahl SM.  Antipsychotic Drug Development.  In: Current Topics in Behavioral Neurosciences 4:  Behavioral  Neurobiology of Schizophrenia and Its Treatment.  Eds:  Geyer MA, Ellenbroek BA and Marsden CA.  Springer Publishing, p. 123-139.

427.    2011   Munk-Jorgensen P, Christiansen B, Stahl SM and Licht, RW.  Happy new year 2011.  Acta Psychiatr Scand  123: 1; 1-3.

428.    2011     Stahl SM, Sommers B and  Allers K.  Multifunctional pharmacology of flibanserin:  Possible mechanism of action in hypoactive sexual desire disorder.  J Sex Med  8: 15-27.

429.    2011     Mattei C, Rapagnani MP and Stahl SM.  Ziprasidone Hydrocloride:  what role in the management of schizophrenia?  Journal of Central Nervous System Disease 3:  1-16.

430.    2011     Schwartz TL and Stahl SM. Treatment strategies for dosing the second generation antipsychotics. CNS Neuroscience and Therapeutics 17; 110-117.

431.    2011     Schwartz TL ,Stahl SM, Pappadopulos E and Karayal ON. Ziprasidone in the treatment of bipolar disorder.  In: Bipolar Psychopharmacotherapy:  Caring for the Patient, 2nd edition.  Eds:  Akiskal H and Tohen M, Wiley Press, p 223-244.

432.    2011   Schwartz TL and Stahl SM.  Optimizing Antidepressant Management of Depression:  Current Status and Future Perspectives.  In: Depression:  From Psychopathology to Pharmacotherapy.  The Future of Antidepressants. Eds: Cryan FJ and Leonard BD.  S. Karger AG, Basel, Switzerland 2010, p 254-267.

433.    2011     Loonen AJM, Stahl SM and  van Praag HM.  Letter to the Editor.  Reply to:  Case Studies are not sufficient.  Acta Psychiatr Scand  123: 493-494.

434.    2011     Sauve W and Stahl SM.  Psychopharmacological Treatment of PTSD.  In: Handbook for the Treatment of PTSD in Military Personnel.  Eds:  Moore BA and Penk WE, Guilford Press, p 155-172.

435.    2011     Schwartz TL, Siddiqui UA and Stahl SM.  Vilazodone:  A Brief Pharmacologic  And Clinical Review of the Novel SPARI (Serotonin Partial Agonist and Reuptake  Inhibitor).  Therapeutic Advances in Psychopharmacology Volume 1 Issue 3, 81-87.

436.    2011     Morrissette DA and Stahl SM.  Affective Symptoms in Schizophrenia.  In: Drug Discovery Today:  Therapeutic Strategies, Volume 8, Issues 1-2, p 3-9.

PUBLICATIONS (38)

437.    2012     Citrome L, Meng X, Hochfeld M, Stahl SM. Efficacy of iloperidone in the short- term treatment of schizophrenia: a post hoc analysis of pooled patient data from 4 Phase II, Placebo- and active-controlled trials, Human Psychopharmacology. 27: 24-32.

438.    2012     Stahl SM, Psychotherapy as an epigenetic "drug": psychiatric therapeutics target symptoms linked to malfunctioning brain circuits with psychotherapy as well as with drugs. Journal of Clinical Pharmacy and Therapeutics. 37: 249-253.

439.    2012     Brandt MR, Beyer CE and Stahl SM. TRPV1 Antagonists and Chronic Pain: Beyond Thermal Perception. Pharmaceuticals, special issue "Emerging Pain  Targets and Therapy", 5, 114-132.

440.    2012     Insel TR, Voon V,Nye JS, Brown VJ, Altevogt BM, Bullmore ET, Goodwin GM,  Howard RJ, Kupfer DJ, Malloch G, Marston HM, Nutt DJ, Robbins TW, Stahl SM, Tricklebank MD, Williams JH, Sahakian BJ.  A Plan for mental illness. Nature, Vol 483, 269.

441.    2012    Schwartz TL, Sachdeva S and Stahl SM.  Genetic data supporting the NMDA glutamate receptor hypothesis for schizophrenia, Current Pharmaceutical Design 18, 1580-1592

442.    2012    Grady M and Stahl SM.  Practical Guide for Prescribing MAOI:  Debunking Myths  and Removing Barriers. CNS Spectrums 17, 2-10.

443.    2012    Stahl SM.  CNS Spectrums:  a new publisher, a new editor-in-chief, and new vistas. CNS Spectrums 17, 1.

444.    2012    Stahl SM.  Antipsychotic polypharmacy:  never say never, but never say always. Acta Psychiatrica Scandinavica 125: 349-351.

445.    2012   Grady M and Stahl SM.  A horse of a different color:  how formulation Influences medication effects. CNS Spectrums 17. 63-69.

446.    2012  Gellings-Lowe N and Stahl SM.   Antidepressants in pain, anxiety and depression.  In: Pain Comorbidities.   Giamberardino MA and Jensen TS (Eds), IASP Press, 409-423.

447.    2012 Tarazi F and Stahl SM.  Iloperidone, asenapine and lurasidone:  a primer on Their current status.  Expert Opinion on Pharmacotherapy 13 (13); 1911-1922.

448.    2012 Gellings Lowe N, Rapagnani MP, Mattei C and Stahl SM.  The Psychopharmacology of Hallucinations:  Ironic Insights Into Mechanisms of Action. In: The Neuroscience of Hallucinations.  Eds:  Jardri R, Thomas P, Cachia A and Pins D.  Springer Press, 471-492.

PUBLICATIONS (39)

449.    2012   Griebel G, Beeske S and Stahl SM.  The V1b receptor antagonist
        SSRI49415 in the treatment of major depressive and generalized anxiety
        disorders:  results  from four double-blind, placebo-controlled studies.  J Clin
        Psychiatry  73:  11, 1403-1411.

450.    2012   Schwartz TL, Sachdeva S and Stahl SM.  Glutamate neurocircuitry:
        theoretical underpinnings in schizophrenia.  Frontiers in Pharmacology Volume 3,
        1-11.

451.    2012   Stahl SM. Structural Imaging of schizophrenia:  is the modern psychiatrist
        becoming a "disease scene investigator?".  Acta Psychiatrica Scandinavica  126:
        231-232.

452.    2012   Morrisette DA and Stahl SM.  Optimizing Outcomes in Schizophrenia:
        Long  Acting Depots and Long Term Treatment.  CNS Spectrums  17:  10-21.

453.    2012   Lum CT and Stahl SM.  Opportunities for reversible inhibitors of
        monoamine oxidase-A (RIMAs) in the treatment of depression.  CNS Spectrums
        17: 107-120.

454.    2012    Sfera A and Stahl S.  A Century of Schizophrenia Where We Came From,
        Where We Are now and Where We are Going.  Romanian Journal of
        Psychopharmacology 12: 201-217.

455.    2012    Chang TE and Stahl SM.  Developments in Psychopharmacology for
        Major Depressive Disorder.  FOCUS 10:  452-460.

456.    2013    Stahl SM.  The Tyranny of the majority and the interchangeability of
        drugs.  Acta Psychiatrica Scandinavica  127:  4-5.

457.    2013   Stahl SM. Kick-off Editorial for 2013:  Thanks to our Reviewers. CNS
        Spectrums,  18: 1; 5.

458.    2013    Stahl SM.  Off label prescribing: Best Practice or Malpractice. CNS
        Spectrums,  18: 1, 1-4.

459.    2013    Stahl SM.  The Last Diagnostic and Statistical Manual (DSM):    replacing
        0ur symptom-based diagnoses with a brain circuit-based classification of mental
        Illnesses.  CNS Spectrums  18, 65-68.

460.    2013   Stahl SM, Cucchiaro J, Sinonelli, D, Severs J, Pikalov A and Loebel A.
        Effectiveness of Lurasidone for Patients With Schizophrenia Following 6 weeks of
        Acute Treatment With Lurasidone, Olanazapine, or Placebo:  A 6-month, Open-
        Label Study.   J Clin Psychiatry  74:  5, 507-515.

PUBLICATIONS (40)

461.    2013   Stahl SM, Lee-Zimmerman C, Cartwright S and Morrissette DA. Serotonergic  Drugs for Depression and Beyond.  Current Drug Targets 14: (5); 578-585.

462.    2013   Stahl SM.  Classifying psychotropic drugs by mode of action and not by Target disorder.  CNS Spectrums  18, 113-117.

463.    2013   Stahl SM, Eisenach JC, Taylor CP, Cheung RY, Thorpe A and  Clair A. The diverse  therapeutic actions of pregabalin: is a single mechanism responsible for several  pharmacologic activities.   Trends in Pharmacological  Science. 34: 6; 332-339.

464.    2013   Stahl SM, Morrissette DA, Citrome L, Saklad SR, Cummings MA, Meyer JM, O'Day JA, Dardashti LJ and Warburton KD.  "Meta-guidelines" for the Management of patients with schizophrenia.  CNS Spectrums 18, 150-162.

465.    2013   Morrissette DA and Stahl SM,   Should high dose or very long-term antipsychotic monotherapy be considered before antipsychotic polypharmacy? In Ritsner MS, Polypharmacy in Psychiatric Practice, Volume.I, 107-125.

466.    2013   Schwartz TL, Siddiqui U and Stahl SM.  Translating Basic Science into Clinical Practice while Dosing the Second Generation antipsychotics.  In: Antipsychotic Drugs:  Pharmacology, Side Effects and Abuse Prevention, p 55-78.

467.    2013   Stahl SM.  Translating from neuroscience to psychiatry (and back translating from psychiatry to neuroscience)  Acta Psychiatrica Scandinavica 128:  103-104.

468.    2013   Stahl SM.  Controversies in treating bipolar Depression. CNS Spectrums  18, 175-176

469.    2013   Stahl SM.  Mechanism of action of ketamine.  CNS Spectrums 18, 171-174.

470.    2013   Stahl SM.  Mechanism of Action of dextromethorphan/quinidine: comparison with ketamine.  CNS Spectrums 18, 225-227.

471.    2013   Grady MM and Stahl SM.  Novel Agents in Development for the treatment of depression.  CNS Spectrums 18, Supplement 1, 37-41.

472.    2013   Stahl SM.  Role of α1 adrenergic antagonism in the mechanism of action Of iloperidone:  reducing extrapyramidal symptoms.  CNS Spectrums 18, 285-288.

473.    2013   Stahl SM. Emerging Guidelines for the Use of Antipsychotic Polypharmacy. Revista  de Psychiatria Y Salud Mental 6  (3):  97-100.

PUBLICATIONS (41)

474.	2013	Inset TR, Voon V, Nye JS, Brown VJ, Altevogt BM, Bullmore ET, Goodwin GM, Howard RJ, Kipfer DJ, Malloch G, Marston HM, Nutt DJ, Robbins TW, Stahl SM, Tricklebank MD, Williams JH and Sahakian BJ.  Innovative Solutions to Novel Drug Development in Mental Health.  Neuroscience and Biobehavioral Reviews 37:  2438-2444.

475.	2014	Opler LA, Medalia A, Opler MG and Stahl SM.  Pharmacotherapy of cognitive deficits in schizophrenia.  CNS Spectrums 19: 142-156

476.	2014	Zohar J, Nutt DJ, Kupfer DJ, Moller HJ, Yamawaki S, Spedding M and Stahl SM.  A Proposal For An Updated Neuropsychopharmacological Nomenclature.  European Neuropsychopharmacology, 24: 1005-1014  x.doi.org/10.l1016/j.euroneuro.2013.08.004

477.	2014	Stahl SM.  Long-Acting injectable antipsychotics:  shall the last be first?  CNS Spectrums 19, 3-5.

478.	2014	Stahl SM.  Kick-off editorial for 2014:  Thanks to our reviewers.  CNS Spectrums 19, 1-2.

479.	2014	O'Day  J. A., Dardashti  L. J., Delgado  D. M., Schwartz E. H., Broderick C. L. and Stahl  S. M.   Genetics and Epigenetics of Mental Illness:  Implications for Diagnosis and Treatment. Wiley Encyclopedia of Forensic Science. 1–9. Eds A. Jamieson and A.A. Moensssens, John Wiley, Chichester

480.	2014	Stahl SM.  Mechanism of action of the SPARI  vilazodone:  (serotonin partial agonist  Reuptake inhibitor)  CNS Spectrums 19, 105-109.

481.	2014	Stahl SM.  Mechanism of action of agomelatine:  a novel antidepressant exploiting  synergy between monoaminergic and melatonergic properties.  CNS Spectrums 19, 207-212.

482.	2014	Stahl SM.  Clozapine:  Is Now the Time for More Clinicians to Adopt this Orphan?  CNS Spectrums 19, 279-281.

483.	2014	Grady MM and Stahl SM.  Antidepressants:  Recent Developments (Category: Drugs and Drug Classes).  Encyclopedia of Psychopharmacology  DOI 10.1007/978-3-642-27772-6_362-2, p 1-9.

484.	2014	Stahl SM.  Deconstructing violence as a medical syndrome:  mapping psychotic, impulsive, and predatory subtypes to malfunctioning brain circuits.  CNS Spectrums 19, 357-365.

485.	2014	Morrissette DA and Stahl SM.  Treating the violent patient with psychosis or impulsivity utilizing antipsychotic polypharmacy and high-dose monotherapy.  CNS Spectrums 19, 439-448.

PUBLICATIONS (42)

486.   2014    Stahl SM, Morrissette DA, Cummings M, Azizian A, Bader S, Broderick C, Dardashti L, Delgado D, Meyer J, O'Day J, Proctor G, Rose B, Schur M, Schwartz E, Velasquez S and Warburton K.  California State Hospital Violence Assessment and Treatment (Cal-VAT) guidelines.  CNS Spectrums 19, 449-465.

487.   2014    Stahl SM.  Mechanism of action of tasimelteon in non-24 sleep-wake syndrome:  treatment for a circadian rhythm disorder in blind patients.  CNS Spectrums 19, 475-487.

488.   2014    Shapiro DN and Stahl SM.  Novel and Investigational Drugs in Depression.  International Neuropsychiatric Disease Journal 2 (6):  328-347.

489.   2014    Papakostas GI, Shelton RC, Zajecka JM, Bottiglieri T, Roffman J, Cassiello C, Stahl SM and Fava M.  Effect of Adjunctive L-Methylfolate 15 mg Among Inadequate Responders to SSRIs in Depressed Patients Who Were Stratified by Biomarker Levels and Genotype:  Results From a Randomized Clinical Trial.  J Clin Psychiatry 75: 8, 855-863.

490.   2014    Morrissette DA and Stahl SM.  Modulating the Serotonin System in the treatment of major depressive disorder.  CNS Spectrums 19, Supplement 1, 57-69.

491.   2015   Burton B, Feigenbaum A, Grant M, Hendren R, Singh R, Siriwardena K, Phillips III J, Sanchez-Valle A, Waisbren S, Gillis J, Prasad S, Merilainen M, Lang W  and Stahl SM.   A Randomized, Double-Blind study Exploring ADHD Symptoms and Executive Function in People with Phenylketonuria Randomized to Sapropterin Dihydrochloride or Placebo.  Molecular Genetics and Metabolism 114: 415-424; doi:  10.1016/j.ymgme.2014.11.011.

492.    2015   Stahl SM, Kick Off Editorial for 2015: thanks to our reviewers; CNS Spectrums 20: 7-8

493.    2015   Stahl SM.  Mechanism of action of Flibanserin, a Multifunctional Serotonin Agonist and Antagonist (MSAA), in Hypoactive Sexual Desire Disorder.  CNS Spectrums 20: 1-6

494.    2015   Stahl SM, Modes and nodes explain the mechanism of action of vortioxetine, a multimodal agent (MMA): enhancing serotonin release by combining serotonin (5HT) transporter inhibition with actions at 5HT receptors (5HT1A, 5HT1B, 5HT1D, 5HT7 receptors); CNS Spectrums 20: 93 – 97

495.    2015   Stahl SM, Modes and nodes explain the mechanism of action of vortioxetine, a multimodal agent (MMA): blocking 5HT3 receptors enhances release of serotonin, norepinephrine, and acetylcholine; CNS Spectrums 20: 455 459

PUBLICATIONS (43)

496.    2015  Stahl SM, Modes and nodes explain the mechanism of action of vortioxetine, a multimodal agent (MMA): modifying serotonin's downstream effects on glutamate and GABA (gamma amino butyric acid) release, <u>CNS Spectrums</u> 20: 331 - 336

497.    2015  Stahl SM Modes and nodes explain the mechanism of action of vortioxetine, a multimodal agent (MMA): actions at serotonin receptors may enhance downstream release of four pro-cognitive neurotransmitters, <u>CNS Spectrums</u> 20: 515 – 519

498.    2015  Stahl SM Is impulsive violence an addiction? The Habit Hypothesis, <u>CNS Spectrums</u> 20: 165 – 169

499.    2015  Culpepper, L, Muskin PR, Stahl SM, Major Depressive Disorder: Understanding the Significance of Residual Symptoms and Balancing Efficacy with Tolerability, <u>American Journal of Medicine</u> 128, S1-S15

500.    2015  Warburton KD, Stahl SM, Treat the treatable: a comprehensive and optimistic approach to treating psychiatric violence, <u>CNS Spectrums</u> 20: 170 – 171 (editorial)

501.    2015  Schaufenbil RJ, Kornbluh R, Stahl SM, Warburton KD, Forensic focused treatment planning: a new standard for forensic mental health systems <u>CNS Spectrums</u> 20: 250 – 253

502.    2015  Zohar J, Stahl SM, Moller H-J, Blier P, Kupfer D, Yamawaki S, Uchida H, Spedding M,  Goodwin GM, Nutt D, A review of the current nomenclature for psychotropic agents and an introduction to the Neuroscience-based Nomenclature, <u>*European Neuropsychopharmacology*</u>, 25: 2318-25

503.    2015  Stahl SM, Using neuroscience for naming psychotropic drugs, <u>CNS Spectrums</u> 21: 219-220 (editorial)

504.    2015  Maxwell NM, Nevin RL, Stahl SM, Block J, Shugarts S, Wu AH, Dominy S, Solano-Blanco MA, Kappelman-Culver S, Lee-Messer C, Maldonado J, Maxwell AJ, Prolonged neuropsychiatric effects following management of chloroquine intoxication with psychotropic polypharmacy doi: 10.1002/ccr3.238; <u>Clinical Case Reports</u> 3:379-87.

505.    2015  Shapiro DN and Stahl SM, Psychopharmacology Child and Adolescent, <u>Wiley Encyclopedia of Forensic Science</u>. 1–9.  eds A. Jamieson and A.A.Moenssens, John Wiley: Chichester. doi: 10.1002/9780470061589.fsa1105. Published 16th June 2014.

506.    2016  Stahl SM, Kick-off editorial for 2016: thanks to our reviewers, <u>CNS Spectrums</u> 21:7-8

PUBLICATIONS (44)

507.    2016   Stahl SM, Mechanism of action of brexpiprazole: comparison with
        aripiprazole, <u>CNS Spectrums</u> 21:1 - 6

508.    2016   Stahl SM Mechanism of action of cariprazine, <u>CNS Spectrums</u> 21: 23-
        127

509.    2016   Stahl SM Mechanism of action of suvorexant, <u>CNS Spectrums</u> 21:215 –
        218

510.    2016   Stahl SM  Mechanism of action of pimavanserin in Parkinson's disease
        psychosis: targeting serotonin 5HT2A and 5HT2C receptors, <u>CNS Spectrums</u> 21:
        271 – 275

511.    2016   Stahl SM, Parkinson's disease psychosis as a serotonin-dopamine
        imbalance syndrome, <u>CNS Spectrums</u> 21: 355-359.

512.    2016   Stahl SM, Dextromethorphan-quinidine-responsive pseudobulbar affect
        (PBA): psychopharmacological model for wide-ranging disorders of emotional
        expression? <u>CNS Spectrums</u> 21: 419-423.

513.    2016   Meyer JM, Cummings MA, Proctor G, Stahl SM, Psychopharmacology
        of Persistent Violence and Aggression, <u>Psychiatr Clin N Am</u> 39 (2016) 541–556.

514.    2016   Meyer JM, Proctor G, Cummings MA, Dardashti LJ, Stahl, SM,
        Ciprofloxacin and Clozapine: A Potentially Fatal but Underappreciated
        Interaction, <u>Case Reports in Psychiatry</u> Volume 2016, Article ID 5606098, 7
        pages (http://dx.doi.org/10.1155/2016/5606098).

515.    2016   Moore BA, Morrissette DA, Meyer JM, Stahl SM, "Unconventional"
        Treatment Strategies for Schizophrenia: Polypharmacy and Heroic Dosing
        <u>BJPsychBull</u> 1-5, 41:164-168, doi: 10.1192/pb.bp.115.053223.

516.    2017   Goldstein I, Kim NN, Clayton AH, DeRogatis LR, Giraldi A, Parish SJ,
        Phaus J, Simon JA, Kingsberg SA, Meston C. Shahl SM, Wallen K, Worsley R,
        HSDD Hypoactive Sexual Desire Disorder: International Society for the Study of
        Women's Sexual Health (ISSWSH) Expert Consensus Panel Review, Mayo
        Clinic. (http://creativecommons.org/licenses/by-nc-nd/4; <u>Mayo Clin.Proc.</u> 92:114-
        128.

517.    2017   Nutt D, Stahl S, Drago F, Zohar J, Wilson S, Inverse agonists – What
        do they mean for psychiatry? <u>European Neuropsychopharmacology</u>, 27: 87-90,
        (http://dx.doi.org/10.1016/j.euroneuro.2016.11.013).

518.    2017   Sabbag SA, Alhajji L, Saveanu RV, Stahl SM, Nemeroff CB, Teaching
        Neurobiology in Psychiatry, chapter in Hermans, MHM,  Hoon, TC, Pi,(Eds), EH
        <u>Mental Health and Illness Worldwide: Education about Mental Health and Illness</u>.
        Springer, New York, Chapter 11, 2018

PUBLICATIONS (45)

519.    2017 Stahl SM Neuroscience-based Nomenclature: Classifying Psychotropics by Mechanism of Action Rather Than Indication, <u>Current Psychiatry</u> 2017; 16: 15-16

520.    2017   Keppel Hesselink,JM, Kopsky DJ, Stahl SM, Bottlenecks in the Development of Topical Analgesics: Molecule, Formulation, Dose-Finding and Phase III Design, J <u>Pain Res</u> 2017; 10:635-41

521.    2017   Stahl SM Kick off editorial for 2017: CNS Spectrums is on the move, <u>CNS Spectrums</u> 2017, 22:5-6

522.    2017   Stahl SM Psychiatric Pharmacogenomics: How to Integrate into Clinical Practice, <u>CNS Spectrums</u> 2017; 22:1-4

523.    2017   Stahl SM, Mixed-up About How to Diagnose and Treat Mixed Features in Major Depressive Episodes, <u>CNS Spectrums</u> (2017), 22, 111–115

524.    2017   Stahl SM, Morrissette DA, Faedda G, Fava M, Goldberg JF, Keck PE, Lee Y, Malhi G, Marangoni C, McElroy SL, Ostracher M, Rosenblat JD, Sole E, Suppes T, Takeshima M, Thase ME, Vieta E, Young A, Zinnerman M, McIntyre RS, Guidelines for the Recognition and Management of Mixed Depression, <u>CNS Spectrums</u>, 22: 203–219

525.    2017   Stahl SM, Does Treating Hearing loss prevent or slow the progress of dementia:  Hearing is not all in the ears, but who's listening, <u>CNS Spectrums</u>, 22: 247-250, DOI: https://doi.org/10.1017/S1092852917000268.

526.    2017   Shapiro D, Stevens D, Stahl SM, Flibanserin – the female Viagra? <u>International Journal of Psychiatry in Clinical Practice</u>, 21:4, 259-265 DOI:10.1080/13651501.2017.1315138,

527.    2017   Stevens DM, Weems JM, Brown L, Barbour KA, Stahl SM, The Pharmacodynamic Effects of Combined Administration of Flibanserin and Alcohol, <u>AJ Clin Pharmacy and Therapeutics</u>, 42: 598-606, DOI: 10.1111/jcpt.12563

528.    2017   Stahl SM, Dazzled by the dominions of dopamine: clinical roles of D3, D2, and D1 receptors, <u>CNS Spectrums</u>, 22: 305-311

529.    2017   Stahl SM, Drugs for psychosis and mood: unique actions at D3, D2, and D1 dopamine receptor subtypes, <u>CNS Spectrums</u>, 22: 375-384

530.    2017   Stahl SM, Neuronal traffic signals in tardive dyskinesia: not enough "stop" in the motor striatum, <u>CNS Spectrums</u>, 22, 427-434

531.    2017   Stahl SM, Morrissette DA, Does a "whiff" of mania in a major depressive episode shift treatment from a classical antidepressant to an atypical/second-generation antipsychotic?  Wiley <u>Bipolar Disorders</u>, 19: 595-596, DOI: 10.1111/bdi.12542

PUBLICATIONS (46)

532.   2018   Cummings MA, Proctor GJ, Stahl SM, Deuterium Tetrabenazine for Tardive Dyskinesia, <u>Clinical Schizophrenia & Related Psychoses</u>, Winter 2018, 214-220.

533.   2018   Lemoine P, Stahl SM, Conditions of life and death of psychiatric patients in France during World War II: euthanasia or collateral casualties, <u>CNS Spectrums</u>, 22:15-25

534.   2018   Hesselink Keppel JM, Stahl SM, Phenytoin in Bipolar Depression: An Old Chapter, but Not Yet Properly Evaluated, <u>Journal of Mood Disorders and Therapy</u>, 1: 24-28

535.   2018   Stahl SM, Mechanism of action of vesicular monoamine transporter 2 (VMAT2) inhibitors in tardive dyskinesia: reducing dopamine leads to less "go" and more "stop" from the motor striatum for robust therapeutic effects, <u>CNS Spectrums</u>, 23: 1-6

536.   2018   Stahl SM, Antagonist treatment is just as effective as replacement therapy for opioid addition but neither is used often enough, <u>CNS Spectrums</u>, 23: 113-116

537.   2018   Stahl SM, Beyond the dopamine hypothesis of schizophrenia to three neural networks of psychosis: dopamine, serotonin, and glutamate, <u>CNS Spectrums</u>, 23: 187-191

538.   2018   Stahl SM, Comparing pharmacological mechanism of action for the vesicular monoamine transporter 2 (VMAT2) inhibitors valbenazine and deutetrabenazine in treating tardive dyskinesia: does one have advantages over the other? <u>CNS Spectrums</u> 23:

539.   2018   Stahl SM, New Hope for Alzheimer's Dementia as Prospect for Disease Modification Fade: Symptomatic Treatments for Agitation and Psychosis, <u>CNS Spectrums</u> 23: 291-297

540.   2018   Muse MD and Stahl SM, Anxiety Disorders: Evidence-Based Integrated Biopsychological Treatment in Cognitive Behavior, <u>Psychopharmacology: The Clinical Evidence Based Biopsychological Integration</u>, Wiley Blackwell, Chichester, UK, 2018

541.   2018   Marazziti D, Stahl SM, Evil, terrorism, and psychiatry, <u>CNS Spectrums</u>, 23: 117-118

542.   2018   Marazziti D, Stahl SM, Serotonin and Love Supporting Evidence From a Patient Suffering From Obsessive-Compulsive Disorder, <u>Journal of Clinical Psychopharmacology</u>, 38: 1-2

PUBLICATIONS (47)

543.    2019    Black KJ, Nasrallah H, Isaacson S, Stacy M, Pahwa R, Adler CH, Alva G, Cooney JW, Kremens D, Menza MA, Meyer JM, Patkar AA, Simuni T, Morrissette DA, Stahl SM, Guidance for Switching from Off-Label Antipsychotics to Pimavanserin for Parkinson's Disease Psychosis: An Expert Consensus, CNS Spectrums, 23: 402-413

544.    2019    McIntyre RS, Anderson N, Baune BT, Brietzke E, Burdick K, DiSimplicio M, Fossati P, Harmer C, Gorwood P, Harrison J, Harvey P, Holmes E, Ji J, Mansur RB, Medalia A, Miskowiak K, Ramey T, Rong C, Rosenblat JD, Young A, Stahl SM, Expert consensus on screening assessment of cognition in psychiatry, CNS Spectrums, 24: 154-162

545:    2019    Sauve W, Stahl SM, Psychopharmacological and Neuromodulation Treatment of PTSD, 2nd Edition, Handbook for the Treatment of PTSD in Military Personnel, Moore BA and Penk WE, Guilford Press: 155-172.

546.    2019    Fountoulakis KN, Stahl SM, Biological Psychiatry and Psychopharmacology, in Fountoulakis KN, Nimatoudis I (Eds), Psychobiology of Behavior, Springer Nature Switzerland AG 2019, doi.org/10.1007/978-3-030-18323-3 13;pp 397-458

547.    2019    Marazziti D, Stahl SM, Scinoncine, M, Boroni S, Mucci F, Palego L, Betti L, Massimetti G, Giannaccini G, Dell'Osso L, Psychopharmacology and Ethnicity: A Comparative Study on Senegalese and Italian Men, World Journal of Biologic, Psychiatry, doi.org/10.1080/15622975.2019.1583373 2020;21(4):300-7.

548.    2019    Stahl SM, Placebo Response Rate is Ruining Drug Development is Psychiatry: Why Is This Happening and What Can We Do About It? Acta Psychiatrica Scandinavia, 139: 105-107

549.    2019   Stahl SM, Morrissette DA, Mixed Mood States: Baffled, Bewildered, Befuddled and Bemused, Bipolar Disorders, doi.org/10.111/bdi.12787 2019;21(6):560-1.

550.    2019    Stahl SM, Mechanism of Action Dextromethorphan / Bupropion: A Novel on NMDA Antagonist with Multimodal Activity, CNS Spectrums, 24: 461-466

551.    2019    McIntyre RS, Suppes T, Early W, Patel M, Stahl SM, Cariprazine Efficacy in Bipolar I Depression With and Without Concurrent Manic Symptoms: Post Hoc Analysis of Three Randomized, Placebo-Controlled Studies, CNS Spectrums, 25(4), 502–510.  https://doi.org/10.1017/S1092852919001287

552.    2019    O'Connor PJ, Kennedy DO, Stahl SM, Mental Energy: Plausible Neurobiology Mechanisms and Emerging Research on the Effects of Natural Dietary Components, Nutritional Neuroscience, doi.org/10.1080/1028415X.2019.1684688

553.   2020.      Stahl SM, Laredo SA, Morrissette DA, Cariprazine as a Treatment Across the Bipolar I Spectrum from Depression to Mania: Mechanism of Action and Review of Clinical Data, <u>Therapeutic Advances in Psychopharmacology</u>, 2020;10:2045125320905752

554.   2020     Pompili M, Vazquez GH, Forte A, Morrissette DA, Stahl SM, Pharmacological Treatment of Mixed States, <u>Psychiatric Clinics of North America</u>, 2020;43(1):167-86.

555.   2020     Marazziti D, Stahl SM, Novel challenges to psychiatry from a changing world, <u>CNS Spectrums</u> in press

556.   2020     Delgado D, Breth A, Hills, Warburton K, Stahl SM, Economics of Decriminalizing Mental Health Illness: When Doing the Right Thing Ironically Costs Less, <u>CNS Spectrums,</u> in press

557.   2020     Warburton K, McDermott BE, Gale A, Stahl SM, Survey of National Trend in Psychiatric Patients Found Incompetent to Stand Trial: Reason for Re-Institutionalization of People With Serious Mental Illness in the United States, <u>CNS Spectrums</u>, in press

558.   2020     Rose B, Broderick C, Delgado D, Kornbluh R, Stahl SM, Breaking down long term chronic aggression, <u>CNS Spectrums</u>, in press

559.   2020   Daugherty B, Warburton K, Stahl, SM, A Social History of Mental Illness, <u>CNS Spectrums,</u> in press

560.   2020   Warburton K, Stahl SM, Editorial Balancing the Role of Institutionalization in the Treatment of Serious Mental Illness, <u>CNS Spectrums</u>, in press

561.   2020   Poole J, Reddy H, Maguire G, Stahl SM, New Pharmacological Approaches, <u>Psychiatric Clinics of North America</u>, in press

562.   2020   Marazziti D, Stahl SM, The relevance of COVID-19 pandemic to psychiatry, World Psychiatry 192:261

563.   2020

.

IN PRESS PUBLICATIONS

SUBMITTED PUBLICATIONS

1.      Maguire G, Stahl SM, How to Choose an Antipsychotic / How and When to Treat Antipsychotic Side Effects, Acta Psychatrica Scandinavia

2.      Cummings, Devanaugh, Stahl SM, et al. Psychosis in Dementia

3.   Stahl SM, Gorika D, Comparing the Pharmacology and Pharmacokinetics of Antipsychotics: Choosing an Antipsychotic and Dosing Long Acting Injectables, Serbian Archives of Medicine, in press

4.   Stahl SM, The California Department of State Hospitals Diversion Assessment and Treatment Guidelines (CAL_DAT)

5.   Grover D, Maguire G, Stahl SM, Biologically Informed National (Poly) Psychopharmacology in Niculescu AC, Suave A, Licinis J (Eds), Transitional Neuroscience in Psychiatry, Oxford University Press

## IN PREPARATION PUBLICATIONS

1. Ingram M, Maguire G, Stahl SM, Multifunctional Antidepressant Mechanisms

2. Simonson K, Maguire G, Stahl SM, Therapeutic Hallucinogens

3. Mcintyre, Stahl, ketamine guidelines

4. Stahl, Bipolar Commentary

5. Stahl and Angelini,   MOA Trazodone

6. Stahl Relmada Phase II Dextromethadone

7. Stahl et al Relmada MOA

8. Relmada and Stahl, NEJM Phase II

9. Stahl et al Lemborexant MOA

10. Stahl SM, Editorial: Guidelines in Psychiatry

11. Stahl SM, NbN for J. Clinical Psych

12. Stahl SM, McIntyre R, Bouden M, Pappadopulos E, Alsuwaiden M, A Personalized Approach to the Treatment of Depression Based Symptom Profiles

13. Stahl SM, Leifman S, Op-Ed on Long Acting Injectables

## IN PRESS BOOKS

1. Stahl's Prescribers' Guide, 7th Edition (in press)

2. Goldberg and Stahl, Practical Psychopharmacology (in press)

3. Warburton and Stahl, Criminalization in Psychiatry (in press)

4. Moutier and Stahl, Suicide in press

5. Cummings and Stahl Serious Mental Illness Prescribers Guide

6. Stahl's Essential Psychopharmacology, 5th Edition

## IN PREPARATION BOOKS

7. Stahl and Cambridge, Cambridge Prescribers Guide

8. Stahl and Cambridge, Cambridge Neuroscience

9. Cooper, Maguire and Stahl, Case Book Volume 3

10. Meyer and Stahl, Plasma Drug Levels

11. Stahl's Child and Adolescent Prescribers' Guide, 2nd Edition

12. Stahl's Essential Psychopharmacology for Higher Education

13. Stahl's Symptoms and Circuits

14. Schwartz and Stahl, Case Book, Volume 4?

15. Betsy Lukins and Stahl, Stahl's Illustrated Anti-Depressants

16. McIntyre Reward??