XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' APPLICATION FOR EXTENSION OF TIME, NUNC PRO TUNC, TO FILE DEFENDANTS' PERSONS-MOST-KNOWLEDGEABLE DESIGNATION IN RESPONSE TO THE DECEMBER 3, 2020 ORDER** |

Defendants request an extension of time, nunc pro tunc, by which to file Defendants' designation of a person-most-knowledgeable to answer questions and topics identified in the court's December 3, 2020 order. (ECF No. 6973.)

The December 3, 2020 order required Defendants to designate in the parties joint report filed on December 11, 2020, persons-most-knowledgeable on the three issues related suicide reporting foreseeability and preventability determinations covered in the joint report. (ECF No.

1

6973 at 12.) The December 3 order also required Defendants to file on December 11, 2020, a list of the persons-most-knowledgeable of the steps required to complete implementation of all twenty-nine recommendations from the Special Master's suicide expert, Lindsay Hayes, and to ensure that implementation is durable. (*Id.* at 2-3, and 12.)

Counsel for Defendants inadvertently failed to include the designations in the joint report filed on December 11, 2020. (ECF No. 6980.) Defendants respectfully request that the Court grant a four-day extension, nunc pro tunc, to accept their filing.

A proposed order is submitted for the Court's consideration.

## CERTIFICATION

In preparing this filing, Defendants' counsel reviewed relevant portions of the following Court order: December 3, 2020 Order (ECF No. 6973.)

Dated: December 15, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/S/ ELISE OWENS THORN
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Designation of PMKs Resp. ¶ 4 of 12/3/20 Order  (2:90-cv-00520 KJM-DB (PC))