IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR EXTENSION OF TIME, NUNC PRO TUNC, TO FILE DEFENDANTS' PERSONS-MOST-KNOWLEDGEABLE DESIGNATION IN RESPONSE TO THE DECEMBER 3, 2020 ORDER**<br><br>Judge:   The Honorable Kimberly J. Mueller |

On December 15, 2020, Defendants filed an application for a four-day extension of time, nunc, pro tunc, by which to file Defendants' designation of a person-most-knowledgeable to answer questions and topics identified in the court's December 3, 2020 order. (ECF No. 6973.)

The December 3 order directed Defendants to designate persons most knowledgeable on three issues concerning suicide reporting and the foreseeability and preventability determinations addressed in the parties' December 11 joint report. (ECF No. 6973 at 12.) The December 3 order also directed Defendants to identify the persons most knowledgeable regarding the steps required to complete implementation of all twenty-nine recommendations from the Special Master's suicide expert, Lindsay Hayes, and to ensure that implementation is durable. (*Id.* at 2-3, and 12.)

1

1    Based on Defendants' representation, the Court grants Defendants' application and accepts

2 Defendants' by which to file Defendants' designation of a person-most-knowledgeable to answer

3 questions and topics identified in the court's December 3, 2020 order.

4    IT IS SO ORDERED.

5 Dated: _____    _____
The Hon. Kimberly J. Mueller
6    U.S. District Court Judge

8 CF1997CS0003

2

[Proposed] Order Granting Defs' Appl. Nunc Pro Tunc for EOT (2:90-cv-00520 KJM-DB (PC))