XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' PERSONS-MOST-KNOWLEDGEABLE DESIGNATION IN RESPONSE TO PARAGRAPHS 3 AND 4 OF THE DECEMBER 3, 2020 ORDER** |

As required under paragraphs 3 and 4 of the December 3, 2020 order (ECF No. 6973), Defendants designate Travis Williams, PsyD, as the person most knowledgeable regarding the steps required to complete implementation of Lindsay Hayes's twenty-nine recommendations and ensure that implementation is durable. Dr. Williams is the Mental Health Administrator for the Statewide Mental Health Program Division of Health Care Services, covering Clinical Support, Suicide Prevention and Response, Mental Health Training Unit, and the Offenders with Mental

1

Defs.' PMK Designations Resp. Dec. 3, 2020 Order  (2:90-cv-00520 KJM-DB (PC))

Health Disorders Unit.  Dr. Williams will also address, with counsel, the three issues related to suicide reporting and the foreseeability and preventability determinations addressed in the parties' December 11 joint report.  (ECF No. 6980.)  Dr. Williams will attend the December 18 status conference, as directed by the December 3 order.

Dated: December 15, 2020            Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/S/ ELISE OWENS THORN*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' PMK Designations Resp. Dec. 3, 2020 Order  (2:90-cv-00520 KJM-DB (PC))