| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7318<br> Fax: (916) 324-5205<br> E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>LISA M. POOLEY, State Bar No. 168737<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>HANSON BRIDGETT LLP<br> 1676 N. California Boulevard, Suite 620<br> Walnut Creek, CA 94596<br> Telephone: (925) 746-8460<br> Fax: (925) 746-8490<br> E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br> 2049 Century Park East, Suite 3400<br> Los Angeles, CA 90067-3208<br> Telephone: (310) 552-0130<br> Fax: (310) 229-5800<br> E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

The attached California Department of Corrections and Rehabilitation (CDCR) reports information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

The report attached at Exhibit A shows that twenty-five inmates were placed in CDCR's Mental Health Services Delivery System in November 2020 while housed in a desert institution;

1

eighteen class members placed in the Mental Health Services Delivery System in April, May, June, July, August, September, October, and November 2020, were transferred or paroled from desert institutions in November 2020; and, as of the report's December 1, 2020 date, one hundred and six patients in the Mental Health Services Delivery System remained in desert institutions in November 2020 beyond the fourteen-day transfer timeline. All delayed transfers were due to inmate movement restrictions related to COVID-19.

The report attached as Exhibit B shows that no *Coleman* class members transferred to desert institutions in November 2020, and that two *Coleman* class members transferred to a desert institution in October 2020 were transferred from the desert institution in November 2020.

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296 and ECF No. 6678.

Dated:  December 15, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General


*/S/ ELISE OWENS THORN*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Compliance Reports for Desert Transfers  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                  EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



December 15, 2020

Adriano Hrvatin, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF
       *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. Hrvatin:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019.  (ECF No. 6296.)  Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System (MHSDS) while housed in one of the six desert institutions during the month of November 2020, with the inmates' identifying information redacted.  As Exhibit A reflects, 25 inmates were referred for mental health treatment while housed in a desert institution during the month of November 2020, 14 of whom remained in desert institutions in November 2020 beyond the fourteen-day transfer timeline.  Those inmates were not transferred to institutions with mental health programs due to the policy in place to restrict inmate movement during the COVID-19 pandemic.  The report also shows that 18 class members placed in the MHSDS in April, May, June, July, August, September, October, and November 2020 were transferred or paroled from desert institutions in November 2020.  This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care.  All delayed transfers were due to inmate movement restrictions related to COVID-19.

Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted.  This report captures patients at any level of care within the MHSDS who transfer into a desert institution. This report indicates that no class members were transferred to desert institutions in November 2020.  The report further shows that two *Coleman* class members inadvertently transferred to a desert institution in October 2020 were transferred out in November 2020.

Sincerely,

/s/ *Charles Callahan*

CHARLES CALLAHAN
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# EXHIBIT A

MHSDS Inmates at Desert Institutions Historical MH Change

Run Date: 12/01/2020 06:54 AM
Run By: rodney price
Institutions Selected: CAC CAL CCC CEN CVSP ISP
Date Range: 11/01/2020 - 11/30/2020

Select on Cte a Ths epo t gene t ates a l st of MHSDS nmates who we e housed fo any length of t me at a dese t nst tut on and we e

R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 11/23/2020 - 11/30/2020 | N | 11/25/2020 00:00 | COR | II | 10/09/2020 13:04 | 11/23/2020 | MH Change | | | | |
| CAL | | | CCCMS 09/15/2020 - 11/30/2020 | N | 10/09/2020 00:00 | SATF | IV | 05/20/2020 14:21 | 09/15/2020 | MH Change | | | | 46 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/27/2020 - 11/30/2020 | N | 10/29/2020 00:00 | SATF | IV | 03/11/2020 15:55 | 10/27/2020 | MH Change | | | | 34 days -No movement due to Covid-19 |
| CAL | | | CCCMS 04/22/2020 - 11/13/2020 | N | 09/17/2020 00:00 | RJD | IV | 12/20/2016 14:08 | 04/22/2020 | MH Change | 11/13/2020 08:06 | 11/13/2020 11:27 | 205 | |
| CAL | | | CCCMS 09/01/2020 - 11/30/2020 | N | 09/14/2020 00:00 | HDSP | IV | 10/03/2019 10:33 | 09/01/2020 | MH Change | | | | 90 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/05/2020 - 11/03/2020 | N | 11/10/2020 00:00 | RJD | IV | 02/03/2020 12:05 | 10/05/2020 | MH Change | 11/13/2020 08:06 | 11/13/2020 11:27 | 39 | |
| CAL | | | CCCMS 06/18/2020 - 11/30/2020 | N | 06/26/2020 00:00 | KVSP | IV | 05/20/2020 14:21 | 06/18/2020 | MH Change | | | | 165 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/28/2020 - 11/18/2020 | N | 10/12/2020 00:00 | KVSP | IV | 03/19/2020 15:19 | 05/28/2020 | MH Change | 11/18/2020 06:44 | 11/18/2020 13:11 | 174 | |
| CAL | | | CCCMS 10/06/2020 - 11/30/2020 | N | 10/27/2020 00:00 | SVSP | IV | 05/03/2018 16:10 | 10/06/2020 | MH Change | | | | 55 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/27/2020 - 11/30/2020 | N | 11/05/2020 00:00 | SATF | IV | 10/07/2020 14:27 | 10/27/2020 | MH Change | | | | 34 days -No movement due to Covid-19 |
| CAL | | | CCCMS 04/23/2020 - 11/30/2020 | N | 04/24/2020 00:00 | SVSP | IV | 09/06/2017 14:05 | 04/23/2020 | MH Change | | | | 221 days -No movement due to Covid-19 |
| CAL | | | CCCMS 9/03/2020 - 11/30/2020 | N | 08/11/2020 00:00 | HDSP | IV | 07/24/2020 11:25 | 09/03/2020 | MH Change | | | | 88 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/12/2020 - 11/30/2020 | N | 11/10/2020 13:08 | HDSP | IV | 01/20/2019 00:16 | 05/12/2020 | MH Change | | | | 202 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/13/2020 - 11/30/2020 | N | 11/05/2020 00:00 | SVSP | IV | 11/14/2018 14:14 | 10/13/2020 | MH Change | | | | 48 days -No movement due to Covid-19 |
| CAL | | | CCCMS 07/02/2020 - 11/30/2020 | N | 07/08/2020 00:00 | PVSP | III | 05/10/2020 20:15 | 07/02/2020 | MH Change | | | | 151 days -No movement due to Covid-19 |
| CAL | | | CCCMS 07/16/2020 - 11/30/2020 | N | 08/20/2020 00:00 | PVSP | III | 09/24/2018 11:33 | 07/16/2020 | MH Change | | | | 137 days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/24/2020 - 11/30/2020 | N | | | | 10/27/2020 16:50 | 11/24/2020 | MH Change | | | | |
| CAL | | | CCCMS 10/02/2020 - 11/30/2020 | N | 11/23/2020 00:00 | SVSP | IV | 09/02/2020 06:39 | 10/02/2020 | MH Change | | | | 59 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/02/2020 - 11/30/2020 | N | | | | 01/15/2020 17:40 | 10/02/2020 | MH Change | | | | 59 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/14/2020 - 11/30/2020 | N | 08/21/2020 00:00 | RJD | IV | 01/03/2020 14:06 | 08/14/2020 | MH Change | | | | 108 days -No movement due to Covid-19 |
| CAL | | | EOP 10/27/2020 - 11/30/2020 | N | | | | 10/07/2020 14:27 | 10/27/2020 | MH Change | | | | 34 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/30/2020 - 11/30/2020 | N | 11/18/2020 00:00 | WSP | III | 10/16/2020 13:27 | 10/30/2020 | MH Change | | | | 31 days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/12/2020 - 11/30/2020 | N | | | | 01/07/2020 14:50 | 11/12/2020 | MH Change | | | | 18 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/19/2020 - 11/30/2020 | N | 11/18/2020 00:00 | COR | I | 03/12/2020 10:00 | 05/19/2020 | MH Change | | | | 195 days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/13/2020 - 11/30/2020 | N | | | | 10/22/2020 12:00 | 11/13/2020 | MH Change | | | | 17 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/07/2020 - 11/30/2020 | N | 11/18/2020 00:00 | SCC | II | 07/29/2020 09:23 | 05/07/2020 | MH Change | | | | 207 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/11/2020 - 11/30/2020 | N | 06/18/2020 00:00 | DVI | III | 04/02/2012 20:03 | 06/11/2020 | MH Change | | | | 172 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/05/2020 - 11/30/2020 | N | 10/19/2020 00:00 | SATF | IV | 12/13/2018 10:45 | 10/05/2020 | MH Change | | | | 56 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/02/2020 - 11/30/2020 | N | 10/27/2020 00:00 | SVSP | III | 09/03/2020 15:26 | 10/02/2020 | MH Change | | | | 59 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/20/2020 - 11/30/2020 | Y | 08/27/2020 00:00 | WSP | III | 12/14/2017 15:10 | 08/20/2020 | MH Change | | | | 102 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/06/2020 - 11/30/2020 | N | 09/23/2020 00:00 | HDSP | IV | 10/13/2016 13:53 | 10/06/2020 | MH Change | | | | 55 days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/12/2020 - 11/30/2020 | N | | | | 09/25/2020 16:31 | 11/12/2020 | MH Change | | | | 18 days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/20/2020 - 11/30/2020 | N | | | | 11/06/2020 13:08 | 11/20/2020 | MH Change | | | | |
| CAL | | | CCCMS 07/16/2020 - 11/30/2020 | N | 06/15/2020 00:00 | CCI | IV | 12/19/2018 07:21 | 07/16/2020 | MH Change | | | | 137 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/29/2020 - 11/30/2020 | N | 07/09/2020 00:00 | RJD | IV | 05/20/2020 14:21 | 06/29/2020 | MH Change | | | | 154 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/14/2020 - 11/30/2020 | N | 08/24/2020 00:00 | SATF | IV | 03/11/2020 15:55 | 08/14/2020 | MH Change | | | | 108 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/05/2020 - 11/10/2020 | N | 09/28/2020 00:00 | SVSP | IV | 09/07/2018 23:35 | 06/05/2020 | MH Change | 11/10/2020 06:56 | 11/10/2020 17:02 | 158 | |
| CCC | | | CCCMS 10/01/2020 - 11/30/2020 | N | 10/08/2020 00:00 | SCC | II | 01/29/2020 15:58 | 10/01/2020 | MH Change | | | | 60 days -No movement due to Covid-19 |
| CCC | | | CCCMS 11/02/2020 - 11/02/2020 | N | | | | 06/12/2019 17:47 | 11/02/2020 | MH Change | 11/02/2020 09:53 | 11/20/2020 11:32 | 18 | |
| CEN | | | CCCMS 05/15/2020 - 11/09/2020 | N | 05/20/2020 00:00 | SAC | IV | 01/28/2020 15:33 | 05/15/2020 | MH Change | 11/09/2020 08:25 | 11/09/2020 21:30 | 178 | |
| CEN | | | CCCMS 08/21/2020 - 11/30/2020 | N | 08/31/2020 00:00 | HDSP | IV | 04/25/2019 17:37 | 08/21/2020 | MH Change | | | | 101 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/17/2020 - 11/30/2020 | N | 04/20/2020 00:00 | SVSP | IV | 06/29/2017 19:26 | 11/17/2020 | MH Change | | | | |

| Inst | | | Program | Transfer | Endorsed date | Inst2 | Level | MH date | Program date | Reason | Move start | Move end | Days | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEN | | | CCCMS 08/26/2020 - 11/30/2020 | Y | | | | 08/20/2020 01:02 | 08/26/2020 | MH Change | | | | 96 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/18/2020 - 11/30/2020 | N | 04/15/2020 00:00 | HDSP | IV | 07/06/2018 18:06 | 11/18/2020 | MH Change | | | | |
| CEN | | | CCCMS 10/01/2020 - 11/30/2020 | N | 10/13/2020 00:00 | SVSP | III | 12/12/2019 17:30 | 10/01/2020 | MH Change | | | | 60 days -No movement due to Covid-19 |
| CEN | | | CCCMS 10/23/2020 - 11/30/2020 | N | 11/05/2020 00:00 | COR | IV | 07/25/2020 02:59 | 10/23/2020 | MH Change | | | | 38 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/06/2020 - 11/30/2020 | Y | | | | 10/03/2019 18:46 | 08/06/2020 | MH Change | | | | 116 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 11/30/2020 | N | 11/23/2020 14:27 | COR | IV | 02/26/2016 10:47 | 06/17/2020 | MH Change | | | | 166 days -No movement due to Covid-19 |
| CEN | | | CCCMS 04/29/2020 - 11/30/2020 | N | 10/14/2020 18:30 | CCI | IV | 09/28/2017 17:52 | 04/29/2020 | MH Change | | | | 215 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/21/2020 - 11/30/2020 | N | 08/27/2020 00:00 | SATF | III | 10/17/2017 17:14 | 08/21/2020 | MH Change | | | | 101 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/12/2020 - 11/06/2020 | N | 09/15/2020 00:00 | RJD | IV | 11/07/2019 12:10 | 08/12/2020 | MH Change | 11/06/2020 06:05 | 11/06/2020 08:33 | 86 | |
| CEN | | | CCCMS 11/04/2020 - 11/30/2020 | N | 11/16/2020 00:00 | SVSP | III | 07/16/2018 15:27 | 11/04/2020 | MH Change | | | | 26 days -No movement due to Covid-19 |
| CEN | | | CCCMS 07/22/2020 - 11/13/2020 | N | 10/19/2020 00:00 | KVSP | IV | 01/22/2020 17:10 | 07/22/2020 | MH Change | 11/13/2020 06:06 | 11/13/2020 15:10 | 114 | |
| CEN | | | CCCMS 07/22/2020 - 11/29/2020 | Y | 08/03/2020 00:00 | HDSP | IV | 02/14/2020 12:49 | 07/22/2020 | MH Change | 11/29/2020 09:11 | | | Paroled 11/29/2020 130 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/06/2020 - 11/30/2020 | N | 11/13/2020 00:00 | MCSP | III | 09/22/2020 11:26 | 11/06/2020 | MH Change | | | | 24 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/13/2020 - 11/09/2020 | N | 10/20/2020 12:35 | SVSP | IV | 05/04/2020 23:09 | 05/13/2020 | MH Change | 11/09/2020 08:25 | 11/09/2020 18:25 | 180 | |
| CEN | | | CCCMS 09/24/2020 - 11/12/2020 | N | 10/06/2020 00:00 | SVSP | III | 04/30/2019 13:06 | 09/24/2020 | MH Change | 11/12/2020 09:47 | 11/12/2020 20:51 | 49 | |
| CEN | | | CCCMS 05/13/2020 - 11/30/2020 | N | 11/05/2020 09:27 | COR | IV | 02/11/2020 17:29 | 05/13/2020 | MH Change | | | | 201 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/03/2020 - 11/17/2020 | N | | | | 12/22/2016 17:42 | 11/03/2020 | MH Change | | | | 27 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/04/2020 - 11/30/2020 | N | 11/16/2020 00:00 | RJD | III | 03/16/2020 14:17 | 11/04/2020 | MH Change | | | | 26 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/12/2020 - 11/30/2020 | N | 06/22/2020 00:00 | CTF | II | 09/26/2017 16:27 | 06/12/2020 | MH Change | | | | 171 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/13/2020 - 11/30/2020 | Y | 08/20/2020 00:00 | COR | IV | 08/01/2020 10:57 | 08/13/2020 | MH Change | | | | 109 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/04/2020 - 11/30/2020 | Y | 09/25/2020 00:00 | HDSP | IV | 06/13/2019 18:14 | 09/04/2020 | MH Change | | | | 87 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/21/2020 - 11/30/2020 | N | 09/25/2020 00:00 | HDSP | IV | 03/18/2020 13:20 | 09/21/2020 | MH Change | | | | 70 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/10/2020 - 11/30/2020 | N | 09/17/2020 00:00 | CTF | I | 02/21/2019 22:26 | 09/10/2020 | MH Change | | | | 81 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 11/30/2020 | Y | 06/24/2020 00:00 | MCSP | III | 12/12/2019 16:32 | 06/17/2020 | MH Change | | | | 161 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/19/2020 - 11/30/2020 | N | 11/30/2020 00:00 | MCSP | III | 10/23/2020 15:51 | 11/19/2020 | MH Change | | | | |
| CEN | | | CCCMS 11/10/2020 - 11/13/2020 | N | 07/28/2020 00:00 | CCI | IV | 01/08/2020 15:47 | 11/10/2020 | MH Change | 11/13/2020 06:06 | 11/13/2020 12:50 | 3 | |
| CEN | | | CCCMS 07/08/2020 - 11/24/2020 | N | 10/27/2020 00:00 | VSP | II | 05/21/2020 18:50 | 07/08/2020 | MH Change | 11/24/2020 07:39 | 11/24/2020 14:49 | 139 | |
| CEN | | | CCCMS 10/20/2020 - 11/30/2020 | N | 04/17/2020 00:00 | SATF | III | 12/10/2019 14:54 | 10/20/2020 | MH Change | | | | 41 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/12/2020 - 11/30/2020 | Y | | | | 07/23/2019 16:56 | 08/12/2020 | MH Change | | | | 110 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/18/2020 - 11/24/2020 | N | 10/29/2020 12:23 | SOL | III | 11/27/2019 17:31 | 06/18/2020 | MH Change | 11/24/2020 08:26 | 11/24/2020 19:01 | 159 | |
| CEN | | | CCCMS 07/23/2020 - 11/30/2020 | Y | 07/28/2020 00:00 | MCSP | III | 06/05/2020 18:25 | 07/23/2020 | MH Change | | | | 130 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/24/2020 - 10/28/2020 EOP 10/28/2020 - 11/30/2020 | N | 11/04/2020 00:00 | RJD | III | 07/06/2020 14:28 | 06/24/2020 | MH Change | | | | 159 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/19/2020 - 11/30/2020 | Y | 08/31/2020 00:00 | COR | IV | 02/05/2016 11:29 | 08/19/2020 | MH Change | | | | 103 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/27/2020 - 11/30/2020 | N | 11/24/2020 06:50 | KVSP | IV | 08/10/2020 03:05 | 05/27/2020 | MH Change | | | | 187 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 11/30/2020 | Y | 06/22/2020 00:00 | MCSP | III | 06/02/2020 11:10 | 06/17/2020 | MH Change | | | | 166 days -No movement due to Covid-19 |
| CEN | | | CCCMS 10/30/2020 - 11/30/2020 | N | 11/05/2020 00:00 | SVSP | III | 09/22/2020 16:20 | 10/30/2020 | MH Change | | | | 31 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/28/2020 - 11/30/2020 | Y | 06/12/2020 00:00 | HDSP | IV | 05/28/2020 23:10 | 05/28/2020 | MH Change | | | | 186 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/12/2020 - 11/30/2020 | Y | 07/28/2020 00:00 | COR | IV | 08/07/2020 15:24 | 08/12/2020 | MH Change | | | | 110 days -No movement due to Covid-19 |
| CEN | | | CCCMS 10/23/2020 - 11/23/2020 | N | 11/02/2020 00:00 | RJD | III | 11/27/2019 09:41 | 10/23/2020 | MH Change | 11/23/2020 08:25 | 11/23/2020 10:45 | 31 | |
| CEN | | | CCCMS 10/29/2020 - 11/30/2020 | N | 11/05/2020 00:00 | NKSP | III | 09/22/2020 17:10 | 10/29/2020 | MH Change | | | | 32 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/17/2020 - 11/30/2020 | N | 10/26/2020 11:28 | HDSP | IV | 11/06/2018 17:39 | 11/17/2020 | MH Change | | | | |
| CVSP | | | CCCMS 11/23/2020 - 11/30/2020 | N | | | | 08/09/2018 16:47 | 11/23/2020 | MH Change | | | | |
| CVSP | | | CCCMS 08/04/2020 - 11/30/2020 | N | 08/06/2020 00:00 | VSP | II | 03/27/2018 15:18 | 08/04/2020 | MH Change | | | | 118 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 11/24/2020 - 11/30/2020 | N | | | | 11/05/2019 10:22 | 11/24/2020 | MH Change | | | | |
| CVSP | | | CCCMS 06/12/2020 - 11/30/2020 | N | 06/19/2020 00:00 | SATF | II | 10/01/2018 10:44 | 06/12/2020 | MH Change | | | | 171 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 11/20/2020 - 11/30/2020 | N | 11/09/2020 10:52 | PVSP | III | 12/13/2018 16:20 | 11/20/2020 | MH Change | | | | |
| CVSP | | | CCCMS 11/23/2020 - 11/30/2020 | N | | | | 09/11/2018 15:40 | 11/23/2020 | MH Change | | | | |
| CVSP | | | CCCMS 09/10/2020 - 11/30/2020 | N | 09/15/2020 00:00 | COR | II | 02/04/2020 10:58 | 09/10/2020 | MH Change | | | | 81 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 08/20/2020 - 11/30/2020 | N | 08/28/2020 00:00 | COR | II | 07/10/2020 16:45 | 08/20/2020 | MH Change | | | | 102 days -No movement due to Covid-19 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISP | | | CCCMS 04/21/2020 - 11/30/2020 | N | 10/23/2020 10:29 | RJD | II | 04/05/2020 11:04 | 04/21/2020 | MH Change | | | | 223 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/29/2020 - 11/30/2020 | N | 07/30/2020 00:00 | CRC | II | 04/24/2020 09:56 | 07/29/2020 | MH Change | | | | 124 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/09/2020 - 11/30/2020 | N | 10/15/2020 00:00 | COR | II | 04/24/2020 09:56 | 10/09/2020 | MH Change | | | | 52 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/23/2020 - 11/13/2020 | N | 10/01/2020 00:00 | SCC | III | 01/08/2018 12:31 | 09/23/2020 | MH Change | 11/13/2020 01:56 | 11/13/2020 15:32 | 51 | |
| ISP | | | CCCMS 11/06/2020 - 11/30/2020 | N | 11/12/2020 00:00 | RJD | III | 02/08/2018 17:58 | 11/06/2020 | MH Change | | | | 24 days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/08/2020 - 11/30/2020 | N | 11/20/2020 09:05 | VSP | II | 04/27/2020 02:08 | 06/08/2020 | MH Change | | | | 175 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/22/2020 - 11/30/2020 | N | 10/23/2020 10:20 | SATF | II | 04/09/2020 09:42 | 04/22/2020 | MH Change | | | | 222 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/15/2020 - 11/30/2020 | N | 10/29/2020 00:00 | COR | II | 09/16/2020 01:19 | 04/15/2020 | MH Change | | | | 229 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/03/2020 - 11/30/2020 | N | 07/09/2020 00:00 | MCSP | III | 06/02/2020 20:57 | 07/03/2020 | MH Change | | | | 150 days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/04/2020 - 11/30/2020 | N | 11/12/2020 00:00 | COR | II | 04/03/2020 10:43 | 11/04/2020 | MH Change | | | | 26 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/08/2020 - 11/30/2020 | N | 07/14/2020 00:00 | CRC | II | 04/04/2020 12:14 | 07/08/2020 | MH Change | | | | 145 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/08/2020 - 11/30/2020 | N | 07/14/2020 00:00 | VSP | II | 04/05/2020 09:27 | 07/08/2020 | MH Change | | | | 145 days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/24/2020 - 11/30/2020 | N | | | | 02/18/2020 10:02 | 11/24/2020 | MH Change | | | | |
| ISP | | | CCCMS 07/16/2020 - 11/30/2020 | N | 07/27/2020 00:00 | VSP | II | 02/20/2020 16:35 | 07/16/2020 | MH Change | | | | 137 days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/13/2020 - 11/30/2020 | N | 11/19/2020 00:00 | COR | NA | 09/21/2020 09:22 | 11/13/2020 | MH Change | | | | 17 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/02/2020 - 11/30/2020 | N | 09/08/2020 00:00 | SVSP | III | 02/20/2020 16:35 | 09/02/2020 | MH Change | | | | 89 days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/05/2020 - 11/30/2020 | N | 06/17/2020 00:00 | CCI | IV | 04/23/2019 12:13 | 06/05/2020 | MH Change | | | | 178 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/08/2020 - 11/30/2020 | N | 07/27/2020 00:00 | HDSP | IV | 11/14/2019 15:24 | 10/08/2020 | MH Change | | | | 53 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/04/2020 - 11/30/2020 | N | 09/15/2020 00:00 | ASP | II | 10/08/2020 17:06 | 09/04/2020 | MH Change | | | | 87 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/27/2020 - 11/30/2020 | N | 10/09/2020 00:00 | SOL | III | 04/11/2020 10:05 | 05/27/2020 | MH Change | | | | 187 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/27/2020 - 11/30/2020 | N | 10/30/2020 00:00 | SVSP | III | 03/12/2019 13:11 | 10/27/2020 | MH Change | | | | 34 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/09/2020 - 11/30/2020 | N | 10/27/2020 00:00 | NKSP | III | 04/30/2019 13:02 | 09/09/2020 | MH Change | | | | 82 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/16/2020 - 11/30/2020 | N | 09/22/2020 00:00 | MCSP | III | 08/17/2020 17:48 | 09/16/2020 | MH Change | | | | 75 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/29/2020 - 11/30/2020 | N | 06/03/2020 00:00 | PVSP | III | 03/18/2020 14:29 | 05/29/2020 | MH Change | | | | 185 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 11/30/2020 | N | 09/01/2020 00:00 | COR | II | 12/21/2019 23:21 | 08/19/2020 | MH Change | | | | 103 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/13/2020 - 11/19/2020 | N | 10/23/2020 00:00 | SVSP | IV | 09/19/2019 14:09 | 10/13/2020 | MH Change | 11/19/2020 07:04 | 11/19/2020 16:37 | 37 | |
| ISP | | | CCCMS 08/28/2020 - 11/30/2020 | N | 09/08/2020 00:00 | SATF | IV | 03/26/2020 17:30 | 08/28/2020 | MH Change | | | | 94 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 11/30/2020 | N | 08/24/2020 00:00 | MCSP | III | 01/28/2020 10:45 | 08/19/2020 | MH Change | | | | 103 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/09/2020 - 11/30/2020 | N | 07/13/2020 00:00 | COR | II | 04/24/2020 09:10 | 07/09/2020 | MH Change | | | | 144 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/22/2020 - 11/30/2020 | N | 10/22/2020 09:31 | VSP | II | 04/09/2020 09:28 | 04/22/2020 | MH Change | | | | 222 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/18/2020 - 11/30/2020 | N | 10/08/2020 00:00 | SVSP | III | 06/03/2019 11:27 | 09/18/2020 | MH Change | | | | 73 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/18/2020 - 11/30/2020 | N | 09/24/2020 00:00 | SVSP | III | 10/08/2019 14:27 | 09/18/2020 | MH Change | | | | 73 days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/10/2020 - 11/30/2020 | N | 06/22/2020 00:00 | RJD | III | 01/16/2020 16:32 | 06/10/2020 | MH Change | | | | 173 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 11/30/2020 | N | 10/15/2020 12:55 | FOL | III | 03/10/2020 15:20 | 08/19/2020 | MH Change | | | | 103 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/21/2020 - 11/30/2020 | N | 08/05/2020 00:00 | HDSP | IV | 03/10/2020 15:20 | 05/21/2020 | MH Change | | | | 193 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/13/2020 - 11/30/2020 | N | | | | 10/29/2020 03:12 | 10/13/2020 | MH Change | | | | 48 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 11/30/2020 | N | 05/19/2020 00:00 | SQ | II | 04/24/2020 09:56 | 05/14/2020 | MH Change | | | | 200 days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/24/2020 - 11/30/2020 | N | 11/04/2020 00:00 | PBSP | NA | 09/21/2020 09:12 | 11/24/2020 | MH Change | | | | |
| ISP | | | CCCMS 05/13/2020 - 11/30/2020 | N | 05/19/2020 00:00 | SQ | II | 04/24/2020 10:54 | 05/13/2020 | MH Change | | | | 201 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 11/30/2020 | N | 05/19/2020 00:00 | SATF | II | 04/24/2020 10:54 | 05/14/2020 | MH Change | | | | 200 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/29/2020 - 11/30/2020 | N | 11/04/2020 00:00 | SATF | II | 04/11/2020 11:31 | 10/29/2020 | MH Change | | | | 32 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 11/30/2020 | N | 05/19/2020 00:00 | CTF | II | 04/25/2020 10:14 | 05/14/2020 | MH Change | | | | 200 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/21/2020 - 11/30/2020 | N | 10/28/2020 00:00 | COR | II | 09/21/2020 09:47 | 10/21/2020 | MH Change | | | | 40 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 11/30/2020 | N | 08/21/2020 00:00 | COR | II | 04/24/2020 09:10 | 08/19/2020 | MH Change | | | | 103 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/27/2020 - 11/13/2020 | N | 07/30/2020 00:00 | PVSP | III | 10/02/2019 17:34 | 07/27/2020 | MH Change | 11/13/2020 06:33 | 11/13/2020 14:40 | 109 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISP | ▮▮▮ | ▮▮▮ | CCCMS 07/07/2020 - 11/30/2020 | Y | 10/20/2020 00:00 | NKSP | III | 12/05/2019 16:03 | 07/02/2020 | MH Change | | | 151 days -No movement due to Covid-19 |

# EXHIBIT B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival

Run Date: 12/01/2020 06:56 AM

Run By: rodney price

Institutions Selected: CAC CAL CCC CEN CVSP ISP

Date Range: 11/01/2020 - 11/30/2020

Select on C te a Th s epo t gene ates a l st of MHSDS nmates who we e housed fo any length of t me at a dese t nst tut on and we e MH

R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCC | ▇▇▇ | ▇▇▇ | 05/15/2020 | N | 10/26/2020 11:56 | CTF | I | 10/19/2020 14:20 | CCCMS 05/15/2020 - 11/09/2020 | MH Upon Arrival | 11/09/2020 09:13 | 11/09/2020 16:48 | 497 | Inadvertent Transfer |
| ISP | ▇▇▇ | ▇▇▇ | 02/26/2020 | N | 10/26/2020 07:07 | WSP | III | 10/20/2020 10:14 | CCCMS 02/26/2020 - 11/03/2020 | MH Upon Arrival | 11/03/2020 07:45 | 11/03/2020 15:46 | 342 | Inadvertent Transfer |