MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2020**<br><br>Judge: Hon. Deborah Barnes |

[3662864.1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2020 to Defendants via e-mail on November 12, 2020. The parties completed their meet and confer process on December 11, 2020. The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2020, with an agreement to reduce claimed amounts to a total of $950,906.72 calculated at a rate of $223.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $950,906.72 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 13, 2020 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: December 21, 2020

*/s/ Kyle Lewis*
Kyle Lewis
Deputy Attorney General
Attorneys for Defendants

DATED: December 21, 2020

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

DATED: _____, 2020

Deborah Barnes
United States Magistrate Judge

**Coleman v. Newsom**
**Third Quarter of 2020**
**July 1, 2020 through September 30, 2020**
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $965,229.45 | $931,446.41 | $11,796.96 |
| **Fees on Fees, 489-5** | $7,107.30 | $6,858.54 | $0.00 |
| **Appeal, 489-24** | $0.00 | $0.00 | $0.00 |
| **Appeal, 489-26** | $826.95 | $798.01 | $6.80 |
| **Totals** | **$973,163.70** | **$939,102.96** | **$11,803.76** |

**Claimed Total:** $984,967.46

**Settled Total:** $950,906.72

3635880

**Coleman v. Newsom**
**Third Quarter of 2020**
**July 1, 2020 through September 30, 2020**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Gourse | 43.10 | 34.60 | $223.50 | $7,733.10 | $7,462.44 |
| Amy Xu | 158.10 | 150.50 | $223.50 | $33,636.75 | $32,459.46 |
| Benjamin Bien-Kahn | 3.50 | 0.00 | $223.50 | $0.00 | $0.00 |
| Cara E. Trapani | 8.70 | 0.00 | $223.50 | $0.00 | $0.00 |
| Caroline E. Jackson | 0.80 | 0.00 | $223.50 | $0.00 | $0.00 |
| Catherine Johnson | 311.00 | 307.00 | $223.50 | $68,614.50 | $66,212.99 |
| Ellinor Heywood | 51.80 | 51.80 | $223.50 | $11,577.30 | $11,172.09 |
| Emma Cook | 402.30 | 399.80 | $223.50 | $89,355.30 | $86,227.86 |
| Erika Zheng | 285.30 | 280.40 | $223.50 | $62,669.40 | $60,475.97 |
| Ernest Galvan | 176.10 | 176.10 | $223.50 | $39,358.35 | $37,980.81 |
| F. Gail LaPurja | 47.40 | 39.70 | $223.50 | $8,872.95 | $8,562.40 |
| Gay C. Grunfeld | 21.80 | 21.70 | $223.50 | $4,849.95 | $4,680.20 |
| Gregorio Z. Gonzalez | 274.70 | 218.60 | $223.50 | $48,857.10 | $47,147.10 |
| Heather Gans | 152.20 | 149.70 | $223.50 | $33,457.95 | $32,286.92 |
| Jack Gleiberman | 23.00 | 23.00 | $223.50 | $5,140.50 | $4,960.58 |
| Jenny S. Yelin | 100.40 | 100.10 | $223.50 | $22,372.35 | $21,589.32 |
| Jessica L. Winter | 345.10 | 327.90 | $223.50 | $73,285.65 | $70,720.65 |
| Kara J. Janssen | 0.50 | 0.00 | $223.50 | $0.00 | $0.00 |
| Karen E. Stilber | 0.90 | 0.00 | $223.50 | $0.00 | $0.00 |
| Linda H. Woo | 145.10 | 145.10 | $223.50 | $32,429.85 | $31,294.81 |
| Lisa Ells | 469.30 | 460.00 | $223.50 | $102,810.00 | $99,211.65 |
| Marc Shinn-Krantz | 392.00 | 382.50 | $223.50 | $85,488.75 | $82,496.64 |
| Marcus V. Levy | 4.60 | 0.00 | $223.50 | $0.00 | $0.00 |
| Michael S. Nunez | 88.10 | 79.10 | $223.50 | $17,678.85 | $17,060.09 |
| Michael W. Bien | 324.30 | 319.80 | $223.50 | $71,475.30 | $68,973.66 |
| Penny Godbold | 0.30 | 0.00 | $223.50 | $0.00 | $0.00 |
| Rebecca Berman | 380.10 | 352.20 | $223.50 | $78,716.70 | $75,961.62 |
| Rekha Arulanantham | 14.90 | 14.90 | $223.50 | $3,330.15 | $3,213.59 |
| Rwehyang Kim | 62.50 | 46.00 | $223.50 | $10,281.00 | $9,921.17 |
| Thomas Nolan | 97.20 | 97.20 | $223.50 | $21,724.20 | $20,963.85 |
| **Total** | **4385.10** | **4177.70** | | **$933,715.95** | **$901,035.87** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alayna O'Bryan | 0.60 | 0.60 | $223.50 | $134.10 | $129.41 |
| Donald Specter | 18.20 | 18.20 | $223.50 | $4,067.70 | $3,925.33 |
| Eva Amarillas Diaz | 18.50 | 18.50 | $223.50 | $4,134.75 | $3,990.03 |
| Gabriela Pelsinger | 3.30 | 3.30 | $223.50 | $737.55 | $711.74 |
| Ilian Meza Pena | 5.80 | 5.80 | $223.50 | $1,296.30 | $1,250.93 |
| Juliette Mueller | 2.30 | 2.30 | $223.50 | $514.05 | $496.06 |
| Jordan Payne | 3.10 | 3.10 | $223.50 | $692.85 | $668.60 |
| Margot Mendelson | 4.10 | 4.10 | $223.50 | $916.35 | $884.28 |
| Michael Brodheim | 5.70 | 5.70 | $223.50 | $1,273.95 | $1,229.36 |
| Patrick Booth | 9.00 | 9.00 | $223.50 | $2,011.50 | $1,941.10 |
| Skye Lovett | 1.00 | 1.00 | $223.50 | $223.50 | $215.68 |
| Steven Fama | 69.40 | 69.40 | $223.50 | $15,510.90 | $14,968.02 |
| **Total** | **141.00** | **141.00** | | **$31,513.50** | **$30,410.54** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$965,229.45** | **$931,446.41** |

3635880

**Coleman v. Newsom**
**Third Quarter of 2020**
**July 1, 2020 through September 30, 2020**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $1,918.80 | $1,918.80 |
| Outside Copying | $3,005.83 | $3,005.83 |
| Transcription | $1,920.40 | $1,920.40 |
| Telephone | $1.40 | $1.40 |
| Postage and Delivery | $1,976.86 | $1,976.86 |
| Research (Westlaw/Lexis/PACER/Fees) | $1,232.42 | $1,232.42 |
| Consulting/Expert Fees | $1,225.00 | $1,225.00 |
| Document Processing | $71.05 | $71.05 |
| **Total** | | **$11,351.76** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Postage | $445.20 | $445.20 |
| **Total** | **$445.20** | **$445.20** |

**GRAND TOTAL**  $11,796.96

3635880

**Coleman v. Newsom**
**Third Quarter of 2020**
**July 1, 2020 through September 30, 2020**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---:|---:|---:|---:|---:|
| Jessica L. Winter | 0.10 | 0.00 | $223.50 | $0.00 | $0.00 |
| Linda H. Woo | 5.30 | 5.30 | $223.50 | $1,184.55 | $1,143.09 |
| Lisa Ells | 25.80 | 25.30 | $223.50 | $5,654.55 | $5,456.64 |
| **Total** | **31.20** | **30.60** | | **$6,839.10** | **$6,599.73** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---:|---:|---:|---:|---:|
| Ashley Kirby | 1.20 | 1.20 | $223.50 | $268.20 | $258.81 |
| **Total** | **1.20** | **1.20** | | **$268.20** | **$258.81** |

| | | | | | |
|---|---|---|---|---:|---:|
| **GRAND TOTAL** | | | | **$7,107.30** | **$6,858.54** |

3635880

## Coleman v. Newsom
## Third Quarter of 2020
## July 1, 2020 through September 30, 2020
Fees on Appeal of 04/24/20 Order re DSH Access, 489-24

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Gregorio Z. Gonzalez | 0.20 | 0.00 | $223.50 | $0.00 | $0.00 |
| Jessica L. Winter | 0.20 | 0.00 | $223.50 | $0.00 | $0.00 |
| Lisa Ells | 0.20 | 0.00 | $223.50 | $0.00 | $0.00 |
| **Total** | **0.60** | **0.00** | | **$0.00** | **$0.00** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$0.00** | **$0.00** |

**Coleman v. Newsom**
**Third Quarter of 2020**
**July 1, 2020 through September 30, 2020**
Fees on Appeal of 08/03/20 Order re Program Guide Update Process, 489-26

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Gregorio Z. Gonzalez | 0.30 | 0.30 | $223.50 | $67.05 | $64.70 |
| Jessica L. Winter | 1.50 | 1.50 | $223.50 | $335.25 | $323.52 |
| Lisa Ells | 1.90 | 1.90 | $223.50 | $424.65 | $409.79 |
| **TOTALS** | **3.70** | **3.70** | | **$826.95** | **$798.01** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | $826.95 | $798.01 |

3635880

**Coleman v. Newsom**
**Third Quarter of 2020**
**July 1, 2020 through September 30, 2020**
Costs on 08/03/20 Order re PG Update Process Appeal, 489-26

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| PACER Fees | $6.80 | $6.80 |
| **Total** | | **$6.80** |

| | |
|---|---:|
| **GRAND TOTAL** | **$6.80** |

3635880