1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  ADRIANO HRVATIN, State Bar No. 220909
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   TYLER V. HEATH, State Bar No. 271478
5  KYLE A. LEWIS, State Bar No. 201041
   LUCAS HENNES, State Bar No. 278361
6  Deputy Attorneys General
     1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 210-7318
     Fax: (916) 324-5205
9    E-mail: Elise.Thorn@doj.ca.gov
   Attorneys for Defendants

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
Special Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' TWENTIETH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS** |

I, Dean L. Borg, declare:

1.     I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' twentieth status report on the

1

1  funding process for the design and construction of licensed mental health crisis beds in Southern

2  California.

3      2.    The work on CDCR's plan to construct 50 new licensed mental health crisis beds at

4  the California Institution for Men is proceeding, consistent with reports previously provided to

5  the Court.

6      3.    As reported last month, CDCR received an additional set of review comments from

7  the Office of the State Fire Marshal (OSFM) on November 23, 2020.  The architect of record,

8  Hellmuth, Obata and Kassabaum (HOK), is addressing these comments.  A meeting occurred on

9  December 9, 2020 between CDCR, HOK and the OSFM to seek clarification on these comments.

10  An additional meeting is planned for January 6, 2021, to ensure all comments will be fully

11  addressed in the final working drawings, CDCR plans to submit to the OSFM on January 15,

12  2021.  CDCR estimates approval of the final working drawings by the OSFM by January 29,

13  2021, approximately a five-week delay from the previous estimated approval date of December

14  22, 2020.

15      4.    Upon receiving approval from the OSFM, CDCR must submit the working drawings

16  and proceed-to-bid package to the Department of Finance for approval. Once approved, CDCR

17  will seek bids from the construction market. Subsequent to receiving bids, CDCR must submit a

18  construction contract award package that will also need to be approved by the Department of

19  Finance.  CDCR estimates that construction will begin in May 2021, based on the estimated

20  working drawing approval date of January 29, 2021, with construction expected to be completed

21  in May 2023.

22  / / /

23  / / /

24

25

26

27

28

Borg Decl. Supp. Defs.' 20th Status Report on Funding for Construction of  MHCBs   (2:90-cv-00520 KJM-DB (PC))

1        5.    CDCR's response plan to COVID-19 has not led to any delays to the California

2    Institution for Men construction project as of the date of this report.

3        I declare under penalty of perjury under the laws of the United States of America that the

4    foregoing is true and correct.

5        Executed in Sacramento, California on December 28, 2020.

6        /s/ DEAN L. BORG

7        DEAN L. BORG
         Director

8        Facility Planning, Construction and Management
         *(original signature retained by attorney)*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Borg Decl. Supp. Defs.' 20th Status Report on Funding for Construction of MHCBs   (2:90-cv-00520 KJM-DB (PC))