STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                              GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



December 28, 2020

**FILED**

**Dec 30, 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Matthew A. Lopes, Jr. (mlopes@pldolaw.com)
*Coleman* Special Master
Pannone Lopes Devereaux & O'Gara, LLC
Northwoods Office Park
1301 Atwood Avenue, Suite 215 N
Johnston, RI 02919

2:90-cv-0520 KJM DB

*VIA EMAIL ONLY*

Re: Coleman: CDCR PIP Suicide Prevention Policy

Dear Special Master Lopes:

On December 18, 2020, during the fourth quarterly status conference, the Court ordered the California Department of Corrections and Rehabilitation (CDCR) to provide to the Special Master the Psychiatric Inpatient Program (PIP) Suicide Prevention policy forthwith and ordered that the policy shall be provided to the Court by December 28, 2020. On December 24, 2020, the Court issued an order confirming that "the Special Master shall forward the proposed policy to the court on or before December 28, 2020 at 5:00pm." ECF No. 7004 at 2.

CDCR provided the draft policy to several of the Special Master's experts on December 21, 2020 and a meeting was convened on December 22nd to review the draft policy. CDCR and members of the Special Master's team worked diligently to revise the PIP Suicide Prevention policy to meet the Court's deadline. The Special Master's Suicide Prevention Expert, Lindsay Hayes, raised concerns about CDCR's ability to provide out of cell activities and telephone and visiting privileges to patients in the PIPs and requested that details of how CDCR would provide these privileges to patients be included in this policy. CDCR explained that this is a complicated issue that requires an individualized approach at each institution and that the collaboration necessary between nursing, custody, and mental health to develop the details requested could not be completed by the Court's deadline. However, CDCR recognizes that the provision of out of cell activities and telephone and visiting privileges to PIP patients is a very important issue. CDCR is committed to working closely with the Special Master to resolve any issues surrounding out of cell activities and telephone and visiting privileges for PIP patients.

CDCR provided the revised PIP Suicide Prevention policy to Plaintiffs' counsel on December 23, 2020. On the morning of December 28, 2020, Plaintiffs' counsel emailed stating that they were not able to provide comments on the policy before the Court's 5pm deadline. Instead, Plaintiffs requested that Defendants implement the PIP Suicide Prevention Policy immediately. Plaintiffs further requested that the Special Master schedule a task force meeting within 30 days focused on the PIP Suicide Prevention policy during which the parties would discuss any comments or edits

Plaintiffs' counsel may have. A copy of Plaintiffs' December 28, 2020 email is included as Attachment A.

Attached please find the most recent version of the PIP Suicide Prevention policy. This policy was drafted to provide care above the required constitutional minimum and should be updated periodically to include insights and consistency with evolving best practices and new advancements in care recommendations. CDCR will continue to work with the Special Master and Plaintiffs' counsel to implement and revise the PIP Suicide Prevention policy as necessary.

Respectfully,

   */s/ Melissa C. Bentz*

Melissa C. Bentz
Attorney
Office of Legal Affairs
California Department of Corrections and Rehabilitation

# Attachment A

**Bentz, Melissa@CDCR**

| | |
|---|---|
| **From:** | Michael W. Bien <MBien@rbgg.com> |
| **Sent:** | Monday, December 28, 2020 10:38 AM |
| **To:** | Bentz, Melissa@CDCR; Coleman Team - RBG Only; Steve Fama |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Jeffrey Metzner; Kerry Courtney Hughes, MD; Lindsay Hayes; Stafford, Carrie@CDCR; Weber, Nicholas@CDCR; Hockerson, Dillon@CDCR; kyle.lewis@doj.ca.gov; Elise Thorn; Lucas Hennes; Namrata Kotwani; Paul B. Mello; Samantha Wolff; Mehta, Amar@CDCR; Cartwright, Steven@CDCR |
| **Subject:** | RE: Coleman: PIP Suicide Prevention Policy [IWOV-DMS.FID6429] |
| **Attachments:** | Coleman: PIP Suicide Prevention Policy |
| **Categories:** | Coleman |

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Melissa

Melissa and All

Given the short notice and the Christmas Holiday, we are not able to provide comments on your policy in time to have a discussion and for you to incorporate changes before the deadline of 5 pm today. Given the importance of this issue, we request that Defendants implement their PIP Suicide Prevention Policy immediately—despite the fact that plaintiffs have not had an opportunity to provide our input. We request that the Special Master schedule a task force meeting within the next 30 days devoted to this plan—we will provide written comments and questions in advance of the meeting.

Thank you.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission St.  Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

# Attachment B

| **VOLUME 12:** MENTAL HEALTH SERVICES | Effective Date: | |
|---|---|---|
| **CHAPTER 11:** CORRECTIONAL TREATMENT CENTER: PSYCHIATRIC INPATIENT PROGRAM | Revision Date(s): | NA |
| | Supersedes: | |
| **12.11.2104.P1** TREATMENT PLANNING AND PROCEDURES: SUICIDE PREVENTION AND RESPONSE | Attachments: | Yes  No |

**Policy**

Respective classifications within California Department of Corrections (CDCR)/California Correctional Health Care Services (CCHCS) Psychiatric Inpatient Programs (PIP), within the scope of licensure or classification, shall:

  a. Follow all CDCR suicide prevention and response policies, directives, and memoranda.
  b. Obtain and maintain mandatory statewide suicide prevention training and current practices required by existing statewide policies and procedures.
  c. Evaluate the risk of suicide and self-harm for each patient. Closely monitor patients for any evidence of elevated suicide risk.
  d. When clinically indicated, develop and implement a treatment plan effective for addressing the suicide and self-harm risk of each patient, revising as needed.
  e. Provide immediate response and appropriate treatment of any self-inflicted physical injuries consistent with the Health Care Department Operations Manual (HCDOM) 3.7.1, Emergency Medical Response System Policy, California Code of Regulations (CCR), Title 15, Section 3365 (a) and (c) and protocol defined in the Mental Health Services Delivery System Program Guide.
  f. Document and track all incidents of self-harm, suicide attempts, and deaths by suicide. Review incidents and manage compliance of existing practices and recommend remedial action and monitoring as necessary.
  g. Establish post-incident response procedure for staff and inmates following a death by suicide.
  h. Follow all existing CDCR Suicide Prevention and Response Unit (SPRU) case review protocols for death by suicide. PIP staff shall work collaboratively with the SPRU suicide case review team to provide all information about the suicide case review, response, and implementation to any subsequent Quality Improvement Plan (QIP) identified.
  i. Establish and maintain a multidisciplinary PIP Suicide Prevention and Response Focused Improvement Team (SPRFIT) committee. The committee shall maintain oversight of suicide prevention practices and develop new practices as needed.
  j. House patients on Suicide Watch and Suicide Precaution in suicide-resistant rooms or cells.

**Responsibilities**

Responsibility for policy review:
  Deputy Director, Statewide Mental Health Program, or designee
  Statewide Chief Nurse Executive, or designee
  Deputy Director, Division of Adult Institutions, Operations Support, or designee

Responsibility for Implementation:
  PIP Facility Warden
  CEO
  Clinical Administrator
  Executive Director

All staff and employees of this program share responsibility for the implementation of this policy. It is primarily the responsibility of each clinician, interdisciplinary team, nursing staff,

and program management to maintain awareness of suicide risk, communicate specific information about such risk or potential risk, and provide necessary care and treatment to the patient at risk.

For purposes of this policy, nursing staff include: Registered Nurse, Licensed Vocational Nurse, Licensed Psychiatric Technician, and Certified Nursing Assistant.

**Procedure**

I. **Training**
1. All psychiatrists, psychologists and social workers must receive the following suicide prevention-related training within the first 90 days of employment:
   a. Suicide Prevention In-Service Training
   b. Suicide Risk Assessment training (7-hour training)
   c. Safety Planning training
   d. Columbia Suicide Severity Rating Scale (CSSRS)
2. Suicide Risk Assessment Mentors: All suicide risk assessment mentors shall attend the required departmental mentor training per the suicide risk assessment mentoring policy.
   a. All psychiatrists, psychologists and social workers shall be mentored within 90 days of hire.
3. All psychiatrists, psychologists and social workers maintain statewide bi-annual/annual training requirements per existing policies.
   Annual Training:
   a. Annual Suicide Prevention In-Service Training
   b. Suicide Risk Assessment Mentoring: All psychiatrists, psychologists, social workers working within the PIP shall receive annual mentoring.
   Bi-Annual:
   a. Suicide Risk Assessment (7-hour)
4. All custodial shall receive the following training related to suicide prevention:
   a. Annual Suicide Prevention In-Service Training
   b. Cardiopulmonary Resuscitation (CPR) Training, every two years
5. All nursing staff shall receive the following training related to suicide prevention:
   a. New Employee Orientation Suicide Prevention Training
   b. Annual Suicide Prevention In-Service Training
   c. Cardiopulmonary Resuscitation (CPR) Training, every two years

II. **Suicide Risk Determination**
1. Any patients admitted to PIP-Acute or PIP-Intermediate bed shall have a suicide risk evaluation completed within 72 hours of physical admission, regardless of admission reason.
2. Before the 72-hour Interdisciplinary Treatment Team (IDTT), the mental health primary clinician (licensed psychologist or licensed social worker) shall conduct a review of the patient's clinical record. If available at that time, this review shall include county records and prior clinical hospitalization records.
3. Any individual behaviors, interpersonal situations, or environmental conditions that increase a patient's risk for suicide or self-harm must be included in patients' master treatment plan.
4. Upon clinical discharge from a PIP, a suicide risk evaluation shall be completed prior to the discharge IDTT, but no sooner that 3 days before the IDTT.

III. **Suicidal Behavior and Statements**
1. When any non-mental health staff in the PIP receives direct or indirect communication regarding a patient making statements about suicidal intent or ideation, or the patient is engaging in behaviors that may elevate the risk for suicide, that staff member shall immediately complete an emergent referral for the

patient to be seen by a psychiatrist or licensed psychologist for completion of a Suicide Risk Assessment and Self-Harm Evaluation.
   2. When a patient engages in self-harm behavior requiring medical attention, the HCDOM 3.7.1 (Emergency Medical Response System Policy) shall be followed. Every effort must be made by clinical and custody staff to stop self-harm behavior and provide immediate assessment and treatment, consistent with the California Code of Regulations Title 15 and the CDCR Department Operations Manual.
      a. A Registered Nurse (RN) shall:
         i. Contact the psychiatrist or licensed psychologist on-call regarding the reported or observed suicidal risk factors, and
         ii. Document any orders received, including orders for Suicide Watch or Precaution in the patient's health care record, and
         iii. Update the Nursing Care Plans.
      b. The Patient shall be placed on continuous, direct visual observation until a psychiatrist or licensed psychologist completes a Suicide Risk Assessment and Self-Harm Evaluation (SRASHE).
      c. Evaluation by a psychiatrist or licensed psychologist shall occur as soon as possible and within four hours of the consult request. The clinician, with input from available members of the treatment team, must determine the suicide prevention measures and safety plan to be initiated or continued. The clinician shall document the interventions employed in response to the elevated suicide risk or self-harm incident.
   3. Patients who have recently engaged in self-harm behaviors shall be evaluated for Suicide Watch or Suicide Precaution by a psychiatrist or licensed psychologist.

**IV. Suicide Watch**
   1. Patients identified by staff to be actively suicidal or in immediate danger of self-harm, with or without a suicide plan, shall be placed on Suicide Watch status by a psychiatrist or licensed psychologist. Suicide Watch status requires a staff member to maintain a continuous direct and unobstructed line of sight observation of the patient and to remain in physical proximity to the patient sufficient to intervene if there is an immediate risk of harm.
      a. Suicide Watch posts shall be filled utilizing the following classification order:
         1. Certified Nursing Assistant
         2. Licensed Psychiatric Technician
         3. Licensed Vocational Nurse
         4. Registered Nurse
         5. Correctional Officer
   2. Custodial staff shall review and sign the post order specific to the Suicide Watch Post, prior to assuming the Suicide Watch Post.
   3. Leaving a Post Assignment
      a. The observer assigned to Suicide Watch shall only vacate the post if relieved by another staff member and/or immediate attention or assistance is needed in a life-threatening situation, and no other alternative exists.
      b. In the event of a life-threatening situation, the staff shall activate a personal alarm to summon additional staff to the area.
      c. If it becomes necessary for staff assigned to Suicide Watch to leave their post due to a life-threatening situation, they shall request other staff in the vicinity, whenever possible, to provide direct observation coverage of the patient while away. If no other staff is available, and there is sufficient time, the officer shall contact their supervisor or the Watch Office before responding to the life-threatening situation.
      d. Any vacating of the post under these circumstances shall be for the minimal time necessary. Once the life-threatening situation has been contained, or there is sufficient staff at the scene to handle the situation, the assigned person

      conducting the watch shall immediately return to the Suicide Watch post.

4. A psychiatrist or licensed psychologist shall submit Suicide Watch orders. Orders for Suicide Watch shall be obtained as soon as feasible and renewed in the electronic health care record every 24 hours.
    a. In addition to the order for Suicide Watch, the ordering provider shall complete a progress note to accompany each renewed order. The documentation must justify the level of observation, property issue, and privileges and identify any specific behaviors that may warrant additional monitoring.
5. The ordering provider shall document:
    a. Property issue, privileges, and observation details within the order, and
    b. A progress note detailing the clinical rationale to justify the level of observation, property issue, and privileges and identify any specific behaviors that may warrant additional monitoring.
6. Custody staff shall conduct a complete body search and cell/room search before placing the patient in any room for Suicide Watch. Prohibited items found during a search shall be confiscated by custody staff per statewide policy and procedure. The patient's property shall be secured and inventoried.
    a. Custody staff shall inspect the suicide smock, blanket, and mattress for physical integrity before placing a patient in a cell/room for Suicide Watch.
7. Designated staff shall continuously observe the behavior, communication, personal hygiene, and affect of the patient on Suicide Watch and document the patient's behavior every 15 minutes.
    a. Nursing staff shall document in the electronic health care record.
    b. If the patient is continuously observed by non-healthcare staff, a Registered Nurse shall summarize observations every two hours in the health care record, as part of a separate process concurrent with 15-minute documentation by the non-healthcare staff.
    c. Custodial staff performing Suicide Watch shall document on CDCR Form 7365 Suicide Watch/Suicide Precaution Record.s
8. An updated assessment for suicide risk, noting any change in risk level, must be completed and documented on a progress note before discontinuation of Suicide Watch.
9. Daily clinical rounds shall be completed on each patient on Suicide Watch status by a psychiatrist or licensed psychologist. If there is no regularly scheduled psychiatrist or licensed psychologist on site on weekends and holidays, a psychiatrist or licensed psychologist on duty shall make rounds on weekends and holidays. The psychiatrist or licensed psychologist on duty who completes rounds shall document his or her observations daily in the electronic health care record, including weekends and holidays. Suicide Watch orders shall be reviewed, modified, and/or renewed by a psychiatrist or licensed psychologist every 24 hours.
10. Designated health care supervisory staff must ensure:
    a. The patient identifier located on the patient's cell door matches the level of observation, property issue, and privileges ordered in the electronic health care record.
    b. A licensed nursing staff member is assigned to provide any observation ordered by the psychiatrist or licensed psychologist.

V. **Suicide Precaution**
1. Patients at high risk of self-harm behavior, but not in immediate danger, shall be placed on Suicide Precaution status.
2. A patient on Suicide Precaution status shall be observed on a staggered basis with no interval between observations exceeding 15-minutes by an assigned staff member, and documented in the electronic health care record.
3. Custody staff shall conduct a complete body search and cell/room search before

placing the patient in any room for Suicide Precaution. Prohibited items found during a search shall be confiscated by custody staff per local operating procedure. The patient's property shall be secured and inventoried.
   a. Custody staff shall inspect the suicide blanket, and mattress for physical integrity before placing a patient in a cell/room for Suicide Precaution.
4. A psychiatrist or licensed psychologist shall submit Suicide Precaution orders. Orders for Suicide Precaution shall be obtained as soon as feasible and renewed in the electronic health care record every 24 hours.
5. In addition to the order for Suicide Precaution, a progress note shall justify the level of observation, property issue, and privileges and identify any specific behaviors that may warrant additional monitoring.
6. An updated assessment for suicide risk, noting any change in risk level, must be completed and documented on a progress note before discontinuation of suicide precaution.
7. Daily clinical rounds shall be completed on each patient on Suicide Precaution status by a psychiatrist or licensed psychologist. If there is no regularly scheduled psychiatrist or licensed psychologist on site on weekends and holidays, a licensed psychologist or psychiatrist on duty shall make rounds on weekends and holidays. The licensed psychologist or psychiatrist on duty who completes rounds shall document his or her observations daily in the electronic health care record, including weekends and holidays. Suicide Precaution orders shall be reviewed, modified, and/or renewed by a psychiatrist or licensed psychologist every 24 hours.
8. An updated assessment for suicide risk, noting any change in risk level, must be completed and documented on a progress note before discontinuation of Suicide Precaution.
9. Designated health care supervisory staff must ensure:
   a. The patient identifier located on the patient's cell door matches the level of observation ordered in the healthcare record
   b. A licensed nursing staff member is assigned to provide any observation ordered by the psychiatrist or licensed psychologist.

Guidelines for Clinician-ordered Suicide Watch and Precaution

| Status | Clothing | Furniture and Other Materials | Behavioral Checks |
|---|---|---|---|
| Suicide Watch | Safety (no-tear) smock/gown, no ID band on the wrist | Safety (no-tear) mattress, safety (no-tear) blanket | Continuous observation<br><br>Document at 15-minute intervals |
| Status | Clothing | Furniture and Other Materials | Behavioral Checks |
| Suicide Precaution | Shorts, t-shirt, socks | Safety (no-tear) mattress, safety (no-tear) blanket, reading and writing materials, and toiletries are allowed. | Document at staggered intervals not to exceed 15-minutes. |

10. The staff member assigned to conduct Suicide Precaution shall:
    a. Visually observe the patient by observation for possession of any items

disallowed for that patient and any potentially harmful objects
   b. Monitor the environment for hazards and harmful conditions
   c. Take immediate action to correct any hazardous conditions, for example, sounding an alarm if necessary.

**VI. Other Considerations**
1. Only Suicide Watch and Suicide Precaution orders shall be utilized for suicidal patients. Terms such as behavioral observation, psychiatric observation, mental health observation, Q-5, Q-10, Q-15, etc. shall be prohibited for ordering the observation of suicidal patients.
2. All patient on Suicide Watch or Suicide Precaution shall be placed in suicide-resistant room or cell. If the bed is removed from the room, it shall be replaced by a portable suicide-resistant bed (referred to as a 'stack-a-bunk').
3. Whenever a patient receives less than all items as detailed above (this includes patients on Suicide Watch and Precaution), the ordering provider shall:
   a. Ensure the issuance of property is individualized based upon the patient's clinical needs. Providers need not to default to providing minimal issues.
      i. The psychiatrist or licensed psychologist may authorize additional items if clinically indicated. Additional items must be supported by a thorough chart review and documented clinical rationale.
   b. Clearly state on the order which items the patient may have or which specific items the patient may not have.
      i. Clearly document how supplies are given and returned if applicable.
4. Patients on Suicide Watch and Suicide Precaution shall be housed in a room with a toilet and sink unless there is an electronic health care record order for seclusion or restraint. See *Mental Health Services Delivery System Program Guide, 2009 Revision, Chapter 10, Physical Restraints and Seclusion* section.
5. Per the clinician's order, meals for any patient on Suicide Watch or Suicide Precaution status in any cell or room shall be served on appropriate safety trays per local operating procedure.
6. Per clinician's order, patients on Suicide Watch or Suicide Precaution status shall be provided only the following hygiene items: an individual portion of soap, toilet paper, paper towels, an individual portion of toothpaste, and an Ultra Flexible Security Toothbrush unless there is a documented clinical rationale.
7. Unless clinically contraindicated, per clinician's order, patients on Suicide Watch or Precaution status shall be provided religious or other reading material that does not contain staples or paperclips or any other items that may pose a risk to the patient.
   a. The reason for not issuing religious items must be documented in the electronic health record.
8. When a patient has Durable Medical Equipment, the HCDOM 3.7.1 shall be followed.
9. PIP supervisory staff shall ensure that all PIP staff are alerted to the suicide observation level of the patient by including this information on the 24-hour unit report and by an exchange of information during inter shift and daily unit meetings.
10. Designated healthcare supervisory staff is responsible for ensuring the patient identifier located on the patient's cell door is updated and consistent with the level of observation ordered in the health care record.
11. If the order for Suicide Watch or Suicide Precaution is discontinued, the patient's current observation and issue status shall be discussed at the next IDTT meeting following discontinuation.
12. Unless clinically contraindicated, patients on Suicide Watch or Precaution status shall be offered showers a minimum of every 72 hours.
13. Consistent with clinical rationale and discretion, follow existing local operating procedures (LOPs) for all PIP patients to continue to provide out-of-cell activities

(including Yard), telephone use, and visiting for both non-Max and Max patients.
14. When the patient is discharged from Suicide Watch or Suicide Precaution, but remains in the PIP, the primary clinician will continue to assist the patient on a regular basis to utilize their safety plan strategies in reducing future suicide risk.

VII. **Discharge from PIP**
1. In addition to the discharge suicide risk evaluations (See *Suicide Risk Determination* section), all patients shall receive a five-day clinical follow-up upon their return to the institution.
2. All patients shall receive 7497 Custody Wellness Checks upon their return to the institution.
3. PIP supervisors or designees shall review the safety plan on all SRASHEs of discharging patients to ensure each assessment contains an adequate safety plan for reducing future suicide risk.
   a. Safety plans at discharge should include management of the unique risks for self-harm, including specific strategies patients can employ. Information sharing between the inpatient settings and the receiving outpatient programs is crucial, as it ensures receiving clinicians are aware of the specific risk reduction strategies to monitor and revise, as necessary, with each patient in order to maintain safety.
   b. The supervisory review shall be completed prior to, or during the Interdisciplinary Treatment Team in which the discharging SRASHE is completed.
   c. Discharges shall not be delayed pending supervisory review of the SRASHE. In cases in which a patient has been discharged, yet the safety plan requires revision, the safety plan shall be modified and the receiving institution shall be informed that an update has been submitted.

VIII. **Deaths By Suicide within the PIP**
1. All reports of death shall be in accordance with DOM, Section 51070, Deaths.
2. The PIP's Executive Director or physician designee shall have primary responsibility for reporting the death within eight hours to the DCHCS Death Notification Coordinator (DNC).
3. The initial reporting procedures and submission of the EHRS Initial Inmate Suicide Report CDCR 7229 shall be completed and submitted in accordance with the procedures set forth in DOM, 51070.9, Deaths. The CDCR 7229 B, *Initial Inmate Suicide Report*, shall be completed by the Local SPR FIT Coordinator or designee, and shall be reviewed.
4. Within ten days of the date of death, the PIP SPRFIT Coordinator shall submit an internal review of the death by suicide to the DCHCS Suicide Response Coordinator.
   a. The internal suicide reviews shall include:
      i. A review of the most recent clinical documentation, including:
         1. The patient's progress in treatment
         2. Medication compliance
         3. Treatment planning
         4. Most recent suicide risk assessments
      ii. Identified deficiencies in policies & procedures, identified areas of improvement or modifications or development of existing policies and procedures
5. Within seven days from the date of death, the DCHCS Suicide Prevention and Response Unit will conduct an on-site suicide review. The suicide review shall review all related documentation including the EHRS; Central File; Inmate Death Reports, *Initial Inmate Suicide Report, Crime/Incident Report*; and any other appropriate documentation. The suicide case reviewer shall have access to the patient's cell, visiting log, recorded telephone conversations, and other information

as required.
   a. The PIP shall coordinate the on-site review. This may include: coordination of property and incident location review, and interviews with staff and patient peers and making arrangements for an entrance meeting and exit meeting with PIP leadership.
6. Postvention is an organized response to patients and staff when a death by suicide occurs, with the intent to mitigate the negative effects associated with a death by suicide. A postvention local policy and procedure shall be developed. The policy shall detail a procedure regarding:
   - Who will be activated to respond to patients and to staff
   - What their purpose will be in their response
   - Method for how the post-incident response is delivered and who it will be delivered to
   - Timelines and frequency for the response
   - Location of response (if applicable)

IX. **PIP Suicide Prevention and Response Focused Improvement Team (SPRFIT)**
1. The PIP SPRFIT shall provide employees with the training and guidance about suicide prevention, response, reporting, and interventions to reduce the risk of patient suicides.
2. The PIP SPRFIT shall abide by all CDCR Headquarters SPRFIT policies, directives, and memoranda.
3. The local PIP SPRFIT shall:
   a. Ensure implementation and compliance with all PIP policies and procedures and Title 22, Division 5, Chapter 12 relating to suicide prevention and response at their institution.
   b. Monitor and ensure compliance with suicide prevention-related training outlined in the training section of this policy.
   c. Be responsible for updating LOPs to ensure consistency with PIP policies and Title 22, Division 5, Chapter 12 regarding suicide prevention and response.
   d. Implement training, in collaboration with the local In-Service Training (IST) unit, regarding the issue of suicide prevention and response.
      i. Training shall be compliant with existing policies.
      ii. Training shall focus on suicide prevention and response. Training topics may include, but are not limited to: suicide risk assessment, suicide prevention awareness, local and systemic suicide trends, suicide prevention interventions, suicide reporting and reviews and postvention.
   e. Review Suicide Watch and Precaution procedures, including the use of video cameras (used as a supplement to direct visual observation), to ensure they are being carried out consistent with operating procedures.
   f. Work with the Local Emergency Response & Death Review (ERDR) Subcommittee to review all suicides and those suicide attempts, in which Cardiopulmonary Resuscitation (CPR) and other medical procedures were performed, as well as custody cell entry and cut-down procedures.
   g. Monitor and track all self-harm, suicide attempts and deaths by suicide.
   h. Ensure all required documentation for suicide death reporting is forwarded to DCHCS in adherence with time-sensitive due dates.
   i. Provide oversight for the implementation of DCHCS-issued quality improvement plans (QIP) with input and assistance from the Local MHP and Local ERDR Subcommittees.

X. **PIP SPRFIT Membership**
   - SPRFIT Coordinator or designee (not lower than the Senior Psychologist Specialist)
   - Executive or Clinical Director

- Acute and Intermediate Program Director
- Program Director of Social Work or designee (Senior Social Worker)
- Chief Psychiatrist or Sr. Psychiatrist
- Chief Psychologist
- Correctional Health Services Administrator or Asst. Hospital Administrator
- Associate Warden Healthcare or Associate Warden responsible for the PIP
- Chief Nurse Executive or SRN III

1. The PIP SPRFIT Committee shall meet at least, but not limited to, once a month.
2. A quorum consists of all nine (9) mandatory members or designees.
3. The PIP SPRFIT shall submit a complete report with the monthly meeting minutes and a log of any additional suicide prevention activities to the institutional mental health subcommittee by the 5th day of each month.

**XI. Self-Harm Entry**

1. When self-harm occurs, custody or nursing staff shall notify the SPRFIT Coordinator, SPRFIT Coordinator back-ups (Senior Psychologists Specialists or Supervisory level) or mental health supervisory designee in a timely manner. The aforementioned individual shall document the determination and self-harm data within the EHRS Self-Harm PowerForm (and notify custody within 72 hours after the incident). Notification shall occur by verbally notifying the highest ranking supervisor overseeing the unit in which the incident occurred.

   a. Indicate the self-harm determination on the EHRS Self-Harm form by completing the following information:

   *Lethality* (would the person have died if not found and includes rescuability)

   *Medical Severity*

   0: No Apparent Injury
   1: Minor, superficial injuries (e.g., scratches, bruises)
   2: Moderate, requiring some skilled treatment, e.g., sutures
   3: Severe, requiring intensive medical/surgical management (includes overnight hospital admissions, etc.)
   4: Death

   *Intent to Die*

   Yes – objective and subjective evidence of intent; may be based on a combination of lethality and severity of the injury
   No – no intent to die present
   Unknown – unclear from the evidence available

   i. Additional information regarding incident time and date, disposition (e.g., return to housing, outside hospital), and method of self-harm are also requested in the EHRS Self-Harm PowerForm.

   b. A local operating procedure shall outline procedures for notification of self-harm events to the SPRFIT Coordinator, SPRFIT Coordinator back-ups or mental health supervisory staff.

2. Incidents of self-harm shall also be reported through the electronic Health Care Incident Reporting System (see HCDOM 3.7.1).

3. If the SPRFIT Coordinator, SPRFIT Coordinator back-up or mental health supervisory staff are not physically on-site, the determination shall be made the next business day, and must indicate "delayed entry" on the Self-Harm documentation.
4. If a patient is at an outside hospital for self-inflicted injuries beyond the 72 hours, the SPRFIT Coordinator, SPRFIT Coordinator back-ups, or mental health supervisory designee shall complete the Self-Harm PowerForm, based upon the available information at the 72-hour mark, and update it upon the patient's return to the institution.
    a. If a patient dies at an outside hospital as a result of self-inflicted injuries, within 72 hours of the patient's death, the SPRFIT Coordinator, SPRFIT Coordinator back-ups, or mental health supervisory designee shall make a Self-Harm determination based upon the available information.

### XII. Suicide Attempt Determination
1. A suicide attempt is defined as an intentional self-injurious behavior which is designed to deliberately end one's life and may require medical or custody intervention to reduce the likelihood of death or serious injury.
2. If the incident is determined to be a suicide attempt, a Crime/Incident Report, CDCR Form 837 is required, per Department Operations Manual, Chapter 5, Article 3.
    a. If there is a change in the determination of an incident by the SPRFIT, SPRFIT Coordinator back-ups or mental health supervisory designee (e.g., the incident was initially recorded as a suicide attempt but has since been determined by mental health not to be a suicide attempt), custody staff shall be immediately notified and the Crime/Incident Report, CDCR Form 837 shall be amended.

These policies and procedures are intended to reflect best practices in a correctional setting and should be updated periodically to incorporate insights and lessons learned from experience, and to maintain consistency with evolving best practices and new advancements in care recommendations.

**References**

The Joint Commission, BHC 2017 Standards; Leadership; National Patient Safety Goals; Care, Treatment and Services; and Rights and Responsibilities of the Individual Chapter Requirements.
Title 22 Social Security, Division 5 Licensing and Certification of Health Facilities, Home Health Agencies, Clinics, and Referral Agencies Chapter 12 Correctional Treatment Centers
Division of Health Care Services. *Mental Health Services Delivery System Program Guide* (2009 Revision). Suicide Prevention and Response, Chapter 10.
Health Care Department Operations Manual 3.7.1
California Code of Regulations (CCR), Title 15, Section 3365 (a) and (c)

**Questions**

If you have any questions or need any additional information related to this policy, you may contact the policy unit via e-mail at: CDCR MHPolicyUnit@CDCR