1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   ADRIANO HRVATIN, State Bar No. 220909
    Supervising Deputy Attorney General
3   KYLE A. LEWIS, State Bar No. 201041
    ELISE OWENS THORN, State Bar No. 145931
4   LUCAS L. HENNES, State Bar No. 278361
    NAMRATA KOTWANI, State Bar No. 308741
5   Deputy Attorneys General
      1300 I Street, Suite 125
6     P.O. Box 944255
      Sacramento, CA 94244-2550
7     Telephone: (916) 210-7318
      Fax: (916) 324-5205
8     E-mail: Elise.Thorn@doj.ca.gov
    Attorneys for Defendants

    PAUL B. MELLO, State Bar No. 179755
    LISA M. POOLEY, State Bar No. 168737
    SAMANTHA D. WOLFF, State Bar No. 240280
    LAUREL E. O'CONNOR, State Bar No. 305478
    HANSON BRIDGETT LLP
      1676 N. California Boulevard, Suite 620
      Walnut Creek, CA 94596
      Telephone: (925) 746-8460
      Fax: (925) 746-8490
      E-mail: PMello@hansonbridgett.com
    Attorneys for Defendants

    ROMAN M. SILBERFELD, State Bar No. 62783
    GLENN A. DANAS, State Bar No. 270317
    ROBINS KAPLAN LLP
      2049 Century Park East, Suite 3400
      Los Angeles, CA 90067-3208
      Telephone: (310) 552-0130
      Fax: (310) 229-5800
      E-mail: RSilberfeld@RobinsKaplan.com
    Special Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                   Plaintiffs,<br><br>        v.<br><br>GAVIN NEWSOM, et al.,<br><br>                                   Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge: The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.)  The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*)  On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

/ / /

1    Consistent with the Court's February 14, 2018 order, attached here is a letter from

2   Defendant CDCR setting forth CDCR's Division of Health Care Services Systemwide Mental

3   Health Program Allocated and Filled Psychiatry Positions for November 2020.

4                                          **CERTIFICATION**

5    Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

6   ECF No. 5786, ECF No. 5803, and ECF No. 5886.

7   Dated:  December 31, 2020                          Respectfully submitted,

8                                                       XAVIER BECERRA
                                                       Attorney General of California
9                                                       ADRIANO HRVATIN
                                                       Supervising Deputy Attorney General
10

11                                                      /s/ *Namrata Kotwani*
                                                       NAMRATA KOTWANI
12                                                      Deputy Attorney General
                                                       *Attorneys for Defendants*
13

14   CF1997CS0003

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Monthly Psychiatry Vacancy Report  (2:90-cv-00520 KJM-DB (PC))

# Attachment

Case 2:90-cv-00520-KJM-DB   Document 7011   Filed 12/31/20   Page 4 of 5

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                      GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



December 30, 2020

Namrata Kotwani, Esq.
California Department of Justice
1300 I Street
Sacramento, CA 95814

RE:    CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL
       HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Kotwani:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits as Exhibit A its monthly reports identifying the psychiatry vacancy rates at each CDCR institution and systemwide for November 2020.  In accordance with the Court's February 14, 2018 order, the reports contain the same data as the Correctional Health Care Services Mental Health Institution Vacancies:  Summary by Institution by Classification.  It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

 /s/ *Amar Mehta*
Amar Mehta, M.D.
Deputy Director
Statewide Mental Health Program

**Division of Health Care Services**
**Statewide Mental Health Program**
**Allocated and Filled Psychiatry Positions - November 2020**

| Sites | Allocated Sept 2020[1] | | | Filled Nov 2020 | | | | | | Filled w PNP Nov 2020 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 4.50 | 0.00 | 4.50 | 0.00 | 4.94 | 0.00 | 0.00 | 4.94 | 110% | 0.00 | 4.94 | 110% |
| CAL | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 2.00 | 4.00 | 6.00 | 2.00 | 2.94 | 2.00 | 0.00 | 6.94 | 116% | 0.00 | 6.94 | 116% |
| CCWF | 7.50 | 2.00 | 9.50 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 53% | 3.89 | 8.89 | 94% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CHCF | 17.50 | 8.00 | 25.50 | 2.00 | 1.91 | 7.06 | 0.55 | 11.52 | 45% | 1.00 | 12.52 | 49% |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 15.00 | 6.75 | 4.06 | 0.00 | 25.81 | 71% | 0.00 | 25.81 | 71% |
| CIM | 9.00 | 1.00 | 10.00 | 7.00 | 1.85 | 1.00 | 0.00 | 9.85 | 99% | 0.00 | 9.85 | 99% |
| CIW | 10.50 | 1.00 | 11.50 | 6.00 | 4.28 | 0.00 | 0.00 | 10.28 | 89% | 0.00 | 10.28 | 89% |
| CMC | 15.50 | 2.00 | 17.50 | 9.00 | 4.39 | 0.00 | 0.46 | 13.85 | 79% | 0.00 | 13.85 | 79% |
| CMF | 15.50 | 3.00 | 18.50 | 6.00 | 4.09 | 3.00 | 0.75 | 13.84 | 75% | 2.85 | 16.69 | 90% |
| CMF PIP | 32.00 | 0.00 | 32.00 | 7.00 | 9.50 | 1.00 | 0.75 | 18.25 | 57% | 0.00 | 18.25 | 57% |
| COR | 7.50 | 5.00 | 12.50 | 2.50 | 2.26 | 5.70 | 0.00 | 10.46 | 84% | 0.00 | 10.46 | 84% |
| CRC | 4.50 | 0.00 | 4.50 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | 156% | 0.00 | 7.00 | 156% |
| CTF | 3.50 | 2.00 | 5.50 | 2.00 | 0.52 | 1.00 | 0.00 | 3.52 | 64% | 0.87 | 4.39 | 80% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.21 | 21% | 0.00 | 0.21 | 21% |
| DVI | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100% | 0.00 | 2.00 | 100% |
| FSP | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | 100% | 0.00 | 3.00 | 100% |
| HDSP | 2.50 | 4.00 | 6.50 | 0.00 | 0.00 | 3.17 | 1.79 | 4.96 | 76% | 0.00 | 4.96 | 76% |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.21 | 21% | 0.00 | 0.21 | 21% |
| KVSP | 4.50 | 4.00 | 8.50 | 1.00 | 0.00 | 2.20 | 2.11 | 5.31 | 62% | 2.42 | 7.73 | 91% |
| LAC | 12.00 | 0.00 | 12.00 | 6.00 | 4.30 | 1.00 | 0.00 | 11.30 | 94% | 1.25 | 12.55 | 105% |
| MCSP | 9.00 | 6.00 | 15.00 | 3.75 | 2.97 | 4.26 | 3.06 | 14.04 | 94% | 0.00 | 14.04 | 94% |
| NKSP | 3.00 | 2.00 | 5.00 | 0.00 | 3.98 | 2.00 | 0.00 | 5.98 | 120% | 2.27 | 8.25 | 165% |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.17 | 0.00 | 2.17 | 72% | 0.00 | 2.17 | 72% |
| PVSP | 2.00 | 1.00 | 3.00 | 1.00 | 0.67 | 1.00 | 0.00 | 2.67 | 89% | 0.00 | 2.67 | 89% |
| RJD | 14.00 | 3.00 | 17.00 | 8.75 | 3.40 | 2.17 | 0.00 | 14.32 | 84% | 0.00 | 14.32 | 84% |
| SAC | 18.50 | 1.00 | 19.50 | 15.75 | 2.89 | 0.17 | 0.00 | 18.81 | 96% | 0.00 | 18.81 | 96% |
| SATF | 7.00 | 9.00 | 16.00 | 1.00 | 1.21 | 7.06 | 0.75 | 10.02 | 63% | 4.25 | 14.27 | 89% |
| SCC | 2.00 | 1.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33% | 0.69 | 1.69 | 56% |
| SOL | 4.50 | 0.00 | 4.50 | 4.00 | 0.00 | 0.16 | 0.00 | 4.16 | 92% | 0.00 | 4.16 | 92% |
| SQ | 11.00 | 0.00 | 11.00 | 12.00 | 0.64 | 0.00 | 0.00 | 12.64 | 115% | 0.00 | 12.64 | 115% |
| SVSP | 3.50 | 6.00 | 9.50 | 0.00 | 2.31 | 5.83 | 1.04 | 9.18 | 97% | 0.00 | 9.18 | 97% |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 1.00 | 6.09 | 0.00 | 0.00 | 7.09 | 71% | 0.00 | 7.09 | 71% |
| VSP | 1.00 | 7.00 | 8.00 | 0.00 | 0.24 | 6.42 | 0.00 | 6.66 | 83% | 0.83 | 7.49 | 94% |
| WSP | 2.50 | 4.00 | 6.50 | 3.00 | 1.98 | 2.20 | 1.52 | 8.70 | 134% | 0.00 | 8.70 | 134% |
| TOTAL | 282.00 | 80.00 | 362.00 | 135.75 | 74.11 | 64.63 | 13.20 | 287.69 | 79% | 20.32 | 308.01 | 85% |

Footnote

1  Source:  MH Memo Updated September 2020 Statewide Mental Health Position Allocated

2  Source: November 30, 2020 CCHCS Psychiatrist Vacancy/Coverage Report

3  Source: PSYT_PNP Temp Relief Details (November 2020)

4  Source: November 2020 Telepsychiatry Provider List