UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

  v.                                       **CASE NO. 2:90−CV−00520−KJM−DB**

**CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **January 04, 2021** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

January 5, 2021

                              **KEITH HOLLAND
                              CLERK OF COURT**

                        **by:** /s/ R. Henshaw
                              Deputy Clerk