UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**BILL FOR FEES DUE**

**To:** Gavin Newsom

**RE:** RALPH COLEMAN vs. CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION

    **USDC:**    2:90−CV−00520−KJM−DB

A Notice of Appeal has been filed in the above−referenced case without the appropriate fee paid. You are hereby notified that the filing fee of $505.00 is due immediately.

**KEITH HOLLAND
CLERK OF COURT**

By: /s/ **R. Henshaw**
        Deputy Clerk