DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. 2:90-CV-00520-KJM-DB <br><br> **NINTH JOINT UPDATE ON THE WORK OF THE COVID-19 TASK FORCE** <br><br> Judge: Hon. Kimberly J. Mueller |

This report provides the parties' ninth COVID-19 Task Force joint update and covers issues discussed since the eighth joint update filed on December 4, 2020.[1] This report covers the Forty-Second (December 8, 2020) and Forty-Third (January 5, 2021) COVID-19 Task Force meetings (the full Task Force did not meet on December 15, 22, or 29), several additional meetings including Plaintiffs' and Defendants' counsel, and several small workgroup meetings between representatives from Defendants and the Special Master's team. Unless otherwise indicated, the small workgroup meetings include members of Defendants' leadership and the Special Master's team, and not Plaintiffs. The Special Master holds meetings with Plaintiffs to update them on the status of the workgroups.

## I. UPDATE REGARDING COVID-19 CASES IN CDCR AND DSH

### A. CDCR Report On COVID-19 Cases, Testing, and Vaccines

At the January 5, 2021 Task Force meeting, CDCR provided an update on vaccine distribution. CDCR has begun the process of voluntarily vaccinating all patients at CHCF and CMF (regardless of their housing), patients housed in 76 skilled-nursing facility beds at CCWF, and all staff (including clinical and custodial, with priority on frontline staff), as part of priority Tier 1a. CDCR also reports that so far it has offered vaccination to 1,576 patients and 1,444 (92%) have accepted and received their first dose. In the same priority Tier 1a, CDCR has begun the process of vaccinating all frontline staff across the remaining 32 facilities. So far approximately 8,000 staff have received their first vaccination dose. CDCR's current goal is to complete the Tier 1a vaccination effort by mid-January. CDCR

---

[1] At the June 26, 2020 status conference, the Court directed the parties to file a joint report with updates "on the work of the Task Force" by July 15, 2020 and "every two weeks thereafter." (ECF No. 6741.) The Court modified this schedule on August 26, 2020, directing the parties to file COVID-19 Task Force updates every other Friday by 12:00 p.m., beginning on August 28, 2020. (ECF No. 6837.) On September 25, 2020, the Court extended the deadline to file the sixth joint update to October 2, 2020 at 12:00 p.m. and directed that further joint updates be filed every four weeks. (ECF No. 6886.) On November 23, 2020, the Court modified that schedule for the eighth and ninth joint updates which are due on December 4, 2020 at 12:00 pm and January 6, 2021 at 5:00 pm respectively. (ECF No. 6966.)

then anticipates vaccinating the highest-risk patients at the remaining 32 facilities in priority Tier 1b, which CDCR is hopeful will begin in mid-January. CDCR also provided an update on vaccine-educational materials.

The following table shows, as of January 3, 2021, CDCR's report on the total number of confirmed COVID-19 cases, currently active, resolved to date, currently hospitalized, hospitalized to date, deaths to date, and the number and percentage of those cases who are *Coleman* class members and their level of care.

| COVID Result | Total Patients | MHSDS Patients Only | MHSDS patients as % of total |
|---|---|---|---|
| Active + Resolved[2] | | | |
| Currently Hospitalized | 119 | 37 (31 CCCMS, 4 EOP, 2 ICF) | 30% |
| Cumulative Hospitalized | 1,070 | 366 (307 CCCMS, 51 EOP, 8 ICF) | 34% |
| Deaths (as of January 4, 2021)[3] | 133 | 51 | 38% |

CDCR reports the above hospitalization numbers include re-admissions of some patients who were discharged and then re-admitted. It also reports that the numbers exclude patients who were COVID-19 positive and admitted to outside hospitals for reasons other than COVID-19.

According to CDCR, as of January 4, 2021, it had tested 115,724 unique incarcerated people and formerly incarcerated people, 92,657 of whom are still in CDCR custody. Of the total number of in-custody prisoners tested, 28,984 or 31% of those tested

---

[2] Due to server issues, Defendants were unable to download and tabulate data on active and resolved COVID cases by the filing deadline. Some of the data can be viewed at https://www.cdcr.ca.gov/covid19/population-status-tracking/.
[3] Plaintiffs received a notification from CDCR in the early evening of January 4, 2021 identifying six additional deaths, bringing the total to 139. Plaintiffs received additional notifications from CDCR indicating that the current known count of COVID-19 related deaths as of January 4, 2021 may be approximately 142.

were part of the MHSDS.  CDCR's rate of tests per 1,000 incarcerated people (969.8 per 1,000) is higher than the rates in California (863.7 per 1,000) and the United States as a whole (773.9 per 1,000); according to CDCR's publicly available Population COVID-19 Tracking dashboard reports, as of January 4, 2021, CDCR's rate of confirmed cases per 1,000 incarcerated people (433.3 per 1,000) is higher than the rates in California (62.2 per 1,000) and the United States (63.2 per 1,000).

As of January 5, 2021, CDCR has designated all thirty-five institutions as closed to movement of incarcerated people not considered "resolved" COVID-19 patients.  The closed designation for Wasco State Prison is qualified by an exception for Reception Center intake.  As discussed further below, CDCR plans to open additional institutions to reception for a discrete group of people next week.

Additionally, to keep patients as safe as possible during a period in which the pandemic rapidly worsened both inside and outside CDCR, on November 25, 2020 CDCR issued a memorandum instituting a systemwide mandatory 14-day Modified Program limiting programming and movement within each institution and limiting inter-institutional movement only to essential moves approved by the Population Management Unit in conjunction with the Health Care Population Oversight Program in accordance with the COVID-19 Screening and Testing Matrix for Patient Movement ("Movement Matrix"). The Modified Program has been extended three times by memoranda issued on December 8, and 15, and 28, 2020, and is currently slated to last through at least January 6, 2021. During the January 5, 2021 Task Force meeting, CDCR reported it will issue a memorandum discontinuing the Modified Program as of the evening of January 6, 2021.

**B.  DSH Report Regarding COVID-19 Cases, Testing, and Vaccinations**

At the January 5, 2021 Task Force meeting, DSH provided an update on vaccine distribution.  DSH has begun the process of voluntarily vaccinating all staff across all hospitals.  To date, approximately 3,800 out of approximately 10,000 total staff have received their first dose.  DSH received approval on December 31, 2020 to begin vaccinating high-risk patients and plans to begin vaccinations imminently.  DSH currently

projects that first doses of vaccines for patients in certain high risk categories (those housed in skilled nursing facility settings and those with multiple high risk factors including age) should take approximately one week to complete. DSH plans to share vaccine-education materials with the Task Force.

As of December 31, 2020, DSH has performed 45,297 tests on a cumulative total of 6,677 patients across all five hospitals. A total of 1,226 patients (including non-*Coleman* patients) and 1,359 staff have tested positive to date, with a total of 294 patients and 349 staff testing positive in the past 14 days across the five hospitals. A total of 29 patients have died to date, none of whom are *Coleman* class members. Effective December 31, 2020, DSH released new staff testing protocols which require all staff who have patient contact to take a rapid antigen test at the start of each work shift. Test results are maintained in a health pass within a mobile application. Staff members who test positive may only return to work after obtaining a negative PCR test result.

As of January 4, 2021, DSH-Atascadero has had a cumulative total of 16 COVID-19 positive *Coleman* patients. Currently, 1 *Coleman* patient is confirmed positive for COVID-19 and is asymptomatic. DSH-Atascadero has 20 housing units on quarantine, including *Coleman* units 30, 33, and 34, due to positive staff or patient exposures. *Coleman* unit 24 was released from quarantine on December 22, 2020. Unit 33 was newly placed on quarantine on December 28, 2020. DSH-Atascadero has two isolation units active.

As of January 4, 2021, DSH-Coalinga has had a cumulative total of 1 COVID-19 positive *Coleman* patients. DSH-Coalinga has 22 housing units on quarantine, including the *Coleman* unit, which was placed on quarantine on December 11, 2020 due to a positive staff exposure. The *Coleman* unit was released from quarantine on January 4, 2021. Temporary housing in the gymnasium was deactivated on December 17, 2020. DSH-Coalinga has two isolation units active.

As of January 4, 2021, DSH-Patton has had a cumulative total of 1 COVID-19 positive *Coleman* patient. DSH-Patton has 29 housing units on quarantine including the

*Coleman* unit. The *Coleman* unit, which had been on quarantine since November 25, 2020 due to a potential staff exposure, was released from quarantine on December 23, 2020 but was again placed on quarantine on December 29, 2020 due to positive staff exposure. DSH-Patton has three isolation units active.

## II.     UPDATES ON DSH CENSUS, WAITLIST, AND ADMISSIONS

Since DSH lifted its temporary suspension of admissions effective April 16, 2020, DSH has admitted a total of 142 *Coleman* class members, including 5 since the last task force update. As of January 1, 2021 there were 160 *Coleman* class members at DSH-Atascadero (with 96 available beds), 32 at DSH-Coalinga (with 18 available beds), and 10 at DSH-Patton (with 19 available beds).

As of January 1, 2021, Defendants report there are 26 patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, including 17 ICF patients awaiting admission for more than 30 days. Of the 26 patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, all are housed at institutions CDCR has closed to movement.

## III.    UPDATES ON THE CDCR AND DSH SMALL WORKGROUP ACTIVITIES

The Special Master's experts have held small workgroups with CDCR and DSH leadership, without Plaintiffs' or Defendants' counsel, focused on specific topics.

### A.     CDCR Workgroup

The CDCR small workgroup has focused on discussing Defendants' proposed policies related to psychiatry staffing including psychiatric nurse practitioners, telepsychiatry work from home, and crisis intervention teams. The small workgroup also discussed CDCR's SharePoint Corrective Action Plan tracking tool, which is designed to facilitate tracking and monitoring of Program Guide compliance issues related to COVID-19 as well as institution-level corrective action plans and mitigation efforts where care falls below Program Guide standards. The small workgroup also discussed CDCR's nursing-led therapeutic groups, which CDCR is expanding and qualify for rehabilitation achievement credits, CDCR's PIP Suicide Prevention policy and the Medication Non-

Adherence policy. The small workgroup also discussed the ICF and acute waitlists and lengths of stays, and plans to address these issues in the small workgroup moving forward.

During the Task Force meeting on January 5, 2021, the small workgroup reported that it is discussing the status of the Positive Behavior Support Team (PBST) program at CHCF-PIP. Plaintiffs reported finding statements in patient records stating that the program was being discontinued. Defendants agreed to discuss the future of the program with the Special Master's experts at a forthcoming small workgroup meeting.

Finally, in response to Plaintiffs' question at the January 5 meeting, Defendants said that there were no plans to move On-Duty psychiatry positions to On-Call positions in the CHCF-PIP at this time and that they will raise the issue if that changes.

### B.     EOP ASU Hub Certification Workgroup

The small workgroup has been meeting to discuss feedback from the Special Master's team regarding CDCR's draft EOP ASU Hub and PSU Certification Guidebook, which CDCR shared with the Special Master team in late October. CDCR provided a copy of the draft Guidebook and associated forms to Plaintiffs on December 9, 2020 after the previous day's task force meeting. Plaintiffs plan to provide feedback in early January.

### C.     DSH Workgroup

The DSH small workgroup continued to review individual patient cases together and discussed institutional COVID-19 public health data for both DSH and CDCR institutions. At the December 8, 2020 Task Force meeting, the small workgroup reported DSH and CDCR are working to agree for transfer purposes on a definition of presumed immunity for patients who have previously tested positive for COVID-19. At the January 5, 2021 Task Force meeting, the parties discussed Defendants' January 4, 2021 updates to the Draft COVID-19 Guidelines for Transfer to DSH Inpatient Care. These changes primarily address how CDCR and DSH define presumed COVID-19 immunity and permits transfers of patients presumed to be immune. At the January 5, 2021 Task Force meeting, Plaintiffs confirmed their agreement with these changes to the policy, subject to

their pending objections to other aspects of the policy litigated at the October 23, 2020 evidentiary hearing.

## IV. UPDATES ON KEY TASK FORCE TOPICS

### A. Data Certification

At the December 8, 2020 Task Force meeting, and in subsequent smaller meetings (including Plaintiffs' and Defendants' counsel) on December 14 and 15, the parties discussed the status of data certification work. As reported to the Court at the Fourth Quarterly Status Conference on December 18, 2020, discussions included developing a timeline and roadmap for completing work on data remediation and validation.

At the January 5, 2021 Task Force meeting, CDCR and the Special Master's data expert discussed recent activities including working on a written plan and scope of work, working on documentation for Administrative Segregation Unit pre-screening, and meeting with CDCR Information Technology staff to discuss testing and software development as part of the ongoing data validation and certification process.

### B. Movement Matrix

On November 25, 2020, CDCR and CCHCS circulated for feedback a new draft version of the COVID-19 Screening and Testing Matrix for Patient Movement ("Movement Matrix") dated November 24, 2020. Plaintiffs provided written comments on December 4, 2020. Representatives for Plaintiffs, CDCR, the Special Master, and from *Armstrong* and *Plata* met to discuss the Movement Matrix on December 9, 2020. On December 9, 2020, following the call, Plaintiffs provided additional written comments. At the January 5, 2021 Task Force meeting, CDCR reported its plan to issue the revised version of the Movement Matrix incorporating feedback from the Task Force and from the *Plata* Receiver to the field this week.

During a December 9, 2020 call, CDCR indicated they would provide a written description of how unit and facility closure decisions are made during the pandemic. At the January 5, 2021 Task Force meeting, CDCR reported it had created a rough draft of

guidance in mid-December and plans to continue working on that guidance but gave no timeframe in which it would be provided to Plaintiffs and the Special Master team.

### C. Returning to Program Guide-Level Care and Roadmap to Reopening

At the January 5, 2021 Task Force meeting, the parties discussed CDCR's Roadmap to Reopening and its SharePoint Corrective Action Plan tracking tool, referenced in Section III.A above. Plaintiffs asked for an update on the status of the different institutions' submissions into the tracking tool regarding their efforts to improve Program Guide compliance during the pandemic and implementation of mitigation strategies. Defendants agreed to provide additional information on this issue. The parties discussed the need to begin planning for post-pandemic Program Guide compliance consistent with the Court's statements at the December status conference. The parties agreed to continue discussing the status of the different institutions' submissions into the tracking tool regarding their efforts to improve Program Guide compliance during the pandemic and implementation of mitigation strategies, taking account of current developments.

### D. Plan to Reopen Reception Centers

At the January 5, 2021 Task Force meeting, CDCR reported it is planning to reopen intake to three Reception Center facilities for a discrete group of people next week. Patients with resolved COVID-19 cases would be able to transfer in the near term. The Special Master's experts reported that CDCR informed them on January 4, 2021, that approximately 9,300 people incarcerated in county jails statewide are currently awaiting transfer to CDCR.

### E. CMF-PIP L-1 Wing

On November 20, 2020 CDCR circulated its Plan to Increased Structured Out of Cell Time in CMF PIP L1 ("L1 Improvement Plan"), as required by the stipulation and order extending the program's state law waiver. *See* ECF No. 6917 at 3 (October 20, 2020). On December 16, 2020, CDCR notified the Plaintiffs and the Special Master that CMF L1 was placed on quarantine status, with all dayroom, yard, and groups cancelled, although CMF planned to develop a strategy to provide 1-on-1 clinical contacts in the

dayroom. CDCR also provided monthly reports regarding CMF L1 covering September through November.

At the January 5, 2021 Task Force meeting, CDCR noted that CMF is in the midst of a COVID-19 surge and bracing for the possibility of a post-holiday increase in cases, and thus L1 remains on quarantine status. CMF PIP has also been closed to admissions since December 28, 2020 due to shortages of both mental health and nursing staff. The Special Master's experts noted that the majority of new groups in the L1 Improvement Plan are run by RTs rather than primary mental health clinicians, inquired about plans to increase core clinical groups, and requested additional information on the ongoing high refusal rate and efforts to address those refusals. Plaintiffs requested to receive the December monthly L1 report and agreed to send a more detailed letter on this topic.

**F.     Suicide Prevention and Mental Health Treatment in the PIPs**

At the January 5, 2021 Task Force meeting, Defendants confirmed that the Suicide Prevention policy provided to the Court on December 28, 2020 was issued to the field on December 31, 2020. Plaintiffs confirmed they are preparing written comments on the policy.

**G.     Isolation and Quarantine Space for Patients in EOP and PIPs**

At the December 8, 2020 Task Force meeting, CDCR reported that SVSP-PIP had a cluster of COVID-19 positive class members at the beginning of December and discussed CDCR's use of a vacant PIP housing pod in unit C6 as an isolation area. While SVSP-PIP has dedicated space designated for quarantining of new PIP admissions pursuant to the PIP Admissions Policy dated October 23, 2020, it has not set aside dedicated quarantine space in the PIP for housing potentially exposed or symptomatic patients. Those patients are instead rehoused in the institution's general quarantine space.

On December 8, 2020, Plaintiffs sent proposed edits to Defendants on a draft stipulation regarding EOP and PIP isolation and quarantine space. At the January 5, 2021 Task Force meeting, the parties discussed the status of the stipulation, which was delayed based on Defendants' reexamination of quarantine practices. Defendants confirmed they

are still considering the stipulation and will reach out to Plaintiffs this week after consulting internally about the issue.

### H. Custody Mental Health Partnership Plan (CMHPP) Updates

CDCR has been providing monthly CMHPP updates. At the January 5, 2021 Task Force meeting, the parties briefly discussed the most recent December 31, 2020 update, and Plaintiffs noted their prior concerns about executive joint rounding and agreed to send a written request for current proof of practice documentation. Plaintiffs also requested to engage in a discussion about addressing Plaintiffs' concerns about ongoing staff misconduct against *Coleman* class members.

### I. Mission Changes

At the January 5, 2021 Task Force meeting, Defendants provided an overview of their January 5, 2021 monthly letter regarding *Coleman* mission changes, current and planned inpatient bed closures, and telepsychiatry office space.

### J. Additional Topics

The parties agreed to discuss several additional topics, such as Mental Health Treatment in the PIPs and other issues not directly related to COVID-19, at future meetings either in connection with the COVID-19 Task Force, or in separate smaller meetings outside of the COVID-19 Task Force.

DATED: January 6, 2021

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Marc J. Shinn-Krantz
Marc J. Shinn-Krantz

Attorneys for Plaintiffs

DATED: January 6, 2021

XAVIER BECERRA
Attorney General
Adriano Hrvatin
Supervising Deputy Attorney General

By: /s/ Lucas L. Hennes
Lucas L. Hennes
Deputy Attorney General

Attorneys for Defendants

[3669426.13]

11

NINTH JOINT UPDATE ON THE WORK OF THE COVID-19 TASK FORCE