XAVIER BECERRA  
Attorney General of California  
MONICA N. ANDERSON  
Senior Assistant Attorney General  
DAMON MCCLAIN, SBN 209508  
Supervising Deputy Attorney General  
RYAN GILLE, SBN 262105  
Deputy Attorney General  
  455 Golden Gate Avenue, Suite 11000  
  San Francisco, CA 94102-7004  
  Telephone: (415) 510-4435  
  Fax: (415) 703-1234  
  E-mail: Ryan.Gille@doj.ca.gov  
*Attorneys for Defendants*

Hanson Bridgett LLP  
PAUL B. MELLO, State Bar No. 179755  
SAMANTHA D. WOLFF, State Bar No. 240280  
  425 Market Street, 26th Floor  
  San Francisco, California 94105  
  Telephone: (415) 777-3200  
  Fax: (415) 541-9366  
  E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' JANUARY 2021 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to comply with the Court's February 10, 2014 Order Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order).  Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined.  Exhibit B sets forth the status of the measures Defendants have implemented as required by the February 10, 2014 Order.  (ECF 2766/5060 at ¶¶ 4-5.)

As of **January 14, 2021**, **90,145** inmates were housed in the State's 34 adult institutions and no inmates[1] were housed in out-of-state facilities.  (Ex. A.[2])  The State's prison population is approximately **105.9**% of design capacity.  (Ex. A.)

Dated:  January 15, 2021

XAVIER BECERRA
Attorney General of California

By:  /s/ Ryan Gille
    RYAN GILLE
    Deputy Attorney General
    *Attorneys for Defendants*

Dated:  January 15, 2021

HANSON BRIDGETT LLP

By:  /s/ Paul B. Mello
    PAUL B. MELLO
    *Attorneys for Defendants*

---

[1] This statistic only concerns inmates in out-of-state contract beds and does not include inmates housed in other states under interstate compact agreements.
[2] The data in Exhibit A is taken from CDCR's **January 14, 2021 weekly** population report, available on CDCR's website at https://www.cdcr.ca.gov/research/population-reports-2/.