XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
LISA M. POOLEY, State Bar No. 168737
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

The attached California Department of Corrections and Rehabilitation (CDCR) reports information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

The report attached at Exhibit A shows that twenty-three inmates were placed in CDCR's Mental Health Services Delivery System in December 2020 while housed in a desert institution;

1

Defs.' Compliance Reports for Desert Transfers  (2:90-cv-00520 KJM-DB (PC))

no class members were transferred or paroled from desert institutions in December 2020; and, as of the report's January 1, 2021 date, one hundred and twenty-six patients in the Mental Health Services Delivery System remained in desert institutions in December 2020 beyond the fourteen-day transfer timeline. All delayed transfers were due to inmate movement restrictions related to COVID-19.

The report attached as Exhibit B shows that no *Coleman* class members transferred to or out of desert institutions in December 2020.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 6296 and ECF No. 6678.

Dated: January 15, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Namrata Kotwani*

NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Compliance Reports for Desert Transfers  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



January 14, 2021

Damon McClain, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. McClain:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019. (ECF No. 6296.) Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of December 2020, with the inmates' identifying information redacted. This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care. As Exhibit A reflects, 23 inmates were referred for mental health treatment while housed in a desert institution during the month of December 2020, 12 of whom remained in desert institutions in December 2020 beyond the fourteen-day transfer timeline. Those inmates were not transferred to institutions with mental health programs due to the policy in place to restrict inmate movement during the COVID-19 pandemic. The report also shows that no class members placed in the Mental Health Services Delivery System were transferred from desert institutions in December 2020. All delayed transfers were due to inmate movement restrictions related to COVID-19.

Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted. This report indicates that no class members were transferred to desert institutions in December 2020. The report further shows that no *Coleman* class members were transferred out in December 2020.

Sincerely,

/s/ *Adam Fouch*

ADAM FOUCH
Assistant Deputy Director
Program Operations
California Department of Corrections and Rehabilitation
Division of Adult Institutions

Enclosures

# Exhibit A

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 01/03/2021 06:19 PM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 12/01/2021 - 12/31/2021
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.
R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 12/17/2020 - 12/31/2021 | N | 12/23/2020 00:00 | PBSP | II | 04/23/2020 11:48 | 12/17/2020 | MH Change | | | | 14 days -No movement due to Covid-19 |
| CAC | | | CCCMS 11/23/2020 - 12/31/2021 | N | 11/25/2020 00:00 | COR | II | 10/09/2020 13 04 | 11/23/2020 | MH Change | | | | 38 days -No movement due to Covid-19 |
| CAC | | | CCCMS 12/15/2020 - 12/31/2021 | N | 12/23/2020 00:00 | CTF | II | 07/25/2019 10 50 | 12/15/2020 | MH Change | | | | 16 days -No movement due to Covid-19 |
| CAC | | | CCCMS 12/23/2020 - 12/31/2021 | N | | | | 04/23/2020 14:16 | 12/23/2020 | MH Change | | | | |
| CAL | | | CCCMS 09/15/2020 - 12/31/2021 | N | 10/09/2020 00:00 | SATF | IV | 05/20/2020 14:21 | 09/15/2020 | MH Change | | | | 107 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/27/2020 - 12/31/2021 | N | 10/29/2020 00:00 | SATF | IV | 03/11/2020 15 55 | 10/27/2020 | MH Change | | | | 65 days -No movement due to Covid-19 |
| CAL | | | CCCMS 09/01/2020 - 12/31/2021 | N | 09/14/2020 00:00 | HDSP | IV | 10/03/2019 10:33 | 09/01/2020 | MH Change | | | | 121 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/18/2020 - 12/31/2021 | N | 12/03/2020 09:16 | KVSP | IV | 05/20/2020 14:21 | 06/18/2020 | MH Change | | | | 196 days -No movement due to Covid-19 |
| CAL | | | CCCMS 12/18/2020 - 12/31/2021 | N | | | | 12/15/2020 00 03 | 12/18/2020 | MH Change | | | | |
| CAL | | | CCCMS 10/06/2020 - 12/31/2021 | N | 10/27/2020 00:00 | SVSP | IV | 05/03/2018 16:10 | 10/06/2020 | MH Change | | | | 86 days -No movement due to Covid-19 |
| CAL | | | CCCMS 12/31/2020 - 12/31/2021 | N | | | | 01/04/2019 10:37 | 12/31/2020 | MH Change | | | | |
| CAL | | | CCCMS 10/27/2020 - 12/31/2021 | N | 11/05/2020 00:00 | SATF | IV | 10/07/2020 14:27 | 10/27/2020 | MH Change | | | | 65 days -No movement due to Covid-19 |
| CAL | | | CCCMS 04/23/2020 - 12/31/2021 | N | 04/24/2020 00:00 | SVSP | IV | 12/17/2020 23 05 | 04/23/2020 | MH Change | | | | 252 days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/02/2020 - 12/31/2021 | N | 12/08/2020 00:00 | SATF | IV | 07/24/2020 11:25 | 11/02/2020 | MH Change | | | | 59 days -No movement due to Covid-19 |
| CAL | | | CCCMS 12/14/2020 - 12/31/2021 | N | 12/22/2020 00:00 | SVSP | IV | 06/06/2019 18:46 | 12/14/2020 | MH Change | | | | 17 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/12/2020 - 12/31/2021 | N | 11/10/2020 13:08 | HDSP | IV | 01/20/2019 00:16 | 05/12/2020 | MH Change | | | | 233 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/13/2020 - 12/31/2021 | N | 11/05/2020 00:00 | SVSP | IV | 11/14/2018 14:14 | 10/13/2020 | MH Change | | | | 79 days -No movement due to Covid-19 |
| CAL | | | CCCMS 07/20/2020 - 12/31/2021 | N | 12/16/2020 00:00 | SVSP | IV | 05/10/2020 20:15 | 07/20/2020 | MH Change | | | | 164 days -No movement due to Covid-19 |
| CAL | | | CCCMS 09/03/2020 - 12/31/2021 | N | 08/20/2020 00:00 | PVSP | III | 09/24/2018 11:33 | 09/03/2020 | MH Change | | | | 119 days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/24/2020 - 12/31/2021 | N | | | | 10/27/2020 16 50 | 11/24/2020 | MH Change | | | | 37 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/02/2020 - 12/31/2021 | N | 11/23/2020 00:00 | SVSP | IV | 09/02/2020 06:39 | 10/02/2020 | MH Change | | | | 90 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/02/2020 - 12/31/2021 | N | 12/04/2020 00:00 | SVSP | III | 01/15/2020 17:40 | 10/02/2020 | MH Change | | | | 90 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/14/2020 - 12/31/2021 | N | 08/21/2020 00:00 | RJD | IV | 01/03/2020 14 06 | 08/14/2020 | MH Change | | | | 139 days -No movement due to Covid-19 |
| CAL | | | CCCMS 12/14/2020 - 12/31/2021 | N | 12/22/2020 00:00 | SVSP | IV | 12/12/2019 14:33 | 12/14/2020 | MH Change | | | | 17 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/30/2020 - 12/31/2021 | N | 11/18/2020 00:00 | WSP | III | 10/16/2020 13:27 | 10/30/2020 | MH Change | | | | 62 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/19/2020 - 12/31/2021 | N | 11/18/2020 00:00 | COR | I | 03/12/2020 10 00 | 05/19/2020 | MH Change | | | | 226 days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/13/2020 - 12/31/2021 | N | 12/28/2020 00:00 | VSP | II | 10/22/2020 12 00 | 11/13/2020 | MH Change | | | | 48 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/07/2020 - 12/31/2021 | N | 11/18/2020 00:00 | SCC | II | 07/29/2020 09:23 | 05/07/2020 | MH Change | | | | 238 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/11/2020 - 12/31/2021 | N | 06/18/2020 00:00 | DVI | III | 04/02/2012 20 03 | 06/11/2020 | MH Change | | | | 203 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/05/2020 - 12/31/2021 | N | 10/19/2020 00:00 | SATF | IV | 12/13/2018 10:45 | 10/05/2020 | MH Change | | | | 87 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/02/2020 - 12/31/2021 | N | 10/27/2020 00:00 | SVSP | III | 09/03/2020 15:26 | 10/02/2020 | MH Change | | | | 90 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/20/2020 - 12/31/2021 | Y | 08/27/2020 00:00 | WSP | III | 12/14/2017 15:10 | 08/20/2020 | MH Change | | | | 133 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/06/2020 - 12/31/2021 | N | 09/23/2020 00:00 | HDSP | IV | 10/13/2016 13 53 | 10/06/2020 | MH Change | | | | 86 days -No movement due to Covid-19 |
| CAL | | | CCCMS 12/29/2020 - 12/31/2021 | N | 12/01/2020 00:00 | SATF | IV | 09/26/2020 18:19 | 12/29/2020 | MH Change | | | | |
| CAL | | | CCCMS 11/12/2020 - 12/31/2021 | N | 12/04/2020 00:00 | SATF | IV | 09/25/2020 16:31 | 11/12/2020 | MH Change | | | | 49 days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/20/2020 - 12/31/2021 | N | 12/01/2020 00:00 | COR | IV | 11/06/2020 13 08 | 11/20/2020 | MH Change | | | | 41 days -No movement due to Covid-19 |

| Inst | | | Program | Y/N | Date1 | Fac | Level | DateTime1 | Date2 | Reason | | | Days / Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL | ▓ | | CCCMS 07/16/2020 - 12/31/2021 | N | 06/15/2020 00:00 | CCI | IV | 12/19/2018 07:21 | 07/16/2020 | MH Change | | | **168** days -No movement due to Covid-19 |
| CAL | ▓ | ▓ | CCCMS 12/29/2020 - 12/31/2021 | Y | | | | 10/25/2020 04:30 | 12/29/2020 | MH Change | | | |
| CAL | ▓ | ▓ | CCCMS 06/29/2020 - 12/31/2021 | N | 12/15/2020 09:59 | RJD | IV | 05/20/2020 14:21 | 06/29/2020 | MH Change | | | **185** days -No movement due to Covid-19 |
| CAL | ▓ | | CCCMS 08/14/2020 - 12/31/2021 | N | 08/24/2020 00:00 | SATF | IV | 03/11/2020 15 55 | 08/14/2020 | MH Change | | | **139** days -No movement due to Covid-19 |
| CAL | ▓ | | CCCMS 12/08/2020 - 12/31/2021 | N | 10/12/2020 00:00 | HDSP | III | 05/22/2020 19:48 | 12/08/2020 | MH Change | | | **23** days -No movement due to Covid-19 |
| CCC | ▓ | | CCCMS 10/01/2020 - 12/31/2021 | N | 10/08/2020 00:00 | SCC | II | 01/29/2020 15 58 | 10/01/2020 | MH Change | | | **91** days -No movement due to Covid-19 |
| CEN | ▓ | | CCCMS 08/21/2020 - 12/31/2021 | N | 08/31/2020 00:00 | HDSP | IV | 04/25/2019 17:37 | 08/21/2020 | MH Change | | | **132** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 11/17/2020 - 12/31/2021 | N | 04/20/2020 00:00 | SVSP | IV | 06/29/2017 19:26 | 11/17/2020 | MH Change | | | **44** days -No movement due to Covid-19 |
| CEN | ▓ | | CCCMS 08/26/2020 - 12/31/2021 | N | | | | 08/20/2020 01 02 | 08/26/2020 | MH Change | | | **127** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 11/18/2020 - 12/31/2021 | N | 04/15/2020 00:00 | HDSP | IV | 07/06/2018 18 06 | 11/18/2020 | MH Change | | | **43** days -No movement due to Covid-19 |
| CEN | ▓ | | CCCMS 10/01/2020 - 12/31/2021 | N | 10/13/2020 00:00 | SVSP | III | 12/12/2019 17:30 | 10/01/2020 | MH Change | | | **91** days -No movement due to Covid-19 |
| CEN | ▓ | | CCCMS 10/23/2020 - 12/31/2021 | N | 11/05/2020 00:00 | COR | IV | 07/25/2020 02 59 | 10/23/2020 | MH Change | | | **69** days -No movement due to Covid-19 |
| CEN | ▓ | | CCCMS 08/06/2020 - 12/31/2021 | Y | | | | 10/03/2019 18:46 | 08/06/2020 | MH Change | | | **147** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 06/17/2020 - 12/31/2021 | N | 11/23/2020 14:27 | COR | IV | 02/26/2016 10:47 | 06/17/2020 | MH Change | | | **197** days -No movement due to Covid-19 |
| CEN | ▓ | | CCCMS 04/29/2020 - 12/31/2021 | N | 10/14/2020 18:30 | CCI | IV | 09/28/2017 17 52 | 04/29/2020 | MH Change | | | **246** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 08/21/2020 - 12/31/2021 | N | 08/27/2020 00:00 | SATF | III | 10/17/2017 17:14 | 08/21/2020 | MH Change | | | **132** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 11/04/2020 - 12/31/2021 | N | 11/16/2020 00:00 | SVSP | III | 07/16/2018 15:27 | 11/04/2020 | MH Change | | | **57** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 11/06/2020 - 12/31/2021 | N | 11/13/2020 00:00 | MCSP | III | 09/22/2020 11:26 | 11/06/2020 | MH Change | | | **55** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 12/03/2020 - 12/31/2021 | N | 12/14/2020 00:00 | HDSP | IV | 05/29/2019 00 04 | 12/03/2020 | MH Change | | | **28** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 12/11/2020 - 12/31/2021 | N | 12/23/2020 00:00 | RJD | III | 12/21/2017 18:19 | 12/11/2020 | MH Change | | | **20** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 05/13/2020 - 12/31/2021 | N | 11/05/2020 09:27 | COR | IV | 02/11/2020 17:29 | 05/13/2020 | MH Change | | | **232** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 12/02/2020 - 12/31/2021 | N | | | | 11/18/2016 09:32 | 12/02/2020 | MH Change | | | **29** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 11/04/2020 - 12/31/2021 | N | 11/16/2020 00:00 | RJD | III | 03/16/2020 14:17 | 11/04/2020 | MH Change | | | **57** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 12/03/2020 - 12/31/2021 | N | 12/14/2020 00:00 | SVSP | IV | 12/12/2019 16:32 | 12/03/2020 | MH Change | | | **28** days -No movement due to Covid-19 |
| CEN | ▓ | | CCCMS 06/12/2020 - 12/31/2021 | N | 12/02/2020 07:43 | CTF | II | 09/26/2017 16:27 | 06/12/2020 | MH Change | | | **202** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 08/13/2020 - 12/31/2021 | Y | 08/20/2020 00:00 | COR | IV | 08/01/2020 10 57 | 08/13/2020 | MH Change | | | **140** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 09/04/2020 - 12/31/2021 | N | 09/25/2020 00:00 | HDSP | IV | 06/13/2019 18:14 | 09/04/2020 | MH Change | | | **118** days -No movement due to Covid-19 |
| CEN | ▓ | | CCCMS 12/16/2020 - 12/31/2021 | N | 12/11/2020 00:00 | SVSP | III | 02/25/2020 17:36 | 12/16/2020 | MH Change | | | **15** days -No movement due to Covid-19 |
| CEN | ▓ | | CCCMS 09/21/2020 - 12/31/2021 | N | 09/25/2020 00:00 | HDSP | IV | 03/18/2020 13:20 | 09/21/2020 | MH Change | | | **101** days -No movement due to Covid-19 |
| CEN | ▓ | | CCCMS 09/10/2020 - 12/31/2021 | N | 09/17/2020 00:00 | CTF | I | 02/21/2019 22:26 | 09/10/2020 | MH Change | | | **112** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 06/17/2020 - 12/31/2021 | N | 06/24/2020 00:00 | MCSP | III | 12/12/2019 16:32 | 06/17/2020 | MH Change | | | **197** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 11/19/2020 - 12/31/2021 | N | 11/30/2020 00:00 | MCSP | III | 10/23/2020 15 51 | 11/19/2020 | MH Change | | | **42** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 10/20/2020 - 12/31/2021 | N | 04/17/2020 00:00 | SATF | III | 12/10/2019 14 54 | 10/20/2020 | MH Change | | | **72** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 08/12/2020 - 12/31/2021 | Y | 09/17/2020 00:00 | SACCO | NA | 07/23/2019 16 56 | 08/12/2020 | MH Change | | | **141** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 07/23/2020 - 12/31/2021 | Y | 07/28/2020 00:00 | MCSP | III | 12/18/2020 23 04 | 07/23/2020 | MH Change | | | **161** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 06/24/2020 - 10/28/2020  EOP 10/28/2020 - 12/31/2021 | N | 12/09/2020 08:50 | SVSP | III | 07/06/2020 14:28 | 06/24/2020 | MH Change | | | **190** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 08/19/2020 - 12/31/2021 | Y | 08/31/2020 00:00 | COR | IV | 02/05/2016 11:29 | 08/19/2020 | MH Change | | | **134** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 05/27/2020 - 12/31/2021 | N | 11/24/2020 06:50 | KVSP | IV | 08/10/2020 03 05 | 05/27/2020 | MH Change | | | **218** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 06/17/2020 - 12/31/2021 | Y | 06/22/2020 00:00 | MCSP | III | 06/02/2020 11:10 | 06/17/2020 | MH Change | | | **197** days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 12/18/2020 - 12/31/2021 | N | 12/28/2020 00:00 | COR | IV | 10/27/2019 07:17 | 12/18/2020 | MH Change | | | |

| Region | | | Program/Dates | Y/N | Endorsement Date | Institution | Level | Referral Date | Effective Date | Reason | | | Days/Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEN | | | CCCMS 10/30/2020 - 12/31/2021 | N | 11/05/2020 00:00 | SVSP | III | 09/22/2020 16:20 | 10/30/2020 | MH Change | | | 62 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/28/2020 - 12/31/2021 | N | 12/28/2020 00:00 | HDSP | IV | 05/28/2020 23:10 | 05/28/2020 | MH Change | | | 217 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/12/2020 - 12/31/2021 | Y | 07/28/2020 00:00 | COR | IV | 08/07/2020 15:24 | 08/12/2020 | MH Change | | | 141 days -No movement due to Covid-19 |
| CEN | | | CCCMS 12/21/2020 - 12/31/2021 | N | 12/09/2020 09:41 | WSP | III | 08/27/2019 17:30 | 12/21/2020 | MH Change | | | |
| CEN | | | CCCMS 10/29/2020 - 12/31/2021 | N | 11/05/2020 00:00 | NKSP | III | 09/22/2020 17:10 | 10/29/2020 | MH Change | | | 63 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/17/2020 - 12/31/2021 | N | 12/16/2020 00:00 | SVSP | IV | 11/06/2018 17:39 | 11/17/2020 | MH Change | | | 44 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 12/17/2020 - 12/31/2021 | N | 12/21/2020 00:00 | COR | II | 06/08/2020 02:43 | 12/17/2020 | MH Change | | | 14 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 12/11/2020 - 12/31/2021 | N | 12/04/2020 00:00 | SATF | II | 08/09/2018 16:47 | 12/11/2020 | MH Change | | | 20 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 08/04/2020 - 12/31/2021 | N | 08/06/2020 00:00 | VSP | II | 03/27/2018 15:18 | 08/04/2020 | MH Change | | | 149 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 11/24/2020 - 12/31/2021 | N | 12/04/2020 00:00 | SATF | II | 11/05/2019 10:22 | 11/24/2020 | MH Change | | | 37 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 06/12/2020 - 12/31/2021 | N | 12/04/2020 12:21 | SATF | II | 10/01/2018 10:44 | 06/12/2020 | MH Change | | | 202 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 11/20/2020 - 12/31/2021 | N | 11/09/2020 10:52 | PVSP | III | 12/13/2018 16:20 | 11/20/2020 | MH Change | | | 41 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 11/23/2020 - 12/31/2021 | N | 12/04/2020 00:00 | SATF | II | 09/11/2018 15:40 | 11/23/2020 | MH Change | | | 38 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 09/10/2020 - 12/31/2021 | N | 09/15/2020 00:00 | COR | II | 02/04/2020 10 58 | 09/10/2020 | MH Change | | | 112 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 12/10/2020 - 12/31/2021 | N | 12/11/2020 00:00 | COR | II | 07/13/2020 22:41 | 12/10/2020 | MH Change | | | 21 days -No movement due to Covid-19 |
| CVSP | | | CCCMS 08/20/2020 - 12/31/2021 | N | 08/28/2020 00:00 | COR | II | 07/10/2020 16:45 | 08/20/2020 | MH Change | | | 133 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/21/2020 - 12/31/2021 | N | 10/23/2020 10:29 | RJD | II | 04/05/2020 11 04 | 04/21/2020 | MH Change | | | 254 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/29/2020 - 12/31/2021 | N | 07/30/2020 00:00 | CRC | II | 04/24/2020 09 56 | 07/29/2020 | MH Change | | | 155 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/09/2020 - 12/31/2021 | N | 10/15/2020 00:00 | COR | II | 04/24/2020 09 56 | 10/09/2020 | MH Change | | | 83 days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/06/2020 - 12/31/2021 | N | 11/12/2020 00:00 | RJD | III | 02/08/2018 17 58 | 11/06/2020 | MH Change | | | 55 days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/08/2020 - 12/31/2021 | N | 11/20/2020 09:05 | VSP | II | 04/27/2020 02 08 | 06/08/2020 | MH Change | | | 206 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/22/2020 - 12/31/2021 | N | 10/23/2020 10:20 | SATF | II | 04/09/2020 09:42 | 04/22/2020 | MH Change | | | 253 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/15/2020 - 12/31/2021 | N | 10/29/2020 00:00 | COR | II | 09/16/2020 01:19 | 04/15/2020 | MH Change | | | 260 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/03/2020 - 12/31/2021 | N | 12/30/2020 08:15 | MCSP | III | 06/02/2020 20 57 | 07/03/2020 | MH Change | | | 181 days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/04/2020 - 12/31/2021 | N | 11/12/2020 00:00 | COR | II | 04/03/2020 10:43 | 11/04/2020 | MH Change | | | 57 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/08/2020 - 12/31/2021 | N | 12/01/2020 08:47 | VSP | II | 04/04/2020 12:14 | 07/08/2020 | MH Change | | | 176 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/08/2020 - 12/31/2021 | N | 07/14/2020 00:00 | VSP | II | 04/05/2020 09:27 | 07/08/2020 | MH Change | | | 176 days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/24/2020 - 12/31/2021 | N | 12/18/2020 00:00 | SVSP | III | 02/18/2020 10 02 | 11/24/2020 | MH Change | | | 37 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/16/2020 - 12/31/2021 | N | 07/27/2020 00:00 | VSP | II | 02/20/2020 16:35 | 07/16/2020 | MH Change | | | 168 days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/13/2020 - 12/31/2021 | N | 11/19/2020 00:00 | COR | NA | 09/21/2020 09:22 | 11/13/2020 | MH Change | | | 48 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/02/2020 - 12/31/2021 | N | 09/08/2020 00:00 | SVSP | III | 02/20/2020 16:35 | 09/02/2020 | MH Change | | | 120 days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/05/2020 - 12/31/2021 | N | 12/10/2020 09:11 | CCI | IV | 04/23/2019 12:13 | 06/05/2020 | MH Change | | | 209 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/08/2020 - 12/31/2021 | N | 07/27/2020 00:00 | HDSP | IV | 11/14/2019 15:24 | 10/08/2020 | MH Change | | | 84 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/04/2020 - 12/31/2021 | N | 09/15/2020 00:00 | ASP | II | 10/08/2020 17 06 | 09/04/2020 | MH Change | | | 118 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/27/2020 - 12/31/2021 | N | 10/09/2020 00:00 | SOL | III | 04/11/2020 10 05 | 05/27/2020 | MH Change | | | 218 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/27/2020 - 12/31/2021 | N | 10/30/2020 00:00 | SVSP | III | 11/16/2020 12 55 | 10/27/2020 | MH Change | | | 65 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/09/2020 - 12/31/2021 | N | 10/27/2020 00:00 | NKSP | III | 04/30/2019 13 02 | 09/09/2020 | MH Change | | | 113 days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/16/2020 - 12/31/2021 | N | 09/22/2020 00:00 | MCSP | III | 08/17/2020 17:48 | 09/16/2020 | MH Change | | | 106 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/29/2020 - 12/31/2021 | N | 12/18/2020 00:00 | PVSP | III | 03/18/2020 14:29 | 05/29/2020 | MH Change | | | 216 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 12/31/2021 | N | 09/01/2020 00:00 | COR | II | 12/21/2019 23:21 | 08/19/2020 | MH Change | | | 134 days -No movement due to Covid-19 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISP | | | CCCMS 08/28/2020 - 12/31/2021 | N | 09/08/2020 00:00 | SATF | IV | 03/26/2020 17:30 | 08/28/2020 | MH Change | | | **125** days -No movement due to Covid-19 |
| ISP | | | CCCMS 12/17/2020 - 12/31/2021 | N | 11/04/2020 00:00 | PBSP | NA | 09/21/2020 08:23 | 12/17/2020 | MH Change | | | **14** days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 12/31/2021 | N | 08/24/2020 00:00 | MCSP | III | 01/28/2020 10:45 | 08/19/2020 | MH Change | | | **134** days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/09/2020 - 12/31/2021 | N | 12/01/2020 08:52 | VSP | II | 04/24/2020 09:10 | 07/09/2020 | MH Change | | | **175** days -No movement due to Covid-19 |
| ISP | | | CCCMS 12/15/2020 - 12/31/2021 | N | 10/22/2020 09:31 | VSP | II | 04/09/2020 09:28 | 12/15/2020 | MH Change | | | **16** days -No movement due to Covid-19 |
| ISP | | | CCCMS 12/23/2020 - 12/31/2021 | N | 12/18/2020 00:00 | KVSP | IV | 02/06/2020 14 00 | 12/23/2020 | MH Change | | | |
| ISP | | | CCCMS 09/18/2020 - 12/31/2021 | N | 10/08/2020 00:00 | SVSP | III | 06/03/2019 11:27 | 09/18/2020 | MH Change | | | **104** days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/18/2020 - 12/31/2021 | N | 09/24/2020 00:00 | SVSP | III | 10/08/2019 14:27 | 09/18/2020 | MH Change | | | **104** days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/10/2020 - 12/31/2021 | N | 12/10/2020 08:30 | RJD | III | 01/16/2020 16:32 | 06/10/2020 | MH Change | | | **204** days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 12/31/2021 | N | 10/15/2020 12:55 | FOL | III | 03/10/2020 15:20 | 08/19/2020 | MH Change | | | **134** days -No movement due to Covid-19 |
| ISP | | | EOP 05/21/2020 - 07/24/2020 CCCMS 07/24/2020 - 12/31/2021 | N | 08/05/2020 00:00 | HDSP | IV | 11/07/2020 13 56 | 05/21/2020 | MH Change | | | **224** days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/13/2020 - 12/31/2021 | N | | | | 10/29/2020 03:12 | 10/13/2020 | MH Change | | | **79** days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 12/31/2021 | N | 05/19/2020 00:00 | SQ | II | 04/24/2020 09 56 | 05/14/2020 | MH Change | | | **231** days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/24/2020 - 12/31/2021 | N | 12/04/2020 00:00 | COR | NA | 09/21/2020 09:12 | 11/24/2020 | MH Change | | | **37** days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/13/2020 - 12/31/2021 | N | 12/24/2020 00:00 | SCC | II | 04/24/2020 10 54 | 05/13/2020 | MH Change | | | **232** days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 12/31/2021 | N | 05/19/2020 00:00 | SATF | II | 04/24/2020 10 54 | 05/14/2020 | MH Change | | | **231** days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/29/2020 - 12/31/2021 | N | 11/04/2020 00:00 | SATF | II | 04/11/2020 11:31 | 10/29/2020 | MH Change | | | **63** days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 12/31/2021 | N | 05/19/2020 00:00 | CTF | II | 04/25/2020 10:14 | 05/14/2020 | MH Change | | | **231** days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/21/2020 - 12/31/2021 | N | 10/28/2020 00:00 | COR | II | 09/21/2020 09:47 | 10/21/2020 | MH Change | | | **71** days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 12/31/2021 | N | 08/21/2020 00:00 | COR | II | 04/24/2020 09:10 | 08/19/2020 | MH Change | | | **134** days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/07/2020 - 12/31/2021 | Y | 10/20/2020 00:00 | NKSP | III | 12/05/2019 16 03 | 07/07/2020 | MH Change | | | **177** days -No movement due to Covid-19 |

# Exhibit B

**MHSDS Inmates at Desert Institutions Historical MH Upon Arrival**

Run Date: 01/03/2021 06:21 PM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 12/01/2021 - 12/31/2021
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|