XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7323
  Fax:  (916) 324-5205
  E-mail:  Lucas.Hennes@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone:  (925) 746-8460
  Fax:  (925) 746-8490
  E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone:  (310) 552-0130
  Fax:  (310) 229-5800
  E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**TENTH JOINT UPDATE ON THE WORK OF THE COVID-19 TASK FORCE** |

At the June 26, 2020 status conference, the Court directed the parties to file a joint report with updates "on the work of the Task Force" by July 15, 2020 and "every two weeks thereafter." (ECF No. 6741.) The Court modified this schedule on August 26, 2020, directing the parties to file COVID-19 Task Force updates every other Friday by 12:00 p.m., beginning on August 28, 2020. (ECF No. 6837.) On September 25, 2020, the Court extended the deadline to file the sixth joint update to October 2, 2020 at 12:00 p.m. and directed that further joint updates be filed every

[3677874.6]                                                          1

four weeks.  (ECF No. 6886.)  This report provides the parties' tenth COVID-19 Task Force joint update and covers issues discussed since the ninth joint update filed on January 6, 2021.  This report covers the Forty-Fourth (January 19) COVID-19 Task Force meeting[1] and various small workgroup meetings between representatives from Defendants and the Special Master's team.  Unless otherwise indicated, the small workgroup meetings include members of Defendants' leadership and the Special Master's team, and not Plaintiffs.  The Special Master holds meetings with Plaintiffs to update them on the status of the workgroups.

I.   UPDATE REGARDING COVID-19 CASES IN CDCR AND DSH

   A.   CDCR's Report On COVID-19 Cases, Testing, and Vaccines

The following table shows CDCR's report on the total number of confirmed COVID-19 cases, currently active, resolved to date, currently hospitalized, hospitalized to date, deaths to date, and the number and percentage of those cases who are *Coleman* class members and their level of care.

| COVID Result | Total Patients | MHSDS Patients Only | MHSDS patients as % of total |
|---|---|---|---|
| **Active + Resolved**[2] | | | |
| **TOTAL Active + Resolved (as of 1/21/21 at 1:50 pm)** | 45,699 | | |
| **Currently Hospitalized (as of 1/18/21)** | 75 | 30 (19 CCCMS, 10 EOP, 1 ICF) | 40% |
| **Cumulative Hospitalized (as of 1/18/21)** | 1,219 | 425 (346 CCCMS, 70 EOP, 9 ICF) | 35% |
| **Deaths (as of 1/15/21)** | 179 | 67 (59 CCCMS, 7 EOP, 1 MHCB) | 37% |

---

[1] After the Forty-Third meeting, the Special Master modified the schedule for holding Task Force meetings to take place every other week.
[2] Due to server issues, Defendants were unable to download and tabulate data on active and resolved COVID-19 cases by the filing deadline. Some of the data can be viewed at https://www.cdcr.ca.gov/covid19/population-status-tracking/.

[3677874.6]

2

CDCR reports the above hospitalization numbers include re-admissions of some patients who were discharged and then re-admitted. It also reports that the numbers exclude patients who were COVID-19 positive and admitted to outside hospitals for reasons other than COVID-19.

According to CDCR, as of January 19, it had tested 116,167 unique incarcerated people and formerly incarcerated people, approximately 39% of whom have tested positive, and 92,425 of whom are still in CDCR custody. Of the total number of currently in-custody prisoners tested, 28,984 or 31% of those tested were part of the MHSDS. CDCR's rate of tests per 1,000 incarcerated people (972.4 per 1,000) is lower than the rates in California (987.7 per 1,000) and higher than the United States as a whole (860.1 per 1,000); according to CDCR's publicly available Population COVID-19 Tracking dashboard reports, as of January 19, 2021, CDCR's rate of confirmed cases per 1,000 incarcerated people (477.6 per 1,000) is higher than the rates in California (77.3 per 1,000) and the United States (73.6 per 1,000).

As of January 20, 2021, CDCR has designated thirty-four of thirty-five institutions as closed to movement of incarcerated people not considered "resolved" COVID-19 patients. The closed designations for California Correctional Women's Facility, North Kern State Prison, and Wasco State Prison are qualified by an exception for Reception Center intake.

As of December 22, 2020, CDCR has begun distribution of COVID-19 vaccine. As of January 20, 2021, 26,440 individuals have received the first round of vaccines statewide. CDCR has so far administered at least the first of two vaccine doses to 21,793 staff. Defendants initially prioritized staff vaccinations by age bracket, and have since moved on to offering vaccination to all staff who work at the institutions. As of January 20, 2021, CDCR has administered first vaccine doses to approximately 4,647 incarcerated patients, and the acceptance rate for incarcerated patients is approximately 80%. CDCR confirmed that some patients have begun to receive their second vaccine doses. Defendants initially offered vaccination to all COVID-19 naïve patients at skilled nursing facilities including all of CMF and CHCF, and certain units at CCWF. Subsequently, Defendants offered vaccination to patients age 65 or greater at all CDCR institutions and anticipate first doses for this group will be completed this week. Defendants indicated that their next focus will be to offer vaccination to all COVID-19 naïve patients who

have a weighted risk score of 6 or greater, then to all COVID-19 naïve patients with a weighted risk score of 3-5, then to the rest of the COVID-19 naïve population, and eventually to the entire CDCR population. Defendants noted that they have had to closely manage the vaccine supply due to limited quantity and authority to move vaccine between populations, but these challenges have not forced a stop to vaccinations.

### A. DSH Report Regarding COVID-19 Cases, Facilities, and Vaccines

At the January 19, 2021 Task Force meeting, DSH reported that it has begun offering vaccination to all patients across its five hospitals and has made vaccination information publicly available at the following website: https://www.dsh.ca.gov/COVID-19/Vaccination.html. DSH reports it started offering vaccination to high-risk patients and has now opened up vaccination to all patients. DSH's website reports, as of January 14, 2021, a total of 2,176 vaccines have been administered to patients and 6,224 vaccines have been administered to staff, including some second doses.

As of January 19, 2021, DSH has performed 53,294 tests on a cumulative total of 6,731 patients across all five hospitals. A total of 1,641 patients (including non-*Coleman* patients) and 1,744 staff have tested positive to date, with a total of 204 patients and 223 staff testing positive in the past 14 days across the five hospitals. A total of 48 patients have died to date, none of whom are *Coleman* class members.

As of January 19, 2021, DSH-Atascadero has had a cumulative total of 17 COVID-19 positive *Coleman* patients. Currently, 2 *Coleman* patients are symptomatic or positive for COVID-19. As of January 15, 2021, DSH-Atascadero has 19 housing units on quarantine, including *Coleman* units 23 and 33, due to positive staff or patient exposures. *Coleman* unit 24 was released from quarantine on December 22, 2020, and *Coleman* unit 30 was released from quarantine January 7, 2021. DSH-Atascadero has two isolation units active.

As of January 19, 2021, DSH-Coalinga has not had any COVID-19 positive *Coleman* patients. As of January 15, 2021, DSH-Coalinga has 21 housing units on quarantine. The *Coleman* unit was released from quarantine on January 4, 2021. Temporary housing in the

gymnasium was deactivated on December 17, 2020. DSH-Coalinga has three isolation units active.

As of January 19, 2021, DSH-Patton has had a cumulative total of 2 COVID-19 positive *Coleman* patients. Currently, 1 *Coleman* patient is symptomatic or positive for COVID-19. As of January 15, 2021, DSH-Patton has 27 housing units on quarantine, including the *Coleman* unit, Unit 33, due to positive staff exposure. DSH-Patton has three isolation units active.

**II.    UPDATES ON DSH CENSUS, WAITLIST, AND ADMISSIONS**

Since DSH lifted its temporary suspension of admissions effective April 16, 2020, DSH has admitted a total of 144 *Coleman* class members, including two since the last Task Force update filed on January 6, 2021. Both transferred patients are "resolved" COVID-19 cases who are considered currently presumptively immune. As of January 20, 2021 there were 158 *Coleman* class members at DSH-Atascadero (with 97 available beds and 1 bed on hold), 32 at DSH-Coalinga (with 18 available beds), and 12 at DSH-Patton (with 18 available beds). On January 12, 2021, due to a surge in COVID-19 cases, DSH suspended admissions of all patient categories for 30 days except for *Coleman* patients and patients categorized as Offenders with Mental Health Disorders.

As of January 20, 2021, Defendants report there are 27 patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, including 23 ICF patients awaiting admission for more than 30 days. Of the 27 patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, all are housed at institutions CDCR has closed to movement.

At the January 21, 2021 Task Force meeting, Plaintiffs inquired about what appears to be a slowing rate of referrals from CDCR to DSH, with only six new referrals made in the last four weeks. Members of the CDCR small workgroup noted that this was a topic of discussion in the prior week and that CDCR expects to provide more detailed information.

Also at the January 21, 2021 Task Force meeting, Defendants reported that they plan to meet internally to discuss planning for how transfers of vaccinated patients will be handled, including the timing of transfers for patients who have received their first dose and are awaiting their second dose.

### III. UPDATES ON THE CDCR AND DSH SMALL WORKGROUP ACTIVITIES.

The Special Master's experts have held small workgroups with CDCR and DSH leadership, without Plaintiffs or Defendants' counsel, focused on specific topics.

#### A. CDCR Workgroup

The CDCR small workgroup discussed the Positive Behavior Support Team (PBST) program at CHCF, which CDCR confirmed continues to operate with some restructuring. The small workgroup also discussed that CDCR is not currently including any ISUDT hours in its tracking of EOP group hours, and CDCR confirmed it would provide additional information once such a tracking system is developed. The small workgroup also continued to discuss the ICF and acute waitlists and lengths of stays, as well as policies that are in development, including the draft STEP policy, draft medication nonadherence policy, updated transfer guidelines, and CIT policy.

#### B. DSH Workgroup

The DSH small workgroup continued to meet weekly to discuss individual and institutional level public health data for the purpose of ensuring safe transfers during the recent statewide COVID-19 surge and moving forward, including transfers of patients pursuant to the January 4, 2021 updated temporary transfer guidelines addressing patients with presumed immunity. Additionally, unrelated to the subject of COVID-19, the small workgroup discussed the creation of a new workgroup focused on DSH's quality improvement system.

### IV. ADDITIONAL COVID-19 RELATED UPDATES.

#### A. Movement Matrix

CDCR and CCHCS released the updated COVID-19 Screening and Testing Matrix for Patient Movement ("Movement Matrix") to the field on January 12, 2021. During the January 19 Task Force meeting, Plaintiffs again requested information about current practices and guidance for transferring patients to or from closed units or institutions. CDCR confirmed that transfers to MHCB and PIP units are deemed "necessary" and therefore transfers to and from such units at closed institutions will generally continue, however if the receiving units have an active COVID-19 outbreak, transfers may be limited or diverted to a different open MHCB or PIP bed. CDCR confirmed it had provided trainings to the field on the new Movement Matrix. CDCR also stated

[3677874.6]                                6

Tenth Joint Update on the Work of the COVID-19 Task Force (2:90-cv-00520 KJM-DB (PC))

that there had been internal discussions regarding the point at which programming could resume generally, as a result of widespread immunity to COVID-19 (due to vaccination and/or prior infection in staff and patient populations), but no specific decisions had been made.

### B. Stipulation for EOP Quarantine Space

The parties briefly discussed the draft stipulation regarding EOP quarantine space, acknowledging that Defendants had received Plaintiffs' January 19, 2021 revisions to Defendants' January 13, 2021 proposal and would review them further.

### C. Use of Force – Medical Emergencies and Involuntary Medications Policy

The parties further discussed the recent draft of CDCR's medical emergencies and involuntary medications policy, provided to Plaintiffs on January 5, 2021. Plaintiffs committed to send a letter on January 22, 2021 with further comments and Defendants committed to reviewing Plaintiffs' concerns and revising the language as consistent with the intent of the policy.

DATED: January 22, 2021     Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Marc J. Shinn-Krantz*
     Marc J. Shinn-Krantz

Attorneys for Plaintiffs

DATED: January 22, 2021     XAVIER BECERRA
Attorney General
Adriano Hrvatin
Supervising Deputy Attorney General

By: */s/ Lucas L. Hennes*
     Lucas L. Hennes
     Deputy Attorney General

Attorneys for Defendants