XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　　Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DEFENDANTS' PERSONS-MOST-KNOWLEDGEABLE DESIGNATION IN RESPONSE TO THE COURT'S DECEMBER 24, 2020 ORDER**<br><br>Judge:   Hon. Kimberly J. Mueller |

This Court's December 24, 2020 order directed Defendants to "identify all the persons most knowledgeable regarding the status of implementation of the CDCR PIP suicide prevention

-1-

Case No. 2:90-CV-00520- KJM-DB

policy and of the steps required by the proposed activation schedules." Dec. 24, 2020 Order at 2:20-23 (ECF No. 7004). Consistent with that order, Defendants designate the following individuals:

- Dean Borg, Director of Facility Planning, Construction and Management at CDCR. Director Borg will address the implementation of Special Master's suicide prevention expert's recommendation no. 12 (Administrative Segregation Unit intake cells) and construction generally.

- Dawn Lorey, Associate Warden, Mental Health Compliance Team, Division of Adult Institutions. Ms. Lorey will address the implementation of Special Master's suicide prevention expert's recommendation nos. 13 (Administrative Segregation Unit intake cells), 3 (annual IST training), and 28-29 (custody discharge checks).

- Lucinda McGill, Nurse Consultant III. Ms. McGill will address the implementation of Special Master's suicide prevention expert's recommendation nos. 20 (psychiatric technician rounds) and 21 (observation levels).

- Dr. Travis Williams, PsyD, Mental Health Administrator for the Statewide Mental Health Program Division of Health Care Services, covering Clinical Support, Suicide Prevention and Response, Mental Health Training Unit, and the Offenders with Mental Health Disorders Unit. Dr. Williams will address the implementation of Special Master's suicide prevention expert's recommendation nos. 17 (safety planning), 10 (SRASHEs and referrals), 3 (annual IST training), 6-8 (Receiving and Release), 9 (SRE mentoring), 26 (alternative housing), 28-29 (custody discharge checks), and 32 (Reception Centers).

These persons most knowledgeable will attend the January 29, 2021 status conference.

-2-    Case No. 2:90-CV-00520- KJM-DB
17220290.1    DEFS.' PMK DESIGNATION RE: DECEMBER 24, 2020 ORDER

| | | |
|---|---|---|
| 1 | DATED: January 22, 2021 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By:      */s/ Samantha Wolff* |
| 4 | | PAUL B. MELLO |
| | | SAMANTHA D. WOLFF |
| 5 | | LAUREL E. O'CONNOR |
| | | DAVID C. CASARRUBIAS |
| 6 | | Attorneys for Defendants |
| 7 | DATED: January 22, 2021 | XAVIER BECERRA |
| 8 | | Attorney General of California |
| | | ADRIANO HRVATIN |
| 9 | | Supervising Deputy Attorney General |

/S/ *ELISE OWENS THORN*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

-3-  Case No. 2:90-CV-00520- KJM-DB

17220290.1  DEFS.' PMK DESIGNATION RE: DECEMBER 24, 2020 ORDER