XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>   v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' TWENTY-FIRST STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS**<br><br>Judge: Hon. Kimberly J. Mueller |

1

Defs.' 21st Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

# INTRODUCTION

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id*.) Defendants have filed twenty status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds.

# DISCUSSION

### I. DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD). (ECF No. 6168.) The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget. Defendants have timely filed an additional nineteen status reports between June 27, 2019 and December 28, 2020. (ECF Nos. 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, 6840, 6884, 6926, 6967, and 7007.)

### II. UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.

As previously reported to the Court, CDCR's MHCB construction project in Southern California is proceeding with the construction of 50 new licensed mental health crisis beds at CIM. (ECF Nos. 6297 at 3, and 6371 at 3.) CDCR is proceeding with work on the plan. (Borg Decl. ¶ 2.)

As reported last month, CDCR received an additional set of review comments from the Office of the State Fire Marshal on November 23, 2020. (ECF No. 6967 at 2.) The architect of

2

Defs.' 21st Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

record, Hellmuth, Obata and Kassabaum, is addressing these comments.  (Borg Decl. ¶ 3.)  CDCR and the architect met with the Office of the State Fire Marshal in December 2020 and January 2021, to seek clarification on these comments and ensure all comments will be fully addressed in the final working drawings.  (*Id.*)  On January 19, 2021, a review of the final working drawings by CDCR's peer review consultant identified a significant licensing omission that needs to be addressed by the architect through revisions to the working drawings.  (*Id.* ¶4.)  The working drawings omitted the sight-line for nursing staff to safely monitor patients housed in specified observation rooms.  (*Id.*)  CDCR plans to submit those revisions to the Office of the State Fire Marshal on March 15, 2021.  (*Id.*)

CDCR now estimates, based on expected additional comments from the Office of the State Fire Marshal following the March 15, 2021 submittal, that the final working drawings will be approved by May 21, 2021, an approximately four-month delay from the previous estimated approval date of January 29, 2021.  (*Id.*)  Upon receiving approval from the Office of the State Fire Marshal, CDCR must submit the working drawings and proceed-to-bid package to the Department of Finance for approval.  (*Id.* at ¶ 5.)  Once approved, CDCR will seek bids from the construction market.  Subsequent to receiving bids, CDCR must submit a construction contract award package that will also need to be approved by the Department of Finance.  (*Id.*)  CDCR estimates that construction will begin in September 2021, based on the Department of Finance working drawing approval date of June 9, 2021, with construction expected to be completed in September 2023. (*Id.*)  The revised schedule shows a four-month delay in the estimated completion date for the project attributed to the need to correct the licensing omission.

### III. UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.

Defendants have no changes to report on the $91,032,000 appropriation for construction of 50 new licensed crisis beds at CIM.

3

Defs.' 21st Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

## IV. DEFENDANTS CURRENTLY DO NOT EXPECT COVID-19 TO DELAY THE PROJECT.

CDCR's COVID-19 response plan has not delayed the CIM construction project. (Borg Decl. ¶ 6.) Should COVID-19 impact Defendants' construction project, Defendants will let the Court know.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

Dated: January 27, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/S/ *ELISE OWENS THORN*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

4

Defs.' 21st Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))