XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490

*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' TWENTY-FIRST STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS**<br><br>Judge: Hon. Kimberly J. Mueller |

1

I, Dean L. Borg, declare:

1. I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' twenty-first status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

2. The work on CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men is proceeding, consistent with reports previously provided to the Court.

3. The architect of record, Hellmuth, Obata and Kassabaum (HOK), is addressing comments received from the Office of the State Fire Marshal (OSFM). Meetings occurred in December 2020 and January 2021 between CDCR, HOK and the OSFM to seek clarification on these comments and ensure all comments will be fully addressed in the final working drawings.

4. The Facility Planning, Construction and Management Division for CDCR provides oversight of the design and construction phases of construction projects through the use of peer-review consultants. The peer-review consultant reviews working drawings to confirm compliance by the architect of record with Title 24 licensing requirements prior to final submission to and approval by the OSFM. On January 19, 2021, a review of the final working drawings by CDCR's peer review consultant identified a significant licensing omission that needs to be addressed by HOK. Specifically, the working drawings omitted the sight-line for nursing staff to safely monitor patients housed in specified observation rooms. CDCR now plans to submit the revised working drawings to the OSFM on March 15, 2021. Anticipating an additional set of OSFM comments that will need to be addressed after the March 15, 2021 submittal, CDCR estimates approval of the final working drawings by the OSFM by May 21, 2021, approximately a four-month delay from the previous estimated approval date of January 29, 2021.

2

Borg Decl. ISO 21st Status Report on Funding Process for Constr. MHCB (2:90-cv-00520 KJM-DB (PC))

5. Upon receiving approval from the OSFM, CDCR must submit the working drawings and proceed-to-bid package to the Department of Finance for approval. Once approved, CDCR will seek bids from the construction market. Subsequent to receiving bids, CDCR must submit a construction contract award package that will also need to be approved by the Department of Finance.  CDCR estimates that construction will begin in September 2021, based on the Department of Finance working drawing approval date of June 9, 2021, with construction expected to be completed in September 2023.

6. CDCR's response plan to COVID-19 has not led to any delays to the California Institution for Men construction project as of the date of this report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Sacramento, California on January 27, 2021.

/s/ *Dean L. Borg*
DEAN L. BORG
Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

3

Borg Decl. ISO 21st Status Report on Funding Process for Constr. MHCB (2:90-cv-00520 KJM-DB (PC))