# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **21-15039**   U.S. District Court Case No. **2:90-cv-00520-KJM-DB**

**Short Case Title** Coleman v. Newsom, et al.

**Date Notice of Appeal Filed by Clerk of District Court** January 4, 2021 (ECF No. 7012)

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Please Specify) |
|---|---|---|
| 9/28/2017 | Kimberly Bennett | Status Conf. & Evid. Hearing (ECF No. 5707) |
| 12/14/2018 | Catherine Bodene | Status Conference (ECF No. 6054) |
| 12/13/2019 | Kacy Barajas | 3rd Quarterly Status Conference (ECF No. 6445) |
| 3/20/2020 | Tiphanne Crowe | 1st Quarterly Status Conference (ECF No. 6636) |
| 12/18/2020 | Kacy Barajas | 4th Quarterly Status Conference (ECF No. 7002) |
| | | These transcripts were already ordered by both |
| | | parties, paid for, and filed. No further work is needed. |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
☐ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 9/28/17, 12/14/18, 12/13/19 & 12/16/19, 3/24/20, 12/21/20

Type or Print Name: Elise Thorn

Signature of Attorney: s/ Elise Thorn     Phone Number: 916-210-7318

Address: Cal. Attorney General's Office, 1300 I St., Ste. 125, PO Box 944255, Sacramento, CA 94244-2550

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
*(Signature of court reporter)*

☐ Arrangements for payment were made on _____

☐ Arrangements for payment have not been made pursuant to FRAP 10(b). _____

_____ Approximate Number of Pages in Transcript - Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this copy and submit it to the U.S. District Court with the completed transcript. District Court will not file the transcript without this completed form.

Date Transcript Filed _____   Court Reporter's Signature _____

**SECTION D**

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

_____ _____ BY: _____
*(U.S. District Court Clerk)*           *(date)*                              DEPUTY CLERK