Attachment A

Table of EOP Institutions and Plan to Provide Quarantine Space

| Institution | Quarantine in Place For Single Celled EOPs | Set-Aside Plan If Necessary | Location |
|---|---|---|---|
| CHCF | Yes | Quarantine in Negative Pressure/Isolation Rooms | Facilities A, B, C, and D |
| CMC | Yes | None (All EOP Patients at CMC are single celled and they will be quarantined in place). | n/a |
| CMF | Yes | Single Celled EOP Patients will be Quarantined in Place, Double Celled EOP Patients will be Clustered within Quarantine Space<br><br>No Plan Finalized or Agreement Yet on How to Quarantine PIP Patients Who Are Currently Housed in Dorms in A2 and A3. | S-3, W-1, W-3, H-1, I-1 |
| CIW | Yes | Ninety Percent of EOP Patients at CIW are single celled.  They will be quarantined in place.  Ten percent of the cells in the EOP unit shall remain vacant so double celled EOP Patients can be moved to single cells for Quarantine | n/a |
| COR | Yes | Double Celled EOP Patients will be Moved for Quarantine to Dedicated EOP Quarantine Space within a Separate Section of the180 Housing Unit | Section A of 4A1L |
| SAC | Yes | Double Celled EOP Patients will be moved to Dedicated EOP Quarantine Space within 180 Housing Units | Section A of B1<br>Section B of A8 |
| CCWF | No | EOP Patients Will Initially be Quarantined One to A Dorm In the Dedicated EOP Quarantine Space within EOP Housing Unit or Overflow into CCWF Quarantine Unit (270 Housing Unit) | B508 D-Wing (EOP Housing Unit)<br><br>A503 (CCWF Set-Aside Space) |
| KVSP | No | Dedicated EOP Quarantine Space within 180 Housing Unit | Section B of C1 |
| VSP | No | Clustered in VSP Quarantine Unit (270 Housing Unit) | A3 cells 101-104, 201-204 |

[3656931.2]

| | | | |
|---|---|---|---|
| **LAC** | Yes | Double Celled EOP Patients will be moved to LAC Quarantine Celled Units and Clustered in LAC Quarantine Unit (270 Housing Unit) | B2 or C5 |
| **MCSP** | | | NO AGREEMENT YET |
| **RJD** | | | NO AGREEMENT YET |
| **SVSP** | Yes | Double Celled EOP Patients Will be Moved to A Dedicated EOP Quarantine Space within 180 Housing Unit | Section A of D6 |
| **SATF** | No | Clustered in SATF Quarantine Unit (270 and 180 Housing Unit) | Section A of C4 |
| **SQ** | | | NO AGREEMENT YET |

[3656931.2]