| | |
|---|---|
| Xavier Becerra, State Bar No. 118517<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Adriano Hrvatin, State Bar No. 220909<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Kyle A. Lewis, State Bar No. 201041<br>Lucas Hennes, State Bar No. 278361<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7323<br>  Fax: (916) 324-5205<br>  E-mail: Lucas.Hennes@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Paul B. Mello, State Bar No. 179755<br>Samantha D. Wolff, State Bar No. 240280<br>Laurel E. O'Connor, State Bar No. 305478<br>David C. Casarrubias, State Bar No. 321994<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>Roman M. Silberfeld, State Bar No. 62783<br>Glenn A. Danas, State Bar No. 270317<br>Robins Kaplan LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                            Plaintiffs,<br><br>    v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                            Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' STATUS UPDATE ON THE STATE OF ADMISSIONS TO THE DEPARTMENT OF STATE HOSPITALS** |

On January 21, 2021, this Court ordered the parties to file a joint status report on the current state of admissions to the Department of State Hospitals (DSH). (ECF No. 7029.) Defendants[1] report as follows:

---

[1] After defense counsel met and conferred in good faith for days with Plaintiffs' counsel, exchanging drafts on January 26 and 27, Plaintiffs' counsel informed defense counsel for the first time at 6:45 p.m. on January 28 that they were unwilling to join the status report unless it

DSH continues to admit *Coleman* patients and report on its progress to the Special Master and Plaintiffs during each COVID-19 Task Force. All patient transfers are reviewed for COVID-19 risk in the small workgroup with CDCR and the Special Master's experts. Since DSH lifted its temporary suspension of admissions effective April 16, 2020, DSH has admitted a total of 149 *Coleman* class members, including 4 since the filing of the Tenth Joint Update On The Work Of The Covid-19 Task Force (ECF No. 7030) on January 22, 2021.[2] As of April 16, 2020, DSH has received a total of 225 *Coleman* referrals, including a total of 49 rescissions, and a total of 1 rejection. Additionally, DSH anticipates five *Coleman* patients transferring from SATF this week. Five *Coleman* patients have been approved for admission next week.

In the period since the December 18, 2020 status conference, Defendants have referred 13 patients to DSH. During that time period, 10 *Coleman* patients have been admitted to DSH.

As of January 27, 2020, Defendants report there are 26 *Coleman* patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, including 18 *Coleman* patients awaiting admission to intermediate care for more than 30 days. Of the 26 *Coleman* patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, all are housed at institutions CDCR has currently closed to movement.

Defendants recently adopted an updated version of the COVID-19 temporary transfer guidelines dated January 4, 2021, which provides that, when reviewing referrals from closed institutions, DSH will consider whether the patient is in a presumed immunity period after recovering from COVID-19, along with other relevant public health information.

On January 12, 2021, to ensure that patients with mental health disorders currently in DSH custody continue to receive the services and support despite disruptions caused by COVID-19, and to protect the health, safety, and welfare of those patients, DSH suspended all patient admissions except those pursuant to *Coleman* and Penal Code section 2962 for a period of up to 30 days. DSH will continue to work in the small workgroup to review referrals from CDCR and

---

included a positional statement regarding the October 23, 2020 evidentiary hearing. Defendants therefore submit this brief separately.

[2] See attached letter from DSH Director Stephanie Clendenin for all cited statistics.

ensure safe transfers to DSH, as well as report on this work in the COVID-19 Task Force and in the Joint Status Reports describing those meetings.

DATED: January 28, 2021

XAVIER BECERRA
Attorney General
Adriano Hrvatin
Supervising Deputy Attorney General


By: */s/ Lucas L. Hennes*
Lucas L. Hennes
Deputy Attorney General

Attorneys for Defendants

State of California – Department of State Hospitals                           Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



January 28, 2021

Damon McClain, Esq.
Lucas Hennes, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:   DEFENDANTS' RESPONSE TO THE COURT'S JANUARY 22, 2021 MINUTE ORDER ON THE CURRENT STATE OF ADMISSIONS TO THE DEPARTMENT OF STATE HOSPITALS

Dear Mr. McClain and Mr. Hennes:

The California Department of State Hospitals (DSH) submits the following information on admissions to the Department of State Hospitals in response to the Court's January 22, 2021 minute order.

DSH continues to admit Coleman patients pursuant to COVID-19 Transfer Guidelines as developed in conjunction with the Special Master's experts and vetted through the COVID-19 Task Force.

All patient transfers are reviewed for COVID-19 risk in the small workgroup with CDCR and the Special Master's experts.

Since DSH lifted its temporary suspension of admissions effective April 16, 2020, DSH has admitted a total of 149 Coleman class members, including 4 since the last Joint Status filing on January 22, 2021. As of April 16, 2020, DSH has received a total of 225 Coleman referrals, including a total of 49 rescissions and a total of 1 rejection. Additionally, DSH anticipates a total of five patients transferring from SATF this week, including four that have been admitted as of 1/27/21. Five *Coleman* patients have been approved for admission next week.

In the period since the December 18, 2020 status conference, DSH received 13 *Coleman* referrals. Also during that time period, DSH admitted 10 *Coleman* patients.

As of January 27, 2020, Defendants report there are 26 patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, including 18 ICF patients awaiting admission to intermediate care for more than 30 days.  Of the 26 patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, all are housed at institutions CDCR has currently closed to movement.

On January 12, 2021, DSH suspended all patient admissions to all hospitals, except for *Coleman* class members and those pursuant to Penal Code section 2962 for a period of up to 30 days.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*