| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants*<br><br>HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>LAUREL E. O'CONNOR, SBN 305478<br>DAVID C. CASARRUBIAS, SBN 321994<br>1676 N. CALIFORNIA BLVD., SUITE 620<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE: 925-746-8460<br>FACSIMILE: 925-746-8490<br><br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO FILE OBJECTIONS TO THE SPECIAL MASTER'S JANUARY 28, 2021 DRAFT REPORTS**<br><br>Judge: Hon. Kimberly J. Mueller |

[3685387.1]  1

Stip. & [Prop.] Order Extend Deadline to Object to January 28 Special Master Rpts. (2:90-cv-00520 KJM-DB (PC))

On January 28, 2021, the Special Master filed his report on the Mental Health Inpatient care Programs for Inmates in the California Department of Corrections and Rehabilitation (ECF No. 7039), and his report on his expert's analysis of the California Department of Corrections and Rehabilitation's annual suicide report for 2015 and his expert's review of suicides completed in 2016. (ECF No. 7038.) The 1995 Order of Reference provides that the Special Master's findings of fact and conclusions of law set forth in the Special Master's reports "shall be adopted of the court, unless, within ten days after being served with the filing of the report, either side moves to reject or modify the report." (ECF No. 640.)

Based on the ten-day timeline, the parties' deadline to file objections to the January 28 reports is February 8, 2021. Defendants represent that additional time is needed to review and analyze the final versions of the reports filed on January 28, 2021, and therefore request the Court extend the deadline to file objections to the reports as follows:

- The deadline to file objections to the Special Master's report on inpatient programs is February 17, 2021.
- The deadline to file objections to the Special Master's report on his experts' analysis of suicides is March 1, 2021.

Plaintiffs have agreed not to oppose Defendants' request.

The parties provided Defendants' request for additional time to file objections to the Special Master for his review and approval on February 2, 2021. The Special Master declined, and informed the parties of his intent to defer to the Court on this issue.

**IT IS STIPULATED.**

///

///

[3685387.1]    2

Stip. & [Prop.] Order Extend Deadline to Object to January 28 Special Master Rpts. (2:90-cv-00520 KJM-DB (PC))

| | |
|---|---|
| Dated: February 3, 2021 | XAVIER BECERRA<br>Attorney General of California<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br><br>/s/ *Elise Owens Thorn*<br>ELISE OWENS THORN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: February 3, 2021 | ROSEN BIEN GALVAN & GRUNFELD LLP<br><br>/s/ *Lisa Ells*<br>LISA ELLS<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

Dated: _____          _____
                                                             KIMBERLY J. MUELLER
                                                             UNITED STATES DISTRICT COURT

[3685387.1]

3

Stip. & [Prop.] Order Extend Deadline to Object to January 28 Special Master Rpts.  (2:90-cv-00520 KJM-DB (PC))