DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' RESPONSE AND OBJECTIONS TO THE JANUARY 28, 2021 SPECIAL MASTER'S MONITORING REPORT ON THE MENTAL HEALTH INPATIENT CARE PROGRAMS**<br><br>Judge: Hon. Kimberly J. Mueller |

[3690244.1]

Case No. 2:90-CV-00520-KJM-DB

PLS.' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFS.' RESPONSE & OBJECTIONS TO THE 01-28-2021 SPECIAL MASTER'S MONITORING REPORT ON THE MENTAL HEALTH INPATIENT CARE PROGRAMS

On February 8, 2021, Defendants filed a response and objections to the January 28, 2021 Special Master's Monitoring Report on the Mental Health Inpatient Care Programs for inmates of the California Department of Corrections and Rehabilitation, ECF No. 7039 ("2021 Special Master's Inpatient Monitoring Report"). *See* Defendants' Response and Objections to 2021 Special Master's Inpatient Monitoring Report (Feb. 8, 2021), ECF No. 7051.

Plaintiffs request that the Court grant leave to Plaintiffs to respond to Defendants' response and objections. The Order of Reference makes clear that Plaintiffs' input and involvement is critical to the *Coleman* remedial process. Order of Reference at 2 (Dec. 11, 1995), ECF No. 640 ("Order of Reference"). Plaintiffs support the majority of the findings in the 2021 Special Master's Inpatient Monitoring Report, which identify many deficiencies in Defendants' inpatient programs and offer recommendations for how to address them. But Defendants' response and objections advance erroneous arguments about why the 2021 Special Master's Inpatient Monitoring Report is inaccurate or inappropriate, and Plaintiffs seek an opportunity to demonstrate why those arguments lack merit.

Accordingly, Plaintiffs request that the Court grant ten days, until February 22, 2021, for Plaintiffs to respond to Defendants' response and objections.

DATED: February 10, 2021           Respectfully submitted,

                                          ROSEN BIEN GALVAN & GRUNFELD LLP

                                          By: */s/ Amy Xu*
                                                 Amy Xu

                                          Attorneys for Plaintiffs