XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

The attached California Department of Corrections and Rehabilitation (CDCR) reports information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

The report attached at Exhibit A shows that fifteen inmates were placed in CDCR's Mental Health Services Delivery System in January 2021 while housed in a desert institution; sixteen

1

class members were transferred or paroled from desert institutions in January 2021; and, as of the report's February 2, 2021 date, one hundred and twenty-one patients in the Mental Health Services Delivery System remained in desert institutions in January 2021 beyond the fourteen-day transfer timeline. All delayed transfers were due to inmate movement restrictions related to COVID-19.

The report attached as Exhibit B shows that no *Coleman* class members transferred to or out of desert institutions in January 2021.

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296 and ECF No. 6678.

Respectfully submitted,

Dated: February 16, 2021

XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General


/S/ *NAMRATA KOTWANI*
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' Compliance Reports for Desert Transfers  (2:90-cv-00520 KJM-DB (PC))

# Attachment

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                                                              EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



February 12, 2021

Damon McClain, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF
       *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. McClain:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019.  (ECF No. 6296.)  Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of January 2021, with the inmates' identifying information redacted.  This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care.  As Exhibit A reflects, 15 inmates were referred for mental health treatment while housed in a desert institution during the month of January 2021, 2 of whom remained in desert institutions in January 2021 beyond the fourteen-day transfer timeline.  Those inmates were not transferred to institutions with mental health programs due to the policy in place to restrict inmate movement during the COVID-19 pandemic.  The report also shows that 16 class members placed in the Mental Health Services Delivery System in June, July, October, November, and December 2020 were transferred from desert institutions in January 2021.  All delayed transfers were due to inmate movement restrictions related to COVID-19.

Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted.  This report indicates that no class members were transferred to desert institutions in January 2021.  The report further shows that no *Coleman* class members were transferred out of desert institutions in January 2021.

Sincerely,

/s/ *Charles Callahan*

CHARLES CALLAHAN
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# EXHIBIT A

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 02/02/2021 06:46 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 01/01/2021 - 01/31/2021
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.
R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 12/17/2020 - 01/31/2021 | N | 12/23/2020 00 00 | PBSP | II | 04/23/2020 11:48 | 12/17/2020 | MH Change | | | | **45** days -No movement due to Covid-19 |
| CAC | | | CCCMS 11/23/2020 - 01/22/2021 | N | 11/25/2020 00 00 | COR | II | 10/09/2020 13 04 | 11/23/2020 | MH Change | 01/22/2021 07:32 | 01/22/2021 10:07 | 60 | |
| CAC | | | CCCMS 12/15/2020 - 01/31/2021 | N | 12/23/2020 00 00 | CTF | II | 07/25/2019 10 50 | 12/15/2020 | MH Change | | | | **47** days -No movement due to Covid-19 |
| CAC | | | CCCMS 12/23/2020 - 01/31/2021 | N | 01/04/2021 00 00 | SOL | II | 04/23/2020 14:16 | 12/23/2020 | MH Change | | | | **39** days -No movement due to Covid-19 |
| CAL | | | CCCMS 09/15/2020 - 01/31/2021 | Y | 10/09/2020 00 00 | SATF | IV | 05/20/2020 14:21 | 09/15/2020 | MH Change | | | | **138** days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/27/2020 - 01/21/2021 | N | 10/29/2020 00 00 | SATF | IV | 03/11/2020 15 55 | 10/27/2020 | MH Change | 01/21/2021 04:52 | 01/21/2021 12:08 | 86 | |
| CAL | | | CCCMS 01/21/2021 - 01/31/2021 | N | 01/27/2021 00 00 | COR | IV | 11/26/2020 19:14 | 01/21/2021 | MH Change | | | | |
| CAL | | | CCCMS 09/01/2020 - 01/31/2021 | N | 09/14/2020 00 00 | HDSP | IV | 10/03/2019 10:33 | 09/01/2020 | MH Change | | | | **152** days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/18/2020 - 01/31/2021 | N | 12/03/2020 09:16 | KVSP | IV | 05/20/2020 14:21 | 06/18/2020 | MH Change | | | | **227** days -No movement due to Covid-19 |
| CAL | | | CCCMS 12/18/2020 - 01/05/2021 | N | 08/28/2019 11:28 | SOL | III | 12/15/2020 00 03 | 12/18/2020 | MH Change | 01/05/2021 06:07 | 01/05/2021 12:14 | 18 | |
| CAL | | | CCCMS 10/06/2020 - 01/31/2021 | N | 10/27/2020 00 00 | SVSP | IV | 05/03/2018 16:10 | 10/06/2020 | MH Change | | | | **117** days -No movement due to Covid-19 |
| CAL | | | CCCMS 12/31/2020 - 01/31/2021 | N | 01/19/2021 00 00 | SATF | IV | 01/04/2019 10:37 | 12/31/2020 | MH Change | | | | **31** days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/27/2020 - 01/31/2021 | N | 11/05/2020 00 00 | SATF | IV | 10/07/2020 14:27 | 10/27/2020 | MH Change | | | | **96** days -No movement due to Covid-19 |
| CAL | | | CCCMS 04/23/2020 - 01/31/2021 | N | 04/24/2020 00 00 | SVSP | IV | 12/17/2020 23 05 | 04/23/2020 | MH Change | | | | **283** days -No movement due to Covid-19 |
| CAL | | | CCCMS 12/14/2020 - 01/31/2021 | N | 12/22/2020 00 00 | SVSP | IV | 06/06/2019 18:46 | 12/14/2020 | MH Change | | | | **48** days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/12/2020 - 01/31/2021 | N | 11/10/2020 13 08 | HDSP | IV | 01/22/2021 12 53 | 05/12/2020 | MH Change | | | | **264** days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/13/2020 - 01/31/2021 | N | 01/04/2021 00 00 | SATF | IV | 11/14/2018 14:14 | 10/13/2020 | MH Change | | | | **110** days -No movement due to Covid-19 |
| CAL | | | CCCMS 07/02/2020 - 01/22/2021 | N | 12/16/2020 00 00 | SVSP | IV | 05/10/2020 20:15 | 07/02/2020 | MH Change | 01/22/2021 07:41 | 01/22/2021 16:47 | 204 | |
| CAL | | | CCCMS 07/16/2020 - 01/31/2021 | N | 08/20/2020 00 00 | PVSP | III | 09/24/2018 11:33 | 07/16/2020 | MH Change | | | | **199** days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/24/2020 - 01/31/2021 | N | 01/22/2021 00 00 | CMC | III | 10/27/2020 16 50 | 11/24/2020 | MH Change | | | | **68** days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/02/2020 - 01/31/2021 | N | 11/23/2020 00 00 | SVSP | IV | 09/02/2020 06:39 | 10/02/2020 | MH Change | | | | **121** days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/02/2020 - 01/22/2021 | N | 12/04/2020 00 00 | SVSP | III | 01/15/2020 17:40 | 10/02/2020 | MH Change | 01/22/2021 07:42 | 01/22/2021 16:47 | 112 | |
| CAL | | | CCCMS 08/14/2020 - 01/31/2021 | N | 08/21/2020 00 00 | RJD | IV | 01/03/2020 14 06 | 08/14/2020 | MH Change | | | | **170** days -No movement due to Covid-19 |
| CAL | | | CCCMS 01/22/2021 - 01/31/2021 | N | | | | 10/08/2019 15 06 | 01/22/2021 | MH Change | | | | |
| CAL | | | CCCMS 12/14/2020 - 01/31/2021 | N | 12/22/2020 00 00 | SVSP | IV | 12/12/2019 14:33 | 12/14/2020 | MH Change | | | | **48** days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/30/2020 - 01/31/2021 | N | 11/18/2020 00 00 | WSP | III | 10/16/2020 13:27 | 10/30/2020 | MH Change | | | | **93** days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/19/2020 - 01/31/2021 | N | 11/18/2020 00 00 | COR | I | 03/12/2020 10 00 | 05/19/2020 | MH Change | | | | **257** days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/13/2020 - 01/31/2021 | N | 12/28/2020 00 00 | VSP | II | 10/22/2020 12 00 | 11/13/2020 | MH Change | 02/01/2021 03:10 | 02/01/2021 11:29 | 80 | |
| CAL | | | CCCMS 05/07/2020 - 01/31/2021 | N | 11/18/2020 00 00 | SCC | II | 07/29/2020 09:23 | 05/07/2020 | MH Change | | | | **269** days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/11/2020 - 01/31/2021 | N | 06/18/2020 00 00 | DVI | III | 04/02/2012 20 03 | 06/11/2020 | MH Change | | | | **234** days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/05/2020 - 01/21/2021 | N | 10/19/2020 00 00 | SATF | IV | 12/13/2018 10:45 | 10/05/2020 | MH Change | 01/21/2021 04:54 | 01/21/2021 12:08 | 108 | |
| CAL | | | CCCMS 10/02/2020 - 01/22/2021 | N | 10/27/2020 00 00 | SVSP | III | 09/03/2020 15:26 | 10/02/2020 | MH Change | 01/22/2021 07:44 | 01/22/2021 16:47 | 112 | |
| CAL | | | CCCMS 08/20/2020 - 01/31/2021 | N | 08/27/2020 00 00 | WSP | III | 12/14/2017 15:10 | 08/20/2020 | MH Change | | | | **164** days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/06/2020 - 01/19/2021 | N | 09/23/2020 00 00 | HDSP | IV | 10/13/2016 13 53 | 10/06/2020 | MH Change | 01/19/2021 00:24 | 01/19/2021 17:37 | 105 | |
| CAL | | | CCCMS 12/29/2020 - 01/31/2021 | N | 12/01/2020 00 00 | SATF | IV | 09/26/2020 18:19 | 12/29/2020 | MH Change | | | | **33** days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/12/2020 - 01/31/2021 | N | 12/04/2020 00 00 | SATF | IV | 09/25/2020 16:31 | 11/12/2020 | MH Change | | | | **80** days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/20/2020 - 01/31/2021 | N | 12/01/2020 00 00 | COR | IV | 11/06/2020 13 08 | 11/20/2020 | MH Change | | | | **72** days -No movement due to Covid-19 |
| CAL | | | CCCMS 07/16/2020 - 01/31/2021 | N | 06/15/2020 00 00 | CCI | IV | 12/19/2018 07:21 | 07/16/2020 | MH Change | | | | **199** days -No movement due to Covid-19 |

| Inst | | | Program | Flag | Date1 | Fac | Lvl | Date2 | Date3 | Action | Date4 | Date5 | Days | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL | | | CCCMS 12/29/2020 - 01/31/2021 | N | 01/07/2021 00 00 | COR | IV | 10/25/2020 04:30 | 12/29/2020 | MH Change | | | | 33 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/29/2020 - 01/31/2021 | Y | 12/15/2020 09 59 | RJD | IV | 05/20/2020 14:21 | 06/29/2020 | MH Change | | | | 216 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/14/2020 - 01/31/2021 | N | 08/24/2020 00 00 | SATF | IV | 03/11/2020 15 55 | 08/14/2020 | MH Change | | | | 170 days -No movement due to Covid-19 |
| CAL | | | CCCMS 01/21/2021 - 01/31/2021 | N | 01/27/2021 00 00 | COR | IV | 10/16/2020 13:27 | 01/21/2021 | MH Change | | | | |
| CAL | | | CCCMS 01/22/2021 - 01/31/2021 | N | 01/29/2021 00 00 | RJD | IV | 05/28/2020 14 58 | 01/22/2021 | MH Change | | | | |
| CAL | | | CCCMS 12/08/2020 - 01/19/2021 | N | 10/12/2020 00 00 | HDSP | III | 05/22/2019 19:48 | 12/08/2020 | MH Change | 01/19/2021 00:24 | 01/19/2021 17:37 | 42 | |
| CCC | | | CCCMS 10/01/2020 - 01/31/2021 | N | 10/08/2020 00 00 | SCC | II | 01/29/2021 15 58 | 10/01/2020 | MH Change | | | | 122 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/21/2020 - 01/31/2021 | N | 08/31/2020 00 00 | HDSP | IV | 04/25/2019 17:37 | 08/21/2020 | MH Change | | | | 163 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/17/2020 - 01/31/2021 | N | 04/20/2020 00 00 | SVSP | IV | 06/29/2017 19:26 | 11/17/2020 | MH Change | | | | 75 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/26/2020 - 01/31/2021 | N | | | | 08/20/2020 01 02 | 08/26/2020 | MH Change | | | | 158 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/18/2020 - 01/31/2021 | N | 04/15/2020 00 00 | HDSP | IV | 07/06/2018 18 06 | 11/18/2020 | MH Change | | | | 74 days -No movement due to Covid-19 |
| CEN | | | CCCMS 10/01/2020 - 01/14/2021 | N | 10/13/2020 00 00 | SVSP | III | 12/12/2019 17:30 | 10/01/2020 | MH Change | 01/14/2021 07:30 | 01/14/2021 17:05 | 105 | |
| CEN | | | CCCMS 10/23/2020 - 01/31/2021 | N | 11/05/2020 00 00 | COR | IV | 07/25/2020 02 59 | 10/23/2020 | MH Change | | | | 100 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/06/2020 - 01/31/2021 | Y | | | | 10/03/2019 18:46 | 08/06/2020 | MH Change | | | | 178 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 01/31/2021 | N | 11/23/2020 14:27 | COR | IV | 02/26/2016 10:47 | 06/17/2020 | MH Change | | | | 228 days -No movement due to Covid-19 |
| CEN | | | CCCMS 04/29/2020 - 01/31/2021 | N | 10/14/2020 18:30 | CCI | IV | 09/28/2017 17 52 | 04/29/2020 | MH Change | | | | 277 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/21/2020 - 01/31/2021 | N | 08/27/2020 00 00 | SATF | III | 10/17/2017 17:14 | 08/21/2020 | MH Change | | | | 163 days -No movement due to Covid-19 |
| CEN | | | CCCMS 01/29/2021 - 01/31/2021 | N | | | | 09/24/2019 16:25 | 01/29/2021 | MH Change | | | | |
| CEN | | | CCCMS 11/04/2020 - 01/31/2021 | N | 11/16/2020 00 00 | SVSP | III | 07/16/2018 15:27 | 11/04/2020 | MH Change | | | | 88 days -No movement due to Covid-19 |
| CEN | | | CCCMS 01/27/2021 - 01/31/2021 | N | | | | 05/29/2019 16:29 | 01/27/2021 | MH Change | | | | |
| CEN | | | CCCMS 11/06/2020 - 01/31/2021 | N | 11/13/2020 00 00 | MCSP | III | 09/22/2020 11:26 | 11/06/2020 | MH Change | | | | 86 days -No movement due to Covid-19 |
| CEN | | | CCCMS 12/03/2020 - 01/31/2021 | N | 12/14/2020 00 00 | HDSP | IV | 05/29/2019 00 04 | 12/03/2020 | MH Change | | | | 59 days -No movement due to Covid-19 |
| CEN | | | CCCMS 12/11/2020 - 01/31/2021 | N | 12/23/2020 00 00 | RJD | III | 12/21/2019 18:19 | 12/11/2020 | MH Change | | | | 51 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/13/2020 - 01/31/2021 | N | 11/05/2020 09:27 | COR | IV | 02/11/2019 17:29 | 05/13/2020 | MH Change | | | | 263 days -No movement due to Covid-19 |
| CEN | | | CCCMS 12/02/2020 - 01/31/2021 | N | 01/07/2021 00 00 | SVSP | III | 11/18/2016 09:32 | 12/02/2020 | MH Change | | | | 60 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/04/2020 - 01/14/2021 | N | 11/16/2020 00 00 | RJD | III | 03/16/2019 14:17 | 11/04/2020 | MH Change | 01/14/2021 06:41 | 01/14/2021 09:10 | 71 | |
| CEN | | | CCCMS 12/03/2020 - 01/31/2021 | N | 12/14/2020 00 00 | SVSP | IV | 12/12/2019 16:32 | 12/03/2020 | MH Change | | | | 59 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/12/2020 - 01/31/2021 | N | 12/02/2020 07:43 | CTF | II | 09/26/2017 16:27 | 06/12/2020 | MH Change | | | | 233 days -No movement due to Covid-19 |
| CEN | | | CCCMS 01/26/2021 - 01/31/2021 | N | | | | 08/27/2019 17:30 | 01/26/2021 | MH Change | | | | |
| CEN | | | CCCMS 01/19/2021 - 01/31/2021 | N | 01/27/2021 00 00 | COR | IV | 10/01/2019 18:13 | 01/19/2021 | MH Change | | | | |
| CEN | | | CCCMS 08/13/2020 - 01/31/2021 | Y | 08/20/2020 00 00 | COR | IV | 08/01/2020 10 57 | 08/13/2020 | MH Change | | | | 171 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/04/2020 - 01/31/2021 | N | 09/25/2020 00 00 | HDSP | IV | 06/13/2019 18:14 | 09/04/2020 | MH Change | | | | 149 days -No movement due to Covid-19 |
| CEN | | | CCCMS 12/16/2020 - 01/27/2021 | N | 12/11/2020 00 00 | SVSP | III | 02/25/2020 17:36 | 12/16/2020 | MH Change | 01/27/2021 07:25 | 01/27/2021 16:49 | 42 | |
| CEN | | | CCCMS 09/21/2020 - 01/31/2021 | N | 09/25/2020 00 00 | HDSP | IV | 03/18/2020 13:20 | 09/21/2020 | MH Change | | | | 132 days -No movement due to Covid-19 |
| CEN | | | CCCMS 09/10/2020 - 01/31/2021 | N | 09/17/2020 00 00 | CTF | I | 02/21/2019 22:26 | 09/10/2020 | MH Change | | | | 143 days -No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 01/31/2021 | N | 06/24/2020 00 00 | MCSP | III | 12/12/2019 16:32 | 06/17/2020 | MH Change | | | | 228 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/19/2020 - 01/31/2021 | N | 11/30/2020 00 00 | MCSP | III | 10/23/2020 15 51 | 11/19/2020 | MH Change | | | | 73 days -No movement due to Covid-19 |
| CEN | | | CCCMS 10/20/2020 - 01/31/2021 | N | 04/17/2020 00 00 | SATF | III | 12/10/2019 14 54 | 10/20/2020 | MH Change | | | | 103 days -No movement due to Covid-19 |
| CEN | | | CCCMS 08/12/2020 - 01/31/2021 | Y | | | | 07/23/2019 16 56 | 08/12/2020 | MH Change | | | | 172 days -No movement due to Covid-19 |
| CEN | | | CCCMS 07/23/2020 - 01/31/2021 | N | 01/21/2021 09:31 | MCSP | III | 12/18/2020 23 04 | 07/23/2020 | MH Change | | | | 192 days -No movement due to Covid-19 |
| CEN | | | CCCMS 6/24/2020 - 10/28/2020, EOP 10/28/2020 - 01/27/2021 | N | 12/09/2020 08 50 | SVSP | III | 07/06/2020 14:28 | 06/24/2020 | MH Change | 01/27/2021 07:25 | 01/27/2021 16:49 | 217 | |
| CEN | | | CCCMS 08/19/2020 - 01/31/2021 | Y | 08/31/2020 00 00 | COR | IV | 02/05/2016 11:29 | 08/19/2020 | MH Change | | | | 165 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/27/2020 - 01/31/2021 | N | 11/24/2020 06 50 | KVSP | IV | 08/10/2020 03 05 | 05/27/2020 | MH Change | | | | 249 days -No movement due to Covid-19 |

| Inst | | | Program | N/Y | Date1 | Inst2 | Level | Date3 | Date4 | Reason | Date5 | Date6 | Days | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEN | ▓ | ▓ | CCCMS 06/17/2020 - 01/31/2021 | N | 01/13/2021 00 00 | PVSP | III | 06/02/2020 11:10 | 06/17/2020 | MH Change | | | | 228 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 12/18/2020 - 01/31/2021 | N | 12/28/2020 00 00 | COR | IV | 10/27/2019 07:17 | 12/18/2020 | MH Change | | | | 44 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 10/30/2020 - 01/14/2021 | N | 11/05/2020 00 00 | SVSP | III | 09/22/2020 16:20 | 10/30/2020 | MH Change | 01/14/2021 07:30 | 01/14/2021 17:05 | 76 | |
| CEN | ▓ | ▓ | CCCMS 05/28/2020 - 01/31/2021 | N | 12/28/2020 00 00 | HDSP | IV | 05/28/2020 23:10 | 05/28/2020 | MH Change | | | | 248 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 08/12/2020 - 01/31/2021 | Y | 01/21/2021 09 59 | COR | IV | 08/07/2020 15:24 | 08/12/2020 | MH Change | | | | 172 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 12/21/2020 - 01/26/2021 | N | 12/09/2020 09:41 | WSP | III | 08/27/2019 17:30 | 12/21/2020 | MH Change | 01/26/2021 07:02 | 01/26/2021 16:55 | 36 | |
| CEN | ▓ | ▓ | CCCMS 10/29/2020 - 01/31/2021 | N | 11/05/2020 00 00 | NKSP | III | 09/22/2020 17:10 | 10/29/2020 | MH Change | | | | 94 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 01/27/2021 - 01/31/2021 | N | | | | 01/07/2021 20 50 | 01/27/2021 | MH Change | | | | |
| CEN | ▓ | ▓ | CCCMS 01/27/2021 - 01/31/2021 | N | | | | 10/22/2020 11 56 | 01/27/2021 | MH Change | | | | |
| CEN | ▓ | ▓ | CCCMS 01/28/2021 - 01/31/2021 | N | | | | 01/07/2021 22:40 | 01/28/2021 | MH Change | | | | |
| CEN | ▓ | ▓ | CCCMS 11/17/2020 - 01/31/2021 | N | 12/16/2020 00 00 | SVSP | IV | 11/06/2018 17:39 | 11/17/2020 | MH Change | | | | 75 days -No movement due to Covid-19 |
| CVSP | ▓ | ▓ | CCCMS 12/17/2020 - 01/31/2021 | N | 12/21/2020 00 00 | COR | II | 06/08/2020 02:43 | 12/17/2020 | MH Change | | | | 45 days -No movement due to Covid-19 |
| CVSP | ▓ | ▓ | CCCMS 11/23/2020 - 01/31/2021 | N | 12/04/2020 00 00 | SATF | II | 08/09/2016 16:47 | 11/23/2020 | MH Change | | | | 69 days -No movement due to Covid-19 |
| CVSP | ▓ | ▓ | CCCMS 08/04/2020 - 01/31/2021 | N | 01/13/2021 08:22 | VSP | II | 03/27/2018 15:18 | 08/04/2020 | MH Change | | | | 180 days -No movement due to Covid-19 |
| CVSP | ▓ | ▓ | CCCMS 11/24/2020 - 01/31/2021 | N | 12/04/2020 00 00 | SATF | II | 11/05/2019 10:22 | 11/24/2020 | MH Change | | | | 68 days -No movement due to Covid-19 |
| CVSP | ▓ | ▓ | CCCMS 06/12/2020 - 01/31/2021 | N | 12/04/2020 12:21 | SATF | II | 10/01/2020 10:44 | 06/12/2020 | MH Change | | | | 233 days -No movement due to Covid-19 |
| CVSP | ▓ | ▓ | CCCMS 11/20/2020 - 01/31/2021 | N | 11/09/2020 10 52 | PVSP | III | 12/13/2018 16:20 | 11/20/2020 | MH Change | | | | 72 days -No movement due to Covid-19 |
| CVSP | ▓ | ▓ | CCCMS 11/23/2020 - 01/31/2021 | N | 12/04/2020 00 00 | SATF | II | 09/11/2018 15:40 | 11/23/2020 | MH Change | | | | 69 days -No movement due to Covid-19 |
| CVSP | ▓ | ▓ | CCCMS 09/10/2020 - 01/31/2021 | N | 09/15/2020 00 00 | COR | II | 02/04/2020 10 58 | 09/10/2020 | MH Change | | | | 143 days -No movement due to Covid-19 |
| CVSP | ▓ | ▓ | CCCMS 12/10/2020 - 01/31/2021 | N | 12/11/2020 00 00 | COR | II | 01/17/2021 12:27 | 12/10/2020 | MH Change | | | | 52 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 04/21/2020 - 01/31/2021 | N | 10/23/2020 10:29 | RJD | II | 04/05/2020 11 04 | 04/21/2020 | MH Change | | | | 285 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 07/29/2020 - 01/31/2021 | N | 01/07/2021 09:19 | COR | II | 04/24/2020 09 56 | 07/29/2020 | MH Change | | | | 186 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 10/09/2020 - 01/31/2021 | N | 10/15/2020 00 00 | COR | II | 04/24/2020 09 56 | 10/09/2020 | MH Change | | | | 114 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 11/06/2020 - 01/31/2021 | N | 11/12/2020 00 00 | RJD | III | 02/08/2018 17 58 | 11/06/2020 | MH Change | | | | 86 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 06/08/2020 - 01/27/2021 | N | 11/20/2020 09 05 | VSP | II | 04/27/2020 02 08 | 06/08/2020 | MH Change | 01/29/2021 10:46 | 01/29/2021 15:04 | 235 | |
| ISP | ▓ | ▓ | CCCMS 04/22/2020 - 01/31/2021 | N | 10/23/2020 10:20 | SATF | II | 04/09/2020 09:42 | 04/22/2020 | MH Change | | | | 284 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 04/15/2020 - 01/31/2021 | N | 10/29/2020 00 00 | COR | II | 09/16/2020 01:19 | 04/15/2020 | MH Change | | | | 291 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 07/03/2020 - 01/31/2021 | N | 12/30/2020 08:15 | MCSP | III | 06/02/2020 20 57 | 07/03/2020 | MH Change | | | | 212 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 11/04/2020 - 01/31/2021 | N | 11/12/2020 00 00 | COR | II | 04/03/2020 10:43 | 11/04/2020 | MH Change | | | | 88 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 07/08/2020 - 01/31/2021 | N | 12/01/2020 08:47 | VSP | II | 04/04/2020 12:14 | 07/08/2020 | MH Change | | | | 207 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 07/08/2020 - 01/31/2021 | N | 07/14/2020 00 00 | VSP | II | 04/05/2020 09:27 | 07/08/2020 | MH Change | | | | 207 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 11/24/2020 - 01/31/2021 | N | 12/18/2020 00 00 | SVSP | III | 02/18/2020 10 02 | 11/24/2020 | MH Change | | | | 68 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 01/07/2021 - 01/31/2021 | N | 01/12/2021 00 00 | SCC | II | 02/11/2016 11:16 | 01/07/2021 | MH Change | | | | 24 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 07/16/2020 - 01/31/2021 | N | 01/14/2021 00 00 | SVSP | III | 02/20/2020 16:35 | 07/16/2020 | MH Change | | | | 199 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 11/13/2020 - 01/31/2021 | N | 11/19/2020 00 00 | COR | NA | 09/21/2020 09:22 | 11/13/2020 | MH Change | | | | 79 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 09/02/2020 - 01/31/2021 | N | 09/08/2020 00 00 | SVSP | III | 02/20/2020 16:35 | 09/02/2020 | MH Change | | | | 151 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 06/05/2020 - 01/31/2021 | N | 12/10/2020 09:11 | CCI | IV | 04/23/2019 12:13 | 06/05/2020 | MH Change | | | | 240 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 10/08/2020 - 01/31/2021 | N | 01/21/2021 18 58 | HDSP | IV | 11/14/2019 15:24 | 10/08/2020 | MH Change | | | | 115 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 09/04/2020 - 01/31/2021 | N | 09/15/2020 00 00 | ASP | II | 10/08/2020 17 06 | 09/04/2020 | MH Change | | | | 149 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 05/27/2020 - 01/31/2021 | N | 10/09/2020 00 00 | SOL | III | 04/11/2020 10 05 | 05/27/2020 | MH Change | | | | 249 days -No movement due to Covid-19 |
| ISP | ▓ | ▓ | CCCMS 10/27/2020 - 01/31/2021 | N | 10/30/2020 00 00 | SVSP | III | 11/16/2020 12 55 | 10/27/2020 | MH Change | | | | 96 days -No movement due to Covid-19 |

| Program | | | Case | N/Y | Date | Institution | LOC | Endorsed | Effective | Reason | | | Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISP | ▮ | ▮ | CCCMS 09/09/2020 - 01/31/2021 | N | 01/22/2021 00 00 | SVSP | III | 04/30/2019 13 02 | 09/09/2020 | MH Change | | | **144** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 09/16/2020 - 01/31/2021 | N | 09/22/2020 00 00 | MCSP | III | 08/17/2020 17:48 | 09/16/2020 | MH Change | | | **137** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 05/29/2020 - 01/31/2021 | N | 12/18/2020 00 00 | PVSP | III | 03/18/2020 14:29 | 05/29/2020 | MH Change | | | **247** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 08/19/2020 - 01/31/2021 | N | 09/01/2020 00 00 | COR | II | 12/21/2019 23:21 | 08/19/2020 | MH Change | | | **165** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 08/28/2020 - 01/31/2021 | N | 09/08/2020 00 00 | SATF | IV | 03/26/2020 17:30 | 08/28/2020 | MH Change | | | **156** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 12/17/2020 - 01/31/2021 | N | 01/06/2021 00 00 | COR | NA | 09/21/2020 08:23 | 12/17/2020 | MH Change | | | **45** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 08/19/2020 - 01/31/2021 | N | 08/24/2020 00 00 | MCSP | III | 01/28/2020 10:45 | 08/19/2020 | MH Change | | | **165** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 07/09/2020 - 01/31/2021 | N | 12/01/2020 08 52 | VSP | II | 04/24/2020 09:10 | 07/09/2020 | MH Change | | | **206** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 4/22/2020 - 01/31/2021 | N | 10/22/2020 09:31 | VSP | II | 04/09/2020 09:28 | 04/22/2020 | MH Change | | | **284** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 12/2/2020 - 01/31/2021 | N | 12/18/2020 00 00 | KVSP | IV | 02/06/2020 14 00 | 12/02/2020 | MH Change | | | **60** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 09/18/2020 - 01/31/2021 | N | 10/08/2020 00 00 | SVSP | III | 06/03/2019 11:27 | 09/18/2020 | MH Change | | | **135** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 09/18/2020 - 01/31/2021 | N | 09/24/2020 00 00 | SVSP | III | 10/08/2020 14:27 | 09/18/2020 | MH Change | | | **135** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 06/10/2020 - 01/31/2021 | N | 12/10/2020 08:30 | RJD | III | 01/16/2020 16:32 | 06/10/2020 | MH Change | | | **235** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 08/19/2020 - 01/31/2021 | N | 10/15/2020 12 55 | FOL | III | 03/10/2020 15:20 | 08/19/2020 | MH Change | | | **165** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 01/19/2021 - 01/31/2021 | N | 01/21/2021 00 00 | COR | II | 04/05/2020 10 09 | 01/19/2021 | MH Change | | | |
| ISP | ▮ | ▮ | EOP 05/21/2020 - 07/24/2020, CCCMS 07/24/2021 - 01/31/2021 | N | 01/28/2021 19:17 | HDSP | IV | 11/07/2020 13 56 | 05/21/2020 | MH Change | | | **255** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 10/13/2020 - 01/31/2021 | N | 01/14/2021 00 00 | COR | III | 10/29/2020 03:12 | 10/13/2020 | MH Change | | | **110** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 05/14/2020 - 01/31/2021 | N | 01/05/2021 00 00 | MCSP | II | 04/24/2020 09 56 | 05/14/2020 | MH Change | | | **262** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 11/24/2020 - 01/31/2021 | N | 12/04/2020 00 00 | COR | NA | 09/21/2020 09:12 | 11/24/2020 | MH Change | | | **68** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 05/13/2020 - 01/31/2021 | N | 12/24/2020 00 00 | SCC | II | 04/24/2020 10 54 | 05/13/2020 | MH Change | | | **263** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 05/14/2020 - 01/31/2021 | N | 01/05/2021 00 00 | VSP | II | 04/24/2020 10 54 | 05/14/2020 | MH Change | | | **262** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 10/29/2020 - 01/31/2021 | N | 11/04/2020 00 00 | SATF | II | 04/11/2020 11:31 | 10/29/2020 | MH Change | | | **94** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 05/14/2020 - 01/31/2021 | N | 01/14/2021 00 00 | SATF | II | 04/25/2020 10:14 | 05/14/2020 | MH Change | | | **262** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 10/21/2020 - 01/31/2021 | N | 10/28/2020 00 00 | COR | II | 09/21/2020 09:47 | 10/21/2020 | MH Change | | | **102** days -No movement due to Covid-19 |
| ISP | ▮ | | CCCMS 01/28/2021 - 01/31/2021 | N | | | | 01/30/2017 21:10 | 01/28/2021 | MH Change | | | |
| ISP | ▮ | ▮ | CCCMS 08/19/2020 - 01/31/2021 | N | 08/21/2020 00 00 | COR | II | 04/24/2020 09:10 | 08/19/2020 | MH Change | | | **165** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 08/20/2020 - 01/31/2021 | N | 01/15/2021 00 00 | CMC | II | 01/08/2021 17 53 | 08/20/2020 | MH Change | | | **164** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 01/07/2021 - 01/31/2021 | N | 01/12/2021 00 00 | SATF | IV | 03/10/2020 17:16 | 01/07/2021 | MH Change | | | **24** days -No movement due to Covid-19 |
| ISP | ▮ | ▮ | CCCMS 07/07/2020 - 01/31/2021 | N | 10/20/2020 00 00 | NKSP | III | 12/05/2019 16 03 | 07/07/2020 | MH Change | | | **208** days -No movement due to Covid-19 |

# EXHIBIT B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 02/02/2021 06:49 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 01/01/2021 - 01/31/2021
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|