| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**ELEVENTH JOINT UPDATE ON THE WORK OF THE COVID-19 TASK FORCE**<br><br>Judge: Hon. Kimberly J. Mueller |

This report provides the parties' eleventh COVID-19 Task Force joint update and covers issues discussed since the tenth joint update filed on January 22, 2021.[1] This report covers the Forty-Fifth (February 2, 2021) and Forty-Sixth (February 16, 2021) COVID-19 Task Force meetings, and various small workgroup meetings between representatives from Defendants and the Special Master's team. Unless otherwise indicated, the small workgroup meetings include members of Defendants' leadership and the Special Master's team, and not Plaintiffs. The Special Master typically holds weekly meetings with Plaintiffs to update them on the status of the workgroups.

## I. UPDATE REGARDING COVID-19 CASES IN CDCR AND DSH

### A. CDCR Report On COVID-19 Cases, Testing, and Vaccines

CDCR reported the following vaccination statistics as of February 16, 2021. Systemwide, approximately 56% of COVID-19 naïve patients received at least one dose of vaccine. A total of approximately 86% of incarcerated people have now either received at least one dose of vaccine and/or have previously had a confirmed COVID-19 infection. At least first doses of vaccine have been offered to 54% of incarcerated patients, and the overall acceptance rate is 65%. Acceptance rates are higher for at-risk populations, with 87% acceptance among COVID-19 naïve people age 65 or greater, and 83% acceptance among COVID-19 naïve people with a COVID-19 weighted risk score of 3 or greater. All clinical and custody staff working at institutions have been offered vaccination. Approximately 22,072 or 41% of institution-based staff have received at least first doses and 24,645 or 38% of all staff have received at least first doses. CDCR is providing education to incarcerated people and staff and hopes to increase acceptance rates.

---

[1] At the June 26, 2020 status conference, the Court directed the parties to file a joint report with updates "on the work of the Task Force" by July 15, 2020 and "every two weeks thereafter." (ECF No. 6741.) The Court modified this schedule on August 26, 2020, directing the parties to file COVID-19 Task Force updates every other Friday by 12:00 p.m., beginning on August 28, 2020. (ECF No. 6837.) On September 25, 2020, the Court extended the deadline to file the sixth joint update to October 2, 2020 at 12:00 p.m. and directed that further joint updates be filed every four weeks. (ECF No. 6886.)

Consistent with public health guidelines, CDCR will offer vaccination to all incarcerated people, including previously-infected patients. The following groups of incarcerated people are prioritized: those at skilled nursing facilities including all of CMF and CHCF, and certain units at CCWF; those age 65 or greater; those with a COVID-19 weighted risk score of 3 or greater; those at an inpatient mental health or medical level of care (ICF, Acute, MHCB, OHU or CTC); and incarcerated workers. Among patients who have previously been infected, those with infections greater than six months ago are prioritized.

The following table shows CDCR's report as of February 16, 2021 on the total number of confirmed COVID-19 cases, currently active, resolved to date, currently hospitalized, hospitalized to date, deaths to date, and the number and percentage of those cases who are *Coleman* class members and their level of care.

| COVID Result | Total Patients | MHSDS Patients Only | MHSDS patients as % of total |
|---|---|---|---|
| **Active** | 1,546 | 266 (203 CCCMS, 58 EOP, 4 ICF, 1 ACUTE, 0 MHCB) | 17% |
| **Resolved** | 43,221 | 12,944 (10,803 CCCMS, 1,946 EOP, 112 ICF, 33 ACUTE, 50 MHCB) | 30% |
| **TOTAL (Active + Resolved)** | 44,767 | 13,210 (11,006 CCCMS, 2,004 EOP, 116 ICF, 34 ACUTE, 50 MHCB) | 30% |
| **Currently Hospitalized** | 27 | 13 (9 CCCMS, 4 EOP, 0 ICF, 0 ACUTE, 0 MHCB) | 48% |
| **Cumulative Hospitalized** | 1,250 | 426 (348 CCCMS, 67 EOP, 10 ICF, 0 ACUTE, 1 MHCB) | 34% |
| **Deaths** | 208 | 80 (68 CCCMS, 11 EOP, 1 ICF, 0 ACUTE, 0 MHCB) | 38% |

CDCR reports the above hospitalization numbers include re-admissions of some patients who were discharged and then re-admitted. It also reports that the numbers exclude patients who were COVID-19 positive and admitted to outside hospitals for reasons other than COVID-19.

According to CDCR, as of February 16, 2021, it had tested 117,762 unique incarcerated people and formerly incarcerated people, approximately 41% of whom have tested positive, and 92,315 of whom are still in CDCR custody. Of the total number of currently in-custody prisoners tested, 29,532 or 32% of those tested were part of the MHSDS. According to CDCR's publicly available Population COVID-19 Tracking dashboard reports, as of February 14, 2021, CDCR's rate of confirmed cases per 1,000 incarcerated people (515.9 per 1,000) is higher than the rates in California (88.2 per 1,000) and the United States (83.9 per 1,000).

As of February 16, 2021, CDCR has designated thirty-four institutions as closed to movement of incarcerated people not considered "resolved" COVID-19 patients; Chuckawalla Valley State Prison is the only institution not currently closed to movement. The closed designations for California Correctional Women's Facility, North Kern State Prison, and Wasco State Prison are qualified by an exception for Reception Center intake.

### B. DSH Report Regarding COVID-19 Cases, Testing, and Vaccinations

At the February 16, 2021 Task Force meeting, DSH reported that it has continued offering vaccination to all patients across its five hospitals and has made vaccination information publicly available at the following website: https://www.dsh.ca.gov/COVID-19/Vaccination.html. All DSH staff and patients are eligible. DSH's website reports, as of February 13, 2021, a total of 6,493 vaccines have been administered to patients and 12,521 vaccines have been administered to staff, including first and second doses.

As of February 16, 2021, DSH has performed 60,165 tests on a cumulative total of 6,813 patients across all five hospitals. A total of 1,858 patients (including non-*Coleman* patients) and 1,900 staff have tested positive to date, with a total of 42 patients and 36 staff testing positive in the past 14 days across the five hospitals. A total of 55 patients have died to date, none of whom are *Coleman* class members.

As of February 16, 2021, DSH-Atascadero has had a cumulative total of 18 COVID-19 positive *Coleman* patients. No *Coleman* patients are currently symptomatic or positive for COVID-19. DSH-Atascadero has one housing unit on quarantine due to a

positive staff exposure. One isolation unit is active. One *Coleman* patient from Unit 23 was positive for COVID-19, has completed isolation and was returned to Unit 23 on February 1, 2021.

As of February 16, 2021, DSH-Coalinga has had no COVID-19 positive *Coleman* patients. DSH-Coalinga has 7 housing units on quarantine. The *Coleman* unit was quarantined on February 3, 2021 due to a positive staff exposure, but was released from quarantine on February 17, 2021. One isolation unit is active.

As of February 16, 2021, DSH-Patton has had a cumulative total of 2 COVID-19 positive *Coleman* patients. No *Coleman* patients are currently symptomatic or positive for COVID-19. DSH-Patton has 11 housing units on quarantine. The *Coleman* Unit was released from quarantine on January 30, 2021. Two isolation units are active.

## II. UPDATES ON DSH CENSUS, WAITLIST, AND ADMISSIONS

Since DSH lifted its temporary suspension of admissions effective April 16, 2020, DSH has admitted a total of 156 *Coleman* class members, including 7 during the two weeks ending January 29, 2021, and 6 during the two weeks ending February 12, 2021. As of February 12, 2021 there were 163 *Coleman* class members at DSH-Atascadero (with 93 available beds), 29 at DSH-Coalinga (with 21 available beds), and 12 at DSH-Patton (with 18 available beds).

As of February 12, 2021, Defendants report there are 21 patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, including 13 ICF patients awaiting admission for more than 30 days. The average wait time for the 21 patients awaiting admission was 48.2 days from the referral received date, with a maximum wait time of 106 days after referral received, as of February 12, 2021. Of the 21 patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, all are housed at institutions CDCR has closed to movement. DSH received 6 new referrals from CDCR during the two weeks ending January 29, 2021 and 5 new referrals during the two weeks ending February 12, 2021. Plaintiffs expressed continued concerns about low numbers of referrals to DSH from CDCR in recent weeks, and the parties discussed reasons for the

lack of transfers from certain institutions with low numbers of COVID-19 cases, including the individualized review of referrals.

### III. UPDATES ON THE CDCR AND DSH SMALL WORKGROUP ACTIVITIES

The Special Master's experts have held small workgroups with CDCR and DSH leadership, without Plaintiffs' or Defendants' counsel, focused on specific topics.

#### A. CDCR Workgroup

The CDCR small workgroup has focused on discussing revisions to COVID-19 transfer guidance, meeting Program Guide requirements, mitigation efforts where Program Guide requirements are not met because of public health measures, creating corrective action plans to individualize improvement efforts at institutions, and treatment in the CMF L-1 PIP.

On February 8, 2021, CDCR issued a directive to the field modifying in part the existing April 10 and 17, 2020 transfer policies to eliminate COVID-19-related restrictions on transfer to PIPs and MHCBs, including eliminating the emergent transfer review by the Deputy Director of Mental Health Services. *See* ECF No. 7059 at 3-4, 40-41 (COVID-19 Program Guide Departures Joint Filing). PIP and MHCB referrals and transfers have therefore returned to being governed by Program Guide requirements and processes while ensuring facilities have sufficient space to house new admissions safely. Per the February 8 directive, individual class members' vaccination status will not prevent them from transferring to inpatient levels of care. *See id.*

On February 16, 2021, CDCR reported that there are a total of 334 patients with pending Acute or ICF referrals to PIPs, including 242 patients in MHCB or outpatient settings and 92 patients currently in PIP settings. Of those 334 patients, 60 are awaiting transfer to Acute care, and 274 are awaiting transfer to ICF care. CDCR also reported 72 vacant Acute PIP beds, and 198 vacant ICF PIP beds (not including the SQ and CIW PIPs), as of February 16, 2021. At the February 16, 2021 Task Force meeting, CDCR reported that it had set a goal of transferring approximately 35 patients per week into the five PIPs (CIW, CMF, CHCF, SVSP, and SQ), including approximately 10 each at CMF

and CHCF, and 6 at SVSP, although SVSP was working on opening more admissions and intake units.  Defendants are also resuming inpatient transfers with the understanding that new admissions must be limited to ensure facilities have sufficient beds for quarantine, and have an available bed once each patient comes off of quarantine status.  To address Plaintiffs' concerns regarding the rate of admissions given the size of the inpatient waitlist, length of wait times, and number of vacant PIP beds, the parties plan to continue meeting and conferring on this issue.

CDCR provided the following update on CMF L-1, which had been on quarantine status for all of January until it was removed from quarantine on the evening of February 1, 2021.  The CMF O-Tower remained closed through January to all clinical programming due to custody staffing shortages secondary to the COVID-19 pandemic.  O-Tower re-opened to one-on-one clinical treatment for L-1 patients the week of February 1, and group treatment restarted during the week of February 8, 2021.  Thirty groups have resumed with 50% capacity, equating to approximately 5.5 hours of group treatment offered per patient on average.  Dayroom, phones, and yard are now open.

### B. DSH Workgroup

Defendants report that the DSH small workgroup continued to review individual patient cases together and discussed institutional COVID-19 public health data for both DSH and CDCR institutions.  At the February 16, 2021 Task Force meeting, DSH reported that the workgroup is still discussing potential modifications to DSH's admissions protocols to account for vaccinations.  Plaintiffs urged Defendants to ensure vaccination only speeds transfers and does not slow down transfers.

## IV. UPDATES ON OTHER KEY TASK FORCE TOPICS

### A. Returning to Program Guide-Level Care and Roadmap to Reopening

The parties discussed the importance of developing a plan to resume the provision of Program Guide-level mental health treatment based on public health factors including accounting for vaccination, and agreed there is a need to revisit the August 14, 2020 Roadmap to Reopening in light of the large and increasing numbers of patients and staff

6
ELEVENTH JOINT UPDATE ON THE WORK OF THE COVID-19 TASK FORCE
[3692220.9]

with some level of COVID-19 immunity due to vaccines and/or prior infection. Defendants reported that they are still internally discussing their position and the parties anticipate discussing this topic further at the next Task Force meeting.

DATED: February 19, 2021

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Marc J. Shinn-Krantz*
Marc J. Shinn-Krantz

Attorneys for Plaintiffs

DATED: February 19, 2021

XAVIER BECERRA
Attorney General
Adriano Hrvatin
Supervising Deputy Attorney General

By: /s/ *Lucas L. Hennes*
Lucas L. Hennes
Deputy Attorney General

Attorneys for Defendants

[3692220.9]

7
ELEVENTH JOINT UPDATE ON THE WORK OF THE COVID-19 TASK FORCE