1 | DONALD SPECTER – 083925
STEVEN FAMA – 099641
2 | MARGOT MENDELSON – 268583
PRISON LAW OFFICE
3 | 1917 Fifth Street
Berkeley, California 94710-1916
4 | Telephone: (510) 280-2621

5 | CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
6 | AND DEFENSE FUND, INC.
Ed Roberts Campus
7 | 3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
8 | Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

10 | Attorneys for Plaintiffs

12 | UNITED STATES DISTRICT COURT

13 | EASTERN DISTRICT OF CALIFORNIA

15 | RALPH COLEMAN, et al.,

16 | Plaintiffs,

17 | v.

18 | GAVIN NEWSOM, et al.,

19 | Defendants.

Case No. 2:90-CV-00520-KJM-DB

**DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE AND OBJECTIONS TO THE JANUARY 28, 2021 SPECIAL MASTER'S MONITORING REPORT ON THE MENTAL HEALTH INPATIENT CARE PROGRAMS**

Judge: Hon. Kimberly J. Mueller

[3695264.1]

1    I, Lisa Ells, declare:

2    1.    I am an attorney duly admitted to practice before this Court.  I am a partner

3 in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I

4 have personal knowledge of the facts set forth herein, and if called as a witness, I could

5 competently so testify.  I make this declaration in support of Plaintiffs' Reply to

6 Defendants' Response and Objections to the January 28, 2021 Special Master's

7 Monitoring Report on the Mental Health Inpatient Care Programs.

8    2.    Attached hereto as **Exhibit A** is a true and correct copy of an email chain

9 dated February 4, 2021 between members of the Special Master team, Deputy Attorney

10 General Elise Thorn, and me.  I did not receive a response from Defendants to my offer to

11 provide a redline comparison of the draft and final versions of the 2021 Inpatient Report.

12    I declare under penalty of perjury under the laws of the United States of America

13 that the foregoing is true and correct, and that this declaration is executed at San Francisco,

14 California this 22nd day of February, 2021.

15

16    */s/ Lisa Ells*
    Lisa Ells

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

| From: | Lisa Ells |
|---|---|
| To: | Kerry F. Walsh |
| Cc: | Elise Thorn; Mohamedu Jones; Zelia M. Tavares; Irizarry, Cristina; Rachel Gribbin |
| Subject: | Re: Inpatient Report and Suicide Reports |
| Date: | Thursday, February 4, 2021 8:32:07 AM |

I'd be happy to have our word processing team convert them. I could then recirculate. Let me know if that would be of interest.

Lisa Ells

Rosen Bien Galvan & Grunfeld LLP

101 Mission Street, 6th Floor

San Francisco, CA 94105

Telephone: 415/433-6830

Fax: 415/433-7104

lells@rbgg.com

CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

On Feb 4, 2021, at 8:00 AM, Walsh Kerry F. <kwalsh@pldolaw.com> wrote:

I would like to set up a call with you and perhaps Lisa Ells today to make sure that everyone is able to successfully convert the documents for reviewing purposes.  Could you and Lisa let me know when you are available.  Thank you.

**Kerry F. Walsh, Partner**

kwalsh@pldolaw.com

P 401.824.5118 • F 401.824.5123

<image001.jpg>

**Pannone Lopes Devereaux & O'Gara LLC**

Northwoods Office Park  Suite 215 N

1301 Atwood Avenue, Johnston, RI 02919

www.pldolaw.com  •  Legal Disclaimer

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Thursday, February 04, 2021 10:57 AM
**To:** Walsh Kerry F. <kwalsh@pldolaw.com>; 'Lisa Ells (LElls@rbgg.com)'
<LElls@rbgg.com>
**Cc:** Jones Mohamedu <mjones@pldolaw.com>; Tavares, Zelia M
<ztavares@pldolaw.com>; Irizarry, Cristina <cirizarry@pldolaw.com>
**Subject:** RE: Inpatient Report and Suicide Reports

Thank you Kerry.  We really appreciate this.

**From:** Walsh Kerry F. <kwalsh@pldolaw.com>
**Sent:** Thursday, February 4, 2021 7:19 AM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; 'Lisa Ells (LElls@rbgg.com)'
<LElls@rbgg.com>
**Cc:** Jones Mohamedu <mjones@pldolaw.com>; Walsh Kerry F.
<kwalsh@pldolaw.com>; Tavares, Zelia M <ztavares@pldolaw.com>; Irizarry, Cristina
<cirizarry@pldolaw.com>
**Subject:** Inpatient Report and Suicide Reports

Elise and Lisa – attached are the actual final pdf versions of the inpatient report and the
suicide reports that were eventually filed with the court.  These reports are identical to
the reports that have been filed with the court.  You both received the drafts of these
reports in pdf and I don't believe you had any problems converting those to Word
format.  Likewise there should be no problem converting these documents to Word
format as well to allow you to do a side by side comparison of each report.  When I
reviewed the draft reports with the actual redline changes, there were also comment
bubbles throughout the documents containing internal questions and comments from
our team members.  Rather than take the chance of failing to delete some comment
boxes or having some not deleted for other technology related reasons for which I
might be unaware, I am providing you with these documents.  One of our paralegals
converted them to Word documents yesterday and actually found a way to produce a
redlined version of the pdf documents for comparison (I am too old for new tricks such
as those).  Please let me know if you have any trouble converting these to Word format
and I am sure we can figure out a solution.  Thank you.

**Kerry F. Walsh, Partner**
kwalsh@pldolaw.com
P 401.824.5118 •  F 401.824.5123
<image003.jpg>

**Pannone Lopes Devereaux & O'Gara LLC**
Northwoods Office Park  Suite 215 N

1301 Atwood Avenue, Johnston, RI 02919
www.pldolaw.com  •  Legal Disclaimer

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message was sent from outside the company. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.