XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No.308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' TWENTY-SECOND STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS**<br><br>Judge: Hon. Kimberly J. Mueller |

1

## INTRODUCTION

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id*.) Defendants have filed twenty-one status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds.

## DISCUSSION

### I. DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD). (ECF No. 6168.) The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget. Defendants have timely filed an additional twenty status reports between June 27, 2019 and January 27, 2020. (ECF Nos. 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, 6840, 6884, 6926, 6967, 7007, and 7036.)

### II. UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.

As previously reported to the Court, CDCR's MHCB construction project in Southern California is proceeding with the construction of 50 new licensed mental health crisis beds at CIM. (ECF Nos. 6297 at 3, and 6371 at 3.) CDCR is proceeding with work on the plan. (Borg Decl. ¶ 2.)

As previously reported, CDCR received an additional set of review comments from the Office of the State Fire Marshal on November 23, 2020. (ECF No. 6967 at 2.) The architect of

2

Defs.' 22nd Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

1  record, Hellmuth, Obata and Kassabaum, continues to address these comments and CDCR still
2  estimates it will submit revised working drawings to the OSFM by mid-March and receive final
3  working drawings from the OSFM by May 21, 2021.  (Borg Decl. ¶ 3.)
4     Unfortunately, CDCR's prior estimate that construction will begin in September 2021, with
5  construction expected to be completed in September 2023 may be delayed as a result of an
6  unexpected decision from the San Bernardino Superior Court that found some inadequacies in the
7  Environmental Impact Report completed for the CIM project.  (Borg Decl. ¶¶ 4 and 5, Exhibit A.)
8  The decision, issued on February 24, 2021, follows a petition for writ of mandamus filed in 2019
9  by the City of Chino, the City of Chino Hills, San Bernardino County and the Chino Valley
10 Independent Fire District seeking an order directing CDCR to vacate approval of the CIM project
11 on the basis that CDCR's Environmental Impact Report on the construction project was
12 inadequate.  (Borg Decl. Exhibit A.)  The decision will likely cause a delay in CDCR proceeding
13 to seek bids from the construction market.  (Borg Decl. ¶ 4.)  Although CDCR successfully
14 defended seven of ten claims raised in the petition, it will need to address three issues with the
15 Environmental Impact Report the court found inadequate:  (1) the description of baseline
16 conditions; (2) the analysis of project alternatives; and (3) the analysis of traffic impacts.  (*Id.*)
17     The previous estimates of the dates for the commencement and completion of construction
18 for the CIM project will likely be impacted by the work needed to address the Superior's Court's
19 decision and, if necessary, correct the Environmental Impact Report.  (Borg Decl. ¶ 5.)
20 Defendants are unable to provide a revised timeline until the writ and judgment are finalized by
21 the Superior Court and CDCR determines whether it will appeal the judgment and writ, and
22 determines the feasibility of negotiating a resolution of the three claims with the petitioners.  (*Id.*)
23 Defendants will report on the status of the entry of judgment, the decision to appeal the judgment,
24 and an anticipated timeline for the other work needed to complete revisions to the Environmental
25 Impact Report, if available, in the 23rd status report to the Court in March.  (*Id.*)
26 / / /
27 / / /
28 / / /

3

Defs.' 22nd Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

### III. UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.

Defendants have no changes to report on the $91,032,000 appropriation for construction of 50 new licensed crisis beds at CIM.

### IV. DEFENDANTS CURRENTLY DO NOT EXPECT COVID-19 TO DELAY THE PROJECT.

CDCR's COVID-19 response plan has not delayed the CIM construction project. (Borg Decl. ¶ 6.) Should COVID-19 impact Defendants' construction project, Defendants will let the Court know.

### CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

Dated: February 26, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/S/ ELISE OWENS THORN*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

4

Defs.' 22nd Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))