Gregg McLean Adam, Bar No. 203436
  gregg@majlabor.com
**MESSING ADAM & JASMINE LLP**
235 Montgomery St., Suite 828
San Francisco, California 94104
Telephone:    415.266.1800
Facsimile:    415.266.1128

David A. Sanders, Bar No. 221393
  david.sanders@ccpoa.org
Daniel M. Lindsay, Bar No. 142895
  dan.lindsay@ccpoa.org
**CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:    916.340.2959
Facsimile:    916.374.1824

Attorneys for Amicus Curiae California Correctional Peace Officers' Association

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>         Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>The Hon. Kimberly J. Mueller |

PLEASE TAKE NOTICE that D. Paul Bird II is no longer employed by Messing Adam & Jasmine LLP and no longer represents Amicus Curiae California Correctional Peace Officers' Association in the above captioned matter. Gregg McLean Adam, of Messing Adam & Jasmine LLP, and David A. Sanders, of California Correctional Peace Officers' Association, remain counsel of record for Amicus Curiae California Correctional Peace Officers' Association.

/ / /

/ / /

/ / /

/ / /

1     Please remove Mr. Bird from all future correspondence, notices of electronic filing,
2 pleadings and/or other court documents in this case.

4 Dated: March 1, 2021            MESSING ADAM & JASMINE LLP

By    */s/ Gregg McLean Adam*
       Gregg McLean Adam
       Attorneys for Amicus Curiae California
       Correctional Peace Officers' Association