XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS L. HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF FILING CORRECTED EXHIBIT A TO MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge: The Hon. Kimberly J. Mueller |

1

1  Defendants hereby respectfully submit this Notice of Filing of Corrected Exhibit A to their
2  Monthly Psychiatry Vacancy Report.  The previously submitted Exhibit A, ECF No. 7069,
3  contains two erroneously generated figures for SATF and SVSP's on-site registry positions filled
4  in January 2021.  In order to correct these inadvertent errors, Defendants have attached hereto a
5  corrected version of Exhibit A, with the errors highlighted. These errors had no impact on fill rate
6  percentages.

7  Dated:  March 5, 2021                                              Respectfully submitted,

8                                                                                   XAVIER BECERRA
                                                                                      Attorney General of California
9                                                                                   DAMON MCCLAIN
                                                                                      Supervising Deputy Attorney General
10

11                                                                                   /S/ *Namrata Kotwani*
                                                                                      NAMRATA KOTWANI
12                                                                                   Deputy Attorney General
                                                                                      *Attorneys for Defendants*

# EXHIBIT A

| | Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Psychiatry Positions - January 2021 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Allocated Jan 2021[1]** | | | **Filled Jan 2021** | | | | | | **Filled w PNP Jan 2021** | | |
| **Sites** | **Site** | **Telepsych** | **Total** | **Site[2]** | **On-Site Registry[3]** | **Telepsych[4]** | **Telepsych Registry[3,4]** | **Total** | **Percentage** | **PNP[2,3]** | **Total** | **Percentage** |
| **ASP** | 4.00 | 0.00 | 4.00 | 0.00 | 5.07 | 0.00 | 0.00 | 5.07 | **127%** | 0.00 | 5.07 | **127%** |
| **CAL** | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| **CCC** | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| **CCI** | 5.00 | 0.00 | 5.00 | 2.00 | 2.89 | 2.00 | 0.00 | 6.89 | **138%** | 0.00 | 6.89 | **138%** |
| **CCWF** | 7.00 | 2.00 | 9.00 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | **56%** | 3.73 | 8.73 | **97%** |
| **CEN** | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| **CHCF** | 6.00 | 18.00 | 24.00 | 2.00 | 3.55 | 7.00 | 0.50 | 13.05 | **54%** | 1.00 | 14.05 | **59%** |
| **CHCF PIP** | 36.50 | 0.00 | 36.50 | 14.00 | 7.97 | 3.11 | 0.00 | 25.08 | **69%** | 0.00 | 25.08 | **69%** |
| **CIM** | 9.00 | 0.00 | 9.00 | 6.00 | 1.90 | 1.00 | 0.00 | 8.90 | **99%** | 0.00 | 8.90 | **99%** |
| **CIW** | 10.50 | 1.00 | 11.50 | 6.00 | 3.72 | 0.00 | 0.00 | 9.72 | **85%** | 0.00 | 9.72 | **85%** |
| **CMC** | 15.00 | 2.00 | 17.00 | 8.00 | 3.30 | 0.00 | 0.69 | 11.99 | **71%** | 0.00 | 11.99 | **71%** |
| **CMF** | 14.50 | 4.00 | 18.50 | 6.00 | 5.39 | 3.00 | 0.00 | 14.39 | **78%** | 1.00 | 15.39 | **83%** |
| **CMF PIP** | 32.00 | 0.00 | 32.00 | 7.00 | 8.88 | 1.00 | 0.92 | 17.80 | **56%** | 0.00 | 17.80 | **56%** |
| **COR** | 5.00 | 5.00 | 10.00 | 2.50 | 2.23 | 5.70 | 0.00 | 10.43 | **104%** | 0.00 | 10.43 | **104%** |
| **CRC** | 3.50 | 0.00 | 3.50 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | **200%** | 0.00 | 7.00 | **200%** |
| **CTF** | 3.50 | 2.00 | 5.50 | 2.00 | 0.80 | 1.00 | 0.00 | 3.80 | **69%** | 0.87 | 4.67 | **85%** |
| **CVSP** | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.13 | 0.16 | 0.29 | **29%** | 0.00 | 0.29 | **29%** |
| **DVI** | 1.50 | 0.00 | 1.50 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | **133%** | 0.00 | 2.00 | **133%** |
| **FSP** | 2.50 | 0.00 | 2.50 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | **120%** | 0.00 | 3.00 | **120%** |
| **HDSP** | 0.50 | 6.00 | 6.50 | 0.00 | 0.00 | 3.17 | 2.02 | 5.19 | **80%** | 0.00 | 5.19 | **80%** |
| **ISP** | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.13 | 0.16 | 0.29 | **29%** | 0.00 | 0.29 | **29%** |
| **KVSP** | 4.00 | 5.00 | 9.00 | 1.00 | 0.00 | 3.36 | 1.84 | 6.20 | **69%** | 2.10 | 8.30 | **92%** |
| **LAC** | 11.00 | 0.00 | 11.00 | 5.00 | 4.26 | 1.00 | 0.00 | 10.26 | **93%** | 1.20 | 11.46 | **104%** |
| **MCSP** | 7.50 | 8.00 | 15.50 | 3.75 | 2.93 | 5.20 | 2.73 | 14.61 | **94%** | 0.00 | 14.61 | **94%** |
| **NKSP** | 6.50 | 1.00 | 7.50 | 0.00 | 4.27 | 2.00 | 0.00 | 6.27 | **84%** | 2.02 | 8.29 | **111%** |
| **PBSP** | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.17 | 0.00 | 2.17 | **72%** | 0.00 | 2.17 | **72%** |
| **PVSP** | 1.50 | 2.00 | 3.50 | 1.00 | 1.09 | 1.00 | 0.00 | 3.09 | **88%** | 0.00 | 3.09 | **88%** |
| **RJD** | 14.00 | 3.00 | 17.00 | 8.75 | 4.23 | 2.17 | 0.00 | 15.15 | **89%** | 0.00 | 15.15 | **89%** |
| **SAC** | 18.50 | 1.00 | 19.50 | 15.75 | 2.95 | 0.17 | 0.00 | 18.87 | **97%** | 0.00 | 18.87 | **97%** |
| **SATF** | 6.50 | 9.00 | 15.50 | 1.00 | 2.36 | 8.26 | 0.92 | 12.54 | **81%** | 4.84 | 17.38 | **112%** |
| **SCC** | 1.50 | 1.00 | 2.50 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | **40%** | 0.98 | 1.98 | **79%** |
| **SOL** | 4.00 | 0.00 | 4.00 | 4.00 | 0.76 | 0.16 | 0.00 | 4.92 | **123%** | 0.00 | 4.92 | **123%** |
| **SQ** | 10.50 | 0.00 | 10.50 | 11.00 | 0.53 | 0.00 | 0.00 | 11.53 | **110%** | 0.00 | 11.53 | **110%** |
| **SVSP** | 3.00 | 7.00 | 10.00 | 0.00 | 2.36 | 6.16 | 1.09 | 9.61 | **96%** | 0.00 | 9.61 | **96%** |
| **SVSP PIP** | 10.00 | 0.00 | 10.00 | 1.00 | 7.44 | 0.00 | 0.00 | 8.44 | **84%** | 0.00 | 8.44 | **84%** |
| **VSP** | 0.50 | 7.00 | 7.50 | 0.00 | 0.00 | 6.20 | 0.00 | 6.20 | **83%** | 0.23 | 6.43 | **86%** |
| **WSP** | 5.00 | 3.00 | 8.00 | 3.00 | 1.12 | 3.20 | 0.87 | 8.19 | **102%** | 0.00 | 8.19 | **102%** |
| **TOTAL** | **262.00** | **93.00** | **355.00** | **130.75** | **80.00** | **69.29** | **11.90** | **291.94** | **82%** | **17.97** | **309.91** | **87%** |

**Footnote**

1  Source:  MH Memo January 2021 Statewide Mental Health Position Allocated

2  Source: February 1, 2021 CCHCS Psychiatrist Vacancy/Coverage Report

3  Source: PSYT_PNP Temp Relief Details (January 2021)

4  Source: January 2021 Telepsychiatry Provider List