UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No.  2:90-cv-0520 KJM DB P<br><br><br><br>ORDER |

Plaintiffs have filed a motion for leave to file a motion to clarify the court's June 13, 2002 order, ECF No. 1383.  ECF No. 7072.  Plaintiffs have complied with the requirements of the court's December 24, 2020 order, ECF No. 7003.

After review, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' March 5, 2021 motion, ECF No. 7072, is GRANTED; and
2. Plaintiffs' motion to clarify shall be noticed for hearing on this court's regular law and motion calendar and briefed in accordance with the provisions of Local Rule 230 (E.D. Cal.)

DATED:  March 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE