**Sharen Barboza, Ph.D.**
**37 Norton Avenue**
**Clinton, NY 13323**
**sharen@sharenbarboza.com**

**REPORT ON SUICIDES COMPLETED IN THE**
**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**JANUARY 1, 2017 – DECEMBER 31, 2017**


I.      <u>**Introduction and Summary of the Findings**</u>

This report is the *Coleman* Special Master's expert's review of the 30 deaths by suicide of inmates incarcerated within the California Department of Corrections and Rehabilitation (CDCR) in 2017. It is submitted as part of the Special Master's continuing review of the defendant's compliance with court-ordered remediation in the matter of *Coleman v. Newsom*, No. CIV S-90-0520 KJM KJN E.D. Cal.

This report is similar to other reports in that six other experts from the Special Master's team assisted in its preparation by reviewing records and reports related to the 30 suicides in 2017.  All six of these experts are nationally recognized in the field of correctional mental health.  They are Kahlil A. Johnson, M.D., Mary Perrien, Ph.D., Henry A. Dlugacz, J.D., MSW, Maria Masotta, Psy.D., James DeGroot, Ph.D., and Brian Main, Psy.D.[1]

The primary sources of information for this report were individual Suicide Case Reviews (SCRs) completed by members of CDCR's Statewide Mental Health Program (SMHP) in collaboration with input and feedback from the Suicide Case Review Committee (SCRC) and the reports on implementation of Quality Improvement Plans (QIPs) submitted by each institution and/or headquarters in response to the recommendations in each SCR.  When necessary to clarify clinical or custodial issues, the Special Master's expert included the following additional sources of information: individual inmate healthcare records, coroners' reports, California Correctional Health Care Services (CCHCS) Final Combined Death Review Summaries, CDCR Initial Inmate Death Reports (Form 7229-A), CDCR Inmate Suicide reports (Form 7229-B) and CDCR Crime/Incident Reports (Form 837).

The findings can be summarized as follows:

- CDCR's suicide rate in 2017, 22.9 deaths per 100,000, was its highest since 2012.

- CDCR's suicide rate in 2017 was the 4th highest among the ten largest prison systems in the United States.

- The number of suicides in 2017 corresponds to a death every 12.1 days.  This represents a steady increase over the past four years.  In 2016 the rate represented a suicide every 13.5 days, in 2015 a suicide every 15.2 days, and in 2014 a suicide every 15.9 days.

---

[1] Each expert's curriculum vitae appears in Appendix C.

- Hanging was the primary method used by those who died by suicide in 2017. It was the cause of death in 87 percent of the cases. This was an increase over 2016 when 70 percent of the inmates died by hanging; however, this rate was the same as the findings in 2014 and 2015, both 87 percent.

- There continued to be an increase in deaths by cutting in 2017 (10 percent) beyond the increase noted in 2016 (7 percent). In 2014 and 2015, no inmates died by cutting.

- No deaths by suicide occurred in the months of February and the highest rates were seen in March and October. This is in keeping with patterns over previous years when the highest rates of suicide were seen in the Spring and Fall.

- There was a decrease in the percentage of inmates discovered in rigor mortis[2] in 2017. Upon discovery, four inmates, or 13 percent, were noted to have signs of rigor mortis present. Three inmates found in rigor mortis (10 percent) were housed in restrictive housing.

- Rates of death by suicide for male inmates increased from 19.5 deaths per 100,000 inmates in 2016 to 22.3 deaths per 100,000 in 2017.

- There was one death by suicide by a transgender inmate in 2017.

- There was an increase in suicides among Hispanic/Latinx inmates and African American inmates in 2017 over the rates found in 2016.

- Those who died by suicide in 2017 were younger, on average, than those who died by suicide in previous years. By age group, a plurality of deaths by suicide were completed by those aged 25-34 (39 percent).

- Among those who died by suicide in 2017, the majority (90 percent) were not married at the time of death.

- Similar to findings in 2016, 20 percent of inmates who died by suicide in 2017 did not speak English as their primary language.

- High security inmates were overrepresented among those who died by suicide, at 60 percent, when compared to their overall percentage of the CDCR population, at 35.9 percent. However, the overall percentage of high security inmates was lower than those who died by suicide in 2016.

- Those incarcerated for violent crimes, including sexual offenses, comprised 87 percent of those who died by suicide in 2017. This pattern has been consistent over time.

- There was an increase in the percentage of inmates whose sentences were for 10 years or fewer in 2017 (40 percent) over the findings in 2016.

---

[2] Rigor mortis is "the state of postmortem stiffening." It "starts developing within 1 to 2 hours after death," "becomes apparent in the small muscle groups first" including "eyelids, lower jaw, face," "but on an average it may be said to commence 2-4 hours after death…" Kori (2018). Time since death from rigor mortis: Forensic perspective," *Journal of Forensic Sciences and Criminal Investigation, 9 (5)*, 1-9.

- There was an increase in the percentage of inmates who had served less than five years (73 percent) at the time of their deaths when compared to previous years.

- Just over one-third of inmates (37 percent) were residing in segregated housing at the time of their deaths by suicide in 2017.  This is in keeping with findings from 2015 and 2016.

- In 2017, there continued to be an increase in deaths by suicide for inmates placed in housing to address their safety concerns.

- Three inmates (10 percent) died by suicide within 72 hours of being placed in an Administrative Segregation Unit (ASU).

- Deaths by suicide in solely occupied cells (97 percent) increased in 2017.

- Among inmates who died by suicide with a history of job placements while incarcerated, 77 percent were unassigned at the time of death.

- In 2017, 67 percent of those who died by suicide were receiving services within Mental Health Services Delivery System (MHSDS).  Seven percent were receiving services at the Mental Health Crisis Bed (MHCB) level of care.

- Substance use or abuse was present in the histories of 97 percent of the inmates who died by suicide in 2017.

- Seventy-three percent of the inmates who died by suicide in 2017 had attempted suicide previously.

- Fifty-three percent of inmates who died by suicide had histories positive for trauma exposure.  Of these 16 inmates, five (30 percent) had evidence in their healthcare records of receiving a diagnosis and/or treatment related to trauma.

- Five cases, or 17 percent, showed evidence of clinicians failing to identify or document known risk factors during suicide risk evaluations.  This was an improvement over 2016 when 33 percent failed to document or identify known suicide risk factors.

- In 2017, 43 percent of the deaths by suicide were determined to have been foreseeable and 77 percent were determined to have been preventable.

## II.   Format

The following report is presented in a narrative format supported by graphs and tables.  It includes a summary of findings related to the deaths by suicide in 2017 including comparisons with previous years, when available.  The report ends with conclusions.

Findings and discussion of the findings are organized according to identified risk factors and other elements of analysis including:

- Suicide Incident Factors
- Individual Risk Factors
- Institutional/Environmental Risk Factors
- Mental Health Risk Factors

3

- Mental Health Evaluation and Treatment Factors
- Emergency Response Factors
- Individual Suicide Case Review Analyses
- Quality Improvement Plan Content and Analyses
- Foreseeability and Preventability Determinations

Appendices are attached to this report, including:

- Appendix A – Summaries of Individual Cases
- Appendix B – Tables
  - ~ B1 – Inmate Demographics
  - ~ B2 – Inmate History and Suicide Event Characteristics
  - ~ B3 – Identified Assessment, Treatment, and Communication Concerns
  - ~ B4 – Common Problems Identified as Requiring a Quality Improvement Plan
- Appendix C – Experts' Curricula Vitae
- Appendix D – List of Acronyms and Abbreviations Used in this Report

## III.    Findings and Discussion

On June 30, 2017, the in-state inmate population included 126,848 inmates (120,877 males and 5,971 females).  With the addition of the population of out-of-state inmates, CDCR had 131,260 inmates in its custody on that date.

The 2017 suicide rate within CDCR was the second highest it has been over the previous 11 years. Over the past decade, California's suicide rate has been higher than the national average among prisons the majority of the time, with a lower than national rate among prisons in 2014 and two years (2009 and 2016) where it was equivalent with the national average.  Data at the national level for 2017 was not available.  The Bureau of Justice Statistics[3] last reported aggregate data of suicides in state prisons from 2001-2016 by state.  This data has not been updated since that time and was reported in the annual report for 2016.

CDCR and U.S. State Prison Suicide Rates per 100,000
2007-2017

| Year | CDCR Prisons In-State Only | CDCR Prisons In- and Out-of-State | U.S. State Prisons[4] |
|------|------|------|------|
| 2007 | 19.7 | 19.6 | 16 |
| 2008 | 22.3 | 21.1 | 15 |
| 2009 | 15.7 | 14.9 | 15 |
| 2010 | 21.1 | 21.1 | 16 |
| 2011 | 21.0 | 20.3 | 14 |
| 2012 | 24.5 | 24.4 | 16 |
| 2013 | 22.6 | 22.6 | 15 |
| 2014 | 17.0 | 17.0 | 20 |

---

[3] *Id.*

[4] From Carson, A. & Cowhig, M. (2020).  *Mortality in State and Federal Prisons, 2001-2016 – Statistical Tables*. U.S. Department of Justice, Office of Justice Programs, Bureau of Justice Statistics, NCJ 251920.

| 2015 | 19.8 | 18.6 | 18 |
|------|------|------|-----|
| 2016 | 21.8 | 21.0 | 21 |
| 2017 | 23.7 | 22.9 | Not Available |

CDCR's suicide rate of 22.9 suicides per 100,000 inmates in 2017 places it above its 11-year average of 18.3 suicides per 100,000.  When compared to other large prison systems in the country, California's 2017 suicide rate is the 4th highest out of the ten largest correctional systems.

| Correctional System[5] | 2017 Population | 2017 Suicides | 2017 Suicide Rate per 100,000 |
|-----------------------|-----------------|---------------|-------------------------------|
| Illinois | 41,427 | 4 | 9.7 |
| Federal Bureau of Prisons | 183,058 | 23 | 12.6 |
| Ohio | 51.478 | 7 | 13.6 |
| Arizona | 42,030 | 8 | 19 |
| Florida | 98,504 | 21 | 21.3 |
| Texas | 162,523 | 35 | 21.5 |
| **California** | **131,260** | **30** | **22.9** |
| New York | 49.461 | 13 | 26.3 |
| Pennsylvania | 48,333 | 14 | 29 |
| Georgia | 53,667 | 19 | 35.4 |

A. Suicide Incident Factors

This section reviews the factors associated with the suicidal event, including its location, method, and timing.  The presence of rigor mortis upon discovery was also reviewed.

1. **Facility Locations**

In 2017, all deaths by suicide occurred within a CDCR facility.[6]  There were no deaths by suicide reported in out-of-state institutions or at Department of State Hospital (DSH) facilities.  Thirty suicides occurred across 17 facilities.  Ten facilities experienced one suicide, four facilities experienced two suicides, and three facilities experienced four suicides.

| Facility | Number of 2017 Suicides | Percentage of 2017 Suicides |
|----------|--------------------------|-----------------------------|
| California Correctional Center (CCC) | 1 | 3% |
| California Correctional Institute (CCI) | 1 | 3% |
| Central California Women's Facility (CCWF) | 1 | 3% |
| California Institution for Women (CIW) | 1 | 3% |
| Kern Valley State Prison (KVSP) | 1 | 3% |
| Pelican Bay State Prison (PBSP) | 1 | 3% |
| Richard J. Donovan Correctional Facility (RJD) | 1 | 3% |

---

[5] Yearly data on inmate suicides were obtained directly from each state's correctional department and the Federal Bureau of Prisons (inmate population data includes prisoners held in non-secure, privately operated community corrections facilities, and juveniles held in contract facilities).

[6] One additional suicide occurred in 2017, by an inmate housed at a county jail for a court hearing.  Prior to placement in the jail, he had been admitted to a DSH Psychiatric Inpatient Program (PIP) where he expressed suicidal ideation related to the court hearing, but his risk was not communicated to transport staff or jail staff.  This suicide was not "counted" by CDCR as he was not in CDCR custody at the time of his death.

| California State Prison, Sacramento (CSP/Sac) | 1 | 3% |
|---|---|---|
| California State Prison, Solano (CSP/Solano) | 1 | 3% |
| Salinas Valley State Prison (SVSP) | 1 | 3% |
| California Medical Facility (CMF) | 2 | 7% |
| California State Prison, Corcoran (CSP/Corcoran) | 2 | 7% |
| Mule Creek State Prison (MCSP) | 2 | 7% |
| San Quentin State Prison (SQ) | 2 | 7% |
| Deuel Vocational Institution (DVI) | 4 | 13% |
| California State Prison, Los Angeles County (CSP/LAC) | 4 | 13% |
| Wasco State Prison (WSP) | 4 | 13% |

Eight facilities which did not experience any suicides in 2016, experienced 60 percent of the suicides in 2017. These facilities were CMF, CSP/Corcoran, CSP/Solano, DVI, MCSP, RJD, SQ and WSP. Of note, CSP/Corcoran, RJD, and SQ have historically had more than 1.5 suicides per year on average. It appears that 2016 was the outlier for these institutions as previous years had patterns similar to those seen in 2017. CSP/LAC also saw an increase in suicides in 2017, up to four (13 percent) from two (7 percent) in 2016.

Conversely, seven facilities with more than one suicide in 2016, experienced decreases in 2017. CSP/Sac and SVSP, which each experienced four suicides, for a total of 30 percent of the suicides in 2016, each had a single suicide (a total of 6 percent of the suicides) in 2017. KVSP, which experienced three suicides (11 percent) in 2016 had one suicide (3 percent) in 2017. CCI and CIW each had two suicides (7 percent) in 2016 but one (3 percent) in 2017. CMC experienced three suicides (11 percent) in 2016 and PVSP experienced two suicides (7 percent) in 2016. Neither facility experienced a suicide in 2017.

## 2. Method of Suicide

The majority of deaths by suicide in 2017 (26 cases, 87 percent) occurred by hanging. Additional methods included three deaths by cutting[7] (10 percent) and one incident of jumping (3 percent).

When compared to prior years,[8] the percentage of deaths by hanging was in keeping with findings in 2014 and 2015 but was an increase from 2016 which appeared to be an outlier. The rate of deaths by cutting has increased to 10 percent from 7 percent in 2016. No inmate died using that method in 2014 or 2015.

---

[7] One inmate, whose cause of death was exsanguination due to cutting, also attempted to hang himself at the time of the suicidal act.

[8] While percentage comparisons to previous years are made throughout this report, it is important to note that minor changes may appear significant given the low base rate of suicides in a given year.



### 3. Temporal Factors

In 2017, a death by suicide occurred at least once each month, except during February.  The average number of deaths by suicide was 2.5 per month.  Monthly suicides range from one death, or 3 percent in January and November to six deaths, or 20 percent in March.

| Month | Number of 2017 Suicides | Percentage of 2017 Suicides |
|---|---|---|
| January | 1 | 3% |
| February | 0 | 0% |
| March | 6 | 20% |
| April | 2 | 7% |
| May | 2 | 7% |
| June | 3 | 10% |
| July | 2 | 7% |
| August | 2 | 7% |
| September | 2 | 7% |
| October | 5 | 17% |
| November | 1 | 3% |
| December | 4 | 13% |

For the past two years, annual suicide reports have examined trends over time with regard to temporal factors and noted that deaths by suicide tended to occur most often in the Spring and Fall months.  In 2017, spikes were seen in March and October and there was a consistent occurrence of deaths by suicide throughout most of the year, except in January, February and November.  The chart that follows illustrates suicides by month 2015-2017.



Deaths by suicide occurred most frequently on Wednesdays (27 percent), Thursdays (20 percent) and Sundays (20 percent). Deaths by suicide occurred least often on Mondays, Tuesdays and Saturdays, as 7 percent occurred each day. Thirteen percent of suicides occurred on Fridays. The only commonalities with 2016 regarding day of the week is the high frequency on Thursdays and the low frequency on Tuesdays.

### 4. Rigor Mortis

Upon discovery, four inmates, or 13 percent, were noted to have rigor mortis present, meaning they had muscle stiffening or a decrease in body temperature signifying that they had likely been dead for at least two hours prior to discovery.[9] In 2016, nine inmates, or 33 percent, were noted to have rigor mortis present. In 2015, two inmates, or 8.3 percent, were found in rigor mortis and in 2014, four inmates, or 17.4 percent, were found in rigor mortis.

In 2017, three of the four inmates found in rigor mortis (75 percent) were housed in a restrictive housing unit, indicating that custody checks were likely not completed as required. The fourth was in Sensitive Needs Yard (SNY) housing.

### B. Individual Risk Factors

Findings related to characteristics of individual inmates who died by suicide are reviewed in the sections that follow, including gender, ethnicity, age, marital status, education level, primary language, and health concerns.

---

[9] Kori (2018). Time since death from rigor mortis: Forensic perspective," *Journal of Forensic Sciences and Criminal Investigation, 9 (5)*, 001-009.

### 1.  Gender

In 2017, 28 of the deaths by suicide, or 93 percent, were male inmates; one (3 percent) suicide was completed by a female inmate and one (3 percent) by a transgender (female to male) inmate.  In 2016, 11 percent of those who died by suicide were female and there were no transgender inmates who died by suicide in 2016.

Suicide rates per 100,000 inmates were calculated by gender.  The rate for male inmates was 22.3[10] deaths per 100,000 inmates in 2017.  This was an increase over the rate of 19.5 per 100,000 inmates in 2016 and 17.8 per 100,000 inmates seen in 2015.  For female inmates, the rate decreased to 16.7 deaths per 100,000.  The rate in 2016 was 52.0 deaths per 100,000 inmates; while in 2015, the rate was 35.5 deaths per 100,000 inmates.[11]  The number of transgender inmates incarcerated within CDCR in 2017 was not available and thus rates could not be calculated.

### 2.  Ethnicity

Fourteen of the inmates who died by suicide in 2017 were Hispanic/Latinx making up 47 percent of the deaths.  Eight[12] of the inmates, or 27 percent, who died by suicide were Caucasian, followed by six African American inmates (20 percent), and two Asian inmates (7 percent).



When compared to the previous two years, deaths by suicide in 2017 were marked by an increase in the percentage of suicides among Hispanic/Latinx inmates.  African American inmates died by suicide at a higher percentage than in 2016, but similar to the percentage in 2015.  There was a

---

[10] Includes male inmates housed in-state and out-of-state.

[11] Female suicide rates vary widely based on a smaller overall population than males.  Specifically, the large fluctuations in rates represents a difference of one, two and three deaths per year (one death in 2017, three in 2016 and two in 2015).

[12] One inmate's listed CDCR ethnicity was "other;" but the coroner's report indicated a "white" inmate.

decrease in percentage of suicides by Caucasian and Asian inmates when compared to the percentages in both 2015 and 2016.

African American inmates died by suicide with comparatively less frequency, 20 percent, than would be expected by their overall percentage of the CDCR population (29 percent). Caucasian inmates died with a higher frequency, 27 percent, than would be expected by their overall percentage of the inmate population (21 percent). This was also true for Hispanic/Latinx inmates who made up 47 percent of the deaths by suicide, but 44 percent of the CDCR population in 2017. These patterns have remained relatively consistent over the previous three years as illustrated in the chart that follows,[13] which also includes the comparative rates of the overall population by race as of December of each year.[14]



### 3. Age

With regard to age, those who died by suicide in 2017 were younger overall than in previous years. The average age across inmates who died by suicide in 2017 was 33.5 years, younger than those who died by suicide in 2016 (43.6 years), 2015 (42.9 years) and 2014 (37.7 years). In 2017, CDCR

---

[13] Data available from CDCR identified Asian, Native/Indigenous American, Hawaiian/Pacific Islander and those for whom race was not identified as "Other." Subsequently, those groups are reported together in the chart.

[14] *CDCR Offender Data Points – Offender Demographics for the 24-month period ending December, 2017.* https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2019/08/DataPoints_122017.pdf.

reported that the average age across the inmate population was 39.6 years,[15] indicating that those who died by suicide were younger than the average CDCR inmate.

Categorically, inmates aged 25-34 died with the highest frequency (39 percent) followed by those aged 35-44 (35 percent), those aged 18-24 (16 percent), those aged 45-54 (6 percent) and 55 and older (3 percent).



When compared with the overall CDCR population in 2017,[16] those aged 18-44 were overrepresented and those aged 45 and older were underrepresented as shown in the table below.

| Age Range | Percentage of 2017 CDCR Population | Percentage of 2017 Suicides | Percentage of 2016 Suicides | Percentage of 2015 Suicides |
|---|---|---|---|---|
| 18-24 | 10% | 16% | 4% | 8% |
| 25-34 | 31% | 39% | 19% | 33% |
| 35-44 | 26% | 35% | 41% | 17% |
| 45-54 | 18% | 6% | 4% | 17% |
| 55 and older | 15% | 3% | 33% | 25% |

When compared to 2015 and 2016, as listed in the table above, 2017 had a higher percentage of deaths by suicide among those aged 18-24 and 25-34. Those aged 45-54 as well as those 55 and older represented a smaller percentage of those who died by suicide in 2017 than in either of the previous two years. Those aged 35-44 died at a lower percentage than those who died in 2016, but at a higher percentage than those who died by suicide in 2015.

**4. Marital Status**

Of the 30 inmates who died by suicide in 2017, 23 (77 percent) were never married, three (10 percent) were married, two (7 percent) were divorced and one (3 percent) was separated. Information was not available regarding the marital status of one inmate who died by suicide in 2017. When compared to the previous two years, those who were never married made up a higher

---

[15] *Id.*

[16] *CDCR Offender Data Points – Offender Demographics for the 24-month period ending December, 2017.* https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2019/08/DataPoints_122017.pdf.

percentage in 2017. In 2016, this group represented 48 percent of the deaths by suicide and in 2015, those who were never married represented 54 percent of the deaths by suicide. Logically based on this increase, all other categories of marital status had a resulting decrease when compared with 2015 and 2016.



### 5. Education

In 2017, individuals with a high school or a General Educational Development (GED) diploma comprised the highest percentage (40 percent) of those who died by suicide followed by those who completed eighth through 11th grade without obtaining a diploma (33 percent). Five (17 percent) of those who died by suicide in 2017 attended some college and two inmates (7 percent) had less than an eighth-grade education level. One inmate (3 percent) had a graduate degree.

When compared to 2016, those with a high school or GED diploma represented 33 percent of the deaths by suicide, a slightly lower rate than 2017; the other educational groups were similarly represented among the deaths in 2016 except those with less than an eighth grade education, who represented 15 percent of the deaths by suicide in 2016.

### 6. Primary Language

Of the 30 inmates who died by suicide in 2017, English was noted to be the primary language for 24 inmates, or 80 percent. Six inmates (20 percent) did not speak English as their primary language. Spanish was the primary language for five of the inmates and one inmate's primary language was Vietnamese. These percentages were similar to those found in 2016. Only one inmate appeared to need interpretation services, and they were provided upon his request consistently.

### 7. Health Status/Medical Conditions

Research[17] has shown that certain medical conditions are related to an increased risk for suicide including asthma, back pain, brain injury, cancer, congestive heart failure, chronic obstructive

---

[17] Ahmedani, et al. Major Physical Health Conditions and Risk of Suicide. *American Journal of Preventive Medicine*, 2017; DOI: 10.1016/j.amepre.2017.04.001.

pulmonary disorder, diabetes, epilepsy, HIV/AIDS, heart disease, hypertension, migraine, Parkinson's disease, psychogenic pain, renal disorder, sleep disorders, and stroke. In 2017, 15 inmates, or 50 percent of those who died by suicide, were diagnosed with at least one of these conditions. In 2016, 70 percent of those who died by suicide had at least one of these conditions.

## C. Institutional/Environmental Risk Factors

In this section, issues related to institutional and environmental factors among those who died by suicide are reviewed. These include security level, crime type, sentencing factors, housing location, housing based on safety needs, cell type, issues with custody checks, job placements, institutional transfers and rule violation reports.

### 1. Security Level[18]

Fourteen inmates, or 47 percent, who died by suicide in 2017 were classified as Level IV. Five inmates, or 17 percent, were classified as Level II, four (13 percent) were unclassified, three (10 percent) were classified as Level III, and two inmates (7 percent) were classified as Level I. For two inmates (7 percent) who died by suicide in 2017, classification levels were not available.[19]

High security inmates, those classified as either Level III or Level IV, made up 60 percent of the inmates who died by suicide in 2017. This represented a decrease when compared to the two previous years.

When the CDCR population was examined as a whole, 35.9 percent of beds were classified as Level III and Level IV in 2017[20] indicating an overrepresentation of this group within those who died by suicide as has been true in prior years.

### 2. Crime Type

Twenty-three (77 percent) of the inmates who died by suicide in 2017 were convicted of violent crimes, and three inmates (10 percent) were convicted of sexual offenses. Consequently, 87

---

[18] "CDCR categorizes its facilities that house male inmates into security levels ranging from Level I (lowest security) to Level IV (highest security). (Facilities that house female inmates are not classified into different security levels as female facilities generally have similar levels of security.)" From The Legislative Analyst's Office of California, "Improving California' Prison Inmate Classification System" May, 2019 https://lao.ca.gov/Publications/Report/4023#:~:text=CDCR%20categorizes%20its%20facilities%20that,have%20si milar%20levels%20of%20security.

[19] Security level information was obtained from the information documented within individual SCRs and CDCR Crime/Incident Reports (Form 837), when available. Specifically, twenty cases (59 percent) included consistent information in both the SCR and Form 837 with regard to security level. Four cases (13 percent) had security level information contained within Form 837 but no security levels listed in the SCRs. Three cases (10 percent) had security levels listed in the SCRs but Form 837s were not available. Two cases (7 percent) did not include security information in the SCRs and Form 837s were not available. In one case (Case A), the security level noted in the SCR differed from the security level designated on Form 837. The Form 837 security level was used in the analysis for this case.

[20] *CDCR Offender Data Points – Offender Demographics for the 24-month period ending December, 2017.* https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2019/08/DataPoints_122017.pdf. Of note, the CDCR reports the number of beds allotted to each security level, rather than the actual number of inmates who meet criteria for a given security level. The data used for comparison was bed data, not actual inmate population data.

percent of inmates who died by suicide in 2017 committed violent crimes against other persons. In 2017, crimes of this type comprised 75.8 percent of the CDCR population.[21]  With regard to other crimes committed by those who died by suicide in 2017, two inmates (7 percent) were convicted of non-violent property crimes, and two inmates (7 percent) were categorized as "other." These included crimes of evading a police officer and possessing a weapon.

In 2016, 81 percent of the inmates who died by suicide were convicted of violent crimes whereas the percentage was 75 percent in 2015; the rate of 87 percent in 2017 was an increase over prior years.

### 3.  Sentencing Factors

Fifteen individuals, or 50 percent, of those who died by suicide in 2017 were serving sentences of over 21 years.  This included 11 inmates, 37 percent, who were serving sentences up to and including life in prison.  This was lower than the percentage noted in 2016, when 74 percent were serving sentences over 20 years and 59 percent had sentences up to and including life.

None of the suicides in 2017 were completed by individuals condemned to death or life without the possibility of parole.

When compared to the findings from 2016, the most marked difference was the percentage of suicides by inmates sentenced to 10 years or fewer.  In 2016, this group comprised 11 percent of the deaths by suicide, while in 2017 the finding was 40 percent of the deaths by suicide.  Of note, in 2015, this group comprised 42 percent of the deaths by suicide; 2016 may have been an outlier.

| Sentence Length | Number of 2017 Suicides | Percentage of 2017 Suicides |
| --- | --- | --- |
| 1-5 years | 7 | 23% |
| 6-10 years | 5 | 17% |
| 11-20 years | 2 | 7% |
| 21+ years | 10 | 33% |
| Life with the Possibility of Parole | 5 | 17% |
| Life without the Possibility of Parole | 0 | 0% |
| Condemned | 0 | 0% |
| Sentencing information unavailable | 1 | 3% |

When examining the amount of time served, the majority of inmates who died by suicide had served less than 5 years (73 percent).  None of the inmates who died by suicide in 2017 had served more than 20 years; the longest length of time any of the inmates had been incarcerated prior to death was 17.8 years.

---

[21] *Id.*



When comparing these data to those observed in 2015 and 2016, the most obvious change was the increase in 2017 of suicides by those who had served less than five years. This is illustrated below.



When determining the amount of time remaining on an inmate's sentence, the Special Master's expert used the longest possible sentence, up to and including life. Those with over 21 years left to serve, including those with life sentences, comprised 37 percent of those who died by suicide. In 2016, this group comprised 70 percent of inmates who died by suicide. Individuals with between one and five years remaining comprised the second largest group (27 percent), followed by those with six to ten years remaining (17 percent). In 2016, these groups represented 11 percent and 4 percent, respectively.



### 4. Housing Type

At the time of their suicidal acts, eight inmates, or 27 percent, were housed in an ASU, two (7 percent) were housed in a Short-Term Restricted Unit (STRH), and one (3 percent) was in a Psychiatric Services Unit (PSU). Taken together, 37 percent of those who died by suicide in 2017 were in some form of restrictive housing. This is similar to the findings in 2016. Twelve inmates (40 percent) who died by suicide in 2017 were housed in general population, less than the 63 percent in 2016. The difference resulted from the fact that five, or 17 percent, of the inmates who died by suicided in 2017 were in Reception Center (RC) housing and two (7 percent) were in a MHCB.



In previous years, there have been concerns about suicides being committed in ASU intake cells not properly retrofitted for safety where inmates were housed alone. While none of the deaths by suicide in 2016 occurred by inmates who had been in ASU less than 72 hours, two, or 7 percent, of the inmates who died by suicide in 2017 were housed in an ASU for less than 72 hours. In one

case, the inmate was placed in a cell that had not been retrofitted for safety. The SCR noted that a retrofitted cell had been available at the time. Another inmate was recently placed in ASU but was alone in his ASU cell after he was relocated given that his cellmate may have represented a safety concern for the inmate. Policy requires another cellmate to be placed in the cell or the inmate to be relocated to a retrofitted ASU intake cell within eight hours, but the inmate died by suicide within three hours of being without a cellmate in a non-retrofitted cell. This was not a policy violation but was noted as a statewide concern that required a policy review in the inmate's SCR. Additionally, a third inmate who was residing in a STRH was placed in a "holding cell" and left unobserved while waiting for a mental health assessment after expressing suicidal thoughts. He died by suicide in the holding cell. While not technically an intake to ASU, he was housed unsafely and outside of policy in a segregated setting at the time of his death.

### 5. Housing Based on Safety Needs

With regard to safety needs, five inmates who died by suicide in 2017 in general population were housed in SNY, three inmates housed in an RC were placed in SNY, seven inmates housed in a segregated setting were noted to have been placed there for safety reasons, and one inmate who died in an MHCB bed was housed in an SNY prior to his death. Taken together, a total of 16 inmates, or 53 percent, of those who died by suicide in 2017 were placed in housing specifically to address safety concerns. This was a sizable increase over the 22 percent of inmates who died by suicide noted to be housed for safety reasons in 2016 and the 12.5 percent noted in 2015.

### 6. Cell Type

Of the 30 inmates who died by suicide in 2017, 24, or 80 percent, engaged in their suicidal acts while housed in single cells. Five inmates, or 17 percent, were housed in double cells, but all of them engaged in lethal behavior when their cellmates were absent from the cell. One inmate (3 percent) engaged in a suicidal act outside of his cell.

The percentage of suicidal acts in single cells increased over the 67 percent found in 2016 as did the overall percentage of those who engaged in suicidal acts while alone in their cells. In 2017, 97 percent of those who died by suicide were alone in their cells, while in 2016, 82 percent of the deaths occurred in cells where inmates were alone. In 2015, 92 percent of suicides occurred when inmates were alone in their cells.

### 7. Custody Checks

Six, or 20 percent, of the cases included concerns about inadequate custody/welfare checks as possible precipitants related to the death by suicide. Of these, five (83 percent) occurred in a segregation unit (i.e., PSU, ASU, STRH). In 2016, 19 percent of the cases included concerns about inadequate custody/welfare checks as possible precipitants related to the deaths by suicide. One case (20 percent) occurred in a segregation unit in 2016.

### 8. Job Placements while Incarcerated

Of the inmates who died by suicide in 2017, 15, or 50 percent had no history of job placements while incarcerated. Fourteen, or 47 percent, had documentation of at least one job placement during their incarceration. For one inmate (3 percent) this information was not available. In 2016, 37 percent had no history of job placements while incarcerated and 63 percent had at least one job placement during incarceration.

Twenty-three (77 percent) of the inmates who died by suicide in 2017 were noted to be unassigned at the time of their deaths. Of the 14 inmates who ever had a job placement during incarceration, seven (50 percent) were unassigned at the time of their deaths. Seven (23 percent) of the inmates who died by suicide in 2017 were noted to be assigned to a job placement at the time of their deaths. In 2016, 11 percent were noted to be assigned to a job placement at the time of their deaths.

### 9. Interfacility Transfers[22]

Male inmates who died by suicide in 2017 experienced between zero and 14 interfacility transfers over the course of their incarcerations. When examined in relation to the number of years served by each individual, the average was 1.5 transfers per year or one transfer every eight months. In 2016, the average was 2.2 transfers per year or more than one transfer every six months.

There was only one female inmate who died by suicide in 2017; she was transferred once during her seven-month incarceration. The one transgender (female to male) inmate transferred four times during his over four-year incarceration, averaging nearly one transfer every year.

### 10. Rules Violation Reports

The 30 inmates who died by suicide in 2017 received a total of 216 rules violation reports (RVRs) or 7.2 per inmate on average during their most recent incarceration within CDCR. Totals for each inmate ranged from zero to 60 RVRs. When examined in relation to the number of years served by each individual, the average was 2.1 RVRs per year. This was an increase from 2016, when the average number of RVRs per year per inmate was 1.2; however, two inmates seemed to be responsible for the overall increased average in 2017, with 12.6 and 13.8 RVRs on average per year. When these two inmates were removed from the analyses, the overall average for 2017 was 1.3 RVRs per inmate per year, similar to the findings in 2016.

### D. Mental Health Risk Factors

This section reviews mental health conditions and mental health risk factors known to be associated with suicide. More specifically, issues related to inmates' levels of care, mental health treatment histories, primary diagnoses, prior suicide attempts, prior self-injurious behavior, substance use, court-ordered involuntary medications, and trauma histories are discussed.

### 1. Mental Health Service Levels

Twenty inmates, or 67 percent of those who died by suicide in 2017 were actively receiving services in CDCR's MHSDS at the time of death. According to CDCR,[23] 29.6 percent of the inmate population was receiving services within MHSDS as of December 2017. Thus, the MHSDS population was overrepresented with respect to those who died by suicide, which is expected given the likely mental health needs of this group of inmates. The pattern of participation in MHSDS among those who died by suicide continues to demonstrate variability as indicated in the table below.

---

[22] Interfacility transfers were reviewed by gender to account for the fact that there are fewer women's facilities than men's facilities (i.e., 3 vs. 32) resulting in fewer opportunities for transfer among female inmates.

[23] *Id.*

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| **MHSDS Participation Among Those Who Died by Suicide** | 53% | 91% | 58% | 81% | 67% |

Of the ten inmates who were not actively receiving services within MHSDS at the time of their deaths in 2017, two had received services previously while incarcerated.

Ten of the inmates who died by suicide in 2017, or 33 percent, were receiving MHSDS services at the Enhanced Outpatient Program (EOP) level of care, eight inmates, or 27 percent, were receiving services at the Correctional Clinical Case Management System (3CMS) level of care, and two, or 7 percent, were receiving services at the Mental Health Crisis Bed (MHCB) level of care. Percentages of those receiving 3CMS level of care were similar to findings in 2016, but there was a decrease in the overall percentage of inmates receiving EOP level of care. In 2016, 56 percent of those who died by suicide were receiving EOP level of care services. Also, in 2016 there were no inmates who died by suicide receiving MHCB level of care.

In order to evaluate the findings from 2017, 2016 and 2015 with regard to levels of care, only the subset of inmates who were participating in MHSDS at the time of death were compared. Those findings are represented in the table that follows.

| Levels of Care Among MHSDS Participants | | | |
|---|---|---|---|
| **LOC** | **2015** | **2016** | **2017** |
| 3CMS | 64% | 32% | 40% |
| EOP | 36% | 68% | 50% |
| MHCB | 0% | 0% | 10% |

The data in the table above reveal that there has been an overall increase in the percentage of inmates who died by suicide while receiving levels of care above 3CMS. In 2016 and 2017, the majority of inmates receiving MHSDS services who died by suicide were receiving care at the EOP level or higher.

## 2. Mental Health Treatment Prior to Incarceration

According to available documentation, 20, or 67 percent, of the inmates who died by suicide in 2017 had received mental health services in the community prior to incarceration. This was an increase over 2016, when 41 percent had received services prior to incarceration. Of the ten inmates who were not actively receiving services within MHSDS at the time of their deaths in 2017, four (40 percent) had received services in the community prior to incarceration. Two of these ten inmates (20 percent) had previously received services within CDCR. Five of the 30 inmates who died by suicide in 2017, or 17 percent, had no records or receiving mental health services during their lifetimes.

## 3. Primary Mental Health Diagnosis

In order to assess the mental health conditions afflicting those who died by suicide in 2017, primary mental health diagnoses were analyzed. Several of the inmates were noted to have multiple diagnoses, some of which changed over time. The graph below represents the major categories of disorders with which the inmates were diagnosed at the time of their deaths. Only the primary diagnosis was included for each inmate.

Seven inmates (23 percent) were diagnosed with a primary psychotic disorder, five inmates (17 percent) were diagnosed with either a mood disorder or an adjustment disorder, and one inmate (3 percent) was diagnosed with each of the following: a primary personality disorder, substance use disorder, anxiety disorder, trauma-related disorder or intermittent explosive disorder, which was categorized as "other" on the graph.  Eight inmates (27 percent) had no psychiatric diagnosis on record. When compared to primary diagnoses found among those who died by suicide in 2016, there was a sizable decrease in a primary diagnosis of a mood disorder among the population of those who died by suicide in 2017.



None of the inmates who died by suicide in 2017 were diagnosed as having a developmental disability nor placed in the Developmental Disability Program while incarcerated in CDCR.

### 4.   Substance Use History

Twenty-nine inmates (97 percent) who died by suicide in 2017 reported histories which included substantial and/or problematic substance use.  One inmate (3 percent) denied substance use beyond experimentation.  In 2016, 89 percent of inmates who died by suicide had a significant substance use history.

### 5.   Previous Non-suicidal Self-Injury

Of the 30 inmates who died by suicide in 2017, 11, or 37 percent, had histories that included engaging in acts of self-injury that were determined not to have been attempts at suicide.  This is lower than what was found in 2016, when 67 percent of inmates who died by suicide had engaged in non-suicidal self-injury.

### 6.  Previous Suicide Attempts

Twenty-two (73 percent) of the 30 inmates who died by suicide in 2017 had reported histories of suicide attempts.  This was similar to the findings from 2016 when 74 percent of those who died by suicide had attempted suicide in the past.  In 2015, 67 percent of those who died by suicide had previous attempts and in 2014, 87 percent of those who died by suicide had previously attempted suicide.

In total, 29 inmates, or 97 percent, had histories positive for suicide attempts, non-suicidal self-injury, or both.  In 2016, 78 percent of the inmates who died by suicide had engaged in either or both of these behaviors.

### 7.  Involuntary Medications

One inmate, or 3 percent, who died by suicide in 2017 was under a court order (PC 2602) for involuntary psychotropic medications at the time of death.  This individual had consistently been under a PC 2602 order since 2013.  Of note, the order had been initiated secondary to the inmate's danger to others given his history of assaultive behavior secondary to his delusions about being poisoned by custody staff.  Records indicated that prior to this court order the inmate was refusing to eat and frequently had to be fed by a feeding tube and also had a history of non-suicidal self-injury and suicide attempts, yet danger to self was not included as rationale for the PC 2602.

### 8.  Trauma History

Documentation indicated that 16, or 53 percent, of the 30 inmates who died by suicide in 2017 had histories positive for trauma.  Of those 16 inmates, five inmates, or 31 percent, received formal treatment to address symptoms of trauma.  As noted earlier, only one inmate had a primary trauma-related diagnosis.  In 2016, 59 percent of those who died by suicide had a documented history of trauma with 38 percent receiving a diagnosis or treatment for trauma-related symptoms.

As stated in the 2016 report, the Special Master's expert is not in a position to determine whether or not the effects of the trauma experienced by individual inmates warranted treatment or a diagnosis.  This information is being included so that it can be tracked over time.  As can be seen from the results of the analyses, in both 2016 and 2017, over 60 percent of those inmates who died by suicide with histories positive for trauma were not diagnosed with a trauma-related illness or treated for trauma-related symptoms.

Additionally, of those with trauma histories, 19 percent were placed in housing locations for safety reasons at the time of their deaths by suicide in 2017.  In 2016, 25 percent of those with trauma histories had housing assignments related to safety concerns.

### E.  Mental Health Evaluation and Treatment Factors

In this section, issues related to the evaluation and treatment of the inmates' identified mental health needs are reviewed.  This section examines the quality and content of suicide risk evaluations, mental health evaluations, treatment plans, treatment implementation, higher level of care needs, recent inpatient placements, and concerns related to interdisciplinary communication regarding inmate care.

### 1.   Suicide Risk Evaluations

Five cases, or 17 percent, showed evidence of clinicians failing to identify or document known risk factors during suicide risk evaluations.  These omissions likely resulted in an underestimation of the inmate's risk for suicide.  Specifically, four cases, or 13 percent, evidenced omissions with regard to static/historical risk factors; three cases, or 10 percent evidenced omissions with regard to situational risk factors; and two cases, or 7 percent, evidenced omissions with regard to dynamic/clinical risk factors.  Three cases (10 percent) showed evidence of omissions in more than one category.

These findings showed improvements in risk factor identification over the findings in 2016 when 33 percent, showed evidence of clinicians failing to identify or document known risk factors during suicide risk evaluations.  In 2016, 33 percent evidenced omissions with regard to the situational risk factors, 15 percent evidenced omissions with regard to dynamic/clinical risk factors, and 26 percent evidenced omissions with regard to static/historical risk factors. Six cases (22 percent) showed evidence of omissions in more than one category.

In 2017, the suicide risk level determination was not clearly derived from the suicide risk evaluation and/or other information available regarding the inmate's level of risk in 13 cases, or 43 percent.  In other words, based on the available information about the inmate at the time, the risk level (i.e., low, moderate, high) did not appear to be accurate.  In 2016, 56 percent of the suicide risk level determinations were not clearly derived from the suicide risk evaluation and/or other information available regarding the inmate's level of risk.

Additionally, 19 cases, or 63 percent, evidenced other problems related to suicide risk evaluations.  These included failures to complete evaluations when required, inconsistencies in documentation and other concerns unrelated to risk factors and/or risk determinations.  In 2016, 56 percent of the cases evidenced other problems related to suicide risk evaluations.

### 2.   Mental Health Assessments

Sixteen cases or 53 percent evidenced problems related to the completion of mental health assessments.  These problems included failure to complete required assessments, incomplete assessments, inaccurate assessments and assessments that were not timely.  In 2016, 56 percent of the cases evidenced problems related to the completion of mental health assessments.

### 3.   Treatment Planning

In 16, or 53 percent of cases, there was evidence of problems related to treatment planning.  These problems included failure to complete a treatment plan, failure to identify the inmate's mental health needs within the treatment plan, poor goal setting, lack of identified interventions to treat the inmate's needs, inconsistencies within the treatment plan, lack of required membership in the Interdisciplinary Treatment Team (IDTT) and failure to document an appropriate safety plan when one was indicated for the inmate.  In 2016, 59 percent of cases evidenced problems related to treatment planning.

### 4.   Treatment Services

The review revealed that in 20 cases, or 67 percent, there were issues and problems related to the delivery of basic mental health treatment in 2017. These problems primarily included failure to provide interventions as outlined in the treatment plan or as required by the Program Guide.  In

2016, 59 percent of the cases evidenced problems related to the delivery of basic mental health treatment.

### 5. Higher Level of Care Needs

In 16 cases, or 53 percent of those who died by suicide in 2017, there was evidence of a failure to refer the inmate to a higher level of care when indicated.  In most cases, this finding resulted from the fact that despite the presence of criteria for consideration of referral to a higher level of care, the IDTT failed to refer the inmate. In a few cases, however, this determination was also made when an inmate's level of care was reduced inappropriately, or when a referral to a higher level of care was rescinded without clear justification or rationale.  In 2016, these issues were noted in 67 percent of the cases.

The Special Master's expert noted that in more than a few cases, the IDTT's decision not to refer an inmate to a higher level of care was predicated on the inmate's ability to maintain his/her hygiene and cell cleanliness as the primary factor.  While activities of daily living can serve as an indicator of an inmate's decline in functioning, it appeared inappropriate to use the maintenance of one's hygiene as an indicator of the absence of decompensation or lack of serious symptoms of mental illness which would otherwise warrant transfer to a higher level of care.

### 6. Inpatient Placement Within Past Year

Ten inmates, or 33 percent, of those who died by suicide in 2017 had been admitted to an inpatient setting in the 12 months prior to their suicidal acts.  Three inmates, or 10 percent, had been discharged from an inpatient setting within one week of their deaths and two were in an inpatient setting when they engaged in acts of suicide.  On average, these inmates had been discharged from an inpatient setting 85.2 days prior to their suicidal acts.  For those who had been discharged prior to suicide, the length of time since discharge ranged from two days to 353 days before death.

In 2016, 48 percent of those who died by suicide had been admitted to an inpatient setting in the previous 12 months.  On average, these inmates had been discharged from an inpatient setting 128 days prior to their suicidal acts.  The length of time ranged from one day to 313 days before death. No inmates who died by suicide in 2016 were in an inpatient setting at the time of their deaths.

### 7. Interdisciplinary Consultation

In eight cases, or 27 percent, there were problems related to communication between disciplines. These problems included failures to refer inmates for evaluation, failure to communicate treatment refusals and inmate concerns among team members and significant discrepancies in documentation between treatment providers without evidence of an attempt to resolve the discrepancies. Communication problems were noted among all disciplines including primary clinicians, psychiatrists, nurses, psychiatric technicians, and custody staff.  This is an improvement over 2016 when 52 percent of the cases noted interdisciplinary communication problems.

### F. Emergency Response Factors

This section examines staff response following discovery of the inmate's suicidal act.  Included here are any identified issues related to Cardiopulmonary Resuscitation (CPR)/Automated External Defibrillator (AED) or other identified problems with the emergency response process.

### 1. CPR/AED Issues

Only one case, or 3 percent, included documented problems related to CPR and/or AED use during the emergency response procedures. In that case, there were conflicting reports about when CPR was initiated, but it appeared that its initiation was delayed. In 2016, 26 percent of the cases evidenced problems with CPR/AED applications.

### 2. Other Emergency Response Issues

Eighteen, or 60 percent, of the cases included documented problems associated with emergency response procedures other than those related to CPR/AED use. These included 14 instances where there was a delay in activating 9-1-1, six instances where concerns were noted specific to emergency care provided at the scene, four instances where emergency responders failed to arrive at the scene with the entire cut down kit, three instances where there were noted problems with emergency response documentation and two instances where emergency responders failed to relieve pressure on the body prior to cutting the inmate down from hanging. Eight cases, or 44 percent, of those identified with emergency response issues had more than one of the identified problems noted above during the emergency response. In 2016, other emergency response issues were noted in 52 percent of the cases and 36 percent of those identified with emergency response problems evidence more than one concern.

G. Individual Suicide Case Reviews

Every death by suicide of an inmate in the custody of CDCR in 2017 was reviewed by a member of the SMHP resulting in a formal SCR report. SCRs are discussed during SCRC meetings prior to finalization. The Special Master's experts are participants in the SCRC and provide immediate feedback during discussions of each case.

Of the 30 reports reviewed, 22 SCRs (73 percent) were determined to be adequate summaries of the cases. Adequacy was determined based on descriptions of each inmate's social history, criminal history, incarceration history and mental health history. These SCRs critically evaluated the mental health treatment provided to the inmates as well as factors precipitating the deaths by suicide. They included critical reviews of practices across disciplines with regard to adherence to Program Guide requirements, policies and local operating procedures. In these 22 reports, recommendations and requirements for corrective action followed clearly from the findings in the SCR and addressed the salient and relevant concerns of the case. There were no significant omissions found in these reports.

Of the remaining SCRs, three (10 percent) were noted to be marginally adequate. A report was determined to be marginally adequate when it included an adequate summary of the inmate's history but failed to be sufficiently critical of one or more elements of care or monitoring of the inmate. Two of these SCRs were noted to have omissions in the analyses that may have resulted in additional QIPs had the issues been explored in the report. Additional concerns in these SCRs included lack of critical analysis of care, the absence of a discussion of treatment during a previous period of incarceration and failure to mention the lack of a suicide risk evaluation when one was indicated.

The remaining five SCRs (17 percent) were determined to be inadequate summaries of the cases. In these reports, significant omissions were noted with regard to analysis of care provided to the inmate. It was determined that failure to critically evaluate care in these cases resulted in failure

to identify areas that were clearly in need of corrective action. The issues of concern included failure to critically examine and evaluate routine treatment planning and treatment interventions in the months preceding the inmate's death by suicide, failure to identify lapses in referring inmates to higher levels of care, lack of identification of poor clinical documentation, failure to identify clinicians' over-reliance on inmate self-report and in one case, an overly positive review of the care provided in the case resulting in failure to identify concerns that required corrective action.

H.  Quality Improvement Plan Content and Analyses

Quality Improvement Plans (QIPs) were developed to address the issues and problems identified in the Suicide Case Reviews. The Special Master's expert reviewed the reports on implementation of QIPs submitted by each facility and/or headquarters staff. For all 30 suicides, analyses of the content of QIPs were completed and revealed 28 common issues or problems. The most common problems, found in 14 cases (47 percent), included delayed activation of required alarms or notification of 9-1-1 emergency services and inaccurate or inadequate mental health documentation, including but not limited to copying and pasting information from one document to another. A table of these issues/problems is found in Appendix B4.

As has been true over time, many QIPs included training for staff for which evidence was provided through inclusion of the training curricula and staff attendance records in the reports on the implementation of QIPs. When clinical concerns were raised with regard to mental health services, training was supplemented by mental health record audits and mentoring to target the specific needs of individual staff members when indicated. What was often missing from the QIPs was follow-up to ensure that training and mentoring had the desired effect over time.

As has been true previously, when nursing concerns were identified, QIPs were deferred to the CCHCS Death Review Committee and required supporting documents were listed as being located within the Final Combined Death Review Committee Summary. Review of these summaries revealed that clinical practice issues were referred to the Nursing Professional Practice Committee (NPPC) and no further information was available regarding a plan or actions taken. Systemic issues were described within the Final Combined Death Review Committee Summaries, and relevant policies were referenced with no indication of how corrective action was being taken to address the issues. There was no further follow-up on these issues by the SCRC or by SMHP staff to ensure that the identified issues were addressed through a QIP. The Special Master's expert was unable to evaluate the QIP responses to nursing issues identified within SCRs as a result

One additional concern noted in 2017 was the lack of follow-up regarding concerns that were sent to the Office of Internal Affairs (OIA) for formal investigation. Eight cases (27 percent) had investigations which stopped the QIPs from moving forward, with a total of 16 individual QIPs being impacted. In one case, the absence of results from the investigation impacted the determination of whether the death was preventable (Case L). During the process of drafting this report, the Special Master's suicide prevention expert inquired about the process for following up on QIPs that resulted in formal OIA investigations. Suicide Prevention and Response Unit (SPRU) reported that Division of Adult Institutions (DAI) has one year to close an investigation regarding alleged custody misconduct and health care has three years. Although the SPRU at headquarters tries to periodically follow up with facilities to receive the subsequent memorandum regarding completed investigations, to date, these efforts have not been successful, and Wardens have not been submitting the findings to either the SPRU or to headquarters DAI.

I.   Foreseeability and Preventability

The terms "foreseeable" and "preventable" are used in this report as they have been in previous reports authored by the Special Master's expert.  They describe the adequacy and implications of CDCR suicide prevention policies and procedures, staff training and supervision, clinical judgement, and utilization of clinical and custodial alternatives to reduce the likelihood of completed suicides.  The definitions below are the court-approved definitions of foreseeable and preventable.

> The term "foreseeable" refers to those cases in which available information about an inmate indicates the presence of substantial or high risk for suicide, and requires reasonable clinical, custodial, and/or administrative intervention(s).  Assessment of the degree of risk may be high, moderate, or low to none.  This is an important component in determining foreseeability.  In contrast to a high and immediately detectable risk, a "moderate risk" of suicide indicates a more ambiguous set of circumstances that requires significant clinical judgment based on adequate training, as well as timely assessment, to determine the level of risk in the most appropriate manner and relevant interventions to prevent suicide.  Interventions may include but are not limited to changes in clinical level of care, placement on suicide precautions or suicide watch, and changes in housing including utilization of safe cells and transfers to higher levels of care, as well as clinically appropriate treatment and management services which may include but not be limited to increased contacts/assessments by mental health professionals, medication management review and changes, other therapeutic interventions and measures, and/or changes in level of care, including short-term changes such as utilization of MHCBs and/or longer term level-of-care changes including transfer to DSH programs.  Individuals evaluated as "low risk," "no risk," or "negligible risk" may continue to require some degree of clinical and custodial monitoring and subsequent evaluation with appropriate treatment and management by clinical staff of the potential for self-injury and/or suicidal ideation or activity.

> The term "preventable" refers to those cases in which the likelihood of completed suicide might have been reduced substantially had some additional information been gathered and/or some additional intervention(s) undertaken, usually as required by existing policy, reflected in the Program Guide and/or local operating procedures.  Suicides that may have been preventable include not only cases in which additional information might have been gathered or additional interventions undertaken, but also cases involving issues with emergency response by custody and clinical staff. The emergency response is reviewed not only by DCHCS mental health staff but also by DCHCS medical staff as part of the death review summary process, as well as by this reviewer.

Early in 2017, CDCR's SCRC discontinued the practice of determining whether a death by suicide was foreseeable and/or preventable. Prior to discontinuing the practice, SCRC made determinations on four cases, or 13 percent of the deaths by suicide in 2017.  SMHP clinicians used different definitions than those above when making determinations of foreseeability and

preventability during the case review process in 2017.  The definitions used within the SCRs are as follows:[24]

> A "foreseeable" suicide is one which, based upon available information reasonably known, is reasonably anticipated based upon the presence of a substantial or high risk for a suicide attempt which would require reasonable clinical, custodial, or administrative intervention.  Foreseeability is assessed by determining the adequacy and accuracy of how suicide risk was evaluated.  Assessment of the degree of risk may be high, moderate, or low to none.  In contrast to a high and immediately detectable risk, a 'moderate risk' of suicide indicates a more ambiguous set of circumstances that requires significant clinical judgment based on adequate training, as well as timely assessment, to determine the level of risk in the most appropriate manner and relevant interventions to prevent suicide.

> A "preventable" suicide is one in which it is probable that, had some additional information been gathered or some additional interventions undertaken, as required by existing policy, the suicide would not have occurred.  Preventability is assessed by determining whether risk management and/or suicide prevention policies and procedures, local operating procedures, and the requirements set forth in the Program Guide were followed adequately.   Suicides that may have been preventable include not only cases in which additional information might have been gathered or additional interventions undertaken, but also cases involving issues with emergency response by custody and clinical staff.

Based on the foregoing truncated definitions, the SCRC determined that one of the four cases (25 percent) was foreseeable, and three out of the four cases (75 percent) were preventable.  Of the four, three cases (75 percent) were determined to have been foreseeable and/or preventable by the SCRC.

The Special Master's expert analyses of the 2017 deaths by suicide considered the SCRC's determinations of foreseeability and preventability that were included within the SCRs when available, but the Special Master's expert also applied the broader court-approved definitions used by the Special Master's expert in previous reports as written above.

In 2017, the Special Master's expert determined that 13, or 43 percent, of the suicides were foreseeable and 23, or 77 percent were preventable.  In total, 23, or 77 percent, of the suicides were determined to be either foreseeable, preventable or both.  The table below lists the cases and determinations made by SCRC and the Special Master's expert.  As noted in the table, there was one case where the SCRC determined that the death was not preventable, but the Special Master's expert did not agree.

| Case | SCRC: Foreseeable | *Special Master's Expert: Foreseeable* | SCRC: Preventable | *Special Master's Expert: Preventable* |
|------|-------------------|----------------------------------------|-------------------|----------------------------------------|
| A | -- | No | -- | No |
| B | -- | Yes | -- | Yes |
| C | -- | No | -- | Yes |
| D | -- | No | -- | No |

---

[24] Language contained within 2017 SCR reports where determinations were made.

| E | -- | No | -- | No |
|---|---|---|---|---|
| F | -- | Yes | -- | Yes |
| G | -- | Yes | -- | Yes |
| H | -- | Yes | -- | Yes |
| I | -- | Yes | -- | Yes |
| J | -- | No | -- | No |
| K | No | Concur - No | Yes | Concur - Yes |
| L | -- | No | -- | Yes |
| M | -- | Yes | -- | Yes |
| N | -- | Yes | -- | Yes |
| O | -- | Yes | -- | Yes |
| P | -- | No | -- | Yes |
| Q | No | Concur - No | Yes | Concur - Yes |
| R | -- | No | -- | Yes |
| S | -- | No | -- | No |
| T | -- | Yes | -- | Yes |
| U | -- | Yes | -- | Yes |
| V | Yes | Concur - Yes | Yes | Concur - Yes |
| W | -- | No | -- | Yes |
| X | No | Concur - No | No | *Disagree - Yes* |
| Y | -- | No | -- | Yes |
| Z | -- | No | -- | No |
| AA | -- | Yes | -- | Yes |
| BB | -- | Yes | -- | Yes |
| CC | -- | No | -- | No |
| DD | -- | No | -- | Yes |

Specific rationales for the determinations by the Special Master's expert are included in the case summaries in Appendix A.

The table below includes the Special Master's expert's finding of the percentage of cases that were determined to foreseeable, preventable or either foreseeable or preventable for the years 2014-2017.

|  | **Foreseeable** | **Preventable** | **Either Foreseeable or Preventable** |
|---|---|---|---|
| **2014** | 52% | 65% | 74% |
| **2015** | 54% | 79% | 79% |
| **2016** | 59% | 85% | 89% |
| **2017** | 43% | 77% | 77% |

## IV.   Conclusions

Despite considerable effort on the part of CDCR to address and reduce deaths by suicide, the suicide rate in 2017 was at its highest since 2012. The foregoing discussion of factors related to deaths by suicide has resulted in the following conclusions regarding suicide prevention efforts.

28

- Although, the quality of the suicide risk assessments demonstrated improvement as compared to 2016, issues remained as summarized in the suicide risk assessment section. In addition, concerns were again identified in the following sections:

  - Mental Health Assessments
  - Treatment Planning
  - Treatment Services
  - Higher Levels of Care Needs
  - Inpatient Placement Within Past Year
  - Interdisciplinary Consultation
  - Emergency Response
  - Other Emergency Response Issues

- Results from OIA investigations are not provided to the SPRU and DAI, resulting in QIPs that are delayed or stopped secondary to OIA investigations. Similarly, SMHP and SCRC leadership are not provided follow-up on nursing QIPs. These failures impact the development of adequate corrective actions required to reduce suicides within the CDCR.

- Since 2015, there has been an increase in the percentage of deaths by suicide for inmates assigned to housing units to address their safety concerns. Inmates may request such housing for a number of reasons (e.g., sexual crimes, drug debts, gang-related issues, enemy situations). It does not appear that inmates' safety concerns are being routinely assessed within the larger context of suicide prevention.

- Completion of activities of daily living (e.g., cell cleanliness, hygiene) appear to disproportionately influence IDTT decisions to retain an inmate at the current level of care. Broader assessments of the inmate's functioning, to include signs and symptoms of mental illness, levels of distress, participation in treatment, adherence to medication regimens, social isolation, and changes in functioning over time are necessary to information level of care decisions.

The Special Master will continue to provide support to CDCR on addressing deficiencies noted in this report. Additionally, the Special Master's experts will continue to provide guidance to CDCR during their suicide case review process, development and review of suicide-related policies and procedures, as well as quality improvement initiatives and sustainable process efforts.

Respectfully Submitted,

/s/ *Sharen Barboza*

Sharen Barboza, Ph.D.