**APPENDIX B1**

**INMATE DEMOGRAPHICS**

Inmate Demographics

| Case | Facility | Age | Gender | Ethnicity | Marital Status | LOC | Primary Diagnosis | Current PC2602 | Medical Issues |
|------|----------|-----|--------|-----------|----------------|-----|-------------------|----------------|----------------|
| A | CIW | 38 | Female | Caucasian | Never Married | Non-MHSDS | Substance Use Disorder | No | No |
| B | CMF | 28 | Male | African American | Never Married | MHCB | Adjustment Disorder | No | Yes |
| C | SAC | 35 | Male | Hispanic/Latinx | Never Married | EOP | Psychotic Disorder | No | Yes |
| D | CCC | 36 | Male | Caucasian | Never Married | Non-MHSDS | None | No | No |
| E | WSP | 24 | Male | Hispanic/Latinx | Never Married | 3CMS | Psychotic Disorder | No | Yes |
| F | MCSP | 54 | Male | Caucasian | Separated | EOP | Mood Disorder | No | Yes |
| G | CCWF | 32 | Trans F to M | Caucasian | Never Married | EOP | Personality Disorder | No | No |
| H | DVI | 22 | Male | Hispanic/Latinx | Never Married | Non-MHSDS | Other | No | No |
| I | COR | 21 | Male | African American | Never Married | 3CMS | Adjustment Disorder | No | No |
| J | DVI | 38 | Male | Asian | Never Married | Non-MHSDS | None | No | No |
| K | PBSP | 27 | Male | Hispanic/Latinx | Never Married | Non-MHSDS | None | No | No |
| L | DVI | 26 | Male | Hispanic/Latinx | Never Married | Non-MHSDS | None | No | No |
| M | LAC | 29 | Male | African American | Unavailable | EOP | Mood Disorder | No | No |
| N | LAC | 24 | Male | Hispanic/Latinx | Never Married | EOP | Mood Disorder | No | No |
| O | LAC | 43 | Male | Asian | Never Married | MHCB | Adjustment Disorder | No | No |
| P | SOL | 21 | Male | African American | Married | 3CMS | Adjustment Disorder | No | Yes |
| Q | CMF | 29 | Male | Hispanic/Latinx | Never Married | 3CMS | Mood Disorder | No | Yes |
| R | SVSP | 38 | Male | Hispanic/Latinx | Never Married | EOP | Psychotic Disorder | No | Yes |
| S | WSP | 28 | Male | Hispanic/Latinx | Married | EOP | Mood Disorder | No | Yes |
| T | LAC | 35 | Male | African American | Never Married | 3CMS | Anxiety Disorder | No | No |
| U | MCSP | 61 | Male | Caucasian | Divorced | EOP | Trauma-related Disorder | No | Yes |
| V | SQSP | 37 | Male | African American | Divorced | 3CMS | Psychotic Disorder | No | Yes |
| W | COR | 35 | Male | Hispanic/Latinx | Never Married | EOP | Psychotic Disorder | Yes | Yes |
| X | DVI | 33 | Male | Hispanic/Latinx | Never Married | Non-MHSDS | None | No | No |
| Y | WSP | 28 | Male | Caucasian | Never Married | Non-MHSDS | None | No | No |
| Z | CCI | 36 | Male | Hispanic/Latinx | Never Married | Non-MHSDS | None | No | Yes |
| AA | SQSP | 46 | Male | Hispanic/Latinx | Married | 3CMS | Adjustment Disorder | No | Yes |
| BB | WSP | 30 | Male | Caucasian | Never Married | EOP | Psychotic Disorder | No | No |
| CC | KVSP | 34 | Male | Hispanic/Latinx | Never Married | Non-MHSDS | None | No | Yes |

| DD | RJD | 36 | Male | Caucasian | Never Married | 3CMS | Psychotic Disorder | No | Yes |

# APPENDIX B2

# INMATE HISTORY AND SUICIDE EVENT CHARACTERISTICS

Inmate History and Suicide Event Characteristics

| Case | Crime Type | Method | Housing | Cell Type | Mental Health History while Incarcerated | Mental Health History Prior to Incarceration | Previous Self-Harm | Previous Suicide Attempt | Substance Use History |
|---|---|---|---|---|---|---|---|---|---|
| A | Non-violent property | Hanging | GP Yard | Single | Yes | Yes | Yes | No | Yes |
| B | Violent | Hanging | CTC | Single | Yes | Yes | Yes | Yes | Yes |
| C | Violent | Hanging | PSU | Single | Yes | No | No | Yes | Yes |
| D | Non-violent property | Hanging | ASU | Single | No | No | No | No | Yes |
| E | Violent | Hanging | RC | Single | Yes | Yes | No | Yes | Yes |
| F | Violent | Cutting | SNY | Double - cellmate absent | Yes | Yes | No | Yes | Yes |
| G | Violent | Hanging | ASU | Single | Yes | Yes | Yes | Yes | Yes |
| H | Other | Hanging | ASU | Single | No | Yes | No | Yes | Yes |
| I | Violent | Hanging | STRH | Single | Yes | Yes | No | No | Yes |
| J | Other | Hanging | ASU | Single | No | No | No | No | Yes |
| K | Violent | Hanging | ASU | Single | No | No | No | No | Yes |
| L | Violent | Hanging | RC | Double - cellmate absent | No | No | No | Yes | Yes |
| M | Violent | Hanging | GP Yard | Double - cellmate absent | Yes | Yes | Yes | Yes | Yes |
| N | Violent | Hanging | ASU | Single | Yes | Yes | Yes | No | Yes |
| O | Violent | Hanging | CTC | Single | Yes | No | Yes | Yes | Yes |
| P | Violent | Hanging | GP Yard | Single | Yes | Yes | No | Yes | Yes |
| Q | Violent | Cutting | GP Yard | Single | Yes | Yes | No | Yes | Yes |
| R | Sex Offense | Hanging | SNY | Single | Yes | No | Yes | Yes | Yes |
| S | Violent | Hanging | RC | Single | Yes | Yes | No | Yes | Yes |
| T | Violent | Hanging | STRH | Single | Yes | No | No | Yes | Yes |
| U | Sex Offense | Hanging | GP Yard | Single | Yes | Yes | No | Yes | Yes |
| V | Violent | Hanging | ASU | Single | Yes | Yes | Yes | Yes | Yes |
| W | Violent | Hanging | ASU | Single | Yes | Yes | Yes | Yes | Yes |
| X | Sex Offense | Hanging | RC | Single | No | No | No | No | No |
| Y | Violent | Hanging | GP Yard | Single | No | Yes | No | Yes | Yes |
| Z | Violent | Cutting | SNY | Single | No | No | No | No | Yes |
| AA | Violent | Jumping | RC | Outside of cell | Yes | Yes | No | Yes | Yes |
| BB | Violent | Hanging | SNY | Double - cellmate absent | Yes | Yes | Yes | Yes | Yes |

| CC | Violent | Hanging | GP Yard | Single | Yes | Yes | No | Yes | Yes |
| DD | Violent | Hanging | SNY | Double - cellmate absent | Yes | Yes | Yes | Yes | Yes |

# APPENDIX B3

# IDENTIFIED ASSESSMENT, TREATMENT AND COMMUNICATION CONCERS

Identified Assessment, Treatment and Communication Concerns

| Case | Suicide Risk Evaluation Omissions | Suicide Risk Level Not Appropriate | Other Suicide Risk Evaluation Issues | Mental Health Assessment Problems | Treatment Planning Problems | Treatment Problems | Failure to Refer to HLOC | Problems with Consultation |
|---|---|---|---|---|---|---|---|---|
| A | N/A | N/A | Yes | Yes | N/A | Yes | No | No |
| B | No | Yes | Yes | No | Yes | Yes | Yes | Yes |
| C | No | Yes | Yes | Yes | No | Yes | No | No |
| D | No | Yes | No | No | N/A | N/A | N/A | N/A |
| E | N/A | N/A | Yes | No | No | Yes | No | No |
| F | No | No | Yes | Yes | Yes | Yes | Yes | No |
| G | No | No | No | No | No | Yes | Yes | No |
| H | No | No | Yes | Yes | No | Yes | Yes | Yes |
| I | No | No | Yes | Yes | Yes | Yes | Yes | No |
| J | N/A | N/A | N/A | Yes | N/A | N/A | No | No |
| K | N/A | N/A | N/A | N/A | N/A | N/A | No | No |
| L | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Yes |
| M | No | No | Yes | Yes | Yes | Yes | Yes | No |
| N | No | No | Yes | Yes | Yes | Yes | Yes | No |
| O | No | No | Yes | Yes | Yes | No | No | No |
| P | N/A | N/A | Yes | Yes | Yes | Yes | Yes | Yes |
| Q | No | Yes | No | No | Yes | Yes | Yes | No |
| R | Yes | No | No | No | Yes | Yes | Yes | Yes |
| S | Yes | No | Yes | No | No | No | Yes | No |
| T | N/A | No | Yes | Yes | Yes | Yes | Yes | No |
| U | No | Yes | Yes | Yes | Yes | Yes | No | No |
| V | No | No | Yes | No | Yes | Yes | No | Yes |
| W | No | Yes | Yes | No | No | Yes | Yes | No |
| X | N/A | N/A | N/A | Yes | N/A | N/A | No | Yes |
| Y | N/A | N/A | No | Yes | No | No | No | Yes |
| Z | N/A | N/A | No | No | N/A | N/A | No | No |
| AA | No | Yes | No | No | Yes | Yes | No | No |
| BB | Yes | No | Yes | Yes | Yes | Yes | Yes | No |

| CC | No | Yes | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|
| DD | Yes | No | Yes | Yes | Yes | Yes | Yes | No |

# APPENDIX B4

# COMMON PROBLEMS IDENTIFIED AS REQUIRING A QUALITY IMPROVEMENT PLAN

Common Problems Identified as Requiring a Quality Improvement Plan

| Identified Issue Requiring Quality Improvement Plan | Number of Cases | Percentage of Cases |
|---|---|---|
| Failure to Update a mental health evaluation | 2 | 7% |
| Psychiatric Technician rounds not done or inaccurate | 2 | 7% |
| Failure to take pressure off body during cut down when hanging | 2 | 7% |
| CPR/AED Issues | 3 | 10% |
| Disconnect between treatment provided and the treatment plan | 3 | 10% |
| Patient had inappropriate access to means to harm self | 3 | 10% |
| Failure to conduct confidential contacts | 3 | 10% |
| Poor emergency response documentation | 3 | 10% |
| Failure to bring entire cut down kit to scene | 4 | 13% |
| Over-reliance on patient self-report | 4 | 13% |
| Failure to provide property/privileges the inmate was entitled to have | 4 | 13% |
| Failure to make adequate custody checks | 5 | 17% |
| Program Guide timelines not met for response to referrals or required contacts | 6 | 20% |
| Emergency medical care problems or concerns | 6 | 20% |
| Safety issues identified regarding inmate's cell, cell placement or other issues | 7 | 23% |
| Failure to address inmate refusals for mental health services | 7 | 23% |
| Medication issues | 8 | 27% |
| Inadequate treatment planning | 8 | 27% |
| Failure to conduct adequate record review | 8 | 27% |
| Nursing documentation problems | 8 | 27% |
| Communication or referral concerns | 10 | 33% |
| Failure to complete a required or clinically indicated suicide risk evaluation | 10 | 33% |
| Poor safety planning | 11 | 37% |
| Poor or unsupported risk assessment rationale | 12 | 40% |
| Inadequate risk determination | 12 | 40% |
| Inappropriate LOC and/or not referred to higher LOC | 13 | 43% |
| Delays in 9-1-1 or alarm activation | 14 | 47% |
| Inaccurate or inadequate mental health documentation (includes copy/paste issues) | 14 | 47% |