**APPENDIX C**

**SPECIAL MASTER'S EXPERTS**

**CURRICULA VITAE**

## Sharen E. Barboza, Ph.D., CCHP-MH, CiWPP
### Licensed Clinical Psychologist (NY 015436/FL PY9637)

EDUCATION

**Fairleigh Dickinson University**, Teaneck, New Jersey

| | |
|---|---|
| *Ph.D., Clinical Psychology* | 9/2001 |
| Dissertation | 2/2001 |

Discriminant validity of the Abel Screen for Sexual Interest in juvenile sex offenders who admit and deny their offenses

**Tufts University**, Medford, Massachusetts

| | |
|---|---|
| *M.S., Experimental Psychology* | 5/1994 |
| *B.S., Psychology*, Cum Laude, Magna Cum Laude en thesi | 5/1992 |

CERTIFICATIONS

**Certificate in Wholebeing Positive Psychology**

*Wholebeing Institute*                                                           9/2019

HONORS/AWARDS

**2018 B. Jaye Anno Award of Excellence in Communication**

*National Commission on Correctional Health Care*                            10/2018

This award pays tribute to innovative, well-executed communications that have had a positive impact on the field of correctional health care, or to individuals for bodies of work. The award is named after NCCHC's cofounder and first vice president. https://www.ncchc.org/excellence-in-communication-2018

WORK EXPERIENCE

**Correctional Mental Health Consultant/Expert/Trainer**

*Barboza Consulting, LLC*                                                   5/2013-Present

Provide consultation to correctional systems on behavioral and mental health services. Conduct a comprehensive analysis of current services and programs, comparing those to national standards. Offer training for clinical and correctional staff on the implementation of behavioral health programs and services including self-injury reduction, suicide prevention, managing mental illness in corrections, correctional stress/burnout, and other topics as requested. Provide expert witness evaluation, consultation, and opinion.

***Court Appointed Expert, Correctional Mental Health*** (3/2020 - present). United States District Court of the Eastern District of California – Ordered by Honorable Kimberly J. Mueller, Chief United States District Judge, for a class action lawsuit, Coleman et. al vs. Newsom et. al. As a member of a multi-disciplinary team, provide expert consultation to the Special Master, Mathew A. Lopes, Esq., as part of an ongoing monitoring process of the California Department of Corrections and Rehabilitation and Department of State Hospitals mental health system.

## Vice President
**Mental Health/Clinical Operations – Mental Health**

*MHM/Centurion*, Vienna, Virginia                                          9/2014-4/2020

Supervisors:  Jane Haddad, Psy.D.; Julie Mueller, RN, MBA, Johnny Wu, M.D.

Oversaw national clinical operations of mental health services provided by the company.  Supervised the Clinical Operations mental health team, audited clinical services and contract/standards compliance of mental health services being provided within correctional and forensic settings. Created and collaborated on the development of therapeutic program curricula for seriously mentally ill individuals, individuals who engage in self-injury, and sexual offenders.  Developed and delivered training programs to mental health, medical, and corrections professionals. Provided consultation to correctional systems regarding mental health, behavior change and sexual offender programming.  Assisted with new business development.

## Director of Clinical Operations

*MHM Services, Inc.*, Vienna, Virginia                                          10/2008-9/2014

Supervisor:  Jane Haddad, Psy.D.

Served as a director of the clinical operations team, overseeing the auditing of clinical services and contract compliance of mental health services being provided within correctional and forensic settings.  Created and collaborated on the development of therapeutic program curricula for seriously mentally ill individuals, individuals who self-injure and sexual offenders.  Developed and deliver training programs to mental health, medical health, and corrections professionals.  Provided consultation to correctional systems regarding mental health, behavior change and sexual offender programming.  Assisted with new business development and supervision of clinical operations staff.

## Senior Clinical Operations Specialist

*MHM Services, Inc.*, Vienna, Virginia                                          2/2007-10/2008

Supervisor:  Jane Haddad, Psy.D.

Served as a senior member of the clinical operations team, auditing clinical services and contract compliance of mental health services being provided within correctional and forensic settings.  Created and collaborated on the development of therapeutic program curricula; developed and delivered training programs to mental health, medical health, and corrections professionals; and provided consultation to correctional systems regarding mental health and sexual offender programming.

**Director, Sex Offender Treatment Program**

*NYS OMH & Central New York Psychiatric Center*, Marcy, New York          11/2005-2/2007

> Deputy Commissioner: Richard Miraglia, C.S.W.
>
> Executive Director:  Donald Sawyer, Ph.D., MBA
>
> Served as clinical expert consultant in the development of the Sex Offender commitment initiative in New York.  Consulted to the Division of Forensic Services in the development of the comprehensive evaluation and treatment process for civilly committed sex offenders in New York State. Consulted to the Commissioner of OMH and the Department of Budget regarding this initiative.  Provided weekly consultation, staff training, and clinical supervision to multidisciplinary teams at Manhattan Psychiatric Center and Kirby Forensic Psychiatric Center.   Made contacts and visited with civil commitment programs in other states and developed an inpatient treatment program for this population including intake assessment process and outcome measurements.  Participated in all aspects of program development: consulting on construction, developing and implementing policy, hiring staff, creating staff training programs, coordinating risk assessments, supervising clinical and direct care staff, preparing clinicians for court testimony, and overseeing community reintegration planning

## Chief Psychologist

*Central New York Psychiatric Center*, Marcy, New York          1/2004-2/2007

> Executive Director:  Donald Sawyer, Ph.D., MBA
>
> Served as Chief of Psychology Department for a state psychiatric facility treating patients incarcerated within New York State; developed, monitored, and maintained standards of performance for psychologists throughout the system; developed policies and procedures related to the delivery of psychological services (e.g., suicide risk assessment and prevention, violence risk assessment and prevention, behavioral management policies and programs, special housing unit (SHU) services, psychological assessment); provided supervision to psychologists and psychology student interns; developed and conducted research regarding initiatives and programs; coordinated system-wide risk assessment initiative; coordinated system-wide implementation and maintenance of behavioral management program; recruited and hired psychologists; consulted to physicians, administration, and risk managers with regard to public safety, accreditation, and quality of care.

## Licensed Psychologist/ Psychologist II

*Bedford Hills Correctional Facility*, Bedford Hills, New York          9/2001-1/2004

> Supervisors:  Carolyn Subin, Ph.D., David Stang, Ph.D.
>
> Provided individual psychotherapy to incarcerated women at a maximum security correctional facility; conducted assessments of suicidal and homicidal ideation & intent; provided mental health consultation and assessment to women in solitary confinement; consulted to Department of Corrections regarding mentally ill inmates with lengthy confinement

sanctions; provided supervision to Ph.D. level psychologists for licensure; provided mental health training to Department of Corrections staff; participated in crisis intervention and inpatient referral process.

### Sex Offender Risk Assessment Consultant

*Juvenile Sexual Offender Treatment Program*
*Westchester Jewish Community Services*, Hartsdale, New York          8/2001-10/2003
<u>Supervisor</u>:  Kenneth Lau, CSW
Assessed the re-offense risk for adolescents accused of committing sexual offenses within Westchester County, NY; provided pre-sentencing consultation to the courts regarding supervision and treatment needs as well as further assessments and/or agency involvement

### Director, Adolescent Sexual Abuse Program

*Iowa State Training School for Boys*, Eldora, Iowa          1/1995-8/1996
<u>Supervisor</u>:  William Fields, Clinical Director
Treated adolescent male offenders & victims of sexual abuse using group and individual therapy; assessed adolescents; supervised staff of 15-20 and provided training; provided sex education to delinquent male adolescents; received 175 hours of training meeting certification requirements as Sex Offender Treatment Provider for the State of Iowa. Clinical populations included: BD, LD, ADD, ADHD, Pedophilia, Oppositional-Defiant Disorder, Conduct Disorder.

## EDITORIAL DUTIES

### Health Affairs
*Reviewer*          3/2020 -Present

### International Journal of Prisoner Health
*Editorial Board Member*          10/2013-Present

### Journal of Correctional Health Care
*Reviewer*          10/2018-Present

## EXPERT WITNESS & CASE CONSULTANT

*B. Lewis v. Crisis & Counseling Center*
United States Direct Court; Maine
*Retained by defendant – consultation only*          2017

*Klitzka v. NCHC, et al*
United States Direct Court; Western District of Wisconsin
*Retained by defendant*          2020

## COMMITTEE MEMBERSHIPS/AFFILIATIONS

### Mental Health Standards Committee
*Member*
National Commission on Correctional Health Care          11/2020 - Present

**NCCHC Correctional Health Foundation**
*Board Member/Chair Elect (2021)*                                              4/2019-Present
    National Commission on Correctional Health Care

**Education Committee**
*Member*                                                                       10/2018-Present
    National Commission on Correctional Health Care

**Certified Correctional Healthcare Professionals (CCHP) Mental Health Subcommittee/Task Force**
*Member*                                                                       1/2014-Present
    National Commission on Correctional Health Care

**Certified Correctional Healthcare Professionals (CCHP) Board of Trustees**
*Appointed Trustee*                                                            3/2014-11/2017
    National Commission on Correctional Health Care              11/2020-Present

**Mental Health Subcommittee**
*Member*                                                                       4/2013-4/2017
    American Correctional Association

## SPECIALIZED TRAINING

**Leading from Your Strengths:  Positive Psychology and Professional Development**
*Kripalu Center for Yoga and Health*
    M. Sirois, Psy.D.                                           11/2017

**The Prison Rape Elimination Act: Understanding the Law and How to Meet Compliance**
*National Commission on Correctional Healthcare*
    A. Moss                                                     10/2012

**Sex Offender Treatment**
*NYS Office of Mental Health, Division of Forensic Services*
    A. Schlank, Ph.D.                                           2/2007

**PCL-R Training**
    R. Hare, Ph.D., A. Forth, Ph.D.                             11/2006

**Using the Structured Risk Assessment Model to Guide Treatment Planning**
    D. Thornton, Ph.D., R. Mann, M.Sc. L. Daniels, MSSW         9/2006

**Penile Plethysmography Training – Level I & Level II**
*Monarch -- Behavioral Technologies Inc.*, Salt Lake City, UT
    P. Byrne, Ph.D.                                             6/2006

**Sex Offender Risk Assessment**
*NYS Office of Mental Health, Division of Forensic Services.*

D. Doren, Ph.D., D. Epperson, Ph.D., D. Anderson, Ph.D.                         3/2006

### Legal/Ethical Issues in Mental Health
*Specialized Training Services, Inc.*
Philip Resnick, MD                                                              6/2004

### Risk Assessment of the Mentally Ill
*Specialized Training Services, Inc.*
Philip Resnick, MD                                                              6/2004

### Intensive DBT Training
*Behavioral Tech, Inc.*
Cindy Sanderson, Ph.D.                                                         10/2001

## TEACHING EXPERIENCE

### Facilitator for Executive Manager in Correctional Healthcare Training (EMCHT)
*National Institute of Corrections*, Aurora, Colorado                      5/2014-9/2015

### Adjunct Professor
*Hamilton College*, Clinton, New York                                      1/2005-5/2005

### Instructor
*Marist College*, Goshen Extension Site, Goshen, New York                  5/2001-8/2001
*Fairleigh Dickinson University*, Teaneck, New Jersey
5/1997–12/1998

### Adjunct Instructor
*Correctional Release Center*, Newton, Iowa                                8/1994-1/1995
*Des Moines Area Community College*, Ankeny, Iowa                          9/1994-12/1994

## PUBLICATIONS

Barboza, S., Blair, R., Cook, G., Elliott, W., and Kern, E. (2019).  *Suicide Prevention and Resource Guide: National Response for Suicide Prevention in Corrections.* Chicago, IL.  National Commission on Correctional Health Care. www.ncchc.org/suicide-prevention-plan

Boren, E. A., Folk, J. B., Loya, J. M., Tangney, J. P., Barboza, S. E. and Wilson, J. S. (2018), The Suicidal Inmate: A Comparison of Inmates Who Attempt Versus Complete Suicide.  *Suicide and Life Threatening Behavior*, 48(5), 570-579. DOI: 10.1111/sltb.12374

Folk, J. B., Loya, J. M., Boren, E. A., Tangney, J. P., Wilson, J. S., & Barboza, S. E. (in press). Differences between inmates who attempt suicide and who die by suicide: Staff-identified psychological and treatment-related risk factors. *Psychological Services.*

Folk, J. B., Disabato, D. J., Daylor, J. M., Tangney, J. P., Barboza, S., Wilson, J. S., Bonieskie, L., & Holwager, J. (2016). Effectiveness of a Self-Administered

Intervention for Criminal Thinking: Taking a Chance on Change. *Psychological Services*, 13(3), 272-82.

Barboza, S. (2016).  Elevating personality disorders:  Changes and challenges in treating incarcerated patients.  *The International Association for Correctional and Forensic Psychology Newsletter*, 48(2), 11-12.

Disabato, D., Folk, J. Wilson, J.S., Barboza, S., Daylor, J. & Tangney, J.  (2015).  Psychometric validation of a simplified form of the PICTS in low-reading level populations.  *Journal of Psychopathology and Behavioral Assessment*,38(3), 456-64.

Andrade, J.T., Wilson, J.S., Franko, E., Deitsch, J. & Barboza, S. (2014).  Developing the Evidence Base for Reducing Chronic Inmate Self-Injury: Outcome Measures for Behavior Management.  *Corrections Today*, 76(6), 30-35.

Barboza, S. & Wilson, J. (2013).  Your Patient is My Patient:  The Need for Integrated Medical-Mental Health Care for Inmates with Serious Mental Illness.  *CorrDocs*, 17(5).

Barboza, S. & Wilson, J.S. (2011).  Behavior Management Plans Decrease Inmate Self-Injury.  *Corrections Today*, 73(5).

Wilson, J. & Barboza, S. (2010). The Looming Challenge of Dementia in Corrections. *CorrectCare*, 24(2), 12-14.

Way, B. B., Sawyer, D. A., Barboza, S., & Nash, R. (2007). Inmate suicide and time spent in special disciplinary housing in New York state prison. *Psychiatric Services*, <u>58</u>, 558-560.

Abel, G. G., Jordan, A., Rouleau, J. L., Emerick, R., Barboza-Whitehead, S., and Osborn, C. (2004). The use of visual reaction time to identify male adolescent child molesters and the frequencies of their acts. *Sexual Abuse: A Journal of Research and Treatment*, <u>16</u> (3), 255-265.

## PRESENTATIONS

Barboza, S. "Understanding Personality Disorders: Practical Insights for Nurses" Workshop presented at the National Commission on Correctional Healthcare Conference, October 2019, Fort Lauderdale, FL.

Barboza, S. "Self-Injurious Behavior and Trauma Informed Care" Keynote at Health Care in Secure Settings Conference, Justice Health and Forensic Mental Health Network, May 2019, Sydney, Australia.

Barboza, S. "Vicarious Trauma and Self-Care" Keynote at Health Care in Secure Settings Conference, Justice Health and Forensic Mental Health Network, May 2019, Sydney, Australia.

Masotta, M. & Barboza, S. "Bipolar Disorder, Borderline Personality Disorder and PTSD:  Improving Diagnostic Accuracy" Workshop presented at the National Commission on Correctional Healthcare Conference, April 2019, Nashville, TN.

Riley, K. & Barboza, S.  "Continuous Quality Improvement:  Strategies to Measure Change" Pre-Conference Workshop presented at the National Commission on Correctional Healthcare Conference, April 2019, Nashville, TN.

Cox, J & Barboza, S.  "An In-Depth Review of NCCHC's 2015 Standards for Mental Health Services" Pre-Conference seminar at National Commission on Correctional Healthcare Conference, November 2017, Chicago, IL; October, 2018, Las Vegas, NV; April 2019, Nashville, TN and October, 2019, Fort Lauderdale, FL.

Barboza, S "Hazardous Duty:  The Invisible Effects of Working in Corrections" Workshop presented at the National Commission on Correctional Healthcare National Conference, October 2015, Dallas, TX and October, 2019, Fort Lauderdale, FL.

Barboza, S & Riley, K.  "Continuous Quality Improvement:  Strategies to Measure Change" Pre-Conference Workshop presented at the National Commission on Correctional Healthcare Conference, October 2018, Las Vegas, NV.

Barboza, S., Andrade, J.T., & Wilson, J.S.  "Trauma in the Practice of Correctional Medicine."  Workshop presented at the American College of Correctional Physicians Fall Conference, October, 2018, Las Vegas, NV.

Barboza, S. "Strategies for Understanding and Working with Personality-Disordered Patients."  Workshop presented at the National Commission on Correctional Healthcare Conference, October 2018, Las Vegas, NV.

Barboza, S. "The Value of Positivity in Correctional Mental Health."  Workshop presented at the National Commission on Correctional Healthcare Conference, October 2018, Las Vegas, NV.

Gibson, B., Kern, E., Barboza, S. "The National Response Plan for Suicide Prevention in Corrections."  Workshop presented at the National Commission on Correctional Healthcare Conference, October 2018, Las Vegas, NV.

Barboza, S.  "Measuring Mental Health Treatment Outcomes: Building an Evidence Base" Conference Workshop presented at the National Commission on Correctional Healthcare Spring Conference, April 2018, Minneapolis, MN.

Barboza, S. & Wilson, J.S.  "Trauma-Informed Care:  How We Can Better Support Our Patients" Pre-Conference Workshop presented at the National Commission on Correctional Healthcare Spring Conference, April 2018, Minneapolis, MN.

Barboza, S.  "Continuous Quality Improvement:  Strategies to Measure Change" Pre-Conference Workshop presented at the National Commission on Correctional Healthcare Spring Conference, April 2018, Minneapolis, MN.

Barboza, S.  "CCHP-MH Exam Content Review Course" National Commission on Correctional Healthcare sponsored webinar, April 12, 2018.

Barboza, S.  "Use of Behavior Management Plans to Reduce Self-Injury."  National Commission on Correctional Healthcare sponsored webinar, February 21, 2018.

Barboza, S. "Practical Behavior Management Strategies:  Decreasing Self-Injurious Behavior" Luncheon presentation at the National Commission on Correctional Healthcare Mental Health Care Conference, July 2017, Las Vegas, NV

Barboza, S. "CCHP-MH Content Review Course."  Workshop at the National Commission on Correctional Healthcare Mental Health Care Conference, July 2017, Las Vegas, NV

Barboza, S. & Kearns, J.D. "Crisis Intervention:  Planning and Implementing Effective Strategies."  Workshop at the National Commission on Correctional Healthcare Mental Health Care Conference, July 2017, Las Vegas, NV

Barboza, S & Puerini, M.  "Personality Disorder in Corrections – Affliction, Identity, Label" Workshop at the National Commission on Correctional Healthcare Conference, October 2016, Las Vegas, NV

Barboza, S. "Strategies for Understanding and Working with Personality-Disordered Patients" Workshop at the National Commission on Correctional Healthcare Correctional Mental Health Care Conference, July 2016, Boston, MA.

Barboza, S. Wilson, J.S., McGinty, M., and Brown, L.  "Creating Practice-Based Evidence for Mental Health Treatment in Corrections" Workshop presented at the National Commission on Correctional Health Care National Conference, October 2015, Dallas, TX.

Barboza, S "Hazardous Duty:  The Invisible Effects of Working in Corrections" Workshop presented at the National Commission on Correctional Healthcare Spring Conference, April 2015, New Orleans, LA.

Barboza, S. & McGinty, M.  "Practice-Based Evidence:  Creating Evidence for Mental Health Treatment in Corrections" Workshop presented at the American Correctional Health Services Association National Conference, March 2015, Orlando, FL.

Barboza, S. & Wilson, J.S.  "Hazardous Duty:  The Invisible Effects of Working in Corrections" Workshop presented at the American Correctional Health Services Association Multidisciplinary Educational Conference, March 2014, New Orleans, LA.

Barboza, S. & Ammons, L.  "How Can I Tell If It's Working:  Measuring Mental Health Treatment Outcomes."  Workshop presented at the American Correctional Association Winter Conference, January 2014, Tampa, FL.

Simpson, M. & Barboza, S. "Times They Are a Changing:  DSM-5 and the Impact on Corrections."  Workshop presented at the American Correctional Association Winter Conference, January 2014, Tampa, FL.

Wilson, J.S., Barboza, S. & Andrade, J.  "Behavior Management:  Strategies for Individual and Group Programs."  Workshop presented at National Commission on Correctional Health Care Correctional Mental Health Care Conference, July 2013, Las Vegas, NV.

Barboza, S.  "Mental Health in Corrections:  An Overview for Health Care Leaders" Workshop presented at Correctional Health Care Leadership Institute, July 2012, Chicago, IL.

Shaw-Taylor, E.; Baker, M.; Tyler, C. & Barboza, S.  "Taking a Chance on Change: In-Cell Programming Success in Maryland" Workshop offered at American Correctional Association Congress of Corrections, July, 2012, Denver, CO.

DeGroot, J.; Cadreche, M.; & Barboza, S.  "Managing Self Harm by Standardizing the Definition, Tracking its Prevalence, and Using a Behavioral Plan" Workshop presented at Academic & Health Policy Conference on Correctional Health, March, 2012.

DeGroot, J.; Thompson, J. M.; Jackson, J. & Barboza, S.  "It's Not Mental Illness, It's Just Behavior: Identifying and Treating Personality Disorders Rather Than Dismissing Them" Workshop presented at Academic & Health Policy Conference on Correctional Health, March, 2012.

Barboza, S. & Wilson, J.S.  "Evidence for the Efficacy of Behavioral Interventions in Reducing Self-Injury" Workshop offered at NCCHC Conference, May, 2011, Phoenix, AZ.

Barboza, S. & Wilson, J.S.  "Real Results: Successful Reduction in Self-Injury in Correctional Settings."  Workshop offered at American Correctional Health Services Association Conference, April, 2011, Orlando, FL.

Barboza, S. & Wilson, J.S.  "Let's Get Practical:  Real Answers to Inmate Self-Injury."  Workshop offered at North American Association of Wardens and Superintendents Conference, April, 2011, Baton Rouge, LA.

Barboza, S. & Wilson, J.S.  "Behavior Management – Effective Reduction in Self-Injury."  Workshop offered at American Correctional Association Winter Conference, February, 2011, San Antonio, TX.

Wilson, J.S. & Barboza, S.  "Addressing the Rising Prevalence of Dementia in Inmate Populations" Pre-Conference Seminar offered at Updates in Correctional Healthcare, National Commission on Correctional Health Care sponsored, April, 2010, Nashville, TN.

Wilson, J.S.; Barboza, S.; & Andrade, J.  "Ending It All:  Data Informed Suicide Prevention."  Presentation at Updates in Correctional Healthcare, National Commission on Correctional Health Care sponsored, April, 2010, Nashville, TN.

Barboza, S. & Wilson, J.S.  "Bringing Recovery Inside the Walls: Recovery-Oriented Treatment Plans."  Presentation at CMHS National GAINS Center Conference, February, 2010, Orlando, FL.

Wilson, J.S. & Barboza, S.  "In Search of Solutions:  Does Behavior Management Work?"  Presentation at ACHSA Multidisciplinary Professional Development Conference, February 2010, Portland, OR.

Barboza, S.  "Mental Health Risk Management."  Invited speaker, Academy of Correctional Health Professionals Regional Seminar, June, 2009, Farmington, CT.

Barboza, S.  "Mental Health Risk Management."  Invited speaker, Academy of Correctional Health Professionals Regional Seminar, May, 2009, Fairfax, VA.

Andrade, J. T. & Barboza, S.  "Taking a Chance on Change: Treating Offenders in Restricted Housing."  Presentation at Mental Health in Corrections Conference, Forest Institute sponsored, April, 2009, Kansas City, MO.

Barboza, S.  "Prison Rape Elimination Act & Draft Standards:  Implications for Mental Health Practice."  Presentation at Caulking the Seams of Continuity Conference, Drexel University Behavioral Healthcare Education, December 2008, Grantville, PA.

Barboza, S.  "Documenting Progress:  Writing Good Progress Notes Based on Good Treatment Plans."  Presentation at Unlock the Mystery Conference, Indiana Department of Corrections, June 2008, Indianapolis, IN.

Wilson, J.S., and Barboza, S. "Autonomy, Safety, and Connection:  Ethical Challenges in Working with Self-Injurious Inmates" Presentation at Mental Health in Corrections Consortium Symposium, April 2008, Kansas City, MO.

Barboza, S. "Strategies for Modifying Programming for Inmates Significantly Impaired by Mental Illness" Presentation at National Conference on Correctional Health Care, NATIONAL COMMISSION ON CORRECTIONAL HEALTH CARE sponsored, October 2007, Nashville, TN.

Abel, G. G., Barboza-Whitehead, S., & Rouleau, J. L. "Usefulness of Visual Reaction Times with Adolescents." Paper presentation at Association for the Treatment of Sexual Abusers Conference, October 2003, Saint Louis, MO

Barboza-Whitehead, S., Abel, G. G., & Reddy, L. A. "A Model for Discriminating Juvenile Sex Offenders Who Deny from Those Who Admit Using the Abel Screen for Sexual Interest."  Poster presented at Association for the Treatment of Sexual Abusers Conference, September 1999, Lake Buena Vista, FL

**POSTER**

Folk, J. B., Disabato, D. J., Daylor, J. M., Tangney, J. P., Bonieskie, L.,... Barboza, S. &
Wilson, J. S. (2017, November). Effectiveness of a self-administered intervention
for criminal thinking among inmates in restrictive housing. Poster to be presented
at the Annual Meeting of the Association for Behavioral and Cognitive Therapies,
San Diego, CA.

# Kahlil A. Johnson, M.D.

Phone: 240-495-9555
Email: kjohnson@kahliljohnsonpsychiatry.com

## LICENSES AND CERTIFICATIONS:

Current Board Certifications in General and Forensic Psychiatry by the American Board of Psychiatry and Neurology
Current Washington, D.C. and Maryland Medical Licenses
Current Washington, D.C. and Maryland Controlled Substances License
Current DEA License

## POST-GRADUATE TRAINING:

**Forensic Psychiatry Fellow, Saint Elizabeths Hospital, Washington, D.C., July 2016 to June 2017**
Forensic Psychiatry Fellow at Saint Elizabeths Hospital which is part of the Washington D.C. Department of
Behavioral Health (DBH).  Rotations include: Saint Elizabeths Hospital Forensic Consult Service, Washington D.C.
Jail, Comprehensive Psychiatric Emergency Program, Washington D.C. Superior Court Mental Health Urgent Care
Clinic, D.C. DBH Outpatient Competency Restoration Program, and the George Washington University Human
Rights Clinic.

**Congressional Fellow, American Psychiatric Association, Washington, D.C., January 2009 to November 2009**
Jeanne Spurlock Congressional Health Policy Fellow in the Office of Congressman Edolphus Towns (New York-10[th]
Congressional District).

**Psychiatry Resident, George Washington University Hospital, Washington, D.C., June 2005 to June 2009**
Administrative Chief Resident, July 2008 to December 2008; Administrator of Medication Management Clinic, July
2008 to December 2008; Resident Representative, Hospital Emergency Preparedness Committee, July 2006 to
December 2009.

## EDUCATION:

**George Washington University School of Public Health, Washington, D.C., September 2006 to July 2008**
Partial coursework completed for a Masters of Public Health

**M.D., Howard University College of Medicine, Washington, D.C., May 2004**
President, Class of 2004 Student Council
Chair, Class of 2004 Scholarship Committee
Recipient, Dr. Charles A. Pinderhughes Psychiatry Scholarship
Delegate, Student National Medical Association
Group Leader, Department of Pediatrics Youth Anger Management Initiative
Student Leader Representative, Liaison Committee for Medical Education
Student Tutor, Howard University College of Medicine Psychiatry Course

**Fellow, University of Regensburg, Regensburg, Germany, September 2003**
Certificate of International Telemedicine Applications, Asklepios International Telemedicine Consortium

**B.S., Howard University, Washington, DC, May 1999**
Major: Biology; Minor: Chemistry

## ACADEMIC APPOINTMENTS:

**Clinical Assistant Professor, May 2020 to Present**
Department of Psychiatry
University of Maryland School of Medicine
Baltimore, MD

**Assistant Professor, August 2017 to Present**
Department of Psychiatry and Behavioral Sciences
George Washington University School of Medicine and Health Sciences
Washington, DC

**Clinical Faculty, July 2015 to 2018**
Forensic Psychiatry Fellowship Program
Saint Elizabeths Hospital
Washington, DC

# WORK EXPERIENCE:

**Emergency Psychiatrist, University of Maryland Medical Center, May 2020 to Present**
- Provide comprehensive emergency psychiatric assessment and treatment, including medication management and crisis and supportive psychotherapy, to patients who are in Psychiatric Emergency Service; and when requested to the hospital psychiatry consultation-liaison service and the emergency department.
- Conduct evaluations for presence of suicidal thoughts, plans and risk as well as evaluations for risk for violence; and, provide evaluation and stabilizing treatment of psychiatric disorders including but not limited to serious mental illnesses, substance use disorders, and underlying medical causes of symptoms presenting as a mental illness.
- Arrange admission to the appropriate level of care for continued treatment when warranted including inpatient, partial hospitalization, and outpatient psychiatric and substance use treatment services.
- Provide clinical and formal instruction on the field of psychiatry to Psychiatry Residents.

**Psychiatric Hospitalist, George Washington University Hospital, August 2017 to Present**
- Provide comprehensive psychiatric assessment and treatment, including medication management and psychotherapy, to inpatients who are on the psychiatry unit, consultation-liaison service, or in the emergency room.
- Conduct evaluations for the decisional capacity, presence of suicidal thoughts, plans and risk as well as evaluations for risk for violence, and underlying medical causes of symptoms presenting as a mental illness.
- Provide clinical and formal instruction on the field of psychiatry to Psychiatry and Neurology Residents, and, Medical and Physician Assistant Students.
- Responsibilities also include: participating in hospital committees, quality improvement endeavors, assisting with educational seminars for residents and medical students, forensic psychiatry evaluations, and participation in research.

**Independent Mental Health Monitor, May 2017 to Present**
- Provide recommendations on evidence-based correctional psychiatry in a jail setting in accordance with the U.S. Department of Justice Consent or Settlement Agreements (CA/SA) with various departments of corrections and/or jail health care provider companies.
- Collaborate with a multi-disciplinary court-appointed team that includes Independent Monitors, Attorneys, and correctional professionals with specialization in correctional standards of operation and policy for officers, evidence-based correctional medicine, and safety in a correctional setting.
- Areas of focus for clinical recommendations include, but are not limited to, psychiatric assessment and treatment, including medication management, psychotherapy, behavioral management, and crisis intervention for patients incarcerated in correctional facilities with psychiatric illness or who presented with psychiatric symptoms.
- Provide recommendations on mental health policies, grievances, quality improvement, and peer review.
- Review incidents of suicide, suicide attempt, self-harm, and violence involving mentally ill patients.
- Work with correctional and correctional health care company leadership on an as needed basis for all areas of focus above.
- Perform site visits to all correctional facilities to assess the progress of all parties towards meeting the

directives in the CA/SA, prepare a report of the findings, and report the findings to the court.
- Provide regular reports to the court regarding the progress of the correctional staff and the correctional health care provider in meeting the directives in the CA/SA.
- Participate in monthly meetings with all parties.

**Owner, Kahlil Johnson Psychiatry, LLC, May 2017 to Present**
- Evaluate and assess human behavior and mental health within a legal context and assist the court, legal professionals, or others with cases involving parties who may have mental disabilities and disorders that interest with my areas of expertise.
- Perform psychiatric assessment and forensic evaluations of persons in correctional institutions, secure hospitals, the community, and other settings.
- Areas of focus include but are not limited to: Correctional Psychiatry, Asylum and Immigration, Competency to Stand Trial, Decisional Capacity, Criminal Responsibility, Risk Assessment, Fitness-for-Duty, and Disability Assessment.

**Psychiatrist, MedOptions, Inc., September 2016 to September 2017**
- Provide psychiatric assessment and treatment, including medication and behavioral management, to patients residing in assisted living and skilled nursing facilities who are in need of evaluation for psychiatric illness or who present with psychiatric symptoms due to underlying medical illness.
- Perform decisional capacity evaluations on patients with dementia or other illnesses.
- Conduct evaluations for the presence of suicidal thoughts, plans, and risk as well as evaluations for risk for violence.
- Work with a collaborative treatment team that includes psychiatric nurse practitioners, psychologists, and clinical social workers.
- Coordinate patient care with facility clinicians and administrators.

**Psychiatric Consultant, Bread for the City, May 2013 to July 2016**
- Led monthly on-site meetings to provide training that includes evidenced-based diagnosis, treatment, and best-practice chronic care management of common outpatient psychiatric conditions.
- Reviewed cases with both primary care providers and social work staff and advised on best-practice evidence-based treatment.
- Provided non-urgent Psychiatric consultation via phone, email, or text message with a 24-hour response time and served as an informational resource for psychiatric and mental health service options in the District of Columbia.

**Director of Psychiatry, Unity Health Care, Inc., January 2012 to June 2016**
- Ensured all Psychiatry providers observed HIPAA and other local and federal compliance regulations and functioned collaboratively with the health and human services offered at Unity Healthy Care, Inc. and the Washington, D.C. Department of Corrections and that all personnel of the Department were compliant with the administrative policies and procedures of both organizations.
- Identified, implemented, and supervised the clinical delivery of best practice behavioral healthcare.
- Ensured that Psychiatry providers were fully trained in all aspects of their work; especially in crisis intervention and suicide prevention at the Washington, D.C. Department of Corrections.
- Monitored psychiatric and mental health providers to assure accuracy and quality in their work. Also, periodically monitored psychiatric and mental health records, provided appropriate feedback and took corrective action, when necessary.
- Oversaw and conducted peer review of Psychiatric Providers.
- Established collaborations and partnerships with mental health providers within the District of Columbia and with national networks of Community Health Centers and Departments of Correction.
- Participated effectively as a representative of Unity Health Care, Inc. with the Washington D.C. Departments of Mental Health and Corrections, other offices of the District of Columbia, and local and national community/advocacy groups.
- Prepared testimony on mental health policy and testified under oath on behalf of Unity Health Care, Inc.
- Assessed opportunities to increase reimbursement for mental health services.
- Collaborated with the Medical and Health Center Directors to provide leadership and ensure coverage for all

Unity Health Care, Inc. sites and services.
- Provided leadership with Unity Health Care, Inc. quality improvement efforts, including outside agency evaluation and accreditation review.
- Performed the clinical duties of an adult Psychiatrist at Unity Health Care, Inc. at the Washington, D.C. Department of Corrections, and various Community Health Centers in Washington, D.C.

**Lead Psychiatrist at Washington D.C. Jail, Unity Health Care, Inc., August 2011 to January 2012**
- Developed comprehensive and therapeutic treatment plans for assigned caseload and provided direct services based on established treatment.
- Managed on-site crisis intervention.
- Conducted evaluations for the presence of suicidal thoughts, plans, and risk as well as evaluations for risk for violence and underlying medical causes of symptoms presenting as a mental illness.
- Assisted with educational seminars for Unity Health Care, Inc. and the Washington, D.C. Department of Corrections staff, and interviewing potential new hires for psychiatric staff. Supervised the Psychiatrists at the D.C. Central Detention Facility and Central Treatment Facility.
- Performed duties as assigned, which included but were not limited to: psychiatry peer review and quality improvement activities, attending the Washington, D.C. Department of Corrections Quality Improvement monthly meetings, directing the Psychiatry monthly meetings, and attending other meetings as assigned.
- Worked closely with the Mental Health Coordinator, Health Services Administrator, and Medical Director on tasks involving overall mental health care management to effectively promote quality of care, operational efficiency, problem-solving, etc.
- Coordinated psychiatry schedule to include approval of scheduled absences and ensure psychiatry coverage.
- Collaborated to improve or maintain provider/staff/patient satisfaction, quality of care, and productivity, provided feedback to the Medical Director and completed annual psychiatric provider evaluations.
- Represented Unity Health Care, Inc. in city-based mental health functions as determined by the Medical Director of Correctional Medicine.
- Oriented new psychiatric providers to site and served as a psychiatric resource to all providers at site.

**Staff Psychiatrist at Washington D.C. Jail, Unity Health Care, Inc., November 2009 to August 2011**
- Provided comprehensive psychiatric assessment and treatment, including medication management, to inmates who had a previous history of mental illness or who are in need of evaluation for possible mental illness.
- Conducted evaluations for the presence of suicidal thoughts, plans, and risk as well as evaluations for risk for violence and underlying medical causes of symptoms presenting as a mental illness.
- Interviewed potential new hires for psychiatric staff.
- Responsibilities also included: participating in quality improvement endeavors at the facility, updating jail mental health policies and clinical procedures, assisting with educational seminars for Unity Health Care, Inc. and Washington, D.C. Department of Corrections staff.

**Congressional Fellow, American Psychiatric Association, January 2009 to November 2009**
- Jeanne Spurlock Congressional Health Policy Fellow in the Office of Congressman Edolphus Towns, Chairman of the Committee on Oversight and Government Reform (NY-10th Congressional District), acting as a liaison between the Congressman, constituents, private and public sector representatives and Congressional staff regarding health policy.
- Advised and briefed the Congressman on proposed legislation, laws and contemporary issues of debate within health policy, including providing the Congressman with talking points for speeches and language regarding health care for presentations and letters to Congressional members and constituents.
- Prepared and delivered remarks on the Congressman's behalf.
- Researched health care issues for the Health Counsel on the Committee of Oversight and Government Reform and interviewed expert and lay witnesses for pre-hearing investigation and information gathering.
- Presented on the Health Care Reform Initiative at a Health Care Town Hall meeting, held in Brooklyn, NY and assisted with its planning.
- Facilitated negotiations to include two of the Congressman's bills in the current House of Representatives Affordable Health Choices Act (H.R. 3200). Duties also included writing and altering bill language before

the presentation of bills to the House of Representatives Clerk's Office for assignment of a bill number, performing district health care site visits on behalf of the Congressional office with the Deputy Chief of Staff and staffing several events for the Congressman.

**PRN Psychiatrist, Washington D.C. Jail, Unity Health Care, Inc., February 2008 to November 2009**
- Provided comprehensive psychiatric assessment and treatment, including medication management, to inmates who have a previous history of mental illness or who are in need of evaluation for possible mental illness.
- Conducted evaluations for the presence of suicidal thoughts, plans, and risk as well as evaluations for risk for violence and underlying medical causes of symptoms presenting as a mental illness.

**Core Member, Homeland Security Institute Panel on Community Perception of New Technology, August 2007 to February 200**
- Worked with a multi-specialty panel of experts drawn from a cross section of all relevant professions to provide expert opinion on the potential population impact of new technologies in consideration for use by the U.S. Department of Homeland Security.
- Provided specific expert opinion on the potential medical, psychiatric, and behavioral impacts of the new technologies under consideration for use.
- Provided written feedback upon request.

**Research Intern, American Psychiatric Association, August 2004 to February 2005**
- Assisted with the implementation and preparation of a grant proposal for a psychiatric study examining first episode of antipsychotic use.
- Conducted literature reviews for treatment patterns of Attention Deficit Hyperactivity Disorder and literature reviews to identify strategies that have been effective in bringing about quality improvement in physicians' practices, and reported that information to the Director of the American Psychiatric Institute for Research and Education for presentation to the American Board of Psychiatry and Neurology for the physician practice recertification proposal.

## PUBLICATIONS & ARTICLES:

- Johnson K.  The Road to Health Policy: One Resident's Story.  American Journal of Psychiatry Resident's Online Journal, pg. 4, May 2009.
- Maxwell C.J., Reddy R., White-Coleman D, Taylor G.L., Johnson K.A.  A Comparison of Pre/Post-Menopausal HIV Infected African American Women at a Minority Teaching Hospital. Presented at the 15th International AIDS Conference, Bangkok (Thailand), July 11- 16, 2004.  Printed in the International Proceedings by Medimond, Bologna, Italy; pg. 127-131.  Vol. ISBN 88-7587-065-9.

## MEDIA:
- Arehart-Treichel, J. Nothing Bars This Psychiatrist From Helping Inmates. Psychiatric News, March 2, 2012, Vol 47 (5), pg. 12-29.
- Hausman, K. Resident Finds Rewards Atop Capitol Hill. Psychiatric News, April 2, 2010, Vol 45 (7), pg. 11.

## PRESENTATIONS:

- **"Excellence in Mental Health Advocacy: Case Studies in the Nongovernmental, Federal, and Legislative Arena"** Session, American Psychiatric Association Annual Meeting, May 2019
- **"Depression in Primary Care"** George Washington University School of Medicine and Health Sciences, recurring 3rd year medical student primary care clerkship lecture, March 2019 to present
- **"Substance Related Disorders"** George Washington University School of Medicine and Health Sciences, part of the annual 2nd year medical student Brain and Behavior lecture series, September 2018 to present
- **"Managing Psychiatric Emergencies: A Brief Guide for the Intern"** George Washington University Department of Psychiatry, Annual Lecture, June 2018

- **"Violence Risk: Practice Relevance"** George Washington University Department of Psychiatry, Grand Rounds, January 2018
- **"Risk Factors for Terrorism: A Literature Review"** St. Elizabeths Hospital Forensic Psychiatry Fellowship, Washington, D.C., Presentation, May 2017
- **"The Appropriateness of Psychiatric Diagnosis and Psychotropic Medication Prescribing"** St. Elizabeths Hospital Forensic Psychiatry Fellowship, at the Washington, D.C. Department of Corrections, QI Study Presentation, December 2016
- **"The Appropriateness of Psychotropic Prescribing Practices"** Unity Health Care, Inc., at the Washington, D.C. Department of Corrections, QI Study Presentation, December 2010
- **"Psychiatric Disorders and Treatment Options"** Unity Health Care, Inc. at the Washington, D.C. Department of Corrections, Quarterly Mental Health Correctional Officer's Training, November 2009 to June 2016
- **"Interactions Between ART and Psychiatric Medications"** with Andrew Catanzaro, M.D., Unity Health Care, Inc., Washington, D.C. Department of Corrections Provider Meeting, May 2010
- **"America Can't Afford to Wait for Healthcare Reform"** Health Reform Town Hall, U.S. Representative Ed Towns, May 2009 **"The Man Who Can't Stop Swallowing Sharp Objects: Medical Ethics and Management Limitations in Patients with Chronic Factitious Disorder"** Issue Workshop, American Psychiatric Association Annual Meeting, May 2008
- **"Factitious Disorder: Clinical, Ethical and Legal Management Issues"** Morbidity and Mortality Conference, November 2007
- **"Dying, Death, and Bereavement"** George Washington University Department of Psychiatry, Medical Illness Conference, August 2007
- **"Uncontrollable Swallowing: A Case Conference"** Medical Illness Conference, July 2007
- **"Near Death Experiences: A Closer Look**" George Washington University Department of Psychiatry, Grand Rounds, January 2007

## PROFESSIONAL MEMBERSHIPS:
American Psychiatric Association
American Academy of Psychiatry and the Law
National Commission on Correctional Health Care

## LANGUAGE PROFICIENCY:
Fluent in English.
Beginners level Spanish

**Mary Perrien, Ph.D.**
**3313 W. Cherry Lane, Suite 333**
**Meridian, ID 83642**
**(208) 965-0875**
**mperrien@safesocietysolutions.com**

| | | |
|---|---|---|
| **EDUCATION** | **University of Hawaii, Manoa** | |
| | Doctor of Philosophy, Clinical Psychology | 1998 |
| | Master of Arts, Clinical Psychology | 1994 |
| | **San Jose State University** | |
| | Bachelor of Arts, Psychology | 1991 |
| **LICENSURE STATUS** | PSY18582 (California) | |
| | PSY 202317 (Idaho) | |
| **TRAINING** | Internship in Clinical Psychology | 1997-1998 |
| | Atascadero State Hospital | |
| | Atascadero, California | |
| **PROFESSIONAL EXPERIENCE** | **Expert Consultant** | 3/2019-present |
| | Correct Care Solutions, LLC | |
| | **Expert Consultant** | 2017-11/2020 |
| | Alabama Department of Corrections | |
| | **Expert Consultant** | 2014-2015 |
| | Idaho Department of Correction | |
| | **Expert Consultant** | 2012-2014 |
| | Ohio Department of Rehabilitation and Correction | |
| | **Expert Consultant** | 2012-2013 |
| | National Institute of Corrections | |
| | **Expert Consultant** | 2011-2012 |
| | Illinois Department of Corrections | |
| | **Safe Society Solutions, LLC** | 2010 to present |
| | Sole Proprietor, forensic evaluator and expert Witness (for defendants and plaintiffs) practice | |
| | **Expert Consultant** | 2010-present |
| | Department of Homeland Security, Civil Rights and Civil Liberties (function as a subcontractor) | |

**PROFESSIONAL**
**EXPERIENCE**
**Continued**

| | |
|---|---|
| **Expert Consultant**<br>United States District Court, Eastern<br>District of California (*Coleman et al. v. Newsom et al.*)<br>Case No. 90-0520 LKK-JFM | 2007 to present |
| **Chief, Division of Education and Treatment**<br>Idaho State Department of Correction | 2006-2010 |
| **Chief Psychologist/Director of Mental Health**<br>Idaho State Department of Correction | 2005-2006 |
| **Chief Psychologist/Director of Mental Health<br>    Services – Correctional Facility**<br>California State Prison at Corcoran | 2003-2005 |
| **Senior Psychologist, Supervisor – Correctional<br>    Facility**<br>California State Prison at Corcoran | 2001-2003 |
| **Psychologist - Clinical, Correctional Facility**<br>California State Prison at Corcoran | 2000-2001 |
| **Staff Psychologist**<br>Federal Correctional Institution, Butner | 1998-2000 |
| **Therapist/Researcher**<br>Honolulu Police Department | 1996-1997 |
| **Therapist/Group Facilitator**<br>Child & Family Services, Hawaii | 1994-1997 |
| **Therapist/Group Facilitator**<br>Department of Public Safety, Hawaii | 1994-1997 |

**TEACHING**
**EXPERIENCE**

| | |
|---|---|
| **Guest Lecturer, various Psychology and<br>    Criminology courses**<br>**Boise State University** | 2006-2014 |
| **Instructor, Correctional Peace Officers Standards<br>    & Training Academy (Idaho)** | 2006-2014 |
| **Lecturer**<br>**Department of Psychology, University of Hawaii** | multiple 1994-1997 |

**PUBLICATIONS &
TECHNICAL
REPORTS**

Perrien, M. and O'Keefe, M. (2015). Disciplinary Infractions and Restricted Housing. In *Oxford Textbook of Correctional Psychiatry*. New York NY: Oxford University Press.

Perrien, M. (2010). Mental Health Guidelines and Documentation for Psychotherapists. In *Manual of Forms and Guidelines for Correctional Mental Health.* Washington DC: American Psychiatric Publications.

Perrien, M. (2009). Sex offenders: Analysis of best practice and current practice in Idaho for case disposition, assessment, treatment and supervision. A Report provided to the Idaho Criminal Justice Commission.

Perrien, M. (2008). Sex offenders: The current practices in the State of Idaho for case disposition, assessment, treatment and supervision. A Report provided to the Idaho Criminal Justice Commission.

Kunitake, M., Perrien, M., Yokoi, E., Perrone, P., Green, T., Sakamoto-Cheung, S., & Richmond, J. (1997). Felony sexual assault arrests in Hawaii. Crime Trend Series: State of Hawaii Department of the Attorney General, 5(2), 1-9.


**PRESENTATIONS**

Perrien, M. (September 2009). Presenter at the annual Idaho District Judges Retreat Training, Twin Falls, Idaho.

Perrien, M. (January-March 2009). Provided expert testimony in multiple Senate and House Legislative hearings.

Perrien, M. (January 2009). Presenter at the annual Idaho District Judges Seminar. Boise, ID.

Perrien, M. (December 2008). Educating correctional officers to respond to medical emergencies. A paper presented at the conference Operational Excellence in Correctional Healthcare, Las Vegas, NV.

Perrien, M. (September 2008). Panel Presenter at the annual Idaho District Judges Retreat Training. Sun Valley, Idaho.

Perrien, M. (January-March 2008). Provided expert testimony in multiple Senate and House Legislative hearings.

Perrien, M. (January 2008). Presenter at the annual Idaho District Judges Seminar. Boise, ID.

Perrien, M. (September 2007). Panel Presenter at the annual Idaho District Judges Retreat Training. Sun Valley, Idaho.

Perrien, M. (January-March 2007). Provided expert testimony in multiple Senate and House Legislative hearings.

Perrien, M. (January 2007). Panel Presenter at the annual Idaho District Judges Seminar, Boise, Idaho.

**PRESENTATIONS**
**Continued**

Perrien, M. (November 2006).  Suicide Risk Management in Corrections.  Paper presented at the Idaho Suicide Prevention Action Network Conference, Boise, Idaho.

Perrien, M. (November 2006).  Mental Health Care in Corrections and Community Corrections.  Presentation to District 7 Judges, Idaho Falls, Idaho.

Perrien, M. (October 2006).  Correctional Mental Health Care in Idaho.  Presentation to the Mental Health and Substance Abuse Treatment Delivery Systems Interim Legislative Committee.

Perrien, M. and Muller, C. (June 2006).  Cultural Competence and Multi-cultural Psychology.  Paper presented at the Idaho Mental Health Coalition Conference, Boise, Idaho.

Perrien, M. (April 2006).  Sex Offender Treatment in Correctional Setting.  Paper presented at the annual National Commission on Correctional Health Care Updates Conference, Las Vegas, Nevada.

Perrien, M. (November 2005).  Sex Offender Risk Assessment.  A training for clinical staff employed by the Idaho Department of Correction and Corrections Corporation of America.

Perrien, M. (October 2005).  Sex Offender Management.  Informational presentation at Community Meeting sponsored by Idaho Department of Correction, Boise, Idaho.

Perrien, M. (September 2005).  Sex Offender Management.  Informational presentation at Community Meeting sponsored by Idaho Department of Correction, Pocatello, Idaho.

Perrien, M. (April 2003).  Cultural Competence and Multi-cultural Mental Health Services.  A training workshop presented to mental health staff at CSP-Corcoran.

Perrien, M. (2002, multiple).  Forensic Evaluations and Courtroom Expert Testimony. A training workshop for mental health staff at CSP-Corcoran.

Perrien, M. (2001, multiple).  Psychopathy and the Hare Psychopathy Checklist, Revised.  A training workshop for mental health staff at CSP-Corcoran.

Perrien, M. (2000, February).  The Assessment, Treatment, Management and Community Supervision of the Sex Offender.  A training workshop provided to U.S.Probation Officers, Long Island, NY.

Perrien, M. (1999, July).  Psychopathy and the Hare Psychopathy Checklist, Revised.  A training workshop for predoctoral interns presented at the Federal Correctional Institution at Butner.

Perrien, M. (1999, April).  Psychopathy and the Hare Psychopathy Checklist Revised.  A training workshop for doctoral and masters level staff in the Sex Offender Treatment Program at the Federal Correctional Institution at Butner.

**PRESENTATIONS**

**Continued**          Perrien, M. & Kunitake, M. (1997, February).  Demographic characteristics of felony sex assault arrestees in Hawaii.  Paper presented to the Hawaii State Legislature at an Informational Symposium on Community Notification of Sex Offenders in Honolulu, Hawaii.

Perrien, M. & Kunitake, M. (1997, February).  Registration and community notification of sex offenders in Hawaii.  Paper presented at the annual meeting of the Western Society of Criminology conference in Honolulu, Hawaii.

Perrien, M. & Marsella, A.J. (1996, April).  Reported frequencies and perceived severity ratings of traumatic and near-traumatic events among college students.  Paper presented at the meeting of the Western Psychological Association, Santa Clara, California.

**ASSOCIATIONS/MEMBERSHIP**
American Psychological Association, member
American Psychology-Law Society, member
Association for Behavioral and Cognitive Therapies, member
Association for the Treatment of Sexual Abusers, clinical member
National Commission on Correctional Health Care, member
World Professional Association for Transgender Health, member

**COMMUNITY APPOINTMENTS**
Idaho State Planning Council on Mental Health, appointed by the Governor, 2009 and 2010.

**EXPERT WITNESS & CONSULTING**
*Abdiwali Musse v King County et al.* (2020 to present) Assessment of adequacy of care and risk assessment in the assault in custody of jail detainee. Pending expert discovery. King County Superior Court, State of Washington, Seattle Courthouse (Retained by plaintiff, report and possible deposition with testimony expected).

*Lorenzo Mays, et al v County of Sacramento.* (2020 to present) Monitoring Expert. Assessment of implementation of consent decree for mental health services in county jail. U.S. District Court, Eastern Division (Appointed via agreement by both parties).

*Toby Meagher, et al v King County, et al.* (2019 to present) Assessment of adequacy of care in the assault in custody of jail detainee. Pending hearing. U.S. District Court, Western District of Washington (Retained by plaintiff, report and deposition with testimony expected).

*Edward Braggs, et al v Jefferson Dunn (ADOC), et al.* (2018-present) Multiple court-ordered assessment reports including suicide prevention and functional segregation. U.S. District Court, Middle District of Alabama, Northern Division (Retained by defendants).

*The estate of Marc Moreno v Benton County Sheriff et al. (December 2017)* Assessment of adequacy of care in the death in custody of jail detainee. Case in mediation. Benton County, Washington. (Retained by plaintiff, report).

*The estate of Mathew Ajibade et al v Wilcher et al. (June 2017)* Assessment of adequacy of care in the death in custody of jail detainee. Case set for trial; deposition taken. U.S. District Court, Southern District of Georgia. (Retained by plaintiff, report and deposition testimony).

**EXPERT WITNESS & CONSULTING Continued**

*Potter v State of Idaho Department of Health and Welfare.* (May 2017) Provided expert testimony regarding the reliability and validity of recovered memories as well as the adequacy of investigations into allegations of sexual abuse. Idaho state hearing, appeal of finding. (Retained by defendant, report and testimony).

*The estate of Gordon Powell v Barnes et al.* (May 2017) Assessment of mental health staff and the adequacy of care in the murder of an inmate. U.S. District Court, Western District of Washington. (Retained by plaintiff, report).

*Edward Braggs v Jeffrey Dunn (Alabama Department of Correction) (2017)* Expert consultation to defendants post-litigation regarding adequacy and needs of current mental health service delivery system; provide expert assistance in mediation process; provide expert testimony and assistance in failed mediation trial matters, conducted staffing and suicide prevention assessment. (Retained by defendant, report and trial testimony)

*Disability Rights Florida, Inc. v Julie Jones, Secretary Florida Department of Corrections, et al.* (2016-2017) Consulting expert to plaintiffs to conduct assessments of the inpatient units at all facilities except for Dade Correctional Institution and develop recommendations on issues of mental health treatment, staffing, training and quality improvement. U.S. District Court, middle District of Florida. (Retained by plaintiff, report)

*Walker v Wall, Director, Rhode Island Department of Corrections et al.* (February 2016) Evaluated adequacy of care in post-PREA incident. Provided deposition testimony. U.S. District Court, District of Rhode Island. (Retained by defendant, report and deposition testimony).

*HENRY A. DLUGACZ*
*99 Park Avenue, 26/PH*
*New York, N.Y. 10016*
*212/490-0400; 646/346.0646*
*hdlugacz@blhny.com*

## EDUCATION

***Juris Doctor***, New York Law School 1991 *cum laude*
Moot Court Certificate of Honor; Notes & Comments Editor, <u>Human Rights Journal</u>

***Master of Social Work***, Hunter College School of Social Work 1981

***Bachelors of Art***, Queens College, 1979 *cum laude*
Departmental honors; honors program in the study of the Humanities

## CURRENT APPOINTMENTS

2009-        ***Partner,*** Beldock, Levine & Hoffman LLP, New York, N.Y.

2007-        ***Expert, Correctional Mental Health***
             *Coleman vs. Schwarzenegger,* 912 F. Supp. 1282 (E.D. Cal. 1995)
             United States District Court, Eastern California
             Member of Special Master's expert panel in remedial phase of class action lawsuit
             involving mental health care in entire California prison system and portions of the
             Department of State Hospitals.

2003-        ***Compliance Monitor,*** *Brad H. et al. v City of New York, et al.* 117882/99
             Supreme Court, State of New York, County of New York
             One of two court-appointed monitors monitoring compliance with
             Stipulation involving reentry planning for inmates with mental disabilities
             for entire New York City jail system including hospital forensic units.

1997-        ***Assistant Clinical Professor of Psychiatry & Behavioral Science***
             New York Medical College, Valhalla, N.Y.
             Until mid-2010 core faculty in teaching hospital-based forensic psychiatry
             fellowship program: correctional mental health, forensic issues; didactic training;
             evaluation; expert witness training; currently on voluntary faculty.

1993-        **Court Evaluator and Guardian**, New York State Supreme Court
             Certified by Association of the Bar of the City of New York. Appointed by
             judges to perform independent evaluations of alleged incapacitated persons;
             appointed to serve as guardian.

## EXPERIENCE

2000-2018    ***Mediator***
             United States District Court for the Eastern District of New York

Mediation and Arbitration Panel for Federal-Court annexed mediation. Appointed to "Superstorm Sandy" Mediation Panel.

2017      **_Consulting Expert, Correctional Mental Health_**
Disabilities Rights Maryland, Baltimore, Maryland
Guided site visit of North Branch Correctional Institution, the state's "Super-Max" prison; assisted in preparation of report.

2014-2015    **_Assistant Monitor_**
_Rasho et al. vs. Walker et al._ Case No. 07-1298
United States District Court Central District of Illinois
Assisted in court-appointed monitoring of class action lawsuit involving mental health care in entire Illinois prison system.

2002-  2014    **_Adjunct Professor of Law_**, New York Law School, N.Y., N.Y.
(Mentor-Professor 2002-2006, Adjunct Professor 2006-2014)
Co-taught in Nicaragua on State Department grant. Co-created interdisciplinary course on Mental Health Issues in Jails and Prisons.

2012      **_Expert Consultant, Mentally Disordered Offenders_**
Mental Disabilities Rights International/American Bar Association Rule of Law Initiative, Mexico City, Mexico

2012      **_Consulting Expert, Correctional Mental Health_**
Bureau of Corrections, US Virgin Islands (St. Croix)
_USA v. Virgin Islands et al._ No 86-265 (D.V.I.)
Conducted bureau's "self-assessment" of correctional mental health system.

1993-2010    **_Private consulting, monitoring and legal practice_**
Focused on mental health; corrections; court monitoring of complex litigations; mediation; forensic and disabilities issues; health-care. Regularly tried cases in Mental Hygiene Parts of Kings County and New York County Supreme Court; appointed as guardian and independent Court Evaluator in guardianship proceedings.

2000-2010    **_Private Counsel, Mental Health and Healthcare_**
St. Vincent's Catholic Medical Center, N.Y., N.Y.
Represented hospital in mental hygiene hearings in New York State Supreme Court, retention, treatment over objection, guardianships. Advised and conducted negotiations on contracts, student affiliation, and clinical research agreements.

2007-2010     **Expert, Correctional Mental Health,** New Mexico Protection & Advocacy/New Mexico ACLU/Bazelon Center
*Bravo et al v Board of Commissioners of Dona Ana County et al.*
United State District Court for the District of New Mexico
Inspected jail, assessed mental health care, recommended remediation; active participation in successful settlement negotiations of federal class action lawsuit involving mental health care and reentry planning

2009     **Invited Witness, Correctional Mental Health and Reentry**
New Jersey General Assembly, Trenton, New Jersey
Invited to testify at hearings conducted by the Majority Leader. Testified on correctional mental health and reentry planning.

2007-2009     **Expert Consultant, Correctional Mental Health**
*Hadix v. Caruso*, No. 4:92-CV-00110-RAE
United State District Court, Western District of Michigan
Mental Health Consultant to the Office of the Independent Medical Monitor in class action lawsuit involving health and mental health care.

2002-2008     **Founding Co-Chair**, New York State Bar Association, Albany, N.Y.
Committee on Mental Health Issues of Healthcare Law Section

2005-2006     **Mediator,** *Pierce County et al v State of Washington et al,* (03-2-00918-8)
Superior Court, Thurston County, Washington State
Co-mediated settlement of complex class action lawsuit with multiple public and private parties involving funding, discharge planning, and community mental health treatment issues. Appointed by court on consent of the parties as mediator of discharge-planning aspects of settlement.

2001-2006     **Adjunct Professor of Law**
St. John's University School of Law, Queens New York
Taught law school seminar on mental health law.

2005     **Invited Witness**
New York State Assembly, Albany, New York
Invited to testify in hearings before three Assembly Committees concerning enactment of civil commitment statute for sex offenders.

2005     **Expert Trainer**
European Court of Human Rights/ Mental Disability Advocacy Center
Council of Europe, Strasbourg, France
Under auspices of the Council of Europe, Court of Human
Rights & MDAC conducted training for lawyers on multi-disciplinary support during litigation for clients with mental disabilities

2001-2005 **Federal Court Monitor/Expert Consultant**
    *Rust et al. v. Western State Hospital, et al.* (C00-5749)
    Western District of Washington
    Federal class-action litigation involving state forensic
    hospital. Was lead expert for plaintiffs; later appointed as one of two court
    monitors to report on and assist in the attainment of compliance with order
    involving active treatment, treatment planning, discharge plans, patient risk
    assessment, staffing levels, physical plant issues, hospital census.

2002   **Contributor/Reviewer**, American Public Health Association, Task Force
    Standards for Health Services in Correctional Institutions

2001   **Expert Consultant**
    Mental Disability Rights International, Washington, D.C.
    Conducted inspections of facilities and training in Mexico City.

2000- 2001 **Expert Consultant Corrections (Mental Health and Generalist)**
    PricewaterhouseCoopers, Fair Lakes, Virginia
    As part of multidisciplinary team, evaluated correctional facilities pursuant to
    agreement with the United States Department of Justice, US Marshall Service and
    Immigration and Naturalization Service.

2000- 2001 **Expert Consultant/Correctional Mental Health**
    Council of State Governments, New York, N.Y.
    Consultant to corrections work group of interdisciplinary project
    regarding persons with mental disabilities in the criminal justice system.
    Worked with State Senators, corrections and mental health commissioners,
    service providers and advocates.

    **Expert and Mediator, Correctional Mental Health**
    *Duran et al v King et al*, (77-0721JB)
    Federal Court, District of New Mexico
    For Special Master, led team in the monitoring mental health aspects of Consent
    Decree in complex, class action lawsuit involving the entire state's prison system:
    Assessed quality of care, referral to appropriate levels of care, credentialing of staff,
    development of criteria for placement in segregation, evaluation of Quality
    Improvement Plan, suicide prevention, postmortem reviews, policies, and
    procedures; development of Corrective Action Plans. Co-mediated and monitored
    termination plan.

1989-1998    ***Director of Mental Health Services & Acting Assistant Program Director of Healthcare Service***
Saint Vincents Hospital Correctional Health Program, N.Y., N.Y.
(*Director of Mental Health 1989-1998;*
*Acting Assistant Program Director 1996-1998*)
*As Acting Assistant Program Director*, assisted in directing all aspects of NCCHC & Joint Commission accredited, multi-site, ambulatory health care program; administrative oversight department heads including medical, radiology, nursing, dental, and dialysis service at same time ran entire mental health service.
*As Mental Health Director*, developed, implemented and directed entire multi-site JCAHO and NCCHC accredited correctional mental health program; developed and conducted CQI program; recruitment and evaluation of all psychiatrists, psychologists and social workers; developed policies and procedures; oversaw clinical care; conducted post-mortem reviews; implemented new programs such as: family and group therapy services; discharge planning services; developed screening and assessment protocols and instruments, and suicide prevention protocols.

1997-1998    ***Consultant***
American Psychological Association, Washington, D.C.

1992-1994    ***Law Clerk***
Saint Vincents Hospital, Department of Legal Affairs, N.Y., N.Y.

1987-1989    ***Mental Health Unit Chief***
Montefiore Medical Center/Rikers Island Health Service, Bronx, N.Y.
Direct responsibility for all aspects of mental health clinic in NYC jail-system's busiest intake facility; supervision of all mental health staff; decisions regarding appropriate levels of care; implemented new programs such as orientation screening; group therapy; inmate suicide prevention aide and correction officer training.

1987-1989    ***Recruitment and Education Coordinator***
Montefiore Medical Center/ Rikers Island Health Service, Bronx, N.Y.
Actively involved in most aspects of central office activities for entire Rikers Island mental health program including program development, research, development of evaluation instruments. In charge of recruitment and screening of medical and non-medical mental health staff.
Developed on-going training programs, and retention activities.

1983-1987    ***Clinical Social Worker***
Montefiore Medical Center/Rikers Island Health Service, Bronx, N.Y.
Assessment, crisis intervention, short-term individual and group treatment of detainee population. Conducted assessment of thousands of individuals: decisions regarding appropriate level of care, and suicide risk level.

1981- 1983     ***Clinical Social Worker***
               Mount Sinai Services (Hospital Female Forensic Unit), Elmhurst, N.Y.
               Multi-disciplinary treatment/evaluation team member; individual and
               family therapy; aided with competency  to stand trial evaluations.
               Maintained on-going caseload in outpatient psychiatry clinic; covered
               Psychiatric Emergency Room.


## PUBLICATIONS

### Books:

**Lawyering Skills in the Representation of Persons with Mental Disabilities,** 2006**,**
Carolina Academic Press, M. Perlin, K. Gould, Cohen, **H. Dlugacz** & R. Friedman

**Mental Health Issues in Jails and Prisons,** 2008, Carolina Academic Press
Michael L. Perlin & **Henry A. Dlugacz**

**Competence in Criminal and Civil Law: From Legal Theory to Clinical
Applications**, 2008, John Wiley
Michael L. Perlin, Pamela Champine, **Henry A. Dlugacz** & Mary Connell

**Re-Entry Planning for Offenders with Mental Disorders: Policy and    Practice,**
2010, Civic Research Institute **Henry A. Dlugacz** (Editor)

**Re-Entry Planning for Offenders with Mental Disorders: Policy and    Practice,
Volume II,** 2015 Civic Research Institute **Henry A. Dlugacz** (Editor)

### Book Chapters:

*Liability Management and the Correctional Psychiatrist: A Review of Key Considerations*,
**Correctional Psychiatry: Practice Guidelines and Strategies**, (**Henry A. Dlugacz** &
Julie Y. Low) (Ole J. Thienhaus and Melissa Piasecki, eds. 2007, Civic Research Institute)

*A Continuum of Care for Adults with Mental Illness Leaving Jail and prison: A review of
essential reentry elements* (**Henry A. Dlugacz**, Nahama Broner, Stacy S. Lamon),
**Correctional Psychiatry: Practice Guidelines and Strategies**, (Ole J. Thienhaus and
Melissa Piasecki, eds.) 2007, Civic Research Institute)

*Clinically Oriented Reentry Planning in Correctional Settings*, **Handbook of
Correctional Mental Health Second Edition,** (Charles L. Scott Ed) 2010, American
Psychiatric Publishing) (**Dlugacz, H**. & Roskes, E.)

*The Criminal Justice System and Offenders Placed in an Outpatient Setting,*
**Handbook of Correctional Mental Health Second Edition,** (Charles L. Scott Ed) 2010,
American Psychiatric Publishing) (Roskes, E., Cooksey, C., Lipford, S., **Dlugacz, H.)**

*Ethical Issues in Correctional Psychiatry in the United States*, Ethical Issues in Prison Psychiatry (Konrad, Norbert; Völlm, Birgit; Weisstub, D.N. (Eds.), Springer Publishing, International Library of Ethics, Law, and the New Medicine, Vol. 46 2013 (**Dlugacz, H**., Low, J., Wimmer, C., Knox, L.)

*Community Reentry*, **Oxford Textbook of Correctional Psychiatry**, Trestman, R, Metzner, J., Appelbaum, K, Eds**.** 2015 Oxford University Press (**H. Dlugacz**)

*Effective Non-Litigation Advocacy for Incarcerated Clients with Mental Disabilities,* **Representing People with Mental Disabilities: A Practical Guide**, K. Kelley Ed 2018 American Bar Association (**H. Dlugacz**)

<u>**Journals Edited**</u>:

Special Editor, New York State Bar Association Health Law Journal, Special Issue on Mental Health, Spring, 2006.

<u>**Articles**</u>:

<u>*United States v. Charters:*</u> *A Case in Two Acts: In Search of a Middle Ground* 7 <u>New York L. Sch. J. of Human Rights</u> 311 (1990). (**Dlugacz, H.**)

<u>*Riggins v. Nevada*</u>: *Towards a Unified Standard for a Prisoner's Right to Refuse Medication?*, 17 <u>Law and Psychology Review</u> 41 (1993). (**Dlugacz, H.**)

*Out-Patient Commitment: Some Thoughts on Promoting a Meaningful Dialogue* 53 <u>New York L. Sch. L. Rev. 79 </u>(2009). (**Dlugacz, H.**)

*It's Doom Alone That Counts: Can International Human Rights Law Be An Effective Source of Rights in Correctional Conditions Litigation?* Special Edition on Correctional Mental Health 27 <u>Behavioral Sciences and Law</u> (2009) (Perlin, M. & **Dlugacz, H.**)

*The Ethics of Representing Clients with Limited Capacity in Guardianship Proceedings,* <u>The Saint Louis University Journal of Health Law & Policy</u> (**Dlugacz, H**. & Wimmer, C.) Saint Louis University Journal of Health Law & Policy Vol. 4 Issue 2, 2011

*The Legal Aspects of Administering Antipsychotic Medications to Jail and Prison Inmates,* (**Dlugacz, H**. & Wimmer, C.) Special Issue of the <u>International Journal of Law and Psychiatry on "Prisons and Mental Health"</u> May-Aug; 36(3-4):213-28 2013

*Correctional Mental Health in the United States***,** Dlugacz, H., <u>International Journal of Prisoner Health</u> Vol. 10 No. 1 pp. 3-26  2014

*The Reach and Limitation of the ADA and its Integration Mandate: Potential Implications for the Successful Reentry of Individuals with Mental Disabilities in a Correctional Population*,**, Dlugacz, H.,** & Droubi, L., <u>Behavioral Sciences and Law</u> Vol. 35 p 135 2017

*Custodial Suicide and Class Action Remedies: Current Obstacles and Future Directions,* **Dlugacz, H.,** Droubi, L., Gallagher, M., <u>Behavioral Sciences and Law</u>, Accepted for Publication

**<u>Encyclopedia Entries</u>**

*Legal Dimension of Mental Health,* **Encyclopedia of Mental Health 2nd Edition**, Howard Friedman, Ed**.** Elsevier, **Dlugacz, H.,** Wimmer, C.

## <u>ACADEMIC</u>

| | |
|---|---|
| 2017 | ***Invited Speaker***, Columbia University Medical Center, Division of Law, Ethics, and Psychiatry, Department of Psychiatry, N.Y., N.Y. |
| 2013 | ***Invited Keynote Speaker***, University of Texas, Brownsville, Texas |
| 2012 | ***Invited Lecturer,*** Benjamin N. Cardozo School of Law, N.Y., N.Y. |
| 2011 | ***Invited Lecturer,*** University of Maryland Schools of Medicine, Law and Social Work, Baltimore, MD |
| 2011 | ***Invited Lecturer***, Association of American Law Schools, S.F., CA. |
| 2010 | ***Invited Lecturer,*** Benjamin N. Cardozo School of Law, N.Y., N.Y. |
| 2009-2010 | ***Invited Reviewer,*** International Journal of Prison Health |
| 2007-2008 | ***Invited Reviewer***, John Wiley & Sons, Inc. Reviewed book proposals. |
| 2006 | ***Invited Lecturer,*** New York State Judicial Institute Mental Hygiene Legal Services, First and Second Appellate Divisions |
| 2006 | ***Invited Reviewer,*** Journal of the International Academy of Law and Mental Health |
| 2005 | ***Faculty Member and Co-program Chair*** New York State Bar Association, Continuing Legal Education Program on Mental Health Courts |
| 2005 | ***Invited Lecturer***, Columbia University Mailman School of Public Health, New York, New York |

| 2003-2011 | ***Instructor for Mediation Exercise,*** New York University School of Law, New York, New York (on annual, volunteer basis) |
|---|---|
| 2002 | ***Invited Lecturer***, New York University School of Law, N.Y., N.Y. |
| 2002 | ***Moot Court Judge***, New York Law School, N.Y., N.Y. |
| 2000 | ***Invited Lecturer***, St. John's University School of Law, Queens, N.Y. |
| 1999 | ***Adjunct Assistant Professor*** <br> Fordham University Graduate School of Social Service, N.Y.C. |
| 1998-1999 | ***Field Work Instructor*** <br> Fordham University School of Social Work, N.Y., N.Y. |
| 1993-1994 | ***Lecturer***, New York University Graduate School of Social Work, N.Y.C. |
| 1992-1994 | ***Attorney-Mentor***, New York Law School, N.Y., N.Y. |
| 1993 | ***Invited Lecturer***, New York University School of Social Work, N.Y.C. |
| 1990 | ***Invited Lecturer,*** New York University School of Medicine, N.Y., N.Y. |
| 1987-1991 | ***Research Assistant*** New York Law School, Professor Michael Perlin |
| 1988-1990 | ***Invited Lecturer,*** New York Law School, N.Y., N.Y. |
| 1988 | ***Invited Lecturer,*** Hofstra University**,** N.Y. Hempstead, N.Y. |
| 1984-1985 | ***Field Work Instructor,*** Hunter College School of Social Work, N.Y.C. |

## Presentations: Legal, Policy, Administrative, Clinical Issues in Mental Health Care

Speaker and Panelist, American Bar Association Webinar, February 2020

Speaker and Panelist, American Psychiatric Association Mental Health Services Meeting, New York, N.Y. October 2019

Invited Speaker, Oklahoma Department of Human Services, The Practice and Policy Lecture Series, Oklahoma City, OK August 2014

Invited Speaker, American Psychological Association/American Bar Association Joint Conference on Violence, Washington DC May 2014

Invited Speaker and Discussant, New York State Psychological Association Forensic Division Conference on Violence Risk Assessment, New York, N.Y. Sept. 2013

Invited by the New York State Commission on Quality of Care to participate in a Roundtable discussion on New York State's "Olmstead Plan" Albany New York 2014)

33rd International Congress on Law and Mental Health, Amsterdam, Netherlands July 2013

Invited Speaker, American Public Health Association, Washington, D.C. November, 2011

Invited Speaker, Association of the Bar of the City of New York, N.Y. Continuing Legal Education Program on representation of clients with diminished capacity, November, 2011

32rd International Congress on Law and Mental Health, Humboldt University, Berlin, Germany July, 2011

31nd International Congress on Law and Mental Health, New York University School of Law, New York, N.Y., June 2009 (paper presented by co-author)

30th International Congress on Law and Mental Health, University of Padua, Padua, Italy, June 2007

Continuing Legal Education Seminar, conducted for Criminal Court Judges of the Manhattan Criminal Court, Brooklyn, N.Y., April, 2007

Lincoln Hospital, Department of Psychiatry, Grand Rounds, November, 2006

New York State Assembly Roundtable on Criminal Penalties and Legislation on Civil Commitment of Sex Offenders. (participant) July, 2005

29th Congres International de Droit et de Santé Mentale/Laboratoire d'Ethique Medicale et de Sante Publique/Faculte de Medecine de Necker, Universite Rene Descartes (International Congress on Law and Mental Health) Paris, France, July 2005

XII World Congress of Psychiatry, Yokohama, Japan, August, 2002

National Association of Developmental Disabilities, New Orleans, Louisiana, October 2001 (paper was presented by a colleague)

XXV Congres International de Droit et de Sante Mentale (International Congress on Law and Mental Health) University of Siena, Siena, Italy July 2000

American Psychology-Law Society and the European Association of Psychology and Law, Trinity College, Dublin, Ireland, July 1999

XXIII Congres International de Droit et de Santé Mentale/Laboratoire d'Ethique Medicale et de Sante Publique/Faculte de Medecine de Necker, Universite Rene Descartes (International Congress on Law and Mental Health) Paris, France, June 1998

New York University, Annual Forensic Mental Health Conference, NY, NY, June, 1998;

Saint Vincents Hospital, Department of Psychiatry Grand Rounds, NY, NY April,1998

Saint Barnabas Hospital, Correctional Health Affiliate, Grand Rounds, Rikers Island, NY, March 1998

American Psychological Association. Annual Meeting, August 1994

Annual Meeting American Academy of Psychiatry and Law, Orlando, Florida, October 1991 (paper profiled in the *Psychiatric News*, November 15, 1991)

American Psychiatric Association Annual Meeting, New York, N.Y. May 1990

Orthopsychiatric Annual Meeting, Miami, Florida, April 1990

Annual Meeting of the American Group Therapy Assn., Boston, Mass, February 1990

American Public Health Assn. Annual Meeting, Chicago, Ill., October 1989

## COMMITTEE MEMBERSHIPS AND ADVISORY BOARDS (past and current)

Association of the Bar of the City of New York, Committee on Legal Issues Affecting People with Disabilities; New York State Bar Association, Dispute Resolution Section; New York State Bar Association, Health Law Section: Founding Co-Chair, Special Committee on Mental Health; Member of Executive Committee; Association of the Bar of the City of New York, Problems of the Mentally Ill; sub-committee on conditions in Prisons; New York State Bar Assn., Committee to Confer with the Medical Society of the State of N.Y.; Committee on Public Health; New York Law School, Advisory Board on Scholarly Publications; Saint Vincent's Hospital and Medical Center of N.Y., Hospital-wide Counsel on Domestic Violence; New York Health and Hospitals Corporation, City-wide Committee on Jail-based Mental Health Services; New York City Department of Mental Health, State-wide Forensic Mental Health Task-force; Advisory Board on the Formation of the New York City Links Program; Advisory Board, Friends of Island Academy, Juvenile NYC Link Program; Reviewer of Articles, International Journal of Prisoner's Health.

## LICENSES, CERTIFICATIONS, ADMISSIONS, RECOGNITIONS

**Attorney** admitted to practice law in the Courts of the State of New York (First Department) and in the Federal Courts of the Southern & Eastern Districts of New York. Accredited for preparation, presentation and prosecution of claims for veterans benefits before the Department of Veterans Affairs (not current).

**Social Worker** Licensed Social Worker, New York State Department of Education

**Court Evaluator** and **Guardian:** certified under Article 81 of the New York State Mental Hygiene Law, Office of Court Administration of the State of New York. Trained by the Association of the Bar of the City of New York.

**Mediator** Advanced Training in Mediation: United States District Court for the Eastern District of New York; The Center for Mediation in Law, N.Y., N.Y. Additional training in the Mediation of Bio-Ethical Disputes (Center for Health Law and Ethics, University of New Mexico, Division of Bioethics, Montefiore Medical Center/Albert Einstein College of Medicine and the United Hospital Fund of New York); Mediation of the Fair Labor Standards Act, The Federal Bar Association, Cornell University Labor and Employment Law Program, Federal Court Eastern District of New York

**"Super Lawyer"** 2012-2020: New York City Metro under *Health Law* category

<u>**LANGUAGES**</u>
Conversational Spanish: Studied in Mexico, certificate awarded: Instituto de Estudios de America Latina, August, 1981, Cuernavaca, Mexico

<u>**REFERENCES:**</u> Available upon request

# Maria Masotta, Psy.D.

Licensed in MA #8411 and CT #003747
maria@drmariamasotta.com
www.drmariamasotta.com
P.O. Box 36, Rockfall, CT  06481
203-747-4443

---

## Education

University of Massachusetts Medical School, Law and Psychiatry Program, Worcester, Massachusetts, Certificate Program in Forensic Mental Health (8/31/06)

Psy.D.       Nova Southeastern University – Fort Lauderdale, Florida
             Clinical Psychology with a Specialization in Forensic Psychology (8/97-8/02)

M.S.         Nova Southeastern University – Fort Lauderdale, Florida  (8/97-6/99)
             Clinical Psychology

B.A.         Hartwick College – Oneonta, New York  (8/93-12/96)
             Major in Psychology

---

## Clinical Experience

**Consultant** – Miami Dade County Corrections and Rehabilitation Department (MDCR) - (6/18-present).  MDCR is large jail system that incarcerates over 5,000 detainees. Provide clinical consultation to MDCR healthcare and custody leadership personnel to assist with compliance with a Department of Justice Consent Agreement.

**Contractor** – Department of Homeland Security/Civil Rights and Civil Liberties – (4/17-present). Conduct assessment of behavioral health programs in detention centers that detain Immigration and Customs Enforcement (ICE) detainees. This includes a review of policies and procedures, interviews with detainees and staff and review of relevant documentation.  Analyses, conclusions and recommendations are provided via a comprehensive summary report.

**Court Appointed Expert, Correctional Mental Health** (8/14- present). United States District Court of the Eastern District of California – Ordered by Honorable Lawrence K. Karlton, Senior District Judge, for a class action lawsuit, Coleman et. al vs. Brown et. al. As a member of a multi-disciplinary team, provide expert consultation to the Special Master, Mathew A. Lopes, Esq., as part of an ongoing monitoring process of the California Department of Corrections and Rehabilitation and Department of State Hospitals mental health system.

***Forensic Psychologist*** – FHS/MHM (5/13-8/17) Worcester District Court Clinic – Worcester, Massachusetts (Center for Health and Development (2/07-12/10) Conduct court-ordered forensic evaluations for central Massachusetts courts.  Evaluations include involuntary commitment for psychiatric treatment, commitment for substance abuse, aid-in-sentencing, competency to stand trial and criminal responsibility.

***Clinical Psychologist* –** MedOptions of Massachusetts (10/12-1/15). Provide psycho-diagnostic evaluations, behavioral management, psychological testing, guardianship evaluations and psychotherapy to individuals residing in nursing homes for short- term rehabilitation or long-term care.  Psychological issues range from mild to severe dementia, loss/grief, substance abuse and serious and persistent mental illness.

***Psychologist* –** MHM Correctional Services, Inc – Massachusetts Treatment Center, Bridgewater, Massachusetts.  (8/12-10/12).  Provide treatment planning, individual psychotherapy and crisis intervention to incarcerated men who have been convicted of a sexual offense or have been civilly committed as a Sexually Dangerous Person.

***Regional Clinical Director/Regional Comprehensive Quality Improvement Manager*** – MHM Correctional Services, Inc –Regional Office – Norton, Massachusetts  (3/12-8/12).  Provide clinical support, leadership and supervision to clinical staff throughout the mental health prison programs in Massachusetts.  Respond to inmate grievance appeals.  Provide clinical support for Department of Mental Health segregation audits and Department of Corrections quarterly meetings at various prisons. Provide clinical consultation to mental health and correctional staff in the management of mentally ill inmates. Coordinate with the Department of Corrections Training Academy and mental health staff to schedule annual suicide prevention training. Oversee quality improvement activities including staff credentialing and peer reviews.

***Senior Clinical Operations Specialist*** – MHM Correctional Services, Inc.  (10/10 –3/12) This position required travel throughout the United States approximately 50% of the time to provide training and clinical consultation to mental health staff in the management of inmates with severe and persistent mental illness and significant self-injurious behavior. Assist in the development of behavior management treatment plans.  Assist in the implementation of clinical programming and policies. Develop staff training, clinical guidelines and group psychotherapy protocols.  Conduct clinical audits to ensure contract compliance.  Co-facilitate a company-wide conference call focusing on the gender responsive needs of female offenders.

***Mental Health Director*** – MHM/Forensic Health Services - Massachusetts Correctional Institute-Framingham- Framingham, Massachusetts (7/07- 9/10) Supervise multidisciplinary team of social workers, psychologist, and psychiatrists who provide counseling and crisis intervention services to incarcerated women.  Collaborate with correctional and medical personnel in developing treatment plans for women to assist in their ability to manage the penal environment and make recommendations in respect to disciplinary issues.  Serve as the Chief Psychologist for Department of Corrections/MHM system-wide psychologists. On-call for after hours crisis intervention for medical and security personnel. Provide individual, group psychotherapy and crisis intervention serves to incarcerated women.

***Staff Psychologist-*** UMASS Correctional Health- Massachusetts Correctional Institute-Framingham – Framingham, Massachusetts (9/02 – 2/06, 11/06 – 7/07) Serve as designated back-up for mental health director in periods of absence, provide on-site and off-site coverage. Provide treatment planning, individual and group psychotherapy to incarcerated women who are awaiting trial or sentenced for a wide variety of misdemeanor and felony convictions. Treatment typically addresses adjustment issues, trauma history, substance abuse, domestic violence and family discord. Additional responsibilities include conducting intake evaluations, psychological testing, and assessing the mental health status of women housed in segregation. Provide crisis counseling and assess and monitor women who are acutely at risk of harm to themselves or others. Supervise UMASS pre-doctoral clinical psychology interns. Attend and participate in daily triage meetings, educate and consult with corrections staff as indicated. Served as the mental health liaison for the Prison Pup Partnership program, which involves selection of inmates and ongoing evaluation of fitness to serve as a handler, as well as facilitating team-building activities. Developed and co-facilitated intern seminar for master's level interns on various clinical issues. Created administrative forms to facilitate communication between court personnel and prison mental health staff; to document group treatment; to assist with crisis assessment; and to aid in compliance of documentation of clinical issues for quarterly audits. Created and maintained monthly award for clinical excellence for mental health staff. Coordinate monthly crisis coverage schedule. Facilitate monthly staff meeting and quarterly full-day staff seminar. Maintain security of psychological testing materials and assign cases to peers. Developed and facilitate case conferences for challenging clinical cases. Serve as the mental health representative for the institution's training committee and provide weekly training to correctional officers regarding mental health issues. Organized fund raiser for institutional staff, collected and donated money to victims of the 2004 Tsunami.

***Independent Contractor*** – MHM/Forensic Health Services, Worcester County (5/06 – present). Conduct pre-arraignment evaluations pursuant to M.G.L. Chapter 123, Section 18(a). Evaluations are conducted after-hours on an on-call basis for detainees deemed to be experiencing a psychiatric emergency.

***Independent Contractor*** – University of Massachusetts Medical School (10/1/06 – 11/29/06) – Conduct psychological testing at Souza Baranowski Correctional Center, a maximum security penal institution for men.

***Forensic Psychologist*** – Center for Health and Development, Fitchburg District Court Clinic – Fitchburg, Massachusetts (2/06 – 11/06) Conduct court-ordered forensic evaluations for central Massachusetts courts. Evaluations include involuntary commitment for psychiatric treatment, commitment for substance abuse, aid-in-sentencing, competency to stand trial and criminal responsibility.

***Psychology Intern-*** University of Massachusetts Medical School/Worcester State Hospital – Worcester, Massachusetts (9/01- 8/02) Attended seminars on Neuropsychology, Substance Abuse, Malingering, and Psychopharmacology. Attended Law and Psychiatry Rounds and Grand Rounds. Rotations included: Child Family Forensic Center, Outpatient Psychiatry Service-Anger Management Program, Community Healthlink – Homeless Outreach Assistance Program, and Bridgewater State Hospital – Maximum Security Unit. Supervised by: Jack Terry, Ph.D., Bill Warnken, Psy.D., ABPP, Anne Johnson, Ph.D., David Holtzen, Ph.D, Linda Cavallero, Ph.D., Gerri Fuhrman, Ph.D., Gregg Januszewski Psy.D., and Alan Rosenbaum, Ph.D .

<u>Bridgewater State Hospital – Maximum Security Unit –</u> As a member of the multidisciplinary treatment team, provided therapeutic services to patients.  Co-facilitated a unit based violence prevention group and provided individual therapy to patients diagnoses included Schizophrenia, Bipolar Disorder,  Borderline Personality Disorder, and Mood Disorder NOS.   Evaluated a patient diagnosed with Bipolar Disorder and Borderline Personality Disorder for recommitment and wrote the recommitment evaluation.  Conducted psychological testing with patients and communicated results to treatment team.

<u>Massachusetts Correctional Institute-Framingham</u> – Served as a Primary Care Clinician for female inmates, designed treatment plans, and provided weekly therapy.  Diagnoses included Major Depression, Borderline Personality Disorder, ands Post-Traumatic Stress Disorder.  Conducted psychological testing with inmates and communicated results to referral source.

<u>Child Family Forensic Center –</u> Conducted psychological evaluations with families referred by the Worcester Probate and Family Court.  Assessed inter-parental conflict, domestic violence, substance abuse, and mental health history and made visitation and custody recommendations. Evaluation included an interview with both parents and children and collateral contacts as deemed appropriate.  Appointed and served as a Guardian ad Litem to determine the best interests of the child.  Evaluation included numerous interviews of both parents and child, review of collateral records, and collateral contacts.

<u>Outpatient Psychiatry Service – Anger Management Program</u> – Conducted intakes for anger management program. Co-facilitated a men's anger management group and women's anger management group.  Many of the group members were involved in domestic violence and are referred by the Worcester District Court.

<u>Community Healthlink – Homeless Outreach Assistance  Program</u>  - Conducted psychological testing with  homeless clients as referred by the treatment team.  Communicate results to the treatment team.

***Psychology Trainee*** – Public Defender's Office, Broward County Courthouse – Fort Lauderdale, Florida (8/99-9/00). Conducted full battery psychological evaluations with inmates with violent felony charges. Communicated results to attorneys and peers during case conference.  In addition, assisted with competency and sanity evaluations and conducted an evaluation to determine competency to stand trial with an individual with a felony charge.   Rotated through:  Broward County Main Jail, Broward County Mental Health Court, Juvenile Detention Center, and Crisis Street Stabilization Unit. Supervisors:  Lenore Walker, Ed.D. ABPP, David Shapiro, Ph.D., Hilda Besner, Ph.D., Michael Brannon, Psy.D., and Ross Seligson, Ph.D.

<u>Broward County Main Jail</u>- Evaluated approximately 134 detainees arrested for misdemeanor charges to assess for the presence of mental illness.  Detainees willing to seek mental health treatment were qualified for Mental Health Court.  Made recommendations through consultation with Public Defender and testified as necessary.  Qualified as an expert by magistrate on duty.

<u>Broward County Mental Health Court</u>- Court specializes in mental health treatment for individuals that committed misdemeanor offenses.  Conducted approximately 107 brief psychological assessments with detainee's including evaluation of competency to proceed, risk assessment,

mental status, psychosocial history, treatment compliance, and treatment and placement needs. Made recommendations to the Public Defender and provided testimony as needed to Honorable Judge Ginger Lerner-Wren. Qualified to as an expert to provide testimony.

<u>Juvenile Detention Center</u>- Evaluated approximately 29 female adolescents for competency to proceed and a wide range of factors including educational needs, previous delinquent behavior, medical concerns, mental health history, family issues, and history of abuse.  Juveniles ranged from 12-17 years of age, representing a wide range of ethnic and cultural backgrounds. Recommendations provided to Public Defender and Legal Aid attorney assisting the adolescents with civil and legal needs.

<u>Crisis Street Stabilization Unit</u>- Facility is an inpatient psychiatric hospital, primarily providing services for indigent patients.  Conducted approximately 38 risk assessment evaluations with involuntarily hospitalized patients.  Assessment of ability to care for self and potential for harm to self or others, despite a wide range of psychotic diagnoses, mood disorders, and dual diagnosis issues, was of primary concern.  Made dangerousness recommendations to the Public Defender.

***Psychology Trainee -*** Nova Community Clinic for Older Adults (NCCOA), Nova Southeastern University Community Mental Health Center - Fort Lauderdale, Florida (6/98-4/99). NCCOA is a specialty clinic within the Community Mental Health Center that serves clients ages 55 and older. Provided outpatient cognitive-behavioral individual and group psychotherapy, targeting symptoms of depression and anxiety disorders. Duties consisted of treatment planning,  medical record, weekly supervision, case presentations, crisis intervention, case presentations, and attending a bi-monthly Cognitive-Behavioral Seminar. Intake evaluations included administration and interpretation of the Structured Clinical Interview for <u>DSM- IV,</u> Mini-Mental Status Exam, Beck Anxiety Inventory, Geriatric Depression Scale, Wolpe Lazarus Assertiveness Scale, and selected subtests from the Wechsler Adult Intelligence Scale-Revised and Wechsler Memory Scale-Revised.  Supervisor, William Kelleher, Ph.D.

***Forensic Psychology Assistant*** - The Institute for Behavioral Sciences and the Law - Plantation, Florida (9/00-12/00). This is a private practice that provides both clinical and forensic evaluations. Assisted with psychological evaluations (WAIS-III Rorschach, MMPI-II MCMI-III) and conducted clinical interviews with detainee's pending trial for competency, downward departure, and substance abuse evaluations.  Supervisor, Michael Brannon, Psy.D.

***Therapist*** - Broward Partnership for the Homeless Incorporated - Fort Lauderdale, Florida (7/99-6/01). Broward County funded position for one Nova Southeastern student to provide on-site psychological evaluations, crisis intervention, and outpatient therapy, with adults, children, and families residing at the shelter. Group psychotherapy was also conducted in a psycho-educational format focusing on goal achievement and parenting skills. Individuals have presented with a variety of Axis I and Axis II disorders including depression, anxiety, suicidal behavior, bipolar disorder, psychotic disorders, social skills deficits, and substance abuse. Other duties consisted of documentation in medical record, weekly supervision, treatment planning, consultation with Case

Management staff and facilitating educational seminars with Residential Coordinator staff. Supervisor, Ana Martinez, Psy.D.

**Therapist** - Brown Schools of Florida at Sunrise - Weston, Florida (8/99-12/99). Program is a residential treatment facility for emotionally disturbed adolescents. Provided group psychotherapy several times a week and conducted psychosocial evaluations. Other duties included treatment planning, documentation, crisis intervention, and consultation with the clinical team. Supervisor, Andrew Cutler, M.S.W.

**Psychological Consultant -** Family Assessment Center, The Brown Schools of Florida - Fort Lauderdale, Florida (2/99-5/99). Program is an emergency shelter that houses children and adolescents that have been detained by the Department of Children and Families.  Conducted mental health screenings and psychological evaluations to assess the child's mental health and made placement recommendations to the Broward County Court System and Department of Children and Families.  Provided crisis intervention.  Supervisor, Michael Brannon, Psy.D.

**Mental Health Consultant** - M.E. Chiles Program, Nova Southeastern University Community Mental Health Center - Fort Lauderdale, Florida (6/98-12/98). Conducted mental health evaluations at foster homes with children and adolescents detained by the Department of Children and Families. Provided individual psychotherapy with foster children and a court-ordered parent. Duties consisted of assessing the child's mental health  and making placement recommendations to the Broward County Court System and Department of Children and Families. Supervisor, Mary Centrone, Psy.D.

**Recreational Therapist** - Alzheimer's Resource Center of Connecticut - Southington, Connecticut (1/97-3/97). Facility provides psychological, medical, housing and recreational services to residents diagnosed with Alzheimer's Disease. Facilitated recreational activities with residents including arts and crafts, music therapy, reminisce, nature walks, exercise, and fine dining on a one-on-one or group basis to stimulate their senses and improve their quality of life.

**Certified Hospice Volunteer** - Catskills Area Hospice - Oneonta, New York (3/96- 12/96). Participated in training that focused on death and dying with the terminally ill and ways to provide support for family members. Co-facilitated a children's bereavement group.

**Pre-School Teacher** -Young Men's Christian Academy - Southington, Connecticut (Summers of 1995, 1996). Acted as a Pre-School teacher for children ages 3-5. Designed lesson plans appropriate to the children's level of development focusing on safety and awareness, outer space, and the human body. Implemented lesson plan providing education on the human body. Supervised children's activities and intervened as necessary, at times utilizing behavior modification.

# Supervisory Experience

***Co-Assistant Director of Psychology Intern Training*** – University of Massachusetts Medical School/ Worcester State Hospital- Worcester, Massachusetts (8/06- 8/07). Program is an American Psychological Association approved training site for pre-doctoral psychology interns. Participate in weekly group supervision, provide individual supervision, assist in the selection of interns, coordinate didactic seminars. Coordinate and develop year-long, weekly didactic seminars.

***Coordinator*** - Nova Community Clinic for Older Adults, Nova Southeastern University Community Mental Health Center - Fort Lauderdale, Florida (6/99- 6/01). Duties included orienting and training first and second year practicum students and serving as a liaison between students, Clinic Director, and the department of Quality Improvement. Co-facilitated bi-monthly staff meetings, conducted chart reviews on student's caseloads to assure compliance with clinic, Medicaid, and Medicare guidelines and screened new clients for intake and assigned to an appropriate student. In addition, monitored students' assessment data to confirm consistency between assessment data and diagnosis. Updated assessment package in collaboration with a graduate assistant, supervisor, and Charles Golden, Ph.D. Also trained students on administration, scoring, and interpretation of assessment packet. Supervisor, William Kelleher, Ph.D.

***Lead Peer Interviewer*** - Nova Southeastern University - Fort Lauderdale, Florida (March 2001, March 2000). Interviewed clinical psychology doctoral applicants to determine appropriateness for program and made recommendations to selection committee as to their suitability.

***Peer Interviewer***- Nova Southeastern University - Fort Lauderdale, Florida (April 1999). Interviewed clinical psychology doctoral applicants to determine appropriateness for program and made recommendations to selection committee as to their suitability.

# Presentations

A Forensically-Informed Model for Providing Mental Health Consultations to the Disciplinary Process: National Commission on Correctional Health Care, Las Vegas, Nevada, July 10, 2011. Co-presenter with Stephen DeLisi, PhD.

Self-Harm Behavior and the Female Offender: Minimizing the Risks: National Commission on Correctional Health Care, Phoenix, Arizona, May 24, 2011. Lead presenter with Joel T. Andrade, LICSW, PhD.

Suicide and Self-Harm Risk Assessment within Correctional Settings: Avoiding Common Pitfalls. 4th Annual Academic and Health Policy Conference on Correctional Health, UMASS Medical School , March 10, 2011. Lead presenter with Joel T. Andrade, LICSW, PhD

Vicarious Traumatization in Corrections: Recognition, Response and Prevention: American Correctional Association, San Antonio, Texas, January 30, 2011.

Vicarious Traumatization in Correctional Healthcare: Recognition, Response and Prevention: Educational Luncheon: National Commission on Correctional Health Care, Boston,

Massachusetts. July 11, 2010.

Gender Responsive, Trauma Informed Services for Female Offenders:  Bridging Research and Practice:  3rd Annual Academic and Health Policy Conference on Correctional Health, UMASS Medical School/Nova Southeastern University, Fort Lauderdale, FL.  December 3, 2009.  Co-presenter with Judith Willison, LICSW.

PREA Standards:  Considerations Unique to Female Offenders:  Blending New Challenges with Emerging Ideas, 13th National Workshop on Adult and Juvenile Female Offenders, Jackson, MS. October 10, 2009.  Co-presenter with Sharen Barboza, PhD., and Judith Willison LICSW.

Group Treatment for Newly Incarcerated Women:  Managing Sleep Disturbance, Anxiety and Depression:  National Commission on Correctional Health Care, Chicago, Illinois.  October 22, 2008.  Lead presenter with Morgan McGinty, MSW.

Gender Responsive Services for Girls and Women in the Justice System:  Forensic Health Services, UMASS Boston.  May 6, 2008.

Gender Responsive Training:  New Mexico State University, Grants, New Mexico.  December 17, 2007

Managing the Female Offender:  Trends in the Mental Health Evaluation.  February 1, 2005.

Identifying Mental Illness and Building Rapport. Presented to the staff at the Broward Partnership for the Homeless Incorporated. October 30, 2000

---

# Research Experience

***Doctoral Directed Study*** (Fall 2000) Detecting feigned cognitive deficits by identifying the presence of intact memory using symptom validity testing.  Chairperson, Charlie Golden, Ph.D., ABPP.

***Research Practicum III*** (Fall 2000)  Analyzed data obtained from Juvenile Assessment Questionnaire, to examine contributing factors to delinquent behavior.  Supervised by Lenore Walker, Ed.D., ABPP.

***Research Practicum II*** (Summer 2000)  Developed coding program for data obtained from Juvenile Assessment Questionnaire  in collaboration with Al Sellers, Ph.D. and coded data. Supervised by Lenore Walker, Ed.D., ABPP.

***Research Practicum I*** *(*Winter 2000). Developed Juvenile Assessment Questionnaire to be utilized with female detainees and trained peers in administration of inventory.  Supervised by Lenore Walker, Ed.D., ABPP.

***Undergraduate Thesis*** (1995). Left-handedness and dyslexia:  An analysis of the higher frequencies of left-handedness in the dyslexic population.  Chairperson, Lynn Elmore, Ph.D.

***Undergraduate Directed Study*** (1995).  Analyzed the controversies surrounding the inclusion of Self-Defeating Personality Disorder in <u>DSM-III,</u> <u>DSM-III-R,</u> and <u>DSM-IV.</u>  Supervised by Ronald Heyduk, Ph.D.

## Publications

Masotta, M.  (2011).  Vicarious Traumatization:  Recognition, Response, and Prevention.  *CorrDocs:  Society of Correctional Physician Newsletter.*  Volume 14, Issue 1. Posted June 15, 2011.

Masotta, M (2011).  Vicarious Traumatization:  A Guide to Recognizing, Responding to, and Preventing a Serious Consequence of Providing Mental Health Care in Jails, Prisons and Community Corrections.  *Corrections and Mental Health:  An Update of the National Institute of Corrections.*  March 11, 2011.

## Teaching Experience

***Assistant Professor*** – (8/13-5/15) Framingham State University, Department of Psychology and Philosophy, Framingham, MA.  In this full-time position responsibilities include teaching undergraduate psychology courses (Abnormal Psychology, Social Psychology, Human Relations and Group Dynamics).  Responsibilities also include advising 32 undergraduate psychology majors and serving as a member on the Graduate Committee.

***Visiting Assistant Professor*** – Framingham State University, Mental Health Counseling Program, Department of Graduate and Continuing Education, Framingham, MA,

> Orientation to Counseling (Fall 2004- 2011, 2013, 2018, 2021)
> Professional Issues in Mental Health Counseling (Spring 2004 – 2013, 2016)
> Assessment, Diagnosis and Treatment Planning (Summer 2012)
> Theories of Psychotherapy and Counseling (Spring 2011)
> Theories and Methods of Psychological Testing (Summer 2004- 2006, 2015)
> Problems of Substance Abuse (Summer 2009, 2011, 2015, 2020)
> Group Processes in Counseling (Summer 2006- 2010, 2014)
> Counseling Internship I (Fall 2005)
> Understanding Social Science Research (Fall 2003, 2 sections)

***Teaching Assistant*** – *Psychobiology; Nova Southeastern University – Fort Lauderdale, Florida (Winter 2000)*

## Awards

Recipient of the National Health Service Corps Loan Repayment Program, 2009
Recipient of Department of Correction; Professional Excellence Contract Health Care Award, 2010
Nominated for Department of Correction; Professional Excellence Contract Health Care Award, 2008
Designated Forensic Psychologist, 2008
Departmental Distinction, Hartwick College, 1996
Cum Laude, Hartwick College, 1996
Dean's List, Hartwick College, 1995-1996
Psi Chi National Honor Society, 1995

**JAMES FRANCIS DEGROOT, PH.D.**
Atlanta, GA 30319
Phone: 770-356-1830
upcjdegroot@gmail.com

## Education

WRIGHT STATE UNIVERSITY, DAYTON, OHIO
Psychology Postdoctoral Program 1983-1985

CATHOLIC UNIVERSITY OF AMERICA, WASHINGTON, D.C.
Doctor of Philosophy 1977-1984

ANTIOCH UNIVERSITY, COLUMBIA, MARYLAND
Master of Arts 1974-1977

CARDINAL STRITCH COLLEGE, MILWAUKEE, WISCONSIN
Bachelor of Arts 1967-1971

## License

Licensed Clinical Psychologist in Georgia, 1986 to Present

## Clinical, Correctional and Forensic Experience: Georgia Department of Corrections

➢ **State-Wide Mental Health Consultant,** January 2020-Present (February 2020)
**Employed as a Part-time Employee by Centurion, a vendor contracted by the Georgia Department of Corrections (GDC)**
Consult with the State-Wide Clinical Director and be a liaison between the State-ide Clinical Director and the State-Wide Mental Health Director, focusing on: programs for mentally ill offenders in Restrictive Housing; programs for mentally ill offenders with Substance  Use Disorders; and mental health policies and procedures.

➢ **State-Wide Clinical Director**, 2017-2020
**Employed by Centurion, a vendor contracted by the Georgia Department of Corrections (GDC)**
Centurion is responsible for hiring and delivering mental health services to an offender population of approximately 55,000 of whom 11,500 are diagnosed with a mental illness. I directly supervised 18 facility Clinical Directors and 17 staff psychologists, managed 24 facility Mental Health Administrative Directors, collaborated with the Centurion Regional Medical Director (a psychiatrist), oversee 250+ mental healthcare providers, and helped coordinate

operations with the leadership of Georgia Department of Corrections in order to deliver quality and timely mental health services.

➢ **State-Wide Mental Health Director,** 1994-2017
   **Employed by the State, Georgia Department of Corrections (GDC)**
   Responsible for the delivery of mental health services to inmates and detainees who were diagnosed with a mental illness. I spent much of the fist 10 years working on civil rights litigation with experts and attorneys on two certified class action complaints (Guthrie v Evans and Cason v Seckinger) and on one complaint which was never certified as a class and dropped by plaintiffs after two years, (Fluellen v Wetherington). During that time, we made major revisions to the mental health policies and procedures. The number of offenders receiving mental health services continually grew from 2,000 in 1994 to 11,500 in 2019. The severity, complexity and acuity of mental illness also increased. Consequently, I worked closely with GDC leadership and attorneys from the Attorney General's Office on a myriad of issues to include restrictive housing, implementation of the Prison Rape Elimination Act (PREA), transgender offenders, suicides, drugs, and gangs.

➢ **Staff Psychologist at GA's Maximum-Security Prison,** 2988-1994
   **Employed by the State as a part-time employee**
   I began working at GA State Prison (GSP) shortly after the tenure of Special Master Vincent Nathan. I was responsible for implementing of a consent decree resulting from Guthrie v Evans and for updating Judge Anthony Alaimo on the status of GSP's mental health delivery system. I worked closely with Warden A. G. Thomas, Commissioner Alan Ault, Assistant AGs, and the Medical College of GA which was providing psychiatric services. During this time, critical incidents at GSP declined and the consent decree became a model for upcoming major revisions in GDC's MH Policies and Procedures.

## Clinical, Correctional and Forensic Experience: Independent Practice

➢ **Mental Health Expert for the Office of the Special Master in the Ninth Circuit on Coleman v Newsom,** October 2019-Present (October 2020)
   Responsible for monitoring California Department of Correctional Rehabilitation's (CDCR) implementation of court orders and writing reports for the Special Master.

➢ **Mental Health Expert for the Department of Homeland Security (DHS),** 2016-Present
(February 2020)
**Subcontracted to work as part of a team investigating OIG mental health complaints from
ICE detainees.**
Responsible for investigating both the specific detainee complaints on the delivery of mental
health services and the facility's overall mental health compliance with the National Detention
Standards, other applicable professional standards, and best practices. The results of the
investigation are presented to facility leadership during an out-briefing and a formal report is
written by each team member for DHS.

➢ **Independent Forensic Mental Health Evaluator of VA Complaints,** 2013-Present (February
2020)
Conduct a comprehensive mental health assessment on Viet Nam, Iraqi, and Afghanistan veterans
complaining of combat related PTSD and TBI. The evaluation consists of reviewing the veteran's
medical and military records, interviewing both collateral informants and the veteran, and
administering psychological tests. The results are discussed with a team of attorneys who are
Emory University fellows from the Emory Veteran's Clinic, and supervising attorneys from King
& Spalding and/or from Ogletree, Deakins, Nash, Smoak & Stewart. A formal report is written
for a VA hearing.

➢ **Contracted with the Dept. of Labor as an Independent Forensic Mental Health Evaluator,**
2008-Present (February 2020)
Evaluate individuals who filed disability claims with the Social Security Administration. The
claimants are interviewed, psychological tests are usually administered, collateral informants are
interviewed, and collateral documents are reviewed. Formal reports are written and submitted in a
timely manner for an administrative hearing.

➢ **Psychology Consultant and Direct Care Provider for the GA Department of Juvenile
Justice**, 2008-2016
Worked part-time, providing: direct care at a number of facilities (Augusta Youth Development
Center, Bill Ireland YDC, and Emanuel YDC); consultation with DJJ leadership by performing
psychological autopsies on two juveniles who committed suicide; consultation to DJJ HR by
performing Fitness-for-Duty evaluations on custody staff; and clinical supervision for direct care
providers in the field.

➢ **Independent Clinical & Forensic Mental Health Evaluator on Miscellaneous Cases,** 1988-2014

Over 26 years, I served as plaintiff and defendant expert on variety of cases. For example, I testified for a number of defendants on deliberate indifference and wrongful death cases in county jails. I also served as an expert witness in adult and juvenile criminal cases, performing competency and responsibility evaluations. I was an expert in one capital punishment case, testifying on behalf of the defendant who was represented by the Southern Center for Human Rights.

In 2010 and 2011 I consulted with The Moss Group as a PREA auditor, participating in PREA audits of ICE facilities managed by Correctional Corporation of America (CCA).

While practicing on St. Simon's Island and in Atlanta, I had contracts with Glynn County School System and with Atlanta City Schools to perform psychological evaluations on students to determine if they qualified for special education services.

Additionally, while teaching at the Medical College of GA, I worked for Richmond County Family Court performing evaluations on families to assist two judges with cases involving custody and termination of parental rights.

## Clinical, Correctional and Forensic Experience: Elected /Appointed Professional Positions

➢ **International Association for Correctional and Forensic Psychology (IACFP)**

**At-Large Board Member** and Chair of the Nominating Committee, January 2019-Present (February 2020)

**Past President** and Chair of the Nominating Committee, January 2017-December 2018

**President**, January 2015-December 2016

**President-Elect**, January 2013-December 2014

➢ **American Board of Correctional Psychology (ABCP)**

**At-Large Board Member**, January 2018-Present (August 2019)

Working with the American Board of Professional Psychology (ABPP), the American Psychological Association and other professional associations to create an ABPP subspecialty board certification for Correctional Psychology.

➢ **National Institute of Corrections, Mental Health Network (NIC)**

**Administrative Committee, Chair**, 2014-2015

**Administrative Committee, Member,** 2011-2014

**Steering Committee, Member,** 2010-2011

**Suicide & Self Injurious Behavior Committee, Chair**,2009-2010

➤ **GA's National Alliance for the Mentally Ill (NAMI)**
   **Board Member and Nominating Committee Chair**, 2011-2014

➤ **GA's Crisis Intervention Team (CIT)**
   **Advisory Board Member**, 2007-2010
   **Steering Committee Member**, 2008-2011

➤ **The Governor's Mental Health Summit**
    **Member**, 2006-2009

➤ **GA's Reentry Impact Program**
   **Member**, 2005-2008

➤ **GA's Mental Health Planning & Advisory Council (GMHPAC)**
   **Member** 2006-2015

➤ **Association for the Advancement of Behavior Therapy (AABT)**
   **Legislative Committee, Chair**, 2000-2003

# ACADEMIC APPOINTMENTS

2007-2013 Member of GA State University Institutional Review Board, Atlanta, GA

1990-2016 Clinical Professor of Psychiatry, the Medical College of Georgia, Augusta, GA

1987-1990 Assistant Professor of Psychiatry, the Medical College of Georgia, Augusta, GA

1986-1988 Clinical Faculty, Psychiatry Residence & Child Psychiatry Fellowship at Eisenhower Army Medical
           Center, Fort Gordon, GA

1986-1988 Clinical Psychology Internship at Eisenhower Army Medical Center, Fort Gordon, GA.

1981-1983 Clinical Faculty for the General Psychiatry Residence and Child Psychiatry Fellowship at Letterman Army Medical Center, San Francisco, California.

1978-1979  Psychology Instructor, Prince's George's Community College, Largo, Maryland

1977-1979  Teaching Assistant, Catholic University of American, Washington, D.C.

## Military Service

➢ **Duties**
I served as a Captain in the US Army. I worked as a clinical psychologist at Eisenhower Army Medical Center (Fort Gordon, Georgia) and at Letterman Army Medical Center (Presidio in San Francisco, CA). During both tours of duty, I provided direct care to active duty service members and their dependents and I clinically supervised psychology practicum students, psychology interns, and child-adolescent psychiatry fellows.

➢ **MILITARY EDUCATION**
1987 Command and General Staff College, Correspondence
1986 Officer Advanced Courses at the Academy of Health Sciences, San Antonio, Texas
1981 Officer Basic Course at the Academy of Health Sciences, San Antonio, Texas

➢ **MILITARY AWARDS**
1986      Army Commendation Medal
1981 Army Commendation Medal

## PROFESSIONAL PRESENTATIONS

### 1994-Current
As the current State-wide Clinical Director and previous Mental Health Director for Georgia Department of Corrections, between 1994 and 2019 I've presented papers at state, national and international professional meetings and universities at least every few months.  I also testified in numerous hearings to include a PREA Commission Hearing while they were writing the Prison Rape Elimination Act of 2003 and a NIC Advisory Board Public Hearing entitled "Balancing Fiscal Challenges, Performance-Based Budgeting and Public Safety". Details for any of the above will be provided upon request.

### NATIONAL

June 1995          "What's Love Got to Do With It?  The Dynamics of Family Violence and Its Implications for the Criminal Justice and Mental Health Systems," (with Annette Z. Henderson).  Presented at the Fifth Annual Midwestern Mental Health in Corrections Symposium in Kansas City, Missouri.

August 1994          "When Staff Burn Out, Students Follow: The Mental Health Consultant's Role in Attenuating Staff's Stress through Consultation and Training." Presented at Job Corps Annual Meeting for Mental Health Consultants in Los Angeles, California.

May 1994          "The Inevitability of the Mental Health Professional Being Sued by Inmates,"(with Margaret Severson).   Presented at the Fourth Annual

|               | Midwestern Mental Health in Corrections Symposium in Kansas City, Missouri. |
|---------------|---|
| March 1994    | "An Update on the Georgia Prison Study," (with A.R. Bruhn and K. Feigenbaum).  Presented at the Society of Personality Assessment's Mid-Winter Meeting in Chicago, Illinois. |
| May 1993      | "Identification of Unsolved Issues with the Early Memory Procedures: Assessing Violence Potential."  Presented at the Third Annual Midwestern Mental Health in Corrections Symposium in Kansas City, Missouri. |
| March 1993    | "Predicting Aggression Potential with the Early Memory Procedure: The Georgia Prison Study," (with A.R. Bruhn and K. Feigenbaum).  Presented at the Society of Personality Assessment's Mid-Winter Meeting in San Francisco, California. |
| May 1992      | "Hurdles in the Implementation of Treatment Programs in Correctional Settings: A Constructivist's Ruminations from a Maximum Security Prison," (with Joe Owens and Janice Deal).  Presented at the Second Annual Midwestern Mental Health in Corrections Symposium in Kansas City, Missouri. |
| March 1992    | "Identifying and Treating the Basis for Delinquent Behavior via Early Memories."  Presented at the Society of Personality Assessment's Mid-winter meeting in Washington, D.C. |
| August 1989   | Effects of Abuse on Perspective-Talking Skills in Children," (with Fred Garland as primary, Linda Christiansen and Anthony Zold).  Presented at the American Psychological Association's Annual Convention in New Orleans, Louisiana. |
| August 1989   | "The World According to a Distressed Truck Driver: Constructivist Perspectives," (with Fred Garland).  Presented at the American Psychological Association's Annual Convention in New Orleans, Louisiana. |
| March 1989    | "The Rorschach As a Measure of Behavior."  Presented to graduate students and faculty at Stanford University in Palo Alto, California. |
| February 1989 | "Continuity-Discontinuing in Child-Adult Psychopathology: A Structural-Developmental Perspective," (with Stephen N. Xenakis).  Presented at the AMEDD Clinical Psychology Short Course, sponsored by the Office of the Surgeon General and held in Augusta, Georgia. |
| October 1988  | "Clinical Consideration in Using Parent-Child Rating Scales," (with P.S. Jensen and S.N. Xenakis).  Presented at the 35th Annual Meeting of the American Academy of Child and Adolescent Psychiatry held in Seattle, Washington. |
| October 1988  | "Parents at Risk: An Epidemiological Investigation," (with P.S. Jenson and L.J. Bloedan).  Presented at the World Psychiatric Association Regional Symposium held in Washington, D.C. |

| | |
|---|---|
| August 1988 | "Children at Risk: Psychopathology Correlates in Clinical and Community Samples," (with L.J. Bloedan and P.S. Jensen).  Presented at the annual meeting of the American Psychological Association held in Atlanta, Georgia. |
| May 1988 | "Concept of Self in ADD Children:  An Application of Piaget and Projective Testing."  Presented as part of a symposium entitled "ADD: Psychosocial Issues in Treatment and Research."  Presented at the 41st Annual Meeting of the American Psychiatric Association held in Montreal, Canada. |
| May 1988 | "Contributions and Limitations of Projective Tests in the Diagnosis and Treatment of ADHA."  Paper presented to Seoul National Psychiatric Institute in Seoul, Korea. |
| October 1987 | "Interrater Agreement Vis-a-Vis Child Behavior Problems: Research Issues, New Evidence, and Future Direction," (with P.S. Jensen).  Presented at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Washington, D.C. |
| March 1987 | "A Model of Psychological Interventions for Consultations and Liasion with Medical Clinics," (with R.C. Hulsebus, F.M. Tomayo and R. Sullivan).  Presented at the U.S. Army Neuropsychology and Behavioral Medicine Conference, San Francisco, California. |
| March 1987 | "Relationships Between Parents' Self-Reported Symptoms and Their Perceptions of Their Children's Symptoms: Implications for Using Parent-Child Rating Scales," (with P.S. Jenson and S.N. Xenakis).  Presented at the U.S. Army Neuropsychology and Behavioral Medicine Conference, San Francisco, California. |
| February 1987 | "A Constructivist-Structural Model of Development with Clinical Implications."  Presented at the U.S. Army Child and Family Psychiatry Conference, Honolulu, Hawaii. |

## STATE

| | |
|---|---|
| May 1988 | "The Mind of the Hyperactive Child."  Paper presented at a one-ay seminar entitled, "Working with Families: Parenting the Behavior Disorder Child," sponsored by Charter Hospital of Augusta and the Medical College of Georgia; held in August, Georgia. |
| February 1988 | "Therapeutic Consideration with Military Families.  "Presented at the Georgia Psychological Association's Mid-winter Conference, Calloway Gardens, Pine Mountain, Georgia. |
| February 1988 | "Identifying and Managing Problems in Preschool Children."  Presented at Open Door Preschool for the Staff Development in August, Georgia. |
| October 1987 | "Working with Resistant Families."   Presented at one-day continuing education workshop for public school teachers, sponsored by Charter |

|  | Hospital of August and the Medical College of Georgia; held in August, Georgia. |
|---|---|
| April 1987 | "Typical and Atypical Development Problems." Presented to the Mothers' League of Augusta, sponsored by St. Joseph's Hospital in Augusta, Georgia. |
| February 1987 | "Learning Disabilities: A Development-Neuropsychological Perspective." Presented at a one-day continuing education workshop for special education teachers, sponsored by Richmond County Public School and the Medical College of Georgia, August, Georgia. |
| October 1986 | "Developmental Issues and the Foster Child." Presented to the Foster Parent Associations of Colombia County in Martinez, Georgia. |
| February 1988 | "A Constructivist Approach to Moral Development." Presented in Psychiatry Grand Rounds, Medical College of Georgia, Augusta, Georgia. |
| December 1987 | "Instruments and Interview: How to Make Them Work." Presented a the Research Workshop sponsored by Eisenhower Army Medical Center and the Medical College of Georgia, Fort Gordon, Georgia. |
| November 1987 | "A Developmental Model of the Self." Presented at Psychiatry Grand Rounds, Eisenhower Army Medical Center, Fort Gordon, Georgia. |

## Professional Publications

DeGroot, J.F., (2015). A Roadmap for Providing Psychiatric Services to Incarcerated Veterans: A challenging Subspecialty. In R. L. Trestman et. al. (Ed.), *Correctional Psychiatry* (pp. 310-314). Oxford Press.

DeGroot, J.F." Behavior Therapy in Correctional Settings." The Behavior Therapist, 2003, Vol.26#1.

Jensen, P.S., Xenakis, S.N., Davis, H., and DeGroot, J.F.: "Child Psychopathology Rating Scales and Interrater Agreement: Child and Family Characteristics." American Academy of Child and Adolescent Psychiatry, 1988, 17:4, p. 451-461

Jensen, P.S., Xenakis, S.N., Davis, H., and DeGroot, J.F.: "Child Psychopathology Rating Scales and Interrater Agreement: Child and Family Characteristics." American Academy of Child and Adolescent Psychiatry, 1988, 17:4, p. 451-461.

DeGroot, J.F., Hulsebus, R.C. Tamayo, F.M., and Sullivan, R: "A Model of Psychological Interventions for Consultation and Liaison with Medical Clinics." Proceedings of the 1987 AMEDD Clinical Psychology Short Course, 1987, p. 103-112.

DeGroot, J.F., Jensen, P.S., and Xenakis, S.N.: "Relationships Between Parents: Self-Reported Symptoms and Their Perceptions of Their Children's Symptoms:

Implications for Using Parent-Child Scales." Proceeding for the 1987 AMEDD Clinical Psychology Short Course, 1987, p. 153-162.


DeGroot, J.F.: "Effects of Person Perception on the Development of Children's Moral Judgment." The Journal of Genetic Psychology, 1982, 141, p. 41-48.

Ross, B. and DeGroot, J.F.: "How Adolescents Combine Probabilities." The Journal of Psychology, 1982, 110, p. 75-90.