**ACRONYMS AND ABBREVIATIONS**

ADHD:                    Attention Deficit Hyperactivity Disorder

ADLs:                    Activities of Daily Living

AED:                     Automatic External Defibrillator

AIMS:                    Abnormal Involuntary Movement Scale

ASH:                     Atascadero State Hospital

ASP:                     Avenal State Prison

ASU:                     Administrative Segregation Unit

ATP:                     Adenosine Triphosphate

CAP:                     Corrective Action Plan

CBT:                     Cognitive Behavioral Therapy

CCC:                     California Correctional Center

CCHCS:                   California Correctional Health Care Services

CCI:                     California Correctional Institution

CCCMS:                   Correctional Clinical Case Management System

CCWF:                    Central California Women's Facility

CDCR:                    California Department of Corrections and Rehabilitation

Centinela:               Centinela State Prison

CHCF:                    California Health Care Facility

CIM:                     California Institution for Men

CIW:                     California Institution for Women

CMC:                     California Men's Colony

CME:                     Chief Medical Executive

| | |
|---|---|
| CMF: | California Medical Facility |
| COVID-19: | Coronavirus Disease 2019 |
| CPR: | Cardiopulmonary Resuscitation |
| CQI: | Continuous Quality Improvement |
| CQIT: | Continuous Quality Improvement Tool |
| CRC: | California Rehabilitation Center |
| CSATF: | California Substance Abuse Treatment Facility |
| CSP/Corcoran: | California State Prison/Corcoran |
| CSP/LAC: | California State Prison/Los Angeles County |
| CSP/Sac: | California State Prison/Sacramento |
| CSP/Solano: | California State Prison/Solano |
| CTC: | Correctional Treatment Center |
| CTF: | Correctional Training Facility |
| CVSP: | Chuckawalla Valley State Prison |
| CYA: | California Youth Authority |
| DAI: | Division of Adult Institutions |
| DCHCS: | Division of Correctional Health Care Services |
| DDP: | Developmental Disability Program |
| DEC: | Disability and Effective Communication |
| DNR: | Do Not Resuscitate |
| DRC: | Death Review Committee |
| DSH: | Department of State Hospitals |
| DVI: | Deuel Vocational Institution |

| | |
|---|---|
| ECF: | Electronic Case File |
| EHRS: | Electronic Health Records System |
| ETOH: | Ethyl Alcohol |
| EOP: | Enhanced Outpatient Program |
| FIT: | Focused Improvement Team |
| Folsom: | Folsom State Prison |
| FWF: | Folsom Women's Facility |
| GED: | General Educational Development |
| GP: | General Population |
| HDSP: | High Desert State Prison |
| HIV/AIDS: | Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome |
| HLOC: | Higher Level of Care |
| HRL: | High Risk List |
| HS: | Hora Somni/Hour of Sleep |
| ICC: | Institutional Classification Committee |
| ICE: | Immigration and Customs Enforcement |
| ICF: | Intermediate Care Facility |
| IP: | Inmate Patient |
| IPOC | Interdisciplinary Plan of Care |
| IDTT: | Interdisciplinary Treatment Team |
| IEX: | Indecent Exposure |
| ISP: | Ironwood State Prison |
| KVSP: | Kern Valley State Prison |

| | |
|---|---|
| LOC: | Level of Care |
| LOP: | Local Operating Procedure |
| LRH: | Least Restrictive Housing |
| LTRH: | Long-Term Restricted Housing |
| MCSP: | Mule Creek State Prison |
| MHCB: | Mental Health Crisis Bed |
| MHSDS: | Mental Health Services Delivery System |
| MHPC: | Mental Health Primary Clinician |
| MHTS: | Mental Health Tracking System |
| NKSP: | North Kern State Prison |
| NOS: | Not Otherwise Specified |
| NPPC: | Nursing Professional Practice Committee |
| OHU: | Outpatient Housing Unit |
| OLA: | Office of Legal Affairs |
| PAD: | Personal Alarm Device |
| PBSP: | Pelican Bay State Prison |
| PBST: | Positive Behavioral Support Team |
| PC: | California Penal Code |
| PIP: | Psychiatric Inpatient Program |
| POLST: | Physician Orders for Life Sustaining Treatment |
| POR: | Probation Officer Report |
| PRN: | pro re nata (when necessary) |
| PSH: | Patton State Hospital |

PSU:                    Psychiatric Services Unit

PTSD:                   Posttraumatic Stress Disorder

PVSP:                   Pleasant Valley State Prison

QIP:                    Quality Improvement Plan

R&R:                    Receiving and Release

RC:                     Reception Center

RJD:                    Richard J. Donovan Correctional Facility

RVR:                    Rules Violation Report

SCC:                    Sierra Conservation Center

SCR:                    Suicide Case Review

SCRC:                   Suicide Case Review Committee

SCU:                    Supportive Care Unit

SHU:                    Security Housing Unit

SI:                     Suicidal Ideation

SIB:                    Self-Injurious Behavior

SMHP:                   Statewide Mental Health Program

SNY:                    Sensitive Needs Yard

SPMW:                   Suicide Prevention Management Workgroup

SPRFIT:                 Suicide Prevention and Response Focused Improvement Team

SQ:                     San Quentin State Prison

SRASHE:                 Suicide Risk and Self-Harm Evaluation

SRE:                    Suicide Risk Evaluation

SSI:                    Supplemental Security Income

STRH:                   Short-Term Restricted Housing

SVPP:                   Salinas Valley Psychiatric Program

SVSP:                   Salinas Valley State Prison

TABE:                   Test of Adult Basic Education

TCMP:                   Transitional Case Management Program

TTA:                    Triage and Treatment Area

UCC:                    Unit Classification Committee

VA:                     Department of Veterans Affairs

VSP:                    Valley State Prison

WIC:                    California Welfare and Institutions Code

WSP:                    Wasco State Prison