State of California – Department of State Hospitals        Gavin Newsom, Governor
Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



# Department of State Hospitals Staffing Plan to Maintain Required Maximum Clinical Staffing Vacancy Rates
## (Status Update – March 11, 2021)

**Introduction**

DSH provided its initial staffing plan to the *Coleman* Court in July 2016, to which the Special Master expressed concerns over the plan's level of detail. On October 10, 2017, the Court ordered the Department of State Hospitals (DSH) to fully implement its staffing plan within one year of the order. Since that time, DSH has provided regular status updates over the last four years and further refined the report to address the Special Master's recommendations, including updates in May, August, September 2018, March 2019, and May 2020. Similar to previous reports, this update focuses on how DSH maintains compliance with staffing orders and ratios, addresses natural staff attrition, and the steps it has taken when staffing levels fluctuate[1].

DSH prepared this update to provide additional information regarding DSH staffing levels and looks forward to future discussions and collaboration with all parties.

**I. Current Staffing Level:**

DSH uses an interdisciplinary clinical treatment team approach to provide inpatient psychiatric treatment. The core team includes the treating psychiatrist, psychologist, clinical social worker, and rehabilitation therapist. Each of these members have specific roles, based on their scopes of licensure, which provide for a comprehensive treatment approach. Each discipline within the treatment team works together to develop a treatment plan, diagnosis, delivery of one-to-one and group treatment, goal setting and medication management. Each treatment team member has the same staff-to-patient ratio to ensure they have the same patient caseload.

DSH's staff-to-patient ratio for psychiatrists, psychologists, clinical social workers and rehabilitation therapists was established in 2012 at 1:35 for intermediate care units.

---

[1] This staffing plan reflects current operations and budgeted authority. The plan may be updated with changes in operations and authority, and when appropriate to incorporate insights and lessons learned from experience, and with evolving best practices and new advancements in care. Any changes would be brought to the Special Master and Plaintiffs for discussion.

Based on that ratio, DSH is required to provide 9.6 FTE for psychiatrists, psychologists, clinical social workers, and rehabilitation therapists for the units at its three hospitals (DSH-Atascadero, DSH-Coalinga, and DSH-Patton) providing treatment for the *Coleman* class. However, as reflected in the table below, DSH allocates a total of 12 each of the four clinical classifications reflecting an overall better staff-to-patient ratio than is required.

**Number of Clinical Staff Required and Currently Allocated Based on *Coleman* Bed Capacity**

| Facility | Max Census | Psychiatrists | | Psychologists | | Rehabilitation Therapists | | Social Workers | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Required | Positions Currently Allocated | Required | Positions Currently Allocated | Required | Positions Currently Allocated | Required | Positions Currently Allocated |
| DSH-Atascadero | 256 (Male) | 7.3 | 8 | 7.3 | 8 | 7.3 | 8 | 7.3 | 8 |
| DSH-Coalinga | 50 (Male) | 1.4 | 2 | 1.4 | 2 | 1.4 | 2 | 1.4 | 2[2] |
| DSH-Patton | 30 (Female) | .9 | 2 | .9 | 2 | .9 | 2 | .9 | 2[3] |
| All Facilities | 336 (Male/Female) | 9.6 | 12 | 9.6 | 12 | 9.6 | 12 | 9.6 | 12 |

As shown in Appendix A, for every month in calendar year 2020, DSH successfully staffed its *Coleman* units at or above 90% of the total *required* staffing, using a ratio of one staff to 35 patients (for a total requirement of 9.6 staff each for psychiatrists, psychologists, clinical social workers, and rehabilitation therapist classifications)[4]. Similarly, for every month in calendar year 2020, DSH also successfully staffed its *Coleman* units at or above 90% of its total *allocated* staffing for psychiatrists, clinical social workers, and rehabilitation therapists. For psychologists, DSH provided above 90% of its total *allocated* positions for two months of the year and maintained an 83% rate for ten months of the year.

---

[2] As of February 1, 2018, FTE positions for DSH-Coalinga were changed to 2 psychiatrists, resulting in a functional 1:25 ratio.
[3] The 30 beds reserved for *Coleman* class members at Patton are on a 50-bed unit and therefore have 2 psychiatrists assigned, resulting in a functional 1:25 ratio.
[4] DSH calculates the percent staffed for its Coleman units by dividing the sum of the total filled positions across all three hospitals by the sum of the total required positions across all three hospitals by discipline.

It is important to note that due to the relatively small number of *Coleman* class beds at DSH, a single vacant position in any of the *Coleman* units would cause DSH to fall below 90% of required staffing per the 1:35 ratio. For example, based on the total allocations, losing one clinician at DSH-Atascadero would result in an 87.5 percent filled rate, while losing two clinicians from any of the three Coleman programs would result in an 83 percent filled rate. See Appendix A, Coleman Team Staffing, for a monthly summary by facility.

When staffing vacancies exist in its allocated positions, DSH augments its staffing through various means, including using contractors, civil service second positions, retired annuitants, limited-term positions, and supervisory or exempt position coverage. DSH also retains telepsychiatrists to cover a portion of the vacant FTE's caseload. However, DSH policy continues to require that onsite civil service psychiatrists are the preferred method for delivery of care and telepsychiatrists are utilized to augment onsite psychiatry services when necessary.

To ensure consistent coverage for Coleman class members, DSH aims to treat Coleman patients on pure treatment units with only Coleman class members, whenever possible. Appendix B breaks down the January 29, 2021, Coleman interim draft census by unit. This report is provided on a weekly basis to the Coleman Taskforce.

- Since the number of Coleman beds is less than the unit size, DSH-Patton has a mixed population on their Coleman unit (unit 33).
- DSH-Coalinga has a pure Coleman unit (unit 21).
- Currently at DSH-Atascadero, five units are predominantly Coleman units (units 13, 23, 30, 33, 34). DSH-Atascadero will continue to ensure up to 256 beds are provided for Coleman class members but may need to adjust the specific units where Coleman class members are housed in light of the impacts of COVID-19.[5]

**II. Status of Staffing Initiatives**

DSH continues to engage in multiple efforts to recruit, train, and retain qualified clinicians and provide a working environment conducive to employee work satisfaction, the pursuit of continued academic achievements, and a culture of integration and system-wide goals and achievements. These efforts include:

**A. Clinician to Patient Ratio Update**
Governor Newsom's 2020-21 Proposed Budget included a proposal to update DSH's treatment team caseload ratios across all patient populations and unit types to better reflect the workload associated with the clinical needs of DSH's current

---

[5] These unit designations may be impacted by the COVID-19 pandemic response or construction.

population ([click here to view full proposal](#)[6]). For units treating the *Coleman* Class the proposal recommends moving from a ratio of 1:35 to 1:30. The proposed treatment team ratios were developed as part of DSH's staffing study efforts which examined the interdisciplinary treatment team caseload ratios across all of its hospitals, including those treating *Coleman* class members and the categorization of treatment and all treatment units, including units treating *Coleman* class members.

This analysis produced a model to categorize and group units based on workload drivers associated with the patient population within those units. To apply this categorization system for the assessment of caseload ratios, multiple data elements were included such as unit capacity, commitment type, gender, average age on unit, number of direct patient admissions, number of intra-hospital transfers, number of discharges, and a multitude of serious or violent incident data points including aggressive acts, self-injurious and suicidal behavior, and medical and health related incidents. These data elements were essential in capturing key factors that significantly affect workload for the treatment team.

In addition to the review of multiple data elements, a collaboration with DSH's Medical Directors established a system that identifies workload levels for the treatment team across all DSH treatment units. These efforts included the utilization of Medical Directors' expertise related to psychiatric and medical treatments, the discussion of data elements including those described above, and the review of all treatment categories and units within each of their respective hospitals. These efforts culminated into a system categorizing all treatment units by the workload designations of high, moderate or low treatment team workload.

Under this model, the *Coleman* Class patients residing in intermediate care facility (ICF) licensed units are grouped in the CDCR (Coleman) Treatment category which falls under Moderate Workload designation. This workload level consists of units in which less time is spent on admission documentation, case formulation and patient stabilization, allowing for a 1:30 caseload. The majority of time requirements are for long-term treatment goals and objectives that are identified and monitored through monthly treatment team plans and conferences and advanced with various therapeutic interventions and treatment modalities such as group and individual therapy. Moderate workload units are identified by the following factors:

- The majority of patients are not currently aggressive/self-injurious but still

---

[6] This proposal was incorporated into the Governor's Proposed Budget and was modified in the May Revise. The proposal was partially funded in the Enacted 2020-21 Budget.

- require some medication adjustments or psychological assessments.

- Patients are stabilized psychiatrically and behaviorally, as evident in the incident data.

- Units may have low patient turnover, or patient movement consists of patients transferring in from admission units and discharges.

- The majority of patients housed on these units are beyond the first 90 days of hospitalization and have progressed to monthly treatment plan iterations and conferences.

- Dependent on specific treatment category, for the most part treatment can be provided in a group setting.

- Clinician progress notes, specifically Psychiatrist Progress Notes, are at a minimum required monthly instead of weekly.

Additionally, special consideration was given to the workload associated with the Coleman Class patients since their processes are clearly outlined in the Memorandum of Understanding (MOU). These processes provide for efficiencies when admitting and discharging Coleman Class patients, further supporting a moderate workload categorization for these units. The various support resources within each department, both at the facility and headquarters level (DSH Patient Management Unit, CDCR Inpatient Referral Unit, CDCR Health Care Placement and Oversight Program, etc.), also assist with the workload for this population and ensure all required referral information is obtained and provided to DSH for Coleman Class patients prior to admission. Specific referral packet requirements are documented in the MOU and include the current CDCR treatment plan and interdisciplinary progress notes making them readily available to inform the DSH Interdisciplinary Treatment Team.

Due to the economic impacts of COVID-19, the proposal was only minimally funded, but the underlying methodologies were supported by the Legislature. With the partial funding provided, some components will be phased in across fiscal year 2020-2021 and fiscal year 2021-2022. While funding is not available to augment treatment team staffing overall, DSH plans to allocate a portion of the approved funding and positions to implement the new ratios for the Coleman Units effective July 1, 2021 as initially proposed. This will result in an adjustment to DSH's required staffing on the Coleman Units as follows:

|  |  | Required Staffing for Psychiatrists Psychologists Social Workers and Rehabilitation Therapists | |
|---|---|---|---|
| **Facility** | **Maximum Census** | **Current Ratio 1:35** | **Proposed Ratio 1:30** |
| DSH-Atascadero | 256 (Male) | 7.3 | 8.5 |
| DSH-Coalinga | 50 (Male) | 1.4 | 1.6 |
| DSH-Patton | 30 (Female) | .9 | 1 |
| **All Facilities** | 336 (Male/Female) | 9.6 | 11.1 |

DSH *Coleman* units currently operate at a 1:35 treatment team ratio. This ratio provides quality patient care as evidenced by positive treatment outcomes for this population. The move to a 1:30 ratio described above is intended to address the workload associated with these units and improve overall system operations. Additionally, the new ratio will only impact DSH-Atascadero's allocated positions since it increases the required staffing levels above what they are currently allocating. DSH-Coalinga's allocated staffing levels are higher than the required staffing levels, so there will be no change. DSH-Patton will continue to allocate two treatment teams to their 50-bed unit that houses their *Coleman* population. This will result in an increase from 12 to 13 allocated treatment teams across the three hospitals.

Below are examples of positive patient outcomes for the current *Coleman* population at the 1:35 ratio.

- For *Coleman* patients admitted from July 1, 2017 through December 31, 2019, only 5.8% were readmitted, with only approximately 1.8% readmitted within the 90 days post discharge. The table below displays this information across the three fiscal years: 2017-18, 2018-19 and 2019-20.

- Readmission is defined as a patient who is readmitted to a DSH facility.

- The readmission rates within each fiscal year are identified below:

    o July 1, 2017 through June 30, 2018 (FY 2017-18): 3.3% were readmitted, with only approximately 1.4% readmitted within the 90 days post discharge.

    o July 1, 2018 through June 30, 2019 (FY 2018-19): 12.8% were readmitted, with only approximately 3.0% readmitted within the 90

days post discharge. July 1, 2019 through December 31, 2019 (FY 2019-20 – Six months): 1.4% were readmitted, with only approximately 1.1% readmitted within the 90 days post discharge.

| | **DSH - Atascadero, Coalinga, Patton** | | | | |
|---|---|---|---|---|---|
| | Admissions from CDCR | Readmissions <= 30 Days of Previous Discharge | Readmissions 31 to 60 Days of Previous Discharge | Readmissions 61 to 90 Days of Previous Discharge | Readmissions > 90 Days of Previous Discharge |
| FY 2017/18 | 568 | 2 | 1 | 5 | 11 |
| FY 2018/19 | 431 | 1 | 4 | 8 | 42 |
| FY 2019/20 | 361 | 0 | 0 | 4 | 1 |
| Total | 1360 | 3 | 5 | 17 | 54 |

- Using 2018-19 Special Incident Report (SIR) data, captured by unit, we can see that:
    - Low workload units have incidents rates that range from 1.13 – 1.66 per patient
    - Moderate workload units have incident rates that range from 2.79 – 7.21 per patient; *Coleman* units fall in the middle of that range with a 3.25 rate per patient.
    - High workload units have incident rates that range from 4.98 – 17.24 per patient.
    - The average per patient incident rate for Hospital *Coleman* units is consistent with the range associate with moderate workload units. In 2018-19, moderate workload units had a per patient incident rate range from 2.79 – 7.21; with Coleman units at an average of 3.25 per patient rate.

B. **Internship, Fellowship, and Residency Programs**
 1. Psychiatry – DSH offers a forensic psychiatry fellowship program at DSH-Napa to provide an avenue for clinical professionals to gain experience in a DSH treatment environment. These programs act as a feeder into the DSH system, where staff will often move within the system to attain their personal and professional goals, including employment at the DSH facilities treating

*Coleman* class members. This programs also provides an opportunity to recruit psychiatry staff to provide Tele-Psychiatry services from DSH facilities in metropolitan areas. DSH has also established a psychiatry residency rotation for two residents at DSH-Patton, one each from University of California – Riverside and Loma Linda University. Additionally, in the 2019/20 Budget Act, DSH was approved to partner with Touro University and Saint Joseph's General Hospital (SJGH) to establish a Residency Program at DSH-Napa. This new Residency Program is in the development stages and is expected to begin training its first cohort of residents in 2021. Each year, the program will have four residents from DSH and three from SJGH until there are a total of 16 residents participating in the program from DSH and 12 residents from SJGH. The first cohort of four residents from DSH and 3 residents from SJGH would complete the program beginning in 2025, with seven residents completing each year thereafter.

2. Psychology, Clinical Social Work, and Rehabilitation Therapy - DSH-Atascadero, DSH-Coalinga and DSH-Patton have internship programs to train additional clinicians. These internship programs provide an excellent candidate pool for DSH as interns frequently apply and obtain state positions following completion of their internships. The following reflects the number of internships each of these facilities have for each clinician type.

**Internship Slots Available and Interns Hired**

**at Hospitals Treating *Coleman* Class Patients**

| Year | Classification | DSH-A Available Slots | DSH-A Hired Interns | DSH-C Available Slots | DSH-C Hired Interns | DSH-P Available Slots | DSH-P Hired Interns |
|---|---|---|---|---|---|---|---|
| 2020 | Psychologist | 4 | 1 | 4 | 3 | 4 | 4 |
|  | Clinical Social Worker | 4 | 0 | 3 | 2 | 9 | 2 |
|  | Rehabilitation Therapist | 3 | 0 | 0 | 1 | 3 | 0 |
| 2019 | Psychologist | 4 | 3 | 4 | 4 | 4 | 0 |
|  | Clinical Social Worker | 4 | 0 | 3 | 3 | 9 | 2 |
|  | Rehabilitation Therapist | 3 | 2 | 3 | 3 | 3 | 2 |
| 2018 | Psychologist | 4 | 0 | 6 | 6 | 4 | 1 |
|  | Clinical Social Worker | 4 | 0 | 4 | 4 | 9 | 1 |
|  | Rehabilitation Therapist | 3 | 0 | 1 | 1 | 3 | 1 |
| 2017 | Psychologist | 4 | 4 | 4 | 4 | 4 | 0 |
|  | Clinical Social Worker | 4 | 0 | 0 | 0 | 9 | 4 |
|  | Rehabilitation Therapist | 3 | 2 | 2 | 2 | 3 | 1 |

**C. Increased Contract Rates for Contract Psychiatrists**

Within the past three years, DSH has amended its registry contracts twice to increase the psychiatrist-contractor rates to help facilitate the recruitment of additional psychiatrists for its system in the short term. Specifically, on March 1, 2017, the psychiatrist-contractor rates increased to $225 per hour and effective July 1, 2019, the rates were increased to $275 per hour.

**D. Increased Salaries for Civil Service Psychiatrists**

On April 28, 2017, the Governor signed a new contract between DSH and the Union of American Physicians and Dentists. This contract provided psychiatry staff

with four raises between April 2017 and July 2019.  To date, psychiatry staff have received a two percent raise in April 2017, a three percent raise in July 2017, a 2 percent raise in July 2017, July 2018 and July 2019.  Contract negotiations for a new contract between the State and Union of American Physicians and Dentists began in February 2020.  The Department of State Hospitals is represented in these negotiations.

### E. Statewide Tele-Psychiatry Program

DSH currently uses one full-time civil service telepsychiatrist, who is based at DSH-Patton and assigned to the *Coleman* Unit at DSH-Coalinga.  As discussed above, given the existing 1:35 ratio, DSH only needs 1.4 psychiatrists to serve the *Coleman* unit at DSH-Coalinga. Under the new 1:30 ratio, DSH only needs 1.7 psychiatrists to serve the Coleman Unit at DSH-Coalinga. DSH exceeds both the existing and new required staffing ratios and allocates two full-time psychiatrists, with one position currently filled by a full-time civil service psychiatrist and the other filled by a telepsychiatrist.  The telepsychiatrist performs all of the functions of an on-site psychiatrist except for seclusion and restraint, which are performed by an on-site psychiatrist.  The Special Master provided very positive feedback after reviewing the telepsychiatry service processes for DSH-Coalinga patients.

While it does not have any immediate plans to utilize telepsychiatrists at DSH-Atascadero to treat *Coleman* class patients, DSH continues to monitor its psychiatry vacancy rates and consider the potential for using telepsychiatry services, if needed in the future to continue to provide quality patient care to the *Coleman* class.

Onsite psychiatry remains DSH's priority.  DSH's policy allows for telepsychiatry only when an on-site psychiatrist is not available.  The policy also allows a telepsychiatrist to handle emergencies only when the onsite psychiatrist is not available.  However, telepsychiatry has proven to be an effective, valuable, and necessary tool, particularly given the nationwide shortage of psychiatrists.

Moreover, although DSH may hire psychiatrists to provide telepsychiatry services, it will continue to follow its policies in seeking to hire on-site psychiatrists for all of its allocated positions in its *Coleman* programs, including those positions presently filled by a telepsychiatrist.[7]

### F. Additional Appointments for Psychiatrists and Psychologists

---

[7] DSH's Telepsychiatry policy applies to all DSH facilities not just units housing *Coleman* patients.  DSH has had to use telepsychiatry to provide care to a number of its patient populations at DSH-Coalinga and works to balance its assignments of on-site psychiatrists and telepsychiatrists to ensure on-site psychiatry is available to its patients that require it.

In December 2018, DSH received CalHR approval to appoint psychiatrists and psychologists into additional positions when a hospital's overall vacancy rate for these classifications exceeds 15%. Individuals may only be hired into a second position on a unit that is different than their primary position and must continue to work an average of 40 hours per week on the primary unit.  While DSH is not currently utilizing any psychiatrists or psychologists working in second positions on the units serving *Coleman* class members to cover caseload, they may assist with admission assessments on a *Coleman* unit, as needed.  Additionally, this remains an option for DSH to provide caseload coverage to these units, should it be needed during periods of vacancies in the future.

G. **Psychiatry Workforce Committee**
In July 2018, DSH created a Psychiatry Workforce Committee to augment DSH's recruitment and retention effort and work closely with the DSH Recruitment Unit. This committee concentrates on identifying solutions to facility-level and systemic challenges faced in recruiting, hiring, and retaining psychiatrists. The committee Chair is the Assistant Deputy Director for Clinical Operations and is responsible for obtaining DSH Executive Team support for committee efforts and recommendations.  Each DSH-hospital, including the three that serve the *Coleman* class, has a Recruitment Champion as part of the committee.

The Recruitment Champion actively helps candidates navigate through the complicated civil service application process. The Champions discuss the specific barriers to recruiting and retaining psychiatrists confronted at their hospital and find solutions with the help of the other committee members.

The Psychiatry Workforce Committee will also review the work environment for psychiatrists at each hospital and develop initiatives to increase job satisfaction for psychiatrists. Currently, the Psychiatry Workforce Committee, along with the DSH Recruitment Unit, is revisiting the Interested Candidates Still Active List and reaching out to those candidates that are still interested in working at DSH to conduct further recruitment efforts with this pool of candidates. In addition, the Psychiatry Workforce Committee developed retention question(s) that were added to the DSH statewide Exit Survey in late 2018 to better understand why a psychiatrist has chosen to leave DSH. These questions will assist the committee in making recommendations in how to retain psychiatrists in the system. Finally, the committee is sending psychiatrists to all upcoming psychiatry recruitment events.

As noted in the table below, the Psychiatry Workforce Committee and other recruitment and retention initiatives in this plan coincide with an increase in filled positions overall across the three hospitals.

|  | DSH-A | DSH-C | DSH-P |
|---|---|---|---|
| Filled Psychiatry Positions July 2018 | 13 - Civil Service<br><br>2.25 FTE - 2nd Positions & RAs<br><br>13 – Contractors<br><br>**28.25 Total** | 14 - Civil Service<br><br>0 FTE - 2nd Positions & RAs<br><br>7 – Contractors<br><br>**21 Total** | 39 - Civil Service<br><br>5 FTE - 2nd Positions & RAs<br><br>7 – Contractors<br><br>**51 Total** |
| Filled Psychiatry Positions June 2020 | 9 – Civil Service<br><br>3 - FTE - 2nd Positions & RAs<br><br>24 – Contractors<br><br>**36 Total** | 17 – Civil Service<br><br>0 FTE - 2nd Positions & RAs<br><br>13 – Contractors<br><br>**30 Total** | 46 – Civil Service<br><br>0 FTE - 2nd Positions & RAs<br><br>4 – Contractors<br><br>**50 Total** |

**H. Additional Retention Efforts**

DSH continues to work to improve retention rates for clinical staff through numerous efforts. These include focusing on creating a supportive and academic environment for professional staff through on-going, high quality educational opportunities, and expert consultation and training in key areas such as psychopharmacology, forensics, violence risk assessment, and behavioral therapy. Specific efforts include:

- Offering tens of thousands of hours of relevant online continuing education for our level of care staff through the education connection
- Offering in-person and video presentations of Continuing Medical Education (CME) delivered by national experts in forensic psychiatry & medicine
- Providing expert consultation services for state-of-the-art pharmacology services via the DSH Psychopharmacology Resource Network (PRN) led by Stephen Stahl, M.D., PhD.
- Inclusion and collaboration of staff in the development of statewide treatment protocols and of best practices
- Using telehealth services and technology
- Emphasizing that public sector work does not mean sacrificing an academically rich career
- Creating an environment that focuses on professional development

- Providing extensive forensic training relevant to the care of DSH's unique patient population, including a forensic proficiency program taught by Charles Scott, M.D.

- Offering extensive training in violence risk assessment

- Offering extensive training in dialectical behavioral therapy

- Creating academic partnerships with institutions such as UC Davis and Loma Linda

- Emphasizing evidence-based practices and sharing best practices amongst statewide clinical groups

- Encouraging research and program evaluation and contributions to the scientific literature

- Employing a clinical model for psychiatrists similar to the work environment in the community

- Reducing duplicative or repetitive recordkeeping tasks for psychiatrists to further increase time available for patient care

- Using Utilization Management to promote stable patient caseloads

**I. Centralized Recruitment Unit**

In July 2014, DSH created a dedicated Statewide Recruitment Unit to focus on difficult-to-recruit positions, most notably, the clinical classifications. This dedicated unit conducts extensive outreach across the country to find, recruit, and hire qualified professionals. The Recruitment Unit is augmented by subject matter experts, including representatives from the Psychiatry Workforce Committee, tailored to specific recruiting events so potential candidates can speak to professionals currently working at DSH in their target field. This includes Psychiatrists, Psychologists, Social Workers, Rehabilitation Therapists, Registered Nurses, Psychiatric Technicians and a variety of other staff.

Since the creation of the Centralized Recruitment Unit, DSH expanded its advertising across the country in targeted professional publications. It developed professional electronic and hard copy marketing brochures for some of DSH's most difficult to recruit classifications including psychiatrists, psychologists, clinical social workers and rehabilitation therapists. Each year, DSH's recruitment unit along with subject matter experts attend medical conferences across the country and various career fairs throughout California. Additionally, the DSH Recruitment team conducts outreach via mail and email twice annually to all the nationwide residency programs and attends meetings and recruits at California's psychiatry residency programs. Utilizing a list purchased from the California Department of

Consumer Affairs, the recruitment unit sent direct mail recruitment materials to all psychiatrists licensed to practice medicine in the state of California. The Recruitment Unit serves as a critical resource to candidates and a conduit to the hospitals and helps candidates successfully navigate California's civil service hiring processes. Below is a summary of activity that the Recruitment Unit completed from April 1, 2019 through February 1, 2020.

| Activity | Campaigns | |
|---|---|---|
| | # | % |
| Expanded Advertising | 15 | 15% |
| Marketing Production | 11 | 11% |
| Medical Conferences | 25 | 25% |
| Career Fairs | 36 | 36% |
| Residency/Ambassador Programs | 2 | 2% |
| Direct Marketing | 3 | 3% |
| DSH Career Fairs | 2 | 2% |
| Communication | 2 | 2% |
| Mass Mailing | 4 | 4% |
| Total: | 100 | 100% |

STATE OF CALIFORNIA - DEPARTMENT OF STATE HOSPITALS                                                                                        GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Patient Management Unit

1600 Ninth Street, Room 420

Sacramento, CA 95814



**Coleman Staff Report - Treatment Team Staffing**

January 2020 to Dececember 2020

| Facility | Month | Maximum Census | Psychiatrists | | | | | Psychologists | | | | | Rehabilitation Therapists | | | | | Social Workers | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled |
| DSH-Atascadero | Jan '20 | 256 (Male) | 7.3 | 8 | 3 | 4 | 7 | 7.3 | 8 | 7 | 0 | 7 | 7.3 | 8 | 7 | 0 | 7 | 7.3 | 8 | 8 | 0 | 8 |
| | Feb '20 | 256 (Male) | 7.3 | 8 | 3 | 5 | 8 | 7.3 | 8 | 6 | 0 | 6 | 7.3 | 8 | 7 | 0 | 7 | 7.3 | 8 | 8 | 0 | 8 |
| | Mar '20 | 256 (Male) | 7.3 | 8 | 3 | 5 | 8 | 7.3 | 8 | 6 | 0 | 6 | 7.3 | 8 | 7 | 0 | 7 | 7.3 | 8 | 8 | 0 | 8 |
| | Apr '20 | 256 (Male) | 7.3 | 8 | 3 | 5 | 8 | 7.3 | 8 | 6 | 0 | 6 | 7.3 | 8 | 7 | 0 | 7 | 7.3 | 8 | 8 | 0 | 8 |
| | May '20 | 256 (Male) | 7.3 | 8 | 3 | 5 | 8 | 7.3 | 8 | 6 | 0 | 6 | 7.3 | 8 | 8 | 0 | 8 | 7.3 | 8 | 7 | 0 | 7 |
| | June '20 | 256 (Male) | 7.3 | 8 | 3 | 5 | 8 | 7.3 | 8 | 6 | 0 | 6 | 7.3 | 8 | 8 | 0 | 8 | 7.3 | 8 | 7 | 0 | 7 |
| | July '20 | 256 (Male) | 7.3 | 8 | 3 | 5 | 8 | 7.3 | 8 | 6 | 0 | 6 | 7.3 | 8 | 8 | 0 | 8 | 7.3 | 8 | 7 | 0 | 7 |
| | Aug '20 | 256 (Male) | 7.3 | 8 | 3 | 5 | 8 | 7.3 | 8 | 6 | 0 | 6 | 7.3 | 8 | 8 | 0 | 8 | 7.3 | 8 | 7 | 0 | 7 |
| | Sept '20 | 256 (Male) | 7.3 | 8 | 3 | 5 | 8 | 7.3 | 8 | 6 | 0 | 6 | 7.3 | 8 | 8 | 0 | 8 | 7.3 | 8 | 7 | 0 | 7 |
| | Oct '20 | 256 (Male) | 7.3 | 8 | 3 | 5 | 8 | 7.3 | 8 | 6 | 0 | 6 | 7.3 | 8 | 8 | 0 | 8 | 7.3 | 8 | 7 | 0 | 7 |
| | Nov '20 | 256 (Male) | 7.3 | 8 | 3 | 5 | 8 | 7.3 | 8 | 6 | 0 | 6 | 7.3 | 8 | 8 | 0 | 8 | 7.3 | 8 | 7 | 0 | 7 |
| | Dec '20[1] | 256 (Male) | 7.3 | 8 | 3 | 5 | 8 | 7.3 | 8 | 8 | 0 | 8 | 7.3 | 8 | 8 | 0 | 8 | 7.3 | 8 | 7 | 0 | 7 |
| **Average All Months** | | 256 (Male) | 7.3 | 8.0 | 3.0 | 4.9 | 7.9 | 7.3 | 8.0 | 6.3 | 0.0 | 6.3 | 7.3 | 8.0 | 7.7 | 0.0 | 7.7 | 7.3 | 8.0 | 7.3 | 0.0 | 7.3 |

[1] Of the 8 psychology filled psychologist positions, 6 are filled with psychologists hired specifically for the Coleman unit. The other two psychologists are being covered full-time by a psychologist and senior psychologist from a new Enhanced Treatment Program Unit, which is not yet activated for serving patients.

| Facility | Month | Maximum Census | Psychiatrists ||||| Psychologists ||||| Rehabilitation Therapists ||||| Social Workers |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled |
| DSH-Coalinga | Jan '20 | 50 (Male) | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 |
| | Feb '20 | 50 (Male) | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 |
| | Mar '20 | 50 (Male) | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 |
| | Apr '20 | 50 (Male) | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 |
| | May '20 | 50 (Male) | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 |
| | June '20 | 50 (Male) | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 |
| | July '20 | 50 (Male) | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 |
| | Aug '20 | 50 (Male) | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 |
| | Sept '20 | 50 (Male) | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 |
| | Oct '20 | 50 (Male) | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 |
| | Nov '20 | 50 (Male) | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 |
| | Dec '20 | 50 (Male) | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 | 1.4 | 2 | 2 | 0 | 2 |
| **Average All Months** | | 50 (Male) | 1.4 | 2.0 | 2.0 | 0.0 | 2.0 | 1.4 | 2.0 | 2.0 | 0.0 | 2.0 | 1.4 | 2.0 | 2.0 | 0.0 | 2.0 | 1.4 | 2.0 | 2.0 | 0.0 | 2.0 |

| Facility | Month | Maximum Census | Psychiatrists | | | | | Psychologists | | | | | Rehabilitation Therapists | | | | | Social Workers | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled |
| DSH-Patton | Jan '20 | 30 (Female) | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 |
| | Feb '20 | 30 (Female) | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 |
| | Mar '20 | 30 (Female) | 0.9 | 2 | 1 | 0 | 1 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 |
| | Apr '20 | 30 (Female) | 0.9 | 2 | 1 | 0 | 1 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 |
| | May '20 | 30 (Female) | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 |
| | June '20 | 30 (Female) | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 |
| | July '20 | 30 (Female) | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 |
| | Aug '20 | 30 (Female) | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 |
| | Sept '20 | 30 (Female) | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 |
| | Oct '20 | 30 (Female) | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 |
| | Nov '20 | 30 (Female) | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 |
| | Dec '20 | 30 (Female) | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 | 0.9 | 2 | 2 | 0 | 2 |
| Average All Months | | 30 (Female) | 0.9 | 2.0 | 1.8 | 0.0 | 1.8 | 0.9 | 2.0 | 2.0 | 0.0 | 2.0 | 0.9 | 2.0 | 2.0 | 0.0 | 2.0 | 0.9 | 2.0 | 2.0 | 0.0 | 2.0 |

| Facility | Month | Maximum Census | Psychiatrists | | | | | Psychologists | | | | | Rehabilitation Therapists | | | | | Social Workers | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled | Required | Allocated | Filled Civil Service | Filled Contract | Total Filled |
| All Hospitals Combined | Jan '20 | 306 (Male) 30 (Female) | 9.6 | 12 | 7 | 4 | 11 | 9.6 | 12 | 11 | 0 | 11 | 9.6 | 12 | 11 | 0 | 11 | 9.6 | 12 | 12 | 0 | 12 |
| | Feb '20 | 306 (Male) 30 (Female) | 9.6 | 12 | 7 | 5 | 12 | 9.6 | 12 | 10 | 0 | 10 | 9.6 | 12 | 11 | 0 | 11 | 9.6 | 12 | 12 | 0 | 12 |
| | Mar '20 | 306 (Male) 30 (Female) | 9.6 | 12 | 6 | 5 | 11 | 9.6 | 12 | 10 | 0 | 10 | 9.6 | 12 | 11 | 0 | 11 | 9.6 | 12 | 12 | 0 | 12 |
| | Apr '20 | 306 (Male) 30 (Female) | 9.6 | 12 | 6 | 5 | 11 | 9.6 | 12 | 10 | 0 | 10 | 9.6 | 12 | 11 | 0 | 11 | 9.6 | 12 | 12 | 0 | 12 |
| | May '20 | 306 (Male) 30 (Female) | 9.6 | 12 | 7 | 5 | 12 | 9.6 | 12 | 10 | 0 | 10 | 9.6 | 12 | 12 | 0 | 12 | 9.6 | 12 | 11 | 0 | 11 |
| | June '20 | 306 (Male) 30 (Female) | 9.6 | 12 | 7 | 5 | 12 | 9.6 | 12 | 10 | 0 | 10 | 9.6 | 12 | 12 | 0 | 12 | 9.6 | 12 | 11 | 0 | 11 |
| | July '20 | 306 (Male) 30 (Female) | 9.6 | 12 | 7 | 5 | 12 | 9.6 | 12 | 10 | 0 | 10 | 9.6 | 12 | 12 | 0 | 12 | 9.6 | 12 | 11 | 0 | 11 |
| | Aug '20 | 306 (Male) 30 (Female) | 9.6 | 12 | 7 | 5 | 12 | 9.6 | 12 | 10 | 0 | 10 | 9.6 | 12 | 12 | 0 | 12 | 9.6 | 12 | 11 | 0 | 11 |
| | Sept '20 | 306 (Male) 30 (Female) | 9.6 | 12 | 7 | 5 | 12 | 9.6 | 12 | 10 | 0 | 10 | 9.6 | 12 | 12 | 0 | 12 | 9.6 | 12 | 11 | 0 | 11 |
| | Oct '20 | 306 (Male) 30 (Female) | 9.6 | 12 | 7 | 5 | 12 | 9.6 | 12 | 10 | 0 | 10 | 9.6 | 12 | 12 | 0 | 12 | 9.6 | 12 | 11 | 0 | 11 |
| | Nov '20 | 306 (Male) 30 (Female) | 9.6 | 12 | 7 | 5 | 12 | 9.6 | 12 | 10 | 0 | 10 | 9.6 | 12 | 12 | 0 | 12 | 9.6 | 12 | 11 | 0 | 11 |
| | Dec '20 | 306 (Male) 30 (Female) | 9.6 | 12 | 7 | 5 | 12 | 9.6 | 12 | 12 | 0 | 12 | 9.6 | 12 | 12 | 0 | 12 | 9.6 | 12 | 11 | 0 | 11 |
| Average All Months | | 306 (Male) 30 (Female) | 9.6 | 12.0 | 6.8 | 4.9 | 11.8 | 9.6 | 12.0 | 10.3 | 0.0 | 10.3 | 9.6 | 12.0 | 11.7 | 0.0 | 11.7 | 9.6 | 12.0 | 11.3 | 0.0 | 11.3 |

Department of State Hospitals

Census by Unit

As of January 29, 2021

Census by Unit - Units with Coleman Patients

**Draft**

| State Hospital | Unit | Available Beds | Adjusted Available Beds | Total Census | Coleman Census | Other Census | Vacant | Adjusted Vacancy |
|---|---|---|---|---|---|---|---|---|
| Atascadero | 6 | 20 | 20 | **6** | *4* | *2* | 14 | 14 |
| Atascadero | 13 | 32 | 32 | **28** | *18* | *10* | 4 | 4 |
| Atascadero | 21 | 30 | 30 | **17** | *3* | *14* | 13 | 13 |
| Atascadero | 23 | 35 | 35 | **34** | *30* | *4* | 1 | 1 |
| Atascadero | 30 | 51 | 51 | **40** | *31* | *9* | 11 | 11 |
| Atascadero | 31 | 0 | 14 | **14** | *1* | *13* | **(14)** | 0 |
| Atascadero | 33 | 51 | 51 | **47** | *40* | *7* | 4 | 4 |
| Atascadero | 34 | 51 | 51 | **46** | *36* | *10* | 5 | 5 |
| **GRAND TOTAL** | | **270** | **284** | **232** | **163** | **69** | **38** | **52** |

| State Hospital | Unit | Available Beds | Adjusted Available Beds | Total Census | Coleman Census | Other Census | Vacant | Adjusted Vacancy |
|---|---|---|---|---|---|---|---|---|
| Coalinga | 121 | 50 | 50 | **30** | *30* | *0* | 20 | 20 |
| **GRAND TOTAL** | | **50** | **50** | **30** | **30** | **0** | **20** | **20** |

| State Hospital | Unit | Available Beds | Adjusted Available Beds | Total Census | Coleman Census | Other Census | Vacant | Adjusted Vacancy |
|---|---|---|---|---|---|---|---|---|
| Patton | 32 | 50 | 50 | **50** | *2* | *48* | 0 | 0 |
| Patton | 33 | 50 | 50 | **46** | *9* | *37* | 4 | 4 |
| Patton | EB11 | 0 | 17 | **17** | *1* | *16* | **(17)** | 0 |
| **GRAND TOTAL** | | **100** | **117** | **113** | **12** | **101** | **(13)** | **4** |

Units 30, 32-34 reflect 5 additional beds for COVID-19 flex housing.  Unit 13 is not accepting direct admissions due to admission observation protocols related to COVID-19.

Adjusted Available Beds and Vacancy columns account for occupied beds held for COVID-19 isolation and PUI capacity.  These columns do not reflect real-time bed capacity. These columns reflects bed capacity data from the most recent finalized Net Bed Capacity Report. Interim adjustments may occur upon receipt of bed capacity updates. Census and vacancy excludes patients on leave.