| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7318<br> Fax: (916) 324-5205<br> E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>DAVID C. CASARRUBIAS, State Bar No. 321994<br>HANSON BRIDGETT LLP<br> 1676 N. California Boulevard, Suite 620<br> Walnut Creek, CA 94596<br> Telephone: (925) 746-8460<br> Fax: (925) 746-8490<br> E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br> 2049 Century Park East, Suite 3400<br> Los Angeles, CA 90067-3208<br> Telephone: (310) 552-0130<br> Fax: (310) 229-5800<br> E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                                       Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                                       Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

The attached California Department of Corrections and Rehabilitation (CDCR) reports information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

The report attached at Exhibit A shows that twenty-four inmates were placed in CDCR's Mental Health Services Delivery System in February 2021 while housed in a desert institution;

1

forty-five class members were transferred or paroled from desert institutions in February 2021; and, as of the report's March 2, 2021 date, one hundred patients in the Mental Health Services Delivery System remained in desert institutions in February 2021 beyond the fourteen-day transfer timeline. All delayed transfers were due to inmate movement restrictions related to COVID-19.

The report attached as Exhibit B shows that no *Coleman* class members transferred to or out of desert institutions in February 2021.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296 and ECF No. 6678.

Dated: March 15, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/S/ *Namrata Kotwani*___
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                             EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



March 12, 2021

Damon McClain, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF
         *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. McClain:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019. (ECF No. 6296.) Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of February 2021, with the inmates' identifying information redacted. This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care. As Exhibit A reflects, 24 inmates were referred for mental health treatment while housed in a desert institution during the month of February 2021, 11 of whom remained in desert institutions in February 2021 beyond the fourteen-day transfer timeline. Those inmates were not transferred to institutions with mental health programs due to the policy in place to restrict inmate movement during the COVID-19 pandemic. The report also shows that 45 class members placed in the Mental Health Services Delivery System from April 2020 through February 2021 were transferred from desert institutions in February 2021. All delayed transfers were due to inmate movement restrictions related to COVID-19.

Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted. This report indicates that no class members were transferred to desert institutions in February 2021. The report further shows that no *Coleman* class members were transferred out of desert institutions in February 2021.

Sincerely,

/s/ *Charles Callahan*

CHARLES CALLAHAN
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# EXHIBIT A

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 03/01/2021 07:05 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 02/01/2021 - 02/28/2021
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.
R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 12/17/2020 - 02/24/2021 | N | 12/23/2020 00:00 | PBSP | II | 04/23/2020 11:48 | 12/17/2020 | MH Change | 02/24/2021 06:16 | 02/24/2021 20:00 | 69 | |
| CAC | | | CCCMS 12/15/2020 - 02/19/2021 | N | 12/23/2020 00:00 | CTF | II | 07/25/2019 10:50 | 12/15/2020 | MH Change | 02/19/2021 07:39 | 02/19/2021 12:42 | 66 | |
| CAC | | | CCCMS 12/23/2020 - 02/28/2021 | N | 01/04/2021 00:00 | SOL | II | 04/23/2020 14:16 | 12/23/2020 | MH Change | | | | 67 days -No movement due to Covid-19 |
| CAL | | | CCCMS 09/15/2020 - 02/28/2021 | Y | 10/09/2020 00:00 | SATF | IV | 05/20/2020 14:21 | 09/15/2020 | MH Change | | | | 167 days -No movement due to Covid-19 |
| CAL | | | CCCMS 02/01/2021 - 02/28/2021 | N | 02/23/2021 00:00 | SVSP | IV | 06/13/2019 15:57 | 01/22/2021 | MH Change | | | | 37 days -No movement due to Covid-19 |
| CAL | | | CCCMS 01/21/2021 - 02/28/2021 | N | 01/27/2021 00:00 | COR | IV | 11/26/2020 19:14 | 01/21/2021 | MH Change | | | | 38 days -No movement due to Covid-19 |
| CAL | | | CCCMS 09/01/2020 - 02/28/2021 | N | 09/14/2020 00:00 | HDSP | IV | 10/03/2019 10:33 | 09/01/2020 | MH Change | | | | 180 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/18/2020 - 02/28/2021 | N | 12/03/2020 09:16 | KVSP | IV | 05/20/2020 14:21 | 06/18/2020 | MH Change | | | | 255 days -No movement due to Covid-19 |
| CAL | | | CCCMS 02/12/2021 - 02/28/2021 | N | 02/24/2021 00:00 | SVSP | IV | 11/16/2020 14:09 | 02/12/2021 | MH Change | | | | 16 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/06/2020 - 02/09/2021 | N | 10/27/2020 00:00 | SVSP | IV | 05/03/2018 16:10 | 10/06/2020 | MH Change | 02/09/2021 07:17 | 02/09/2021 16:16 | 126 | |
| CAL | | | CCCMS 12/31/2020 - 02/28/2021 | N | 01/19/2021 00:00 | SATF | IV | 01/04/2019 10:37 | 12/31/2020 | MH Change | | | | 59 days -No movement due to Covid-19 |
| CAL | | | CCCMS 02/02/2021 - 02/28/2021 | N | 02/24/2021 00:00 | SATF | IV | 10/29/2020 14:20 | 02/02/2021 | MH Change | | | | 26 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/27/2020 - 02/28/2021 | N | 11/05/2020 00:00 | SATF | IV | 10/07/2020 14:27 | 10/27/2020 | MH Change | | | | 124 days -No movement due to Covid-19 |
| CAL | | | CCCMS 04/23/2020 - 02/05/2021 | N | | | | | 12/17/2020 23:05 | 04/23/2020 | MH Change | | | | 288 days -No movement due to Covid-19  2/5/2021 -No longer participant of MHSDS program |
| CAL | | | CCCMS 12/14/2020 - 02/28/2021 | N | 12/22/2020 00:00 | SVSP | IV | 06/06/2019 18:46 | 12/14/2020 | MH Change | | | | 76 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/12/2020 - 02/18/2021 | N | 11/10/2020 13:08 | HDSP | IV | 02/17/2021 19:19 | 05/12/2020 | MH Change | 02/18/2021 06:37 | 02/18/2021 23:57 | 282 | |
| CAL | | | CCCMS 07/16/2020 - 02/28/2021 | N | 02/12/2021 09:48 | PVSP | III | 09/24/2018 11:33 | 07/16/2020 | MH Change | | | | 227 days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/24/2020 - 02/18/2021 | N | 01/22/2021 00:00 | CMC | III | 10/27/2020 16:50 | 11/24/2020 | MH Change | 02/18/2021 06:40 | 02/18/2021 16:45 | 86 | |
| CAL | | | CCCMS 10/02/2020 - 02/09/2021 | N | 11/23/2020 00:00 | SVSP | IV | 09/02/2020 06:39 | 10/02/2020 | MH Change | 02/09/2021 07:16 | 02/09/2021 16:16 | 130 | |
| CAL | | | CCCMS 08/14/2020 - 02/10/2021 | N | 08/21/2020 00:00 | RJD | IV | 01/03/2020 14:06 | 08/14/2020 | MH Change | 02/10/2021 07:58 | 02/10/2021 11:01 | 180 | |
| CAL | | | CCCMS 01/22/2021 - 02/28/2021 | N | 02/17/2021 00:00 | SVSP | III | 10/08/2019 15:06 | 01/22/2021 | MH Change | | | | 37 days -No movement due to Covid-19 |
| CAL | | | CCCMS 12/14/2020 - 02/09/2021 | N | 12/22/2020 00:00 | SVSP | IV | 12/12/2019 14:33 | 12/14/2020 | MH Change | 02/09/2021 07:15 | 02/09/2021 16:16 | 57 | |
| CAL | | | CCCMS 02/05/2021 - 02/28/2021 | N | 02/23/2021 00:00 | SVSP | IV | 12/12/2019 14:33 | 02/05/2021 | MH Change | | | | 23 days -No movement due to Covid-19 |
| CAL | | | CCCMS 10/30/2020 - 02/02/2021 | N | 11/18/2020 00:00 | WSP | III | 10/16/2020 13:27 | 10/30/2020 | MH Change | 02/02/2021 06:20 | 02/02/2021 12:48 | 95 | |
| CAL | | | CCCMS 05/19/2020 - 02/02/2021 | N | 11/18/2020 00:00 | COR | I | 03/12/2020 10:00 | 05/19/2020 | MH Change | 02/02/2021 06:23 | 02/02/2021 14:26 | 259 | |
| CAL | | | CCCMS 11/13/2020 - 02/01/2021 | N | 12/28/2020 00:00 | VSP | II | 10/22/2020 11:29 | 11/13/2020 | MH Change | 02/01/2021 03:10 | 02/01/2021 11:29 | 80 | |
| CAL | | | CCCMS 02/22/2021 - 02/28/2021 | N | 02/24/2021 00:00 | SVSP | IV | 10/14/2016 08:00 | 02/22/2021 | MH Change | | | | 6 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/07/2020 - 02/18/2021 | N | 11/18/2020 00:00 | SCC | II | 07/29/2020 09:23 | 05/07/2020 | MH Change | 02/18/2021 06:42 | 02/18/2021 16:55 | 287 | |
| CAL | | | CCCMS 06/11/2020 - 02/28/2021 | N | 06/18/2020 00:00 | DVI | III | 04/02/2012 20:03 | 06/11/2020 | MH Change | | | | 262 days -No movement due to Covid-19 |
| CAL | | | CCCMS 08/20/2020 - 02/02/2021 | N | 08/27/2020 00:00 | WSP | III | 12/14/2017 15:10 | 08/20/2020 | MH Change | 02/02/2021 06:21 | 02/02/2021 12:48 | 166 | |
| CAL | | | CCCMS 12/29/2020 - 02/10/2021 | N | 12/01/2020 00:00 | SATF | IV | 09/26/2020 18:19 | 12/29/2020 | MH Change | 02/10/2021 07:57 | 02/10/2021 16:03 | 43 | |
| CAL | | | CCCMS 11/12/2020 - 02/28/2021 | N | 12/04/2020 00:00 | SATF | IV | 09/25/2020 16:31 | 11/12/2020 | MH Change | | | | 108 days -No movement due to Covid-19 |
| CAL | | | CCCMS 11/20/2020 - 02/23/2021 | N | 12/01/2020 00:00 | COR | IV | 11/06/2020 13:08 | 11/20/2020 | MH Change | 02/23/2021 07:18 | 02/23/2021 13:32 | 95 | |
| CAL | | | CCCMS 07/16/2020 - 02/28/2021 | N | 06/15/2020 00:00 | CCI | IV | 12/19/2018 07:21 | 07/16/2020 | MH Change | | | | 227 days -No movement due to Covid-19 |
| CAL | | | CCCMS 12/29/2020 - 02/28/2021 | N | 01/07/2021 00:00 | COR | IV | 10/25/2020 04:30 | 12/29/2020 | MH Change | | | | 61 days -No movement due to Covid-19 |
| CAL | | | CCCMS 06/29/2020 - 02/10/2021 | N | 12/15/2020 09:59 | RJD | IV | 05/20/2020 14:21 | 06/29/2020 | MH Change | 02/10/2021 07:58 | 02/10/2021 11:01 | 226 | |
| CAL | | | CCCMS 08/14/2020 - 02/28/2021 | N | 02/16/2021 21:58 | SATF | IV | 03/11/2020 15:55 | 08/14/2020 | MH Change | | | | 198 days -No movement due to Covid-19 |
| CAL | | | CCCMS 01/21/2021 - 02/28/2021 | N | 01/27/2021 00:00 | COR | IV | 10/16/2020 13:27 | 01/21/2021 | MH Change | | | | 38 days -No movement due to Covid-19 |
| CAL | | | CCCMS 01/22/2021 - 02/25/2021 | N | 01/29/2021 00:00 | RJD | IV | 05/28/2020 14:58 | 01/22/2021 | MH Change | 02/25/2021 08:17 | 02/25/2021 11:53 | 37 | |
| CAL | | | CCCMS 02/10/2021 - 02/28/2021 | N | 02/19/2021 00:00 | RJD | IV | 09/08/2020 15:04 | 02/09/2021 | MH Change | | | | 19 days -No movement due to Covid-19 |
| CAL | | | CCCMS 02/25/2021 - 02/28/2021 | N | | | | | 02/04/2021 22:52 | 02/25/2021 | MH Change | | | | |

| Inst | | | Program | Y/N | Date1 | Loc | Lvl | Date2 | Date3 | Type | Date4 | Date5 | Days | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL | ▓ | ▓ | CCCMS 02/16/2021 - 02/22/2021 | N | 02/17/2021 09:08 | CHCF | NA | 02/09/2021 16:46 | 02/16/2021 | MH Change | 02/22/2021 03:51 | 02/22/2021 16:27 | 6 | |
| CAL | ▓ | ▓ | CCCMS 02/12/2021 - 02/28/2021 | N | 02/04/2021 00:00 | HDSP | IV | 10/13/2020 15:06 | 02/12/2021 | MH Change | | | | 16 days -No movement due to Covid-19 |
| CCC | ▓ | ▓ | CCCMS 10/01/2020 - 02/28/2021 | N | 10/08/2020 00:00 | SCC | II | 01/29/2020 15:58 | 10/01/2020 | MH Change | | | | 150 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 08/21/2020 - 02/18/2021 | N | 08/31/2020 00:00 | HDSP | IV | 04/25/2019 17:37 | 08/21/2020 | MH Change | 02/18/2021 07:02 | 02/18/2021 23:57 | 181 | |
| CEN | ▓ | ▓ | CCCMS 11/17/2020 - 02/10/2021 | N | 02/18/2021 00:00 | SATF | IV | 06/29/2017 19:26 | 11/17/2020 | MH Change | | | | 103 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 08/26/2020 - 02/28/2021 | N | | | | 08/20/2020 01:02 | 08/26/2020 | MH Change | | | | 186 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 11/18/2020 - 02/28/2021 | N | 04/15/2020 00:00 | HDSP | IV | 07/06/2018 18:06 | 11/18/2020 | MH Change | | | | 102 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 10/23/2020 - 02/03/2021 | N | 11/05/2020 00:00 | COR | IV | 07/25/2020 02:59 | 10/23/2020 | MH Change | 02/03/2021 08:57 | 02/03/2021 17:05 | 103 | |
| CEN | ▓ | ▓ | CCCMS 02/25/2021 - 02/28/2021 | N | | | | 10/31/2017 16:07 | 02/25/2021 | MH Change | | | | |
| CEN | ▓ | ▓ | CCCMS 08/06/2020 - 02/28/2021 | Y | 09/25/2020 00:00 | SACCO | NA | 10/03/2019 18:46 | 08/06/2020 | MH Change | | | | 206 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 06/17/2020 - 02/03/2021 | N | 11/23/2020 14:27 | COR | IV | 02/26/2016 10:47 | 06/17/2020 | MH Change | 02/03/2021 08:57 | 02/03/2021 17:05 | 231 | |
| CEN | ▓ | ▓ | CCCMS 04/29/2020 - 02/28/2021 | N | 10/14/2020 18:30 | CCI | IV | 09/28/2017 17:52 | 04/29/2020 | MH Change | | | | 305 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 08/21/2020 - 02/10/2021 | N | 08/27/2020 00:00 | SATF | III | 10/17/2017 17:14 | 08/21/2020 | MH Change | 02/10/2021 05:42 | 02/10/2021 14:59 | 173 | |
| CEN | ▓ | ▓ | CCCMS 01/29/2020 - 02/28/2021 | N | 02/04/2021 16:25 | LAC | IV | 09/24/2014 16:25 | 01/29/2021 | MH Change | | | | 30 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 11/04/2020 - 02/18/2021 | N | 11/16/2020 00:00 | SVSP | III | 07/16/2018 15:27 | 11/04/2020 | MH Change | 02/18/2021 09:43 | 02/18/2021 20:21 | 106 | |
| CEN | ▓ | ▓ | CCCMS 01/27/2021 - 02/28/2021 | N | 02/08/2021 00:00 | MCSP | III | 05/29/2019 16:29 | 01/27/2021 | MH Change | | | | 32 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 11/06/2020 - 02/18/2021 | N | 11/13/2020 00:00 | MCSP | III | 09/22/2020 11:26 | 11/06/2020 | MH Change | 02/18/2021 07:02 | 02/18/2021 19:24 | 104 | |
| CEN | ▓ | ▓ | CCCMS 12/03/2020 - 02/18/2021 | N | 12/14/2020 00:00 | HDSP | IV | 05/29/2019 00:04 | 12/03/2020 | MH Change | 02/18/2021 07:02 | 02/18/2021 23:57 | 77 | |
| CEN | ▓ | ▓ | CCCMS 02/17/2021 - 02/28/2021 | N | 02/23/2021 00:00 | WSP | III | 10/22/2019 17:57 | 02/17/2021 | MH Change | | | | |
| CEN | ▓ | ▓ | CCCMS 12/11/2020 - 02/28/2021 | N | 12/23/2020 00:00 | RJD | III | 12/21/2017 18:19 | 12/11/2020 | MH Change | | | | 79 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 05/13/2020 - 02/03/2021 | N | 11/05/2020 09:27 | COR | IV | 02/11/2020 17:29 | 05/13/2020 | MH Change | 02/03/2021 08:57 | 02/03/2021 17:05 | 266 | |
| CEN | ▓ | ▓ | CCCMS 12/02/2020 - 02/18/2021 | N | 01/07/2021 00:00 | SVSP | III | 11/18/2016 09:32 | 12/02/2020 | MH Change | 02/18/2021 09:43 | 02/18/2021 20:21 | 78 | |
| CEN | ▓ | ▓ | CCCMS 12/03/2020 - 02/28/2021 | N | 12/14/2020 00:00 | SVSP | IV | 12/12/2019 16:32 | 12/03/2020 | MH Change | | | | 87 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 02/24/2021 - 02/28/2021 | Y | | | | 09/21/2020 15:25 | 02/24/2021 | MH Change | | | | |
| CEN | ▓ | ▓ | CCCMS 06/12/2020 - 02/28/2021 | N | 12/02/2020 07:43 | CTF | II | 09/26/2017 16:27 | 06/12/2020 | MH Change | | | | 261 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 01/26/2021 - 02/28/2021 | N | 02/08/2021 00:00 | MCSP | III | 08/27/2019 17:30 | 01/26/2021 | MH Change | | | | 33 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 01/19/2021 - 02/28/2021 | N | 01/27/2021 00:00 | COR | IV | 10/01/2019 18:13 | 01/19/2021 | MH Change | | | | 40 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 08/13/2020 - 02/25/2021 | N | | | | 08/01/2020 10:57 | 08/13/2020 | MH Change | | | | 199 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 09/04/2020 - 02/18/2021 | N | 09/25/2020 00:00 | HDSP | IV | 06/13/2019 18:14 | 09/04/2020 | MH Change | 02/18/2021 07:02 | 02/18/2021 23:57 | 167 | |
| CEN | ▓ | ▓ | CCCMS 09/21/2020 - 02/18/2021 | N | 09/25/2020 00:00 | HDSP | IV | 03/18/2020 13:20 | 09/21/2020 | MH Change | 02/18/2021 07:02 | 02/18/2021 23:57 | 150 | |
| CEN | ▓ | ▓ | CCCMS 02/10/2021 - 02/28/2021 | N | 02/18/2021 00:00 | RJD | III | 03/05/2020 19:13 | 02/10/2021 | MH Change | | | | 18 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 09/10/2020 - 02/18/2021 | N | 09/17/2020 00:00 | CTF | I | 02/21/2019 22:26 | 09/10/2020 | MH Change | 02/18/2021 09:43 | 02/18/2021 19:55 | 161 | |
| CEN | ▓ | ▓ | CCCMS 06/17/2020 - 02/28/2021 | N | 02/08/2021 00:00 | SATF | III | 12/12/2019 16:32 | 06/17/2020 | MH Change | | | | 256 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 11/19/2020 - 02/18/2021 | N | 11/30/2020 00:00 | MCSP | III | 10/23/2020 15:51 | 11/19/2020 | MH Change | 02/18/2021 07:02 | 02/18/2021 19:24 | 91 | |
| CEN | ▓ | ▓ | CCCMS 08/12/2020 - 02/28/2021 | Y | | | | 07/23/2019 16:56 | 08/12/2020 | MH Change | | | | 200 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 02/12/2021 - 02/28/2021 | N | | | | 11/03/2020 11:32 | 02/12/2021 | MH Change | | | | 16 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 02/25/2021 - 02/28/2021 | Y | | | | 12/30/2020 17:35 | 02/25/2021 | MH Change | | | | |
| CEN | ▓ | ▓ | CCCMS 07/23/2020 - 02/18/2021 | N | 01/21/2021 09:31 | MCSP | III | 12/18/2020 23:04 | 07/23/2020 | MH Change | 02/18/2021 07:02 | 02/18/2021 19:24 | 210 | |
| CEN | ▓ | ▓ | EOP 02/03/2021 - 02/28/2021 | N | 02/10/2021 00:00 | RJD | II | 01/11/2021 13:38 | 02/03/2021 | MH Change | | | | 25 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 02/16/2021 - 02/28/2021 | N | | | | 02/03/2021 15:46 | 02/16/2021 | MH Change | | | | |
| CEN | ▓ | ▓ | CCCMS 08/19/2020 - 02/03/2021 | N | 08/31/2020 00:00 | COR | IV | 02/05/2016 11:29 | 08/19/2020 | MH Change | 02/03/2021 08:57 | 02/03/2021 17:05 | 168 | |
| CEN | ▓ | ▓ | CCCMS 05/27/2020 - 02/28/2021 | N | 11/24/2020 06:50 | KVSP | IV | 08/10/2020 03:05 | 05/27/2020 | MH Change | | | | 277 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 06/17/2020 - 02/18/2021 | N | 01/13/2021 00:00 | PVSP | III | 06/02/2020 11:10 | 06/17/2020 | MH Change | 02/18/2021 07:02 | 02/18/2021 16:42 | 246 | |
| CEN | ▓ | ▓ | CCCMS 12/18/2020 - 02/16/2021 | N | 12/28/2020 00:00 | COR | IV | 10/27/2019 07:17 | 12/18/2020 | MH Change | | | | 72 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 05/28/2020 - 02/18/2021 | N | 12/28/2020 00:00 | HDSP | IV | 05/28/2020 23:10 | 05/28/2020 | MH Change | 02/18/2021 07:02 | 02/18/2021 23:57 | 266 | |
| CEN | ▓ | ▓ | CCCMS 08/12/2020 - 02/17/2021 | N | | | | 08/07/2020 15:24 | 08/12/2020 | MH Change | | | | 200 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 02/18/2021 - 02/18/2021 | N | | | | 09/07/2018 19:15 | 02/18/2021 | MH Change | | | | |
| CEN | ▓ | ▓ | CCCMS 10/29/2020 - 02/10/2021 | N | 11/05/2020 00:00 | NKSP | III | 09/22/2020 17:10 | 10/29/2020 | MH Change | 02/10/2021 05:42 | 02/10/2021 13:01 | 104 | |
| CEN | ▓ | ▓ | CCCMS 01/27/2021 - 02/28/2021 | Y | | | | 01/07/2021 20:50 | 01/27/2021 | MH Change | | | | 32 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 01/27/2021 - 02/28/2021 | N | 02/03/2021 00:00 | SCC | III | 10/22/2020 11:56 | 01/27/2021 | MH Change | | | | 32 days -No movement due to Covid-19 |
| CEN | ▓ | ▓ | CCCMS 02/18/2021 - 02/28/2021 | N | | | | 05/25/2020 22:07 | 02/18/2021 | MH Change | | | | |

| Inst | | | MH Program | N | Endorsed Date | Endorsed Loc | Level | MH Level Date | MH Program Date | Reason | Out Date | In Date | Days | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEN | | | CCCMS 01/28/2021 - 02/28/2021 | N | | | | 01/07/2021 22:40 | 01/28/2021 | MH Change | | | | **31** days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/17/2020 - 02/28/2021 | N | 12/16/2020 00:00 | SVSP | IV | 11/06/2018 17:39 | 11/17/2020 | MH Change | | | | **103** days -No movement due to Covid-19 |
| CVSP | | | CCCMS 12/17/2020 - 02/28/2021 | N | 12/21/2020 00:00 | COR | II | 06/08/2020 02:43 | 12/17/2020 | MH Change | | | | **73** days -No movement due to Covid-19 |
| CVSP | | | CCCMS 02/03/2021 - 02/28/2021 | N | 02/16/2021 00:00 | SATF | II | 01/25/2021 20:59 | 02/03/2021 | MH Change | | | | **25** days -No movement due to Covid-19 |
| CVSP | | | CCCMS 12/11/2020 - 02/28/2021 | N | 12/04/2020 00:00 | SATF | II | 08/09/2018 16:47 | 12/11/2020 | MH Change | | | | **79** days -No movement due to Covid-19 |
| CVSP | | | CCCMS 08/04/2020 - 02/28/2021 | N | 01/13/2021 08:22 | VSP | II | 03/27/2018 15:18 | 08/04/2020 | MH Change | | | | **208** days -No movement due to Covid-19 |
| CVSP | | | CCCMS 11/24/2020 - 02/28/2021 | N | 12/04/2020 00:00 | SATF | II | 11/05/2019 10:22 | 11/24/2020 | MH Change | | | | **96** days -No movement due to Covid-19 |
| CVSP | | | CCCMS 06/12/2020 - 02/28/2021 | N | 02/22/2021 00:00 | COR | II | 10/01/2018 10:44 | 06/12/2020 | MH Change | | | | **261** days -No movement due to Covid-19 |
| CVSP | | | CCCMS 11/20/2020 - 02/28/2021 | N | 11/09/2020 10:52 | PVSP | III | 12/13/2018 16:20 | 11/20/2020 | MH Change | | | | **100** days -No movement due to Covid-19 |
| CVSP | | | CCCMS 11/23/2020 - 02/28/2021 | N | 12/04/2020 00:00 | SATF | II | 09/11/2018 15:40 | 11/23/2020 | MH Change | | | | **97** days -No movement due to Covid-19 |
| CVSP | | | CCCMS 09/10/2020 - 02/28/2021 | N | 09/15/2020 00:00 | COR | II | 02/04/2020 10:58 | 09/10/2020 | MH Change | | | | **171** days -No movement due to Covid-19 |
| CVSP | | | CCCMS 12/10/2020 - 02/28/2021 | N | 12/11/2020 00:00 | COR | II | 01/17/2021 12:27 | 12/10/2020 | MH Change | | | | **80** days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/21/2020 - 02/28/2021 | N | 10/23/2020 10:29 | RJD | II | 04/05/2020 11:04 | 04/21/2020 | MH Change | | | | **313** days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/29/2020 - 02/28/2021 | N | 01/07/2021 09:19 | COR | II | 04/24/2020 09:56 | 07/29/2020 | MH Change | | | | **214** days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/09/2020 - 02/28/2021 | N | 10/15/2020 00:00 | COR | II | 04/24/2020 09:56 | 10/09/2020 | MH Change | | | | **142** days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/06/2020 - 02/28/2021 | N | 11/12/2020 00:00 | RJD | III | 02/08/2018 17:58 | 11/06/2020 | MH Change | | | | **114** days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/22/2020 - 02/28/2021 | N | 10/23/2020 10:20 | SATF | II | 04/09/2020 09:42 | 04/22/2020 | MH Change | | | | **312** days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/15/2020 - 02/13/2021 | N | 10/29/2020 00:00 | COR | II | 09/16/2020 01:19 | 04/15/2020 | MH Change | 02/13/2021 20:27 | | | **304** days -No movement due to Covid-19    Inmate deceased at **Out to Hospital** |
| ISP | | | CCCMS 07/03/2020 - 02/28/2021 | N | 12/30/2020 08:15 | MCSP | III | 06/02/2020 20:57 | 07/03/2020 | MH Change | | | | **240** days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/04/2020 - 02/28/2021 | N | 11/12/2020 00:00 | COR | II | 04/03/2020 10:43 | 11/04/2020 | MH Change | | | | **116** days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/08/2020 - 02/02/2021 | N | 12/01/2020 08:47 | VSP | II | 04/04/2020 12:14 | 07/08/2020 | MH Change | | | | **235** days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/08/2020 - 02/28/2021 | N | 07/14/2020 00:00 | VSP | II | 04/05/2020 09:27 | 07/08/2020 | MH Change | | | | **235** days -No movement due to Covid-19 |
| ISP | | | CCCMS 02/10/2021 - 02/28/2021 | N | 02/19/2021 00:00 | PVSP | III | 09/04/2019 15:07 | 02/10/2021 | MH Change | | | | **18** days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/24/2020 - 02/23/2021 | N | 12/18/2020 00:00 | SVSP | III | 02/18/2021 10:02 | 11/24/2020 | MH Change | 02/23/2021 07:18 | 02/23/2021 17:12 | 91 | |
| ISP | | | CCCMS 01/07/2021 - 02/28/2021 | N | 01/12/2021 00:00 | SCC | II | 02/11/2016 11:16 | 01/07/2021 | MH Change | | | | **52** days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/16/2020 - 02/23/2021 | N | 01/14/2021 00:00 | SVSP | III | 02/20/2021 16:35 | 07/16/2020 | MH Change | 02/23/2021 07:18 | 02/23/2021 17:12 | 222 | |
| ISP | | | CCCMS 11/13/2020 - 02/28/2021 | N | 11/19/2020 00:00 | COR | NA | 09/21/2020 09:22 | 11/13/2020 | MH Change | | | | **107** days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/02/2020 - 02/28/2021 | N | 09/08/2020 00:00 | SVSP | III | 02/20/2021 16:35 | 09/02/2020 | MH Change | | | | **179** days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/05/2020 - 02/28/2021 | N | 12/10/2020 09:11 | CCI | IV | 04/23/2019 12:13 | 06/05/2020 | MH Change | | | | **268** days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/08/2020 - 02/28/2021 | N | 02/17/2021 00:00 | HDSP | IV | 11/14/2019 15:24 | 10/08/2020 | MH Change | | | | **143** days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/04/2020 - 02/28/2021 | N | 09/15/2020 00:00 | ASP | II | 10/08/2020 17:06 | 09/04/2020 | MH Change | | | | **177** days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/27/2020 - 02/28/2021 | N | 10/09/2020 00:00 | SOL | III | 02/08/2021 19:21 | 05/27/2020 | MH Change | | | | **277** days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/27/2020 - 02/28/2021 | N | 10/30/2020 00:00 | SVSP | III | 11/16/2020 12:55 | 10/27/2020 | MH Change | | | | **124** days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/09/2020 - 02/23/2021 | N | 01/22/2021 00:00 | SVSP | III | 04/30/2019 13:02 | 09/09/2020 | MH Change | 02/23/2021 07:18 | 02/23/2021 17:12 | 167 | |
| ISP | | | CCCMS 09/16/2020 - 02/28/2021 | N | 09/22/2020 00:00 | MCSP | III | 08/17/2020 17:48 | 09/16/2020 | MH Change | | | | **165** days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/29/2020 - 02/28/2021 | N | 12/18/2020 00:00 | PVSP | III | 03/18/2020 14:29 | 05/29/2020 | MH Change | | | | **275** days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 02/28/2021 | N | 09/01/2020 00:00 | COR | II | 02/04/2021 02:24 | 08/19/2020 | MH Change | | | | **193** days -No movement due to Covid-19 |
| ISP | | | EOP 02/22/2021 - 02/23/2021 | N | 02/23/2021 17:32 | RJD | NA | 10/24/2019 16:22 | 02/22/2021 | MH Change | 02/23/2021 20:06 | 02/24/2021 01:15 | 2 | |
| ISP | | | CCCMS 12/17/2020 - 02/28/2021 | N | 02/17/2021 00:00 | COR | NA | 09/21/2020 08:23 | 12/17/2020 | MH Change | | | | **73** days -No movement due to Covid-19 |

| Prog | | | CCCMS Dates | N | Date1 | Inst | LOC | Date2 | Date3 | Reason | Date4 | Date5 | Days | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISP | | | CCCMS 08/19/2020 - 02/28/2021 | N | 08/24/2020 00:00 | MCSP | III | 01/28/2020 10:45 | 08/19/2020 | MH Change | | | | 193 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/09/2020 - 02/24/2021 | N | 12/01/2020 08:52 | VSP | II | 04/24/2020 09:10 | 07/09/2020 | MH Change | 02/24/2021 05:42 | 02/24/2021 14:26 | 230 | |
| ISP | | | CCCMS 04/22/2020 - 02/24/2021 | N | 10/22/2020 09:31 | VSP | II | 04/09/2020 09:28 | 04/22/2020 | MH Change | 02/24/2021 05:42 | 02/24/2021 14:26 | 308 | |
| ISP | | | CCCMS 12/02/2020 - 02/28/2021 | N | 12/18/2020 00:00 | KVSP | IV | 02/06/2020 14:00 | 12/02/2020 | MH Change | | | | 88 days -No movement due to Covid-19 |
| ISP | | | CCCMS 02/24/2021 - 02/28/2021 | N | 11/04/2020 00:00 | PBSP | NA | 09/21/2020 08:11 | 02/24/2021 | MH Change | | | | |
| ISP | | | CCCMS 09/18/2020 - 02/23/2021 | N | 10/08/2020 00:00 | SVSP | III | 06/03/2019 11:27 | 09/18/2020 | MH Change | 02/23/2021 07:18 | 02/23/2021 17:12 | 158 | |
| ISP | | | CCCMS 09/18/2020 - 02/28/2021 | N | 09/24/2020 00:00 | SVSP | III | 10/08/2019 14:27 | 09/18/2020 | MH Change | | | | 163 days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/10/2020 - 02/28/2021 | N | 12/10/2020 08:30 | RJD | III | 01/16/2020 16:32 | 06/10/2020 | MH Change | | | | 263 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 02/28/2021 | N | 10/15/2020 12:55 | FOL | III | 03/10/2020 15:20 | 08/19/2020 | MH Change | | | | 193 days -No movement due to Covid-19 |
| ISP | | | CCCMS 01/19/2021 - 02/28/2021 | N | 01/21/2021 00:00 | COR | II | 04/05/2020 10:09 | 01/19/2021 | MH Change | | | | 40 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/21/2021 - 02/28/2021 | N | 02/26/2021 15:28 | LAC | IV | 11/07/2020 13:56 | 05/21/2020 | MH Change | | | | 283 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/13/2020 - 02/28/2021 | N | 01/14/2021 00:00 | COR | III | 02/25/2021 21:51 | 10/13/2020 | MH Change | | | | 138 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 02/28/2021 | N | 02/19/2021 08:43 | CCI | II | 04/24/2020 09:56 | 05/14/2020 | MH Change | | | | 290 days -No movement due to Covid-19 |
| ISP | | | CCCMS 02/26/2021 - 02/28/2021 | N | | | | 07/26/2020 16:18 | 02/26/2021 | MH Change | | | | |
| ISP | | | CCCMS 11/24/2020 - 02/28/2021 | N | 12/04/2020 00:00 | COR | NA | 09/21/2020 09:12 | 11/24/2020 | MH Change | | | | 96 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/13/2020 - 02/28/2021 | N | 12/24/2020 00:00 | SCC | II | 04/24/2020 10:54 | 05/13/2020 | MH Change | | | | 291 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 02/24/2021 | N | 01/05/2021 00:00 | VSP | II | 04/24/2020 10:54 | 05/14/2020 | MH Change | 02/24/2021 05:42 | 02/24/2021 14:26 | 286 | |
| ISP | | | CCCMS 10/29/2020 - 02/28/2021 | N | 11/04/2020 00:00 | SATF | II | 04/11/2020 11:31 | 10/29/2020 | MH Change | | | | 112 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 02/28/2021 | N | 01/14/2021 00:00 | SATF | II | 04/25/2020 10:14 | 05/14/2020 | MH Change | | | | 290 days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/21/2020 - 02/28/2021 | N | 10/28/2020 00:00 | COR | II | 09/21/2020 09:47 | 10/21/2020 | MH Change | | | | 130 days -No movement due to Covid-19 |
| ISP | | | CCCMS 01/28/2021 - 02/28/2021 | N | 02/11/2021 00:00 | SATF | II | 02/09/2021 19:52 | 01/28/2021 | MH Change | | | | 31 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 02/28/2021 | N | 08/21/2020 00:00 | COR | II | 04/24/2020 09:10 | 08/19/2020 | MH Change | | | | 193 days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/20/2020 - 02/28/2021 | N | 01/15/2021 00:00 | CMC | II | 01/08/2021 17:53 | 08/20/2020 | MH Change | | | | 192 days -No movement due to Covid-19 |
| ISP | | | CCCMS 01/07/2021 - 02/28/2021 | N | 01/12/2021 00:00 | SATF | IV | 03/10/2020 17:16 | 01/07/2021 | MH Change | | | | 52 days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/07/2020 - 02/28/2021 | N | 10/20/2020 00:00 | NKSP | III | 12/05/2019 16:03 | 07/07/2020 | MH Change | | | | 236 days -No movement due to Covid-19 |
| ISP | | | CCCMS 02/10/2021 - 02/28/2021 | N | 02/19/2021 00:00 | SATF | IV | 08/14/2020 07:49 | 02/10/2021 | MH Change | | | | 18 days -No movement due to Covid-19 |

# EXHIBIT B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 03/03/2021 09:56 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 02/01/2021 - 02/28/2021
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |