State of California – Department of State Hospitals                                    Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



March 15, 2021

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

The California Department of State Hospitals (DSH) submits its monthly information on
patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental
health care.

The DSH CDCR Patient Census and Waitlist Report as of February 22, 2021, attached as
Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients
Admitted February 1, 2021 through February 28, 2021 Who Waited Beyond Program
Guide Timelines, attached as Exhibit B, are based on data from the DSH Bed Utilization
Management Report.

The report attached as Exhibit A reflect data collected at a single point in time and, as a
result, should not be used for purposes outside of that report.  The report attached as
Exhibit B is the compliance report from DSH, which includes requested compliance data
for all DSH level of care referrals admitted to inpatient care in February 2021, for any
inmate-patient who waited beyond the timelines specified in the Mental Health Services
Delivery System Program Guide (2009 Revision) at 12-1-16.

March 15, 2021
Page Two

DSH's records show that as of February 28, 2021, there were 19 patients from facilities with active COVID-19-related holds waiting beyond Program Guide transfer timelines.  A supplemental report on DSH's pending waitlist, provided to the Special Master and Plaintiffs via e-mail, shows these patients' waitlist status.  DSH records also show there were seven patients who had COVID-19 holds lifted who were admitted to DSH in February 2021 beyond thirty days.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

# EXHIBIT A

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814



### DSH CDCR Patient Census and Waitlist Report
Data as of: 2/22/2021

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **-** | **1** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist[7] | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 160 | 0 | 0 | 0 | 96 | | | | |
| Coalinga | 50 | 29 | 0 | 0 | 0 | 21 | | | | 19 |
| **Total** | **306** | **189** | **0** | **0** | **0** | **117** | **0** | **13** | **6** | **(Includes 14 Waiting >30 Days)[8]** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist[7] | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 12 | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 0 |
| **Total** | **30** | **12** | **0** | **0** | **0** | **17** | **0** | **0** | **0** | **(Includes 0 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

[7]Waitlist includes 19 on hold by CDCR.

[8]Patients waiting >30 days are due to COVID-19 holds on referring facilities, which may include COVID-19 holds recently lifted.

# EXHIBIT B

State of California
GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Patient Management Unit

1600 Ninth Street, Room 420

Sacramento, CA 95814



**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted February 1 through February 28, 2021 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 7 | 311 |
| **Subtotal** | **7** | **311** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 7 | 311 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[3]Including patients admitted in February 2021 who waited greater than 30 days from the referral received date to DSH for a change in level of care.

[4]Includes the total number of days patients admitted in February 2021 waited beyond 30 days from the referral received date to DSH for a change in level of care.

Source: BUMMs
1 of 2

State of California                                                                GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Patient Management Unit

1600 Ninth Street, Room 420

Sacramento, CA 95814



**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted February 1 through February 28, 2021 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| ▪▪▪▪▪▪▪ | ▪▪▪ | CDCR Direct | 117 | 87 | 117 | 87 | 0 | COVID-19 Hold. Patient admitted from closed institution using risk assessment criteria |
| ▪▪▪▪▪▪ | ▪▪▪ | CDCR Direct | 104 | 74 | 104 | 74 | 0 | COVID-19 Hold. Patient admitted from closed institution using risk assessment criteria |
| ▪▪▪▪▪▪ | ▪▪▪ | CDCR Direct | 73 | 43 | 73 | 43 | 0 | COVID-19 Hold. Patient admitted from closed institution using risk assessment criteria |
| ▪▪▪▪▪▪▪ | ▪▪▪ | CDCR Direct | 73 | 43 | 73 | 43 | 0 | COVID-19 Hold. Patient admitted from closed institution using risk assessment criteria |
| ▪▪▪▪▪▪ | ▪▪▪ | CDCR Direct | 65 | 35 | 65 | 35 | 0 | COVID-19 Hold. Patient admitted from closed institution using risk assessment criteria |
| ▪▪▪▪▪▪▪ | ▪▪▪ | CDCR Direct | 57 | 27 | 57 | 27 | 0 | COVID-19 Hold. Patient admitted from closed institution using risk assessment criteria |
| ▪▪▪▪▪▪ | ▪▪▪ | CDCR Direct | 32 | 2 | 32 | 2 | 0 | COVID-19 Hold. Patient admitted from closed institution using risk assessment criteria |
| **Total Number of Patients Waiting Over 30 Days** | **7** | **Total Number of Days All Patients** | 521 | 311 | 521 | 311 | 0 | - |

Source: BUMMs