STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



March 15, 2021

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

    The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

    The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of February 22, 2021 (Exhibit C), the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of February 22, 2021 (Exhibit D), the Psychiatric Inpatient Programs Census Report as of 2/22/2021 (Exhibit E), and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in February 2021 (Exhibit F), are generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application.

    The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports. The reports attached as Exhibit F are compliance reports from CDCR, which include requested compliance data for all referrals admitted to inpatient care in February 2021, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

March 15, 2021
Page Two

      Although not reflected in CDCR's census and waitlist report and PIP census report at Exhibits C and E, the California Medical Facility's PIP is operating with nine beds offline due to staffing shortages (psychiatry and nursing), and eight additional beds offline within dorm housing in order to achieve physical distancing.

Sincerely,

/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

# EXHIBIT C

# Coleman Patient Census and Waitlist Report as of February 22, 2021

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 146 | 126 | 9 | 0 | 7 | 4 | | | | | |
| California Medical Facility (CMF) | 207 | 121 | 14 | 0 | 0 | 72 | | | | | |
| Total | 353 | 247 | 23 | 0 | 7 | 76 | 49 | 5 | 54 | 22 | |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 30 | 6 | 0 | 0 | 48 | | | | | |
| Total | 84 | 30 | 6 | 0 | 0 | 48 | 4 | 2 | 6 | | 1 |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 368 | 337 | 5 | 0 | 11 | 15 | | | | | |
| CMF Multi Cell | 68 | 19 | 3 | 0 | 0 | 46 | | | | | |
| CMF Single Cell | 105 | 68 | 16 | 0 | 0 | 21 | | | | | |
| SVSP Multi Cell | 44 | 33 | 3 | 0 | 0 | 8 | | | | | |
| SVSP Single Cell | 202 | 176 | 5 | 0 | 0 | 21 | | | | | |
| Total | 787 | 633 | 32 | 0 | 11 | 111 | 198 | 4 | 202 | | 43 |

| MALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CSP, San Quentin (Condemned) | 30 | 18 | 0 | 0 | 0 | 12 | | | | | |
| CSP, San Quentin (Non-Condemned) | 10 | 5 | 0 | 0 | 0 | 5 | | | | | |
| Total | 40 | 23 | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 0 | 0 |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 29 | 0 | 0 | 0 | 16 | | | | | |
| Total | 45 | 29 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPs | 1309 | 962 | 61 | 0 | 18 | 268 | 251 | 11 | 262 | 22 | 44 |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable fpr patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

*There are 22 APP referrals, waiting greater than 10 days, that are pending an exception due to COVID-19.
**There are 44 ICF referral, waiting greater than 30 days, that is pending an exception due to COVID-19.

Data Source: RIPA                                                                                                                         CCHCS, Health Care Placement Oversight Program

# EXHIBIT D

# CDCR Mental Health Crisis Bed
# *Coleman* Patient Census and Waitlist Report as of
# February 22, 2021

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 423 | 262 | 10 | 151 | 5 | 5 | 0 |
| Female Programs | 41 | 6 | 0 | 35 | 0 | 0 | 0 |
| Totals | 464 | 268 | 10 | 186 | 5 | 5 | 0 |

Data Source: HEART                                           CCHCS, Health Care Placement Oversight Program

# EXHIBIT E

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 02/22/2021

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 207 | No Score: | 2 |
| | | Level I: | 2 |
| | | Level II: | 24 |
| | | Level III: | 27 |
| | | Level IV | 66 |
| | | **Total Census:** | **121** |
| PIP-Stockton | 146 | No Score: | 2 |
| | | Level I: | 3 |
| | | Level II: | 29 |
| | | Level III: | 11 |
| | | Level IV | 81 |
| | | **Total Census:** | **126** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **353** | | **247** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 368 | No Score: | 1 |
| | | Level I: | 7 |
| | | Level II: | 53 |
| | | Level III: | 25 |
| | | Level IV | 251 |
| | | **Total Census:** | **337** |
| | | *Total out of LRH:* | *194* |
| PIP-Vacaville | 105 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 15 |
| | | Level III: | 6 |
| | | Level IV | 46 |
| | | **Total Census:** | **68** |
| | | *Total out of LRH:* | *30* |
| PIP-Vacaville Multi-person Cells | 68 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 1 |
| | | Level IV | 18 |
| | | **Total Census:** | **19** |
| | | *Total out of LRH:* | *3* |

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 02/22/2021

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley | 202 | No Score: | 1 |
| | | Level I: | 6 |
| | | Level II: | 23 |
| | | Level III: | 14 |
| | | Level IV: | 118 |
| | | PC 1370: | 12 |
| | | WIC 7301: | 2 |
| | | Total Census: | 176 |
| | | *Total out of LRH:* | *71* |
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 3 |
| | | Level III: | 11 |
| | | Level IV: | 17 |
| | | PC 1370: | 2 |
| | | WIC 7301: | 0 |
| | | Total Census: | 33 |
| | | *Total out of LRH:* | *14* |
| **Totals for Male ICF High Custody** | **787** | | **633** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 9 |
| | | Level III: | 4 |
| | | Level IV: | 17 |
| | | Total Census: | 30 |
| | | *Total out of LRH:* | *11* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 27 |
| | | Level II: | 94 |
| | | Level III: | 17 |
| | | Level IV: | 22 |
| | | Total Census: | 160 |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 4 |
| | | Level II: | 16 |
| | | Level III: | 2 |
| | | Level IV: | 7 |
| | | Total Census: | 29 |
| **Totals for Male ICF Low Custody** | **390** | | **219** |
| **Male Programs** | | | |
| PIP-San Quentin | 30 | Total Census: | 18 |
| PIP-San Quentin Non-condemned | 10 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 4 |
| | | Level III: | 0 |
| | | Level IV: | 1 |
| | | Total Census: | 5 |
| **Totals for Male ICF/Acute** | **40** | | **23** |

### PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 02/22/2021

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 10 |
| | | Level III: | 0 |
| | | Level IV | 2 |
| | | **Total Census:** | **13** |
| PIP-California Institution for Women | 45 | No Score: | 3 |
| | | Level I: | 4 |
| | | Level II: | 4 |
| | | Level III: | 4 |
| | | Level IV | 14 |
| | | **Total Census:** | **29** |
| | | *Total out of LRH:* | *6* |
| **Totals for Female ICF/Acute** | **75** | | **42** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1645** | | **1164** |

- **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.
- **Male Acute Care Programs:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.
- **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.
- **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# EXHIBIT F

### CDCR INPATIENT PROGRAM REFERRALS:
### COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS
### ADMITTED OR CLOSED IN FEBRUARY 2021

| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
|---|---|---|---|---|---|---|---|
| Intermediate (ICF) | 117 | 32 | 49 | 36 | 49 | 0 | 0 |
| Acute (APP) | 99 | 15 | 55 | 29 | 55 | 0 | 0 |
| TOTALS | 216 | 47 | 104 | 65 | 104 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU); or if accepted at a Department of State Hospitals (DSH) program, upon DSH acceptance.
[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

Data Source: Referrals to Inpatient Programs Application (RIPA)                                                                                          CCHCS, Health Care Placement Oversight Program

DETAIL OF APP OUT OF COMPLIANCE
FEBRUARY 2021

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date | HCPPOP Endorsement Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | COR | | | MHCB | 9/25/2020 | 9/28/2020 | 2/5/2021 | Acute / preliminary Single Cell | 02/05/2021 | APP: CHCF | 02/05/2021 11:06:00 | APP: CHCF |
| APP | SAC | | | MHCB | 10/5/2020 | 10/6/2020 | 2/5/2021 | Acute / preliminary Unlocked Dorms | 02/05/2021 | APP: CHCF | 02/05/2021 10:33:00 | APP: CHCF |
| APP | COR | | | MHCB | 10/8/2020 | 10/20/2020 | 2/5/2021 | Acute / preliminary Unlocked Dorms | 02/05/2021 | APP: CHCF | 02/05/2021 15:04:00 | APP: CHCF |
| APP | SAC | | | MHCB | 10/16/2020 | 10/21/2020 | 2/5/2021 | Acute / preliminary Multi Person Cell | 02/05/2021 | APP: CHCF | 02/05/2021 14:35:00 | APP: CHCF |
| APP | CMC | | | MHCB | 10/20/2020 | 10/21/2020 | 2/5/2021 | Acute / preliminary Unlocked Dorms | 02/05/2021 | APP: CHCF | 02/05/2021 17:02:00 | APP: CHCF |
| APP | SAC | | | MHCB | 10/21/2020 | 10/22/2020 | 2/5/2021 | Acute / preliminary Single Cell | 02/05/2021 | APP: CHCF | 02/05/2021 15:44:00 | APP: CHCF |
| APP | SAC | | | MHCB | 10/21/2020 | 10/22/2020 | 2/5/2021 | Acute / preliminary Single Cell | 02/05/2021 | APP: CHCF | 02/05/2021 17:10:00 | APP: CHCF |
| APP | SAC | | | MHCB | 10/22/2020 | 10/23/2020 | 2/5/2021 | Acute / preliminary Unlocked Dorms | 02/05/2021 | APP: CHCF | 02/05/2021 14:33:00 | APP: CHCF |
| APP | SAC | | | MHCB | 10/23/2020 | 10/26/2020 | 2/5/2021 | Acute / preliminary Single Cell | 02/05/2021 | APP: CHCF | 02/05/2021 13:21:00 | APP: CHCF |
| APP | MCSP | | | MHCB | 10/28/2020 | 10/28/2020 | 2/4/2021 | Acute / preliminary Unlocked Dorms | 02/04/2021 | APP: CHCF | 02/04/2021 15:54:00 | APP: CHCF |
| APP | SAC | | | MHCB | 11/4/2020 | 11/5/2020 | 2/5/2021 | Acute / preliminary Locked Dorms | 02/05/2021 | APP: CHCF | 02/05/2021 13:21:00 | APP: CHCF |
| APP | SAC | | | MHCB | 11/12/2020 | 11/13/2020 | 2/11/2021 | Acute / preliminary Single Cell | 02/11/2021 | APP: CHCF | 02/11/2021 16:17:00 | APP: CHCF |
| APP | SAC | | | MHCB | 11/13/2020 | 11/16/2020 | 2/11/2021 | Acute / preliminary Single Cell | 02/11/2021 | APP: CHCF | 02/11/2021 14:57:00 | APP: CHCF |
| APP | COR | | | MHCB | 11/17/2020 | 11/17/2020 | 2/11/2021 | Acute / preliminary Single Cell | 02/11/2021 | APP: CHCF | 02/11/2021 14:04:00 | APP: CHCF |
| APP | CMF | | | MHCB | 11/17/2020 | 11/20/2020 | 2/11/2021 | Acute / preliminary Single Cell | 11/20/2020 | APP: CHCF | 11/20/2020 15:50:00 | APP: CHCF |
| | | | | | | | | Acute / preliminary Single Cell | 02/11/2021 | APP: CHCF | 02/11/2021 12:44:00 | |
| APP | SAC | | | MHCB | 11/19/2020 | 11/24/2020 | 2/11/2021 | Acute / preliminary Single Cell | 02/11/2021 | APP: CHCF | 02/11/2021 11:59:00 | APP: CHCF |
| APP | SAC | | | MHCB | 11/30/2020 | 12/1/2020 | 2/11/2021 | Acute / preliminary Single Cell | 02/11/2021 | APP: CHCF | 02/11/2021 11:42:00 | APP: CHCF |
| APP | SAC | | | MHCB | 12/2/2020 | 12/10/2020 | 2/11/2021 | Acute / preliminary Unlocked Dorms | 02/11/2021 | APP: CHCF | 02/11/2021 13:59:00 | APP: CHCF |
| APP | RJD | | | MHCB | 12/10/2020 | 12/10/2020 | 2/11/2021 | Acute / preliminary Unlocked Dorms | 02/11/2021 | APP: CHCF | 02/11/2021 12:24:00 | APP: CHCF |
| APP | SAC | | | MHCB | 12/17/2020 | 12/18/2020 | 2/16/2021 | Acute / preliminary Unlocked Dorms | 02/16/2021 | APP: CHCF | 02/16/2021 11:34:00 | APP: CHCF |
| APP | LAC | | | MHCB | 12/24/2020 | 12/24/2020 | 2/16/2021 | Acute / preliminary Locked Dorms | 02/16/2021 | APP: CHCF | 02/16/2021 09:47:00 | APP: CHCF |
| APP | SAC | | | MHCB | 1/5/2021 | 1/6/2021 | 2/16/2021 | Acute / preliminary Multi Person Cell | 02/16/2021 | APP: CHCF | 02/16/2021 10:39:00 | APP: CHCF |
| APP | LAC | | | EOP-GP | 1/4/2021 | 1/8/2021 | 2/22/2021 | Acute / preliminary Unlocked Dorms | 02/22/2021 | APP: CHCF | 02/22/2021 14:13:00 | APP: CHCF |
| APP | SAC | | | MHCB | 12/24/2020 | 1/11/2021 | 2/22/2021 | Acute / preliminary Single Cell | 02/22/2021 | APP: CHCF | 02/22/2021 19:09:00 | APP: CHCF |
| APP | CIM | | | MHCB | 1/7/2021 | 1/11/2021 | 2/22/2021 | Acute / preliminary Single Cell | 02/23/2021 | APP: CHCF | 02/23/2021 08:04:00 | APP: CHCF |
| APP | MCSP | | | MHCB | 1/7/2021 | 1/11/2021 | 2/4/2021 | Acute / preliminary Locked Dorms | 02/04/2021 | APP: CHCF | 02/04/2021 14:00:00 | APP: CHCF |
| APP | SAC | | | MHCB | 1/15/2021 | 1/19/2021 | 2/3/2021 | Acute / preliminary Single Cell | 02/03/2021 | APP: CHCF | 02/03/2021 09:22:00 | APP: CHCF |
| APP | SATF | | | MHCB | 1/21/2021 | 1/21/2021 | 1/22/2021 | Acute / preliminary Locked Dorms | 01/22/2021 | APP: CHCF | 01/22/2021 14:30:00 | APP: CHCF |
| APP | SAC | | | MHCB | 1/20/2021 | 1/21/2021 | 2/22/2021 | Acute / preliminary Single Cell | 02/22/2021 | APP: CHCF | 02/22/2021 14:45:00 | APP: CHCF |
| APP | SAC | | | MHCB | 1/21/2021 | 1/22/2021 | 2/22/2021 | Acute / preliminary Multi Person Cell | 02/22/2021 | APP: CHCF | 02/22/2021 13:44:00 | APP: CHCF |
| APP | SATF | | | MHCB | 1/19/2021 | 1/22/2021 | 2/3/2021 | Acute / preliminary Unlocked Dorms | 02/03/2021 | APP: CHCF | 02/03/2021 08:47:00 | SATF: CHCF |
| APP | MCSP | | | MHCB | 1/22/2021 | 1/25/2021 | 2/22/2021 | Acute / preliminary Locked Dorms | 02/22/2021 | APP: CHCF | 02/22/2021 11:12:00 | APP: CHCF |
| APP | HDSP | | | MHCB | 1/25/2021 | 1/25/2021 | 2/3/2021 | Acute / preliminary Multi Person Cell | 02/03/2021 | APP: CHCF | 02/03/2021 10:01:00 | HDSP: CHCF |
| APP | SAC | | | MHCB | 1/22/2021 | 1/29/2021 | 2/22/2021 | Acute / preliminary Single Cell | 02/22/2021 | APP: CHCF | 02/22/2021 11:36:00 | APP: CHCF |
| APP | RJD | | | MHCB | 1/28/2021 | 2/8/2021 | 2/22/2021 | Acute / preliminary Multi Person Cell | 02/22/2021 | APP: CHCF | 02/22/2021 12:58:00 | RJD: CHCF |
| APP | LAC | | | EOP-GP | 5/27/2020 | 5/28/2020 | 2/4/2021 | Acute / preliminary Locked Dorms | 07/02/2020 | APP: CHCF | 07/02/2020 14:11:00 | APP: CHCF |
| | | | | | | | | Acute / preliminary Locked Dorms | 07/09/2020 | APP: CHCF | 07/09/2020 15:32:00 | APP: VPP |
| | | | | | | | | Acute / preliminary Unlocked Dorms | 02/04/2021 | APP: VPP | 02/04/2021 14:43:00 | |
| APP | COR | | | MHCB | 6/24/2020 | 6/26/2020 | 2/5/2021 | Acute / preliminary Single Cell | 02/09/2021 | APP: VPP | 02/09/2021 16:13:00 | APP: VPP |
| APP | CMC | | | MHCB | 8/27/2020 | 8/28/2020 | 2/5/2021 | Acute / preliminary Unlocked Dorms | 02/05/2021 | APP: VPP | 02/05/2021 13:59:00 | APP: VPP |
| APP | COR | | | MHCB | 10/15/2020 | 10/15/2020 | 2/5/2021 | Acute / preliminary Single Cell | 02/05/2021 | APP: VPP | 02/05/2021 15:33:00 | APP: VPP |
| APP | CMC | | | MHCB | 10/14/2020 | 10/15/2020 | 2/5/2021 | Acute / preliminary Unlocked Dorms | 02/05/2021 | APP: VPP | 02/05/2021 16:21:00 | APP: VPP |
| APP | CMF | | | MHCB | 11/19/2020 | 11/30/2020 | 2/1/2021 | Acute / preliminary Locked Dorms | 02/01/2021 | APP: VPP | 02/01/2021 13:18:00 | APP: VPP |
| APP | LAC | | | MHCB | 12/7/2020 | 12/8/2020 | 2/11/2021 | Acute / preliminary Unlocked Dorms | 02/11/2021 | APP: VPP | 02/11/2021 13:23:00 | APP: VPP |

**DETAIL OF APP OUT OF COMPLIANCE**
**FEBRUARY 2021**

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date | HCPPOP Endorsement Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | LAC | | | MHCB | 12/9/2020 | 12/14/2020 | 2/16/2021 | Acute / preliminary Single Cell | 02/16/2021 | APP: VPP | 02/16/2021 09:12:00 | APP: VPP |
| APP | NKSP | | | MHCB | 12/9/2020 | 12/14/2020 | 2/16/2021 | Acute / preliminary Single Cell | 02/16/2021 | APP: VPP | 02/16/2021 12:03:00 | APP: VPP |
| APP | LAC | | | MHCB | 12/18/2020 | 12/18/2020 | 2/16/2021 | Acute / preliminary Single Cell | 02/16/2021 | APP: VPP | 02/16/2021 09:47:00 | APP: VPP |
| APP | CMF | | | MHCB | 12/2/2020 | 12/22/2020 | 1/27/2021 | Acute / preliminary Locked Dorms | 01/27/2021 | APP: VPP | 01/27/2021 13:54:00 | APP: VPP |
| APP | CIM | | | MHCB | 12/23/2020 | 12/29/2020 | 2/16/2021 | Acute / preliminary Unlocked Dorms | 02/16/2021 | APP: VPP | 02/16/2021 12:31:00 | APP: VPP |
| APP | KVSP | | | MHCB | 12/30/2020 | 12/31/2020 | 2/16/2021 | Acute / preliminary Multi Person Cell | 02/16/2021 | APP: VPP | 02/16/2021 11:53:00 | APP: VPP |
| APP | SAC | | | MHCB | 12/30/2020 | 1/12/2021 | 2/22/2021 | Acute / preliminary Single Cell | 02/22/2021 | APP: VPP | 02/22/2021 13:38:00 | APP: VPP |
| APP | SAC | | | MHCB | 1/5/2021 | 1/6/2021 | 2/16/2021 | Acute / preliminary Multi Person Cell | 02/16/2021 | APP: VPP | 02/16/2021 14:38:00 | APP: VPP |
| APP | CIM | | | MHCB | 1/13/2021 | 1/19/2021 | 2/22/2021 | Acute / preliminary Single Cell | 02/22/2021 | APP: VPP | 02/22/2021 13:26:00 | APP: VPP |
| APP | CIM | | | MHCB | 1/21/2021 | 1/22/2021 | 2/22/2021 | Acute / preliminary Multi Person Cell | 02/22/2021 | APP: VPP | 02/22/2021 14:48:00 | APP: VPP |
| APP | SAC | | | MHCB | 1/15/2021 | 1/25/2021 | 2/22/2021 | Acute / preliminary Single Cell | 02/22/2021 | APP: VPP | 02/22/2021 08:54:00 | APP: VPP |
| APP | CIM | | | MHCB | 2/4/2021 | 2/5/2021 | 2/23/2021 | Acute / preliminary Single Cell | 02/23/2021 | APP: VPP | 02/23/2021 10:31:00 | APP: VPP |
| APP | CMF | | | MHCB | 2/10/2021 | 2/11/2021 | 2/22/2021 | Acute / preliminary Single Cell | 02/22/2021 | APP: VPP | 02/22/2021 10:29:00 | APP: VPP |

## DETAIL OF APP OUT OF COMPLIANCE
## FEBRUARY 2021

| HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|
| 02/09/2021 09:10:00 | APP: CHCF | 02/11/2021 | APP: CHCF | 02/12/2021 21:04:00 | **EXCEPTION:** COVID-19 | Admitted | 137 | N | 127 |
| 02/05/2021 10:33:00 | APP: CHCF | 02/10/2021 | APP: CHCF | 02/10/2021 17:53:00 | **EXCEPTION:** COVID-19 | Admitted | 127 | N | 117 |
| 02/05/2021 15:04:00 | APP: CHCF | 02/11/2021 | APP: CHCF | 02/12/2021 12:09:00 | **EXCEPTION:** COVID-19 | Admitted | 115 | N | 105 |
| 02/05/2021 14:35:00 | APP: CHCF | 02/10/2021 | APP: CHCF | 02/10/2021 17:55:00 | **EXCEPTION:** COVID-19 | Admitted | 112 | N | 102 |
| 02/05/2021 17:02:00 | APP: CHCF | 02/11/2021 | APP: CHCF | 02/12/2021 13:31:00 | **EXCEPTION:** COVID-19 | Admitted | 114 | N | 104 |
| 02/05/2021 15:44:00 | APP: CHCF | 02/10/2021 | APP: CHCF | 02/10/2021 17:51:00 | **EXCEPTION:** COVID-19 | Admitted | 111 | N | 101 |
| 02/05/2021 17:10:00 | APP: CHCF | 02/10/2021 | APP: CHCF | 02/10/2021 17:52:00 | **EXCEPTION:** COVID-19 | Admitted | 111 | N | 101 |
| 02/05/2021 14:33:00 | APP: CHCF | 02/11/2021 | APP: CHCF | 02/11/2021 15:21:00 | **EXCEPTION:** COVID-19 | Admitted | 111 | N | 101 |
| 02/05/2021 13:21:00 | APP: CHCF | 02/11/2021 | APP: CHCF | 02/11/2021 15:52:00 | **EXCEPTION:** COVID-19 | Admitted | 108 | N | 98 |
| 02/04/2021 15:54:00 | APP: CHCF | 02/05/2021 | APP: CHCF | 02/05/2021 17:57:00 | **EXCEPTION:** COVID-19 | Admitted | 100 | N | 90 |
| 02/05/2021 13:21:00 | APP: CHCF | 02/10/2021 | APP: CHCF | 02/10/2021 17:54:00 | **EXCEPTION:** COVID-19 | Admitted | 97 | N | 87 |
| 02/11/2021 16:17:00 | APP: CHCF | 02/16/2021 | APP: CHCF | 02/17/2021 13:27:00 | **EXCEPTION:** COVID-19 | Admitted | 96 | N | 86 |
| 02/11/2021 14:57:00 | APP: CHCF | 02/16/2021 | APP: CHCF | 02/17/2021 16:19:00 | **EXCEPTION:** COVID-19 | Admitted | 93 | N | 83 |
| 02/11/2021 14:04:00 | APP: CHCF | 02/16/2021 | APP: CHCF | 02/17/2021 14:28:00 | **EXCEPTION:** COVID-19 | Admitted | 92 | N | 82 |
| 02/11/2021 12:44:00 | APP: CHCF | 02/17/2021 | APP: CHCF | 02/18/2021 12:14:00 | **EXCEPTION:** COVID-19 | Admitted | 90 | N | 80 |
| 02/11/2021 11:59:00 | APP: CHCF | 02/16/2021 | APP: CHCF | 02/17/2021 16:20:00 | **EXCEPTION:** COVID-19 | Admitted | 85 | N | 75 |
| 02/11/2021 11:42:00 | APP: CHCF | 02/12/2021 | APP: CHCF | 02/12/2021 18:02:00 | **EXCEPTION:** COVID-19 | Admitted | 73 | N | 63 |
| 02/11/2021 13:59:00 | APP: CHCF | 02/16/2021 | APP: CHCF | 02/17/2021 13:31:00 | **EXCEPTION:** COVID-19 | Admitted | 69 | N | 59 |
| 02/11/2021 12:24:00 | APP: CHCF | 02/14/2021 | APP: CHCF | 02/14/2021 14:41:00 | **EXCEPTION:** COVID-19 | Admitted | 66 | N | 56 |
| 02/16/2021 11:34:00 | APP: CHCF | 02/17/2021 | APP: CHCF | 02/18/2021 12:19:00 | **EXCEPTION:** COVID-19 | Admitted | 62 | N | 52 |
| 02/16/2021 10:49:00 | APP: CHCF | 02/17/2021 | APP: CHCF | 02/19/2021 12:45:00 | **EXCEPTION:** COVID-19 | Admitted | 57 | N | 47 |
| 02/16/2021 10:39:00 | APP: CHCF | 02/16/2021 | APP: CHCF | 02/17/2021 16:18:00 | **EXCEPTION:** COVID-19 | Admitted | 42 | N | 32 |
| 02/22/2021 14:13:00 | APP: CHCF | 02/25/2021 | APP: CHCF | 02/26/2021 14:48:00 | **EXCEPTION:** COVID-19 | Admitted | 49 | N | 39 |
| 02/22/2021 19:09:00 | APP: CHCF | 02/24/2021 | APP: CHCF | 02/25/2021 16:58:00 | **EXCEPTION:** COVID-19 | Admitted | 45 | N | 35 |
| 02/23/2021 08:04:00 | APP: CHCF | 02/25/2021 | APP: CHCF | 02/26/2021 14:47:00 | **EXCEPTION:** COVID-19 | Admitted | 46 | N | 36 |
| 02/04/2021 15:06:00 | APP: CHCF | 02/05/2021 | APP: CHCF | 02/05/2021 18:00:00 | **EXCEPTION:** COVID-19 | Admitted | 25 | N | 15 |
| 02/03/2021 09:22:00 | APP: CHCF | 02/04/2021 | APP: CHCF | 02/05/2021 10:46:00 | **EXCEPTION:** COVID-19 | Admitted | 17 | N | 7 |
| 01/22/2021 14:30:00 | APP: CHCF | 02/02/2021 | APP: CHCF | 02/03/2021 11:53:00 | **EXCEPTION:** COVID-19 | Admitted | 13 | N | 3 |
| 02/22/2021 14:45:00 | APP: CHCF | 02/24/2021 | APP: CHCF | 02/25/2021 16:46:00 | **EXCEPTION:** COVID-19 | Admitted | 35 | N | 25 |
| 02/22/2021 13:44:00 | APP: CHCF | 02/23/2021 | APP: CHCF | 02/24/2021 11:45:00 | **EXCEPTION:** COVID-19 | Admitted | 33 | N | 23 |
| 02/03/2021 08:47:00 | APP: CHCF | 02/04/2021 | APP: CHCF | 02/05/2021 11:44:00 | **EXCEPTION:** COVID-19 | Admitted | 14 | N | 4 |
| 02/22/2021 11:12:00 | APP: CHCF | 02/22/2021 | APP: CHCF | 02/23/2021 11:54:00 | **EXCEPTION:** COVID-19 | Admitted | 29 | N | 19 |
| 02/03/2021 10:01:00 | APP: CHCF | 02/09/2021 | APP: CHCF | 02/09/2021 13:39:00 | **EXCEPTION:** COVID-19 | Admitted | 15 | N | 5 |
| 02/22/2021 11:36:00 | APP: CHCF | 02/22/2021 | APP: CHCF | 02/23/2021 12:31:00 | **EXCEPTION:** COVID-19 | Admitted | 25 | N | 15 |
| 02/22/2021 12:58:00 | APP: CHCF | 02/23/2021 | APP: CHCF | 02/25/2021 12:31:00 | **EXCEPTION:** COVID-19 | Admitted | 17 | N | 7 |
| 07/02/2020 14:11:00 02/04/2021 14:43:00 | APP: VPP | 02/08/2021 | APP: VPP | 02/09/2021 14:48:12 | **EXCEPTION:** COVID-19 | Admitted | 257 | N | 247 |
| 02/09/2021 16:13:00 | APP: VPP | 02/11/2021 | APP: VPP | 02/14/2021 16:04:00 | **EXCEPTION:** COVID-19 | Admitted | 233 | N | 223 |
| 02/05/2021 13:59:00 | APP: VPP | 02/09/2021 | APP: VPP | 02/10/2021 14:24:00 | **EXCEPTION:** COVID-19 | Admitted | 166 | N | 156 |
| 02/05/2021 15:33:00 | APP: VPP | 02/09/2021 | APP: VPP | 02/10/2021 15:37:00 | **EXCEPTION:** COVID-19 | Admitted | 118 | N | 108 |
| 02/05/2021 16:21:00 | APP: VPP | 02/09/2021 | APP: VPP | 02/10/2021 14:24:00 | **EXCEPTION:** COVID-19 | Admitted | 118 | N | 108 |
| 02/01/2021 13:18:00 | APP: VPP | 02/01/2021 | APP: VPP | 02/01/2021 14:25:00 | **EXCEPTION:** COVID-19 | Admitted | 63 | N | 53 |
| 02/11/2021 13:23:00 | APP: VPP | 02/12/2021 | APP: VPP | 02/16/2021 18:23:00 | **EXCEPTION:** COVID-19 | Admitted | 70 | N | 60 |

## DETAIL OF APP OUT OF COMPLIANCE
## FEBRUARY 2021

| HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|
| 02/16/2021 09:12:00 | APP: VPP | 02/16/2021 | APP: VPP | 02/17/2021 14:56:00 | EXCEPTION: COVID-19 | Admitted | 65 | N | 55 |
| 02/16/2021 12:03:00 | APP: VPP | 02/17/2021 | APP: VPP | 02/18/2021 11:55:00 | EXCEPTION: COVID-19 | Admitted | 66 | N | 56 |
| 02/16/2021 09:47:00 | APP: VPP | 02/17/2021 | APP: VPP | 02/18/2021 18:13:00 | EXCEPTION: COVID-19 | Admitted | 62 | N | 52 |
| 01/27/2021 13:54:00 | APP: VPP | 01/27/2021 | APP: VPP | 02/01/2021 11:51:00 | EXCEPTION: COVID-19 | Admitted | 41 | N | 31 |
| 02/16/2021 12:31:00 | APP: VPP | 02/18/2021 | APP: VPP | 02/19/2021 15:17:00 | EXCEPTION: COVID-19 | Admitted | 52 | N | 42 |
| 02/16/2021 11:53:00 | APP: VPP | 02/19/2021 | APP: VPP | 02/26/2021 19:36:00 | EXCEPTION: COVID-19 | Admitted | 57 | N | 47 |
| 02/22/2021 13:38:00 | APP: VPP | 02/24/2021 | APP: VPP | 02/25/2021 14:47:00 | EXCEPTION: COVID-19 | Admitted | 44 | N | 34 |
| 02/16/2021 14:38:00 | APP: VPP | 02/19/2021 | APP: VPP | 02/24/2021 07:40:00 | EXCEPTION: COVID-19 | Admitted | 49 | N | 39 |
| 02/22/2021 13:26:00 | APP: VPP | 02/24/2021 | APP: VPP | 02/25/2021 16:08:00 | EXCEPTION: COVID-19 | Admitted | 37 | N | 27 |
| 02/22/2021 14:48:00 | APP: VPP | 02/24/2021 | APP: VPP | 02/25/2021 16:08:00 | EXCEPTION: COVID-19 | Admitted | 34 | N | 24 |
| 02/22/2021 08:54:00 | APP: VPP | 02/24/2021 | APP: VPP | 02/25/2021 14:47:00 | EXCEPTION: COVID-19 | Admitted | 31 | N | 21 |
| 02/23/2021 10:31:00 | APP: VPP | 02/24/2021 | APP: VPP | 02/25/2021 16:10:00 | EXCEPTION: COVID-19 | Admitted | 20 | N | 10 |
| 02/22/2021 10:29:00 | APP: VPP | 02/24/2021 | APP: VPP | 02/25/2021 11:24:00 | EXCEPTION: COVID-19 | Admitted | 14 | N | 4 |
| | ICF-High: VPP (Single) | 02/28/2021 | ICF-High: VPP (Single) | 02/28/2021 15:01:00 | | | | | |

**TOTAL DAYS OUT OF COMPLIANCE: 0**

**DETAIL OF ICF OUT OF COMPLIANCE**
**FEBRUARY 2021**

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CCWF | | | EOP-ASU | 12/8/2020 | 12/11/2020 | 2/8/2021 | Single Cell | 02/08/2021 | Female ICF: CIW | 02/08/2021 16:10:00 |
| ICF | SATF | | | MHCB | 10/5/2020 | 10/8/2020 | 1/27/2021 | Unlocked Dorms | 10/26/2020 | ICF-Dorms: CSH | 10/27/2020 14:45:00 |
| | | | | | | | | Unlocked Dorms | 10/27/2020 | ICF-Dorms: ASH | 10/26/2020 11:53:00 |
| | | | | | | | | Unlocked Dorms | 01/27/2021 | ICF-Dorms: ASH | 01/27/2021 12:08:00 |
| ICF | SATF | | | EOP-GP | 10/14/2020 | 10/21/2020 | 1/27/2021 | Unlocked Dorms | 01/27/2021 | ICF-Dorms: ASH | 01/27/2021 12:36:00 |
| ICF | SATF | | | MHCB | 11/24/2020 | 11/30/2020 | 1/27/2021 | Unlocked Dorms | 01/27/2021 | ICF-Dorms: ASH | 01/27/2021 13:42:00 |
| ICF | CIM | | | MHCB | 11/30/2020 | 12/2/2020 | 1/27/2021 | Unlocked Dorms | 01/27/2021 | ICF-Dorms: ASH | 01/27/2021 11:44:00 |
| ICF | CHCF | | | APP | 2/16/2021 | 12/3/2020 | 2/18/2021 | Unlocked Dorms | 02/19/2021 | ICF-Dorms: ASH | 02/19/2021 08:40:00 |
| ICF | CMF | | | MHCB | 12/3/2020 | 12/7/2020 | 2/19/2021 | Unlocked Dorms | 02/19/2021 | ICF-Dorms: ASH | 02/19/2021 14:20:00 |
| ICF | CMC | | | EOP-GP | 12/9/2020 | 12/9/2020 | 2/19/2021 | Unlocked Dorms | 02/19/2021 | ICF-Dorms: ASH | 02/19/2021 15:27:00 |
| ICF | MCSP | | | EOP-GP | 1/14/2021 | 1/19/2021 | 2/18/2021 | Unlocked Dorms | 02/18/2021 | ICF-Dorms: ASH | 02/18/2021 16:06:00 |
| ICF | SATF | | | EOP-GP | 3/17/2020 | 3/24/2020 | 2/11/2021 | Locked Dorms | 03/24/2020 | ICF-Dorms: VPP | 03/24/2020 14:51:00 |
| | | | | | | | | Locked Dorms | 04/16/2020 | ICF-Dorms: VPP | 02/12/2021 10:24:00 |
| | | | | | | | | Locked Dorms | 02/12/2021 | | |
| ICF | LAC | | | EOP-GP | 3/25/2020 | 3/27/2020 | 2/11/2021 | Locked Dorms | 03/27/2020 | ICF-High: SVPP (Multi) | 03/27/2020 14:42:00 |
| | | | | | | | | Locked Dorms | 02/11/2021 | ICF-Dorms: VPP | 02/11/2021 12:34:00 |
| ICF | LAC | | | MHCB | 6/4/2020 | 6/4/2020 | 2/16/2021 | Unlocked Dorms | 02/17/2021 | ICF-Dorms: VPP | 02/17/2021 12:18:00 |
| ICF | SATF | | | EOP-GP | 3/10/2020 | 3/18/2020 | 2/11/2021 | Locked Dorms | 03/19/2020 | ICF-Dorms: VPP | 03/19/2020 11:46:00 |
| | | | | | | | | Locked Dorms | 04/09/2020 | ICF-High: SVPP (Multi) | 04/09/2020 12:23:00 |
| | | | | | | | | Locked Dorms | 02/11/2021 | ICF-Dorms: VPP | 02/11/2021 15:29:00 |
| ICF | CMF | | | MHCB | 2/23/2020 | 2/25/2020 | 2/8/2021 | Single Cell | 02/25/2020 | ICF-High: SVPP (Single) | 02/25/2020 14:22:00 |
| | | | | | | | | Single Cell | 04/03/2020 | ICF-High: VPP (Single) | 04/03/2020 18:05:00 |
| | | | | | | | | Single Cell | 02/08/2021 | ICF-High: CHCF | 02/08/2021 11:07:00 |
| ICF | MCSP | | | EOP-ASU | 7/22/2020 | 7/24/2020 | 2/11/2021 | Single Cell | 02/11/2021 | ICF-High: CHCF | 02/11/2021 12:44:00 |
| ICF | MCSP | | | EOP-GP | 7/23/2020 | 7/31/2020 | 2/11/2021 | Single Cell | 02/11/2021 | ICF-High: CHCF | 02/11/2021 15:36:00 |
| ICF | SAC | | | MHCB | 7/23/2020 | 8/13/2020 | 2/11/2021 | Single Cell | 02/11/2021 | ICF-High: CHCF | 02/11/2021 14:34:00 |
| ICF | SAC | | | EOP-ASU | 9/14/2020 | 9/16/2020 | 2/16/2021 | Single Cell | 02/17/2021 | ICF-High: CHCF | 02/17/2021 09:53:00 |
| ICF | CMF | | | APP | 10/2/2020 | 10/6/2020 | 2/11/2021 | Single Cell | 02/11/2021 | ICF-High: CHCF | 02/11/2021 09:24:00 |
| ICF | SAC | | | EOP-ASU | 9/30/2020 | 10/6/2020 | 2/16/2021 | Single Cell | 02/17/2021 | ICF-High: CHCF | 02/17/2021 08:47:00 |
| ICF | SAC | | | MHCB | 10/14/2020 | 10/14/2020 | 2/16/2021 | Locked Dorms | 02/16/2021 | ICF-High: CHCF | 02/16/2021 15:34:00 |
| ICF | CMF | | | MHCB | 10/26/2020 | 10/29/2020 | 2/11/2021 | Multi Person Cell | 02/12/2021 | ICF-High: CHCF | 02/12/2021 07:44:00 |
| ICF | RJD | | | MHCB | 11/16/2020 | 11/19/2020 | 2/16/2021 | Locked Dorms | 02/18/2021 | ICF-High: CHCF | 02/18/2021 12:30:00 |
| ICF | CMF | | | EOP-ASU | 11/13/2020 | 11/24/2020 | 2/11/2021 | Locked Dorms | 02/12/2021 | ICF-High: CHCF | 02/12/2021 08:37:00 |
| ICF | WSP | | | MHCB | 11/24/2020 | 11/25/2020 | 2/19/2021 | Locked Dorms | 02/19/2021 | ICF-High: CHCF | 02/19/2021 12:19:00 |
| ICF | SAC | | | MHCB | 12/9/2020 | 12/10/2020 | 2/16/2021 | Single Cell | 02/17/2021 | ICF-High: CHCF | 02/17/2021 13:54:00 |
| ICF | COR | | | EOP-ASU | 12/16/2020 | 12/22/2020 | 2/22/2021 | Single Cell | 02/22/2021 | ICF-High: CHCF | 02/22/2021 15:40:00 |
| ICF | SATF | | | MHCB | 5/14/2020 | 5/19/2020 | 2/16/2021 | Locked Dorms | 02/17/2021 | ICF-High: SVPP (Multi) | 02/17/2021 12:52:00 |
| ICF | LAC | | | EOP-GP | 2/27/2020 | 3/3/2020 | 2/8/2021 | Multi Person Cell | 03/03/2020 | ICF-High: VPP (Single) | 03/03/2020 09:38:00 |
| | | | | | | | | Single Cell | 03/28/2020 | ICF-High: SVPP (Single) | 03/28/2020 12:36:00 |
| | | | | | | | | Single Cell | 04/10/2020 | ICF-High: SVPP (Single) | 04/10/2020 09:20:00 |
| | | | | | | | | Single Cell | 02/08/2021 | ICF-High: SVPP (Single) | 02/08/2021 11:15:00 |
| ICF | LAC | | | EOP-ASU | 3/9/2020 | 3/16/2020 | 2/8/2021 | Single Cell | 03/16/2020 | ICF-High: VPP (Single) | 03/16/2020 16:20:00 |
| | | | | | | | | Single Cell | 02/08/2021 | ICF-High: SVPP (Single) | 02/08/2021 12:23:00 |
| ICF | SAC | | | EOP-SHU/PSU | 3/5/2020 | 3/18/2020 | 2/8/2021 | Single Cell | 03/19/2020 | ICF-High: SVPP (Single) | 03/19/2020 09:45:00 |
| | | | | | | | | Single Cell | 02/08/2021 | ICF-High: SVPP (Single) | 02/08/2021 13:46:00 |

**DETAIL OF ICF OUT OF COMPLIANCE**
**FEBRUARY 2021**

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | LAC | ▇ | ▇ | MHCB | 4/14/2020 | 4/15/2020 | 2/8/2021 | Multi Person Cell | 02/09/2021 | ICF-High: SVPP (Single) | 02/09/2021 08:11:00 |
| ICF | SAC | ▇ | ▇ | EOP-ASU | 4/15/2020 | 4/20/2020 | 2/8/2021 | Single Cell | 02/09/2021 | ICF-High: SVPP (Single) | 02/09/2021 11:09:00 |
| ICF | MCSP | ▇ | ▇ | EOP-GP | 5/7/2020 | 5/7/2020 | 2/8/2021 | Single Cell | 02/08/2021 | ICF-High: SVPP (Single) | 02/08/2021 20:04:00 |
| ICF | COR | ▇ | ▇ | EOP-SNY | 5/19/2020 | 5/20/2020 | 2/8/2021 | Single Cell | 02/08/2021 | ICF-High: SVPP (Single) | 02/08/2021 17:44:00 |
| ICF | RJD | ▇ | ▇ | EOP-SNY | 5/27/2020 | 6/1/2020 | 2/5/2021 | Single Cell | 02/06/2021 | ICF-High: SVPP (Single) | 02/06/2021 11:51:00 |
| ICF | LAC | ▇ | ▇ | EOP-ASU | 7/6/2020 | 7/6/2020 | 2/11/2021 | Single Cell | 02/12/2021 | ICF-High: SVPP (Single) | 02/12/2021 13:08:00 |
| ICF | CHCF | ▇ | ▇ | APP | 7/9/2020 | 7/10/2020 | 2/3/2021 | Unlocked Dorms | 09/16/2020 | ICF-High: CHCF | 09/16/2020 13:30:00 |
| | | | | | | | | Unlocked Dorms | 09/23/2020 | ICF-High: CHCF | 09/23/2020 14:58:00 |
| | | | | | | | | Unlocked Dorms | 02/03/2021 | ICF-High: SVPP (Single) | 02/03/2021 13:10:00 |
| ICF | LAC | ▇ | ▇ | MHCB | 7/14/2020 | 7/15/2020 | 2/11/2021 | Locked Dorms | 02/12/2021 | ICF-High: SVPP (Single) | 02/12/2021 12:41:00 |
| ICF | CMF | ▇ | ▇ | APP | 7/15/2020 | 7/21/2020 | 2/17/2021 | Multi Person Cell | 07/21/2020 | ICF-High: VPP (Single) | 07/21/2020 14:57:00 |
| | | | | | | | | Multi Person Cell | 09/04/2020 | ICF-High: VPP (Single) | 09/04/2020 16:10:00 |
| | | | | | | | | Single Cell | 02/17/2021 | ICF-High: SVPP (Single) | 02/17/2021 14:48:00 |
| ICF | LAC | ▇ | ▇ | MHCB | 7/30/2020 | 7/30/2020 | 2/11/2021 | Single Cell | 02/11/2021 | ICF-High: SVPP (Single) | 02/11/2021 13:30:00 |
| ICF | CHCF | ▇ | ▇ | APP | 9/22/2020 | 9/29/2020 | 2/3/2021 | Locked Dorms | 02/03/2021 | ICF-High: SVPP (Single) | 02/03/2021 14:17:00 |
| ICF | CMC | ▇ | ▇ | MHCB | 10/26/2020 | 10/28/2020 | 2/23/2021 | Single Cell | 02/24/2021 | ICF-High: SVPP (Single) | 02/24/2021 09:23:00 |
| ICF | COR | ▇ | ▇ | MHCB | 12/23/2020 | 12/24/2020 | 2/22/2021 | Single Cell | 02/22/2021 | ICF-High: SVPP (Single) | 02/22/2021 17:00:00 |
| ICF | CHCF | ▇ | ▇ | APP | 12/29/2020 | 1/4/2021 | 2/3/2021 | Unlocked Dorms | 02/03/2021 | ICF-High: SVPP (Single) | 02/09/2021 09:36:00 |
| ICF | CMF | ▇ | ▇ | APP | 11/23/2020 | 11/30/2020 | 11/30/2020 | Multi Person Cell | 11/30/2020 | ICF-High: VPP (Multi) | 11/30/2020 14:51:00 |
| ICF | LAC | ▇ | ▇ | EOP-GP | 2/26/2020 | 3/3/2020 | 2/8/2021 | Single Cell | 03/04/2020 | ICF-High: VPP (Single) | 03/04/2020 12:47:00 |
| | | | | | | | | Single Cell | 04/09/2020 | ICF-High: SVPP (Single) | 04/09/2020 15:02:00 |
| | | | | | | | | Single Cell | 02/08/2021 | ICF-High: SVPP (Single) | 02/08/2021 12:35:00 |
| | | | | | | | | Single Cell | 02/10/2021 | ICF-High: VPP (Single) | 02/10/2021 08:47:00 |
| ICF | CMF | ▇ | ▇ | APP | 7/22/2020 | 7/22/2020 | 12/1/2020 | Single Cell | 07/23/2020 | ICF-High: VPP (Single) | 07/23/2020 10:46:00 |
| | | | | | | | | Single Cell | 09/04/2020 | ICF-High: VPP (Single) | 09/04/2020 15:48:00 |
| | | | | | | | | Single Cell | 12/01/2020 | ICF-High: VPP (Single) | 12/01/2020 13:05:00 |
| ICF | CMF | ▇ | ▇ | APP | 8/20/2020 | 8/20/2020 | 12/1/2020 | Single Cell | 08/20/2020 | ICF-High: VPP (Single) | 08/20/2020 16:04:00 |

## DETAIL OF ICF OUT OF COMPLIANCE
## FEBRUARY 2021

| HCPPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| Female ICF: CIW | 02/08/2021 16:10:00 | Female ICF: CIW | 02/11/2021 | Female ICF: CIW | 02/12/2021 15:49:00 | **EXCEPTION:** COVID-19 | Admitted | 63 | N | 33 |
| ICF-Dorms: CSH<br>ICF-Dorms: ASH<br>ICF-Dorms: ASH | 10/27/2020 14:45:00<br>10/26/2020 11:53:00<br>01/27/2021 12:08:00 | ICF-Dorms: ASH<br>ICF-Dorms: CSH<br>ICF-Dorms: ASH | 10/26/2020<br>10/27/2020<br>02/02/2021 | ICF-Dorms: ASH | 02/03/2021 15:03:00 | **EXCEPTION:** COVID-19 | Admitted | 118 | N | 88 |
| ICF-Dorms: ASH | 01/27/2021 12:36:00 | ICF-Dorms: ASH | 01/27/2021 | ICF-Dorms: ASH | 02/03/2021 15:03:00 | **EXCEPTION:** COVID-19 | Admitted | 105 | N | 75 |
| ICF-Dorms: ASH | 01/27/2021 13:42:00 | ICF-Dorms: ASH | 01/27/2021 | ICF-Dorms: ASH | 02/03/2021 15:03:00 | **EXCEPTION:** COVID-19 | Admitted | 65 | N | 35 |
| ICF-Dorms: ASH | 01/27/2021 11:44:00 | ICF-Dorms: ASH | 01/27/2021 | ICF-Dorms: ASH | 02/03/2021 15:23:00 | **EXCEPTION:** COVID-19 | Admitted | 63 | N | 33 |
| ICF-Dorms: ASH | 02/19/2021 08:40:00 | ICF-Dorms: ASH | 02/19/2021 | ICF-Dorms: ASH | 02/26/2021 17:48:00 | **EXCEPTION:** COVID-19 | Admitted | 85 | N | 55 |
| ICF-Dorms: ASH | 02/19/2021 14:20:00 | ICF-Dorms: ASH | 02/26/2021 | ICF-Dorms: ASH | 02/26/2021 23:59:00 | **EXCEPTION:** COVID-19 | Admitted | 81 | N | 51 |
| ICF-Dorms: ASH | 02/19/2021 15:27:00 | ICF-Dorms: ASH | 02/19/2021 | ICF-Dorms: ASH | 02/26/2021 17:48:00 | **EXCEPTION:** COVID-19 | Admitted | 79 | N | 49 |
| ICF-Dorms: ASH | 02/18/2021 16:06:00 | ICF-Dorms: ASH | 02/18/2021 | ICF-Dorms: ASH | 02/19/2021 17:26:00 | **EXCEPTION:** COVID-19 | Admitted | 31 | N | 1 |
| ICF-Dorms: VPP<br>ICF-Dorms: VPP | 04/09/2020 15:27:00<br>02/12/2021 10:24:00 | ICF-Dorms: VPP | 02/16/2021 | ICF-Dorms: VPP | 02/17/2021 15:11:00 | **EXCEPTION:** COVID-19 | Admitted | 330 | N | 300 |
| ICF-Dorms: VPP | 02/11/2021 12:34:00 | ICF-Dorms: VPP | 02/12/2021 | ICF-Dorms: VPP | 02/16/2021 23:16:00 | **EXCEPTION:** COVID-19 | Admitted | 326 | N | 296 |
| ICF-Dorms: VPP | 02/17/2021 12:18:00 | ICF-Dorms: VPP | 02/22/2021 | ICF-Dorms: VPP | 02/23/2021 14:52:00 | **EXCEPTION:** COVID-19 | Admitted | 264 | N | 234 |
| ICF-Dorms: VPP | 02/11/2021 15:29:00 | ICF-Dorms: VPP<br>ICF-High: VPP (Single) | 02/17/2021<br>02/18/2021 | ICF-Dorms: VPP<br>ICF-High: VPP (Single) | 02/18/2021 18:13:00<br>02/18/2021 18:13:00 | **EXCEPTION:** COVID-19 | Admitted | 337 | N | 307 |
| ICF-High: VPP (Single)<br>ICF-High: CHCF | 03/20/2020 08:52:00<br>02/08/2021 11:07:00 | ICF-High: CHCF | 02/11/2021 | ICF-High: CHCF | 02/12/2021 18:14:00 | **EXCEPTION:** COVID-19 | Admitted | 353 | N | 323 |
| ICF-High: CHCF | 02/11/2021 12:44:00 | ICF-High: CHCF | 02/16/2021 | ICF-High: CHCF | 02/16/2021 16:39:00 | **EXCEPTION:** COVID-19 | Admitted | 207 | N | 177 |
| ICF-High: CHCF | 02/11/2021 15:36:00 | ICF-High: CHCF | 02/16/2021 | ICF-High: CHCF | 02/16/2021 16:40:00 | **EXCEPTION:** COVID-19 | Admitted | 200 | N | 170 |
| ICF-High: CHCF | 02/11/2021 14:34:00 | ICF-High: CHCF | 02/16/2021 | ICF-High: CHCF | 02/17/2021 16:21:00 | **EXCEPTION:** COVID-19 | Admitted | 188 | N | 158 |
| ICF-High: CHCF | 02/17/2021 09:53:00 | ICF-High: CHCF | 02/22/2021 | ICF-High: CHCF | 02/23/2021 15:49:00 | **EXCEPTION:** COVID-19 | Admitted | 160 | N | 130 |
| ICF-High: CHCF | 02/11/2021 09:24:00 | ICF-High: CHCF | 02/11/2021 | ICF-High: CHCF | 02/12/2021 18:09:00 | **EXCEPTION:** COVID-19 | Admitted | 129 | N | 99 |
| ICF-High: CHCF | 02/17/2021 08:47:00 | ICF-High: CHCF | 02/19/2021 | ICF-High: CHCF | 02/19/2021 18:22:00 | **EXCEPTION:** COVID-19 | Admitted | 136 | N | 106 |
| ICF-High: CHCF | 02/16/2021 15:34:00 | ICF-High: CHCF | 02/19/2021 | ICF-High: CHCF | 02/26/2021 16:22:00 | **EXCEPTION:** COVID-19 | Admitted | 135 | N | 105 |
| ICF-High: CHCF | 02/12/2021 07:44:00 | ICF-High: CHCF | 02/19/2021 | ICF-High: CHCF | 02/22/2021 12:32:00 | **EXCEPTION:** COVID-19 | Admitted | 116 | N | 86 |
| ICF-High: CHCF | 02/18/2021 12:30:00 | ICF-High: CHCF | 02/24/2021 | ICF-High: CHCF | 02/25/2021 17:25:00 | **EXCEPTION:** COVID-19 | Admitted | 98 | N | 68 |
| ICF-High: CHCF | 02/12/2021 08:37:00 | ICF-High: CHCF | 02/24/2021 | ICF-High: CHCF | 02/26/2021 12:59:00 | **EXCEPTION:** COVID-19 | Admitted | 94 | N | 64 |
| ICF-High: CHCF | 02/19/2021 12:19:00 | ICF-High: CHCF | 02/19/2021 | ICF-High: CHCF | 02/22/2021 15:52:00 | **EXCEPTION:** COVID-19 | Admitted | 89 | N | 59 |
| ICF-High: CHCF | 02/17/2021 13:54:00 | ICF-High: CHCF | 02/19/2021 | ICF-High: CHCF | 02/19/2021 18:23:00 | **EXCEPTION:** COVID-19 | Admitted | 71 | N | 41 |
| ICF-High: CHCF | 02/22/2021 15:40:00 | ICF-High: CHCF | 02/25/2021 | ICF-High: CHCF | 02/26/2021 15:09:00 | **EXCEPTION:** COVID-19 | Admitted | 66 | N | 36 |
| ICF-High: SVPP (Multi) | 02/17/2021 12:52:00 | ICF-High: SVPP (Multi) | 02/23/2021 | ICF-High: SVPP (Multi) | 02/26/2021 15:14:00 | **EXCEPTION:** COVID-19 | Admitted | 283 | N | 253 |
| ICF-High: SVPP (Single)<br>ICF-High: SVPP (Single) | 03/28/2020 12:36:00<br>02/08/2021 11:15:00 | ICF-High: SVPP (Single) | 02/10/2021 | ICF-High: SVPP (Single) | 02/12/2021 15:51:00 | **EXCEPTION:** COVID-19 | Admitted | 346 | N | 316 |
| ICF-High: SVPP (Single) | 02/08/2021 12:23:00 | ICF-High: SVPP (Single) | 02/09/2021 | ICF-High: SVPP (Single) | 02/10/2021 13:28:00 | **EXCEPTION:** COVID-19 | Admitted | 331 | N | 301 |
| ICF-High: SVPP (Single) | 02/08/2021 13:46:00 | ICF-High: SVPP (Single) | 02/10/2021 | ICF-High: SVPP (Single) | 02/10/2021 17:52:00 | **EXCEPTION:** COVID-19 | Admitted | 329 | N | 299 |

**DETAIL OF ICF OUT OF COMPLIANCE**
**FEBRUARY 2021**

| HCPPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| ICF-High: SVPP (Single) | 02/09/2021 08:11:00 | ICF-High: SVPP (Single) | 02/10/2021 | ICF-High: SVPP (Single) | 02/10/2021 21:10:00 | **EXCEPTION:** COVID-19 | Admitted | 301 | N | 271 |
| ICF-High: SVPP (Single) | 02/09/2021 11:09:00 | ICF-High: SVPP (Single) | 02/11/2021 | ICF-High: SVPP (Single) | 02/11/2021 17:43:00 | **EXCEPTION:** COVID-19 | Admitted | 297 | N | 267 |
| ICF-High: SVPP (Single) | 02/08/2021 20:04:00 | ICF-High: SVPP (Single) | 02/09/2021 | ICF-High: SVPP (Single) | 02/10/2021 18:08:00 | **EXCEPTION:** COVID-19 | Admitted | 279 | N | 249 |
| ICF-High: SVPP (Single) | 02/08/2021 17:44:00 | ICF-High: SVPP (Single) | 02/11/2021 | ICF-High: SVPP (Single) | 02/12/2021 18:22:00 | **EXCEPTION:** COVID-19 | Admitted | 268 | N | 238 |
| ICF-High: SVPP (Single) | 02/06/2021 11:51:00 | ICF-High: SVPP (Single) | 02/08/2021 | ICF-High: SVPP (Single) | 02/09/2021 11:38:00 | **EXCEPTION:** COVID-19 | Admitted | 253 | N | 223 |
| ICF-High: SVPP (Single) | 02/12/2021 13:08:00 | ICF-High: SVPP (Single) | 02/23/2021 | ICF-High: SVPP (Single) | 02/26/2021 15:14:00 | **EXCEPTION:** COVID-19 | Admitted | 235 | N | 205 |
| ICF-High: CHCF<br>ICF-High: SVPP (Single) | 09/18/2020 11:45:00<br>02/03/2021 13:10:00 | ICF-High: SVPP (Single) | 02/04/2021 | ICF-High: SVPP (Single) | 02/05/2021 15:56:00 | **EXCEPTION:** COVID-19 | Admitted | 210 | N | 180 |
| ICF-High: SVPP (Single) | 02/12/2021 12:41:00 | ICF-High: SVPP (Single) | 02/23/2021 | ICF-High: SVPP (Single) | 02/26/2021 15:14:00 | **EXCEPTION:** COVID-19 | Admitted | 226 | N | 196 |
| ICF-High: VPP (Single)<br>ICF-High: SVPP (Single) | 08/31/2020 11:24:00<br>02/17/2021 14:48:00 | ICF-High: SVPP (Single) | 02/23/2021 | ICF-High: SVPP (Single) | 02/24/2021 17:46:00 | **EXCEPTION:** COVID-19 | Admitted | 218 | N | 188 |
| ICF-High: SVPP (Single) | 02/11/2021 13:30:00 | ICF-High: SVPP (Single) | 02/12/2021 | ICF-High: SVPP (Single) | 02/22/2021 13:15:00 | **EXCEPTION:** COVID-19 | Admitted | 207 | N | 177 |
| ICF-High: SVPP (Single) | 02/03/2021 14:17:00 | ICF-High: SVPP (Single) | 02/03/2021 | ICF-High: SVPP (Single) | 02/04/2021 15:29:00 | **EXCEPTION:** COVID-19 | Admitted | 128 | N | 98 |
| ICF-High: SVPP (Single) | 02/24/2021 09:23:00 | ICF-High: SVPP (Single) | 02/24/2021 | ICF-High: SVPP (Single) | 02/24/2021 09:24:00 | **EXCEPTION:** COVID-19 | Admitted | 119 | N | 89 |
| ICF-High: SVPP (Single) | 02/22/2021 17:00:00 | ICF-High: SVPP (Single) | 02/24/2021 | ICF-High: SVPP (Single) | 02/26/2021 15:14:00 | **EXCEPTION:** COVID-19 | Admitted | 64 | N | 34 |
| ICF-High: SVPP (Single) | 02/09/2021 09:36:00 | ICF-High: SVPP (Single) | 02/09/2021 | ICF-High: SVPP (Single) | 02/11/2021 12:35:00 | **EXCEPTION:** COVID-19 | Admitted | 38 | N | 8 |
| ICF-High: VPP (Multi) | 11/30/2020 14:51:00 | ICF-High: VPP (Multi) | 02/03/2021 | ICF-High: VPP (Multi) | 02/03/2021 11:23:00 | **EXCEPTION:** COVID-19 | Admitted | 65 | N | 35 |
| ICF-High: VPP (Single)<br>ICF-High: SVPP (Single)<br>ICF-High: VPP (Single) | 03/28/2020 12:11:00<br>02/08/2021 12:35:00<br>02/10/2021 08:47:00 | ICF-High: VPP (Single) | 02/12/2021 | ICF-High: VPP (Single) | 02/16/2021 23:16:00 | **EXCEPTION:** COVID-19 | Admitted | 350 | N | 320 |
| ICF-High: VPP (Single)<br>ICF-High: VPP (Single) | 08/31/2020 13:55:00<br>12/01/2020 13:05:00 | ICF-High: VPP (Single) | 02/22/2021 | ICF-High: VPP (Single) | 02/23/2021 09:43:00 | **EXCEPTION:** COVID-19 | Admitted | 216 | N | 186 |
| ICF-High: VPP (Single) | 12/01/2020 13:47:00 | ICF-High: VPP (Single) | 02/25/2021 | ICF-High: VPP (Single) | 02/26/2021 10:20:00 | **EXCEPTION:** COVID-19 | Admitted | 190 | N | 160 |

**TOTAL DAYS OUT OF COMPLIANCE     0**