Shawna L. Ballard (SBN 155188)
sballard@reichmanjorgensen.com
Kate M. Falkenstien (SBN 313753)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>        Plaintiffs,<br><br> v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | Case No. 2:90-cv-00520 KJM DB P<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br>Judge: Hon. Kimberly J. Mueller |

## NOTICE OF CHANGE OF FIRM NAME

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the law firm of Reichman Jorgensen LLP, counsel for Plaintiff-Intervenor Christopher Lipsey, has changed its name to Reichman Jorgensen Lehman & Feldberg LLP, effective immediately. The address is unchanged.

Dated: March 17, 2021.

Respectfully submitted,

/s/ *Kate M. Falkenstien*

Shawna L. Ballard (SBN 155188)
Kate Falkenstien (SBN 313753)
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449
sballard@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*