| | |
|---|---|
| Xavier Becerra, State Bar No. 118517<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Lucas Hennes, State Bar No. 278361<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Laurel E. O'Connor, SBN 305478<br>David C. Casarrubias, SBN 321994<br>1676 N. California Blvd., Suite 620<br>Walnut Creek, California 94596<br>Telephone:  925-746-8460<br>Facsimile:  925-746-8490<br>Email:  pmello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>Roman M. Silberfeld, State Bar No. 62783<br>Glenn A. Danas, State Bar No. 270317<br>Robins Kaplan llp<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>      Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DEFENDANTS' RESPONSE TO DECEMBER 17, 2020 ORDER RE CQIT INDICATORS**<br><br>Judge:    Hon. Kimberly J. Mueller |

In accordance with this Court's December 17, 2020 Order (ECF No. 6996), and consistent with the positions set forth in Defendants' November 2, 2020 filing, attached as Exhibit A is CDCR's current list of "key indicators" for its Continuous Quality Improvement Tool (CQIT). CDCR has worked closely with the Special Master for years on CQIT and its list of indicators has continuously evolved. The list in Exhibit A also reflects changes from the 2018 Update to the Program Guide and the Compendium of Custody Related Remedial Measures.

To provide the Court with additional information and context about CQIT, Exhibit A also includes a list of non-key informational quality improvement indicators which do not measure material provisions of the Program Guide, Compendium, or court orders, and may also continuously evolve.

Consistent with the December 17, 2020 Order, discussion of the compliance rate and methodology for measuring compliance (including whether compliance should be assessed holistically and/or which percentage(s) should be applied to the indicators to measure compliance) are omitted from this filing. However, the identification of "key" indicators is inextricably intertwined with the issue of compliance, and therefore, as Defendants engage in further discussion with the Special Master regarding compliance and we learn more about the weight to be accorded various indicators, Defendants' list of key indicators may be modified. Defendants look forward to further discussion with the Special Master on this subject.

DATED:  March 17, 2021                                  HANSON BRIDGETT LLP

By:      /s/ Samantha Wolff
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants

Dated:  March 17, 2021                                  Respectfully Submitted,

Xavier Becerra
Attorney General of California
Damon McClain
Supervising Deputy Attorney General

/s/ Elise Owens Thorn

Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

-2-      Case No. 2:90-CV-00520- KJM-DB

17338906.2        DEFS.' RESP. TO DECEMBER 17, 2020 ORDER RE CQIT INDICATORS