# Exhibit A

*Coleman v. Newsom*

**Defendants' Current List of Continuous Quality Improvement (CQI) Indicators[1]**

### 1. <u>Access to Care</u>[2,3]

| Key Indicators[4] |
|---|
| Timely MH Referrals |
| Timely PC Contacts |
| Timely Psychiatry Contacts |
| Timely IDTTs |
| Treatment Offered |
| Timely Transfers to CCCMS/EOP |
| Timely Admissions to MHCB |
| MHSDS Patients Transferred out of Desert Institutions |
| Timely Placement of ASU/SHU CCCMS in STRH/LTRH |
| Timely RC Screen |

---

[1] The indicators listed below generally only track information currently part of the CQI process, which is still under development. This list of indicators is also subject to revision and update as CDCR determines not only what is most helpful to measure, but also the specific way in which something should be measured. For example, as noted in the Suicide Prevention Activation schedule provided to the Court, CDCR is working on a Suicide Prevention and Response Focused Improvement Team (SPRFIT) Reboot which will include creating an automated SPRFIT report. The automated report will include indicators related to recommendations from Mr. Hayes, as well as other indicators that the SPRFITs may find informational. Testing of the automated report is anticipated to occur between April and July 2021. CDCR anticipates the automated report will be ready for statewide implementation in December 2021. CDCR is also working on a Suicide Prevention CQI Audit, which is anticipated to completed and ready for use by April 30, 2021. Once these items are complete, CDCR will incorporate the appropriate indicators into the larger CQI process.

[2] Access to Care is one of ten subject areas that are audited by CDCR's CQI Tool. Four of the ten subject areas consist solely of informational indicators. "Key" indicators vary in terms of importance, thus compliance should be measured holistically to determine adequacy within a subject area. Defendants understand that the Special Master intends to defer discussion on benchmark compliance and methodology until after March 17, 2021.

[3] In addition to this list of information, CDCR incorporates other information, such as the number of use of force incidents, answers to binary questions, and review of qualitative measures in the written part of the reports.

[4] "Key" indicators track material provisions of the Program Guide, Compendium, and court orders, which, when "taken as a whole and met at the requisite degree of compliance, signal constitutionally adequate compliance." *See* ECF No. 6996 at 7:20-23. However, not all of the *specific* Program Guide, Compendium or court-ordered requirements that may be tracked by a key indicator reflect a constitutional requirement. For example, patients need to be referred to mental health clinicians in a timely manner under the Eighth Amendment ("Timely MH Referrals"), but the specific timeframes within the Program Guide for mental health referrals are policy choices informed by community and correctional best practices; they do not necessarily reflect Defendants' understanding of what the Eighth Amendment requires. Work continues to translate the "key" indicators into specific criteria to measure the key indicators as part of a CQI assessment.

17367196.1

| Informational Quality Improvement Indicators[5] |
|---|
| Appointments Seen As Scheduled |
| Treatment Attended |
| Treatment Cancelled |
| Treatment Refused |
| Housing Units where 128 MH-5s are Accessible and Available to Housing Unit Staff |
| Custody MH Referrals |
| Patients Perception Re Access to Care |

## 2. Suicide Prevention

| Key Indicators |
|---|
| Timely Discharge Follow Ups |
| Timely Suicide Risk Assessments |
| Patients Referred to MHCB on Continuous Direct Visual Observation |
| Patients in Alt Housing with Watch Staff Actively Observing |
| Timely and Documented Nursing Rounds |
| Confidential and Documented R&R Screens |
| Housing Unit/Inmate Living Areas with Cut Down Kits and Inventoried Daily |
| Custody Follow Ups for MHCB Discharges |
| Alternative Housing Cells Located in Space Consistent with Policy Specifications |
| Health Care & Custody Staff with Suicide Prevention Training |
| Emergency Response Procedures for Self-Injurious behaviors and suicide attempts |
| MHCB Daily Provider Checks |
| **Informational Quality Improvement Indicators** |
| SREs that Met All Audit Criteria |
| 5 Day Follow-Ups With Documentation of Current Suicidality |
| Discharges from MHCB with Clinician Review of Discharge Summary |
| Interventions for High Utilizers Tailored to Decrease Risk |
| Suicide Count |
| Percentage of Patients in Alt Housing with a Bed |

---

[5] "Informational Quality Improvement" indicators are not "key" indicators because they either do not measure Program Guide, Compendium, or court-ordered requirements, or they do not measure material provisions of the Program Guide, Compendium, or court orders, but are included within CQI to aid quality improvement.

| |
|---|
| APP/ICF Discharges with Clinician to Clinician Contact Within 5 Days |
| SRE Mentor Program |

### 3. Quality of Care

| **Key Indicators** |
|---|
| IDTT Staffing |
| Documentation of Patients Potentially Requiring a Higher Level of Care |
| Treatment Plans with Satisfactory Documentation |
| Treatment Plans with Reason for Refusal and Intervention Documented for High Refusers |
| Treatment Plans with Documented and Implemented Pre-Release Plans |
| IDTTs in which PC Intake Evaluations were Completed Prior to Initial IDTT |
| IDTTs in which Psychiatry Intake Evaluations were Completed Prior to Initial IDTT |
| Orders Reviewed with Properly Documented Observation Orders |
| MHCB Records with Rationale for Limited Issues of Clothing and Bedding |
| EOP IDTT Discussion of Clinical Appropriateness for Work, Education Accommodation |
| MHCB property and privileges |
| Timely MHCB Intake Evaluations |
| Effective Communication Achieved |
| IDTTs in a Confidential Setting |
| Group Treatment in a Confidential Setting |
| RC Screens in a Confidential Setting |
| **Informational Quality Improvement Indicators** |
| Primary Clinician Continuity of Care |
| Psychiatrist Continuity of Care |
| IDTTs Meeting All Audit Criteria |
| IDTTs Observed in Which Management of Patients Resistant to TX is Addressed Through an Individualized TX Intervention and Goals With Custody Input |
| IDTTs with Measureable Treatment Goals |
| Patient Perception of IDTT |
| Patient Perception of Individual Treatment |
| Patient Perception of Group Benefits |

| |
|---|
| Groups Started On Time and Attempts Made to Engage All Participants |
| Groups Where Leader Related Content to Treatment Issues |
| Patients Without Conflicting Diagnoses |
| EOP and CCCMS with No Provisional or Rule Out DX Over 90 Calendar Days |
| Standardized Statewide Peer Review |

### 4. Specialized Custody

| Key Indicators |
|---|
| RVR MHAs Where Patient was Informed of Confidentiality Limits |
| RVRs Recommended for Mitigation with Documentation of Consideration of Mitigation |
| Days Where Heat Plan was Activated and Alternative Out of Cell Activities Offered |
| Inmates Not Requiring Restraints for MH Treatment Attended Outside a TTM |
| Appropriate Documentation of the Requirement for Mechanical Restraints for MHCB Patients |
| Thermometer Checks Completed and Accurate |
| Timely MH RVR Assessments |
| Staff Interviewed Following Unclothed Body Search Policy |
| Whether Cooling and Hydrating Measures were Implemented During a Heat Alert |
| **Informational Quality Improvement Indicators** |
| Completed RVRs Requiring MHAs |
| Percentage of RVRs with an Assessed SHU Term in which the ICC Noted Mental Health Recommendations on the ICC Chrono |
| Use of Force involving MH Inmates |

### 5. Medication Management

| Key Indicators |
|---|
| Medication Admin: Chronic Care Medications Historical Administration (Psychiatrist) |
| Medication Admin: Outpatient Provider New Medication Orders (Psychiatrist) |
| Diagnostic Monitoring-Antipsychotics |

| |
|---|
| Diagnostic Monitoring-Clozapine |
| Diagnostic Monitoring-Mood Stabilizers |
| Diagnostic Monitoring-Antidepressants |
| Diagnostic Monitoring-QT Prolongation EKG 12 Months |
| Continuity of Medication Upon Inter-Institutional Transfer at R&R |
| Continuity of NA/DOT Meds with Intra-Institutional Transfers (Excluding ASU/SHU/PSU) |
| Continuity of Medication: Mental Health Crisis Bed (MHCB) Transfers |
| Continuity of Medication with Intra-Institutional Transfers to ASU/SHU/PSU |
| Continuity of Medication: Discharge/Transfer from a Community Hospital and/or DSH |
| Medication Compliance with PC 2602, Involuntary Meds: Court Order |
| Medication Compliance with PC 2602, Involuntary Meds: Med Order |
| **Informational Quality Improvement Indicators** |
| Perception of Medication Delivery |
| Percentage of patients on 10+ medications that have a completed CDCR 7540 Polypharmacy Review form found in the designated section of the eUHR within the past 12 months |
| Percentage of medications prescribed by Psychiatrists that are non-formulary. This measure excludes all medications prescribed by Primary Care Providers. Data source: Guardian Pharmacy Database |

## 6. Restricted Housing

| **Key Indicators** |
|---|
| Timely Placement of ASU EOPs in Appropriate Housing |
| Timely Psych Tech Rounds Completed |
| Timely ASU Pre-Screens |
| Refused ASU MH Screenings Resulting in Timely Clinician Contact |
| Timely ASU Screenings After Arrival |
| Untimely ASU Welfare Checks Audited |
| ICCs with Mental Health Clinicians present and relevant information provided |
| ASU Intake Inmates Appropriately Housed |
| Cells Reviewed Where Inmates Are Allowed Approved Entertainment Devices |
| Confidential ASU Screens |
| ASU Out of Cell Time Offered |
| Weeks in which Yard was Offered According to STRH/LTRH Policy |

|   |   |
|---|---|
|   | Weeks in which Shower Access in ASU was Offered as Required |
|   | Units in which Staff can Identify NDS Patients and Have Tracking System for Phone Calls and Property |
| **Informational Quality Improvement Indicators** | |
|   | Warden Review of Cases Over 90 Days |
|   | EOP Hub CCII and Captain Review for LOS Over 90 Days |
|   | Percentage of Inmates with LOS Over 150 Days in which ASU Case Reviews were Completed On Time |
|   | ASU, STRH, LTRH Morning Meetings meeting All Audit Criteria |
|   | Percentage of Initial ICCs Reviewed and Held within 10 Calendar Days of Arrival |
|   | Number of EOP and CCCMS Patients in ASU |
|   | High Refusers Due to Custody Reasons with Documented Plan of Action |
|   | Percentage of Psych Tech Round Documentation That Meets All Audit Criteria |
|   | Percentage of PT rounds Documented While at Cell Front |
|   | Psych Tech Rounds Where EC and Interaction with Patient are Achieved/Attempted and Appropriate Referrals are Made as Indicated |
|   | Percentage of Psych Tech Rounds meeting General Process Requirements |
|   | Percentage of nursing staff current with CPR training. |
|   | Custody Officers with CPR training |
|   | Percentage of IDTTs Observed in which a Health Record and C-File were Available |
|   | Percentage of Peace Officers Observed to Carry their CPR Mouth Shield |
|   | Percentage of Eligible MHSDS Patients Receiving Milestone Credits |
|   | RVR MH Assessments Where All Documentation Requirements Were Met |
|   | RVR MH Assessments Conducted in Private Setting |
|   | Use of Force MH Assessments Meeting Documentation Requirements |
|   | Compare Percent of Inmate Overall that Received RVRs with Percentage of MH Inmates that Received RVRs |

17367196.1

## 7. Staffing[6]

| Classifications - Informational |
|---|
| Chief Psychiatrist |
| Chief Psychologist, Correctional Facility |
| Senior Psychologist, Correctional Facility (Supervisor) |
| Senior Psychiatrist (Supervisor), Correctional and Rehabilitative Services (Safety) |
| Supervising Psychiatric Social Worker I, Correctional Facility |
| Senior Psychiatrist (Specialist), Correctional and Rehabilitative Services (Safety) |
| Senior Psychologist, Correctional Facility (Specialist) |
| Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) |
| Recreation Therapist, Correctional Facility |
| Psychologist-Clinical, Correctional Facility |
| Clinical Social Worker (Health/Correctional Facility) - Safety |

## 8. Facility

| Informational Quality Improvement Indicators |
|---|
| Adequate Group Treatment Space |
| Percentage of all MHCB and Alternative Housing Cells Observed that are Clean and Had an Up to Date Cleaning Schedule |
| Adequate IDTT Space |
| Treatment Module/Security Desk Standards |
| Adequate Individual Treatment Space |

## 9. Additional Patient Safety Measures

| Informational Quality Improvement Indicators |
|---|
| Number of Episodes of Heat Related Illnesses Occurring in MHSDS Patients Receiving Heat Alert Medication |
| Number of Clinical Restraint Occurrences Within the MHCB (five point restraints) |
| Restraint Rate |
| Percentage of Clinical Restraint Occurrences Meetings All of the Audit Criteria |

---

[6] CDCR reports on the number of allocated and filled positions for each above classification in its CQI reports.

7

17367196.1

| |
|---|
| Seclusion Duration |
| Seclusion Rate |

## 10. <u>Utilization and Resource Management</u>

| **Informational Quality Improvement Indicators** |
|---|
| MHCB and APP/ICF Discharges Not Readmitted within 30 Days |
| MHCB Physical Discharges within Timeframes |
| MHCB Clinical Stays within Timeframes |
| Accepted APP/ICF Referrals |

17367196.1