1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      RALPH COLEMAN, et al.,                        No.  2:90-cv-0520 KJM DB P

12                     Plaintiff,

13            v.                                       ORDER

14      GAVIN NEWSOM, et al.,

15                     Defendants.

16

17

18          The matter of payment of the special master has been referred to this court by the district

19   court. The court has reviewed the bill for services provided by the Special Master in the above-

20   captioned case through the month of January 2021.

21          Good cause appearing, IT IS HEREBY ORDERED that:

22              1.  The Clerk of the Court is directed to pay to

23                     Pannone Lopes Devereaux & O'Gara LLC
                       Attn:  Matthew A. Lopes, Jr., Esq., Special Master
24                     Northwoods Office Park, Suite 215N
                       1301 Atwood Avenue
25                     Johnston, RI  02919

26

27   the amount of $640,354.35 as payment of the statement attached to this order; and

28                                                1

2.  A copy of this order shall be served on the financial department of this court.

Dated:  March 18, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole21.jan

**RALPH COLEMAN, et al.,**
        **Plaintiffs,**

v.

**EDMUND G. BROWN, JR., et al.**
        **Defendants.**

: : : : : : : :

**No. Civ. S-90-0520 LKK JFM P**

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through January 31, 2021.

Matthew A. Lopes, Jr., Special Master
        Services                    $35,126.00
        Disbursements          $ 3,934.85

                Total amount due                        $39,060.85

Mohamedu F. Jones, J.D., Deputy Special Master
        Services                    $36,650.00
        Disbursements          $      0.00

                Total amount due                        $36,650.00

Kerry F. Walsh, J.D., Deputy Special Master
        Services                    $36,550.00
        Disbursements          $      0.00

                Total amount due                        $36,550.00

Kristina M. Hector, J.D.
        Services                    $37,200.50
        Disbursements          $      0.00

                Total amount due                        $37,200.50

Steven W. Raffa, J.D.
        Services                    $      0.00
        Disbursements          $      0.00

                Total amount due                        $      0.00

Regina M. Costa, MSW., J.D.
        Services                    $33,370.00
        Disbursements          $      0.00

                Total amount due                        $33,370.00

3

LaTri-c-ea McClendon-Hunt, J.D.
        Services                $ 9,376.50
        Disbursements       $     0.00

            Total amount due             $ 9,376.50

Angelyne E. Cooper, J.D.
        Services                $25,004.00
        Disbursement        $     0.00

            Total amount due             $25,004.00

Rachel Gribbin
        Services                $12,597.00
        Disbursement        $     0.00

            Total amount due             $12,597.00

Lana L. Lopez
        Services                $31,578.00
        Disbursement        $     0.00

            Total amount due             $31,578.00

Braxton H. Medlin
        Services                $25,262.50
        Disbursement        $     0.00

            Total amount due             $25,262.50

Michael F. Ryan, Jr.
        Services                $22,231.00
        Disbursement        $     0.00

            Total amount due             $22,231.00

William J. Trezvant
        Services                $21,291.00
        Disbursement        $     0.00

            Total amount due             $21,291.00

Sofia A. Millham
        Services                $22,895.00
        Disbursement        $     0.00

            Total amount due             $22,895.00

Kerry C. Hughes, M.D.
     Services                $27,100.00
     Disbursements     $     0.00

           Total amount due         $27,100.00

Jeffrey L. Metzner, M.D.
     Services                $17,625.00
     Disbursements     $     0.00

           Total amount due         $17,625.00

Mary Perrien, Ph.D.
     Services                $11,725.00
     Disbursements     $     0.00

           Total amount due         $11,725.00

Patricia M. Williams, J.D.
     Services                $15,016.50
     Disbursements     $     0.00

           Total amount due         $15,016.50

Henry A. Dlugacz, MSW, J.D.
     Services                $20,925.00
     Disbursements     $     0.00

           Total amount due         $20,925.00

Lindsay M. Hayes
     Services                $14,975.00
     Disbursements     $     0.00

           Total amount due         $14,975.00

Timothy A. Rougeux
     Services                $25,074.50
     Disbursements     $     0.00

           Total amount due         $25,074.50

Cynthia A. Radavsky, M.Ed
     Services                $ 5,405.00
     Disbursements     $     0.00

           Total amount due         $ 5,405.00

Roderick Q. Hickman
        Services             $  1,692.00
        Disbursements    $      0.00

            Total amount due        $  1,692.00

Maria Masotta, Psy.D.
        Services             $13,475.00
        Disbursements    $      0.00

            Total amount due        $13,475.00

Karen Rea PHN, MSN, FNP
        Services             $19,050.00
        Disbursements    $      0.00

            Total amount due        $19,050.00

EmployStats
        Services             $      0.00
        Disbursements    $      0.00

            Total amount due        $      0.00

James F. DeGroot, Ph.D.
        Services             $21,000.00
        Disbursements    $      0.00

            Total amount due        $21,000.00

Brian J. Main, Psy.D.
        Services             $20,675.00
        Disbursements    $      0.00

            Total amount due        $20,675.00

Kahlil Johnson, M.D.
        Services             $  9,700.00
        Disbursements    $      0.00

            Total amount due        $  9,700.00

Sharen Barboza, PhD.
        Services             $23,125.00
        Disbursements    $      0.00

            Total amount due        $23,125.00

Daniel F. Potter, PhD.

| | | |
|---|---|---|
| Services | $40,725.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $40,725.00 |

**TOTAL AMOUNT TO BE REIMBURSED**          **$640,354.35**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master