DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S TWENTY-EIGHTH ROUND MONITORING REPORT**<br><br>Judge: Hon. Kimberly J. Mueller |

[3707261.1]

On March 15, 2021, Defendants filed objections to the Special Master's Twenty-Eighth Round Monitoring Report ("Report"). *See* Defs' Objections, ECF No. 7082 (March 15, 2021). Plaintiffs request that the Court grant them leave to respond to Defendants' objections. Plaintiffs support the majority of the findings in the Report, and Defendants' objections raise several erroneous or misleading arguments in support of their request that the Court "correct" the Report and "address" Defendants' objections in any order adopting the Report's findings. *Id.* at 2, 5. For example, Defendants assert that "the Report improperly calculated telepsychitry vacancy rates separately from other psychiatry fill rates," and that "[p]sychiatry vacancy rates have long been calculated according to the *total* number of allocated psychiatrists under the 2002 staffing order." *Id.* at 2. Plaintiffs seek an opportunity to demonstrate why these and other arguments in Defendants' objections lack merit.

The Order of Reference makes clear that Plaintiffs' input and involvement is critical to the *Coleman* remedial process. *See* Order of Reference, ECF No. 640 at 2 (Dec. 11, 1995). Accordingly, Plaintiffs request that the Court grant them six days, until Wednesday, March 24, 2021, to respond to Defendants' objections.

DATED: March 18, 2021

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Alexander Gourse*
    Alexander Gourse

Attorneys for Plaintiffs

[3707261.1]

1

PLAINTIFFS' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S TWENTY-EIGHTH ROUND MONITORING REPORT