MATTHEW RODRIQUEZ, State Bar No. 95976
Acting Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:   925-746-8460
FACSIMILE:   925-746-8490
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DEFENDANTS' PERSONS-MOST-KNOWLEDGEABLE DESIGNATION IN RESPONSE TO THE COURT'S DECEMBER 24, 2020 ORDER**<br><br>Judge: Hon. Kimberly J. Mueller |

This Court's February 18, 2021 order directed Defendants to "identify in a filing with the court the person or persons most knowledgeable of the steps required to forecast, plan for, and implement the return to full Program Guide Compliance." Feb. 18, 2021 Order at 2:14-17 (ECF No. 7064). In addition, the February 18, 2021 order further stated that the parties and the Special Master should be prepared to discuss next steps in the roll-out of the Continuous Quality Improvement Tool and implementation of DSH and CDCR's proposed inpatient staffing plans. *Id.* at 2:4-5; 3:1-3.

In response to, and consistent with that order, Defendants designate the following individuals as the persons most knowledgeable with respect to CDCR:

- Dr. Joseph Bick, Director, Division of Correctional Health Care Services.
- Dr. Amar Mehta, Deputy Director, Mental Health Services, Division of Health Care Services. (Dr. Mehta will also be prepared to discuss inpatient staffing within CDCR's facilities.)

In response to, and consistent with that order, Defendants designate the following individuals as the persons most knowledgeable with respect to DSH:

- Stephanie Clendenin, Director, California Department of State Hospitals.
- Dr. Katherine Warburton, Medical Director, California Department of State Hospitals.

The above persons most knowledgeable will be in attendance at the March 25, 2021 status conference.

DATED: March 18, 2021            HANSON BRIDGETT LLP

By:  */s/ Samantha Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants

DATED: March 18, 2021            MATTHEW RODRIQUEZ
Acting Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/S/ ELISE OWENS THORN
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*