UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No.  2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On November 14, 2019, Christopher Lipsey (Lipsey) filed a motion to intervene in this action to seek relief from alleged sleep deprivation he claims is caused by the use of Guard One welfare checks in administrative segregation units (ASUs) and security housing units (SHUs) in prison institutions in the California Department of Corrections and Rehabilitation (CDCR).  On February 14, 2020, Lipsey filed a motion for temporary restraining order seeking specific relief from operation of Guard One in the SHU at California State Prison-Corcoran (CSP-Corcoran). *See* ECF No. 6462-2 at 25.  On February 26, 2020, the court heard argument on both motions.  At hearing the court signaled Lipsey's motion to intervene would be granted; the motion was granted in a written order filed February 27, 2020.  February 27, 2020 Order, ECF No. 6487.

/////

/////

1    The motion for temporary restraining order has been fully briefed, and the parties

2  have engaged in informal settlement discussions with the court's Special Master.  On November

3  5, 2020, Lipsey filed an amended complaint in intervention.  ECF No. 6941.  According to the

4  allegations of the amended complaint, Lipsey is now housed in the Kern Valley ASU and

5  continues to suffer harm from sleep deprivation caused by Guard One checks.  He seeks

6  preliminary and permanent injunctive relief preventing defendants from subjecting him to the

7  noise caused by the Guard One checks as described in the allegations of the amended complaint.

8  ECF No. 6941 at 6.

9    "The underlying purpose of a TRO is to preserve the status quo and prevent

10  irreparable harm before a preliminary injunction hearing is held."  *Hawai'i v. Trump*,

11  241 F. Supp. 3d 1119 (D. Hawai'i 2017) (citing *Granny Goose Foods v. Brotherhood of*

12  *Teamsters and Auto Truck Drivers Local No. 70 of Alameda County*, 415 U.S. 423, 439 (1974)

13  and *Reno Air Racing Ass'n v. McCord*, 452 F.3d 1126, 1130–31 (9th Cir. 2006)).  Here, more

14  than six months have passed since Lipsey's motion was fully briefed, the parties have engaged in

15  discovery, and Lipsey has transferred to a different prison and filed an amended complaint.  The

16  underlying purpose of temporary injunctive relief is not served by ruling on the motion filed by

17  Lipsey more than a year ago, which he has not sought to supplement or update.  Instead, the

18  parties will be directed to meet and confer and propose a schedule for adjudication of Lipsey's

19  claim on the merits, either by motion for summary judgment or evidentiary hearing.  Lipsey's

20  motion for temporary restraining order will be denied without prejudice.

21    In accordance with the above, IT IS HEREBY ORDERED that:

22    1.  Plaintiff/Intervenor Christopher Lipsey's motion for temporary restraining

23    order, ECF No. 6462, is denied without prejudice; and

24    2.  Within thirty days from the date of this order, the parties shall meet and confer

25    and file a joint statement proposing a schedule for adjudication of Lipsey's

26    claim on the merits.

27  DATED:  March 19, 2021.

28

CHIEF UNITED STATES DISTRICT JUDGE