MATTHEW RODRIQUEZ, State Bar No. 95976
Acting Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
  1676 N. CALIFORNIA BLVD., SUITE 620
  WALNUT CREEK, CALIFORNIA 94596
  TELEPHONE: 925-746-8460
  FACSIMILE: 925-746-8490
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' RESPONSE TO FEBRUARY 18, 2021 ORDER REQUIRING DEFENDANTS TO FILE THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S PROPOSED PSYCHIATRIC INPATIENT PROGRAM STAFFING PLAN**<br><br>Judge:   Hon. Kimberly J. Mueller |

[3708055.3]

1

Defs.' Resp. to Feb. 18, 2021 Order  (2:90-cv-00520 KJM-DB (PC))

17383336.2

On February 18, 2021, the Court issued an order requiring the California Department of Corrections and Rehabilitation (CDCR) to file their Proposed Psychiatric Inpatient Programs (PIP) staffing plan not later than March 22, 2021. (ECF No. 7064.)

On March 13, 2021, Defendants provided their proposed PIP staffing plan to the Special Master and the Plaintiffs.  The parties subsequently met with the Special Master on March 18, 2021, to discuss the specifics of the proposed staffing plan.  Both the Special Master and the Plaintiffs asserted that they could not fully assess the proposed staffing plan without more information, including additional information related to nursing and custody staffing levels.  Defendants agreed to continue the discussion and offered to make certain custodial staffing information available to Plaintiffs and the Special Master by April 15, 2021, and to make every effort to facilitate California Correctional Health Care Services' (CCHCS) exchange of nursing staffing information.  However, Plaintiffs refused to stipulate to extend the March 22 deadline unless Defendants committed to a specific deadline by which CCHCS would provide nursing staffing information to the parties.  But, as Defendants explained to Plaintiffs, CDCR cannot bind CCHCS to an agreement.

Accordingly, Defendants submit the attached staffing plan to the Court in response to the February 18 order, recognizing that Plaintiffs and the Special Master might have benefitted from additional time to review nursing and custody staffing information.  Defendants are willing to continue to discuss the plan with the Special Master and provide additional information to refine the plan as necessary.

DATED:  March 22, 2021                          HANSON BRIDGETT LLP


By:     *s/ Samantha Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants

[3708055.3]                                                       1

Defs.' Resp. to Feb. 18, 2021 Order  (2:90-cv-00520 KJM-DB (PC))

17383336.2

1  DATED: March 22, 2021                    Respectfully Submitted,

2                                                              Matthew Rodriquez
3                                                              Acting Attorney General of California
                                                               Damon McClain
4                                                              Supervising Deputy Attorney General

5
                                                     By:      *s/ Elise Owens Thorn*
6                                                              ELISE OWENS THORN
7                                                              Deputy Attorney General
                                                               Attorneys for Defendants

[3708055.3]                              2

Defs.' Resp. to Feb. 18, 2021 Order  (2:90-cv-00520 KJM-DB (PC))

17383336.2