# Exhibit A

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



March 22, 2021


Paul Mello, Esq.
Samantha Wolff, Esq.
Hanson Bridgett
425 Market Street, 26th Floor
San Francisco, CA 94105


*VIA EMAIL ONLY*

RE:   PIP Staffing Plan

Dear Mr. Mello and Ms. Wolff:

Attached please find CDCR's Psychiatric Inpatient Program Staffing Plan as of March 22, 2021. CDCR will continue to work with the Special Master to provide additional information and to revise the plan as appropriate.

Respectfully,

*/s/ Melissa C. Bentz*

Melissa C. Bentz
Attorney
Office of Legal Affairs
California Department of Corrections and Rehabilitation

Psychiatric Inpatient Program Staffing Plan[1]
2021-2022 Fiscal Year

When CDCR opened the Psychiatric Inpatient Programs (PIPs) at San Quentin State Prison (SQ) and at the California Institution for Women (CIW), CDCR established a ratio of one psychiatrist per 15 beds for the Acute Psychiatric Program (APP) level of care and a ratio of one psychiatrist per 35 beds for the Intermediate Care Facility (ICF) level of care. Following the transition of the remaining PIPs from the Department of State Hospitals (DSH), CDCR has maintained the positions previously allocated by DSH. The DSH staff-to-patient ratio for psychiatrists, psychologists, clinical social workers, and rehabilitation therapists was established in 2012 at one per 35 beds for ICF units. The ratios for the APP level of care for the above classifications were one per 15 beds.

On February 18, 2021, the Court ordered CDCR to file its proposed inpatient staffing plan by March 22, 2021. CDCR's PIP Staffing Plan for the 2021-2022 fiscal year maintains the previously established ratios and provides adjusted ratios for subsets of the PIP populations, including ICF patients on MAX custody and patients receiving competency restoration treatment pursuant to California Penal Code section 1370.[2]

Intermediate Care Facility[3]

| Classification | Ratio (Positions to Beds) |
|---|---|
| Clinical Psychologist, Licensed Clinical Social Worker, Staff Psychiatrist, and Recreational Therapist | 1:35 |
| Clinical Psychologist, Licensed Clinical Social Worker, Staff Psychiatrist, and Recreational Therapist (MAX Custody) | 1:30 |
| Clinical Psychologist, Licensed Clinical Social Worker, Staff Psychiatrist, and Recreational Therapist (Penal Code 1370)[4] | 1:15 |

---

[1] The PIP Staffing Plan is current as of March 22, 2021. CDCR is willing to continue to discuss the plan with the Special Master and provide additional information to refine the plan as necessary.

[2] Defendants do not concede that CDCR's PIP Staffing Plan is constitutionally required, nor that the plan would satisfy the Prison Litigation Reform Act's requirements that prospective relief be narrowly drawn, extend no further than necessary to correct the alleged violation of a federal right, and be the least intrusive means necessary to correct the alleged violation. Further, this plan may be updated to account for changes in operations, and when appropriate to incorporate insights and lessons learned from experience, and with evolving best practices and new advancements in care.

[3] ICF programs subject to this ratio are located at CHCF, CMF, and SVSP. CIW and SQ PIPs are allocated staff based on the APP ratios.

[4] Penal Code section 1370 requires that defendants who are found mentally incompetent to stand trial be delivered to the DSH for care and treatment. CDCR provides competency restoration services for CDCR inmates at Salinas Valley State Prison PIP. In fact, a 1370 patient may be receiving treatment to restore competency while at the SVSP PIP, but may not actually require an ICF level of care. Defendants have included information on the enhanced ratio for these patients as the competency program and the PIP care are intertwined and the mental health staff may treat both ICF and 1370 patients.

All allocations for 2021-2022 are based on the number of beds in a program, not the number of patients assigned to the beds. As part of the 2021-2022 PIP Staffing Plan, CDCR will provide increased clinical coverage for 30 beds at each of the California Healthcare Facility (CHCF), California Medical Facility (CMF), and Salinas Valley State Prison (SVSP) PIPs, for patients on MAX custody status. The plan also provides enhanced clinical support for 35 beds at the SVSP PIP for patients receiving treatment under Penal Code section 1370.

Acute Psychiatric Program[5]

| Classification | Ratio (Positions to Beds) |
|---|---|
| Clinical Psychologist, Licensed Clinical Social Worker, Staff Psychiatrist, and Recreational Therapist | 1:15 |

All allocations for 2021-2022 are based on the number of beds in a program, not the number of patients assigned to the beds. SQ and CIW PIPs are staffed at the APP level of care because both PIPs can flex beds between APP and ICF level of care as needed.

PIP Mental Health Supervisors

Each PIP will be allocated a Chief Psychiatrist and Chief Psychologist. CDCR is also creating a new Chief of Mental Health position that will be a Career Executive Assignment (CEA) classification. The Chief of Mental Health position may be held by either a psychologist or psychiatrist. Each institution will be allocated a Chief of Mental Health who will oversee the Chief Psychologists allocated to the PIP and the outpatient/MHCB program. Creation of this new position will integrate the PIPs more closely with the rest of the Mental Health program at the institution. The Chief Psychiatrists at each institution will continue to report directly to the Chief Executive Officer.

The PIPs at CHCF, CMF, and SVSP will also be allocated Senior Psychologist, Supervisors, Supervising Psychiatric Social Workers, and Senior Psychiatrist Supervisors. Senior Psychologist, Supervisors and Supervising Psychiatric Social Workers be allocated at a ratio of 1 supervisor for every 15 rank-and-file staff providing care at either the APP or ICF level of care. The CHCF, CMF, and SVSP PIP will also be allocated one Senior Psychiatrist, Supervisor per PIP level of care (APP or ICF) provided at that institution.

Nursing

Nurses play an important role in the PIPs and are managed by the Receiver's Office. Nurses conduct an assessment for each newly admitted patient and are a part of the patient's care team. Nursing staff also provide rounds and monitoring for patients on suicide precaution and suicide watch. Additional duties include medication administration, coordination for medical services, attendance in Interdisciplinary Treatment Team meetings, and frequent consultation with other treatment team members. However, nursing staff are under the control of the Receiver's Office, thus ratios related to nursing staff are not included in this plan. CDCR will continue to work with the Receiver's Office to ensure sufficient nursing staff for these needs.

---

[5] APP programs subject to this ratio are located at CHCF, CMF, CIW, and SQ. CIW and SQ PIP beds can be flexed between ICF and APP. The entire programs are staffed at the APP ratio.