DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE MOTION REGARDING DEPARTMENT OF STATE HOSPITALS' HOSPITAL-WIDE STAFFING DATA**<br><br>Judge: Hon. Kimberly J. Mueller |

1	Pursuant to this Court's Order of December 24, 2020, ECF No. 7003, and as
2	discussed at the March 25, 2021 status conference, Plaintiffs hereby request leave to file a
3	motion seeking hospital-wide data showing clinical staffing allocations and vacancies for
4	the three DSH hospitals treating *Coleman* class members.  Defendants provided this data to
5	Plaintiffs and the Special Master as part of their ongoing monthly reporting for
6	approximately a decade until they unilaterally changed their report in Spring 2017 to
7	provide staffing information for only the subset they deem "*Coleman* positions."  Plaintiffs
8	maintain that hospital-wide data is necessary to assess compliance with DSH's clinical
9	staffing obligations in this case, particularly now that Defendants have filed their final
10	DSH staffing plan.  *See* ECF No. 7078-1.
11	Plaintiffs' counsel has previously objected to this practice on many occasions
12	during the negotiations regarding the various iterations of DSH's staffing plans, including,
13	for example, in letters dated January 26, 2018, July 5, 2018, September 4, 2018,
14	September 22, 2018, and August 23, 2020, and the parties have met and conferred
15	extensively on the issue during work groups overseen by the Special Master, most recently
16	on August 24, 2020, February 11, 2021, March 3, 2021, and March 10, 2021.  As
17	confirmed by the Special Master at the March 25, 2021 status conference, the parties are at
18	an impasse on this issue.
19	/ / /
20	/ / /
21	/ / /
22	/ / /
23	/ / /
24	/ / /
25	/ / /
26	/ / /
27	/ / /
28	/ / /

1  Plaintiffs' motion will seek an order requiring Defendants to provide, on a monthly
2  basis, hospital-wide clinical staffing data for the three DSH hospitals treating *Coleman*
3  class members—Atascadero, Coalinga, and Patton State Hospitals—in addition to the
4  monthly data they current provide showing clinical staffing levels for the subset of units
5  within those hospitals that DSH describes as its "*Coleman* units."

DATED:  March 25, 2021          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By:  */s/ Lisa Ells*
     Lisa Ells

Attorneys for Plaintiffs