UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

As required by court order, defendants filed a proposed staffing plan for the Department of State Hospitals programs providing inpatient mental health to members of the plaintiff class (hereafter DSH Staffing Plan). *See* ECF No. 7078-1. As provided for by the court's February 18, 2021 order, ECF No. 7064, the court discussed the DSH Staffing Plan with the parties at the March 25, 2021 videoconference.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' proposed Staffing Plan for inpatient care at Department of State Hospitals is provisionally approved subject to monitoring by the Special Master for one year; and

2. The Special Master shall include in his Twenty-Ninth Round Monitoring Report a report and recommendations concerning final approval of the plan.

1

Objections, if any, to the report and recommendations shall be made in accordance with the procedures set out in the Order of Reference, ECF No. 640, for objecting to reports and recommendations from the Special Master.

DATED: March 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE