MATTHEW RODRIQUEZ, State Bar No. 95976
Acting Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' TWENTY-THIRD STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS**<br><br>Judge: Hon. Kimberly J. Mueller |

1

Defs.' 23rd Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id.*) Defendants have filed twenty-two status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds.

**DISCUSSION**

**I.   DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD). (ECF No. 6168.) The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget. Defendants have timely filed an additional twenty-one status reports between June 27, 2019 and February 26, 2021. (ECF Nos. 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, 6840, 6884, 6926, 6967, 7007, 7036, and 7070.)

**II.   UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

As previously reported to the Court, CDCR's MHCB construction project in Southern California is proceeding with the construction of 50 new licensed mental health crisis beds at CIM. (ECF Nos. 6297 at 3, and 6371 at 3.) CDCR is proceeding with work on the plan. (Borg Decl. ¶ 2.)

/ / /

/ / /

2

1         As previously reported, CDCR received an additional set of review comments from the
2    Office of the State Fire Marshal on November 23, 2020. (ECF No. 6967 at 2.) The architect of
3    record, Hellmuth, Obata and Kassabaum, has completed its work to address comments received
4    from the Office of the State Fire Marshal (OSFM) and the licensing omission identified by
5    CDCR's peer review consultant as reported to the Court on January 27, 2021. (Borg Decl. ¶ 3.)
6    On March 15, 2021, CDCR submitted revised working drawings to the OSFM, and estimates
7    receipt of the final working drawings from the OSFM by May 21, 2021. (*Id.*)

8         As reported to the Court in February, CDCR's prior estimate that construction will begin in
9    September 2021, with construction expected to be completed in September 2023, may be delayed
10   as a result of an unexpected decision from the San Bernardino Superior Court that found some
11   inadequacies in the Environmental Impact Report completed for the CIM project. (ECF No. 7070
12   at 3, 7070-1 at 2 and Exhibit A.)  The decision, issued on February 24, 2021, follows a petition
13   for writ of mandamus filed in 2019 by the City of Chino, the City of Chino Hills, San Bernardino
14   County and the Chino Valley Independent Fire District seeking an order directing CDCR to
15   vacate approval of the CIM project on the basis that CDCR's Environmental Impact Report on
16   the construction project was inadequate. (*Id.*) The decision will likely cause a delay in CDCR
17   proceeding to seek bids from the construction market. (ECF No. 7070-1 at 2*.*) Although CDCR
18   successfully defended seven of ten claims raised in the petition, it will need to address three
19   issues with the Environmental Impact Report the court found inadequate: (1) the description of
20   baseline conditions; (2) the analysis of project alternatives; and (3) the analysis of traffic impacts.
21   (*Id.*)

22        The previous estimates of the dates for the commencement and completion of construction
23   for the CIM project will likely be impacted by the work needed to address the Superior's Court's
24   decision. (Borg Decl. ¶ 4.) Defendants are unable to provide a revised timeline until the writ
25   and judgment are finalized by the Superior Court and CDCR determines whether it will appeal
26   the judgment and writ, and determines the feasibility of negotiating a resolution of the three
27   claims with the petitioners. (*Id.*) Defendants will report on the status of the entry of judgment,
28   the decision to appeal the judgment, and an anticipated timeline for the other work needed to

3

update the Environmental Impact Report, if available, in the 24th status report to the Court in April. (*Id.*)

### III. UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.

Defendants have no changes to report on the $91,032,000 appropriation for construction of 50 new licensed crisis beds at CIM.

### IV. DEFENDANTS CURRENTLY DO NOT EXPECT COVID-19 TO DELAY THE PROJECT.

CDCR's COVID-19 response plan has not delayed the CIM construction project. (Borg Decl. ¶ 5.) Should COVID-19 impact Defendants' construction project, Defendants will let the Court know.

### CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

Dated: March 29, 2021

Respectfully submitted,

MATTHEW RODRIQUEZ
Acting Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: */s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
ATTORNEYS FOR DEFENDANT

DATED: March 29, 2021

HANSON BRIDGETT LLP

By: */s/ Samantha Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants

4

Defs.' 23rd Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))