MATTHEW RODRIQUEZ, State Bar No. 95976
Acting Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 210-7318
　Fax: (916) 324-5205
　E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490

*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
　2049 Century Park East, Suite 3400
　Los Angeles, CA 90067-3208
　Telephone: (310) 552-0130
　Fax: (310) 229-5800
　E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' TWENTY-THIRD STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS**<br><br>Judge:   Hon. Kimberly J. Mueller |

1

1  I, Dean L. Borg, declare:

2  1. I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' twenty-third status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

3  2. The work on CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men is proceeding, consistent with reports previously provided to the Court, with a potential delay described in paragraph 4 below.

4  3. The architect of record, Hellmuth, Obata and Kassabaum, has completed addressing the comments received from the Office of the State Fire Marshal (OSFM) and the licensing omission identified by CDCR's peer review consultant as reported to the Court on January 27, 2021. CDCR submitted the revised working drawings to the OSFM on March 15, 2021, and estimates receipt of the final working drawings from the OSFM by May 21, 2021.

5  4. As I reported to the Court on February 26, 2021, my previous estimates of the dates for the commencement and completion of construction will potentially be impacted by the work needed to address the February 24, 2021 order from the San Bernardino Superior Court. I cannot provide a revised timeline until the Superior Court issues the finalized writ and judgment, CDCR determines whether it will appeal the judgment and writ, and CDCR determines the feasibility of negotiating a resolution of the three claims with the petitioners. I will report on the status of the entry of judgment, the decision to appeal the judgment, and an anticipated timeline for the other work needed to complete revisions to the Environmental Impact Report, if available, in my declaration in support of the 24th status report to the Court in April.

6  5. CDCR's response plan to COVID-19 has not led to any delays to the California Institution for Men construction project as of the date of this report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Borg Decl. ISO 23rd Status Report on Funding Process for Constr. MHCB (2:90-cv-00520 KJM-DB (PC))

Executed in Sacramento, California on March 29, 2021.

/s/ *DEAN L. BORG*
DEAN L. BORG
Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

3

Borg Decl. ISO 23rd Status Report on Funding Process for Constr. MHCB (2:90-cv-00520 KJM-DB (PC))