DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **DECLARATION OF ALEXANDER GOURSE IN SUPPORT OF PLAINTIFFS' MOTION TO CLARIFY ORDER OF JUNE 13, 2002** |
| v. | |
| GAVIN NEWSOM, et al., | Judge: Hon. Kimberly J. Mueller |
| Defendants. | |

[3716359.1]

DECLARATION OF ALEXANDER GOURSE IN SUPPORT OF PLAINTIFFS' MOTION TO CLARIFY
ORDER OF JUNE 13, 2002

I, Alexander Gourse, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to Clarify Order of June 13, 2002.

2. Attached as **Exhibit 1** is a true and correct copy of enclosure 1b from the January 2021 monthly statistics Defendants provided to Plaintiffs' counsel as part of this litigation. Defendants provided this document to Plaintiffs' counsel on March 16, 2021.

3. Attached as **Exhibit 2** is a true and correct copy of enclosure 1*l* from the January 2021 monthly statistics Defendants provided to Plaintiffs' counsel as part of this litigation. Defendants provided this document to Plaintiffs' counsel on March 16, 2021.

4. Attached as **Exhibit 3** is a true and correct copy of enclosure 1d from the January 2021 monthly statistics Defendants provided to Plaintiffs' counsel as part of this litigation. Defendants provided this document to Plaintiffs' counsel on March 16, 2021.

5. Attached as **Exhibit 4** is a true and correct copy of enclosure 1e from the January 2021 monthly statistics Defendants provided to Plaintiffs' counsel as part of this litigation. Defendants provided this document to Plaintiffs' counsel on March 16, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Berkeley, California this 9th day of April, 2021.

*/s/ Alexander Gourse*
Alexander Gourse

[3716359.1]

1

DECLARATION OF ALEXANDER GOURSE IN SUPPORT OF PLAINTIFFS' MOTION TO CLARIFY ORDER OF JUNE 13, 2002

# Exhibit 1

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
As Of January - 2021

| Inst. | Classification | Class Code | FY 20/21 Authorized Per 7A | SCO DATA Established | Filled | Vacant | ADJUSTMENTS 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SW** | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 14.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 22.22% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 61.00 | 61.00 | 43.00 | 18.00 | 1.00 | 0.00 | 0.00 | 0.00 | 17.00 | 27.87% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 0.00 | 0.00 | 0.00 | 0.00 | 23.76 | 0.00 | 0.00 | 0.00 | -23.76 | NC |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 341.00 | 352.50 | 314.00 | 38.50 | 27.81 | 1.26 | 16.36 | 0.00 | -15.91 | -4.66% |
| | MEDICAL ASST | 7374 | 61.00 | 46.00 | 20.00 | 26.00 | 2.00 | 0.00 | 0.00 | 0.00 | 39.00 | 63.93% |
| | PSYCH-CLINIC CF | 9283 | 678.50 | 720.50 | 530.00 | 190.50 | 18.68 | 1.92 | 47.98 | 0.00 | 83.76 | 12.34% |
| | REC THERAPIST CF | 9286 | 261.00 | 270.50 | 246.00 | 24.50 | 18.37 | 0.00 | 7.62 | 0.00 | -10.99 | -4.21% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 20.50 | 20.50 | 15.00 | 5.50 | 1.00 | 0.00 | 0.00 | 0.00 | 4.50 | 21.95% |
| | SR PSYCH CF/SP | 9287 | 107.00 | 109.50 | 97.00 | 12.50 | 1.00 | 0.19 | 0.00 | 0.00 | 9.19 | 8.59% |
| | SR PSYCH CF/SUP | 9288 | 85.00 | 89.50 | 85.00 | 4.50 | 7.05 | 0.00 | 0.00 | 0.00 | -7.05 | -8.29% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 275.50 | 282.50 | 174.00 | 108.50 | 4.05 | 0.00 | 55.72 | 0.00 | 41.73 | 15.15% |
| | SUP PSYCH S WK I CF | 9291 | 18.50 | 22.00 | 22.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3.50 | -18.92% |
| | **Statewide Totals** | | 1927.00 | 1992.50 | 1560.00 | 432.50 | 104.71 | 3.37 | 127.68 | 0.00 | 137.97 | 7.16% |

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
As Of January - 2021

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

# Exhibit 2

| California Institution for Women - Psychiatric Inpatient Program | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Class Code | Classifications | Governor's Budget Authorized Positions (1) | Allocated Blanket Positions (2) | Total Positions | Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
| 9288 | Senior Psychologist, Supervisor | 0.00 | 1.50 | 1.50 | 0.50 | 0.00 | 0.00 | 0.50 | 1.00 | 67% |
| 8103 | Program Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 8102 | Program Assistant | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9761 | Senior Psychiatrist, Supervisor | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9287 | Senior Psychologist, Specialist | 0.00 | 0.50 | 0.50 | 0.50 | 0.00 | 0.00 | 0.50 | 0.00 | 0% |
| 9283 | Psychologist, Clinical | 2.00 | 1.00 | 3.00 | 2.00 | 0.00 | 0.00 | 2.00 | 1.00 | 33% |
| 9758 | Staff Psychiatrist | 2.00 | 1.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0% |
| 9872 | Clinical Social Worker | 4.00 | 0.00 | 4.00 | 4.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0% |
| 9286 | Recreation Therapist | 4.00 | 0.00 | 4.00 | 4.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0% |
| 8253 | Psychiatric Technician | 32.00 | 0.00 | 32.00 | 32.00 | 0.00 | 0.00 | 32.00 | 0.00 | 0% |
| 8252 | Senior Psychiatric Technician | 6.00 | 0.00 | 6.00 | 6.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0% |
| 8104 | Unit Supervisor | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| | **GRAND TOTAL** | **54.00** | **4.00** | **58.00** | **56.00** | **0.00** | **0.00** | **56.00** | **2.00** | **3%** |

(1) Authorized positions are based on the number of positions in the Governor's 2017/18 budget.
(2) Positions allocated per memorandum dated 1/27/15.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

DIVISION OF HEALTH CARE SERVICES
Psychiatric Inpatient Program Staffing Report
January 2021

| Class Code | Classifications | Governor's Budget Authorized Positions (1) | Allocated Blanket Positions (2) | Total Positions | Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| **California Medical Facility - Psychiatric Inpatient Program** | | | | | | | | | | |
| 9859 | Chief Psychologist | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9288 | Senior Psychologist, Supervisor | 0.30 | 0.00 | 0.30 | 1.00 | 0.00 | 0.00 | 1.00 | -0.70 | -233% |
| 8103 | Program Director | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100% |
| 8102 | Program Assistant | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9761 | Senior Psychiatrist, Supervisor | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100% |
| 9287 | Senior Psychologist, Specialist | 0.40 | 0.00 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 100% |
| 9283 | Psychologist, Clinical | 2.50 | 0.00 | 2.50 | 3.00 | 0.00 | 0.00 | 3.00 | -0.50 | -20% |
| 9758 | Staff Psychiatrist | 2.50 | 0.00 | 2.50 | 0.00 | 2.00 | 0.00 | 2.00 | 0.50 | 20% |
| 9872 | Clinical Social Worker | 2.50 | 0.00 | 2.50 | 1.00 | 0.00 | 0.00 | 1.00 | 1.50 | 60% |
| 9286 | Recreation Therapist | 2.50 | 0.00 | 2.50 | 3.00 | 0.00 | 0.00 | 3.00 | -0.50 | -20% |
| | **GRAND TOTAL** | **10.70** | **4.00** | **14.70** | **10.00** | **2.00** | **0.00** | **12.00** | **2.70** | **18%** |

(1) Authorized positions are based on the number of positions in the Governor's 2017/18 budget.
(2) Positions allocated per memorandum dated 5/15/17.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

DIVISION OF HEALTH CARE SERVICES
Psychiatric Inpatient Program Staffing Report
January 2021

### San Quentin - Psychiatric Inpatient Program

| Class Code | Classifications | Governor's Budget Authorized Positions (1) | Total Positions | Filled Civil Service Positions (2) | Contracted FTE (3) | Overtime FTE (3) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|
| 9859 | Chief Psychologist | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9288 | Senior Psychologist, Supervisor | 0.40 | 0.40 | 0.50 | 0.00 | 0.00 | 0.50 | -0.10 | -25% |
| 8103 | Program Director | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100% |
| 8102 | Program Assistant | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100% |
| 9761 | Senior Psychiatrist, Supervisor | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9287 | Senior Psychologist, Specialist | 0.40 | 0.40 | 1.00 | 0.00 | 0.00 | 1.00 | -0.60 | -150% |
| 9283 | Psychologist, Clinical | 2.70 | 2.70 | 2.00 | 1.00 | 0.00 | 3.00 | -0.30 | -11% |
| 9758 | Staff Psychiatrist | 2.70 | 2.70 | 2.00 | 1.00 | 0.00 | 3.00 | -0.30 | -11% |
| 9872 | Clinical Social Worker | 3.60 | 3.60 | 3.00 | 0.00 | 0.00 | 3.00 | 0.60 | 17% |
| 9286 | Recreation Therapist | 3.60 | 3.60 | 4.00 | 0.00 | 0.00 | 4.00 | -0.40 | -11% |
| | **GRAND TOTAL** | **17.40** | **17.40** | **14.50** | **2.00** | **0.00** | **16.50** | **0.90** | **5%** |

(1) Authorized positions are based on the number of positions in the Governor's 2017/18 budget.
(2) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.
(3) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

**CHCF PIP**

| Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|
| **Mental Health Staffing** | | | | | | | | | |
| Psychologist | 29.00 | 0.00 | 29.00 | 14.00 | 2.14 | 0.00 | 16.14 | 12.86 | 44.34% |
| Psychiatrist | 36.50 | 0.00 | 36.50 | 14.00 | 7.97 | 0.00 | 21.97 | 14.53 | 39.81% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 32.70 | 0.00 | 32.70 | 15.00 | 0.61 | 0.00 | 15.61 | 17.09 | 52.26% |
| Rehabilitation Therapist | 32.00 | 0.00 | 32.00 | 19.00 | 0.00 | 0.00 | 19.00 | 13.00 | 40.63% |
| **Total, Mental Health Staffing** | 130.20 | 0.00 | 130.20 | 62.00 | 10.72 | 0.00 | 72.72 | 57.48 | 44.15% |
| **Direct Care Nursing Staff** | | | | | | | | | |
| Psychiatric Technician | 430.00 | 0.00 | 430.00 | 293.00 | 1.06 | 74.45 | 368.51 | 61.49 | 14.30% |
| Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Registered Nurse | 174.00 | 0.00 | 174.00 | 154.00 | 0.00 | 33.82 | 187.82 | 0.00 | 0.00% |
| **Total, Direct Care Nursing Staff** | 604.00 | 0.00 | 604.00 | 447.00 | 1.06 | 108.27 | 556.33 | 47.67 | 7.89% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Supervising Rehabilitation Therapist | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychologist, Supervisor | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 2.00 | 1.00 | 33.33% |
| Senior Psychiatrist, Supervisor | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Registered Nurse | 23.00 | 0.00 | 23.00 | 20.00 | 0.00 | 0.00 | 20.00 | 3.00 | 13.04% |
| Unit Supervisor | 18.00 | 0.00 | 18.00 | 16.00 | 0.00 | 0.00 | 16.00 | 2.00 | 11.11% |
| **TOTAL** | **787.20** | **0.00** | **787.20** | **553.00** | **11.78** | **108.27** | **673.05** | **114.15** | **14.50%** |

(1) Authorized positions are based on the number of positions in the Governor's 2020/21 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2020/21 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
## Psychiatric Inpatient Program Staff
### January 2021
### Report submitted February 2021

| CMF PIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
| **Mental Health Staffing** | | | | | | | | | |
| Psychologist | 27.50 | 0.00 | 27.50 | 9.00 | 5.29 | 0.00 | 14.29 | 13.21 | 48.04% |
| Psychiatrist | 28.50 | 0.00 | 28.50 | 7.00 | 8.88 | 0.00 | 15.88 | 12.62 | 44.28% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 27.50 | 0.00 | 27.50 | 9.00 | 1.45 | 0.00 | 10.45 | 17.05 | 62.00% |
| Rehabilitation Therapist | 27.50 | 0.00 | 27.50 | 19.00 | 0.00 | 0.09 | 19.09 | 8.41 | 30.58% |
| **Total, Mental Health Staffing** | 111.00 | 0.00 | 111.00 | 44.00 | 15.62 | 0.09 | 59.71 | 51.29 | 46.21% |
| **Direct Care Nursing Staff** | | | | | | | | | |
| Psychiatric Technician | 33.00 | 0.00 | 33.00 | 42.00 | 0.00 | 12.81 | 54.81 | 0.00 | 0.00% |
| Medical Technical Assistant | 218.00 | 0.00 | 218.00 | 0.00 | 0.00 | 0.00 | 0.00 | 218.00 | 100.00% |
| Registered Nurse | 77.00 | 0.00 | 77.00 | 87.00 | 9.89 | 24.32 | 121.21 | 0.00 | 0.00% |
| **Total, Direct Care Nursing Staff** | 328.00 | 0.00 | 328.00 | 129.00 | 9.89 | 37.13 | 176.02 | 151.98 | 46.34% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychologist, Supervisor | 2.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Senior Psychiatrist, Supervisor | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| Senior Medical Technical Assistant | 39.10 | 0.00 | 39.10 | 0.00 | 0.00 | 0.00 | 0.00 | 39.10 | 100.00% |
| Supervising Registered Nurse | 25.60 | 0.00 | 25.60 | 21.00 | 0.00 | 0.00 | 21.00 | 4.60 | 17.97% |
| Unit Supervisor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **TOTAL** | 511.70 | 0.00 | 511.70 | 199.00 | 25.51 | 37.22 | 261.73 | 249.97 | 48.85% |

(1) Authorized positions are based on the number of positions in the Governor's 2020/21 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2020/21 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Psychiatric Inpatient Program Staff
January 2021
Report submitted February 2021

| SVSP PIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
| **Mental Health Staffing** | | | | | | | | | |
| Psychologist | 10.00 | 0.00 | 10.00 | 8.00 | 2.63 | 0.00 | 10.63 | 0.00 | 0.00% |
| Psychiatrist | 10.00 | 0.00 | 10.00 | 1.00 | 7.44 | 0.00 | 8.44 | 1.56 | 15.60% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 10.00 | 0.00 | 10.00 | 9.00 | 0.00 | 0.00 | 9.00 | 1.00 | 10.00% |
| Rehabilitation Therapist | 9.00 | 0.00 | 9.00 | 8.00 | 0.00 | 0.00 | 8.00 | 1.00 | 11.11% |
| **Total, Mental Health Staffing** | 39.00 | 0.00 | 39.00 | 26.00 | 10.07 | 0.00 | 36.07 | 2.93 | 7.51% |
| **Direct Care Nursing Staff** | | | | | | | | | |
| Psychiatric Technician | 31.00 | 0.00 | 31.00 | 21.00 | 4.39 | 5.54 | 30.93 | 0.07 | 0.23% |
| Medical Technical Assistant | 165.00 | 0.00 | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 | 100.00% |
| Registered Nurse | 50.00 | 0.00 | 50.00 | 42.00 | 5.39 | 13.43 | 60.82 | 0.00 | 0.00% |
| **Total, Direct Care Nursing Staff** | 246.00 | 0.00 | 246.00 | 63.00 | 9.78 | 18.97 | 91.75 | 154.25 | 62.70% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 2.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Senior Psychologist, Supervisor | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| Senior Medical Technical Assistant | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 100.00% |
| Supervising Registered Nurse | 22.00 | 0.00 | 22.00 | 16.00 | 0.00 | 0.00 | 16.00 | 6.00 | 27.27% |
| Unit Supervisor | 5.00 | 0.00 | 5.00 | 4.00 | 0.00 | 0.00 | 4.00 | 1.00 | 20.00% |
| **TOTAL** | **347.00** | **0.00** | **347.00** | **112.00** | **19.85** | **18.97** | **150.82** | **196.18** | **56.54%** |

(1) Authorized positions are based on the number of positions in the Governor's 2020/21 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2020/21 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

# Exhibit 3

Correctional Health Care Services

Six Month Vacancy Summary

January - 2021

Mental Health

| General Classification | 20/21 SCH AUTH 7A POSITIONS Jan 2021 | August-20 | | September-20 | | October-20 | | November-20 | | December-20 | | January-21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Vacancy Rate | Vacant | Vacancy Rate | Vacant | Vacancy Rate | Vacant | Vacancy Rate | Vacant | Vacancy Rate | Vacant | Vacancy Rate |
| PSYCHIATRIST | 314.00 | 145.00 | 41.91 | 116.00 | 36.14 | 110.00 | 34.27 | 112.00 | 34.89 | 151.00 | 47.04 | 111.00 | 35.35 |
| PSYCHOLOGIST | 931.50 | 235.50 | 22.88 | 189.00 | 19.42 | 202.00 | 20.76 | 193.00 | 19.84 | 201.00 | 20.66 | 176.50 | 18.95 |
| SOCIAL WORKER | 359.50 | 41.50 | 10.29 | 10.50 | 2.88 | 24.50 | 6.72 | 28.50 | 7.82 | 28.50 | 7.82 | 23.50 | 6.54 |
| OTHER MH CLINICAL STAFF | 322.00 | 82.50 | 24.44 | 80.50 | 24.66 | 71.50 | 21.9 | 63.50 | 19.45 | 59.50 | 18.22 | 56.00 | 17.39 |
| ALL OTHER SUPPORT STAFF | 508.00 | 93.50 | 16.28 | 50.50 | 9.68 | 65.50 | 12.56 | 74.50 | 14.29 | 81.50 | 15.63 | 71.00 | 13.98 |
| Total | 2435.00 | 598.00 | 24.56 | 446.50 | 18.34 | 473.50 | 19.45 | 471.50 | 19.36 | 521.50 | 21.42 | 438.00 | 17.99 |



Vacancies

\*    Vacancies calculated using Authorized Positions. (Governor's Budget Schedule 7A less SCO Filled = Vacant).

\*\*    SCO data is approximately 45 days in arrears and does not include adjustments for Blanket Positions, Hires, or Registry Services. Rounding error of < 1 position.

\*\*\*    The implementation of a new staffing plan in FY 20/21 has caused minor fluctuations in SCO data due to processing time frames for redirecting, reclassifying and  establishing new positions. During the January - 2021 reporting period a significant number of positions that appear to be vacant in the SCO  payroll data  above  are actually being paid out of 918 blanket positions numbers.

Source: 7A, SCO

11:10:26 AM
Report Generated By:
Program Support

Correctional Health Care Services
Case 2:90-cv-00520-KJM-SCR    Document 7118-1    Filed 04/09/21    Page 15 of 18
Six Month Vacancy Summary

January - 2021

**Mental Health**

## 1. PSYCHIATRIST

7612 - CHIEF PSYCHIATRIST
9271 - SENIOR PSYCHIATRIST (SUPERVISOR)
9272 - STAFF PSYCHIATRIST
9758 - STAFF PSYCHIATRIST
9761 - SENIOR PSYCHIATRIST (SUPERVISOR)
9774 - CHIEF PSYCHIATRIST

## 2. PSYCHOLOGIST

9283 - PSYCHOLOGIST-CLINICAL
9287 - SENIOR PSYCHOLOGIST (SPECIALIST)
9288 - SENIOR PSYCHOLOGIST (SUPERVISOR)
9290 - STAFF PSYCHOLOGIST-CLINICAL
9851 - CLINICAL PSYCHOLOGY INTERN
9859 - CHIEF PSYCHOLOGIST

## 3. SOCIAL WORKER

9291 - SUPERVISINNG PSYCHIATTRIC SOCIAL WORKER
9872 - CLINICAL SOCIAL WORKER - SAFETY

## 4. OTHER MH CLINICAL STAFF

7374 - MEDICAL ASSISTANT
8182 - CERTIFIED NURSING ASSISTANT
8217 - MEDICAL TECHNICAL ASSISTANT
8252 - SENIOR PSYCHIATRIC TECHNICIAN (SAFETY)
8253 - PSYCHIATRIC TECHNICIAN (SAFETY)
8257 - LICENSED VOCATIONAL NURSE
8274 - LICENSED VOCATIONAL NURSE (SAFETY)
8324 - REHAB THERAPIST, STATE FACILITIES (RECREATION-SAFETY)
9268 - DENTIST, CF
9269 - PHYSICIAN & SURGEON
9275 - REGISTERED NURSE
9278 - NURSE PRACTITIONER
9280 - OCCUPATIONAL THERAPIST
9285 - PSYCHOMETRIST, CORRECTIONAL FACILITY
9286 - RECREATION THERAPIST
9317 - SUPERVISING REGISTERED NURSE I
9318 - SUPERVISING REGISTERED NURSE II
9319 - SUPERVISING REGISTERED NURSE III
9346 - SENIOR OCCUPATIONAL THERAPIST
9371 - SUPERVISING DENTIST, CF
9759 - SENIOR PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SPECIALIST)

## 5. ALL OTHER SUPPORT STAFF

1138 - OFFICE TECH, GEN
1139 - OFFICE TECHNICIAN (TYPING)
1148 - OFFICE SERVICES SUPERVISOR I (TYPING)
1150 - OFFICE SERVICES SUPERVISOR II (GEN)
1177 - MEDICAL TRANSCRIBER
1178 - SENIOR MEDICAL TRANSCRIBER
1360 - INFO SYS TC
1379 - OFFICE ASSISTANT (TYPING)
1470 - ASSOC INFORMATION SYS ANALYST/SP
1441 - OFFICE ASSISTANT (GENERAL)
1508 - MATERIALS AND STORES SUPERVISOR I
1863 - MEDICAL RECORDS CONSULTANT
1869 - HEALTH RECORD TECHNICIAN I
1887 - HEALTH RECORD TECHNICIAN II (SUP)
2004 - CUSTODIAN SUPERVISOR II
2006 - CUSTODIAN (CORRECTIONAL FACILITY)
2153 - FOOD ADMINISTRATOR I
2183 - CORRECTIONAL SUPERVISING COOK
4672 - HEALTH ANALYST
4687 - LEAP CANDIDATE
4800 - STAFF SERVICES MANAGER I
4910 - CHSA I
4912 - CHSA II
5157 - STAFF SERVICES ANALYST (GENERAL)
5197 - TRAINING OFFICER I
5252 - HOUSING FINANCE ASSISTANT (RENTAL)
5278 - MANAGEMENT SERVICES TECHNICIAN
5361 - ADMINISTRATIVE ASST I
5393 - ASSOCIATE GOVERNMENTAL PROGRAM ANALYST
6216 - BUILDING MAINTENANCE WORKER
6713 - STATIONARY ENGINEER (CORRECTIONAL FACILITY)
6941 - MAINTENANCE MECHANIC -CORRECTIONAL FACILITY-
7500 - C.E.A. (Civil Service)
7887 - PUBLIC HEALTH LABORATORY TECHNICIAN I
7979 - PHARMACY TECHNICIAN
7982 - PHARMACIST I
8102 - PROGRAM ASST (MENTAL DISABILITIES-SAFETY)
8103 - PROGRAM DIRECTOR (MENTAL DISABILITIES-SAFETY)
8104 - UNIT SUPERVISOR (SAFETY)
8202 - HEALTH PROGRAM COORDINATOR
8328 - STANDARDS COMPLIANCE COORDINATOR
8337 - ASSOCIATE HEALTH PROGRAM ADVISER
8338 - HEALTH PROGRAM SPECIALIST I
9265 - LABORATORY ASSISTANT
9293 - CLINICAL LABORATORY TECHNOLOGIST
9349 - SUPERVISING CLINICAL LABORATORY TECH
9551 - MEDICAL SECRETARY
9656 - CORRECTIONAL LIEUTENANT
9659 - CORRECTIONAL SERGEANT
9662 - CORRECTIONAL OFFICER
9691 - CHIEF DEPUTY ADMINISTRATOR
9901 - CORRECTIONAL COUNSELOR II (SPECIALIST)
9904 - CORRECTIONAL COUNSELOR I
9926 - SUPERVISING PROGRAM TECHNICIAN III

# Exhibit 4

Correctional Health Care Services

**Six Month Registry Usage Summary**

**August - 2020 through January - 2021**

**Mental Health**

| REGISTRY USAGE BY GROUP | | | | | | |
|---|---|---|---|---|---|---|
| GENERAL CLASSIFICATION | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 |
| PSYCHIATRIST | 65.23 | 53.98 | 54.52 | 51.75 | 57.87 | 55.74 |
| PSYCHOLOGIST | 47.51 | 47.15 | 46.96 | 43.20 | 46.37 | 47.96 |
| SOCIAL WORKER | 17.11 | 15.26 | 16.12 | 15.86 | 17.58 | 16.38 |
| OTHER MH CLINICAL STAFF | 9.06 | 9.47 | 9.77 | 7.48 | 8.32 | 7.61 |
| ALL OTHER SUPPORT STAFF | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 138.91 | 125.85 | 127.37 | 118.30 | 130.14 | 127.69 |



Registry Usage

Each position represents 173.33 monthly registry hours.

Correctional Health Care Services

**Six Month Registry Usage Summary**

**August - 2020 through January - 2021**

**Mental Health**

**1. PSYCHIATRIST**

7612 - CHIEF PSYCHIATRIST
9271 - SENIOR PSYCHIATRIST (SUPERVISOR)
9272 - STAFF PSYCHIATRIST
9758 - STAFF PSYCHIATRIST
9761 - SENIOR PSYCHIATRIST (SUPERVISOR)
9774 - CHIEF PSYCHIATRIST

**2. PSYCHOLOGIST**

9283 - PSYCHOLOGIST-CLINICAL
9287 - SENIOR PSYCHOLOGIST (SPECIALIST)
9288 - SENIOR PSYCHOLOGIST (SUPERVISOR)
9290 - STAFF PSYCHOLOGIST-CLINICAL
9851 - CLINICAL PSYCHOLOGY INTERN
9859 - CHIEF PSYCHOLOGIST

**3. SOCIAL WORKER**

9291 - SUPERVISINNG PSYCHIATTRIC SOCIAL WORKER
9872 - CLINICAL SOCIAL WORKER - SAFETY

**4. OTHER MH CLINICAL STAFF**

7374 - MEDICAL ASSISTANT
8182 - CERTIFIED NURSING ASSISTANT
8217 - MEDICAL TECHNICAL ASSISTANT
8252 - SENIOR PSYCHIATRIC TECHNICIAN (SAFETY)
8253 - PSYCHIATRIC TECHNICIAN (SAFETY)
8257 - LICENSED VOCATIONAL NURSE
8274 - LICENSED VOCATIONAL NURSE (SAFETY)
8324 - REHAB THERAPIST, STATE FACILITIES (RECREATION-SAFETY)
9268 - DENTIST, CF
9269 - PHYSICIAN & SURGEON
9275 - REGISTERED NURSE
9278 - NURSE PRACTITIONER
9280 - OCCUPATIONAL THERAPIST
9285 - PSYCHOMETRIST, CORRECTIONAL FACILITY
9286 - RECREATION THERAPIST
9317 - SUPERVISING REGISTERED NURSE I
9318 - SUPERVISING REGISTERED NURSE II
9319 - SUPERVISING REGISTERED NURSE III
9346 - SENIOR OCCUPATIONAL THERAPIST
9371 - SUPERVISING DENTIST, CF
9759 - SENIOR PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SPECIALIST)

**5. ALL OTHER SUPPORT STAFF**

1138 - OFFICE TECH, GEN
1139 - OFFICE TECHNICIAN (TYPING)
1148 - OFFICE SERVICES SUPERVISOR I (TYPING)
1150 - OFFICE SERVICES SUPERVISOR II (GEN)
1177 - MEDICAL TRANSCRIBER
1178 - SENIOR MEDICAL TRANSCRIBER
1360 - INFO SYS TC
1379 - OFFICE ASSISTANT (TYPING)
1470 - ASSOC INFORMATION SYS ANALYST/SP
1441 - OFFICE ASSISTANT (GENERAL)
1508 - MATERIALS AND STORES SUPERVISOR I
1863 - MEDICAL RECORDS CONSULTANT
1869 - HEALTH RECORD TECHNICIAN I
1887 - HEALTH RECORD TECHNICIAN II (SUP)
2004 - CUSTODIAN SUPERVISOR II
2006 - CUSTODIAN (CORRECTIONAL FACILITY)
2153 - FOOD ADMINISTRATOR I
2183 - CORRECTIONAL SUPERVISING COOK
4672 - HEALTH ANALYST
4687 - LEAP CANDIDATE
4800 - STAFF SERVICES MANAGER I
4910 - CHSA I
4912 - CHSA II
5157 - STAFF SERVICES ANALYST (GENERAL)
5197 - TRAINING OFFICER I
5252 - HOUSING FINANCE ASSISTANT (RENTAL)
5278 - MANAGEMENT SERVICES TECHNICIAN
5361 - ADMINISTRATIVE ASST I
5393 - ASSOCIATE GOVERNMENTAL PROGRAM ANALYST
6216 - BUILDING MAINTENANCE WORKER
6713 - STATIONARY ENGINEER (CORRECTIONAL FACILITY)
6941 - MAINTENANCE MECHANIC -CORRECTIONAL FACILITY-
7500 - C.E.A. (Civil Service)
7887 - PUBLIC HEALTH LABORATORY TECHNICIAN I
7979 - PHARMACY TECHNICIAN
7982 - PHARMACIST I
8102 - PROGRAM ASST (MENTAL DISABILITIES-SAFETY)
8103 - PROGRAM DIRECTOR (MENTAL DISABILITIES-SAFETY)
8104 - UNIT SUPERVISOR (SAFETY)
8202 - HEALTH PROGRAM COORDINATOR
8328 - STANDARDS COMPLIANCE COORDINATOR
8337 - ASSOCIATE HEALTH PROGRAM ADVISER
8338 - HEALTH PROGRAM SPECIALIST I
9265 - LABORATORY ASSISTANT
9293 - CLINICAL LABORATORY TECHNOLOGIST
9349 - SUPERVISING CLINICAL LABORATORY TECH
9551 - MEDICAL SECRETARY
9656 - CORRECTIONAL LIEUTENANT
9659 - CORRECTIONAL SERGEANT
9662 - CORRECTIONAL OFFICER
9691 - CHIEF DEPUTY ADMINISTRATOR
9901 - CORRECTIONAL COUNSELOR II (SPECIALIST)
9904 - CORRECTIONAL COUNSELOR I
9926 - SUPERVISING PROGRAM TECHNICIAN III

Source: Summary (from invoices) provided by the institutions

Report Date: 2/26/2021
Report Generated By:
Program Support