| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING INPATIENT ADMISSIONS EVIDENTIARY HEARING**<br><br>Judge:  Hon. Kimberly J. Mueller |

I, Ernest Galvan, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Response To the March 26, 2021 Order To Show Cause Regarding Inpatient Admissions Evidentiary Hearing.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a cover email and document titled "Supplemental Report, Patients on Waitlist as of February 28, 2021 Who Waited Beyond Program Guide Timelines." I have redacted the Supplemental Report to remove identifying information about class members. The cover email describes the document as "the Department of State Hospital's supplemental report referenced in Director Clendenin's March 15, 2021 letter."

3. Attached hereto as **Exhibit 2** is a true and correct copy of a document received from CDCR on April 1, 2021, titled "CCHCS/CDCR Open Closed Institution Movement Report, 4/1/2021," with its cover email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 9th day of April, 2021.

*/s/ Ernest Galvan*
Ernest Galvan

EXHIBIT 1

| | |
|---|---|
| **From:** | Namrata Kotwani |
| **To:** | Elise Thorn; Matt Lopes; Kerry F. Walsh; Mohamedu Jones; Coleman Team - RBG Only |
| **Cc:** | Pmello@hansonbridgett.com; SWolff@hansonbridgett.com; LOConnor@hansonbridgett.com; DCasarrubias@hansonbridgett.com; ajackson@hansonbridgett.com; Nick Weber; Melissa Bentz; Dillon.Hockerson@cdcr.ca.gov; Sundeep.Thind@cdcr.ca.gov; Nina Raddatz; Kristopher.Kent@dsh.ca.gov; Damon.McClain@doj.ca.gov; Lucas.Hennes@doj.ca.gov |
| **Subject:** | Coleman - Defendants" Desert Compliance and Inpatient Reports |
| **Date:** | Tuesday, March 16, 2021 2:37:32 PM |
| **Attachments:** | Exhibit A (Unredacted) - February 2021 Desert Transfers Report.pdf<br>Supplemental Report - February 2021.pdf<br>Exs. B & F (unredacted) – February 2021 Inpatient Report.pdf |

All,

Attached are the unredacted copies of Exhibit A to the desert compliance reports (ECF No. 7083) and Exhibits B and F to the inpatient reports (ECF No. 7085), and the Department of State Hospital's supplemental report referenced in Director Clendenin's March 15, 2021 letter.

Sincerely,

Namrata

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

State of California | GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814



## Supplemental Report
Patients Admitted February 1 through February 28, 2021 Who Waited Beyond Program Guide Timelines

### Level of Care Patients Admitted

| CDCR Number | Person | Originating CDCR Facility | Gender | Referral Received Date | Days Waited | COVID-19 Hold Start Date | Date CDCR Institution Resumed Movement | Acceptance Date | Active Endorsement Date | Test Date | Retest Date | Test Result Date | Admission Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SATF | Male | 10/9/2020 | 117 | 7/28/2020 | - | 10/13/2020 | 1/27/2021 | 10/23/2020 | 1/29/2021 | 1/31/2021 | 2/3/2021 |
| | | SATF | Male | 10/22/2020 | 104 | 7/28/2020 | - | 11/2/2020 | 1/27/2021 | 1/29/2021 | N/A | 1/31/2021 | 2/3/2021 |
| | | CMF | Male | 12/15/2020 | 73 | 7/22/2020 | - | 12/28/2020 | 2/19/2021 | 2/24/2021 | N/A | 2/25/2021 | 2/26/2021 |
| | | CMC | Male | 12/15/2020 | 73 | 12/1/2020 | - | 12/17/2020 | 2/19/2021 | 2/22/2021 | N/A | 2/23/2021 | 2/26/2021 |
| | | SATF | Male | 11/30/2020 | 65 | 7/28/2020 | - | 12/8/2020 | 1/27/2021 | 1/29/2021 | N/A | 1/31/2021 | 2/3/2021 |
| | | CIM | Male | 12/8/2020 | 57 | 3/17/2020 | - | 12/10/2020 | 1/27/2021 | 1/27/2021 | N/A | 1/29/2021 | 2/3/2021 |
| | | CHCF PIP | Male | 1/25/2021 | 32 | 10/29/2020 | - | 2/1/2021 | 2/19/2021 | 2/14/2021 | 2/22/2021 | 2/24/2021 | 2/26/2021 |

### Least Restrictive Housing Patients Admitted

| CDCR Number | Person | Originating CDCR Facility | Gender | Referral Received Date | Days Waited | COVID-19 Hold Start Date | Date CDCR Institution Resumed Movement | Acceptance Date | Active Endorsement Date | Test Date | Retest Date | Test Result Date | Admission Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SVSP PIP | Male | 11/23/2020 | 95 | 8/17/2020 | - | 12/7/2020 | 2/6/2021 | 2/22/2021 | N/A | 2/26/2021 | 2/26/2021 |

DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

DSH

## Supplemental Report

Patients on Waitlist as of February 28, 2021 Who Waited Beyond Program Guide Timelines

***Patients from Facilities with Active COVID-19 Related Holds***

| CDCR Number | Person | Originating CDCR Facility | LOC or LRH Transfer? | Gender | Referral Received Date | Days Waited | COVID-19 Hold Start Date | Date CDCR Institution Resumed Movement | Acceptance Date |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | CHCF | LOC Transfer | Male | 10/29/20 | 122 | 10/29/2020 | - | 11/5/20 |
| [redacted] | [redacted] | VSP | LOC Transfer | Male | 11/9/20 | 111 | 8/17/2020 | - | 11/13/20 |
| [redacted] | [redacted] | VSP | LOC Transfer | Male | 11/17/20 | 103 | 8/17/2020 | - | 11/23/20 |
| [redacted] | [redacted] | CHCF PIP | LRH Transfer | Male | 11/30/20 | 90 | 10/29/2020 | - | 12/7/20 |
| [redacted] | [redacted] | CHCF | LOC Transfer | Male | 12/8/20 | 82 | 10/29/2020 | - | 12/15/20 |
| [redacted] | [redacted] | VSP | LOC Transfer | Male | 12/18/20 | 72 | 8/17/2020 | - | 12/22/20 |
| [redacted] | [redacted] | SVSP PIP | LRH Transfer | Male | 12/18/20 | 72 | 8/17/2020 | - | 12/22/20 |
| [redacted] | [redacted] | CHCF PIP | LOC Transfer | Male | 12/18/20 | 72 | 10/29/2020 | - | 12/28/20 |
| [redacted] | [redacted] | CMF PIP | LOC Transfer | Male | 1/4/21 | 55 | 7/22/2020 | - | 1/5/21 |
| [redacted] | [redacted] | CIM | LOC Transfer | Male | 1/15/21 | 44 | 3/17/2020 | - | 1/22/21 |
| [redacted] | [redacted] | CMC | LOC Transfer | Male | 1/15/21 | 44 | 8/17/2020 | - | 1/25/21 |
| [redacted] | [redacted] | VSP | LOC Transfer | Male | 1/28/21 | 31 | 8/17/2020 | - | 2/1/21 |

EXHIBIT 2

| | |
|---|---|
| **From:** | Gouldy, DeAnna@CDCR <DeAnna.Gouldy@cdcr.ca.gov> |
| **Sent:** | Thursday, April 1, 2021 6:05 PM |
| **Subject:** | FW: COVID-19 Update  - April 1, 2021 |
| **Attachments:** | COVID Census for 4/1/2021; Daily Closed Movement Report 4-1-2021.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Please see below and attached for today's updates.

Thank you,

*DeAnna M. Gouldy*
Deputy Director (A)
Policy and Risk Management Services
916-691-3747 Office
916-764-4853 iPhone
DeAnna.Gouldy@cdcr.ca.gov

E-MAIL DISCLAIMER:  Please note that the information contained in this message may be privileged and confidential, protected from disclosure, and/or intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, distribution, copying or other dissemination of this communication is strictly prohibited. If you received this communication in error, please immediately reply to the sender, delete the message, and destroy all copies of it.

**From:** Communications External Affairs@CDCR <cal_Externalaffairs@cdcr.ca.gov>
**Sent:** Thursday, April 1, 2021 5:02 PM
**Subject:** COVID-19 Update

## April 1, 2021 Update

We regret to inform you the death of an incarcerated person at California State Prison, Sacramento (CSP-SAC), which occurred on Dec. 15, 2020, has since been determined to be COVID-related.

This is the first incarcerated person COVID-related death at CSP-SAC and the 218th statewide. Next-of-kin notifications were made and no further information is being provided to protect medical privacy.

More information about CDCR/CCHCS COVID-19 response is available at https://www.cdcr.ca.gov/covid19/.



# CCHCS/CDCR Open Closed Institution Movement Report

| 4/1/2021 | | | |
|---|---|---|---|
| **Newly Closed to Movement** | **Date Closed** | **Date Anticipated Opening +28 days*** | **Comments** |
| | | | |
| **Currently Closed to Movement** | **Date Closed** | **Date Anticipated Opening +28 days*** | **Comments** |
| CAC | 11/30/2020 | 4/19/2021 | |
| CAL | 11/6/2020 | 4/13/2021 | |
| CCC | 6/22/2020 | 4/20/2021 | |
| CCWF | 12/7/2020 | 4/23/2021 | "RC Intake Exception" |
| CHCF | 10/29/2020 | 4/23/2021 | |
| DVI | 11/21/2020 | 4/11/2021 | |
| ISP | 8/7/2020 | 4/4/2021 | |
| NKSP | 11/19/2020 | 4/26/2021 | "RC Intake Exception" |
| PBSP | 11/5/2020 | 4/14/2021 | |
| SAC | 11/30/2020 | 4/24/2021 | |
| SCC | 12/7/2020 | 4/5/2021 | |
| SOL | 11/13/2020 | 4/23/2021 | |
| SVSP | 8/17/2020 | 4/26/2021 | |
| WSP | 7/15/2020 | 4/19/2021 | "RC Intake Exception" |
| **Newly Open to Movement** | **Date Open** | | **Comments** |
| CEN | 4/1/2021 | | |
| COR | 4/1/2021 | | |
| FSP | 4/1/2021 | | |
| MCSP | 4/1/2021 | | |
| HDSP | 3/29/2021 | | |
| CCI | 3/29/2021 | | |
| PVSP | 3/24/2021 | | |
| CMC | 3/23/2021 | | |
| LAC | 3/23/2021 | | |
| VSP | 3/23/2021 | | |
| KVSP | 3/15/2021 | | |
| CMF | 3/16/2021 | | |

*Based on latest positive COVID case and may not take into account any patients who are symptomatic and in isolation.
*Process movement through PMU or HCPOP for CCHCS approval, provisioned in the CCHCS Movement Matrix.

4/1/2021 10:29 AM