DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE APRIL 15, 2021 JOINT REPORT ADDRESSING CURRENT COVID-19 RELATED DEPARTURES FROM PROGRAM GUIDE REQUIREMENTS**<br><br>Judge: Hon. Kimberly J. Mueller |

[3720938.1]

STIPULATION, [PROPOSED] ORDER TO EXTEND TIME TO FILE APRIL 15, 2021 JOINT REPORT
ADDRESSING CURRENT COVID-19 RELATED DEPARTURES FROM PROGRAM GUIDE REQUIREMENTS

Pursuant to the Court's August 14, 2020 Order, the parties submit monthly updates to the Court regarding the status of current COVID-19-related departures from Program Guide and other remedial requirements in this case. *See* Minute Order, ECF No. 6814 (Aug. 14, 2020). The updates are filed on the 15th of every month.

The parties have met and conferred and worked to prepare the April 15, 2021 filing. Due to multiple competing negotiations and filings and significant policy changes enacted since the March 15, 2021 update, along with attorney work schedules, the parties require additional time to complete the April 15, 2021 filing. The parties jointly request an additional four business days to complete the filing, such that the filing will be due on April 21, 2021.

The Special Master has reviewed and does not object to this stipulated request for additional time.

DATED: April 15, 2021            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jessica Winter*
    Jessica Winter

Attorneys for Plaintiffs

DATED: April 15, 2021            XAVIER BECERRA
                                 Attorney General of California

By: */s/ Lucas Hennes*
    Lucas Hennes
    Deputy Attorney General

Attorneys for Defendants

[3720938.1]

1

STIPULATION, [PROPOSED] ORDER TO EXTEND TIME TO FILE APRIL 15, 2021 JOINT REPT. ADDRESSING CURRENT COVID-19 RELATED DEPARTURES FROM PROGRAM GUIDE REQUIREMENTS

# [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT

[3720938.1]

2

STIPULATION, [PROPOSED] ORDER TO EXTEND TIME TO FILE APRIL 15, 2021 JOINT REPT. ADDRESSING CURRENT COVID-19 RELATED DEPARTURES FROM PROGRAM GUIDE REQUIREMENTS