MATTHEW RODRIQUEZ, State Bar No. 95976
Acting Attorney General of California
MONICA N. ANDERSON, State Bar No. 18270
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

The attached California Department of Corrections and Rehabilitation (CDCR) reports information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

The report attached at Exhibit A shows that forty-seven inmates were placed in CDCR's Mental Health Services Delivery System in March 2021 while housed in a desert institution;

1

Defs.' Compliance Reports for Desert Transfers  (2:90-cv-00520 KJM-DB (PC))

ninety-two class members were transferred or paroled from desert institutions in March 2021; and, as of the report's March 31, 2021 date, forty-six patients in the Mental Health Services Delivery System remained in desert institutions in March 2021 beyond the fourteen-day transfer timeline.  All delayed transfers were due to inmate movement restrictions related to COVID-19.

The report attached as Exhibit B shows that two *Coleman* class members were inadvertently transferred to desert institutions in March 2021 but were immediately returned to their sending institutions due to COVID-19 movement restrictions.  Aside from the two inadvertent transfers, Exhibit B shows that no *Coleman* class members were transferred to desert institutions in March 2021.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296 and ECF No. 6678.

Dated: April 15, 2021                               Respectfully submitted,

MATTHEW RODRIQUEZ
Acting Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General


/s/ *Namrata Kotwani*___
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Compliance Reports for Desert Transfers  (2:90-cv-00520 KJM-DB (PC))

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



April 14, 2021

Damon McClain, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. McClain:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019. (ECF No. 6296.) Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of March 2021, with the inmates' identifying information redacted. This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care. As Exhibit A reflects, 47 inmates were referred for mental health treatment while housed in a desert institution during the month of March 2021, 13 of whom remained in desert institutions in March 2021 beyond the fourteen-day transfer timeline. Those inmates were not transferred to institutions with mental health programs due to the policy in place to restrict inmate movement during the COVID-19 pandemic. The report also shows that 92 class members placed in the Mental Health Services Delivery System from September 2020 through March 2021 were transferred or paroled from desert institutions in March 2021. Of those 92, one class member was out-to-court and one was transferred to an institution other than the endorsed MHSDS institution due to a medical hold. All delayed transfers were due to inmate movement restrictions related to COVID-19.

Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted. This report indicates that two class members were inadvertently transferred to desert institutions in March 2021 but were immediately returned to their sending institutions due to COVID-19 movement restrictions. Aside from the two inadvertent transfers, the report confirms that no *Coleman* class members were transferred to and housed in desert institutions in March 2021.

Sincerely,

/s/ *Charles Callahan*_____

CHARLES CALLAHAN
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# EXHIBIT A

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 04/01/2021 06:50 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 03/01/2021 - 03/31/2021
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.
R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 03/02/2021 - 03/16/2021 | N | 03/11/2021 09:02 | FOL | II | 08/19/2020 08:36 | 03/02/2021 | MH Change | 03/16/2021 04:46 | 03/16/2021 12:22 | 14 | |
| CAC | | | CCCMS 12/23/2020 - 03/10/2021 | N | 01/04/2021 00:00 | SOL | II | 04/23/2020 14:16 | 12/23/2020 | MH Change | 03/10/2021 04:38 | 03/10/2021 11:52 | 77 | |
| CAL | | | CCCMS 09/15/2020 - 03/12/2021 | N | 10/09/2020 00:00 | SATF | IV | 05/20/2020 14:21 | 09/15/2020 | MH Change | 03/12/2021 08:05 | 03/12/2021 16:04 | 178 | |
| CAL | | | CCCMS 03/15/2021 - 03/26/2021 | N | 03/19/2021 00:00 | COR | IV | 05/11/2018 11:45 | 03/15/2021 | MH Change | 03/26/2021 07:56 | 03/26/2021 14:36 | 11 | |
| CAL | | | CCCMS 03/22/2021 - 03/26/2021 | N | 03/24/2021 00:00 | NKSP | III | 10/15/2020 15:50 | 03/22/2021 | MH Change | 03/26/2021 08:06 | 03/26/2021 14:34 | 4 | |
| CAL | | | CCCMS 02/01/2021 - 03/16/2021 | N | 02/23/2021 00:00 | SVSP | IV | 06/13/2019 15:57 | 02/01/2021 | MH Change | 03/16/2021 06:36 | 03/16/2021 17:19 | 43 | |
| CAL | | | CCCMS 01/21/2021 - 03/04/2021 | N | 01/27/2021 00:00 | COR | IV | 11/26/2020 19:14 | 01/21/2021 | MH Change | 03/04/2021 06:44 | 03/04/2021 15:58 | 42 | |
| CAL | | | CCCMS 09/01/2020 - 03/24/2021 | N | 03/17/2021 00:00 | RJD | IV | 10/03/2019 10:33 | 09/01/2020 | MH Change | 03/24/2021 08:10 | 03/24/2021 11:29 | 204 | |
| CAL | | | CCCMS 06/18/2020 - 03/04/2021 | N | 12/03/2020 09:16 | KVSP | IV | 05/20/2020 14:21 | 06/18/2020 | MH Change | 03/04/2021 06:47 | 03/04/2021 14:57 | 259 | |
| CAL | | | CCCMS 02/12/2021 - 03/11/2021 | N | 02/24/2021 00:00 | SVSP | IV | 11/16/2020 14:09 | 02/12/2021 | MH Change | 03/11/2021 07:38 | 03/11/2021 16:36 | 27 | |
| CAL | | | CCCMS 12/31/2020 - 03/12/2021 | N | 01/19/2021 00:00 | SATF | IV | 01/04/2021 10:37 | 12/31/2020 | MH Change | 03/12/2021 08:06 | 03/12/2021 16:04 | 71 | |
| CAL | | | CCCMS 03/26/2021 - 03/31/2021 | N | | | | 11/05/2020 12:11 | 03/26/2021 | MH Change | | | | |
| CAL | | | CCCMS 02/02/2021 - 03/12/2021 | N | 02/24/2021 00:00 | SATF | IV | 10/29/2020 14:20 | 02/02/2021 | MH Change | 03/12/2021 08:07 | 03/12/2021 16:04 | 38 | |
| CAL | | | CCCMS 10/27/2020 - 03/07/2021 | N | 11/05/2020 00:00 | SATF | IV | 10/07/2020 14:27 | 10/27/2020 | MH Change | 03/07/2021 07:26 | | | 131 days -No movement due to Covid-19  3/07/2021 -Paroled |
| CAL | | | CCCMS 03/23/2021 - 03/24/2021 | N | 03/24/2021 14:32 | RJD | NA | 10/07/2020 20:02 | 03/23/2021 | MH Change | 03/24/2021 16:30 | 03/24/2021 19:50 | 1 | |
| CAL | | | CCCMS 03/11/2021 - 03/25/2021 | N | 03/17/2021 00:00 | SVSP | IV | 04/05/2019 09:48 | 03/11/2021 | MH Change | 03/25/2021 07:46 | 03/25/2021 15:09 | 14 | |
| CAL | | | CCCMS 12/14/2020 - 03/10/2021 | N | 12/22/2020 00:00 | SVSP | IV | 06/06/2019 18:46 | 12/14/2020 | MH Change | 03/10/2021 06:09 | 03/10/2021 15:14 | 86 | |
| CAL | | | CCCMS 03/08/2021 - 03/31/2021 | N | 03/23/2021 12:36 | RJD | IV | 10/13/2020 15:06 | 03/08/2021 | MH Change | | | | 23 days -No movement due to Covid-19 |
| CAL | | | CCCMS 03/15/2021 - 03/23/2021 | N | 02/11/2021 00:00 | MCSP | IV | 12/04/2019 16:04 | 03/15/2021 | MH Change | 03/23/2021 03:33 | 03/23/2021 13:50 | 8 | |
| CAL | | | CCCMS 03/26/2021 - 03/26/2021 | N | 03/26/2021 13:46 | RJD | NA | 03/16/2021 11:33 | 03/26/2021 | MH Change | 03/26/2021 16:57 | 03/26/2021 20:26 | 0 | |
| CAL | | | CCCMS 03/23/2021 - 03/31/2021 | N | | | | 10/23/2020 17:02 | 03/23/2021 | MH Change | | | | |
| CAL | | | CCCMS 09/03/2020 - 03/04/2021 | N | 02/12/2021 09:48 | PVSP | III | 09/24/2018 11:33 | 09/03/2020 | MH Change | 03/04/2021 06:48 | 03/04/2021 17:41 | 181 | |
| CAL | | | CCCMS 03/15/2021 - 03/25/2021 | N | 03/19/2021 00:00 | SVSP | IV | 05/14/2019 15:22 | 03/15/2021 | MH Change | 03/25/2021 07:47 | 03/25/2021 15:09 | 10 | |
| CAL | | | CCCMS 03/02/2021 - 03/12/2021 | N | 01/22/2021 00:00 | SATF | IV | 10/13/2020 18:45 | 03/02/2021 | MH Change | 03/12/2021 08:07 | 03/12/2021 16:04 | 10 | |
| CAL | | | CCCMS 01/22/2021 - 03/16/2021 | N | 02/17/2021 00:00 | SVSP | III | 10/08/2019 15:06 | 01/22/2021 | MH Change | 03/16/2021 06:36 | 03/16/2021 17:19 | 53 | |
| CAL | | | CCCMS 02/05/2021 - 03/11/2021 | N | 02/23/2021 00:00 | SVSP | IV | 12/12/2019 14:33 | 02/05/2021 | MH Change | 03/11/2021 07:39 | 03/11/2021 16:36 | 34 | |
| CAL | | | CCCMS 03/19/2021 - 03/24/2021 | N | 03/23/2021 12:48 | LAC | IV | 06/09/2020 14:39 | 03/19/2021 | MH Change | 03/24/2021 06:30 | 03/24/2021 22:59 | 6 | |
| CAL | | | CCCMS 03/11/2021 - 03/25/2021 | N | 03/17/2021 00:00 | SVSP | IV | 02/03/2021 13:35 | 03/11/2021 | MH Change | 03/25/2021 07:48 | 03/25/2021 15:09 | 14 | |
| CAL | | | CCCMS 03/25/2021 - 03/31/2021 | N | | | | 03/18/2021 11:34 | 03/25/2021 | MH Change | | | | |
| CAL | | | CCCMS 02/22/2021 - 03/11/2021 | N | 02/24/2021 00:00 | SVSP | IV | 10/14/2016 08:00 | 02/22/2021 | MH Change | 03/11/2021 07:40 | 03/11/2021 16:36 | 17 | |
| CAL | | | CCCMS 03/25/2021 - 03/31/2021 | N | 03/30/2021 00:00 | RJD | III | 11/02/2020 13:59 | 03/25/2021 | MH Change | | | | |
| CAL | | | CCCMS 06/11/2020 - 03/16/2021 | N | 03/12/2021 00:00 | NKSP | III | 04/02/2012 20:03 | 06/11/2020 | MH Change | 03/16/2021 07:40 | 03/16/2021 13:00 | 278 | |
| CAL | | | CCCMS 11/12/2020 - 03/12/2021 | N | 12/04/2020 00:00 | SATF | IV | 09/25/2020 16:31 | 11/12/2020 | MH Change | 03/12/2021 08:08 | 03/12/2021 16:04 | 120 | |
| CAL | | | CCCMS 07/16/2020 - 03/26/2021 | N | 03/18/2021 00:00 | LAC | IV | 12/19/2019 07:21 | 07/16/2020 | MH Change | 03/26/2021 07:02 | 03/26/2021 11:04 | 253 | |
| CAL | | | CCCMS 12/29/2020 - 03/04/2021 | N | 01/07/2021 00:00 | COR | IV | 10/25/2020 04:30 | 12/29/2020 | MH Change | 03/04/2021 06:41 | 03/04/2021 15:58 | 65 | |
| CAL | | | CCCMS 08/14/2020 - 03/12/2021 | N | 02/16/2021 21:58 | SATF | IV | 03/11/2021 15:55 | 08/14/2020 | MH Change | 03/12/2021 08:09 | 03/12/2021 16:04 | 210 | |
| CAL | | | CCCMS 01/21/2021 - 03/04/2021 | N | 01/27/2021 00:00 | COR | IV | 10/16/2014 13:27 | 01/21/2021 | MH Change | 03/04/2021 06:43 | 03/04/2021 15:58 | 42 | |
| CAL | | | CCCMS 03/16/2021 - 03/26/2021 | N | 03/25/2021 00:00 | COR | III | 01/03/2021 13:00 | 03/16/2021 | MH Change | 03/26/2021 07:57 | 03/26/2021 14:36 | 10 | |
| CAL | | | CCCMS 02/10/2021 - 03/15/2021 | N | 02/19/2021 00:00 | RJD | IV | 09/08/2020 15:04 | 02/10/2021 | MH Change | 03/15/2021 09:22 | 03/15/2021 12:04 | 33 | |
| CAL | | | CCCMS 02/25/2021 - 03/12/2021 | N | 03/03/2021 00:00 | COR | IV | 02/04/2021 22:52 | 02/25/2021 | MH Change | 03/12/2021 08:04 | 03/12/2021 16:04 | 15 | |
| CAL | | | CCCMS 02/12/2021 - 03/09/2021 | N | 02/04/2021 00:00 | HDSP | IV | 10/13/2020 15:06 | 02/12/2021 | MH Change | 03/09/2021 03:24 | 03/09/2021 19:23 | 25 | |
| CCC | | | CCCMS 10/01/2020 - 03/03/2021 | N | 10/08/2020 00:00 | SCC | II | 01/29/2020 15:58 | 10/01/2020 | MH Change | 03/03/2021 05:33 | 03/03/2021 12:31 | 153 | |
| CEN | | | CCCMS 03/25/2021 - 03/25/2021 | N | 03/25/2021 12:43 | RJD | NA | 01/22/2021 11:05 | 03/25/2021 | MH Change | 03/25/2021 13:23 | 03/25/2021 16:03 | 0 | |
| CEN | | | CCCMS 08/26/2020 - 03/22/2021 | N | 03/22/2021 11:12 | RJD | NA | 08/20/2020 01:02 | 08/26/2020 | MH Change | 03/22/2021 13:32 | 03/22/2021 17:12 | 208 | |
| CEN | | | CCCMS 03/16/2021 - 03/31/2021 | N | 03/19/2021 00:00 | CIM | II | 02/27/2019 11:33 | 03/16/2021 | MH Change | | | | 15 days -No movement due to Covid-19 |
| CEN | | | CCCMS 11/18/2020 - 03/22/2021 | N | 03/22/2021 11:19 | RJD | NA | 07/06/2018 18:06 | 11/18/2020 | MH Change | 03/22/2021 13:32 | 03/22/2021 17:12 | 124 | |
| CEN | | | CCCMS 02/25/2021 - 03/17/2021 | N | 03/05/2021 16:07 | SATF | II | 10/31/2017 16:07 | 02/25/2021 | MH Change | 03/17/2021 07:55 | 03/17/2021 14:45 | 20 | |
| CEN | | | CCCMS 08/06/2020 - 03/31/2021 | Y | 03/08/2021 13:59 | SACCO | NA | 10/03/2019 18:46 | 08/06/2020 | MH Change | | | | 237 days -No movement due to Covid-19 |
| CEN | | | CCCMS 04/29/2020 - 03/03/2021 | N | 10/14/2020 18:30 | CCI | IV | 09/28/2017 17:52 | 04/29/2020 | MH Change | 03/03/2021 06:07 | 03/03/2021 13:02 | 308 | |
| CEN | | | CCCMS 01/29/2021 - 03/03/2021 | N | 02/04/2021 00:00 | LAC | IV | 09/24/2019 16:25 | 01/29/2021 | MH Change | 03/03/2021 06:07 | 03/03/2021 11:29 | 33 | |
| CEN | | | CCCMS 01/27/2021 - 03/04/2021 | N | 02/08/2021 00:00 | MCSP | III | 05/29/2019 16:29 | 01/27/2021 | MH Change | 03/04/2021 02:27 | 03/04/2021 16:47 | 36 | |
| CEN | | | CCCMS 03/17/2021 - 03/22/2021 | Y | 03/22/2021 10:25 | RJD | NA | 09/01/2020 20:39 | 03/17/2021 | MH Change | 03/22/2021 13:32 | 03/22/2021 17:12 | 5 | |
| CEN | | | CCCMS 03/24/2021 - 03/31/2021 | N | 03/26/2021 00:00 | NKSP | III | 11/27/2019 17:31 | 03/24/2021 | MH Change | | | | |
| CEN | | | CCCMS 03/25/2021 - 03/31/2021 | N | 03/26/2021 00:00 | MCSP | III | 12/05/2020 17:02 | 03/25/2021 | MH Change | | | | |
| CEN | | | CCCMS 03/04/2021 - 03/31/2021 | N | 03/10/2021 00:00 | CRC | II | 05/23/2019 16:08 | 03/04/2021 | MH Change | | | | 27 days -No movement due to Covid-19 |
| CEN | | | CCCMS 02/17/2021 - 03/22/2021 | N | 02/23/2021 00:00 | WSP | III | 10/22/2019 17:57 | 02/17/2021 | MH Change | 03/22/2021 08:14 | 03/22/2021 14:51 | 33 | |
| CEN | | | CCCMS 12/11/2020 - 03/03/2021 | N | 03/02/2021 00:00 | RJD | III | 12/21/2017 18:19 | 12/11/2020 | MH Change | 03/03/2021 06:28 | 03/03/2021 11:25 | 82 | |
| CEN | | | CCCMS 12/03/2020 - 03/25/2021 | N | 12/14/2020 00:00 | SVSP | IV | 12/12/2019 16:32 | 12/03/2020 | MH Change | 03/25/2021 09:48 | 03/25/2021 18:08 | 112 | |
| CEN | | | CCCMS 02/24/2021 - 03/22/2021 | N | 03/22/2021 13:04 | RJD | NA | 09/21/2020 15:25 | 02/24/2021 | MH Change | 03/22/2021 13:32 | 03/22/2021 17:12 | 26 | |

| Inst | | | Program/Dates | Y/N | Endorsed Date | Endorsed Inst | Level | Date 1 | Date 2 | Reason | Date 3 | Date 4 | Days | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEN | | | CCCMS 06/12/2020 - 03/31/2021 | N | 03/23/2021 00:00 | CMC | II | 09/26/2017 16:27 | 06/12/2020 | MH Change | | | | 292 days - No movement due to Covid-19 |
| CEN | | | CCCMS 01/26/2021 - 03/02/2021 | N | 02/08/2021 00:00 | MCSP | III | 08/27/2019 17:30 | 01/26/2021 | MH Change | 03/02/2021 08:27 | | | 35 days - No movement due to Covid-19  3/02/2021 - Paroled |
| CEN | | | CCCMS 03/10/2021 - 03/22/2021 | N | 03/22/2021 10:17 | RJD | NA | 03/05/2020 10:57 | 03/10/2021 | MH Change | 03/22/2021 13:32 | 03/22/2021 17:12 | 12 | |
| CEN | | | CCCMS 01/19/2021 - 03/22/2021 | N | 01/27/2021 00:00 | COR | IV | 10/01/2019 18:13 | 01/19/2021 | MH Change | 03/22/2021 08:14 | 03/22/2021 16:14 | 62 | |
| CEN | | | CCCMS 03/25/2021 - 03/25/2021 | N | 03/25/2021 12:46 | RJD | NA | 12/12/2019 16:32 | 03/25/2021 | MH Change | 03/25/2021 13:23 | 03/25/2021 16:03 | 0 | |
| CEN | | | CCCMS 03/17/2021 - 03/31/2021 | N | 03/19/2021 00:00 | WSP | III | 12/12/2019 16:32 | 03/17/2021 | MH Change | | | | 14 days - No movement due to Covid-19 |
| CEN | | | CCCMS 03/10/2021 - 03/31/2021 | N | 03/12/2021 00:00 | NKSP | III | 05/07/2019 16:30 | 03/10/2021 | MH Change | | | | |
| CEN | | | CCCMS 02/10/2021 - 03/17/2021 | N | 02/18/2021 00:00 | RJD | III | 03/05/2020 19:13 | 02/10/2021 | MH Change | 03/17/2021 16:06 | 03/17/2021 18:44 | 35 | |
| CEN | | | CCCMS 06/17/2020 - 03/17/2021 | N | 02/08/2021 00:00 | SATF | III | 12/12/2019 16:32 | 06/17/2020 | MH Change | 03/17/2021 08:11 | 03/17/2021 14:45 | 273 | |
| CEN | | | CCCMS 08/12/2020 - 03/31/2021 | Y | 03/08/2021 13:42 | SACCO | NA | 07/23/2019 16:56 | 08/12/2020 | MH Change | | | | 231 days - No movement due to Covid-19 |
| CEN | | | CCCMS 03/14/2021 - 03/31/2021 | N | 03/17/2021 00:00 | MCSP | III | 03/05/2020 19:13 | 03/14/2021 | MH Change | | | | 17 days - No movement due to Covid-19 |
| CEN | | | CCCMS 02/12/2021 - 03/31/2021 | N | 03/01/2021 00:00 | MCSP | III | 11/03/2020 11:32 | 02/12/2021 | MH Change | | | | 47 days - No movement due to Covid-19 |
| CEN | | | CCCMS 03/25/2021 - 03/31/2021 | N | 03/26/2021 00:00 | MCSP | III | 01/06/2021 10:45 | 03/25/2021 | MH Change | | | | |
| CEN | | | CCCMS 03/04/2021 - 03/31/2021 | N | 03/10/2021 00:00 | CRC | II | 05/27/2020 16:08 | 03/04/2021 | MH Change | | | | 27 days - No movement due to Covid-19 |
| CEN | | | CCCMS 03/10/2021 - 03/31/2021 | N | 03/19/2021 00:00 | VSP | II | 06/05/2020 18:25 | 03/10/2021 | MH Change | | | | 21 days - No movement due to Covid-19 |
| CEN | | | CCCMS 02/25/2021 - 03/31/2021 | Y | 03/08/2021 00:00 | MCSP | III | 12/30/2020 17:35 | 02/25/2021 | MH Change | | | | 34 days - No movement due to Covid-19 |
| CEN | | | CCCMS 03/30/2021 - 03/31/2021 | N | 03/25/2021 00:00 | CVSP | II | 03/11/2021 12:46 | 03/30/2021 | MH Change | | | | |
| CEN | | | EOP 02/03/2021 - 03/10/2021 | N | 02/10/2021 00:00 | RJD | II | 01/11/2021 13:38 | 02/03/2021 | MH Change | 03/10/2021 09:14 | 03/10/2021 11:36 | 35 | |
| CEN | | | CCCMS 02/16/2021 - 03/17/2021 | N | 03/05/2021 00:00 | RJD | III | 02/03/2021 15:46 | 02/16/2021 | MH Change | 03/17/2021 16:06 | 03/17/2021 18:44 | 29 | |
| CEN | | | CCCMS 03/26/2021 - 03/26/2021 | N | 03/26/2021 15:45 | RJD | NA | 01/22/2021 11:05 | 03/26/2021 | MH Change | 03/26/2021 16:58 | 03/26/2021 19:24 | 0 | |
| CEN | | | CCCMS 05/27/2020 - 03/18/2021 | N | 11/24/2020 06:50 | KVSP | IV | 08/10/2020 03:05 | 05/27/2020 | MH Change | 03/18/2021 08:22 | 03/18/2021 14:59 | 295 | |
| CEN | | | CCCMS 03/16/2021 - 03/31/2021 | N | 03/25/2021 00:00 | CTF | II | 02/02/2021 17:13 | 03/16/2021 | MH Change | | | | 15 days - No movement due to Covid-19 |
| CEN | | | CCCMS 02/18/2021 - 03/17/2021 | N | 03/01/2021 00:00 | SATF | II | 09/07/2018 19:15 | 02/18/2021 | MH Change | 03/17/2021 07:55 | 03/17/2021 14:45 | 27 | |
| CEN | | | CCCMS 03/03/2021 - 03/22/2021 | N | 03/22/2021 10:05 | RJD | NA | 05/29/2018 20:48 | 03/03/2021 | MH Change | 03/22/2021 13:32 | 03/22/2021 17:12 | 19 | |
| CEN | | | CCCMS 01/27/2021 - 03/22/2021 | N | 03/22/2021 11:31 | RJD | NA | 01/07/2021 20:50 | 01/27/2021 | MH Change | 03/22/2021 13:32 | 03/22/2021 17:12 | 54 | |
| CEN | | | CCCMS 01/27/2021 - 03/04/2021 | N | 02/03/2021 00:00 | SCC | III | 10/22/2020 11:56 | 01/27/2021 | MH Change | 03/04/2021 02:27 | 03/04/2021 14:44 | 36 | |
| CEN | | | CCCMS 02/18/2021 - 03/31/2021 | N | 03/01/2021 00:00 | MCSP | III | 05/25/2020 22:07 | 02/18/2021 | MH Change | | | | 41 days - No movement due to Covid-19 |
| CEN | | | CCCMS 01/28/2021 - 03/22/2021 | N | 03/29/2021 00:00 | SATF | IV | 01/07/2021 22:40 | 01/28/2021 | MH Change | 03/22/2021 13:32 | | | Transferred to RJD 3/22/2021. 62 days - No movement to Endorsed SATF MHSDS Institution due to Medical Hold on 3/22//2021 set to expire 4/5/2021. |
| CEN | | | CCCMS 11/17/2020 - 03/04/2021 | N | 12/16/2020 00:00 | SVSP | IV | 11/06/2018 17:39 | 11/17/2020 | MH Change | 03/04/2021 07:11 | 03/04/2021 17:04 | 107 | |
| CEN | | | CCCMS 03/26/2021 - 03/31/2021 | N | | | | 03/06/2021 00:22 | 03/26/2021 | MH Change | | | | |
| CVSP | | | CCCMS 12/17/2020 - 03/18/2021 | N | 12/21/2020 00:00 | COR | II | 06/08/2020 02:43 | 12/17/2020 | MH Change | 03/18/2021 06:10 | 03/18/2021 15:24 | 91 | |
| CVSP | | | CCCMS 02/03/2021 - 03/31/2021 | N | 03/25/2021 16:36 | VSP | II | 01/25/2021 20:59 | 02/03/2021 | MH Change | | | | 56 days - No movement due to Covid-19 |
| CVSP | | | CCCMS 11/23/2020 - 03/31/2021 | N | 03/25/2021 16:05 | VSP | II | 08/09/2018 16:47 | 11/23/2020 | MH Change | | | | 128 days - No movement due to Covid-19 |
| CVSP | | | CCCMS 08/04/2020 - 03/30/2021 | N | 01/13/2021 08:22 | VSP | II | 03/27/2018 15:18 | 08/04/2020 | MH Change | 03/30/2021 02:53 | 03/30/2021 12:22 | 238 | |
| CVSP | | | CCCMS 11/24/2020 - 03/31/2021 | N | 03/25/2021 16:21 | VSP | II | 11/05/2019 10:22 | 11/24/2020 | MH Change | | | | 127 days - No movement due to Covid-19 |
| CVSP | | | CCCMS 06/12/2020 - 03/25/2021 | N | 02/22/2021 00:00 | COR | II | 10/01/2018 10:44 | 06/12/2020 | MH Change | 03/25/2021 07:05 | 03/25/2021 14:56 | 286 | |
| CVSP | | | CCCMS 11/20/2020 - 03/04/2021 | N | 11/09/2020 10:52 | PVSP | III | 12/13/2018 16:20 | 11/20/2020 | MH Change | 03/04/2021 07:55 | 03/04/2021 15:10 | 104 | |
| CVSP | | | CCCMS 11/23/2020 - 03/30/2021 | N | 03/25/2021 16:01 | VSP | II | 09/11/2018 15:40 | 11/23/2020 | MH Change | 03/30/2021 02:53 | 03/30/2021 12:22 | 127 | |
| CVSP | | | CCCMS 09/10/2020 - 03/18/2021 | N | 03/01/2021 08:39 | COR | II | 02/04/2020 10:58 | 09/10/2020 | MH Change | 03/18/2021 06:10 | 03/18/2021 15:24 | 189 | |
| CVSP | | | CCCMS 03/04/2021 - 03/31/2021 | N | 03/08/2021 00:00 | CMC | II | 02/24/2021 11:54 | 03/04/2021 | MH Change | | | | 27 days - No movement due to Covid-19 |
| CVSP | | | CCCMS 12/10/2020 - 03/18/2021 | N | 12/11/2020 00:00 | COR | II | 01/17/2021 12:27 | 12/10/2020 | MH Change | 03/18/2021 06:10 | 03/18/2021 15:24 | 98 | |
| ISP | | | CCCMS 04/21/2020 - 03/31/2021 | N | 03/26/2021 00:00 | CMC | II | 04/05/2021 11:04 | 04/21/2020 | MH Change | | | | 344 days - No movement due to Covid-19 |
| ISP | | | CCCMS 07/29/2020 - 03/31/2021 | N | 03/17/2021 00:00 | SATF | II | 04/24/2021 09:56 | 07/29/2020 | MH Change | | | | 245 days - No movement due to Covid-19 |
| ISP | | | CCCMS 10/09/2020 - 03/31/2021 | N | 10/15/2020 00:00 | COR | II | 04/24/2021 09:56 | 10/09/2020 | MH Change | | | | 173 days - No movement due to Covid-19 |
| ISP | | | CCCMS 11/06/2020 - 03/04/2021 | N | 11/12/2020 00:00 | RJD | III | 02/08/2018 17:58 | 11/06/2020 | MH Change | 03/04/2021 08:25 | 03/04/2021 14:05 | 118 | |
| ISP | | | CCCMS 03/17/2021 - 03/31/2021 | N | 03/22/2021 00:00 | RJD | III | 01/09/2021 18:07 | 03/17/2021 | MH Change | | | | 14 days - No movement due to Covid-19 |
| ISP | | | CCCMS 03/30/2021 - 03/31/2021 | N | | | | 04/23/2020 10:27 | 03/30/2021 | MH Change | | | | |
| ISP | | | CCCMS 03/10/2021 - 03/31/2021 | N | 03/17/2021 00:00 | VSP | II | 08/09/2019 11:43 | 03/10/2021 | MH Change | | | | 21 days - No movement due to Covid-19 |
| ISP | | | CCCMS 04/22/2020 - 03/31/2021 | N | 10/23/2020 10:20 | SATF | II | 04/09/2020 09:42 | 04/22/2020 | MH Change | | | | 343 days - No movement due to Covid-19 |

| Inst | | | Program | N | Endorsed | Institution | LOC | Arrival | Effective | Reason | Out Date | In Date | Days | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISP | | | CCCMS 07/03/2020 - 03/18/2021 | N | 12/30/2020 08:15 | MCSP | III | 06/02/2020 20:57 | 07/03/2020 | MH Change | 03/18/2021 06:00 | 03/18/2021 18:20 | 258 | |
| ISP | | | CCCMS 11/04/2020 - 03/01/2021 | N | 11/12/2020 00:00 | COR | II | 04/03/2020 10:43 | 11/04/2020 | MH Change | 03/01/2021 10:20 | | | **117** days -No movement due to Covid-19<br>**3/01/2021** -Out to Court San Bernardino County |
| ISP | | | CCCMS 03/24/2021 - 03/31/2021 | N | 03/26/2021 00:00 | SCC | II | 08/01/2019 17:21 | 03/24/2021 | MH Change | | | | |
| ISP | | | CCCMS 07/08/2020 - 03/31/2021 | N | 03/18/2021 00:00 | CMC | II | 04/05/2020 09:27 | 07/08/2020 | MH Change | | | | **266** days -No movement due to Covid-19 |
| ISP | | | CCCMS 02/10/2021 - 03/18/2021 | N | 02/19/2021 00:00 | PVSP | III | 09/04/2019 15:07 | 02/10/2021 | MH Change | 03/18/2021 06:00 | 03/18/2021 15:25 | 36 | |
| ISP | | | CCCMS 03/08/2021 - 03/31/2021 | N | 03/09/2021 00:00 | CMC | II | 04/10/2020 09:25 | 03/08/2021 | MH Change | | | | **23** days -No movement due to Covid-19 |
| ISP | | | CCCMS 01/07/2021 - 03/03/2021 | N | 01/12/2021 00:00 | SCC | II | 02/11/2016 11:16 | 01/07/2021 | MH Change | 03/03/2021 07:37 | 03/03/2021 19:27 | 56 | |
| ISP | | | CCCMS 11/13/2020 - 03/31/2021 | N | 03/19/2021 00:00 | KVSP | IV | 09/21/2020 09:22 | 11/13/2020 | MH Change | | | | **138** days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/02/2020 - 03/31/2021 | N | 03/24/2021 11:31 | CMC | III | 02/20/2020 16:35 | 09/02/2020 | MH Change | | | | **210** days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/05/2020 - 03/04/2021 | N | 12/10/2020 09:11 | CCI | IV | 04/23/2019 12:13 | 06/05/2020 | MH Change | 03/04/2021 05:32 | 03/04/2021 10:52 | 272 | |
| ISP | | | CCCMS 10/08/2020 - 03/04/2021, EOP 03/04/2021 - 03/15/2021 | N | 03/11/2021 00:00 | LAC | IV | 11/14/2019 15:24 | 10/08/2020 | MH Change | 03/15/2021 07:37 | 03/15/2021 12:02 | 158 | |
| ISP | | | CCCMS 09/04/2020 - 03/03/2021 | N | 09/15/2020 00:00 | ASP | II | 10/08/2020 17:06 | 09/04/2020 | MH Change | 03/03/2021 07:21 | 03/03/2021 16:24 | 180 | |
| ISP | | | CCCMS 05/27/2020 - 03/23/2021 | N | 10/09/2020 19:21 | SOL | III | 02/08/2021 19:21 | 05/27/2020 | MH Change | 03/23/2021 07:32 | 03/23/2021 18:36 | 300 | |
| ISP | | | CCCMS 10/27/2020 - 03/31/2021 | N | 10/30/2020 00:00 | SVSP | III | 11/16/2020 12:55 | 10/27/2020 | MH Change | | | | **155** days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/16/2020 - 03/18/2021 | N | 03/11/2021 15:01 | MCSP | III | 08/17/2020 17:48 | 09/16/2020 | MH Change | 03/18/2021 06:00 | 03/18/2021 18:19 | 183 | |
| ISP | | | CCCMS 05/29/2020 - 03/03/2021 | N | 12/18/2020 00:00 | PVSP | III | 03/18/2021 14:29 | 05/29/2020 | MH Change | 03/03/2021 07:37 | 03/03/2021 15:39 | 278 | |
| ISP | | | CCCMS 08/19/2020 - 03/31/2021 | N | 09/01/2020 00:00 | COR | II | 02/04/2021 02:24 | 08/19/2020 | MH Change | | | | **224** days -No movement due to Covid-19 |
| ISP | | | CCCMS 03/24/2021 - 03/31/2021 | N | 03/26/2021 00:00 | SCC | II | 04/11/2021 09:26 | 03/24/2021 | MH Change | | | | |
| ISP | | | CCCMS 03/11/2021 - 03/31/2021 | N | 03/17/2021 00:00 | ASP | II | 10/22/2018 11:41 | 03/11/2021 | MH Change | | | | **20** days -No movement due to Covid-19 |
| ISP | | | CCCMS 12/17/2020 - 03/31/2021 | N | 03/19/2021 00:00 | HDSP | III | 09/21/2020 08:23 | 12/17/2020 | MH Change | | | | **104** days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 03/31/2021 | N | 03/16/2021 00:00 | RJD | III | 01/28/2021 10:45 | 08/19/2020 | MH Change | | | | **24** days -No movement due to Covid-19 |
| ISP | | | CCCMS 12/02/2020 - 03/01/2021 | N | 12/18/2020 00:00 | KVSP | IV | 02/06/2021 14:00 | 12/02/2020 | MH Change | 03/01/2021 06:57 | 03/01/2021 13:26 | 89 | |
| ISP | | | CCCMS 02/24/2021 - 03/31/2021 | N | 03/19/2021 00:00 | RJD | III | 09/21/2020 08:11 | 02/24/2021 | MH Change | | | | **35** days -No movement due to Covid-19 |
| ISP | | | CCCMS 03/04/2021 - 03/31/2021 | N | 03/12/2021 00:00 | VSP | II | 04/10/2020 10:15 | 03/04/2021 | MH Change | | | | **27** days -No movement due to Covid-19 |
| ISP | | | CCCMS 09/18/2020 - 03/31/2021 | N | 03/24/2021 11:45 | CMC | III | 10/08/2019 14:27 | 09/18/2020 | MH Change | | | | **194** days -No movement due to Covid-19 |
| ISP | | | CCCMS 06/10/2020 - 03/02/2021 | N | 03/04/2021 00:00 | ISP | III | 01/16/2021 16:32 | 06/10/2020 | MH Change | | | | **294** days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 03/18/2021 | N | 10/15/2020 12:55 | FOL | III | 03/10/2021 15:20 | 08/19/2020 | MH Change | 03/18/2021 06:00 | 03/18/2021 18:26 | 211 | |
| ISP | | | CCCMS 01/19/2021 - 03/31/2021 | N | 01/21/2021 00:00 | COR | II | 04/05/2021 10:09 | 01/19/2021 | MH Change | | | | **58** days -No movement due to Covid-19 |
| ISP | | | EOP 05/21/2021 - 07/24/2021, CCCMS 07/24/2020 - 03/30/2021 | N | 02/26/2021 15:28 | LAC | IV | 11/07/2020 13:56 | 05/21/2020 | MH Change | 03/30/2021 07:43 | 03/30/2021 12:05 | 313 | |
| ISP | | | CCCMS 03/30/2021 - 03/31/2021 | N | | | | 02/10/2021 13:58 | 03/30/2021 | MH Change | | | | |
| ISP | | | CCCMS 10/13/2020 - 03/04/2021 | N | 01/14/2021 00:00 | COR | III | 02/25/2021 21:51 | 10/13/2020 | MH Change | 03/04/2021 05:32 | 03/04/2021 13:42 | 142 | |
| ISP | | | CCCMS 03/04/2021 - 03/31/2021 | N | 03/11/2021 00:00 | SATF | II | 04/23/2021 11:51 | 03/04/2021 | MH Change | | | | **27** days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 03/24/2021 | N | 03/03/2021 11:57 | CMC | II | 04/24/2021 09:56 | 05/14/2020 | MH Change | 03/24/2021 07:26 | 03/24/2021 16:06 | 314 | |
| ISP | | | CCCMS 02/26/2021 - 03/31/2021 | N | 03/04/2021 00:00 | CMC | II | 07/26/2020 16:18 | 02/26/2021 | MH Change | | | | **33** days -No movement due to Covid-19 |
| ISP | | | CCCMS 11/24/2020 - 03/05/2021 | N | 12/04/2020 00:00 | COR | NA | 09/21/2020 09:12 | 11/24/2020 | MH Change | 03/05/2021 07:31 | | | **101** days -No movement due to Covid-19<br>**3/05/2021** -Paroled |
| ISP | | | CCCMS 05/13/2020 - 03/03/2021 | N | 12/24/2020 00:00 | SCC | II | 04/24/2020 10:54 | 05/13/2020 | MH Change | 03/03/2021 07:37 | 03/03/2021 19:27 | 294 | |
| ISP | | | CCCMS 10/29/2020 - 03/31/2021 | N | 11/04/2020 00:00 | SATF | II | 04/11/2020 11:31 | 10/29/2020 | MH Change | | | | **153** days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 03/31/2021 | N | 01/14/2021 00:00 | SATF | II | 04/25/2020 10:14 | 05/14/2020 | MH Change | | | | **321** days -No movement due to Covid-19 |
| ISP | | | CCCMS 10/21/2020 - 03/31/2021 | N | 10/28/2020 00:00 | COR | II | 09/21/2020 09:47 | 10/21/2020 | MH Change | | | | **161** days -No movement due to Covid-19 |
| ISP | | | CCCMS 01/28/2021 - 03/31/2021 | N | 02/11/2021 00:00 | SATF | II | 02/09/2021 19:52 | 01/28/2021 | MH Change | | | | **62** days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/19/2020 - 03/02/2021 | N | 08/21/2020 00:00 | COR | II | 04/24/2020 09:10 | 08/19/2020 | MH Change | | | | **224** days -No movement due to Covid-19 |
| ISP | | | CCCMS 08/20/2020 - 03/03/2021 | N | 01/15/2021 00:00 | CMC | II | 01/08/2021 17:53 | 08/20/2020 | MH Change | 03/03/2021 07:18 | 03/03/2021 14:54 | 195 | |
| ISP | | | CCCMS 01/07/2021 - 03/31/2021 | N | 01/12/2021 00:00 | SATF | IV | 03/10/2020 17:16 | 01/07/2021 | MH Change | | | | **83** days -No movement due to Covid-19 |
| ISP | | | CCCMS 07/07/2020 - 03/08/2021 | N | 03/04/2021 00:00 | WSP | III | 12/05/2019 16:03 | 07/02/2020 | MH Change | 03/08/2021 07:46 | 03/08/2021 14:45 | 249 | |
| ISP | | | CCCMS 02/10/2021 - 03/31/2021 | N | 02/19/2021 00:00 | SATF | IV | 08/14/2020 07:49 | 02/10/2021 | MH Change | | | | **49** days -No movement due to Covid-19 |

# EXHIBIT B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 04/01/2021 06:50 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 03/01/2021 - 03/31/2021
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL | | | 03/18/2021 | N | 01/26/2021 00 00 | CAL | III | 03/18/2021 11:34 | CCCMS 03/18/2021 - 03/18/2021 | MH Upon Arrival | 03/18/2021 12:37 | | 1.05 | **Inadvertent Transfer** Inmate was returned to sending institution. No movement to Endorsed MHSDS Institution due to Covid-19. |
| CCC | | | 03/03/2021 | N | 02/26/2021 00 00 | CCC | I | 03/22/2021 17:14 | CCCMS 03/03/2021 - 03/25/2021 | MH Upon Arrival | 03/25/2021 07:00 | | 61.76 | **Inadvertent Transfer** Inmate was returned to sending institution. No movement to Endorsed MHSDS Institution due to Covid-19. |