| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**THIRTEENTH JOINT UPDATE ON THE WORK OF THE COVID-19 TASK FORCE**<br><br>Judge:  Hon. Kimberly J. Mueller |

This report provides the parties' thirteenth COVID-19 Task Force joint update and covers issues discussed since the twelfth joint update filed on March 19, 2021.[1] This report covers the Forty-Ninth (March 30, 2021) COVID-19 Task Force meeting. Following that meeting, the Special Master modified the Task Force meeting schedule from biweekly to monthly. This report also covers various small workgroup meetings between representatives from Defendants and the Special Master's team. Unless otherwise indicated, the small workgroup meetings include members of Defendants' leadership and the Special Master's team, and not Plaintiffs. The Special Master typically holds weekly meetings with Plaintiffs to update them on the status of the workgroups.[2]

I. UPDATE REGARDING COVID-19 CASES IN CDCR AND DSH

A. CDCR Report On COVID-19 Cases, Testing, and Vaccines

CDCR reports the following vaccination statistics as of April 9, 2021. Systemwide, approximately 64% of COVID-19 naïve patients have been vaccinated. At least first doses of vaccine have been offered to 96% of incarcerated patients, and the overall acceptance rate is 71%. Acceptance rates are higher for at-risk populations, with 90% acceptance among COVID-19 naïve people age 65 or greater, and 84% acceptance among COVID-19 naïve people with a COVID-19 weighted risk score of 3 or greater. All clinical and custody staff working at institutions have been offered vaccination. Approximately 23,932 or 44% of institution-based staff have received at least first doses through CDCR and 27,464 or 42% of all staff have received at least first doses through CDCR. On April 16, 2021, approximately 25,517 or 39% of all staff are fully vaccinated through CDCR. As of

---

[1] At the June 26, 2020 status, conference, the Court directed the parties to file a joint report with updates "on the work of the Task Force" by July 15, 2020 and "every two weeks thereafter." (ECF No. 6741.) The Court modified this schedule on August 26, 2020, directing the parties to file COVID-19 Task Force updates every other Friday by 12:00 p.m., beginning on August 28, 2020. (ECF No. 6837.) On September 25, 2020, the Court extended the deadline to file the sixth joint update to October 2, 2020 at 12:00 p.m. and directed that further joint updates be filed every four weeks. (ECF No. 6886.)

[2] DSH and CDCR data has not been circulated to the Task Force since the last meeting on March 30, 2021. Defendants certify all data reported in this report is accurate as of April 14, 2021 or the date otherwise listed.

April 12, 2021, approximately 72% of MHSDS staff have received at least first doses through CDCR.  CDCR is providing education to incarcerated people and staff and hopes to increase acceptance rates.  On March 30, 2021, CDCR updated its public-facing COVID-19 tracking data to include a vaccination tracker showing data on patient and staff vaccination, available at:  https://www.cdcr.ca.gov/covid19/population-status-tracking/.

  Consistent with public health guidelines, CDCR will continue to offer vaccination to all incarcerated people, including previously-infected patients.  CDCR reported that it is taking various actions to further encourage vaccination among staff and patients, including education, repeatedly and consistently offering vaccination to those who have declined.

  The following table shows CDCR's report as of April 12, 2021 on the total number of confirmed COVID-19 cases, currently active, resolved to date, currently hospitalized, hospitalized to date, deaths to date, and the number and percentage of those cases who are *Coleman* class members and their level of care.

| COVID Result | Total Patients | MHSDS Patients Only | MHSDS patients as % of total |
|---|---|---|---|
| **Active** | 12 | 5 (2 CCCMS, 2 EOP, 0 ICF, 1 ACUTE, 0 MHCB) | 42% |
| **Resolved** | 43,397 | 12,868 (10,653 CCCMS, 2,012 EOP, 107 ICF, 56 ACUTE, 40 MHCB) | 30% |
| **TOTAL Active + Resolved** | 43,409 | 12,873 (10,655 CCCMS, 2,014 EOP, 107 ICF, 57 ACUTE, 40 MHCB) | 30% |
| **Current Hospitalized** | 2 | 1 (1 CCCMS, 0 EOP, 0 ICF, 0 ACUTE, 0 MHCB) | 50% |
| **Cumulative Hospitalized** | 1,279 | 443 (358 CCCMS, 71 EOP, 12 ICF, 1 ACUTE, 1 MHCB) | 35% |
| **Deaths** | 220 | 87 (72 CCCMS, 13 EOP, 2 ICF, 0 ACUTE, 0 MHCB) | 40% |

  CDCR reports that the resolved cases reported above only include patients who are in a CDCR institution at the time the data is pulled.  This is a subset of patients tracked on the public COVID-19 tracker website, which includes patients who have left CDCR.

CDCR reports the above hospitalization numbers include re-admissions of some patients who were discharged and then re-admitted, and includes hospitalizations of patients who are no longer in CDCR custody.  CDCR reports this number includes all hospitalizations since March 2020 that occurred 3 days before through 21 days after a patient's first positive COVID test, but excludes patients who were COVID-19 positive and admitted to outside hospitals for reasons other than COVID-19.

According to CDCR, as of April 14, 2021, it had tested 122,144 unique incarcerated people and formerly incarcerated people.  According to CDCR's publicly available Population COVID-19 Tracking dashboard reports, as of April 12, 2021, CDCR's rate of confirmed cases per 1,000 incarcerated people (517.2 per 1,000) is higher than the rates in California (93.7 per 1,000) and the United States (94.9 per 1,000).

As of April 12, 2021, CDCR has transitioned movement to be determined by the Movement Matrix rather than designating institutions as opened or closed to movement.  As discussed below, Plaintiffs are currently reviewing the revised Movement Matrix.

**B.     DSH Report Regarding COVID-19 Cases, Testing, and Vaccinations**

DSH reports that it continues to offer vaccination to all patients across its five hospitals and has made vaccination information publicly available at the following website:  https://www.dsh.ca.gov/COVID-19/Vaccination.html.  All DSH staff and patients are eligible.  DSH's website reports, as of April 13, 2021, a cumulative total of 8,659 vaccine doses have been administered to patients and 14,735 vaccines have been administered to staff, including first and second doses and individuals no longer housed in or employed by DSH.  Although the website does not show data specific to the *Coleman* units, it shows among the active (current) populations housed or employed at DSH at least first doses have been administered to 75% of patients and 68% of staff at DSH-Atascadero; 81% of patients and 56% of staff at DSH-Coalinga; and 73% of patients and 60% of staff at DSH-Patton.

As of April 13, 2021, DSH reports it has performed 65,864 tests on a cumulative total of 7,332 patients across all five hospitals.  A total of 1,893 patients (including non-

*Coleman* patients) and 2,001 staff have tested positive to date, with a total of 6 patients and 16 staff testing positive in the past 14 days across the five hospitals.  A total of 57 patients have died to date, none of whom are *Coleman* class members.

DSH reports as of April 13, 2021, DSH-Atascadero has had a cumulative total of 19 COVID-19 positive *Coleman* patients.  One *Coleman* patient tested positive for COVID-19 upon admission on April 12 and has since tested negative on April 14; he is asymptomatic and is currently housed in an isolation room.  As of April 14, 2021, DSH-Atascadero has 2 units on quarantine and no active isolation units.

DSH reports as of April 13, 2021, DSH-Coalinga has had no COVID-19 positive *Coleman* patients.  No *Coleman* patients are currently symptomatic or positive for COVID-19.  As of April 14, 2021, DSH-Coalinga has 4 units on quarantine, and one active isolation unit.

DSH reports as of April 13, 2021, DSH-Patton has had a cumulative total of 2 COVID-19 positive *Coleman* patients.  No *Coleman* patients are currently symptomatic or positive for COVID-19.  DSH-Patton has 3 units on quarantine, and one active isolation unit.

**II.    UPDATES ON DSH CENSUS, WAITLIST, AND ADMISSIONS**

DSH reported at the March 30, 2021 Task Force meeting that since DSH lifted its temporary suspension of admissions effective April 16, 2020, DSH has admitted a total of 197 *Coleman* class members as of April 13, 2021, including 20 since the last Task Force update filed on March 19, 2021.  As of March 26, 2021, DSH reports there were 138 *Coleman* class members at DSH-Atascadero (with 118 available beds), 22 at DSH-Coalinga (with 28 available beds), and 12 at DSH-Patton (with 18 available beds).

As of April 13, 2021, DSH reports that it received a total of 16 new *Coleman* referrals from CDCR since the last Task Force update filed on March 19, 2021.  As of April 13, 2021, Defendants report there are 14 patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, with zero ICF patients awaiting admission

for more than 30 days.  Of the 14 patients awaiting admission to DSH-Atascadero, DSH-Coalinga, and DSH-Patton, none have been awaiting admission for more than 30 days.

## III.   UPDATES ON THE CDCR AND DSH SMALL WORKGROUP ACTIVITIES

The Special Master's experts have held small workgroups with CDCR and DSH leadership, without Plaintiffs or Defendants' counsel, focused on specific topics.

### A.   CDCR Workgroup

The CDCR small workgroup discussed CDCR's provision of group treatment with social distancing, Nursing Led Therapeutic Groups pilot at seven institutions, and progress on transferring the backlog of class members held at desert institutions and out of non-EOP Hub segregation units.

### B.   DSH Workgroup

Defendants report that the DSH small workgroup continued to meet weekly to discuss individual and institutional level public health data for the purpose of ensuring safe transfers.  Additionally, Defendants report that DSH and CDCR are continuing to collaboratively review patients on the CDCR PIP waitlist to identify patients who can be safely transferred to DSH.  As of April 9, 2021, a total of 73 cases were reviewed, CDCR and DSH determined 32 were not appropriate for transfer to DSH and 41 were recommended for transfer.  Of these 41 cases, 16 have already transferred to DSH, 12 have been referred to DSH including 5 scheduled for transport to DSH the week of April 12th, 3 have been rescinded due to their LRH changing to Locked Dorms, and 10 are pending referral.  Defendants will provide more information on the progress of that review at the next Task Force meeting.

## IV.   UPDATES ON OTHER KEY TASK FORCE TOPICS

### A.   Deactivation of the Temporary Mental Health Units (TMHUs)

CDCR determined that the COVID-19 TMHUs are no longer necessary to provide housing or care to patients pending transfer to MHCBs, Acute beds, or ICF beds.  On March 26, 2021, CDCR sent an email to the field directing that CDCR will stop placing patients in TMHUs on April 2, 2021, patients referred to Acute care shall await transfer in

a crisis bed, and patients referred to Intermediate care shall either receive enhanced Treatment In Place in an outpatient program or be placed in a crisis bed pending transfer. During the March 30, 2021 Task Force call, CDCR also reported that it will consider all inpatient transfers to be clinically necessary, it has eliminated the MHCB waitlist and the MHCB transfer process is returning to pre-COVID-19 standards, and once it eliminates the current backlog of Intermediate and Acute inpatient transfers CDCR will also discontinue use of Treatment In Place in outpatient programs.

### B. Mental Health Milestone Credit Earning

At the March 30, 2021 Task Force meeting, and in subsequent correspondence, the Parties discussed Plaintiffs' inquiries about blocks of backdated entries being made in patients' health care records for Mental Health Milestone Credits, which credits may reduce the actual length of class members' prison terms. CDCR's December 3, 2020 memorandum entitled "Guidance for Mental Health Milestone Completion Credits During COVID-19" allowed all class members to continue to earn Mental Health Milestone credits during the COVID-19 pandemic, including receiving credits retroactively for in-cell activities completed prior to the issuance of the memorandum. Defendants explained that restrictive movement and staff shortages due to COVID-19 caused delays in assessing and entering some patients' Milestone credits, and that block entries were being made to catch up on data-entry.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**C.  COVID-19 Screening and Testing Matrix for Patient Movement ("Movement Matrix")**

On April 12, 2021, CDCR and CCHCS released draft revisions to the January 8, 2021 version of the Movement Matrix. The proposed revisions include language treating all transfers of MHSDS patients to meet Program Guide requirements as necessary transfers. Plaintiffs plan to offer any comments on the revised language by April 19, 2021.

DATED: April 16, 2021          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Marc J. Shinn-Krantz*
    Marc J. Shinn-Krantz

Attorneys for Plaintiffs

DATED: April 16, 2021          MATTHEW RODRIQUEZ
                               Acting Attorney General
                               Adriano Hrvatin
                               Supervising Deputy Attorney General

By: */s/ Lucas L. Hennes*
    Lucas L. Hennes
    Deputy Attorney General

Attorneys for Defendants