1  SHAWNA BALLARD, State Bar No. 155188
   KATE FALKENSTIEN, State Bar No. 313753
2  Reichman Jorgensen Lehman & Feldberg LLP
    100 Marine Parkway, Suite 300
3   Redwood Shores, CA 94065
    Telephone: (650) 623-1401
4   Fax: (650) 623-1449
    E-mail: sballard@reichmanjorgensen.com
5          kfalkenstien@reichmanjorgensen.com
   *Attorneys for Plaintiff-Intervenor Christopher Lipsey*
6
   MATTHEW RODRIQUEZ, State Bar No. 95976     HANSON BRIDGETT LLP
7  Acting Attorney General of California       PAUL B. MELLO, State Bar No. 179755
   MONICA N. ANDERSON, State Bar No. 182970    SAMANTHA D. WOLFF, State Bar No. 240280
8  Senior Assistant Attorney General           LAUREL E. O'CONNOR, State Bar No. 305478
   DAMON MCCLAIN, State Bar No. 209508         DAVID C. CASARRUBIAS, State Bar No. 321994
9  Supervising Deputy Attorney General           1676 N. California Boulevard, Suite 620
   ELISE OWENS THORN, State Bar No. 145931       Walnut Creek, CA 94596
10 LUCAS HENNES, State Bar No. 278361            Telephone: (925) 746-8460
   NAMRATA KOTWANI, State Bar No. 308741         Fax: (925) 746-8490
11 Deputy Attorneys General                      E-mail: PMello@hansonbridgett.com
     1300 I Street, Suite 125                  *Attorneys for Defendants*
12   P.O. Box 944255
     Sacramento, CA 94244-2550                 ROMAN M. SILBERFELD, State Bar No. 62783
13   Telephone: (916) 210-7323                 GLENN A. DANAS, State Bar No. 270317
     Fax: (916) 324-5205                       ROBINS KAPLAN LLP
14   E-mail: Lucas.Hennes@doj.ca.gov             2049 Century Park East, Suite 3400
   *Attorneys for Defendants*                    Los Angeles, CA 90067-3208
15                                               Telephone: (310) 552-0130
                                                 Fax: (310) 229-5800
16                                               E-mail: RSilberfeld@RobinsKaplan.com
                                               *Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.** | Case No. CIV S-90-0520 KJM DB P |
| Plaintiffs, | **PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S AND DEFENDANTS' JOINT STATEMENT REGARDING PROPOSED SCHEDULE TO ADJUDICATE LIPSEY'S CLAIM** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | Judge: Hon. Kimberly Mueller<br>Action Filed: April 23, 1990 |

1

On February 27, 2020, the Court granted Plaintiff-Intervenor Christopher Lipsey's Motion to Intervene. ECF No. 6487. Lipsey asserts an Eighth Amendment claim against CDCR Secretary Kathleen Allison ("Defendant") concerning the noise caused by welfare checks tracked using the Guard One system. *See* Compl. In Intervention, ECF No. 6941. Lipsey filed a Motion for a Temporary Restraining Order, ECF No. 6462, which the Court denied without prejudice on March 19, 2021, ECF No. 7095.

In its order denying Lipsey's Motion for a Temporary Restraining Order, the Court ordered the parties to "meet and confer and file a joint statement proposing a schedule for adjudication of Lipsey's claim on the merits." ECF No. 7095. The parties conferred on April 6, 2021, and hereby propose a schedule.

Lipsey and Defendants disagree about whether Lipsey must seek the Court's leave to take fact discovery in a case like this one involving intervention post-judgment, and if so, whether such discovery should be permitted. On April 5, 2021, Lipsey served requests for production, but Defendants contend that no discovery is currently authorized (beyond the previously conducted discovery into third-party inmate complaints about noise caused by Guard One, which was specifically authorized in the Court's February 27, 2020 order, ECF No. 6487). After conferring, the parties believe it would be most efficient to submit briefs on this issue first and resolve whether discovery is permitted. The parties propose the following schedule:

| Event | Proposed Deadline[1] |
|---|---|
| Lipsey to file motion seeking leave to take discovery | April 30, 2021 |
| Discovery motion opposition due | May 14, 2021 |
| Discovery motion reply due | May 21, 2021 |
| Hearing on discovery motion | May 28, 2021 at 10:00 am |

---

[1] Lipsey understands that, pursuant to the Court's order on December 23, 2020, ECF No. 7003, he must file a request for leave to file his motion seeking to take discovery. That request is filed herewith. If the Court has not granted that request by the proposed April 30 deadline for Lipsey's motion, Lipsey will file his motion within 7 days of a subsequent Court order granting him leave.

If the Court permits discovery, the parties propose the following subsequent schedule:

| Event | Proposed Deadline |
|---|---|
| Fact discovery cut-off | October 29, 2021 |
| Expert disclosures | November 19, 2021 |
| Expert rebuttal | December 3, 2021 |
| Expert discovery cut-off | December 17, 2021 |
| Deadline to file dispositive and *Daubert* motions | January 7, 2022 |
| Dispositive and *Daubert* motion oppositions due | January 21, 2022 |
| Dispositive and *Daubert* replies due | January 28, 2022 |
| Hearing on dispositive and *Daubert* motions | At the Court's convenience in February 2022 |
| Evidentiary hearing (if dispositive motions do not resolve the case) | At the Court's convenience in May 2022 |

DATED: April 19, 2021  /s/ Kate Falkenstien
Attorney for Plaintiff

DATED: April 19, 2021  /s/ Lucas Hennes (as authorized on 4/13/21)
Attorney for Defendants