SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
E-mail: sballard@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com

Attorneys for Plaintiff-Intervenor Christopher Lipsey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. CIV S-90-0520 KJM DB P<br><br>**PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S REQUEST FOR LEAVE TO FILE A MOTION SEEKING DISCOVERY ON HIS CLAIM IN INTERVENTION**<br><br>Judge: Hon. Kimberly Mueller<br>Action Filed: April 23, 1990 |

On February 27, 2020, the Court granted Plaintiff-Intervenor Christopher Lipsey's Motion to Intervene. ECF No. 6487. Lipsey asserts an Eighth Amendment claim against CDCR Secretary Kathleen Allison ("Defendant") concerning the noise caused by welfare checks tracked using the Guard One system. *See* Compl. In Intervention, ECF No. 6941. Lipsey filed a Motion for a Temporary Restraining Order, ECF No. 6462, which the Court denied without prejudice on March 19, 2021, ECF No. 7095.

In its order denying Lipsey's Motion for a Temporary Restraining Order, the Court ordered the parties to "meet and confer and file a joint statement proposing a schedule for adjudication of Lipsey's claim on the merits." ECF No. 7095. The parties conferred on April 6, 2021, and have agreed upon a proposed schedule, filed herewith. That schedule contemplates that

Lipsey will file a motion seeking leave to take discovery on his claim in intervention. Pursuant to the Court's Order on December 23, 2020, Lipsey hereby seeks leave to file that motion for discovery.

In granting Lipsey's intervention, the Court initially ordered narrow discovery regarding administrative complaints filed by other inmates related to the use of Guard One. *See* Order, ECF No. 6487, at 4. The Court ultimately granted Lipsey's motion to compel related to that discovery, ECF No. 6756, and the parties completed discovery on that one issue. However, Lipsey has not taken any discovery on any other issue relevant to his claim in intervention, including CDCR investigations into the noise or impact on inmate sleep caused by Guard One, CDCR training regarding Guard One, the viability of alternatives to Guard One, or the possibility of modifications to existing policy to reduce the impact of the noise from Guard One. He has not taken any depositions.

To adjudicate Lipsey's claims on the merits, further discovery is necessary. Lipsey served a set of Requests for Production on April 5, 2021. The parties conferred about Lipsey's requests and the proposed schedule on April 6, 2021 and have additionally exchanged letters and emails following up on that discussion. Defendant has taken the position that no discovery is currently authorized or warranted regarding Lipsey's claim because this case is post-judgment. Defendant maintains that Lipsey would need to file a motion to take any formal discovery. After learning that Defendant opposed *any* formal discovery regarding his claim in intervention, Lipsey voluntarily withdrew his April 5 discovery requests (without waiving his right to reserve them later) in order to seek leave to file this motion and obtain clarity from the Court about the propriety of discovery on his claim. The Special Master has not been involved in this dispute between Lipsey and Defendant regarding the appropriateness of formal discovery.

Lipsey does not, in this request to file a motion, intend to fully brief the legal grounds for discovery in a post-judgment intervention or the practical necessity of additional discovery to fairly evaluate his claims. At this juncture, he simply requests leave to file a motion addressing those questions.

| | |
|---|---|
| DATED: April 19, 2021 | /s/ Kate Falkenstien |
| | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>Shawna L. Ballard (SBN 155188)<br>Kate Falkenstien (SBN 313753)<br>100 Marine Parkway, Suite 300<br>Redwood Shores, California 94065<br>Telephone: (650) 623-1401<br>Fax: (650) 623-1449<br>sballard@reichmanjorgensen.com<br>kfalkenstien@reichmanjorgensen.com<br><br>*Attorneys for Plaintiff-Intervenor Christopher Lipsey* |