UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:90-cv-0520 KJM KJN P<br><br><br><br>ORDER |

As required by court order, ECF No. 7095, plaintiff-intervenor Christopher Lipsey (hereafter Lipsey) and defendants have filed a joint statement regarding a proposed schedule to adjudicate Lipsey's claim. ECF No. 7130. Lipsey and defendants disagree about whether Lipsey requires leave of court to conduct discovery on his claim and they include in the proposed schedule a timeframe for proceedings on a motion by Lipsey for leave to conduct discovery. *Id.* at 2. In accordance with this agreement, Lipsey has filed a motion for leave to file the motion to conduct discovery. ECF No. 7131.

/////

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Lipsey's April 19, 2021 motion, ECF No. 7131, is GRANTED; and

2. Lipsey's motion for leave to conduct discovery shall be filed, briefed, and heard on the schedule proposed by the parties in their April 19, 2021 Joint Statement, ECF No. 7130.

DATED: April 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE