MATTHEW RODRIQUEZ, State Bar No. 95976
Acting Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS L. HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7323
 Fax: (916) 324-5205
 E-mail: Lucas.Hennes@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF FILING UPDATED ROADMAP TO REOPENING** |

1

Defs.' Notice of Filing Updated Roadmap to Reopening (2:90-cv-00520 KJM-DB (PC))

17466276.1

As required by this Court's March 29, 2021 order (ECF No. 7112), attached as Exhibit A is the California Department of Corrections and Rehabilitation's updated Roadmap to Reopening. Also attached as Exhibit B is Defendants' updated Mental Health COVID-19 Emergency Plan Tier Chart reflecting Defendants' current plans regarding the delivery of mental health care during the COVID-19 Pandemic. The Tier Chart has been revised to better align with CDCR's Roadmap to Reopening.

Dated: April 22, 2021                                  Respectfully submitted,

MATTHEW RODRIQUEZ
Acting Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

        /s/ Lucas L. Hennes
LUCAS L. HENNES
Deputy Attorney General
*Attorneys for Defendants*

DATED:  April 22, 2021                                 HANSON BRIDGETT LLP

By:     s/ Paul B. Mello
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants

2

Defs.' Notice of Filing Updated Roadmap to Reopening (2:90-cv-00520 KJM-DB (PC))

17466276.1

# Exhibit A

# Institutional Roadmap to Reopening – April 20, 2021

## Introduction

This document provides an updated revision to the Roadmap to Reopening institutional programs, services, and activities within the California Department of Corrections Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS).

The Roadmap provides a general guideline while allowing room for hiring authorities and their teams to determine specifics that meet current operational and safety needs within the phased guidelines as best apply to their institution's unique circumstances. These options include reduced group sizes, modified hours, staggered schedules, outdoor programming, or programming in non-traditional spaces to allow for physical distancing.

The CDCR-CCHCS Roadmap to Reopening incorporates a multi-phased approach to reopen operations, taking into consideration the recommended guidelines set forth by the Centers for Disease Control and Prevention (CDC), the California Department of Public Health (CDPH), and other stakeholders. Institutions will continuously evaluate and monitor positive COVID test results and reinstate precautionary measures, as needed, to protect all of those who work and live in California's state prisons.

Movement between the phases will be determined jointly by the Warden and Chief Executive Officer (CEO) and will be reflected on the Roadmap SharePoint. Movement between phases may apply to individual facilities or, based on design, an entire institution. Specific criteria for moving from one phase to another, including minimum testing requirements, will be posted as part of the "COVID-19 and Seasonal Influenza: Interim Guidance for Health Care and Public Health Providers" (https://cchcs.ca.gov/covid-19-interim-guidance/). As the institution moves into Phases 2 and 3, a gradual approach will be taken as each area ramps up. The CDCR-CCHCS Re-opening Guidance and Checklist is also available to aid institutions in supporting a safe, clean environment for inmates and staff while allowing programming to carefully resume.

## Phases Defined

**Throughout all the phases, staff shall ensure COVID-19 precautionary and infection control measures are adhered to.** These measures include complying with physical distancing, enforcing facial coverings, handwashing, and frequent disinfecting of spaces and activity items between uses.

Many institutions are made up of multiple separate facilities. An institution can be considered a single facility if the geographic layout does not allow for feasible separation of inmates. Facilities include one or more different housing units, and within housing units, inmates may be cohorted into smaller groups. The updated roadmap takes into account that all CDCR inmates and staff will have been offered a COVID vaccine prior to the end of April 2021.

**For purposes of reopening, an outbreak is defined as three or more related COVID-19 inmate cases within a facility, as determined by a contact investigation, in the past 14 days.**

**Outbreak Phase (Phase 1):**
➢ The facility has a current inmate outbreak or is recovering from a recent outbreak (no new outbreak cases in the last 14 days).

- An outbreak is defined as three or more related COVID-19 inmate cases, as defined through a contact investigation.[1] Each facility within an institution can be considered separately, or an institution can be considered a single facility if the geographic layout does not allow for feasible separation of inmates and/or staff.
- The end of an outbreak is defined as 14 days with no new inmate outbreak cases identified in the given facility.
- Outbreak response testing must continue throughout Phase 1.
- Most restrictive modifications in operations, programs, and services. Group activities limited to small cohorts of inmates within the same housing unit.
- To move from Phase 1 to Phase 2, the facility must have had no inmate outbreak cases for at least 14 days.

**Modified Phase (Phase 2):**
- Partial reopening and gradual easing of Phase 1 restrictions.
- If the facility has an outbreak, the facility must immediately revert to Phase 1 restrictions.
- In the time needed to investigate individual cases, before concluding that there is an outbreak, the facility may remain in Phase 2.
- To move from Phase 2 to Phase 3, the facility must have no new inmate outbreak cases for 28 days.

**New Normal Programming (Phase 3):**
- To the extent that facilities are in different phases, inmates from different facilities will not be permitted to program together.
- Progressive reopening of programs and services will be reviewed and implemented weekly by the institution.
- If the facility experiences an inmate outbreak, the facility must revert to Phase 1 restrictions.

## General Provisions for Institutional Operations, Programs, and Health Care Services

*Outbreak Phase (Phase 1)*
- Closed to in-person and family visiting, volunteers, and activities involving outside groups.
- Video visiting allowed.
- Closed to media access, film requests, and stakeholder tours.
- No outside vendors, non-essential contractors, or non-employees permitted, other than those who are essential for supplying needed goods. Essential vendors, contractors, and non-employees include:
    - Integrated Substance Use Disorder Treatment (ISUDT) program providers, including Alcohol and Other Drug (AOD) Counselors, are essential contractors.
    - California Department of Veterans Affairs (CalVet) representatives are essential.
    - Design and construction activities performed by consultants, general contractors, and the Inmate/Ward Labor (IWL) program are considered essential and will continue during this phase.
- Inmate workforce limited to essential functions.
- Yard/provision of meals within the same housing unit.

---

[1] Staff are routinely tested for COVID-19. All staff positives are investigated through contact tracing. As the number of staff positives increase at an institution, increased testing occurs. If inmate(s) are identified as contacts of a positive staff member, they are screened and tested per protocol.

- Showers allowed with cleaning in-between uses.
- Dayroom access within the same living quarters.
- Sports equipment may be issued if used only by one inmate; equipment is to be cleaned after use.
- Recreational activities (card games, board games, etc.) may be issued to inmates who live within the same unit/cohort, with disinfection of the items between uses.
- All students receive independent study packets.
- Students shall be administered educational assessments, with social distancing.
- Active ISUDT participants receive Program Engagement Packets from ISUDT AOD Counselors.
- Allow Mental Health referrals and routine appointments, which may be done cell front.
- Mental Health and Nursing may provide in-cell activities and packet programming.
- Law library: Paging only. Recreational reading books made available to inmates in housing units; access to assistive devices provided in libraries or housing units, as resources are available.
- The following programs are closed: Offender Mentor Certification Program, in-person college, and InnovativeGrants Program/Arts in Corrections/Volunteer programs.
- Congregate religious activities are not permitted.
- Phone calls with cleaning between uses.
- **All episodic care as listed below but not limited to:**
    - **Emergent Health Care Request:** A request for immediate medical, mental health, or dental services attention based on the patient or a staff's belief that a patient's presentation requires immediate attention by staff trained in the evaluation and treatment of health care problems.
    - **Urgent Health Care Request:** A health care request for medical, mental health, or dental services attention based on a licensed provider's determination that signs or symptoms require attention within 24 hours by staff trained in the evaluation and treatment of medical problems.
    - **High Priority Specialty Services**

*Modified Phase (Phase 2): Increased movement and programming*
With COVID precautions observed whenever possible, gradually increase movement and access to programs and services as follows:
- Visiting: Refer to the Visiting Memorandum. Visiting will transition to a hybrid visiting model consisting of a combination of either one day in-person visiting and one video visiting; or two days in-person visiting, as determined by the Warden and CEO and as physical plant allows.
- Family visiting will not be allowed.
- The Warden, CEO, and Public Information Officer will coordinate with the Office of Public and Employee Communications (OPEC) and the appropriate Associate Director and Regional Health Care Executive to evaluate requests from news media representatives. Media access should be limited to news media representatives in the same region or media market as an institution – not reporters from out of state or outside the U.S. Media access should be limited to one area of an institution or to one facility. On a case-by-case basis, requests from non-news media representatives (filmmakers) and filming requests from rehabilitation program providers can be considered.
- Inmate workforce to return.
- Yard/provision of meals access within the same facility.
- Increase dayroom access to include more participants and/or hours.
- Inmate Activity Groups (includes Arts in Corrections, Innovative Grants Program, and other volunteer groups): The Community Resources Manager (CRM) will be point of contact in coordinating the return of community-based organizations (CBOs) and volunteers to the institution

- in accordance with the Department's COVID-19 mitigation protocols.
- Outside vendors, non-essential contractors, or non-employees may be permitted.
- All Education Courses, including Career Technical Education (CTE) and in-person college courses, may return where physical distancing can be maintained.
- ISUDT: Allow Integrated/Offender Mentor Certification Program services to resume in a group setting within the same facility where physical distancing can be maintained.
- Library and law library access resume.
- Indoor and outdoor congregate religious activities permitted within the same facility where physical distancing can be maintained.
- Careful resumption of routine clinical operations for all CCHCS disciplines. This includes all episodic care in Phase 1 in addition to the episodic care noted below:
    - **Medium Priority Health Care Request:** Any health care request that includes, but is not limited to, preventive care, screening, or follow-up care and does not meet the definition of emergent but requires a shorter timeframe than routine requests as determined by the licensed provider.
    - On-site specialty services.
    - Mental Health services, including groups, where physical distancing can be maintained.
    - Dental services may return to routine care according to dental program guidelines.

### New Normal Programming Phase (Phase 3)

Progressive reopening of programs and services will be reviewed and implemented weekly by the institution. With COVID precautions observed whenever possible, all of the following may resume:

- All clinical operations, including but not limited to Routine Specialty Services and Preventative Services to include all cancer screenings and immunizations.
- Normal programming in DRP, ISUDT, self-help programming, etc.
- Normal visiting operations.
- Family visiting resumes.
- Rehabilitative programs.
- Contact Sports: These activities are allowed so long as participants wear appropriate face coverings and perform hand hygiene before play, during breaks, at halftime, and at the conclusion of the activity. Participants must also clean and sanitize equipment between uses.
- Congregate religious activities.
- Normal process for filming requests, media access, and stakeholder tours.
- Continue with institutional screening and testing protocols, and ensure continuous monitoring of the status of the institution.

# Exhibit B

| Tier | Inpatient Referrals | Suicide Prevention | Provision of Treatment | Evaluations (Pre-Release, OMHD) |
|---|---|---|---|---|
| **Tier One – Outbreak – Most Restrictive:**<br>The facility has a current outbreak or is recovering from a recent outbreak.<br><br>Outbreak is defined as 3 or more related COVID-19 inmate cases, as determined through a contact investigation. Each facility within an institution can be considered separately, or an institution can be considered a single facility if the geographic layout does not allow for feasible separation of inmates and/or staff.<br><br>Patient movement restrictions between and within facilities is suspended and significant staffing shortages require substantial change in standard practice.<br><br>• Patient movement restrictions in most units and/or yards within facilities.<br>• Substantial clinical staffing shortages requires further triage for services.<br>• Insufficient beds and/or staff available for 1:1 watch and alternative housing.<br>• Social distancing of six feet is required.<br><br>The end of an outbreak is defined as 14 days with no new inmate outbreak cases identified in the given facility.<br><br>To move from Phase 1 to Phase 2, the facility must have had no inmate outbreak cases for at least 14 days. | Referrals continue per policy.<br><br>Follow Movement Matrix.<br><br>**If staffing and space become unavailable:**<br><br>**Alt Housing Location:** Patients who can be safely watched in their existing cell will be placed on 1:1 watch (must be single cell status, items removed per watch policy). These patients will be treated as MHCB patients for all clinical contacts as operations allow.<br><br>**1:1 Watch:** When there are not enough staff for 1:1 watch, patients in alternative housing may be placed on 2:1 watch if the location allows for good line of sight and patients are next door to one another, allowing continuous watch of each. CEO to determine when this can be applied and will provide the direction above with oversight for safety. | **Suicide Risk Assessments:** Columbia Screener may be used with a mental status examination for suicide screening when staffing shortages prevent use of SRASHE.<br><br>Patients identified as suicide risk will receive in person evaluation.<br><br>**Five day follow ups:** Complete in person per policy, while maintaining social distancing.<br><br>**Referrals:** Triage referrals responding to emergent and urgent first, and triage routine referrals for urgency.<br><br>**Prevention:**<br>Distribute ASU Workbooks to outpatient housing units (EOP) for in-cell activities.<br><br>SPRFIT Coordinators distribute the high risk list to all primary clinicians. PCs to conduct cell visits for check-ins with individuals on this list. These visits should be in addition to required scheduled appointments.<br><br>If decompensation is noted, patients should be brought out for assessment. | **Rounding:** Every day, every patient is visited in cell by a nurse, or if unavailable, any other dedicated provider, by building and yard. The review includes questions of immediate, acute suicidality or other medical concern. Patients who answer in the affirmative must be brought to the attention of the assigned psychiatrist at least once a day (preferably twice) at fixed times for treatment.<br><br>**Personal Protective Equipment:** Those rounding in quarantined and isolated areas must be provided appropriate personal protective equipment (PPE) based upon the most recent public health recommendations. All staff shall receive training in the appropriate use of PPE.<br><br>As ability to provide out of cell groups decreases:<br>• RTs play music and conduct other activities on the unit/cohorts<br>• Continue to replenish supply of in cell treatment materials.<br><br>Direct Staff and Care as follows:<br>• Emergent referrals<br>• Five Day Follow Ups<br>• Patients on high risk list<br>• Patients in inpatient facilities<br>• Patients awaiting transfer to inpatient facility<br>• Patients in segregated housing<br>• Patients in EOP level of care<br>• Patients in CCCMS level of care<br><br>**Psychiatry:** Any physician, NP, or PA serves as psychiatrists. | **Pre-Release Planning:**<br><br>**OMHD Evaluations:** OMHD evaluations will continue and patients meeting OMHD criteria will be admitted to DSH**.**<br><br>Evaluators will bundle evaluations for a single visit to reduce the number of trips to a facility.<br><br>If OMHD evaluator cannot enter a facility review will occur remotely and the evaluator will work with the OMHD Coordinator (CCI) at the facility to arrange for a telephonic interview.<br><br>**Pre-Release Planning:**<br><br>• ROIs may not be completed<br>• The PRPA may not be completed For releases, the IMHPC or PC or other clinician who knows the patient, will determine if exigent circumstances related to release exist, and if so, will attempt to communicate those needs to the respective community via email. The assigned psychiatrist will continue to be notified of the release date.<br>• Complete 5150 requests per standard process.<br>• Complete transportation chronos per standard process.<br>• Conduct pre-release CCAT when possible (dependent upon outside clinician availability). |

| Tier | Inpatient Referrals | Suicide Prevention | Provision of Treatment | Evaluations (Pre-Release, OMHD) |
|---|---|---|---|---|
| | | | - Psychiatrists check in & check out daily with Chief Psychiatrist to track availability and coverage.<br><br>Contact lists for the following are updated regularly, to include:<br>- Nursing structure<br>- MHCB/TTA/CTC<br>- Institutional leadership (Chief Psychiatrist, CMH, CEO)<br>- Medical providers<br>- Pharmacists<br>- Custody command chain<br>- Telepsychiatry Seniors<br>- Medication lines<br><br>Begin to Triage as follows:<br>- Admissions and discharges and related inpatient processes<br>- Suicide watch assessments and orders<br>- Suicide precaution assessments and orders<br>- Emergency Medication orders during patient crisis, PC 2602s<br>- Seclusion and Restraints "Face to Face" assessments or renewals<br>- Stat Labs for patients with suspected toxicity e.g. Lithium)<br>- Renewing expiring psychiatric medications<br>- Medication changes as necessary<br>- Confirming lack of psychiatric medication-related medical issues<br>- IDTT participation<br>- Routine psychiatric follow up<br><br>Laptops with VPN (or home computers with Citrix) provide for chart access from home, for the | |

| Tier | Inpatient Referrals | Suicide Prevention | Provision of Treatment | Evaluations (Pre-Release, OMHD) |
|---|---|---|---|---|
| | | | equivalent of basic on-call coverage. Local triage (by Chief Psychiatrist and CMH) to establish referral priority for tele-health.<br><br>**Telepsychiatry:** Psychiatrists who are assigned to work on-site who are no longer able to come into the institution (for example >65 years old, high risk medical condition, quarantined but still able to work) can use WebEx to conduct patient visits from any home computer with a camera/ speaker/ microphone. A state laptop with a VPN (or any home computer with Citrix) can access EHRS.<br>• Staff that could be used as telepresenters include:<br>  o MA or CNA<br>  o Any staff unable to perform their assigned duties during the crisis (with training), e.g.<br>    • Dental<br>    • ATO<br>    • support staff<br>    • any healthy state personnel<br>  o Any Mental Health provider (Group leader, RT, SW, LCSW, PhD/ PsyD)<br>    • LVN, RN<br>    • Any medical provider (PA, NP, MD)<br>• All telepresenters would require personal protective equipment.<br>• This will also require: office space, tele-health equipment, IT assistance, OT organization, Custody escort support, contact lists and local leadership support. | |

| Tier | Inpatient Referrals | Suicide Prevention | Provision of Treatment | Evaluations (Pre-Release, OMHD) |
|---|---|---|---|---|
| **Tier Two – Modified – Some Restrictions:**<br>The facility has not had any outbreak cases for at least 14 days.<br><br>Movement restrictions and staff limitations impacting daily operations.<br><br>• Patient movement permitted between and within CDCR facilities<br>• Minor movement restrictions within specific housing units and/or yards<br>• Clinical staffing shortages requires triage for services<br>• There may be insufficient beds and/or staff for alternative housing and 1:1 watch.<br>• Social distancing of six feet is required.<br><br>To move from Phase 2 to Phase 3, the facility must have had no new inmate outbreak cases for 28 days. | Referrals continue per policy.<br><br>Follow Movement Matrix.<br><br>As wait times increase, patients shall be provided enhanced care, which may include, but not limited to, daily rounds, out of cell time, and therapeutic activities as operations allow, while awaiting transfer.<br><br>Patients awaiting MHCB will be placed in alternative housing on 1:1 status per current policy. Treatment frequency should be that of MHCB patients, when operations allow, while awaiting transfer.<br><br>Patients out of LRH, due to bed unavailability (DSH unlocked dorm) will be placed in the least restrictive housing available within CDCR. | **Suicide Risk Assessments:** *See Tier one*<br><br>**Five day follow ups:** *See Tier one*<br><br>**Referrals:** *See Tier one*<br><br>**Prevention:** *See Tier one and Provision of Treatment Column* | **Treatment may be triaged as follows as staffing shortages and space access are decreased:**<br><br>**Individual contacts:** Continue, with social distancing in place. May be triaged as follows.<br>**Triage Guidelines:** Individual contacts as follows:<br><br>• Emergent referrals<br>• Patients on high risk list<br>• Patients in inpatient facilities<br>• Patients awaiting transfer to inpatient LOC<br>• Patients in segregated housing<br>• Patients in EOP level of care<br>• Patients in CCCMS level of care<br><br>**IDTT:** Continue with social distancing. Optimize use of technology including VTC, SKYPE, conference calls, or other electronic alternatives.<br><br>**Groups:** Continue but may be reduced in size or in alternative non confidential locations (e.g. day room, class rooms) for social distancing. May be triaged.<br><br>• CCCMS groups may be reduced or cancelled to redirect resources to EOP and inpatient programs.<br>• Consider altering work schedules to stagger groups and offer into late evenings and weekends.<br>• Develop in cell RT and other group activities and distribute when group offerings decrease. | **Pre-Release Planning:**<br><br>Prioritize the ROIs to those releasing only to L.A. county and San Diego county.<br><br>Prioritize completion of the PRPA for those releasing to L.A. and San Diego counties first.<br><br>The assigned psychiatrist will continue to be notified of the release date.<br><br>Provide groups in accordance with group guidelines in treatment activities section of this document.<br><br>Complete 5150 requests per standard process.<br><br>Complete transportation chronos per standard process.<br><br>Conduct pre-release CCAT when possible (dependent upon outside clinician availability).<br><br>**OMHD Evaluations:** *See Tier one* |

| Tier | Inpatient Referrals | Suicide Prevention | Provision of Treatment | Evaluations (Pre-Release, OMHD) |
|---|---|---|---|---|
| | | | **Patients on isolation:** Provide with treatment packets to complete in cell.  Treatment team members visit cell daily.<br><br>**Psychiatry Services:** *See tier one* Excludes any physician, NP, or PA. Only Psychiatrists provide psychiatry services.<br><br>**Telepsychiatry:** *See tier one*<br><br>**Personal Protective Equipment:** *See tier one* | |

| Tier | Inpatient Referrals | Suicide Prevention | Provision of Treatment | Evaluations (Pre-Release, OMHD) |
|---|---|---|---|---|
| **Tier Three – New Normal – Least Restrictive:**<br>The facility has not had any outbreak cases for at least 28 days.<br><br>Delivery of care continues with:<br><br>• Patient movement permitted between and within CDCR facilities who are in the same phase.<br>• Adequate clinical staff are on site and available to provide services<br>• Sufficient beds and staff are available for 1:1 watch and alternative housing.<br>• Social Distancing of 6 feet is required. | Referrals continue per policy.<br><br>Follow Movement Matrix. | Suicide Prevention continues per policy. | **IDTT:** Continue with social distancing. Optimize use of technology including VTC, SKYPE, conference calls, or other electronic alternatives.<br><br>**Groups:** Continue but may be reduced in size or in alternative non confidential locations (e.g. day room, class rooms) for social distancing.<br><br>**Individual contacts:** Continue, with social distancing.<br><br>**Patients on isolation:** Provide with treatment packets/therapeutic activities to complete in cell. Treatment team members visit cell daily.<br><br>**Personal Protective Equipment:** *See Tier one* | **Pre-Release Planning:** All required activities to occur when social distancing can be followed.<br><br>**OMHD Evaluations:** OMHD evaluations will continue and patients meeting OMHD criteria will be admitted to DSH**.**<br><br>If OMHD evaluator cannot enter a facility review will occur remotely and the evaluator will work with the OMHD Coordinator (CCI) at the facility to arrange for a telephonic interview. |