| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>LUCAS HENNES, State Bar No. 278361<br>NAMRATA KOTWANI, State Bar No.308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                         Plaintiffs,<br>     v.<br>**GAVIN NEWSOM, et al.,**<br>                        Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br>**DEFENDANTS' TWENTY-FOURTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS**<br>Judge: Hon. Kimberly J. Mueller |

1

Defs.' 24th Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id*.) Defendants have filed twenty-three status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds.

**DISCUSSION**

**I.   DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD). (ECF No. 6168.) The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget. Defendants have timely filed an additional twenty-two status reports between June 27, 2019 and March 29, 2021. (ECF Nos. 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, 6840, 6884, 6926, 6967, 7007, 7036, 7070, and 7114.)

**II.   UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

As previously reported to the Court, CDCR's MHCB construction project in Southern California is proceeding with the construction of 50 new licensed mental health crisis beds at CIM. (ECF Nos. 6297 at 3, and 6371 at 3.) CDCR is proceeding with work on the plan. (Borg Decl. ¶ 2.)

///

///

2

Defs.' 24th Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

1       As previously reported, CDCR received an additional set of review comments from the
2  Office of the State Fire Marshal on November 23, 2020.  (ECF No. 6967 at 2.)  The architect of
3  record, Hellmuth, Obata and Kassabaum (HOK), completed its work to address comments
4  received from the Office of the State Fire Marshal (OSFM) and the licensing omission identified
5  by CDCR's peer review consultant, and on March 15, 2021, CDCR submitted revised working
6  drawings to the OSFM.  (*Id.*)  The revised working drawings for the project were returned to
7  CDCR by the OSFM with additional review comments on April 1, 2021.  (Borg Decl. ¶ 3.)
8  Architect HOK is incorporating the review comments into the working drawings and CDCR estimates
9  that the revised working drawings will be submitted to OSFM by no later than May 3, 2021. (*Id.*)
10 CDCR estimates it will receive the final working drawings from the OSFM by May 21, 2021.
11 (*Id.*)
12      As reported to the Court in February, CDCR's prior estimate that construction will begin in
13 September 2021, with construction expected to be completed in September 2023, may be delayed
14 as a result of an unexpected decision from the San Bernardino Superior Court that found some
15 inadequacies in the Environmental Impact Report completed for the CIM project.  (ECF No. 7070
16 at 3, 7070-1 at 2 and Exhibit A.)   The decision, issued on February 24, 2021, follows a petition
17 for writ of mandamus filed in 2019 by the City of Chino, the City of Chino Hills, San Bernardino
18 County and the Chino Valley Independent Fire District seeking an order directing CDCR to
19 vacate approval of the CIM project on the basis that CDCR's Environmental Impact Report on
20 the construction project was inadequate.  (*Id.*)  The decision will likely cause a delay in CDCR
21 proceeding to seek bids from the construction market.  (ECF No. 7070-1 at 2*.*)  Although CDCR
22 successfully defended seven of ten claims raised in the petition, it will need to address three
23 issues with the Environmental Impact Report the court found inadequate:  (1) the description of
24 baseline conditions; (2) the analysis of project alternatives; and (3) the analysis of traffic impacts.
25 (*Id.*)
26      As already reported to the Court, CDCR's previous estimates of the dates for the
27 commencement and completion of construction for the CIM project will likely be impacted by the
28 work needed to address the Superior Court's decision.  (Borg Decl. ¶ 4.)   Defendants are unable

3

Defs.' 24th Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

to provide a revised timeline until the writ and judgment are finalized by the Superior Court and CDCR determines whether it will appeal the judgment and writ and the feasibility of negotiating a resolution of the three claims with the petitioners. (*Id.*) Defendants will report on the status of the entry of judgment, and an anticipated timeline for the other work needed to update the Environmental Impact Report, in the 25th status report to the Court in May. (*Id.*)

### III.  UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.

Defendants have no changes to report on the $91,032,000 appropriation for construction of 50 new licensed crisis beds at CIM.

### IV.  DEFENDANTS CURRENTLY DO NOT EXPECT COVID-19 TO DELAY THE PROJECT.

CDCR's COVID-19 response plan has not delayed the CIM construction project. (Borg Decl. ¶ 5.) Should COVID-19 impact Defendants' construction project, Defendants will let the Court know.

### CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

/ / /

/ / /

/ / /

4

Defs.' 24th Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

Dated: April 28, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: */s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
ATTORNEYS FOR DEFENDANT

DATED:  April 28, 2021

HANSON BRIDGETT LLP

By: */s/ Samantha Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants

5

Defs.' 24th Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))