1  DONALD SPECTER – 083925          MICHAEL W. BIEN – 096891
   STEVEN FAMA – 099641             JEFFREY L. BORNSTEIN – 099358
2  MARGOT MENDELSON – 268583        ERNEST GALVAN – 196065
   PRISON LAW OFFICE                LISA ELLS – 243657
3  1917 Fifth Street                THOMAS NOLAN – 169692
   Berkeley, California  94710-1916 JENNY S. YELIN – 273601
4  Telephone:  (510) 280-2621       MICHAEL S. NUNEZ – 280535
                                    JESSICA WINTER – 294237
5  CLAUDIA CENTER – 158255          MARC J. SHINN-KRANTZ – 312968
   DISABILITY RIGHTS EDUCATION      CARA E. TRAPANI – 313411
6  AND DEFENSE FUND, INC.           ALEXANDER GOURSE – 321631
   Ed Roberts Campus                AMY XU – 330707
7  3075 Adeline Street, Suite 210   ROSEN BIEN
   Berkeley, California  94703-2578 GALVAN & GRUNFELD LLP
8  Telephone:  (510) 644-2555       101 Mission Street, Sixth Floor
                                    San Francisco, California  94105-1738
9                                   Telephone:  (415) 433-6830

10 Attorneys for Plaintiffs

11

12                   UNITED STATES DISTRICT COURT

13                  EASTERN DISTRICT OF CALIFORNIA

14

15 RALPH COLEMAN, et al.,           Case No. 2:90-CV-00520-KJM-DB

16         Plaintiffs,              **DECLARATION OF CARA E.**
                                    **TRAPANI IN SUPPORT OF**
17    v.                            **PLAINTIFFS' RESPONSE TO**
                                    **DEFENDANTS' NOTICE OF FILING**
18 GAVIN NEWSOM, et al.,            **UPDATED ROADMAP TO**
                                    **REOPENING**
19         Defendants.
                                    Judge:  Hon. Kimberly J. Mueller
20

21

22

23

24

25

26

27

28

I, Cara E. Trapani, declare:

1.      I am an attorney duly admitted to practice before this Court.  I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiff's Response to Defendants' Notice of Filing Updated Roadmap to Reopening (ECF No. 7135).

2.      Attached hereto as **Exhibit A** is a true and correct copy of an email I received from counsel for Defendants on April 23, 2021 enclosing Defendants' Administrative Segregation Unit ("ASU") Enhanced Outpatient Program ("EOP") Hub and Psychiatric Services Unit ("PSU") Self Certification letters pertaining to data for February 2021.

3.      Attached hereto as **Exhibit B** is a true and correct copy of an email I received from counsel for Defendants on April 5, 2021 enclosing Defendants' ASU EOP Hub and PSU Self Certification letters pertaining to data for January 2021.

4.      On April 26, 2021, I sent an email to counsel for Defendants containing a list of Plaintiffs' questions about to the revised Roadmap and Tier Chart (ECF No. 7135). Defendants responded that same day that they would provide written responses to the questions.  A true and correct copy of this email correspondence is attached hereto as **Exhibit C**.  At the 50th COVID-19 Task Force Meeting that occurred later that day, the parties agreed to meet to discuss these matters in the presence of the Special Master prior to the May 14, 2021 Status Conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 29th day of April, 2021.

*/s/ Cara E. Trapani*
Cara E. Trapani

EXHIBIT  A

**Gail LaPurja**

| | |
|---|---|
| **From:** | Elise Thorn on behalf of Elise Thorn <Elise.Thorn@doj.ca.gov> |
| **Sent:** | Friday, April 23, 2021 3:37 PM |
| **To:** | Coleman Team - RBG Only; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Kerry Courtney Hughes, MD; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Kahlil Johnson; Karen Rea; Kerry F. Walsh; Kristina Hector; Latricea McClendon-Hunt; Lana Lopez; Lindsay Hayes; Maria Masotta; Mary Perrien; Matt Lopes; Michael Ryan; Mohamedu Jones; Patricial Williams (harconwil@aol.com); Rachel Gribbin; Rod Hickman Gmail; Tim Rougeux; William Trezvant; Zelia M. Tavares |
| **Cc:** | Owens, Teresa@CDCR (Teresa.Owens@cdcr.ca.gov); Laura Ceballos; Nick Weber; Melissa Bentz; Dillon Hockerson; Thind, Sundeep (Sundeep.Thind@cdcr.ca.gov); Amar Mehta; Steven Cartwright; Adriano Hrvatin; Damon McClain; Elise Thorn; Lucas Hennes; Namrata Kotwani; Ambra Jackson; David Casarrubias; Laurel O'Connor; Paul B. Mello; Samantha Wolff (swolff@hansonbridgett.com) |
| **Subject:** | Coleman - ASU EOP Hub and PSU Certifications for February 2021 |
| **Attachments:** | ASU EOP Hub Certification and Institution Reports for February 2021.pdf; PSU Certification for February 2021.pdf |

Dear Special Master Lopes,

Attached are the ASU EOP Hub and PSU certifications for the reporting period February 1 through 28, 2021, along with the individual institutions' reports.

Sincerely,

Elise Thorn

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-7318 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

DocuSign Envelope ID: F64FFFCA-F182-4761-8B29-DCC79A57D836

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 588500
Elk Grove, California  95758



April 23, 2021

Matthew A. Lopes, Jr. Esquire                    via: Elise Owens Thorn, Esquire
Office of the Special Master                              Deputy Attorney General
Pannone Lopes & Devereaux LLC                         Department of Justice
317 Iron Horse Point Way, Suite 301                   1300 "I" Street, Suite 125
Providence, RI  02908                                 P. O. Box 944255
                                                       Sacramento, CA  94244-2550

I have reviewed reports from the institution Chiefs of Mental Health, Chief Executive Officers, Wardens, and Regional Administrators, and have reviewed Mental Health Performance Reports, summarizing institutional performance.

After this review, I am able to make a certification based upon the combined clinical expertise of the Regional Mental Health Administrators, the Chief of Quality Management for Mental Health and my personal review of performance information.

The following Enhanced Outpatient Program (EOP) Administrative Segregation Unit (ASU) Hubs, with a box checked, have met Mental Health Services Delivery System (MHSDS) Program Guide requirements during a review conducted March, 2021, for data and reviews conducted from February 1, 2021, through February 28, 2021.

California Medical Facility (CMF) passed certification with explanation, due to Treatment Offered (0%).  Group treatment was cancelled December 18 due to a significant COVID-19 outbreak, and resumed February 8. Group participants were scheduled in cohorts consistent with their housing units as an additional COVID-19 precaution.

During the first week of February, CMF's recreational therapists (RTs) provided in cell activities and conducted daily rounds. Groups resumed February 8 and each ASU eligible patient was offered five hours of group treatment per week.  Some patients were on individual quarantine status and received in cell activities to supplement their treatment hours.  CMF is now open to intake.

California State Prison, Sacramento (SAC) passed certification with explanation, due to Treatment Offered (0%) and Discharge Follow Ups (87%). The Treatment Offered deficiency is due to a cancellation of group treatment, in order to comply with COVID-19 social distancing restrictions.  To supplement the lack of group treatment, RTs are providing in cell activities and one to one cell front contacts twice a week.  Clinicians are increasing weekly contacts for any patients deemed to be high risk or waiting for transfer to higher level of care, and the ASU EOP Supervisor is conducting weekly rounds to conduct welfare checks and refer patients when clinically indicated.

DocuSign Envelope ID: F64FFFCA-F182-4761-8B29-DCC79A57D836

Matthew A. Lopes, Jr. Esquire
Page 2

SAC's Discharge Follow Up deficiency is due to a data error.  Two follow ups were entered timely, but they are not loading correctly into this metric.  An IT Solution Center ticket was submitted March 8 to resolve this issue.

Mule Creek State Prison (MCSP) passed certification with explanation, due to Medication Management (88%).  Upon further review of the dashboard indicator, the compliance rate was institution wide, and not specific to the ASU.  The ASU compliance rate was 90% for February.

California State Prison, Corcoran (COR) passed certification with explanation, due to Treatment Offered (33%).  This deficiency is due to COVID-19 restrictions.  An institution wide Program Status Report (PSR) was placed February 1 through February 9, stating all patients on quarantine were to have all mental health services at cell front.  An updated PSR was issued February 10, allowing quarantined patients to participate in all out of cell activities.  Groups began at 10:00 February 10.  Groups were also impacted the morning of February 17 due to COVID-19 testing.

During this time, COR's group leaders and facilitators continued to engage in cell front rounding and provided in cell activities.  Additionally, three groups were monitored to ensure timeliness and accuracy of within the delivery of services, and a concordance audit of 68 encounters was conducted to ensure that services were being rendered as reported.

Richard J. Donovan Correctional Facility (RJD) passed certification with explanation, due to Treatment Offered (7%), Medication Management (85%), and Morning Meeting Observations.  The Treatment Offered deficiency is due to COVID-19 precautions. Patients were given the opportunity to be seen outside of their cell in a confidential setting, and RT outside groups were offered.

RJD's Medication Management deficiency is due to an institution wide rate of 85%, and not specific to ASU EOP.  Upon further review of the dashboard indicator, the ASU EOP compliance rate was 88% for February.

RJD's Morning Meeting Observation deficiency is due to the lack of ASU sergeant attendance at the morning meeting.  Upon further review, it was determined that the ASU sergeant was not always available to attend the morning meeting. The ASU captain has directed the ASU lieutenant to attend the meeting if the sergeant is not available.  RJD is now open to intake.

California Health Care Facility (CHCF) did not pass certification, due to non-compliance of ICC and IDTT Audits.  New primary clinicians and supervisors were transitioning during the month of February, and audits were not completed.  Training has been provided, and audits will be conducted going forward.  CHCF is now closed to intake.

DocuSign Envelope ID: F64FFFCA-F182-4761-8B29-DCC79A57D836

Matthew A. Lopes, Jr. Esquire
Page 3

California Men's Colony (CMC) did not pass certification, due to IDTT Timeliness (71%). This deficiency is due to a mandatory COVID-19 quarantine December 9 through January 20, allowing only emergent out of cell contacts. As a result, no groups or IDTTs were conducted during this time and an IDTT backlog was created. Clinical staff and schedulers are currently working to address the backlog, and CMC has improved significantly on multiple measures from January; they expect full compliance by April. CMC remains open to intake.

California State Prison, Los Angeles County (LAC) did not pass certification, due to non-compliance of custody out of cell time. Staff were incorrectly reporting the percentage of minimally required yard time, and offering yard to inmates that were not eligible to receive yard due to isolation. The error has been corrected, but the precise impact on the data could not be confirmed, so out of an abundance of caution, LAC did not pass certification. LAC is now closed to intake.

☒ California Institution for Women (CIW)
☐ California Men's Colony (CMC)
☐ California State Prison, Los Angeles County (LAC)
☒ California Medical Facility (CMF)
☐ California Health Care Facility (CHCF)

☒ Central California Women's Facility (CCWF)
☒ Mule Creek State Prison (MCSP)
☒ Richard J. Donovan Correctional Facility (RJD)
☒ California State Prison, Sacramento (SAC)
☒ California State Prison, Corcoran (COR)

If you have any questions, please contact me at (415) 342-8054.

Sincerely,

DocuSigned by:

**Amar Mehta**

46AE21AE5D5B4D3...

AMAR MEHTA, M.D.
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

DocuSign Envelope ID: 4E31B699-C544-4275-BBFA-53FC9A09A7E9

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at __CIW__ institution has met [X] / has not met [ ] / has met with explanation [ ] program guide requirements from _2/1/21_ to _2/28/21_ .

The following indicators were examined:

I. Using performance report data on the following items.
  Criteria: Each indicator must typically score 90% or higher for certification.
  1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from _2/1/21_ to _2/28/21_ reflects the following percentage: N/A

Total Number of measurements (denominator): 0

  2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from _2/1/21_ to _2/28/21_ reflects the following percentage: N/A

Total number of measurements (denominator): 0

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

  1. IDTT quality
  Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

  Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

  Indicators Measured (on the mental health performance report)

    a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

    b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

    a. IDTTs with measurable treatment goals - 100% compliance.

    b. IDTTs meeting all audit criteria - 100% compliance. There were two (2) IDTTs observed in March 2021 which represents 100% of ASU EOP Hub IDTTs. IDTT collaborated well, considered all factors, and discussed treatment progress. IP actively engaged in treatment plan.

  2. Out of cell time offered
  Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

  Indicator Measured (on the mental health performance report)
    a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

DocuSign Envelope ID: 4E31B699-C544-4275-BBFA-53FC9A09A7E9

3. ICC Review
Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.
      One (1) ICC was held in March 2021 which represents 100% of all ICCs in ASU EOP Hub. 100% compliance on all measures.

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

For this certification period (February 1-28, 2021) of our ASU EOP Hub, our performance report indicates all indicators are at 100% compliance.

_____     _____
Chief of Mental Health - Print and Sign                  Date                4/6/2021

MONA D. HOUSTON
WARDEN, CIW
_____     _____
Warden - Print and Sign                                    Date                4/8/21


I  __✓__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Jim Elliot
_____     _____
Institution CEO - Print and Sign                           Date                4/7/21


I  __✓__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Michael Hewitt PsyD.
_____                          4/8/21
Regional Mental Health Administrator- Print and Sign       Date


I  __X__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

DocuSigned by:
**Robert Herrick**
1F5FF6CB0AF5470...                                         4/17/2021
_____                          _____
Regional Healthcare Executive - Print and Sign             Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at  CMC-E  institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements  from 2/1/21  to 2/28/21  .

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from  2/1/21  to  2/28/21  reflects the following percentage: 91%

Total Number of measurements (denominator): 31/34

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from  2/1/21  to  2/28/21  reflects the following percentage: 40%

Total number of measurements (denominator): 117

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

a. 100% (5/5)

b. 100 % (5/5) (115/115 items scored)

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
   a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100% (80/80)

DocuSign Envelope ID: 83E463CE-EC7F-46C5-B40B-6F1669A9A766

3. ICC Review

Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a.  ICCs with clinician present and relevant information provided
    - Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

100%  5/5

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Tx offered (40%), Treatment scheduled (65%): These two metrics are low due to continuing constraints on group capacity and shortage of available treatment space required to offset reduced group sizes. It continues to improve each month however as restrictions are eased. Low Treatment Attendance (43%) is being addressed with IPs by their MHPCs in their weekly 1:1 clinical contacts. Due to COVID-19 issues beginning 3/16/20 group treatment had initially been suspended and then reduced to only 4 participants per group to allow for social distancing. On December 09, 2020, due to an increase in COVID-19 cases at CMC, the entire ASU building was placed on isolation for the remainder of the month, with only urgent and emergent out of cell contacts permitted. These Covid-19 quarantine restrictions were lifted on 01/20/2020 and ASU MH groups were restarted on 01/21/21. ASU IDTTs were resumed on 01/27/2021. Subsequent to the lifting of the ICP imposed Covid-19 quarantine restrictions, timely IDTTs for February rose to 71%. IDTT staffing was reported at 87% due to the absence of a PT for 4 IPs during one IDTT. This was due to a scheduling oversight and was remedied during the same IDTT.  Two of these failed IDTTs were mistakenly listed for 04/08/21 due to late documentation by clinician. OJT completed.

DocuSign Envelope ID: 83E463CE-EC7F-46C5-B40B-6F1669A9A766

Mary Comperini, CMH _____
Chief of Mental Health - Print and Sign

Date _04/05/2021_

D. Samuel, Warden (A) _____
Warden - Print and Sign

Date _4-6-2021_

I _CEO_ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

T. Macias, CEO _____
Institution CEO - Print and Sign

Date _4/5/21_

I _X_ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Elaine Force/ _Elaine Force, Ph.D._
Regional Mental Health Administrator- Print and Sign

Date _4/8/21_

I _X_ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Shereef Aref _____ Shereef Aref
_____ DocuSigned by:
_____ 123C180043784BA...
Regional Healthcare Executive - Print and Sign

Date _4/12/2021_

A-010

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  Treatment Offered

The percentage achieved, including numerator and denominator:  40% (47/117)

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

CMC's ASU EOP HUB building was placed on a mandatory COVID quarantine from 12/09/2020 until 01/20/2021 that permitted only emergent contacts to occur out of cell. No groups or IDTTs were allowed during this period.  With the lifting of the Covid-19 quarantine restrictions on 01/20/2021 the ASU schedulers worked to schedule the maximum amount of Offered Hours possible given the limited group capacities and overall space restrictions. Every effort is being made to maximize services to the inmate-patients including opening additional temporary treatment spaces, and this metric increased from 14% to 40% from January to February 2021 and is projected to continue this positive trajectory as restrictions continue to ease.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

To support IP's during periods of no movement, cell-front contacts with individual clinicians and recreational therapists are increased to at least 2X per week. At these times RTs additionally provide in-cell activity packets to patients that can be done while patients are quarantined or in-cell. When the entire ASU building is under quarantine, the recreational therapists, using appropriate PPE, provide "on the tier" groups where they interact with all patients on the tiers with games and activities to promote socialization and movement. Clinical staff are available for individual patient consults as needed.

The date(s) the programming was reduced:
December 09, 2020-January 20, 2021

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  Treatment Scheduled

The percentage achieved, including numerator and denominator:  65%  (76/117)

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

CMC's ASU EOP HUB building was placed on a mandatory COVID quarantine from 12/09/2020 until 01/20/2021 that permitted only emergent contacts to occur out of cell. No groups or IDTTs were allowed during this period. With the lifting of the Covid-19 quarantine restrictions on 01/20/2021 the ASU schedulers worked to schedule the maximum amount of treatment hours possible given the limited group capacities (4 IPs per group) and overall space restrictions. Every effort is being made to maximize services to the inmate-patients including opening additional temporary treatment spaces, and compliance increased from 28% to 65% from January to February 2021 and is projected to continue this positive trajectory as restrictions continue to ease.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

To provide additional support IP's during periods of restricted or non-movement, cell-front contacts with individual clinicians and recreational therapists are increased to at least 2X per week.  At these times RTs additionally provide in-cell activity packets to patients that can be done while patients are quarantined or in-cell. When the entire ASU building is under quarantine, the recreational therapists, using appropriate PPE, provide "on the tier" groups where they interact with all patients on the tiers with games and activities to promote socialization and movement. Clinical staff are available for individual patient consults at any time.

The date(s) the programming was reduced:
December 09, 2020-January 20, 2021

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  IDTT Timeliness

The percentage achieved, including numerator and denominator:  71%  (122/172)

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

CMC's ASU EOP HUB building was placed on a mandatory COVID quarantine from 12/09/2020 until 01/20/2021 permitting only emergent contacts to occur out of cell. As a consequence, no groups or IDTTs were authorized during this period. IDTTS were approved to resume on 01/20/2021 by the Incident Command Post. This moratorium on IDTTs produced a backlog of required IDTTS which is currently being addressed by the clinical staff and schedulers, and compliance rose to 71% for the month of February, 2021. Baring further Covid-19 complications, compliance is projected to return to the 90%+ level by mid April.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

With the lifting of the Covid-19 quarantine restrictions on 01/20/2021 IDTTs ASU clinicians and schedulers, began working to reduce the incurred backlog on IDTTs and bring the timeliness compliance back to 90%+ To augment support to IP's as a result of Covid-19 delayed timeliness of IDTTs, cell-front contacts with individual clinicians and recreational therapists are increased to at least 2X per week. At these times RTs additionally provide in-cell activity packets to patients that can be done while patients are quarantined or in-cell. When the entire ASU building is under quarantine, the recreational therapists, using appropriate PPE, provide "on the tier" groups where they interact with all patients on the tiers with games and activities to promote socialization.

The date(s) the programming was reduced:
December 09, 2020-January 20, 2021

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at __CSP-COR__ institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements from 02/01/2021 to 02/28/2021 .

**The following indicators were examined:**
**I. Using performance report data on the following items.**
   **Criteria: Each indicator must typically score 90% or higher for certification.**
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from __2/1/21__ to __2/28/21__ reflects the following percentage: 100%

Total Number of measurements (denominator): 12

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from __2/1/21__ to __2/28/21__ reflects the following percentage: 33%

Total number of measurements (denominator): 83

**II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.**

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

IDTTs were at 100% for part a and for part b during the month of February. All observed IDTT's were timely and held in a confidential setting with all required attendees present. The purpose of each IDTT was stated, and presentations were collaborative and centered around the patient's treatment and treatment progress. Intake documentation was completed prior to each IDTT. The Primary Clinician presented the team with relevant clinical information and measurable treatment goals for all observed IDTTs. Level of Care considerations and appropriateness were discussed at each IDTT. Each patient was encouraged to participate during the IDTT process, was spoken to in a language that was at the patient's level. Each patient was given the opportunity to provide input about reaching their treatment goals and any new goals they may have. The CCII was receptive to patient questions and provided information to the patient about their length of stay, current HUB placement, as well as in some cases information about placement post-discharge, transfer, or pending disciplinary actions. The PC, Psychiatrist and CCII each had a computer available to answer any additional questions that were posed by the patient. Throughout the IDTT process, Effective Communication was achieved by repeating questions and asking open ended questions to ensure compliance, and allowing patient's to restate information in their own words.

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
   a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

DocuSign Envelope ID: 03AF26A6-719E-4139-90D0-4EF51375ADC9

**3. ICC Review**

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

ICC's were at 100% during the month of February. All ICCs started on time with all required committee members present. Three of the five observed ICC's were completed in absentia due to IP refusal to participate, although mental health status and all relevant risk factors were discussed by the PC. In all five cases that were observed the Primary Clinician presented the ICC team with information related to the IP's current Mental Health Status, which also included any history of dangerousness to self or others and potential risk for decompensation if the IP was to remain in the ASU-EOP program for an extended period of time. The CCII appeared to consider mental health input and actively discussed each case. In the three cases presented in absentia, the CCII reported that he had met with the IP's prior to the ICC in absentia and that each patient appeared to understand the information presented, and asked relevant questions. In the two cases where the IP's attended ICC, they were provided with the opportunity to ask questions and effective communication was gained by asking questions and repeating information in their own words.

**III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.**

Treatment Offered percentage for COR's ASU EOP HUB for the month of February resulted in 33%. Specifically, the ASU EOP HUB was impacted as a result of modified program due to COVID-19 between February 1st and February 9th that stated that for those inmates on quarantine, mental health services were to take place at cell front, and therefore based on recommendation from medical staff these inmate-patient's on quarantine were unable to attend out of cell scheduled treatment groups. Full treatment was offered for those inmate-patient's who were not on quarantine. On February 10th the PSR was lifted and groups were able to be conducted for those IP's who were on quarantine based on a cohort model. Full treatment was offered on February 11th and 12th, although treatment offered was impacted due to COVID-19 for the week of February 15 due to institution wide mass testing halting program on February 17th during the morning hours. Treatment offered for the week of February 22-26 was offered at 100%.

During the month of February three groups were monitored to ensure timeliness and accuracy within the delivery of services. Additionally, a concordance audit of 68 encounters was also completed to ensure that services are being rendered as reported.

Scott Harris, Psy.D.
Chief of Mental Health

_____    3.9.21
Chief of Mental Health -  Print and Sign         Date

Ken Clark _____    3-10-21
Warden -  Print and Sign                         Date

I __X__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

For C. Bell, CEO  E. McDaniel, CSE _____    3-10-2021
Institution CEO -  Print and Sign                Date

I __X__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Christopher Podratz    Christopher Podratz    This information here-within is
                       CE01E15BDC1A403...      true and accurate to the best of    3/30/2021
Regional Healthcare Executive -  Print and Sign   my knowledge.              Date

I __x__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Chris Cornell, Psy. D. _____    03/30/2021
Regional Mental Health Administrator-  Print and Sign    Date

A-016

DocuSign Envelope ID: 03AF26A6-719E-4139-90D0-4EF51375ADC9

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

Reporting Month: February 2021

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  Treatment Offered

The percentage achieved, including numerator and denominator:  33%    27/83

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

A institution wide PSR was in place February 1 through 9th, due to COVID-19 precautions.  Within this PSR it stated that I/P's who are on quarantine were to have all mental health contacts conducted at cell front, therefore all IP's in the HUB being placed on quarantine due to possible exposure, have impacted percentage of treatment offered in the HUB for the first week in February.  An updated PSR came out on February 10 which allowed quarantine IP's to participate in out of cell mental health activities, and groups began at 10:00 am on that date.  Groups were again impacted, however, during the week of February 15th due to COVID-19 and mass institutional testing that took place on February 17, 2021, as groups were unable to be offered during the morning hours.  Groups again resumed at 12:00 on February 17.  Full treatment was offered on dates not identified above.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

For those I/P's that were on quarantine on the affected dates, group leaders/facilitators continued to engage in cell front rounding and provided in cell structured therapeutic materials as appropriate.

The date(s) the programming was reduced:

Programming was reduced February 1st through 9th for those I/P's who were placed on quarantine due to COVID-19 exposure.  Programming was also reduced on February 17th due to mass institutional testing for COVID-19.

DocuSign Envelope ID: CF539497-32AE-4E0D-B830-64862707B6B6

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at  CSP-LAC  institution has met ☐ / has not met ☒ / has met with explanation ☐ program guide requirements  from 02/01/2021 to 02/28/2021 .

**The following indicators were examined:**
**I. Using performance report data on the following items.**
  **Criteria:  Each indicator must typically score 90% or higher for certification.**
  1. Timely Mental Health Referrals:  Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from  02/1/2021  to  2/28/2021  reflects the following percentage: 100%

Total Number of measurements (denominator): 32

  2. EOP Treatment Hours:  Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from  02/1/2021  to  2/28/2021  reflects the following percentage: 0%

Total number of measurements (denominator):  129

**II.  Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.**

1. IDTT quality
Criteria:  When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

  a. IDTTs with measurable treatment goals.
    - Definition:  Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

  b. IDTTs meeting all audit criteria
    - Definition:  Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.
Regarding variable 2a: Percentage: 100%
Regarding variable 2b: Percentage: 100%

2. Out of cell time offered
Criteria:  Random sample of weeks offered for each inmate-patient must result in 90% offered.  When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
  a. ASU Out of Cell Time Offered
    - Definition:  Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: Undetermined

3. ICC Review
Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a.  ICCs with clinician present and relevant information provided
      - Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

Regarding variable 3a: Percentage: 100%

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

A significant COVID19 outbreak surge in our institution resulted in a continued suspension of offered indoor group activity in an effort to support infection containment. LAC continued to have a significant number of positive COVID19 inmates as of the end of February 2021. The program's housing unit was on Quarantine status for the entire month.  For approximately the first half of the month, all regular Mental Health contacts, with the exception of Urgent and Emergent referrals, were conducted at cellfront. For the rest of the month, confidential PC contacts were resumed for non-isolated IPs.  Individual recreational activity, therapeutic yard groups for non-isolated IPs, and housing rounds were completed in an effort to offset the reduction of mental health program activity.   Treatment offered compliance was 0% in February 2021.

J. Walsh, Ph.D.
**Chief of Mental Health**
**CCHCS LAC**

_____    3-25-2021
Chief of Mental Health -  Print and Sign                                    Date

_____    3/25/2021
Warden -  Print and Sign                                                         Date

I  __✓__ agree/  _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Christina Galstian, Dr Sc
CEO at CSP-LAC                                    MAR 2 5 2021

_____
Institution CEO -  Print and Sign                                          Date

I  __X__ agree/  _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Christopher Podratz

Christopher Podratz                                This information here-within    4/2/2021
CE01E15BDC1A403...                              is true and accurate to the best
Regional Healthcare Executive -  Print and Sign    of my knowledge.

_____
                                                                                   Date

I  __X__ agree/  _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_Chris Cornell, Psy. D._

_____    04/01/2021
Regional Mental Health Administrator-  Print and Sign                  Date

A-020

DocuSign Envelope ID: CF539497-32AE-4E0D-B830-64862707B6B6

State of California

Department of Corrections and Rehabilitation

# Memorandum

**Date:** March 24, 2021

**To:** Jared Lozano
Associate Director
High Security Mission
Division of Adult Institutions

**Subject:** **AMENDED MONTHLY CERTIFICATION OF SUPERVISORY REVIEW OF CDC FORM 114-A INMATE SEGREGATION RECORDS AND CDC FORM 114-A1 INMATE SEGREGATION PROFILE REPORTING FOR JANUARY 2021 AND FEBRUARY 2021**

Upon further review of the monthly certification of supervisory reviews of CDC 114-A Inmate Segregation Records and CDC Form 114-A1 it was determined the percentage reported for January 2021 and February 2021 was incorrect.

Facility D, Building 5 (FDB5) Administrative Segregation Unit- Enhanced Outpatient Program was not in compliance with 100 percent of eligible inmates receiving the minimally required yard time (at least five days per week for a total of not less than 10 hours a week). Upon review it was determined staff were incorrectly reporting the percentage and offering yard to inmates that were not eligible to receive yard due to isolation.

LAC attempted to identify the correct percentage for the aforementioned reporting months, however was unsuccessful. There has recently been a change in supervision with the Administrative Segregation Lieutenant. LAC is currently rectifying the issue by providing documented training to all staff assigned to Administrative Segregation. Reporting period for March 2021 will accurately reflect the percentage of eligible inmates receiving the required yard time.

R. C. JOHNSON
Warden
California State Prison, Los Angeles County

DocuSign Envelope ID: 4FFA6D28-2064-4FAA-80BA-CC6ECCC5AB99

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at <u>MCSP</u> institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements from <u>2/1/21</u> to <u>2/28/21</u> .

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from <u>2/1/21</u> to <u>2/28/21</u> reflects the following percentage: 97%

Total Number of measurements (denominator): 31

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from <u>2/1/21</u> to <u>2/28/21</u> reflects the following percentage: 94%

Total number of measurements (denominator): 85

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

   1. IDTT quality
   Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

   Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

   Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

MCSP self-audited ASU EOP Hub IDTTs to ensure maintenance of quality indicators for this month's review. Five (5) IDTTs were observed. Benchmark was exceeded (5/5=100%) for IDTT Criteria (a). (115/115=100%) for IDTT Criteria (b).

a. Observed IDTTs included measurable treatment goals (5/5=100%)

b. All observed IDTTs reviewed the 23 question audit criteria as needed per each patient (115/115= 100%)

   2. Out of cell time offered
   Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

   Indicator Measured (on the mental health performance report)
   a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100% (230/230)

DocuSign Envelope ID: 4FFA6D28-2064-4FAA-80BA-CC6ECCC5AB99

3. ICC Review
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.
MCSP self-audited ICC to ensure maintenance of quality indicators for the month of February 2021. 5 ICCs were observed.

Review of criteria shows 100% compliance. (25/25=100%) for criteria (a.)

In all the ICCs observed there was a Mental Health clinician in attendance (5/5=100%) and the clinician did a thorough job of presenting useful information regarding the patient's current mental health condition (5/ 5=100%). For each patient, the clinician had prepared documentation to ensure any Effective Communication needs would be addressed (5 / 5= 100%). In each of the ICCs observed, it was clear that the committee chair considered input from the Mental Health clinician (5/ 5=100%). Observed ICCs started on time (5 /5=100%).

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Medication Management 88% - This indicator measures medication administration institution-wide, rather than specific to ASU. Per the dashboard, when drilled down to measures for ASU only, compliance is at 90%.

| Medication Management | MCSP | ASU Clinic |
|---|---|---|
| All Medications Received Timely (EHRS) | 88% | 90% |

Laura Forsterer, Psy.D.  _____    03/25/2021
                         Chief of Mental Health - Print and Sign        Date

Patrick Covello          _____    3/30/21
                         Warden - Print and Sign                        Date


I ___✓___ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Traci Patterson  _____    3/29/2021
                 Institution CEO - Print and Sign                Date

_____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Kathleen O'Meara, PH.D.        Kathleen O'Meara            4/12/2021
                               524BC0C24408436...
                               Regional Mental Health Administrator- Print and Sign        Date


_____ / _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Rainbow Brockenborough, MBA, RHE    Rainbow Brockenborough    4/13/2021
                                    45E33710A2B546F...
                               Regional Healthcare Executive - Print and Sign        Date

A-024

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at __RJD__ institution has met D / has not met D / has met with explanation [X] program guide requirements from 2/1/21 to 2/28/21

The following indicators were examined:
I. Using performance report data on the following items.
Criteria: Each indicator must typically score 90% or higher for certification.

1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 2/1/21 to 2/28/21 reflects the following percentage: 97%

Total Number of measurements (denominator): 151

2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 1/1/21 to 2/28/21 reflects the following percentage: 7%

Total number of measurements (denominator): 143

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

a. IDTTs with measurable treatment goals.
- Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

b. IDTTs meeting all audit criteria
- Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

The self-audit of IDTT Observation yielded results of 100% {115/115}.

In addition, IDTT Dashboard Numbers for this report period: Timely IDTTs were at 100%, with a total number of measurements at 232.

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
a. ASU Out of Cell Time Offered
- Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: Shower 100% and Yard 100%

A-025

3. ICC Review

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a. ICCs with clinician present and relevant information provided
    - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

The self-audit of ICC yielded results of 100% (21/21).

On the performance report heat grid, CCII & Captain Review for LOS over 90 days was at 100%. The Warden Review of Cases over 90 days was at 100%.

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

The Performance Report Heat Grid for 02/01/21 through 02/28/21 reflects these performance measures above 90%: Discharge Follow-ups is 98%, and Mental Health Screens is 100%; and IDTT Staffing is 97% during this reporting period.

**Medication Administration pre-drilldown reflects 85% on the Heat grid; see Attachments 1 and 1A for explanation regarding this measure.**

**Group Treatment Offered {7%} measure has been affected by COVID-19 precautions. See Attached ADDENDUM for details.**

H. GREENWALD

APR 0 5 2021

Chief of Mental Health -  Print and Sign

Date

M. POLLARD

Warden -  Print and Sign

Date

I [X] agree / [ ]    do not agree (check one) with the Chief of Mental Health and Warden's assessment.

M.A. GLYNN

Institution CEO -  Print and Sign

4/5/2021

Date

I [X] agree/ [ ]    do not agree (check one) with the Chief of Mental Health and Warden's assessment.

M. HEWITT

4/7/2021

Regional Mental Health Administrator-  Print and Sign

Date

I [X] agree/ [ ]    do not agree (check one) with the Chief of Mental Health and Warden's assessment.

R. HERRICK

DocuSigned by:

Robert Herrick

1F5FF6CB0AF5470...

4/16/2021

Regional Healthcare Executive -  Print and Sign

Date

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

Reporting Month: February 1 to 28, 2021

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  TREATMENT OFFERED

The percentage achieved, including numerator and denominator:   7%, 7.2 hrs. average; (10/143)

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

After the local modified program had ended on January 26, 2021, (RJD- CEN21-001) RJD remained on Tier 3 throughout the end of February. See attached PSR.

MH services were impacted by COVID-19 outbreak at RJD. The details of service delivery are on the response on the next Question.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

The January Treatment Offered on the dashboard reflects seven percent (7%) in treatment hours as the report calculates the percentage of inmates offered ten hours or more. The range of treatment hours goes up to 12.03 hours offered to patients and the average is 7.2 hours weekly.

As mentioned above, effective January 27, 2021, the modified program was lifted;  RJD remained in Tier 3 with services modified.  All IPs can be seen out-of-cell in a confidential setting and RT outdoor groups, as well as yard resumed.  Effective February 1, 2021, RT Groups outdoors started from 1130-1230 hours.

The date(s) the programming was reduced:

EFFECTIVE on the following dates:
In January,  the modified program continued from 11/25/20 as directed by DAI  in response to the increasing Covid-19 cases (see Program Status Report PSR RJD-CEN-20-004 and PSR RJD-CEN-21-001). The institution had remained on modified program and Mental Health program continued to be impacted until January 26, 2021.

Effective 12/14/20 to 1/19/21 - RJD's MH delivery services were on Tier 4.
Effective 1/20/21 to 1/31/21 - RJD's MH delivery services were on Tier 3.
From 2/1/21 to 2/28/21 - RJD MH delivery services remained on Tier 3.   See details above.

# ATTACHMENT 1
# MEDICATION ADMINISTRATION
# Explanation

Medication Administration pre-drilldown reflects 85% on the Heat grid; after Non-ASU areas were removed the adjusted percentage is 88%. The Health Care Services Dashboard, where the report source is from, does not separate or distinguish between ASU CCCMS and ASU EOP. Compliance Percentage may be different (potentially increase) if ASU EOP is separated. Current need for a separate Medication Administration-Psychiatry report specifically for ASU EOP Hub Cert was brought up to the EHRS MH QM Webinar on March 23, 2021, see screenshot of slide below.

> **MH Reporting Announcements Q & A**
>
> Q: (Jasmin Picato) On the MAPIP measures, under the Med Administration Type -Psychiatry, would it separate ASU (esp. EOP) and Non-ASU areas?
>
> A: (Pak Yan Leung) We are going to duplicate what QM has to our Performance report. If QM separates the measure by placement, then we can duplicate that and separate them by placement. However, if not, then we will, most likely, be unable to do so. This is a measurement managed by QM and therefore, if we need to change it, we will have to make a separate request.
>
> Q: (Jasmin Picato) We need it for ASU EOP Hub Certification. If you could please inquire, thank you.
>
> A: (Pak Yan Leung) Yes, we will definitely inquire about that.

After obtaining the report from the Health Care Services Dashboard, and removing Non-ASU areas, it was found that only 740 (12%) out of 6379 ASU only Psychiatry Med. Administration were Not Completed (non-compliance); the leading cause of defects is due to Patient Refusal.

See Pareto Chart and Graph – Attachment 1A.

Additionally, Julie Oldroyd, MD, has been Acting Chief Psychiatrist since12/18/20. She has been looking at ways to improve psychiatric medication adherence. Dr. Oldroyd is leading a Lean 6 project to focus on the areas of improvement. Regarding ASU, she has met with Nursing and the Psych. Tech ASU Unit Supervisor, and the following process is currently occurring:

1. The RN reviews each patient's adherence to medications daily.
2. If there are 3 consecutive days of non-adherence or 50% within a week, a Medication Non-Adherence order is placed for the MHMD.
3. The MHMD reviews each of the Medication Non-Adherence consults placed on his/her Ambulatory Organizer.
4. The MHMD manages those consults by seeing the patient to discuss issues that are contributing to non-adherence and make a decision to discontinue the medication(s), change medication(s), change the dose or dosing times of medication or start a PC2602.

Dr. Oldroyd will continue to work with Nursing and her Lean 6 team with the goal of updating the process. A goal of 4/30/21 has been set to have the process in place and psychiatrists, schedulers, primary clinicians, and nursing trained. The new medication adherence process will be added to the Operational Plan 80 as an addendum.

**NOT DONE BREAKDOWN - ASU only - Feb. 2021**

| Row Labels | Count of Administration Status |
|---|---|
| Not Done: expired task | 3 |
| Not Done: I/P went to TTA | 2 |
| Not Done: IP went to TTA | 2 |
| Not Done: No Show/No Barriers | 4 |
| Not Done: Patient Refused | 729 |
| **Grand Total** | **740** |



| FEBRUARY 2021 MED. ADMINISTRATION BREAKDOWN | | |
|---|---|---|
| | # of Med. Admin. | Percentage |
| ASU COMPLETED | 5639 | 88% |
| ASU Not COMPLETED* | 740 | 12% |
| **ASU TOTAL MED. ADMINSTRATION** | **6379** | **100%** |

*Does not separate/distinguish EOP and CCCMS.



Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at CSP-SAC institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements from 2/1/21 to 2/28/21 .

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 2/1/21 to 2/28/21 reflects the following percentage: 98%

Total Number of measurements (denominator): 51

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 2/1/21 to 2/28/21 reflects the following percentage: 0

Total number of measurements (denominator): 172

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

   1. IDTT quality
   Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

   Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

   Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.
   ASU EOP HUB Audited 5 IDTTs on 2/3/21. Audits were conducted by the auditor via in person observation.

   Indicator A: IDTTs with measurable goals: 5/5 = 100%
   Indicator B: IDTTs meeting all audit criteria: 115/115 = 100%

   2. Out of cell time offered
   Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

   Indicator Measured (on the mental health performance report)
   a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100

DocuSign Envelope ID: D3391851-7781-4E65-AE0A-A64ADDAFA5F5

3. ICC Review

Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a.  ICCs with clinician present and relevant information provided
    - Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

ASU EOP HUB audited 5 ICCs on 2/11/21.  Audits were conducted by the auditor via in person observation.

Most all observed ICCs (4/5) met all audit criteria  24/25 = 96%  One ICC did not start on time.

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

One compliance indicator continues to be below the benchmark: treatment offered (0/172, 0%). Several precautionary measures were implemented beginning the week of 3/16/20 due to COVID-19. One measure was to cancel mental health groups, which remained in effect through February 2021. This also interfered with observation of mental health groups and patient surveys, which were completed individually (not in a group).  To supplement the lack of groups, RTs provided in cell activity and RT contacts twice a week for each inmate.  PCs increased the amount of contacts provided to patients who are considered high risk or awaiting transfer to a higher level of care. The ASU EOP supervisor also completed weekly rounds to conduct welfare checks and refer patients for additional contacts when clinically indicated. See COVID-19 addendum.
On the ASU EOP HUB heat grid for February, Discharge Follow-ups were at 87%.  This is a result of a data error in which two follow-ups were completed timely but are not loading correctly into this metric.  I.T. ticket INC0209884 was submitted on 3/8/21; status unresolved.

DocuSign Envelope ID: D3391851-7781-4E65-AE0A-A64ADDAFA5F5

R. Valencia _Val_ _____     3/25/21
Chief of Mental Health - Print and Sign          Date

_____     3/26/21
Warden - Print and Sign                          Date


I ___✓___ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

                    B. Brizendine, CEO          3/30/21
Institution CEO - Print and Sign                 Date

KO _____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

                    DocuSigned by:
                    **Kathleen O'Meara**          4/15/2021
                    524BC0C24408436...
Regional Mental Health Administrator- Print and Sign     Date

RB ___ ⁄ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

                    DocuSigned by:
                    _Rainbow Brokkenborough_          4/15/2021
                    45E33710A2B546F...
Regional Healthcare Executive - Print and Sign          Date

DocuSign Envelope ID: D3391851-7781-4E65-AE0A-A64ADDAFA5F5

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

Reporting Month: FEBRUARY

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  EOP Treatment Hours Offered

The percentage achieved, including numerator and denominator:  0%

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

On the week beginning 3/16/20, several precautionary measures were implemented due to the COVID-19 pandemic with the goal to reduce exposure of staff and inmates through physical distancing.  To this end, most mental health groups were canceled and remain canceled thus far.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

The steps to supplement the lack of group treatment include Recreation Therapists (RTs) providing in-cell activities and 1:1 RT contacts cell-front twice weekly; clinicians increasing the amount of weekly contacts for any patients deemed to be high risk or waiting for transfer to a higher level of mental health care, and, the ASU EOP supervisor also completing weekly rounds to conduct welfare checks and refer patients for additional contact when clinically indicated.

The date(s) the programming was reduced:

3/16/2020 through February 2021

DocuSign Envelope ID: 83E463CE-EC7F-46C5-B40B-6F1669A9A766

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___CCWF___ institution has met [X] / has not met [ ] / has met with explanation [ ] program guide requirements  from 2/1/21  to 2/28/21 .

The following indicators were examined:

I. Using performance report data on the following items.
  Criteria: Each indicator must typically score 90% or higher for certification.
  1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 2/1/21  to 2/28/21  reflects the following percentage: 100%

Total Number of measurements (denominator): 8

  2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 2/1/21  to 2/28/21  reflects the following percentage: N/A

Total number of measurements (denominator): 0

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

  1. IDTT-quality
  Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

  Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

  Indicators Measured (on the mental health performance report)

  a. IDTTs with measurable treatment goals.
    · Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

  b. IDTTs meeting all audit criteria
    · Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.
a. 100%
b. 93.9%

  2. Out of cell time offered
  Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

  Indicator Measured (on the mental health performance report)
  a. ASU Out of Cell Time Offered
    · Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review

Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

100%

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

DocuSign Envelope ID: 83E463CE-EC7F-46C5-B40B-6F1669A9A766

_S. Neumann, Psy.D., CMH_ _(signature)_      3/30/2021.

**Chief of Mental Health – Print and Sign**      **Date**

_J. Umollow, CDW_ _(signature)_ (u)      4/1/2021

**Warden – Print and Sign**      **Date**

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_F. DeLaCruz_ _(signature)_      4-2-21

**Institution CEO – Print and Sign**      **Date**

I _X_ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Elaine Force/ _Elaine Force_      4/5/21

**Regional Mental Health Administrator– Print and Sign**      **Date**

I _X_ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Shereef Aref      DocuSigned by: **Shereef Aref**      4/12/2021

     12BC188843784BA...

**Regional Healthcare Executive – Print and Sign**      **Date**

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___CHCF___ institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements  from _2/1/2021_ to _2/28/2021_ .

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from _2/1/2021_ to _2/28/2021_ reflects the following percentage: 100

Total Number of measurements (denominator): 2

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from _2/1/2021_ to _2/28/2021_ reflects the following percentage: 100

Total number of measurements (denominator): 12

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

   1. IDTT quality
   Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

   Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

   Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

The month of February 2021 was one of transition for Sr. Psychologist Supervisors and MH Clinicians. The new yard supervisors required training on certification procedures and requirements. The low census rendered only 5 IDTTs during the month, with the last one held on 2/16. As a result, IDTTs held in February 2021 were not audited.

   2. Out of cell time offered
   Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

   Indicator Measured (on the mental health performance report)
   a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100

DocuSign Envelope ID: EFAE4068-D4F0-4F6D-BA81-9A162DA8AC42

3. ICC Review
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

The month of February 2021 was one of transition for Sr. Psychologist Supervisors and MH Clinicians. As the previous PC was transitioning out and the new PC transferring in to the position, the Senior Psychologist Supervisor attended ICCs during the month, hence, ICC audits were not completed. The new ASU clinician has been trained and covers ICC moving forward.

III. When a Quality Improvement Indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

There were no indicators less than 90% in the month of February 2021.

*E. Johnson* Chief Psychologist
for Dr. Rao CMH                                    4/8/21

_____        _____
Chief of Mental Health - Print and Sign              Date

_____        4/12/21
Warden - Print and Sign                               _____
                                                      Date


I ___X___ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____   Y. Rao for CEO      4/12/21
Institution CEO - Print and Sign                     Date

KO

I _____ agree/_____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Kathleen O'Meara, Ph.D.          DocuSigned by:

                                 **Kathleen O'Meara**         4/12/2021
                                 524BC0C24408436...
_____        _____
Regional Mental Health Administrator- Print and Sign     Date


I _____ agree/_____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Rainbow Brockenborough, MBA, RHE      DocuSigned by:

                                 Rainbow Brockenborough      4/13/2021
                                 45E33710A2B546F...
_____        _____
Regional Healthcare Executive - Print and Sign           Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___CMF___ institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements from 2/1/21 to 2/28/21 .

The following indicators were examined:
I. Using performance report data on the following items.
    Criteria: Each indicator must typically score 90% or higher for certification.
    1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 2/1/21 to 2/28/21 reflects the following percentage: 95%

Total Number of measurements (denominator): 43

    2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 2/1/21 to 2/28/21 reflects the following percentage: 0%

Total number of measurements (denominator): 65

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

    a. IDTTs with measurable treatment goals.
        · Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

    b. IDTTs meeting all audit criteria
        · Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

For IDTT Indicator A: There were a total of five IDTTs observed and noted to have measurable treatment goals for 100% on this measure.
For IDTT Indicator B: Compliance was 99% (114/115) measurement.

Due to COVID precautions and social distancing, the IDTTs were audited remotely. One IDTT did not have the MHMD Initial Assessment completed prior to the IDTT. The ASU supervisor reviewed the compliance rules and the use of On-Demand reports with the psychiatrist and his scheduler.

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
    a. ASU Out of Cell Time Offered
        · Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review

Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)

a.  ICCs with clinician present and relevant information provided

- Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

A total of five ICCs were observed during the current reporting period and feedback is provided using the assessment tools (see attached). All (25/25) items observed were either satisfactory ("Y") or not applicable ("N/A"), resulting in a 100% compliance measurement.

Due to COVID precautions and social distancing, the ICCs were audited remotely.

iii. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Treatment Offered:  See COVID addendum

DocuSign Envelope ID: C4BBA0C2-5726-4CBE-A400-BAF9FC9F4F87

Corey Montoya, Psy.D.

_____     3/16/21
Chief of Mental Health - Print and Sign                Date

Daniel E. Cueva

_____     MAR 1 9 2021
Warden - Print and Sign                Date

I  _X_ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

William Kushner

_____ W. Kushner (WDS) CEO (A)  3/22/21
Institution CEO - Print and Sign                Date

KO

___ gree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

**Kathleen O'Meara**
_____     4/12/2021
524BC0C24408436...
Regional Mental Health Administrator- Print and Sign                Date

RB

___ / _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Rainbow Brockenborough
_____     4/13/2021
45E33710A2B546F...
Regional Healthcare Executive - Print and Sign                Date

DocuSign Envelope ID: C4BBA0C2-5726-4CBE-A400-BAF9FC9F4F87

### Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

Reporting Month: February 2021

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  Treatment Hours Offered

The percentage achieved, including numerator and denominator:  0%

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

On March 20, 2020 at approximately 1200pm, an executive decision was made to cancel all groups until further notice secondary to healthcare precautions related to COVID-19. Groups resumed on June 8, 2020, however, in order to adhere to social distancing requirements, group size was decreased by half. Given lack of staffing resources and room capacity, this resulted in patients receiving less than 10 hours of treatment per week which resulted in noncompliance with this indicator. On December 18, 2020, all groups were canceled due to a significant COVID outbreak at CMF. Groups resumed on February 8, 2021, however, group participants are scheduled in cohorts consistent with their housing unit as an added COVID precaution.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

In-cell activities and daily RT rounds were conducted the first week of February. Groups resumed on February 8, 2021 with each eligible ASU patient offered 5 hours of group per week. Some patients were on individual quarantine status prohibiting them from participating in the group program. Quarantined patients receive in-cell activities to supplement their treatment hours.

The date(s) the programming was reduced:

February 1-28, 2021

DocuSign Envelope ID: F64FFFCA-F182-4761-8B29-DCC79A57D836

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                     GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



April 23, 2021

Matthew A. Lopes, Jr. Esquire                              via:  Elise Owens Thorn, Esquire
Office of the Special Master                                       Deputy Attorney General
Pannone Lopes & Devereaux LLC                              Department of Justice
317 Iron Horse Point Way, Suite 301                         1300 "I" Street, Suite 125
Providence, RI 02908                                             P. O. Box 944255
                                                                  Sacramento, CA 94244-2550

I have reviewed reports from the institution Chiefs of Mental Health, Chief Executive Officers, Wardens, and Regional Administrators, and have reviewed Mental Health Performance Reports, summarizing institutional performance.

After this review, I am able to make a certification based upon the combined clinical expertise of the Regional Mental Health Administrators, the Chief of Quality Management for Mental Health and my personal review of performance information.

The following institutions with Psychiatric Services Unit (PSU) level of care, with a box checked, have met Mental Health Services Delivery System (MHSDS) Program Guide requirements during a review conducted in March, 2021, data and reviews conducted from February 1, 2021, through February 28, 2021.

California State Prison, Sacramento (SAC) passed certification with explanation, due to Treatment Offered (0%).  This deficiency is due to a cancellation of group treatment, to comply with COVID-19 social distancing restrictions.

To supplement the lack of treatment, SAC's recreational therapists (RTs) are providing in cell activities and one to one cell front contacts twice a week for patients deemed high risk or awaiting transfer to higher levels of care.  The PSU supervisors are also completing weekly rounds to conduct welfare checks and refer patients for additional contact when clinically indicated.

☒ California Institution for Women (CIW)        ☒ California State Prison, Sacramento
                                                        (SAC)

If you have any questions, please contact me at (415) 342-8054.

Sincerely,

DocuSigned by:

**Amar Mehta**

46AE21AE5D5B4D3...

AMAR MEHTA, M.D.
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

DocuSign Envelope ID: 4E31B699-C544-4275-BBFA-53FC9A09A7E9

Based upon the mental health performance report, personal observation of the PSU unit, review of chart audit data, and random interview of PSU inmate patients, I certify that, based upon my clinical expertise, the PSU program at institution:    CIW_____
has met ☒ /   has not met ☐   / has met with explanation ☐   program guide requirements  from  2/1/21   to  2/28/21 ·

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from  2/1/21      to  2/28/21      reflects the following percentage: 100%

Total Number of measurements (denominator):  3

   2. EOP Treatment Hours:  Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from  2/1/21     to  2/28/21      reflects the following percentage: 100%

Total number of measurements (denominator):  4

II. Report performance on the following items based upon information from on site audits conducted using the PSU Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

   1. IDTT quality
   Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

   Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the PSU Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

   a. IDTTs with measurable treatment goals. 100% compliance

   b. IDTTs meeting all audit criteria. Two (2) IDTTs were scheduled in March 2021 which represents 100% of PSU IDTTs. However, only one (1) was held; this scored 100% compliance on all measures. The other IDTT was held a week earlier 02/23/21; therefore, appointment on 3/2/21 was cancelled.

   2. Out of cell time offered
   Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
   a. Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

DocuSign Envelope ID: 4E31B699-C544-4275-BBFA-53FC9A09A7E9

3. ICC Review
Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the PSU Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgment from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
a.  ICCs with clinician present and relevant information provided
- Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

There was one (1) PSU ICC in March 2021 which represents 100% of PSU ICC.  All measures met 100% compliance.  ICC started timely.  All useful information regarding the inmate-patient's (IP) clinical and custody needs were discussed.  Effective communication addressed.

III. When a Quality Improvement Indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

For audit period, 2/1/21 through 2/28/21 in PSU, our performance report indicates all indicators scored 100%.

DocuSign Envelope ID: 4E31B699-C544-4275-BBFA-53FC9A09A7E9

_R. Meyers Psy.D / Doug_                                          4/6/2021
Chief of Mental Health - Print and Sign                             Date

MONA D. HOUSTON     _Mona Houston_                             4/6/21
WARDEN, CIW
Warden - Print and Sign                                            Date

( I _X_ agree/ ___ ) do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_Jim Elliot_                                              4/7/21
Institution CEO - Print and Sign                                   Date

I _✓_ agree/ ___ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Michael Hewitt, PsyD.     _John Hewitt Psy_                    4/8/21
Regional Mental Health Administrator- Print and Sign              Date

I _X_ agree/ ___ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

DocuSigned by:
**Robert Herrick**                                          4/17/2021
1F5FF8CB9AF6470
Regional Healthcare Executive - Print and Sign                    Date

A-048

Based upon the mental health performance report, personal observation of the PSU unit, review of chart audit data, and random interview of PSU inmate patients, I certify that, based upon my clinical expertise, the PSU program at institution: __CSP SAC__ has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements from __2/01/21__ to __2/28/21__ .

The following indicators were examined:

I. Using performance report data on the following items.
Criteria: Each indicator must typically score 90% or higher for certification.

1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from __2/01/21__ to __2/28/21__ reflects the following percentage: 97%

Total Number of measurements (denominator): 115

2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from __2/01/21__ to __2/28/21__ reflects the following percentage: 0%

Total number of measurements (denominator): 295

II. Report performance on the following items based upon information from on site audits conducted using the PSU Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the PSU Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

a. IDTTs with measurable treatment goals.
   - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

b. IDTTs meeting all audit criteria
   - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

PSU audited 10 IDTTS meeting all audit criteria 225 /230= 98% All IDTT observations were done in person by the auditor.

PSU A audited 5 IDTTs on 2/4/21
Indicator A: IDTTs with measurable goals: 5/5= 100%
Indicator B: IDTTs meeting all audit criteria: 114/115 = 99% One (1) IDTT did not start on time.

PSU B audited 3 IDTTs on 2/2/21 and 2 IDTTs on 2/9/21
Indicator A: IDTTs with measurable goals : 5/5 = 100%
Indicator B: IDTTs meeting all audit criteria: 111/115 97% Two (2) IDTTs did not start on time, 1 did not fully state the purpose and 1 did not have a case conceptualization.

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
a. Out of Cell Time Offered
   - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

DocuSign Envelope ID: 81E45D1C-9FD7-476C-BA3E-03947CFA433B

3. ICC Review
Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the PSU Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgment from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a. ICCs with clinician present and relevant information provided
   - Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

PSU audited 10 ICCS
ICCs observed met nearly all audit criteria 48/50 = 96%   All ICC observations were done in person by the auditor.

PSU A audited 5 ICCs on 2/1/21
  ICCs observed met all audit criteria 24/25 = 96%  One ICC did not start on time.

PSU B audited 5 ICCs on 2/2/21
  ICCs observed met nearly all audit criteria 24/25 = 96%  One ICC did not start on time.

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

One compliance indicator fell below the benchmark of 85%: Treatment Offered.  On the week beginning 3/16/20, several precautionary measures were implemented due to the COVID-19 pandemic with the goal to reduce exposure of staff and inmates through physical distancing. To this end, most of mental health groups were canceled and remain canceled thus far.  The steps to supplement the lack of group treatment include RTs providing in cell activities and 1:1 RT contacts cell front twice weekly; clinicians increasing the amount of weekly contacts for any patients deemed to be high risk or waiting for transfer to a higher level of mental health care, and the PSU EOP supervisors also complete weekly rounds to conduct welfare checks and refer patients for additional contact when clinically indicated.

_R. Valencia_ _Val_        3/25/21
_____        _____
Chief of Mental Health - Print and Sign      Date

_____        3/26/21
Warden - Print and Sign      Date

I ___✓___ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

B. Brizendine, CEO        3/30/21
_____        _____
Institution CEO - Print and Sign      Date

KO

___ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Kathleen O'Meara        4/12/2021
_____        _____
Regional Mental Health Administrator- Print and Sign      Date

RB

___ ✓/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Rainbow Brockenborough        4/13/2021
_____        _____
Regional Healthcare Executive - Print and Sign      Date

DocuSign Envelope ID: 81E45D1C-9FD7-476C-BA3E-03947CFA433B

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

### Reporting Month: February

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  EOP Treatment Hours Offered

The percentage achieved, including numerator and denominator:  0%

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

On the week beginning 3/16/20, several precautionary measures were implemented due to the COVID-19 pandemic with the goal to reduce exposure of staff and inmates through physical distancing.  To this end, most mental health groups were canceled and remain canceled thus far.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

The steps to supplement the lack of group treatment include Recreation Therapists (RTs) providing in-cell activities and 1:1 RT contacts cell-front twice weekly; clinicians increasing the amount of weekly contacts for any patients deemed to be high risk or waiting for transfer to a higher level of mental health care, and, the PSU EOP supervisors also completing weekly rounds to conduct welfare checks and refer patients for additional contact when clinically indicated.

The date(s) the programming was reduced:

3/16/2020 through February 2021

# EXHIBIT B

**Gail LaPurja**

| | |
|---|---|
| **From:** | Elise Thorn on behalf of Elise Thorn <Elise.Thorn@doj.ca.gov> |
| **Sent:** | Monday, April 5, 2021 7:48 AM |
| **To:** | Coleman Team - RBG Only; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Kerry Courtney Hughes, MD; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Kahlil Johnson; Karen Rea; Kerry F. Walsh; Kristina Hector; Latricea McClendon-Hunt; Lana Lopez; Lindsay Hayes; Maria Masotta; Mary Perrien; Matt Lopes; Michael Ryan; Mohamedu Jones; Patricial Williams (harconwil@aol.com); Rachel Gribbin; Rod Hickman Gmail; Tim Rougeux; William Trezvant; Zelia M. Tavares |
| **Cc:** | Nick Weber; Melissa Bentz; Thind, Sundeep (Sundeep.Thind@cdcr.ca.gov); Dillon Hockerson; Owens, Teresa@CDCR (Teresa.Owens@cdcr.ca.gov); Laura Ceballos; Adriano Hrvatin; Damon McClain; Elise Thorn; Lucas Hennes; Namrata Kotwani; Ambra Jackson; David Casarrubias; Laurel O'Connor; Paul B. Mello; Samantha Wolff (swolff@hansonbridgett.com) |
| **Subject:** | Coleman - CDCR's ASU EOP Hub and PSU Certifications for January 2021 |
| **Attachments:** | ASU EOP hub Certifications and Reports_January 2021.pdf; PSU certification and reports_January 2021_signed.pdf |

Special Master Lopes:

Attached are the ASU EOP Hub and PSU certifications for January 2021, along with the individual institutions' reports.

Sincerely,

Elise Thorn

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-7318 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

DocuSign Envelope ID: 2AA77A14-6D5F-4E12-B33B-8EB956867B31

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 588500
Elk Grove, California  95758



March 30, 2021

Matthew A. Lopes, Jr. Esquire            via: Elise Owens Thorn, Esquire
Office of the Special Master                   Deputy Attorney General
Pannone Lopes & Devereaux LLC                  Department of Justice
317 Iron Horse Point Way, Suite 301            1300 "I" Street, Suite 125
Providence, RI  02908                          P. O. Box 944255
                                               Sacramento, CA  94244-2550

I have reviewed reports from the institution Chiefs of Mental Health, Chief Executive Officers, Wardens, and Regional Administrators, and have reviewed Mental Health Performance Reports, summarizing institutional performance.

After this review, I am able to make a certification based upon the combined clinical expertise of the Regional Mental Health Administrators, the Chief of Quality Management for Mental Health, and my personal review of performance information.

The following Enhanced Outpatient Program (EOP) Administrative Segregation Unit (ASU) Hubs, with a box checked, have met Mental Health Services Delivery System (MHSDS) Program Guide requirements during a review conducted February, 2021, for data and reviews conducted from January 1, 2021, through January 31, 2021.

Mule Creek State Prison (MCSP) passed certification with explanation, due to Treatment Offered (34%). This deficiency is due to COVID-19 restrictions. A quarantine, due to a COVID-19 outbreak beginning November 26, ended January 5 and patients were immediately offered full treatment. The ASU was placed on quarantine again January 15 through January 29. During this time, providers conducted daily wellness checks, recreational therapists (RTs) provided in cell activities (which patients received Milestone Credits for), and IDTTs were held in absentia. Additionally, custody staff provided yard and showers while strictly enforcing health and safety guidelines.

California State Prison, Sacramento (SAC) passed certification with explanation, due to Treatment Offered (0%). This deficiency is due to a cancellation of group treatment, in order to comply with COVID-19 social distancing restrictions. To supplement the lack of group treatment, RTs are providing in cell activities and one to one cell front contacts weekly. Clinicians are increasing weekly contacts for any patients deemed to be high risk or waiting for transfer to higher level of care. The ASU EOP Supervisor is conducting weekly rounds to conduct welfare checks, and refer patients when clinically indicated.

California Men's Colony (CMC) passed certification with explanation, due to Treatment Offered (14%), IDTT Timeliness (61%), and Group Observations (0%). The Treatment Offered deficiency is due to COVID-19 restrictions, and a mandatory

DocuSign Envelope ID: 2AA77A14-6D5F-4E12-B33B-8EB956867B31

Matthew A. Lopes, Jr. Esquire
Page 2

quarantine placed December 9. Group treatment was approved to resume with limited capacity January 20. Cell front visits with individual clinicians increased, RTs continued to provide daily activity sheets, and on tier groups were conducted approximately three to four times each day.

CMC's IDTT Timeliness deficiency is due to the mandatory quarantine placed December 9. IDTTs were not allowed during quarantine, but were approved to resume January 20. ASU clinicians and schedulers are working to reduce the backlog incurred during the quarantine.

CMC's Group Observation deficiency is due to the limited time frame following the lifting of COVID-19 restrictions January 20, and the complexity scheduling non-mingling cohort groups.

California State Prison, Corcoran (COR) passed certification with explanation, due to Treatment Offered (53%). This deficiency is due to and institution wide COVID-19 precaution Program Status Report (PSR) for the month of January. The PSR stated that patients on quarantine were to have all mental health contacts conducted at cell front. Patients in the hub placed on quarantine due to possible exposure have impacted the percentage of treatment offered. Full program was offered in during the month of January for patients who were not on quarantine.

During COR's hub quarantine, group leaders and facilitators continued cell front rounding and provided in cell structured therapeutic materials as appropriate. Additionally, a concordance audit was conducted to ensure all services were provided as reported. In all appointments reviewed for January, progress notes documenting the visit were completed by the primary clinician or psychiatrist

California Health Care Facility (CHCF) did not pass certification, due to IDTT Staffing (33%) and Treatment Offered (31%). The IDTT Staffing deficiency is due to the lack of psychiatric technician (PT) attendance at two of three IDTTs.

CHCF's Treatment Offered deficiency is due to confine to quarters (CTQ) directive for the majority of the month of January. During the CTQ, group treatment was not scheduled. CHCF remains open to intake.

California Medical Facility (CMF) did not pass certification, due to Mental Health Screens (88%). This deficiency is due to one mental health screen being missed during the month of January. The patient was admitted to the MHCB from the ASU December 18, and clinically discharged from the MHCB December 21. A mental health screen was completed December 21, but due to the MHCB being on quarantine status, the patient was not physically discharged until January 13. An additional mental health screen was not completed at that time. CMF is now closed to intake.

DocuSign Envelope ID: 2AA77A14-6D5F-4E12-B33B-8EB956867B31

Matthew A. Lopes, Jr. Esquire
Page 3

California State Prison, Los Angeles County (LAC) did not pass certification, due to non-compliance of custody out of cell time. Staff were incorrectly reporting the percentage of minimally required yard time, and offering yard to inmates that were not eligible to receive yard due to isolation. LAC remains open to intake.

Richard J. Donovan Correctional Facility (RJD) did not pass certification, due to Treatment Offered (0%), Timely PC Contacts (64%), and Timely Psychiatry Contacts (71%). These deficiencies are due to an institution wide COVID-19 outbreak. RJD is now closed to intake.

☒ California Institution for Women (CIW)
☒ California Men's Colony (CMC)
☐ California State Prison, Los Angeles County (LAC)
☐ California Medical Facility (CMF)
☐ California Health Care Facility (CHCF)

☒ Central California Women's Facility (CCWF)
☒ Mule Creek State Prison (MCSP)
☐ Richard J. Donovan Correctional Facility (RJD)
☒ California State Prison, Sacramento (SAC)
☒ California State Prison, Corcoran (COR)

If you have any questions, please contact me at (415) 342-8054.

Sincerely,

DocuSigned by:

*Amar Mehta*

46AE21AE5D5B4D3...

AMAR MEHTA, M.D.
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at __CCWF__ institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements from __1/1/21__ to __1/31/21__ .

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from __1/1/21__ to __1/31/21__ reflects the following percentage: 100%

Total Number of measurements (denominator): 7

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from __1/1/21__ to __1/31/21__ reflects the following percentage: 100%

Total number of measurements (denominator): 6

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

   1. IDTT quality
   Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

   Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

   Indicators Measured (on the mental health performance report)

      a. IDTTs with measurable treatment goals.
         - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

      b. IDTTs meeting all audit criteria
         - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.
   a. 100%
   b. 98.3%

   2. Out of cell time offered
   Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

   Indicator Measured (on the mental health performance report)
      a. ASU Out of Cell Time Offered
         - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

B-005

3. ICC Review

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
    a. ICCs with clinician present and relevant information provided
       - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

100%

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

S. Neumann, Psy.D. CMH *(signature)*                                    3/1/2021.

Chief of Mental Health - Print and Sign                                    Date

M. PALLARES *(signature)*                                    3/3/21

Warden - Print and Sign                                    Date

I  ✓  agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

*(signature)*                                    3-4-21

Institution CEO - Print and Sign                                    Date

I  **X**  agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Elaine Force, Ph.D.  Elaine Force PhD                                    3/4/21

Regional Mental Health Administrator - Print and Sign                                    Date

The information contained here within is true and accurate to the best of my knowledge.

*(signature)*                                    3/8/21

Donald B. McElroy, RHE                                    Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___CIW___ institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements  from _1/1/21_  to _1/31/21_ .

The following indicators were examined:

I. Using performance report data on the following items.
  Criteria: Each indicator must typically score 90% or higher for certification.
  1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from _1/1/21_  to _1/31/21_   reflects the following percentage: 100%

Total Number of measurements (denominator): 2

  2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from _1/1/21_  to _1/31/21_   reflects the following percentage: 100%

Total number of measurements (denominator): 5

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

  1. IDTT quality
  Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

  Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

  Indicators Measured (on the mental health performance report)

    a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

    b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

    a. IDTTs with measurable treatment goals - 100% compliance.

    b. IDTTs meeting all audit criteria - 100% compliance. One IDTT observed IDTT for this audit period which represents 100% of ASU EOP Hub IDTTs. All team members were engaged in the discussions.

  2. Out of cell time offered
  Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

  Indicator Measured (on the mental health performance report)
    a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review
Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.
      There were no ICCs held in January 2021.

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

For this certification period (January 1-31, 2021) of our ASU EOP Hub, our performance report indicates all indicators are at 100% compliance.

_____    _____
Chief of Mental Health - Print and Sign                         Date    3/4/2021

**MONA D. HOUSTON**
WARDEN, CIW
_____    _____
Warden - Print and Sign                                         Date    3/4/21

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____    _____
Institution CEO - Print and Sign                                Date    3/5/2021

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Michael Hewitt, Psy.D.
_____    _____
Regional Mental Health Administrator- Print and Sign            Date    3/8/2021

I _____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____    _____
Regional Healthcare Executive - Print and Sign                  Date    3/16/21

B-010

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at <u>CMC-E</u> institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements from <u>01/01/21</u> to <u>01/31/21</u> .

The following indicators were examined:

I. Using performance report data on the following items.
 Criteria: Each indicator must typically score 90% or higher for certification.
 1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from <u>01/01/21</u> to <u>01/31/21</u> reflects the following percentage: 97%

Total Number of measurements (denominator): 28/29

 2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from <u>01/01/21</u> to <u>01/31/21</u> reflects the following percentage: 14%

Total number of measurements (denominator): 17

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

 1. IDTT quality
 Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

 Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

 Indicators Measured (on the mental health performance report)

  a. IDTTs with measurable treatment goals.
   - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

  b. IDTTs meeting all audit criteria
   - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

 a. 97% (89/92)

 b. 100 % (4/4)

 2. Out of cell time offered
 Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

 Indicator Measured (on the mental health performance report)
  a. ASU Out of Cell Time Offered
   - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100% (80/80)

3. ICC Review
Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.
   100%  5/5

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Tx offered (14%), Treatment scheduled (28%), and Treatment attended (23%): Due to COVID-19 issues beginning 3/16/20 group treatment had initially been suspended and then altered to only 3 participants per group to allow for social distancing and more recently to 4 group members per group with the new treatment building. On December 09, 2020, due to an increase in COVID-19 cases at CMC, the entire ASU building was placed on isolation for the remainder of the month, with only urgent and emergent out of cell contacts permitted. Per the ICP, no group treatment or IDTTs were permitted. These Covid-19 restrictions, which continued through most of the month of January 2021, were lifted on 01/20/2020 and ASU MH groups were restarted on 01/21/21. ASU IDTTs were resumed on 01/27/2021. As a result of these ICP imposed Covid-19 safety restrictions, timely IDTTs were only at 61%. For IDTTs conducted subsequent to the lifting of the quarantine restrictions, IDTT staffing was reported as 88%. However, this was due to one MHCB discharge treatment plan being initiated after the patient had been moved to ASU. All other IDTTs were in compliance. The auditing supervisor was only able to audit 4 of the required 5 IDTT audits due to being called away for an inmate related emergency. Thus, the denominator for IDTTs was measurable treatment goals was 92 and denominator for IDTTs meeting all audit criteria was four.  Due to the short end-of-the-month window, and the complexity of scheduling non mixed cohort in groups, no group treatment observation was made for the month. Observations resumed beginning 02/01/2. A request for an increase in group participants per room was submitted to the Department of Health via CMC's Medical Executive on 5/14/2020, 6/2/2020 and 6/11/2020. All three requests were denied, however, the ASU-EOP hub continues to work with the CMC ICP on investigating safe ways to increase programming.

Mary Comperini, CMH

Chief of Mental Health - Print and Sign

Date  03/05/2021

D. Samuel , Warden (A)

Warden    Print and Sign

Date  3-5-2021

I __X__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

T. Macias, CEO

Institution CEO - Print and Sign

Date  3/5/21

I __X__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Elaine Force, Ph.D.    Elaine Force PhD

Regional Mental Health Administrator- Print and Sign

Date  3/8/21

The information contained here within is true and accurate to the best of my knowledge.

Donald B. McElroy, RHE

Date  3-9-21

B-013

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  EOP Tx Hours

The percentage achieved, including numerator and denominator:  14% (17/122)

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

Due to COVID-19 beginning March 16, 2020, group treatment has been altered to allow for only 3 patients plus a group provider per group to allow for social distancing. This significant decrease has continued and in addition to this, CMC's ASU EOP HUB building was placed on a mandatory COVID quarantine from 12/09/2020 until 01/20/2021 that permitted only emergent contacts to occur out of cell. This change further decreased the ability to provide treatment in the ASU.  Groups were approved to resume on 01/20/2021 by the Incident Command Post and, though group capacity remains limited, every effort is being made to maximize services to the inmate-patients.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

A request for an increase in group participants per room was submitted to the Department of Health via CMC's Medical Executive on 5/14/2020, 6/2/2020 and 6/11/2020.  All three requests were denied due to Covid-19 considerations.  Cel front contacts were increased with individual clinicians, recreation therapists continued daily cell front activity sheets, and on 8/26/20, the recreational therapists began an "On the tier" group where they interact with all patients on the tiers with games and activities to promote socialization and movement approximately four times per day for 30-60 minute sessions. With the lifting of Covid-19 quarantine restrictions on January 20th, 2021 Recreational Therapist groups were restarted on January 21, 2020 and Clinician led groups were reinstituted on January 25, 2021. Constraints on group size remains an issue, but the current programming format is designed to optimize the treatment being offered.

The date(s) the programming was reduced:
December 09, 2020-January 20, 2021

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name: IDTT Timeliness, Attendance, Audits.

The percentage achieved, including numerator and denominator: Timeliness: 61%   (117/193)

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

CMC's ASU EOP HUB building was placed on a mandatory COVID quarantine from 12/09/2020 until 01/20/2021 that permitted only emergent contacts to occur out of cell. No groups or IDTTs were allowed during this period which resulted in the low percentage of 61%.  IDTTS  were approved to resume on 01/20/2021 by the Incident Command Post.  This moratorium on IDTTs produced a backlog of required IDTTS which is being addressed by the clinical staff and schedulers. Every effort is being made to maximize services to the inmate-patients.

For IDTTs conducted subsequent to the lifting of the quarantine restrictions, IDTT staffing was reported as 88%. However, this was due to one MHCB discharge treatment plan being initiated after the patient had been moved to ASU. All other IDTTs were in compliance.

Only four audits were completed in the January 27, 2021 IDTT due to the auditing Supervisor being called away for an inmate related emergency.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

With the lifting of the Covid-19 quarantine restrictions on 01/20/2021 IDTTs ASU clinicians and Schedulers, are working to reduce the incurred backlog on IDTTs and bring the timeliness compliance back to 90%+

The date(s) the programming was reduced:
December 09, 2020-January 20, 2021

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name: Group Observation

The percentage achieved, including numerator and denominator: 0%

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

Due to the short window for reopening treatment groups following the lifting of Covid-19 restrictions on 01/20/21 and the complexity of scheduling non-mingling cohort groups, no groups treatment observations were made for the ending of January 2021.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

Group Treatment observations resumed on 02/01/2021

The date(s) the programming was reduced:

December 09, 2020-January 20, 2021

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___CMF___ institution has met ☐ / has not met ☒ / has met with explanation ☐ program guide requirements  from 1/1/21  to 1/31/21 .

The following indicators were examined:
I. Using performance report data on the following items.
  Criteria: Each indicator must typically score 90% or higher for certification.
  1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 1/1/21  to 1/31/21  reflects the following percentage: 100%

Total Number of measurements (denominator): 25

  2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 1/1/21  to 1/31/21  reflects the following percentage: 0%

Total number of measurements (denominator): 93

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

  1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

  a. IDTTs with measurable treatment goals.
    - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

  b. IDTTs meeting all audit criteria
    - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

For IDTT Indicator A: There were a total of five IDTTs observed and noted to have measurable treatment goals for 100% on this measure.
For IDTT Indicator B: Compliance was 98% (113/115) measurement. There was one MHMD Initial Assessment and one MHPC Initial Assessment missed. In both cases, the patients have been in ASU for a substantial amount of time due to the suspension of transfers secondary to COVID precautions. During this time period, the program has experienced significant caseload shifting and coverage issues, both with psychiatry and PCs, which has resulted in patients being seen by a variety of providers. It appears that these factors played a role in the missed initial assessments in both cases. On the job training has been facilitated to all ASU providers.

    Due to COVID precautions and social distancing, the IDTTs were audited remotely.

  2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
  a. ASU Out of Cell Time Offered
    - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3.  ICC Review
Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
 a.  ICCs with clinician present and relevant information provided
    - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

A total of five ICCs were observed during the current reporting period and feedback is provided using the assessment tools (see attached).  All (25/25) items observed were either satisfactory ("Y") or not applicable ("N/A"), resulting in a 100% compliance measurement.

Due to COVID precautions and social distancing, the ICCs were audited remotely.

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Treatment Offered:  See COVID addendum

Mental Health Screens:  This indicator was below benchmark at 88% compliance.  There was one Mental Health screen missed for the month. The patient was admitted to the MHCB from ASU on 12/18/2020.  She was clinically discharged from the MHCB on 12/21/2021 and a MH screen was completed that day.  Due to the MHCB being on quarantine status, the patient was not physically discharged until nearly a month later on 1/13/2021 and another screen was not completed at that time.

DocuSign Envelope ID: 6D0C9EB6-37B7-479B-B53A-068D205A3202

Corey Montoya, Psy.D.

Chief of Mental Health - Print and Sign

2/2/21
Date

Daniel E. Cueva

Warden - Print and Sign

FEB 03 2021
Date

I [C] agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Lori Austin

Institution CEO - Print and Sign

2/2/2021
Date

[KO] agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Kathleen O'Meara

Regional Mental Health Administrator- Print and Sign

3/12/2021
Date

I [RB] _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Rainbow Brockenborough

Regional Healthcare Executive - Print and Sign

3/12/2021
Date

DocuSign Envelope ID: BF04D391-F9E3-465B-A784-6CAA0ED0D5FC

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at __CSP-COR__ institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements  from __01/01/2021__ to __01/31/2021__ .

**The following indicators were examined:**
**I. Using performance report data on the following items.**
  **Criteria: Each indicator must typically score 90% or higher for certification.**
  1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from __1/1/21__ to __1/31/21__  reflects the following percentage: 96%

Total Number of measurements (denominator): 26

  2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from __12/1/20__ to __12/31/20__  reflects the following percentage: 53%

Total number of measurements (denominator): 117

**II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.**

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

  a. IDTTs with measurable treatment goals.
    - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

  b. IDTTs meeting all audit criteria
    - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

IDTTs were at 100% for part a and for part b. All observed IDTT's were timely and held in a confidential setting with all required attendees present. The purpose of each IDTT was stated, and presentations were collaborative and centered around the patient's treatment. Intake documentation was completed prior to each IDTT. The Primary Clinician presented the team with relevant clinical information and measurable treatment goals for all IDTTs. Level of Care considerations and appropriateness were discussed at each IDTT. Each patient was encouraged to participate during the IDTT process, was spoken to in a language that was at the patient's level. Each patient was given the opportunity to provide input about reaching their treatment goals. The CCII was receptive to patient questions and provided information to the patient about their length of stay and current HUB placement, as well as in some cases information about placement post-discharge, transfer, or pending disciplinary actions. The PC, Psychiatrist and CCII all had a computer available to answer any additional questions and to provide any unanswered information. Throughout the IDTT process, Effective Communication was achieved by repeating questions and asking open ended questions to ensure compliance, and allowing patient's to restate information in their own words.

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
  a. ASU Out of Cell Time Offered
    - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a. ICCs with clinician present and relevant information provided
    · Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

ICC's were at 100%. All ICCs started on time with all required committee members present. All of the five observed ICC's were completed in absentia due to IP refusal to participate, although mental health status and all relevant risk factors were discussed by the PC. Specifically, in each case the Primary Clinician presented the ICC team with information related to the IP's current Mental Health Status, which also included any history of dangerousness to self or others and potential risk for decompensation if the IP was to remain in the ASU-EOP program for an extended period of time. The CCII appeared to consider mental health input and actively discussed each case. In all cases the CCII reported that he had met with the I/P's prior to the ICC in absentia and that each patient appeared to understand the information presented, and asked relevant questions.

III. **When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.**

Treatment Offered percentage for COR's ASU EOP HUB for the month of January resulted in 53%. Specifically, the ASU EOP HUB was impacted as a result of modified program due to COVID-19 that stated that for those inmates on quarantine, mental health services were to take place at cell front, and therefore based on recommendation from medical staff these inmate-patient's on quarantine were unable to attend out of cell scheduled treatment groups. Full treatment was offered for those inmate-patient's who were not on quarantine and thus impacted by the PSR.

During the month of January two groups were monitored to ensure timeliness and accuracy within the delivery of services. Each of the observed groups were noted to begin and end at the scheduled times.

Additionally, a concordance audit of 40 charts was also completed to ensure that services are being rendered as reported. In all appointments reviewed for January 2021, progress notes documenting the visit were completed by the PC or psychiatrist.

DocuSign Envelope ID: BF04D391-F9E3-465B-A784-6CAA0ED0D5FC

Scott Harris, Psy.D.
Chief of Mental Health

_____     2-17-21
Chief of Mental Health -  Print and Sign          Date

_____     2-16.
Warden -  Print and Sign                      Date

I  ✓  agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

C. Bell, CEO

_____     2-17-31
Institution CEO -  Print and Sign            Date

I  X  agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Christopher Podratz

_____     3/9/2021
Regional Healthcare Executive -  Print and Sign    Date

This information here-
within is true and accurate
to the best of my knowledge.

I  X  agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Chris Cornell, Psy. D.

_____     03/04/2021
Regional Mental Health Administrator-  Print and Sign   Date

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

Reporting Month: January 2021

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  Treatment Offered

The percentage achieved, including numerator and denominator:  53%    63/117

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

A institution wide PSR was in place throughout the month of January, due to COVID-19 precautions.  Within this PSR it stated that I/P's who are on quarantine were to have all mental health contacts conducted at cell front.  I/P's in the HUB being who were placed on quarantine due to possible exposure, have impacted percentage of treatment offered in the HUB.  Full program was offered in during the month of January for those I/P's who were not on quarantine.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

For those I/P's that are on quarantine, group leaders/facilitators continued to engage in cell front rounding and provided in cell structured therapeutic materials as appropriate.

The date(s) the programming was reduced:

Programming was reduced January 2nd through January 31st for those I/P's who were placed on quarantine due to COVID-19 exposure.

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at <u>CSP-SAC</u> institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements from <u>1/1/21</u> to <u>1/31/21</u> .

The following indicators were examined:
I. Using performance report data on the following items.
Criteria: Each indicator must typically score 90% or higher for certification.
  1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from <u>1/1/21</u> to <u>1/31/21</u> reflects the following percentage: 98%

Total Number of measurements (denominator): 54

  2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from <u>1/1/21</u> to <u>1/31/21</u> reflects the following percentage: 0

Total number of measurements (denominator): 259

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

  a. IDTTs with measurable treatment goals.
    - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

  b. IDTTs meeting all audit criteria
    - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.
ASU EOP HUB Audited 5 IDTTs on 1/6/21. Audits were conducted by the auditor via in person observation.

Indicator A: IDTTs with measurable goals: 5/5 = 100%
Indicator B: IDTTs meeting all audit criteria: 115/115 = 100%

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
  a. ASU Out of Cell Time Offered
    - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100

DocuSign Envelope ID: D6E9281C-A165-4E02-8A49-C167E59348DA

3. ICC Review
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

ASU EOP HUB audited 5 ICCs on 1/7/21. Audits were conducted by the auditor via in person observation.

Most all observed ICCs (4/5) met all audit criteria  24/25 = 96%  One ICC did not start on time.

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

One compliance indicator is below the benchmark: treatment offered (0/259, 0%). Several precautionary measures were implemented beginning the week of 3/16/20 due to COVID-19. One measure was to cancel mental health groups, which remained in effect through January 2021. This also interfered with observation of mental health groups and patient surveys, which were completed individually (not in a group). To supplement the lack of groups, RTs provided in cell activity and RT contacts twice a week for each inmate. PCs increased the amount of contacts provided to patients who are considered high risk or awaiting transfer to a higher level of care. The ASU EOP supervisor also completed weekly rounds to conduct welfare checks and refer patients for additional contacts when clinically indicated. See COVID-19 addendum.

_R. Valencia_ _[signature]_      3/2/21

Chief of Mental Health - Print and Sign      Date

_[signature]_ _[signature]_      3/2/21

Warden  Print and Sign      Date

I ___✓___ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

**B. Brizendine, CEO**

Institution CEO  Print and Sign      3/3/21

     Date

DS
**KO**

_____ gree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

DocuSigned by:
**Kathleen O'Meara**      3/12/2021
524BC0C24408436...

Regional Mental Health Administrator-  Print and Sign      Date

DS
_RB_ _____ , _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

DocuSigned by:
_Rainbow Brockenborough_      3/12/2021
45E33710A2B546F...

Regional Healthcare Executive -  Print and Sign      Date

DocuSign Envelope ID: D6E9281C-A165-4E02-8A49-C167E59348DA

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

Reporting Month: JANUARY

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  EOP Treatment Hours Offered

The percentage achieved, including numerator and denominator:  0%

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

On the week beginning 3/16/20, several precautionary measures were implemented due to the COVID-19 pandemic with the goal to reduce exposure of staff and inmates through physical distancing.  To this end, most mental health groups were canceled and remain canceled thus far.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

The steps to supplement the lack of group treatment include Recreation Therapists (RTs) providing in-cell activities and 1:1 RT contacts cell-front twice weekly; clinicians increasing the amount of weekly contacts for any patients deemed to be high risk or waiting for transfer to a higher level of mental health care, and, the ASU EOP supervisor also completing weekly rounds to conduct welfare checks and refer patients for additional contact when clinically indicated.

The date(s) the programming was reduced:

3/16/2020 through January 2021

DocuSign Envelope ID: 56580D21-7C6C-468C-A6A6-EAFE5EC5893A

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ____CHCF____ institution has met ☐ / has not met ☒ / has met with explanation ☐ program guide requirements from 1/1/2021 to 1/31/2021 .

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 1/1/2021 to 1/31/2021 reflects the following percentage: 100

Total Number of measurements (denominator): 4

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 1/1/2021 to 1/31/2021 reflects the following percentage: 31

Total number of measurements (denominator): 4/13

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

   1. IDTT quality
   Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

   Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

   Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

CHCF housed five ASU EOP patients in the month of January 2021, which provided only three IDTTs. Neither were audited: the first two fell on the Supervisor's RTO and a backup was unavailable. The third was held in absentia.

   2. Out of cell time offered
   Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

   Indicator Measured (on the mental health performance report)
   a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 82.9%

DocuSign Envelope ID: 56580D21-7C6C-468C-A6A6-EAFE5EC5893A

3. ICC Review
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
a. ICCs with clinician present and relevant information provided
   - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

CHCF self-audited two ICCs in the Month of January 2021. Both Committees had a Mental Health Clinician in attendance (2/2 = 100%). At both Committees, the clinician provided useful information that included the inmate-patients' participation, medication compliance, risk assessment of self-injurious behaviors, and status of ADLs (5/5 = 100%). Given the unit is entirely single-celled, suitability for single or double cell is not addressed. The Committee chair took the clinical needs of both inmate-patients into consideration (2/2 = 100%). Both patients were said not to have difficulty with communication. Only one of the two Committees started on time (1/2 = 50%)

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

In January, the following indicators did not meet the required score:
IDTT staffing (33%) - Two out of three IDTTs held in January did not have a Psychiatric Technician present. It appears this was primarily due to disruption in communication for covering PTs. A CAP has been developed and implemented, which was designed to ensure notification to covering staff is provided.

Treatment was affected during the month of January as the unit was on CTQ for the majority of the month (treatment offered-31%, canceled - 69%, attended - 31%). As a result, groups were not scheduled with RTs providing in-cell packets. For the one week the unit was not on CTQ, the patients took full advantage of offered treatment.

_E. Benson_ _Chief Psychologist_    _3/9/21_
Chief of Mental Health - Print and Sign    Date

_(signature)_    _3/9/21_
Warden - Print and Sign    Date

I ___X___ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_S. Arel_ _(signature)_    _3/9/21_
Institution CEO - Print and Sign    Date

___KO___ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

DocuSigned by:
**Kathleen O'Meara**
524BC0C24408436...    3/12/2021
Regional Mental Health Administrator - Print and Sign    Date

___RB___ / _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

DocuSigned by:
_Rainbow Brockenborough_
45E33710A2B546F...    3/12/2021
Regional Healthcare Executive - Print and Sign    Date

DocuSign Envelope ID: 4213603B-4713-4A18-8C56-8BD547D3B9DC

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at __MCSP__ institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements from 1/1/21 to 1/31/21 .

**The following indicators were examined:**

**I. Using performance report data on the following items.**

  Criteria: Each indicator must typically score 90% or higher for certification.

  1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 1/1/21 to 1/31/21 reflects the following percentage: 100%

Total Number of measurements (denominator): 49/49

  2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 1/1/21 to 1/31/21 reflects the following percentage: 34%

Total number of measurements (denominator): 47/140

**II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.**

**1. IDTT quality**

Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

  a. IDTTs with measurable treatment goals.
    - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

  b. IDTTs meeting all audit criteria
    - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

MCSP self-audited ASU EOP Hub IDTTs to ensure maintenance of quality indicators for this month's review. Five (5) IDTTs were observed. Benchmark was exceeded (5/5=100%) for IDTT Criteria (a). (113/115=98%) for IDTT Criteria (b).

a. Observed IDTTs included measurable treatment goals (5/5=100%)

b. All observed IDTTs reviewed the 23 question audit criteria as needed per each patient (113/115= 98%) -There were two IDTTs that started a few minutes late due to an institution wide power outage. By the third IDTT, meetings were back on schedule.

**2. Out of cell time offered**

Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
  a. ASU Out of Cell Time Offered
    - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100% (262/262)

3. ICC Review

Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

MCSP self-audited ICC to ensure maintenance of quality indicators for the month of January 2021. 5 ICCs were observed.

Review of criteria shows 100% compliance. (25/25=100%) for criteria (a.)

In all the ICCs observed there was a Mental Health clinician in attendance (5/5=100%) and the clinician did a thorough job of presenting useful information regarding the patient's current mental health condition (5/ 5=100%). For each patient, the clinician had prepared documentation to ensure any Effective Communication needs would be addressed (5 / 5 = 100%). In each of the ICCs observed, it was clear that the committee chair considered input from the Mental Health clinician (5/ 5=100%). Observed ICCs started on time (5 /5=100%).

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

In January, EOP Tx Offered was 34% (47/140), below benchmark. Beginning November 26th, MCSP had an institution-wide COVID outbreak of staff and inmates that included ASU. On January 5, 2021, ASU was removed from quarantine and patients were immediately offered full program.  ASU was placed back on quarantine from January 15th to January 29th. While ASU was on quarantine, no groups were offered, individual contacts were completed cell-front, and IDTTs were held in absentia. MH Providers conducted daily wellness checks and RTs provided in-cell activities that patients may earn Milestone Credits for.  Custody was able to provide yard and showers on the unit while strictly enforcing health and safety guidelines, this helps maintain the patient's well-being, which can positively effect quality of life.

See COVID Addendum

DocuSign Envelope ID: 4213603B-4713-4A18-8C56-8BD547D3B9DC

Laura Forsterer, Psy.D. _____    02/26/2021
                        Chief of Mental Health - Print and Sign    _____
                                                                    Date

Patrick Covello _____    3/3/21
                        Warden - Print and Sign          _____
                                                          Date


I ___✓___ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Traci Patterson _____    3/2/21
                        Institution CEO - Print and Sign    _____
                                                             Date

I ___KO___ ree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Kathleen O'Meara, Ph.D. _____Kathleen O'Meara_____    3/12/2021
                              524BC0C24408436...
                        Regional Mental Health Administrator- Print and Sign    _____
                                                                                 Date

___RB___ / _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Rainbow Brockenborough, MBA, RHE (A) __Rainbow Brockenborough__    3/12/2021
                                      45E33710A2B546F...
                        Regional Healthcare Executive - Print and Sign    _____
                                                                          Date

DocuSign Envelope ID: 4213603B-4713-4A18-8C56-8BD547D3B9DC

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

Reporting Month: January 2021

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  Treatment Offered

The percentage achieved, including numerator and denominator:  34% (47/140)

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

On January, EOP Tx Offered was 34% (47/140), below benchmark.  Beginning November 26th, MCSP had an institution-wide COVID outbreak of staff and inmates that included ASU.  On January 5, 2021, ASU was removed from quarantine and patients were immediately offered full program.  ASU was placed back on quarantine from January 15th to January 29th.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

While ASU was on quarantine, no groups were offered, individual contacts were completed cell-front, and IDTTs were held in absentia.  MH Providers conducted daily wellness checks and RTs provided in-cell activities that patients may earn Milestone Credits for.  Custody was able to provide yard and showers on the unit while strictly enforcing health and safety guidelines, this helps maintain the patient's well-being and can positively effect quality of life.

The date(s) the programming was reduced:

January 1st through 5th
January 15th through 29th.

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ____RJD____ institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements   from 1/1/21   to 1/31/21   .

The following indicators were examined:
I. Using performance report data on the following items.
  Criteria: Each indicator must typically score 90% or higher for certification.
  1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 1/1/21     to 1/31/21      reflects the following percentage: 98%

Total Number of measurements (denominator): 168

  2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 1/1/21     to 1/31/21      reflects the following percentage: 0%

Total number of measurements (denominator): 208

II. Report performance on the following items based upon information from on-site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

  1. IDTT quality
  Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

  Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

  Indicators Measured (on the mental health performance report)

  a. IDTTs with measurable treatment goals.
    - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

  b. IDTTs meeting all audit criteria
    - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

The self-audit of IDTT Observation yielded results of 100% (115/115).

In addition, IDTT Dashboard Numbers for this report period: Timely IDTTs were at 100%, with a total number of measurements at 325.

  2. Out of cell time offered
  Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

  Indicator Measured (on the mental health performance report)
  a. ASU Out of Cell Time Offered
    - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: Shower 100% and Yard 100%                    B-035

3. ICC Review
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

The self-audit of ICC yielded results of 100% (21/21).

On the performance report heat grid, CCII & Captain Review for LOS over 90 days was at 100%. The Warden Review of Cases over 90 days was at 100%.

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

The Performance Report Heat Grid for 01/01/21 through 01/31/21 reflects these performance measures above 90%: Discharge Follow-ups is 95%, and Mental Health Screens is 95%; and IDTT Staffing is 100% during this reporting period.

Medication Administration is 84% on the Heat grid; per previous reporting periods' drilldown, it was found that the leading cause of defects is Inmate-Patient (IP) no show and IP refusal (non-compliance). See below for explanation.

Julie Oldroyd, MD, became Acting Chief Psychiatrist on 12/18/20. Since then, she has been looking at ways to improve data analysis of psychiatry medication administration and compliance. She is working with QM-RJD. Regarding ASU, she has met with Nursing and the Psych. Tech ASU Unit Supervisor, and the following process is currently occurring:

   1)  The RN will review each patient's adherence to medications daily.
   2)  If there are 3 consecutive days of non-adherence or 50% within a week, a Medication Non-Adherence order is placed for the MHMD.
   3)  The MHMD will review each of the Medication Non-Adherence consults placed on his/her Ambulatory Organizer.
   4)  The MHMD will manage those consults by seeing the patient to discuss issues that are contributing to non-adherence and make a decision to discontinue the medication(s), change medication(s), change the medication order, or discuss potential PC2602.

Dr. Oldroyd will continue to work with Nursing and updating the process and improvement plan based on data results in the coming month. A workgroup meeting was scheduled for the second week of February to discuss physical medicine processes within LOP 80 for psychiatry to possibly emulate the medication non-adherence which will hopefully help reduce the medication refusals impacting this percentage.

**Timely PC Contacts (64%), Timely Psychiatry Contacts (71%), and Group Treatment Offered (0%) measures have been affected by COVID-19 precautions. See Attached _ADDENDUMS_ for details.**

H. GREENWALD                                    MAR / 5 2021
_____          _____
Chief of Mental Health - Print and Sign          Date

M. POLLARD                                      _____
_____          Date
Warden - Print and Sign

I ☑ agree/ ____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

M.A. GLYNN                                       3/5/2021
_____          _____
Institution CEO - Print and Sign                 Date

I ☐ agree/ ☑ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

M. HEWITT                                        3/8/21
_____          _____
Regional Mental Health Administrator- Print and Sign   Date

I ☐ agree/ ☒ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

R. HERRICK                                       3/18/21
_____          _____
Regional Healthcare Executive - Print and Sign        Date

Addendum for Certifying Met with Explanation Due to COVID-19 Restrictions

Reporting Month: January 1 to 31, 2021

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  TIMELY PSYCHIATRY CONTACTS

The percentage achieved, including numerator and denominator: 71%  (231/324)

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

The Statewide Program Modification order that started on November 25, 2020, had ended on January 6, 2021 (PSR-RJD-CEN-20-004); however, from January 7 to 26, 2021, a local Program Modification was in effect at RJD (PSR-RJD-CEN-21-001). See attached PSRs.

MH services were impacted by COVID-19 outbreak at RJD. The details of service delivery are on the response on the next Question.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

Effective December 14, 2020 to January 19, 2021, RJD MH delivery services were in Tier 4, as MH services continued to be impacted by COVID-19 outbreak at RJD.

Effective January 20, 2021 to January 26, 2021, RJD moved to Tier 3 on MH delivery services, in which cell-sides were permitted for any type of appointment. Effective January 27, 2021, the modified program was lifted; RJD remained in Tier 3 with services modified. All IPs can be seen out-of-cell in a confidential setting.

Effective January 20, 2021, once cell-sides were permitted for any time of psychiatry appointment, there was an effort to get caught up on late patient contacts while trying to meet current patient contact time lines. There was an effort to redirect an additional psychiatrists to ASU as Institutional needs permitted, but it was not enough to meet all timely contacts.

Effective January 27, 2021, all psychiatry contacts were seen in confidential office settings with established Covid-19 safety protocols unless in isolation. Newly hired Registry psychiatrist was at a full patient load in January 2021. Unfortunately, this psychiatrist was inadvertently directed to quarantine for 7 days after having 1 day of side effects. Again, psychiatrists had to be redirected to ASU to cover patients with specific priority scheduling. This negatively impacted timely patient contacts.

The date(s) the programming was reduced:

EFFECTIVE on the following dates:
In January, the modified program continued from 11/25/20 as directed by DAI in response to the increasing Covid-19 cases (see Program Status Report PSR RJD-CEN-20-004 and PSR RJD-CEN-21-001). The institution had remained on modified program and Mental Health program continued to be impacted until January 26, 2021.

Effective 12/14/20 to 1/19/21 - RJD's MH delivery services were on Tier 4.
Effective 1/20/21 to 1/31/21 - RJD's MH delivery services were on Tier 3. See details and response on the Question above this.

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

Reporting Month: January 1 to 31, 2021

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  TIMELY PC CONTACTS

The percentage achieved, including numerator and denominator:  64%  (221/345)

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

The Statewide Program Modification order that started on November 25, 2020, had ended on January 6, 2021 (PSR-RJD-CEN-20-004); however, from January 7 to 26, 2021, a local Program Modification was in effect at RJD (PSR-RJD-CEN-21-001). See attached PSRs.

MH services were impacted by COVID-19 outbreak at RJD. The details of service delivery are on the response on the next Question.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

Effective December 14, 2020 to January 19, 2021, RJD MH delivery services were in Tier 4, as MH services continued to be impacted by COVID-19 outbreak at RJD.

Effective January 20, 2021 to January 26, 2021, RJD moved to Tier 3 on MH delivery services, in which cell-sides were permitted for any type of appointment, and cell rounds were completed as necessary; however, Recreational Therapy (RT) outdoor/indoor groups were yet to be permitted during this time.

Effective January 27, 2021, the modified program was lifted; RJD remained in Tier 3 with services modified.  All IPs can be seen out-of-cell in a confidential setting and RT outdoor groups, as well as yard resumed.  Effective February 1, 2021, RT Groups outdoors started from 1130-1230 hours.

The date(s) the programming was reduced:

EFFECTIVE on the following dates:
In January,  the modified program continued from 11/25/20 as directed by DAI  in response to the increasing Covid-19 cases (see Program Status Report PSR RJD-CEN-20-004 and PSR RJD-CEN-21-001). The institution had remained on modified program and Mental Health program continued to be impacted until January 26, 2021.

Effective 12/14/20 to 1/19/21 - RJD's MH delivery services were on Tier 4.
Effective 1/20/21 to 1/31/21 - RJD's MH delivery services were on Tier 3.  See details and response on the Question above this.

Reporting Month: January 1 to 31, 2021

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  TREATMENT OFFERED

The percentage achieved, including numerator and denominator: 0%, 1.1 hrs. average; (0/208)

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

The Statewide Program Modification order that started on November 25, 2020, had ended on January 6, 2021 (PSR-RJD-CEN-20-004); however, from January 7 to 26, 2021, a local Program Modification was in effect at RJD (PSR-RJD-CEN-21-001). See attached PSRs.

MH services were impacted by COVID-19 outbreak at RJD. The details of service delivery are on the response on the next Question.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

The January Treatment Offered on the dashboard reflects zero percent (0%) in treatment hours as the report calculates the percentage of inmates offered ten hours or more. The zero percent does not reflect 0 treatment hours offered. The range of treatment hours goes up to 6.55 hours offered to patients and the average is 1.1 hours weekly.

Effective December 14, 2020 to January 19, 2021, RJD MH delivery services were in Tier 4, as MH services continued to be impacted by COVID-19 outbreak at RJD.

Effective January 20, 2021 to January 26, 2021, RJD moved to Tier 3 on MH delivery services, in which cell-sides were permitted for any type of appointment, and cell rounds were completed as necessary; however, Recreational Therapy (RT) outdoor/indoor groups were yet to be permitted during this time.

Effective January 27, 2021, the modified program was lifted; RJD remained in Tier 3 with services modified. All IPs can be seen out-of-cell in a confidential setting and RT outdoor groups, as well as yard resumed. Effective February 1, 2021, RT Groups outdoors started from 1130-1230 hours.

The date(s) the programming was reduced:

EFFECTIVE on the following dates:
In January, the modified program continued from 11/25/20 as directed by DAI in response to the increasing Covid-19 cases (see Program Status Report PSR RJD-CEN-20-004 and PSR RJD-CEN-21-001). The institution had remained on modified program and Mental Health program continued to be impacted until January 26, 2021.

Effective 12/14/20 to 1/19/21 - RJD's MH delivery services were on Tier 4.
Effective 1/20/21 to 1/31/21 - RJD's MH delivery services were on Tier 3. See details and response on the Question above this.

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at CSP-LAC institution has met ☐ / has not met ☒ / has met with explanation ☐ program guide requirements from 01/01/2021 to 01/31/2021 .

**The following indicators were examined:**
**I. Using performance report data on the following items.**
   **Criteria: Each indicator must typically score 90% or higher for certification.**
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 01/1/2021 to 1/31/21 reflects the following percentage: 100%

Total Number of measurements (denominator): 31

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 01/1/2021 to 1/31/21 reflects the following percentage: 0%

Total number of measurements (denominator): 138

**II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.**

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.
Regarding variable 2a: Percentage: 100%
Regarding variable 2b: Percentage: 100%

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
   a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: Undetermined

3. ICC Review

Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a.  ICCs with clinician present and relevant information provided
      - Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current
        mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

Regarding variable 3a: Percentage: 100%

III. **When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.**

A significant COVID19 outbreak surge in our institution resulted in a continued suspension of offered indoor group activity in an effort to support infection containment. LAC continued to have positive COVID19 inmates as of the end of January 2021.  For approximately the first week and a half of the month, all regular Mental Health contacts, with the exception of Urgent and Emergent referrals, were conducted at cellfront. For most of the rest of the month, confidential contacts were resumed for non-isolated IPs.  During the last week of the month, due to COVID 19 concerns, all regular Mental Health contacts, with the exception of Urgent and Emergent referrals, were again conducted only at cellfront. Individual recreational activity, therapeutic yard groups, and housing rounds were completed in an effort to offset the reduction of mental health program activity.   Treatment offered compliance was 0% in January 2021.

DocuSign Envelope ID: 5782973D-9987-4D2E-8005-93F84E8A2FC3

J. Walsh, Ph.D.
**Chief of Mental Health**
CCHCS LAC

_____    3/2.;/;og J
Chief of Mental Health - Print and Sign        Date

_____    3/24/2021
Warden - Print and Sign        Date

I __x__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____    3/24/2021
Institution CEO - Print and Sign        Date

I __X__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

DocuSigned by:
Christopher Podrata
CF01F15BDC1A403

This information here-within
is true and accurate to the        3/25/2021
best of my knowledge.

Regional Healthcare Executive - Print and Sign        Date

I __X__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Chris Cornell, Psy. D.        03/24/2021
Regional Mental Health Administrator - Print and Sign        Date

B-043

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date:  March 24, 2021

To:  Jared Lozano
     Associate Director
     High Security Mission
     Division of Adult Institutions

Subject:  **AMENDED MONTHLY CERTIFICATION OF SUPERVISORY REVIEW OF CDC FORM 114-A INMATE SEGREGATION RECORDS AND CDC FORM 114-A1 INMATE SEGREGATION PROFILE REPORTING FOR JANUARY 2021 AND FEBRUARY 2021**

Upon further review of the monthly certification of supervisory reviews of CDC 114-A Inmate Segregation Records and CDC Form 114-A1 it was determined the percentage reported for January 2021 and February 2021 was incorrect.

Facility D, Building 5 (FDB5) Administrative Segregation Unit- Enhanced Outpatient Program was not in compliance with 100 percent of eligible inmates receiving the minimally required yard time (at least five days per week for a total of not less than 10 hours a week). Upon review it was determined staff were incorrectly reporting the percentage and offering yard to inmates that were not eligible to receive yard due to isolation.

LAC attempted to identify the correct percentage for the aforementioned reporting months, however was unsuccessful. There has recently been a change in supervision with the Administrative Segregation Lieutenant. LAC is currently rectifying the issue by providing documented training to all staff assigned to Administrative Segregation. Reporting period for March 2021 will accurately reflect the percentage of eligible inmates receiving the required yard time.

R. C. JOHNSON
Warden
California State Prison, Los Angeles County

DocuSign Envelope ID: 2AA77A14-6D5F-4E12-B33B-8EB956867B31

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



March 30, 2021

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                              Deputy Attorney General
Pannone Lopes & Devereaux LLC                            Department of Justice
317 Iron Horse Point Way, Suite 301                      1300 "I" Street, Suite 125
Providence, RI 02908                                     P. O. Box 944255
                                                         Sacramento, CA 94244-2550

I have reviewed reports from the institution Chiefs of Mental Health, Chief Executive Officers, Wardens, and Regional Administrators, and have reviewed Mental Health Performance Reports, summarizing institutional performance.

After this review, I am able to make a certification based upon the combined clinical expertise of the Regional Mental Health Administrators, the Chief of Quality Management for Mental Health, and my personal review of performance information.

The following institutions with Psychiatric Services Unit (PSU) level of care, with a box checked, have met Mental Health Services Delivery System (MHSDS) Program Guide requirements during a review conducted in February, 2021, data and reviews conducted from January 1, 2021, through January 31, 2021.

California State Prison, Sacramento (SAC) passed certification with explanation, due to Treatment Offered (0%). This deficiency is due to a cancellation of group treatment, in order to comply with COVID-19 social distancing restrictions.

To supplement the lack of treatment, SAC's recreational therapists (RTs) are providing in cell activities and one to one cell front contacts twice a week for patients deemed high risk or awaiting transfer to higher levels of care.  The PSU supervisors are also completing weekly rounds to conduct welfare checks and refer patients for additional contact when clinically indicated.

☒ California Institution for Women            ☒ California State Prison, Sacramento
    (CIW)                                          (SAC)

If you have any questions, please contact me at (415) 342-8054.

Sincerely,

DocuSigned by:

**Amar Mehta**

46AE21AE5D5B4D3...
AMAR MEHTA, M.D.
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Based upon the mental health performance report, personal observation of the PSU unit, review of chart audit data, and random interview of PSU inmate patients, I certify that, based upon my clinical expertise, the PSU program at institution: ___CIW___

has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements from ___1/1/21___ to ___1/31/21___ .

The following indicators were examined:

I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from ___1/1/21___ to ___1/31/21___ reflects the following percentage: N/A

Total Number of measurements (denominator): 0

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from ___1/1/21___ to ___1/31/21___ reflects the following percentage: 100%

Total number of measurements (denominator): 5

II. Report performance on the following items based upon information from on site audits conducted using the PSU Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

   1. IDTT quality
   Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

   Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the PSU Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

   Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

   a. IDTTs with measurable treatment goals. 100% compliance

   b. IDTTs meeting all audit criteria. Three (3) IDTTs were observed in January 2021 which represents 100% of PSU IDTTs. Observer indicated the entire IDTT team were interactive; discussions were focused on inmate-patients' treatment plan, progress and goals.

   2. Out of cell time offered
   Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

   Indicator Measured (on the mental health performance report)
   a. Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the PSU Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgment from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a. ICCs with clinician present and relevant information provided
    - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

There was one (1) PSU ICC in January 2021 which represents 100% of PSU ICC. All measures met 100% compliance.

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

For audit period, 1/1/21 through 1/31/21 in PSU, our performance report indicates all indicators scored 100%.

_R. Meyers, Drug_ _____    3/4/2021

Chief of Mental Health - Print and Sign                Date

**MONA D. HOUSTON**
**WARDEN, CIW**    _Mona Houston_    3/4/21

Warden - Print and Sign                Date

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_Reginald Alex_ _____    3/5/2021

Institution CEO - Print and Sign                Date

_On Behalf of_
_Mike Wick, CEO_

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Michael Hewitt, Psy.D.    _____    3/8/2021

Regional Mental Health Administrator- Print and Sign                Date

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_R. Hemel_    _____    3/16/21

Regional Healthcare Executive - Print and Sign                Date

Based upon the mental health performance report, personal observation of the PSU unit, review of chart audit data, and random interview of PSU inmate patients, I certify that, based upon my clinical expertise, the PSU program at institution: __CSP SAC__ has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements from __1/01/21__ to __1/31/21__ .

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from __1/01/21__ to __1/31/21__ reflects the following percentage: 99%

Total Number of measurements (denominator): 107

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from __1/01/21__ to __1/31/21__ reflects the following percentage: 0%

Total number of measurements (denominator): 406

II. Report performance on the following items based upon information from on site audits conducted using the PSU Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

   1. IDTT quality
   Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

   Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the PSU Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

   Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

   PSU audited 10 IDTTS meeting all audit criteria 229 /230= 99%  All IDTT observations were done in person by the auditors .

   PSU A audited 5 IDTTs on 1/21/21
   Indicator A: IDTTs with measurable goals: 5/5= 100%
   Indicator B: IDTTs meeting all audit criteria: 115/115= 100%

   PSU B audited 5 IDTTs on 1/5/21
   Indicator A: IDTTs with measurable goals : 5/5 = 100%
   Indicator B: IDTTs meeting all audit criteria: 114/115 99% One (1) IDTT did not start on time.

   2. Out of cell time offered
   Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

   Indicator Measured (on the mental health performance report)
   a. Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review
Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the PSU Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgment from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a.  ICCs with clinician present and relevant information provided
    - Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

PSU audited 10 ICCS
ICCs observed met nearly all audit criteria 49/50 = 98%    All ICC observations were done in person by the auditor.


PSU A audited 5 ICCs on 1/4/21
  ICCs observed met all audit criteria 25/25 = 100%

PSU B audited 5 ICCs on 1/5/21
  ICCs observed met nearly all audit criteria 24/25 = 96%


**III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.**


One compliance indicator fell below the benchmark of 85%: Treatment Offered.  On the week beginning 3/16/20, several precautionary measures were implemented due to the COVID-19 pandemic with the goal to reduce exposure of staff and inmates through physical distancing. To this end, most of mental health groups were canceled and remain canceled thus far.  The steps to supplement the lack of group treatment include RTs providing in cell activities and 1:1 RT contacts cell front twice weekly; clinicians increasing the amount of weekly contacts for any patients deemed to be high risk or waiting for transfer to a higher level of mental health care, and the PSU EOP supervisors also complete weekly rounds to conduct welfare checks and refer patients for additional contact when clinically indicated.

R. Valencia _____     3/2/21
_____     _____
Chief of Mental Health - Print and Sign          Date

_____     3/2/21
Warden - Print and Sign                           _____
                                                  Date

I ____✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

B. Brizendine, CEO
_____     3/3/21
Institution CEO - Print and Sign                  _____
                                                  Date

KO

_____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

                    Kathleen O'Meara               3/12/2021
_____     _____
Regional Mental Health Administrator- Print and Sign    Date

RB

_____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

              Rainbow Brockenborough             3/12/2021
_____     _____
Regional Healthcare Executive - Print and Sign     Date

DocuSign Envelope ID: DD245792-4F06-49D0-ACAB-F30266C97C36

Addendum for Certifying Met With Explanation Due to COVID-19 Restrictions

Reporting Month: JANUARY

If a hub meets certification with explanation due to COVID-19 restrictions, the below section must be completed for each audit or indicator that failed to meet 90% compliance and included with certification form.

The audit or indicator name:  EOP Treatment Hours Offered

The percentage achieved, including numerator and denominator:  0%

The reason the certification criteria was not achieved, which must be directly related to COVID-19 restrictions.

On the week beginning 3/16/20, several precautionary measures were implemented due to the COVID-19 pandemic with the goal to reduce exposure of staff and inmates through physical distancing.  To this end, most mental health groups were canceled and remain canceled thus far.

The treatment and services, including constructive mitigation factors, provided instead of the Program Guide required services not being offered.

The steps to supplement the lack of group treatment include Recreation Therapists (RTs) providing in-cell activities and 1:1 RT contacts cell-front twice weekly; clinicians increasing the amount of weekly contacts for any patients deemed to be high risk or waiting for transfer to a higher level of mental health care, and, the PSU EOP supervisors also completing weekly rounds to conduct welfare checks and refer patients for additional contact when clinically indicated.

The date(s) the programming was reduced:

3/16/2020 through January 2021

E X H I B I T    C

**Gail LaPurja**

| | |
|---|---|
| **From:** | Nick Weber |
| **Sent:** | Monday, April 26, 2021 12:34 PM |
| **To:** | Cara Trapani; Sofia Millham; Adriano Hrvatin; Mehta, Amar@CDCR; Ambra Jackson; Amy Xu; Nina Raddatz; Barney-Knox, Barbara@CDCR; Brian Main; Hendon, Catherine@DSH-S; Christine Ciccotti; Angie Cooper; Damon McClain; Dan Potter; David Casarrubias; Lorey, Dawn@CDCR; Toche, Diana@CDCR; Donald Specter; Ed Swanson; Elise Thorn; Bachman, Ellen@DSH-S; Kristina Hector; Henry D. Dlugacz; Jeffrey Metzner; Neill, Jennifer@CDCR; Jessica Winter; Jamas DeGroot; Mohamedu Jones; Bick, Dr. Joseph@CDCR; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kent, Kristopher@DSH-S; Laura Ceballos; Laurel O'Connor; Lindsay Hayes; Lisa Ells; Matt Lopes; White, Lourdes@CDCR; Lucas Hennes; Marc Shinn-Krantz; Maria Masotta; Mary Perrien; Melissa Bentz; Michael W. Bien; Golding, Michael@CDCR; Namrata Kotwani; Paul Mello; Barrow, Roscoe@CDCR; Samantha Wolff (SWolff@hansonbridgett.com); Sharen Barboza; Steve Fama; Steven Cartwright; Tim Rougeux; Travis Williams; Tyler Heath; Kerry F. Walsh |
| **Subject:** | RE: 50th Task Force Agenda [IWOV-DMS.FID6429] |

Cara,

Thanks for these questions, however CDCR cannot respond to them at tomorrow's task force. CDCR will put together a written response shortly and the parties can discuss the issue at an upcoming meeting.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA 95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Cara Trapani <CTrapani@rbgg.com>
**Sent:** Monday, April 26, 2021 11:34 AM
**To:** Sofia Millham <smillham@pldolaw.com>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Ambra Jackson <Ajackson@hansonbridgett.com>; Amy Xu <AXu@rbgg.com>; Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; Barney-Knox, Barbara@CDCR <Barbara.Barney-Knox@cdcr.ca.gov>; Brian Main <psydocmain@gmail.com>; Hendon, Catherine@DSH-S <catherine.hendon@dsh.ca.gov>; Christine Ciccotti <Christine.Ciccotti@dsh.ca.gov>; Angie Cooper <acooper@pldolaw.com>; Damon McClain <Damon.McClain@doj.ca.gov>; Dan Potter <dpotter@alumni.brown.edu>; David Casarrubias <DCasarrubias@hansonbridgett.com>; Lorey, Dawn@CDCR <Dawn.Lorey@cdcr.ca.gov>; Toche, Diana@CDCR <Diana.Toche@cdcr.ca.gov>; Donald Specter <dspecter@prisonlaw.com>; Ed Swanson <eswanson@swansonmcnamara.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Bachman, Ellen@DSH-S <Ellen.Bachman@dsh.ca.gov>; Kristina Hector <khector@pldolaw.com>; Henry D. Dlugacz <hdlugacz@blhny.com>;

Jeffrey Metzner <jeffrey.metzner@cuanschutz.edu>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Jessica Winter <JWinter@rbgg.com>; Jamas DeGroot <upcjdegroot@gmail.com>; Mohamedu Jones <mjones@pldolaw.com>; Bick, Dr. Joseph@CDCR <Joseph.Bick@cdcr.ca.gov>; Kahlil Johnson <kjohnson@kahliljohnsonpsychiatry.com>; Karen Rea <karenrea01@gmail.com>; Kerry Courtney Hughes, MD <dockc99@aol.com>; Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov>; Ceballos, Laura@CDCR <Laura.Ceballos@cdcr.ca.gov>; Laurel O'Connor <LOConnor@hansonbridgett.com>; Lindsay Hayes <lhayesta@msn.com>; Lisa Ells <LElls@rbgg.com>; Matt Lopes <mlopes@pldlaw.com>; White, Lourdes@CDCR <Lourdes.White@cdcr.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Marc Shinn-Krantz <MShinn-Krantz@rbgg.com>; Maria Masotta <maria@drmariamasotta.com>; Mary Perrien <mperrien@aol.com>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Michael W. Bien <MBien@rbgg.com>; Golding, Michael@CDCR <Michael.Golding@cdcr.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Paul Mello <Pmello@hansonbridgett.com>; Barrow, Roscoe@CDCR <Roscoe.Barrow@cdcr.ca.gov>; Samantha Wolff <SWolff@hansonbridgett.com> <SWolff@hansonbridgett.com>; Sharen Barboza <sharen@sharenbarboza.com>; Steve Fama <sfama@prisonlaw.com>; Cartwright, Steven@CDCR <Steven.Cartwright@cdcr.ca.gov>; Tim Rougeux <trougeux@hotmail.com>; Williams, Travis@CDCR <Travis.Williams@cdcr.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>; Kerry F. Walsh <kwalsh@pldlaw.com>
**Subject:** RE: 50th Task Force Agenda [IWOV-DMS.FID6429]

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear OLA Legal Team and Special Master Lopes,

Plaintiffs have the below questions regarding the updated Roadmap to Reopening filed last week (ECF No. 7135).  We hope to discuss these questions at tomorrow's Task Force Meeting.

1.  Movement between phases depends on positivity rates among incarcerated people.  ECF No. 7135 at 4.  How do staff infection rates play a role in the Roadmap?  Does the Roadmap's definition of outbreak as only considering "inmate cases" overrule RJD's practice from last week of returning to Phase 1 due to 8 positive staff cases and 0 patient cases?  (see attached email from Ms. Tamiya Davis)

2.  Phase 3 describes initiation of a vague "new normal" rather than a return to pre-pandemic Program Guide level mental health care.  What exactly will be provided in Phase 3, especially with respect to the hourly weekly amount of MHSDS groups for EOPs?

    2.1  When will Program Guide standards be enforced again?

    2.2  Even in Tier 3, there is same tolerance for "Alternative non-confidential" group locations.  Do groups ever go back to normal?

    2.3  Assuming social distancing will be required, do Defendants know how many group hours they can provide per patient per week in Phase 3?

    2.4  In updating the Roadmap and Tier Chart, did Defendants consider allowing non-socially distanced though presumably limited in size vaccinated-only groups, led by vaccinated clinicians and patrolled by vaccinated custody staff? Why or why not?  What about requiring non-cellfront clinical contacts and IDTTs, and other out of cell time based on vaccination status?

2.5    Will social distancing be observed in the PIA factories or other close-quarter work assignments?  If not, and if such is going to happen with MHSDS groups, how is that consistent?

2.6    Does social distancing for MHSDS groups makes sense when for many hours each day people sleep without masks in dorms and cellblocks in which the virus spreads in the air?

2.7    Social distancing is discussed in the Roadmap and Tier Chart, but not as much direction re: masking.  Why?

3.    There are very few mandates in the document other than the requisite time period of no cases before moving between the Phases, and the mandate to return to Phase 1 whenever there is an outbreak.  Otherwise, it provides "general guideline[s]" and, with regard to Phase 3, the "New Normal," it appears to call for "[p]rogressive reopening," via weekly reviews.  Even the things listed under that Phase, including "Clinical Operations," are not mandatory.  Does that apply to Mental Health services?  Additionally, does this mean that even when Phase 3 / Tier 3 is reached, it could take weeks for MHSDS groups and other services to begin?

4.    How do tele-IDTTs work tech-wise?  Will the patient and multiple absent Team members see each other, or at least will Team members all see the patient and the patient see the absent members?

5.    Is there a maximum number of patients allowed in Tier 2 mental health groups with distancing?  Does it vary?  How is it set?

6.    The mental health group plan seems the same in Tier 1 and Tier 2.  Why isn't more group treatment allowed to occur after 14 days post-outbreak?

7.    Tier 1 in the column titled Provision of Treatment (ECF No. 7135 at 10) states that "admissions and discharges related to inpatient processes" will be triaged.  This seems inconsistent with the statement in the Inpatient Treatment column that requires "Referrals continue per policy" (ECF No. 7135 at 9).  Does this mean that a patient can get referred, but their actual transfer will be triaged?

8.    In the Pre Release Planning column of the Tier Chart, why do are only LA and San Diego counties prioritized for Releases of Information ("ROIs") in Tier 2?  ECF No. 7135 at 12.

9.    Is the text of the March 25, 2020 memo still operative?  It contained useful information, including a requirement that "to the extent possible, institutions shall follow current Program Guide policies and procedures, including, but not limited to: clinical contacts, group and treatment requirements, emergent and urgent referral processes, crisis intervention, suicide prevention, and inpatient referrals."  ECF No. 6553-5 at 2.

10.    Is being in Phase 1 mean the facility/institution is also in Tier 1?  Same question for Phase/Tiers 2 and 3.

11.    "Outbreak is defined as three or more related COVID-19 inmate cases within a facility, as determined by a contact investigation, in the past 14 days."  ECF No. 7135 at 4.  Is our understanding correct that three positive patient cases at a single institution does not necessarily

mean that the institution will go to Phase 1? For example, if Institution X has Facility A, B, and C that are geographically separated, there can be multiple positive cases throughout the facilities and the institution could still remain at Phase 3 so long as contact tracing determines that the cases are not "related." Is that right?

12.   Phase 1 describes episodic care that can be provided – emergent, urgent, and high priority specialty services. Are these patients seen cell-front, or in a confidential setting? Are all other mental health appointments like IDTTs and routine PC/Psych contacts cancelled? Even for vaccinated patients?

13.   Does Tier 1 in the Tier Chart allow patients to be kept in their existing cell for more than PG timeframes allow (eg, more than 24 hours for MHCB referrals)? the "Alt Housing Location" is unclear.

14.   Why is Columbia Screener still being allowed in Tier 1 and 2 instead of SRASHEs?

15.   When will patients "identified as suicide risk" "receive in person evaluation" in Tier 1 and 2? The chart contains no timeframe.

16.   In Tier 1, how often are the PC cell visits for check-ins of "high risk" patients required?

17.   Tier One just says "as ability to provide out of cell groups decreases…" Need more clarity here. Are or aren't groups required in Tier One? How many hours per week expected for each tier/phase? How often should RTs provide "tier activities"?

18.   Tier One includes a list under the title "Begin to Triage as follows" – is this for psychiatrists only? It is unclear. *See* ECF No. 7135 at 10.

19.   Did Defendants consider allowing telehealth for IDTTs and PC contacts under Tier One and/or Two?

20.   Why do Tiers 1 and 2 not include guidance about about increased yard time, entertainment appliances, and video visitation?

Thank you,

Cara Trapani



ROSEN BIEN
GALVAN & GRUNFELD LLP

101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
ctrapani@rbgg.com

**(Pronouns – she/her/hers)**

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at khansen@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Millham, Sofia A. <smillham@pldolaw.com>
**Sent:** Monday, April 26, 2021 9:01 AM
**To:** Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Amar Mehta <Amar.Mehta@cdcr.ca.gov>; Ambra Jackson <Ajackson@hansonbridgett.com>; Amy Xu <AXu@rbgg.com>; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; Barbara Barney-Knox <Barbara.Barney-Knox@cdcr.ca.gov>; Brian Main <psydocmain@gmail.com>; Cara Trapani <CTrapani@rbgg.com>; Catherine Hendon <catherine.hendon@dsh.ca.gov>; Christine Ciccotti <Christine.Ciccotti@dsh.ca.gov>; Angie Cooper <acooper@pldolaw.com>; Damon McClain <Damon.Mcclain@doj.ca.gov>; Dan Potter <dpotter@alumni.brown.edu>; David Casarrubias <DCasarrubias@hansonbridgett.com>; Dawn Lorey <Dawn.Lorey@cdcr.ca.gov>; Diana Toche <diana.toche@cdcr.ca.gov>; Donald Specter <dspecter@prisonlaw.com>; Ed Swanson <eswanson@swansonmcnamara.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Ellen Bachman <Ellen.Bachman@dsh.ca.gov>; Kristina Hector <khector@pldolaw.com>; Henry D. Dlugacz <hdlugacz@blhny.com>; Jeffrey Metzner <jeffrey.metzner@cuanschutz.edu>; Jennifer Neill <Jennifer.Neill@cdcr.ca.gov>; Jessica Winter <JWinter@rbgg.com>; Jamas DeGroot <upcjdegroot@gmail.com>; Mohamedu Jones <mjones@pldolaw.com>; Joseph Bick <Joseph.Bick@cdcr.ca.gov>; Kahlil Johnson <kjohnson@kahliljohnsonpsychiatry.com>; Karen Rea <karenrea01@gmail.com>; Kerry Courtney Hughes, MD <dockc99@aol.com>; Kristopher Kent <Kristopher.Kent@dsh.ca.gov>; Laura Ceballos <laura.ceballos@cdcr.ca.gov>; Laurel O'Connor <LOConnor@hansonbridgett.com>; Lindsay Hayes <lhayesta@msn.com>; Lisa Ells <LElls@rbgg.com>; Matt Lopes <mlopes@pldolaw.com>; Lourdes White <Lourdes.White@cdcr.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Marc Shinn-Krantz <MShinn-Krantz@rbgg.com>; Maria Masotta <maria@drmariamasotta.com>; Mary Perrien <mperrien@aol.com>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Michael W. Bien <MBien@rbgg.com>; Michael Golding <michael.golding@cdcr.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Paul Mello <Pmello@hansonbridgett.com>; Roscoe Barrow <Roscoe.Barrow@cdcr.ca.gov>; Samantha Wolff (SWolff@hansonbridgett.com) <SWolff@hansonbridgett.com>; Sharen Barboza <sharen@sharenbarboza.com>; Steve Fama <sfama@prisonlaw.com>; Steven Cartwright <Steven.Cartwright@cdcr.ca.gov>; Tim Rougeux <trougeux@hotmail.com>; Travis Williams <Travis.Williams@cdcr.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>; Kerry F. Walsh <kwalsh@pldolaw.com>
**Subject:** 50th Task Force Agenda

Attached is the agenda for tomorrow's Task Force meeting.

Thank you,

**Sofia A. Millham, Paralegal**
smillham@pldolaw.com
P 401.824.5144 or 415.420.8946 • F 401.824.5123

**Pannone Lopes Devereaux & O'Gara LLC**
Northwoods Office Park  Suite 215 N
1301 Atwood Avenue, Johnston, RI 02919
www.pldolaw.com  •  Legal Disclaimer