IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.**
    **Plaintiffs,**

    **vs.**                                                                 **No. 2:90-cv-0520 KJM-DB P**

**GAVIN NEWSOM, et al.,**
    **Defendants.**


## SPECIAL MASTER'S REQUEST FOR AN ENLARGEMENT OF TIME IN WHICH TO SUBMIT HIS REPORT ON THE CONTINUOUS QUALITY IMPROVEMENT TOOL KEY INDICATORS

During a status conference held on March 25, 2021, the Court referred the task of finalizing a list of continuous quality improvement tool (CQIT) key indicators to the Special Master. ECF No. 7112. The Special Master was ordered to file a report on the CQIT key indicators on or before April 29, 2021. *Id*. As set forth below, the Special Master requests that he be granted relief from the Court's April 29, 2021 deadline and be granted an additional seven days, or up to and including May 6, 2021, to file his report with the court.

As part of the Court's order to the Special Master to develop a list of CQIT indicators and file a report on the same, he was directed to conduct "intensive sessions with the parties" in an effort to "close the gap" between them on the remaining indicators in dispute. ECF No. 7111 at 16. In an attempt to conduct further negotiations pursuant to the Court's order, on April 6, 2021, the Special Master offered the parties the opportunity to have additional discussions regarding the CQIT key indicators during the regularly convened data meeting. His offer to further

1

negotiate was declined. On April 13, 2021, the Special Master and his experts met with defendants regarding the indicators but were unable to reach agreement.

The Special Master would benefit from a brief extension of time in which to finalize his report and recommendation for the Court. Accordingly, the Special Master requests that he be granted relief from the April 29, 2021 deadline and be granted an additional seven days, or up to and including May 6, 2021 in which to finalize and file his report with the Court.

Respectfully Submitted,

/s/

_____

Matthew A. Lopes, Jr., Esq.
Special Master

April 29, 2021