SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
Email: sballard@reichmanjorgensen.com
       kfalkenstien@reichmanjorgensen.com

BRIAN C. BARAN, State Bar No. 325939
Reichman Jorgensen Lehman & Feldberg LLP
1710 Rhode Island Ave NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449
Email: bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.** | Case No. 2:90-cv-00520 KJM DB P |
| Plaintiffs, | **NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY** |
| v. | |
| **GAVIN NEWSOM, et al.,** | Judge: Hon. Kimberly Mueller |
| Defendants. | Action Filed: April 23, 1990 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff-Intervenor Christopher Lipsey wishes to associate Brian C. Baran as additional counsel on this case. Please add Brian C. Baran to the docket's list of attorneys to be noticed. Copies of all pleadings, notices, orders, correspondence, and other papers in connection with this action should be served/noticed as follows:

> Brian C. Baran, State Bar No. 308741
> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
> 1710 Rhode Island Ave NW, 12th Floor
> Washington, DC 20036
> Telephone: (202) 894-7310
> Fax: (650) 623-1449
> Email: bbaran@reichmanjorgensen.com

Dated: April 29, 2021                    Respectfully submitted,

> */s/ Brian C. Baran*
> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
> Shawna L. Ballard (SBN 155188)
> Kate Falkenstien (SBN 313753)
> 100 Marine Parkway, Suite 300
> Redwood Shores, California 94065
> Telephone: (650) 623-1401
> Fax: (650) 623-1449
> sballard@reichmanjorgensen.com
> kfalkenstien@reichmanjorgensen.com
>
> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
> Brian C. Baran (SBN 325939)
> 1710 Rhode Island Ave NW, 12th Floor
> Washington, DC 20036
> Telephone: (202) 894-7310
> Fax: (650) 623-1449
> bbaran@reichmanjorgensen.com
>
> *Attorneys for Plaintiff-Intervenor Christopher Lipsey*