ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7323
  Fax: (916) 324-5205
  E-mail: Lucas.Hennes@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' REQUEST FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO UPDATED ROADMAP TO REOPENING** |

      On April 22, in response to the Court's minute order of March 29, 2021 (ECF No. 7112), Defendants filed an updated Roadmap to Reopening and accompanying Tier Chart. (ECF No. 7135.) Per the Court's previous orders and admonitions, this filing was devoid of legal argument or position, simply setting forth the document as requested.

      On April 29, 2021, as permitted by the Court's minute order, Plaintiffs filed their response to Defendants' Roadmap to Reopening. (ECF No. 7141.) Plaintiffs' response contains

[3707178.5]

1

substantial argument regarding the merits of the updated Roadmap, as well as a new request for Court action. (*Id.*) Defendants accordingly request leave to file a reply to this response no later than May 10, 2021, allowing them to correct the record as to Plaintiffs' mischaracterizations of the Roadmap and respond to Plaintiffs' request for relief.

DATED: April 30, 2021

ROB BONTA
Attorney General
Damon McClain
Supervising Deputy Attorney General

By: */s/ Lucas L. Hennes*
Lucas L. Hennes
Deputy Attorney General

Attorneys for Defendants

[3707178.5]

2

Defendants' Request for Leave to File Reply to Plaintiffs' Response to Updated Roadmap to Reopening (2:90-cv-00520 KJM-DB (PC))