| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>LUCAS L. HENNES, State Bar No. 278361<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7318<br> Fax: (916) 324-5205<br> E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>LISA M. POOLEY, State Bar No. 168737<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>DAVID C. CASARRUBIAS, State Bar No. 321994<br>HANSON BRIDGETT LLP<br> 1676 N. California Boulevard, Suite 620<br> Walnut Creek, CA 94596<br> Telephone: (925) 746-8460<br> Fax: (925) 746-8490<br> E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br> 2049 Century Park East, Suite 3400<br> Los Angeles, CA 90067-3208<br> Telephone: (310) 552-0130<br> Fax: (310) 229-5800<br> E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>        Plaintiffs,<br><br> v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>        Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge: The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id*.) On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

Consistent with the Court's February 14, 2018 order, attached here is a letter from Defendant CDCR setting forth CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for March 2021.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 5786, ECF No. 5803, and ECF No. 5886.

Dated: April 30, 2021  Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/S/ *Namrata Kotwani*
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



April 30, 2021

Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Ave Ste 11000
San Francisco, CA 94102-7020

RE: CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Kotwani:

  The California Department of Corrections and Rehabilitation (CDCR) hereby submits as Exhibit A its monthly reports identifying the psychiatry vacancy rates at each CDCR institution and systemwide for March 2021. In accordance with the Court's February 14, 2018 order, the reports contain the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

 /s/ *Amar Mehta*
Amar Mehta, M.D.
Deputy Director
Statewide Mental Health Program

**EXHIBIT A**

# Division of Health Care Services
# Statewide Mental Health Program
# Allocated and Filled Psychiatry Positions - March 2021

| Sites | Allocated Jan 2021[1] | | | Filled Mar 2021 | | | | | | Filled w PNP Mar 2021 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 4.00 | 0.00 | 4.00 | 0.00 | 5.64 | 0.00 | 0.00 | 5.64 | **141%** | 0.00 | 5.64 | **141%** |
| CAL | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CCI | 5.00 | 0.00 | 5.00 | 2.00 | 2.61 | 2.05 | 0.00 | 6.66 | **133%** | 0.00 | 6.66 | **133%** |
| CCWF | 7.00 | 2.00 | 9.00 | 5.00 | 0.00 | 1.68 | 0.00 | 6.68 | **74%** | 2.00 | 8.68 | **96%** |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CHCF | 6.00 | 18.00 | 24.00 | 2.00 | 4.95 | 7.32 | 0.65 | 14.92 | **62%** | 1.00 | 15.92 | **66%** |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 14.00 | 11.40 | 1.77 | 0.00 | 27.17 | **74%** | 0.00 | 27.17 | **74%** |
| CIM | 9.00 | 0.00 | 9.00 | 6.00 | 2.08 | 1.00 | 0.00 | 9.08 | **101%** | 0.00 | 9.08 | **101%** |
| CIW | 10.50 | 1.00 | 11.50 | 5.00 | 4.93 | 0.00 | 0.00 | 9.93 | **86%** | 0.00 | 9.93 | **86%** |
| CMC | 15.00 | 2.00 | 17.00 | 8.00 | 4.10 | 0.00 | 0.35 | 12.45 | **73%** | 0.00 | 12.45 | **73%** |
| CMF | 14.50 | 4.00 | 18.50 | 6.00 | 5.87 | 3.00 | 0.00 | 14.87 | **80%** | 1.00 | 15.87 | **86%** |
| CMF PIP | 32.00 | 0.00 | 32.00 | 7.00 | 12.13 | 1.00 | 0.00 | 20.13 | **63%** | 0.00 | 20.13 | **63%** |
| COR | 5.00 | 5.00 | 10.00 | 2.50 | 3.89 | 5.70 | 0.00 | 12.09 | **121%** | 0.00 | 12.09 | **121%** |
| CRC | 3.50 | 0.00 | 3.50 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | **200%** | 0.00 | 7.00 | **200%** |
| CTF | 3.50 | 2.00 | 5.50 | 2.00 | 1.04 | 1.03 | 0.00 | 4.07 | **74%** | 1.04 | 5.11 | **93%** |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | **50%** | 0.00 | 0.50 | **50%** |
| DVI | 1.50 | 0.00 | 1.50 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | **133%** | 0.00 | 2.00 | **133%** |
| FSP | 2.50 | 0.00 | 2.50 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | **120%** | 0.00 | 3.00 | **120%** |
| HDSP | 0.50 | 6.00 | 6.50 | 0.00 | 0.00 | 4.17 | 1.15 | 5.32 | **82%** | 0.00 | 5.32 | **82%** |
| ISP | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | **50%** | 0.00 | 0.50 | **50%** |
| KVSP | 4.00 | 5.00 | 9.00 | 1.00 | 0.00 | 6.02 | 0.61 | 7.63 | **85%** | 2.00 | 9.63 | **107%** |
| LAC | 11.00 | 0.00 | 11.00 | 6.00 | 3.85 | 1.00 | 0.00 | 10.85 | **99%** | 0.96 | 11.81 | **107%** |
| MCSP | 7.50 | 8.00 | 15.50 | 4.75 | 2.83 | 5.43 | 1.79 | 14.80 | **95%** | 0.00 | 14.80 | **95%** |
| NKSP | 6.50 | 1.00 | 7.50 | 0.00 | 4.21 | 2.00 | 0.00 | 6.21 | **83%** | 3.10 | 9.31 | **124%** |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.20 | 0.00 | 2.20 | **73%** | 0.00 | 2.20 | **73%** |
| PVSP | 1.50 | 2.00 | 3.50 | 1.00 | 0.86 | 1.00 | 0.00 | 2.86 | **82%** | 0.00 | 2.86 | **82%** |
| RJD | 14.00 | 3.00 | 17.00 | 8.75 | 4.72 | 2.17 | 0.00 | 15.64 | **92%** | 0.00 | 15.64 | **92%** |
| SAC | 18.50 | 1.00 | 19.50 | 15.75 | 3.25 | 0.17 | 0.00 | 19.17 | **98%** | 0.00 | 19.17 | **98%** |
| SATF | 6.50 | 9.00 | 15.50 | 1.00 | 2.27 | 8.05 | 0.98 | 12.30 | **79%** | 4.68 | 16.98 | **110%** |
| SCC | 1.50 | 1.00 | 2.50 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | **40%** | 0.00 | 1.00 | **40%** |
| SOL | 4.00 | 0.00 | 4.00 | 4.00 | 1.21 | 0.16 | 0.00 | 5.37 | **134%** | 0.00 | 5.37 | **134%** |
| SQ | 10.50 | 0.00 | 10.50 | 11.00 | 0.57 | 0.00 | 0.00 | 11.57 | **110%** | 0.00 | 11.57 | **110%** |
| SVSP | 3.00 | 7.00 | 10.00 | 0.00 | 3.71 | 6.00 | 1.27 | 10.98 | **110%** | 0.00 | 10.98 | **110%** |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 1.00 | 7.99 | 0.16 | 0.00 | 9.15 | **92%** | 0.00 | 9.15 | **92%** |
| VSP | 0.50 | 7.00 | 7.50 | 0.00 | 0.53 | 7.20 | 0.00 | 7.73 | **103%** | 0.00 | 7.73 | **103%** |
| WSP | 5.00 | 3.00 | 8.00 | 3.00 | 1.19 | 3.20 | 0.69 | 8.08 | **101%** | 0.00 | 8.08 | **101%** |
| **TOTAL** | **262.00** | **93.00** | **355.00** | **131.75** | **95.83** | **75.48** | **7.49** | **310.55** | **87%** | **15.78** | **326.33** | **92%** |

**Footnote**

1 Source: MH Memo January 2021 Statewide Mental Health Position Allocated

2 Source: April 5, 2021 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT_PNP Temp Relief Details (March 2021)

4 Source: March 2021 Telepsychiatry Provider List