Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Lucas Hennes, State Bar No. 278361
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7323
 Fax: (916) 324-5205
 E-mail: Lucas.Hennes@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

Roman M. Silberfeld, State Bar No. 62783
Glenn A. Danas, State Bar No. 270317
Robins Kaplan LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPORT ON LESSONS LEARNED DURING COVID-19** |

On March 29, 2021, after discussion during the March 25, 2021 status conference, the Court ordered Defendants to file "a report on lessons learned from management of mental health care during the COVID-19 pandemic, including the use of telehealth, decreased movement and continuity of care[.]" (ECF No. 7112.) The deadline for filing this report is currently May 13, 2021. (*Id.*)

1

Since that order, Defendants have worked diligently to draft a comprehensive and accessible report setting forth the requested information, engaging dozens of staff who are in the process of gathering, analyzing, and cogently presenting over a year's worth of data and observations. With the deadline rapidly approaching, however, it has proven to be that the report is taking longer than anticipated, and Defendants believe that all parties would benefit from additional revision and refinement of the presentation of this report. On this basis, Defendants request an additional thirty days to complete the report as ordered by the Court.

DATED: May 7, 2021

ROB BONTA
Attorney General
Damon McClain
Supervising Deputy Attorney General

By: */s/ Lucas L. Hennes*
Lucas L. Hennes
Deputy Attorney General

Attorneys for Defendants

DATED: May 7, 2021

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants