ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPORT ON LESSONS LEARNED DURING COVID-19 AND PLAINTIFFS' RESPONSE TO REPORT**<br><br>Judge: The Hon. Kimberly J. Mueller |

On March 29, 2021, after discussion during the March 25, 2021 status conference, the Court ordered Defendants to file "a report on lessons learned from management of mental health care during the COVID-19 pandemic, including the use of telehealth, decreased movement and continuity of care[.]" (ECF No. 7112.) The deadline for filing this report is currently May 13, 2021. (*Id.*) The March 29 order provided Plaintiffs an opportunity to file a response to the report within two weeks. (*Id.*)

[3653490.1]　　　　　　　　　　　　　　　　　　1

Although Defendants have worked diligently to draft a comprehensive and accessible report setting forth the requested information, the report is taking longer than anticipated, and Defendants believe that all parties would benefit from additional revision and refinement of the presentation of this report. On May 7, 2021, Defendants submitted a request to the Court for an additional thirty days to complete the report as ordered by the Court. (ECF No. 7153.) The Court denied the request without prejudice to its renewal by stipulation of counsel or with an explanation why such stipulation could not be obtained. (ECF No. 7154.)

Defendants have met and conferred with Plaintiffs concerning the need for additional time to complete the report on lessons learned. Plaintiffs agree to Defendants' request for an extension of the May 13 deadline provided their deadline to respond is extended from two weeks to thirty-five days from the date Defendants file the report.

**IT IS STIPULATED AS FOLLOWS:**

The parties stipulate and request that the deadlines set forth in the March 29, 2021 order relative to Defendants' report on lessons learned be extended as follows:

1. On or before June 14, 2021, Defendants shall file a report on lessons learned from management of mental health care during the COVID-19 pandemic, including the use of telehealth, decreased movement and continuity of care, as described by Dr. Bick at the March 29 Status Conference; and

2. Plaintiffs' response to the report on lessons learned shall be filed within thirty-five days after Defendants' report is filed.

The Special master has reviewed this stipulation and has no objection to the parties' requests for additional time.

| | | |
|---|---|---|
| 1 | Dated: May 11, 2021 | ROB BONTA |
| 2 | | Attorney General of California |
| | | DAMON MCCLAIN |
| 3 | | Supervising Deputy Attorney General |

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

Dated: May 11, 2021                ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Lisa Ells*
Lisa Ells
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____        _____
                                                        KIMBERLY J. MUELLER
                                                        UNITED STATES DISTRICT COURT

[3653490.1]

3

Stip. and [Prop.] Order Extend Time to File Report on Lessons Learned and Response  (2:90-cv-00520 KJM-DB (PC))