| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>LUCAS HENNES, State Bar No. 278361<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>DAVID C. CASARRUBIAS, State Bar No. 321994<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                            Plaintiffs,<br>v.<br>**GAVIN NEWSOM, et al.,**<br>                            Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE REPORT ON LESSONS LEARNED DURING COVID-19 AND PLAINTIFFS' RESPONSE TO REPORT**<br><br>Judge: The Hon. Kimberly J. Mueller |

On March 29, 2021, after discussion during the March 25, 2021 status conference, the Court ordered Defendants to file "a report on lessons learned from management of mental health care during the COVID-19 pandemic, including the use of telehealth, decreased movement and continuity of care[.]" (ECF No. 7112.) The deadline for filing this report is currently May 13, 2021. (*Id.*) The March 29 order provided Plaintiffs an opportunity to file a response to the report within two weeks. (*Id.*)

| | |
|---|---|
| 1 | Although Defendants have worked diligently to draft a comprehensive and accessible report |
| 2 | setting forth the requested information, the report is taking longer than anticipated, and |
| 3 | Defendants believe that all parties would benefit from additional revision and refinement of the |
| 4 | presentation of this report. On May 7, 2021, Defendants submitted a request to the Court for an |
| 5 | additional thirty days to complete the report as ordered by the Court. (ECF No. 7153.) The Court |
| 6 | denied the request without prejudice to its renewal by stipulation of counsel or with an |
| 7 | explanation why such stipulation could not be obtained. (ECF No. 7154.) |

Defendants have met and conferred with Plaintiffs concerning the need for additional time to complete the report on lessons learned. Plaintiffs agree to Defendants' request for an extension of the May 13 deadline provided their deadline to respond is extended from two weeks to thirty-five days from the date Defendants file the report.

**IT IS STIPULATED AS FOLLOWS:**

The parties stipulate and request that the deadlines set forth in the March 29, 2021 order relative to Defendants' report on lessons learned be extended as follows:

1. On or before June 14, 2021, Defendants shall file a report on lessons learned from management of mental health care during the COVID-19 pandemic, including the use of telehealth, decreased movement and continuity of care, as described by Dr. Bick at the March 29 Status Conference; and

2. Plaintiffs' response to the report on lessons learned shall be filed within thirty-five days after Defendants' report is filed.

The Special master has reviewed this stipulation and has no objection to the parties' requests for additional time.

| | |
|---|---|
| Dated: May 11, 2021 | ROB BONTA<br>Attorney General of California<br>DAMON MCCLAIN<br>Supervising Deputy Attorney General<br><br>*/s/ Elise Owens Thorn*<br>ELISE OWENS THORN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: May 11, 2021 | ROSEN BIEN GALVAN & GRUNFELD LLP<br><br>*/s/ Lisa Ells*<br>Lisa Ells<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

Dated: May 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE