1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   LUCAS HENNES, State Bar No. 278361
5  NAMRATA KOTWANI, State Bar No. 308741
   Deputy Attorneys General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 210-7318
8    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
9  *Attorneys for Defendants*

   HANSON BRIDGETT LLP
   PAUL B. MELLO, State Bar No. 179755
   SAMANTHA D. WOLFF, State Bar No. 240280
   LAUREL E. O'CONNOR, State Bar No. 305478
   DAVID C. CASARRUBIAS, State Bar No. 321994
     1676 N. California Boulevard, Suite 620
     Walnut Creek, CA 94596
     Telephone: (925) 746-8460
     Fax: (925) 746-8490
     E-mail: PMello@hansonbridgett.com
   *Attorneys for Defendants*

   ROMAN M. SILBERFELD, State Bar No. 62783
   GLENN A. DANAS, State Bar No. 270317
   ROBINS KAPLAN LLP
     2049 Century Park East, Suite 3400
     Los Angeles, CA 90067-3208
     Telephone: (310) 552-0130
     Fax: (310) 229-5800
     E-mail: RSilberfeld@RobinsKaplan.com
   *Special Counsel for Defendants*

12                 IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14                        SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' UPDATED ACTIVATION SCHEDULES FOR COMPLETION OF COURT-ORDERED SUICIDE PREVENTION RECOMMENDATIONS** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

On December 3, 2020, the Court adopted the Special Master's report on his expert's fourth

re-audit of suicide prevention practices (ECF No. 6879), finding Defendants in compliance with

the implementation of the expert's recommendations 2, 4, 5, 11, 19, 22, 23, 24, 25, 27, 30, and

parts of 32, and ordering Defendants to complete the implementation of the expert's

recommendations 1, 3, 6, 7, 8, 9, 10, 12, 13, 17, 18, 20, 21, 26, 28, 29, 31 and the remaining parts

of 32. (ECF No. 6873 at 3 and 12.) On December 24, 2020, the Court ordered Defendants to

                                        1

1  complete and file proposed activation schedules for recommendations 12, 13, 17, and 21 by

2  January 15, 2021, and to file proposed activation schedules for each additional outstanding

3  recommendation by January 25, 2021.  (ECF No. 7004.)  On January 15, 2021, Defendants filed

4  activation schedules for the completion of the Special Master's suicide-prevention expert's

5  recommendations.  (ECF No. 7024.)

6      On May 4, 2021, the Court ordered Defendants to file an updated implementation schedule

7  for all outstanding suicide prevention recommendations by no later than May 12, 2021.  (ECF No.

8  7150.)  Attached is a letter from the California Department of Corrections and Rehabilitation

9  (CDCR) enclosing the updated activation schedules for all suicide-prevention recommendations

10  remaining to be fully implemented as required under the May 4 order.

11                                              **CERTIFICATION**

12      Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

13  ECF Nos. 6873, 7004, and 7150.

14  Dated: May 12, 2021                                   Respectfully submitted,

15                                                          ROB BONTA
                                                            Attorney General of California
16                                                          DAMON MCCLAIN
                                                            Supervising Deputy Attorney General
17

18                                                          /s/ ***Elise Owens Thorn***
                                                            Elise Owens Thorn
19                                                          Deputy Attorney General
                                                            *Attorneys for Defendants*
20

21  Dated: May 12, 2021                             HANSON BRIDGETT LLP

22

23

24                                               By:  */s/ Samantha Wolff*
                                                      PAUL B. MELLO
25                                                    SAMANTHA D. WOLFF
                                                      LAUREL E. O'CONNOR
26                                                    DAVID C. CASARRUBIAS
                                                      Attorneys for Defendants
27

28

Defs.' Updated Activation Schedules for Suicide Prevention Recommendations  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



May 12, 2021

Elise Thorn, Esq.
Office of the Attorney General
Department of Justice, State of California
1300 I Street
Sacramento, CA 95814

VIA EMAIL

Dear Elise,

The Coleman court's May 4, 2021 minute order requires Defendants to file an update to its implementation schedule for the Special Master's suicide prevention expert's outstanding recommendations. (ECF No. 7150.) Attached, please find a revised implementation schedule for all outstanding recommendations. In accordance with the minute order, the implementation schedule includes updates to the Actual Completion column as well as updates to the Planned Completion, Estimated Start Date, and Status columns.


Sincerely,

*/s/ Nick Weber*

Nick Weber
Attorney
CDCR
Office of Legal Affairs

CDCR's Implementation Plan for Outstanding Hayes Recommendations

| Recommendation | Estimated Start Date[1] | Planned Complete | Actual Complete | Lead Person | Status |
|---|---|---|---|---|---|
| Recommendation 12: ASU Intake Cells[2] | | | | D. Borg | |
| Phase one of Design | 10/2/2020 | 4/30/2021 | 4/18/2021 | D. Borg | **Complete.** This phase will focus on the design of 51 new intake cells (CAL [4], KVSP [2], PVSP [4], SOL [3], CCI [8], CCWF [8], HDSP [10], COR [12]) |
| Phase two of design | 10/2/2020 | 6/30/2021 | | D. Borg | This phase will focus on the design of 14 new intake cells (CHCF [1], CMF [3], ISP [2], SATF [1], SCC [3], SVSP [4]) |
| Construction | 5/1/2021 | 3/30/2022 | | D. Borg | Construction for the new intake cells will begin in May 2021 and the cells will come on line as they are completed throughout 2021 and 2022 with all cells being completed by March 30, 2022. |
| Recommendation 13: ASU Intake Cells | 12/28/2020 | 9/1/2021 | | L. White | |
| Manual Tracking of Intake Cell Usage | 1/11/2021 | 3/12/2021 | 2/17/2021 | L. White | **May 2021: As of February 17, 2021, DAI has subsequently released an updated directive requiring the use of our manual intake cell tracking with the use of existing SharePoint software. Staff have been trained in the use of data entry into the system, as well as have been provided tools in extracting the data to ensure institutional compliance. Within this directive, DAI has incorporated monitoring requirements that are now being utilized during the monthly SPRFIT committee.** Within 30 days, DAI Directorate will issue a directive memorandum to the institutions re-enforcing its existing policy of housing only newly admitted inmates in retrofitted cells, and ensure they are only housed there for the initial 72 hours. Institutions will have 30 days to train all custodial managers, custodial supervisors and custodial officers assigned to ASU and STRH on the policy. Institutional Associate Warden of Healthcare, or designee, will assign local supervisory oversight to monitor the policy. Monthly compliance reports will be submitted to the local SPRFIT committee. A CAP will be assigned for any institutions that are deficient. DAI Headquarters will conduct audits and meet with Wardens to review compliance. |
| Development of Automated Tracking of Intake Cell Usage | 12/28/2020 | 9/1/2021 | | L. White | **May 2021: SOMS has begun developing the automated system, and is currently undergoing a number of tests during this phase. SOMS has indicated they are on track with a potential completion slated for September 2021.** DAI will be coordinating with EIS to develop an automated tracking system for intake cell usage. This process will involve approvals through various committees, a build for the actual report in SOMS, negotiation with the parties, labor notification, and training. |
| Governance of Compliance with Intake Cell Usage | 9/1/2021 | | Ongoing | L. White | **May 2021: This is ongoing as staff are currently utilizing the manual SharePoint tracking to ensure compliance. Upon completion of the SOMS automated system, staff will be provided with further direction on how to ensure compliance with this new system.** Pending development of the automated tracking process; compliance with policy expectations will be reported monthly to institutional SPRFIT Committee. |
| Recommendation 17: Safety Planning | 8/15/2020 | 5/31/2021 | | T. Williams | |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2]A more detailed construction schedule is included at the end of this document

| | | | | | |
|---|---|---|---|---|---|
| Safety Planning Documentation | 8/15/2020 | 6/30/2021 ~~2/1/2021~~ | | T. Williams A. Carda | **May 2021: draft safety plan template has been completed. The form and accompanying policy and procedure have all been developed over the course of numerous meetings spanning 6+ weeks.  The clinical nuances of the safety plan became more complex as CDCR contemplated the best ways to structure safety planning and this complexity resulted in the need for additional time to complete. Upon approval of concepts from OSM, it will be submitted to the EHRS build team for prioritization and development.** Initial proposal has been developed and OSM has consulted on factors to consider for the revised safety plan model. Work is ongoing to refine the model.  Additional modifications will be made based upon procedural decisions regarding when safety plans must be created for patients at risk for suicide. |
| Policy and Procedure Development | 12/21/2020 | 7/31/2021 ~~3/31/2021~~ | | T. Williams A. Carda | **May 2021: Significant modifications have been made based upon feedback from OSM.  The form and accompanying policy and procedure have all been developed over the course of numerous meetings spanning 6+ weeks.  The clinical nuances of the safety plan became more complex as CDCR contemplated the best ways to structure safety planning and this complexity resulted in the need for additional time to complete. Meeting is scheduled for May 13th to review these modifications with OSM ahead of moving policy language forward for internal routing.** Policy and procedure language is under development to outline requirements for when safety plans are required and the expectations associated with the safety plans |
| EHRS Build | 2/1/2021 | 7/31/2021 ~~3/31/2021~~ | | T. Williams A. Carda | Pending finalization of the safety plan proposal. |
| Field Notification and Training | 4/15/2021 | 8/31/2021 ~~5/31/2021~~ | | T. Williams A. Carda | Pending finalization of the proposal, EHRS build, and finalization of policy language. |
| Compliance with Training Requirements | 1/1/2020 | | Ongoing | T. Williams | Compliance with required trainings is reviewed monthly in the statewide SPRFIT Committee and any institution below 90% is required to submit a corrective action plan for reaching sustained compliance. |
| **Recommendation 10:** SRASHEs and Referrals | 1/1/2020 | 2/28/2021 | | T. Williams | **Complete** |
| Modifications to EHRS | 12/14/2020 | 1/19/2021 | 2/2/2021 | D. Minter | **Complete.** Pending final review and move to production |
| Auditing of Emergent Referrals with SRASHEs | 1/6/2021 | | Ongoing | T. Williams | **May 2021: Suicide Prevention Coordinators for each region have been completing these audits on a weekly basis and providing audit results and any associated corrective action for deficiencies to the monthly statewide SPRFIT Committee.**  Regional SPRFIT Coordinators to begin manual auditing |
| Governance of statewide compliance | 2/15/2021 | | Ongoing | T. Williams | **May 2021: Suicide Prevention Coordinators for each region have been completing these audits on a weekly basis and providing audit results and any associated corrective action for deficiencies to the monthly statewide SPRFIT Committee.** Pending Regional SPRFIT Coordinators completion of monthly audits. |
| **Recommendation 21:** Observation Levels | | | | M. Flores | |
| Suicide Precaution Rounding Auditing | 12/1/2020 | | Ongoing | M. Flores | **May 2021: coordination with the regional CNEs, RHCEs, and Institutional CNEs continues. Headquarters audits also continue to occur on a monthly basis.** Institutional CNE, or designee, will assign supervisory oversight to monitor adherence to SP observation as ordered by a provider. Headquarters will conduct audits and meet with Regional CNEs and HCEs to review compliance. |
| Automation of Timely Suicide Precaution Rounding Compliance | 12/11/2020 | 8/31/2021 ~~3/31/2021~~ | | M. Flores S. Puente | **May 2021: the 4 pilot institutions in the SPRFIT Reboot are undergoing end user testing of this dashboard metric in preparation for a targeted summer 2021 release. The test phase of the overall project concludes in August, and this will allow for the test institutions to use this metric over the course of several months during the end user testing phase to ensure there are no issues with the metric itself before it becomes available to the entire state.** Design and development of the SPRFIT dashboard is underway ~~and is scheduled to be completed by 3/31/2021~~ |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2]A more detailed construction schedule is included at the end of this document

CDCR's Implementation Plan for Outstanding Hayes Recommendations

| | | | | | |
|---|---|---|---|---|---|
| **Recommendation 1:**<br>**Pre-Service Training** | 1/1/2020 | 12/30/2020 | | A. Carda | |
| Curriculum development | 1/27/2020 | 6/1/2020 | 8/27/2020 | A. Carda | Complete |
| Curriculum approval | 8/27/2020 | 10/1/2020 | 12/28/2020 | OTPD | Complete |
| Dissemination of curriculum | 10/1/2020 | 10/1/2020 | 12/30/2020 | OTPD | Complete |
| Delivery of curriculum to cadets | 1/1/2021 | 2/28/2021 | 2/25/2021 | A. Carda | **Complete.** Pending delivery to the cadets at the Academy |
| OSM Observation | 2/28/2021 | 6/30/2021 <s>4/1/2021</s> | | A. Carda | **May 2021: We had originally provided some earlier dates for Mr. Hayes to observe the training virtually, but when the schedule for OSM rounding of institutions was being discussed, he expressed a desire to observe the training in person, during his rounding. We are currently coordinating with Mr. Hayes on the best time for him to observe the training while he is onsite conducting his rounding this summer. Other members of the OSM are scheduled to observe the course on June 10, 2021.** Pending observation by Mr. Hayes of the training |
| **Recommendation 3:**<br>**Annual IST Training** | 1/1/2020 | Ongoing | | T. Williams | |
| Standardized scheduling of non-custody staff for training | 12/30/2020 | 2/28/2021 | 2/19/2021 | J. Hernandez<br>T. Williams | **Complete.** Coordinating CCHCS SDU and CDCR OTPD for scheduling options through local IST offices. |
| Institutional reporting of monthly compliance | 2/2/2018 | | Ongoing | Local SPRFIT-Cs | Complete; the 2/2/2018 memo titled, "Enhancements to the Suicide Prevention and Response Focused Improvement Teams" required monthly reporting of compliance during the institutional SPRFIT Committees |
| Statewide oversight during statewide SPRFIT Committee | 3/1/2021 | | Ongoing | T. Williams | **May 2021: we are refining the report for use in the statewide SPRFIT Committees. However, the statewide SPRFIT Committee reviews overall training compliance and the Suicide Prevention Coordinators in each region work with institutions to develop corrective action for deficient institutions. Clarification memo regarding Registry staff attending this required training was distributed to the field. Statewide SPRFIT Committee members receive quarterly compliance rates for each institution from the staff development unit for CCHCS.** Pending development of a reporting template that captures compliance based on formula of scheduled vs. attended |
| Approval from OSM to use LMS OJT model for custody staff for FY 2021-2022 | 1/11/2021 | 6/30/2021 <s>3/30/2021</s> | | T. Williams<br>A. Carda<br>D. Lorey | **May 2021: The development of this LMS solution was the result of contract negotiations related to the impacts of COVID on the agency.  We are in thefinal stages of completing the voice over of the training module. Upon finalization, a meeting will be scheduled to present this to OSM for approval.** Initial stages of developing OJT model to present to OSM. |
| **Recommendations 6-8:**<br>**R&R** | 6/15/2020 | 5/31/2021 | | T. Williams | |
| CCI Modifications | 12/3/2020 | 5/31/2021 | | CCI Leadership | May 2021: CCI has indicated that an interim solution has been identified for patients to be screened in confidential settings for these initial contacts until a permanent physical plant modification can be finalized. The Suicide Prevention Coordinator for Region 3 continues to work closely with the institution on this project and will observe the interim locations during regularly scheduled site visits. Proposal to convert an unused area in R&R to nursing station is being presented at the institutional space committee in either January or February for approval.  Fire marshal approval is pending; modifications to the space will occur once approval from fire marshal is obtained. |
| Observation of PVSP | 1/6/2021 | 3/31/2021 | 3/17/2021 | S. Mintz | **Complete. During the Q1 tour of PVSP, the Suicide Prevention Coordinator for Region 3 confirmed that modifications to the physical plant in R&R have been made and the screenings are now being conducted in a confidential setting.** Modifications at PVSP have been completed; observation to be scheduled during QI of 2021 |
| Observation of CMF | 1/6/2021 | 3/31/2021 | 4/21/2021 | T. Williams | **May 2021: The Suicide Prevention Coordinator for Region 1 conducted a site visit on 4/21/2021. However, no inmates were received that day so the R&R process was unable to be observed.  Another site visit will occur during Q2 and attempts will be made to observe R&R at this time.** Training was completed at CMF regarding appropriate screening procedures in R&R; observation to be scheduled during Q1 of 2021 |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2]A more detailed construction schedule is included at the end of this document

CDCR's Implementation Plan for Outstanding Hayes Recommendations

| Task | Start | Due | Completed | Responsible | Status |
|---|---|---|---|---|---|
| Observation of CMC | 1/6/2021 | 6/30/2021 3/31/2021 | | T. Williams | **May 2021: Recruitment of the R2 Suicide Prevention Coordinator has taken longer than expected. In order to ensure observation of the R&R process at CMC occurs in Q2 of 2021, we will be redirecting one of the other Regional Suicide Prevention Coordinators to tour CMC.** Training was completed and routine audits are conducted locally at CMC; observation to be scheduled during Q1 of 2021 |
| Observation of SQ | 1/6/2021 | 7/31/2021 3/31/2021 | | T. Williams | **May 2021: The Suicide Prevention Coordinator for Region 1 was not hired until April 2021, so the first quarter rounding was unable to be completed. However, this Specialist will begin rounding in Q2 and this item will be addressed.** Training was completed at SQ about confidentiality during nurse screenings; observation to be scheduled during Q1 of 2021 |
| **Recommendation 9:** SRE Mentoring | 1/5/2021 | 6/30/2021 | | A. Carda | |
| Development of policy and procedures for SRE Mentoring | 1/5/2021 | 6/30/2021 3/31/2021 | | A. Carda | **May 2021: In order to ensure the operationalization of this at the institutional level, interally, the suicide prevention unit determined it would be most prudent to have select SPRFIT Coordinators and Chiefs of Mental Health to review and provide feedback on these documents. Draft language is completed and is currently with those individuals in the field for feedback with a deadline of May 17, 2021.** Initial stages of developing language for Policy and Procedure. This will also involve coordination and consultation with the OSM. |
| Enhancements to the auditing tool (Quality of Care tool) | 2/15/2021 | 6/30/2021 4/30/2021 | | A. Carda | **May 2021: In order to ensure the operationalization of this at the institutional level, interally, the suicide prevention unit determined it would be most prudent to have select SPRFIT Coordinators and Chiefs of Mental Health to review and provide feedback on these documents. Draft language is completed and is currently with those individuals in the field for feedback with a deadline of May 17, 2021.** Pending draft language of policy and procedure to ensure all aspects of these are covered in the auditing tool. This will also involve coordination and consultation with the OSM. |
| Training delivery for mentors | 5/1/2021 | 7/31/2021 6/30/2021 | | A. Carda | Pending finalization of policy and procedures and modifications of the auditing tool. |
| **Recommendation 18:** Safety/Treatment Planning for Suicide Risk Assessment | 1/1/2020 | Ongoing | | T. Williams | |
| Institutional Scheduling of Clinicians | 1/4/2021 | 3/1/2021 | 2/19/2021 | J. Hernandez OTPD | **Complete.** CCHCS Staff Development Unit and OTPD will collaborate to determine ways to standardize scheduling of staff for annual IST Suicide Prevention training to aid in better tracking of compliance. |
| Institutional Monitoring of Compliance | 2/2/2018 | | Ongoing | Local SPRFIT-Cs | Institutions are required to monitor compliance with staff attendance of IST Suicide Prevention training through the monthly SPRFIT Committee |
| Statewide Governance of Compliance | 3/1/2021 | | Ongoing | T. Williams | Pending results of standardized scheduling, statewide SPRFIT Committee will assume the responsibility of monitoring compliance for IST Suicide Prevention training. |
| **Recommendation 20:** Psychiatric Technician Rounds | 11/1/2020 | Ongoing | | M. Flores | |
| Completion of Psych Tech Fidelity Checks | 11/1/2020 | | Ongoing | Institutional CNEs | Nursing Supervisors complete quarterly audits of the PT rounds in restricted housing units to ensure daily rounds were completed consistent with policy and the fidelity of the rounds. |
| Institutional Monitoring of Compliance | 4/1/2021 | | Ongoing | Institutional CNEs | Starting April 2021, the audit will be sent to SPRFIT Coordinator by the 5th of the month to monitor compliance in the institutional SPRFIT Committee. |
| Statewide Governance of Compliance | 7/1/2021 4/1/2021 | | Ongoing | Regional CNEs | **May 2021: Regional CNEs will present results of fidelity checks for Quarter 1 and 2 to the statewide SPRFIT Committee.** This audit and summary is sent to HQ on a quarterly basis to be reported in the statewide SPRFIT Committee |
| **Recommendation 26:** Alternative Housing | 6/15/2020 | | | T. Williams | **Complete** |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2]A more detailed construction schedule is included at the end of this document

| | | | | | |
|---|---|---|---|---|---|
| CIW/CCWF Transfer Timeframes | 6/17/2018 | | 12/31/2018 | D. Chaney | Establishment of the Walker Unit at CIW significantly improved transfer timelines for female MHCB needs. This activation occurred after Mr. Hayes' tour at the female institutions, and thus, requires an additional review of the results of this effort during his next monitoring tour. |
| CHCF Provisioning of Beds | 2/15/2020 | | Ongoing | Y. Rao | During his previous round, Mr. Hayes found that the patients in alternative housing at CHCF were not provided stack-a-bunk beds consistently. Since his round, CHCF has established a process to ensure all staff are aware of where to obtain the stack-a-bunks when needed and a regular audit of patients in alternative housing is conducted to ensure compliance.  Mr. Hayes will need to review the results of this effort during his next monitoring tour. |
| **Recommendation 28-29**<br>**Custody Discharge Checks** | 1/6/2020 | 5/31/2021 | | T. Williams<br>D. Lorey | |
| Modifications to the 7497 Form | 1/6/2020 | 6/30/2021<br>~~2/15/2021~~ | | T. Williams<br>D. Lorey | **May 2021: Updated form is in the final phases of routing through the approval committees for release to the field. It is anticipated to be released in May or June 2021.** Modifications have been made to the form, in coordination with OSM.  The completed form is being prepared to route through the various committees for approval. |
| Institutional Audit Tool | 1/6/2020 | 6/30/2021<br>~~5/1/2021~~ | | T. Williams<br>D. Lorey | **May 2021: All required union notifications have been made and the tool is ready for release to the field when the updated 7497 form is released.** The Audit tool and guidebook have been completed, in coordination with the OSM. Labor notifications are being made currently and require 75 days. |
| Reporting Structure Development | 6/30/2021<br>~~5/1/2021~~ | | Ongoing | T. Williams<br>S. Mintz<br>N. Hudspeth | Pending release of new form and audit tool and guidebook. Once those are complete, the regional SPRFIT Coordinators will begin coordinating with the institutions and will report results of the audits and any associated Corrective Action Plans to the statewide SPRFIT Committee. |
| **Recommendation 31:**<br>**Local SPRFIT Committee** | 2/1/2020 | 12/31/2021 | | T. Williams<br>A. Lambert | |
| SPRFIT Reboot with CCHCS QM | 2/14/2020 | 12/31/2021 | | A. Lambert | This interdisciplinary team has developed standardized metrics, an automated report for the SPRFIT Committees at the institution, and has begun piloting the training to the field.  Continued work on the finalization of the SPRFIT dashboard is underway. By the end of March 2021, all initial SPRFIT materials will be completed for test phase, including first version of the automated SPRFIT Report. April 2021-July 2021 the new process will be rolled out to four test institutions to validate data, make refinements to the automated reports and SPRFIT materials, and evaluate new SPRFIT process for efficiency/effectiveness.  August 2021 the workgroup and MH leaders will consider results from the test phase and determine appropriate changes/reports to be rolled out statewide. December 2021 the full program will be implemented statewide. |
| Bad News Notification Process | 7/16/2020 | 5/31/2021 | 4/28/2021 | T. Williams | **Complete.** Draft template LOP has been completed. Finalization of the language needs to be done and should be accomplished by the end of January. Labor notice, requiring 75 days will be made upon completion of the language. Release to the field with 30 days to implement will follow. |
| Suicide Risk Management Program | 2/6/2018 | 5/31/2021 | | R. Dhesi | **May 2021: Policy and procedure have been reviewed internally  and have been submitted to the Office of the Special Master and Plaintiffs for their review on May 12, 2021. The EHRS modifications have been completed. Training is in development to be delivered to the field upon signature of the policy and procedure.** The policy and procedure is being routed for internal review. It will then be submitted to stakeholders for review. Simultaneously, the EHRS modifications will be prioritized and made. Upon finalization of the policy and procedure, training will be developed and delivered to the field. |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2]A more detailed construction schedule is included at the end of this document

| | | | | | |
|---|---|---|---|---|---|
| Local Operating Procedure Review | 10/1/2020 | Ongoing 2/1/2021 | | T. Williams | **May 2021: As part of their regular process during site visits, the Suicide Prevention Coordinators in each region review the institutional LOPs to ensure compliance with statewide policies and memo directives. Any deviations from policy will be reflected in recommendations/Corrective Action for the institution to address.** Review of all institutional LOPs is being completed to ensure the LOPs have all of the requisite language regarding required members of the SPRFIT Committee and that they have incorporated all aspects of the 2018 memo, "Enhancements to the Suicide Prevention and Response Focused Improvement Teams". Any deficiencies will be routed to the institution for modification. |
| Recommendation 32: Reception Centers | 10/1/2020 | 1/31/2021 | | T. Williams | **Complete** |
| Expectations Memo for Reception Centers | 10/1/2020 | 1/11/2021 | 1/27/2021 | T. Williams | **Complete** |
| Sustainability | | 2/7/2021 | Ongoing | T. Williams N. Nikkel A. Cairns S. Neumann | Reception Center Chiefs of Mental Health shall ensure results of audits required in the expectations memo are presented in the monthly SPRFIT Committees and that any necessary corrective action is adequately addressed and completed. |
| Recommendation 32: MHCB Privileges | 6/15/2020 | | | T. Williams | |
| CCWF Renovations | 10/28/2019 | 9/30/2021 | | S. Neumann D. Borg | **May 2021: The design of the project has been approved by the State Fire Marshall, as of April 26, 2021. Construction is targeted to be completed by 9/30/2021.** FPCM has organized several conference calls including CCWF staff to review siting options for the walk alone yards adjacent to the Central Health Services Building. Siting considerations include providing secure fencing, appropriate distance from building and allowing the existing patio to be utilized by other inmate-patients. Concurrence on the scope occurred in December 2020; the resulting design schedule will target approval by the State Fire Marshal by June 1, 2021. A construction schedule will be developed at that time. |
| CSP-COR Renovations | 10/3/2019 | TBD | | S. Harris | **May 2021: The Suicide Prevention Coordinator assigned to Region 3 will observe this process during site visits to COR to ensure that patients are able to utilize these walk alone yards.** COR is currently utilizing ASU walk alone yards and escorts patients from the MHCB to this location. The construction of walk alone yards adjacent to the CTC remains in the initial phases. |
| WSP Renovations | 12/1/2018 | | 3/1/2019 | A. Cairns | Complete; a walk alone yard has been placed in the CTC yard to meet yard needs for ASU and max security patients in the CTC. |
| SOL MHCB Deficiencies | 8/1/2020 | 9/1/2020 | | B. Perlmutter | A workgroup convened to identify root causes of the identified problems in the MHCB related to 114As and out-of-cell time. |
| LAC MHCB Deficiencies | 7/1/2020 | | Ongoing | J. Walsh | **May 2021: The Suicide Prevention Coordinator assigned to Region 3 will continue to monitor the MHCB during regularly scheduled site visits to ensure patients are being given access to property and privileges and that documentation by the treatment team clearly reflects property access.** Training for clinicians in the MHCB related to issuance of property and privileges commenced in July 2020. The MHCB supervisor audits orders placed for patients to ensure they are appropriate and allow for property and privileges commensurate with the patient's clinical presentation. |
| SATF MHCB Deficiencies | 12/1/2019 | | 1/8/2020 | J. Choy | Complete; SATF established clarification language in their MHCB operating procedure outlining the requirements for phone call provisions for patients receiving treatment in the MHCB. |
| Recommendation 32: CQI | | | | T. Williams **A. Lambert** | |
| Refinement of CQI - Suicide Prevention Tool and Report Templates | 1/8/2021 | 2/28/2021 | 4/30/2021 | T. Williams **A. Lambert** | **May 2021: A manual self-assessment tool has been developed as an interim tool to be utilized until a more fully automated tool can be finalized.** CDCR continues to work to finalize the template of the CQI-Suicide Prevention tool. Work to complete the language to present to the OSM is underway and we will schedule consultation meetings with the OSM as we move closer to a complete draft. |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2]A more detailed construction schedule is included at the end of this document

CDCR's Implementation Plan for Outstanding Hayes Recommendations

| | | | | | |
|---|---|---|---|---|---|
| Train Institutional Staff | 2/28/2021 | 4/30/2021 | 5/6/2021 | T. Williams<br>**A. Lambert** | **May 2021: Training for the SPRFIT Reboot test institutions is being delivered in May 2021.** Upon completion of the draft, training will be scheduled with institutional staff to complete this report utilizing a guidebook, instructions, and template for completion. |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2]A more detailed construction schedule is included at the end of this document

CDCR's Implementation Plan for Outstanding Hayes Recommendations

| Lead Person Roster | | |
|---|---|---|
| **Name** | | |
| **Last** | **First** | **Agency** |
| Borg | Dean | CDCR/FPC&M |
| Carda | Amber | CDCR/DCHCS - Mental Health |
| Ceballos | Laura | CDCR/DCHCS - Mental Health |
| Flores | Marcie | CCHCS/Nursing Services |
| Lambert | Annette | CCHCS/Quality Management |
| Lorey | Dawn | CDCR/DAI |
| Mehta | Amar | CDCR/DCHCS - Mental Health |
| Williams | Travis | CDCR/DCHCS - Mental Health |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2]A more detailed construction schedule is included at the end of this document

| Acronym List | |
|---|---|
| **Term** | **Definition** |
| ASU | Administrative Segregation Unit |
| CAL | Calipatria State Prison |
| CCHCS | California Correctional Health Care Services |
| CCI | California Correctional Institution |
| CCWF | Central California Women's Facility |
| CDCR | California Department of Corrections |
| CHCF | California Health Care Facility |
| CIW | California Institution for Women |
| CMC | California Men's Colony |
| CMF | California Medical Facility |
| CNE | Chief Nurse Executive |
| COR | California State Prison - Corcoran |
| CQI | Continuous Quality Improvement |
| CTC | Correctional Treatment Center |
| DAI | Division of Adult Institutions |
| EHRS | Electronic Health Record System |
| EIS | Enterprise Information Systems |
| FPCM | Facility Planning, Construction and Management Division |
| HCE | Health Care Executive |
| HDSP | High Desert State Prison |
| HQ | Headquarters |
| ISP | Ironwood State Prison |
| IST | In-Service Training |
| KVSP | Kern Valley State Prison |
| LAC | California State Prison - Los Angeles County |
| LMS | Learning Management System |
| LOP | Local Operating Procedure |
| MHCB | Mental Health Crisis Bed |
| OJT | On-the-Job Training |
| OSM | Office of the Special Master |
| OTPD | Office of Training and Professional Development |
| PT | Psychiatric Technician |
| PVSP | Pleasant Valley State Prison |
| QM | Quality Management |
| R&R | Receiving & Release |
| SATF | Substance Abuse Treatment Facility |
| SCC | Sierra Conservation Camp |
| SDU | Staff Development Unit |
| SMY | Small Management yard |
| SOL | California State Prison - Solano |
| SPRFIT | Suicide Prevention and Response Focused Improvement Team |
| SPRFIT-C | Suicide Prevention and Response Focused Improvement Team - Coordinator |
| SQ | San Quentin |
| SRASHE | Suicide Risk and Self Harm Evaluation |
| SRE | Suicide Risk Evaluation |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2]A more detailed construction schedule is included at the end of this document

CDCR's Implementation Plan for Outstanding Hayes Recommendations

| | |
|---|---|
| SVSP | Salinas Valley State Prison |
| WSP | Wasco State Prison |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2]A more detailed construction schedule is included at the end of this document

CDCR's Implementation Plan for Outstanding Hayes Recommendations

**New Intake Cell Construction Schedules by Prison**

| Prison | Number of New Intake Cells | Projected Construction Start Date | Projected Construction Completion Date | Multiple Phases of Construction (Y/N)? |
|--------|---------------------------|-----------------------------------|----------------------------------------|----------------------------------------|
| CAL | 4 | 5/1/2021 | 11/1/2021 | N |
| KVSP | 2 | 5/1/2021 | 11/1/2021 | N |
| PVSP | 4 | 5/1/2021 | 11/1/2021 | N |
| SOL | 3 | 5/1/2021 | 11/1/2021 | N |
| | | | | |
| CHCF | 1 | 7/1/2021 | 1/1/2022 | N |
| CMF | 3 | 7/1/2021 | 1/1/2022 | N |
| ISP | 2 | 7/1/2021 | 1/1/2022 | N |
| SATF | 1 | 7/1/2021 | 1/1/2022 | N |
| SCC | 3 | 7/1/2021 | 1/1/2022 | N |
| | | | | |
| CCI | 8 | 5/1/2021 | 2/1/2022 | Y (2 Phases) |
| CCWF | 8 | 5/1/2021 | 2/1/2022 | Y (2 Phases) |
| HDSP | 10 | 5/1/2021 | 2/1/2022 | Y (2 Phases) |
| | | | | |
| SVSP | 4 | 7/1/2021 | 3/30/2022 | Y (2 Phases) |
| COR | 12 | 5/1/2021 | 3/30/2022 | Y (3 Phases) |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2]A more detailed construction schedule is included at the end of this document