**Sharen Barboza, Ph.D.**
**37 Norton Avenue**
**Clinton, NY 13323**
**sharen@sharenbarboza.com**

**REPORT ON SUICIDES COMPLETED IN THE**
**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**JANUARY 1, 2018 – DECEMBER 31, 2018**

## I.     Introduction and Summary of the Findings

This report is the *Coleman* Special Master's expert's review of the 34 deaths by suicide of inmates incarcerated within the California Department of Corrections and Rehabilitation (CDCR) in 2018. It is submitted as part of the Special Master's continuing review of the defendants' compliance with court-ordered remediation in the matter of *Coleman v. Newsom*, No. CIV S-90-0520 KJM KJN E.D. Cal.

This report is similar to other reports in that six other experts from the Special Master's team assisted in its preparation by reviewing records and reports related to the 34 suicides in 2018. All six of these experts are nationally recognized in the field of correctional mental health. They are Kahlil A. Johnson, M.D., Mary Perrien, Ph.D., Henry A. Dlugacz, J.D., MSW, Maria Masotta, Psy.D., James DeGroot, Ph.D., and Brian Main, Psy.D.[1]

The sources of information used for this report were individual Suicide Case Reviews (SCRs) completed by members of CDCR's Statewide Mental Health Program (SMHP) in collaboration with input and feedback from the Suicide Case Review Committee (SCRC); the reports on implementation of Quality Improvement Plans (QIPs) submitted by each institution and/or headquarters in response to the recommendations in each SCR; individual inmate healthcare records; coroners' reports; California Correctional Health Care Services (CCHCS) Final Combined Death Review Summaries; CDCR Initial Inmate Death Reports (Form 7229-A); CDCR Inmate Suicide reports (Form 7229-B); and CDCR Crime/Incident Reports (Form 837).

The findings can be summarized as follows:

- CDCR's suicide rate in 2018, 26.3 deaths per 100,000, was its highest in the past 20 years.

- The number of suicides in 2018 corresponds to a death every 10.7 days.[2] This represents a steady increase over the past five years. In 2017, the rate represented a death every 12.1 days, in 2016 a suicide every 13.5 days, in 2015 a suicide every 15.2 days, and in 2014 a suicide every 15.9 days.

- Hanging was the primary method used by those who died by suicide in 2018, representing 74 percent of the deaths.

---

[1] Each expert's curriculum vitae appears in Appendix C.

[2] This value is calculated by taking 365 days and dividing by the number of deaths by suicide in the year (i.e., 34).

- The percentage of deaths by overdose in 2018 (12 percent) was higher than in the previous two years.

- The highest number of deaths by suicide were seen in November and December in 2018. This is a change from patterns in previous years when the highest numbers of suicide were seen in the Spring and Fall.

- There was an increase in the percentage of inmates discovered in rigor mortis[3] in 2018 (29 percent) over the percentage in 2017 (13 percent). Four of the inmates found in rigor mortis were housed in restrictive housing and one was in condemned housing.

- Rates of death by suicide for male inmates increased from 22.3 deaths per 100,000 in 2017 to 26.7 deaths per 100,000 inmates in 2018.

- There was an increase in suicides among Hispanic/Latinx in 2018, a percentage that has been increasing since 2015.

- African American inmates died by suicide at a much lower percentage than would be expected given their overall percentage of the CDCR population.

- Those who died by suicide in 2018 were older, on average, than those who died by suicide in 2017. By age group, the majority of deaths by suicide were completed by those aged 25-34 (32 percent).

- Among those who died by suicide in 2018, the majority (85 percent) were not married at the time of death.

- Twelve percent of inmates who died by suicide in 2018 did not speak English as their primary language. This represents a decrease from 2017 when the rate was 20 percent.

- A majority (65 percent) of those who died by suicide in 2018 were diagnosed with a medical condition associated with a higher risk for suicide.

- High security inmates were overrepresented among those who died by suicide, at 74 percent, when compared to their overall percentage of the CDCR population, at 36.1 percent.

- Those incarcerated for violent crimes, including sexual offenses, comprised 94 percent of those who died by suicide in 2018. This group has consistently comprised the largest percentage of those who died by suicide over time.

- There was an increase in the percentage of inmates whose sentences included life in prison without the possibility of parole, including condemned inmates, (21 percent) among those who died by suicide in 2018. In 2017, none of those who died by suicide had sentences which included life, or death, in prison.

---

[3] Rigor mortis is "the state of postmortem stiffening." It "starts developing within 1 to 2 hours after death," "becomes apparent in the small muscle groups first" including "eyelids, lower jaw, face," "but on an average it may be said to commence 2-4 hours after death…" Kori (2018). Time since death from rigor mortis: Forensic perspective," *Journal of Forensic Sciences and Criminal Investigation,* 9 (5), 1-9.

- Inmates whose sentences included life with the possibility of parole comprised 44 percent of those who died by suicide in 2018. In 2017, the rate was 17 percent of the deaths by suicide.

- Just under one-third of inmates (30 percent) were residing in segregated housing at the time of their deaths by suicide in 2018. This is in keeping with findings from 2015, 2016, and 2017.

- In 2018, 50 percent of those who died by suicide were placed in housing to address the inmates' concerns for his/her own safety from other inmates while incarcerated.

- Of those who died by suicide in 2018, 92 percent were alone in their cells at the time of their suicidal acts. Seventy-four percent were assigned to single cells.

- One inmate died by suicide within 24 hours of being placed in an Administrative Segregation Unit (ASU) in 2018.

- Among inmates who died by suicide in 2018, 62 percent were not assigned to a job placement at the time of death.

- In 2018, 71 percent of those who died by suicide were receiving services within the Mental Health Services Delivery System (MHSDS).

- There was an increase in the percentage of inmates who died by suicide receiving services at the Correctional Clinical Case Management System (3CMS) level of care in 2018 (35 percent). The rate was 27 percent in 2017 and 26 percent in 2016.

- One inmate who died by suicide in 2018 was placed in the Developmental Disability Program while incarcerated.

- Substance use or abuse was present in the histories of 79 percent of the inmates who died by suicide in 2018, a decrease from 97 percent in 2017.

- Of the 34 inmates who died by suicide in 2018, 62 percent attempted suicide previously. This was a decrease from 2017, when the rate was 73 percent.

- Seventy-one percent of those who died by suicide in 2018 had histories positive for suicide attempts, non-suicidal self-injury or both. In 2017, this rate was 97 percent.

- In 2018, 9 percent of those who died by suicide were under a court order (PC 2602) for involuntary psychotropic medication, an increase from 2017 (3 percent).

- Nineteen (56 percent) of the 34 inmates who died by suicide had histories positive for trauma exposure in 2018. Of these inmates, 32 percent had evidence in their healthcare records of receiving a diagnosis and/or treatment related to trauma.

- Seventeen cases, or 61 percent, showed evidence of clinicians failing to identify or document known risk factors during suicide risk evaluations and 56 percent demonstrated inappropriate risk determinations derived from the identified risk factors.

3

- In 68 percent of the inmates who died by suicide in 2018 and had treatment plans developed during their incarceration, problems were noted within the developed plans.

- Of those who died by suicide in 2018 and received mental health services, 55 percent evidenced deficiencies related to the delivery of those services.

- In 2018, there was an improvement in the identification of problems related to higher level of care needs (18 percent) when compared to 2016 (67 percent) and 2017 (53 percent).

- Of the eleven inmates who died by suicide and had been in an inpatient setting during the previous 12 months in 2018, the average length of time from discharge to death was 30.3 days.

- In 2018, 32 percent of the deaths by suicide were determined to have been foreseeable and 53 percent were determined to have been preventable.

II.    **Format**

The following report is presented in a narrative format supported by graphs and tables.  It includes a summary of findings related to the deaths by suicide in 2018 including comparisons with previous years, when available.  The report ends with conclusions.

Findings and discussion of the findings are organized according to identified risk factors and other elements of analysis including:

- Suicide Incident Factors
- Individual Risk Factors
- Institutional/Environmental Risk Factors
- Mental Health Risk Factors
- Mental Health Evaluation and Treatment Factors
- Emergency Response Factors
- Individual Suicide Case Review Analyses
- Quality Improvement Plan Content and Analyses
- Foreseeability and Preventability Determinations

Appendices are attached to this report, including:

- Appendix A – Summaries of Individual Cases
- Appendix B – Tables
  - ~  B1 – Inmate Demographics
  - ~  B2 – Inmate History and Suicide Event Characteristics
  - ~  B3 – Identified Assessment, Treatment, and Communication Concerns
  - ~  B4 – Common Problems Identified as Requiring a Quality Improvement Plan
- Appendix C – Experts' Curricula Vitae
- Appendix D – List of Acronyms and Abbreviations Used in this Report

### III.    Findings and Discussion

On June 30, 2018, the in-state inmate population included 126,572 inmates (120,666 males and 5,906 females).  With the addition of the population of out-of-state inmates, CDCR had 129,417 inmates in its custody on that date.

The 2018 suicide rate within CDCR was the highest it has been over the past 20 years.

CDCR Suicide Rates per 100,000
1999-2018

| Year | CDCR Prisons In-State Only[4] | CDCR Prisons In- and Out-of-State[5] |
|------|------|------|
| 1999 | 15.6 | 14.8 |
| 2000 | 9.3 | 9.3 |
| 2001 | 19.3 | 18.6 |
| 2002 | 13.9 | 13.9 |
| 2003 | 23.1 | 23.0 |
| 2004 | 15.9 | 15.9 |
| 2005 | 26.2 | 22.5 |
| 2006 | 25.1 | 24.9 |
| 2007 | 19.7 | 19.6 |
| 2008 | 22.3 | 21.1 |
| 2009 | 15.7 | 14.9 |
| 2010 | 21.1 | 21.1 |
| 2011 | 21.0 | 20.3 |
| 2012 | 24.5 | 24.4 |
| 2013 | 22.6 | 22.6 |
| 2014 | 17.0 | 17.0 |
| 2015 | 19.8 | 18.6 |
| 2016 | 21.8 | 21.0 |
| 2017 | 23.7 | 22.9 |
| 2018 | 26.8 | 26.3 |

CDCR's suicide rate of 26.3 suicides per 100,000 inmates in 2018 places it above its 20-year average of 19.6 suicides per 100,000.  When compared to other large prison systems in the country, California's 2018 suicide rate is the 4th highest out of the ten largest correctional systems. This relative position is unchanged from 2017.

---

[4] In-state only suicide rates prior to 2015 were taken from the Special Master's expert's *Report on Suicides Completed in the California Department of Corrections and Rehabilitation, January 1, 2014 – December 31, 2014.* ECF No. 5428 at 3.

[5] In- and out-of-state suicide rates prior to 2015 were taken from CDCR's *Annual Report on Suicide in the California Department of Corrections and Rehabilitation January 1, 2015-December 31, 2015.* https://cchcs.ca.gov/wp-content/uploads/sites/60/SR/2015-Annual-Suicide-Report.pdf.

| Correctional System[6] | 2018 Population | 2018 Suicides | 2018 Suicide Rate per 100,000 |
|---|---|---|---|
| Illinois | 39,965 | 5 | 12.5 |
| Federal Bureau of Prisons | 179,898 | 23 | 12.8 |
| Florida | 97,538 | 15 | 15.4 |
| Arizona | 42,005 | 7 | 16.7 |
| Ohio | 50,431 | 12 | 23.8 |
| Texas | 163.628 | 40 | 24.4 |
| **California** | **129, 417** | **34** | **26.3** |
| New York | 46.636 | 13 | 27.9 |
| Georgia | 53,647 | 17 | 31.7 |
| Pennsylvania | 47,239 | 15 | 31.8 |

A.  Suicide Incident Factors

This section reviews the factors associated with the suicidal event, including its location, method, and timing.  The presence of rigor mortis upon discovery was also reviewed.

**1.  Facility Locations**

In 2018, all but one of the deaths by suicide (97 percent) occurred within a CDCR facility.  There was one death by suicide that occurred at an out-of-state institution.  No deaths by suicide were reported for CDCR inmates being treated at Department of State Hospital (DSH) facilities in 2018. Thirty-three suicides occurred across 16 CDCR facilities.  Five facilities experienced one suicide, eight facilities experienced two suicides, one facility experienced three suicides, one facility experienced four suicides, and one facility experienced five suicides.

| Facility | Number of 2018 Suicides | Percentage of 2018 Suicides |
|---|---|---|
| Central California Women's Facility (CCWF) | 1 | 3% |
| California Health Care Facility (CHCF) | 1 | 3% |
| California Men's Colony (CMC) | 1 | 3% |
| Deuel Vocational Institution (DVI) | 1 | 3% |
| California State Prison, Solano (CSP/Solano) | 1 | 3% |
| California Correctional Institute (CCI) | 2 | 6% |
| Correctional Training Facility (CTF) | 2 | 6% |
| High Desert State Prison (HDSP) | 2 | 6% |
| California State Prison, Los Angeles County (CSP/LAC) | 2 | 6% |
| Mule Creek State Prison (MCSP) | 2 | 6% |
| California State Prison, Sacramento (CSP/Sac) | 2 | 6% |
| San Quentin State Prison (SQ) | 2 | 6% |
| Salinas Valley State Prison (SVSP) | 2 | 6% |
| California State Prison, Corcoran (CSP/Corcoran) | 3 | 9% |

---

[6] Yearly data on inmate suicides were obtained directly from each state's correctional department and the Federal Bureau of Prisons (inmate population data includes prisoners held in non-secure, privately operated community corrections facilities, and juveniles held in contract facilities).

| | | |
|---|---|---|
| Richard J. Donovan Correctional Facility (RJD) | 4 | 12% |
| Kern Valley State Prison (KVSP) | 5 | 15% |

Four facilities which did not experience any suicides in 2017, experienced 18 percent of the suicides in 2018. These facilities were CHCF, CMC, CTF, and HDSP. Of note, six facilities which experienced more than one suicide in 2018 have historically had over 1.5 suicides per year on average since 1999.[7] These six facilities experienced more than one suicide again in 2018 and included CSP/LAC, CSP/Corcoran, RJD, SQ, SVSP and CSP/Sac. Conversely, two facilities (California Medical Facility and Wasco State Prison) had more than one death by suicide in 2017 yet experienced no suicides in 2018. DVI and CSP/LAC each experienced four deaths by suicide in 2017 but a decrease in 2018: DVI had one death by suicide in 2018 and CSP/LAC had two deaths by suicide.

| Facility[8] | 2018 Suicides | 1999-2018 Suicides | 1999-2018 Average[9] |
|---|---|---|---|
| California Rehabilitation Center | 0 | 1 | 0.05 |
| Chuckawalla Valley State Prison | 0 | 1 | 0.05 |
| Tallahatchie County Correctional Facility | 0 | 1 | 0.05 |
| Ironwood State Prison | 0 | 2 | 0.11 |
| Valley State Prison | 0 | 2 | 0.11 |
| California Correctional Center | 0 | 4 | 0.21 |
| Calipatria State Prison | 0 | 5 | 0.26 |
| Sierra Conservation Center | 0 | 5 | 0.26 |
| Centinella State Prison | 0 | 6 | 0.32 |
| Avenal State Prison | 0 | 7 | 0.37 |
| California Health Care Facility | 1 | 2 | 0.4 |
| Central California Women's Facility | 1 | 10 | 0.53 |
| California Institution for Women | 0 | 11 | 0.58 |
| North Kern State Prison | 0 | 11 | 0.58 |
| California State Prison, Solano | 1 | 12 | 0.63 |
| California Substance Abuse Treatment Facility | 0 | 15 | 0.79 |
| Pleasant Valley State Prison | 0 | 15 | 0.79 |
| Wasco State Prison | 0 | 17 | 0.89 |
| California Training Facility | 2 | 18 | 0.95 |
| Mule Creek State Prison | 2 | 18 | 0.95 |
| Pelican Bay State Prison | 0 | 18 | 0.95 |

[7] The total number of suicides prior to 2015 was taken from CDCR's *Annual Report on Suicide in the California Department of Corrections and Rehabilitation January 1, 2015-December 31, 2015*. https://cchcs.ca.gov/wp-content/uploads/sites/60/SR/2015-Annual-Suicide-Report.pdf.

[8] The table includes only CDCR facilities and is not inclusive of deaths by suicide which occurred in out-of-state facilities or DSH inpatient locations.

[9] The average was calculated by dividing the number of suicides by the number of years (i.e., 20). At the request of the CDCR, the averages for CHCF and KVSP were adjusted to include only their years of operation (5 years and 13 years, respectively).

| | | | |
|---|---|---|---|
| High Desert State Prison | 2 | 19 | 1.00 |
| Folsom State Prison | 0 | 20 | 1.05 |
| California Correctional Institution | 2 | 21 | 1.11 |
| California Institution for Men | 0 | 23 | 1.21 |
| California Medical Facility | 0 | 24 | 1.26 |
| Deuel Vocational Institute | 1 | 27 | 1.42 |
| Kern Valley State Prison | 5 | 20 | 1.54 |
| California State Prison, Los Angeles County | 2 | 30 | 1.58 |
| California State Prison, Corcoran | 3 | 31 | 1.63 |
| RJ Donovan Correctional Facility | 4 | 31 | 1.63 |
| California Men's Colony | 1 | 34 | 1.79 |
| San Quentin State Prison | 2 | 36 | 1.89 |
| Salinas Valley State Prison | 2 | 37 | 1.95 |
| California State Prison, Sacramento | 2 | 41 | 2.16 |

## 2. Method of Suicide

As has been true in previous years, the majority of deaths by suicide in 2018, (25 cases, or 74 percent) occurred by hanging. Four inmates, or 12 percent, died by overdose, three inmates, or 9 percent, died by cutting and two inmates, or 6 percent, died by asphyxiation by a method other than hanging. In 2017, 87 percent of the deaths by suicide occurred by hanging, 10 percent by cutting, and 3 percent by jumping. No deaths in 2017 were due to overdose or asphyxiation by a method other than hanging.

When compared to prior years,[10] the percentage of deaths by hanging was similar to the findings in 2016 but lower than the percentages in 2014 and 2015. Deaths by suicide by means of overdose in 2018 was higher than seen in 2014 (4.3 percent), 2016 (4 percent) and 2017 (0 percent) but similar to the percentage in 2015 (12.5 percent). Suicide deaths by cutting have remained relatively consistent since 2016; however, no inmates died using that method in 2014 or 2015.

---

[10] While percentage comparisons to previous years are made throughout this report, it is important to note that minor changes may appear significant given the low base number of suicides in a given year. Additionally, percentages among those who died by suicide do not account for changes in base rates among the CDCR population.



### 3. Temporal Factors

In 2018, a death by suicide occurred at least once in each month. The average number of deaths by suicide was 2.8 per month. In 2017, the average number of deaths by suicide per month was 2.5. Monthly suicides in 2018 ranged from one death, or 3 percent in August and October to five deaths, or 15 percent in November and December.

| Month | Number of 2018 Suicides | Percentage of 2018 Suicides |
|---|---|---|
| January | 2 | 6% |
| February | 4 | 12% |
| March | 4 | 12% |
| April | 2 | 6% |
| May | 2 | 6% |
| June | 2 | 6% |
| July | 3 | 9% |
| August | 1 | 3% |
| September | 3 | 9% |
| October | 1 | 3% |
| November | 5 | 15% |
| December | 5 | 15% |

Annual suicide reports have examined trends over time with regard to temporal factors and noted that deaths by suicide tended to occur most often in the Spring months. In 2018, spikes were seen in November and December, with a relatively consistent occurrence of deaths by suicide throughout the remainder of the year, except in August and October. The chart that follows illustrates suicides by month 2015-2018.



Deaths by suicide occurred most frequently on Wednesdays (21 percent) and Fridays (18 percent). Fifteen percent of the deaths by suicide occurred on each of the following days:  Sundays, Mondays, and Thursdays.  Deaths by suicide occurred least often on Tuesdays (6 percent).  Twelve percent of suicides occurred on Saturdays.  The only commonalities with 2017 regarding day of the week is the high frequency on Wednesdays and the low frequency on Tuesdays.

### 4.  Rigor Mortis

Upon discovery, ten inmates, or 29 percent, were noted to have rigor mortis present, meaning they had muscle stiffening or a decrease in body temperature signifying that they had likely been dead for at least two hours prior to discovery.[11]  There has been variability in the percentage of rigor mortis among those who died by suicide over a five-year period as noted in the table below.

|  | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| **Percentage Discovered in Rigor Mortis** | 17% | 8% | 33% | 13% | 29% |

In 2018, five of the ten inmates found in rigor mortis (50 percent) were housed in a restrictive housing unit (four in a segregation unit and one in condemned housing), indicating that custody checks at 30-minute intervals were likely not completed as required.  The remaining five inmates (50 percent) were housed in general population, with three being housed in Sensitive Needs Yard (SNY) housing.

In 2017, 75 percent of those found in rigor mortis were housed in a restrictive housing unit and 25 percent were in general population SNY housing.

---

[11] Kori (2018). Time since death from rigor mortis: Forensic perspective," *Journal of Forensic Sciences and Criminal Investigation,* 9 (5), 001-009.

B.  Individual Risk Factors

Findings related to characteristics of individual inmates who died by suicide are reviewed in the sections that follow, including gender, ethnicity, age, marital status, education level, primary language, and health concerns.

1.  **Gender**

In 2018, 33 of the deaths by suicide, or 97 percent, were male inmates; one suicide (3 percent) was completed by a female inmate.  No transgender or nonbinary inmates died by suicide in 2018.  In 2017, 3 percent of those who died by suicide were female and 3 percent were transgender (female to male).  In 2016, 11 percent of those who died by suicide were female and there were no transgender inmates who died by suicide in 2016.

Suicide rates per 100,000 inmates were calculated by gender.  The rate for male inmates was 26.7[12] deaths per 100,000 inmates in 2018.  This was an increase over the rate of 22.3 per 100,000 in 2017, 19.5 per 100,000 inmates in 2016 and 17.8 per 100,000 inmates seen in 2015.  For female inmates, the rate was 16.9 deaths per 100,000 consistent with the rate of 16.7 deaths per 100,000 in 2017.  The rate in 2016 was 52.0 deaths per 100,000 inmates; while in 2015, the rate was 35.5 deaths per 100,000 inmates.[13]

2.  **Ethnicity**

Seventeen of the inmates who died by suicide in 2018 were Hispanic/Latinx, making up 50 percent of the deaths.  Ten of the inmates, or 29 percent, who died by suicide were Caucasian, three (9 percent) were of Asian descent, two (6 percent) were Native American, one (3 percent) was African American, and one (3 percent) had as "Other" as the ethnicity listed.



---

[12] Includes male inmates housed in-state and out-of-state.

[13] Female suicide rates vary widely based on a smaller overall population than males.  Specifically, the large fluctuations in rates represents a difference of one, two and three deaths per year (one death in 2018, one death in 2017, three in 2016 and two in 2015).

When compared to previous three years, deaths by suicide in 2018 were marked by an increase in the percentage of suicides among Hispanic/Latinx inmates, a percentage that has consistently been increasing since 2015. African American inmates died by suicide at a much lower percentage than in the previous three years. There was a slight increase in percentage of suicides by Caucasian inmates when compared to the percentage in 2017, but a lower percentage than in both 2015 and 2016.

African American inmates died by suicide with comparatively less frequency, 3 percent, than would be expected by their overall percentage of the CDCR population (28 percent). Caucasian inmates died with a higher frequency, 29 percent, than would be expected by their overall percentage of the inmate population (21 percent). Hispanic/Latinx inmates made up 50 percent of the deaths by suicide, but 44 percent of the CDCR population in 2018. Percentages of inmate deaths by suicide by ethnicity over the previous four years are illustrated in the chart that follows,[14] which also includes the comparative rates of the overall population by race as of December of each year.[15]



### 3. Age

With regard to age, those who died by suicide in 2018 were older overall, with an average age of 39.1 years, than in 2017 when the average age was 33.5 years, but younger on average than those who died by suicide in 2016 (43.6 years), 2015 and (42.9 years). In 2018, CDCR reported that the

---

[14] Data available from CDCR identified Asian, Native/Indigenous American, Hawaiian/Pacific Islander and those for whom race was not identified as "Other." Accordingly, those groups are reported together in the chart.

[15] *CDCR Offender Data Points – Offender Demographics for the 24-month period ending December, 2018.* https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2020/01/201812_DataPoints.pdf.

average age across the inmate population was 39.9 years,[16] indicating that those who died by suicide in 2018 were similar in age to the average CDCR inmate.

Categorically, inmates aged 25-34 died with the highest frequency (32 percent) followed by those aged 35-44 (29 percent), those aged 45-54 (21 percent), those aged 18-24 and 55 and older (9 percent each) in 2018.



#### 4. Marital Status

Of the 34 inmates who died by suicide in 2018, 25 (74 percent) were never married, five (15 percent) were married, two (6 percent) were divorced, and two (6 percent) were widowed. In 2017, 77 percent were never married, 10 percent were married, 7 percent were divorced, and 3 percent were separated. Information was not available regarding the marital status of one inmate who died by suicide in 2017. When compared to 2015 and 2016, those who were never married made up a higher percentage in 2018, as was true in 2017. In 2016, this group represented 48 percent of the deaths by suicide and in 2015, those who were never married represented 54 percent of the deaths by suicide.



---

[16] *Id.*

### 5.  Education

In 2018, individuals with a high school or a General Educational Development (GED) diploma comprised the highest percentage (47 percent) of those who died by suicide.  Those who completed eighth through eleventh grade without obtaining a diploma and those who completed some college each made up 26 percent of those who died by suicide in 2018.

When compared to 2017, 2018 demonstrated a slight increase in the percentage of inmates who died by suicide with a high school or a GED diploma, yet this was still the largest percentage in 2017 (40 percent).  Those who completed eighth through eleventh grade without obtaining a diploma made up a higher percentage in 2017 (33 percent).  Seventeen percent of those who died by suicide in 2017 attended some college, 7 percent had less than an eighth grade education level, and 3 percent had a graduate degree.  In 2016, those with a high school or GED diploma represented 33 percent of the deaths by suicide, those who completed eighth through eleventh grade without obtaining a diploma made up 30 percent of the deaths by suicide, and 19 percent had completed some college.  Fifteen percent of the inmates in 2016 who died by suicide completed fewer than eight years of school and 4 percent had a college degree.

### 6.  Primary Language

Of the 34 inmates who died by suicide in 2018, English was noted to be the primary language for 30 inmates, or 88 percent.  Four inmates (12 percent) did not speak English as their primary language.  Spanish was the primary language for three of the inmates and one inmate's primary language was Vietnamese.  These percentages were similar to those found in 2016 and 2017.

### 7.  Health Status/Medical Conditions

Research[17] has shown that certain medical conditions are related to an increased risk for suicide including asthma, back pain, brain injury, cancer, congestive heart failure, chronic obstructive pulmonary disorder, diabetes, epilepsy, HIV/AIDS, heart disease, hypertension, migraine, Parkinson's disease, psychogenic pain, renal disorder, sleep disorders, and stroke.  In 2018, 22 inmates, or 65 percent, of those who died by suicide, were diagnosed with at least one of these conditions. In 2017, 50 percent of those who died by suicide, were diagnosed with at least one of these conditions and in 2016 it was 70 percent.

| Year | Percentage of Cases with Medical Condition(s) Identified |
|------|----------------------------------------------------------|
| 2016 | 70% |
| 2017 | 50% |
| 2018 | 65% |

### C.  Institutional/Environmental Risk Factors

In this section, issues related to institutional and environmental factors among those who died by suicide are reviewed. These include security level, crime type, sentencing factors, housing location, cell type, issues with custody checks, job placements, institutional transfers, and rule violation reports.

---

[17] Ahmedani, et al.  Major Physical Health Conditions and Risk of Suicide. *American Journal of Preventive Medicine*, 2017; DOI: 10.1016/j.amepre.2017.04.001.

### 1. Security Level[18]

Twenty-one inmates, or 62 percent, who died by suicide in 2018 were classified as Level IV. Six inmates, or 18 percent, were classified as Level II, four (12 percent) were classified as Level III, two (6 percent) were unclassified, and one inmate (3 percent) was classified as Level I.[19]

High security inmates, those classified as either Level III or Level IV, made up 74 percent of the inmates who died by suicide in 2018. This represented an increase from 2017 but a similar percentage when compared to 2015 and 2016.

When the CDCR population was examined as a whole, 40.4 percent of inmates were classified as Level III and Level IV as of December 31, 2018[20] indicating an overrepresentation of this group within those who died by suicide in 2018, as has been true in prior years.

### 2. Crime Type

Twenty-three (68 percent) of the inmates who died by suicide in 2018 were convicted of violent crimes and nine inmates (26 percent) were convicted of sexual offenses. Consequently, 94 percent of inmates who died by suicide in 2018 committed violent crimes against other persons. In 2018, crimes of this type comprised 76.4 percent of the CDCR population.[21]

With regard to other crimes committed by those who died by suicide in 2018, one inmate (3 percent) was convicted of non-violent drug offense and one inmate (3 percent) was convicted of driving under the influence.

In 2017, 87 percent of the inmates who died by suicide were convicted of violent crimes, in 2016, it was 81 percent, and in 2015 it was 75 percent; the 94 percent in 2018 was an increase over prior years, a percentage that has been consistently increasing over time.

### 3. Sentencing Factors

Twenty-four individuals, or 71 percent, of those who died by suicide in 2018 were serving sentences of over 21 years. This included 22 inmates, 65 percent, who were serving sentences up to and including life in prison. This was higher than the percentage in 2017, when 50 percent were serving sentences over 21 years and 37 percent were serving sentences up to including life. The

---

[18] "CDCR categorizes its facilities that house male inmates into security levels ranging from Level I (lowest security) to Level IV (highest security). (Facilities that house female inmates are not classified into different security levels as female facilities generally have similar levels of security.)" From The Legislative Analyst's Office of California, "Improving California' Prison Inmate Classification System" May, 2019. https://lao.ca.gov/Publications/Report/4023#:~:text=CDCR%20categorizes%20its%20facilities%20that,have%20si milar%20levels%20of%20security.

[19] Security level information was obtained from the information documented within individual SCRs and CDCR Crime/Incident Reports (Form 837), when available. Specifically, twenty-six cases (76 percent) included consistent information in both the SCR and Form 837 with regard to security level. Four cases (12 percent) had security level information contained within Form 837 but no security levels listed in the SCRs and the other four cases (12 percent) had security levels listed in the SCRs but Form-837s were not available.

[20] *CDCR Offender Data Points – Offender Demographics for the 24-month period ending December, 2018.*

[21] *Id.*

2018 percentage of those with sentences over 21 years was lower than the percentage noted in 2016 (74 percent) but the percentage of those who had sentences up to including life in 2018 was higher than what was found in 2016 (59 percent).

Two inmates (6 percent) who died by suicide in 2018 were condemned to death and five (15 percent) were serving life without the possibility of parole, comprising 21 percent of those who died by suicide. None of the individuals who died by suicide in 2017 were facing these sentences. As of December 31, 2018, 4 percent of the overall CDCR population was serving a sentence of life without the possibility of parole and 0.6 percent of CDCR population were condemned.[22] Deaths by suicide by inmates serving these sentences were over-represented when compared to the CDCR inmate population.

| Sentence Length | Number of 2018 Suicides | Percentage of 2018 Suicides | Percentage of 2017 Suicides |
|---|---|---|---|
| 1-5 years | 4 | 12% | 23% |
| 6-10 years | 3 | 9% | 17% |
| 11-20 years | 3 | 9% | 7% |
| 21+ years | 2 | 6% | 33% |
| Life with the Possibility of Parole | 15 | 44% | 17% |
| Life without the Possibility of Parole | 5 | 15% | 0% |
| Condemned | 2 | 6% | 0% |
| Sentencing information unavailable | 0 | 0% | 3% |

When examining the amount of time served at the time of death, percentages were found to be relatively consistent across three time ranges in 2018: one to five years (29 percent), six to ten years (24 percent) and eleven to 20 years (26 percent). Six inmates (18 percent) had served less than one year and one inmate had served over 21 years. In 2017, the majority of inmates who died by suicide (73 percent) had served less than five years.



When comparing these data to those observed in since 2015, the most obvious change was the decrease in those having served over 21 years in both 2017 and 2018. This is illustrated below.

---

[22] *Id.*



When determining the amount of time remaining on an inmate's sentence, the Special Master's expert used the longest possible sentence, up to and including life. As a clear artifact of the fact that the majority of inmates who died by suicide in 2018 were serving sentences up to and including life, as well as those condemned to death, inmates with over 21 years left to serve comprised 65 percent of those who died by suicide. In 2017, this group comprised 37 percent of those who died by suicide and in 2016, this group comprised 70 percent. Individuals with between one and five years remaining comprised the second largest group (24 percent) which was also the case in 2017 with 27 percent. Those with eleven to 20 years remaining to serve comprised 12 percent of those who died by suicide in 2018. In 2017, this group comprised 10 percent of those who died by suicide. No inmates with less than one year remaining or those with six to ten years remaining died by suicide in 2018. In 2017, these groups comprised 7 percent and 17 percent, respectively.



### 4. Housing Type

At the time of their suicidal acts, five inmates, or 15 percent, were housed in an ASU, three (9 percent) were housed in a Short-Term Restricted Housing (STRH) unit, and two (6 percent) inmates were living in condemned housing. Taken together, 30 percent of those who died by suicide in 2018 were in some form of segregated housing. This is similar to the findings in 2016 and 2017. As of December 31, 2018, it was reported that 3.7 percent of the CDCR inmate population was housed in a restrictive housing unit (not including condemned housing).[23] Of those who died by suicide in 2018, 24 percent of the inmates were housed in restrictive housing, not including condemned housing, indicating an over-representation of this group among those who died by suicide.

Twenty inmates (59 percent) were in general population, two (6 percent) were housed in a Reception Center (RC), and two (6 percent) were housed in a Correctional Treatment Center (CTC). Of note, one of the inmates housed in the CTC was assigned there to address a medical concern (blindness), while the other was there to receive mental health services at the MHCB level of care. In total, 70 percent of inmates who died by suicide in 2018 were housed in a general population setting. In 2017, this rate was 40 percent while in 2016 this rate was 63 percent.



In previous years, there have been concerns about suicides being committed in ASU intake cells not properly retrofitted for safety where inmates were housed alone. In 2018, one of the inmates who died by suicide was noted to have been placed in an ASU intake cell, however this inmate died from an overdose of prescribed keep-on-person medication, thus the suicide-resistant nature of the cell was not relevant in this case. In 2017, 7 percent of the inmates who died by suicide were housed in an ASU for less than 72 hours.

---

[23] *CDCR Offender Data Points – Offender Demographics for the 24-month period ending December, 2018.* https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2020/01/201812_DataPoints.pdf.

### 5. Housing Based on Safety Needs

With regard to safety needs, twelve inmates who died by suicide in 2018 were living in a general population SNY, the one inmate housed in a CTC was designated as needing an SNY, and four inmates housed in a segregated setting were noted to have been placed there for safety reasons. Taken together, a total of 17 inmates, or 50 percent, of those who died by suicide in 2018 were placed in housing specifically to address their safety concerns. This was in keeping with the percentage in 2017 (53 percent) and an increase over the 22 percent of inmates who died by suicide noted to be housed for safety reasons in 2016 and the 12.5 percent noted in 2015.

### 6. Cell Type

Of the 34 inmates who died by suicide in 2018, 25, or 74 percent, engaged in their suicidal acts while housed in single cells. Six inmates, or 18 percent, were housed in double cells but engaged in lethal behavior when their cellmates were absent from the cell. Two inmates (6 percent) engaged in suicidal acts in their double cells when their cellmates were present, and one inmate (3 percent) engaged in a suicidal act in a dormitory setting.

The percentage of suicidal acts in single cells decreased slightly from 2017 (80 percent) as did the percentage of inmates who engaged in suicidal acts while alone in their cells. In 2017, 97 percent of those who died by suicide were alone in their cells, while in 2018 it was 92 percent. In 2016, 82 percent of the deaths occurred in cells where inmates were alone in their cells and in 2015, it was 92 percent.

### 7. Custody Checks

In 2018, five cases (15 percent) included concerns about inadequate custody/welfare checks related to the deaths by suicide. All of these inmates (100 percent) were in segregated housing (i.e., ASU, STRH, condemned). In 2017, 20 percent of the cases involved custody/welfare checks identified as problematic with 83 percent of those occurring a segregation unit (i.e., PSU, ASU, STRH). In 2016, 19 percent of the cases included concerns about inadequate custody/welfare checks as possible precipitants related to the deaths by suicide and one of those cases (20 percent) occurred in a segregation unit.

### 8. Job Placements while Incarcerated

Of those who died by suicide in 2018, 20 inmates, or 59 percent, had at least one job placement while incarcerated. Twelve, or 35 percent, had no evidence of job placements during their incarceration. For two inmates (6 percent) job placement information was not available. In 2017, 47 percent of those who died by suicide had documentation of at least one job placement during their incarceration and 50 percent had no history of job placements while incarcerated. In 2016, 63 percent of those who died by suicide had at least one job placement during incarceration and 37 percent had no history of job placements while incarcerated.

Twenty-one (62 percent) of the inmates who died by suicide in 2018 were noted to be unassigned at the time of their deaths. Eleven (32 percent) of the inmates who died by suicide in 2018 were noted to be assigned to a job placement at the time of their deaths. For two inmates (6 percent), their job placement status at the time of death could not be determined. In 2017, 23 percent of inmates who died by suicide were assigned to a job placement at the time of their deaths and in

2016, it was 11 percent.  Of the 20 inmates who ever had a job placement during incarceration and died by suicide in 2018, ten (50 percent) were unassigned at the time of their deaths.

### 9.  Interfacility Transfers[24]

Male inmates who died by suicide in 2018 experienced between zero and 18 interfacility transfers over the course of their incarcerations.  When examined in relation to the number of years served by each individual, the average was 1.4 transfers per year, or one transfer every eight to nine months.  In 2017, the average was 1.5 transfers per year, or one every eight months and in 2016, the average was 2.2 transfers per year, or more than one transfer every six months.

### 10. Rules Violation Reports

There were a total 280 rules violation reports (RVRs) received by the inmates who died by suicide in 2018, or 8.2 per inmate on average during their most recent incarceration within CDCR.  Totals for each inmate ranged from zero to 55 RVRs.  When examined in relation to the number of years served by each individual, the average was one RVR per year.  This was in keeping with findings from previous years.

### D.  Mental Health Risk Factors

This section reviews mental health conditions and mental health risk factors known to be associated with suicide.  More specifically, issues related to inmates' levels of care, mental health treatment histories, primary diagnoses, prior suicide attempts, prior self-injurious behavior, substance use, court-ordered involuntary medications, and trauma histories are discussed.

### 1.  Mental Health Service Levels

Twenty-four inmates, or 71 percent of those who died by suicide in 2018 were actively receiving services in CDCR's MHSDS at the time of death.  According to CDCR,[25] 28.9 percent of the inmate population was receiving services within MHSDS as of December 2018.  Thus, as has been true in previous years, the MHSDS population was overrepresented with respect to those who died by suicide, which is expected given the likely mental health needs of this group of inmates. The percentage of participation in MHSDS among those who died by suicide continues to demonstrate variability as indicated in the table below.

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| **MHSDS Participation Among Those Who Died by Suicide** | 53% | 91% | 58% | 81% | 67% | 71% |

Of the ten inmates who were not actively receiving services within MHSDS at the time of their deaths in 2018, one had previously received services while incarcerated.

Twelve of the inmates who died by suicide in 2018, or 35 percent, were receiving MHSDS services at the 3CMS level of care, eleven inmates, or 32 percent, were receiving services at the Enhanced Outpatient Program (EOP) level of care, and one, or 3 percent, was receiving services at the Mental

---

[24] Interfacility transfers were reviewed only for male inmates, as there was a single death by suicide of a female inmate in 2018 and there are fewer women's facilities than men's facilities (i.e., 3 vs. 32) resulting in fewer opportunities for transfer among female inmates.

[25] *Id.*

Health Crisis Bed (MHCB) level of care. In 2017, 27 percent of those who died by suicide were receiving 3CMS level of care services, 33 percent were receiving services at the EOP level of care, and 7 percent were receiving services at the MHCB level of care. In 2016, the percentages were 26 percent for 3CMS, 56 percent for EOP, and no inmates who died by suicide in 2016 were receiving MHCB level of care.

### 2. Mental Health Treatment Prior to Incarceration

According to available documentation, 18, or 53 percent, of the inmates who died by suicide in 2018 had received mental health services in the community prior to incarceration. This was a decrease from 2017 (67 percent) but an increase over 2016, when 41 percent had received services prior to incarceration. Of the 16 inmates who were not actively receiving services within MHSDS at the time of their deaths in 2018, one (3 percent) had received services in the community prior to incarceration. This was not the same non-MHSDS inmate who had previously received services within CDCR. Eight of the 34 inmates who died by suicide in 2018, or 24 percent, had no records of receiving mental health services during their lifetimes. In 2017, it was 17 percent.

### 3. Primary Mental Health Diagnosis

In order to assess the mental health conditions afflicting those who died by suicide in 2018, primary mental health diagnoses were analyzed. Several of the inmates were noted to have multiple diagnoses, some of which changed over time. The graph below represents the major categories of disorders with which the inmates were diagnosed at the time of their deaths. Only the primary diagnosis was included for each inmate.

Ten inmates (29 percent) were diagnosed with a primary mood disorder, eight inmates (24 percent) were diagnosed with a primary psychotic disorder, four (12 percent) were diagnosed with an adjustment disorder, three inmates (9 percent) were diagnosed with a primary personality disorder, and one (3 percent) was diagnosed with trauma-related disorder. Eight inmates (24 percent) had no psychiatric diagnosis on record. When compared to primary diagnoses found among those who died by suicide in 2017, there was a slight increase in primary diagnoses of psychotic and mood disorders among the population of those who died by suicide in 2018.



21

One (3 percent) of the inmates who died by suicide in 2018 was placed in the Developmental Disability Program while incarcerated in CDCR. No inmates who died by suicide in 2017 had this placement.

### 4. Substance Use History

Twenty-seven inmates (79 percent) who died by suicide in 2018 reported histories which included substantial and/or problematic substance use. Seven inmates (21 percent) denied substance use beyond experimentation. In 2017, 97 percent of inmates who died by suicide had a significant substance use history and in 2016, it was 89 percent.

### 5. Previous Non-suicidal Self-Injury

Of the 34 inmates who died by suicide in 2018, 14, or 41 percent, had histories that included engaging in acts of self-injury that were determined not to have been attempts at suicide. This is similar to what was found in 2017, when 37 percent of inmates who died by suicide had engaged in non-suicidal self-injury. In 2016, it was 67 percent.

### 6. Previous Suicide Attempts

Twenty-one (62 percent) of the 34 inmates who died by suicide in 2018 had reported histories of suicide attempts. This was lower than the percentages in 2017 (73 percent), 2016 (74 percent), and 2015 (67 percent).

In total, 24 inmates, or 71 percent, had histories positive for suicide attempts, non-suicidal self-injury or both in 2018. In 2017, 97 percent of the inmates who died by suicide had engaged in either or both of these behaviors. In 2016, it was 78 percent.

### 7. Involuntary Medications

Three inmates, or 9 percent, who died by suicide in 2018 were under a court order (PC 2602) for involuntary psychotropic medications at the time of death. In 2017, 3 percent of those who died by suicide were under a PC 2602 order. All PC 2602 orders initiated in 2018 were based on the inmates' danger toward themselves.

### 8. Trauma History

Documentation indicated that 19, or 56 percent, of the 34 inmates who died by suicide in 2018 had histories positive for trauma. Of those 19 inmates, six, or 32 percent, received formal treatment to address symptoms of trauma. As reported above, one inmate had a primary trauma-related diagnosis. In 2017, 53 percent of inmates who died by suicide had a reported history of trauma with 31 percent of that group receiving treatment while incarcerated. In 2016, 59 percent of those who died by suicide had a documented history of trauma with 38 percent receiving a diagnosis or treatment for trauma-related symptoms.

The Special Master's expert is not in a position to determine whether or not the effects of the trauma experienced by individual inmates warranted treatment or a diagnosis. This information is being included so that it can be tracked over time. The above data reveal a consistent pattern regarding the percentage of those who died by suicide having reported histories of trauma and approximately one-third of those inmates receiving treatment to address their trauma.

Additionally, of the 19 inmates with trauma histories, 10 inmates (53 percent) were placed in housing locations for safety reasons at the time of their deaths by suicide in 2018. This percentage is consistent with the overall percentage at which those who died by suicide in 2018 were housed in locations for their safety (53 percent) as discussed earlier in this report. This similarity in percentages was also found in 2016. In 2017, however, 19 percent of the inmates with trauma histories who died by suicide were housed in locations for their safety, a much smaller percentage that the overall population who died by suicide while housed in locations for their safety (53 percent).

E. Mental Health Evaluation and Treatment Factors

In this section, issues related to the evaluation and treatment of the inmates' identified mental health needs are reviewed. This section examines the quality and content of suicide risk evaluations, mental health evaluations, treatment plans, treatment implementation, higher level of care needs, recent inpatient placements, and concerns related to interdisciplinary communication regarding inmate care as raised within the SCRs.

**1. Suicide Risk Evaluations**

Of those who died by suicide in 2018, six inmates (18 percent) were not evaluated for suicide risk at any time during their most recent periods of incarceration. Of the remaining 28 cases, 17 cases, or 61 percent, showed evidence of clinicians failing to identify or document known risk factors during suicide risk evaluations. These omissions likely resulted in an underestimation of the inmate's risk for suicide. Specifically, 14 cases, or 50 percent, evidenced omissions with regard to static/historical risk factors; 13 cases, or 46 percent evidenced omissions with regard to dynamic/situational risk factors; and 15 cases, or 54 percent, evidenced omissions with regard to acute risk factors. Fourteen cases (50 percent) showed evidence of omissions in more than one category.

In 2017, 17 percent of cases showed evidence of clinicians failing to identify or document known risk factors during suicide risk evaluations and in 2016, it was 33 percent. The results from 2018 showed a decline in the documentation or identification of known risk factors during the suicide risk evaluation process when compared to prior years.

In 2018, the suicide risk level determination was not clearly derived from the suicide risk evaluation and/or other information available regarding the inmate's level of risk in 19 cases, or 68 percent of those with completed suicide risk evaluations. In other words, based on the information documented at the time, the risk level (i.e., low, moderate, high) did not appear to be accurate. In 2017, this was true in 43 percent of the cases and in 2016, 56 percent of the suicide risk level determinations were not clearly derived from the suicide risk evaluation and/or other information available regarding the inmate's level of risk.

Additionally, 18 cases, or 64 percent, evidenced other problems related to suicide risk evaluations. These included failures to complete evaluations when required, inconsistencies in documentation and other concerns unrelated to risk factors and/or risk determinations. In 2017, this was the case in 63 percent of the cases and in 2016, 56 percent of the cases evidenced other problems related to suicide risk evaluations.

### 2. Mental Health Assessments

Fourteen cases or 41 percent evidenced problems related to the completion of mental health assessments. These problems included failure to complete assessments that were required, incomplete assessments, inaccurate assessments, and assessments that were not timely. In 2017, 53 percent of the cases evidenced problems related to mental health assessments and in 2016, it was 56 percent of cases. There appeared to be improvement in 2018.

### 3. Treatment Planning

Twenty-five (74 percent) cases were noted to have treatment plans developed at some point during their incarceration, either in the form of Interdisciplinary Treatment Team (IDTT) plans or safety plans developed to address suicide risk. In 17 of those cases, or 68 percent, there was evidence of problems related to treatment planning. These problems included failure to complete a treatment plan as required, failure to identify the inmate's mental health needs within the treatment plan despite those needs being documented elsewhere, poor goal-setting, lack of interventions to treat the inmate's identified needs, inconsistencies within the treatment plan, lack of required membership in the IDTT, and failure to properly account for risks or develop interventions to target known risks in safety plans. In 2017, 53 percent of cases evidenced problems with treatment planning and in 2016, 59 percent of cases evidence such problems. Comparison with prior years demonstrated an increase in 2018 of treatment planning problems.

### 4. Treatment Services

In 2018, 29 cases (85 percent) identified treatment interventions being required for the inmate, either related to routine treatment for mental health needs or interventions to reduce the risk for suicide. The review revealed that in 16 cases, or 55 percent, there were issues and problems related to the delivery of mental health treatment in 2018. These problems primarily included failure to provide interventions as outlined in the treatment plan or safety plan, or as required by the Program Guide. In 2017, 67 percent of cases revealed these issues and in 2016, 59 percent of the cases evidenced problems related to the delivery of basic mental health treatment.

### 5. Higher Level of Care Needs

In six cases, or 18 percent of those who died by suicide in 2018, there was evidence of a failure to refer the inmate to a higher level of care when clinically indicated or required by the Program Guide. In many cases, this finding resulted from the fact that despite the inmate meeting criteria for consideration of referral to a higher level of care, the IDTT failed to refer the inmate. Additionally, some cases were related to an inappropriate reduction in the inmate's level of care without clear justification or rationale. The percentage in 2018 was a clear improvement over 2017 and 2016, when these issues were noted in 53 percent and 67 percent of the cases, respectively.

### 6. Inpatient Placement Within Past Year

Eleven inmates, or 32 percent, of those who died by suicide in 2018 had been admitted to an inpatient setting in the 12 months prior to their suicidal acts. Two inmates, or 6 percent, had been discharged from an inpatient setting within one week of their deaths, and one inmate was being treated in an inpatient setting when they engaged in acts of suicide. On average, inmates who had

been in an inpatient setting within the previous 12 months had been discharged from an inpatient setting 30.3 days, or approximately one month, prior to their suicidal acts.

For all inmates who died by suicide in 2018, 17 (50 percent) had been admitted to an inpatient setting at some point during their incarceration. The average time between discharge and the date of their suicidal acts for all 17 inmates was 318 days.

Across CDCR, it was reported that a total of 1,411 inmates were designated as being at an inpatient level of care (i.e., Mental Health Crisis Bed, Intermediate Care Facility or Acute Psychiatric Program) as of December 2018.[26] Using that number as a point of comparison, the eleven inmates who died by suicide in 2018 represented approximately 0.7 percent of the entire inpatient population.

In 2017, 33 percent of those who died by suicide had been admitted to an inpatient setting in the previous 12 months and in 2016, it was 48 percent.

## 7. Interdisciplinary Consultation

In four cases, or 12 percent, there were problems related to communication between disciplines. These problems included discrepancies in documentation between treatment providers without evidence of an attempt to resolve the discrepancies, failure to document specific treatment needs at times of level of care changes, failure to alert nursing staff of suicide risk that may impact decision related to keep-on-person medications, and failure to communicate impressions of inmate functioning between mental health and custody staff.

This represented improvement over 2017, when interdisciplinary communication issues were noted in 27 percent of the cases, and in 2016 when they were noted in 52 percent of the cases.

### F. Emergency Response Factors

This section examines staff response following discovery of the inmate's suicidal act. Included here are any identified issues related to Cardiopulmonary Resuscitation (CPR)/Automated External Defibrillator (AED) or other identified problems with the emergency response process as identified within the SCRs.

## 1. CPR/AED Issues

Four cases (12 percent) included documented problems related to CPR and/or AED use during the emergency response procedures. In 2017, these issues were noted in only one case, or 3 percent, and in 2016, 26 percent of the cases evidenced problems with CPR/AED applications.

## 2. Other Emergency Response Issues

Thirteen, or 38 percent, of the cases included documented problems associated with emergency response procedures other than those related to CPR/AED use. These issues included delays in activating 911, delays in providing emergency care (e.g., neck collar, tourniquet), failure to arrive at scene with the full cut-down kit, delays in activation of a personal alarm device (PAD), failure

---

[26] *CDCR Offender Data Points – Offender Demographics for the 24-month period ending December, 2018.* https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2020/01/201812_DataPoints.pdf.

to properly support the inmate's body during cut-down from hanging, inmate slipping off the board during transport, delayed cell entry, and poor documentation of emergency response.

In 2017, 60 percent of the cases included documented problems associated with emergency response procedures other than those related to CPR/AED use.

In 2018, there were five cases (15 percent) in which custody staff applied restraints/handcuffs to inmates prior to the initiation of emergency care. California Code of Regulations Title 15, Section 3628.2(b) states, "Mechanical means of physical restraint may be used only under the following circumstances: (1) When transporting a person between locations. (2) When a person's history, present behavior, apparent emotional state, or other conditions present a reasonable likelihood that he or she may become violent or attempt to escape. (3) When directed by licensed health care clinicians, to prevent a person from attempting suicide or inflicting injury to himself or herself." In three of these cases (Case V, Case FF, Case GG), concerns about the use or restraints during the emergency response was noted within the SCR and raised as an area of concern or required a formal QIP. While the Special Master's expert could not determine if the application of restraints/handcuffs affected emergency response interventions, there is concern that the application of restraints could impact life-saving measures. In the remaining two cases (Case A and Case M), the use of restraints did not raise concerns given the potential security issues present.

### G.  Individual Suicide Case Reviews

All deaths by suicide of inmates in the custody of CDCR in 2018 were reviewed by a member of the SMHP resulting in a formal SCR report. SCRs are discussed during SCRC meetings prior to finalization. The Special Master's experts are participants in the SCRC and provide immediate feedback during discussions of each case.

Of the 34 reports reviewed, 26 SCRs (76 percent) were determined to be adequate summaries of the cases. Adequacy was determined based on descriptions of each inmate's social history, criminal history, incarceration history, and mental health history. These SCRs critically evaluated the evaluations, assessments and mental health treatment provided to the inmates as well as factors precipitating the deaths by suicide. They included critical reviews of practices across disciplines with regard to adherence to Program Guide requirements, policies, and local operating procedures. In these 26 reports, recommendations and requirements for corrective action followed clearly from the findings in the SCR and addressed the salient and relevant concerns of the case. There were no significant omissions or inconsistencies found in these SCRs.

Of the remaining SCRs, seven (21 percent) were noted to be marginally adequate. A report was determined to be marginally adequate when it included an adequate summary of the inmate's history but failed to be sufficiently critical of one or more elements of care or monitoring of the inmate. More specifically, in these seven SCRs, the Special Master's expert noted failures to critically evaluate SRASHEs; lack of critical discussion regarding treatment and treatment planning within the year prior to the inmate's death; failure to address poor treatment documentation or inconsistencies in treatment documentation; failure to acknowledge frequent treatment team changes over time that impacted suicidality; and omitting concerns about a treatment team's failure to review the patient's records.

The remaining SCR (3 percent) was determined to be an inadequate summary of the case. It failed to discuss the fact that the treatment team did not consider diagnoses that were present in the

inmate's record, did not mention the lack of treatment goals on the inmate's treatment plan, made no mention of the impact that frequent changes in providers may have had on the inmate, failed to discuss the fact that diagnoses had been removed without rationale, did not mention there were inappropriate level of care changes, and failed to discuss that the treatment team made no mention of the inmate's substance abuse issues. It was determined that these omissions resulted in failure to identify concerns that required corrective action.

These results demonstrated improvement over 2017, when 73 percent of the SCRs were determined to be adequate summaries of the cases, 10 percent were noted to be marginally adequate, and 17 percent were determined to be inadequate summaries of the cases. The adequacy of each SCR is discussed case by case in Appendix A.

H. Quality Improvement Plan Content and Analyses

Of the 34 deaths by suicide in 2018, 29 SCRs (85 percent) required the development of Quality Improvement Plans (QIPs). QIPs were developed by the individual facilities or headquarters staff to investigate and set forth a plan to address the concerns identified in the SCRs. The Special Master's expert reviewed the reports on implementation of QIPs submitted by each facility and/or headquarters staff. For the 29 suicides that required QIPs, analyses revealed 26 common issues or problems. The most common problem, identified in 15 cases (52 percent), was poor development of safety plans as part of the SRASHE process. The second most common problem, found in 14 cases (48 percent), was poor rationale provided for risk determinations in SRASHEs. Inadequate risk determinations and inadequate treatment planning were each identified in 13 (45 percent) of the cases requiring QIPs. A table of all common issues/problems is found in Appendix B4.

As was noted in prior years, many QIPs included training for staff for which evidence was provided through inclusion of the training curricula and staff attendance records in the reports on the implementation of QIPs. When clinical concerns were raised regarding mental health services, training was frequently supplemented by mental health record audits and mentoring to target the specific needs of individual staff members when indicated. A few cases included performance improvement plans for individual staff members. What was missing from a number of QIPs was follow-up to ensure that training and mentoring had the desired effect and was sustainable over time.

Seven cases (20 percent) included QIPs that could not be developed nor implemented secondary to investigation requests being submitted to the Office of Internal Affairs (OIA) for possible staff misconduct. The Suicide Prevention and Response Unit (SPRU) reported that Division of Adult Institutions (DAI) has one year to close an investigation regarding alleged custody misconduct and health care has three years. Although the SPRU at headquarters tries to periodically follow up with facilities to receive the subsequent memorandum regarding completed investigations, to date, these efforts have not been successful, and Wardens have not been submitting the findings to either the SPRU or to headquarters DAI.

One improvement noted regarding QIPs in 2018 was the inclusion of responses to QIPs involving nursing staff. In previous years, it was noted by the Special Master's expert that nursing concerns were referred to the CCHCS Death Review Committee, and no further information was available regarding a plan or actions taken. The inclusion of training records and follow up documentation regarding QIPs to address nursing concerns was a positive finding in analyses of the deaths by suicide in 2018.

I.  Foreseeability and Preventability

The terms "foreseeable" and "preventable" are used in this report as they have been in previous reports authored by the Special Master's expert.  They describe the adequacy and implications of CDCR suicide prevention policies and procedures, staff training and supervision, clinical judgement, and utilization of clinical and custodial alternatives to reduce the likelihood of completed suicides.  The definitions below are the court-approved definitions of foreseeable and preventable.

>    The term "foreseeable" refers to those cases in which available information about an inmate indicates the presence of substantial or high risk for suicide, and requires reasonable clinical, custodial, and/or administrative intervention(s).  Assessment of the degree of risk may be high, moderate, or low to none.  This is an important component in determining foreseeability.  In contrast to a high and immediately detectable risk, a "moderate risk" of suicide indicates a more ambiguous set of circumstances that requires significant clinical judgment based on adequate training, as well as timely assessment, to determine the level of risk in the most appropriate manner and relevant interventions to prevent suicide.  Interventions may include but are not limited to changes in clinical level of care, placement on suicide precautions or suicide watch, and changes in housing including utilization of safe cells and transfers to higher levels of care, as well as clinically appropriate treatment and management services which may include but not be limited to increased contacts/assessments by mental health professionals, medication management review and changes, other therapeutic interventions and measures, and/or changes in level of care, including short-term changes such as utilization of MHCBs and/or longer term level-of-care changes including transfer to DSH programs.  Individuals evaluated as "low risk," "no risk," or "negligible risk" may continue to require some degree of clinical and custodial monitoring and subsequent evaluation with appropriate treatment and management by clinical staff of the potential for self-injury and/or suicidal ideation or activity.

>    The term "preventable" refers to those cases in which the likelihood of completed suicide might have been reduced substantially had some additional information been gathered and/or some additional intervention(s) undertaken, usually as required by existing policy, reflected in the Program Guide and/or local operating procedures.  Suicides that may have been preventable include not only cases in which additional information might have been gathered or additional interventions undertaken, but also cases involving issues with emergency response by custody and clinical staff. The emergency response is reviewed not only by DCHCS mental health staff but also by DCHCS medical staff as part of the death review summary process, as well as by this reviewer.

In 2018, CDCR's SCRC did not determine whether a death by suicide was foreseeable and/or preventable.

The Special Master's expert determined that 11, or 32 percent, of the suicides were foreseeable and 18, or 53 percent, were preventable.  In total, 18 or 53 percent, of the suicides were determined to be either foreseeable, preventable, or both.  The table below lists the cases and determinations made by the Special Master's expert.

| Case | Foreseeable | Preventable |
|------|-------------|-------------|
| A | Yes | Yes |
| B | No | Yes |
| C | Yes | Yes |
| D | Yes | Yes |
| E | No | Yes |
| F | No | Yes |
| G | No | No |
| H | No | No |
| I | No | No |
| J | No | No |
| K | No | No |
| L | Yes | Yes |
| M | No | Yes |
| N | No | Yes |
| O | No | Yes |
| P | No | No |
| Q | Yes | Yes |
| R | No | No |
| S | No | No |
| T | No | Yes |
| U | No | No |
| V | No | No |
| W | No | No |
| X | No | No |
| Y | No | No |
| Z | Yes | Yes |
| AA | Yes | Yes |
| BB | Yes | Yes |
| CC | No | No |
| DD | Yes | Yes |
| EE | Yes | Yes |
| FF | Yes | Yes |
| GG | No | No |
| HH | No | No |

Specific rationales for the determinations by the Special Master's expert are included in the case summaries in Appendix A.

The table below includes the Special Master's expert's finding of the percentage of cases that were determined to foreseeable, preventable, or either foreseeable or preventable for the years 2014-2018.

|      | Foreseeable | Preventable | Either Foreseeable or Preventable |
|------|-------------|-------------|-----------------------------------|
| 2014 | 52%         | 65%         | 74%                               |
| 2015 | 54%         | 79%         | 79%                               |
| 2016 | 59%         | 85%         | 89%                               |
| 2017 | 43%         | 77%         | 77%                               |
| 2018 | 32%         | 53%         | 53%                               |

## IV.    Conclusions

Despite the ongoing, considerable efforts on the part of CDCR to address and reduce deaths by suicide, the suicide rate continues to rise, and in 2018 was at its highest in over 20 years.[27] The foregoing discussion of factors related to deaths by suicide has resulted in the following conclusions regarding suicide prevention efforts.

- The rate of suicide within CDCR has grown steadily over the past five years.

- Inmates of Hispanic/Latinx ethnicity continued to die by suicide at a higher percentage than would be expected given their overall percentage within CDCR. This disproportionate risk has been identified since 2015. This may represent a need to consider the unique risk factors associated with this population and identification of means to mitigate those risks.

- There appeared to be improvement in 2018 of including at-risk patients at the appropriate level of care given their documented needs, although room for improvement still exists.

- Clinicians continued to struggle with the identification of the risk factors that impact suicide and determination of the patient's level of risk as derived from identified risk factors. There also continued to be concern with how staff documented their rationale for arriving at risk decisions, as noted in at least 14 cases that required QIPs.

- Concerns related to treatment planning were noted in a majority of cases for inmates who died by suicide. As noted in the body of the report, clinical concerns included failure to identify the patient's documented needs, poor goal-setting, a lack of interventions to address the patient's identified needs, and suicide risk factors. It appeared that clinical staff could benefit from revisiting the development of treatment plans.

- A majority of cases included failure on the part of the IDTT to provide the treatment interventions indicated within the inmate's treatment plan. Specifically, when problems were identified and a plan of care was developed, clinical staff did not deliver the interventions as ordered. It appears that clinical staff could benefit from training and/or mentoring related to the delivery of planned care.

---

[27] Rates prior to 2015 were included in CDCR's *Annual Report on Suicide in the California Department of Corrections and Rehabilitation January 1, 2015-December 31, 2015*. https://cchcs.ca.gov/wp-content/uploads/sites/60/SR/2015-Annual-Suicide-Report.pdf.

- Results from OIA investigations were not provided to the SPRU and DAI, resulting in QIPs that were delayed or stopped secondary to OIA investigations. These failures impact the development of adequate corrective actions required to reduce suicides within the CDCR and were a factor in 20 percent of the cases in 2018.

- Since 2015, there has been a sizeable percentage of deaths by suicide for inmates assigned to housing units to address their safety concerns. Inmates may request such housing for a number of reasons (e.g., sexual crimes, drug debts, gang-related issues, enemy situations).

The Special Master will continue to provide support to CDCR on addressing deficiencies noted in this report. Additionally, the Special Master's expert will continue to provide guidance to CDCR during their suicide case review process, development and review of suicide-related policies and procedures, as well as quality improvement initiatives and sustainable process efforts.

Respectfully Submitted,

/s/ Sharen Barboza, Ph.D.

Sharen Barboza, Ph.D.