CAED 435 (Rev. 04/18)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

PLEASE *Read Instruction Page* (attached):

| FOR COURT USE ONLY |
|---|
| DUE DATE: |

| 1. YOUR NAME<br>Janine Oliker | 2. EMAIL<br>janine@majlabor.com | 3. PHONE NUMBER<br>415-266-1805 | 4. DATE<br>05/14/2021 |
|---|---|---|---|
| 5. MAILING ADDRESS<br>235 Montgomery Street, Suite 828 | | 6. CITY<br>San Francisco | 7. STATE CA / 8. ZIP CODE 94104 |
| 9. CASE NUMBER<br>2:90-cv-00520-KJM-DB | 10. JUDGE<br>Hon. Kimberly J. Mueller | DATES OF PROCEEDINGS<br>11. FROM 05/14/2021 | 12. TO 5/14/2021 |
| 13. CASE NAME<br>Coleman v. Newsom, et al. | | LOCATION OF PROCEEDINGS<br>14. CITY Sacramento | 15. STATE CA |

16. ORDER FOR
- ☐ APPEAL No.
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | CMC | 05/14/2021 | Coulthard |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus **additional**).

| ESTIMATE TOTAL | |
|---|---|

19. SIGNATURE *Janine Oliker*

20. DATE 05/14/2021

| PROCESSED BY | |
|---|---|
| PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |