ROB A. BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 18270
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7318
Fax: (916) 324-5205
E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
1676 N. California Boulevard, Suite 620
Walnut Creek, CA 94596
Telephone: (925) 746-8460
Fax: (925) 746-8490
E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Fax: (310) 229-5800
E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

The attached California Department of Corrections and Rehabilitation (CDCR) reports information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

The report attached at Exhibit A shows that forty-four inmates were placed in CDCR's Mental Health Services Delivery System in April 2021 while housed in a desert institution; sixty-

nine class members were transferred or paroled from desert institutions in April 2021; and, as of the report's April 30, 2021 date, twenty-three patients in the Mental Health Services Delivery System remained in desert institutions in April 2021 beyond the fourteen-day transfer timeline. All delayed transfers were due to inmate movement restrictions related to COVID-19.

The report attached as Exhibit B shows that one *Coleman* class member was inadvertently transferred to desert institutions in April 2021 but was immediately returned to the sending institution due to COVID-19 movement restrictions. Aside from the inadvertent transfer, Exhibit B shows that no *Coleman* class members were transferred to desert institutions in April 2021.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296 and ECF No. 6678.

Dated: May 17, 2021

Respectfully submitted,

ROB A. BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/S/ *Namrata Kotwani*___
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758




May 14, 2021

Damon McClain, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. McClain:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019. (ECF No. 6296.) Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of April 2021, with the inmates' identifying information redacted. This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care. As Exhibit A reflects, 44 inmates were referred for mental health treatment while housed in a desert institution during the month of April 2021, 5 of whom remained in desert institutions in April 2021 beyond the fourteen-day transfer timeline. Those inmates were not transferred to institutions with mental health programs due to the policy in place to restrict inmate movement during the COVID-19 pandemic. The report also shows that 69 class members placed in the Mental Health Services Delivery System in April, June, July, August, September, October, November 2020, and from February through April 2021 were transferred or paroled from desert institutions in April 2021. All delayed transfers were due to inmate movement restrictions related to COVID-19.

Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted. This report indicates that one class member was inadvertently transferred to desert institutions in April 2021 but was immediately returned to the sending institutions due to COVID-19 movement restrictions. Aside from the inadvertent transfer, the report confirms that no *Coleman* class members were transferred to and housed in desert institutions in April 2021.

Sincerely,

/s/ *Charles Callahan*______

CHARLES CALLAHAN
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# EXHIBIT A

MHSDS Inmates at Desert Institutions Historical MH Change

Run Date: 05/03/2021 06:59 AM

Run By: rodney.price

Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP

Date Range: 04/01/2021 - 04/30/2021

Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were

R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 04/07/2021 - 04/21/2021 | N | 04/16/2021 10:32 | CTF | II | 04/11/2018 10:26 | 04/07/2021 | MH Change | 04/21/2021 05:43 | 04/21/2021 11:36 | 14 | |
| CAL | | | CCCMS 04/07/2021 - 04/07/2021 | N | 04/07/2021 11:43 | RJD | NA | 02/20/2015 06:08 | 04/07/2021 | MH Change | 04/07/2021 13:05 | 04/07/2021 16:32 | 0 | |
| CAL | | | CCCMS 04/13/2021 - 04/21/2021 | N | 04/15/2021 00:00 | COR | IV | 11/16/2020 14:09 | 04/13/2021 | MH Change | 04/21/2021 09:04 | 04/21/2021 15:44 | 8 | |
| CAL | | | CCCMS 04/09/2021 - 04/09/2021 | N | 04/09/2021 15:28 | RJD | NA | 07/01/2020 12:22 | 04/09/2021 | MH Change | 04/09/2021 17:17 | 04/09/2021 20:50 | 0 | |
| CAL | | | CCCMS 04/08/2021 - 04/12/2021 | N | 04/12/2021 13:41 | RJD | NA | 04/08/2021 04:36 | 04/08/2021 | MH Change | 04/12/2021 17:12 | 04/12/2021 20:04 | 4 | |
| CAL | | | CCCMS 04/13/2021 - 04/20/2021 | N | 04/16/2021 00:00 | COR | IV | 05/15/2020 10:30 | 04/13/2021 | MH Change | 04/20/2021 06:57 | 04/20/2021 17:55 | 7 | |
| CAL | | | CCCMS 04/15/2021 - 04/30/2021 | N | 04/30/2021 14:35 | LAC | IV | 04/14/2021 17:22 | 04/15/2021 | MH Change | | | | **15** days -Limited Movement due to COVID restrictions |
| CAL | | | CCCMS 03/26/2021 - 04/07/2021 | N | 04/02/2021 00:00 | SVSP | IV | 11/05/2020 12:11 | 03/26/2021 | MH Change | 04/07/2021 08:20 | 04/07/2021 16:41 | 12 | |
| CAL | | | CCCMS 04/08/2021 - 04/19/2021 | N | 04/13/2021 00:00 | COR | IV | 02/23/2017 12:55 | 04/08/2021 | MH Change | 04/19/2021 08:48 | 04/19/2021 15:00 | 11 | |
| CAL | | | CCCMS 04/30/2021 - 04/30/2021 | N | 04/30/2021 13:08 | RJD | NA | 04/25/2021 23:48 | 04/30/2021 | MH Change | 04/30/2021 15:49 | 04/30/2021 18:59 | 0 | |
| CAL | | | CCCMS 04/09/2021 - 04/21/2021 | N | 04/15/2021 00:00 | CTF | II | 05/27/2020 14:55 | 04/09/2021 | MH Change | 04/21/2021 07:53 | 04/21/2021 15:49 | 12 | |
| CAL | | | CCCMS 03/08/2021 - 04/02/2021 | N | 03/23/2021 12:36 | RJD | IV | 10/13/2020 15:06 | 03/08/2021 | MH Change | 04/02/2021 08:43 | 04/02/2021 11:50 | 25 | |
| CAL | | | CCCMS 04/16/2021 - 04/16/2021 | N | 04/16/2021 12:39 | LAC | NA | 06/21/2019 09:47 | 04/16/2021 | MH Change | 04/16/2021 15:27 | 04/16/2021 21:08 | 0 | |
| CAL | | | CCCMS 04/22/2021 - 04/30/2021 | N | 04/23/2021 00:00 | SOL | III | 07/26/2018 17:02 | 04/22/2021 | MH Change | | | | |
| CAL | | | CCCMS 03/23/2021 - 04/06/2021 | N | 04/02/2021 00:00 | NKSP | III | 10/23/2020 17:02 | 03/23/2021 | MH Change | 04/06/2021 07:55 | 04/06/2021 13:24 | 14 | |
| CAL | | | CCCMS 04/26/2021 - 04/30/2021 | N | 04/27/2021 00:00 | NKSP | III | 12/01/2020 03:06 | 04/26/2021 | MH Change | | | | |
| CAL | | | CCCMS 04/06/2021 - 04/19/2021 | N | 04/14/2021 12:09 | COR | III | 12/18/2020 14:08 | 04/06/2021 | MH Change | 04/19/2021 08:48 | 04/19/2021 15:00 | 13 | |
| CAL | | | CCCMS 03/25/2021 - 04/07/2021 | N | 04/02/2021 00:00 | SOL | III | 03/18/2021 11:34 | 03/25/2021 | MH Change | 04/07/2021 08:18 | 04/07/2021 18:38 | 13 | |
| CAL | | | CCCMS 04/01/2021 - 04/01/2021 | N | 04/01/2021 15:48 | RJD | NA | 01/10/2013 15:50 | 04/01/2021 | MH Change | 04/01/2021 17:37 | 04/01/2021 20:23 | 0 | |
| CAL | | | CCCMS 03/25/2021 - 04/02/2021 | N | 03/30/2021 00:00 | RJD | III | 11/02/2020 13:59 | 03/25/2021 | MH Change | 04/02/2021 08:45 | 04/02/2021 11:50 | 8 | |
| CAL | | | CCCMS 04/06/2021 - 04/06/2021 | N | 04/06/2021 12:48 | RJD | NA | 12/26/2018 17:13 | 04/06/2021 | MH Change | 04/06/2021 15:58 | 04/06/2021 19:29 | 0 | |
| CAL | | | CCCMS 04/17/2021 - 04/17/2021 | N | 04/25/2019 00:00 | RJD | NA | 12/04/2019 16:04 | 04/17/2021 | MH Change | 04/17/2021 20:41 | 04/17/2021 23:43 | 0 | |
| CAL | | | CCCMS 04/20/2021 - 04/26/2021 | N | 04/23/2021 00:00 | LAC | IV | 02/13/2020 15:33 | 04/20/2021 | MH Change | 04/26/2021 09:01 | 04/26/2021 13:35 | 6 | |
| CAL | | | CCCMS 04/22/2021 - 04/29/2021 | N | 04/28/2021 00:00 | LAC | IV | 10/13/2020 15:06 | 04/22/2021 | MH Change | 04/29/2021 16:41 | 04/29/2021 21:10 | 7 | |
| CEN | | | CCCMS 04/07/2021 - 04/30/2021 | N | 04/14/2021 00:00 | MCSP | III | 03/25/2021 15:37 | 04/07/2021 | MH Change | | | | **23** days -Limited Movement due to COVID restrictions |
| CEN | | | CCCMS 03/16/2021 - 04/02/2021 | N | 03/19/2021 00:00 | CIM | II | 02/27/2019 11:33 | 03/16/2021 | MH Change | 04/02/2021 10:40 | 04/02/2021 14:42 | 17 | |
| CEN | | | CCCMS 08/06/2020 - 04/22/2021 | N | | | | 10/03/2019 18:46 | 08/06/2020 | MH Change | 04/22/2021 09:17 | 04/22/2021 14:30 | 262 | |
| CEN | | | CCCMS 03/24/2021 - 04/06/2021 | N | 03/26/2021 00:00 | NKSP | III | 11/27/2019 17:31 | 03/24/2021 | MH Change | 04/06/2021 09:06 | 04/06/2021 14:37 | 13 | |
| CEN | | | CCCMS 04/21/2021 - 04/21/2021 | N | 04/21/2021 15:26 | RJD | NA | 05/21/2015 14:43 | 04/21/2021 | MH Change | 04/21/2021 17:35 | 04/21/2021 19:49 | 0 | |
| CEN | | | CCCMS 03/25/2021 - 04/30/2021 | N | 03/26/2021 00:00 | MCSP | III | 12/05/2020 17:02 | 03/25/2021 | MH Change | | | | **36** days -Limited Movement due to COVID restrictions |
| CEN | | | CCCMS 03/04/2021 - 04/30/2021 | N | 03/10/2021 00:00 | CRC | II | 05/23/2019 16:08 | 03/04/2021 | MH Change | | | | **57** days -Limited Movement due to COVID restrictions |
| CEN | | | CCCMS 04/01/2021 - 04/01/2021 | N | 04/01/2021 13:58 | RJD | NA | 05/12/2017 11:04 | 04/01/2021 | MH Change | 04/01/2021 17:27 | 04/01/2021 19:46 | 0 | |
| CEN | | | CCCMS 06/12/2020 - 04/06/2021 | N | 03/23/2021 00:00 | CMC | II | 09/26/2017 16:27 | 06/12/2020 | MH Change | 04/06/2021 08:07 | 04/06/2021 15:48 | 298 | |
| CEN | | | CCCMS 03/17/2021 - 04/06/2021 | N | 03/19/2021 00:00 | WSP | III | 12/12/2019 16:32 | 03/17/2021 | MH Change | 04/06/2021 08:05 | 04/06/2021 14:15 | 20 | |
| CEN | | | CCCMS 04/13/2021 - 04/13/2021 | N | 04/13/2021 15:14 | RJD | NA | 04/03/2021 08:30 | 04/13/2021 | MH Change | 04/13/2021 17:10 | 04/13/2021 19:38 | 0 | |
| CEN | | | CCCMS 04/15/2021 - 04/30/2021 | N | 04/21/2021 00:00 | CIM | II | 06/12/2018 17:23 | 04/15/2021 | MH Change | 04/30/2021 11:58 | 04/30/2021 16:35 | 15 | |
| CEN | | | CCCMS 03/10/2021 - 04/06/2021 | N | 03/12/2021 00:00 | NKSP | III | 05/07/2019 16:30 | 03/10/2021 | MH Change | 04/06/2021 08:06 | 04/06/2021 14:37 | 27 | |
| CEN | | | CCCMS 04/15/2021 - 04/27/2021 | N | 04/19/2021 00:00 | COR | IV | 07/19/2018 17:03 | 04/15/2021 | MH Change | 04/27/2021 06:24 | 04/27/2021 17:20 | 12 | |
| CEN | | | CCCMS 04/28/2021 - 04/30/2021 | N | 04/29/2021 00:00 | LAC | III | 11/07/2019 17:29 | 04/28/2021 | MH Change | | | | |
| CEN | | | CCCMS 08/12/2020 - 04/22/2021 | N | | | | 07/23/2019 16:56 | 08/12/2020 | MH Change | 04/22/2021 09:17 | 04/22/2021 14:30 | 253 | |
| CEN | | | CCCMS 04/01/2021 - 04/01/2021 | N | 04/01/2021 15:19 | RJD | NA | 03/31/2021 07:22 | 04/01/2021 | MH Change | 04/01/2021 17:27 | 04/01/2021 19:46 | 0 | |
| CEN | | | CCCMS 04/14/2021 - 04/28/2021 | N | 04/16/2021 00:00 | NKSP | III | 05/29/2020 14:26 | 04/14/2021 | MH Change | 04/28/2021 08:28 | 04/28/2021 14:30 | 14 | |
| CEN | | | CCCMS 03/14/2021 - 04/30/2021 | N | 03/17/2021 00:00 | MCSP | III | 03/05/2020 19:13 | 03/14/2021 | MH Change | | | | **47** days -Limited Movement due to COVID restrictions |
| CEN | | | CCCMS 02/12/2021 - 04/08/2021 | N | 03/01/2021 00:00 | MCSP | III | 11/03/2020 11:32 | 02/12/2021 | MH Change | 04/08/2021 06:07 | 04/08/2021 18:11 | 55 | |
| CEN | | | CCCMS 03/25/2021 - 04/30/2021 | N | 03/26/2021 00:00 | MCSP | III | 01/06/2021 10:45 | 03/25/2021 | MH Change | | | | **36** days -Limited Movement due to COVID restrictions |
| CEN | | | CCCMS 03/04/2021 - 04/14/2021 | N | 04/06/2021 14:09 | CMC | II | 05/27/2020 16:08 | 03/04/2021 | MH Change | 04/14/2021 07:36 | 04/14/2021 14:56 | 41 | |
| CEN | | | CCCMS 03/10/2021 - 04/21/2021 | N | 03/19/2021 00:00 | VSP | II | 06/05/2020 18:25 | 03/10/2021 | MH Change | 04/21/2021 07:00 | 04/21/2021 17:50 | 42 | |
| CEN | | | CCCMS 02/25/2021 - 04/08/2021 | Y | 03/08/2021 00:00 | MCSP | III | 12/30/2020 17:35 | 02/25/2021 | MH Change | 04/08/2021 06:07 | 04/08/2021 18:11 | 42 | |
| CEN | | | CCCMS 04/07/2021 - 04/30/2021 | N | 04/13/2021 00:00 | MCSP | III | 06/04/2020 16:40 | 04/07/2021 | MH Change | | | | **23** days -Limited Movement due to COVID restrictions |
| CEN | | | CCCMS 03/30/2021 - 04/05/2021 | N | 04/05/2021 14:07 | RJD | NA | 03/11/2021 12:46 | 03/30/2021 | MH Change | 04/05/2021 16:26 | 04/05/2021 18:53 | 6 | |
| CEN | | | CCCMS 04/15/2021 - 04/15/2021 | N | 04/15/2021 11:37 | RJD | NA | 04/13/2021 17:09 | 04/15/2021 | MH Change | 04/15/2021 13:07 | 04/15/2021 15:36 | 0 | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEN | | | CCCMS 04/02/2021 - 04/30/2021 | N | 04/08/2021 00:00 | MCSP | III | 03/29/2021 15:42 | 04/02/2021 | MH Change | | | | **28** days -Limited Movement due to COVID restrictions |
| CEN | | | CCCMS 04/16/2021 - 04/28/2021 | N | 04/21/2021 00:00 | RJD | III | 04/13/2021 17:09 | 04/16/2021 | MH Change | 04/28/2021 13:26 | 04/28/2021 16:26 | 12 | |
| CEN | | | CCCMS 04/07/2021 - 04/20/2021 | N | 04/14/2021 00:00 | CTF | II | 03/17/2021 17:45 | 04/07/2021 | MH Change | 04/20/2021 09:21 | 04/20/2021 18:45 | 13 | |
| CEN | | | CCCMS 04/23/2021 - 04/23/2021 | N | 04/23/2021 12:19 | RJD | NA | 10/27/2019 07:17 | 04/23/2021 | MH Change | 04/23/2021 15:26 | 04/23/2021 18:06 | 0 | |
| CEN | | | CCCMS 03/16/2021 - 04/06/2021 | N | 03/25/2021 00:00 | CTF | II | 02/02/2021 17:13 | 03/16/2021 | MH Change | 04/06/2021 08:07 | 04/06/2021 18:38 | 21 | |
| CEN | | | CCCMS 02/18/2021 - 04/08/2021 | N | 03/01/2021 00:00 | MCSP | III | 05/25/2020 22:07 | 02/18/2021 | MH Change | 04/08/2021 06:07 | 04/08/2021 18:11 | 49 | |
| CEN | | | CCCMS 03/26/2021 - 04/21/2021 | N | 04/08/2021 00:00 | SOL | III | 04/04/2021 23:35 | 03/26/2021 | MH Change | 04/21/2021 07:00 | 04/21/2021 22:23 | 27 | |
| CVSP | | | CCCMS 02/03/2021 - 04/01/2021 | N | 03/25/2021 16:36 | VSP | II | 01/25/2021 20:59 | 02/03/2021 | MH Change | 04/01/2021 01:29 | 04/01/2021 10:53 | 57 | |
| CVSP | | | CCCMS 11/15/2020 - 04/01/2021 | N | 03/25/2021 16:05 | VSP | II | 08/09/2018 16:47 | 11/15/2020 | MH Change | 04/01/2021 01:29 | 04/01/2021 10:53 | 137 | |
| CVSP | | | CCCMS 11/24/2020 - 04/01/2021 | N | 03/25/2021 16:21 | VSP | II | 11/05/2019 10:22 | 11/24/2020 | MH Change | 04/01/2021 01:29 | 04/01/2021 10:53 | 128 | |
| CVSP | | | CCCMS 04/20/2021 - 04/27/2021 | N | 04/22/2021 00:00 | CRC | II | 04/14/2020 05:24 | 04/20/2021 | MH Change | 04/27/2021 04:35 | 04/27/2021 07:39 | 7 | |
| CVSP | | | CCCMS 04/07/2021 - 04/19/2021 | N | 04/12/2021 00:00 | CMC | II | 10/12/2020 12:15 | 04/07/2021 | MH Change | 04/19/2021 01:25 | 04/19/2021 09:47 | 12 | |
| CVSP | | | CCCMS 03/04/2021 - 04/02/2021 | N | 03/08/2021 00:00 | CMC | II | 02/24/2021 11:54 | 03/04/2021 | MH Change | 04/02/2021 07:08 | 04/02/2021 16:58 | 29 | |
| ISP | | | EOP 04/14/2021 - 04/30/2021 | N | 04/23/2021 00:00 | SVSP | III | 08/27/2019 14:55 | 04/14/2021 | MH Change | | | 19 | **16** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 04/21/2020 - 04/19/2021 | N | 03/26/2021 00:00 | CMC | II | 04/05/2020 11:04 | 04/21/2020 | MH Change | 04/19/2021 08:26 | 04/19/2021 16:14 | 363 | |
| ISP | | | CCCMS 07/29/2020 - 04/30/2021 | N | 03/17/2021 00:00 | SATF | II | 04/24/2020 09:56 | 07/29/2020 | MH Change | | | | **275** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 10/09/2020 - 04/30/2021 | N | 04/26/2021 13:18 | CMC | II | 04/24/2020 09:56 | 10/09/2020 | MH Change | | | | **203** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 04/28/2021 - 04/30/2021 | N | | | | 09/16/2019 10:48 | 04/28/2021 | MH Change | | | | |
| ISP | | | CCCMS 03/17/2021 - 04/19/2021 | N | 03/22/2021 00:00 | RJD | III | 01/09/2020 18:07 | 03/17/2021 | MH Change | 04/19/2021 07:31 | 04/19/2021 12:08 | 33 | |
| ISP | | | CCCMS 03/30/2021 - 04/19/2021 | N | 04/07/2021 00:00 | CMC | II | 04/23/2020 10:27 | 03/30/2021 | MH Change | 04/19/2021 08:26 | 04/19/2021 16:14 | 20 | |
| ISP | | | CCCMS 03/10/2021 - 04/02/2021 | N | 03/17/2021 00:00 | VSP | II | 08/09/2019 11:43 | 03/10/2021 | MH Change | 04/02/2021 07:27 | 04/02/2021 17:24 | 23 | |
| ISP | | | CCCMS 04/22/2020 - 04/30/2021 | N | 04/21/2021 00:00 | CMC | II | 04/09/2020 09:42 | 04/22/2020 | MH Change | | | | |
| ISP | | | CCCMS 03/24/2021 - 04/28/2021 | N | 03/26/2021 00:00 | SCC | II | 08/01/2019 17:21 | 03/24/2021 | MH Change | 04/28/2021 02:26 | 04/28/2021 15:45 | 35 | |
| ISP | | | CCCMS 04/28/2021 - 04/30/2021 | N | 12/01/2020 08:47 | VSP | II | 04/04/2020 12:14 | 04/28/2021 | MH Change | | | | |
| ISP | | | CCCMS 07/08/2020 - 04/01/2021 | N | 03/18/2021 00:00 | CMC | II | 04/05/2020 09:27 | 07/08/2020 | MH Change | 04/01/2021 08:22 | 04/01/2021 17:10 | 267 | |
| ISP | | | CCCMS 03/08/2021 - 04/01/2021 | N | 03/09/2021 00:00 | CMC | II | 04/10/2020 09:25 | 03/08/2021 | MH Change | 04/01/2021 08:22 | 04/01/2021 17:10 | 24 | |
| ISP | | | CCCMS 11/13/2020 - 04/08/2021 | N | 03/19/2021 00:00 | KVSP | IV | 09/21/2020 09:22 | 11/13/2020 | MH Change | 04/08/2021 05:46 | 04/08/2021 13:06 | 146 | |
| ISP | | | CCCMS 09/02/2020 - 04/14/2021 | N | 03/24/2021 11:31 | CMC | III | 02/20/2020 16:35 | 09/02/2020 | MH Change | 04/14/2021 08:38 | 04/14/2021 16:02 | 224 | |
| ISP | | | CCCMS 04/27/2021 - 04/30/2021 | N | 04/29/2021 00:00 | CCI | II | 04/03/2020 11:46 | 04/27/2021 | MH Change | | | | |
| ISP | | | CCCMS 10/27/2020 - 04/19/2021 | N | 04/01/2021 13:10 | CMC | III | 11/16/2020 12:55 | 10/27/2020 | MH Change | 04/19/2021 08:26 | 04/19/2021 16:14 | 174 | |
| ISP | | | CCCMS 04/22/2021 - 04/30/2021 | N | 04/29/2021 00:00 | PVSP | III | 09/28/2020 06:32 | 04/22/2021 | MH Change | | | | |
| ISP | | | CCCMS 04/22/2021 - 04/30/2021 | N | 04/29/2021 00:00 | ASP | II | 04/29/2019 11:53 | 04/22/2021 | MH Change | | | | |
| ISP | | | CCCMS 08/19/2020 - 04/19/2021 | N | 04/07/2021 00:00 | CTF | II | 02/04/2021 02:24 | 08/19/2020 | MH Change | 04/19/2021 08:26 | 04/19/2021 18:37 | 243 | |
| ISP | | | CCCMS 03/24/2021 - 04/28/2021 | N | 03/26/2021 00:00 | SCC | II | 04/11/2020 09:26 | 03/24/2021 | MH Change | 04/28/2021 02:26 | 04/28/2021 15:45 | 35 | |
| ISP | | | CCCMS 03/11/2021 - 04/30/2021 | N | 04/12/2021 15:25 | SATF | II | 10/22/2018 11:41 | 03/11/2021 | MH Change | | | | **50** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 12/17/2020 - 04/30/2021 | N | 03/19/2021 00:00 | HDSP | III | 09/21/2020 08:23 | 12/17/2020 | MH Change | | | | **134** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 08/19/2020 - 04/01/2021 | N | 03/16/2021 00:00 | RJD | III | 01/28/2020 10:45 | 08/19/2020 | MH Change | 04/01/2021 08:22 | 04/01/2021 13:52 | 225 | |
| ISP | | | CCCMS 02/24/2021 - 04/01/2021 | N | 03/19/2021 00:00 | RJD | III | 09/21/2020 08:11 | 02/24/2021 | MH Change | 04/01/2021 08:22 | 04/01/2021 13:52 | 36 | |
| ISP | | | CCCMS 03/04/2021 - 04/02/2021 | N | 03/12/2021 00:00 | VSP | II | 04/10/2020 10:15 | 03/04/2021 | MH Change | 04/02/2021 07:27 | 04/02/2021 17:24 | 29 | |
| ISP | | | CCCMS 09/18/2020 - 04/30/2021 | N | 04/12/2021 14:58 | SATF | III | 10/08/2019 14:27 | 09/18/2020 | MH Change | | | | **224** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 01/19/2021 - 04/30/2021 | N | 04/26/2021 13:09 | CIM | II | 04/05/2020 10:09 | 01/19/2021 | MH Change | | | | **101** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 04/28/2021 - 04/30/2021 | N | 12/30/2020 00:00 | | | 01/27/2021 14:58 | 04/28/2021 | MH Change | | | | |
| ISP | | | CCCMS 03/30/2021 - 04/30/2021 | N | 04/07/2021 00:00 | SATF | III | 02/10/2021 13:58 | 03/30/2021 | MH Change | | | | **31** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 03/04/2021 - 04/30/2021 | N | 04/26/2021 08:35 | VSP | II | 04/23/2020 11:51 | 03/04/2021 | MH Change | | | | **57** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 02/26/2021 - 04/01/2021 | N | 03/04/2021 00:00 | CMC | II | 07/26/2020 16:18 | 02/26/2021 | MH Change | 04/01/2021 08:22 | 04/01/2021 17:10 | 34 | |
| ISP | | | CCCMS 10/29/2020 - 04/30/2021 | N | 04/21/2021 09:59 | SATF | II | 04/11/2020 11:31 | 10/29/2020 | MH Change | | | | **183** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 05/14/2020 - 04/30/2021 | N | 01/14/2021 00:00 | SATF | II | 04/25/2020 10:14 | 05/14/2020 | MH Change | | | | **351** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 10/21/2020 - 04/30/2021 | N | 04/26/2021 12:54 | VSP | II | 09/21/2020 09:47 | 10/21/2020 | MH Change | | | | **191** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 01/28/2021 - 04/30/2021 | N | 02/11/2021 00:00 | SATF | II | 04/04/2021 21:55 | 01/28/2021 | MH Change | | | | **92** days -Limited Movement due to COVID restrictions |
| ISP | | | CCCMS 04/21/2021 - 04/30/2021 | N | 04/29/2021 00:00 | VSP | II | 04/09/2020 10:58 | 04/21/2021 | MH Change | | | | |
| ISP | | | CCCMS 01/07/2021 - 04/30/2021 | N | 01/12/2021 00:00 | SATF | IV | 03/10/2020 17:16 | 01/07/2021 | MH Change | | | | **113** days -Limited Movement due to COVID restrictions |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISP | | | CCCMS 02/10/2021 - 04/30/2021 | N | 02/19/2021 00:00 | SATF | IV | 08/14/2020 07:49 | 02/10/2021 | MH Change | | | | | **79** days -Limited Movement due to COVID restrictions |

# EXHIBIT B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 05/03/2021 07:00 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 04/01/2021 - 04/30/2021
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL | [redacted] | [redacted] | 04/17/2021 | N | 04/12/2021 12 03 | LAC | IV | 04/17/2021 02:57 | CCCMS 04/17/2021 - 04/17/2021 | MH Upon Arrival | 04/17/2021 16:50 | | 13.88 (Total Hours until Transferred out) | Inadvertent Trasfer |