FILED

MAY 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>    Plaintiffs-Appellees,<br><br>  v.<br><br>GAVIN NEWSOM, Governor, State of California; et al.,<br><br>    Defendants-Appellants. | No. 21-15039<br><br>D.C. No. 2:90-cv-00520-KJM-DB<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

The parties' stipulated motion (Docket Entry No. 16) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court shall act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 05/10/2021/Pro Mo