DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' RESPONSE TO MARCH 26, 2021 ORDER GRANTING LEAVE TO FILE MOTION RE: DSH HOSPITAL-WIDE STAFFING DATA**<br><br>Judge: Hon. Kimberly J. Mueller |

[3740062.2]

1       On March 26, 2021, this Court granted Plaintiffs' request for leave to file a motion
2  seeking hospital-wide data showing clinical staffing allocations and vacancies for the three
3  Department of State Hospitals ("DSH") programs treating *Coleman* class members, and
4  required Plaintiffs' motion to be filed within 60 days.  ECF No. 7106.  As Plaintiffs
5  explained in their request, DSH provided this data routinely as part of Defendants'
6  monthly reporting until unilaterally changing their reporting format in the Spring of 2017
7  to include only a subset of positions they claim are dedicated to *Coleman* patients.  *See*
8  ECF No. 7105.  During the parties' meet and confer sessions over DSH's recently filed
9  staffing plan stretching back to 2018, Plaintiffs objected that Defendants' reporting change
10 could obscure large vacancies in overall clinical positions at the three hospitals treating
11 *Coleman* patients that could undermine care, but Defendants refused to provide the
12 hospital-wide data.  *See id.* at 2.

13      Since Plaintiffs filed their request for leave to file a motion seeking the hospital-
14 wide data, however, Defendants produced the requested reports on April 16, 2021 in
15 response to Plaintiffs' public records act request.  The data produced does in fact show
16 persistent and significant clinical vacancies in the core mental health treatment team
17 staffing categories at Atascadero, Coalinga, and Patton State Hospitals, despite
18 Defendants' claims in their DSH staffing plan that the "*Coleman* units" at each of these
19 hospitals are consistently staffed at or above 90%.  *Compare* Defs' DSH Staffing Plan,
20 ECF No. 7078-1 at 2, *with* Decl. of Lisa Ells ISO Pls' Response to March 26, 2021 Order,
21 filed herewith, ¶ 2, Ex. A at 63-65 (reporting, e.g., staff psychiatrist functional vacancy
22 rates of 29.71%, 33.23%, and 40.34% at ASH, CSH, and PSH respectively in
23 February 2021).

24      Because Defendants are no longer refusing to provide the hospital-wide staffing
25 information Plaintiffs sought, Plaintiffs' planned motion seeking an order requiring
26 production of that data is no longer necessary.  Should Defendants again refuse to provide
27 the hospital-wide staffing data in the future, however, Plaintiffs will renew their request to
28 file a motion consistent with this Court's December 24, 2020 order, ECF No. 7003.

**CERTIFICATION**

In preparing this filing, Plaintiffs' counsel certifies that she reviewed the following orders: ECF Nos. 7106, 7003, and 1383.

DATED: May 25, 2021        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By: */s/ Lisa Ells*
    Lisa Ells

Attorneys for Plaintiffs