UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

As required by court order, on January 15, 2021, defendants filed proposed activation schedules for completion of court-ordered suicide prevention recommendations. ECF No. 7024. On January 29, 2021, the court approved the proposed activation schedules with specific direction to defendants to notify the Special Master "if any project runs thirty (30) days past any due date set in any activation schedule." ECF No. 7043. On May 4, 2021, the court ordered defendants to file updated activation schedules complete with current updates to the Actual Completion column. ECF No. 7150. On May 12, 2021, defendants timely filed updated activation schedules. ECF No. 7160.

The updated activation schedules show that approved schedules for some of the projects have been delayed. Defendants have appropriately included explanations for the various delays. Good cause appearing, the January 29, 2021 bench order is hereby modified to require

1

defendants to notify the Special Master immediately whenever a determination is made that a project will be delayed and, not later than ten days after notice is provided to the Special Master, to file an activation schedule updated to reflect the new projected completion date.[1]

IT IS SO ORDERED.

DATED: May 26, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] As the court noted at hearing, defendants' representation in any activation schedule that a particular project is completed is subject to confirmation by the Special Master's expert, Mr. Hayes, unless the representation clarifies that Mr. Hayes has confirmed completion.