ROB A. BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS L. HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge: The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*) On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

1  Consistent with the Court's February 14, 2018 order, attached here is a letter from
2  Defendant CDCR setting forth CDCR's Division of Health Care Services Systemwide Mental
3  Health Program Allocated and Filled Psychiatry Positions for April 2021.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 5786, ECF No. 5803, and ECF No. 5886.

Dated: May 28, 2021                                         Respectfully submitted,

                                                            ROB A. BONTA
                                                            Attorney General of California
                                                            DAMON MCCLAIN
                                                            Supervising Deputy Attorney General


                                                            /S/ *Namrata Kotwani*
                                                            NAMRATA KOTWANI
                                                            Deputy Attorney General
                                                            *Attorneys for Defendants*

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                   GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



May 28, 2021

Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Ave Ste 11000
San Francisco, CA 94102-7020

RE:   CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Kotwani:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits as Exhibit A its monthly reports identifying the psychiatry vacancy rates at each CDCR institution and systemwide for April 2021. In accordance with the Court's February 14, 2018 order, the reports contain the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

 /s/ *Amar Mehta*
Amar Mehta, M.D.
Deputy Director
Statewide Mental Health Program

# EXHIBIT A

| | Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Psychiatry Positions - April 2021 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revised Allocated Jan 2021[1] | | | Filled Apr 2021 | | | | | | Filled w PNP Apr 2021 | | |
| Sites | Site | Telepsych | Allocated Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 3.00 | 0.00 | 3.00 | 0.00 | 4.85 | 0.00 | 0.00 | 4.85 | 162% | 0.00 | 4.85 | 162% |
| CAL | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CCI | 4.50 | 0.00 | 4.50 | 2.00 | 1.97 | 0.00 | 0.00 | 3.97 | 88% | 0.00 | 3.97 | 88% |
| CCWF | 6.00 | 2.00 | 8.00 | 5.00 | 0.00 | 2.00 | 0.00 | 7.00 | 88% | 2.00 | 9.00 | 113% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CHCF | 5.50 | 17.50 | 23.00 | 2.00 | 5.19 | 8.18 | 0.28 | 15.65 | 68% | 1.00 | 16.65 | 72% |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 14.00 | 11.10 | 0.00 | 0.00 | 25.10 | 69% | 0.00 | 25.10 | 69% |
| CIM | 8.50 | 0.00 | 8.50 | 6.00 | 2.19 | 1.00 | 0.00 | 9.19 | 108% | 0.00 | 9.19 | 108% |
| CIW | 10.00 | 0.50 | 10.50 | 5.00 | 6.24 | 0.00 | 0.00 | 11.24 | 107% | 0.00 | 11.24 | 107% |
| CMC | 14.50 | 1.50 | 16.00 | 8.00 | 5.88 | 1.91 | 0.00 | 15.79 | 99% | 0.00 | 15.79 | 99% |
| CMF | 14.50 | 3.50 | 18.00 | 6.00 | 6.61 | 3.00 | 0.00 | 15.61 | 87% | 1.00 | 16.61 | 92% |
| CMF PIP | 32.00 | 0.00 | 32.00 | 7.00 | 11.89 | 1.00 | 0.00 | 19.89 | 62% | 0.00 | 19.89 | 62% |
| COR | 4.50 | 4.50 | 9.00 | 2.50 | 3.29 | 5.55 | 0.00 | 11.34 | 126% | 0.00 | 11.34 | 126% |
| CRC | 3.00 | 0.00 | 3.00 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | 233% | 0.00 | 7.00 | 233% |
| CTF | 2.50 | 2.00 | 4.50 | 2.00 | 0.86 | 0.59 | 0.00 | 3.45 | 77% | 0.98 | 4.43 | 98% |
| CVSP | 0.00 | 0.50 | 0.50 | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 100% | 0.00 | 0.50 | 100% |
| DVI | 1.50 | 0.00 | 1.50 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 133% | 0.00 | 2.00 | 133% |
| FSP | 2.00 | 0.00 | 2.00 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | 150% | 0.00 | 3.00 | 150% |
| HDSP | 0.00 | 5.50 | 5.50 | 0.00 | 0.16 | 4.09 | 0.70 | 4.95 | 90% | 0.00 | 4.95 | 90% |
| ISP | 0.00 | 0.50 | 0.50 | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 100% | 0.00 | 0.50 | 100% |
| KVSP | 3.50 | 4.50 | 8.00 | 1.00 | 0.00 | 6.09 | 0.61 | 7.70 | 96% | 1.98 | 9.68 | 121% |
| LAC | 10.50 | 0.00 | 10.50 | 6.00 | 3.87 | 1.00 | 0.00 | 10.87 | 104% | 1.15 | 12.02 | 114% |
| MCSP | 6.50 | 7.50 | 14.00 | 5.75 | 2.94 | 5.00 | 1.47 | 15.16 | 108% | 0.00 | 15.16 | 108% |
| NKSP | 6.50 | 1.00 | 7.50 | 0.00 | 3.51 | 2.00 | 0.00 | 5.51 | 73% | 3.72 | 9.23 | 123% |
| PBSP | 1.00 | 1.50 | 2.50 | 1.00 | 0.00 | 1.50 | 0.00 | 2.50 | 100% | 0.00 | 2.50 | 100% |
| PVSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.32 | 1.00 | 0.00 | 2.32 | 77% | 0.00 | 2.32 | 77% |
| RJD | 13.00 | 2.50 | 15.50 | 7.25 | 4.92 | 2.18 | 0.00 | 14.35 | 93% | 0.00 | 14.35 | 93% |
| SAC | 18.00 | 0.50 | 18.50 | 15.75 | 3.22 | 0.00 | 0.00 | 18.97 | 103% | 0.00 | 18.97 | 103% |
| SATF | 5.00 | 9.00 | 14.00 | 1.00 | 2.17 | 10.00 | 0.00 | 13.17 | 94% | 2.69 | 15.86 | 113% |
| SCC | 1.00 | 1.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50% | 0.40 | 1.40 | 70% |
| SOL | 3.50 | 0.00 | 3.50 | 4.00 | 0.97 | 0.00 | 0.00 | 4.97 | 142% | 0.00 | 4.97 | 142% |
| SQ | 9.50 | 0.00 | 9.50 | 11.00 | 0.88 | 0.00 | 0.00 | 11.88 | 125% | 0.00 | 11.88 | 125% |
| SVSP | 2.00 | 6.50 | 8.50 | 0.00 | 3.66 | 6.00 | 1.28 | 10.94 | 129% | 0.00 | 10.94 | 129% |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 1.00 | 7.47 | 0.00 | 0.00 | 8.47 | 85% | 0.00 | 8.47 | 85% |
| VSP | 0.00 | 6.50 | 6.50 | 0.00 | 0.45 | 8.00 | 0.00 | 8.45 | 130% | 0.00 | 8.45 | 130% |
| WSP | 5.00 | 2.50 | 7.50 | 3.00 | 1.58 | 3.00 | 0.58 | 8.16 | 109% | 0.00 | 8.16 | 109% |
| NTTM[5] | 0.00 | 8.00 | 8.00 | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 25% | 0.00 | 2.00 | 25% |
| TOTAL | 245.50 | 93.00 | 338.50 | 131.25 | 96.19 | 78.09 | 4.92 | 310.45 | 92% | 14.92 | 325.37 | 96% |

**Footnote**

1. Source: MH Memo January 2021 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied
2. Source: May 3, 2021 CCHCS Psychiatrist Vacancy/Coverage Report
3. Source: PSYT_PNP Temp Relief Details (April 2021)
4. Source: April 2021 Telepsychiatry Provider List
5. NTTM-Nighttime Telepsych Shift - Took 0.5 from (CHCF, CMF, CIW, CMC, COR, CVSP, HDSP, ISP, KVSP, MCSP, PBSP, RJD, SAC, SVSP, VSP, WSP) telepsych