1   Rob Bonta, State Bar No. 202668
    Attorney General of California
2   Monica N. Anderson, State Bar No. 182970
    Senior Assistant Attorney General
3   Adriano Hrvatin, State Bar No. 220909
    Supervising Deputy Attorney General
4   Elise Owens Thorn, State Bar No. 145931
    Lucas Hennes, State Bar No. 278361
5   Namrata Kotwani, State Bar No.308741
    Deputy Attorneys General
6     1300 I Street, Suite 125
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone:  (916) 210-7318
8     Fax:  (916) 324-5205
      E-mail:  Elise.Thorn@doj.ca.gov
9   Attorneys for Defendants

10  HANSON BRIDGETT LLP
    PAUL B. MELLO, SBN 179755
11  SAMANTHA D. WOLFF, SBN 240280
    LAUREL E. O'CONNOR, SBN 305478
12  DAVID C. CASARRUBIAS, SBN 321994
    1676 N. California Blvd., Suite 620
13  Walnut Creek, California 94596
    Telephone:  925-746-8460
14  Facsimile:   925-746-8490

    Attorneys for Defendants

15

Roman M. Silberfeld, State Bar No. 62783
Glenn A. Danas, State Bar No. 270317
Robins Kaplan LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone:  (310) 552-0130
  Fax:  (310) 229-5800
  E-mail:  RSilberfeld@RobinsKaplan.com
Special Counsel for Defendants

16

17                IN THE UNITED STATES DISTRICT COURT

18            FOR THE EASTERN DISTRICT OF CALIFORNIA

19                      SACRAMENTO DIVISION

20

| | |
|---|---|
| 21  **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' TWENTY-FIFTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF  MENTAL HEALTH CRISIS BEDS** |
| 22 | |
| 23  **v.** | |
| 24  **GAVIN NEWSOM, et al.,** | |
| 25  Defendants. | Judge:    Hon. Kimberly J. Mueller |

26

27

28

1

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding

process for the construction of 100 mental health crisis beds.  (ECF No. 6135.)  The Court further

ordered Defendants to file an update every thirty days until the funding process is complete.  (*Id*.)

Defendants have filed twenty-four status reports and a supplemental report providing additional

information requested by the Court, which outline the funding process and Defendants' ongoing

efforts to advance the construction of additional licensed crisis beds.

**DISCUSSION**

**I.    DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

On May 28, 2019, Defendants filed their first status report on funding for the construction

of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J.

Donovan Correctional Facility (RJD).   (ECF No. 6168.)  The report explained that the California

Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan

phase of design, was seeking approval to begin the project's working drawings phase, and was

preparing a request for funding to the Department of Finance for the project's construction phase

to be included in the 2020-2021 State Budget.  Defendants have timely filed an additional twenty-

three status reports between June 27, 2019 and April 28, 2021.  (ECF Nos. 6208, 6235, 6256,

6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, 6840, 6884, 6926, 6967,

7007, 7036, 7070, 7114, and 7139.)

**II.    UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

As previously reported to the Court, CDCR's MHCB construction project in Southern

California is proceeding with the construction of 50 new licensed mental health crisis beds at

CIM.  (ECF Nos. 6297 at 3, and 6371 at 3.)  CDCR is proceeding with work on the plan.  (Borg

Decl. ¶ 2.)

/ / /

/ / /

1    As previously reported, the architect of record, Hellmuth, Obata and Kassabaum, revised

2    the working drawings in response to additional review comments CDCR received from the Office

3    of the State Fire Marshal on April 1, 2021.  (ECF No. 7139.)  CDCR met with the Office of the

4    State Fire Marshal (OSFM) on May 26, 2021, to review the working drawings for the

5    project.  (Borg Decl. ¶ 3.)  The OSFM raised an additional technical issue that requires further

6    revisions to the working drawings.  (*Id.*)  CDCR anticipates submitting the revised working

7    drawings to the OSFM on June 1, and expects to receive the final working drawings from the

8    OSFM on June 4, 2021.  (*Id.*)

9    As first reported to the Court in February, the project may be impacted by a decision from

10    the San Bernardino Superior Court that found some inadequacies in the Environmental Impact

11    Report completed for the CIM project.  (ECF No. 7070 at 3, 7070-1 at 2 and Exhibit A.)   The

12    decision, issued on February 24, 2021, follows a petition for writ of mandamus filed in 2019 by

13    the City of Chino, the City of Chino Hills, San Bernardino County and the Chino Valley

14    Independent Fire District seeking an order directing CDCR to vacate approval of the CIM project

15    on the basis that CDCR's Environmental Impact Report on the construction project was

16    inadequate.  (*Id.*)  Although CDCR successfully defended seven of ten claims raised in the

17    petition, it will need to address three issues with the Environmental Impact Report the court found

18    inadequate:  (1) the description of baseline conditions; (2) the analysis of project alternatives; and

19    (3) the analysis of traffic impacts.  (*Id.*)

20    CDCR's previous estimates of the dates for the commencement and completion of the CIM

21    project will likely be impacted by the Superior Court's decision.  (ECF No. 7070 at 3, 7070-1 at 2

22    and Exhibit A.)  However, Defendants will be unable to provide a revised timeline until (1) the

23    writ and judgment are finalized by the Superior Court, (2) CDCR determines whether it will

24    appeal the judgment, and (3) CDCR determines the feasibility of negotiating a resolution of the

25    three claims with the petitioners.  (Borg Decl. ¶ 4.)  In the next status report, which is due in June,

26    Defendants will report on the status of the entry of judgment, and provide an anticipated timeline

27    for the other work needed to update the Environmental Impact Report.  (*Id.*)

28    / / /

**III.   UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.**

As previously reported to the Court, the CIM project was funded as part of Assembly Bill 89, the Budget Act of 2020.  (ECF o 6790 at 3.)  A request to re-appropriate the construction funding for this project was submitted to the Legislature on May 14, 2021, as part of the May Revision to the Governor's 2021-22 Budget.  (Borg Decl. ¶ 5.)  A sub-committee of the Senate Budget and Fiscal Review Committee approved the re-appropriation request on May 25, 2021, and a sub-committee of the Assembly Budget Committee approved the re-appropriation request on May 26, 2021.  (*Id.*)  Defendants will report on any further legislative actions approving a final 2021-22 budget in the next status report to the Court in June.  (*Id.*)

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

Dated: May 28, 2021                                  Respectfully submitted,

                                                     ROB BONTA
                                                     Attorney General of California
                                                     DAMON MCCLAIN
                                                     Supervising Deputy Attorney General


                                                  By: */s/ Elise Owens Thorn*
                                                     ELISE OWENS THORN
                                                     DEPUTY ATTORNEY GENERAL
                                                     ATTORNEYS FOR DEFENDANT


DATED:  May 28, 2021                                  HANSON BRIDGETT LLP



                                                  By:  */s/ Samantha Wolff*
                                                     PAUL B. MELLO
                                                     SAMANTHA D. WOLFF
                                                     LAUREL E. O'CONNOR
                                                     DAVID C. CASARRUBIAS
                                                     Attorneys for Defendants

4