Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Adriano Hrvatin, State Bar No. 220909
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Kyle A. Lewis, State Bar No. 201041
Lucas Hennes, State Bar No. 278361
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone: 925-746-8460
Facsimile: 925-746-8490

*Attorneys for Defendants*

Roman M. Silberfeld, State Bar No. 62783
Glenn A. Danas, State Bar No. 270317
Robins Kaplan LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>          v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' TWENTY-FIFTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS**<br><br>Judge:   Hon. Kimberly J. Mueller |

1

I, Dean L. Borg, declare:

1. I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' twenty-fifth status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

2. The work on CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men is proceeding, consistent with reports previously provided to the Court, with potential delays described in paragraph 4 below.

3. CDCR met with the Office of the State Fire Marshal (OSFM) on May 26, 2021, to review the working drawings for the project. The OSFM raised an additional technical issue that requires further revisions to the working drawings. CDCR anticipates submitting the revised working drawings to the OSFM on June 1, and expects to receive the final working drawings from the OSFM on June 4, 2021.

4. I continue to believe that my previous estimates of the dates for the commencement and completion of construction will potentially be impacted by the work needed to address the February 24, 2021 order from the San Bernardino Superior Court. The Superior Court has still not issued a writ and judgment in the matter concerning the Environmental Impact Report. I will report on the status of the entry of judgment, and an anticipated timeline for the other work needed to complete revisions to the Environmental Impact Report, if that information is available, in my declaration in support of the 26th status report to the Court in June.

5. A request to re-appropriate the construction funding for this project was submitted to the Legislature on May 14, 2021, as part of the May Revision to the Governor's 2021-22 Budget. A sub-committee of the Senate Budget and Fiscal Review Committee approved the re-appropriation request on May 25, 2021, and a sub-committee of the Assembly Budget Committee approved the re-appropriation request on May 26 2021. Defendants will report on any further legislative actions approving a final 2021-22 budget in the 26th status report to the Court in June.

2

Borg Decl. ISO 25th Status Report on Funding Process for Constr. MHCB (2:90-cv-00520 KJM-DB (PC))

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Sacramento, California on May 28, 2021.

/s/ *DEAN L. BORG*
DEAN L. BORG
Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

3

Borg Decl. ISO 25th Status Report on Funding Process for Constr. MHCB (2:90-cv-00520 KJM-DB (PC))