| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Lucas Hennes, State Bar No. 278361<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone:  (916) 210-7318<br>  Fax:  (916) 324-5205<br>  E-mail:  Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>David C. Casarrubias, SBN 321994<br>1676 N. California Blvd., Suite 620<br>Walnut Creek, California 94596<br>Telephone:   925-746-8460<br>Facsimile:   925-746-8490<br>*Attorneys for Defendants*<br><br>Roman M. Silberfeld, State Bar No. 62783<br>Glenn A. Danas, State Bar No. 270317<br>Robins Kaplan LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone:  (310) 552-0130<br>  Fax:  (310) 229-5800<br>  E-mail:  RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>      Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF PAUL B. MELLO IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE CONTINUOUS QUALITY IMPROVEMENT TOOL KEY INDICATORS**<br><br>Judge:    Hon. Kimberly J. Mueller |

-1-

Case No. 2:90-CV-00520- KJM-DB

DECLARATION OF PAUL B. MELLO

17612464.2

**DECLARATION OF PAUL B. MELLO**

I, Paul B. Mello, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hanson Bridgett LLP, co-counsel of record for Defendants. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On March 17, 2021, Defendants filed their Response to the December 17, 2020 Order Re: CQIT Indicators ("Defendants' List"). ECF No. 7089. Subsequently, on May 6, 2021, the Special Master filed his Report on the Continuous Quality Improvement Tool Key Indicators ("Report"). ECF No. 7151. As Defendants state in their Objections to the Special Master's Report, filed herewith, the Special Master's Report does not differentiate between key and informational indicators, and is thereby overly-inclusive and inconsistent with this Court's orders, the Eighth Amendment, the Prison Litigation Reform Act, and the Standards for Mental Health Services in Correctional Facilities established by the National Commission on Correctional Health Care. To assist this Court in clearly identifying which of the indicators that are included in the Special Master's Report as "key," but which are more properly identified as "informational" indicators, Defendants prepared the list attached as **Exhibit A**.

3. Following the Special Master's filing of his Report, on June 1, 2021, Melissa C. Bentz, an attorney for the California Department of Corrections and Rehabilitation's Office of Legal Affairs sent a letter to the Special Master, via email only, that included Defendants' questions and comments regarding the Special Master's Report. Attached as **Exhibit B** is a true and correct copy of Ms. Bentz's June 1, 2021 letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/ / /

/ / /

/ / /

1 | Executed on this 14th day of June, 2021, at Oakland, California.

                                        *s/ Paul B. Mello*
                                        Paul B. Mello