# Exhibit A

**Informational Quality Improvement Indicators**

The following indicators appear in the Special Master's list of key indicators. However, these indicators are not "key" indicators because they either do not measure Program Guide, Compendium, or court-ordered requirements, or they do not measure material provisions of the Program Guide, Compendium, or court orders, but are included within CQI to aid quality improvement, and should therefore be deemed "informational:"

- Appointments Seen as Scheduled. ECF No. 7151 at 22 (Access to Care No. 18);
- Housing Units where 128 MH-5s are Accessible and Available to Housing Unit Staff. *Id.* (Access to Care No. 19);
- Custody MH Referrals. *Id* (Access to Care No. 20);
- APP/ICF Discharges with Clinician-to-Clinician Contact within 5 Days. *Id.* (Suicide Prevention No. 5);
- SRE Mentor Program. *Id.* (Suicide Prevention No. 6);
- SREs that Met All Audit Criteria. *Id.* at 23 (Suicide Prevention No. 23);
- Discharges from MHCB with Clinician Review of D/C Summary (SRASHE). *Id.* (Suicide Prevention No. 24);
- Primary Clinician Continuity of Care. *Id.* (Quality of Care No. 10);
- Psychiatrist Continuity of Care. *Id.* (Quality of Care No. 11);
- IDTTs Meeting All Audit Criteria. *Id.* (Quality of Care No. 12);
- Use of Force involving MH Inmates. *Id.* (Specialized Custody No. 10);
- Warden Review of Cases Over 90 Days. *Id.* at 24 (Restricted Housing No. 16);
- EOP Hub CCII and Captain Review for LOS Over 90 Days. *Id.* at 25 (Restricted Housing No. 18);
- Percentage of Inmates with LOS Over 150 Days in which ASU Case Reviews were Completed on Time. *Id.* (Restricted Housing No. 19);
- ASU, STRH, LTRH Morning Meetings meeting All Audit Criteria. *Id.* (Restricted Housing No. 20);
- Percentage of Initial ICCs Reviewed and Held within 10 Calendar Days of Arrival. *Id.* (Restricted Housing No. 21);
- Number of EOP and CCCMS Patients in ASU. *Id.* (Restricted Housing No. 22);
- High Refusers Due to Custody Reasons with Documented Plan of Action. *Id.* (Restricted Housing No. 24);
- Percentage of Psych Tech Round Documentation That Meets All Audit Criteria. *Id.* (Restricted Housing No. 28);
- Psych Tech Rounds Where EC and Interaction with Patient are Achieved/Attempted and Appropriate Referrals are Made as Indicated. *Id.* (Restricted Housing No. 29);
- Percentage of IDTTs Observed in which a Health Record and C-File were Available. *Id.* (Restricted Housing No. 30); *also id.* at 22 (Access to Care No. 12);
- Percentage of Peace Officers Observed to Carry their CPR Mouth Shield. *Id.* at 25 (Restricted Housing No. 31);
- Percentage of Eligible MHSDS Patients Receiving Milestone Credits. *Id.* (Restricted Housing No. 32);

- RVR MH Assessments Where All Documentation Requirements Were Met. *Id.* (Restricted Housing No. 33);
- RVR MH Assessments Conducted in Private Setting. *Id.* (Restricted Housing No. 34);
- Use of Force MH Assessments Meeting Documentation Requirements. *Id.* (Restricted Housing No. 35);
- Compare Percent of Inmate [*sic*] Overall that Received RVRs with Percentage of MH Inmates that Received RVRs. *Id.* (Restricted Housing No. 37);
- Number of Episodes of Heat Related Illness Occurring in MHSDS. *Id.* (Patient Safety No. 1);
- Percentage of Clinical Restraint Occurrences Meetings [*sic*] All of the Audit Criteria. *Id.* (Patient Safety No. 2);
- Seclusion, Frequency, and Duration. *Id.* (Patient Safety No. 3);
- MHCB Clinical Stays within Timeframes. *Id.* (Utilization and Resource Management No. 1);
- Adequate Group Treatment Space. *Id.* (Facility/Environment of Care No. 1);
- Adequate IDTT Space. *Id.* (Facility/Environment of Care No. 2);
- Adequate Individual Treatment Space. *Id.* at 26 (Facility/Environment of Care No. 3);
- Chief Psychiatrist. *Id*. (Staffing/Personnel Training, and Staff Resources No. 1);
- Chief Psychologist, Correctional Facility. *Id.* (Staffing/Personnel Training, and Staff Resources No. 2);
- Senior Psychologist, Correctional Facility (Supervisor). *Id.* (Staffing/Personnel Training, and Staff Resources No. 3);
- Senior Psychiatrist (Supervisor), Correctional and Rehabilitative Services (Safety). *Id.* (Staffing/Personnel Training, and Staff Resources No. 4);
- Supervising Psychiatric Social Worker I, Correctional Facility. *Id.* (Staffing/Personnel Training, and Staff Resources No. 5);
- Senior Psychiatrists (Specialist), Correctional and Rehabilitative Services (Safety). *Id.* (Staffing/Personnel Training, and Staff Resources No. 6);
- Senior Psychologist, Correctional Facility (Specialist). *Id.* (Staffing/Personnel Training, and Staff Resources No. 7);
- Staff Psychiatrist, Correctional and Rehabilitative Services (Safety). *Id.* (Staffing/Personnel Training, and Staff Resources No. 8);
- Recreation Therapist, Correctional Facility. *Id.* (Staffing/Personnel Training, and Staff Resources No. 9);
- Psychologist-Clinical, Correctional Facility. *Id.* (Staffing/Personnel Training, and Staff Resources No. 10); and,
- Clinical Social Worker (Health/Correctional Facility) – Safety. *Id.* (Staffing/Personnel Training, and Staff Resources No. 11).