ROB BONTA
ATTORNEY GENERAL OF CALIFORNIA
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON MCCLAIN, SBN 209508
Supervising Deputy Attorney General
RYAN GILLE, SBN 262105
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-4435
 Fax: (415) 703-1234
 E-mail: Ryan.Gille@doj.ca.gov

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: (415) 777-3200
 Fax: (415) 541-9366
 E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                    Defendants. | Case No. 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                                    Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                    Defendants. | Case No. C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' JUNE 2021 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to comply with the Court's February 10, 2014 Order Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order). Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. Exhibit B sets forth the status of the measures Defendants have implemented as required by the February 10, 2014 Order. (ECF 2766/5060 at ¶¶ 4-5.)

As of June 9, 2021, 92,958 inmates were housed in the State's 34 adult institutions and no inmates[1] were housed in out-of-state facilities. (Ex. A.[2]) The State's prison population is approximately 109.3 % of design capacity[3]. (Ex. A.)

Dated: June 15, 2021

ROB BONTA
Attorney General of California

By: */s/ Ryan Gille*
RYAN GILLE
Deputy Attorney General
*Attorneys for Defendants*

Dated: June 15, 2021

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
*Attorneys for Defendants*

---

[1] This statistic only concerns inmates in out-of-state contract beds and does not include inmates housed in other states under interstate compact agreements.

[2] The data in Exhibit A is taken from CDCR's June 9, 2021 weekly population report, available on CDCR's website at https://www.cdcr.ca.gov/research/population-reports-2/.

[3] Beginning July 1, 2021, CDCR's total design capacity will be reduced by 373 beds, making CDCR's system-wide design capacity 84,710, due to a system-wide assessment of design capacity. A full description of this review and calculation is set forth in Exhibit B, Section 7.