| | |
|---|---|
| ROB A. BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 18270<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>DAVID C. CASARRUBIAS, State Bar No. 321994<br>HANSON BRIDGETT LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                        Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

    The attached reports from the California Department of Corrections and Rehabilitation (CDCR) provide information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

    The report attached at Exhibit A shows that forty-five inmates were placed in CDCR's Mental Health Services Delivery System in May 2021 while housed in a desert institution; sixty-

1

nine class members were transferred or paroled from desert institutions in May 2021; and, as of the report's May 31, 2021 date, no patients in the Mental Health Services Delivery System remained in desert institutions in May 2021 beyond the fourteen-day transfer timeline.

The report attached as Exhibit B shows that that no *Coleman* class members were transferred to desert institutions in May 2021.

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296 and ECF No. 6678.

Dated: June 15, 2021

Respectfully submitted,

ROB A. BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Namrata Kotwani*
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Compliance Reports for Desert Transfers (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                     EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



June 14, 2021

Damon McClain, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. McClain:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019.  (ECF No. 6296.)  Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of May 2021, with the inmates' identifying information redacted.  This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care.  As Exhibit A reflects, 45 inmates were referred for mental health treatment while housed in a desert institution during the month of May 2021, none of whom remained in desert institutions in May 2021 beyond the fourteen-day transfer timeline.  The report also shows that 69 class members placed in the Mental Health Services Delivery System in April, July, August, September, October, December 2020, and from January through May 2021 were transferred or paroled from desert institutions in May 2021.  All delayed transfers were due to inmate movement restrictions related to COVID-19.

Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted.  This report indicates that no *Coleman* class members were transferred to and housed in desert institutions in May 2021.

Sincerely,

/s/ *Charles Callahan*

CHARLES CALLAHAN
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# EXHIBIT A

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 06/01/2021 11:41 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 05/01/2021 - 05/31/2021
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.
R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 05/27/2021 - 05/31/2021 | N | | | | 04/09/2021 13:40 | 05/27/2021 | MH Change | | | | |
| CAC | | | CCCMS 05/27/2021 - 05/31/2021 | N | 05/16/2021 19:37 | SATF | NA | 05/19/2021 19:21 | 05/27/2021 | MH Change | | | | |
| CAC | | | CCCMS 05/17/2021 - 05/27/2021 | N | 05/21/2021 00:00 | FOL | II | 05/19/2020 14:22 | 05/17/2021 | MH Change | 05/27/2021 07:49 | 05/27/2021 14:49 | 10 | |
| CAC | | | CCCMS 05/13/2021 - 05/24/2021 | N | 05/17/2021 10:29 | CRC | II | 02/01/2017 10:30 | 05/13/2021 | MH Change | 05/24/2021 08:09 | 05/24/2021 10:42 | 11 | |
| CAL | | | CCCMS 05/13/2021 - 05/20/2021 | N | 05/18/2021 00:00 | PVSP | III | 04/25/2021 06:06 | 05/13/2021 | MH Change | 05/20/2021 08:00 | 05/20/2021 14:36 | 7 | |
| CAL | | | CCCMS 05/11/2021 - 05/24/2021 | N | 05/20/2021 00:00 | NKSP | III | 04/08/2021 14:27 | 05/11/2021 | MH Change | 05/24/2021 08:10 | 05/24/2021 15:07 | 13 | |
| CAL | | | CCCMS 05/28/2021 - 05/28/2021 | N | 05/28/2021 19:46 | RJD | NA | 05/24/2021 13:34 | 05/28/2021 | MH Change | 05/28/2021 20:32 | 05/29/2021 00:09 | 1 | |
| CAL | | | CCCMS 05/04/2021 - 05/04/2021 | N | 05/04/2021 15:17 | RJD | NA | 09/13/2018 15:01 | 05/04/2021 | MH Change | 05/04/2021 17:34 | 05/04/2021 20:44 | 1 | |
| CAL | | | CCCMS 04/15/2021 - 05/04/2021 | N | 04/30/2021 14:35 | LAC | IV | 04/14/2021 17:22 | 04/15/2021 | MH Change | 05/04/2021 11:59 | 05/04/2021 17:33 | 19 | |
| CAL | | | CCCMS 05/28/2021 - 05/31/2021 | N | 11/23/2020 00:00 | COR | IV | 01/26/2021 17:03 | 05/28/2021 | MH Change | | | | |
| CAL | | | CCCMS 05/28/2021 - 05/31/2021 | N | | | | 04/12/2021 21:24 | 05/28/2021 | MH Change | | | | |
| CAL | | | CCCMS 05/04/2021 - 05/11/2021 | N | 05/07/2021 00:00 | NKSP | III | 05/28/2020 08:04 | 05/04/2021 | MH Change | 05/11/2021 06:54 | 05/11/2021 16:32 | 7 | |
| CAL | | | CCCMS 04/22/2021 - 05/03/2021 | N | 04/23/2021 00:00 | SOL | III | 07/26/2018 17:02 | 04/22/2021 | MH Change | 05/03/2021 07:27 | 05/03/2021 18:34 | 11 | |
| CAL | | | CCCMS 04/26/2021 - 05/05/2021 | N | 04/27/2021 00:00 | NKSP | III | 12/01/2020 03:06 | 04/26/2021 | MH Change | 05/05/2021 16:47 | 05/05/2021 23:21 | 9 | |
| CAL | | | CCCMS 05/05/2021 - 05/11/2021 | N | 05/06/2021 00:00 | COR | IV | 05/07/2019 14:02 | 05/05/2021 | MH Change | 05/11/2021 06:53 | 05/11/2021 15:15 | 6 | |
| CAL | | | CCCMS 05/17/2021 - 05/25/2021 | N | 05/20/2021 00:00 | NKSP | III | 02/24/2021 14:12 | 05/17/2021 | MH Change | 05/25/2021 08:37 | 05/25/2021 16:07 | 8 | |
| CAL | | | CCCMS 05/21/2021 - 05/21/2021 | N | 05/21/2021 21:29 | RJD | NA | 07/27/2016 16:59 | 05/21/2021 | MH Change | 05/21/2021 21:31 | 05/22/2021 00:55 | 1 | |
| CAL | | | CCCMS 05/15/2021 - 05/15/2021 | N | 05/15/2021 12:48 | RJD | III | 05/14/2021 15:57 | 05/15/2021 | MH Change | 05/15/2021 14:25 | 05/15/2021 17:38 | 0 | |
| CAL | | | CCCMS 05/21/2021 - 05/28/2021 | N | 05/25/2021 00:00 | COR | IV | 10/13/2019 18:34 | 05/21/2021 | MH Change | 05/28/2021 09:31 | 05/28/2021 16:20 | 7 | |
| CAL | | | CCCMS 05/06/2021 - 05/06/2021 | N | 05/06/2021 14:43 | LAC | NA | 02/06/2020 15:52 | 05/06/2021 | MH Change | 05/06/2021 17:00 | 05/06/2021 22:33 | 0 | |
| CAL | | | CCCMS 05/17/2021 - 05/24/2021 | N | 05/19/2021 00:00 | LAC | IV | 05/07/2021 01:21 | 05/17/2021 | MH Change | 05/24/2021 07:45 | 05/24/2021 11:55 | 7 | |
| CAL | | | CCCMS 05/17/2021 - 05/17/2021 | N | 05/17/2021 13:49 | RJD | NA | 04/27/2021 15:47 | 05/17/2021 | MH Change | 05/17/2021 16:00 | 05/17/2021 19:26 | 0 | |
| CEN | | | CCCMS 04/07/2021 - 05/07/2021 | N | 04/14/2021 15:37 | MCSP | III | 03/25/2021 15:37 | 04/07/2021 | MH Change | 05/07/2021 08:17 | 05/07/2021 20:55 | 30 | |
| CEN | | | CCCMS 05/25/2021 - 05/31/2021 | N | 02/09/2021 00:00 | CTF | II | 01/30/2020 17:56 | 05/25/2021 | MH Change | | | | |
| CEN | | | CCCMS 03/25/2021 - 05/07/2021 | N | 03/26/2021 00:00 | MCSP | III | 12/05/2020 17:02 | 03/25/2021 | MH Change | 05/07/2021 08:17 | 05/07/2021 20:55 | 43 | |
| CEN | | | CCCMS 03/04/2021 - 05/28/2021 | N | 03/10/2021 00:00 | CRC | II | 05/23/2019 16:08 | 03/04/2021 | MH Change | 05/28/2021 08:26 | | | 85 days no movement - Paroled 5/28/2021 |
| CEN | | | CCCMS 05/21/2021 - 05/21/2021 | N | 05/21/2021 12:29 | RJD | NA | 08/24/2018 09:42 | 05/21/2021 | MH Change | 05/21/2021 14:11 | 05/21/2021 17:18 | 0 | |
| CEN | | | CCCMS 05/19/2021 - 05/28/2021 | N | 05/21/2021 00:00 | CRC | II | 04/10/2019 18:40 | 05/19/2021 | MH Change | 05/28/2021 11:29 | 05/28/2021 15:31 | 9 | |
| CEN | | | CCCMS 05/21/2021 - 05/21/2021 | N | 05/21/2021 13:06 | RJD | NA | 05/29/2020 20:57 | 05/21/2021 | MH Change | 05/21/2021 15:06 | 05/21/2021 18:22 | 0 | |
| CEN | | | CCCMS 05/11/2021 - 05/24/2021 | N | 05/20/2021 00:00 | CMC | III | 01/15/2021 14:48 | 05/11/2021 | MH Change | 05/24/2021 07:42 | 05/24/2021 14:54 | 13 | |
| CEN | | | CCCMS 05/21/2021 - 05/21/2021 | N | 05/21/2021 10:58 | RJD | NA | 05/08/2021 04:50 | 05/21/2021 | MH Change | 05/21/2021 12:58 | 05/21/2021 15:25 | 0 | |
| CEN | | | CCCMS 05/19/2021 - 05/28/2021 | N | 05/24/2021 00:00 | CRC | II | 07/22/2019 13:41 | 05/19/2021 | MH Change | 05/28/2021 11:29 | 05/28/2021 15:31 | 9 | |
| CEN | | | CCCMS 05/12/2021 - 05/20/2021 | N | 05/14/2021 00:00 | CRC | II | 01/15/2019 16:01 | 05/12/2021 | MH Change | 05/20/2021 07:39 | 05/20/2021 12:10 | 8 | |
| CEN | | | CCCMS 04/28/2021 - 05/12/2021 | N | 04/29/2021 17:29 | LAC | III | 11/07/2019 17:29 | 04/28/2021 | MH Change | 05/12/2021 08:04 | 05/12/2021 13:31 | 14 | |
| CEN | | | CCCMS 05/12/2021 - 05/20/2021 | N | 05/14/2021 00:00 | CRC | II | 03/17/2021 17:36 | 05/12/2021 | MH Change | 05/20/2021 07:39 | 05/20/2021 12:10 | 8 | |
| CEN | | | CCCMS 03/14/2021 - 05/07/2021 | N | 03/17/2021 00:00 | MCSP | III | 03/05/2020 19:13 | 03/14/2021 | MH Change | 05/07/2021 08:17 | 05/07/2021 20:55 | 54 | |
| CEN | | | CCCMS 03/25/2021 - 05/07/2021 | N | 03/26/2021 10:45 | MCSP | III | 01/06/2021 10:45 | 03/25/2021 | MH Change | 05/07/2021 08:17 | 05/07/2021 20:55 | 43 | |
| CEN | | | CCCMS 04/07/2021 - 05/07/2021 | N | 04/13/2021 00:00 | MCSP | III | 06/04/2020 16:40 | 04/07/2021 | MH Change | 05/07/2021 08:17 | 05/07/2021 20:55 | 30 | |
| CEN | | | CCCMS 05/12/2021 - 05/20/2021 | N | 05/14/2021 00:00 | CRC | II | 02/23/2021 12:16 | 05/12/2021 | MH Change | 05/20/2021 07:39 | 05/20/2021 12:10 | 8 | |
| CEN | | | CCCMS 04/02/2021 - 05/07/2021 | N | 04/08/2021 00:00 | MCSP | III | 03/29/2021 15:42 | 04/02/2021 | MH Change | 05/07/2021 08:17 | 05/07/2021 20:55 | 35 | |
| CEN | | | CCCMS 05/27/2021 - 05/27/2021 | N | 05/27/2021 13:44 | RJD | NA | 11/18/2014 17:26 | 05/27/2021 | MH Change | 05/27/2021 15:09 | 05/27/2021 17:46 | 0 | |
| CEN | | | CCCMS 05/28/2021 - 05/28/2021 | N | 05/28/2021 14:48 | RJD | NA | 05/26/2021 14:04 | 05/28/2021 | MH Change | 05/28/2021 16:53 | 05/28/2021 19:02 | 0 | |
| CEN | | | CCCMS 05/05/2021 - 05/18/2021 | N | 05/11/2021 00:00 | SVSP | IV | 09/29/2016 17:49 | 05/05/2021 | MH Change | 05/18/2021 05:02 | 05/18/2021 15:58 | 13 | |
| CEN | | | CCCMS 05/28/2021 - 05/28/2021 | N | 05/28/2021 17:01 | RJD | NA | 05/26/2021 14:04 | 05/28/2021 | MH Change | 05/28/2021 19:15 | 05/28/2021 22:02 | 0 | |
| CVSP | | | CCCMS 05/27/2021 - 05/31/2021 | N | | | | 01/09/2020 18:50 | 05/27/2021 | MH Change | | | | |
| ISP | | | CCCMS 05/12/2021 - 05/25/2021 | N | 05/18/2021 09:14 | CCI | II | 04/08/2021 17:15 | 05/12/2021 | MH Change | 05/25/2021 05:44 | 05/25/2021 11:10 | 13 | |
| ISP | | | EOP 04/14/2021 - 05/03/2021 | N | 04/23/2021 14:55 | SVSP | III | 08/27/2019 14:55 | 04/14/2021 | MH Change | 05/03/2021 06:29 | 05/03/2021 17:29 | 19 | |
| ISP | | | CCCMS 07/29/2020 - 05/06/2021 | N | 03/17/2021 00:00 | SATF | II | 04/24/2020 09:56 | 07/29/2020 | MH Change | 05/06/2021 05:46 | 05/06/2021 14:10 | 281 | |
| ISP | | | CCCMS 10/09/2020 - 05/05/2021 | N | 04/26/2021 13:18 | CMC | II | 04/24/2020 09:56 | 10/09/2020 | MH Change | 05/05/2021 08:24 | 05/05/2021 14:57 | 208 | |
| ISP | | | CCCMS 04/28/2021 - 05/12/2021 | N | 05/11/2021 00:00 | CRC | II | 09/16/2019 10:48 | 04/28/2021 | MH Change | 05/12/2021 07:20 | 05/12/2021 11:24 | 14 | |
| ISP | | | EOP 05/19/2021 - 05/31/2021 | N | | | | 02/08/2018 17:58 | 05/19/2021 | MH Change | | | | |
| ISP | | | CCCMS 04/22/2020 - 05/05/2021 | N | 04/21/2021 00:00 | CMC | II | 04/09/2020 09:42 | 04/22/2020 | MH Change | 05/05/2021 08:24 | 05/05/2021 14:57 | 378 | |
| ISP | | | CCCMS 05/12/2021 - 05/25/2021 | N | 05/17/2021 00:00 | VSP | II | 04/24/2020 09:10 | 05/12/2021 | MH Change | 05/25/2021 05:44 | 05/25/2021 13:32 | 13 | |
| ISP | | | CCCMS 04/28/2021 - 05/12/2021 | N | 05/04/2021 00:00 | CRC | II | 04/04/2020 12:14 | 04/28/2021 | MH Change | 05/12/2021 07:20 | 05/12/2021 11:24 | 14 | |
| ISP | | | CCCMS 05/27/2021 - 05/31/2021 | N | | | | 04/05/2020 10:09 | 05/27/2021 | MH Change | | | | |
| ISP | | | CCCMS 05/12/2021 - 05/20/2021 | N | 05/14/2021 00:00 | SQ | II | 08/02/2018 17:04 | 05/12/2021 | MH Change | 05/20/2021 02:35 | 05/20/2021 16:43 | 8 | |
| ISP | | | CCCMS 05/13/2021 - 05/25/2021 | N | 05/18/2021 00:00 | CMC | III | 05/07/2019 14:42 | 05/13/2021 | MH Change | 05/25/2021 05:44 | 05/25/2021 13:37 | 12 | |
| ISP | | | CCCMS 04/27/2021 - 05/07/2021 | N | 04/29/2021 11:46 | CCI | II | 04/03/2021 17:34 | 04/27/2021 | MH Change | 05/07/2021 04:45 | 05/07/2021 10:15 | 10 | |
| ISP | | | CCCMS 04/22/2021 - 05/07/2021 | N | 04/29/2021 00:00 | PVSP | III | 09/28/2020 06:32 | 04/22/2021 | MH Change | 05/07/2021 04:43 | 05/07/2021 11:58 | 15 | |
| ISP | | | CCCMS 04/22/2021 - 05/07/2021 | N | 05/03/2021 00:00 | CMC | II | 04/29/2019 11:53 | 04/22/2021 | MH Change | 05/07/2021 01:09 | 05/07/2021 12:26 | 15 | |
| ISP | | | CCCMS 05/12/2021 - 05/20/2021 | N | 05/14/2021 00:00 | SQ | II | 02/06/2020 14:00 | 05/12/2021 | MH Change | 05/20/2021 02:35 | 05/20/2021 16:43 | 8 | |
| ISP | | | CCCMS 03/11/2021 - 05/06/2021 | N | 04/12/2021 15:25 | SATF | II | 10/22/2018 11:41 | 03/11/2021 | MH Change | 05/06/2021 05:46 | 05/06/2021 14:10 | 56 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISP | | | | CCCMS 12/17/2020 - 05/04/2021 | N | 03/19/2021 00 00 | HDSP | III | 09/21/2020 08:23 | 12/17/2020 | MH Change | 05/04/2021 06:26 | 05/04/2021 18:59 | 138 |
| ISP | | | | CCCMS 09/18/2020 - 05/06/2021 | N | 04/12/2021 14 58 | SATF | III | 10/08/2019 14:27 | 09/18/2020 | MH Change | 05/06/2021 05:46 | 05/06/2021 14:10 | 230 |
| ISP | | | | CCCMS 05/06/2021 - 05/17/2021 | N | 05/12/2021 00 00 | CCI | II | 11/13/2019 15:05 | 05/06/2021 | MH Change | 05/17/2021 07:38 | 05/17/2021 14:10 | 11 |
| ISP | | | | EOP 05/19/2021 - 05/31/2021 | N | 05/26/2021 00 00 | SQ | II | 02/11/2021 20:27 | 05/19/2021 | MH Change | | | |
| ISP | | | | CCCMS 01/19/2021 - 05/05/2021 | N | 04/26/2021 13 09 | CIM | II | 04/05/2020 10:09 | 01/19/2021 | MH Change | 05/05/2021 07:46 | 05/05/2021 11:23 | 106 |
| ISP | | | | CCCMS 04/28/2021 - 05/11/2021 | N | 05/04/2021 00 00 | MCSP | III | 01/27/2021 14:58 | 04/28/2021 | MH Change | 05/11/2021 02:21 | 05/11/2021 15:12 | 13 |
| ISP | | | | CCCMS 03/30/2021 - 05/06/2021 | N | 04/07/2021 00 00 | SATF | III | 02/10/2021 13:58 | 03/30/2021 | MH Change | 05/06/2021 05:46 | 05/06/2021 14:10 | 37 |
| ISP | | | | CCCMS 03/04/2021 - 05/04/2021 | N | 04/26/2021 08:35 | VSP | II | 04/23/2020 11:51 | 03/04/2021 | MH Change | 05/04/2021 07:26 | 05/04/2021 15:48 | 61 |
| ISP | | | | CCCMS 05/27/2021 - 05/31/2021 | N | | | | 04/23/2020 11:51 | 05/27/2021 | MH Change | | | |
| ISP | | | | CCCMS 10/29/2020 - 05/06/2021 | N | 04/21/2021 09 59 | SATF | II | 04/11/2020 11:31 | 10/29/2020 | MH Change | 05/06/2021 05:46 | 05/06/2021 14:10 | 189 |
| ISP | | | | CCCMS 05/14/2020 - 05/06/2021 | N | 01/14/2021 00 00 | SATF | II | 04/25/2020 10:14 | 05/14/2020 | MH Change | 05/06/2021 05:46 | 05/06/2021 14:10 | 357 |
| ISP | | | | CCCMS 10/21/2020 - 05/04/2021 | N | 04/26/2021 12 54 | VSP | II | 09/21/2020 09:47 | 10/21/2020 | MH Change | 05/04/2021 07:26 | 05/04/2021 15:48 | 195 |
| ISP | | | | CCCMS 05/06/2021 - 05/17/2021 | N | 05/12/2021 00 00 | RJD | III | 01/30/2020 18:16 | 05/06/2021 | MH Change | 05/17/2021 09:03 | 05/17/2021 13:39 | 11 |
| ISP | | | | CCCMS 01/28/2021 - 05/06/2021 | N | 02/11/2021 00 00 | SATF | II | 04/04/2021 21:55 | 01/28/2021 | MH Change | 05/06/2021 05:46 | 05/06/2021 14:10 | 98 |
| ISP | | | | CCCMS 04/21/2021 - 05/07/2021 | N | 04/29/2021 00 00 | VSP | II | 04/09/2020 10:58 | 04/21/2021 | MH Change | 05/07/2021 01:09 | 05/07/2021 13:55 | 16 |
| ISP | | | | CCCMS 01/07/2021 - 05/06/2021 | N | 01/12/2021 00 00 | SATF | IV | 03/10/2021 17:16 | 01/07/2021 | MH Change | 05/06/2021 05:46 | 05/06/2021 14:10 | 119 |
| ISP | | | | CCCMS 02/10/2021 - 05/06/2021 | N | 02/19/2021 00 00 | SATF | IV | 08/14/2020 07:49 | 02/10/2021 | MH Change | 05/06/2021 05:46 | 05/06/2021 14:10 | 85 |

# EXHIBIT B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 06/01/2021 11:45 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 05/01/2021 - 05/31/2021
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|