ROB BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7323
 Fax: (916) 324-5205
 E-mail: Lucas.Hennes@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF SECRETARY ALLISON'S UNAVAILABILITY AND REQUEST TO EXCUSE HER FROM JULY 20, 2021 MIDLITIGATION STATUS CONFERENCE** |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Secretary Kathleen Allison is currently unavailable to attend the midlitigation status conference set for July 20, 2021, due to a preexisting out-of-state obligation. Secretary Allison is scheduled to participate in the Correctional Leaders Association's (CLA) Western Regional Meeting from July 19-22. (Decl. McClain ¶ 2.) CLA's regional meetings provide corrections leaders the opportunity to discuss corrections issues of national and regional significance. (*Id.* at ¶ 3.) At this annual meeting, directors of corrections departments

1

from western states will discuss important topics, including COVID-19, racial injustice, and criminal justice reform, that are currently impacting corrections systems in western states. (*Id.* at ¶ 3.) Secretary Allison has been scheduled to attend this meeting since February 2021. (*Id.* at ¶ 4.) Accordingly, Defendants respectfully request that the Court excuse Secretary Allison from attending the July 20, 2021 midlitigation status conference.

**CERTIFICATION**

Counsel for Defendants certifies that he has reviewed the Court's minute order at ECF No. 7206, which is relevant to the issue raised in this request.

DATED: June 18, 2021                    HANSON BRIDGETT LLP

                                               */s/ Paul B. Mello*
                                               PAUL B. MELLO
                                               SAMANTHA D. WOLFF
                                               DAVID C. CASARRUBIAS
                                               Attorneys for Defendants

DATED: June 18, 2021                    Respectfully Submitted,

                                               ROB BONTA
                                               Attorney General of California
                                               Damon McClain
                                               Supervising Deputy Attorney General

                                   By:    */s/ Damon McClain*
                                               DAMON MCCLAIN
                                               Supervising Deputy Attorney General
                                               Attorneys for Defendants

2

Defs.' Notice Secretary Allison's Unavailability & Request Excuse Her From July 20, 2021 Midlitigation Status Conference (2:90-cv-00520 KJM-DB (PC))