| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>LUCAS HENNES, State Bar No. 278361<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7323<br> Fax: (916) 324-5205<br> E-mail: Lucas.Hennes@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>DAVID C. CASARRUBIAS, SBN 321994<br>1676 N. CALIFORNIA BLVD., SUITE 620<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE:   925-746-8460<br>FACSIMILE:   925-746-8490<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br> 2049 Century Park East, Suite 3400<br> Los Angeles, CA 90067-3208<br> Telephone: (310) 552-0130<br> Fax: (310) 229-5800<br> E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                        Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                        Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DAMON MCCLAIN IN SUPPORT OF DEFENDANTS' NOTICE OF SECRETARY ALLISON'S UNAVAILABILITY AND REQUEST TO EXCUSE HER FROM JULY 20, 2021 MIDLITIGATION STATUS CONFERENCE** |

I, Damon McClain, declare:

1.   I am an attorney admitted to practice before the courts in the State of California and before this Court. I am employed by the California Attorney General's Office as a Supervising Deputy Attorney General, and I am counsel of record for Defendants in this case. I am competent to testify to the matters set forth in this declaration and would do so if called upon by the Court.

///

1

2.      Secretary Kathleen Allison is currently unavailable to attend the midlitigation status conference set for July 20, 2021, due to a preexisting out-of-state obligation. Secretary Allison is scheduled to participate in the Correctional Leaders Association's (CLA) Western Regional Meeting from July 19-22.

3.      Based on information provided to me, CLA's regional meetings provide corrections leaders the opportunity to discuss corrections issues of national and regional significance. The meeting that Secretary Allison plans to attend is an annual meeting where directors of corrections departments from western states will discuss important topics, including COVID-19, racial injustice, and criminal justice reform, that are currently impacting corrections systems in western states.

4.      Secretary Allison has been scheduled to attend this meeting since February 2021.

I declare under penalty of perjury that I have read this document and that its contents are true and correct to the best of my knowledge. Executed on June 18, 2021, in San Francisco, California.

*/s/ Damon McClain*

2

Decl. McClain Supp. Notice Secretary Allison's Unavailability & Request Excuse Her From July 20, 2021 Midlitigation Status Conference (2:90-cv-00520 KJM-DB (PC))