IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**[PROPOSED] ORDER EXCUSING CDCR SECRETARY ALLISON FROM THE JULY 20, 2021 MIDLITIGATION STATUS CONFERENCE** |

On June 17, 2021, this Court ordered a midlitigation status conference to take place on July 20, 2021. (ECF No. 7206.) On June 18, 2021, Defendants informed the Court of the unavailability of CDCR Secretary Kathleen Allison due to a preexisting conflict.

Good cause appearing, Secretary Allison is excused from attending the July 20, 2021 midlitigation status conference.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                                The Honorable Kimberly J. Mueller

1

[Proposed] Order Excusing CDCR Secretary Allison From July 20, 2021 In Camera Status Conference
(2:90-cv-00520 KJM-DB (PC))