1  ROB A. BONTA, State Bar No. 202668
Attorney General of California
2  MONICA N. ANDERSON, State Bar No.
182970
3  Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
4  Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
5  LUCAS L. HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
6  Deputy Attorneys General
 1300 I Street, Suite 125
7   P.O. Box 944255
 Sacramento, CA 94244-2550
8   Telephone:  (916) 210-7318
 Fax:  (916) 324-5205
9   E-mail:  Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
1676 N. California Boulevard, Suite 620 Walnut
Creek, CA 94596
Telephone: (925) 746-8460 Fax: (925) 746-8490
E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone:  (310) 552-0130
 Fax:  (310) 229-5800
 E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

Defendants California Department of Corrections and Rehabilitation (CDCR) and

Department of State Hospitals (DSH) file the attached reports capturing data concerning patient

census, waitlists, and compliance with transfer timelines for inpatient mental health care in

compliance with the Court's October 13, 2015 order.  (ECF No. 5367.)  Attached are letters from

CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's

April 19, 2017 order (ECF No. 5610):  (1) DSH CDCR Patient Census and Waitlist Report

(Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted May 1 Through May 31, 2021 Who Waited Beyond Program Guide Timelines (Exhibit B); (3); CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of May 24, 2021 (Exhibit C); (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of May 24, 2021 (Exhibit D); (5) Psychiatric Inpatient Programs Census Report as of 5/24/21 (Exhibit E); and (6) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in May 2021 (Exhibit F).

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 5367 and ECF No. 5610.

Dated: June 15, 2021                                      Respectfully submitted,

ROB A. BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General


/s/ Namrata Kotwani
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

[3419376.1]

Defs.' Census, Waitlists and Compliance Reports for Inpatient Mental Health Care  (2:90-cv-00520 KJM-DB (PC))

State of California – Department of State Hospitals                    Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



June 15, 2021

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
       COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

The California Department of State Hospitals (DSH) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

The DSH CDCR Patient Census and Waitlist Report as of May 24, 2021, attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted May 1, 2021 through May 31, 2021 Who Waited Beyond Program Guide Timelines, attached as Exhibit B, are based on data from the DSH Bed Utilization Management Report.

The report attached as Exhibit A reflects data collected at a single point in time and, as a result, should not be used for purposes outside of that report.  The report attached as Exhibit B is the compliance report from DSH, which includes requested compliance data for all DSH level of care referrals admitted to inpatient care in May 2021, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

June 15, 2021
Page Two

DSH records show that as of May 24, 2021, there were no patients waiting beyond Program Guide transfer timelines. DSH records also show there were no patients who had COVID-19 holds lifted who were admitted to DSH in May 2021 beyond thirty days.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

# EXHIBIT A

State of California

DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION 2:20-cv-00520-KJM-SCR    Document 7210    Filed 06/22/21    Page 6 of 29

GAVIN NEWSOM, Governor

Patient Management Unit
1215 O Street
Sacramento, CA 95814

**DSH CDCR Patient Census and Waitlist Report**

Data as of: 5/24/2021

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Total** | **-** | **1** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist[7] | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 127 | 0 | 0 | 0 | 129 | | | | |
| Coalinga | 50 | 37 | 0 | 0 | 0 | 13 | 6 | 1 | 2 | **9** |
| **Total** | **306** | **164** | **0** | **0** | **0** | **142** | **6** | **1** | **2** | **(Includes 0 Waiting >30 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 10 | 0 | 0 | 0 | 19 | | | | **1** |
| **Total** | **30** | **10** | **0** | **0** | **0** | **19** | **0** | **0** | **1** | **(Includes 0 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

[7]Waitlist includes 1 on hold by CDCR.

# EXHIBIT B

State of California

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Patient Management Unit

1215 O Street

Sacramento, CA 95814

GAVIN NEWSOM, Governor

Case 2:90-cv-00520-KJM-SCR     Document 7210     Filed 06/22/21     Page 8 of 29

**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted May 1 through May 31, 2021 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[3]Including patients admitted in May 2021 who waited greater than 30 days from the referral received date to DSH for a change in level of care.

[4]Includes the total number of days patients admitted in May 2021 waited beyond 30 days from the referral received date to DSH for a change in level of care.

State of California

GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION** Case 2:90-cv-00520-KJM-SCR    Document 7210    Filed 06/22/21    Page 9 of 29

Patient Management Unit

1215 O Street

Sacramento, CA 95814



**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted May 1 through May 31, 2021 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| **Total Number of Patients Waiting Over 30 Days** | 0 | **Total Number of Days All Patients** | 0 | 0 | 0 | 0 | 0 | - |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                          EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



June 14, 2021

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
       COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

        The California Department of Corrections and Rehabilitation (CDCR) submits its monthly
information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient
mental health care.

        The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist
Report as of May 24, 2021 (Exhibit C), the CDCR Mental Health Crisis Bed *Coleman* Patient
Census and Waitlist Report as of May 24, 2021 (Exhibit D), the Psychiatric Inpatient Programs
Census Report as of 5/24/2021 (Exhibit E), and the CDCR Inpatient Program Referrals:
Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or
Closed in May 2021 (Exhibit F), are generated using data from CDCR's tracking software, the
Referrals to Inpatient Programs Application.

        The reports attached as Exhibits C and D reflect data collected at a single point in time
and, as a result, should not be used for purposes outside of those reports.  The reports attached as
Exhibit F are compliance reports from CDCR, which include requested compliance data for all
referrals admitted to inpatient care in May 2021, for any inmate-patient who waited beyond the
timelines specified in the Mental Health Services Delivery System Program Guide (2009
Revision) at 12-1-16.

June 14, 2021
Page Two

      Although not reflected in CDCR's census and waitlist report and PIP census report at Exhibits C and E, the California Medical Facility's PIP is operating with nine beds offline due to staffing shortages (psychiatry and nursing), and eight additional beds offline within dorm housing in order to achieve physical distancing.


Sincerely,


/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

# EXHIBIT C

**CDCR Psychiatric Inpatient Programs (PIP)**
**Coleman Patient Census and Waitlist Report as of**
**May 24, 2021**

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 164 | 145 | 16 | 0 | 7 | -4 | | | | | |
| California Medical Facility (CMF) | 218 | 174 | 3 | 0 | 0 | 41 | | | | | |
| Total | 382 | 319 | 19 | 0 | 7 | 37 | 43 | 7 | 50 | 21 | |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 63 | 9 | 0 | 0 | 12 | | | | |
| Total | 84 | 63 | 9 | 0 | 0 | 12 | 5 | 4 | 9 | 1 |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 368 | 346 | 5 | 0 | 11 | 6 | | | | |
| CMF Multi Cell | 68 | 31 | 5 | 0 | 0 | 32 | | | | |
| CMF Single Cell | 94 | 60 | 1 | 0 | 0 | 33 | | | | |
| SVSP Multi Cell | 44 | 35 | 8 | 0 | 0 | 1 | | | | |
| SVSP Single Cell | 202 | 171 | 11 | 0 | 0 | 20 | | | | |
| Total | 776 | 643 | 30 | 0 | 11 | 92 | 91 | 2 | 93 | 16 |

| MALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CSP, San Quentin (Condemned) | 40 | 18 | 0 | 0 | 0 | 22 | | | | | |
| CSP, San Quentin (Non-Condemned) | 0 | 8 | 0 | 0 | 0 | -8 | | | | | |
| MH Flex Institution(s)/Program(s)[6] | 12 | 8 | 0 | 0 | 0 | 4 | | | | | |
| Total | 52 | 34 | 0 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | 0 |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 29 | 0 | 0 | 0 | 16 | | | | | |
| Total | 45 | 29 | 0 | 0 | 0 | 16 | 1 | 0 | 1 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPs | 1339 | 1088 | 58 | 0 | 18 | 175 | 140 | 13 | 153 | 21 | 17 |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

[6] MH Beds flexed to Acute and/or ICF at institutions that do not have a PIP program.

*There are 21 APP referrals, waiting greater than 10 days, that are pending an exception due to COVID-19.
**There are 17 ICF referrals, waiting greater than 30 days, that is pending an exception due to COVID-19.

# EXHIBIT D

# CDCR Mental Health Crisis Bed
## *Coleman* Patient Census and Waitlist Report as of
## May 24, 2021

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 397 | 211 | 6 | 180 | 3 | 3 | 0 |
| Female Programs | 41 | 11 | 2 | 28 | 0 | 0 | 0 |
| **Totals** | **438** | **222** | **8** | **208** | **3** | **3** | **0** |

# EXHIBIT E

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 05/24/2021**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 4 |
| | | Level I: | 5 |
| | | Level II: | 32 |
| | | Level III: | 27 |
| | | Level IV | 106 |
| | | **Total Census:** | **174** |
| PIP-Stockton | 164 | No Score: | 2 |
| | | Level I: | 5 |
| | | Level II: | 39 |
| | | Level III: | 10 |
| | | Level IV | 89 |
| | | **Total Census:** | **145** |
| **Totals for Male Acute** | **382** | | **319** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 368 | No Score: | 0 |
| | | Level I: | 4 |
| | | Level II: | 54 |
| | | Level III: | 26 |
| | | Level IV | 262 |
| | | **Total Census:** | **346** |
| | | *Total out of LRH:* | *163* |
| PIP-Vacaville | 94 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 11 |
| | | Level III: | 5 |
| | | Level IV | 44 |
| | | **Total Census:** | **60** |
| | | *Total out of LRH:* | *17* |
| PIP-Vacaville Multi-person Cells | 68 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 4 |
| | | Level III: | 5 |
| | | Level IV | 22 |
| | | **Total Census:** | **31** |
| | | *Total out of LRH:* | 15 |
| PIP-Salinas Valley | 202 | No Score: | 0 |
| | | Level I: | 5 |
| | | Level II: | 17 |
| | | Level III: | 14 |
| | | Level IV | 119 |
| | | PC 1370: | 13 |
| | | WIC 7301: | 3 |
| | | **Total Census:** | **171** |
| | | *Total out of LRH:* | *55* |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 05/24/2021**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 3 |
| | | Level III: | 10 |
| | | Level IV | 19 |
| | | PC 1370: | 3 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **35** |
| | | *Total out of LRH:* | *14* |
| **Totals for Male ICF High Custody** | **776** | | **643** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 21 |
| | | Level III: | 14 |
| | | Level IV | 27 |
| | | **Total Census:** | **63** |
| | | *Total out of LRH:* | *33* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 15 |
| | | Level II: | 83 |
| | | Level III: | 15 |
| | | Level IV | 14 |
| | | **Total Census:** | **127** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 6 |
| | | Level II: | 20 |
| | | Level III: | 3 |
| | | Level IV | 8 |
| | | **Total Census:** | **37** |
| **Totals for Male ICF Low Custody** | **390** | | **227** |
| **Male Programs** | | | |
| PIP-San Quentin | 40 | **Total Census:** | **18** |
| PIP-San Quentin Non-condemned | N/A | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 2 |
| | | Level III: | 0 |
| | | Level IV | 6 |
| | | **Total Census:** | **8** |
| MH Flex Institution(s)/ Program(s) | 12 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 2 |
| | | Level III: | 1 |
| | | Level IV: | 5 |
| | | **Total Census:** | **8** |
| **Totals for Male ICF/Acute** | **52** | | **34** |

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 05/24/2021**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 8 |
| | | Level III: | 0 |
| | | Level IV | 2 |
| | | **Total Census:** | **11** |
| PIP-California Institution for Women | 45 | No Score: | 4 |
| | | Level I: | 2 |
| | | Level II: | 6 |
| | | Level III: | 3 |
| | | Level IV | 14 |
| | | **Total Census:** | **29** |
| | | *Total out of LRH:* | *4* |
| **Totals for Female ICF/Acute** | **75** | | **40** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1675** | | **1263** |

❖ **Bed Occupied:** For each pro
the total at each custody lev
Level II 19 through 35; Level
score" have not completed
incompetent to stand trial a
have a concurrent ICF referra
custody/security needs of a

❖ **Male Acute Care Program:** A
custody level and least restri

❖ **MH Flex Institution(s)/Prog
do not have a PIP program.

❖ **Total Out of LRH (Least Rest
by CDCR. The numbers of pa
those whose LRH is for Multi

# EXHIBIT F

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN MAY 2021 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 126 | 73 | 38 | 15 | 38 | 0 | 0 |
| Acute (APP) | 57 | 9 | 44 | 4 | 44 | 0 | 0 |
| TOTALS | 183 | 82 | 82 | 19 | 82 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP.  Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CMF | | | MHCB | 5/6/2021 | 5/10/2021 | 5/24/2021 | Acute / preliminary Locked Dorms | 05/24/2021 | APP: CHCF | 05/24/2021 16:34:00 |
| APP | RJD | | | MHCB | 5/10/2021 | 5/11/2021 | 5/24/2021 | Acute / preliminary Multi Person Cell | 05/24/2021 | APP: CHCF | 05/24/2021 14:38:00 |
| APP | CIM | | | MHCB | 4/28/2021 | 4/29/2021 | 5/4/2021 | Acute / preliminary Single Cell | 05/04/2021 | APP: CMC | 05/04/2021 15:25:00 |
| APP | COR | | | MHCB | 4/27/2021 | 4/27/2021 | 5/10/2021 | Acute / preliminary Single Cell | 05/10/2021 | APP: VPP | 05/10/2021 12:58:00 |
| | | | | | | | | Acute / preliminary Single Cell | 05/17/2021 | APP: VPP | 05/17/2021 10:14:00 |
| APP | SAC | | | MHCB | 4/28/2021 | 4/28/2021 | 5/17/2021 | Acute / preliminary Single Cell | 05/20/2021 | APP: CHCF | 05/20/2021 10:30:00 |
| | | | | | | | | Acute / preliminary Locked Dorms | 05/18/2021 | APP: VPP | 05/18/2021 11:47:00 |
| APP | SATF | | | MHCB | 4/26/2021 | 5/3/2021 | 5/18/2021 | Acute / preliminary Locked Dorms | 05/20/2021 | APP: CHCF | 05/20/2021 10:50:00 |
| APP | SAC | | | MHCB | 5/7/2021 | 5/10/2021 | 5/21/2021 | Acute / preliminary Single Cell | 05/21/2021 | APP: CHCF | 05/21/2021 12:25:00 |
| APP | SAC | | | MHCB | 4/15/2021 | 4/22/2021 | 4/29/2021 | Acute / preliminary Locked Dorms | 04/29/2021 | APP: CMC | 04/29/2021 13:25:00 |
| APP | SAC | | | MHCB | 4/28/2021 | 4/28/2021 | 5/4/2021 | Acute / preliminary Unlocked Dorms | 05/04/2021 | APP: CMC | 05/04/2021 15:20:00 |
| APP | MCSP | | | MHCB | 5/12/2021 | 5/12/2021 | 5/25/2021 | Acute / preliminary Single Cell | 05/25/2021 | APP: VPP | 05/25/2021 11:04:00 |
| | | | | | | | | Acute / preliminary Single Cell | 05/17/2021 | APP: VPP | 05/17/2021 10:18:00 |
| APP | COR | | | MHCB | 4/29/2021 | 4/29/2021 | 5/17/2021 | Acute / preliminary Single Cell | 05/20/2021 | APP: CHCF | 05/20/2021 11:29:00 |
| APP | CHCF | | | MHCB | 5/5/2021 | 5/10/2021 | 5/21/2021 | Acute / preliminary Single Cell | 05/21/2021 | APP: VPP | 05/21/2021 13:37:00 |
| APP | CHCF | | | MHCB | 5/8/2021 | 5/11/2021 | 5/24/2021 | Acute / preliminary Single Cell | 05/24/2021 | APP: CHCF | 05/24/2021 17:08:00 |
| APP | CMF | | | MHCB | 5/14/2021 | 5/17/2021 | 5/26/2021 | Acute / preliminary Unlocked Dorms | 05/26/2021 | APP: CHCF | 05/26/2021 12:31:00 |
| APP | MCSP | | | MHCB | 5/7/2021 | 5/7/2021 | 5/21/2021 | Acute / preliminary Unlocked Dorms | 05/21/2021 | APP: VPP | 05/21/2021 13:27:00 |
| APP | SAC | | | MHCB | 4/29/2021 | 5/6/2021 | 5/20/2021 | Acute / preliminary Locked Dorms | 05/20/2021 | APP: CHCF | 05/20/2021 14:48:00 |
| APP | KVSP | | | MHCB | 4/23/2021 | 4/23/2021 | 5/3/2021 | Acute / preliminary Single Cell | 05/03/2021 | APP: VPP | 05/03/2021 12:34:00 |
| APP | SAC | | | MHCB | 5/11/2021 | 5/12/2021 | 5/25/2021 | Acute / preliminary Locked Dorms | 05/25/2021 | APP: CHCF | 05/25/2021 14:14:00 |
| APP | RJD | | | MHCB | 5/4/2021 | 5/5/2021 | 5/20/2021 | Acute / preliminary Unlocked Dorms | 05/20/2021 | APP: CHCF | 05/20/2021 11:30:00 |
| APP | CIM | | | MHCB | 4/21/2021 | 4/22/2021 | 5/3/2021 | Acute / preliminary Single Cell | 05/03/2021 | APP: VPP | 05/03/2021 11:14:00 |
| APP | CMF | | | MHCB | 5/6/2021 | 5/7/2021 | 5/20/2021 | Acute / preliminary Unlocked Dorms | 05/20/2021 | APP: CHCF | 05/20/2021 12:55:00 |
| APP | SAC | | | MHCB | 5/12/2021 | 5/13/2021 | 5/26/2021 | Acute / preliminary Unlocked Dorms | 05/26/2021 | APP: CHCF | 05/26/2021 12:15:00 |
| APP | CMC | | | MHCB | 5/6/2021 | 5/10/2021 | 5/21/2021 | Acute / preliminary Unlocked Dorms | 05/21/2021 | APP: VPP | 05/21/2021 12:19:00 |
| APP | COR | | | MHCB | 4/21/2021 | 4/21/2021 | 4/26/2021 | Acute / preliminary Unlocked Dorms | 04/26/2021 | APP: CMC | 04/26/2021 14:01:00 |
| APP | SAC | | | MHCB | 5/10/2021 | 5/11/2021 | 5/25/2021 | Acute / preliminary Unlocked Dorms | 05/25/2021 | APP: CHCF | 05/25/2021 11:45:00 |
| | | | | | | | | Acute / preliminary Unlocked Dorms | 04/29/2021 | APP: CMC | 04/29/2021 13:26:00 |
| APP | SAC | | | MHCB | 4/21/2021 | 4/22/2021 | 5/20/2021 | Acute / preliminary Unlocked Dorms | 05/21/2021 | APP: CHCF | 05/21/2021 08:21:00 |
| APP | CIM | | | MHCB | 5/10/2021 | 5/10/2021 | 5/21/2021 | Acute / preliminary Unlocked Dorms | 05/21/2021 | APP: CHCF | 05/21/2021 12:10:00 |
| APP | LAC | | | MHCB | 5/6/2021 | 5/6/2021 | 5/20/2021 | Acute / preliminary Single Cell | 05/20/2021 | APP: CHCF | 05/20/2021 13:50:00 |
| | | | | | | | | Acute / preliminary Locked Dorms | 05/18/2021 | APP: VPP | 05/18/2021 12:43:00 |
| APP | SAC | | | MHCB | 5/4/2021 | 5/4/2021 | 5/18/2021 | Acute / preliminary Locked Dorms | 05/20/2021 | APP: CHCF | 05/20/2021 09:21:00 |

**MAY 2021**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | LAC | ██ | ███ | MHCB | 5/10/2021 | 5/10/2021 | 5/24/2021 | Acute / preliminary Multi Person Cell | 05/24/2021 | APP: CHCF | 05/24/2021 14:24:00 |
| | | | | | | | | Acute / preliminary Single Cell | 05/18/2021 | APP: VPP | 05/18/2021 12:24:00 |
| APP | CHCF | ███ | ███ | MHCB | 5/2/2021 | 5/4/2021 | 5/18/2021 | Acute / preliminary Single Cell | 05/20/2021 | APP: CHCF | 05/20/2021 11:33:00 |
| APP | HDSP | ███ | ███ | MHCB | 4/26/2021 | 4/26/2021 | 5/6/2021 | Acute / preliminary Single Cell | 05/06/2021 | APP: VPP | 05/06/2021 09:53:00 |
| APP | CMC | ███ | ██ | MHCB | 5/4/2021 | 5/6/2021 | 5/20/2021 | Acute / preliminary Single Cell | 05/20/2021 | APP: CHCF | 05/20/2021 21:44:00 |
| APP | LAC | ██ | ██ | MHCB | 5/7/2021 | 5/7/2021 | 5/20/2021 | Acute / preliminary Single Cell | 05/21/2021 | APP: CHCF | 05/21/2021 10:51:00 |
| APP | RJD | ██ | ██ | MHCB | 5/7/2021 | 5/7/2021 | 5/21/2021 | Acute / preliminary Locked Dorms | 05/21/2021 | APP: CHCF | 05/21/2021 15:12:00 |
| APP | MCSP | ██ | ██ | MHCB | 4/28/2021 | 4/28/2021 | 5/14/2021 | Acute / preliminary Single Cell | 05/14/2021 | APP: VPP | 05/14/2021 11:56:00 |
| APP | KVSP | ██ | ██ | HCB | 5/5/2021 | 5/6/2021 | 5/20/2021 | Acute / preliminary Single Cell | 05/20/2021 | APP: CHCF | 05/20/2021 12:38:00 |
| APP | LAC | ██ | ██ | MHCB | 4/19/2021 | 4/19/2021 | 5/5/2021 | Acute / preliminary Single Cell | 05/05/2021 | APP: VPP | 05/05/2021 12:03:00 |
| APP | SAC | ██ | ██ | MHCB | 5/7/2021 | 5/10/2021 | 5/21/2021 | Acute / preliminary Single Cell | 05/21/2021 | APP: VPP | 05/21/2021 11:32:00 |
| APP | SAC | ██ | ██ | MHCB | 4/27/2021 | 4/28/2021 | 5/10/2021 | Acute / preliminary Locked Dorms | 05/10/2021 | APP: VPP | 05/10/2021 11:14:00 |
| APP | SAC | ██ | ██ | MHCB | 4/26/2021 | 4/27/2021 | 5/6/2021 | Acute / preliminary Single Cell | 05/06/2021 | APP: VPP | 05/06/2021 10:43:00 |
| APP | SAC | ██ | ██ | MHCB | 4/28/2021 | 4/28/2021 | 5/4/2021 | Acute / preliminary Unlocked Dorms | 05/04/2021 | APP: CMC | 05/04/2021 14:35:00 |
| APP | RJD | ██ | ██ | MHCB | 5/6/2021 | 5/7/2021 | 5/19/2021 | Acute / preliminary Unlocked Dorms | 05/20/2021 | APP: CHCF | 05/20/2021 10:41:00 |
| APP | SAC | ██ | ██ | MHCB | 5/3/2021 | 5/3/2021 | 5/20/2021 | Acute / preliminary Single Cell | 05/20/2021 | APP: CHCF | 05/20/2021 22:38:00 |

| HCPPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| APP: CHCF | 05/24/2021 16:34:00 | APP: CHCF | 05/26/2021 | APP: CHCF | 05/28/2021 15:10:00 | EXCEPTION: COVID-19 | Admitted | 18 N | | 8 |
| APP: CHCF | 05/24/2021 14:38:00 | APP: CHCF | 05/26/2021 | APP: CHCF | 05/27/2021 17:10:00 | EXCEPTION: COVID-19 | Admitted | 16 N | | 6 |
| APP: CMC | 05/04/2021 15:25:00 | APP: CMC | 05/06/2021 | APP: CMC | 05/10/2021 14:03:00 | EXCEPTION: COVID-19 | Admitted | 11 N | | 1 |
| APP: VPP | 05/10/2021 12:58:00 | APP: VPP | 05/12/2021 | APP: VPP | 05/13/2021 15:20:00 | EXCEPTION: COVID-19 | Admitted | 16 N | | 6 |
| APP: VPP | 05/17/2021 10:14:00 | | | | | EXCEPTION: COVID-19 | | | | |
| APP: CHCF | 05/20/2021 10:30:00 | APP: CHCF | 05/21/2021 | APP: CHCF | 05/24/2021 16:09:00 | | Admitted | 26 N | | 16 |
| APP: VPP | 05/18/2021 11:47:00 | | | | | EXCEPTION: COVID-19 | | | | |
| APP: CHCF | 05/20/2021 10:50:00 | APP: CHCF | 05/21/2021 | APP: CHCF | 05/24/2021 11:35:00 | | Admitted | 21 N | | 11 |
| APP: CHCF | 05/21/2021 12:25:00 | APP: CHCF | 05/27/2021 | APP: CHCF | 05/28/2021 18:03:00 | EXCEPTION: COVID-19 | Admitted | 18 N | | 8 |
| APP: CMC | 04/29/2021 13:25:00 | APP: CMC | 05/05/2021 | APP: CMC | 05/05/2021 16:10:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| APP: CMC | 05/04/2021 15:22:00 | APP: CMC | 05/06/2021 | APP: CMC | 05/10/2021 18:58:00 | EXCEPTION: COVID-19 | Admitted | 12 N | | 2 |
| APP: VPP | 05/25/2021 11:04:00 | APP: VPP | 05/25/2021 | APP: VPP | 05/26/2021 13:54:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| APP: VPP | 05/17/2021 10:18:00 | | | | | EXCEPTION: COVID-19 | | | | |
| APP: CHCF | 05/20/2021 11:29:00 | APP: CHCF | 05/24/2021 | APP: CHCF | 05/25/2021 11:39:00 | | Admitted | 26 N | | 16 |
| APP: VPP | 05/21/2021 13:37:00 | APP: VPP | 05/21/2021 | APP: VPP | 05/24/2021 11:20:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| APP: CHCF | 05/24/2021 17:08:00 | APP: CHCF | 05/26/2021 | APP: CHCF | 05/27/2021 14:28:00 | EXCEPTION: COVID-19 | Admitted | 16 N | | 6 |
| APP: CHCF | 05/26/2021 12:31:00 | APP: CHCF | 05/27/2021 | APP: CHCF | 05/28/2021 09:08:00 | EXCEPTION: COVID-19 | Admitted | 11 N | | 1 |
| APP: VPP | 05/21/2021 13:27:00 | APP: VPP | 05/21/2021 | APP: VPP | 05/24/2021 12:16:00 | EXCEPTION: COVID-19 | Admitted | 17 N | | 7 |
| APP: CHCF | 05/20/2021 14:48:00 | APP: CHCF | 05/24/2021 | APP: CHCF | 05/25/2021 16:47:00 | EXCEPTION: COVID-19 | Admitted | 19 N | | 9 |
| APP: VPP | 05/03/2021 12:34:00 | APP: VPP | 05/05/2021 | APP: VPP | 05/06/2021 14:04:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| APP: VPP | 05/25/2021 14:14:00 | APP: VPP | 05/27/2021 | APP: VPP | 05/28/2021 15:13:00 | EXCEPTION: COVID-19 | Admitted | 16 N | | 6 |
| APP: CHCF | 05/20/2021 11:30:00 | APP: CHCF | 05/21/2021 | APP: CHCF | 05/23/2021 13:09:00 | EXCEPTION: COVID-19 | Admitted | 18 N | | 8 |
| APP: VPP | 05/03/2021 11:14:00 | APP: VPP | 05/04/2021 | APP: VPP | 05/06/2021 20:00:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| APP: CHCF | 05/20/2021 12:55:00 | APP: CHCF | 05/24/2021 | APP: CHCF | 05/26/2021 17:34:00 | EXCEPTION: COVID-19 | Admitted | 19 N | | 9 |
| APP: CHCF | 05/26/2021 12:15:00 | APP: CHCF | 05/27/2021 | APP: CHCF | 05/28/2021 18:04:00 | EXCEPTION: COVID-19 | Admitted | 15 N | | 5 |
| APP: VPP | 05/21/2021 12:19:00 | APP: VPP | 05/25/2021 | APP: VPP | 05/26/2021 12:36:00 | EXCEPTION: COVID-19 | Admitted | 16 N | | 6 |
| APP: CMC | 04/26/2021 14:01:00 | APP: CMC | 04/30/2021 | APP: CMC | 05/03/2021 15:54:00 | EXCEPTION: COVID-19 | Admitted | 12 N | | 2 |
| APP: CHCF | 05/25/2021 11:45:00 | APP: CHCF | 05/27/2021 | APP: CHCF | 05/28/2021 16:25:00 | EXCEPTION: COVID-19 | Admitted | 17 N | | 7 |
| APP: CMC | 04/29/2021 13:26:00 | | | | | EXCEPTION: COVID-19 | | | | |
| APP: CHCF | 05/21/2021 08:21:00 | APP: CHCF | 05/24/2021 | APP: CHCF | 05/25/2021 18:27:00 | | Admitted | 33 N | | 23 |
| APP: CHCF | 05/21/2021 12:10:00 | APP: CHCF | 05/27/2021 | APP: CHCF | 05/28/2021 14:35:00 | EXCEPTION: COVID-19 | Admitted | 18 N | | 8 |
| APP: CHCF | 05/20/2021 13:50:00 | APP: CHCF | 05/27/2021 | APP: CHCF | 05/28/2021 13:14:00 | EXCEPTION: COVID-19 | Admitted | 22 N | | 12 |
| APP: VPP | 05/18/2021 12:43:00 | | | | | EXCEPTION: COVID-19 | | | | |
| APP: CHCF | 05/20/2021 09:21:00 | APP: CHCF | 05/21/2021 | APP: CHCF | 05/24/2021 16:07:00 | | Admitted | 20 N | | 10 |

**MAY 2021**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| APP: CHCF | 05/24/2021 14:24:00 | APP: CHCF | 05/26/2021 | APP: CHCF | 05/28/2021 13:15:00 | **EXCEPTION:** COVID-19 | Admitted | 18 N | 8 |
| APP: VPP | 05/18/2021 12:24:00 | | | | | **EXCEPTION:** COVID-19 | | | |
| APP: CHCF | 05/20/2021 11:33:00 | APP: CHCF | 05/26/2021 | APP: CHCF | 05/26/2021 17:32:00 | | Admitted | 22 N | 12 |
| APP: VPP | 05/06/2021 09:53:00 | APP: VPP | 05/06/2021 | APP: VPP | 05/07/2021 15:17:00 | **EXCEPTION:** COVID-19 | Admitted | 11 N | 1 |
| APP: CHCF | 05/20/2021 21:44:00 | APP: CHCF | 05/26/2021 | APP: CHCF | 05/27/2021 11:42:00 | **EXCEPTION:** COVID-19 | Admitted | 21 N | 11 |
| APP: CHCF | 05/21/2021 10:51:00 | APP: CHCF | 05/24/2021 | APP: CHCF | 05/26/2021 14:19:00 | **EXCEPTION:** COVID-19 | Admitted | 19 N | 9 |
| APP: CHCF | 05/21/2021 15:12:00 | APP: CHCF | 05/24/2021 | APP: CHCF | 05/25/2021 21:25:00 | **EXCEPTION:** COVID-19 | Admitted | 18 N | 8 |
| APP: VPP | 05/14/2021 11:56:00 | APP: VPP | 05/18/2021 | APP: VPP | 05/19/2021 14:49:00 | **EXCEPTION:** COVID-19 | Admitted | 21 N | 11 |
| APP: CHCF | 05/20/2021 12:38:00 | APP: CHCF | 05/25/2021 | APP: CHCF | 05/26/2021 14:38:00 | **EXCEPTION:** COVID-19 | Admitted | 20 N | 10 |
| APP: VPP | 05/05/2021 14:01:00 | APP: VPP | 05/07/2021 | APP: VPP | 05/09/2021 12:40:00 | **EXCEPTION:** COVID-19 | Admitted | 20 N | 10 |
| APP: VPP | 05/21/2021 11:32:00 | APP: VPP | 05/25/2021 | APP: VPP | 05/28/2021 15:13:00 | **EXCEPTION:** COVID-19 | Admitted | 18 N | 8 |
| APP: VPP | 05/10/2021 11:14:00 | APP: VPP | 05/12/2021 | APP: VPP | 05/13/2021 12:05:00 | **EXCEPTION:** COVID-19 | Admitted | 15 N | 5 |
| APP: VPP | 05/06/2021 10:43:00 | APP: VPP | 05/10/2021 | APP: VPP | 05/11/2021 15:39:00 | **EXCEPTION:** COVID-19 | Admitted | 14 N | 4 |
| APP: CMC | 05/04/2021 14:39:00 | APP: CMC | 05/06/2021 | APP: CMC | 05/10/2021 18:58:00 | **EXCEPTION:** COVID-19 | Admitted | 12 N | 2 |
| APP: CHCF | 05/20/2021 10:41:00 | APP: CHCF | 05/21/2021 | APP: CHCF | 05/23/2021 15:18:00 | **EXCEPTION:** COVID-19 | Admitted | 16 N | 6 |
| APP: CHCF | 05/20/2021 22:38:00 | APP: CHCF | 05/24/2021 | APP: CHCF | 05/25/2021 16:48:00 | **EXCEPTION:** COVID-19 | Admitted | 22 N | 12 |

**TOTAL DAYS OUT OF COMPLIANCE** — 0

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CMF | | | APP | 4/8/2021 | 4/9/2021 | 4/9/2021 | Unlocked Dorms | 04/09/2021 | ICF-Dorms: VPP | 04/09/2021 14:23:00 |
| ICF | SQ | | | EOP-GP | 3/11/2021 | 3/24/2021 | 3/24/2021 | Unlocked Dorms | 03/26/2021 | ICF-Dorms: VPP | 03/26/2021 09:51:00 |
| ICF | CMF | | | APP | 2/24/2021 | 2/25/2021 | 5/18/2021 | Locked Dorms | 05/18/2021 | ICF-High: VPP (Single) | 05/18/2021 16:17:00 |
| ICF | CMC | | | MHCB | 12/8/2020 | 12/9/2020 | 2/16/2021 | Locked Dorms | 02/18/2021 | ICF-High: VPP (Single) | 02/18/2021 08:52:00 |
| ICF | SAC | | | MHCB | 12/31/2020 | 1/4/2021 | 4/26/2021 | Single Cell | 04/26/2021 | ICF-High: CHCF | 04/26/2021 13:13:00 |
| ICF | SAC | | | MHCB | 1/26/2021 | 1/27/2021 | 4/28/2021 | Locked Dorms | 04/28/2021 | ICF-High: SVPP (Single) | 04/28/2021 12:29:00 |
| ICF | LAC | | | EOP-GP | 3/2/2021 | 3/3/2021 | 5/4/2021 | Single Cell | 05/04/2021 | ICF-High: SVPP (Single) | 05/04/2021 13:47:00 |
| | | | | | | | | Unlocked Dorms | 03/22/2021 | ICF-Dorms: ASH | 03/22/2021 20:02:00 |
| ICF | SATF | | | MHCB | 2/18/2021 | 2/24/2021 | 3/22/2021 | Unlocked Dorms | 04/13/2021 | ICF-Dorms: VPP | 04/13/2021 14:58:00 |
| ICF | LAC | | | EOP-GP | 12/14/2020 | 12/15/2020 | 4/26/2021 | Single Cell | 04/26/2021 | ICF-High: CHCF | 04/26/2021 18:12:00 |
| ICF | LAC | | | MHCB | 1/19/2021 | 1/19/2021 | 4/26/2021 | Locked Dorms | 04/26/2021 | ICF-High: CHCF | 04/26/2021 16:46:00 |
| ICF | KVSP | | | MHCB | 2/12/2021 | 2/17/2021 | 4/30/2021 | Single Cell | 04/30/2021 | ICF-High: CHCF | 04/30/2021 14:02:00 |
| ICF | CMF | | | APP | 1/20/2021 | 1/29/2021 | 3/22/2021 | Locked Dorms | 03/22/2021 | ICF-Dorms: VPP | 03/22/2021 13:22:00 |
| ICF | MCSP | | | EOP-GP | 1/19/2021 | 1/20/2021 | 4/28/2021 | Multi Person Cell | 04/28/2021 | ICF-High: CHCF | 04/28/2021 13:40:00 |
| | | | | | | | | Locked Dorms | 03/22/2021 | ICF-Dorms: VPP | 03/22/2021 19:27:00 |
| ICF | CMC | | | MHCB | 2/18/2021 | 2/19/2021 | 5/18/2021 | Single Cell | 05/18/2021 | ICF-High: SVPP (Single) | 05/18/2021 12:41:00 |
| | | | | | | | | Single Cell | 04/30/2021 | ICF-High: VPP (Single) | 04/30/2021 11:35:00 |
| ICF | CMC | | | MHCB | 2/11/2021 | 2/16/2021 | 4/30/2021 | Single Cell | 05/10/2021 | ICF-High: VPP (Single) | 05/10/2021 13:28:00 |
| ICF | SAC | | | MHCB | 1/28/2021 | 1/28/2021 | 4/28/2021 | Single Cell | 04/28/2021 | ICF-High: SVPP (Single) | 04/28/2021 14:36:00 |
| ICF | CHCF | | | MHCB | 3/5/2021 | 3/17/2021 | 5/18/2021 | Unlocked Dorms | 05/18/2021 | ICF-High: CHCF | 05/18/2021 14:36:00 |
| ICF | SAC | | | EOP-SHU/PSU | 2/18/2021 | 2/19/2021 | 4/30/2021 | Single Cell | 04/30/2021 | ICF-High: CHCF | 04/30/2021 12:45:00 |
| ICF | CIM | | | MHCB | 3/26/2021 | 3/29/2021 | 5/11/2021 | Single Cell | 05/11/2021 | ICF-High: CHCF | 05/11/2021 14:18:00 |
| | | | | | | | | Locked Dorms | 03/03/2021 | ICF-High: VPP (Multi) | 03/03/2021 12:19:00 |
| ICF | LAC | | | MHCB | 7/21/2020 | 7/27/2020 | 3/1/2021 | Locked Dorms | 03/12/2021 | ICF-High: VPP (Single) | 03/12/2021 13:17:00 |
| ICF | SVSP | | | EOP-GP | 2/25/2021 | 3/2/2021 | 5/4/2021 | Single Cell | 05/04/2021 | ICF-High: SVPP (Single) | 05/04/2021 12:42:00 |
| ICF | LAC | | | EOP-GP | 12/10/2020 | 12/10/2020 | 4/26/2021 | Single Cell | 04/26/2021 | ICF-High: CHCF | 04/26/2021 13:43:00 |
| ICF | CHCF | | | MHCB | 2/17/2021 | 2/25/2021 | 5/3/2021 | Unlocked Dorms | 05/03/2021 | ICF-High: SVPP (Single) | 05/03/2021 10:47:00 |
| ICF | RJD | | | MHCB | 3/19/2021 | 3/22/2021 | 4/30/2021 | Single Cell | 04/30/2021 | ICF-High: VPP (Multi) | 04/30/2021 14:55:00 |
| | | | | | | | | Unlocked Dorms | 03/30/2021 | ICF-Dorms: ASH | 03/30/2021 14:42:00 |
| | | | | | | | | Unlocked Dorms | 04/03/2021 | ICF-Dorms: ASH | 04/03/2021 07:39:00 |
| ICF | SVSP | | | EOP-ASU | 3/24/2021 | 3/26/2021 | 4/1/2021 | Unlocked Dorms | 04/13/2021 | ICF-Dorms: VPP | 04/13/2021 16:16:00 |
| ICF | LAC | | | EOP-GP | 3/23/2021 | 3/24/2021 | 4/7/2021 | Unlocked Dorms | 04/09/2021 | ICF-Dorms: VPP | 04/09/2021 12:25:00 |
| ICF | LAC | | | MHCB | 2/18/2021 | 3/2/2021 | 3/17/2021 | Single Cell | 03/17/2021 | ICF-High: VPP (Single) | 03/17/2021 15:33:00 |
| ICF | CMF | | | APP | 3/17/2021 | 3/22/2021 | 3/22/2021 | Unlocked Dorms | 03/23/2021 | ICF-Dorms: VPP | 03/23/2021 14:48:00 |
| ICF | CIM | | | MHCB | 3/1/2021 | 3/2/2021 | 5/4/2021 | Single Cell | 05/04/2021 | ICF-High: CHCF | 05/04/2021 13:36:00 |
| | | | | | | | | Single Cell | 03/02/2021 | ICF-High: VPP (Single) | 03/02/2021 08:54:00 |
| ICF | SAC | K7 | | MHCB | 1/12/2021 | 1/13/2021 | 5/13/2021 | Single Cell | 05/13/2021 | ICF-High: SVPP (Single) | 05/13/2021 14:05:00 |

**MAY 2021**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ICF | COR | | | MHCB | 2/9/2021 | 2/10/2021 | 4/29/2021 | Unlocked Dorms | 04/29/2021 | ICF-High: CHCF | 04/29/2021 11:04:00 |
| ICF | CHCF | | | EOP-GP | 2/11/2021 | 2/22/2021 | 3/22/2021 | Locked Dorms | 03/23/2021 | ICF-Dorms: VPP | 03/23/2021 11:01:00 |
| ICF | CMF | | | APP | 2/23/2021 | 2/25/2021 | 5/18/2021 | Single Cell | 05/18/2021 | ICF-High: VPP (Single) | 05/18/2021 14:22:00 |
| ICF | CIM | | | MHCB | 3/3/2021 | 3/4/2021 | 4/29/2021 | Multi Person Cell | 04/29/2021 | ICF-High: VPP (Multi) | 04/29/2021 15:40:00 |
| ICF | CMF | | | APP | 3/2/2021 | 3/9/2021 | 3/9/2021 | Multi Person Cell | 03/09/2021 | ICF-High: VPP (Single) | 03/09/2021 15:28:00 |
| ICF | RJD | | | MHCB | 2/22/2021 | 2/23/2021 | 4/30/2021 | Locked Dorms | 04/30/2021 | ICF-High: SVPP (Single) | 04/30/2021 12:57:00 |
| ICF | SAC | | | MHCB | 2/18/2021 | 2/18/2021 | 3/16/2021 | Single Cell | 03/16/2021 | ICF-High: VPP (Single) | 03/16/2021 14:59:00 |
| ICF | CMC | | | MHCB | 1/20/2021 | 1/22/2021 | 4/28/2021 | Single Cell | 04/28/2021 | ICF-High: SVPP (Single) | 04/28/2021 11:58:00 |

| HCPPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| ICF-Dorms: VPP | 04/09/2021 14:23:00 | ICF-Dorms: VPP | 05/13/2021 | ICF-Dorms: VPP | 05/14/2021 14:41:00 | EXCEPTION: COVID-19 | Admitted | 35 N | | 5 |
| ICF-Dorms: VPP | 03/26/2021 09:51:00 | ICF-Dorms: VPP | 05/04/2021 | ICF-Dorms: VPP | 05/06/2021 09:33:00 | EXCEPTION: COVID-19 | Admitted | 43 N | | 13 |
| ICF-High: VPP (Single) | 05/18/2021 16:17:00 | ICF-High: VPP (Single) | 05/19/2021 | ICF-High: VPP (Single) | 05/20/2021 11:27:00 | EXCEPTION: COVID-19 | Admitted | 84 N | | 54 |
| ICF-High: VPP (Single) | 02/18/2021 08:52:00 | ICF-High: VPP (Single) | 05/10/2021 | ICF-High: VPP (Single) | 05/12/2021 14:05:00 | EXCEPTION: COVID-19 | Admitted | 154 N | | 124 |
| ICF-High: CHCF | 04/26/2021 13:13:00 | ICF-High: CHCF | 05/20/2021 | ICF-High: CHCF | 05/20/2021 16:11:00 | EXCEPTION: COVID-19 | Admitted | 136 N | | 106 |
| ICF-High: SVPP (Single) | 04/28/2021 12:29:00 | ICF-High: SVPP (Single) | 05/03/2021 | ICF-High: SVPP (Single) | 05/06/2021 13:32:00 | EXCEPTION: COVID-19 | Admitted | 99 N | | 69 |
| ICF-High: SVPP (Single) | 05/04/2021 13:47:00 | ICF-High: SVPP (Single) | 05/11/2021 | ICF-High: SVPP (Single) | 05/12/2021 14:28:00 | EXCEPTION: COVID-19 | Admitted | 70 N | | 40 |
| ICF-Dorms: ASH | 03/22/2021 20:02:00 | ICF-Dorms: VPP | 05/10/2021 | ICF-Dorms: VPP | 05/14/2021 14:52:00 | EXCEPTION: COVID-19 | | | | |
| ICF-Dorms: VPP | 04/13/2021 14:58:00 | APP: VPP | 05/30/2021 | APP: VPP | 05/30/2021 23:04:00 | | Admitted | 79 N | | 49 |
| ICF-High: CHCF | 04/26/2021 18:12:00 | ICF-High: CHCF | 05/03/2021 | ICF-High: CHCF | 05/04/2021 15:17:00 | EXCEPTION: COVID-19 | Admitted | 140 N | | 110 |
| ICF-High: CHCF | 04/26/2021 16:46:00 | ICF-High: CHCF | 05/03/2021 | ICF-High: CHCF | 05/04/2021 16:06:00 | EXCEPTION: COVID-19 | Admitted | 105 N | | 75 |
| ICF-High: CHCF | 04/30/2021 14:02:00 | ICF-High: CHCF | 05/20/2021 | ICF-High: CHCF | 05/21/2021 13:26:00 | EXCEPTION: COVID-19 | Admitted | 93 N | | 63 |
| ICF-Dorms: VPP | 03/22/2021 13:22:00 | ICF-Dorms: VPP | 05/04/2021 | ICF-Dorms: VPP | 05/05/2021 10:37:00 | EXCEPTION: COVID-19 | Admitted | 96 N | | 66 |
| ICF-High: CHCF | 04/28/2021 13:40:00 | ICF-High: CHCF | 05/19/2021 | ICF-High: CHCF | 05/20/2021 10:22:00 | EXCEPTION: COVID-19 | Admitted | 120 N | | 90 |
| ICF-Dorms: VPP | 03/22/2021 19:27:00 | | | | | EXCEPTION: COVID-19 | | | | |
| ICF-High: SVPP (Single) | 05/18/2021 12:41:00 | ICF-High: SVPP (Single) | 05/26/2021 | ICF-High: SVPP (Single) | 05/27/2021 11:49:00 | | Admitted | 97 N | | 67 |
| ICF-High: SVPP (Single) | 04/30/2021 11:35:00 | | | | | EXCEPTION: COVID-19 | | | | |
| ICF-High: VPP (Single) | 05/10/2021 13:28:00 | ICF-High: VPP (Single) | 05/19/2021 | ICF-High: VPP (Single) | 05/20/2021 12:35:00 | | Admitted | 93 N | | 63 |
| ICF-High: SVPP (Single) | 04/28/2021 14:36:00 | ICF-High: SVPP (Single) | 05/03/2021 | ICF-High: SVPP (Single) | 05/06/2021 13:32:00 | EXCEPTION: COVID-19 | Admitted | 98 N | | 68 |
| ICF-High: CHCF | 05/18/2021 14:36:00 | ICF-High: CHCF | 05/27/2021 | ICF-High: CHCF | 05/27/2021 16:01:00 | | Admitted | 71 N | | 41 |
| ICF-High: SVPP (Single) | 04/30/2021 12:45:00 | ICF-High: SVPP (Single) | 05/06/2021 | ICF-High: SVPP (Single) | 05/14/2021 20:05:00 | | Admitted | 84 N | | 54 |
| ICF-High: CHCF | 05/11/2021 14:18:00 | ICF-High: CHCF | 05/13/2021 | ICF-High: CHCF | 05/13/2021 17:17:00 | EXCEPTION: COVID-19 | Admitted | 45 N | | 15 |
| ICF-High: VPP (Multi) | 03/03/2021 12:19:00 | | | | | EXCEPTION: COVID-19 | | | | |
| ICF-High: VPP (Single) | 03/12/2021 13:17:00 | ICF-High: VPP (Single) | 05/03/2021 | ICF-High: VPP (Single) | 05/04/2021 18:06:00 | | Admitted | 281 N | | 251 |
| ICF-High: SVPP (Single) | 05/04/2021 12:42:00 | ICF-High: SVPP (Single) | 05/11/2021 | ICF-High: SVPP (Single) | 05/12/2021 12:08:00 | EXCEPTION: COVID-19 | Admitted | 71 N | | 41 |
| ICF-High: CHCF | 04/26/2021 13:43:00 | ICF-High: CHCF | 05/03/2021 | ICF-High: CHCF | 05/04/2021 16:04:00 | EXCEPTION: COVID-19 | Admitted | 145 N | | 115 |
| ICF-High: SVPP (Single) | 05/03/2021 10:47:00 | ICF-High: SVPP (Single) | 05/11/2021 | ICF-High: SVPP (Single) | 05/13/2021 11:11:00 | EXCEPTION: COVID-19 | Admitted | 77 N | | 47 |
| ICF-High: VPP (Multi) | 04/30/2021 14:55:00 | ICF-High: VPP (Multi) | 05/03/2021 | ICF-High: VPP (Multi) | 05/04/2021 15:51:00 | EXCEPTION: COVID-19 | Admitted | 43 N | | 13 |
| ICF-Dorms: ASH | 03/30/2021 14:42:00 | | | | | EXCEPTION: COVID-19 | | | | |
| ICF-Dorms: ASH | 04/30/2021 07:39:00 | | | | | | | | | |
| ICF-Dorms: VPP | 04/13/2021 16:16:00 | ICF-Dorms: VPP | 05/04/2021 | ICF-Dorms: VPP | 05/06/2021 17:31:00 | | Admitted | 41 N | | 11 |
| ICF-Dorms: VPP | 04/09/2021 12:25:00 | ICF-Dorms: VPP | 05/04/2021 | ICF-Dorms: VPP | 05/06/2021 17:31:00 | EXCEPTION: COVID-19 | Admitted | 43 N | | 13 |
| ICF-High: VPP (Single) | 03/17/2021 15:33:00 | ICF-High: VPP (Single) | 05/10/2021 | ICF-High: VPP (Single) | 05/12/2021 15:32:00 | EXCEPTION: COVID-19 | Admitted | 71 N | | 41 |
| ICF-Dorms: VPP | 03/23/2021 14:48:00 | ICF-Dorms: VPP | 05/13/2021 | ICF-Dorms: VPP | 05/14/2021 14:41:00 | EXCEPTION: COVID-19 | Admitted | 53 N | | 23 |
| ICF-High: CHCF | 05/04/2021 13:36:00 | ICF-High: CHCF | 05/21/2021 | ICF-High: CHCF | 05/24/2021 16:10:00 | EXCEPTION: COVID-19 | Admitted | 83 N | | 53 |
| ICF-High: VPP (Single) | 03/02/2021 08:54:00 | | | | | EXCEPTION: Medical Hold & COVID-19 | | | | |
| ICF-High: SVPP (Single) | 05/13/2021 14:05:00 | ICF-High: SVPP (Single) | 05/18/2021 | ICF-High: SVPP (Single) | 05/19/2021 14:35:00 | | Admitted | 126 N | | 96 |

DETAIL OF DAYS OUT OF COMPLIANCE

**MAY 2021**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ICF-High: CHCF | 04/29/2021 11:04:00 | ICF-High: CHCF | 05/04/2021 | ICF-High: CHCF | 05/05/2021 14:18:00 | **EXCEPTION:** COVID-19 | Admitted | 84 N | 54 |
| ICF-Dorms: VPP | 03/23/2021 11:01:00 | ICF-Dorms: VPP | 05/04/2021 | ICF-Dorms: VPP | 05/07/2021 15:17:00 | **EXCEPTION:** COVID-19 | Admitted | 74 N | 44 |
| ICF-High: VPP (Single) | 05/18/2021 14:22:00 | ICF-High: VPP (Single) | 05/19/2021 | ICF-High: VPP (Single) | 05/20/2021 11:27:00 | **EXCEPTION:** COVID-19 | Admitted | 84 N | 54 |
| ICF-High: VPP (Multi) | 04/29/2021 15:40:00 | ICF-High: VPP (Multi) | 05/04/2021 | ICF-High: VPP (Multi) | 05/05/2021 16:10:00 | **EXCEPTION:** COVID-19 | Admitted | 62 N | 32 |
| ICF-High: VPP (Single) | 03/09/2021 15:28:00 | ICF-High: VPP (Single) | 05/13/2021 | ICF-High: VPP (Single) | 05/14/2021 19:27:00 | **EXCEPTION:** COVID-19 | Admitted | 66 N | 36 |
| ICF-High: SVPP (Single) | 04/30/2021 12:57:00 | ICF-High: SVPP (Single) | 05/04/2021 | ICF-High: SVPP (Single) | 05/05/2021 18:07:00 | **EXCEPTION:** COVID-19 | Admitted | 71 N | 41 |
| ICF-High: VPP (Single) | 03/16/2021 14:59:00 | ICF-High: VPP (Single) | 05/17/2021 | ICF-High: VPP (Single) | 05/19/2021 16:03:00 | **EXCEPTION:** COVID-19 | Admitted | 90 N | 60 |
| ICF-High: SVPP (Single) | 04/28/2021 11:58:00 | ICF-High: SVPP (Single) | 05/04/2021 | ICF-High: SVPP (Single) | 05/05/2021 09:59:00 | **EXCEPTION:** COVID-19 | Admitted | 103 N | 73 |

| TOTAL DAYS OUT OF COMPLIANCE | 0 |
|---|---|