ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' TWENTY-SIXTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS**<br><br>Judge: Hon. Kimberly J. Mueller |

1

Defs.' 26th Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id*.) Defendants have filed twenty-five status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds.

**DISCUSSION**

**I.   DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD). (ECF No. 6168.) The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget. Defendants have timely filed an additional twenty-four status reports between June 27, 2019 and May 27, 2021. (ECF Nos. 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, 6840, 6884, 6926, 6967, 7007, 7036, 7070, 7114, 7139, and 7189.)

**II.   UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

As previously reported to the Court, CDCR's MHCB construction project in Southern California is proceeding with the construction of 50 new licensed mental health crisis beds at CIM. (ECF Nos. 6297 at 3, and 6371 at 3.) CDCR is proceeding with work on the plan. (Borg Decl. ¶ 2.)

/ / /

/ / /

2

Defs.' 26th Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

CDCR continues to work with the architect of record, Hellmuth, Obata and Kassabaum, to revise the working drawings in response to the Office of the State Fire Marshal's (OSFM) comments.  CDCR met with the OSFM on May 26, 2021, to review the working drawings for the project. (Borg Decl. ¶ 3.)  CDCR submitted the revised working drawings to the OSFM on May 28, 2021, and received approval of the final working drawings from the OSFM on June 9, 2021. (*Id.*)

As first reported to the Court in February, the project may be impacted by a decision from the San Bernardino Superior Court that found some inadequacies in the Environmental Impact Report completed for the CIM project. (ECF No. 7070 at 3, 7070-1 at 2 and Exhibit A.)  The decision, issued on February 24, 2021, follows a petition for writ of mandamus filed in 2019 by the City of Chino, the City of Chino Hills, San Bernardino County and the Chino Valley Independent Fire District seeking an order directing CDCR to vacate approval of the CIM project on the basis that CDCR's Environmental Impact Report on the construction project was inadequate. (*Id.*)  Although CDCR successfully defended seven of ten claims raised in the petition, it will need to address three issues with the Environmental Impact Report the court found inadequate:  (1) the description of baseline conditions; (2) the analysis of project alternatives; and (3) the analysis of traffic impacts. (*Id.*)

CDCR's previous estimates of the dates for the commencement and completion of the CIM project will likely be impacted by the Superior Court's decision. (ECF No. 7070 at 3, 7070-1 at 2 and Exhibit A.)  However, Defendants will be unable to provide a revised timeline until (1) the writ and judgment are finalized by the Superior Court, (2) CDCR determines whether it will appeal the judgment, and (3) CDCR determines the feasibility of negotiating a resolution of the three claims with the petitioners. (Borg Decl. ¶ 4.)  In the next status report, which is due in July, Defendants will report on the status of the entry of judgment, and provide an anticipated timeline for the other work needed to update the Environmental Impact Report, if that information is available. (*Id.*)

/ / /

/ / /

3

Defs.' 26th Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))

III. **UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.**

The CIM project was funded as part of Assembly Bill 89, the Budget Act of 2020. (ECF No. 6790 at 3.) As reported in the 25th status report to the Court, a request to re-appropriate the construction funding for this project was submitted to the Legislature on May 14, 2021. (ECF No. 7189 at 4.) The Legislature approved Assembly Bill 128, the Budget Act for 2021, on June 14, 2021, and the bill included the re-appropriation of the construction funding for this project. (Borg Decl. ¶ 5.) Assembly Bill 128 is pending approval from Governor Newsom. (*Id.*)

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

Dated: June 28, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: */s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
ATTORNEYS FOR DEFENDANT

DATED: June 28, 2021

HANSON BRIDGETT LLP

By: */s/ Samantha Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants

4

Defs.' 26th Status Rpt. On Funding Process for MHCB Constr. (2:90-cv-00520 KJM-DB (PC))