ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**RALPH COLEMAN, et al.,**

Plaintiffs,

v.

**GAVIN NEWSOM, et al.,**

Defendants.

Case No. 2:90-cv-00520 KJM-DB (PC)

**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' TWENTY-SIXTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS**

Judge: Hon. Kimberly J. Mueller

1

Borg Decl. ISO 26th Status Report on Funding Process for Constr. MHCB (2:90-cv-00520 KJM-DB (PC))

I, Dean L. Borg, declare:

1. I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' twenty-sixth status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

2. The work on CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men is proceeding, consistent with reports previously provided to the Court, with potential delays described in paragraph 4 below.

3. CDCR met with the Office of the State Fire Marshal (OSFM) on May 26, 2021, to review the working drawings for the project. The OSFM raised an additional technical issue that requires further revisions to the working drawings. CDCR submitted the revised working drawings to the OSFM on May 28, 2021, and received approval of the final working drawings from the OSFM on June 9, 2021.

4. I continue to believe that my previous estimates of the dates for the commencement and completion of construction will potentially be impacted by the work needed to address the February 24, 2021 order from the San Bernardino Superior Court. The Superior Court has still not issued a writ and judgment in the matter concerning the Environmental Impact Report. I will report on the status of the entry of judgment, and an anticipated timeline for the other work needed to complete revisions to the Environmental Impact Report, if that information is available, in my declaration in support of the 27th status report to the Court in July.

5. As reported in the 25th status report to the Court, a request to re-appropriate the construction funding for this project was submitted to the Legislature on May 14, 2021. The Legislature approved Assembly Bill 128, the Budget Act for 2021, on June 14, 2021, and the bill included the re-appropriation of the construction funding for this project. Assembly Bill 128 is pending approval from Governor Newsom.

2

Borg Decl. ISO 26th Status Report on Funding Process for Constr. MHCB (2:90-cv-00520 KJM-DB (PC))

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Sacramento, California on June 28, 2021.

/s/ *Dean L. Borg*
DEAN L. BORG
Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*