| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>LUCAS HENNES, State Bar No. 278361<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7323<br> Fax: (916) 324-5205<br> E-mail: Lucas.Hennes@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>DAVID C. CASARRUBIAS, SBN 321994<br>1676 N. CALIFORNIA BLVD., SUITE 620<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE: 925-746-8460<br>FACSIMILE: 925-746-8490<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br> 2049 Century Park East, Suite 3400<br> Los Angeles, CA 90067-3208<br> Telephone: (310) 552-0130<br> Fax: (310) 229-5800<br> E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                        Plaintiffs,<br><br>      v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                        Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE REGARDING THE JULY 20, 2021 IN CAMERA MIDLITIGATION STATUS CONFERENCE** |

**TO THE COURT AND ALL PARTIES:**

On June 18, 2021, Defendants filed a request to excuse Secretary Kathleen Allison from the In Camera Midlitigation Status Conference set for July 20, 2021, due to a preexisting out-of-state obligation. (ECF No. 7208.) The Court issued an order on June 23, 2021, construing the request as one to "reset the date for the In Camera Conference" and conditioned the Court's consideration of the request upon Defendants' identifying a new date and time for the In Camera Conference between July 6, 2021, and August 3, 2021, that is available to the Court, the Court's

1

Special Master, and all other required attendees. (ECF No. 7211.) Defendants have been unable to identify an alternate date that would work for all other required attendees, and will therefore not propose an alternate date for the In Camera Conference. Secretary Allison will cancel her plans to attend the Correctional Leaders Association's Western Regional Meeting so that she can attend the In Camera Conference on July 20. The other required attendees for Defendants, including the Attorney General of the State of California, will also attend the In Camera Conference on that date, as ordered by the Court.

**CERTIFICATION**

Counsel for Defendants certifies that he has reviewed the Court's minute order at ECF No. 7211, which is relevant to the issue raised in this notice.

DATED: June 30, 2021                HANSON BRIDGETT LLP

                                    */s/ Paul B. Mello*
                                    PAUL B. MELLO
                                    SAMANTHA D. WOLFF
                                    DAVID C. CASARRUBIAS
                                    Attorneys for Defendants


DATED: June 30, 2021                Respectfully Submitted,

                                    ROB BONTA
                                    Attorney General of California
                                    Damon McClain
                                    Supervising Deputy Attorney General

                                    By:    */s/ Damon McClain*
                                    DAMON MCCLAIN
                                    Supervising Deputy Attorney General
                                    Attorneys for Defendants

CF1997CS0003
42761954.docx

2

Defs.' Notice Re July 20, 2021 In Camera Midlitigation Status Conference (2:90-cv-00520 KJM-DB (PC))

# CERTIFICATE OF SERVICE

Case Name:   *Coleman v. Newsom, et al.,*        No.    **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on June 30, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE REGARDING THE JULY 20, 2021 IN CAMERA MIDLITIGATION STATUS CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 30, 2021, at San Francisco, California.

|  N. Codling  |  */s/ N. Codling*  |
|  :---:  |  :---:  |
|  Declarant  |  Signature  |

CF1997CS0003
42761962.docx