| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Lucas Hennes, State Bar No. 278361<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7323<br>  Fax: (916) 324-5205<br>  E-mail: Lucas.Hennes@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>DAVID C. CASARRUBIAS, SBN 321994<br>1676 N. California Blvd., Suite 620<br>Walnut Creek, California 94596<br>Telephone: 925-746-8460<br>Facsimile: 925-746-8490<br>*Attorneys for Defendants*<br><br>Roman M. Silberfeld, State Bar No. 62783<br>Glenn A. Danas, State Bar No. 270317<br>Robins Kaplan LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                          Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION TO STRIKE PLAINTIFFS' RESPONSE TO MARCH 26, 2021 ORDER**<br><br>**[ECF NO. 7183]** |

On March 26, 2021, pursuant to its previous order requiring leave, the Court granted Plaintiffs' request for leave to file a motion regarding the Department of State Hospitals' hospital-wide staffing data. (ECF No. 7106.) Plaintiffs' motion was required to be noticed for hearing on the regular law and motion calendar and briefed in accordance with the provisions of Local Rule 230. (*Id.*) The authorization granted by the Court's order expired after sixty days, on May 25, 2021. (*Id.*) On that date, rather than filing a motion as authorized, Plaintiffs filed a self-styled

"response" to the Court's order, containing various unsupported allegations and attaching sixty pages of unrequested and unauthenticated data. (ECF No. 7183.)

This Court has previously stated that it intended to strike "all suggestions for court action presented under the guise of status reports and other documents the court deems non-responsive to its orders." (ECF No. 7003.) Defendants believe that Plaintiffs' response and attachments qualify as such.

The parties have discussed this issue via email, and Plaintiffs have refused to withdraw any portion of their response. Defendants therefore request leave to file a motion to strike the data under the Court's December 24, 2020 order.

## **CERTIFICATION**

Defendants' counsel reviewed the following Court orders relevant to the issues in this filing: ECF Nos. 7003, 7106.

DATED: July 2, 2021                                HANSON BRIDGETT LLP

By:     *s/ Paul B. Mello*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS
Attorneys for Defendants

DATED: July 2, 2021                                Respectfully Submitted,

ROB BONTA
Attorney General of California
Damon McClain
Supervising Deputy Attorney General

By:     *s/ Lucas L. Hennes*
LUCAS L. HENNES
Deputy Attorney General
Attorneys for Defendants