| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>LUCAS HENNES, State Bar No. 278361<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>DAVID C. CASARRUBIAS, State Bar No. 321994<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING THE PARTIES' JOINT REQUEST TO RESCHEDULE THE AUGUST 20, 2021 STATUS CONFERENCE**<br><br>Judge: The Hon. Kimberly J. Mueller |

On May 14, 2021, the Court set the next status conference for July 23, 2021. (ECF No. 7162.) On June 18, 2021, the Court by minute order reset the July 23 status conference to August 20, 2021. (ECF No. 7207.) Unfortunately, due to pre-planned travel, defense counsel has unavoidable scheduling conflicts during the month of August and the first week of September. Defendants notified Plaintiffs of the conflicts with the August 20 date and proposed a joint request to the court to reset the status conference to August 13, 2021, or for a date after the first

[3653490.1]

1

week of September.  Plaintiffs are not available August 13, but indicated they could be available September 13 or later in September provided the status conference date does not conflict with Rosh Hashanah, September 7 and 8, or Yom Kippur, September 15 and 16.

Accordingly, the parties stipulate and jointly request that the August 20 status conference be rescheduled to take place the week of September 20, 2021.

The Special Master has reviewed this stipulation and has no objection to the parties' request to reschedule the status conference.

**IT IS SO STIPULATED.**

Dated: July 2, 2021

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

Dated: July 2, 2021

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Lisa Ells*
Lisa Ells
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____        _____
                                                        KIMBERLY J. MUELLER
                                                        UNITED STATES DISTRICT COURT