UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of May 2021.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

> Pannone Lopes Devereaux & O'Gara LLC
> Attn: Matthew A. Lopes, Jr., Esq., Special Master
> Northwoods Office Park, Suite 215N
> 1301 Atwood Avenue
> Johnston, RI 02919

the amount of $793,931.13 as payment of the statement attached to this order; and

1

2. A copy of this order shall be served on the financial department of this court.

Dated: July 7, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole21.may

| | | |
|---|---|---|
| RALPH COLEMAN, et al., | : | |
|     Plaintiffs, | : | |
| | : | No. Civ. S-90-0520 LKK JFM P |
| v. | : | |
| | : | |
| EDMUND G. BROWN, JR., et al. | : | |
|     Defendants. | : | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through May 31, 2021.

Matthew A. Lopes, Jr., Special Master
    Services                  $20,982.00
    Disbursements      $25,655.43

        Total amount due           $46,637.43

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                  $47,861.00
    Disbursements      $     0.00

        Total amount due           $47,861.00

Kerry F. Walsh, J.D., Deputy Special Master
    Services                  $33,050.00
    Disbursements      $     0.00

        Total amount due           $33,050.00

Kristina M. Hector, J.D.
    Services                  $40,467.00
    Disbursements      $     0.00

        Total amount due           $40,467.00

Steven W. Raffa, J.D.
    Services                  $19,807.50
    Disbursements      $     0.00

        Total amount due           $19,807.50

Regina M. Costa, MSW., J.D.
    Services                  $41,889.00
    Disbursements      $     0.00

        Total amount due           $41,889.00

LaTri-c-ea McClendon-Hunt, J.D.
    Services                            $     0.00
    Disbursements              $     0.00

        Total amount due                      $     0.00

Angelyne E. Cooper, J.D.
    Services                            $29,539.50
    Disbursement               $     0.00

        Total amount due                      $29,539.50

Rachel Gribbin
    Services                            $ 8,075.00
    Disbursement               $     0.00

        Total amount due                      $ 8,075.00

Lana L. Lopez
    Services                            $29,165.00
    Disbursement               $     0.00

        Total amount due                      $29,165.00

Braxton H. Medlin
    Services                            $30,936.50
    Disbursement               $     0.00

        Total amount due                      $30,936.50

Michael F. Ryan, Jr.
    Services                            $37,660.00
    Disbursement               $     0.00

        Total amount due                      $37,660.00

William J. Trezvant
    Services                            $18,084.00
    Disbursement               $     0.00

        Total amount due                      $18,084.00

Sofia A. Millham
    Services                            $26,922.00
    Disbursement               $     0.00

        Total amount due                      $26,922.00

Kerry C. Hughes, M.D.
    Services                  $34,250.00
    Disbursements       $     0.00

        Total amount due           $34,250.00

Jeffrey L. Metzner, M.D.
    Services                  $29,185.00
    Disbursements       $ 2,239.26

        Total amount due           $31,424.26

Mary Perrien, Ph.D.
    Services                  $26,455.00
    Disbursements       $ 3,259.52

        Total amount due           $29,714.52

Patricia M. Williams, J.D.
    Services                  $33,065.50
    Disbursements       $ 1,042.65

        Total amount due           $34,108.15

Henry A. Dlugacz, MSW, J.D.
    Services                  $16,275.00
    Disbursements       $     0.00

        Total amount due           $16,275.00

Lindsay M. Hayes
    Services                  $27,593.00
    Disbursements       $ 1,893.00

        Total amount due           $29,486.00

Timothy A. Rougeux
    Services                  $29,304.50
    Disbursements       $     0.00

        Total amount due           $29,304.50

Cynthia A. Radavsky, M.Ed
    Services                  $ 3,431.00
    Disbursements       $     0.00

        Total amount due           $ 3,431.00

| | | |
|---|---|---|
| Maria Masotta, Psy.D. | | |
|     Services | $17,825.00 | |
|     Disbursements | $_____0.00 | |
|     Total amount due | | <u>$17,825.00</u> |
| Karen Rea PHN, MSN, FNP | | |
|     Services | $19,175.00 | |
|     Disbursements | $_____0.00 | |
|     Total amount due | | <u>$19,175.00</u> |
| EmployStats | | |
|     Services | $_____0.00 | |
|     Disbursements | $_____0.00 | |
|     Total amount due | | <u>$_____0.00</u> |
| James F. DeGroot, Ph.D. | | |
|     Services | $31,537.00 | |
|     Disbursements | $____800.19 | |
|     Total amount due | | <u>$32,337.19</u> |
| Brian J. Main, Psy.D. | | |
|     Services | $40,749.00 | |
|     Disbursements | $ 2,178.14 | |
|     Total amount due | | <u>$42,927.14</u> |
| Kahlil Johnson, M.D. | | |
|     Services | $ 5,675.00 | |
|     Disbursements | $_____0.00 | |
|     Total amount due | | <u>$ 5,675.00</u> |
| Sharen Barboza, PhD. | | |
|     Services | $14,200.00 | |
|     Disbursements | $_____0.00 | |
|     Total amount due | | <u>$14,200.00</u> |
| Daniel F. Potter, PhD. | | |
|     Services | $42,064.00 | |
|     Disbursements | $ 1,640.44 | |
|     Total amount due | | <u>$43,704.44</u> |

**TOTAL AMOUNT TO BE REIMBURSED**            **$793,931.13**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master