ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:  925-746-8460
FACSIMILE:  925-746-8490
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **REQUEST FOR LEAVE TO FILE MOTION TO MODIFY 2009 STAFFING PLAN AS IT RELATES TO ON-SITE PSYCHIATRIC SUPERVISORS** <br><br> Judge: Hon. Kimberly J. Mueller |

On September 30, 2009, Defendants filed a staffing allocation plan that includes clinical staffing allocations for the Department of Corrections and Rehabilitation's (CDCR) mental health programs and administrative functions. (ECF No. 3693.) Defendants are: (1) updating the criteria for the allocation of Chief Psychiatrist and Senior Psychiatry, Supervisor positions; and (2) eliminating the ratio for Senior Psychiatry, Supervisor positions for mental health crisis beds.[1]

---

[1] Defendants worked with the Special Master and his experts to refine the allocation criteria and

Only the latter materially alters requirements in the 2009 Staffing Plan in a way that modifies the 2009 Staffing Plan and thus requires Court approval.[2]

Defendants therefore seek leave, consistent with this court's December 24, 2020 order, to file a motion to modify the 2009 Staffing Plan.

## CERTIFICATION

In preparing this filing, Defendants' counsel certifies that she reviewed the following orders: ECF Nos. 3613, 5711, and 7035.

DATED:  July 9, 2021                                HANSON BRIDGETT LLP

By:     *s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants

DATED:  July 9, 2021                                ROB BONTA
Attorney General of California
Damon McClain
Supervising Deputy Attorney General

By:     *s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
Attorneys for Defendants

---

draft a proposal to modify the 2009 Staffing Plan to provide concrete criteria for the allocation of Chief Psychiatrists and Senior Psychiatry, Supervisors.  The parties met and conferred regarding the On-Site Psychiatry Supervisor Proposal ("Proposal") over the course of several months.  Ultimately, Plaintiffs agreed to the substance of the Proposal but objected to Defendants' reservation of rights in the Proposal.  Defendants subsequently notified the Special Master and Plaintiffs' counsel that Defendants planned to file this Request for Leave with the Court.

[2] With respect to the allocation of Chief Psychiatrist and Senior Psychiatry, Supervisor positions, Defendants are going above and beyond the requirements of the 2009 Staffing Plan to allocate Chief Psychiatrists to all institutions and providing the concrete criteria that they will use to interpret an existing, ambiguous term ("large and complex").

17667248.4

-2-
REQUEST FOR LEAVE