| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>307 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2021**<br><br>Judge: Hon. Deborah Barnes |

[3758174.1]

| 1 | Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly |
| --- | --- |
| 2 | Statement for the First Quarter of 2021 to Defendants via e-mail on May 19, 2021.  The |
| 3 | parties completed their meet and confer process on July 2, 2021.  The parties have resolved |
| 4 | all disputes regarding fees and costs for the First Quarter of 2021, with an agreement to |
| 5 | reduce claimed amounts to a total of $949,981.65 calculated at a rate of $232.50 per hour |
| 6 | pursuant to 42 U.S.C.A. § 1997e(d)(3). |
| 7 | THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that |
| 8 | $949,981.65 plus interest is due and collectable as of forty-five days from the date of entry |
| 9 | of this Order.  Interest on these fees and costs will run from June 19, 2021 (31 days after |
| 10 | Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. |
| 11 | § 1961. |
| 12 | IT IS SO STIPULATED. |

DATED:  July 7, 2021

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  July 7, 2021

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

Dated:  July 9, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE