| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' NOTICE OF STEVEN FAMA'S UNAVAILABILITY AND REQUEST TO EXCUSE HIM FROM JULY 20, 2021 MIDLITIGATION STATUS CONFERENCE**<br><br>Judge:  Hon. Kimberly J. Mueller |

[3761420.1]

PLAINTIFFS' NOTICE OF STEVEN FAMA'S UNAVAILABILITY AND REQUEST TO EXCUSE HIM FROM JULY 20, 2021 MIDLITIGATION STATUS CONFERENCE

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiffs' counsel Steven Fama is unavailable to attend the midlitigation status conference set for July 20, 2021, due to a medical condition diagnosed after the conference was set and attendees notified. On June 30, 2021, Mr. Fama had a medical imaging study, the report for which identified a fractured bone in his right foot. Decl. Fama ¶ 2. On July 1, a non-weight bearing cast was placed on Mr. Fama's right foot and leg, and he was told he would have a cast for eight weeks. *Id*. The doctor's orders, among other things, prohibit walking and require keeping the foot elevated to waist level when sitting. *Id*. While he is currently working remotely from home in San Francisco, travel to Sacramento for the conference is not practical or prudent. *Id.* at ¶ 3. Accordingly, Plaintiffs respectfully request that the Court excuse Mr. Fama from attending the July 20, 2021 midlitigation status conference.

**CERTIFICATION**

Counsel for Plaintiffs certifies that he has reviewed the Court's minute order at ECF No. 7206, which is relevant to the issue raised in this request.

DATED: July 13, 2021         Respectfully submitted,

PRISON LAW OFFICE

By:  */s/ Steven Fama*
     Steven Fama

Attorneys for Plaintiffs

[3761420.1]

1

PLAINTIFFS' NOTICE OF STEVEN FAMA'S UNAVAILABILITY AND REQUEST TO EXCUSE HIM FROM JULY 20, 2021 MIDLITIGATION STATUS CONFERENCE