| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF STEVEN FAMA IN SUPPORT OF PLAINTIFFS' NOTICE OF STEVEN FAMA'S UNAVAILABILITY AND REQUEST TO EXCUSE HIM FROM JULY 20, 2021 MIDLITIGATION STATUS CONFERENCE**<br><br>Judge: Hon. Kimberly J. Mueller |

[3761430.1]

I, Steven Fama, declare:

1. I am an attorney duly admitted to practice before this Court. I am a staff attorney at the Prison Law Office, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration based in support of Plaintiffs' Notice of Steven Fama's Unavailability and Request to Excuse Him From July 20, 2021 Midlitigation Status Conference.

2. On June 30, 2021, I had a medical imaging study done. The report of that study identified a bone fracture in my right foot. On July 1, 2021, a non-weight bearing cast was placed on my right foot and leg, and I was told I would have a cast for eight weeks. *Id*. The doctor's orders, among other things, prohibit walking and require keeping the foot elevated to waist level when sitting.

3. While I am working remotely from home, very much recognize the importance of and would like to attend the Midlitigation Status Conference, it would be neither practical nor prudent, given my condition and doctor's orders, to attend the July 20, 2021 conference

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 13th day of July, 2021.

                                                 */s/ Steven Fama*
                                                 Steven Fama

[3761430.1]

1

DECLARATION OF STEVEN FAMA IN SUPPORT OF PLAINTIFFS' NOTICE OF STEVEN FAMA'S UNAVAILABILITY AND REQUEST TO EXCUSE HIM FROM JULY 20, 2021 MIDLITIGATION STATUS CONFERENCE