DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. 2:90-CV-00520-KJM-DB <br><br> **PROPOSED ORDER EXCUSING STEVEN FAMA FROM JULY 20, 2021 MIDLITIGATION STATUS CONFERENCE** <br><br> Judge: Hon. Kimberly J. Mueller |

[3761423.1]

On June 17, 2021, this Court ordered a midlitigation status conference to take place on July 20, 2021. ECF No. 7206. On July 13, 2021, Plaintiffs informed the Court of the unavailability of counsel Steven Fama due to a medical condition.

Good cause appearing, Mr. Fama is excused from attending the July 20, 2021 midlitigation status conference.

IT IS SO ORDERED

DATED: _____, 2021

Honorable Kimberly J. Mueller
United States District Judge

[3761423.1]

1

PROPOSED ORDER EXCUSING STEVEN FAMA FROM JULY 20, 2021 MIDLITIGATION STATUS CONFERENCE