| | |
|---|---|
| ROB A. BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 18270<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>DAVID C. CASARRUBIAS, State Bar No. 321994<br>HANSON BRIDGETT LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                          Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

    The attached reports from the California Department of Corrections and Rehabilitation (CDCR) provide information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

    The report attached at Exhibit A shows that forty-one inmates were placed in CDCR's Mental Health Services Delivery System in June 2021 while housed in a desert institution; thirty-

1

nine class members were transferred or paroled from desert institutions in June 2021; and, as of the report's June 30, 2021 date, one patient in the Mental Health Services Delivery System remained in desert institutions in June 2021 beyond the fourteen-day transfer timeline.

The report attached as Exhibit B shows that one *Coleman* class member was inadvertently transferred to a desert institution and transferred back to his sending institution within 72 hours. Exhibit B also reports that a General Population inmate was transferred to a desert institution even though he had been referred to the CCCMS level of care prior to the transfer. The patient was transferred to the desert institution because the change in level of care had not been recorded in SOMS before the transfer. This patient was transferred out of the desert institution within fourteen days.

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296 and ECF No. 6678.

Dated: July 15, 2021

Respectfully submitted,

ROB A. BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Namrata Kotwani*
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Compliance Reports for Desert Transfers  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



July 14, 2021

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. McClain and Ms. Kotwani:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019. (ECF No. 6296.) Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of June 2021, with the inmates' identifying information redacted. This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care. As Exhibit A reflects, 41 inmates were referred for mental health treatment while housed in a desert institution during the month of June 2021, two of whom were transferred beyond the fourteen-day transfer timeline. One of the delayed transfers was due to inmate movement restrictions related to COVID-19, while the other delayed transfer occurred because the inmate was out-to-court. The report also shows that 39 class members placed in the Mental Health Services Delivery System in May and June 2021 were transferred or paroled from desert institutions in June 2021.

Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted. This report shows that in June 2021, one *Coleman* class member was inadvertently transferred to a desert institution and promptly transferred back to the sending institution within 72 hours. In addition, Exhibit B also shows the transfer of a General Population inmate to a desert institution before his referral to the CCCMS level of care was recorded, and who was transferred out of the desert institution within fourteen days.

Sincerely,

/s/ *Charles Callahan*

CHARLES CALLAHAN
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# EXHIBIT A

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 07/12/2021 08:55 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 06/01/2021 - 06/30/2021
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.
R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 05/27/2021 - 06/07/2021 | N | 06/01/2021 00 00 | CTF | II | 04/09/2021 13:40 | 05/27/2021 | MH Change | 06/07/2021 06:56 | 06/07/2021 12:41 | 11 | |
| CAC | | | CCCMS 05/27/2021 - 06/07/2021 | N | 06/02/2021 00 00 | SATF | II | 05/19/2021 19:21 | 05/27/2021 | MH Change | 06/07/2021 07:13 | 06/07/2021 10:37 | 11 | |
| CAC | | | CCCMS 06/15/2021 - 06/18/2021 | N | 06/16/2021 00 00 | CRC | II | 11/02/2020 08:22 | 06/15/2021 | MH Change | 06/18/2021 07:37 | 06/18/2021 10:51 | 3 | |
| CAC | | | CCCMS 06/08/2021 - 06/14/2021 | N | 06/09/2021 09:17 | LAC | NA | 02/10/2021 10:39 | 06/08/2021 | MH Change | 06/14/2021 07:30 | 06/14/2021 08:51 | 6 | |
| CAL | | | CCCMS 06/10/2021 - 06/22/2021 | N | 06/16/2021 00 00 | NKSP | III | 06/05/2019 14:51 | 06/10/2021 | MH Change | 06/22/2021 08:54 | 06/22/2021 16:11 | 12 | |
| CAL | | | CCCMS 06/09/2021 - 06/09/2021 | N | 06/09/2021 18:37 | RJD | NA | 06/07/2021 17:58 | 06/09/2021 | MH Change | 06/09/2021 20:46 | 06/10/2021 00:13 | 1 | |
| CAL | | | CCCMS 06/08/2021 - 06/08/2021 | N | 06/08/2021 13 00 | RJD | NA | 06/07/2021 17:58 | 06/08/2021 | MH Change | 06/08/2021 15:44 | 06/08/2021 19:10 | 0 | |
| CAL | | | CCCMS 06/10/2021 - 06/22/2021 | N | 06/16/2021 00 00 | NKSP | III | 05/22/2021 20:09 | 06/10/2021 | MH Change | 06/22/2021 08:55 | 06/22/2021 16:11 | 12 | |
| CAL | | | CCCMS 06/23/2021 - 06/30/2021 | N | 06/30/2021 16 03 | COR | IV | 09/12/2019 16:03 | 06/23/2021 | MH Change | 07/01/2021 15:35 | 07/01/2021 23:00 | 8 | |
| CAL | | | CCCMS 06/01/2021 - 06/04/2021 | N | 06/03/2021 00 00 | NKSP | III | 04/12/2021 21:24 | 06/01/2021 | MH Change | 06/04/2021 08:40 | 06/04/2021 14:50 | 3 | |
| CAL | | | CCCMS 06/06/2021 - 06/06/2021 | N | 06/06/2021 12:29 | RJD | NA | 06/03/2021 20:42 | 06/06/2021 | MH Change | 06/06/2021 14:00 | 06/06/2021 17:12 | 0 | |
| CAL | | | CCCMS 06/03/2021 - 06/15/2021 | N | 06/09/2021 00 00 | SVSP | IV | 08/02/2016 16:10 | 06/03/2021 | MH Change | 06/15/2021 07:05 | 06/15/2021 16:51 | 12 | |
| CAL | | | CCCMS 06/09/2021 - 06/18/2021 | N | 06/17/2021 00 00 | SATF | IV | 10/31/2018 08:12 | 06/09/2021 | MH Change | 06/18/2021 15:30 | 06/18/2021 22:31 | 9 | |
| CAL | | | CCCMS 05/28/2021 - 06/04/2021 | N | 06/03/2021 00 00 | COR | IV | 01/26/2021 17:03 | 05/28/2021 | MH Change | 06/04/2021 08:37 | 06/04/2021 14:57 | 7 | |
| CAL | | | CCCMS 05/28/2021 - 06/04/2021 | N | 06/03/2021 00 00 | NKSP | III | 04/12/2021 21:24 | 05/28/2021 | MH Change | 06/04/2021 08:43 | 06/04/2021 14:50 | 7 | |
| CAL | | | CCCMS 06/28/2021 - 06/30/2021 | N | 06/29/2021 00 00 | SVSP | IV | 03/26/2020 15:29 | 06/28/2021 | MH Change | 07/02/2021 08:22 | 07/02/2021 17:16 | 4 | |
| CAL | | | CCCMS 06/08/2021 - 06/15/2021 | N | 06/10/2021 00 00 | NKSP | III | 04/03/2020 16:07 | 06/08/2021 | MH Change | 06/15/2021 07:41 | 06/15/2021 15:14 | 7 | |
| CAL | | | CCCMS 06/11/2021 - 06/22/2021 | N | 06/17/2021 00 00 | NKSP | III | 08/15/2019 14:23 | 06/11/2021 | MH Change | 06/22/2021 08:57 | 06/22/2021 16:11 | 11 | |
| CAL | | | CCCMS 06/28/2021 - 06/30/2021 | N | 06/30/2021 00 00 | WSP | III | 03/12/2020 10:00 | 06/28/2021 | MH Change | 07/02/2021 08:29 | 07/02/2021 14:47 | 4 | |
| CAL | | | CCCMS 06/04/2021 - 06/05/2021 | N | 06/04/2021 15:31 | RJD | NA | 04/13/2021 14:40 | 06/04/2021 | MH Change | 06/04/2021 17:33 | 06/05/2021 02:25 | 1 | |
| CAL | | | CCCMS 06/25/2021 - 06/30/2021 | N | 06/28/2021 00 00 | WSP | III | 06/15/2021 13:29 | 06/25/2021 | MH Change | 07/02/2021 08:29 | 07/02/2021 14:47 | 7 | |
| CAL | | | CCCMS 06/01/2021 - 06/04/2021 | N | 06/03/2021 00 00 | NKSP | III | 08/19/2016 10:41 | 06/01/2021 | MH Change | 06/04/2021 08:46 | 06/04/2021 14:50 | 3 | |
| CAL | | | CCCMS 06/24/2021 - 06/30/2021 | N | 06/30/2021 00 00 | SVSP | IV | 08/15/2019 15:44 | 06/24/2021 | MH Change | 07/02/2021 08:22 | 07/02/2021 17:16 | 8 | |
| CAL | | | CCCMS 06/08/2021 - 06/08/2021 | N | 06/08/2021 17:58 | LAC | NA | 06/07/2021 17:58 | 06/08/2021 | MH Change | 06/08/2021 21:41 | | 0 | |
| CCC | | | CCCMS 06/15/2021 - 06/20/2021 | N | 06/18/2021 00 00 | PBSP | II | 04/26/2021 15:47 | 06/15/2021 | MH Change | 06/20/2021 15:59 | 06/20/2021 23:25 | 5 | |
| CEN | | | CCCMS 06/08/2021 - 06/25/2021 | N | 06/10/2021 00 00 | CIM | II | 06/10/2021 18:55 | 06/08/2021 | MH Change | 06/25/2021 08:22 | 06/25/2021 12:14 | 17 | Delayed movement due to Covid-19 Testing. |
| CEN | | | CCCMS 06/09/2021 - 06/23/2021 | N | 06/11/2021 00 00 | SQ | II | 02/02/2021 17:44 | 06/09/2021 | MH Change | 06/23/2021 07:40 | 06/23/2021 18:26 | 14 | |
| CEN | | | CCCMS 05/25/2021 - 06/08/2021 | N | 02/09/2021 00 00 | CTF | II | 01/30/2020 17:56 | 05/25/2021 | MH Change | 06/08/2021 07:34 | 06/08/2021 16:41 | 14 | |
| CEN | | | CCCMS 06/08/2021 - 06/08/2021 | N | 06/08/2021 16 51 | RJD | NA | 06/04/2021 17:28 | 06/08/2021 | MH Change | 06/08/2021 18:40 | 06/08/2021 20:59 | 0 | |
| CEN | | | CCCMS 06/01/2021 - 06/01/2021 | N | 06/01/2021 14:30 | RJD | NA | 10/12/2017 15:31 | 06/01/2021 | MH Change | 06/01/2021 17:32 | 06/01/2021 19:46 | 0 | |
| CEN | | | CCCMS 06/09/2021 - 06/21/2021 | N | 06/10/2021 00 00 | RJD | III | 12/06/2019 12:45 | 06/09/2021 | MH Change | 06/21/2021 10:02 | 06/21/2021 12:30 | 12 | |
| CEN | | | CCCMS 06/17/2021 - 06/30/2021 | N | 06/24/2021 09 03 | CRC | II | 05/27/2020 14:51 | 06/17/2021 | MH Change | 06/30/2021 08:18 | 06/30/2021 12:08 | 13 | |
| CEN | | | CCCMS 06/08/2021 - 06/22/2021 | N | 06/11/2021 00 00 | COR | III | 04/13/2021 17:09 | 06/08/2021 | MH Change | 06/22/2021 07:46 | 06/22/2021 14:55 | 14 | |
| CEN | | | CCCMS 06/15/2021 - 06/15/2021 | N | 06/15/2021 11:41 | LAC | NA | 06/14/2021 19:13 | 06/15/2021 | MH Change | 06/15/2021 14:52 | 06/15/2021 21:03 | 0 | |
| CEN | | | CCCMS 06/15/2021 - 06/24/2021 | N | 06/18/2021 00 00 | FOL | II | 10/30/2019 19:45 | 06/15/2021 | MH Change | 06/24/2021 08:21 | 06/24/2021 19:20 | 9 | |
| CEN | | | CCCMS 06/11/2021 - 06/24/2021 | N | 06/17/2021 00 00 | NKSP | III | 05/21/2019 19:34 | 06/11/2021 | MH Change | 06/24/2021 07:50 | 06/24/2021 14:54 | 13 | |
| CEN | | | CCCMS 06/30/2021 - 06/30/2021 | N | 01/05/2021 11 03 | LAC | III | 10/27/2016 16:52 | 06/30/2021 | MH Change | | | | |
| ISP | | | EOP 05/19/2021 - 06/02/2021 | N | 06/01/2021 12:10 | RJD | NA | 02/08/2018 17:58 | 05/19/2021 | MH Change | 06/02/2021 12:53 | 06/02/2021 17:33 | 14 | |
| ISP | | | CCCMS 06/24/2021 - 06/30/2021 | N | 07/01/2021 00 00 | ASP | II | 02/20/2019 11:43 | 06/24/2021 | MH Change | 07/07/2021 07:30 | 07/07/2021 20:00 | 13 | |
| ISP | | | CCCMS 05/27/2021 - 06/08/2021 | N | 06/02/2021 00 00 | CTF | II | 04/05/2020 10:09 | 05/27/2021 | MH Change | 06/08/2021 04:58 | 06/08/2021 13:51 | 12 | |
| ISP | | | CCCMS 06/03/2021 - 06/17/2021 | N | 06/10/2021 00 00 | COR | III | 03/17/2020 15:52 | 06/03/2021 | MH Change | 06/17/2021 04:59 | 06/17/2021 12:44 | 14 | |
| ISP | | | CCCMS 06/03/2021 - 06/30/2021 | Y | 10/09/2020 00 00 | KVSP | IV | 05/24/2021 14:09 | 06/03/2021 | MH Change | 07/02/2021 05:31 | 07/02/2021 12:26 | 29 | Delayed movement due to completion of Out to Court proceedings. |
| ISP | | | CCCMS 06/22/2021 - 06/30/2021 | N | 06/23/2021 00 00 | CRC | II | 10/30/2018 15:54 | 06/22/2021 | MH Change | 06/30/2021 05:50 | 06/30/2021 09:59 | 8 | |
| ISP | | | CCCMS 06/24/2021 - 06/30/2021 | N | 07/02/2021 00 00 | VSP | II | 04/09/2020 10:29 | 06/24/2021 | MH Change | 07/07/2021 07:30 | 07/07/2021 22:41 | 13 | |
| ISP | | | CCCMS 06/22/2021 - 06/30/2021 | N | 06/23/2021 00 00 | NKSP | III | 06/03/2021 00:16 | 06/22/2021 | MH Change | 07/02/2021 05:34 | 07/02/2021 12:50 | 10 | |
| ISP | | | EOP 05/19/2021 - 06/01/2021 | N | 05/26/2021 00 00 | SQ | II | 02/11/2021 20:27 | 05/19/2021 | MH Change | 06/01/2021 08:21 | 06/01/2021 18:53 | 13 | |
| ISP | | | CCCMS 06/09/2021 - 06/17/2021 | N | 06/10/2021 00 00 | SATF | II | 04/23/2020 10:27 | 06/09/2021 | MH Change | 06/17/2021 04:59 | 06/17/2021 12:11 | 8 | |
| ISP | | | CCCMS 05/27/2021 - 06/08/2021 | N | 06/02/2021 00 00 | CTF | II | 04/23/2021 11:51 | 05/27/2021 | MH Change | 06/08/2021 04:58 | 06/08/2021 13:51 | 12 | |
| ISP | | | EOP 06/10/2021 - 06/23/2021 | N | 06/16/2021 00 00 | COR | III | 05/04/2021 15:26 | 06/10/2021 | MH Change | 06/23/2021 05:01 | 06/23/2021 12:30 | 13 | |
| ISP | | | CCCMS 06/22/2021 - 06/30/2021 | N | 06/24/2021 00 00 | VSP | II | 09/22/2016 14:28 | 06/22/2021 | MH Change | 07/02/2021 04:59 | 07/02/2021 14:37 | 10 | |

# EXHIBIT B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 07/12/2021 08:57 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 06/01/2021 - 06/30/2021
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | ■ | ■ | 06/02/2021 | N | 06/10/2021 00 00 | FOL | II | 06/02/2021 17 07 | CCCMS 06/02/2021 - 06/16/2021 | MH Upon Arrival | 06/16/2021 07:02 | 06/16/2021 14 06 | 333 hours/14 days | Made CCCMS at NKSP on the day of transferring out to CAC. Transferred to CAC at 17 07 hours. CCCMS noted in SOMS at 17 37 hours. CAC processed this case under the 14 day MH Change rule. |
| CCC | ■ | ■ | 09/08/2020 | Y | 06/15/2020 00 00 | CTF | II | 06/24/2021 13:31 | CCCMS 09/08/2020 - 06/24/2021 | MH Upon Arrival | 06/24/2021 13:32 | 06/24/2021 14:11 | 1 | **Inadvertent Transfer-** CTF transferred in error to Desert Institution prior to reviewing CCCMS LOC. Transferred out of Desert Institution occurred within 72 hours. |