DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>            Plaintiffs, <br><br>     v. <br><br>GAVIN NEWSOM, et al., <br><br>            Defendants. | Case No. 2:90-CV-00520-KJM-DB <br><br>**STIPULATION AND ORDER EXCUSING STEVEN FAMA AND DONALD SPECTER FROM JULY 20, 2021 MIDLITIGATION STATUS CONFERENCE** <br><br>Judge:  Hon. Kimberly J. Mueller |

[3761423.1]

The Court has set a Midlitigation Conference for July 20, 2021.  ECF No. 7206.  Steven Fama is unavailable due to a medical condition and restrictions, as detailed in ECF No. 7227 and No. 7227-1.  Donald Specter is unavailable as he will be on a plane from Chicago at the time of the Conference, as stated in his email to the Court's clerk on June 17, 2021, the date that he received an email from the Clerk containing the final list of participants in the Conference.

Per the Court's July 14, 2021 Minute Order, the parties have meet and conferred, and hereby stipulate that Plaintiffs' counsel Steven Fama and Donald Specter need not attend and are excused from the in-person July 20, 2021 Midlitigation Conference set by ECF No. 7206.

**IT IS SO STIPULATED.**

Dated:  July 15, 2021

_____/s/ Steven Fama_____
Steven Fama
Counsel for Plaintiffs

Dated:  July 15, 2021

_____/s/ Paul Mello_____
Paul Mello
Counsel for Defendants

**IT IS SO ORDERED.**

DATED:  July 19, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

[3761423.1]

1

STIPULATION AND ORDER EXCUSING STEVEN FAMA AND DONALD SPECTER FROM JULY 20, 2021 MIDLITIGATION STATUS CONFERENCE