Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

Roman M. Silberfeld, State Bar No. 62783
Glenn A. Danas, State Bar No. 270317
Robins Kaplan LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                       Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                       Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' SUBMISSION OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S PSYCHIATRIC INPATIENT PROGRAM STAFFING PLAN FOR FISCAL YEAR 2021/2022** |

1

Defs.' Submission of PIP Staffing Plan Fiscal Year 2021/2022 (2:90-cv-00520 KJM-DB (PC))

Defendants submit the California Department of Corrections and Rehabilitation's Psychiatric Inpatient Program Staffing Plan for fiscal year 2021/2022, in response to the Court's May 14, 2021 order. (ECF No. 7162).

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 7064 and 7162.

Dated: July 21, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ ELISE OWENS THORN
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Submission of PIP Staffing Plan Fiscal Year 2021/2022 (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                       GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



July 21, 2021

Damon McClain, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

*VIA EMAIL ONLY*

RE:   PIP Staffing Plan

Dear Mr. McClain and Ms. Thorn:

Attached please find CDCR's Psychiatric Inpatient Program Staffing Plan for submission to the Court.

Respectfully,

*/s/ Melissa C. Bentz*

Melissa C. Bentz
Attorney
Office of Legal Affairs
California Department of Corrections and Rehabilitation

Psychiatric Inpatient Program Staffing Plan
2021-2022 Fiscal Year

On February 18, 2021, the Court ordered CDCR to file its proposed Psychiatric Inpatient Program (PIP) staffing plan by March 22, 2021. CDCR filed a proposed plan on the ordered date, but the parties, the Special Master, and the Court agreed that further discussions would be helpful. Over several weeks, Defendants had numerous meetings with the Special Master and Plaintiffs' counsel to discuss the proposed PIP staffing plan. By the time of the May 14, 2021 status conference, discussion had concluded and the parties and the Special Master were generally in agreement on the proposed PIP Staffing plan subject to Special Master monitoring. On May 14, 2021, the Court issued a minute order requiring Defendants to file a proposed PIP Staffing Plan within 30 days and a final plan after the California state budget was adopted. Defendants filed a proposed plan on June 14, 2021. (ECF No. 7194). Chapter 69, Statutes of 2021 (SB 129, Budget Act of 2021), was signed by the Governor on July 12, 2021, and included the resources necessary to implement Defendants' PIP Staffing Plan as described below.

When CDCR opened the PIPs at San Quentin State Prison (SQ) and at the California Institution for Women (CIW), CDCR established a ratio of one psychiatrist per 15 beds for the Acute Psychiatric Program (APP) level of care and a ratio of one psychiatrist per 35 beds for the Intermediate Care Facility (ICF) level of care. Following the transition of the remaining PIPs from the Department of State Hospitals (DSH), CDCR maintained the positions previously allocated by DSH. The DSH staff-to-patient ratio for psychiatrists, psychologists, clinical social workers, and rehabilitation therapists was established in 2012 at one per 35 beds for ICF units. The ratios for the APP level of care for the above classifications were one per 15 beds.

CDCR's PIP Staffing Plan for the 2021-2022 fiscal year (July 1, 2021 to June 30, 2022) maintains the previously established ratios for the APP level of care and provides adjusted ratios for the ICF level of care and for some beds at Salinas Valley State Prison (SVSP) where patients receive competency restoration treatment pursuant to California Penal Code section 1370.[1] CDCR will revisit this plan on a regular basis to account for operational changes or potential refinements, and funding for the staff positions needed to conform with the ratios specified is subject to review through the state's annual budget process.

Intermediate Care Facility[2]

| Classification | Ratio (Positions to Beds) |
| --- | --- |
| Clinical Psychologist, Licensed Clinical Social Worker, Staff Psychiatrist, and Recreational Therapist | 1:30 |

---

[1] Defendants do not believe that CDCR's PIP Staffing Plan is constitutionally required, nor that the plan would satisfy the Prison Litigation Reform Act's requirements that prospective relief be narrowly drawn, extend no further than necessary to correct the alleged violation of a federal right, and be the least intrusive means necessary to correct the alleged violation. Further, this plan is subject to the state's annual budget process and may be updated to account for changes in operations, and, when appropriate, to incorporate insights and lessons learned from experience, as well as evolving best practices and new advancements in care.

[2] ICF programs subject to this ratio are located at CHCF, CMF, and SVSP. CIW and SQ PIPs are allocated staff based on the APP ratios.

| | |
|---|---|
| Clinical Psychologist, Licensed Clinical Social Worker, Staff Psychiatrist, and Recreational Therapist (Penal Code 1370)[3] | 1:15 |

All allocations for 2021-2022 are based on the number of beds in a program, not the number of patients assigned to the beds.

### Acute Psychiatric Program[4]

| Classification | Ratio (Positions to Beds) |
|---|---|
| Clinical Psychologist, Licensed Clinical Social Worker, Staff Psychiatrist, and Recreational Therapist | 1:15 |

All allocations for 2021-2022 are based on the number of beds in a program, not the number of patients assigned to the beds. SQ and CIW PIPs are staffed at the APP level of care because both PIPs can flex beds between APP and ICF level of care as needed.

### PIP Mental Health Supervisors

Each PIP will be allocated a Chief Psychiatrist and Chief Psychologist. CDCR is also creating a new Chief of Mental Health position that will be a Career Executive Assignment (CEA) classification. The Chief of Mental Health position may be held by either a psychologist or psychiatrist. Each institution will be allocated a Chief of Mental Health who will oversee the Chief Psychologists allocated to the PIP and the outpatient/MHCB program. Creation of this new position will integrate the PIPs more closely with the rest of the Mental Health program at the institution. The Chief Psychiatrists at each institution will continue to report directly to the Chief Executive Officer.

The PIPs at CHCF, CMF, and SVSP will also be allocated Senior Psychologist, Supervisors; Supervising Psychiatric Social Workers; and Senior Psychiatrist Supervisors. Senior Psychologist, Supervisors and Supervising Psychiatric Social Workers be allocated at a ratio of 1 supervisor for every 15 rank-and-file staff providing care at either the APP or ICF level of care. The CHCF, CMF, and SVSP PIP will also be allocated one Senior Psychiatrist, Supervisor per PIP level of care (APP or ICF) provided at that institution.

### Nursing

A significant component in the PIPs is nursing. Nurses conduct an assessment for each newly admitted patient and are a part of the patient's care team. Nursing staff also provide rounds and monitoring for patients on suicide precaution and suicide watch. Additional duties include medication administration, coordination for medical services, attendance in Interdisciplinary Treatment Team meetings, and frequent consultation with other treatment team members. However, nursing staff are under the control of the

---

[3] Penal Code section 1370 requires that defendants who are found mentally incompetent to stand trial be delivered to the DSH for care and treatment. CDCR provides competency restoration services for CDCR inmates at the Salinas Valley State Prison PIP. In fact, a PC 1370 patient may be receiving treatment to restore competency while at the SVSP PIP, but may not actually require an ICF level of care. Defendants have included information on the enhanced ratio for these patients as the competency program and the PIP care are intertwined and the mental health staff may treat both ICF and PC 1370 patients.

[4] APP programs subject to this ratio are located at CHCF, CMF, CIW, and SQ. CIW and SQ PIP beds can be flexed between ICF and APP. The entire programs are staffed at the APP ratio.

Receiver's Office, thus ratios related to nursing staff are not included in this plan. CDCR will continue to work with the Receiver's Office to ensure sufficient nursing staff for these needs.