UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

As set by court order, the court held an In Camera Midlitigation Status (Scheduling) Conference on July 20, 2021. Good cause appearing, the court by this order memorializes the following next steps based on the discussion at the July 20, 2021 conference.

I. THERAPEUTIC TREATMENT MODULES

The dispute between the parties concerning the use of therapeutic treatment modules (TTMs) in inpatient settings, *see* ECF No. 6214 at 18,[1] will be set for a settlement conference to be held over one half day. The settlement conference will be conducted in time for the parties to know by the date of the October 1, 2021 status conference, *see* ECF No. 7220,

---

[1] Consistent with the court's July 9, 2019 order, ECF No. 6214, the dispute over TTMs is limited to their use in inpatient settings. Otherwise, remedial planning over the use of TTMs "is complete." *Id*. at 18.

1

whether their current impasse can be broken or, instead, whether the court needs to set a briefing schedule to resolve this dispute. Within fourteen days from the date of this order, the parties shall file a joint statement outlining the issues in dispute with respect to the use of TTMs in inpatient settings and identifying representatives of each party who are the key problem solvers with most knowledge of the substance of issues related to the use TTMs in inpatient settings as well as those individuals with final authority to sign off on any settlement, all of whom will need to be present at the settlement conference. The court will assign a settlement judge to convene the settlement conference and following receipt of the parties' joint statement will order the attendance of those required to ensure a meaningful settlement conference.

II. SUICIDE PREVENTION

In January 2022, a settlement conference will be held on the following four topics related to suicide prevention: (1) foreseeability/preventability analyses; (2) compliance with Special Master's expert's recommendations; (3) enforcement of activation schedules; and (4) schedule for delegation of monitoring to CDCR. On or before September 17, 2021, the parties shall file a joint statement outlining the issues in dispute with respect to each of these topics and identifying representatives of each party who are the key problem solvers with most knowledge of the substance of each of the topics as well as those individuals with final authority to sign off on any settlement, all of whom will need to be present at the settlement conference. The court will set the date for this settlement conference and order attendance as required in separate orders to follow.

III. CULTURAL COLLABORATION

The parties shall include in the September 17, 2021 joint statement required by this order a complete explanation of their positions, jointly or separately, of the subject matter a settlement conference on Cultural Collaboration should cover and which problem solvers and decision makers should be present. The court anticipates setting this settlement conference to occur in March 2022.

IV. ADDITIONAL SETTLEMENT CONFERENCES

At the October 1, 2021 status conference, the court will discuss with the parties a schedule for additional settlement conferences on (1) management of the Enhanced Outpatient Program (EOP) population, including possibilities for targeted population reduction and centralized locations for continuity of mental health care; (2) patient care, including treatment delivery, access to higher levels of care, and staffing, including issues related to telepsychiatry and vacancies; (3) bed planning, including timing of achievement of a full complement of licensed inpatient beds, including mental health crisis beds (MHCBs); decommissioning of all temporary and/or unlicensed inpatient beds and MHCBs; and development of activation schedules for the same; and (4) the continuous quality improvement tool (CQIT), including the refinement of indicators and establishment of compliance rate(s) for the indicators.

The Special Master will attend each settlement conference identified above with the members of his team who have the most knowledge of the subject matter to be covered.

IT IS SO ORDERED.

DATED: July 26, 2021.

CHIEF UNITED STATES DISTRICT JUDGE