ROB BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF DR. AMBER CARDA IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON HIS EXPERT'S REPORT ON SUICIDES COMPLETED IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, JANUARY 1, 2019- DECEMBER 31, 2019 [ECF No. 7239]**<br><br>Judge: Hon. Kimberly J. Mueller |

# DECLARATION OF DR. AMBER CARDA, PSY.D.

I, Dr. Amber Carda, Psy.D., declare as follows:

1. I am Chief Psychologist, Statewide Suicide Prevention, Offenders with Mental Health Disorders Unit, Statewide Mental Health for the California Department of Corrections and Rehabilitation. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Since 2015, a group of the Special Master's experts led by Drs. Hughes and Metzner, have attended nearly every Suicide Case Review (SCR) conference. Those same experts are provided draft copies of the SCR report in advance of the case conference, have the ability to provide edits and feedback to the document, and participate during the conference. Final reports are provided to both the Special Master and Plaintiffs' counsel.

3. The Special Master's expert's 2019 Suicide Report includes critiques of CDCR's SCR reports. However, it appears that the criticisms leveled in the current report were not provided to Defendants at the time of these SCRs so that they could be addressed in real time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of July, 2021, at Sacramento, California.

                                          s/ Amber N. Carda, Psy.D. (5:47 p.m.)
                                          Dr. Amber Carda, Psy.D.