1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
3  ELISE OWENS THORN, State Bar No. 145931
   LUCAS HENNES, State Bar No. 278361
4  NAMRATA KOTWANI, State Bar No. 308741
   Deputy Attorneys General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-7318
7    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
8  *Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　　Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**NOTICE OF MOTION AND MOTION TO MODIFY THE 2009 STAFFING PLAN AS IT RELATES TO ON-SITE PSYCHIATRIC SUPERVISORS [ECF No. 3693]**<br><br>Judge:　Hon. Kimberly J. Mueller |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that under Federal Rule of Civil Procedure 60(b)(5) & (b)(6), and, alternatively, under 18 U.S.C. § 3626, Defendants move for modification of the court-ordered 2009 Staffing Plan (ECF No. 3693), to eliminate the 1:50 ratio for Senior Psychiatry, Supervisor positions for mental health crisis beds.[1]

This motion is based on this Notice of Motion and Motion to Modify, the accompanying Memorandum of Points and Authorities, the Declarations of Dr. Amar Mehta, M.D. and Samantha D. Wolff, all pleadings and papers on file in this action, and such other matters as the Court may deem appropriate.

DATED: July 27, 2021

HANSON BRIDGETT LLP

By: *s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants

DATED: July 27, 2021

Respectfully Submitted,

ROB BONTA
Attorney General of California
Damon McClain
Supervising Deputy Attorney General

By: *s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
Attorneys for Defendants

---

[1] Defendants also seek to clarify the definition of "large and complex" as it currently appears in the 2009 Staffing Plan, however, they do not believe it is a material modification of that Plan. However, in an abundance of caution, to the extent that the Court considers that clarification as inseparable from the immediate request to eliminate the 1:50 ratio, then Defendants alternatively seek to modify the 2009 Staffing Plan to incorporate their clarification of the definition for "large and complex" included herein under Federal Rules of Civil Procedure 60(b)(5) & (b)(6), and, alternatively, under 18 U.S.C. § 3626.