Rob Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Lucas Hennes, State Bar No. 278361
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Laurel E. O'Connor, SBN 305478
David C. Casarrubias, SBN 321994
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490
*Attorneys for Defendants*

Roman M. Silberfeld, State Bar No. 62783
Glenn A. Danas, State Bar No. 270317
Robins Kaplan LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　　Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF DR. AMAR MEHTA, M.D. IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY THE 2009 STAFFING PLAN AS IT RELATES TO ON-SITE PSYCHIATRIC SUPERVISORS**<br><br>Judge:　Hon. Kimberly J. Mueller |

**DECLARATION OF DR. AMAR MEHTA, M.D.**

I, Dr. Amar Mehta, M.D., declare as follows:

1.  I am the Deputy Director, Mental Health Services – Division of Health Care Services, for the California Department of Corrections and Rehabilitation. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.  The 2009 Staffing Plan requires CDCR to allocate a senior psychiatry supervisor at a ratio of one psychiatrist to fifty MHCBs in MHCB units with more than six beds. In practice, however, this has resulted in fractional allocations of psychiatry supervisor positions throughout the State. CDCR has 13 MHCB units that have 20 or fewer beds. Continuing to apply the 1:50 ratio to these units results in the allocation of less than half a senior psychiatry supervisor, with an allocation as low as a tenth of a position at some locations. For instance, 0.12 of a position is allocated to Pleasant Valley State and Wasco State Prisons, 0.16 of a position is allocated to Mule Creek State Prison, and 0.2 of a position is allocated to Salinas Valley State Prison. Such an allocation has never been filled, is unlikely to be filled, and, even if filled, would not provide meaningful assistance to the institution. Accordingly, CDCR decided to eliminate this unworkable ratio and change the way supervisory psychiatrist positions are allocated to ensure that their allocation feasibly allows for actual staffing of those positions based upon concrete criteria.

3.  While CDCR is currently also allocating a "Senior Psychiatry, Supervisor" position to institutions with "large and complex" mental health programs consistent with the 2009 Staffing Plan, CDCR has clarified the allocation criteria. Consistent with the 2009 Staffing Plan, CDCR is allocating one "Senior Psychiatry, Supervisor" to every institution that meets all of the following criteria: (1) Serve at least three different mental health program areas (CCCMS, STRH, LTRH, EOP, EOP ASU, PSU, RC, and MHCB), excluding the Psychiatric Inpatient Programs (PIPs); (2) A total mental health population of at least 900 patients, excluding patients in the PIP; and (3) A total of ten or more staff psychiatry positions allocated, including telepsychiatry, excluding positions allocated to the PIP. CDCR will also allocate an *additional* "Senior Psychiatry,

Supervisor" position for every ten additional staff psychiatrists assigned to an institution that meets all other criteria.

4. Further, after an extensive internal review of on-site psychiatrist supervising and numerous conversations with Plaintiffs, the Special Master, and the Special Master's team over the last year, CDCR decided to go above and beyond the requirements of the 2009 Staffing Plan by allocating a Chief Psychiatrist at every institution with a mental health program, not just those institutions with an MHCB unit or "complex and multiple" mental health programs. As a result, CDCR's proposed change will result in an increase in the number of Chief Psychiatrist positions statewide.

5. The net result of these changes under current conditions is increasing supervisory positions currently allocated to institutions by a total of 3.5 positions (though staffing allocations are subject to change based on application of criteria as the population and institution dynamics shift). Specifically, whereas currently CDCR has allocated 18 Chief Psychiatrists and 17.5 "Senior Psychiatry, Supervisors" statewide, under the new proposal CDCR would allocate (based on current population and programs at the institutions) 28 Chief Psychiatrists and 11 "Senior Psychiatry, Supervisors" statewide for a net gain of 3.5 supervisory positions.

6. Attached hereto as **Exhibit A** is a true and correct copy of CDCR's proposed "On-Site Psychiatry Supervisor Proposal," reflecting the changes described herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of July, 2021, at Sacramento, California.

      *s/ Amar Mehta, M.D.* (5:43 p.m.)
      Dr. Amar Mehta, M.D.