# EXHIBIT A

# EXHIBIT A

3.4.2021

On-Site Psychiatry Supervisor Proposal

The 2009 Staffing Plan lays out criteria for when a Chief Psychiatrist and Senior Psychiatry, Supervisor should be allocated to institutions. However, the criteria are not always operationally feasible or useful. The California Department of Corrections and Rehabilitation (CDCR) proposes the following revisions to the 2009 Staffing Plan to provide concrete criteria for the allocation of Chief Psychiatrists and Senior Psychiatry, Supervisor.[1]

Chief Psychiatrist

The 2009 Staffing Plan requires CDCR to allocate a Chief Psychiatrist to institutions with Mental Health Crisis Bed (MHCB) units and institutions with "complex and multiple" mental health programs. However, there is no definition of what constitutes a "complex" mental health program. Instead, CDCR proposes revising the 2009 Staffing Plan to require Chief Psychiatrists at all institutions with a mental health program.[2]

Senior Psychiatry, Supervisor

The 2009 Staffing Plan requires CDCR to allocate a Senior Psychiatry, Supervisor to institutions that: (1) do not have a Chief Psychiatrist, but have a significant number of staff psychiatrists providing care to a largely stable patient population, or (2) institutions that have a Chief Psychiatrist and have a "large and complex" mental health program. The 2009 Staffing Plan also required CDCR to allocate a Senior Psychiatry, Supervisor at a ratio of 1 psychiatrist to 50 MHCBs in MHCB units with more than 6 beds. The application of this ratio to the majority of CDCR's MHCB units would not be operationally feasible or helpful. For example, CDCR has 13 MHCB units that have 20 or fewer beds. Applying the 1:50 ratio to these units would result in allocation of less than half a Senior Psychiatry, Supervisor, with an allocation as low as a tenth of a position at some locations. Such an allocation is not operationally feasible, as it is unlikely to be filled, and, even if filled, would not provide meaningful assistance to the institution.

CDCR proposes to replace the current requirements in the 2009 Staffing Plan with the following criteria:

CDCR will allocate one Senior Psychiatry, Supervisor to every institution meeting the following requirements:
1. Serve at least 3 different mental health program areas (CCCMS, STRH, LTRH, EOP, EOP ASU, PSU, RC, and MHCB), excluding the Psychiatric Inpatient Programs (PIPs);
2. A total mental health population of at least 900 patients, excluding patients in the PIP; and
3. A total of 10 or more staff psychiatry positions allocated, including telepsychiatry, excluding positions allocated to the PIP.

An additional Senior Psychiatry, Supervisor position will also be allocated for every 10 additional staff psychiatrists assigned to an institution that meets all other criteria. For example, an institution that meets the above criteria, and is allocated a total of 20 staff psychiatrist positions (excluding those allocated to

---

[1] Defendants maintain that neither the 2009 Staffing Plan itself nor any of the adjustments in this proposal are necessary to remedy an Eighth Amendment violation. Nor do they reflect "relief … [that is] narrowly drawn, extends no further than necessary to correct the violation of the Federal right, and is the least intrusive means necessary to correct the violation of the Federal right." 18 U.S.C. § 3626(a)(1)(A). Defendants' goal is a system that exceeds what is necessary to satisfy the Eighth Amendment.

[2] The desert institutions do not have mental health programs and thus would not be allocated Chief Psychiatrist positions under this proposal.

3.4.2021

the PIP), would be allocated a total of two Senior Psychiatry, Supervisors. Supervisor positions will not be allocated on a fractional basis.



2