| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Lucas Hennes, State Bar No. 278361<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone:  (916) 210-7318<br>  Fax:  (916) 324-5205<br>  E-mail:  Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Laurel E. O'Connor, SBN 305478<br>David C. Casarrubias, SBN 321994<br>1676 N. California Blvd., Suite 620<br>Walnut Creek, California 94596<br>Telephone:   925-746-8460<br>Facsimile:    925-746-8490<br>*Attorneys for Defendants*<br><br>Roman M. Silberfeld, State Bar No. 62783<br>Glenn A. Danas, State Bar No. 270317<br>Robins Kaplan LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone:  (310) 552-0130<br>  Fax:  (310) 229-5800<br>  E-mail:  RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>      Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF SAMANTHA D. WOLFF IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY THE 2009 STAFFING PLAN AS IT RELATES TO ON-SITE PSYCHIATRIC SUPERVISORS**<br><br>Judge:   Hon. Kimberly J. Mueller |

# DECLARATION OF SAMANTHA D. WOLFF

I, Samantha D. Wolff, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hanson Bridgett LLP, attorneys of record for Defendants. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On June 2, 2021, counsel for Defendants, Elise Thorn, sent to both the Special Master and Plaintiffs' Counsel a draft stipulation submitting their "On-Site Psychiatry Supervisor Proposal" to the Court. Plaintiffs did not substantively object to Defendants' plan, including the proposed modification to the 2009 Staffing Plan that would eliminate the 1:50 psychiatrist supervisor to MHCBs ratio. However, Plaintiffs refused to stipulate to the proposed modification because Defendants included a reservation of rights in the parties' draft stipulation to be filed with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of July, 2021, at Lafayette, California.

        *s/ Samantha D. Wolff*
        Samantha D. Wolff