1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
3  ELISE OWENS THORN, State Bar No. 145931
   LUCAS HENNES, State Bar No. 278361
4  NAMRATA KOTWANI, State Bar No. 308741
   Deputy Attorneys General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-7318
7    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
8  *Attorneys for Defendants*

   HANSON BRIDGETT LLP
   PAUL B. MELLO, SBN 179755
   SAMANTHA D. WOLFF, SBN 240280
   LAUREL E. O'CONNOR, SBN 305478
   DAVID C. CASARRUBIAS, SBN 321994
   1676 N. CALIFORNIA BLVD., SUITE 620
   WALNUT CREEK, CALIFORNIA 94596
   TELEPHONE:   925-746-8460
   FACSIMILE:   925-746-8490
   *Attorneys for Defendants*

   ROMAN M. SILBERFELD, State Bar No. 62783
   GLENN A. DANAS, State Bar No. 270317
   ROBINS KAPLAN LLP
     2049 Century Park East, Suite 3400
     Los Angeles, CA 90067-3208
     Telephone: (310) 552-0130
     Fax: (310) 229-5800
     E-mail: RSilberfeld@RobinsKaplan.com
   *Special Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE 2009 STAFFING PLAN AS IT RELATES TO ON-SITE PSYCHIATRIC SUPERVISORS**<br><br>Judge: Hon. Kimberly J. Mueller |

# [PROPOSED] ORDER

Defendants have filed a motion to modify the 2009 Staffing Plan to eliminate the ratio for "Senior Psychiatry, Supervisor" positions for MHCBs.

The Court, having read and considered the parties' briefs, and good cause appearing, orders as follows:

Defendants' motion to Modify the 2009 Staffing Plan to eliminate the 1:50 ratio for "Senior Psychiatry, Supervisor" positions for MHCBs is granted.

**IT IS SO ORDERED.**

DATED: _____ 2021

Honorable Kimberly J. Mueller
Chief United States District Judge