ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG IN SUPPORT OF DEFENDANTS' TWENTY-SEVENTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS** |

I, Dean L. Borg, declare:

   1.   I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' twenty-seventh status report on the

1

Borg Decl. ISO Defs.' 27th Status Report on Funding for Construction of MHCBs (2:90-cv-00520 KJM-DB (PC))

funding process for the design and construction of licensed mental health crisis beds in Southern California.

2. The work on CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men is proceeding, consistent with reports previously provided to the Court, with delays described in paragraphs 3 and 4 below.

3. Following the approval of working drawings by the Office of the State Fire Marshal in June 2021, the next step in the funding process for the CIM project is to request approval of working drawings and permission to proceed to bid from the Department of Finance. Before a construction contract is awarded, the State Public Works Board will adopt a resolution declaring its intent to sell bonds for the project and to seek interim financing from either the Pooled Money Investment Board or from the General Fund. The timeline for these actions will be dependent upon the completion of revisions to the Environmental Impact Report and a subsequent dismissal of the writ by the San Bernardino Superior Court.

4. The San Bernardino Superior Court has still not issued a writ and judgment in the matter concerning the Environmental Impact Report. A hearing is scheduled for August 18, 2021, at which time CDCR believes the Court will issue the writ and judgment. I will report on the status of the entry of judgment, and an anticipated timeline for the other work needed to complete revisions to the Environmental Impact Report, if that information is available, in my declaration in support of the 28th status report to the Court in August.

5. In anticipation that the writ and judgment will mirror the Superior Court's February 24, 2021 ruling, CDCR has completed a Draft Partially Revised Environmental Impact Report that addresses the deficiencies identified in the February 24 order. A notice of completion for this draft report was filed with the State Clearinghouse on July 15, 2021. The public comment period will close on August 16, 2021.

6. As reported in the 26th status report to the Court, a request to re-appropriate the construction funding for this project was submitted to the Legislature on May 14, 2021. The Legislature approved Assembly Bill 128, the Budget Act for 2021, on June 14, 2021, and the bill

included the re-appropriation of the construction funding for this project. Governor Newsom signed Assembly Bill 128 into law on June 28, 2021.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed in Sacramento, California on July 28, 2021.

/s/ *DEAN L. BORG*
DEAN L. BORG
Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

3

Borg Decl. ISO Defs.' 27th Status Report on Funding for Construction of MHCBs (2:90-cv-00520 KJM-DB (PC))