SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen Lehman & Feldberg LLP
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  Email: sballard@reichmanjorgensen.com
         kfalkenstien@reichmanjorgensen.com

BRIAN C. BARAN, State Bar No. 325939
Reichman Jorgensen Lehman & Feldberg LLP
  1710 Rhode Island Ave NW, 12th Floor
  Washington, DC 20036
  Telephone: (202) 894-7310
  Fax: (650) 623-1449
  Email: bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.**<br><br>                              Plaintiffs,<br><br>    **v.**<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | Case No. 2:90-cv-00520 KJM DB P<br><br>**DECLARATION OF KATE FALKENSTIEN IN SUPPORT OF PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S MOTION TO COMPEL**<br><br>Judge:          Hon. Kimberly Mueller<br>Action Filed:  April 23, 1990 |

I, Kate Falkenstien, hereby declare as follows:

1.    I am an attorney with Reichman Jorgensen LLP, counsel for Plaintiff-Intervenor Christopher Lipsey in this matter.  I am admitted to the California bar.  I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently hereto.

2.    This Declaration is submitted in support of Lipsey's Motion to Compel.

3.    Exhibit A to this Declaration is a true and correct copy of Lipsey's Third Set of Requests for Production to Defendant, served on June 3, 2021.

4.    Exhibit B to this Declaration is a true and correct copy of emails I exchanged with Defendant's counsel on June 3, 10, and 15, 2021.

5.    Exhibit C to this Declaration is a true and correct copy of a letter Defendant's counsel sent me via email on June 18, 2021.

6.    Exhibit D to this Declaration is a true and correct copy of a letter I sent Defendant's counsel via email on June 21, 2021.

7.    Exhibit E to this Declaration is a true and correct copy of emails I exchanged with Defendant's counsel on June 18, 21, and 23, 2021.

8.    The parties met and conferred on June 29, 2021 regarding Lipsey's discovery requests.

9.    Exhibit F to this Declaration is a true and correct copy of Defendant's Response to Plaintiff-Intervenor's Third Set of Requests for Production, served on July 6, 2021.

10.    Exhibit G to this Declaration is a true and correct copy of emails Brian Baran, counsel for Lipsey, exchanged with Defendant's counsel on July 13, 2021.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed this 30th day of July, 2021, in Boise, Idaho.

/s/ Kate Falkenstien