# Exhibit E

| | |
|---|---|
| **From:** | Lucas Hennes |
| **To:** | Kate Falkenstien; Brian C. Baran |
| **Cc:** | Elise Thorn; Damon McClain; Namrata Kotwani; Paul B. Mello; Samantha Wolff; Laurel E. O"Connor; David C. Casarrubias |
| **Subject:** | RE: Lipsey"s Third Set of Requests for Production |
| **Date:** | Wednesday, June 23, 2021 6:58:30 PM |

**[EXTERNAL]**

Kate,

Thanks for your response.  Unfortunately, we are not willing to enter into a broad-based stipulation waiving potential arguments in this case.  We still believe that Set Three far exceeds the scope of Lipsey's claim in intervention, and we believe it is necessary to meet and confer regarding this scope and potential narrowing of Lipsey's requests.  We are available early next week – either Monday or Tuesday morning at 9:00 work well for us.  Are you available at that time?

**Lucas L. Hennes**
Deputy Attorney General
Office of the Attorney General, Correctional Law Section
1300 I Street, Sacramento, CA 95814
Phone: (916) 210-7323
Fax: (916) 324-5205
lucas.hennes@doj.ca.gov

---

**From:** Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>
**Sent:** Monday, June 21, 2021 12:32 PM
**To:** Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Brian C. Baran <bbaran@reichmanjorgensen.com>
**Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>
**Subject:** RE: Lipsey's Third Set of Requests for Production

Hi Lucas,

Thank you.  Please see my letter attached in response.

Thanks,
Kate

Kate Falkenstien | 650-623-1425 | Reichman Jorgensen Lehman & Feldberg LLP

---

**From:** Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Sent:** Friday, June 18, 2021 3:23 PM
**To:** Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>; Brian C. Baran

<bbaran@reichmanjorgensen.com>
**Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>
**Subject:** RE: Lipsey's Third Set of Requests for Production

**[EXTERNAL]**
Kate,

Please see attached correspondence regarding Lipsey's Requests for Production of Documents, Set Three.

Best,

Lucas L. Hennes
Deputy Attorney General
Office of the Attorney General, Correctional Law Section
1300 I Street, Sacramento, CA 95814
Phone: (916) 210-7323
Fax: (916) 324-5205
lucas.hennes@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.