SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen Lehman & Feldberg LLP
 100 Marine Parkway, Suite 300
 Redwood Shores, CA 94065
 Telephone: (650) 623-1401
 Fax: (650) 623-1449
 Email: sballard@reichmanjorgensen.com
        kfalkenstien@reichmanjorgensen.com

BRIAN C. BARAN, State Bar No. 325939
Reichman Jorgensen Lehman & Feldberg LLP
 1710 Rhode Island Ave NW, 12th Floor
 Washington, DC 20036
 Telephone: (202) 894-7310
 Fax: (650) 623-1449
 Email: bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.** | Case No. 2:90-cv-00520 KJM DB P |
| Plaintiffs, | **NOTICE OF HEARING ON PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S PENDING MOTION TO COMPEL** |
| v. | |
| **GAVIN NEWSOM, et al.,** | Date: September 3, 2021 |
| Defendants. | Time: 10:00 a.m. |
| | Courtroom: 27, 8th floor (or via videoconference) |
| | Judge: Hon. Deborah Barnes |
| | Action Filed: April 23, 1990 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

As directed by the Court's minute order issued July 30, 2021, ECF No. 7257, and under Local Rule 230(b), Plaintiff-Intervenor Christopher Lipsey notices a hearing on his motion to compel (ECF No. 7254), which was previously filed and noticed before the Honorable Kimberly J. Mueller. The hearing will take place on September 3, 2021, at 10:00 a.m., or as soon as the matter may be heard, before the Honorable Deborah Barnes, at the United States District Court at 501 I Street, Sacramento, CA 95814 (or via videoconference). The Court's July 20, 2021 order granting the parties' joint request to file motions requires the parties to proceed under Local Rule 230. ECF No. 7244 at 4.

Dated: July 30, 2021

Respectfully submitted,

*/s/ Brian C. Baran*

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Shawna L. Ballard (SBN 155188)
Kate Falkenstien (SBN 313753)
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
sballard@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Brian C. Baran (SBN 325939)
1710 Rhode Island Ave NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449
bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*