| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>DAVID C. CASARRUBIAS, State Bar No. 321994<br>HANSON BRIDGETT LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' REQUEST FOR LEAVE TO FILE DOCUMENTS REFERENCED IN JULY 30, 2021 MINUTE ORDER (ECF NO. 7255)** |

On July 30, 2021, the Court issued a minute order scheduling a status conference for August 4, 2021. The minute order specified that the subject of the status conference will be two written communications from Defendants to the Special Master concerning "staffing tours by defense experts and [ ] a schedule for continuous quality improvement rounding by defendants." Defendants seek leave to file the two communications so that the record contains the correspondence at the heart of the issues the Court wants to discuss at the status conference.

1

Good cause exists for Defendants' request based on the need for an accurate and complete record. *See e.g. Perez v. Grey*, No. 2:21-cv-00095-JLR-DWC, 2021 WL 1738930 (W.D. Wash. Apr. 13, 2021) (recommending leave be granted to supplement record "[i]n the interests of justice and in order to ensure court's determination is based on an accurate and complete record"); *accord*, *Tilei v. Cal. Dept. of Corrections and Rehabilitation*, No. 3:19-cv-01708-TWR-KSC, 2020 WL 6084065 (S.D. Cal. Oct. 15, 2020) (opining that courts prefer to adjudicate matters "on a complete record, which facilitates decision[s] on the merits").

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 6938, 7035, and 7255.

Dated: August 3, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/S/ ELISE OWENS THORN
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*