1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California 94710-1916
4  Telephone:  (510) 280-2621

5  CLAUDIA CENTER – 158255
   DISABILITY RIGHTS EDUCATION
6  AND DEFENSE FUND, INC.
   Ed Roberts Campus
7  3075 Adeline Street, Suite 210
   Berkeley, California 94703-2578
8  Telephone:  (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830

9

10  Attorneys for Plaintiffs

11

12              UNITED STATES DISTRICT COURT

13             EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,

16          Plaintiffs,

17      v.

18  GAVIN NEWSOM, et al.,

19          Defendants.

Case No. 2:90-CV-00520-KJM-DB

**DECLARATION OF ALEXANDER GOURSE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO MODIFY 2009 STAFFING PLAN**

Judge:  Hon. Kimberly J. Mueller

20

21

22

23

24

25

26

27

28

[3774800.1]

DECLARATION OF ALEXANDER GOURSE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO MODIFY 2009 STAFFING PLAN

I, Alexander Gourse, declare:

1.     I am an attorney duly admitted to practice before this Court.  I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration based in support of Plaintiffs' Opposition to Defendants' Motion to Modify 2009 Staffing Plan.

2.     On February 24, 2021, Defendants informed Plaintiffs' counsel and the Special Master that Defendants would be conducting a mid-cycle reallocation of their psychiatry positions on March 1, 2021, ostensibly for the purpose of implementing agreed-upon changes to the ratio of psychiatrists to non-medicated CCCMS class members. Plaintiffs objected to the proposed reallocation, and on March 1 Defendants notified Plaintiffs that they would not be proceeding with the March 1 reallocation in light of Plaintiffs' objections.  On March 29, 2021 Defendants notified Plaintiffs that they would be proceeding with the reallocation on April 1, 2021, in spite of Plaintiffs' objections.

3.     On April 27, 2021, the parties and the Special Master discussed the substantive provisions of Defendants' "On-Site Psychiatry Supervisor Proposal," dated March 4, 2021.  During this discussion Plaintiffs' sought and received clarification from Defendants about the meaning of certain provisions in the Proposal.  The parties and the Special Master did not discuss Footnote 1 of the Proposal, which consisted entirely of legal argument.  Nor did the parties and the Special Master discuss a stipulation relating to the Proposal.

4.     On May 13, 2021, Plaintiffs informed Defendants and the Special Master by email that they approved of the substantive modification reflected in the March 4 Proposal.

5.     On June 2, 2021, Defendants sent Plaintiffs a draft stipulation and proposed order adopting the March 4 Proposal in full, including a footnote in which Defendants asserted that "neither the 2009 Staffing Plan itself nor any of the adjustments in this proposal are necessary to remedy an Eighth Amendment violation."  Defendants also requested that Plaintiffs stipulate to a new provision reserving Defendants' rights to

[3774800.1]

1

1  modify the Proposal under certain circumstances, a revised version of which the parties

2  subsequently agreed to include.  Plaintiffs explained that they would stipulate to the

3  substantive provisions in the Proposal and the agreed-upon changed circumstances

4  provision, but could not stipulate to the legal argument Defendants had included in

5  Footnote 1 because Plaintiffs fundamentally disagree with it and this Court has previously

6  rejected it.

7          I declare under penalty of perjury under the laws of the United States of America

8  that the foregoing is true and correct, and that this declaration is executed at Berkeley,

9  California this 10th day of August, 2021.

10

11                                                    */s/ Alexander Gourse*
                                                       Alexander Gourse

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3774800.1]

2

DECLARATION OF ALEXANDER GOURSE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO MODIFY 2009 STAFFING PLAN