ROB A. BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 18270
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

The attached reports from the California Department of Corrections and Rehabilitation (CDCR) provide information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

The report attached at Exhibit A shows that forty-four inmates were placed in CDCR's Mental Health Services Delivery System in July 2021 while housed in a desert institution; forty-

1

Defs.' Compliance Reports for Desert Transfers (2:90-cv-00520 KJM-DB (PC))

nine class members were transferred or paroled from desert institutions in July 2021; and, as of the report's July 31, 2021 date, no patients in the Mental Health Services Delivery System remained in desert institutions in July 2021 beyond the fourteen-day transfer timeline.

The report attached as Exhibit B shows that three *Coleman* class members were inadvertently transferred to a desert institution in July 2021 and transferred to an endorsed MHSDS institution within 7 days. This delay to transfer out was due to pending COVID-19 test results.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296 and ECF No. 6678.

Dated: August 16, 2021

Respectfully submitted,

ROB A. BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Namrata Kotwani*
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Compliance Reports for Desert Transfers  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                   EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



August 13, 2021

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. McClain and Ms. Kotwani:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019. (ECF No. 6296.) Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of July 2021, with the inmates' identifying information redacted. This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care. As Exhibit A reflects, 44 inmates were referred for mental health treatment while housed in a desert institution during the month of July 2021, none of whom was transferred beyond the fourteen-day transfer timeline. The report also shows that 49 class members placed in the Mental Health Services Delivery System in June and July 2021 were transferred or paroled from desert institutions in July 2021.

Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted. This report shows that in July 2021, three *Coleman* class members were inadvertently transferred to a desert institution and transferred to an endorsed MHSDS institution within 7 days. This delay to transfer out was due to pending COVID-19 test results.

Sincerely,

/s/ *Charles Callahan*

CHARLES CALLAHAN
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# EXHIBIT A

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 08/02/2021 09:08 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 07/01/2021 - 07/31/2021
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.
R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 07/14/2021 - 07/23/2021 | N | 07/19/2021 00 00 | CRC | II | 06/01/2021 17:23 | 07/14/2021 | MH Change | 07/23/2021 10:13 | 07/23/2021 13:35 | 9 | |
| CAC | | | CCCMS 07/08/2021 - 07/19/2021 | N | 07/15/2021 00 00 | WSP | III | 06/24/2021 14:51 | 07/08/2021 | MH Change | 07/19/2021 12:55 | 07/19/2021 15:24 | 11 | |
| CAC | | | CCCMS 07/14/2021 - 07/23/2021 | N | 07/21/2021 00 00 | CRC | II | 04/05/2021 09:42 | 07/14/2021 | MH Change | 07/23/2021 10:13 | 07/23/2021 13:35 | 9 | |
| CAL | | | CCCMS 07/19/2021 - 07/23/2021 | N | 07/21/2021 00 00 | LAC | IV | 07/08/2021 19:45 | 07/19/2021 | MH Change | 07/23/2021 08:23 | 07/23/2021 12:31 | 4 | |
| CAL | | | CCCMS 07/18/2021 - 07/18/2021 | N | 07/18/2021 13:17 | RJD | NA | 05/29/2021 03:28 | 07/18/2021 | MH Change | 07/18/2021 15:26 | 07/18/2021 18:27 | 0 | |
| CAL | | | CCCMS 06/23/2021 - 07/01/2021 | N | 06/30/2021 00 00 | COR | IV | 09/12/2019 16:03 | 06/23/2021 | MH Change | 07/01/2021 15:35 | 07/01/2021 23:00 | 8 | |
| CAL | | | CCCMS 07/29/2021 - 07/29/2021 | N | 07/29/2021 15:14 | LAC | NA | 05/23/2019 17:53 | 07/29/2021 | MH Change | 07/29/2021 17:12 | 07/29/2021 21:56 | 0 | |
| CAL | | | CCCMS 07/13/2021 - 07/22/2021 | N | 07/16/2021 00 00 | SVSP | IV | 10/10/2017 15:33 | 07/13/2021 | MH Change | 07/22/2021 07:18 | 07/22/2021 16:43 | 9 | |
| CAL | | | CCCMS 07/08/2021 - 07/08/2021 | N | 07/08/2021 14:11 | LAC | NA | 05/19/2020 14:41 | 07/08/2021 | MH Change | 07/08/2021 17:55 | 07/08/2021 23:37 | 0 | |
| CAL | | | CCCMS 07/27/2021 - 07/31/2021 | N | 07/29/2021 00 00 | SVSP | IV | 02/05/2019 12:06 | 07/27/2021 | MH Change | | | | |
| CAL | | | CCCMS 07/21/2021 - 07/21/2021 | N | 07/21/2021 16:28 | RJD | NA | 09/22/2021 15:23 | 07/21/2021 | MH Change | 07/21/2021 18:22 | 07/21/2021 23:01 | 0 | |
| CAL | | | CCCMS 07/08/2021 - 07/20/2021 | N | 07/16/2021 00 00 | WSP | III | 02/13/2020 15:33 | 07/08/2021 | MH Change | 07/20/2021 08:16 | 07/20/2021 14:11 | 12 | |
| CAL | | | CCCMS 07/01/2021 - 07/14/2021 | N | 07/09/2021 00 00 | WSP | III | 06/29/2021 00:27 | 07/01/2021 | MH Change | 07/14/2021 08:09 | 07/14/2021 15:57 | 13 | |
| CAL | | | CCCMS 06/28/2021 - 07/02/2021 | N | 06/29/2021 00 00 | SVSP | IV | 03/26/2021 15:29 | 06/28/2021 | MH Change | 07/02/2021 08:22 | 07/02/2021 17:16 | 4 | |
| CAL | | | CCCMS 06/28/2021 - 07/02/2021 | N | 06/30/2021 00 00 | WSP | III | 03/12/2020 10:00 | 06/28/2021 | MH Change | 07/02/2021 08:29 | 07/02/2021 14:47 | 4 | |
| CAL | | | CCCMS 07/01/2021 - 07/14/2021 | N | 07/07/2021 00 00 | NKSP | III | 04/12/2021 21:24 | 07/01/2021 | MH Change | 07/14/2021 08:10 | 07/14/2021 16:12 | 13 | |
| CAL | | | CCCMS 07/16/2021 - 07/22/2021 | N | 07/20/2021 00 00 | SVSP | IV | 05/04/2021 15:23 | 07/16/2021 | MH Change | 07/22/2021 07:18 | 07/22/2021 16:43 | 6 | |
| CAL | | | CCCMS 06/25/2021 - 07/02/2021 | N | 06/28/2021 00 00 | WSP | III | 06/15/2021 13:29 | 06/25/2021 | MH Change | 07/02/2021 08:29 | 07/02/2021 14:47 | 7 | |
| CAL | | | CCCMS 07/02/2021 - 07/14/2021 | N | 07/07/2021 00 00 | NKSP | III | 06/15/2021 13:29 | 07/02/2021 | MH Change | 07/14/2021 08:11 | 07/14/2021 16:12 | 12 | |
| CAL | | | CCCMS 07/30/2021 - 07/31/2021 | N | | | | | 07/27/2021 17:43 | 07/30/2021 | MH Change | | | | |
| CAL | | | CCCMS 06/24/2021 - 07/02/2021 | N | 06/30/2021 00 00 | SVSP | IV | 08/15/2019 15:44 | 06/24/2021 | MH Change | 07/02/2021 08:22 | 07/02/2021 17:16 | 8 | |
| CAL | | | CCCMS 07/27/2021 - 07/27/2021 | N | 07/27/2021 12:37 | RJD | NA | 07/23/2021 17:59 | 07/27/2021 | MH Change | 07/27/2021 15:45 | 07/27/2021 19:01 | 0 | |
| CEN | | | CCCMS 07/22/2021 - 07/28/2021 | N | 03/10/2021 00 00 | COR | II | 07/19/2017 17:38 | 07/22/2021 | MH Change | 07/28/2021 08:15 | 07/28/2021 15:14 | 6 | |
| CEN | | | CCCMS 07/14/2021 - 07/14/2021 | N | 07/14/2021 16:26 | RJD | NA | 11/18/2014 17:26 | 07/14/2021 | MH Change | 07/14/2021 17:53 | 07/14/2021 19:55 | 0 | |
| CEN | | | CCCMS 07/22/2021 - 07/31/2021 | N | 07/27/2021 00 00 | CMC | III | 07/13/2021 16:07 | 07/22/2021 | MH Change | | | | |
| CEN | | | CCCMS 07/14/2021 - 07/22/2021 | N | 07/15/2021 00 00 | LAC | III | 03/02/2017 11:23 | 07/14/2021 | MH Change | 07/22/2021 08:35 | 07/22/2021 15:46 | 8 | |
| CEN | | | CCCMS 07/14/2021 - 07/21/2021 | N | 07/16/2021 00 00 | COR | III | 05/14/2019 19:25 | 07/14/2021 | MH Change | 07/21/2021 06:10 | 07/21/2021 15:56 | 7 | |
| CEN | | | CCCMS 07/26/2021 - 07/26/2021 | N | 07/26/2021 15 03 | RJD | NA | 07/21/2021 13:03 | 07/26/2021 | MH Change | 07/26/2021 17:30 | 07/26/2021 19:49 | 0 | |
| CEN | | | CCCMS 07/28/2021 - 07/31/2021 | N | 07/30/2021 00 00 | CMC | III | 02/23/2021 12:16 | 07/28/2021 | MH Change | | | | |
| CEN | | | CCCMS 07/22/2021 - 07/28/2021 | N | | | | 06/30/2021 16:19 | 07/22/2021 | MH Change | 07/28/2021 06:55 | | | 6 days no movement - Paroled 7/28/2021 |
| CEN | | | CCCMS 07/14/2021 - 07/21/2021 | N | 07/15/2021 00 00 | FOL | III | 12/09/2015 14:22 | 07/14/2021 | MH Change | 07/21/2021 07:36 | 07/21/2021 18:33 | 7 | |
| CEN | | | CCCMS 07/19/2021 - 07/19/2021 | N | 07/19/2021 15:45 | RJD | NA | 04/16/2021 16:50 | 07/19/2021 | MH Change | 07/19/2021 17:32 | 07/19/2021 19:56 | 0 | |
| CEN | | | CCCMS 06/30/2021 - 07/13/2021 | N | 07/01/2021 11 01 | LAC | III | 10/27/2016 16:52 | 06/30/2021 | MH Change | 07/13/2021 07:20 | 07/13/2021 12:03 | 13 | |
| CEN | | | CCCMS 07/08/2021 - 07/20/2021 | N | 07/09/2021 00 00 | SVSP | IV | 10/29/2019 13:34 | 07/08/2021 | MH Change | 07/20/2021 08:18 | 07/20/2021 16:58 | 12 | |
| CVSP | | | CCCMS 07/13/2021 - 07/26/2021 | N | 07/19/2021 00 00 | SQ | II | 06/23/2021 06:37 | 07/13/2021 | MH Change | 07/26/2021 03:46 | 07/26/2021 16:36 | 13 | |
| CVSP | | | CCCMS 07/13/2021 - 07/26/2021 | N | 07/20/2021 00 00 | SQ | II | 06/02/2021 15:11 | 07/13/2021 | MH Change | 07/26/2021 03:46 | 07/26/2021 16:36 | 13 | |
| CVSP | | | CCCMS 07/13/2021 - 07/26/2021 | N | 07/20/2021 14 05 | CIM | I | 06/02/2021 15:11 | 07/13/2021 | MH Change | 07/26/2021 03:46 | 07/26/2021 07:15 | 13 | |
| CVSP | | | CCCMS 07/06/2021 - 07/15/2021 | N | 07/12/2021 00 00 | CIM | I | 06/16/2021 14:49 | 07/06/2021 | MH Change | 07/15/2021 07:15 | 07/15/2021 10:18 | 9 | |
| ISP | | | CCCMS 07/01/2021 - 07/14/2021 | N | 07/07/2021 00 00 | FOL | III | 04/11/2018 13:33 | 07/01/2021 | MH Change | 07/14/2021 01:40 | 07/14/2021 14:45 | 13 | |
| ISP | | | CCCMS 07/01/2021 - 07/15/2021 | N | 07/08/2021 00 00 | ASP | II | 12/11/2020 08:14 | 07/01/2021 | MH Change | 07/15/2021 05:27 | 07/15/2021 15:19 | 14 | |
| ISP | | | CCCMS 06/24/2021 - 07/07/2021 | N | 07/01/2021 00 00 | ASP | II | 02/20/2019 11:43 | 06/24/2021 | MH Change | 07/07/2021 07:30 | 07/07/2021 20:00 | 13 | |
| ISP | | | CCCMS 07/28/2021 - 07/31/2021 | N | | | | 02/20/2020 13:58 | 07/28/2021 | MH Change | | | | |
| ISP | | | CCCMS 06/03/2021 - 07/02/2021 | Y | 10/09/2020 00 00 | KVSP | IV | 05/24/2021 14:09 | 06/03/2021 | MH Change | 07/02/2021 05:31 | 07/02/2021 12:26 | 29 | Previously reported on June's MH Change report.  -  Delayed movement due to completion of Out to Court proceedings. |
| ISP | | | CCCMS 06/24/2021 - 07/07/2021 | N | 07/02/2021 00 00 | VSP | II | 04/09/2020 10:29 | 06/24/2021 | MH Change | 07/07/2021 07:30 | 07/07/2021 22:41 | 13 | |
| ISP | | | CCCMS 07/22/2021 - 07/28/2021 | N | 07/23/2021 00 00 | SQ | II | 03/26/2019 11:57 | 07/22/2021 | MH Change | 07/28/2021 04:45 | 07/28/2021 18:33 | 6 | |
| ISP | | | CCCMS 07/14/2021 - 07/23/2021 | N | 07/15/2021 00 00 | CRC | II | 08/29/2019 16:56 | 07/14/2021 | MH Change | 07/23/2021 07:45 | 07/23/2021 10:48 | 9 | |
| ISP | | | CCCMS 06/22/2021 - 07/02/2021 | N | 06/23/2021 00 00 | NKSP | III | 06/03/2020 00:16 | 06/22/2021 | MH Change | 07/02/2021 05:34 | 07/02/2021 12:50 | 10 | |
| ISP | | | CCCMS 07/01/2021 - 07/14/2021 | N | 07/07/2021 00 00 | COR | III | 05/10/2021 14:18 | 07/01/2021 | MH Change | 07/14/2021 04:57 | 07/14/2021 12:19 | 13 | |
| ISP | | | CCCMS 07/15/2021 - 07/27/2021 | N | 07/20/2021 00 00 | COR | III | 06/08/2021 16:22 | 07/15/2021 | MH Change | 07/27/2021 04:00 | 07/27/2021 11:58 | 12 | |
| ISP | | | CCCMS 07/01/2021 - 07/14/2021 | N | 07/07/2021 00 00 | COR | III | 06/07/2021 13:58 | 07/01/2021 | MH Change | 07/14/2021 04:58 | 07/14/2021 12:19 | 13 | |
| ISP | | | CCCMS 07/14/2021 - 07/28/2021 | N | 07/21/2021 00 00 | SQ | II | 04/10/2020 09:52 | 07/14/2021 | MH Change | 07/28/2021 04:45 | 07/28/2021 18:33 | 14 | |
| ISP | | | CCCMS 07/01/2021 - 07/14/2021 | N | 07/08/2021 00 00 | SQ | II | 04/23/2020 10:27 | 07/01/2021 | MH Change | 07/14/2021 04:28 | 07/14/2021 14:57 | 13 | |
| ISP | | | CCCMS 07/22/2021 - 07/31/2021 | N | 07/27/2021 00 00 | SATF | II | 07/23/2019 14:11 | 07/22/2021 | MH Change | | | | |
| ISP | | | CCCMS 07/08/2021 - 07/18/2021 | N | 07/15/2021 00 00 | CMC | III | 05/07/2013 16:11 | 07/08/2021 | MH Change | 07/18/2021 04:58 | 07/18/2021 12:41 | 10 | |
| ISP | | | CCCMS 06/22/2021 - 07/02/2021 | N | 06/24/2021 00 00 | VSP | II | 09/22/2016 14:28 | 06/22/2021 | MH Change | 07/02/2021 04:59 | 07/02/2021 14:37 | 10 | |

# EXHIBIT B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 08/02/2021 09:11 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 07/01/2021 - 07/31/2021
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCC | | | 01/29/2020 | N | 07/21/2021 13:32 | HDSP | NA | 07/14/2021 19:22 | CCCMS 02/05/2020 - 07/22/2021 | MH Upon Arrival | 07/22/2021 10:02 | 07/22/2021 11:14 | 184 | **Inadvertent Transfer**-- Housed at CCC from HDSP due to Quarantine. Delay to transfer out was due to pending PCR test results. |
| CCC | | | 11/07/2018 | N | 07/21/2021 13:38 | HDSP | NA | 07/14/2021 19:22 | CCCMS 11/07/2018 - 07/22/2021 | MH Upon Arrival | 07/22/2021 10:05 | 07/22/2021 11:14 | 184 | **Inadvertent Transfer**-- Housed at CCC from HDSP due to Quarantine. Delay to transfer out was due to pending PCR test results. |
| CCC | | | 03/23/2021 | N | 07/14/2021 15:57 | CCC | NA | 07/14/2021 19:22 | CCCMS 03/23/2021 - 07/22/2021 | MH Upon Arrival | 07/22/2021 10:06 | 07/22/2021 11:14 | 184 | **Inadvertent Transfer**-- Housed at CCC from HDSP due to Quarantine. Delay to transfer out was due to pending PCR test results. |