CAED 435
(Rev. 04/18)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| Elise O. Thorn | Elise.Thorn@doj.ca.gov | (916) 210-7318 | August 18, 2021 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 1300 I St., P.O. Box 944255 | Sacramento | CA | 94244-2550 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 2:90-cv-0520 KJM DB P | Kimberly Mueller | 11. FROM April 26, 2019 | 12. TO April 26, 2019 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Ralph Coleman, et al., v. GAVIN NEWSOM, et al. | 14. CITY Sacramento | 15. STATE California |

**16. ORDER FOR**

- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | | DATE(S) | REPORTER |
|---|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | | |
| [ ] JURY SELECTION | | | | Status Conference | April 26, 2019 | Jennifer Coulthard |
| [ ] OPENING STATEMENTS | | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | | |
| | | | | | | |
| | | | | | | |

**18. ORDER**          (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL**

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| */s/ Elise O. Thorn* | |

| 20. DATE | PHONE NUMBER |
|---|---|
| August 18, 2021 | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |