DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:    (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION TO STRIKE, OR IN THE ALTERNATIVE A SURREPLY**<br><br>Filed Concurrently with PLAINTIFFS' MOTION TO STRIKE<br><br>Judge:  Hon. Kimberly J. Mueller |

[3780143.2]

On August 17, 2021, Defendants filed a 14-page Reply brief in support of their Motion to Modify their 2009 Staffing Plan, despite this Court's standing order limiting reply briefs to 10 pages. *See* ECF No. 7277; *see also* Chief Judge Mueller Civil Standing Order, *available at* http://www.caed.uscourts.gov/caednew/assets/File/KJM%20Case%20Information.pdf. Most of Defendants' Reply rehashes the same misleading arguments from their original Motion. *See, e.g.*, *id.* at 4 (arguing that CDCR's plan to reduce Senior Psychiatrist, Supervisor allocations outside of MHCBs somehow constitutes a changed circumstance that justifies eliminating the 1:50 ratio for MHCBs); *id.* at 4-5, 10 (falsely implying that CDCR is already allocating the additional Chief Psychiatrist positions promised in their March 4, 2021 Proposal); *id.* at 9 (conceding that Defendants' illusory promise to increase Chief Psychiatrist allocations is not a durable alternative to the provisions of their 2009 Staffing Plan they seek to modify); *id.* at 12-13 (ignoring numerous orders finding that compliance with the 2009 Staffing Plan is necessary to remedy the Eighth Amendment violations at issue in this case, as well as this Court's prior determination that the disclaimer Defendants included in their 2009 Staffing Plan does not absolve them of their obligation to comply with that Plan). Plaintiffs have already addressed and rebutted these arguments in their Opposition brief. *See* ECF No. 7268.

But Defendants also raise a new argument and seek to introduce new evidence purportedly showing that their voluntary "plan" to increase Chief Psychiatrist allocations is in the process of being implemented. *See* ECF No. 7277 at 5-6; *see also* ECF No. 7277-1, 2 (Supplemental Mehta declaration and Exhibit A thereto). Plaintiffs have not had an opportunity to respond to this new material because Defendants improperly raised it for the first time in their Reply brief. *See Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007).

Pursuant to this Court's December 24, 2020 Order, ECF No. 7003 at 2, Plaintiffs hereby request leave to file the attached motion to strike pages 11-14 of Defendants' oversize Reply brief, as well as Defendants' new factual material and the portions of their Reply brief that are premised on that new material. *See Estes v. Kaiser Found. Health*

[3780143.2]

1   *Plan, Inc.,* No. EDCV1000807VAPDTBX, 2010 WL 11595713, at *2 n.3 (C.D. Cal. Aug.

2   6, 2010) (striking pages of reply brief that exceeded applicable page limitations); *In re Air*

3   *Crash Near Athens, Greece on Aug. 14, 2005*, 479 F. Supp. 2d 792, 796 (N.D. Ill. 2007)

4   (striking new evidence submitted with reply brief "since there is no reason [the evidence]

5   could not have been offered with defendant's initial brief").

6       In the alternative, Plaintiffs request leave to file a short sur-reply of not more than 5

7   pages that responds to the new material in Defendants' Reply brief.  *See Provenz v. Miller,*

8   102 F.3d 1478, 1483 (9th Cir. 1996) ("Where new evidence is presented in a reply … the

9   district court should not consider the new evidence without giving the [non-]movant an

10  opportunity to respond" (quoting *Black v. TIC Inv. Corp.,* 900 F.2d 112, 116 (7th Cir.

11  1990))).

12                          **CERTIFICATION**

13      In preparing this filing, Plaintiffs' counsel certifies that he reviewed the following

14  orders: ECF and Dkt. Nos. 5711, 7003.

15

16  DATED:  August 18, 2021          Respectfully submitted,

17                                  ROSEN BIEN GALVAN & GRUNFELD LLP

18

19                                  By:  */s/ Alexander Gourse*
                                    _____
20                                       Alexander Gourse

21                                  Attorneys for Plaintiffs

22

23

24

25

26

27

28
    [3780143.2]
    PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION TO STRIKE, OR IN THE ALTERNATIVE A
    SURREPLY