1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
3  ELISE OWENS THORN, State Bar No. 145931
   LUCAS HENNES, State Bar No. 278361
4  NAMRATA KOTWANI, State Bar No. 308741
   Deputy Attorneys General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-7318
7    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
8  *Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:   925-746-8460
FACSIMILE:   925-746-8490
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　　Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**SUPPLEMENTAL DECLARATION OF DR. AMAR MEHTA, M.D. IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY THE 2009 STAFFING PLAN AS IT RELATES TO ON-SITE PSYCHIATRIC SUPERVISORS**<br><br>Judge:　Hon. Kimberly J. Mueller |

**DECLARATION OF DR. AMAR MEHTA, M.D.**

I, Amar Mehta, M.D., declare as follows:

1. I am the Deputy Director of the Statewide Mental Health Program for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. CDCR has taken concrete steps to implement its new staffing allocation plan that will increase Chief Psychiatrist and Senior Psychiatrist, Supervisor allocations throughout the state. At the start of the fiscal year on July 1, 2021, CDCR took the first step in the process of enacting the new staffing model changes by completing standard form 607s. The staffing model changes include: (1) reclassifying 1.0 Senior Psychiatrist, Supervisor to 1.0 Chief Psychiatrist at ten institutions: ASP, CCI, CCWF, CRC, CTF, FSP, HDSP, NKSP, SCC, & VSP; (2) increasing existing Senior Psychiatrist, Supervisor allocations from 0.5 to 1.0 at COR, RJD, and SATF; and, (3) establishing new 1.0 Senior Psychiatrists at LAC, MCSP, & SVSP. CIM and CIW are reducing their 0.5 Senior Psychiatrist, Supervisor allocations (CIM's had resided with telepsychiatry, and CIW has further supervisor authority through the PIP). That same day, CDCR also began updating corresponding duty statements and organizational charts to reflect the new staffing model changes.

3. From July 1 to July 19, 2021, I held discussions with stakeholders to discuss the new staffing model changes, presented the changes to all CEOs and Regional Healthcare Executives, and informed institutional mental health leadership of the new plan. I answered any questions that arose from the field.

4. Subsequently, on August 12, 2021, CDCR began advertising new Chief Psychiatrist and "Senior Psychiatrist, Supervisor" positions on statewide career websites www.calcareers.ca.gov and www.cchcs.ca.gov/careers/. Current listings can be found on https://www.calcareers.ca.gov/CalHRPublic/Search/JobSearchResults.aspx#kw=chief%20psychiatrist (last accessed on 8/15/2021), https://www.calcareers.ca.gov/CalHRPublic/Search/JobSearchResults.aspx#kw=Senior%20Psychi

atrist (last accessed on 8/15/2021), and

https://cchcs.hodesiq.com/joblist.asp?CustomField_1770=49796 (last accessed on 8/15/2021). Also on August 12th, CDCR initiated focused recruitment efforts with the workforce development unit (WDU).

5. CDCR is planning to interview candidates during the weeks of September 13-17 and 20-24, 2021 with a target candidate selection date of September 27, 2021.

6. Attached hereto as **Exhibit A** is a true and correct copy of CDCR's On-Site Psychiatry Supervisory Model Timeline laying out tasks that have been completed through August 12, 2021 and next steps to be completed through January, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of August, 2021, at Sacramento, California.

　　　　　　　　　　　　　　　　　　 *s/ Amar Mehta, M.D.* (5:43 p.m.)
　　　　　　　　　　　　　　　　　　 Dr. Amar Mehta, M.D.