# EXHIBIT A

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

**On-Site Psychiatry Supervisory Model Timeline**
**July 2021**

| Task | Participant(s) | Timeline |
|---|---|---|
| Complete 607's to effectuate Staffing Model changes *(see below)* | Laura Harvick – Regions<br>Duane Reeder – Fiscal<br>Jennifer Johnson – MH | July 1, 2021 |
| Update duty statement and organizational charts | Amar Mehta<br>Jasinda Muhammand – HR<br>Laura Harvick – Regions HR | July 1, 2021 |
| Discussion with Labor, HR, Regions | Amar Mehta<br>Jasinda Muhammand – HR<br>Laura Harvick – Regions HR<br>Migdalia Sciaca – Labor<br>Jackie Clark | Prior to July 8, 2021 |
| Present to all CEOs and Regional Healthcare Executives | Amar Mehta<br>CEOs & Regional HCEs<br>Jackie Clark | July 8, 2021 |
| Inform institutional MH leadership of plan and opportunities, answer questions | Amar Mehta<br>Chief/Senior Psychiatrists<br>CMHs<br>Regional MHAs | July 19, 2021 |
| Advertise new Chief Psychiatrist and Senior Psychiatrist positions on CalCareers/CCHCS Careers websites | Laura Harvick – Regions HR | August 12, 2021<br>with a Final Filing Date of Friday, August 27, 2021 |
| Initiate focused recruitment with WDU | Cindy Ormachea<br>Kelli Johnson | August 12, 2021 |
| Assess and MQ candidate pools | Laura Harvick – Regions HR | September 8, 2021 |
| Standardize interview questions and identify panel members | CEOs and Regional MHAs | August 27, 2021 |
| Schedule interviews | Laura Harvick – Regions HR | Weeks of:<br>September 13 – 17, 2021 and September 20 – 24, 2021 |
| Select candidate **(assess impact** case by case **if Senior Psychiatrist incumbent** | CEOs and Regional MHAs<br>(Amar Mehta) | September 27, 2021 |

| | | |
|---|---|---|
| **didn't apply or wasn't selected**; further discussion required) | | |
| Establish start dates | Laura Harvick – Regions HR | October 1, 2021 |
| **Update** January staffing adjustments to reflect new position allocations **(note: position authority exists as of July 1, 2021, and the positions can be filled without delay)** | Amar Mehta<br>Jennifer Johnson – MH | December, 2021<br>into January, 2022 |

*Staffing Model Changes*
*Reclass 1.0 Senior Psychiatrists to 1.0 Chief Psychiatrists at ASP, CCI, CCWF, CRC, CTF, FSP, HDSP, NKSP, SCC, & VSP.*
*Increase existing Senior Psychiatrists time base from .50 to 1.0 at COR, RJD, and SATF.*
*Establish new 1.0 Senior Psychiatrists at LAC, MCSP, & SVSP.*