ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7 318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' TWENTY-EIGHTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS** |

1

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id*.) Defendants have filed twenty-seven status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds.

**DISCUSSION**

I. **DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD). (ECF No. 6168.) The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget. Defendants have timely filed an additional twenty-six status reports between June 27, 2019 and July 28, 2021. (ECF Nos. 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, 6840, 6884, 6926, 6967, 7007, 7036, 7070, 7114, 7139, 7189, 7213, and 7252.)

II. **UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

As previously reported to the Court, CDCR's MHCB construction project in Southern California is proceeding with the construction of 50 new licensed mental health crisis beds at CIM. (ECF Nos. 6297 at 3, and 6371 at 3.) CDCR is proceeding with work on the plan. (Borg Decl. ¶ 2.)

As reported last month, the Office of the State Fire Marshal (OSFM) approved the working drawings for the project on June 9, 2021. (ECF No. 7213 at 3.) The next step in the funding

1    process for the CIM project is to request approval of working drawings and permission to proceed
2    to bid from the Department of Finance. (Borg Decl. ¶ 3.) As reported previously, before a
3    construction contract is awarded, the State Public Works Board must adopt a resolution declaring
4    its intent to sell bonds for the project and to seek interim financing from either the Pooled Money
5    Investment Board or from the General Fund. (*Id.*) That resolution was adopted by the Board on
6    February 12, 2021. The timeline for these actions will be dependent upon the completion of
7    revisions to the Environmental Impact Report and a subsequent dismissal of the writ by the San
8    Bernardino Superior Court. (*Id.*)

9    In 2019, the City of Chino, the City of Chino Hills, San Bernardino County and the Chino
10   Valley Independent Fire District filed a petition in San Bernardino Superior Court seeking an
11   order directing CDCR to vacate approval of the CIM project on the basis that CDCR's
12   Environmental Impact Report on the construction project was inadequate. (ECF No. 7070 at 3,
13   7070-1 at 2 and Exhibit A.) Although CDCR successfully defended seven of ten claims raised in
14   the petition, the Superior Court's decision, which issued on February 24, 2021, found three
15   inadequacies in the Environmental Impact Report for the CIM project. (*Id.*) CDCR will need to
16   address those three issues, which are (1) the description of baseline conditions; (2) the analysis of
17   project alternatives; and (3) the analysis of traffic impacts, before the project can proceed. (*Id.*)

18   On August 18, 2021, a hearing was held in the matter pending before the San Bernardino
19   Superior Court regarding the issuance of a writ and judgment concerning the Environmental
20   Impact Report for the CIM project. (Borg Decl. ¶ 4.) In anticipation that the writ and judgment
21   will mirror the Superior Court's February 24, 2021 ruling, CDCR has completed a Draft Partially
22   Revised Environmental Impact Report that addresses the deficiencies identified in the February
23   24 order. (Borg Decl. ¶ 5.) A notice of completion for this draft report was filed with the State
24   Clearinghouse on July 15, 2021. (*Id.*) The public comment period will close on August 16, 2021.
25   (*Id.*)

26   In the next status report, which is due in September, Defendants will report on the status of
27   the entry of judgment, and provide an anticipated timeline for the other work needed to update the
28   Environmental Impact Report, if that information is available. (Borg Decl. ¶ 4.)

III. **UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.**

As previously reported, the CIM project was funded as part of Assembly Bill 89, the Budget Act of 2020. (ECF No. 6790 at 3.) As reported in the 25th status report to the Court, a request to re-appropriate the construction funding for this project was submitted to the Legislature on May 14, 2021. (ECF No. 7189 at 4.) The Legislature approved Assembly Bill 128, the Budget Act for 2021, on June 14, 2021, and the bill included the re-appropriation of the construction funding for this project. (ECF No. 7252-1 at 2-3.) Governor Newsom signed the bill into law on June 28, 2021. (*Id.*)

### CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

Dated: August 27, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

/s/ *Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants