ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                        Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG IN SUPPORT OF DEFENDANTS' TWENTY-EIGHTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS** |

I, Dean L. Borg, declare:

    1.    I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' twenty-eighth status report on the

1

Borg Decl. ISO Defs.' 28th Status Report on Funding for Construction of MHCBs (2:90-cv-00520 KJM-DB (PC))

1  funding process for the design and construction of licensed mental health crisis beds in Southern
2  California.
3      2.    The work on CDCR's plan to construct 50 new licensed mental health crisis beds at
4  the California Institution for Men is proceeding, consistent with reports previously provided to
5  the Court, with delays described in paragraphs 3 and 4 below.
6      3.    As previously reported, following the approval of working drawings by the Office of
7  the State Fire Marshal in June 2021, the next step in the funding process for the CIM project is to
8  request approval of working drawings and permission to proceed to bid from the Department of
9  Finance. Before a construction contract is awarded, the State Public Works Board must adopt a
10 resolution declaring its intent to sell bonds for the project and to seek interim financing from
11 either the Pooled Money Investment Board or from the General Fund; this resolution was adopted
12 by the Board on February 12, 2021. The timeline for these actions will be dependent upon the
13 completion of revisions to the Environmental Impact Report and a subsequent dismissal of the
14 writ by the San Bernardino Superior Court.
15     4.    On August 18, 2021, a hearing was held in the matter pending before the San
16 Bernardino Superior Court regarding the issuance of a writ and judgment concerning the
17 Environmental Impact Report for the CIM project. I will report on the status of the entry of
18 judgment, and an anticipated timeline for the other work needed to complete revisions to the
19 Environmental Impact Report, if that information is available, in my declaration in support of the
20 29th status report to the Court in September.
21 //
22 //
23 //

5. In anticipation that the writ and judgment will mirror the Superior Court's February 24, 2021 ruling, CDCR has completed a Draft Partially Revised Environmental Impact Report that addresses the deficiencies identified in the February 24 order. The public comment period closed on August 16, 2021. CDCR is evaluating the comment received during the public comment period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Sacramento, California on August 27, 2021.

/s/ DEAN L. BORG
DEAN L. BORG
Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

3

Borg Decl. ISO Defs.' 28th Status Report on Funding for Construction of MHCBs (2:90-cv-00520 KJM-DB (PC))