ROB A. BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS L. HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7318
Fax: (916) 324-5205
E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
1676 N. California Boulevard, Suite 620
Walnut Creek, CA 94596
Telephone: (925) 746-8460
Fax: (925) 746-8490
E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Fax: (310) 229-5800
E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>Plaintiffs,<br>**v.**<br>**GAVIN NEWSOM, et al.,**<br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br>Judge: The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*) On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

Consistent with the Court's February 14, 2018 order, attached here is a letter from Defendant CDCR setting forth CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for July 2021.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 5786, ECF No. 5803, and ECF No. 5886.

Dated: August 31, 2021

Respectfully submitted,

ROB A. BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/S/ *Namrata Kotwani*
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758




August 31, 2021

Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Ave Ste 11000
San Francisco, CA 94102-7020

RE: CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Kotwani:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits as Exhibit A its monthly reports identifying the psychiatry vacancy rates at each CDCR institution and systemwide for July 2021. In accordance with the Court's February 14, 2018 order, the reports contain the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

/s/ *Amar Mehta*
Amar Mehta, M.D.
Deputy Director
Statewide Mental Health Program

# EXHIBIT A

# Division of Health Care Services
# Statewide Mental Health Program
# Allocated and Filled Psychiatry Positions - July 2021

| | Revised Allocated Jul 2021[1] | | | Filled July 2021 | | | | | | Filled w PNP July 2021 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sites | Site | Telepsych | Allocated Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 3.00 | 0.00 | **3.00** | 0.00 | 4.83 | 0.00 | 0.00 | 4.83 | **161%** | 0.00 | 4.83 | **161%** |
| CAL | 0.00 | 1.00 | **1.00** | 0.00 | 0.00 | 1.02 | 0.00 | 1.02 | **102%** | 0.00 | 1.02 | **102%** |
| CCC | 0.00 | 1.00 | **1.00** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0%** | 0.00 | 0.00 | **0%** |
| CCI | 3.50 | 1.00 | **4.50** | 2.00 | 1.60 | 1.00 | 0.00 | 4.60 | **102%** | 0.00 | 4.60 | **102%** |
| CCWF | 7.50 | 2.00 | **9.50** | 5.00 | 0.00 | 2.00 | 0.00 | 7.00 | **74%** | 1.86 | 8.86 | **93%** |
| CEN | 1.00 | 0.00 | **1.00** | 1.00 | 0.00 | 0.03 | 0.00 | 1.03 | **103%** | 0.00 | 1.03 | **103%** |
| CHCF | 11.00 | 12.50 | **23.50** | 2.00 | 5.74 | 7.00 | 0.00 | 14.74 | **63%** | 1.00 | 15.74 | **67%** |
| CHCF PIP | 33.00 | 0.00 | **33.00** | 14.00 | 9.60 | 0.00 | 0.00 | 23.60 | **72%** | 0.00 | 23.60 | **72%** |
| CIM | 8.00 | 1.00 | **9.00** | 6.00 | 1.62 | 0.95 | 0.00 | 8.57 | **95%** | 0.00 | 8.57 | **95%** |
| CIW | 10.60 | 0.00 | **10.60** | 5.00 | 4.51 | 0.00 | 0.00 | 9.51 | **90%** | 0.00 | 9.51 | **90%** |
| CMC | 14.50 | 1.50 | **16.00** | 7.00 | 4.71 | 1.00 | 0.00 | 12.71 | **79%** | 0.00 | 12.71 | **79%** |
| CMF | 13.50 | 4.00 | **17.50** | 6.00 | 4.67 | 3.00 | 0.00 | 13.67 | **78%** | 1.00 | 14.67 | **84%** |
| CMF PIP | 31.20 | 0.00 | **31.20** | 7.00 | 11.01 | 1.00 | 0.00 | 19.01 | **61%** | 0.00 | 19.01 | **61%** |
| COR | 6.00 | 4.50 | **10.50** | 2.50 | 3.46 | 5.50 | 0.00 | 11.46 | **109%** | 0.00 | 11.46 | **109%** |
| CRC | 3.00 | 0.00 | **3.00** | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | **233%** | 0.00 | 7.00 | **233%** |
| CTF | 4.00 | 0.50 | **4.50** | 2.00 | 0.92 | 0.00 | 0.00 | 2.92 | **65%** | 0.92 | 3.84 | **85%** |
| CVSP | 0.00 | 0.50 | **0.50** | 0.00 | 0.00 | 0.72 | 0.00 | 0.72 | **144%** | 0.00 | 0.72 | **144%** |
| DVI | 0.50 | 0.00 | **0.50** | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | **400%** | 0.00 | 2.00 | **400%** |
| FSP | 2.00 | 0.00 | **2.00** | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | **150%** | 0.00 | 3.00 | **150%** |
| HDSP | 0.50 | 4.50 | **5.00** | 0.00 | 0.00 | 5.00 | 0.00 | 5.00 | **100%** | 0.00 | 5.00 | **100%** |
| ISP | 0.00 | 0.50 | **0.50** | 0.00 | 0.00 | 0.73 | 0.00 | 0.73 | **146%** | 0.00 | 0.73 | **146%** |
| KVSP | 3.00 | 4.50 | **7.50** | 1.00 | 0.00 | 5.29 | 0.00 | 6.29 | **84%** | 1.92 | 8.21 | **109%** |
| LAC | 10.00 | 1.00 | **11.00** | 6.00 | 4.10 | 1.00 | 0.00 | 11.10 | **101%** | 1.27 | 12.37 | **112%** |
| MCSP | 7.50 | 7.00 | **14.50** | 5.75 | 2.60 | 7.00 | 0.00 | 15.35 | **106%** | 0.00 | 15.35 | **106%** |
| NKSP | 7.50 | 2.00 | **9.50** | 0.00 | 4.81 | 3.71 | 0.00 | 8.52 | **90%** | 0.00 | 8.52 | **90%** |
| PBSP | 1.00 | 1.50 | **2.50** | 1.00 | 0.00 | 2.00 | 0.00 | 3.00 | **120%** | 0.00 | 3.00 | **120%** |
| PVSP | 2.00 | 0.00 | **2.00** | 1.00 | 1.26 | 1.00 | 0.00 | 3.26 | **163%** | 0.00 | 3.26 | **163%** |
| RJD | 13.00 | 2.00 | **15.00** | 7.00 | 5.14 | 2.00 | 0.00 | 14.14 | **94%** | 0.00 | 14.14 | **94%** |
| SAC | 19.00 | 0.00 | **19.00** | 15.75 | 2.52 | 0.00 | 0.00 | 18.27 | **96%** | 0.00 | 18.27 | **96%** |
| SATF | 5.00 | 9.50 | **14.50** | 1.00 | 2.08 | 11.00 | 0.00 | 14.08 | **97%** | 1.98 | 16.06 | **111%** |
| SCC | 2.00 | 0.00 | **2.00** | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | **50%** | 1.00 | 2.00 | **100%** |
| SOL | 4.00 | 0.00 | **4.00** | 4.00 | 0.94 | 0.00 | 0.00 | 4.94 | **124%** | 0.00 | 4.94 | **124%** |
| SQ | 10.00 | 0.00 | **10.00** | 11.00 | 0.83 | 0.00 | 0.00 | 11.83 | **118%** | 0.00 | 11.83 | **118%** |
| SVSP | 2.00 | 6.50 | **8.50** | 0.00 | 2.72 | 6.05 | 0.57 | 9.34 | **110%** | 0.00 | 9.34 | **110%** |
| SVSP PIP | 11.20 | 0.00 | **11.20** | 0.00 | 8.86 | 0.00 | 0.00 | 8.86 | **79%** | 0.00 | 8.86 | **79%** |
| VSP | 0.50 | 6.00 | **6.50** | 0.00 | 0.29 | 8.45 | 0.00 | 8.74 | **134%** | 0.00 | 8.74 | **134%** |
| WSP | 6.00 | 4.00 | **10.00** | 3.00 | 1.06 | 4.72 | 0.00 | 8.78 | **88%** | 0.00 | 8.78 | **88%** |
| NTTM[5] | 0.00 | 10.50 | **10.50** | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | **19%** | 0.00 | 2.00 | **19%** |
| **TOTAL** | **256.50** | **89.00** | **345.50** | **129.00** | **89.88** | **83.17** | **0.57** | **302.62** | **88%** | **10.95** | **313.57** | **91%** |

**Footnote**

1 Source: MH Staffing Memo July 2021 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2021/22 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: August 2, 2021 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT_PNP Temp Relief Details (July 2021)

4 Source: July 2021 Telepsychiatry Provider List

5 NTTM-Nighttime Telepsych Shift - Took 0.5 from (CHCF, CMF, CIW, CMC, COR, CVSP, HDSP, ISP, KVSP, MCSP, PBSP, RJD, SAC, SVSP, VSP, WSP) telepsych