1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California  94710-1916
4  Telephone:    (510) 280-2621

5  CLAUDIA CENTER – 158255
   DISABILITY RIGHTS EDUCATION
6  AND DEFENSE FUND, INC.
   Ed Roberts Campus
7  3075 Adeline Street, Suite 210
   Berkeley, California  94703-2578
8  Telephone:    (510) 644-2555

   MICHAEL W. BIEN – 096891
   JEFFREY L. BORNSTEIN – 099358
   ERNEST GALVAN – 196065
   LISA ELLS – 243657
   THOMAS NOLAN – 169692
   JENNY S. YELIN – 273601
   MICHAEL S. NUNEZ – 280535
   JESSICA WINTER – 294237
   MARC J. SHINN-KRANTZ – 312968
   CARA E. TRAPANI – 313411
   ALEXANDER GOURSE – 321631
   AMY XU – 330707
   ROSEN BIEN
   GALVAN & GRUNFELD LLP
   101 Mission Street, Sixth Floor
   San Francisco, California  94105-1738
   Telephone:    (415) 433-6830

9

10  Attorneys for Plaintiffs

11

12              UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                 | Case No. 2:90-CV-00520-KJM-DB

16            Plaintiffs,                   | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE FIRST ANNUAL UPDATE TO THE PROGRAM GUIDE AND COMPENDIUM**

17       v.

18  GAVIN NEWSOM, et al.,

19            Defendants.                   | Judge:  Hon. Kimberly J. Mueller

20

21

22

23

24

25

26

27

28

[3784630.4]

1    Pursuant to the Court's August 3, 2020 order, the parties are required to file, by

2    September 1, 2021, the first Annual Update to the Program Guide and Compendium of

3    Additional Remedial Measures and a joint submission on the efficacy of the provisional

4    updating process, with input from the Special Master as to each.  *See* ECF No. 6806.

5    The parties have met and conferred regarding the contents of the Annual Update

6    and are working diligently to resolve disputes, but negotiations are ongoing.  Additionally,

7    the parties and Special Master need more time to have focused discussions regarding "the

8    efficacy of the updating process the court provisionally approve[d]" in the August 3, 2020

9    order, including discussion of "any proposed amendments to the process."  ECF No. 6806

10   at 2-4.  In order to give the parties additional time to try to reach agreement and receive

11   approval from the Special Master as to the Annual Update, and to complete discussions on

12   possible amendments to the process with the Special Master's input and guidance, the

13   parties jointly request a 21-day extension of time to complete the filing, such that the

14   filings anticipated by the August 3, 2020 order will be due on September 22, 2021.

15   The Special Master has reviewed this stipulation and supports it, and further

16   requests that these issues be placed on the agenda for the forthcoming October 1, 2021

17   status conference.  The parties support that request.

18

19   DATED:  August 31, 2021             Respectfully submitted,

20                                       ROSEN BIEN GALVAN & GRUNFELD LLP

21
                                        By:  */s/ Lisa Ells*
22                                           Lisa Ells

23                                      Attorneys for Plaintiffs

24

25

26

27

28
[3784630.4]
                                           1

1  DATED:  August 31, 2021          ROB BONTA
                                    Attorney General of California
2                                   Damon McClain
                                    Supervising Deputy Attorney General
3

4                                   By:  */s/ Damon McClain*
                                         Damon McClain
5                                        Supervising Deputy Attorney General

6

7                                   Attorneys for Defendants

8  DATED:  August 31, 2021          HANSON BRIDGETT LLP

9
                                    By:  */s/ Samantha Wolff*
10                                       PAUL B. MELLO
                                         SAMANTHA D. WOLFF
11

12                                  Attorneys for Defendants

13

14

15                       **[PROPOSED] ORDER**

16        **IT IS SO ORDERED.**

17

18  DATED:  _____, 2021    _____

19                                  Honorable Kimberly J. Mueller
                                    United States District Judge

20

21

22

23

24

25

26

27

28

[3784630.4]
                                    2
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE FIRST ANNUAL UPDATE TO THE
PROGRAM GUIDE AND COMPENDIUM