DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>       Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE FIRST ANNUAL UPDATE TO THE PROGRAM GUIDE AND COMPENDIUM**<br><br>Judge: Hon. Kimberly J. Mueller |

[3784630.4]

1   Pursuant to the Court's August 3, 2020 order, the parties are required to file, by
2 September 1, 2021, the first Annual Update to the Program Guide and Compendium of
3 Additional Remedial Measures and a joint submission on the efficacy of the provisional
4 updating process, with input from the Special Master as to each.  *See* ECF No. 6806.

5   The parties have met and conferred regarding the contents of the Annual Update
6 and are working diligently to resolve disputes, but negotiations are ongoing.  Additionally,
7 the parties and Special Master need more time to have focused discussions regarding "the
8 efficacy of the updating process the court provisionally approve[d]" in the August 3, 2020
9 order, including discussion of "any proposed amendments to the process."  ECF No. 6806
10 at 2-4.  In order to give the parties additional time to try to reach agreement and receive
11 approval from the Special Master as to the Annual Update, and to complete discussions on
12 possible amendments to the process with the Special Master's input and guidance, the
13 parties jointly request a 21-day extension of time to complete the filing, such that the
14 filings anticipated by the August 3, 2020 order will be due on September 22, 2021.

15   The Special Master has reviewed this stipulation and supports it, and further
16 requests that these issues be placed on the agenda for the forthcoming October 1, 2021
17 status conference.  The parties support that request.

19 DATED:  August 31, 2021            Respectfully submitted,

20                                    ROSEN BIEN GALVAN & GRUNFELD LLP

21                                    By:  */s/ Lisa Ells*
22                                         Lisa Ells

23                                    Attorneys for Plaintiffs

[3784630.4]

1

STIPULATION AND ORDER TO EXTEND TIME TO FILE FIRST ANNUAL UPDATE TO THE PROGRAM GUIDE AND COMPENDIUM

| | |
|---|---|
| DATED: August 31, 2021 | ROB BONTA<br>Attorney General of California<br>Damon McClain<br>Supervising Deputy Attorney General<br><br>By: */s/ Damon McClain*<br>    Damon McClain<br>    Supervising Deputy Attorney General<br><br>Attorneys for Defendants |
| DATED: August 31, 2021 | HANSON BRIDGETT LLP<br><br>By: */s/ Samantha Wolff*<br>    PAUL B. MELLO<br>    SAMANTHA D. WOLFF<br><br>Attorneys for Defendants |

**ORDER**

**IT IS SO ORDERED.**

DATED: September 1, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[3784630.4]

2

STIPULATION AND ORDER TO EXTEND TIME TO FILE FIRST ANNUAL UPDATE TO THE PROGRAM GUIDE AND COMPENDIUM