1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

Defendants' motion to strike a document titled "Plaintiffs' Response to March 26, 2021 Order Granting Leave to File Motion Re: DSH Hospital-Wide Staffing Data" (Response) (ECF Nos. 7183, 7183-1), came on regularly before this Court on October 1, 2021. Counsel for Plaintiffs and Defendants appeared at the hearing. Having considered the papers in support of and in opposition to the motion, as well as having considered the parties' oral arguments, papers on file, the record and applicable authorities and good cause appearing:

The Court find that the Plaintiffs' Response filed on May 25, 2021 violates this Court's order (ECF No. 7003), which expressly prohibits unauthorized filings "non-responsive to its orders." The materials in Plaintiffs' Response are not properly part of the record in this case and should be removed from the docket.

1    IT IS HEREBY ORDERED that Defendants' motion to strike is GRANTED. The Court's
2  clerk shall remove Plaintiffs' Response and supporting exhibits (ECF Nos. 7183, 7183-1) from
3  the docket.

5    IT IS SO ORDERED.

7  Dated: _____      _____
                                                                      The Honorable Kimberly J. Mueller