| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>DAVID C. CASARRUBIAS, State Bar No. 321994<br>HANSON BRIDGETT LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF SUBMISSION OF DEFENDANTS' CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Date: September 15, 2021<br>Time: 9:00 a.m.<br>Location: 501 I Street, Sacramento, Courtroom 25 (KJN)<br>Judge: The Hon. Kendall J. Newman |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that, pursuant to the Court's July 27, 2021 order (ECF No. 7249) and Local Rule 270(d), on September 8, 2021, Defendants submitted their confidential settlement conference statement to Magistrate Judge Kendall J. Newman, Special Master Matthew J. Lopes, and *Coleman* class counsel.

1

Notice of Submission of Defs.' Conf. Settlement Conference Statement (2:90-cv-00520 KJM-DB (PC))

1  Dated: September 8, 2021

Respectfully submitted,

R<small>OB</small> B<small>ONTA</small>
Attorney General of California
D<small>AMON</small> M<small>C</small>C<small>LAIN</small>
Supervising Deputy Attorney General

/S/ *E<small>LISE</small> O<small>WENS</small> T<small>HORN</small>*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

2

Notice of Submission of Defs.' Conf. Settlement Conference Statement (2:90-cv-00520 KJM-DB (PC))