| | |
|---|---|
| ROB A. BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 18270<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 510-4431<br>  Fax: (415) 703-5843<br>  E-mail: Namrata.Kotwani@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>DAVID C. CASARRUBIAS, State Bar No. 321994<br>HANSON BRIDGETT LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants*<br><br>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

    The attached reports from the California Department of Corrections and Rehabilitation (CDCR) provide information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

    The report attached as Exhibit A shows that forty inmates were placed in CDCR's Mental Health Services Delivery System in August 2021 while housed in a desert institution; forty class

1

Defs.' Compliance Reports for Desert Transfers (2:90-cv-00520 KJM-DB (PC))

members were transferred or paroled from desert institutions in August 2021; and, as of the report's August 31, 2021 date, no patients in the Mental Health Services Delivery System remained in desert institutions in August 2021 beyond the fourteen-day transfer timeline.

The report attached as Exhibit B shows that in August 2021, three *Coleman* class members were transferred to a desert institution; two of these class members will be transferred out after completing court proceedings, while one of them was transferred to an endorsed MHSDS institution within 25 hours after completing court proceedings.

### CERTIFICATION

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296 and ECF No. 6678.

Dated: September 15, 2021  Respectfully submitted,

ROB A. BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General


/s/ *Namrata Kotwani*
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Compliance Reports for Desert Transfers  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



September 13, 2021

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF
      *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. McClain and Ms. Kotwani:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019. (ECF No. 6296.) Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of August 2021, with the inmates' identifying information redacted. This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care. As Exhibit A reflects, 40 inmates were referred for mental health treatment while housed in a desert institution during the month of August 2021, none of whom was transferred beyond the fourteen-day transfer timeline. The report also shows that 40 class members placed in the Mental Health Services Delivery System in July and August 2021 were transferred or paroled from desert institutions in August 2021.

Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted. This report shows that in August 2021, three *Coleman* class members were transferred to a desert institution; two of these class members will be transferred after completing court proceedings, while one of them was transferred to an endorsed MHSDS institution within 25 hours after completing court proceedings.

Sincerely,

/s/ *Charles Callahan*

CHARLES CALLAHAN
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# EXHIBIT A

**MHSDS Inmates at Desert Institutions Historical MH Change**
Run Date: 09/13/2021 06:28 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 08/01/2021 - 08/31/2021
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.
R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 08/24/2021 - 08/31/2021 | N | 08/30/2021 00:00:00 | SQ | II | 08/17/2021 09:20:53 | 08/24/2021 | MH Change | 09/03/2021 08:03:30 | 09/03/2021 16:32:24 | 10 | |
| CAL | | | CCCMS 08/25/2021 - 08/26/2021 | N | 08/09/2021 00:00:00 | LAC | III | 10/04/2016 14:40:55 | 08/25/2021 | MH Change | 08/26/2021 08:18:38 | 08/26/2021 12:22:35 | 1 | |
| CAL | | | CCCMS 08/09/2021 - 08/13/2021 | N | 08/10/2021 00:00:00 | LAC | IV | 07/27/2021 17:43:28 | 08/09/2021 | MH Change | 08/13/2021 08:40:28 | 08/13/2021 13:22:25 | 4 | |
| CAL | | | CCCMS 08/16/2021 - 08/25/2021 | N | 08/24/2021 00:00:00 | LAC | IV | 07/14/2021 12:47:21 | 08/16/2021 | MH Change | 08/25/2021 08:05:06 | 08/25/2021 12:23:28 | 9 | |
| CAL | | | CCCMS 07/27/2021 - 08/03/2021 | N | 07/29/2021 00:00:00 | SVSP | IV | 02/05/2019 12:06:43 | 07/27/2021 | MH Change | 08/03/2021 08:12:32 | 08/03/2021 18:04:20 | 7 | |
| CAL | | | CCCMS 08/17/2021 - 08/25/2021 | N | 08/23/2021 00:00:00 | NKSP | III | 02/05/2021 21:28:51 | 08/17/2021 | MH Change | 08/25/2021 08:51:27 | 08/25/2021 15:00:33 | 8 | |
| CAL | | | CCCMS 08/09/2021 - 08/17/2021 | N | 08/12/2021 00:00:00 | NKSP | III | 08/01/2019 15:35:11 | 08/09/2021 | MH Change | 08/17/2021 08:40:57 | 08/17/2021 14:32:55 | 8 | |
| CAL | | | CCCMS 08/02/2021 - 08/06/2021 | N | 08/03/2021 00:00:00 | RJD | IV | 01/03/2018 14:47:38 | 08/02/2021 | MH Change | 08/06/2021 09:22:44 | 08/06/2021 12:26:17 | 4 | |
| CAL | | | CCCMS 08/05/2021 - 08/10/2021 | N | 08/10/2021 20:28:02 | RJD | NA | 07/27/2021 14:37:04 | 08/10/2021 | MH Change | 08/10/2021 21:52:01 | 08/10/2021 21:52:02 | 0 | |
| CAL | | | CCCMS 08/25/2021 - 08/26/2021 | N | 08/09/2021 00:00:00 | LAC | III | 08/08/2019 16:47:30 | 08/25/2021 | MH Change | 08/26/2021 08:19:25 | 08/26/2021 12:22:35 | 1 | |
| CAL | | | CCCMS 08/12/2021 - 08/20/2021 | N | 08/18/2021 00:00:00 | CCI | IV | 05/26/2021 13:47:54 | 08/12/2021 | MH Change | 08/20/2021 08:03:55 | 08/20/2021 12:53:19 | 8 | |
| CAL | | | CCCMS 07/30/2021 - 08/10/2021 | N | 08/03/2021 00:00:00 | SVSP | IV | 07/27/2021 17:43:28 | 07/30/2021 | MH Change | 08/10/2021 03:05:00 | 08/10/2021 14:05:40 | 11 | |
| CAL | | | CCCMS 08/19/2021 - 08/25/2021 | N | 08/23/2021 00:00:00 | LAC | IV | 08/25/2017 21:32:58 | 08/19/2021 | MH Change | 08/25/2021 08:05:52 | 08/25/2021 12:23:28 | 6 | |
| CAL | | | CCCMS 08/25/2021 - 08/31/2021 | N | 09/01/2021 00:00:00 | KVSP | IV | 08/27/2010 00:00:02 | 08/25/2021 | MH Change | 09/07/2021 08:06:14 | 09/07/2021 14:28:14 | 13 | |
| CAL | | | CCCMS 08/05/2021 - 08/11/2021 | N | 08/08/2021 00:00:00 | LAC | IV | 07/24/2021 15:43:33 | 08/05/2021 | MH Change | 08/11/2021 09:43:50 | 08/11/2021 14:00:03 | 6 | |
| CEN | | | CCCMS 08/18/2021 - 08/31/2021 | N | 08/25/2021 00:00:00 | CMC | III | 07/26/2021 15:52:42 | 08/18/2021 | MH Change | 08/31/2021 07:42:00 | 08/31/2021 15:28:19 | 13 | |
| CEN | | | CCCMS 08/09/2021 - 08/09/2021 | N | 08/04/2021 00:00:00 | COR | III | 07/22/2021 13:43:43 | 08/09/2021 | MH Change | 08/09/2021 17:17:00 | 08/09/2021 23:50:40 | 0 | |
| CEN | | | CCCMS 08/18/2021 - 08/25/2021 | N | 08/05/2021 00:00:00 | RJD | III | 12/12/2019 16:32:39 | 08/18/2021 | MH Change | | | | Patient was removed from the CCCMS LOC and placed into GP as of 8/25/21, so transfer was no longer warranted. |
| CEN | | | CCCMS 07/22/2021 - 08/03/2021 | N | 07/27/2021 00:00:00 | CMC | III | 07/13/2021 16:07:48 | 07/22/2021 | MH Change | 08/03/2021 09:24:00 | 08/03/2021 17:19:32 | 12 | |
| CEN | | | CCCMS 08/20/2021 - 08/31/2021 | N | 08/25/2021 00:00:00 | FOL | III | 06/16/2019 01:15:00 | 08/20/2021 | MH Change | 08/31/2021 08:03:00 | 08/31/2021 18:25:47 | 11 | |
| CEN | | | CCCMS 08/12/2021 - 08/12/2021 | N | 08/12/2021 16:43:17 | RJD | NA | 05/15/2021 08:14:12 | 08/12/2021 | MH Change | 08/12/2021 18:39:08 | 08/12/2021 20:49:25 | 0 | |
| CEN | | | CCCMS 08/16/2021 - 08/16/2021 | N | 08/16/2021 14:11:48 | RJD | NA | 02/26/2019 16:06:49 | 08/16/2021 | MH Change | 08/16/2021 16:03:00 | 08/16/2021 19:29:08 | 0 | |
| CEN | | | CCCMS 08/04/2021 - 08/11/2021 | N | | | | 09/05/2018 16:05:08 | 08/04/2021 | MH Change | | | | Patient was removed from the CCCMS LOC and placed into GP as of 8/11/21, so transfer was no longer warranted. |
| CEN | | | CCCMS 08/11/2021 - 08/15/2021 | N | 08/12/2021 00:00:00 | FOL | III | 09/05/2020 03:18:58 | 08/11/2021 | MH Change | 08/15/2021 23:36:05 | 08/16/2021 14:35:50 | 5 | |
| CEN | | | CCCMS 08/16/2021 - 08/17/2021 | Y | 08/16/2021 10:31:39 | RJD | NA | 03/10/2020 15:03:07 | 08/16/2021 | MH Change | 08/17/2021 17:48:00 | 08/17/2021 20:20:44 | 1 | |
| CEN | | | CCCMS 08/17/2021 - 08/17/2021 | N | 08/11/2021 00:00:00 | LAC | III | 10/30/2019 19:45:34 | 08/17/2021 | MH Change | 08/17/2021 17:42:00 | 08/17/2021 20:20:00 | 0 | |
| CEN | | | CCCMS 08/04/2021 - 08/10/2021 | N | 08/05/2021 00:00:00 | COR | III | 01/25/2021 16:31:46 | 08/04/2021 | MH Change | 08/10/2021 10:23:00 | 08/11/2021 16:12:14 | 7 | |
| CEN | | | CCCMS 07/28/2021 - 08/09/2021 | N | 07/30/2021 00:00:00 | CMC | III | 02/23/2021 12:16:41 | 07/28/2021 | MH Change | 08/09/2021 16:25:00 | 08/10/2021 15:21:29 | 13 | |
| CEN | | | CCCMS 08/04/2021 - 08/15/2021 | N | 08/11/2021 00:00:00 | FOL | III | 07/21/2021 13:03:03 | 08/04/2021 | MH Change | 08/15/2021 23:36:10 | 08/16/2021 14:35:50 | 12 | |
| CEN | | | CCCMS 08/11/2021 - 08/24/2021 | N | 08/18/2021 00:00:00 | FOL | III | 09/07/2017 14:10:00 | 08/11/2021 | MH Change | 08/24/2021 08:12:00 | 08/24/2021 18:57:09 | 13 | |
| CEN | | | CCCMS 08/13/2021 - 08/13/2021 | N | 08/13/2021 18:27:10 | RJD | NA | 11/18/2014 17:26:45 | 08/13/2021 | MH Change | 08/13/2021 20:19:25 | 08/13/2021 22:42:58 | 0 | |
| CEN | | | CCCMS 08/12/2021 - 08/25/2021 | N | 08/18/2021 00:00:00 | COR | III | 07/14/2021 17:02:16 | 08/12/2021 | MH Change | 08/25/2021 08:58:00 | 08/25/2021 15:46:30 | 13 | |
| CEN | | | CCCMS 08/05/2021 - 08/16/2021 | N | 08/11/2021 00:00:00 | SVSP | IV | 09/23/2020 21:14:32 | 08/05/2021 | MH Change | 08/16/2021 07:40:00 | 08/16/2021 16:48:06 | 11 | |
| CEN | | | CCCMS 08/16/2021 - 08/16/2021 | N | 08/16/2021 14:13:40 | RJD | NA | 12/31/2015 09:32:22 | 08/16/2021 | MH Change | 08/16/2021 16:03:07 | 08/16/2021 19:29:08 | 0 | |
| ISP | | | CCCMS 08/05/2021 - 08/18/2021 | N | 08/10/2021 00:00:00 | CMC | III | 10/25/2016 15:32:05 | 08/05/2021 | MH Change | 08/18/2021 01:38:00 | 08/18/2021 13:53:00 | 13 | |
| ISP | | | CCCMS 07/28/2021 - 08/11/2021 | N | 08/03/2021 00:00:00 | LAC | IV | 02/20/2020 13:58:52 | 07/28/2021 | MH Change | 08/11/2021 08:43:07 | 08/11/2021 12:36:04 | 14 | |
| ISP | | | CCCMS 08/11/2021 - 08/20/2021 | N | 08/13/2021 00:00:00 | SVSP | IV | 06/09/2021 19:33:27 | 08/11/2021 | MH Change | 08/20/2021 04:08:00 | 08/20/2021 14:53:00 | 9 | |
| ISP | | | CCCMS 08/12/2021 - 08/26/2021 | N | 08/17/2021 00:00:00 | COR | III | 06/16/2021 15:26:09 | 08/12/2021 | MH Change | 08/26/2021 06:02:00 | 08/26/2021 14:01:34 | 14 | |
| ISP | | | CCCMS 08/25/2021 - 08/31/2021 | N | 08/26/2021 00:00:00 | ASP | II | 12/19/2019 16:46:00 | 08/25/2021 | MH Change | 09/01/2021 07:53:00 | 09/01/2021 15:27:47 | 7 | |
| ISP | | | CCCMS 08/25/2021 - 08/31/2021 | N | 08/26/2021 00:00:00 | CRC | II | 01/14/2020 14:44:37 | 08/25/2021 | MH Change | 09/01/2021 05:53:00 | 09/01/2021 15:15:49 | 7 | |
| ISP | | | CCCMS 08/04/2021 - 08/11/2021 | N | 08/05/2021 00:00:00 | COR | III | 08/10/2021 15:56:11 | 08/04/2021 | MH Change | 08/11/2021 06:25:00 | 08/11/2021 16:12:14 | 7 | |
| ISP | | | EOP 08/11/2021 - 08/25/2021 | N | 08/17/2021 00:00:00 | VSP | II | 07/20/2021 02:29:00 | 08/11/2021 | MH Change | 08/25/2021 05:22:13 | 08/25/2021 12:10:09 | 14 | |
| ISP | | | CCCMS 08/12/2021 - 08/26/2021 | N | 08/18/2021 00:00:00 | COR | III | 06/23/2021 12:50:52 | 08/12/2021 | MH Change | 08/26/2021 06:02:00 | 08/26/2021 14:01:34 | 14 | |
| ISP | | | CCCMS 07/22/2021 - 08/04/2021 | N | 07/27/2021 00:00:00 | SATF | II | 07/23/2019 14:11:16 | 07/22/2021 | MH Change | 08/04/2021 07:46:00 | 08/04/2021 15:21:02 | 13 | |
| ISP | | | CCCMS 08/12/2021 - 08/20/2021 | N | 08/19/2021 00:00:00 | CRC | II | 07/31/2021 04:57:05 | 08/12/2021 | MH Change | 08/20/2021 06:18:00 | 08/20/2021 09:24:40 | 8 | |
| ISP | | | CCCMS 08/05/2021 - 08/18/2021 | N | 08/09/2021 00:00:00 | LAC | IV | 03/17/2020 15:52:38 | 08/05/2021 | MH Change | 08/18/2021 04:54:00 | 08/18/2021 11:03:23 | 13 | |

# EXHIBIT B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 09/13/2021 06:39 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 08/01/2021 - 08/31/2021
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISP | | | 06/03/2021 | N | 10/09/2020 00:00:00 | KVSP | IV | 08/11/2021 15:09:07 | CCCMS 06/03/2021 - 08/31/2021 | MH Upon Arrival | | | | Pending Out to Court Completion |
| ISP | | | 09/09/2020 | N | 01/22/2021 00:00:00 | SVSP | III | 08/12/2021 10:49:32 | CCCMS 09/09/2020 - 08/31/2021 | MH Upon Arrival | | | | Pending Out to Court Completion |
| ISP | | | 02/10/2021 | N | 02/19/2021 00:00:00 | SATF | IV | 08/23/2021 21:33:00 | CCCMS 02/10/2021 - 08/24/2021 | MH Upon Arrival | 08/24/2021 15:09:00 | 08/24/2021 22:31:00 | 25 | Out to Court Proceedings |