| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>          Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF THOMAS NOLAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE**<br><br>Judge:  Hon. Kimberly J. Mueller<br>Date: Oct. 1, 2021<br>Time: 10:00 a.m. |

[3795223.1]

DECLARATION OF THOMAS NOLAN ISO PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE

I, Thomas Nolan, declare:

1. I am an attorney duly admitted to practice before this Court. I am Of Counsel in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Strike.

2. On July 1, 2021, I sent a letter pursuant to the California Public Records Act ("CPRA") to counsel for Defendant DSH and DSH's Public Records Act Coordinator requesting hospital-wide clinical staffing data at the three hospitals treating *Coleman* patients—Patton, Atascadero, and Coalinga—for the months of March through June 2021. Except for the date range requested, my request was the same as a prior CPRA request sent by my office on March 25, 2021.

3. Via email, DSH's Public Records Act Coordinator confirmed receipt of my request on the same day it was submitted to DSH. The DSH Public Records Act Coordinator also informed us that he had submitted our request to the DSH Public Records Act Portal ("PRA Portal") for us on the same day and that in the future we should submit our requests directly to the portal. I also received confirmation of receipt of my July 1 request on July 9, 2021 via the DSH PRA Portal.

4. On three occasions—on July 26, August 16, and August 30, 2021— DSH informed me via its PRA Portal that it was extending its time to respond to my July 1 request. Each extension was for an additional two weeks.

5. Fourteen days following the most recent August 30, 2021 notice would have been Monday September 13, 2021. I directed my paralegal Ellen Brancart to check the DSH PRA Portal on Monday, Tuesday, and Thursday, September 13th, 14th, and 16th, to see if the requested documents had been produced. She reported to me that no documents had been provided, nor had any additional response, including a fourth extension of time or a substantive objection to the request, been provided.

I declare under penalty of perjury under the laws of the United States of America

[3795223.1]

1

DECLARATION OF THOMAS NOLAN ISO PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE

that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 17th day of September, 2021.

                                           */s/ Thomas Nolan*
                                           Thomas Nolan