DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>   Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**THE PARTIES' PROPOSED AGENDA ITEMS FOR OCTOBER 1, 2021 STATUS CONFERENCE**<br><br>Judge: Hon. Kimberly J. Mueller |

In its July 7, 2021 Order, the Court ordered the parties to file, by September 17, 2021, a joint status report identifying any items they would like calendared for the Status Conference scheduled for October 1, 2021. July 7, 2021 Order, ECF No. 7220 at 3. The Court has already signaled its intent to include on the status conference agenda items addressing (1) Defendants' Continuous Quality Improvement Process and data remediation efforts, including Defendants' forthcoming preliminary activation schedules for completing their data remediation work, *see* Aug. 26, 2021 Order, ECF No. 7285 at 6-7; and (2) additional forthcoming settlement conferences addressing the topics identified in

[3796031.5]

the Court's July 26, 2021 order, *see* July 26, 2021 Order, ECF No. 7246 at 3.

The parties propose the following agenda items for the upcoming status conference.

### A. Settlement Conference Topics

The Court's July 26, 2021 Order tentatively set a settlement conference on Suicide Prevention issues in January 2022 and a settlement conference on Cultural Collaboration in March 2022.  Order, July 26, 2021, ECF No. 7246, at 2-3.  Magistrate Judge Newman, in a September 15, 2021 Minute Order, accelerated the date of the January settlement conference to November 1, 2021.  ECF No. 7313.  The parties request that the Court add to the agenda an item to discuss the order of topics for the upcoming settlement conferences.

### B. Annual Update of the Program Guide and Compendium

Per the stipulation filed on August 31, 2021, the parties and Special Master requested that the agenda for the October 1 status conference include the parties' forthcoming filings related to the first Annual Update to the Program Guide and Compendium of Additional Remedial Measures and their joint submission regarding the provisional updating process.  *See* Sept. 2, 2021 Order, ECF No. 7295 at 2; *see also* Aug. 3, 2020 Order, ECF No. 6806.

### C. COVID-19 Related Impacts on Resumption of Program Guide-Level Care

Plaintiffs request that the Court add to the agenda an item addressing ongoing COVID-19 related impacts on class members' access to mental health care required by the Program Guide, including as it relates to Defendants' position opposing the *Plata* Receiver's request for an order requiring CDCR staff to be vaccinated.  *See Plata v. Newsom*, Notice of Filing of Report of J. Clark Kelso, Receiver, ECF No. 3638 at 5, 7 (Aug. 4, 2021) (stating Receiver's finding that "the only method to ensure adequate protection and care for incarcerated persons is vaccination of all persons who can bring infections into the prison"); *Plata v. Newsom*, Decl. of Dr. Joseph Bick, ECF No. 3638-1, (Aug. 4, 2021) (confirming "CDCR staff are a primary vector for transmission of COVID-19 into CDCR institutions," and noting COVID-19 outbreaks "create[] a significant

impediment to the delivery of group therapy," that "patients who are on quarantine due to exposure to an infected staff member are unable to attend programming" including group therapy, and that COVID-19 transmission concerns and outbreaks impede and complicate transfers to higher levels of care); *see also Plata v. Newsom*, Defs' Reply ISO Response to OSC Re Receiver's Mandatory COVID-19 Vaccine Policy, ECF No. 3673 (Sept. 10, 2021) (refusing to require all staff be vaccinated and asserting *Plata* court lacks authority to order it).

Defendants agree that the issue of issue of COVID-19-related impacts on care should be on the agenda for the status conference. But Plaintiffs' request to include the Receiver's vaccination recommendation and Defendants' response to it should be addressed in the *Plata* court and not in *Coleman*.

### D. September 13, 2021 Order Requiring Defendants to Conduct an Unmet Need Assessment.

The parties request that the Court add to the agenda an item concerning the Court's September 13 order requiring Defendants to conduct an unmet needs assessment "for higher levels of mental health care among members of the plaintiff class." (ECF No. 7305.) The discussion would include the anticipated schedule for the study in light of other pending issues in this case.

### E. Defendants' Updated Activation Schedules for Completion of Court-Ordered Suicide Prevention Recommendations.

Defendants request that the Court add to the agenda an item concerning Defendants' updated activation schedules for completion of court-ordered suicide prevention recommendations. Defendants are required to notify the Special Master immediately if any delays in the projects reported in the activation schedules for the completion of the Court-ordered suicide prevention recommendations. (ECF No. 7187.) Not later than ten days after the notice is provided to the Special Master, Defendants are required to file an activation schedule updated to reflect the new projected completion date. (*Id.*)

To reduce multiple filings that occur when adjustments are made to the timelines in

the activation schedules, Defendants would like to discuss the possibility of filing an updated activation schedule once monthly that captures all notices sent to the Special Master of any project delays in the preceding month.

DATED: September 17, 2021

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Jenny S. Yelin*

Jenny S. Yelin
*Attorneys for Plaintiff*

DATED: September 17, 2021

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*