Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Lucas Hennes, State Bar No. 278361
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:    925-746-8460
Facsimile:    925-746-8490
Email:    pmello@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL ONE-WEEK EXTENSION OF TIME TO FILE FIRST ANNUAL UPDATE TO THE PROGRAM GUIDE AND COMPENDIUM AND JOINT RESPONSE TO AUGUST 3, 2020 ORDER RE: EFFICACY OF THE UPDATING PROCESS AND PROPOSED AMENDMENTS**<br><br>Judge:   Hon. Kimberly J. Mueller |

Pursuant to the Court's August 3, 2020 order, the parties were required to file, by September 1, 2021, the first Annual Update to the Program Guide and Compendium of Additional Remedial Measures and a joint submission on the efficacy of the provisional updating process, with input from the Special Master as to each. *See* ECF No. 6806. On August 31, 2021, the parties requested a 21-day extension of time to complete the filing, which the Court granted on

September 2, 2021. *See* ECF Nos. 7292 and 7295. During this extended time, the parties have met and conferred with the assistance of the Special Master regarding the contents of the Annual Update as well as the efficacy of the updating process and any proposed amendments thereto, and are working diligently to resolve disputes. To date, negotiations between the parties have been productive and the parties believe that they would benefit from additional time to resolve remaining issues. Accordingly, the parties jointly request an additional one-week extension of time to complete these filings, such that the filings anticipated by the August 3, 2020 order will be due on or before September 29, 2021.

The Special Master has reviewed this stipulation and supports it.

DATED: September 21, 2021     Respectfully submitted,

HANSON BRIDGETT LLP

By: ___*/s/ Samantha Wolff*___
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
*Attorneys for Defendants*

DATED: September 21, 2021     ROSEN BIEN GALVAN & GRUNFELD LLP

By: ___*/s/ Lisa Ells*___
LISA ELLS
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED:

By: _____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT

-2-
STIP. [PROP.] ORDER FOR ADDITIONAL ONE-WEEK EXTENSION OF TIME

17881121.1