ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' TWENTY-NINTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS** |

1

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id*.) Defendants have filed twenty-eight status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds.

**DISCUSSION**

**I.    DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD). (ECF No. 6168.) The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget. Defendants have timely filed an additional twenty-six status reports between June 27, 2019 and August 27, 2021. (ECF Nos. 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, 6840, 6884, 6926, 6967, 7007, 7036, 7070, 7114, 7139, 7189, 7213, 7252, and 7289.)

**II.   UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

As previously reported to the Court, CDCR's MHCB construction project in Southern California is proceeding with the construction of 50 new licensed mental health crisis beds at CIM. (ECF Nos. 6297 at 3, and 6371 at 3.) CDCR is proceeding with work on the plan. (Borg Decl. ¶ 2.)

As reported last month, the next step in the funding process for the CIM project is to request approval of working drawings and permission to proceed to bid from the Department of

2

Finance. (Borg Decl. ¶ 3.) The timeline for these actions will be dependent upon the completion of revisions to the Environmental Impact Report and a subsequent dismissal of litigation concerning the construction project in the San Bernardino County Superior Court. (*Id.*)

In 2019, the City of Chino, the City of Chino Hills, San Bernardino County and the Chino Valley Independent Fire District filed a petition in San Bernardino Superior Court seeking an order directing CDCR to vacate approval of the CIM project on the basis that CDCR's Environmental Impact Report on the construction project was inadequate. (ECF No. 7070 at 3, 7070-1 at 2 and Exhibit A.) Although CDCR successfully defended seven of ten claims raised in the petition, the Superior Court's decision, which issued on February 24, 2021, found three inadequacies in the Environmental Impact Report for the CIM project. (*Id.*) CDCR will need to address those three issues, which are (1) the description of baseline conditions; (2) the analysis of project alternatives; and (3) the analysis of traffic impacts, before the project can proceed. (*Id.*)

The San Bernardino Superior Court issued on September 14, 2021, a writ of mandate and judgment concerning the Environmental Impact Report for the CIM project. (Borg Decl. ¶ 4.) The writ of mandate mirrored a revised ruling issued by the Court on June 24, 2021, that found the EIR inadequate in regards to baseline conditions of the project and alternatives to the project. CDCR is evaluating the Draft Partially Revised Environmental Impact Report issued for public comment on July 16, 2021, to determine whether it addresses the writ of mandate. (*Id.*)

In the next status report, which is due in October, Defendants will report on the status of the timeline for the work needed to complete revisions to the Environmental Impact Report and seek dismissal of the September 14, 2021 writ of mandate, if that information is available. (Borg Decl. ¶ 5.)

### III. UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.

As previously reported, the CIM project was funded as part of Assembly Bill 89, the Budget Act of 2020. (ECF No. 6790 at 3.) As reported in the 25th status report to the Court, a request to re-appropriate the construction funding for this project was submitted to the Legislature on May 14, 2021. (ECF No. 7189 at 4.) The Legislature approved Assembly Bill 128, the Budget

Act for 2021, on June 14, 2021, and the bill included the re-appropriation of the construction funding for this project. (ECF No. 7252-1 at 2-3.) Governor Newsom signed the bill into law on June 28, 2021. (*Id.*)

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

Dated: September 27, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

/s/ *Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants