1   ROB BONTA, State Bar No. 202668
Attorney General of California
2   MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
3   DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
5   Deputy Attorneys General
1300 I Street, Suite 125
6   P.O. Box 944255
Sacramento, CA 94244-2550
7   Telephone:  (916) 210-7318
Fax:  (916) 324-5205
8   E-mail:  Elise.Thorn@doj.ca.gov
Attorneys for Defendants
9

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
1676 N. California Boulevard, Suite 620
Walnut Creek, CA 94596
Telephone:  (925) 746-8460
Fax:  (925) 746-8490
E-mail:  PMello@hansonbridgett.com
Attorneys for Defendants

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Fax:  (310) 229-5800
E-mail:  RSilberfeld@RobinsKaplan.com
Special Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

RALPH COLEMAN, et al.,

Plaintiffs,

v.

GAVIN NEWSOM, et al.,

Defendants.

2:90-cv-00520 KJM-DB (PC)

**DECLARATION OF DEAN L. BORG IN SUPPORT OF DEFENDANTS' TWENTY-NINTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF  MENTAL HEALTH CRISIS BEDS**

I, Dean L. Borg, declare:

    1.    I am the Director of the Facility Planning, Construction and Management Division for

the California Department of Corrections and Rehabilitation (CDCR).  I have personal knowledge

of the facts stated in this declaration and if called to testify to those facts I could and would do so

competently.  I make this declaration to support Defendants' twenty-ninth status report on the

1

1    funding process for the design and construction of licensed mental health crisis beds in Southern

2    California.

3         2.      The work on CDCR's plan to construct 50 new licensed mental health crisis beds at

4    the California Institution for Men is proceeding, consistent with reports previously provided to

5    the Court, with delays described in paragraphs 3 and 4 below.

6         3.      As previously reported, the next step in the funding process for the CIM project is to

7    request approval of working drawings and permission to proceed to bid from the Department of

8    Finance.  The timeline for these actions will be dependent upon the completion of revisions to the

9    Environmental Impact Report and a subsequent dismissal of litigation concerning the construction

10   project in the San Bernardino County Superior Court.

11        4.      The San Bernardino Superior Court issued on September 14, 2021, a writ of mandate

12   and judgment concerning the Environmental Impact Report for the CIM project.  The writ of

13   mandate mirrored a revised ruling issued by the Court on June 24, 2021, that found the EIR

14   inadequate in regards to baseline conditions of the project and alternatives to the project.  CDCR

15   is evaluating the Draft Partially Revised Environmental Impact Report issued for public comment

16   on July 16, 2021, to determine whether it addresses the writ of mandate.

17        5.      I will report on an anticipated timeline for the other work needed to complete

18   revisions to the Environmental Impact Report and seek dismissal of writ of mandate, if that

19   information is available, in my declaration in support of the 30th status report to the Court in

20   October.

21        I declare under penalty of perjury under the laws of the United States of America that the

22   foregoing is true and correct.

23        Executed in Sacramento, California on September 27, 2021.

24                                             /s/ DEAN L. BORG
                                             DEAN L. BORG
25                                            Director
                                             Facility Planning, Construction and Management
26                                            *(original signature retained by attorney)*

27

28

2