1  ROB BONTA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  DAMON MCCLAIN, SBN 209508
   Supervising Deputy Attorney General
4  RYAN GILLE, SBN 262105
   Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 510-4435
    Fax:  (415) 703-1234
7   E-mail:  ryan.gille@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOTICE OF ERRATA re: STATUS REPORTS IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

Defendants' July 2021 Status Report, filed on July 15, 2021, inadvertently contained a calculation error which should have stated that the population design capacity for the institutions, excluding camps, as of July 7, 2021 was 84,710, instead of 85,083.

Defendants' August and September 2021 Status Report, filed on August 16, 2021 and September 15, 2021, contained a calculation error because the closure of Deuel Vocational Institute was inadvertently omitted from the calculation. The population design capacity of the institutions, excluding camps, was reported as 84,710, but should have been reported as 83,029. The total percentage of design capacity should have been 113.5% for the August 2021 report and 113.7% for the September 2021 report.

Dated: September 29, 2021

ROB BONTA
Attorney General of California

By: /s/ Ryan Gille
RYAN GILLE
Deputy Attorney General
*Attorneys for Defendants*