Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

Roman M. Silberfeld, State Bar No. 62783
Glenn A. Danas, State Bar No. 270317
Robins Kaplan LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**ANNUAL UPDATE TO PROGRAM GUIDE AND COMPENDIUM OF CUSTODY-RELATED REMEDIAL MEASURES**<br><br>Judge: The Hon. Kimberly J. Mueller |

On August 3, 2020, the Court ordered the parties to jointly file, beginning on September 1, 2021, and continuing annually thereafter, an updated Program Guide and an updated Compendium of Custody Related Remedial Measures. (ECF No. 6806 at 17.) The order requires that the Special Master approve the joint submission before filing. (*Id.*)

The parties have met and conferred and agree, subject to resolution of the dispute described below, that the 2021 Program Guide, attached as Appendix A, reflects the updated Program

1

Guide for 2021. The parties have also met and conferred and agree that the 2021 Compendium of Custody Related Remedial Measures is attached as Appendix B.

There are five policies that are not included in the current 2021 Program Guide due to a materiality dispute that remains subject to the updating process that is currently pending before the Court.[1] (ECF No. 7323.) The parties anticipate that the materiality dispute will be resolved through the process outlined in the Court's September 21, 2021 order. (*Id.* at 9 – 10.)

The parties met and conferred with the Special Master concerning their joint submission, and he advised that he can only conditionally approve the joint submission due to the ongoing disputes regarding the five policies referenced above, which have been implemented by the Defendants. The Special Master further advised that he anticipates providing the Court with his views as to the five disputed policies at the forthcoming October 7, 2021, status conference or, if the Court so directs, in a separate filing.

Dated: September 29, 2021

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

/s/ *Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: September 29, 2021

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Ernest Galvan*
ERNEST GALVAN
*Attorneys for Plaintiffs*

---

[1] The five excluded policies are: (1) Mental Health Crisis Bed: Supervisory Review of Suicide Risk Assessment and Self-Harm Evaluations; (2) Psychiatric Inpatient Programs: Treatment Planning and Procedures: Suicide Prevention and Response; (3) Psychiatric Nurse Practitioner Policy; (4) Use of Force Procedures during Medical Emergencies and for Court Ordered Involuntary Treatment; and (5) Crisis Intervention Teams.