| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME Elise Owens Thorn | 2. EMAIL Elise.Thorn@doj.ca.gov | 3. PHONE NUMBER (916) 210-7318 | 4. DATE August 5, 2021 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS Office of the Attorney General, P.O. Box 944255 | | 6. CITY Sacramento | 7. STATE CA | 8. ZIP CODE 94244-2550 |
| 9. CASE NUMBER 2:90-cv-00520 KJM-DB (PC) | 10. JUDGE Kimberly J. Mueller | DATES OF PROCEEDINGS | | |
| | | 11. FROM October 7, 2021 | 12. TO October 7, 2021 | |
| 13. CASE NAME Coleman, et al. v. Newsom, et al. | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE CA | |

16. ORDER FOR
☐ APPEAL No.         ☐ CRIMINAL         ☐ CRIMINAL JUSTICE ACT         ☐ BANKRUPTCY
☐ NON-APPEAL         ☑ CIVIL         ☐ IN FORMA PAUPERIS         ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | video Status Conference / Motion Hearing | 10/07/2021 | Thresha Spencer |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| Entire Status Conference | | | | | |
| | | | | | |

18. ORDER         (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☑ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE /s/ Elise Owens Thorn | PROCESSED BY |
|---|---|
| 20. DATE October 8, 2021 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |