SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen Lehman & Feldberg LLP
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  Email: sballard@reichmanjorgensen.com
         kfalkenstien@reichmanjorgensen.com

BRIAN C. BARAN, State Bar No. 325939
Reichman Jorgensen Lehman & Feldberg LLP
  1710 Rhode Island Ave NW, 12th Floor
  Washington, DC 20036
  Telephone: (202) 894-7310
  Fax: (650) 623-1449
  Email: bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor
Christopher Lipsey*

ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.** | Case No. 2:90-cv-00520 KJM DB P |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING DEADLINES FOR ADJUDICATING PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S CLAIM** |
| v. | |
| **GAVIN NEWSOM, et al.,** | Judge: Hon. Kimberly Mueller |
| Defendants. | Action Filed: April 23, 1990 |

On June 3, 2021, the Court issued an order adopting the parties' proposed schedule to adjudicate Plaintiff-Intervenor Christopher Lipsey's claim in intervention. *See* ECF No. 7191. Under that schedule, fact discovery was to be completed by October 29, 2021. *Id.* ¶ 2. Other deadlines for expert discovery and dispositive and *Daubert* motions followed from the fact discovery cutoff. *Id.* ¶ 3.

Lipsey and Defendants have been actively engaged in discovery but need more time to complete it. The magistrate judge granted in part Lipsey's motion to compel on September 10, 2021, requiring time for the parties to negotiate the additional document productions contemplated by that order and time for Defendants to review and produce documents accordingly. Additionally, while Defendants had initially completed their production of documents not at issue in the motion to compel on August 25, 2021, they recently discovered an error in the execution of search terms that significantly expands the volume of documents to be reviewed and produced. Given these outstanding tasks to complete document production, it is not feasible for Defendants to finish producing documents, Lipsey to review the newly produced documents, and the parties to complete depositions by October 29. The parties therefore request an extension of discovery deadlines.

**IT IS STIPULATED AS FOLLOWS:**

The parties jointly stipulate and request that the deadlines set forth in the June 3, 2021 order be extended as follows:

1. Fact discovery shall be completed by December 16, 2021.
2. The parties shall disclose experts by January 14, 2022.
3. The parties shall disclose rebuttal experts by January 28, 2022.
4. All expert discovery shall be completed by February 11, 2022.
5. Dispositive and *Daubert* motions shall be filed by March 4, 2022 and shall be noticed for hearing and briefing in accordance with the provisions of Local Rule 230.

Case No. 2:90-cv-00520 KJM DB P        1        Stipulation and Order Extending Deadlines for Lipsey's Claim

6. If necessary, an evidentiary hearing will be set for a date in June or July 2022.

Dated: September 28, 2021    Respectfully submitted,

/s/ *Kate Falkenstien*    /s/ *Elise Owens Thorn* (as authorized on 9/28/21)

REICHMAN JORGENSEN  
LEHMAN & FELDBERG LLP  
Shawna L. Ballard (SBN 155188)  
Kate Falkenstien (SBN 313753)  
100 Marine Parkway, Suite 300  
Redwood Shores, California 94065  
Telephone: (650) 623-1401  
Fax: (650) 623-1449  
sballard@reichmanjorgensen.com  
kfalkenstien@reichmanjorgensen.com  

REICHMAN JORGENSEN  
LEHMAN & FELDBERG LLP  
Brian C. Baran (SBN 325939)  
1710 Rhode Island Ave NW, 12th Floor  
Washington, DC 20036  
Telephone: (202) 894-7310  
Fax: (650) 623-1449  
bbaran@reichmanjorgensen.com  

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

ROB BONTA  
Attorney General of California  
DAMON MCCLAIN  
Supervising Deputy Attorney General  

ELISE OWENS THORN  
Deputy Attorney General  

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: October 13, 2021.

_____  
CHIEF UNITED STATES DISTRICT JUDGE