Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Lucas Hennes, State Bar No. 278361
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:   925-746-8490
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　　　Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**NOTICE OF SUBMISSION OF DEFENDANTS' CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Judge:　Hon. Kendall J. Newman<br>Date:　November 1, 2021<br>Time:　9:00 a.m.<br>Crtrm.:　25 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's September 15, 2021 order (ECF No. 7313) and Local Rule 270(d), on October 25, 2021, Defendants submitted their confidential settlement conference statement to Magistrate Judge Kendall J. Newman, Special Master Matthew J. Lopes, and *Coleman* class counsel.

/ / /

/ / /

/ / /

-1-　Case No. 2:90-CV-00520- KJM-DB

NOTICE OF SUBMISSION OF DEFS.' CONFID. SETTLEMENT CONFERENCE STATEMENT

17961810.1

| | | |
|---|---|---|
| 1 | DATED: October 25, 2021 | HANSON BRIDGETT LLP |
| 4 | | By: _/s/ Samantha Wolff_<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>Attorneys for Defendants |
| 7 | DATED: October 25, 2021 | Respectfully submitted, |
| 8 | | ROB BONTA<br>Attorney General of California<br>DAMON MCCLAIN<br>Supervising Deputy Attorney General |
| 12 | | _/s/ ELISE OWENS THORN_<br>Elise Owens Thorn<br>Deputy Attorney General<br>*Attorneys for Defendants* |