| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Paul B. Mello, State Bar No. 179755<br>Samantha D. Wolff, State Bar No. 240280<br>Laurel E. O'Connor, State Bar No. 305478<br>David C. Casarrubias, State Bar No. 321994<br>Hanson Bridgett LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG IN SUPPORT OF DEFENDANTS' THIRTIETH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS** |

I, Dean L. Borg, declare:

    1.    I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' thirtieth status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

1

Borg Decl. ISO Defs.' 30th Status Report on Funding for Construction of MHCBs (2:90-cv-00520 KJM-DB (PC))

2. The work on CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men is proceeding, consistent with reports previously provided to the Court, with delays described in paragraphs 3 and 4 below.

3. As previously reported, the next step in the funding process for the CIM project is to request approval of the completed working drawings and permission to proceed to bid from the Department of Finance. The timeline for these actions will be dependent upon the completion of revisions to the Environmental Impact Report and a subsequent dismissal of litigation concerning the construction project in the San Bernardino County Superior Court.

4. The San Bernardino Superior Court issued on September 14, 2021, a writ of mandate and judgment concerning the Environmental Impact Report (EIR) for the CIM project. The writ of mandate mirrored a revised ruling issued by the Court on June 24, 2021, that found the EIR inadequate in regards to baseline conditions of the project and alternatives to the project.

5. On October 8, 2021, CDCR made the Final Revised EIR available to all public agencies that submitted comments on the Draft Revised EIR, including the petitioners, as required by the California Environmental Quality Act (CEQA).

6. On October 26, 2021, the CDCR Secretary certified the Final Revised EIR and approved the Project. A Notice of Determination was filed with the State Clearinghouse on October 27, 2021.

//
//

2

Borg Decl. ISO Defs.' 30th Status Report on Funding for Construction of MHCBs (2:90-cv-00520 KJM-DB (PC))

7. The next step is for CDCR to lodge and serve the administrative record for the Final Revised EIR and move to discharge the writ. I will report on an anticipated timeline for CDCR to seek dismissal of writ of mandate, if that information is available, in my declaration in support of the thirty-first status report to the Court in November.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Sacramento, California on October 27, 2021.

/s/ *DEAN L. BORG*
DEAN L. BORG
Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

3

Borg Decl. ISO Defs.' 30th Status Report on Funding for Construction of MHCBs (2:90-cv-00520 KJM-DB (PC))