Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                          Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' UPDATED ACTIVATION SCHEDULES FOR COMPLETION OF COURT-ORDERED SUICIDE PREVENTION RECOMMENDATIONS** |

    On January 15, 2021, Defendants filed proposed activation schedules for the completion of the Court-ordered suicide prevention recommendations. (ECF No. 7024.) On January 29, 2021, the court approved the proposed activation schedules with specific direction to Defendants to notify the Special Master "if any project runs thirty (30) days past any due date set in any activation schedule." (ECF No. 7043.) On May 4, 2021, the court ordered Defendants to file updated activation schedules complete with current updates to the Actual Completion column. (ECF No. 7150.) On May 12, 2021, Defendants timely filed updated activation schedules. (ECF No. 7160.) On May 27, 2021, the Court modified the January 29 bench order and ordered

1

Defendants to notify the Special Master immediately whenever a determination is made that a project will be delayed and, not later than ten days after notice is provided to the Special Master, to file an activation schedule updated to reflect the new projected completion date. (ECF No. 7187.) On October 7, 2021 the Court modified the May 27 order and directed Defendants to "file monthly updated suicide prevention activation schedules on the last day of the month that reflect all such delays reported to the Special Master during that month." (ECF No. 7339.)

Attached is a letter dated October 29, 2021, from the California Department of Corrections and Rehabilitation (CDCR), enclosing CDCR's updated activation schedules for completion of Court-ordered suicide prevention recommendations and three letters from CDCR to the Special Master notifying the Special Master of the following delays in the activation schedules:

1. Letter dated October 18 notifying the Special Master that completion of Recommendation 9: Suicide Risk Evaluation (Training delivery for mentors) that was to be completed on October 31, 2021, will be completed on January 31, 2022, due to the amount of time needed to incorporate the training in the Learning Management System;

2. Letter dated October 22 notifying the Special Master that completion of Recommendation 21: Observation Levels (Automation of Timely Suicide Precaution Rounding Compliance) that was to be completed on October 15, 2021, would be completed on October 29, 2021, due to the addition of several items that broadened the scope of the report; and

3. Letter dated October 29 notifying the Special Master that completion of Recommendation 21: Observation Levels (Automation of Timely Suicide Precaution Rounding Compliance) that was to be completed on October 29 will now be completed on November 30, 2021, due to the amount to of time needed as a result of the broadened the scope of the report.

//
//

**CERTIFICATION**

Defendants' counsel certify the following orders are relevant to this filing: ECF Nos. 6973, 7004, 7043, 7150, 7187, and 7339.

Dated: October 29, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/S/ ELISE OWENS THORN
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

/s/ *Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
*Attorneys for Defendants*

3

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                                           GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



October 29, 2021

Damon McClain, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

### VIA ELECTRONIC MAIL ONLY

RE:   Hayes Recommendation Implementation Schedule

Dear Mr. McClain and Ms. Thorn,

Attached please find CDCR's updated implementation schedule for completion of the Hayes recommendations. I also attach my letters dated October 18th, 22nd, and 29th to the *Coleman* Special Master and Plaintiffs' counsel providing notice and the reasons for the change to the implementation schedule.

Respectfully,

/s/ Dillon Hockerson

DILLON HOCKERSON
Attorney
Office of Legal Affairs

| Recommendation | Estimated Start Date[1] | Planned Complete | Actual Complete | Lead Person | Status |
|---|---|---|---|---|---|
| Recommendation 12: ASU Intake Cells[2] | | 3/30/2022 | | D. Borg | |
| Phase one of Design | 10/2/2020 | 4/30/2021 | 4/18/2021 | D. Borg | Complete. This phase will focus on the design of 51 new intake cells (CAL [4], KVSP [2], PVSP [4], SOL [3], CCI [8], CCWF [8], HDSP [10], COR [12]). |
| Phase two of design | 10/2/2020 | 6/30/2021 | 6/30/2021 | D. Borg | July 2021: Complete<br>This phase will focus on the design of 14 new intake cells (CHCF [1], CMF [3], ISP [2], SATF [1], SCC [3], SVSP [4]) |
| Construction | 5/1/2021 | 3/30/2022 | | D. Borg | **October 2021: Construction has been completed at CAL (4 cells) and HDSP (10 cells). All other locations are on target for overall completions. No delays are apparent at this time.**<br>Construction for the new intake cells will begin in May 2021 and the cells will come on line as they are completed throughout 2021 and 2022 with all cells being completed by March 30, 2022. |
| Recommendation 13: ASU Intake Cells | 12/28/2020 | 10/3/2021 | 10/3/2021 | L. White | |
| Manual Tracking of Intake Cell Usage | 1/11/2021 | 3/12/2021 | 2/17/2021 | L. White | May 2021: As of February 17, 2021, DAI has subsequently released an updated directive requiring the use of our manual intake cell tracking with the use of existing SharePoint software. Staff have been trained in the use of data entry into the system, as well as have been provided tools in extracting the data to ensure institutional compliance. Within this directive, DAI has incorporated monitoring requirements that are now being utilized during the monthly SPRFIT committee. Within 30 days, DAI Directorate will issue a directive memorandum to the institutions re-enforcing its existing policy of housing only newly admitted inmates in retrofitted cells, and ensure they are only housed there for the initial 72 hours. Institutions will have 30 days to train all custodial managers, custodial supervisors and custodial officers assigned to ASU and STRH on the policy. Institutional Associate Warden of Healthcare, or designee, will assign local supervisory oversight to monitor the policy. Monthly compliance reports will be submitted to the local SPRFIT committee. A CAP will be assigned for any institutions that are deficient. DAI Headquarters will conduct audits and meet with Wardens to review compliance. |
| Development of Automated Tracking of Intake Cell Usage | 12/28/2020 | 10/3/2021 | 10/3/2021 | L. White | **October 2021: This item is complete.**<br>July 2021: Due to an internal miscommunication, the development of the automated tracking system for intake cell usage will not be completed until the end of September. Roll out of new Strategic Offender Management System (SOMS) features occurs on the first Sunday of each month, therefore this item will be released on October 3, 2021.<br>May 2021: SOMS has begun developing the automated system, and is currently undergoing a number of tests during this phase. SOMS has indicated they are on track with a potential completion slated for September 2021. DAI will be coordinating with EIS to develop an automated tracking system for intake cell usage. This process will involve approvals through various committees, a build for the actual report in SOMS, negotiation with the parties, labor notification, and training. |
| Governance of Compliance with Intake Cell Usage | 9/1/2021 | | Ongoing | L. White | **October 2021: With the completion of the Automated Tracking of the Intake Cell Usage, SOMS and PMU will be working to determine next steps for training and instruction to the field.**<br>May 2021: This is ongoing as staff are currently utilizing the manual SharePoint tracking to ensure compliance. Upon completion of the SOMS automated system, staff will be provided with further direction on how to ensure compliance with this new system. Pending development of the automated tracking process; compliance with policy expectations will be reported monthly to institutional SPRFIT Committee. |
| Recommendation 17: Safety Planning | 8/15/2020 | 2/28/2022 | | T. Williams | |
| Safety Planning Documentation | 8/15/2020 | 6/30/2021 | 6/24/2021 | T. Williams<br>A. Carda | Complete. May 2021: draft safety plan template has been completed. The form and accompanying policy and procedure have all been developed over the course of numerous meetings spanning 6+ weeks. The clinical nuances of the safety plan became more complex as CDCR contemplated the best ways to structure safety planning and this complexity resulted in the need for additional time to complete. Upon approval of concepts from OSM, it will be submitted to the EHRS build team for prioritization and development. Initial proposal has been developed and OSM has consulted on factors to consider for the revised safety plan model. Work is ongoing to refine the model. Additional modifications will be made based upon procedural decisions regarding when safety plans must be created for patients at risk for suicide. |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2]A more detailed construction schedule is included at the end of this document

| Item | Start | End | Completed | Owner | Notes |
|---|---|---|---|---|---|
| Policy and Procedure Development | 12/21/2020 | 7/31/2021 | 7/23/2021 | T. Williams / A. Carda | July 2021: Complete. The policy and procedure language is complete and will be held until the release of all other components of this item.<br>June 2021: The Policy and Procedure are routing through executive leadership for final approval and signature. The finalized versions will be held for release until the form has gone live in EHRS and training has been scheduled. May 2021: Significant modifications have been made based upon feedback from OSM. The form and accompanying policy and procedure have all been developed over the course of numerous meetings spanning 6+ weeks. The clinical nuances of the safety plan became more complex as CDCR contemplated the best ways to structure safety planning and this complexity resulted in the need for additional time to complete. Meeting is scheduled for May 13th to review these modifications with OSM ahead of moving policy language forward for internal routing. Policy and procedure language is under development to outline requirements for when safety plans are required and the expectations associated with the safety plans |
| EHRS Build | 2/1/2021 | 2/28/2022 | | T. Williams / A. Carda | **October 2021: This item continues to be on track, consistent with the test phase with the pilot institutions. As a result of the pilot being expanded to additional institutions, the timeframe for this item was extended through the completion of the pilot of the form.**<br>September 2021: The safety plan form is built in EHRS, however, it will not be released until the test phase is complete to determine if additional modifications are needed due to user testing in the test phase. Upon completion of the test phase and training, the form will be made live in EHRS for use statewide.<br>June 2021: Pending CAPC approval and prioritization for build. Pending finalization of the safety plan proposal. |
| Test Phase of New Safety Plan | 8/1/2021 | 1/31/2022 | | T. Williams / A. Carda | **October 2021: An additional 4 institutions have been identified to be included in the test phase of the new safety planning protocol. These four institutions (CSP-SAC, CMC, COR, and LAC) have been contacted and training will be provided to clinical staff. These institutions will begin utilizing the new form from November 15-December 31st. Upon completion of this phase, debriefing will be conducted with the sites and feedback gathered for modification of the form ahead of a statewide release.**<br>September 2021: The results from the test phase at CIM yielded only 4 safety plans using the proposed tool. After consultation and recommendation by Mr. Hayes, CDCR is proposing to expand the test phase to 2-3 additional institutions with larger local discharge samples to test this new protocol. This will necessitate additional time to train, implement, and follow up with the institutions as they utilize this tool. As such, an extension to the end of January 2022 is proposed.<br>June 2021: CIM will be a test facility for the new safety plan template. They will receive training and expectations and the process will be overseen by the Statewide Suicide Prevention Coordinator assigned to Region 4. This phase will also involve feedback and any necessary modifications to the EHRS document |
| Field Notification and Training | 4/15/2021 | 2/28/2022 | | T. Williams / A. Carda | **October 2021: Training for the field is dependent upon the finalization of the testing phase of the project. Once a finalized form has been completed, incorporating feedback from the test institutions, the training can be finalized and training can be scheduled.**<br>September 2021: Development of training continues, but scheduling with the field is dependent upon the finalization of the test phase. Once these activities are complete, the training will be finalized and scheduling of the training will be solidified.<br>June 2021: The framework of the training has been constructed. The final module and information will be constructed once the EHRS build has been completed and the policy language has been finalized. Pending finalization of the proposal, EHRS build, and finalization of policy language. |
| Compliance with Training Requirements | 1/1/2020 | Ongoing | | T. Williams | Compliance with required trainings is reviewed monthly in the statewide SPRFIT Committee and any institution below 90% is required to submit a corrective action plan for reaching sustained compliance. |
| **Recommendation 10:** SRASHEs and Referrals | 1/1/2020 | 2/28/2021 | 2/2/2021 | T. Williams | Complete |
| Modifications to EHRS | 12/14/2020 | 1/19/2021 | 2/2/2021 | D. Minter | Complete. Pending final review and move to production |
| Auditing of Emergent Referrals with SRASHEs | 1/6/2021 | Ongoing | | T. Williams | May 2021: Suicide Prevention Coordinators for each region have been completing these audits on a weekly basis and providing audit results and any associated corrective action for deficiencies to the monthly statewide SPRFIT Committee. Regional SPRFIT Coordinators to begin manual auditing |
| Governance of statewide compliance | 2/15/2021 | Ongoing | | T. Williams | May 2021: Suicide Prevention Coordinators for each region have been completing these audits on a weekly basis and providing audit results and any associated corrective action for deficiencies to the monthly statewide SPRFIT Committee. Pending Regional SPRFIT Coordinators completion of monthly audits. |
| **Recommendation 21:** Observation Levels | | **11/30/2021** ~~9/30/2021~~ | | M. Flores | |
| Suicide Precaution Rounding Auditing | 12/1/2020 | Ongoing | | M. Flores | May 2021: coordination with the regional CNEs, RHCEs, and Institutional CNEs continues. Headquarters audits also continue to occur on a monthly basis. Institutional CNE, or designee, will assign supervisory oversight to monitor adherence to SP observation as ordered by a provider.<br>Headquarters will conduct audits and meet with Regional CNEs and HCEs to review compliance. |

[1] Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2] A more detailed construction schedule is included at the end of this document

| Task | Start | End | Actual End | Owner | Status/Notes |
|---|---|---|---|---|---|
| Automation of Timely Suicide Precaution Rounding Compliance | 12/11/2020 | **11/30/2021** ~~10/15/2021~~ | | M. Flores S. Puente | **October 2021: Internal validation is complete and field testing is expected to be completed by Tuesday November 30th. Delay was a result of the addition of several items that broadened the scope of the report. The report will be deployed to the production server over the weekend and made available to staff in a Beta format. QM and nursing will work together to discuss the appropriate marketing/training strategies moving forward.** September 2021: Due to an unexpected server crash for 5 days, the completion of the report is delayed. Based upon these delays, it is expected that the build team is at least a week behind schedule. In order to facilitate this deadline and ensure that full user testing can be completed adequately, a revised completion date of October 15, 2021 is proposed. July 2021: The automation of timely suicide precaution rounding performance monitoring was tentatively scheduled to be complete by August 31, 2021. However, this was part of the larger SPRFIT pilot project which requires additional time for testing and statewide implementation. To accelerate the availability of this performance measure and associated data, a separate report is being created for timely suicide precaution checks. This report will include additional functionality for the institutions. The new report is anticipated to be completed and tested by September 30, 2021. Once the SPRFIT Dashboard is ready for statewide implementation, the suicide precaution rounding report with the additional functionality will be rolled back into the Dashboard so that all suicide prevention information is accessible on the same site. May 2021: the 4 pilot institutions in the SPRFIT Reboot are undergoing end user testing of this dashboard metric in preparation for a targeted summer 2021 release. The test phase of the overall project concludes in August, and this will allow for the test institutions to use this metric over the course of several months during the end user testing phase to ensure there are no issues with the metric itself before it becomes available to the entire state. Design and development of the SPRFIT dashboard is underway and is scheduled to be completed by 3/31/2021 |
| Recommendation 1: Pre-Service Training | 1/1/2020 | 12/30/2020 | | A. Carda | Complete |
| Curriculum development | 1/27/2020 | 6/1/2020 | 8/27/2020 | A. Carda | Complete |
| Curriculum approval | 8/27/2020 | 10/1/2020 | 12/28/2020 | OTPD | Complete |
| Dissemination of curriculum | 10/1/2020 | 10/1/2020 | 12/30/2020 | OTPD | Complete |
| Delivery of curriculum to cadets | 1/1/2021 | 2/28/2021 | 2/25/2021 | A. Carda | Complete. Pending delivery to the cadets at the Academy |
| OSM Observation | 2/28/2021 | 6/30/2021 | 6/10/2021 | A. Carda | **October 2021: CDCR continues to await in-person observation to be scheduled by Mr. Hayes. On September 17, 2021, Mr. Hayes indicated that he will schedule the observation some time between October 2021 and April 2022.** May 2021: We had originally provided some earlier dates for Mr. Hayes to observe the training virtually, but when the schedule for OSM rounding of institutions was being discussed, he expressed a desire to observe the training in person, during his rounding. We are currently coordinating with Mr. Hayes on the best time for him to observe the training while he is onsite conducting his rounding this summer. Other members of the OSM are scheduled to observe the course on June 10, 2021. Pending observation by Mr. Hayes of the training |
| Recommendation 3: Annual IST Training | 1/1/2020 | Ongoing | Ongoing | T. Williams | Complete |
| Standardized scheduling of non-custody staff for training | 12/30/2020 | 2/28/2021 | 2/19/2021 | J. Hernandez T. Williams | Complete. Coordinating CCHCS SDU and CDCR OTPD for scheduling options through local IST offices. |
| Institutional reporting of monthly compliance | 2/2/2018 | | Ongoing | Local SPRFIT-Cs | Complete; the 2/2/2018 memo titled, "Enhancements to the Suicide Prevention and Response Focused Improvement Teams" required monthly reporting of compliance during the institutional SPRFIT Committees |
| Statewide oversight during statewide SPRFIT Committee | 3/1/2021 | | Ongoing | T. Williams | May 2021: we are refining the report for use in the statewide SPRFIT Committees. However, the statewide SPRFIT Committee reviews overall training compliance and the Suicide Prevention Coordinators in each region work with institutions to develop corrective action for deficient institutions. Clarification memo regarding Registry staff attending this required training was distributed to the field. Statewide SPRFIT Committee members receive quarterly compliance rates for each institution from the staff development unit for CCHCS. Pending development of a reporting template that captures compliance based on formula of scheduled vs. attended |
| Recommendations 6-8: R&R | 6/15/2020 | 5/31/2021 | 7/8/2021 | T. Williams | Complete |
| CCI Modifications | 12/3/2020 | 5/31/2021 | 6/14/2021 | CCI Leadership | July 2021: Complete May 2021: CCI has indicated that an interim solution has been identified for patients to be screened in confidential settings for these initial contacts until a permanent physical plant modification can be finalized. The Suicide Prevention Coordinator for Region 3 continues to work closely with the institution on this project and will observe the interim locations during regularly scheduled site visits. Proposal to convert an unused area in R&R to nursing station is being presented at the institutional space committee in either January or February for approval. Fire marshal approval is pending; modifications to the space will occur once approval from fire marshal is obtained. |

[1] Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2] A more detailed construction schedule is included at the end of this document

| Task | Start | Target | Actual | Owner | Notes |
|---|---|---|---|---|---|
| Observation of PVSP | 1/6/2021 | 3/31/2021 | 3/17/2021 | S. Mintz | Complete. During the Q1 tour of PVSP, the Suicide Prevention Coordinator for Region 3 confirmed that modifications to the physical plant in R&R have been made and the screenings are now being conducted in a confidential setting. Modifications at PVSP have been completed; observation to be scheduled during QI of 2021 |
| Observation of CMF | 1/6/2021 | 3/31/2021 | 4/21/2021 | T. Williams | May 2021: The Suicide Prevention Coordinator for Region 1 conducted a site visit on 4/21/2021. However, no inmates were received that day so the R&R process was unable to be observed. Another site visit will occur during Q2 and attempts will be made to observe R&R at this time. Training was completed at CMF regarding appropriate screening procedures in R&R; observation to be scheduled during Q1 of 2021 |
| Observation of CMC | 1/6/2021 | 6/30/2021 | 7/8/2021 | T. Williams | conducting the observation. We were able to find coverage for this observation the week after the deadline. May 2021: Recruitment of the R2 Suicide Prevention Coordinator has taken longer than expected. In order to ensure observation of the R&R process at CMC occurs in Q2 of 2021, we will be redirecting one of the other Regional Suicide Prevention Coordinators to tour CMC. Training was completed and routine audits are conducted locally at CMC; observation to be scheduled during Q1 of 2021 |
| Observation of SQ | 1/6/2021 | 7/31/2021 | 7/6/2021 | T. Williams | July 2021: Complete. May 2021: The Suicide Prevention Coordinator for Region 1 was not hired until April 2021, so the first quarter rounding was unable to be completed. However, this Specialist will begin rounding in Q2 and this item will be addressed. Training was completed at SQ about confidentiality during nurse screenings; observation to be scheduled during Q1 of 2021 |
| **Recommendation 9:** SRE Mentoring | 1/5/2021 | **1/31/2022** ~~6/30/2021~~ | | A. Carda | |
| Development of policy and procedures for SRE Mentoring | 1/5/2021 | 8/31/2021 | | A. Carda | June 2021: The policy has been submitted to the OSM for review and feedback. Upon completion of this review and subsequent modifications, the policy and procedure will be routed internally and will be prepared for labor notification. May 2021: In order to ensure the operationalization of this at the institutional level, interally, the suicide prevention unit determined it would be most prudent to have select SPRFIT Coordinators and Chiefs of Mental Health to review and provide feedback on these documents. Draft language is completed and is currently with those individuals in the field for feedback with a deadline of May 17, 2021. Initial stages of developing language for Policy and Procedure. This will also involve coordination and consultation with the OSM. |
| Enhancements to the auditing tool (Quality of Care tool) | 2/15/2021 | 6/30/2021 | 7/2/2021 | A. Carda | July 2021: Complete. While the goal was to complete by 6/30/2021, due to routing and additional information from site visits at CMF, last minute changes were necessary resulting in the slight delay. June 2021: the Quality of Care tool has been modifed and will be included in the package submitted to the OSM for review and feedback. May 2021: In order to ensure the operationalization of this at the institutional level, interally, the suicide prevention unit determined it would be most prudent to have select SPRFIT Coordinators and Chiefs of Mental Health to review and provide feedback on these documents. Draft language is completed and is currently with those individuals in the field for feedback with a deadline of May 17, 2021. Pending draft language of policy and procedure to ensure all aspects of these are covered in the auditing tool. This will also involve coordination and consultation with the OSM. |
| Training delivery for mentors | 5/1/2021 | **1/31/2022** ~~10/31/2021~~ | | A. Carda | **October 2021: Initial training has been developed. Virtual training components, including certification process, are under development with Learning Management System (LMS; CDCR's virtual training platform). Target timeline for these components are 3 months.** June 2021: Pending finalization of policy and procedures and modifications of the auditing tool. |
| **Recommendation 18:** Safety/Treatment Planning for Suicide Risk Assessment | 1/1/2020 | Ongoing | Ongoing | T. Williams | Complete |
| Institutional Scheduling of Clinicians | 1/4/2021 | 3/1/2021 | 2/19/2021 | J. Hernandez OTPD | Complete. CCHCS Staff Development Unit and OTPD will collaborate to determine ways to standardize scheduling of staff for annual IST Suicide Prevention training to aid in better tracking of compliance. |
| Institutional Monitoring of Compliance | 2/2/2018 | | Ongoing | Local SPRFIT-Cs | Institutions are required to monitor compliance with staff attendance of IST Suicide Prevention training through the monthly SPRFIT Committee |
| Statewide Governance of Compliance | 3/1/2021 | | Ongoing | T. Williams | Pending results of standardized scheduling, statewide SPRFIT Committee will assume the responsibility of monitoring compliance for IST Suicide Prevention training. |
| **Recommendation 20:** Psychiatric Technician Rounds | 11/1/2020 | Ongoing | Ongoing | M. Flores | |
| Completion of Psych Tech Fidelity Checks | 11/1/2020 | | Ongoing | Institutional CNEs | Nursing Supervisors complete quarterly audits of the PT rounds in restricted housing units to ensure daily rounds were completed consistent with policy and the fidelity of the rounds. |
| Institutional Monitoring of Compliance | 4/1/2021 | | Ongoing | Institutional CNEs | Starting April 2021, the audit will be sent to SPRFIT Coordinator by the 5th of the month to monitor compliance in the institutional SPRFIT Committee. |
| Statewide Governance of Compliance | 7/1/2021 | | Ongoing | Regional CNEs | May 2021: Regional CNEs will present results of fidelity checks for Quarter 1 and 2 to the statewide SPRFIT Committee. This audit and summary is sent to HQ on a quarterly basis to be reported in the statewide SPRFIT Committee |
| **Recommendation 26:** Alternative Housing | 6/15/2020 | | Ongoing | T. Williams | Complete |
| CIW/CCWF Transfer Timeframes | 6/17/2018 | | 12/31/2018 | D. Chaney | Establishment of the Walker Unit at CIW significantly improved transfer timelines for female MHCB needs. This activation occurred after Mr. Hayes' tour at the female institutions, and thus, requires an additional review of the results of this effort during his next monitoring tour. |

---

[1] Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2] A more detailed construction schedule is included at the end of this document

| Item | Start Date | End Date | Status Date | Responsible | Status/Notes |
|---|---|---|---|---|---|
| CHCF Provisioning of Beds | 2/15/2020 | | Ongoing | Y. Rao | During his previous round, Mr. Hayes found that the patients in alternative housing at CHCF were not provided stack-a-bunk beds consistently. Since his round, CHCF has established a process to ensure all staff are aware of where to obtain the stack-a-bunks when needed and a regular audit of patients in alternative housing is conducted to ensure compliance. Mr. Hayes will need to review the results of this effort during his next monitoring tour. |
| Recommendation 28-29 Custody Discharge Checks | 1/6/2020 | TBD | 10/19/2021 | T. Williams S. Williams | |
| Modifications to the 7497 Form | 1/6/2020 | 6/30/2021 | 6/3/2021 | T. Williams S. Williams | July 2021: Complete
May 2021: Updated form is in the final phases of routing through the approval committees for release to the field. It is anticipated to be released in May or June 2021. Modifications have been made to the form, in coordination with OSM. The completed form is being prepared to route through the various committees for approval. |
| Institutional Audit Tool | 1/6/2020 | TBD | 10/19/2021 | T. Williams S. Williams | October 2021: Distribution of the memo announcing changes to the CDCR Form MH-7497 form and introduction of the auditing procedures was completed on October 19, 2021. This item is now complete.
September 2021: On August 25, 2021, the Special Master determined the release memo announcing the modifications to the 7497 form and introduction of the auditing expectations was a material modification to the MHSDS Program Guide. On September 2, 2021, in connection with their arguments about materiality, Plaintiffs requested additional language be incorporated in the proposed memo. Defendants have presented a motion for reconsideration on August 30, 2021. Due to the parties disagreement on the contents of the memo and the pending motion before the court, an anticipated completion date is dependent on the resolution of this matter and will remain TBD until resolution is reached
August 2021: During routing of the release memo, it was determined that this memo required CDCR to consider whether it is a material modification of the program guide. As instructed, CDCR presented this memo to the small workgroup with OSM members, where it was determined not to be a material modification to the Program Guide. The memo was then forwarded to the Special Master, on August 11, 2021. The Special Master then has 14 days to provide his determination of whether it materially modifies the Program Guide. The soonest this memo can be released is August 25, 2021.
July 2021: The audit tool and associated guidebook were completed by this date, however they have not been reviewed by all appropriate stakeholders. The anticipated completion date allows the remaining stakeholders to review their feedback and to be incorporated as necessary.
May 2021: All required union notifications have been made and the tool is ready for release to the field when the updated 7497 form is released. The Audit tool and guidebook have been completed, in coordination with the OSM. Labor notifications are being made currently and require 75 days. |
| Reporting Structure Development | 6/30/2021 | | Ongoing | T. Williams S. Mintz N. Hudspeth | October 2021: Suicide Prevention Coordinators in the regions will work with institutions to review findings from local audits to develop corrective action plans for deficiencies. These CAPs will be discussed during the monthly statewide Suicide Prevention Committee for oversight and monitoring. This will be a standing item in this committee.
Pending release of new form and audit tool and guidebook. Once those are complete, the regional SPRFIT Coordinators will begin coordinating with the institutions and will report results of the audits and any associated Corrective Action Plans to the statewide SPRFIT Committee. |
| Recommendation 31: Local SPRFIT Committee | 2/1/2020 | 2/28/2022 | | T. Williams A. Lambert | |
| SPRFIT Reboot with CCHCS QM | 2/14/2020 | 2/28/2022 | | A. Lambert | October 2021: Status remains on track for the pilot phase to be complete on time.
August 2021: The test phase will conclude in October 2021. Final recommendations will be presented to the HQ workgroup in December 2021 regarding how to move forward with a statewide rollout. At this time, a statewide roll out will likely begin by February 2022, representing a delay by 2 months from the originally planned December 2021 statewide rollout. The delay is the result of ongoing work with the test sites to put into practice tools associated with the test phase.
This interdisciplinary team has developed standardized metrics, an automated report for the SPRFIT Committees at the institution, and has begun piloting the training to the field. Continued work on the finalization of the SPRFIT dashboard is underway. By the end of March 2021, all initial SPRFIT materials will be completed for test phase, including first version of the automated SPRFIT Report. April 2021-July 2021 the new process will be rolled out to four test institutions to validate data, make refinements to the automated reports and SPRFIT materials, and evaluate new SPRFIT process for efficiency/effectiveness. August 2021 the workgroup and MH leaders will consider results from the test phase and determine appropriate changes/reports to be rolled out statewide. December 2021 the full program will be implemented statewide. |
| Bad News Notification Process | 7/16/2020 | 5/31/2021 | 4/28/2021 | T. Williams | Complete. Draft template LOP has been completed. Finalization of the language needs to be done and should be accomplished by the end of January. Labor notice, requiring 75 days will be made upon completion of the language. Release to the field with 30 days to implement will follow. |

[1] Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2] A more detailed construction schedule is included at the end of this document

| Item | Start | End | Completed | Owner | Notes |
|---|---|---|---|---|---|
| Suicide Risk Management Program | 2/6/2018 | 5/31/2021 | 7/12/2021 | R. Dhesi | July 2021: Complete. Training for all clinical staff was provided on 6/29/2021; required build in EHRS was completed on 6/30/2021. Policy finished routing and was released to the field on 7/12/2021<br>May 2021: Policy and procedure have been reviewed internally and have been submitted to the Office of the Special Master and Plaintiffs for their review on May 12, 2021. The EHRS modifications have been completed. Training is in development to be delivered to the field upon signature of the policy and procedure. The policy and procedure is being routed for internal review. It will then be submitted to stakeholders for review. Simultaneously, the EHRS modifications will be prioritized and made. Upon finalization of the policy and procedure, training will be developed and delivered to the field. |
| Local Operating Procedure Review | 10/1/2020 | Ongoing | | T. Williams | May 2021: As part of their regular process during site visits, the Suicide Prevention Coordinators in each region review the institutional LOPs to ensure compliance with statewide policies and memo directives. Any deviations from policy will be reflected in recommendations/Corrective Action for the institution to address. Review of all institutional LOPs is being completed to ensure the LOPs have all of the requisite language regarding required members of the SPRFIT Committee and that they have incorporated all aspects of the 2018 memo, "Enhancements to the Suicide Prevention and Response Focused Improvement Teams". Any deficiencies will be routed to the institution for modification. |
| **Recommendation 32:**<br>**Reception Centers** | 10/1/2020 | 1/31/2021 | | T. Williams | Complete |
| Expectations Memo for Reception Centers | 10/1/2020 | 1/11/2021 | 1/27/2021 | T. Williams | Complete |
| Sustainability | 2/7/2021 | Ongoing | | T. Williams<br>N. Nikkel<br>A. Cairns<br>S. Neumann | Reception Center Chiefs of Mental Health shall ensure results of audits required in the expectations memo are presented in the monthly SPRFIT Committees and that any necessary corrective action is adequately addressed and completed. |
| **Recommendation 32:**<br>**MHCB Privileges** | 6/15/2020 | 11/30/2021 | | T. Williams | |
| CCWF Renovations | 10/28/2019 | 11/30/2021 | | S. Neumann<br>D. Borg | **October 2021: Construction activities are continuing. This project remains on schedule for completion by November 30, 2021.**<br>September 2021: Construction activities are underway. Due to procurement and material delivery delays, the project will not be completed until November 30, 2021.<br>May 2021: The design of the project has been approved by the State Fire Marshall, as of April 26, 2021. Construction is targeted to be completed by 9/30/2021. FPCM has organized several conference calls including CCWF staff to review siting options for the walk alone yards adjacent to the Central Health Services Building. Siting considerations include providing secure fencing, appropriate distance from building and allowing the existing patio to be utilized by other inmate-patients. Concurrence on the scope occurred in December 2020; the resulting design schedule will target approval by the State Fire Marshal by June 1, 2021. A construction schedule will be developed at that time. |
| CSP-COR Renovations | 10/3/2019 | | 4/30/2021 | S. Harris | July 2021: Complete. As of April 2021, the temporary remediation to escort patients to ASU for yard is underway. The durable solution involving construction of a small management yard in the CTC yard will be requested to be included in the FY 2022/23 budget.<br>May 2021: The Suicide Prevention Coordinator assigned to COR will observe this process during site visits to COR to ensure that patients are able to utilize these walk alone yards. COR is currently utilizing ASU walk alone yards and escorts patients from the MHCB to this location. The construction of walk alone yards adjacent to the CTC remains in the initial phases. |
| WSP Renovations | 12/1/2018 | | 3/1/2019 | A. Cairns | Complete; a walk alone yard has been placed in the CTC yard to meet yard needs for ASU and max security patients in the CTC. |
| SOL MHCB Deficiencies | 8/1/2020 | 9/1/2020 | 9/1/2020 | B. Perlmutter | July 2021: Complete. As of September 2020, the mental health supervisors have completed their performance improvement project associated with this deficiency. No further action is required at this time.<br>A workgroup convened to identify root causes of the identified problems in the MHCB related to 114As and out-of-cell time. |
| LAC MHCB Deficiencies | 7/1/2020 | | Ongoing | J. Walsh | May 2021: The Suicide Prevention Coordinator assigned to Region 3 will continue to monitor the MHCB during regularly scheduled site visits to ensure patients are being given access to property and privileges and that documentation by the treatment team clearly reflects property access. Training for clinicians in the MHCB related to issuance of property and privileges commenced in July 2020. The MHCB supervisor audits orders placed for patients to ensure they are appropriate and allow for property and privileges commensurate with the patient's clinical presentation. |
| SATF MHCB Deficiencies | 12/1/2019 | | 1/8/2020 | J. Choy | Complete; SATF established clarification language in their MHCB operating procedure outlining the requirements for phone call provisions for patients receiving treatment in the MHCB. |
| **Recommendation 32:**<br>**CQI** | | 2/28/2022 | | T. Williams<br>A. Lambert | |

[1] Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2] A more detailed construction schedule is included at the end of this document

| | | | | | |
|---|---|---|---|---|---|
| Refinement of CQI - Suicide Prevention Tool and Report Templates | 1/8/2021 | 2/28/2022 | | T. Williams A. Lambert | **October 2021: Status remains unchanged**<br>September 2021: Upon further review, and in consultation with the OSM, Defendants are revising this item to document that full and final roll out of this item is inextricably tied to the SPRFIT Reboot project outlined in Recommendation 31 above. Given this analysis, the revised completion is being moved to 2/28/2022. It should be noted that the development of the manual self-assessment tool for use at the local level is actively being utilized by the 4 test institutions in the SPRFIT Reboot trial implementation. The full CQIT contains all 19 suicide prevention indicators, as identified by Mr. Hayes, to be used at the regional/statewide level.<br>May 2021: A manual self-assessment tool has been developed as an interim tool to be utilized until a more fully automated tool can be finalized. CDCR continues to work to finalize the template of the CQI-Suicide Prevention tool. Work to complete the language to present to the OSM is underway and we will schedule consultation meetings with the OSM as we move closer to a complete draft. |
| Train Institutional Staff | 2/28/2021 | 2/28/2022 | | T. Williams A. Lambert | **October 2021: Status remains unchanged.**<br>September 2021: As indicated in the above item, this is tied directly to the SPRFIT Reboot project. Training has been delivered to the 4 test institutions and the materials will be used for statewide implementation upon the conclusion of the SPRFIT Reboot project, currently slated for February 28, 2022.<br>May 2021: Training for the SPRFIT Reboot test institutions is being delivered in May 2021. Upon completion of the draft, training will be scheduled with institutional staff to complete this report utilizing a guidebook, instructions, and template for completion. |

[1] Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2] A more detailed construction schedule is included at the end of this document

| Lead Person Roster | | |
|---|---|---|
| **Name** | | |
| Last | First | Agency |
| Borg | Dean | CDCR/FPC&M |
| Carda | Amber | CDCR/DCHCS - Mental Health |
| Ceballos | Laura | CDCR/DCHCS - Mental Health |
| Flores | Marcie | CCHCS/Nursing Services |
| Lambert | Annette | CCHCS/Quality Management |
| Mehta | Amar | CDCR/DCHCS - Mental Health |
| Williams | Sircoya | CDCR/DAI - MH Compliance Team |
| Williams | Travis | CDCR/DCHCS - Mental Health |

| Acronym List | |
|---|---|
| Term | Definition |
| ASU | Administrative Segregation Unit |
| CAL | Calipatria State Prison |
| CCHCS | California Correctional Health Care Services |
| CCI | California Correctional Institution |
| CCWF | Central California Women's Facility |
| CDCR | California Department of Corrections |
| CHCF | California Health Care Facility |
| CIW | California Institution for Women |
| CMC | California Men's Colony |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2]A more detailed construction schedule is included at the end of this document

| | |
|---|---|
| CMF | California Medical Facility |
| CNE | Chief Nurse Executive |
| COR | California State Prison - Corcoran |
| CQI | Continuous Quality Improvement |
| CTC | Correctional Treatment Center |
| DAI | Division of Adult Institutions |
| EHRS | Electronic Health Record System |
| EIS | Enterprise Information Systems |
| FPCM | Facility Planning, Construction and Management Division |
| HCE | Health Care Executive |
| HDSP | High Desert State Prison |
| HQ | Headquarters |
| ISP | Ironwood State Prison |
| IST | In-Service Training |
| KVSP | Kern Valley State Prison |
| LAC | California State Prison - Los Angeles County |
| LMS | Learning Management System |
| LOP | Local Operating Procedure |
| MHCB | Mental Health Crisis Bed |
| OJT | On-the-Job Training |
| OSM | Office of the Special Master |
| OTPD | Office of Training and Professional Development |
| PT | Psychiatric Technician |
| PVSP | Pleasant Valley State Prison |
| QM | Quality Management |
| R&R | Receiving & Release |
| SATF | Substance Abuse Treatment Facility |
| SCC | Sierra Conservation Camp |
| SDU | Staff Development Unit |
| SMY | Small Management yard |
| SOL | California State Prison - Solano |
| SPRFIT | Suicide Prevention and Response Focused Improvement Team |
| SPRFIT-C | Suicide Prevention and Response Focused Improvement Team - Coordinator |
| SQ | San Quentin |
| SRASHE | Suicide Risk and Self Harm Evaluation |
| SRE | Suicide Risk Evaluation |
| SVSP | Salinas Valley State Prison |
| WSP | Wasco State Prison |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2]A more detailed construction schedule is included at the end of this document

**New Intake Cell Construction Schedules by Prison**

| Prison | Number of New Intake Cells | Projected Construction Start Date | Projected Construction Completion Date | Multiple Phases of Construction (Y/N)? |
|---|---|---|---|---|
| CAL | 4 | 5/1/2021 | 11/1/2021 | N |
| KVSP | 2 | 5/1/2021 | 11/1/2021 | N |
| PVSP | 4 | 5/1/2021 | 11/1/2021 | N |
| SOL | 3 | 5/1/2021 | 11/1/2021 | N |
| CHCF | 1 | 7/1/2021 | 1/1/2022 | N |
| CMF | 3 | 7/1/2021 | 1/1/2022 | N |
| ISP | 2 | 7/1/2021 | 1/1/2022 | N |
| SATF | 1 | 7/1/2021 | 1/1/2022 | N |
| SCC | 3 | 7/1/2021 | 1/1/2022 | N |
| CCI | 8 | 5/1/2021 | 2/1/2022 | Y (2 Phases) |
| CCWF | 8 | 5/1/2021 | 2/1/2022 | Y (2 Phases) |
| HDSP | 10 | 5/1/2021 | 2/1/2022 | Y (2 Phases) |
| SVSP | 4 | 7/1/2021 | 3/30/2022 | Y (2 Phases) |
| COR | 12 | 5/1/2021 | 3/30/2022 | Y (3 Phases) |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2]A more detailed construction schedule is included at the end of this document

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



October 18, 2021

Special Master Lopes
Pannone Lopes Deveraux and O'Gara LLC
Northwoods Office Park, Suite 215N
1201 Atwood Avenue
Johnston, RI 02919

**VIA ELECTRONIC MAIL ONLY**

Dear Special Master Lopes,

I write to provide notice, in accordance with the May 27, 2021 minute order, that a suicide prevention project reported on Defendants' October 4, 2021 Implementation Schedule has been delayed. In the May 27th minute order, the court ordered that Defendants shall "notify the Special Master immediately whenever a determination is made that a [suicide prevention] project will be delayed and, not later than ten days after notice is provided to the Special Master, to file an activation schedule updated to reflect the new projected completion date." (Minute Order, ECF No. 71817.) The court granted Defendant's request to file an updated activation schedule on a monthly basis. (October 7, 2021 Status Minutes, ECF No. 7339.) Recommendation 9: Suicide Risk Evaluation (Training delivery for mentors) was to be completed on October 31, 2021, but will now be completed on January 31, 2022, due to the amount of time needed to incorporate the training in the Learning Management System.

Please let me know if you have any questions about the changes to the activation schedule.

Respectfully,

/s/ Dillon Hockerson

DILLON HOCKERSON
Attorney
Office of Legal Affairs

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



October 22, 2021

Special Master Lopes
Pannone Lopes Deveraux and O'Gara LLC
Northwoods Office Park, Suite 215N
1201 Atwood Avenue
Johnston, RI 02919

**<u>VIA ELECTRONIC MAIL ONLY</u>**

Dear Special Master Lopes,

I write to provide notice, in accordance with the May 27, 2021 minute order, that a suicide prevention project reported on Defendants' October 4, 2021 Implementation Schedule has been delayed. In the May 27th minute order, the court ordered that Defendants shall "notify the Special Master immediately whenever a determination is made that a [suicide prevention] project will be delayed and, not later than ten days after notice is provided to the Special Master, to file an activation schedule updated to reflect the new projected completion date." (Minute Order, ECF No. 71817.) The court granted Defendant's request to file an updated activation schedule on a monthly basis. (October 7, 2021 Status Minutes, ECF No. 7339.) Recommendation 21: Observation Levels (Automation of Timely Suicide Precaution Rounding Compliance) was to be completed on October 15, 2021, but will now be completed on October 29, 2022, due to the addition of several items that broadened the scope of the report.

Please let me know if you have any questions about the changes to the activation schedule.

Respectfully,

/s/ Dillon Hockerson

DILLON HOCKERSON
Attorney
Office of Legal Affairs

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                                                   GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



October 29, 2021

Special Master Lopes
Pannone Lopes Deveraux and O'Gara LLC
Northwoods Office Park, Suite 215N
1201 Atwood Avenue
Johnston, RI 02919

**VIA ELECTRONIC MAIL ONLY**

Dear Special Master Lopes,

I write to provide notice, in accordance with the May 27, 2021 minute order, that a suicide prevention project reported on Defendants' October 4, 2021 Implementation Schedule has been delayed. In the May 27th minute order, the court ordered that Defendants shall "notify the Special Master immediately whenever a determination is made that a [suicide prevention] project will be delayed and, not later than ten days after notice is provided to the Special Master, to file an activation schedule updated to reflect the new projected completion date." (Minute Order, ECF No. 71817.) The court granted Defendant's request to file an updated activation schedule on a monthly basis. (October 7, 2021 Status Minutes, ECF No. 7339.) Recommendation 21: Observation Levels (Automation of Timely Suicide Precaution Rounding Compliance) was to be completed on October 29, 2021, but will now be completed on November 30, 2021, due to the amount to of time needed to broadened the scope of the report.

Please let me know if you have any questions about the changes to the activation schedule.

Respectfully,

/s/ Dillon Hockerson

DILLON HOCKERSON
Attorney
Office of Legal Affairs