UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

  v.                                     **CASE NO. 2:90−CV−00520−KJM−DB**

**J. CLARK KELSO, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **November 02, 2021** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

November 3, 2021

                        **KEITH HOLLAND**
                        **CLERK OF COURT**

                **by:** /s/ R. Henshaw
                    Deputy Clerk