# EXHIBIT A

State of California                                                             Department of Corrections and Rehabilitation

# Memorandum

Date:

To:     Associate Directors, Division of Adult Institutions
        Regional Health Care Executives
        Wardens
        Chief Executive Officers
        Chiefs of Mental Health
        Classification and Parole Representatives
        Classification Staff Representatives

Subject: **MAXIMUM CUSTODY REDUCTION REVIEWS FOR PSYCHIATRIC INPATIENT PROGRAM PARTICIPANTS**

The purpose of this memorandum is to provide direction regarding the changes to the suspension of Security Housing Unit (SHU) Terms and the ability to remove Maximum (MAX) custody for Psychiatric Inpatient Program (PIP) participants. The objective of the California Department of Corrections and Rehabilitation (CDCR) is to enhance the treatment milieu in the PIP programs, improve access to mental health treatment and remove patients from MAX custody when it is safe to do so. This direction applies to patients referred to or admitted to both the Acute Psychiatric Program (APP) level of care and the Intermediate Care Facility (ICF) level of care.

Custody and mental health staff shall collaborate to address behaviors connected to a patient's mental health. The PIP is a hospital setting and patient behavior should be managed through verbal counseling and de-escalation when possible. Clinical and custody staff shall ensure MAX custody is continuously and closely evaluated in an inpatient setting and applied only when necessary for the safety and security of the patients, program, and staff.

California Code of Regulations (CCR), Title 15, Sections 3341.5(a)(1), (b)(1) give the Institution Classification Committee (ICC) the authority to suspend a Determinate SHU term for the purposes of inpatient medical or mental health treatment when clinically necessary. As a reminder, per CCR Title 15, Section 3339, the release from administrative segregation shall occur at the earliest possible time in keeping with the patient's case factors and reasons for Administrative Segregation Unit (ASU) placement. These regulations allow CDCR the ability to support the continuance of mental health care when custodial case factors present challenges.

**Institution Classification Committee Review Requirement Upon Referral**
If a patient who is MAX custody or who is serving a SHU term has been referred to the ICF level of care, the sending institution's ICC shall review the case with the goal of suspending MAX

Associate Directors, Division of Adult Institutions
Regional Health Care Executives
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification and Parole Representative
Classification Staff Representative
Page 2


custody or the SHU term where possible. This review will not be required when the patient is currently housed at the same institution as the PIP location. ICC shall also address the patient's current behavior during the review. If MAX custody or the SHU term is suspended, the ICC will evaluate all case factors and apply the appropriate custody level to be effective upon transfer to the PIP institution. The review shall be clearly articulated in the Classification Chrono as "Max Custody Reduction Review." The review shall provide justification for either retaining MAX custody, or the rationale for removing MAX custody, including information regarding the patient's recent behavior. The participation and input of the attending Mental Health Clinician shall be documented in the Classification Chrono, including the appropriate clinical recommendation for ICF placement to address mental health concerns. If a regularly scheduled ICC occurs prior to transfer of a patient referred to APP, a Max Custody Reduction Review shall occur.

**Initial and Other Institution Classification Committees**
Upon arrival at the endorsed PIP location, an ICC shall occur no later than 10 calendar days for all patients designated MAX custody. This review will assist in ensuring the patient is housed in the least restrictive environment upon arrival. The review shall be clearly articulated in the Classification Chrono as "Max Custody Reduction Review." This review shall provide justification for either retaining MAX custody, or the rationale for removing MAX custody.

Additionally, these reviews must occur upon referral via a CDCR form 128C from the Interdisciplinary Treatment Team (IDTT); at the 120-day Pre-Minimum Eligible Release Date (Pre-MERD) review per CCR, Title 15, Section 3341.8 (b); and all other ICC's while the patient is housed in the PIP.

**Case Factors to Consider during ICC**
CDCR expects that patients will be removed from Max Custody when appropriate. ICC shall consider and document the following information when making a determination on the suspension of MAX custody or a SHU term:

- Disciplinary history
- Circumstances of the offense
- Whether there has been a pattern of violence.
- Recent behavior
- Current medication non-compliance if it is likely to lead to violent behavior
- Violent behavior during program participation

[3814667.1]

Associate Directors, Division of Adult Institutions
Regional Health Care Executives
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification and Parole Representative
Classification Staff Representative
Page 3

Examples of when it may be appropriate to suspend MAX custody or a SHU term include, but are not limited to:

- Indecent Exposure
- Sexually Disorderly Conduct
- Threats, Harassment
- Safety/Enemy Concerns
- Distribution/Introduction of a Controlled Substance
- Extortion or Bribery
- Participation in a Riot
- Battery w/o Serious Bodily Injury (SBI)
- Non-disciplinary reasons
- Refusal of housing
- Destruction of property
- Theft
- Investigation
- Inmate requires bed type not at this facility.
- Housing in ASU Prior to Committee Review

In summary, even for patients who are currently serving a SHU term for a violent offense, if the patient does not appear to be a current threat to other patients, the program, or staff, it is appropriate to suspend the patient's MAX custody or SHU term.

**Interdisciplinary Treatment Team Referral Process and Requirements**
For patients on MAX custody, the IDTT shall determine, using prior clinical documentation such as the Mental Health Assessment for the behaviors that resulted in MAX custody, whether mental health symptoms may have contributed to the behavior(s) that led to the MAX custody or continuance of MAX custody. If so, the treatment team and, if appropriate, the PIP Positive Behavioral Support Team, shall address these symptoms specifically during treatment planning and provide documentation in the Master Treatment Plan, including treatment goals targeting those behaviors and make a referral to ICC for review of MAX custody at any time it is assessed the treatment goals related to MAX custody have been accomplished.

Associate Directors, Division of Adult Institutions
Regional Health Care Executives
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification and Parole Representative
Classification Staff Representative
Page 4


If the treatment team recommends suspension of MAX custody, this recommendation shall be documented on a CDCR Form 128-B Informational Chrono and the patient will be referred to the ICC. The Correctional Counselor shall ensure the next scheduled ICC occurs no later than 10 calendar days to ensure all due process requirements are met. The final determination regarding the suspension of MAX custody during the inpatient stay remains with the ICC. If the ICC disagrees with the IDTT's clinical recommendation, the justification for the decision shall be clearly documented in the Classification Chrono. Disagreements between the IDTT and the ICC should be rare.

Lastly, a Captain (or designee) or a Mental Health Supervisor (or designee) will attend some of the IDTTs for one day on alternating weeks, and their attendance shall be documented in the Acute Psychiatric Program/Intermediate Care Facility Master Treatment Plan. These IDTTs will be monitored to ensure that the treatment team is addressing behaviors or symptoms that may have contributed to MAX custody at each IDTT, as well as ensuring collaborative discussions are occurring among the treatment team members.

**Headquarter Oversight Mental Health Compliance Team Pre-Review**
The Mental Health Compliance Team (MHCT) pre-review will occur following referral to ICF level of care. The Health Care Placement Oversight Program (HCPOP) will provide the MHCT a weekly list of those patients referred to the ICF level of care. Upon receipt, the MHCT will review all pertinent case factors, such as circumstances of the offense which resulted in placement on MAX custody, recent behavior, recent disciplinary history, and recent pattern of violence, to determine whether, based on documentation, the ICC should consider suspending the patient's MAX custody or SHU term for the purpose of enhancing mental health treatment. Upon review, the MHCT will provide recommendations identifying those cases in which the ICC may consider suspending the patient's MAX custody or SHU Term. Institutions will ensure those cases are reviewed to determine if a subsequent ICC is warranted prior to transfer. Institutions will report back to the MHCT on their decisions regarding whether to suspend MAX custody prior to transfer to the PIPs.

**Mental Health Compliance Team Bi-Weekly Post-Review**
The MHCT will review all MAX custody patients currently housed at a PIP location on a bi-weekly basis with the use of SOMS Reporting. This review will include the same criteria listed in the above MHCT pre-review. Upon completion, the MHCT will provide recommendations to PIP institutions for cases in which the ICC should consider suspending a patient's MAX custody or a SHU Term. The Division of Adult Institutions (DAI) Headquarters (HQ) will then schedule a Bi-Weekly Facility

Associate Directors, Division of Adult Institutions
Regional Health Care Executives
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification and Parole Representative
Classification Staff Representative
Page 5


Support Deputy Director (or designee) Videoconference to discuss the status of the recommended cases with the Wardens of the PIP institutions.

**Bi-Weekly Deputy Director (or Designee) Videoconference with PIP institutions**
The purpose of the Bi-Weekly Deputy Director Videoconference is to ensure that follow-up action occurs at the institutional level based on the MHCT recommendations. In addition, this review process allows communication to occur with institutional leadership while providing them the ability to include information regarding their justification for actions taken or not taken.

It is the continued goal of CDCR to increase out-of-cell time for MAX custody patients, maximize access to mental health treatment, and remove patients from MAX custody as soon as it is safe to do so. Please ensure staff are in compliance with the above directives.

Wardens or designees and Chief Executive Officers or designees shall provide On-the-Job training (OJT) to all correctional counseling staff, all chairpersons and all mental health clinicians. The training will be available through the Learning Management System (LMS) Training Portal. The BET code XXXX shall be used to document the OJT and each institution shall provide proof of practice to their respective Mission Associate Director and Regional Health Care Executive within 30 days of the date of this memorandum. Additionally, forthcoming training will also be provided to all Chairpersons and clinical staff.

If you have any related questions, contact Lourdes White, Captain, Mental Health Compliance Team, at (916) 835-5679 or via email at DAI-MHCompliance@cdcr.ca.gov, or you may contact the Mental Health Policy Unit by email: CDCR MHPolicyUnit@CDCR.


| | |
|---|---|
| CHARLES W. CALLAHAN | AMAR MEHTA, MD |
| Deputy Director | Deputy Director |
| Facility Support | Statewide Mental Health Program |
| Division of Adult Institutions | Division of Health Care Services |


JACKIE CLARK

[3814667.1]

Associate Directors, Division of Adult Institutions
Regional Health Care Executives
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification and Parole Representative
Classification Staff Representative
Page 6


Deputy Director
Institution Operations
Division of Health Care Services
Attachment(s)

cc: Kimberly Siebel
　　Jackie Clark
　　Sircoya Williams
　　Lourdes White

[3814667.1]