Rob A. Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 18270
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
    Telephone:  (415) 510-4431
    Fax:  (415) 703-5843
    E-mail:  Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
Hanson Bridgett LLP
    1676 N. California Boulevard, Suite 620
    Walnut Creek, CA 94596
    Telephone:  (925) 746-8460
    Fax:  (925) 746-8490
    E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

The attached reports from the California Department of Corrections and Rehabilitation (CDCR) provide information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020.  (ECF No. 6678.)

The report attached as Exhibit A shows that thirty-eight inmates were placed in CDCR's Mental Health Services Delivery System (MHSDS) in October 2021 while housed in a desert institution; thirty-eight class members were transferred or paroled from desert institutions in October 2021; and, as of the report's October 31, 2021 date, one patient in the MHSDS remained

1

1  in desert institutions in October 2021 beyond the fourteen-day transfer timeline because of a

2  temporary medical hold set to expire on November 12, 2021.

3        The report attached as Exhibit B shows that in October 2021 three *Coleman* class

4  members transferred to a desert institution for court proceedings were transferred out, and one

5  remaining class member will be transferred to an endorsed MHSDS institution after completing

6  court proceedings.

7                          **CERTIFICATION**

8        Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

9  ECF No. 6296 and ECF No. 6678.

10  Dated: November 15, 2021                    Respectfully submitted,

11                                              ROB A. BONTA
                                                Attorney General of California
12                                              DAMON MCCLAIN
                                                Supervising Deputy Attorney General
13

14                                              /s/ *Namrata Kotwani*
                                                NAMRATA KOTWANI
15                                              Deputy Attorney General
                                                *Attorneys for Defendants*
16

17

18

19

20

21

22

23

24

25

26

27

28

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



November 12, 2021

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF
        *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. McClain and Ms. Kotwani:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019.  (ECF No. 6296.)  Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System (MHSDS) while housed in one of the six desert institutions during the month of October 2021, with the inmates' identifying information redacted.  This report only captures patients at the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) levels of care.  As Exhibit A reflects, 38 inmates were referred for mental health treatment while housed in a desert institution during the month of October 2021, one of whom was not transferred during the fourteen-day transfer timeline because of a temporary medical hold set to expire on November 12, 2021.  The report also shows that 38 class members placed in the MHSDS in September and October 2021 were transferred or paroled from desert institutions in October 2021.

Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions during the reporting period, with the inmate's identifying information redacted.  This report shows that in October 2021 three *Coleman* class members transferred to a desert institution for court proceedings were transferred out, and one class member will be transferred to an endorsed MHSDS institution after completing court proceedings.

Sincerely,

/s/ *Charles Callahan*

CHARLES CALLAHAN
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# EXHIBIT A

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 11/02/2021 07:37 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 10/01/2021 - 10/31/2021
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.
NOTE: CAMU utilizes this report for mandated court reporting. No changes in display or logic will be made without authorization from CAMU.

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 10/20/2021 - 10/31/2021 | N | 10/27/2021 00:00:00 | CTF | II | 08/30/2021 14:12:34 | 10/20/2021 | MH Change | | | | |
| CAC | | | CCCMS 09/22/2021 - 10/05/2021 | N | 09/28/2021 00:00:00 | ASP | II | 07/14/2021 18 54 51 | 09/22/2021 | MH Change | 10/05/2021 07:57:26 | 10/05/2021 11:20:14 | 13 | |
| CAC | | | CCCMS 09/22/2021 - 10/05/2021 | N | 09/28/2021 00:00:00 | SOL | II | 05/21/2020 12:44:27 | 09/22/2021 | MH Change | 10/05/2021 07:52:41 | 10/05/2021 16:05 51 | 13 | |
| CAC | | | CCCMS 10/20/2021 - 10/31/2021 | N | 10/27/2021 00:00:00 | FOL | II | 05/19/2021 10:32:23 | 10/20/2021 | MH Change | | | | |
| CAL | | | CCCMS 10/11/2021 - 10/11/2021 | N | 10/11/2021 11:09:50 | RJD | NA | 07/08/2021 19:45 50 | 10/11/2021 | MH Change | 10/11/2021 12:35:10 | 10/11/2021 15:58:37 | 0 | |
| CAL | | | CCCMS 09/30/2021 - 10/08/2021 | N | 10/06/2021 00:00:00 | COR | IV | 12/23/2018 20 02:22 | 09/30/2021 | MH Change | 10/08/2021 07:53:52 | 10/08/2021 14:34 05 | 8 | |
| CAL | | | CCCMS 10/04/2021 - 10/05/2021 | N | 10/04/2021 14:39:39 | RJD | NA | 02/03/2020 12 05:10 | 10/04/2021 | MH Change | 10/04/2021 15:58:00 | 10/04/2021 19:26:32 | 0 | |
| CAL | | | CCCMS 10/19/2021 - 10/26/2021 | N | 10/25/2021 00:00:00 | LAC | IV | 10/04/2021 22:41:19 | 10/19/2021 | MH Change | 10/26/2021 08:55:08 | 10/26/2021 15:43:28 | 7 | |
| CAL | | | CCCMS 10/14/2021 - 10/26/2021 | N | 10/20/2021 00:00:00 | FOL | III | 06/02/2021 15:36:11 | 10/14/2021 | MH Change | 10/26/2021 07:24:17 | 10/26/2021 17:28:13 | 12 | |
| CAL | | | CCCMS 10/11/2021 - 10/21/2021 | N | 10/19/2021 00:00:00 | KVSP | IV | 10/11/2021 03:26:39 | 10/11/2021 | MH Change | 10/21/2021 08:40:59 | 10/21/2021 16:47:40 | 10 | |
| CAL | | | CCCMS 10/14/2021 - 10/26/2021 | N | 10/22/2021 11:57:14 | SVSP | IV | 09/28/2021 20 53:24 | 10/14/2021 | MH Change | 10/26/2021 07:42:34 | 10/26/2021 16:46:00 | 12 | |
| CAL | | | CCCMS 10/01/2021 - 10/24/2021, CCCMS 10/14/2021 - 10/14/2021 | N | 10/14/2021 14:30:09 | RJD | NA | 09/08/2021 23 00 00 | 10/01/2021 | MH Change | 10/14/2021 17:01:00 | 10/14/2021 20:15:27 | 13 | |
| CAL | | | CCCMS 10/01/2021 - 10/01/2021 | N | 10/01/2021 14:09:05 | RJD | NA | 09/29/2021 17 51 00 | 10/01/2021 | MH Change | 10/01/2021 17:54:18 | 10/01/2021 22:08:39 | 0 | |
| CAL | | | CCCMS 10/08/2021 - 10/15/2021 | N | 10/14/2021 00:00:00 | LAC | IV | 07/02/2021 15:35 59 | 10/08/2021 | MH Change | 10/15/2021 07:26:33 | 10/15/2021 11:00:33 | 7 | |
| CAL | | | CCCMS 10/26/2021 - 10/26/2021 | N | 10/26/2021 13:26:19 | RJD | NA | 08/09/2021 13:30 50 | 10/26/2021 | MH Change | 10/26/2021 17:02:00 | 10/26/2021 20:12:42 | 0 | |
| CAL | | | CCCMS 09/24/2021 - 10/01/2021 | N | 09/29/2021 00:00:00 | RJD | III | 05/19/2020 14 59:25 | 09/24/2021 | MH Change | 10/01/2021 08:15:44 | 10/01/2021 11:10 07 | 7 | |
| CAL | | | CCCMS 10/08/2021 - 10/12/2021 | N | 06/22/2021 00:00:00 | CRC | II | 10/26/2020 15:24:48 | 10/08/2021 | MH Change | 10/12/2021 09:41:16 | 10/12/2021 12:54:17 | 4 | |
| CAL | | | CCCMS 10/28/2021 - 10/31/2021 | N | | | | 05/04/2021 15:23:22 | 10/28/2021 | MH Change | | | | |
| CAL | | | CCCMS 10/08/2021 - 10/15/2021 | N | 10/15/2021 00:00:00 | LAC | IV | 07/09/2021 12:44:23 | 10/08/2021 | MH Change | 10/15/2021 07:28:55 | 10/15/2021 11:29 55 | 7 | |
| CAL | | | CCCMS 10/01/2021 - 10/01/2021 | N | 10/01/2021 14:05:55 | RJD | NA | 04/22/2021 14:22 00 | 10/01/2021 | MH Change | 10/01/2021 18:04:02 | 10/01/2021 22:08:25 | 0 | |
| CCC | | | CCCMS 10/13/2021 - 10/27/2021 | N | 10/20/2021 00:00:00 | CMF | II | 11/07/2021 13:23:31 | 10/13/2021 | MH Change | 10/27/2021 07:58:34 | 10/27/2021 14:59:31 | 14 | |
| CEN | | | CCCMS 10/26/2021 - 10/26/2021 | N | 10/27/2021 00:00:00 | RJD | IV | 09/18/2018 16 55:41 | 10/26/2021 | MH Change | 10/26/2021 14:40:00 | 10/26/2021 17:33 00 | 0 | |
| CEN | | | CCCMS 10/13/2021 - 10/13/2021 | N | 10/13/2021 15:55:39 | RJD | III | 10/04/2021 16:43:26 | 10/13/2021 | MH Change | 10/13/2021 17:36:11 | 10/13/2021 19:49:23 | 0 | |
| CEN | | | CCCMS 09/24/2021 - 10/06/2021 | N | 09/27/2021 00:00:00 | VSP | II | 09/26/2017 11:41:35 | 09/24/2021 | MH Change | 10/06/2021 07:32:00 | 10/06/2021 14:58:37 | 12 | |
| CEN | | | CCCMS 09/22/2021 - 10/06/2021 | N | 10/06/2021 00:00:00 | CMC | III | 10/29/2018 12 04:36 | 09/22/2021 | MH Change | 10/06/2021 07:32:00 | 10/06/2021 14:52:19 | 14 | |
| CEN | | | CCCMS 10/07/2021 - 10/07/2021 | N | 10/07/2021 12:41:09 | RJD | NA | 10/07/2021 00 53:23 | 10/07/2021 | MH Change | 10/07/2021 16:57:00 | 10/07/2021 19:10 03 | 0 | |
| CEN | | | CCCMS 10/28/2021 - 10/28/2021 | N | 10/28/2021 13:06:26 | RJD | NA | 01/15/2020 19:25:35 | 10/28/2021 | MH Change | 10/28/2021 15:06:00 | 10/28/2021 17:40:26 | 0 | |
| CEN | | | CCCMS 10/22/2021 - 10/31/2021 | N | 10/25/2021 00:00:00 | CIM | II | 01/27/2021 00:16 57 | 10/22/2021 | MH Change | | | | |
| CEN | | | CCCMS 10/22/2021 - 10/31/2021 | N | 10/22/2021 00:00:00 | CMC | III | 02/04/2021 22:20 00 | 10/22/2021 | MH Change | | | | |
| CEN | | | CCCMS 10/13/2021 - 10/22/2021 | N | 10/15/2021 00:00:00 | CRC | II | 06/11/2021 09:19:15 | 10/13/2021 | MH Change | 10/22/2021 08:18:00 | 10/22/2021 11:19:16 | 8 | |
| CEN | | | CCCMS 09/28/2021 - 10/11/2021 | N | 10/04/2021 00:00:00 | CIM | I | 07/21/2021 20:19:34 | 09/28/2021 | MH Change | 10/11/2021 09:13:00 | 10/11/2021 18:08:40 | 13 | |
| CEN | | | CCCMS 09/30/2021 - 10/12/2021 | N | | CRC | II | 09/10/2021 02 05:23 | 09/30/2021 | MH Change | 10/14/2021 11:59:00 | 10/14/2021 20:52:42 | 14 | |
| CEN | | | CCCMS 10/27/2021 - 10/31/2021 | N | | | | 07/27/2021 16:17 00 | 10/27/2021 | MH Change | | | | |
| CEN | | | CCCMS 10/06/2021 - 10/19/2021 | N | 10/12/2021 00:00:00 | CCI | II | 07/27/2021 16:17 00 | 10/06/2021 | MH Change | 10/19/2021 07:56:00 | 10/19/2021 13:20:39 | 13 | |
| CEN | | | CCCMS 10/07/2021 - 10/14/2021 | N | 10/08/2021 12:13:47 | RJD | III | 07/13/2021 16 17 48 | 10/07/2021 | MH Change | 10/14/2021 03:45:15 | 10/14/2021 06:25:35 | 7 | |
| CEN | | | CCCMS 10/06/2021 - 10/19/2021 | N | 10/11/2021 00:00:00 | PVSP | III | 07/09/2021 11:10:10 | 10/06/2021 | MH Change | 10/19/2021 07:56:00 | 10/19/2021 14:49:13 | 13 | |
| CEN | | | CCCMS 10/12/2021 - 10/25/2021 | N | 10/18/2021 00:00:00 | CTF | II | 09/07/2017 18 07:45 | 10/12/2021 | MH Change | 10/25/2021 09:05:00 | 10/25/2021 18:32 04 | 13 | |
| CEN | | | CCCMS 10/22/2021 - 10/31/2021 | N | 10/25/2021 00:00:00 | SOL | III | 12/16/2016 12 55 53 | 10/22/2021 | MH Change | | | | |
| CEN | | | CCCMS 09/27/2021 - 10/06/2021 | N | 09/28/2021 00:00:00 | RJD | III | 10/02/2018 16 05:46 | 09/27/2021 | MH Change | 10/06/2021 15:48:43 | 10/06/2021 18:12:37 | 9 | |
| CVSP | | | CCCMS 10/19/2021 - 10/27/2021 | N | 10/25/2021 00:00:00 | VSP | II | 03/19/2020 18 04:12 | 10/19/2021 | MH Change | 10/27/2021 02:41:20 | 10/27/2021 04:29 06 | 8 | |
| CVSP | | | CCCMS 09/21/2021 - 10/05/2021 | Y | 09/22/2021 00:00:00 | CRC | II | 09/13/2021 18:18:11 | 09/21/2021 | MH Change | 10/05/2021 02:37:00 | 10/05/2021 06:17:11 | 14 | |
| CVSP | | | CCCMS 10/28/2021 - 10/31/2021 | N | | | | 10/13/2021 12:40:39 | 10/28/2021 | MH Change | | | | |
| ISP | | | CCCMS 10/07/2021 - 10/19/2021 | N | 10/12/2021 00:00:00 | KVSP | IV | 07/18/2018 11:18:28 | 10/07/2021 | MH Change | 10/19/2021 08:26:00 | 10/19/2021 15:41 07 | 12 | |
| ISP | | | CCCMS 10/14/2021 - 10/28/2021 | N | 10/14/2021 00:00:00 | MCSP | III | 01/31/2020 03 08 00 | 10/14/2021 | MH Change | 10/28/2021 10:04:00 | 10/28/2021 20:59:33 | 14 | |
| ISP | | | CCCMS 09/23/2021 - 10/06/2021 | N | 09/27/2021 00:00:00 | CMC | III | 03/05/2019 14 39 53 | 09/23/2021 | MH Change | 10/06/2021 05:59:00 | 10/06/2021 14:16:26 | 13 | |
| ISP | | | CCCMS 10/28/2021 - 10/31/2021 | N | | | | 08/27/2019 14 55:13 | 10/28/2021 | MH Change | | | | |
| ISP | | | CCCMS 10/06/2021 - 10/31/2021 | Y | 10/12/2021 00:00:00 | CIM | II | 06/02/2021 15 52:19 | 10/06/2021 | MH Change | | | 25 | **Temporary Medical Hold** issued 10/8/2021. Set to expire 11/12/2021. |
| ISP | | | CCCMS 10/14/2021 - 10/28/2021 | N | 10/15/2021 00:00:00 | SATF | III | 06/07/2021 13 58 04 | 10/14/2021 | MH Change | 10/28/2021 10:04:00 | 10/28/2021 16:52:28 | 14 | |
| ISP | | | CCCMS 10/28/2021 - 10/31/2021 | N | | | | 04/18/2017 10:41:12 | 10/28/2021 | MH Change | | | | |

# EXHIBIT B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 11/02/2021 07:40 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 10/01/2021 - 10/31/2021
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
NOTE: CAMU utilizes this report for mandated court reporting. No changes in display or logic will be made without authorization from CAMU.

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL | ███ | ███ | 04/02/2021 | N | 01/31/2020 15:32:14 | CHCF | NA | 10/18/2021 10:13:10 | CCCMS 04/02/2021 - 10/18/2021 | MH Upon Arrival | 10/18/2021 10:14:28 | 10/18/2021 12:10:28 | 1.93 | Out to Court. Transferred same day to be housed at RJD |
| ISP | ███ | ███ | 06/03/2021 | N | 10/09/2020 00:00 00 | KVSP | IV | 08/11/2021 15:09 07 | CCCMS 06/03/2021 - 10/31/2021 | MH Upon Arrival | | | | Pending Out to Court Completion |
| ISP | ███ | ███ | 09/09/2020 | N | 01/22/2021 00:00 00 | SVSP | III | 08/12/2021 10:49:32 | CCCMS 09/09/2020 - 10/06/2021 | MH Upon Arrival | 10/06/2021 04:53:42 | 10/06/2021 13:26:08 | 1,323 | Out to Court Proceedings |
| ISP | ███ | ███ | 02/10/2021 | N | 02/19/2021 00:00 00 | SATF | IV | 10/01/2021 21:54:39 | CCCMS 02/10/2021 - 10/13/2021 | MH Upon Arrival | 10/13/2021 06:56:00 | 10/13/2021 17 02:28 | 283 | Out to Court Proceedings |