| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>DAMON G. MCCLAIN - 209508<br>Supervising Deputy Attorney General<br>IRAM HASAN - 320802<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-3793<br>  Fax:  (415) 703-5480<br>  E-mail:  Iram.Hasan@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO - 179755<br>SAMANTHA D. WOLFF – 240280<br>  425 Market Street, 26th Floor<br>  San Francisco, CA 94015<br>  Telephone: (415) 777-3200<br>  Facsimile: (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>                        Plaintiffs,<br>v.<br>GAVIN NEWSOM, et al.,<br>                        Defendants. | 2:90-cv-00520 KJM-DB<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>                        Plaintiffs,<br>v.<br>GAVIN NEWSOM, et al.,<br>                        Defendants. | C01-1351 JST<br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOVEMBER 2021 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to comply with the Court's February 10, 2014 Order Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order). Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. Exhibit B sets forth the status of the measures Defendants have implemented as required by the February 10, 2014 Order. (ECF 2766/5060 at ¶¶ 4-5.)

As of November 10, 2021, 94,920 incarcerated people were housed in the State's 34 adult institutions and none[1] were housed in out-of-state facilities. (Ex. A.[2]) The State's prison population is approximately 115.8 percent of design capacity. (Ex. A.)

Please note that Exhibit B's section discussing the medical parole program has been altered since the last report. *See* Exhibit B, subsection B, paragraph 2. Additionally, previous reports mistakenly reported that CDCR's 180-day early-release program ended on October 31, 2020. This has been corrected to accurately reflect July 28, 2021, as the end date for that program. *See* Exhibit B, subsection B, paragraph 6.

| | |
|---|---|
| Dated: November 15, 2021 | ROB BONTA<br>Attorney General of California<br><br>*/s/ Iram Hasan*<br>DAMON G. MCCLAIN<br>Supervising Deputy Attorney General<br>IRAM HASAN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: November 15, 2021 | HANSON BRIDGETT LLP<br><br>*/s/ Paul Mello*<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>*Attorneys for Defendants* |

---

[1] This statistic only concerns incarcerated people in out-of-state contract beds and does not include those housed in other states under interstate compact agreements.

[2] The data in Exhibit A is taken from CDCR's November 10, 2021 weekly population report, available on CDCR's website at https://www.cdcr.ca.gov/research/population-reports-2/.

1
Defendants' November 2021 Status Report
Case Nos. 2:90-cv-00520 KJM-DB & C01-1351 JST