Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7 318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
Hanson Bridgett LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                           Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                           Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' THIRTY-FIRST STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS** |

## INTRODUCTION

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id.*) Defendants have filed thirty status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds.

///

## DISCUSSION

**I.    DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

Beginning on May 28, 2019, Defendants have timely filed thirty status reports on the funding process for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD).[1]  The reports explain that the California Department of Corrections and Rehabilitation (CDCR) is proceeding with the construction of 50 crisis beds at CIM and that CDCR has completed the project's preliminary plan phase of design, the project's working drawings phase, and that the project has been funded through the 2020-2021 and 2021-2022 State Budgets.

**II.    UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

CDCR's MHCB construction project in Southern California is proceeding with the construction of 50 new licensed mental health crisis beds at CIM.  (ECF Nos. 6297 at 3, and 6371 at 3.)  CDCR continues work on the plan.  (Borg Decl. ¶ 2.)

As reported last month, the next step in the funding process for the CIM project is to request approval of the completed working drawings and permission to proceed to bid from the Department of Finance.  (Borg Decl. ¶ 3.)  The timeline for these actions will be dependent upon the completion of revisions to the Environmental Impact Report (EIR) and a subsequent dismissal of litigation concerning the construction project in the San Bernardino County Superior Court.  (*Id.*)

In 2019, the City of Chino, the City of Chino Hills, San Bernardino County and the Chino Valley Independent Fire District filed a petition in San Bernardino Superior Court seeking an order directing CDCR to vacate approval of the CIM project on the basis that CDCR's EIR on the construction project was inadequate.  (ECF No. 7070 at 3, 7070-1 at 2 and Exhibit A.)  Although CDCR successfully defended seven of ten claims raised in the petition, the Superior Court's

---

[1] ECF Nos. 6168, 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, 6840, 6884, 6926, 6967, 7007, 7036, 7070, 7114, 7139, 7189, 7213, 7252, 7289, 7329 and 7360.

Defs.' 31st Status Report on Funding for Construction of MHCBs (2:90-cv-00520 KJM-DB (PC))

1  decision, which issued on February 24, 2021, found three inadequacies in the EIR for the CIM
2  project. (*Id.*) CDCR will need to address those three issues, which are (1) the description of
3  baseline conditions; (2) the analysis of project alternatives; and (3) the analysis of traffic impacts,
4  before the project can proceed. (*Id.*)

5        The San Bernardino Superior Court issued on September 14, 2021, a writ of mandate and
6  judgment concerning the Environmental Impact Report (EIR) for the CIM project. (ECF No.
7  7329 at 3.) The writ of mandate mirrored a revised ruling issued by the Court on June 24, 2021,
8  that found the EIR inadequate in regards to baseline conditions of the project and alternatives to
9  the project. (*Id.*) To address the writ of mandate, CDCR revised the EIR. (*Id.*)

10       The next step to resolve the San Bernardino litigation is for CDCR to lodge and serve the
11 administrative record for the Final Revised EIR and move to discharge the writ. (Borg Decl. ¶ 5.)
12 Defendants will provide an anticipated timeline for CDCR to seek dismissal of writ of mandate, if
13 that information is available, in the thirty-second status report to the Court in December. (*Id.*)

14 **CERTIFICATION**
15       Defendants' counsel certifies that she reviewed the following orders relevant to this filing:
16 ECF Nos. 3556, 6135, 6212, and 6312.

| | |
|---|---|
| Dated: November 29, 2021 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>DAMON MCCLAIN<br>Supervising Deputy Attorney General<br><br>/s/ *Elise Owens Thorn*<br>ELISE OWENS THORN<br>Deputy Attorney General<br>*Attorneys for Defendants*<br><br>HANSON BRIDGETT LLP<br><br>/s/ *Samantha D. Wolff*<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>LAUREL E. O'CONNOR<br>DAVID C. CASARRUBIAS<br>Attorneys for Defendants |