UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:90-cv-0520 KJM DB P<br><br><br>**ORDER** |

On December 11, 1995, the court entered an order referring this matter to a Special Master and directing that the Special Master's fees and expenses be borne by the defendants as part of the costs of this action. A significant amount of work remains to be done by the Special Master and additional funds are required to pay his fees and expenses.

The court must take all steps necessary to ensure timely payment of the Special Master's fees and expenses. Beginning in February 2020, the court increased the required deposits in light of the increase in both the Special Master's workload and his staff. *See* ECF Nos. 6455, 6703, 6784, 6977, 7113, 7308. Ongoing remedial issues and exigent circumstances presented by the novel coronavirus pandemic require an additional deposit of funds within the next thirty days.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, defendants shall deposit with the Clerk of the Court a one hundred and fortieth interim payment of costs in the amount of

**$3,000,000.00**, which amount shall be invested in the interest-bearing account previously opened for this action; and

    2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED: December 2, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

/cole140