Shawna Ballard, State Bar No. 155188
Kate Falkenstien, State Bar No. 313753
Reichman Jorgensen Lehman & Feldberg LLP
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  Email: sballard@reichmanjorgensen.com
         kfalkenstien@reichmanjorgensen.com

Brian C. Baran, State Bar No. 325939
Reichman Jorgensen Lehman & Feldberg LLP
  1710 Rhode Island Ave NW, 12th Floor
  Washington, DC 20036
  Telephone: (202) 894-7310
  Fax: (650) 623-1449
  Email: bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor
Christopher Lipsey*

Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com

*Attorneys for Defendants*

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.**<br><br>            Plaintiffs,<br><br>    v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>            Defendants. | Case No. 2:90-cv-00520 KJM DB P<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES FOR ADJUDICATING PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S CLAIM**<br><br>Judge:        Hon. Kimberly Mueller<br>Action Filed: April 23, 1990 |

On June 3, 2021, the Court issued an order adopting the parties' proposed schedule to adjudicate Plaintiff-Intervenor Christopher Lipsey's claim in intervention. *See* ECF No. 7191. Under that schedule, fact discovery was to be completed by October 29, 2021. *Id.* ¶ 2. Other deadlines for expert discovery and dispositive and *Daubert* motions followed from the fact discovery cutoff. *Id.* ¶ 3. After the magistrate judge granted in part Lipsey's motion to compel on September 10, 2021 and Defendants discovered an error in the execution of search terms that, when corrected, significantly expanded the volume of documents to be reviewed and produced, the parties stipulated to, and the Court ordered, an extension of the discovery deadlines on October 14, 2021. ECF No. 7344. Fact discovery is now scheduled to close on December 16, 2021. *Id.* ¶ 1.

Lipsey and Defendants have been actively working to complete discovery on schedule but again need more time. Lipsey's responses to Defendants' written discovery have taken longer than expected as a result of the delays inherent in communicating with and collecting documents from an incarcerated client, even with Defendants' assistance in facilitating the process. Additionally, Defendants are continuing to review and produce documents collected in response to the motion to compel ruling and the corrected search that contributed to the previous extension. Although the parties hope to be able to complete these tasks by the current fact discovery deadline, there remains a significant amount of discovery to be completed, including, but not limited to the parties' need to complete written discovery; Lipsey's plan to schedule and complete ten fact witness depositions, including those of high-level CDCR officials and at least one non-party, TimeKeeping Systems, Inc. (the supplier of the Guard One system), whose counsel has represented to Lipsey's counsel that it is not available for a deposition until late December or early January; and Defendants' plan to take Lipsey's deposition. The parties therefore request an extension of discovery deadlines.

**IT IS STIPULATED AS FOLLOWS:**

The parties jointly stipulate and request that the deadlines set forth in the October 14, 2021 order, ECF No. 7344, be extended as follows:

1. Fact discovery shall be completed by February 28, 2022.

2. The parties shall disclose experts by March 25, 2022.

3. The parties shall disclose rebuttal experts by April 22, 2022.

4. All expert discovery shall be completed by May 13, 2022.

5. Dispositive and *Daubert* motions shall be filed by June 3, 2022 and shall be noticed for hearing and briefing in accordance with the provisions of Local Rule 230.

6. If necessary, an evidentiary hearing will be set for a date in September 2022.

Dated: December 8, 2021                  Respectfully submitted,

 /s/ *Brian C. Baran*                    /s/ *Elise Owens Thorn* (as authorized on 12/8/21)

REICHMAN JORGENSEN                       ROB BONTA
LEHMAN & FELDBERG LLP                    Attorney General of California
Shawna L. Ballard (SBN 155188)           DAMON MCCLAIN
Kate Falkenstien (SBN 313753)            Supervising Deputy Attorney General
100 Marine Parkway, Suite 300
Redwood Shores, California 94065         ELISE OWENS THORN
Telephone: (650) 623-1401                Deputy Attorney General
Fax: (650) 623-1449
sballard@reichmanjorgensen.com           *Attorneys for Defendants*
kfalkenstien@reichmanjorgensen.com

REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
Brian C. Baran (SBN 325939)
1710 Rhode Island Ave NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449
bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor
Christopher Lipsey*

**IT IS SO ORDERED.**

Dated: December 9, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE