Rob Bonta
Attorney General of California
Monica N. Anderson
Senior Assistant Attorney General
Damon G. McClain - 209508
Supervising Deputy Attorney General
Iram Hasan - 320802
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3793
  Fax:  (415) 703-5480
  E-mail:  Iram.Hasan@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello - 179755
Samantha D. Wolff – 240280
  425 Market Street, 26th Floor
  San Francisco, CA 94015
  Telephone: (415) 777-3200
  Facsimile: (415) 541-9366
  E-mail: pmello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>                      Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>                      Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' DECEMBER 2021 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to comply with the Court's February 10, 2014 Order Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order). Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. Exhibit B sets forth the status of the measures Defendants have implemented as required by the February 10, 2014 Order. (ECF 2766/5060 at ¶¶ 4-5.)

As of December 8, 2021, 94,715 incarcerated people were housed in the State's 34 adult institutions and none[1] were housed in out-of-state facilities. (Ex. A.[2]) The State's prison population is approximately 115.6 percent of design capacity. (Ex. A.)

Dated:  December 15, 2021

ROB BONTA
Attorney General of California

/s/    Damon G. McClain
DAMON G. MCCLAIN
Supervising Deputy Attorney General
IRAM HASAN
Deputy Attorney General
*Attorneys for Defendants*

Dated:  December 15, 2021

HANSON BRIDGETT LLP

/s/    Paul B. Mello
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

---

[1] This statistic only concerns incarcerated people in out-of-state contract beds and does not include those housed in other states under interstate compact agreements.
[2] The data in Exhibit A is taken from CDCR's November 10, 2021 weekly population report, available on CDCR's website at https://www.cdcr.ca.gov/research/population-reports-2/.

1

Defendants' December 2021 Status Report
Case Nos. 2:90-cv-00520 KJM-DB & C01-1351 JST