1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   MONICA N. ANDERSON, State Bar No. 182970
    Senior Assistant Attorney General
3   DAMON MCCLAIN, State Bar No. 209508
    Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
    NAMRATA KOTWANI, State Bar No. 308741
5   Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
     Telephone:  (415) 510-4431
7    Fax:  (415) 703-5843
     E-mail:  Namrata.Kotwani@doj.ca.gov
8   Attorneys for Defendants

    PAUL B. MELLO, State Bar No. 179755
    SAMANTHA D. WOLFF, State Bar No. 240280
    LAUREL E. O'CONNOR, State Bar No. 305478
    DAVID C. CASARRUBIAS, State Bar No. 321994
    HANSON BRIDGETT LLP
     1676 N. California Boulevard, Suite 620
     Walnut Creek, CA 94596
     Telephone:  (925) 746-8460
     Fax:  (925) 746-8490
     E-mail:  PMello@hansonbridgett.com
    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

Defendants California Department of Corrections and Rehabilitation (CDCR) and

Department of State Hospitals (DSH) file the attached reports capturing data concerning patient

census, waitlists, and compliance with transfer timelines for inpatient mental health care in

compliance with the Court's October 13, 2015 order.  (ECF No. 5367.)  Attached are letters from

CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's

April 19, 2017 order (ECF No. 5610):  (1) DSH CDCR Patient Census and Waitlist Report

(Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted

November 1 Through November 30, 2021 Who Waited Beyond Program Guide Timelines

(Exhibit B); (3); CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and

1

Waitlist Report as of November 29, 2021 (Exhibit C); (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of November 29, 2021 (Exhibit D); (5) Psychiatric Inpatient Programs Census Report as of 11/29/21 (Exhibit E); and (6) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in November 2021 (Exhibit F).

CDCR has identified an issue with the data reported in Exhibit C, CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of November 29, 2021. Because of a modification in how referrals are processed under conditions caused by the COVID-19 pandemic, Exhibit C does not capture all of the patients waiting to be transferred to an inpatient bed. The attached letter describes the discrepancy caused by the change in the referral process under COVID-19 conditions. CDCR is reviewing past reports and is working to resolve the issue with the report, and to verify and if necessary, correct previously reported data.

The current compliance report at Exhibit F shows that of the 182 patients admitted to inpatient programs in November 2021, 79 transferred beyond Program Guide timelines as a result of exceptions to the Program Guide, including delays related to COVID-19. As reflected in the attached letter from CDCR, CDCR continues to monitor the inpatient transfer timelines and exceptions, and will continue to review this information with the Special Master in Work Groups and with other stakeholders in various settings.

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 5367 and ECF No. 5610.

Dated: December 15, 2021                    Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Namrata Kotwani*
Namrata Kotwani
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Census, Waitlists, and Transfer Timelines Compliance Reports (2:90-cv-00520 KJM-DB (PC))

State of California – Department of State Hospitals                    Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



December 14, 2021

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

The California Department of State Hospitals (DSH) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

The DSH CDCR Patient Census and Waitlist Report as of November 29, 2021, attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted November 1, 2021 through November 30, 2021 Who Waited Beyond Program Guide Timelines, attached as Exhibit B, are based on data from the DSH Bed Utilization Management Report.

The report attached as Exhibit A reflects data collected at a single point in time and, as a result, should not be used for purposes outside of that report. The report attached as Exhibit B is the compliance report from DSH, which includes requested compliance data for all DSH level of care referrals admitted to inpatient care in November 2021, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

December 14, 2021
Page Two

DSH records show that as of November 30, 2021, there were no patients waiting beyond Program Guide transfer timelines. A supplemental report on DSH's pending waitlist, provided to the Special Master and Plaintiffs via e-mail, shows that no patients were admitted to DSH in November 2021 beyond the thirty day timeline.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

# EXHIBIT A

State of California

GAVIN NEWSOM, Governor

DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION 2:20-CV-00520-KJM-SCR    Document 7399    Filed 12/15/21    Page 6 of 25

Patient Management Unit

1215 O Street

Sacramento, CA 95814

DSH

## DSH CDCR Patient Census and Waitlist Report

Data as of: 11/29/2021

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | - | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (Includes 0 Waiting >10 Days) |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 146 | 0 | 0 | 0 | 110 | 8 | 1 | 0 | 9 |
| Coalinga | 50 | 23 | 0 | 0 | 0 | 27 | | | | |
| Total | 306 | 169 | 0 | 0 | 0 | 137 | 8 | 1 | 0 | (Includes 0 Waiting >30 Days) |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 10 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | 0 |
| Total | 30 | 10 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | (Includes 0 Waiting >30 Days) |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

# EXHIBIT B

State of California

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION** M-SCR    Document 7399    Filed 12/15/21    Page 8 of 25

GAVIN NEWSOM, Governor

Patient Management Unit

1215 O Street

Sacramento, CA 95814



### DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted November 1 through November 30, 2021 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[3]Including patients admitted in November 2021 who waited greater than 30 days from the referral received date to DSH for a change in level of care.

[4]Includes the total number of days patients admitted in November 2021 waited beyond 30 days from the referral received date to DSH for a change in level of care.

State of California GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**-KJM-SCR Document 7399 Filed 12/15/21 Page 9 of 25

Patient Management Unit

1215 O Street

Sacramento, CA 95814



## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted November 1 through November 30, 2021 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| **Total Number of Patients Waiting Over 30 Days** | **0** | **Total Number of Days All Patients** | **0** | **0** | **0** | **0** | **0** | - |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



December 14, 2021

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
       COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

        The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

        The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of November 29, 2021 (Exhibit C), the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of November 29, 2021 (Exhibit D), the Psychiatric Inpatient Programs Census Report as of 11/29/2021 (Exhibit E), and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in November 2021 (Exhibit F), are generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application.

        The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.  The reports attached as Exhibit F are compliance reports from CDCR, which include requested compliance data for all referrals admitted to inpatient care in November 2021, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

        CDCR has identified an issue with the data reported in Exhibit C, CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of November 29, 2021. Because of a modification in how referrals are processed under conditions caused by the COVID pandemic, Exhibit C does not capture all of the acute and intermediate referrals waiting beyond their respective Program Guide timelines.  Exhibit C reports that as of November 29, 2021, 9 acute and 15 intermediate referrals were waiting beyond Program Guide timeframes.  However, CDCR's Inpatient Referral Unit reports 29 acute and 19 intermediate referrals beyond Program

December 14, 2021
Page Two

Guide timeframes as of the same date.  CDCR is reviewing past reports and is working to resolve the issue with the report, and to verify and, if necessary, correct previously reported data.

Although not reflected in CDCR's census and waitlist report and PIP census report at Exhibits C and E, the California Medical Facility's PIP is operating with twenty-five beds offline due to staffing shortages (psychiatry and nursing), and eight additional beds offline within dorm housing in order to achieve physical distancing.

CDCR continues to closely monitor the inpatient transfer timelines and exceptions reported in Exhibit F, the Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in November 2021 report.  The report continues to list COVID-19 as the primary exception, reflecting the COVID-19 pandemic's continuing impact on CDCR's ability to complete transfers within Program Guide timelines. CDCR continuously evaluates the impact of different aspects of COVID-19.  At the beginning of the pandemic, CDCR stopped movement of patients, with limited exceptions, in order to mitigate the spread of COVID amongst inmates and staff.  In February 2021, as adequate testing and quarantine protocols were in place and the vaccine because widely available, CDCR began movement of PIP patients again.  But by this time, CDCR's PIP waitlist had swelled to over 300 patients due to restricted movement caused by the pandemic.  Although CDCR moved expeditiously to reduce the COVID backlog, that COVID backlog put tremendous stress on PIPs as they were forced to complete intakes at an increased rate while simultaneously continuing to mitigate COVID risk.  During this time, CDCR also focused almost exclusively on admissions, diverting attention from utilization management and discharge.  While PIPs normally intake and discharge patients at a predictable rate, this frontloading of admissions has slowed the rate of discharges, and thus inhibited CDCR's ability to admit patients at the same rates seen pre-COVID.  Compounding this issue is the requirement to adhere to COVID social distancing requirements, as recommended by the Centers for Disease Control and public health experts.  Social distancing reduces the number of patients who can be treated in group treatment spaces and has extended the length of time patients remain in inpatient beds.

While CDCR is working through the effects of COVID-19 described above, it will continue to track all exceptions in detail and will review this information with the Special Master in workgroups and with other stakeholders in various settings.

Sincerely,

/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

# EXHIBIT C

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 201 | 81 | 0 | 0 | 7 | 113 | | | | | |
| California Medical Facility (CMF) | 218 | 200 | 8 | 0 | 0 | 10 | | | | | |
| Total | 419 | 281 | 8 | 0 | 7 | 123 | 41 | 5 | 46 | 8 | |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 58 | 3 | 0 | 0 | 23 | | | | |
| Total | 84 | 58 | 3 | 0 | 0 | 23 | 2 | 1 | 3 | 0 |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 331 | 300 | 2 | 0 | 11 | 18 | | | | |
| CMF Multi Cell | 68 | 40 | 14 | 0 | 0 | 14 | | | | |
| CMF Single Cell | 94 | 60 | 2 | 0 | 0 | 32 | | | | |
| SVSP Multi Cell | 44 | 36 | 2 | 0 | 0 | 6 | | | | |
| SVSP Single Cell | 202 | 190 | 9 | 1 | 0 | 2 | | | | |
| Total | 739 | 626 | 29 | 1 | 11 | 72 | 50 | 9 | 59 | 15 |

| MALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CSP, San Quentin (Condemned) | 40 | 17 | 0 | 0 | 0 | 23 | | | | | |
| CSP, San Quentin (Non-Condemned) | N/A | 14 | 1 | 0 | 0 | -15 | | | | | |
| MH Flex Institutions(s)/Program(s)[6] | 12 | 10 | 0 | 1 | 0 | 1 | | | | | |
| Total | 52 | 41 | 1 | 1 | 0 | 9 | 0 | 1 | 1 | 1 | 0 |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 21 | 1 | 0 | 0 | 23 | | | | | |
| Total | 45 | 21 | 1 | 0 | 0 | 23 | 0 | 1 | 1 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPs | 1339 | 1027 | 42 | 2 | 18 | 250 | 93 | 17 | 110 | 9 | 15 |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

[6] MH Beds flexed to Acute and/or ICF at insitutions that do not have a PIP program.

*There are 9 APP referrals, waiting greater than 10 days, that are pending an exception due to COVID-19.

**There are 15 ICF referrals, waiting greater than 30 days, that are pending an exception due to COVID-19.

# EXHIBIT D

**CDCR Mental Health Crisis Bed**
***Coleman*** **Patient Census and Waitlist Report as of**
**November 29, 2021**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 397 | 242 | 17 | 138 | 9 | 9 | 0 |
| Female Programs | 41 | 18 | 0 | 23 | 1 | 1 | 0 |
| Totals | **438** | **260** | **17** | **161** | **10** | **10** | **0** |

Data Source: HCPOP Endorsements and Referrals Tracking (HEART)          CCHCS, Corrections Services, Compliance & Reporting Unit

# EXHIBIT E

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 11/29/2021**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 3 |
| | | Level I: | 8 |
| | | Level II: | 47 |
| | | Level III: | 34 |
| | | Level IV: | 108 |
| | | **Total Census:** | **200** |
| PIP-Stockton | 201 | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 23 |
| | | Level III: | 5 |
| | | Level IV: | 52 |
| | | **Total Census:** | **81** |
| **Totals for Male Acute** | **419** | | **281** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 331 | No Score: | 1 |
| | | Level I: | 3 |
| | | Level II: | 36 |
| | | Level III: | 22 |
| | | Level IV: | 238 |
| | | **Total Census:** | **300** |
| | | *Total out of LRH:* | *101* |
| PIP-Vacaville | 94 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 11 |
| | | Level III: | 8 |
| | | Level IV: | 41 |
| | | **Total Census:** | **60** |
| | | *Total out of LRH:* | *16* |
| PIP-Vacaville Multi-person Cells | 68 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 14 |
| | | Level III: | 7 |
| | | Level IV: | 18 |
| | | **Total Census:** | **40** |
| | | *Total out of LRH:* | *31* |
| PIP-Salinas Valley | 202 | No Score: | 1 |
| | | Level I: | 3 |
| | | Level II: | 29 |
| | | Level III: | 24 |
| | | Level IV: | 133 |
| | | **Total Census:** | **190** |
| | | PC 1370: | 4 |
| | | WIC 7301: | 3 |
| | | *Total out of LRH:* | *48* |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 11/29/2021**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 8 |
| | | Level III: | 5 |
| | | Level IV: | 23 |
| | | **Total Census:** | **36** |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *19* |
| **Totals for Male ICF High Custody** | **739** | | **626** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 25 |
| | | Level III: | 10 |
| | | Level IV: | 21 |
| | | **Total Census:** | **58** |
| | | *Total out of LRH:* | *35* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 12 |
| | | Level II: | 84 |
| | | Level III: | 16 |
| | | Level IV: | 34 |
| | | **Total Census:** | **146** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 10 |
| | | Level III: | 3 |
| | | Level IV: | 8 |
| | | **Total Census:** | **23** |
| **Totals for Male ICF Low Custody** | **390** | | **227** |
| **Male Programs** | | | |
| PIP-San Quentin | 40 | **Total Census:** | **17** |
| PIP-San Quentin Non-Condemned | N/A | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 4 |
| | | Level III: | 1 |
| | | Level IV: | 9 |
| | | **Total Census:** | **14** |
| MH Flex Institution(s)/ Program(s) | 12 | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 3 |
| | | Level III: | 1 |
| | | Level IV: | 5 |
| | | **Total Census:** | **10** |
| **Totals for Male ICF/Acute** | **52** | | **41** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 11/29/2021**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 7 |
| | | Level III: | 2 |
| | | Level IV: | 0 |
| | | **Total Census:** | **11** |
| PIP-California Institution for Women | 45 | No Score: | 3 |
| | | Level I: | 3 |
| | | Level II: | 5 |
| | | Level III: | 0 |
| | | Level IV: | 10 |
| | | **Total Census:** | **21** |
| | | *Total out of LRH:* | *2* |
| **Totals for Female ICF/Acute** | **75** | | **32** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1675** | | **1207** |

❖ **Bed Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Program:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **MH Flex Institution(s)/Program(s):** MH beds flexed to Acute and/or ICF at institutions that do not have a PIP program.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

# EXHIBIT F

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN NOVEMBER 2021 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 113 | 55 | 32 | 26 | 32 | 0 | 0 |
| Acute (APP) | 69 | 8 | 47 | 14 | 47 | 0 | 0 |
| TOTALS | 182 | 63 | 79 | 40 | 79 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).
[2] Exceptions to the Program Guide timeframes include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, patients on medical or Vitek holds and/or other approved operational circumstances.

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | KVSP | | | MHCB | 11/8/2021 | 11/9/2021 | 11/24/2021 | Acute / preliminary Unlocked Dorms | 11/24/2021 | APP: VPP | 11/24/2021 12:12:00 |
| APP | CMF | | | MHCB | 10/28/2021 | 11/4/2021 | 11/24/2021 | Acute / preliminary Single Cell | 11/24/2021 | APP: VPP | 11/24/2021 11:10:00 |
| APP | SAC | | | MHCB | 11/3/2021 | 11/4/2021 | 11/29/2021 | Acute / preliminary Unlocked Dorms | 11/29/2021 | APP: VPP | 11/29/2021 11:20:00 |
| APP | COR | | | MHCB | 11/3/2021 | 11/4/2021 | 11/24/2021 | Acute / preliminary Unlocked Dorms | 11/24/2021 | APP: VPP | 11/24/2021 10:38:00 |
| APP | SATF | | | MHCB | 10/28/2021 | 11/3/2021 | 11/23/2021 | Acute / preliminary Unlocked Dorms | 11/23/2021 | APP: VPP | 11/23/2021 12:31:00 |
| APP | SATF | | | MHCB | 10/26/2021 | 11/2/2021 | 11/22/2021 | Acute / preliminary Multi Person Cell | 11/22/2021 | APP: SQ | 11/22/2021 13:02:00 |
| APP | SOL | | | MHCB | 10/29/2021 | 11/2/2021 | 11/22/2021 | Acute / preliminary Single Cell | 11/22/2021 | APP: SQ | 11/22/2021 10:47:00 |
| APP | SAC | | | MHCB | 10/29/2021 | 11/1/2021 | 11/22/2021 | Acute / preliminary Single Cell | 11/22/2021 | APP: VPP | 11/22/2021 11:19:00 |
| APP | CHCF | | | MHCB | 10/21/2021 | 10/29/2021 | 11/22/2021 | Acute / preliminary Unlocked Dorms | 11/22/2021 | APP: CMC | 11/22/2021 11:09:00 |
| APP | CMF | | | MHCB | 10/27/2021 | 10/28/2021 | 11/19/2021 | Acute / preliminary Unlocked Dorms | 11/19/2021 | APP: SQ | 11/19/2021 10:46:00 |
| APP | MCSP | | | MHCB | 10/27/2021 | 10/28/2021 | 11/18/2021 | Acute / preliminary Single Cell | 11/18/2021 | APP: CMC | 11/18/2021 12:39:00 |
| APP | PBSP | | | MHCB | 10/25/2021 | 10/27/2021 | 11/18/2021 | Acute / preliminary Multi Person Cell | 11/18/2021 | APP: VPP | 11/18/2021 13:51:00 |
| APP | SAC | | | MHCB | 10/25/2021 | 10/26/2021 | 11/17/2021 | Acute / preliminary Multi Person Cell | 11/17/2021 | APP: SQ | 11/17/2021 14:41:00 |
| APP | SAC | | | MHCB | 10/22/2021 | 10/25/2021 | 11/17/2021 | Acute / preliminary Multi Person Cell | 11/17/2021 | APP: SQ | 11/17/2021 13:38:00 |
| APP | LAC | | | MHCB | 10/21/2021 | 10/22/2021 | 11/16/2021 | Acute / preliminary Single Cell | 11/16/2021 | APP: VPP | 11/16/2021 11:36:00 |
| APP | LAC | | | MHCB | 10/21/2021 | 10/21/2021 | 11/16/2021 | Acute / preliminary Locked Dorms | 11/16/2021 | APP: VPP | 11/16/2021 12:07:00 |
| APP | SAC | | | MHCB | 10/20/2021 | 10/21/2021 | 11/16/2021 | Acute / preliminary Multi Person Cell | 11/16/2021 | APP: CMC | 11/16/2021 14:36:00 |
| APP | CIM | | | MHCB | 10/19/2021 | 10/20/2021 | 11/16/2021 | Acute / preliminary Single Cell | 11/16/2021 | APP: VPP | 11/16/2021 13:26:00 |
| APP | CMF | | | MHCB | 10/18/2021 | 10/19/2021 | 11/15/2021 | Acute / preliminary Unlocked Dorms | 11/15/2021 | APP: VPP | 11/15/2021 12:32:00 |
| APP | CHCF | | | MHCB | 10/15/2021 | 10/19/2021 | 11/12/2021 | Acute / preliminary Single Cell | 11/12/2021 | APP: VPP | 11/12/2021 12:41:00 |
| APP | WSP | | | MHCB | 10/18/2021 | 10/19/2021 | 11/12/2021 | Acute / preliminary Locked Dorms | 11/12/2021 | APP: VPP | 11/12/2021 11:54:00 |
| APP | SAC | | | MHCB | 10/13/2021 | 10/19/2021 | 11/16/2021 | Acute / preliminary Unlocked Dorms | 11/16/2021 | APP: VPP | 11/16/2021 11:14:00 |
| APP | CMF | | | MHCB | 10/15/2021 | 10/18/2021 | 11/12/2021 | Acute / preliminary Unlocked Dorms | 11/12/2021 | APP: VPP | 11/12/2021 11:21:00 |
| APP | CHCF | | | MHCB | 10/13/2021 | 10/18/2021 | 10/25/2021 | Acute / preliminary Single Cell | 10/25/2021 | APP: VPP | 10/25/2021 13:36:00 |
| APP | CIM | | | MHCB | 10/12/2021 | 10/15/2021 | 11/10/2021 | Acute / preliminary Single Cell | 11/10/2021 | APP: VPP | 11/10/2021 12:02:00 |
| APP | SATF | | | MHCB | 10/13/2021 | 10/15/2021 | 11/9/2021 | Acute / preliminary Unlocked Dorms | 11/09/2021 | APP: VPP | 11/09/2021 13:28:00 |
| APP | COR | | | MHCB | 10/13/2021 | 10/14/2021 | 11/9/2021 | Acute / preliminary Single Cell | 11/09/2021 | APP: VPP | 11/09/2021 14:06:00 |
| APP | SAC | | | MHCB | 10/13/2021 | 10/14/2021 | 11/9/2021 | Acute / preliminary Single Cell | 11/09/2021 | APP: VPP | 11/09/2021 12:31:00 |
| APP | CIM | | | MHCB | 10/12/2021 | 10/13/2021 | 11/5/2021 | Acute / preliminary Single Cell | 11/05/2021 | APP: VPP | 11/05/2021 11:09:00 |
| APP | RJD | | | MHCB | 10/7/2021 | 10/12/2021 | 11/5/2021 | Acute / preliminary Single Cell | 11/05/2021 | APP: VPP | 11/05/2021 12:22:00 |
| APP | COR | | | MHCB | 10/8/2021 | 10/12/2021 | 11/3/2021 | Acute / preliminary Single Cell | 11/03/2021 | APP: VPP | 11/03/2021 14:04:00 |
| APP | RJD | | | MHCB | 10/8/2021 | 10/12/2021 | 11/3/2021 | Acute / preliminary Multi Person Cell | 11/03/2021 | APP: VPP | 11/03/2021 12:57:00 |
| APP | PBSP | | | MHCB | 10/4/2021 | 10/11/2021 | 10/29/2021 | Acute / preliminary Unlocked Dorms | 10/29/2021 | APP: VPP | 10/29/2021 15:38:00 |
| APP | SATF | | | MHCB | 10/7/2021 | 10/11/2021 | 11/3/2021 | Acute / preliminary Unlocked Dorms | 11/03/2021 | APP: CMC | 11/03/2021 12:58:00 |
| APP | CMF | | | MHCB | 10/7/2021 | 10/8/2021 | 11/3/2021 | Acute / preliminary Unlocked Dorms | 11/03/2021 | APP: VPP | 11/03/2021 12:22:00 |
| APP | CHCF | | | MHCB | 10/5/2021 | 10/8/2021 | 11/3/2021 | Acute / preliminary Single Cell | 11/03/2021 | APP: VPP | 11/03/2021 14:16:00 |
| APP | RJD | | | MHCB | 10/6/2021 | 10/7/2021 | 11/2/2021 | Acute / preliminary Unlocked Dorms | 11/02/2021 | APP: VPP | 11/02/2021 15:14:00 |
| APP | CHCF | | | MHCB | 10/2/2021 | 10/6/2021 | 11/2/2021 | Acute / preliminary Single Cell | 11/02/2021 | APP: VPP | 11/02/2021 11:41:00 |
| APP | MCSP | | | MHCB | 10/6/2021 | 10/6/2021 | 11/2/2021 | Acute / preliminary Multi Person Cell | 11/02/2021 | APP: VPP | 11/02/2021 14:14:00 |
| APP | MCSP | | | MHCB | 10/1/2021 | 10/1/2021 | 11/1/2021 | Acute / preliminary Unlocked Dorms | 11/01/2021 | APP: CMC | 11/01/2021 15:23:00 |
| APP | SAC | | | MHCB | 9/28/2021 | 9/29/2021 | 11/1/2021 | Acute / preliminary Single Cell | 11/01/2021 | APP: VPP | 11/01/2021 11:08:00 |
| APP | COR | | | MHCB | 9/24/2021 | 9/29/2021 | 11/1/2021 | Acute / preliminary Unlocked Dorms | 11/01/2021 | APP: VPP | 11/01/2021 12:22:00 |
| APP | SVSP | | | MHCB | 9/28/2021 | 9/28/2021 | 10/29/2021 | Acute / preliminary Single Cell | 10/29/2021 | APP: CMC | 10/29/2021 13:54:00 |
| APP | COR | | | MHCB | 9/21/2021 | 9/22/2021 | 11/10/2021 | Acute / preliminary Single Cell | 11/10/2021 | APP: VPP | 11/10/2021 13:14:00 |
| APP | CHCF | | | MHCB | 9/15/2021 | 9/17/2021 | 10/4/2021 | Acute / preliminary Unlocked Dorms | 10/04/2021 | APP: SQ | 10/04/2021 14:46:00 |
| | | | | | | | | Acute / preliminary Single Cell | 10/04/2021 | APP: SQ | 10/04/2021 14:17:00 |
| APP | COR | | | MHCB | 9/10/2021 | 9/13/2021 | 11/9/2021 | Acute / preliminary Single Cell | 11/09/2021 | APP: VPP | 11/09/2021 12:08:00 |
| APP | SVSP | | | ICF-HIGH | 10/29/2021 | 11/3/2021 | 11/19/2021 | Acute / preliminary Single Cell | 11/19/2021 | APP: VPP | 11/19/2021 11:43:00 |

| HCPPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| APP: VPP | 11/24/2021 12:12:00 | APP: VPP | 11/29/2021 | APP: VPP | 11/30/2021 16:25:00 | EXCEPTION: COVID-19 | Admitted | 21 N | | 11 |
| APP: VPP | 11/24/2021 11:10:00 | APP: VPP | 11/29/2021 | APP: VPP | 11/30/2021 10:30:00 | EXCEPTION: COVID-19 | Admitted | 26 N | | 16 |
| APP: VPP | 11/29/2021 11:20:00 | APP: VPP | 11/29/2021 | APP: VPP | 11/30/2021 15:27:00 | EXCEPTION: COVID-19 | Admitted | 26 N | | 16 |
| APP: VPP | 11/24/2021 10:38:00 | APP: VPP | 11/29/2021 | APP: VPP | 11/30/2021 18:50:00 | EXCEPTION: COVID-19 | Admitted | 26 N | | 16 |
| APP: VPP | 11/23/2021 12:31:00 | APP: VPP | 11/24/2021 | APP: VPP | 11/29/2021 16:00:00 | EXCEPTION: COVID-19 | Admitted | 26 N | | 16 |
| APP: SQ | 11/22/2021 13:02:00 | APP: SQ | 11/23/2021 | APP: SQ | 11/24/2021 14:51:00 | EXCEPTION: COVID-19 | Admitted | 22 N | | 12 |
| APP: SQ | 11/22/2021 10:47:00 | APP: SQ | 11/22/2021 | APP: SQ | 11/23/2021 12:46:00 | EXCEPTION: COVID-19 | Admitted | 21 N | | 11 |
| APP: VPP | 11/22/2021 11:19:00 | APP: VPP | 11/23/2021 | APP: VPP | 11/24/2021 11:12:00 | EXCEPTION: COVID-19 | Admitted | 23 N | | 13 |
| APP: CMC | 11/22/2021 11:09:00 | APP: CMC | 11/23/2021 | APP: CMC | 11/24/2021 12:43:00 | EXCEPTION: COVID-19 | Admitted | 26 N | | 16 |
| APP: SQ | 11/19/2021 10:46:00 | APP: SQ | 11/22/2021 | APP: SQ | 11/30/2021 16:50:00 | EXCEPTION: COVID-19 | Admitted | 33 N | | 23 |
| APP: CMC | 11/18/2021 12:39:00 | APP: CMC | 11/19/2021 | APP: CMC | 11/22/2021 15:32:00 | EXCEPTION: COVID-19 | Admitted | 25 N | | 15 |
| APP: VPP | 11/18/2021 13:51:00 | APP: VPP | 11/23/2021 | APP: VPP | 11/24/2021 10:12:00 | EXCEPTION: COVID-19 | Admitted | 28 N | | 18 |
| APP: SQ | 11/17/2021 14:41:00 | APP: SQ | 11/18/2021 | APP: SQ | 11/19/2021 13:18:00 | EXCEPTION: COVID-19 | Admitted | 24 N | | 14 |
| APP: SQ | 11/17/2021 13:38:00 | APP: SQ | 11/18/2021 | APP: SQ | 11/19/2021 13:20:00 | EXCEPTION: COVID-19 | Admitted | 25 N | | 15 |
| APP: VPP | 11/16/2021 11:36:00 | APP: VPP | 11/16/2021 | APP: VPP | 11/19/2021 15:41:00 | EXCEPTION: COVID-19 | Admitted | 28 N | | 18 |
| APP: VPP | 11/16/2021 12:07:00 | APP: VPP | 11/16/2021 | APP: VPP | 11/18/2021 14:40:00 | EXCEPTION: COVID-19 | Admitted | 28 N | | 18 |
| APP: CMC | 11/16/2021 14:36:00 | APP: CMC | 11/18/2021 | APP: CMC | 11/19/2021 15:44:00 | EXCEPTION: COVID-19 | Admitted | 29 N | | 19 |
| APP: VPP | 11/16/2021 13:26:00 | APP: VPP | 11/17/2021 | APP: VPP | 11/18/2021 15:57:00 | EXCEPTION: COVID-19 | Admitted | 29 N | | 19 |
| APP: VPP | 11/15/2021 12:32:00 | APP: VPP | 11/16/2021 | APP: VPP | 11/17/2021 12:17:00 | EXCEPTION: COVID-19 | Admitted | 29 N | | 19 |
| APP: VPP | 11/12/2021 12:41:00 | APP: VPP | 11/15/2021 | APP: VPP | 11/16/2021 12:22:00 | EXCEPTION: COVID-19 | Admitted | 28 N | | 18 |
| APP: VPP | 11/12/2021 11:54:00 | APP: VPP | 11/15/2021 | APP: VPP | 11/16/2021 15:29:00 | EXCEPTION: COVID-19 | Admitted | 28 N | | 18 |
| APP: VPP | 11/16/2021 11:14:00 | APP: VPP | 11/16/2021 | APP: VPP | 11/17/2021 15:18:00 | EXCEPTION: COVID-19 | Admitted | 29 N | | 19 |
| APP: VPP | 11/12/2021 11:21:00 | APP: VPP | 11/15/2021 | APP: VPP | 11/16/2021 10:20:00 | EXCEPTION: COVID-19 | Admitted | 29 N | | 19 |
| APP: VPP | 10/25/2021 13:36:00 | APP: VPP | 11/05/2021 | APP: VPP | 11/08/2021 14:44:00 | EXCEPTION: COVID-19 | Admitted | 21 N | | 11 |
| APP: VPP | 11/10/2021 12:02:00 | APP: VPP | 11/24/2021 | APP: VPP | 11/29/2021 17:57:00 | EXCEPTION: COVID-19 | Admitted | 45 N | | 35 |
| APP: VPP | 11/09/2021 13:28:00 | APP: VPP | 11/23/2021 | APP: VPP | 11/24/2021 15:02:00 | EXCEPTION: COVID-19 | Admitted | 40 N | | 30 |
| APP: VPP | 11/09/2021 14:06:00 | APP: VPP | 11/10/2021 | APP: VPP | 11/12/2021 16:04:00 | EXCEPTION: COVID-19 | Admitted | 29 N | | 19 |
| APP: VPP | 11/09/2021 12:31:00 | APP: VPP | 11/10/2021 | APP: VPP | 11/12/2021 15:41:00 | EXCEPTION: COVID-19 | Admitted | 29 N | | 19 |
| APP: VPP | 11/05/2021 11:09:00 | APP: VPP | 11/08/2021 | APP: VPP | 11/09/2021 17:41:00 | EXCEPTION: COVID-19 | Admitted | 27 N | | 17 |
| APP: VPP | 11/05/2021 12:22:00 | APP: VPP | 11/08/2021 | APP: VPP | 11/17/2021 20:47:00 | EXCEPTION: COVID-19 | Admitted | 36 N | | 26 |
| APP: VPP | 11/03/2021 14:04:00 | APP: VPP | 11/04/2021 | APP: VPP | 11/05/2021 15:54:00 | EXCEPTION: COVID-19 | Admitted | 24 N | | 14 |
| APP: VPP | 11/03/2021 12:57:00 | APP: VPP | 11/04/2021 | APP: VPP | 11/05/2021 20:21:00 | EXCEPTION: COVID-19 | Admitted | 24 N | | 14 |
| APP: VPP | 10/29/2021 15:38:00 | APP: VPP | 11/01/2021 | APP: VPP | 11/02/2021 11:46:00 | EXCEPTION: COVID-19 | Admitted | 22 N | | 12 |
| APP: CMC | 11/03/2021 12:58:00 | APP: CMC | 11/04/2021 | APP: CMC | 11/05/2021 10:57:00 | EXCEPTION: COVID-19 | Admitted | 25 N | | 15 |
| APP: VPP | 11/03/2021 12:22:00 | APP: VPP | 11/04/2021 | APP: VPP | 11/05/2021 09:58:00 | EXCEPTION: COVID-19 | Admitted | 28 N | | 18 |
| APP: VPP | 11/03/2021 14:16:00 | APP: VPP | 11/05/2021 | APP: VPP | 11/08/2021 14:26:00 | EXCEPTION: COVID-19 | Admitted | 31 N | | 21 |
| APP: VPP | 11/02/2021 15:14:00 | APP: VPP | 11/04/2021 | APP: VPP | 11/05/2021 20:18:00 | EXCEPTION: COVID-19 | Admitted | 29 N | | 19 |
| APP: VPP | 11/02/2021 11:41:00 | APP: VPP | 11/05/2021 | APP: VPP | 11/08/2021 14:50:00 | EXCEPTION: COVID-19 | Admitted | 33 N | | 23 |
| APP: VPP | 11/02/2021 14:14:00 | APP: VPP | 11/03/2021 | APP: VPP | 11/04/2021 15:20:00 | EXCEPTION: COVID-19 | Admitted | 29 N | | 19 |
| APP: CMC | 11/01/2021 15:23:00 | APP: CMC | 11/02/2021 | APP: CMC | 11/03/2021 15:19:00 | EXCEPTION: COVID-19 | Admitted | 33 N | | 23 |
| APP: VPP | 11/01/2021 11:08:00 | APP: VPP | 11/01/2021 | APP: VPP | 11/02/2021 11:01:00 | EXCEPTION: COVID-19 | Admitted | 34 N | | 24 |
| APP: VPP | 11/01/2021 12:22:00 | APP: VPP | 11/09/2021 | APP: VPP | 11/10/2021 16:13:00 | EXCEPTION: COVID-19 | Admitted | 42 N | | 32 |
| APP: CMC | 10/29/2021 13:54:00 | APP: CMC | 11/01/2021 | APP: CMC | 11/02/2021 12:16:00 | EXCEPTION: COVID-19 | Admitted | 35 N | | 25 |
| APP: VPP | 11/10/2021 13:14:00 | APP: VPP | 11/12/2021 | APP: VPP | 11/15/2021 14:16:00 | EXCEPTION: COVID-19 | Admitted | 54 N | | 44 |
| APP: SQ | 10/04/2021 14:46:00 | APP: SQ | 10/27/2021 | APP: SQ | 11/08/2021 13:55:00 | EXCEPTION: COVID-19 | Admitted | 52 N | | 42 |
| APP: SQ | 10/04/2021 14:17:00 | | | | | EXCEPTION: COVID-19 | | | | |
| APP: VPP | 11/09/2021 12:08:00 | APP: VPP | 11/10/2021 | APP: VPP | 11/12/2021 16:08:00 | | Admitted | 60 N | | 50 |
| APP: VPP | 11/19/2021 11:43:00 | APP: VPP | 11/23/2021 | APP: VPP | 11/24/2021 12:16:00 | EXCEPTION: COVID-19 | Admitted | 21 N | | 11 |

**TOTAL DAYS OUT OF COMPLIANCE    0**

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | SATF | | | MHCB | 10/7/2021 | 10/22/2021 | 11/22/2021 | Unlocked Dorms | 11/22/2021 | ICF-High: SVPP (Single) | 11/22/2021 14:30:00 |
| ICF | SAC | | | MHCB | 10/20/2021 | 10/22/2021 | 11/23/2021 | Single Cell | 11/23/2021 | ICF-High: CHCF | 11/23/2021 12:55:00 |
| ICF | CMF | | | MHCB | 10/17/2021 | 10/18/2021 | 11/17/2021 | Single Cell | 11/17/2021 | ICF-High: SVPP (Single) | 11/17/2021 14:35:00 |
| ICF | CHCF | | | MHCB | 10/6/2021 | 10/14/2021 | 11/5/2021 | Multi Person Cell | 11/05/2021 | ICF-High: SVPP (Multi) | 11/05/2021 13:51:00 |
| ICF | COR | | | MHCB | 10/7/2021 | 10/13/2021 | 11/16/2021 | Single Cell | 11/16/2021 | ICF-High: SVPP (Single) | 11/16/2021 12:06:00 |
| ICF | LAC | | | MHCB | 10/8/2021 | 10/11/2021 | 11/9/2021 | Single Cell | 11/09/2021 | ICF-High: VPP (Single) | 11/09/2021 13:36:00 |
| ICF | CHCF | | | MHCB | 10/1/2021 | 10/11/2021 | 11/16/2021 | Single Cell | 11/16/2021 | ICF-High: VPP (Single) | 11/16/2021 17:49:00 |
| ICF | LAC | | | MHCB | 9/21/2021 | 10/6/2021 | 11/9/2021 | Single Cell | 11/09/2021 | ICF-High: SVPP (Single) | 11/09/2021 12:25:00 |
| ICF | SVSP | | | MHCB | 10/1/2021 | 10/5/2021 | 11/8/2021 | Single Cell | 11/08/2021 | ICF-High: SVPP (Single) | 11/08/2021 11:05:00 |
| ICF | COR | | | MHCB | 9/23/2021 | 9/29/2021 | 11/5/2021 | Single Cell | 11/05/2021 | ICF-High: SVPP (Single) | 11/05/2021 15:04:00 |
| ICF | CMF | | | MHCB | 9/22/2021 | 9/22/2021 | 10/8/2021 | Unlocked Dorms | 10/08/2021 | ICF-High: VPP (Multi) | 10/08/2021 14:54:00 |
| ICF | CMC | | | MHCB | 9/10/2021 | 9/16/2021 | 10/21/2021 | Single Cell | 10/21/2021 | ICF-High: SVPP (Single) | 10/21/2021 12:27:00 |
| ICF | CIM | | | MHCB | 9/7/2021 | 9/8/2021 | 10/15/2021 | Single Cell | 10/15/2021 | ICF-High: SVPP (Single) | 10/15/2021 15:50:00 |
| ICF | CMF | | | MHCB | 8/30/2021 | 9/1/2021 | 11/9/2021 | Unlocked Dorms | 11/09/2021 | ICF-High: CHCF | 11/09/2021 14:04:00 |
| ICF | CMF | | | EOP-GP | 10/21/2021 | 10/27/2021 | 11/5/2021 | Multi Person Cell | 11/05/2021 | ICF-High: VPP (Multi) | 11/05/2021 13:22:00 |
| ICF | MCSP | | | EOP-GP | 10/21/2021 | 10/21/2021 | 11/19/2021 | Single Cell | 11/19/2021 | ICF-High: SVPP (Single) | 11/19/2021 14:10:00 |
| ICF | VSP | | | EOP-GP | 10/7/2021 | 10/18/2021 | 11/18/2021 | Single Cell | 11/18/2021 | ICF-High: VPP (Single) | 11/18/2021 12:25:00 |
| ICF | VSP | | | EOP-GP | 10/5/2021 | 10/15/2021 | 11/15/2021 | Single Cell | 11/15/2021 | ICF-High: SVPP (Single) | 11/15/2021 13:32:00 |
| | | | | | | | | Unlocked Dorms | 11/04/2021 | ICF-Dorms: VPP | 11/04/2021 11:45:00 |
| ICF | VSP | | | EOP-GP | 10/7/2021 | 10/12/2021 | 11/4/2021 | Unlocked Dorms | 11/18/2021 | ICF-High: VPP (Multi) | 11/18/2021 14:08:00 |
| ICF | CMC | | | EOP-GP | 9/28/2021 | 10/11/2021 | 11/10/2021 | Single Cell | 11/10/2021 | ICF-High: SVPP (Single) | 11/10/2021 12:24:00 |
| ICF | MCSP | | | EOP-ASU | 10/6/2021 | 10/7/2021 | 11/16/2021 | Single Cell | 11/16/2021 | ICF-High: VPP (Single) | 11/16/2021 15:13:00 |
| ICF | COR | | | EOP-ASU | 9/29/2021 | 10/5/2021 | 11/5/2021 | Single Cell | 11/05/2021 | ICF-High: SVPP (Single) | 11/05/2021 14:43:00 |
| ICF | CMF | | | APP | 10/1/2021 | 10/5/2021 | 10/19/2021 | Multi Person Cell | 10/19/2021 | ICF-High: VPP (Multi) | 10/19/2021 11:44:00 |
| | | | | | | | | Unlocked Dorms | 10/05/2021 | ICF-High: VPP (Multi) | 10/05/2021 10:01:00 |
| ICF | CMF | | | APP | 9/17/2021 | 10/4/2021 | 11/5/2021 | Unlocked Dorms | 11/05/2021 | ICF-High: VPP (Single) | 11/05/2021 14:28:00 |
| ICF | MCSP | | | EOP-ASU | 9/29/2021 | 10/4/2021 | 11/3/2021 | Single Cell | 11/03/2021 | ICF-High: SVPP (Single) | 11/03/2021 12:53:00 |
| ICF | SVSP | | | EOP-GP | 9/23/2021 | 9/29/2021 | 11/2/2021 | Single Cell | 11/02/2021 | ICF-High: SVPP (Single) | 11/02/2021 11:47:00 |
| ICF | CMF | | | APP | 9/24/2021 | 9/27/2021 | 11/2/2021 | Single Cell | 11/02/2021 | ICF-High: SVPP (Single) | 11/02/2021 15:29:00 |
| | | | | | | | | Unlocked Dorms | 10/07/2021 | ICF-Dorms: VPP | 10/07/2021 14:49:00 |
| ICF | MCSP | | | EOP-GP | 9/23/2021 | 9/24/2021 | 10/25/2021 | Unlocked Dorms | 10/25/2021 | ICF-High: SVPP (Single) | 10/25/2021 18:42:00 |
| ICF | SATF | | | EOP-GP | 9/2/2021 | 9/23/2021 | 10/22/2021 | Unlocked Dorms | 10/22/2021 | ICF-High: SVPP (Single) | 10/22/2021 11:30:00 |
| ICF | CMC | | | EOP-ASU | 9/22/2021 | 9/22/2021 | 10/29/2021 | Single Cell | 10/29/2021 | ICF-High: SVPP (Single) | 10/29/2021 12:55:00 |
| ICF | CMF | | | APP | 8/31/2021 | 9/3/2021 | 10/11/2021 | Single Cell | 10/11/2021 | ICF-High: SVPP (Single) | 10/11/2021 15:07:00 |
| ICF | RJD | | | EOP-ASU | 9/1/2021 | 9/2/2021 | 10/7/2021 | Single Cell | 10/07/2021 | ICF-High: SVPP (Single) | 10/07/2021 15:44:00 |

**DETAIL OF ICF OUT OF COMPLIANCE**
**NOVEMBER 2021**

| HCPPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| ICF-High: SVPP (Single) | 11/22/2021 14:30:00 | ICF-High: SVPP (Single) | 11/24/2021 | ICF-High: SVPP (Single) | 11/30/2021 12:29:00 | EXCEPTION: COVID-19 | Admitted | 39 | N | 9 |
| ICF-High: CHCF | 11/23/2021 12:55:00 | ICF-High: CHCF | 11/29/2021 | ICF-High: CHCF | 11/30/2021 12 08:00 | EXCEPTION: COVID-19 | Admitted | 39 | N | 9 |
| ICF-High: SVPP (Single) | 11/17/2021 14:35:00 | ICF-High: SVPP (Single) | 11/22/2021 | ICF-High: SVPP (Single) | 11/29/2021 15:37:00 | EXCEPTION: COVID-19 | Admitted | 42 | N | 12 |
| ICF-High: SVPP (Multi) | 11/05/2021 13:51:00 | ICF-High: SVPP (Multi) | 11/15/2021 | ICF-High: SVPP (Multi) | 11/17/2021 15 03:00 | EXCEPTION: COVID-19 | Admitted | 34 | N | 4 |
| ICF-High: SVPP (Single) | 11/16/2021 12 06:00 | ICF-High: SVPP (Single) | 11/24/2021 | ICF-High: SVPP (Single) | 11/30/2021 12:29:00 | EXCEPTION: COVID-19 | Admitted | 48 | N | 18 |
| ICF-High: VPP (Single) | 11/09/2021 13:36:00 | ICF-High: VPP (Single) | 11/18/2021 | ICF-High: VPP (Single) | 11/19/2021 18:24:00 | EXCEPTION: COVID-19 | Admitted | 39 | N | 9 |
| ICF-High: VPP (Single) | 11/16/2021 17:49:00 | ICF-High: VPP (Single) | 11/17/2021 | ICF-High: VPP (Single) | 11/22/2021 11:50:00 | EXCEPTION: COVID-19 | Admitted | 42 | N | 12 |
| ICF-High: VPP (Single) | 11/09/2021 12:25:00 | ICF-High: SVPP (Single) | 11/15/2021 | ICF-High: SVPP (Single) | 11/16/2021 12:24:00 | EXCEPTION: COVID-19 | Admitted | 41 | N | 11 |
| ICF-High: SVPP (Single) | 11/08/2021 11 05:00 | ICF-High: SVPP (Single) | 11/15/2021 | ICF-High: SVPP (Single) | 11/15/2021 13:15:00 | EXCEPTION: COVID-19 | Admitted | 41 | N | 11 |
| ICF-High: SVPP (Single) | 11/05/2021 15 04:00 | ICF-High: SVPP (Single) | 11/12/2021 | ICF-High: SVPP (Single) | 11/15/2021 17:44:00 | EXCEPTION: COVID-19 | Admitted | 47 | N | 17 |
| ICF-High: VPP (Multi) | 10/08/2021 14:54:00 | ICF-High: VPP (Multi) | 11/01/2021 | ICF-High: VPP (Multi) | 11/02/2021 11:43:00 | EXCEPTION: COVID-19 | Admitted | 41 | N | 11 |
| ICF-High: SVPP (Single) | 10/21/2021 12:27:00 | ICF-High: SVPP (Single) | 11/08/2021 | ICF-High: SVPP (Single) | 11/09/2021 11:37:00 | EXCEPTION: COVID-19 | Admitted | 54 | N | 24 |
| ICF-High: SVPP (Single) | 10/15/2021 15:50:00 | ICF-High: SVPP (Single) | 11/09/2021 | ICF-High: SVPP (Single) | 11/10/2021 15:21:00 | EXCEPTION: COVID-19 | Admitted | 63 | N | 33 |
| ICF-High: CHCF | 11/09/2021 14 04:00 | ICF-High: CHCF | 11/15/2021 | ICF-High: CHCF | 11/16/2021 09:31:00 | EXCEPTION: COVID-19 | Admitted | 76 | N | 46 |
| ICF-High: SVPP (Multi) | 11/05/2021 13:22:00 | ICF-High: VPP (Multi) | 11/23/2021 | ICF-High: VPP (Multi) | 11/29/2021 18:42:00 | EXCEPTION: COVID-19 | Admitted | 33 | N | 3 |
| ICF-High: SVPP (Single) | 11/19/2021 14:10:00 | ICF-High: SVPP (Single) | 11/24/2021 | ICF-High: SVPP (Single) | 11/30/2021 13:46:00 | EXCEPTION: COVID-19 | Admitted | 40 | N | 10 |
| ICF-High: SVPP (Single) | 11/18/2021 12:25:00 | ICF-High: VPP (Single) | 11/19/2021 | ICF-High: VPP (Single) | 11/22/2021 15:17:00 | EXCEPTION: COVID-19 | Admitted | 35 | N | 5 |
| ICF-High: SVPP (Single) | 11/15/2021 13:32:00 | ICF-High: SVPP (Single) | 11/18/2021 | ICF-High: SVPP (Single) | 11/24/2021 11:55:00 | EXCEPTION: COVID-19 | Admitted | 40 | N | 10 |
| ICF-Dorms: VPP | 11/04/2021 11:45:00 | | | | | EXCEPTION: COVID-19 | | | | |
| ICF-High: VPP (Multi) | 11/18/2021 14 08:00 | ICF-High: VPP (Multi) | 11/24/2021 | ICF-High: VPP (Multi) | 11/29/2021 14:54:00 | | Admitted | 48 | N | 18 |
| ICF-High: VPP (Single) | 11/10/2021 12:24:00 | ICF-High: SVPP (Single) | 11/18/2021 | ICF-High: SVPP (Single) | 11/22/2021 10:15:00 | EXCEPTION: COVID-19 | Admitted | 42 | N | 12 |
| ICF-High: VPP (Single) | 11/16/2021 15:13:00 | ICF-High: VPP (Single) | 11/19/2021 | ICF-High: VPP (Single) | 11/22/2021 12:35:00 | EXCEPTION: COVID-19 | Admitted | 46 | N | 16 |
| ICF-High: SVPP (Single) | 11/05/2021 14:43:00 | ICF-High: SVPP (Single) | 11/12/2021 | ICF-High: SVPP (Single) | 11/15/2021 17:30:00 | EXCEPTION: COVID-19 | Admitted | 41 | N | 11 |
| ICF-High: VPP (Multi) | 10/19/2021 11:44:00 | ICF-High: VPP (Multi) | 11/12/2021 | ICF-High: VPP (Multi) | 11/15/2021 15:16:00 | EXCEPTION: COVID-19 | Admitted | 41 | N | 11 |
| ICF-High: VPP (Multi) | 10/05/2021 10 01:00 | | | | | EXCEPTION: COVID-19 | | | | |
| ICF-High: VPP (Single) | 11/05/2021 14:28:00 | ICF-High: VPP (Single) | 11/08/2021 | ICF-High: VPP (Single) | 11/10/2021 12:58:00 | | Admitted | 37 | N | 7 |
| ICF-High: SVPP (Single) | 11/03/2021 12:53:00 | ICF-High: SVPP (Single) | 11/12/2021 | ICF-High: SVPP (Single) | 11/15/2021 12:10:00 | EXCEPTION: COVID-19 | Admitted | 42 | N | 12 |
| ICF-High: SVPP (Single) | 11/02/2021 11:47:00 | ICF-High: SVPP (Single) | 11/04/2021 | ICF-High: SVPP (Single) | 11/08/2021 11:59:00 | EXCEPTION: COVID-19 | Admitted | 40 | N | 10 |
| ICF-High: SVPP (Single) | 11/02/2021 15:29:00 | ICF-High: SVPP (Single) | 11/04/2021 | ICF-High: SVPP (Single) | 11/08/2021 13:27:00 | EXCEPTION: COVID-19 | Admitted | 42 | N | 12 |
| ICF-Dorms: VPP | 10/07/2021 14:49:00 | | | | | EXCEPTION: COVID-19 | | | | |
| ICF-High: VPP (Single) | 10/25/2021 18:42:00 | ICF-High: VPP (Single) | 11/18/2021 | ICF-High: SVPP (Single) | 11/22/2021 13:32:00 | | Admitted | 59 | N | 29 |
| ICF-High: SVPP (Single) | 10/22/2021 11:30:00 | ICF-High: SVPP (Single) | 11/08/2021 | ICF-High: SVPP (Single) | 11/09/2021 15:50:00 | EXCEPTION: COVID-19 | Admitted | 47 | N | 17 |
| ICF-High: SVPP (Single) | 10/29/2021 12:55:00 | ICF-High: SVPP (Single) | 11/04/2021 | ICF-High: SVPP (Single) | 11/08/2021 13:27:00 | EXCEPTION: COVID-19 | Admitted | 47 | N | 17 |
| ICF-High: SVPP (Single) | 10/11/2021 15 07:00 | ICF-High: SVPP (Single) | 10/29/2021 | ICF-High: SVPP (Single) | 11/03/2021 13:11:00 | EXCEPTION: COVID-19 | Admitted | 61 | N | 31 |
| ICF-High: SVPP (Single) | 10/07/2021 15:44:00 | ICF-High: SVPP (Single) | 10/20/2021 | ICF-High: SVPP (Single) | 11/01/2021 01:41:00 | EXCEPTION: COVID-19 | Admitted | 66 | N | 36 |

**TOTAL DAYS OUT OF COMPLIANCE**    **0**