IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

    **vs.**                                            **No. 2:90-CV-0520 KJM DB**

**GAVIN NEWSOM, et al.,**
    **Defendants**

## SPECIAL MASTER'S NOTICE OF ERRATA REGARDING ECF NOS. 7038-3, 7077-1, 7161-1, AND 7239

The Special Master's expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation, January 1, 2016 – December 31, 2016, ECF No. 7038-3, contains a typographical error concerning the number of incarcerated persons who died by suicide in 2016 and had a history of non-suicidal self-injury. The error is located on page 23 of the report, *id.* at 23, where the document reads: "Of the 27 inmates who died by suicide in 2016, 18 inmates (67%) had reported histories of engaging in acts of self-injury that were determined not to have been attempts at suicide." This line should read: "Of the 27 inmates who died by suicide in 2016, nine inmates (33 percent) had reported histories of engaging in acts of self-injury that were determined not to have been attempts at suicide."

Because this statistic was reproduced in subsequent suicide reports, the following corrections are required to the Special Master's expert's 2017, 2018, and 2019 reports:

- Page 20 of the Special Master's expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation, January 1, 2017 – December 31, 2017, ECF No. 7077-1 at 20, reads: "This is lower than what was found in 2016, when 67 percent of inmates who died by suicide had engaged in non-suicidal self-injury." This

line should read: "This is consistent with what was found in 2016, when 33 percent of inmates who died by suicide had engaged in non-suicidal self-injury.

- Page 22 of the Special Master's expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation, January 1, 2018 – December 31, 2018, ECF No. 7161-1 at 22, reads: "This is similar to what was found in 2017, when 37 percent of inmates who died by suicide had engaged in non-suicidal self-injury.  In 2016, it was 67 percent."  The last sentence should read: "In 2016, it was 33 percent."

- Page 22 of the Special Master's expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation, January 1, 2019 – December, 31, 2019, ECF No. 7239 at 29, reads: "This is slightly higher than the findings in 2018 (41 percent) and 2017 (37 percent) but lower than what was found among those who died by suicide in 2016, when it was 67 percent."  This line should read: "This is higher than the findings in 2018 (41 percent), 2017 (37 percent), and 2016 (33 percent)."

Respectfully submitted,

*/s/ Matthew A. Lopes, Jr.*
Matthew A. Lopes, Jr.
Special Master

December 21, 2021