**Sharen Barboza, Ph.D.**
**37 Norton Avenue**
**Clinton, NY 13323**
**sharen@sharenbarboza.com**

**REPORT ON SUICIDES COMPLETED IN THE**
**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**JANUARY 1, 2020 – DECEMBER 31, 2020**

I.   <u>**Introduction and Summary of the Findings**</u>

This report is the *Coleman* Special Master's expert's review of the 31 deaths by suicide of individuals incarcerated within the California Department of Corrections and Rehabilitation (CDCR) in 2020. It is submitted as part of the Special Master's continuing review of the defendants' compliance with court-ordered remediation in the matter of *Coleman v. Newsom*, No. CIV S-90-0520 KJM KJN E.D. Cal.

This report is similar to other reports in that five other experts from the Special Master's team assisted in its preparation by reviewing records and reports related to the 31 suicides in 2020. All five of these experts are nationally recognized in the field of correctional mental health. They are Mary Perrien, Ph.D., Maria Masotta, Psy.D., James DeGroot, Ph.D., Brian Main, Psy.D., and Kahlil A. Johnson, M.D..[1]

The sources of information for this report were individual Suicide Case Reviews (SCRs) completed by members of CDCR's Statewide Mental Health Program (SMHP) in collaboration with input and feedback from the Suicide Case Review Committee (SCRC); the reports on implementation of Quality Improvement Plans (QIPs) submitted by each institution and/or headquarters in response to the recommendations in each SCR; individual patient healthcare records; coroners' reports, when available; California Correctional Health Care Services (CCHCS) Final Combined Death Review Summaries; CDCR Initial Inmate Death Reports (Form 7229-A); CDCR Inmate Suicide reports (Form 7229-B); and CDCR Incident Report Packages (Form 837).

The findings can be summarized as follows:

- CDCR's suicide rate in 2020, 27.3 deaths per 100,000, was its second-highest in the past 22 years.[2]

- The number of suicides in 2020 corresponds to a death every 11.8 days.[3] In 2019, the rate was one suicide every 9.6 days. In 2018, the rate was one suicide every 10.7 days, in 2017,

---

[1] Each expert's curriculum vitae appears in Appendix C.

[2] The suicide rate was calculated using the total CDCR population as of June 30, 2020 (113,403 incarcerated individuals). This is in keeping with the population values used in previous reports written by the Special Master's expert.

[3] Typically, this value is calculated by taking 365 days and dividing by the number of deaths by suicide in the year, but 2020 was a leap year and thus the value was calculated by using 366 days. Had 365 days been used in keeping with previous years, the rate would have been a death every 11.77 days.

a suicide every 12.1 days, in 2016, a suicide every 13.5 days, in 2015, a suicide every 15.2 days, and in 2014, a suicide every 15.9 days.

- Hanging was the primary method used by those who died by suicide in 2020, representing 77.4 percent of the deaths.

- The highest number of deaths by suicide occurred in December 2020 (seven deaths or 22.6 percent).

- There was a decrease in the percentage of incarcerated individuals discovered in rigor mortis[4] in 2020 (9.7 percent) when compared to 2019 (13.2 percent) and 2018 (29 percent). None of the individuals discovered in rigor mortis in 2020 were in segregated housing.

- In 2020, the rate of death by suicide for male incarcerated individuals was 28.5 deaths per 100,000. No female incarcerated individuals died by suicide in 2020.

- Caucasian individuals comprised 38.7 percent of those who died by suicide in 2020 and Latinx/Hispanic individuals comprised 29 percent of those who died by suicide in 2020.

- The average age of the individuals who died by suicide in 2020 was 41.7 years.

- Among those individuals who died by suicide in 2020, the majority (83.9 percent) were not married at the time of death.

- The majority (71 percent) of the individuals who died by suicide in 2020 were diagnosed with a medical condition associated with a higher risk for suicide.

- Those individuals incarcerated for violent crimes against other persons, including sexual offenses, comprised 93.5 percent of those who died by suicide in 2020.

- The majority of individuals who died by suicide in 2020, 64.5 percent, were serving sentences of over 21 years. Just over half of the individuals who died by suicide in 2020 were serving sentences up to and including life (or death) in prison.

- Of those individuals who died by suicide in 2020, 35.4 percent were residing in segregated housing. Over half (58.1 percent) were housed in general population settings.

- Two individuals (6.5 percent) were housed in a Psychiatric Inpatient Program (PIP) at the time of their deaths by suicide.

- In 2020, 38.7 percent of the individuals who died by suicide were housed in a setting specifically to address their personal safety concerns.

- Of those who died by suicide in 2020, 90.3 percent were housed in single cells at the time of their suicidal acts.

- Two individuals (6.5 percent) who died by suicide in 2020 had been placed in a segregated setting within 72 hours of their deaths.

---

[4] Rigor mortis is "the state of postmortem stiffening." It "starts developing within 1 to 2 hours after death," "becomes apparent in the small muscle groups first" including "eyelids, lower jaw, face," "but on an average it may be said to commence 2-4 hours after death…" Kori (2018). *Time since death from rigor mortis: Forensic perspective*," JOURNAL OF FORENSIC SCIENCES AND CRIMINAL INVESTIGATION, 9 (5), 1-9.

- In 2020, one case (3.2 percent) included a concern about inadequate nursing rounds related to the death by suicide. This individual was residing in a PIP.

- Among the individuals who died by suicide in 2020, 83.9 percent were not assigned to a job placement at the time of death.

- In 2020, 67.7 percent of those who died by suicide were receiving services within Mental Health Services Delivery System (MHSDS).

- Two individuals (6.5 percent) were receiving services at the PIP intermediate level of care and one individual (3.2 percent) was receiving PIP services at the acute level of care at the time of their deaths.[5]

- Two individuals who died by suicide in 2020 were placed in the Developmental Disability Program (DDP) while incarcerated.

- Substance use or abuse was present in the histories of 96.8 percent of the individuals who died by suicide in 2020.

- Of the 31 incarcerated individuals who died by suicide in 2020, 67.7 percent attempted suicide previously.

- In 2020, 71 percent of those who died by suicide had histories positive for suicide attempts, non-suicidal self-injury, or both.

- Twenty-three (74.2 percent) of the 31 individuals who died by suicide in 2020 had histories positive for trauma exposure. Of the individuals whose histories were positive for trauma, 26.1 percent received formal treatment for trauma and/or had a trauma-related diagnosis while incarcerated.

- Twenty individuals, or 76.9 percent of those with completed suicide risk evaluations, showed evidence of clinicians failing to identify or document known risk factors during suicide risk evaluations.

- Suicide risk level determinations were not clearly derived from the suicide risk evaluation and/or other information available regarding the individual's level of risk in 18 cases, or 69.2 percent of those with completed suicide risk evaluations.

- Concerns related to the completion of mental health assessments were found in the records for 18 individuals, or 58.1 percent, in 2020.

- Of the individuals who had treatment plans developed during their incarceration, there were problems noted within the treatment plans in 90.9 percent of cases.

---

[5] One individual who was placed at the PIP level of care was residing in Enhanced Outpatient Program (EOP) housing. The Suicide Case Review for this case noted the patient's level of care as "intermediate care facility" and his housing location as "EOP (mainline)". The SCR report clarified that the patient was "at the Intermediate Care Facility (ICF) level of care but was awaiting transfer to a Psychiatric Inpatient Program (PIP) at the time of his death. Transfer to PIP was delayed as he did not meet emergency transfer criteria…" This clarification was included as a footnote to address CDCR's feedback on an earlier version of this report that the "finding was confusing."

- The SCRs in 11 cases, or 35.5 percent of those who died by suicide in 2020, noted access to care issues or failures to provide required mental health services secondary to the Coronavirus Disease 2019 (COVID-19) pandemic.

- In seven cases, or 22.6 percent, concerns related to COVID-19 appeared to have likely contributed to the individuals' decisions to die by suicide according to the SCRs.

- In fifteen cases (48.4 percent) there was evidence of a failure to refer the patient to a higher level of care when clinically indicated or required by the Program Guide.

- Twelve patients, or 38.7 percent, of those who died by suicide in 2020 had been admitted to an inpatient setting within the 12 months prior to their suicidal acts.

- Six patients, or 19.4 percent of those who died by suicide in 2020, had been designated as inpatient level of care within a week of their deaths.

- In 2020, 29 percent of the deaths by suicide were determined to have been foreseeable and 58.1 percent were determined to have been preventable. These percentages were decreases when compared to the findings in 2019.

## II.    **Format**

The following report is presented in a narrative format supported by graphs and tables. It includes a summary of findings related to the deaths by suicide in 2020 including comparisons with previous years, when relevant and available. The report ends with recommendations and conclusions.

Findings and discussion of the findings are organized according to identified risk factors and other elements of analysis including:

- Suicide Incident Factors
- Individual Risk Factors
- Institutional/Environmental Risk Factors
- Mental Health Risk Factors
- Mental Health Evaluation and Treatment Factors
- Emergency Response Factors
- Individual Suicide Case Review Analyses
- Quality Improvement Plan Content and Analyses
- Foreseeability and Preventability Determinations
- Recommendations
- Conclusions

Appendices are attached to this report, including:

- o Appendix A – Summaries of Individual Cases
- o Appendix B – Tables
  - ~ B1 – Demographics of Incarcerated Individuals Who Died by Suicide in 2020
  - ~ B2 – History and Suicide Event Characteristics

      ~ B3 – Identified Assessment, Treatment, and Communication Concerns
      ~ B4 – Common Problems Identified as Requiring a Quality Improvement Plan
- o Appendix C – Experts' Curricula Vitae
- o Appendix D – Acronyms and Abbreviations

## III.  Findings and Discussion

On June 30, 2020, the CDCR population included 113,403 incarcerated persons (108,682 males and 4,721 females).  The 31 deaths by suicide in 2020 represented a suicide rate of 27.3 suicides per 100,000 incarcerated individuals, representing the second highest suicide rate within CDCR over the past 22 years, with only 2019 having had a higher rate.  The table below includes prior rates, by year, for comparison purposes.

CDCR Suicide Rates per 100,000
1999-2020

| Year | CDCR Suicide Rate |
|------|-------------------|
| 1999 | 14.8 |
| 2000 | 9.3 |
| 2001 | 18.6 |
| 2002 | 13.9 |
| 2003 | 23.0 |
| 2004 | 15.9 |
| 2005 | 22.5 |
| 2006 | 24.9 |
| 2007 | 19.6 |
| 2008 | 21.1 |
| 2009 | 14.9 |
| 2010 | 21.1 |
| 2011 | 20.3 |
| 2012 | 24.4 |
| 2013 | 22.6 |
| 2014 | 17.0 |
| 2015 | 18.6 |
| 2016 | 21.0 |
| 2017 | 22.9 |
| 2018 | 26.3 |
| 2019 | 30.3 |
| 2020 | 27.3 |

### A.  Suicide Incident Factors

This section reviews the factors associated with the suicidal event, including its location, method, and timing.  The presence of rigor mortis upon discovery was also reviewed.

#### 1.  Facility Locations

In 2020, all deaths by suicide (100 percent) occurred within a CDCR facility.  Thirty-one suicides occurred across 16 CDCR facilities.  Six facilities experienced one suicide, six facilities

experienced two suicides, three facilities experienced three suicides, and one facility experienced four suicides.

| Facility | Number of 2020 Suicides | Percentage of 2020 Suicides |
|---|---|---|
| California Correctional Center (CCC) | 1 | 3.2% |
| California Institution for Men (CIM) | 1 | 3.2% |
| California Medical Facility (CMF) | 1 | 3.2% |
| Richard J. Donovan Correctional Facility (RJD) | 1 | 3.2% |
| Salinas Valley State Prison (SVSP) | 1 | 3.2% |
| San Quentin State Prison (SQSP) | 1 | 3.2% |
| California Health Care Facility (CHCF) | 2 | 6.5% |
| California State Prison, Corcoran (CSP/Corcoran) | 2 | 6.5% |
| Kern Valley State Prison (KVSP) | 2 | 6.5% |
| California State Prison, Los Angeles County (CSP/LAC) | 2 | 6.5% |
| Mule Creek State Prison (MCSP) | 2 | 6.5% |
| Wasco State Prison (WSP) | 2 | 6.5% |
| Correctional Training Facility (CTF) | 3 | 9.7% |
| High Desert State Prison (HDSP) | 3 | 9.7% |
| California State Prison, Sacramento (CSP/Sac) | 3 | 9.7% |
| California Correctional Institution (CCI) | 4 | 12.9% |

Four facilities which experienced more than one suicide in 2020 have historically had over 1.5 suicides per year on average.[6] These facilities included CSP/LAC, CSP/Corcoran, CSP/Sac, and KVSP. These four facilities also experienced more than one suicide in 2018 and 2019. The table that follows includes the total number of suicides experienced by each facility in 2020 as well as the average number of suicides each year inclusive of 2020 (22 years).

| Facility[7] | 2020 Suicides | 1999-2020 Suicides | 1999-2020 Average[8] |
|---|---|---|---|
| California Rehabilitation Center | 0 | 1 | 0.05 |
| Chuckawalla Valley State Prison | 0 | 1 | 0.05 |
| Ironwood State Prison | 0 | 2 | 0.09 |
| Valley State Prison | 0 | 2 | 0.09 |
| California Correctional Center | 1 | 5 | 0.23 |
| Calipatria State Prison | 0 | 5 | 0.23 |
| Sierra Conservation Center | 0 | 5 | 0.23 |

[6] The total number of suicides prior to 2015 was taken from CDCR's *Annual Report on Suicide in the California Department of Corrections and Rehabilitation January 1, 2015-December 31, 2015*. https://cchcs.ca.gov/wp-content/uploads/sites/60/SR/2015-Annual-Suicide-Report.pdf.

[7] The table includes only CDCR facilities and is not inclusive of deaths by suicide which occurred in out-of-state facilities or California Department of State Hospitals (DSH) inpatient locations.

[8] The average was calculated by dividing the number of suicides by the number of years (i.e., 22) for all but two facilities. The averages for CHCF and KVSP were adjusted to include only their years of operation (7 years and 15 years, respectively).

| | | | |
|---|---|---|---|
| Centinela State Prison | 0 | 6 | 0.27 |
| Avenal State Prison | 0 | 7 | 0.32 |
| Central California Women's Facility | 0 | 10 | 0.45 |
| California Institution for Women | 0 | 12 | 0.55 |
| California State Prison, Solano | 0 | 12 | 0.55 |
| North Kern State Prison | 0 | 13 | 0.59 |
| California Health Care Facility | 2 | 5 | 0.71 |
| Pleasant Valley State Prison | 0 | 16 | 0.73 |
| California Substance Abuse Treatment Facility | 0 | 16 | 0.73 |
| Pelican Bay State Prison | 0 | 18 | 0.82 |
| Wasco State Prison | 2 | 19 | 0.86 |
| Folsom State Prison | 0 | 20 | 0.91 |
| California Training Facility | 3 | 22 | 1.00 |
| Mule Creek State Prison | 2 | 22 | 1.00 |
| High Desert State Prison | 3 | 23 | 1.05 |
| California Institution for Men | 1 | 25 | 1.14 |
| California Correctional Institution | 4 | 27 | 1.23 |
| California Medical Facility | 1 | 27 | 1.23 |
| Deuel Vocational Institute | 0 | 30 | 1.36 |
| RJ Donovan Correctional Facility | 1 | 32 | 1.45 |
| California State Prison, Los Angeles County | 2 | 34 | 1.55 |
| California Men's Colony | 0 | 35 | 1.59 |
| Kern Valley State Prison | 2 | 24 | 1.60 |
| California State Prison, Corcoran | 2 | 37 | 1.68 |
| San Quentin State Prison | 1 | 38 | 1.73 |
| Salinas Valley State Prison | 1 | 39 | 1.77 |
| California State Prison, Sacramento | 3 | 53 | 2.41 |

## 2. Method of Suicide

The majority of deaths by suicide in 2020, (24 cases, 77.4 percent) occurred by hanging.[9]  Three incarcerated individuals, or 9.7 percent, died by asphyxiation by a method other than hanging, one individual (3.2 percent) died by cutting, and three individuals, or 9.7 percent, died by other methods.  These "other" methods all included puncture wounds.  Two incarcerated individuals died due to puncture wounds in their necks and the other had a puncture wound to the cranium through the nose.  In 2019, 86.8 percent of the deaths occurred by hanging, 7.9 percent by cutting, 2.6 percent by jumping, and 2.6 percent by asphyxiation by a method other than hanging.  In 2018, 74 percent of the deaths by suicide occurred by hanging, 12 percent died by overdose, nine percent died by cutting, and six percent died by asphyxiation by a method other than hanging.  In 2017, 87 percent of the deaths by suicide occurred by hanging, ten percent by cutting, and three percent by jumping.

---

[9] While percentage comparisons to previous years are made throughout this report, it is important to note that minor changes may appear significant given the low base number of suicides in a given year.  Additionally, percentages among those who died by suicide do not account for changes in base rates among the CDCR population across years.



### 3. Temporal Factors

In 2020, a death by suicide occurred at least once in each month except during the month of July. The same pattern was true in 2019. The average number of deaths by suicide was 2.6 per month in 2020. In 2019, the average number of deaths by suicide per month was 3.2. In 2018, the average number of deaths per month was 2.8 and in 2017, it was 2.5. Monthly suicides in 2020 ranged from no deaths in July to seven deaths, or 22.6 percent of 2020 suicides, in December.

| Month | Number of 2020 Suicides | Percentage of 2020 Suicides |
|---|---|---|
| January | 5 | 16.1% |
| February | 3 | 9.7% |
| March | 2 | 6.5% |
| April | 1 | 3.2% |
| May | 2 | 6.5% |
| June | 1 | 3.2% |
| July | 0 | 0.0% |
| August | 3 | 9.7% |
| September | 3 | 9.7% |
| October | 3 | 9.7% |
| November | 1 | 3.2% |
| December | 7 | 22.6% |

Prior to 2018, annual suicide reports noted that deaths by suicide tended to occur most often in the Spring months. In 2018, there was a spike in deaths by suicide November and December. In 2019, the highest number of suicides occurred in August followed by five deaths in January. In 2020, the majority of the deaths by suicide occurred in the Fall and Winter months. The chart that follows illustrates suicides by month over the past six years (2015-2020).



Deaths by suicide occurred most frequently on Mondays and Saturdays (25.8 percent each), followed by Thursdays (19.4 percent), and Fridays (12.9 percent). Deaths by suicide occurred 6.5 percent of the time on Tuesdays and Wednesdays and 3.2 percent of the time on Sundays. The only commonalities with 2019 regarding day of the week was the high frequency on Mondays and the low frequency on Sundays.

**4. Rigor Mortis**

Upon discovery, three incarcerated individuals, or 9.7 percent, were noted to have rigor mortis present, meaning they had muscle stiffening, or a decrease in body temperature signifying that they had likely been dead for at least two hours prior to discovery.[10] There has been variability in the percentages of rigor mortis among those who died by suicide over a seven-year period as noted in the table below.

|  | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| **Percentage Discovered in Rigor Mortis** | 17% | 8% | 33% | 13% | 29% | 13.2% | 9.7% |

In 2020, all three incarcerated persons found in rigor mortis (100 percent) were housed in general population (i.e., two were in mainline housing, one was housed in an Outpatient Housing Unit (OHU) for medical reasons). Of note, one of these individuals was on a general population yard noted to be on "modified program" since 2018, which appeared to include provisions similar to that of a restricted housing yard. There was no information provided in the SCR as to whether or not custody welfare checks were required as a result of the "modified program." None of the incarcerated persons found in rigor mortis in 2020 were housed in setting for their personal safety needs. In 2019, 20 percent of those found in rigor mortis were housed in a restrictive housing unit. One of the five individuals (20 percent) was housed in a PIP and the three others (60 percent) were

---

[10] Kori (2018). *Time since death from rigor mortis: Forensic perspective*, JOURNAL OF FORENSIC SCIENCES AND CRIMINAL INVESTIGATION, 9 (5)*,* 1-9.

housed in general population, one of whom was in Sensitive Needs Yard (SNY) housing. In 2018, 50 percent of the incarcerated individuals found in rigor mortis were housed in a restrictive housing unit, and 50 percent were housed in general population, with three of the five incarcerated persons in general population being housed in an SNY. In 2017, 75 percent of those found in rigor mortis were housed in a restrictive housing unit and 25 percent were in general population SNY housing.

B. Individual Risk Factors

Findings related to characteristics of individual incarcerated persons who died by suicide are reviewed in the sections that follow, including gender, ethnicity, age, marital status, education level, primary language, and health concerns.

**1. Gender**

In 2020, 100 percent of those who died by suicide were male. The suicide rate for incarcerated males was 28.5 deaths per 100,000 in 2020. This was the second highest rate for incarcerated males over the previous five years. In 2019, the rate was 30.9 deaths per 100,000. The rate was 26.7 deaths per 100,000 incarcerated males in 2018, 22.3 per 100,000 in 2017, 19.5 per 100,000 in 2016, and 17.8 per 100,000 in 2015.

**2. Ethnicity**

Twelve (38.7 percent) of the individuals who died by suicide in 2020 were Caucasian. Nine (29 percent) were Hispanic/Latinx, five (16.1 percent) were African American, two (6.5 percent) were Asian, two (6.5 percent) were considered as "other" ethnicity (i.e., Pacific Islander and Middle Eastern), and one (3.2 percent) was Native American. These findings were in keeping with those from 2019.



Data regarding the ethnic composition of the CDCR population for 2020 was not available at the time of this report, therefore direct comparison of these percentages to the overall incarcerated population was not possible. The graph below includes the percentages of deaths by suicide by ethnicity over the past six years along with comparative percentages of the overall population by

10

ethnicity as of December of each year[11] except for 2019,[12] as data through June 2019 were the only available data. As noted above, there is no comparative data for 2020.



### 3. Age

With regard to age, those who died by suicide in 2020 were older overall, with an average age of 41.7, than those who died by suicide in 2019 (39.9 years), 2018 (39.1 years), and 2017 (33.5 years), but younger on average than those who died by suicide in 2016 (43.6 years) and 2015 (42.9 years). Categorically, incarcerated individuals aged 25-34 (29 percent) died with the highest frequency, followed by those aged 55 and older (22.6 percent), those aged 45-54 (19.4 percent), those aged 35-44 (16.1 percent each), and those aged 18-24 (12.9 percent) in 2020. In 2019, individuals aged 35-44 (39.5 percent) died with the highest frequency, followed by those aged 25-34 (26.3 percent), 45-54 (23.7 percent), 55 and older (7.9 percent), and 18-24 (2.6 percent). In 2018, individuals aged 25-34 died with the highest frequency (32 percent) followed by those aged 35-44 (29 percent), 45-54 (21 percent), 18-24 and 55 and older (9 percent each). In 2020, there was an increase in the percentage of those aged 55 and older who died by suicide over the previous two years. Individuals aged 25-34 years have consistently comprised close to 30 percent of those who died by suicide over the past three years.

---

[11] *CDCR Offender Data Points – Offender Demographics for the 24-month period ending December, 2016.*
https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2021/06/DataPoints_122016.pdf; *CDCR Offender Data Points – Offender Demographics for the 24-month period ending December, 2017.*
https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2021/06/DataPoints_122017.pdf; *CDCR Offender Data Points – Offender Demographics for the 24-month period ending December, 2018.*
https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2021/06/201812_DataPoints.pdf.

[12] *CDCR Offender Data Points – Offender Demographics for the 24-month period ending June, 2019.*
https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2021/11/201912_DataPoints.pdf.



#### 4. Marital Status

Of the 31 incarcerated persons who died by suicide in 2020, 16 (51.6 percent) were never married, nine (29 percent) were divorced, five (16.1 percent) were married, and one (3.2 percent) was widowed. This pattern has been relatively consistent over time.



#### 5. Education

In 2020, individuals with a high school or a General Educational Development (GED) diploma made up 35.5 percent of those who died by suicide. Individuals who completed eighth through eleventh grade without obtaining a diploma and those with some college education each comprised 25.8 percent of those who died by suicide in 2020. Three individuals (9.7 percent) who died by suicide in 2020 completed less than an eighth-grade education. One of the incarcerated persons who died by suicide in 2020 (3.2 percent) had completed an Associate in Arts college degree. In 2019, individuals with a high school or a GED diploma (36.9 percent), those with some college

education (26.3 percent), and those who completed eighth through eleventh grade without obtaining a diploma (26.3 percent) each comprised close to one-third of those who died by suicide. In 2018, individuals with a high school or a GED diploma comprised the highest percentage (47 percent) of those who died by suicide. Those who completed eighth through eleventh grade without obtaining a diploma and those who completed some college each made up 26 percent of those who died by suicide in 2018.

### 6. Primary Language

Of the 31 individuals who died by suicide in 2020, English was noted to be the primary language for 29, or 93.5 percent. Two individuals (6.5 percent) spoke Spanish as their primary language. One of these incarcerated individuals, Case U, was noted to communicate well in English but had limited ability to read and write in English. The second individual was incarcerated for a month prior to his death by suicide and was not receiving mental health services at the time of his death. His need for an interpreter was not known.

### 7. Health Status/Medical Conditions

Research[13] has shown that certain medical conditions are related to an increased risk for suicide including asthma, back pain, brain injury, cancer, congestive heart failure, chronic obstructive pulmonary disorder, diabetes, epilepsy, HIV/AIDS, heart disease, hypertension, migraine, Parkinson's disease, psychogenic pain, renal disorder, sleep disorders, and stroke. In 2020, 22 incarcerated individuals who died by suicide, or 71 percent, were diagnosed with at least one of these conditions. This was the highest percentage among those who died by suicide over the past five years as noted in the table below.

| Year | Percentage of Individuals with Medical Condition(s) Identified |
|------|----------------------------------------------------------------|
| 2016 | 70% |
| 2017 | 50% |
| 2018 | 65% |
| 2019 | 52.6% |
| 2020 | 71% |

One additional health-related consideration that arose in 2020 was the impact of the COVID-19 pandemic on the health status of incarcerated individuals. In two cases (6.5 percent), Case F and Case P, the individuals were unable to access medical care for painful conditions and were denied access to medical treatment in the community secondary to the pandemic. In both cases, it appeared that the inability to access medical care may have contributed to their decisions to die by suicide.

---

[13] Ahmedani, et al. *Major Physical Health Conditions and Risk of Suicide*. AMERICAN JOURNAL OF PREVENTIVE MEDICINE, 2017; DOI: 10.1016/j.amepre.2017.04.001

C.  Institutional/Environmental Risk Factors

In this section, issues related to institutional and environmental factors among those who died by suicide are reviewed. These include security level, crime type, sentencing factors, housing location, cell type, issues with custody checks/nursing rounds, job placements, institutional transfers, and rule violation reports.

1.  **Security Level**[14]

Eighteen incarcerated individuals, or 58.1 percent of those who died by suicide in 2020 were classified as Level IV. Eight individuals, or 25.8 percent, were classified as Level II, three (9.7 percent) were classified as Level III, and two (6.5 percent) were classified as Level I.[15] Twenty-five incarcerated individuals (65.8 percent) who died by suicide in 2019 were classified as Level IV, five individuals (13.2 percent) were classified as Level II, three (7.9 percent) were classified as Level III, three (7.9 percent) were unclassified, one incarcerated individual (2.6 percent) was classified as Level I; for one incarcerated individual (2.6 percent), the security level could not be determined from available information in 2019.

Incarcerated individuals classified as being high-security (Level III or Level IV), made up 67.7 percent of the individuals who died by suicide in 2020. This represented a slightly lower percentage than found in 2019 (73.7 percent). Comparison of the findings regarding security level to the overall CDCR population for 2020 was not possible due to the lack of available population data at the time of this writing.

2.  **Crime Type**

Of those who died by suicide in 2020, 23 individuals, or 74.2 percent, were convicted of violent crimes, and six individuals, or 19.4 percent, were convicted of sexual offenses. Consequently, 93.5 percent of the incarcerated individuals who died by suicide in 2020 committed violent crimes against other persons. With regard to other crimes committed by those who died by suicide in 2020, two individuals (6.5 percent) were convicted of non-violent property offenses. In 2019, 92.1 percent of the incarcerated individuals who died by suicide committed violent crimes against other persons and in 2018, 94 percent of those who died by suicide committed violent crimes against

---

[14] "CDCR categorizes its facilities that house male inmates into security levels ranging from Level I (lowest security) to Level IV (highest security). (Facilities that house female inmates are not classified into different security levels as female facilities generally have similar levels of security.)" From The Legislative Analyst's Office of California, "Improving California' Prison Inmate Classification System," May 2019, https://lao.ca.gov/Publications/Report/4023#:~:text=CDCR%20categorizes%20its%20facilities%20that,have%20si milar%20levels%20of%20security.

[15] Security level information was obtained from the information documented within individual SCRs and CDCR Incident Report Packages, when available. Specifically, 28 cases (90.3 percent) included consistent information in both the SCR and Incident Report Package with regard to security level. Three cases (9.7 percent) had security level information contained within the SCR but no security information was included within the Incident Report Package available for review by the Special Master's expert.

other persons.  In 2015 through 2017, the percentages of violent crimes among those who died by suicide were below 90 percent.

### 3.  Sentencing Factors

Twenty individuals, or 64.5 percent, of those who died by suicide in 2020 were serving sentences of over 21 years.  This included 16 incarcerated individuals, 51.6 percent, who were serving sentences up to and including life or death in prison.  In 2019, 60.5 percent of those who died by suicide were serving sentences of over 21 years, including 44.7 percent who were serving sentences up to and including life in prison.  In 2018, 71 percent of those who died by suicide were serving sentences of over 21 years, with 65 percent serving sentences up to and including life in prison.

One incarcerated individual (3.2 percent) who died by suicide in 2020 was condemned to death, two (6.5 percent) were serving life without the possibility of parole, and seven individuals (22.6 percent) were serving sentences up to and including life with minimums of over 100 years.  In total, 32.3 percent of those who died by suicide in 2020 would ultimately spend their lives in prison.  In 2019, this group comprised 21.1 percent of those who died by suicide.

| Sentence Length | Number of 2020 Suicides | Percentage of 2020 Suicides | Percentage of 2019 Suicides | Percentage of 2018 Suicides |
|---|---|---|---|---|
| 1-5 years | 6 | 19.4% | 5.3% | 12% |
| 6-10 years | 3 | 9.7% | 10.5% | 9% |
| 11-20 years | 2 | 6.5% | 23.7% | 9% |
| 21+ years | 11 | 35.5% | 15.8% | 6% |
| Life with the Possibility of Parole | 6 | 19.4% | 28.9% | 44% |
| Life without the Possibility of Parole | 2 | 6.5% | 13.2% | 15% |
| Condemned | 1 | 3.2% | 2.6% | 6% |
| Sentencing information unavailable | 0 | 0% | 0% | 0% |

When examining the amount of time served at the time of death, eight individuals, or 25.8 percent, had served one to five years and another eight (25.8 percent) had served 21 years or more.  Six individuals, or 19.4 percent, had served 11 to 20 years, five individuals, or 16.1 percent, had served six to ten years, and four individuals, or 12.9 percent, had served less than one year.

15



In 2019, 31.6 percent of those who died by suicide had served 11 to 20 years, 26.3 percent had served one to five years, 18.4 percent had served six to ten years, 15.8 percent had served less than one year, and the remaining 7.9 percent had served 21 years or more. In 2018, percentages were found to be relatively consistent across three time ranges: one to five years (29 percent), six to ten years (24 percent) and 11 to 20 years (26 percent) with 18 percent having served less than one year and 2.9 percent having served 21 years or more. The largest difference in 2020 when compared to the prior two years is the larger percentage of those who died by suicide having served 21 years or more in prison. A comparison of these data regarding time served among those who died by suicide since 2016 is illustrated in the chart below.



When determining the amount of time remaining on an incarcerated person's sentence, the Special Master's expert used the longest possible sentence, up to and including life. The majority of individuals who died by suicide in 2020, 19 individuals, or 61.3 percent, had over 21 years remaining on their sentences, including those serving up to life and the one condemned individual.

In 2019, 47.4 percent, had over 21 years remaining on their sentences, including those serving up to life and the one condemned individual. In 2018 incarcerated individuals with over 21 years left to serve comprised 65 percent of those who died by suicide. In 2017, this group comprised 37 percent of those who died by suicide; and in 2016, this group comprised 70 percent of those who died by suicide. Of the remaining 12 individuals who died by suicide in 2020, four (12.9 percent) had six to ten years remaining, another four (12.9 percent) had less than a year remaining, three individuals (9.7 percent) had one to five years remaining, and one individual (3.2 percent) had 11 to 20 years remaining.



### 4. Housing Type

At the time of their suicidal acts, five incarcerated individuals, or 16.1 percent, were housed in a Short-Term Restricted Housing (STRH) unit, three, or 9.7 percent were housed in an Administrative Segregation Unit (ASU), one individual, or 3.2 percent, was in a Psychiatric Services Unit (PSU), one, or 3.2 percent, was housed in a Long-Term Restricted Housing (LTRH) unit, and one, or 3.2 percent, was living in condemned housing. Taken together, 35.4 percent of those who died by suicide in 2020 were in some form of segregated housing. This is similar to the findings for the prior three years but represents a decrease in the percentage of individuals when compared to years prior. In 2013 and 2014, over half of the suicides in CDCR occurred in segregated settings.

Fifteen individuals (48.4 percent) were in general population housing, two individuals (6.5 percent) were housed in the OHU for medical reasons, and one individual (3.2 percent) was housed in a Reception Center (RC). In total, 58.1 percent of incarcerated individuals who died by suicide in 2020 were housed in a general population setting. Two individuals (6.5 percent) were housed in a PIP at the time of their deaths. In 2019, 65.8 percent of those who died by suicide were housed in a general population setting. In 2018, the percentage of individuals who died by suicide in general population housing was 70 percent, in 2017, it was 40 percent and in 2016, it was 63 percent.



In 2020, two individuals (6.5 percent) were noted to have been placed in segregated setting within 72 hours of their deaths by suicide. One individual was placed in a non-retrofitted ASU cell, which resulted in a QIP, but the other (Case U) was placed in an STRH intake cell. The SCR did not contain a determination as to the anchoring point on or around the cell door utilized in the hanging attempt, nor a determination as to whether the door was suicide resistant.

### 5. Housing Based on Safety Needs

With regard to concerns for their personal safety, seven incarcerated individuals (22.6 percent) who died by suicide in 2020 were living in a SNY, four individuals (12.9 percent) were housed in a segregated setting specifically to address their personal safety concerns and the one individual in condemned housing was on an SNY. In total, 12, or 38.7 percent, of the individuals who died by suicide in 2020 were housed specifically to address their personal safety concerns. In addition, another three individuals who died by suicide in 2020 requested SNY status but were placed at Non-Designated Programming Facilities (NDPF) in lieu of SNY placement.[16]  If these individuals are also considered to have been housed to address their safety needs, the total number increased to 15 individuals, or 48.4 percent of those who died by suicide in 2020, were residing in housing locations to address their safety concerns.   In 2019, 39.4 percent of those who died by suicide were placed in housing specifically to address safety concerns. In 2018, 50 percent of those who

---

[16] Defendants provided feedback that the Special Master's expert should not have included these three patients with those who requested SNY status, incorrectly noting that the three patients included here (Case M, Case S, and Case Z) were patients at the EOP level of care and that all EOP patients were housed at NDPFs and "[had] been for years."  Case M was a 3CMS patient who was housed in OHU and while he had signed a chrono accepting the change from SNY to a NDPF, he was noted in the SCR to have requested SNY status secondary to being a sexual offender and was still voicing fears related to the same in the months prior to his death. Case S was a general population inmate who was not enrolled in MHSDS at the time of his suicide and had requested SNY placement less than a year prior to his death.  He signed an agreement to be placed at an NDPF facility as his safety concerns had been related to a gang affiliation. Case Z was being treated at the EOP level of care, but as noted in the SCR, had safety concerns primarily related to his EOP status and was noted to have checked a box on a chrono indicating that he did not agree to a NDPF placement less than one month prior to his death by suicide.

died by suicide were placed in housing specifically to address safety concerns and in 2017, it was 53 percent.

### 6. Cell Type

Of the 31 individuals who died by suicide in 2020, 28 (90.3 percent) engaged in their suicidal acts while housed in single cells. Two individuals, or 6.5 percent, were discovered in dormitory bathrooms, and one individual (3.2 percent) was housed in a double cell and discovered by his cellmate. In 2019, 92.1 percent of those who died by suicide engaged in suicide acts when alone in their cells. In 2018, 91.2 percent engaged in suicide acts when alone in their cells, in 2017 it was 96.7 percent, in 2016 it was 81.5 percent, and in 2015, it was 95.8 percent. Consistently over the past six years, the vast majority of incarcerated individuals who died by suicide did so while alone in their cells.

### 7. Custody Checks/Nursing Rounds

In 2020, one case (3.2 percent) included a concern about inadequate nursing rounds checks related to the death by suicide. This individual was housed in a PIP. In 2019, 13.2 percent included such concerns. Sixty percent were in segregated housing (i.e., PSU, condemned). In 2018, 15 percent of the deaths by suicide included concerns about inadequate custody checks, all in segregated housing. In 2017, 20 percent of the cases identified custody/welfare checks as problematic with 83 percent of those occurring a segregation unit. In 2016, 19 percent of the cases included concerns about inadequate custody/welfare checks as possible precipitants related to the deaths by suicide, and one of those cases (20 percent) occurred in a segregation unit.

### 8. Job Placements while Incarcerated

Of those who died by suicide in 2020, 18 individuals, or 58.1 percent, had at least one job placement while incarcerated. Ten, or 32.3 percent, had no evidence of job placements during their incarceration. For three individuals (9.7 percent), job placement history was not available. In 2019, 60.5 percent of those who died by suicide had at least one job placement while incarcerated. Ten, or 26.3 percent, had no evidence of job placements during their incarceration. For four individuals (10.5 percent), job placement information was not available and for one individual, who died after only three days of incarceration, the issue was not applicable. In 2018, 59 percent of those who died by suicide had at least one job placement while incarcerated and 35 percent had no evidence of job placements during their incarceration. In 2017, 47 percent of those who died by suicide had at least one job placement during their incarceration, and 50 percent had no history of job placements while incarcerated. In 2016, of those who died by suicide, 63 percent had at least one job placement during incarceration, and 37 percent had no history of job placements while incarcerated.

Twenty-six (83.9 percent) of the individuals who died by suicide in 2020 were noted to be unassigned with regard to job placement at the time of their deaths. Four (12.9 percent) of the incarcerated individuals who died by suicide in 2020 were noted to be assigned to a job placement at the time of their deaths. For one individual (3.2 percent), his job placement status at the time of death could not be determined. In 2019, 63.1 percent of the individuals who died by suicide were noted to be unassigned with regard to job placement at the time of their deaths. Eleven (28.9 percent) of the individuals who died by suicide in 2019 were noted to be assigned to a job

placement at the time of their deaths. For two individuals (5 percent), their job placement status at the time of death could not be determined. In 2018, 62 percent of those who died by suicide were noted to be unassigned at the time of their deaths; in 2017, 77 percent of those who died by suicide were not assigned to a job placement at the time of their deaths and in 2016, it was 89 percent.

### 9. Interfacility Transfers

The individuals who died by suicide in 2020 experienced between zero and 57 interfacility transfers over the course of their incarcerations. When examined in relation to the number of years served by each individual, the average number of transfers was 1.8 per year or one transfer every six to seven months. In 2019, the average was 1.4 transfers per year or one transfer every eight to nine months, the same as seen in 2018. In 2017, the average was 1.5 transfers per year, or one every eight months and in 2016, the average was 2.2 transfers per year or more than one transfer every five to six months.

### 10. Rules Violation Reports

There were a total 306 rules violation reports (RVRs) received by the incarcerated individuals who died by suicide in 2020, or 9.9 per incarcerated individual on average during their most recent incarceration within CDCR. Totals for each incarcerated individual ranged from zero to 24 RVRs. When examined in relation to the number of years served by each individual, the average was 1.9 RVRs per year. These findings were similar to those from prior years.

### D. Mental Health Risk Factors

This section reviews mental health conditions and mental health risk factors known to be associated with suicide. More specifically, issues related to incarcerated individuals' levels of care, mental health treatment histories, primary diagnoses, prior suicide attempts, prior self-injurious behaviors, substance use, court-ordered involuntary medications, and trauma histories are discussed.

### 1. Mental Health Service Levels

Twenty-one individuals, or 67.7 percent of those who died by suicide in 2020 were actively receiving services in CDCR's MHSDS at the time of death. The percentage rate of participation in MHSDS among those who died by suicide continues to be the majority, with evidence of variability in the overall percentages as indicated in the table below.

|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|
| **MHSDS Participation Among Those Who Died by Suicide** | 53% | 91% | 58% | 81% | 67% | 71% | 71.1% | 67.7% |

Among the individuals who died by suicide in 2020, eleven or 35.5 percent, were receiving MHSDS services at the Correctional Clinical Case Management System (3CMS) level of care; seven individuals, or 22.6 percent, were receiving services at the Enhanced Outpatient Program (EOP) level of care; two individuals, or 6.5 percent, were receiving services at the PIP intermediate level of care; and one individual, or 3.2 percent, was receiving PIP services at the acute level of care. Of note, one of the patients who died by suicide (Case G) was assigned to PIP intermediate

level of care but was housed in an EOP awaiting transfer.  The transfer to a PIP was delayed as he did not meet emergency transfer criteria secondary to COVID-19 restrictions.  The SCR did not assess this delay as meeting criteria for a QIP but noted that while there was a lack of evidence that the patient met emergency criteria, "it was obvious to the treatment team he was suffering from a severe mental illness and demonstrated significant impairment in judgement. If [the patient] was in an inpatient setting at the very least he would have been subject to nursing rounds which would have caught the self-harm incident that led to his death."

Of those who died by suicide in 2019, 28.9 percent were receiving MHSDS services at the 3CMS level of care and 42.1 percent were receiving services at the EOP level of care.  In 2018, 35 percent of those who died by suicide were receiving MHSDS services at the 3CMS level of care, 32 percent were receiving services at the EOP level of care, and three percent were receiving services at the Mental Health Crisis Bed (MHCB) level of care.  In 2017, 27 percent of those who died by suicide were receiving 3CMS level of care services, 33 percent were receiving services at the EOP level of care, and seven percent were receiving services at the MHCB level of care.  In 2016, levels of care percentages were 26 percent at 3CMS and 56 percent at the EOP levels of care.

Of the ten individuals who were not actively receiving services within MHSDS at the time of their deaths in 2020, six, or 60 percent, had received mental health services previously during their incarcerations.

### 2. Mental Health Treatment Prior to Incarceration

According to available documentation, 19 incarcerated individuals, or 61.3 percent of the those who died by suicide in 2020 had received mental health services in the community prior to incarceration.  In 2019, 52.6 percent, of the individuals who died by suicide in 2019 had received mental health services in the community prior to incarceration.  In 2018, the findings were similar (53 percent) to 2019 (52.6 percent).  In 2020, five individuals (16.1 percent) who were not actively receiving services at the time of their deaths had received mental health services prior to incarceration.  Three individuals, or 9.7 percent of those who died by suicide in 2020 and were not enrolled in MHSDS at the time of their deaths had received mental health services both prior to and during incarceration.  In 2019, 7.9 percent of those who died by suicide and were not actively receiving services at the time of their deaths had received mental health services prior to incarceration.  One individual (2.6 percent) who was not enrolled in MHSDS at the time of his death by suicide in 2019 had received mental health services both prior to and during incarceration. In 2020, there was an increase in the percentage of the individuals with histories of mental health services who were not receiving services at the time of their deaths by suicide.

### 3. Primary Mental Health Diagnosis

Primary mental health diagnoses were analyzed in order to assess the mental health conditions afflicting those who died by suicide in 2020.  Several of the individuals were noted to have multiple diagnoses, some of which changed over time.  The graph below represents the major categories of disorders with which the individuals were diagnosed at the time of their deaths.  Only the primary diagnosis was included for each patient.



Of those who died by suicide in 2020, nine individuals (29 percent) were diagnosed with a primary mood disorder, five (16.1 percent) were diagnosed with a primary psychotic disorder, four (12.9 percent) were diagnosed with an adjustment disorder, two (6.5 percent) were diagnosed with a primary anxiety disorder, one (3.2 percent) was diagnosed with a primary trauma disorder, and one (3.2 percent) was diagnosed with a primary personality disorder. Of note, one of the individuals who was not actively enrolled in MHSDS had a mood disorder diagnosis on record. Nine incarcerated individuals (29 percent) had no psychiatric diagnosis on record. In 2019, 34.2 percent of those who died by suicide were diagnosed with a primary psychotic disorder, 23.7 percent were diagnosed with a primary mood disorder, 7.9 percent were diagnosed with an adjustment disorder, and one individual each (2.6 percent) was diagnosed with a primary personality disorder, primary substance use disorder, or an anxiety disorder. There was no psychiatric diagnosis on record for 26.3 percent of those who died by suicide in 2019. In 2018, 29 percent of those who died by suicide were diagnosed with a primary mood disorder, 24 percent were diagnosed with a primary psychotic disorder, 12 percent were diagnosed with an adjustment disorder, nine percent were diagnosed with a primary personality disorder, and three percent were diagnosed with trauma-related disorder. Twenty-four percent had no psychiatric diagnosis on record.

Two individuals who died by suicide in 2020 were placed in the Developmental Disability Program (DDP) while incarcerated in CDCR. In 2019, two individuals who died by suicide were enrolled in the DDP, and in 2018, one individual who died by suicide had this placement.

## 4. Substance Use History

Thirty individuals, or 96.8 percent of those who died by suicide in 2020, reported histories of significant substance use beyond experimentation. In 2019, the finding was 92.1 percent. In 2018, 79 percent of those who died by suicide had a substantial substance use problem. In 2017, 97

percent of incarcerated individuals who died by suicide had a significant substance use history and in 2016, it was 89 percent.

### 5. Previous Non-suicidal Self-Injury

Of the 31 individuals who died by suicide in 2020, 13, or 41.9 percent, had histories that included acts of self-injury that were determined not to have been attempts at suicide. Previous years' findings were 47.4 percent in 2019, 41 percent in 2018, 37 percent in 2017, and 33 percent in 2016.[17]

### 6. Previous Suicide Attempts

Twenty-one (67.7 percent) of the 31 incarcerated individuals who died by suicide in 2020 had reported histories of suicide attempts. This was lower than the percentages in the prior four years: 2019, 68.4 percent; 2018, 62 percent; 2017, 73 percent; and 2016, 74 percent.

Twelve individuals, or 38.7 percent, had histories positive for engaging in both suicide attempts and non-suicidal self-injury prior to their deaths in 2020. In total, 22 individuals, or 71 percent of those who died by suicide in 2020, had histories positive for either suicide attempts, non-suicidal self-injury or both. In 2019, 42.1 percent of those who died by suicide had histories positive for engaging in both suicide attempts and non-suicidal self-injury and 76.3 percent had histories positive for either suicide attempts, non-suicidal self-injury, or both. In 2018, 71 percent of the individuals who died by suicide had engaged in either or both of these behaviors. In 2017, it was 97 percent and in 2016, it was 78 percent.

### 7. Involuntary Medications

One individual, or 3.2 percent of those who died by suicide in 2020, was under a court order (PC 2602) for involuntary psychotropic medications at the time of his death secondary to both danger to self and danger to others. This individual had been under an active PC 2602 order since 2010. One other individual who died by suicide in 2020 (3.2 percent) had previously been under a PC 2602 order that expired in 2015. Of note, two individuals (6.5 percent) who died by suicide in 2020 were under consideration for a PC 2602 order at the time of their deaths by suicide. In 2019, 10.5 percent of who died by suicide were under a PC 2602 order for involuntary psychotropic medications at the time of death. In 2018, nine percent of the individuals who died by suicide were under a court order for involuntary psychotropic medications at the time of death. In 2017, three percent of those who died by suicide were under a PC 2602 order.

### 8. Trauma History

Available documentation indicated that 23 individuals, or 74.2 percent of the 31 individuals who died by suicide in 2020, had histories positive for trauma. Of those 23 individuals, six, or 26.1 percent, received formal treatment and/or a diagnosis to address symptoms of trauma while

---

[17] In the Special Master's expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation, January 1, 2016 – December 31, 2016, ECF No. 7038-3, the percentage of incarcerated persons with histories of non-suicidal self-injury who died by suicide in 2016 was incorrectly reported to be 67 percent. Prior to filing this Report, the Special Master filed a correction to the Special Master's expert's 2016 suicide report, updating this statistic to 33 percent. ECF No. 7404 at 1-2. This Report refers to the correct 2016 statistic (33 percent).

incarcerated. In 2019, 44.7 percent of those who died by suicide had histories positive for trauma and 29.4 percent of those individuals received formal treatment and/or a diagnosis to address symptoms of trauma while incarcerated. In 2018, 56 percent of those who died by suicide had histories positive for trauma, and 32 percent received treatment and/or a diagnosis to address the trauma. In 2017, 53 percent of individuals who died by suicide had a reported history of trauma with 31 percent of that group receiving treatment and/or a diagnosis while incarcerated.

The Special Master's expert is not in a position to determine whether or not the effects of the trauma experienced by individuals who died by suicide warranted treatment or a diagnosis. This information is being included so that it can be tracked over time. Compared with previous years' findings, there was a larger percentage of individuals with histories positive for trauma and a lower percentage of those who received treatment and/or a diagnosis related to trauma in 2020.

Additionally, of the 23 individuals with trauma histories, ten (43.5 percent) were placed in housing locations for safety reasons at the time of their deaths by suicide in 2020. This percentage is similar to the overall percentage of those who died by suicide in 2020 who were housed in locations for their safety (38.7 percent) as discussed earlier in this report.

E.    Mental Health Evaluation and Treatment Factors

In this section, issues related to the evaluation and treatment of the incarcerated individuals' identified mental health needs are reviewed. This section examines the quality and content of suicide risk evaluations, mental health evaluations, treatment plans, treatment implementation, higher level of care needs, recent inpatient placements, and concerns related to interdisciplinary communication regarding patient care as identified within the SCRs.

**1.    Suicide Risk Evaluations**

Of those who died by suicide in 2020, five individuals (16.1 percent) were not evaluated for suicide risk at any time during their most recent periods of incarceration as there were no indications that they needed to be evaluated for suicide risk. Of the remaining 26 individuals, 20, or 76.9 percent, showed evidence of clinicians failing to identify or document known risk factors during suicide risk evaluations. These omissions likely resulted in an underestimation of the individual's risk for suicide. Specifically, 19 cases, or 73.1 percent, evidenced omissions with regard to static/historical risk factors; 20 cases, or 76.9 percent evidenced omissions with regard to dynamic/situational risk factors; and 15 cases, or 57.7 percent, evidenced omissions with regard to acute risk factors. Twenty cases (76.9 percent) showed evidence of omissions in more than one category. In 2019, 75 percent of the cases of those who died by suicide showed evidence of clinicians failing to identify or document known risk factors during suicide risk evaluations. In 2018, 61 percent of cases showed evidence of clinicians failing to identify or document known risk factors during suicide risk evaluations. In 2017, 17 percent of cases showed evidence of clinicians failing to identify or document known risk factors during suicide risk evaluations and in 2016, it was 33 percent. The results from 2020 showed an increase in the omission of known risk factors during the suicide risk evaluation process when compared to prior years.

In 2020, the suicide risk level determination was not clearly derived from the suicide risk evaluation and/or other information available regarding the individual's level of risk in 18 cases, or 69.2 percent of those with completed suicide risk evaluations. In other words, based on the information documented at the time, the risk level (i.e., low, moderate, high) did not appear to be

accurate in these cases.  In 2019, this was true in 43.8 percent of cases, in 2018 it was 56 percent of cases, in 2017 it was 43 percent of cases and in 2016, 56 percent of the suicide risk level determinations were not clearly derived from the suicide risk evaluation and/or other information available regarding the individual's level of risk.  The results from 2020 show an increase in percentage of cases with inaccurate or problematic risk determinations.

Additionally, 17 cases, or 65.4 percent, evidenced other problems related to suicide risk evaluations.  These included failures to complete evaluations when required, inconsistencies in documentation, and other concerns unrelated to risk factors and/or risk determinations.[18]  In 2019, other suicide risk evaluation problems were identified in 65.8 percent of cases, in 2018, this was problematic in 64 percent of cases, in 2017, it was 63 percent and in 2016, 56 percent of the cases evidenced other problems related to suicide risk evaluations.

## 2. Mental Health Assessments

Eighteen cases, or 58.1 percent, evidenced problems related to the completion of mental health assessments.  These problems included failure to complete assessments as required, assessments which failed to consider available clinical information, unresolved diagnostic concerns, assessments held in nonconfidential settings, poor quality assessments, and assessments that were not timely.  This was an increase in the percentage of these issues over prior years.  In 2019, 42.1 percent of the cases evidenced problems related to mental health assessments; in 2018, it was 41 percent; in 2017, it was 53 percent; and in 2016, it was 56 percent of cases.

The Special Master's expert noted that in 2020, three cases (9.7 percent) included concerns related to the completion of mental health assessments associated with RVRs. More specifically, mental health assessments were conducted to determine if the patient's mental illnesses were contributory to the RVRs, and the assessments determined that the illnesses were not contributory when there was evidence that symptoms of mental illness played a role in the rule violation. Two of these cases included requirements for formal QIPs to address the issue and in one case, the mental health assessment was noted as a concern but did not rise to the level of requiring a formal QIP. In 2019, 15.8 percent of the cases included concerns related to the completion of mental health assessments associated with RVRs.

## 3. Treatment Planning

Twenty-two individuals (71 percent) were noted to have treatment plans developed at some point during their incarceration, either in the form of Interdisciplinary Treatment Team (IDTT) master treatment plans or safety plans developed to mitigate suicide risk in 2020.  In 20 of those cases, or 90.9 percent, there was evidence of problems specifically related to mental health treatment planning.  These problems included failure to complete a treatment plan as required, failure to identify the patient's mental health needs within the treatment plan despite those needs being documented elsewhere, poor goal-setting, lack of interventions to treat the patient's identified needs, failure to document diagnoses, failure to justify changes in diagnoses, failure to update the treatment plans in light of changes in patient functioning, lack of required membership in the

---

[18] These issues included problems such as incomplete Suicide Risk Assessment and Self-Harm Evaluations (SRASHEs) including blank sections, SRASHEs that were not appropriately updated, no identification or description of protective factors, poorly written narratives, significant omission of information, cell-front evaluations without rationale, lack of a disposition, and over-reliance on patient self-report.

IDTT, and failure to create individual plans of care (IPOCs). Problems with treatment planning were found in a greater percentage of cases in 2020 (90.9 percent) than in prior years. In 2019, 81.6 percent of cases evidenced problems with treatment planning; in 2018 it was 68 percent; in 2017, it was 53 percent; and in 2016, 59 percent of cases evidenced such problems.

### 4. Treatment Services

In 2020, 23 cases (74.2 percent) identified treatment interventions being required for the patient, either related to routine treatment for mental health needs or interventions to reduce the risk for suicide. The review revealed that in 16 of these 23 cases, or 70 percent, there were issues and problems related to the delivery of mental health treatment. These problems included failure to provide interventions as outlined in the treatment plan or safety plan, or as required by the Program Guide. Additionally, there were failures in documenting treatment interventions and treatment progress, along with treatment interventions failing to address the patient's target symptoms. There was an increase in identified treatment concerns in 2020 over prior years. In 2019, 64.5 percent of cases revealed these issues; in 2018, it was 55 percent; in 2017, it was 67 percent; and in 2016, 59 percent of the cases evidenced problems related to the delivery of routine mental health treatment.

In 2020, the COVID-19 pandemic had a serious negative impact on the ability of individuals who died by suicide to access mental health treatment services. The SCRs in 11 cases, or 35.5 percent of those who died by suicide, noted access to care issues or failures to provide required mental health services secondary to the pandemic. In a number of these cases, more than one facet of the patients' mental health treatment was impacted. Specifically, the SCRs noted that four individuals, or 12.9 percent, were not transferred to treatment locations which met their level of care needs secondary to COVID-19 restrictions; six individuals, or 19.4 percent, were noted to have been denied participation in their IDTT meetings despite guidelines requiring their attendance; six individuals, or 19.4 percent, were noted to have been denied required out-of-cell treatment services; and in one case, an individual who submitted a health services request to been seen by his primary clinician was not seen in response to that request for 21 days. In addition to the impact on access to mental health care, the COVID-19 pandemic was noted to have seriously impacted the mental health/mental status of seven individuals, or 22.6 percent of those who died by suicide, to the point that it appeared to have likely contributed to their decisions to die by suicide according to the SCRs.

### 5. Higher Level of Care Needs

In fifteen cases, or 48.4 percent of those who died by suicide in 2020, there was evidence of a failure to refer the patient to a higher level of care when clinically indicated or required by the Program Guide. In many cases, this finding resulted from the fact that despite the patient meeting criteria for consideration of referral to a higher level of care, the IDTT failed to refer the individual. In some cases, there was an inappropriate reduction in the patient's level of care without clear justification or rationale, including two cases where there appeared to be premature, inadequately justified removal from MHSDS. In 2019, 42.1 percent of those who died by suicide experienced failures with regard to being placed at the appropriate level of care. The percentage in 2018 was

18 percent of cases, while in 2017 and 2016, these issues were noted in 53 percent and 67 percent of the cases, respectively.

### 6. Inpatient Placement Within Past Year

Twelve patients, or 38.7 percent, of those who died by suicide in 2020 had been admitted to an inpatient setting within the 12 months prior to their suicidal acts.  Six patients, or 19.4 percent of those who died by suicide in 2020, had been placed at the inpatient level of care within a week of their deaths. Specifically, three patients, or 9.7 percent had been discharged from an inpatient setting within one week of their deaths[19] and three patients, or 9.7 percent, were designated as PIP level of care (one acute and two ICF) at the time of suicide.  As noted earlier in this report, one of the ICF level of care patients was housed in an EOP unable to transfer due to COVID-19 restrictions.  Across all individuals who died by suicide in 2020, 21 (67.7 percent) had been admitted to an inpatient level of care at some point during their incarceration.

These findings represented an increase over prior years with respect to the percentage of individuals with histories of inpatient placements in the year prior to their deaths, inpatient levels of care in the week prior to death by suicide, and deaths by suicide among those receiving inpatient level of care services.  In 2019, 36.8 percent of those who died by suicide had been admitted to an inpatient setting within the previous 12 months and 15.8 percent had been placed in an inpatient setting within one week of their deaths.  Of those who died by suicide in 2018, 32 percent had been admitted to an inpatient setting in the 12 months prior to their suicidal acts, 6 percent had been discharged from an inpatient setting within one week of their deaths, and one patient was being treated in an inpatient setting when at the time of suicide.  In 2017, 33 percent of those who died by suicide had been admitted to an inpatient setting in the previous 12 months and in 2016, it was 48 percent.

### 7. Interdisciplinary Consultation

In 13 cases, or 41.9 percent of those who died by suicide in 2020, there were problems related to communication between disciplines.  These problems included failures to communicate mental health concerns or incidents of self-injury to mental health staff, discrepancies in documentation between treatment providers without evidence of an attempt to resolve the discrepancies, failure to make referrals for substance use treatment when indicated, failure to refer to other providers within the mental health team when indicated, failure to coordinate psychiatric and medical care, and failures on the part of mental health staff in alerting custody staff to incidents of serious self-harm.  This represented an increase in such problems over 2019, 2018 and 2017, when the findings were 26.3 percent, 12 percent, and 27 percent, respectively.

F. Emergency Response Factors

This section examines staff response after discovery of the individual following the suicidal act.  Included here are any identified issues related to Cardiopulmonary Resuscitation (CPR)/Automated External Defibrillator (AED) or other identified problems with the emergency response process as identified within the SCRs.

---

[19] This issue was also noted and raised in the SMHP's Suicide Prevention and Response Team's "Suicide Prevention Video Conference," January 8, 2020.

### 1. CPR/AED Issues

In 2020, two cases, or 6.5 percent, included documented problems related to CPR and/or AED use during the emergency response procedures. This was a decrease in such problems when compared to most of the previous years. In 2019, 15.8 percent of cases included documented problems related to CPR and/or AED use during the emergency response procedures; in 2018, it was 12 percent; in 2017, these issues were also in three percent of cases, and in 2016, 26 percent of the cases evidenced problems with CPR/AED applications.

### 2. Other Emergency Response Issues

Fifteen,[20] or 48.4 percent of the 31 cases, included documented problems associated with emergency response procedures other than those related to CPR/AED use in 2020. These issues included delays in activating 911 (eight cases), failure to arrive at the scene with the full cut-down kit (one case), failure to properly support the individual's body during cut-down from hanging (one case), poor or conflicting documentation of emergency response procedures (four cases), delays in the arrival of nursing staff to the scene (one case), placement of a supportive collar on a patient while the noose was still present (one case), failure to recognize that a string was across the individual's neck during emergency medical procedures (one case), and failure on the part of staff to don required personal protective equipment (one case). In 2019, 42.1 percent cases included documented problems associated with emergency response procedures other than those related to CPR/AED use. In 2018, 38 percent of the cases included documented problems associated with emergency response procedures other than those related to CPR/AED use, and in 2017, it was 60 percent.

California Code of Regulations Title 15, Section 3268.2(b) states: "Mechanical means of physical restraint may be used only under the following circumstances: (1) When transporting a person between locations. (2) When a person's history, present behavior, apparent emotional state, or other conditions present a reasonable likelihood that he or she may become violent or attempt to escape. (3) When directed by licensed health care clinicians, to prevent a person from attempting suicide or inflicting injury to himself or herself." In 2020, there were four cases (12.9 percent) in which custody staff applied restraints/handcuffs to individuals housed in general population prior to the initiation of emergency procedures. In three of these cases, the SCRs required QIPs as these individuals were housed in general population settings with no corresponding security risks that would have warranted restraints prior to the initiation of emergency, life-saving procedures. In the fourth case, a review completed by security leadership found that because there was a manufactured weapon present, the use of restraints was warranted. In this case, the individual was non-responsive and custody staff chose to restrain both his hands and feet. In addition to these cases, restraints were noted to have been placed on two individuals (6.5 percent) who were housed in segregated settings prior to the delivery of emergency care. One of these individuals was placed in that setting for his own safety. In total, six individuals who died by suicide in 2020, or 19.4 percent, were restrained by custody staff prior to the initiation of emergency procedures. In 2019, use of restraints prior to the initiation of emergency procedures were noted in 7.9 percent of the cases.

---

[20] Three cases included more than one emergency response concern.

G.  Individual Suicide Case Reviews

All deaths by suicide of individuals incarcerated within CDCR in 2020 were reviewed by a member of the SMHP resulting in a formal SCR, each of which was reviewed in detail by the Special Master's expert for the purposes of this report.  SCRs are discussed during SCRC meetings prior to finalization.  The Special Master's experts are participants in the SCRC and provide immediate feedback during discussions of each case. The Special Master's expert's determination of the adequacy of each SCR is discussed case-by-case in Appendix A.

Of the 31 SCR reports reviewed for the 2020 deaths by suicide, all SCRs (100 percent) were determined to be adequate summaries of the cases.  Adequacy was determined based on descriptions of each incarcerated individual's history along with a critical discussion of the evaluations, assessments and mental health treatment provided to the patients, factors precipitating the deaths by suicide, and critical review of practices across disciplines with regard to adherence to Program Guide requirements, policies, and local operating procedures.  In these reports, recommendations and requirements for QIPs followed clearly from the findings in the SCRs and addressed the salient and relevant concerns of the case.

In six of these cases (19.4 percent), the Special Master's expert identified a number of opportunities for improvement (i.e., Case H, Case I, Case K, Case Q, Case R, Case Y).  Identified concerns included the SCRs failure to adequately address interdisciplinary consultation issues, no attention to concerns related to emergency response procedures, failure to recognize internal discrepancies in documentation, failure to discuss the presence of suicidal ideation in the month prior to the patient's death, failure to identify concerns related to coordination of care between medical and mental health staff, the absence of a critical evaluation of poorly developed treatment plan goals, omission of discussion of the IDTT's poor tracking of treatment progress, no review of psychotropic medication, failure to review the appropriateness of the patient's level of care, failure to review the impact of the patient not having access to out-of-cell treatment in LTRH, no review of a patient's frequent recanting of statements of suicidal ideation, use of potentially prejudicial terms such as "malingering" and "impression management," and inappropriate conclusions that treatment delays were secondary to COVID-19 when a review of the healthcare record revealed this was not the case.  In one case the SCR failed to critically evaluate safety plans and did not review whether or not a psychiatrist considered involuntary medication during an inpatient stay marked by decompensation and medication refusals.

None of the SCRs reviewed in 2020 were determined to be inadequate.  In 2019, 5.3 percent of SCRs were determined to be inadequate summaries of the cases.  In 2018, three percent were determined to be inadequate summaries of the cases.  In 2017, 17 percent of the SCRs were determined to be inadequate summaries of the cases.

H.  Quality Improvement Plan Content and Analyses

Of the 31 deaths by suicide in 2020, 30 SCRs (96.8 percent) required the development of Quality Improvement Plans (QIPs).  In total, the care and management of these 30 individuals who died by suicide required 195 QIPs, with an average of 6.5 QIPs per case.  For individual cases, the range was from one to 36 QIPs.  QIPs were developed by the individual facilities or headquarters staff to investigate and set forth a plan to address the concerns identified in the SCRs.  The Special Master's expert reviewed the reports on implementation of QIPs submitted by each facility and/or

headquarters staff. For the 30 suicides that required QIPs, analyses revealed 36 common issues or problems. The most common problem, identified in 15 or 50 percent of cases, was inadequate treatment planning. The second most common factor found in 13 cases (43.3 percent) was inadequate risk determinations. Twelve cases, or 40 percent, required QIPs to address the patient being placed at an inappropriate level of care, which included failure to refer the patient to a higher level of care as well as inappropriate placements at a lower level of care. In eleven cases, or 36.7 percent, QIPs were required to address inaccurate or inadequate mental health documentation, including issues of staff members copying and pasting prior documentation without properly updating the contents. One-third of cases (ten cases, 33.3 percent) required QIPs to address communication or referral issues across disciplines. A table of all common issues/problems is found in Appendix B4. In 2020, there were common problems identified that had not been common problems in the previous four years. These newly identified common issues included the following, with their percentage of occurrence:

- Referral or mental health contact required timelines not met (16.7%);
- Improper use of restraints during the emergency response (13.3%);
- Lack of clear policy directing staff actions (10%);
- Failure to document observation levels or rationale for observation levels (10%);
- Lack of out of cell programming (10%);
- Failure to update IDTT documentation (6.7%);
- Failure to provide the individual with property or privileges as required by policy (6.7%);
- Emergency medical care issues (6.7%);
- Inadequate staff training (6.7%);
- RVR mental health assessment concerns (6.7%);
- Failure to address an incarcerated individual's victimization concerns (6.7%);
- Failure to properly address PREA concerns (6.7%).

It was noted that five common concerns which required QIPs in prior years were not present in more than one case in 2020. These included psychotropic medication issues, concerns with psychiatric technician rounds, failure to take pressure off the individual's body prior to being cut down during a hanging episode, failure to arrive at the emergency scene with the entire cut down kit, and failure to update a previous mental health evaluation. These findings may represent improvements in these areas.

QIP responses most often included training for staff for which evidence was provided through inclusion of the training curricula, in the form of a slide presentation or memorandum, and staff attendance records. What was not possible to determine from the responses submitted was whether all required staff actually received the training. As has been true in prior years, most submitted training rosters included hand-written sign-in forms without any master list to verify that all staff had been trained. Staff training was frequently supplemented by mental health record audits and mentoring to target the specific needs of individual staff members when indicated. A few cases included performance improvement plans for individual staff members. What was missing from many QIPs was follow-up to ensure that training and mentoring had the desired effect and was sustainable over time.

Four cases (13.3 percent of the cases which required QIPs) included a total of six QIPs that could not be developed nor implemented secondary to investigation requests being submitted to the

Office of Internal Affairs (OIA) for possible staff misconduct.  The Suicide Prevention and Response Unit (SPRU) reported that the Division of Adult Institutions (DAI) has one year to close an investigation regarding alleged custody misconduct and health care has three years. Although the SPRU at headquarters tries to periodically follow up with facilities to receive the subsequent memorandum regarding completed investigations, to date, these efforts have not been successful, and Wardens have not been submitting the findings to either the SPRU or headquarters DAI.  Of note, in a fifth case, two required QIPs were noted to have associated OIA investigations that were completed, and action was taken in response to the findings which addressed the concerns noted in the QIPs.  In 2019, 23.6 percent of cases included QIPs which could not be developed nor implemented secondary to ongoing investigations and one case had the OIA investigation resolved so that the QIP response could be developed.

    I.   <u>Foreseeability and Preventability</u>

The terms "foreseeable" and "preventable" are used in this report as they have been in previous reports authored by the Special Master's expert.  They describe the adequacy and implications of CDCR suicide prevention policies and procedures, staff training and supervision, clinical judgement, and utilization of clinical and custodial alternatives to reduce the likelihood of completed suicides.  The definitions below are the court-approved definitions of foreseeable and preventable.

    The term "foreseeable" refers to those cases in which available information about an inmate indicates the presence of substantial or high risk for suicide, and requires reasonable clinical, custodial, and/or administrative intervention(s).  Assessment of the degree of risk may be high, moderate, or low to none.  This is an important component in determining foreseeability.  In contrast to a high and immediately detectable risk, a "moderate risk" of suicide indicates a more ambiguous set of circumstances that requires significant clinical judgment based on adequate training, as well as timely assessment, to determine the level of risk in the most appropriate manner and relevant interventions to prevent suicide.  Interventions may include but are not limited to changes in clinical level of care, placement on suicide precautions or suicide watch, and changes in housing including utilization of safe cells and transfers to higher levels of care, as well as clinically appropriate treatment and management services which may include but not be limited to increased contacts/assessments by mental health professionals, medication management review and changes, other therapeutic interventions and measures, and/or changes in level of care, including short-term changes such as utilization of MHCBs and/or longer term level-of-care changes including transfer to DSH programs.  Individuals evaluated as "low risk," "no risk," or "negligible risk" may continue to require some degree of clinical and custodial monitoring and subsequent evaluation with appropriate treatment and management by clinical staff of the potential for self-injury and/or suicidal ideation or activity.

    The term "preventable" refers to those cases in which the likelihood of completed suicide might have been reduced substantially had some additional information been gathered and/or some additional intervention(s) undertaken, usually as required by existing policy, reflected in the Program Guide and/or local operating procedures.  Suicides that may have been preventable include not only cases in

which additional information might have been gathered or additional interventions undertaken, but also cases involving issues with emergency response by custody and clinical staff. The emergency response is reviewed not only by DCHCS mental health staff but also by DCHCS medical staff as part of the death review summary process, as well as by this reviewer.

In 2020, CDCR's SCRC did not determine whether a death by suicide was foreseeable and/or preventable.

The Special Master's expert determined that nine, or 29 percent of the deaths by suicide in 2020 were foreseeable and 18, or 58.1 percent, were preventable. In total, 18 (58.1 percent) of the deaths by suicides were determined to be either foreseeable, preventable or both. The table below lists the cases and determinations made by the Special Master's expert. Specific rationales for the determinations by the Special Master's expert are included in the case summaries in Appendix A.

| Case | Foreseeable | Preventable |
|------|-------------|-------------|
| A | Yes | Yes |
| B | No | Yes |
| C | No | Yes |
| D | No | No |
| E | No | Yes |
| F | No | No |
| G | No | Yes |
| H | Yes | Yes |
| I | No | No |
| J | Yes | Yes |
| K | Yes | Yes |
| L | Yes | Yes |
| M | No | No |
| N | No | Yes |
| O | No | No |
| P | No | No |
| Q | No | Yes |
| R | No | No |
| S | No | No |
| T | No | Yes |
| U | Yes | Yes |
| V | No | No |
| W | No | Yes |
| X | Yes | Yes |
| Y | Yes | Yes |
| Z | Yes | Yes |
| AA | No | No |
| BB | No | No |
| CC | No | No |
| DD | No | No |
| EE | No | Yes |

The table below includes the Special Master's expert's findings of the percentage of cases determined to foreseeable, preventable or both for the years 2014-2020.

|  | Foreseeable | Preventable | Either Foreseeable or Preventable |
|---|---|---|---|
| **2014** | 52% | 65% | 74% |
| **2015** | 54% | 79% | 79% |
| **2016** | 59% | 85% | 89% |
| **2017** | 43% | 77% | 77% |
| **2018** | 32% | 53% | 53% |
| **2019** | 36.8% | 60.5% | 60.5% |
| **2020** | 29.0% | 58.1% | 58.1% |

## IV.  Recommendations

- Clinicians continued to struggle with the identification of risk factors that impact suicide, determination of the patient's level of risk as derived from identified risk factors, and documentation of appropriate rationale for risk level determinations. In 2020, these concerns were identified in a higher percentage of cases than was true in previous years. This has been a chronic issue reported by the Special Master's expert over many years. Training and supervision do not appear to have adequately addressed the concerns. The Special Master's expert recommends the suicide risk assessment instrument and process be revised and is aware that CDCR has "tried many modifications to improve the assessments"[21] and was working on additional attempts at the time of this report.

- In a majority of cases, problems related to mental health treatment planning and the delivery of mental health treatment were identified in 2020. These have been chronic issues identified by Special Master's expert. Training and supervision completed to date do not appear to have adequately addressed the issues. The Special Master's expert recommends reviewing and revising the format and process for development and implementation of the mental health master treatment plan.

## V.  Conclusions

Despite the ongoing, considerable efforts on the part of CDCR to address and reduce deaths by suicide, the suicide rate in 2020 was at its second highest in over 22 years.[22] The foregoing discussion of factors related to deaths by suicide has resulted in the following conclusions regarding suicide prevention efforts.

- There were a number of concerns identified in 2020 in more than one death by suicide that had not been common concerns in prior years. It is likely worthwhile to review these issues for possible inclusion in statewide plans for improvement. These issues included:

---

[21] Defendants' response to an initial draft of this report page 10, Section XI.

[22] Based on data included in CDCR's *Annual Report on Suicide in the California Department of Corrections and Rehabilitation January 1, 2015-December 31, 2015*, *see supra* note 6, and subsequent Annual Reports drafted by the Special Master's expert.

- o Referral or mental health contact required timelines not met;
- o Improper use of restraints during the emergency response;
- o Lack of clear policy directing staff actions;
- o Failure to document observation levels or rationale for observation levels;
- o Lack of out of cell programming;
- o Failure to update IDTT documentation;
- o Failure to provide the individual with property or privileges as required by policy;
- o Emergency medical care issues;
- o Inadequate staff training;
- o RVR mental health assessment concerns;
- o Failure to address an incarcerated individual's victimization concerns;
- o Failure to properly address PREA concerns.

- Cases reviewed in 2020 and in the previous five years have revealed that approximately one-third of the incarcerated individuals whose histories are positive for traumatic experiences have received treatment or a diagnosis related to the experience of trauma. Research with incarcerated populations has revealed a relationship between trauma and suicide/suicidal behavior.[23] Increasing staff awareness of this relationship may prove beneficial in the reduction of suicides.

- Findings in 2020 revealed an increase over prior years with respect to the percentage of individuals with histories of inpatient placements in the year prior to their deaths, inpatient levels of care in the week prior to death by suicide, and deaths by suicide among those receiving inpatient level of care services. A review of care provided to patients recently discharged from inpatient settings and improved safety planning for these individuals appears warranted.

- Since 2017, issues related to personal safety have been significant enough to warrant specialized housing for nearly 40 percent or more of those who died by suicide. It appears that issues related to personal safety may warrant consideration in the formulation of risk for suicide. It was reported that CDCR is working to address this issue.

- The QIP process would be greatly enhanced by the inclusion of an expectation that the efficacy of plans be measured over time. It was reported that CDCR has initiated such a process.

Results from OIA investigations are not provided to the SPRU and DAI, resulting in QIPs that are delayed or stopped secondary to OIA investigations. These failures impact the development of adequate corrective actions required to reduce suicides within the CDCR.

The Special Master will continue to provide support to CDCR on addressing deficiencies noted in this report. Additionally, the Special Master's experts will continue to provide guidance to CDCR

---

[23] *E.g.*, Facer-Irwin E, Blackwood NJ, Bird A, et al. *PTSD in prison settings: A systematic review and meta-analysis of comorbid mental disorders and problematic behaviours*. PLOS ONE. 2019;14(9) doi:10.1371/journal.pone.0222407; Marzano L, Hawton K, Rivlin A, Smith EN, Piper M, Fazel S., *Prevention of suicidal behavior in prisons: An overview of initiatives based on a systematic review of research on near-lethal suicide attempts*. CRISIS: THE JOURNAL OF CRISIS INTERVENTION AND SUICIDE PREVENTION. 2016;37(5):323-334. doi:10.1027/0227-5910/a000394.

during their suicide case review process, development and review of suicide-related policies and procedures, as well as quality improvement initiatives and sustainable process efforts.

Respectfully Submitted,

*/s/ Sharen Barboza, Ph.D.*

Sharen Barboza, Ph.D.