| | |
|---|---|
| MICHAEL W. BIEN – 096891 | DONALD SPECTER – 083925 |
| ERNEST GALVAN – 196065 | STEVEN FAMA – 099641 |
| LISA ELLS – 243657 | PRISON LAW OFFICE |
| ROSEN BIEN GALVAN & GRUNFELD LLP | 1917 Fifth Street |
| 101 Mission Street, Sixth Floor | Berkeley, California 94710-1916 |
| San Francisco, California 94105-1738 | Telephone: (510) 280-2621 |
| Telephone: (415) 433-6830 | |
| | CLAUDIA CENTER – 158255 |
| | DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC. |
| | Ed Roberts Campus |
| | 307 Adeline Street, Suite 210 |
| | Berkeley, California 94703-2578 |
| | Telephone: (510) 644-2555 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-cv-00520-KJM-DB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2021** |
| v. | |
| GAVIN NEWSOM, et al., | Judge: Hon. Deborah Barnes |
| Defendants. | |

[3839057.3]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2021 to Defendants via e-mail on November 15, 2021. The parties completed their meet and confer process on December 15, 2021. The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2021, with an agreement to reduce claimed amounts to a total of $1,213,751.77 calculated at a rate of $232.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $1,213,751.77 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 16, 2021 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: December 22, 2021

/s/ Elise Thorn
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: December 22, 2021

/s/ Lisa Ells
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

DATED: _____, 2021

_____
Deborah Barnes
United States Magistrate Judge

## Coleman v. Newsom
## Third Quarter of 2021
## July 1, 2021 through September 30, 2021
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **CLAIMED COSTS** | **SETTLED COSTS** |
|---|---|---|---|---|
| **Monitoring, 489-3** | $1,210,023.00 | $1,167,672.20 | $24,123.64 | $23,279.30 |
| **Fees on Fees, 489-5** | $8,277.00 | $7,987.31 | $0.00 | $0.00 |
| **Appeal, 489-26** | $14,275.50 | $13,775.86 | $1,074.72 | $1,037.10 |
| **Totals** | $1,232,575.50 | $1,189,435.37 | $25,198.36 | $24,316.40 |

**Claimed Total:**      $1,257,773.86

**Settled Total:**      $1,213,751.77

3765784

**Coleman v. Newsom**
**Third Quarter of 2021**
**July 1, 2021 through September 30, 2021**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adam Dean | 79.00 | 78.50 | $232.50 | $18,251.25 | $17,612.46 |
| Alex Gourse | 211.70 | 200.20 | $232.50 | $46,546.50 | $44,917.37 |
| Amy Xu | 171.40 | 170.90 | $232.50 | $39,734.25 | $38,343.55 |
| Benjamin Bien-Kahn | 0.10 | 0.00 | $232.50 | $0.00 | $0.00 |
| Cara E. Trapani | 261.40 | 256.20 | $232.50 | $59,566.50 | $57,481.67 |
| Catherine Johnson | 9.30 | 0.00 | $232.50 | $0.00 | $0.00 |
| Ellen T. Brancart | 283.80 | 276.20 | $232.50 | $64,216.50 | $61,968.92 |
| Ellinor Heywood | 41.60 | 41.60 | $232.50 | $9,672.00 | $9,333.48 |
| Emma Cook | 13.20 | 11.70 | $232.50 | $2,720.25 | $2,625.04 |
| Erika Zheng | 153.60 | 143.40 | $232.50 | $33,340.50 | $32,173.58 |
| Ernest Galvan | 167.60 | 167.50 | $232.50 | $38,943.75 | $37,580.72 |
| F. Gail LaPurja | 63.60 | 46.10 | $232.50 | $10,718.25 | $10,343.11 |
| Fely F. Villadelgado | 120.50 | 44.50 | $232.50 | $10,346.25 | $9,984.13 |
| Gay C. Grunfeld | 6.40 | 0.00 | $232.50 | $0.00 | $0.00 |
| Grace A. Brew | 114.40 | 94.80 | $232.50 | $22,041.00 | $21,269.57 |
| Gregorio Z. Gonzalez | 285.80 | 203.00 | $232.50 | $47,197.50 | $45,545.59 |
| Heather Gans | 309.50 | 305.30 | $232.50 | $70,982.25 | $68,497.87 |
| Jack Gleiberman | 198.00 | 197.00 | $232.50 | $45,802.50 | $44,199.41 |
| Jenny S. Yelin | 53.10 | 52.00 | $232.50 | $12,090.00 | $11,666.85 |
| Jessica L. Winter | 391.50 | 366.40 | $232.50 | $85,188.00 | $82,206.42 |
| Jessica Santillo | 16.80 | 16.60 | $232.50 | $3,859.50 | $3,724.42 |
| Linda H. Woo | 50.80 | 47.10 | $232.50 | $10,950.75 | $10,567.47 |
| Lisa Ells | 348.50 | 334.70 | $232.50 | $77,817.75 | $75,094.13 |
| Marc Shinn-Krantz | 426.00 | 397.10 | $232.50 | $92,325.75 | $89,094.35 |
| Mateo Olvera-Sandoval | 360.80 | 276.00 | $232.50 | $64,170.00 | $61,924.05 |
| Michael L. Freedman | 41.00 | 40.90 | $232.50 | $9,509.25 | $9,176.43 |
| Michael S. Nunez | 172.20 | 142.10 | $232.50 | $33,038.25 | $31,881.91 |
| Michael W. Bien | 185.50 | 181.80 | $232.50 | $42,268.50 | $40,789.10 |
| Penny Godbold | 2.60 | 0.00 | $232.50 | $0.00 | $0.00 |
| Raynor Bond-Ashpole | 275.70 | 255.30 | $232.50 | $59,357.25 | $57,279.75 |
| Rebecca Berman | 274.50 | 271.00 | $232.50 | $63,007.50 | $60,802.24 |
| Sarah A. Corkum | 212.10 | 159.20 | $232.50 | $37,014.00 | $35,718.51 |
| Thomas Nolan | 123.70 | 117.50 | $232.50 | $27,318.75 | $26,362.59 |
| Yesi Murillo | 42.50 | 19.50 | $232.50 | $4,533.75 | $4,375.07 |
| **Total** | **5468.20** | **4914.10** | | **$1,142,528.25** | **$1,102,539.75** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alondra Diaz-Saavedra | 3.60 | 3.60 | $232.50 | $837.00 | $807.71 |
| Donald Specter | 2.70 | 2.70 | $232.50 | $627.75 | $605.78 |
| Eva Amarillas Diaz | 5.80 | 5.80 | $232.50 | $1,348.50 | $1,301.30 |
| Ilian Meza Pena | 4.40 | 4.40 | $232.50 | $1,023.00 | $987.20 |
| Jordan Payne | 1.90 | 1.90 | $232.50 | $441.75 | $426.29 |
| Margot Mendelson | 84.60 | 84.60 | $232.50 | $19,669.50 | $18,981.07 |
| Michael Brodheim | 9.10 | 9.10 | $232.50 | $2,115.75 | $2,041.70 |
| Patrick Booth | 62.80 | 62.80 | $232.50 | $14,601.00 | $14,089.97 |
| Skye Lovett | 5.30 | 5.30 | $232.50 | $1,232.25 | $1,189.12 |
| Sophie Mishara | 2.50 | 2.50 | $232.50 | $581.25 | $560.91 |
| Steve Fama | 74.50 | 74.50 | $232.50 | $17,321.25 | $16,715.01 |
| Tania Amarillas | 33.10 | 33.10 | $232.50 | $7,695.75 | $7,426.40 |
| **Total** | **290.30** | **290.30** | | **$67,494.75** | **$65,132.45** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$1,210,023.00** | **$1,167,672.20** |

3811148

**Coleman v. Newsom**
**Third Quarter of 2021**
**July 1, 2021 through September 30, 2021**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed | Settled |
|---|---:|---:|---:|
| In-House Copying | $2,128.60 | $2,128.60 | $2,054.10 |
| Outside Copying/Scanning | $3,214.22 | $3,214.22 | $3,101.72 |
| Transcription | $904.50 | $904.50 | $872.84 |
| Telephone | $38.00 | $38.00 | $36.67 |
| Postage and Delivery | $1,991.65 | $1,991.65 | $1,921.94 |
| Research (Westlaw/Lexis/PACER/Fees) | $1,401.12 | $1,401.12 | $1,352.08 |
| Travel | $13,298.89 | $13,298.89 | $12,833.43 |
| **Total** | **$22,976.98** | **$22,976.98** | **$22,172.78** |

**Prison Law Office**

| Description | Actual | Claimed | Settled |
|---|---:|---:|---:|
| In-House Postage | $255.30 | $255.30 | $246.36 |
| Travel | $891.36 | $891.36 | $860.16 |
| **Total** | **$1,146.66** | **$1,146.66** | **$1,106.52** |

**GRAND TOTAL** $24,123.64   $23,279.30

3811148

**Coleman v. Newsom**
**Third Quarter of 2021**
**July 1, 2021 through September 30, 2021**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Jessica L. Winter | 0.10 | 0.00 | $232.50 | $0.00 | $0.00 |
| Linda H. Woo | 9.00 | 9.00 | $232.50 | $2,092.50 | $2,019.26 |
| Lisa Ells | 25.20 | 25.20 | $232.50 | $5,859.00 | $5,653.94 |
| Marc Shinn-Krantz | 0.20 | 0.00 | $232.50 | $0.00 | $0.00 |
| **Total** | **34.50** | **34.20** | | **$7,951.50** | **$7,673.20** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.40 | 1.40 | $232.50 | $325.50 | $314.11 |
| **Total** | **1.40** | **1.40** | | **$325.50** | **$314.11** |

**GRAND TOTAL**                                                                                      **$8,277.00**   **$7,987.31**

3811148

**Coleman v. Newsom**
**Third Quarter of 2021**
**July 1, 2021 through September 30, 2021**
Fees on Appeal of 08/03/20 Order re Program Guide Update Process, 489-26

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Gourse | 7.80 | 7.50 | $232.50 | $1,743.75 | $1,682.72 |
| Cara E. Trapani | 0.20 | 0.00 | $232.50 | $0.00 | $0.00 |
| Caroline E. Jackson | 2.30 | 0.00 | $232.50 | $0.00 | $0.00 |
| Ernest Galvan | 2.40 | 2.40 | $232.50 | $558.00 | $538.47 |
| F. Gail LaPurja | 3.10 | 3.10 | $232.50 | $720.75 | $695.52 |
| Gregorio Z. Gonzalez | 11.40 | 11.00 | $232.50 | $2,557.50 | $2,467.99 |
| Jessica L. Winter | 4.70 | 3.10 | $232.50 | $720.75 | $695.52 |
| Jessica Santillo | 2.50 | 0.00 | $232.50 | $0.00 | $0.00 |
| Lisa Ells | 30.60 | 30.50 | $232.50 | $7,091.25 | $6,843.06 |
| Michael W. Bien | 3.80 | 3.80 | $232.50 | $883.50 | $852.58 |
| Rekha Arulanantham | 3.80 | 0.00 | $232.50 | $0.00 | $0.00 |
| **TOTALS** | **72.60** | **61.40** | | **$14,275.50** | **$13,775.86** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | $14,275.50 | $13,775.86 |

3811148

**Coleman v. Newsom**
**Third Quarter of 2021**
**July 1, 2021 through September 30, 2021**
Costs on Appeal of 08/03/20 Order re Program Guide Update Process, 489-26

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed | Settled |
|---|---|---|---|
| Outside Postage and Delivery | $334.74 | $334.74 | $323.02 |
| Westlaw Research | $739.98 | $739.98 | $714.08 |
| **Total** | | **$1,074.72** | **$1,037.10** |

| | | | |
|---|---|---|---|
| **GRAND TOTAL** | | **$1,074.72** | **$1,037.10** |

3811148