ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7 318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' THIRTY-SECOND STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS** |

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id*.) Defendants have filed thirty-one status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds.

///

1

**DISCUSSION**

I. **DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

Beginning on May 28, 2019, Defendants have timely filed thirty-one status reports on the funding process for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD).[1] The reports explain that the California Department of Corrections and Rehabilitation (CDCR) is proceeding with the construction of 50 crisis beds at CIM and that CDCR has completed the project's preliminary plan phase of design, the project's working drawings phase, and that the project has been funded through the 2020-2021 and 2021-2022 State Budgets.

II. **UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

CDCR's MHCB construction project in Southern California is proceeding with the construction of 50 new licensed mental health crisis beds at CIM. (ECF Nos. 6297 at 3, and 6371 at 3.) CDCR continues work on the plan. (Borg Decl. ¶ 2.)

As reported last month, the next step in the funding process for the CIM project is to request approval of the completed working drawings and permission to proceed to bid from the Department of Finance. (ECF No. 7382 at 2.) The timeline for these actions depends on the completion of revisions to the Environmental Impact Report (EIR) and a subsequent dismissal of litigation concerning the construction project in the San Bernardino County Superior Court. (*Id.*)

In 2019, the City of Chino, the City of Chino Hills, San Bernardino County and the Chino Valley Independent Fire District filed a petition in San Bernardino Superior Court seeking an order directing CDCR to vacate approval of the CIM project on the basis that CDCR's EIR on the construction project was inadequate. (ECF No. 7070 at 3, 7070-1 at 2 and Exhibit A.) Although CDCR successfully defended seven of ten claims raised in the petition, the Superior Court's decision, which issued on February 24, 2021, found three inadequacies in the EIR for the CIM

---

[1] ECF Nos. 6168, 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, 6790, 6840, 6884, 6926, 6967, 7007, 7036, 7070, 7114, 7139, 7189, 7213, 7252, 7289, 7329, 7360, and 7382.

1  project.  (*Id.*)  CDCR will need to address those three issues, which are (1) the description of

2  baseline conditions; (2) the analysis of project alternatives; and (3) the analysis of traffic impacts,

3  before the project can proceed.  (*Id.*)

4    The San Bernardino Superior Court issued on September 14, 2021, a writ of mandate and

5  judgment concerning the Environmental Impact Report (EIR) for the CIM project.  (ECF No.

6  7329 at 3.)  CDCR will proceed with the funding process for the CIM project once revisions to

7  the project's Environmental Impact Report (EIR) are approved and the litigation concerning the

8  construction project in the San Bernardino County Superior Court is dismissed.  (Borg Decl. ¶ 3)

9  On December 21, 2021, CDCR lodged and served the administrative record for the Final Revised

10  EIR. (*Id.* ¶ 4.)  The remaining step to resolve the San Bernardino litigation is to move to

11  discharge the writ.  (*Id.*)  Defendants will provide an anticipated timeline for CDCR to seek

12  dismissal of writ of mandate, if that information is available, in the thirty-third status report to the

13  Court in January. (*Id.*)

14  / / /

15  / / /

16  / / /

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATION

2          Defendants' counsel certifies that they reviewed the following orders relevant to this filing:

3    ECF Nos. 3556, 6135, 6212, and 6312.

4      Dated: December 29, 2021                          Respectfully submitted,

5                                                        ROB BONTA
                                                         Attorney General of California
                                                         DAMON MCCLAIN
6                                                        Supervising Deputy Attorney General

7

8                                                        /s/ Elise Owens Thorn
                                                         ELISE OWENS THORN
9                                                        Deputy Attorney General
                                                         Attorneys for Defendants

10

11                                                       HANSON BRIDGETT LLP

12                                                       /s/ Samantha D. Wolff
                                                         PAUL B. MELLO
13                                                       SAMANTHA D. WOLFF
                                                         LAUREL E. O'CONNOR
14                                                       DAVID C. CASARRUBIAS
                                                         Attorneys for Defendants
15

16

17

18

19

20

21

22

23

24

25

26

27

28

4