Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7318
  Fax:  (916) 324-5205
  E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone:  (925) 746-8460
  Fax:  (925) 746-8490
  E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                 Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                 Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG IN SUPPORT OF DEFENDANTS' THIRTY-SECOND STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF MENTAL HEALTH CRISIS BEDS** |

I, Dean L. Borg, declare:

    1.    I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR).  I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently.  I make this declaration to support Defendants' thirty-second status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

/ / /

1

Borg Decl. ISO Defs.' 32nd Status Report on Funding for Construction of MHCBs (2:90-cv-00520 KJM-DB (PC))

2. The work on CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men is proceeding, consistent with reports previously provided to the Court, with delays described in paragraphs 3 and 4 below.

3. As previously reported, CDCR will proceed with the funding process for the CIM project once revisions to the project's Environmental Impact Report (EIR) are approved and the litigation concerning the construction project in the San Bernardino County Superior Court is dismissed.

4. On December 21, 2021, CDCR lodged and served the administrative record for the Final Revised EIR. The remaining step to resolve the San Bernardino litigation is to move to discharge the writ. I will report on an anticipated timeline for CDCR to seek dismissal of writ of mandate, if that information is available, in my declaration in support of the thirty-third status report to the Court in January.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Sacramento, California on December 29, 2021.

/s/ *Dean L. Borg*
DEAN L. BORG
Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

2

Borg Decl. ISO Defs.' 32nd Status Report on Funding for Construction of MHCBs (2:90-cv-00520 KJM-DB (PC))