UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On December 9, 2021, the Special Master filed a request for appointment of additional staff. ECF No. 7391. The Special Master seeks appointment to his staff of Brett L. Johnson, M.D. as an expert, and Alberto F. Caton, and Michael A. Milas, Esq. as court monitors. Consistent with the existing compensation structure for the Special Master's team as an expert Dr. Johnson is to be compensated at the rate of two hundred fifty dollars ($250.00) per hour for his work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses, and Mr. Caton and Mr. Milas are each to be compensated at the rate of two hundred thirty-five dollars ($235.00) per hour for their work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses. The Special Master has represented to the court that plaintiffs have no objections to the request and that defendants do not object to the qualifications of any of the

/////

/////

1

candidates but that their "ultimate position" on the request is "unclear." ECF No. 7391 at 9.[1] No party has filed objections to the Special Master's request.

As provided by paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Special Master's December 9, 2021 request for appointment of additional staff, ECF No. 7391, is GRANTED; and

2. The Special Master is authorized to appoint Brett L. Johnson, M.D., Alberto F. Caton, and Michael A. Milas, Esq. to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff and the accompanying memorandum, filed December 9, 2021, and to be compensated at the rates set forth in this order.

DATED: January 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Citation to page numbers in documents filed in the Court's Electronic Case Filing (ECF) system is to the page numbers assigned by the ECF system and located in the upper right hand corner of the page.

2