Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Laurel E. O'Connor, SBN 305478
David C. Casarrubias, SBN 321994
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:  925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DEFENDANTS' REQUEST FOR LEAVE TO FILE A MOTION TO AMEND THE DECEMBER 9, 2021 ORDER APPROVING DEFENDANTS' PLAN TO TREAT MAXIMUM CUSTODY PATIENTS IN PSYCHIATRIC INPATIENT PROGRAMS (ECF No. 7392)**<br><br>Judge:  Hon. Kimberly J. Mueller |

Defendants intend to move to amend the December 9, 2021 order approving the parties' stipulation concerning Defendants' plan to treat maximum custody patients in Psychiatric Inpatient Programs. (Order, Dec. 9, 2021, ECF 7392.) Because the December 9 order added conditional language to paragraph 15 to which Defendants did not agree, Defendants request that the Court strike the conditional language or, alternatively, set aside the stipulation for lack of mutual assent.

Per this Court's requirement, leave of court is first required to file Defendants' anticipated motion to amend the December 9 order. (Order, Dec. 24, 2020, ECF 7003 (requiring "any party

seeking relief from this court, including from any existing order of this court, [to] … first file a request for leave to file a motion, describing with particularity the relief to be sought and the steps the party has taken to exhaust meet and confer efforts with all opposing counsel.").) Defendants informed Plaintiffs' counsel on January 3, 2022 via email of their intention to file a motion for reconsideration or modification of the December 9 order.  Plaintiffs' counsel responded the next day, stating their office was closed on January 3 and they have yet to confer internally about Defendants' request.  Accordingly, Plaintiffs' counsel could not provide their position before this filing.[1]

Defendants previously made clear that paragraph 15 ("The parties agree that Defendants' plan shall not be included in the MHSDS Program Guide or Compendium.") is "critical in particular to Defendants' agreement to the Stipulation as a whole."  (Jt. Response Order Show Cause, ECF 7380 at 4–5.)  Without the adoption of paragraph 15 in the form that it was presented by the parties to the Court, Defendants informed the Court they would "withdraw their agreement from all parts of the Stipulation."  (*Id*. at 5.)  Yet, in the December 9 order, the Court modified paragraph 15 by adding language to which Defendants did not agree:  "The court CONDITIONALLY APPROVES Paragraph 15 of the stipulation pending final resolution of what updating process the court will adopt for the Program Guide in the future."  (Order, ECF No. 7392 at 6:6-7.)

The Court's modification of paragraph 15 surprised Defendants.  The Court also approved the stipulation based on the mistaken view that Defendants would agree to paragraph 15 as modified.  But Defendants do not agree to the modification because it creates uncertainty for Defendants with respect to a term that was critical to Defendants' assent to the stipulation.  Without Defendants' agreement to the modification, the December 9 order is void because the stipulation is invalid given there is no meeting of the minds between the parties.

Thus, by January 6, 2022, Defendants intend to move to amend the December 9 order

---

[1] Given the January 6, 2022 deadline to move to amend the December 9 order, Defendants sought to balance the need to obtain Plaintiffs' position with providing the court as much advance notice as possible.

-2-  Case No. 2:90-CV-00520- KJM-DB
18144101.5  Defs.' Req. Leave File Mot. to Amend Dec. 9, 2021 Order

under Federal Rule of Civil Procedure 59(e) or Rule 60(b)(1) (mistake, inadvertence, surprise, or excusable neglect) or (b)(4) (void judgment), or under any other grounds for relief from the December 9 order.  Filing a motion to amend by January 6, 2022, would toll the appeal deadline under Rule 4(a)(4)(A)(vi) of the Federal Rules of Appellate Procedure.  Meanwhile, Defendants look forward to working with the Court and the Plaintiffs to resolve their concerns about paragraph 15 without the need for further litigation.

## CERTIFICATION

In preparing this filing, Defendants' counsel certifies that she reviewed the following orders: ECF Nos. 7003, 7368, and 7392.

DATED:  January 4, 2022                         HANSON BRIDGETT LLP

                                                By:  */s/ Samantha D. Wolff*
                                                     PAUL B. MELLO
                                                     SAMANTHA D. WOLFF
                                                     DAVID C. CASARRUBIAS
                                                     Attorneys for Defendants

DATED:  January 4, 2022                         Rob Bonta
                                                Attorney General of California
                                                Damon McClain
                                                Supervising Deputy Attorney General

                                                By:  */s/ Elise Owens Thorn*
                                                     Elise Owens Thorn
                                                     Deputy Attorney General
                                                     Attorneys for Defendants

-3-

Case No. 2:90-CV-00520- KJM-DB

18144101.5   Defs.' Req. Leave File Mot. to Amend Dec. 9, 2021 Order