| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>LAUREL E. O'CONNOR, State Bar No. 305478<br>DAVID C. CASARRUBIAS, State Bar No. 321994<br>HANSON BRIDGETT LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>  Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Defendants—Gavin Newsom, Governor of the State of California; Kathleen Allison, Secretary of the California Department of Corrections and Rehabilitation; Keely Bosler, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation—appeal to the United States Court of Appeals for the Ninth Circuit from this Court's December 9, 2021 Order Approving Defendants' Plan to Treat Maximum Custody

1

Defs.' Not. Appeal (2:90-cv-00520 KJM-DB (PC))

1 | Patients in Psychiatric Inpatient Programs.[1]  (ECF No. 7392.)  Defendants also appeal from all
2 | earlier, non-final orders that produced the December 9 order and are merged with it.  *See Am.*
3 | *Ironworks & Erectors Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 897 (9th Cir. 2001).

4 | Dated: January 10, 2022      Respectfully submitted,

XAVIER BECERRA
Attorney General of California

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

---

[1] Although Defendants' Rule 59(e) motion to amend the December 9 order was timely filed and tolled the appeal deadline, *see* Fed. R. App. P. 4(a)(4)(A), Defendants file this protective notice of appeal to safeguard their rights to challenge the December 9 order.  At the same time, Defendants hope to amicably resolve their disagreement with the December 9 order at the upcoming in-camera hearing.

2

Defs.' Not. Appeal (2:90-cv-00520 KJM-DB (PC))