No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

**RALPH COLEMAN, et al.,**

                Plaintiffs-Appellees,

    v.

**GAVIN NEWSOM, et al.,**

                Defendants-Appellants.

---

On Appeal from the United States District Court
for the Eastern District of California

No. 2:90-cv-00520 KJM-DB (PC)
The Honorable Kimberly J. Mueller, Judge

**REPRESENTATION STATEMENT**

    XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
    MONICA N. ANDERSON, State Bar No. 182790
    Senior Assistant Attorney General
    DAMON MCCLAIN, State Bar No. 220909
    Supervising Deputy Attorneys General
    ELISE OWENS THORN, State Bar No.145931
    Deputy Attorney General
     1300 I Street, Suite 125
     P.O. Box 944255
     Sacramento, CA 94244-2550
     Telephone: (916) 210-7 318
     Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
    *Attorneys for Defendants-Appellants*

The undersigned represent the State Defendants-Appellants in this case—including Gavin Newsom, Governor of the State of California; Kathleen Allison, Secretary of the California Department of Corrections and Rehabilitation; Keely Bosler, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation.  Attached is a service list that shows the other parties that are directly interested in this appeal, along with their lead counsels' names, firms, addresses, telephone numbers, and email addresses.  The party listing in the district court's docket includes numerous associated counsel for many parties, as well as additional intervenors, "interested parties," amici curiae, and "miscellaneous" individuals who are not included on the attached service list.

Date: January 10, 2022                Respectfully submitted,

ROB BONTA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants-Appellants*

2

*Service List*

| | |
|---|---|
| Michael Bien<br>Email: MBien@rbgg.com<br>Lisa Ells<br>Email: lells@rbgg.com<br>Rosen Bien Galvan & Grunfeld, LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>*Attorneys for Plaintiffs* | Donald Specter<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: dspecter@prisonlaw.com<br>*Attorneys for Plaintiffs* |
| Matthew A. Lopes, Jr.<br>Pannone Lopes & Devereaux LLC<br>1301 Atwood Avenue, Suite 215 N<br>Providence, RI 02919<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldw.com<br>*Special Master* | |

3

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

                Plaintiffs-Appellees,

    v.

**GAVIN NEWSOM, et al.,**

                Defendants-Appellants.

**STATEMENT OF RELATED CASES**

The following pending appeal arises from the same district-court matter:

*Coleman*, *et al. v. Newsom*, *et al.*, Ninth Cir. Nos. 20-16734, 21-16884

Date: January 10, 2022        Respectfully submitted,

                                        XAVIER BECERRA
                                        Attorney General of California
                                        MONICA N. ANDERSON
                                        Senior Assistant Attorney General
                                          DAMON MCCLAIN
                                          Supervising Deputy Attorney General

                                        ***/s/ Elise Owens Thorn***

                                        ELISE OWENS THORN
                                        Deputy Attorney General
                                        *Attorneys for Defendants-Appellants*