UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
|---|---|
| Plaintiffs, | |
| v. | ORDER RE: |
| GAVIN NEWSOM, et al., | REPORTING REQUIREMENTS |
| Defendants. | |

The court has reviewed the list of reports filed regularly by defendants and/or jointly by the parties and tentatively has concluded that the filing of some of these reports on the public docket is no longer required. In making this assessment, the court has evaluated each report primarily with an eye to whether it informs the court regarding the status of defendants' compliance with court orders. Before making specific orders concerning future reporting requirements, the court will grant the parties an opportunity to explain concisely in writing why current reporting requirements should not be confirmed, amended, or discontinued, as set forth below:

| SUBJECT | FREQUENCY | STATUS |
|---|---|---|
| Psychiatry Vacancies | Monthly/Last Day of Month | Filing requirement confirmed. |

1

| Status Report on Funding Process for MHCBs | Every thirty days/End of the Month | Filing requirement discontinued. |
|---|---|---|
| Facility Maps | Monthly on the 15th of the month | Filing requirement discontinued. |
| Joint Report Addressing COVID-19 Departures from Program Guide | Monthly on the 15th of the month | Filing suspended pending further discussion at the upcoming status conference. |
| Census, Waitlist and Transfer Report for Inpatient Care | Monthly on the 15th of the month | Filing requirement confirmed. |
| Compliance Reports for Transfer out of Desert Institutions | Monthly on the 15th of the month | Monthly filing on court docket replaced with biannual summary reports, one at the end of June and one at the end of December. Monthly reports uploaded to the secure website only.* |
| Inpatient Referrals and Transfers (Bed Utilization Report – BUR) | Monthly on the 15th of the month | Monthly filing on court docket discontinued. This report should be uploaded monthly to the secure website. |
| Suicide Prevention Activation Schedules | Last day of each month | Filing requirement confirmed. |

*Reference to the secure website is to the website maintained by defendants and used to upload data for the Special Master and plaintiffs.

The parties shall file and serve responses to this order within 14 days. If the parties agree regarding their respective responses, they may file a joint response.

DATED: January 11, 2022.

CHIEF UNITED STATES DISTRICT JUDGE