Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**PARTIES' JOINT RESPONSE TO JANUARY 12, 2022 ORDER RE: REPORTING REQUIREMENTS [ECF NO. 7418]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On January 12, 2022, the Court entered an order concluding, tentatively, that some of the reports filed regularly by Defendants or jointly by the parties on the public docket are no longer required. (ECF No. 7418.) The order requires that the parties explain concisely in writing why current reporting requirements should not be confirmed, amended, or discontinued. (*Id.*)

The parties have conducted an initial meet and confer regarding the Court's proposed plan to confirm, amend, and discontinue the filing of the reports identified on the table set forth at pages 1 and 2 of the order. The parties agree with the Court's proposals as to the following

[3850427.2]

1

reports: (1) the Psychiatry Vacancies Report ("Filing requirement confirmed." ECF No. 7418 at 1); (2) the Census, Waitlist and Transfer Report for Inpatient Care ("Filing requirement confirmed." *Id.* at 2); (3) the Compliance Reports for Transfers out of Desert Institutions ("Monthly filing on court docket replaced with biannual summary reports, one at the end of June and one at the end of December. Monthly reports uploaded to the secure website only." *Id.*); (4) the Inpatient Referrals and Transfers Bed Utilization Report ("Monthly filing on court docket discontinued. This report should be uploaded monthly to the secure website." *Id.*); and (5) the Suicide Prevention Activation Schedules ("Filing requirement confirmed." *Id.*). The parties further agree that the Joint Report on COVID-19 Departures from Program Guide filing, which is otherwise due today, should be suspended pending further discussion at the upcoming status conference, consistent with the Court's Order. *See id.*

While the parties have been able to resolve most of the items identified in the Order, they require additional time to meet and confer regarding the Facility Maps filing, including whether data may be provided to Plaintiffs in lieu of the public filing each month, as well as the monthly Status Report on Funding Process for MHCBs. Based on the January 12 Order and the parties' agreement to continue meeting and conferring regarding the Facility Maps filing, unless otherwise ordered by the Court, the parties jointly request that the Facility Maps filing deadline be moved from January 18, 2022 to January 31, 2022. This will allow the parties to file an update within the original 14-day response period set by the January 12, 2022 Order on the status of their meet and confer regarding alternatives to the Facility Maps and MHCB Funding Process reports, which may obviate the need for Defendants' Facility Maps and Status Report on Funding Process for MHCBs filings on the 31st. Defendants will continue to file all other reports identified in the January 12 order.

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: January 18, 2022 | ROB BONTA<br>Attorney General of California<br>DAMON MCCLAIN<br>Supervising Deputy Attorney General<br><br>*/s/ Elise Owens Thorn*<br><br>ELISE OWENS THORN<br>Deputy Attorney General<br>*Attorneys for Defendants*<br><br><br>HANSON BRIDGETT LLP<br><br>*/s/ Samantha Wolff*<br><br>PAUL MELLO<br>SAMANTHA D. WOLFF<br>*Attorneys for Defendants* |
| Dated: January 18, 2022 | ROSEN BIEN GALVAN & GRUNFELD LLP<br><br> */s/ Cara Trapani*<br> CARA TRAPANI<br> *Attorneys for Plaintiffs* |