UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On January 18, 2022 the parties filed an initial response to the court's January 12, 2022 order regarding current reporting requirements, ECF No. 7418.  ECF No. 7424.  The parties jointly request an extension from January 15, 2022 to January 31, 2022 for the monthly Facility Maps filing to allow them to complete their meet and confer regarding this filing and one other within the fourteen day period set in the January 12, 2022 order.  Good cause appearing, that request will be granted.

In accordance with the parties' January 18, 2022 response, and good cause appearing, IT IS HEREBY ORDERED that:

1. The requirement for defendants to file monthly psychiatric vacancy reports on the last day of each month is CONFIRMED.
2. The requirement for filing monthly a joint report addressing COVID-19 departures from the Program Guides is SUSPENDED pending discussion at the status conference set for February 11, 2022 and further order of the court.

1

3. The requirement for defendants to file monthly census, waitlist and transfer reports for inpatient care on the fifteenth of each month is CONFIRMED.

4. The requirement for defendants to file monthly compliance reports for transfers out of desert institutions on the fifteenth of the month is DISCONTINUED.  Defendants shall upload these reports monthly to the secure website they maintain and use to upload data for the Special Master and plaintiffs and shall file on the court docket biannual summary compliance reports for transfers out of desert institutions, one on or before June 30 of each year and one on or before December 31 of each year beginning in 2022 and continuing until further order of court.

5. The requirement for defendants to file monthly inpatient bed utilization reports is DISCONTINUED.  Defendants shall upload this report monthly to the secure website.

6. The requirement for defendants to file monthly updated suicide prevention activation schedules on the last day of each month is CONFIRMED.

7. The January 15, 2022 deadline for defendants to file facility maps is CONTINUED to January 31, 2022.

DATED: January 19, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE