| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PARTIES ACCESS TO TRANSCRIPT FROM JANUARY 21, 2022 IN CAMERA STATUS CONFERENCE**<br><br>Judge:  Hon. Kimberly J. Mueller |

[3853444.1]

The parties participated in an *in camera* status conference in this matter on January 21, 2022. The parties jointly request permission to order copies of the transcript made of the January 21 status conference. They agree to maintain the confidentiality of the under seal transcript.

DATED: January 25, 2022        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jenny S. Yelin*
Jenny S. Yelin

Attorneys for Plaintiffs

DATED: January 25, 2022        ROB BONTA
Attorney General of California
Damon McClain
Supervising Deputy Attorney General

By: */s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General

Attorneys for Defendants

### [PROPOSED] ORDER

The Court, having considered the parties' stipulation, hereby permits the parties to order copies of the transcript of the January 21, 2022 *in camera* status conference. The parties shall maintain the confidentiality of the transcript.

DATED: _____, 2022

Hon. Kimberly J. Mueller
United States District Court

[3853444.1]

1

STIPULATION AND [PROPOSED] ORDER GRANTING PARTIES ACCESS TO TRANSCRIPT FROM JANUARY 21, 2022 IN CAMERA STATUS CONFERENCE