UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On September 13, 2021, this court issued an order directing defendants to conduct "as soon as practicable . . . an assessment of whether there is unmet need for inpatient care, including acute care, intermediate care, and mental health crisis bed care, among members of the plaintiff class." September 13, 2021 Order, ECF No. 7305, at 2. The order further provides that the assessment is to be conducted "under the guidance and supervision of the Special Master" and that the Special Master "shall have final authority over the scope and methodology of the study." *Id*. at 1-2; *see also* September 23, 2021 Minute Order, ECF No. 7325 (denying parties' request for agenda item to discuss September 13, 2021 order requiring unmet bed needs assessment and requiring that "[d]iscussions concerning scheduling of that study . . . take place under the supervision and guidance of the Special Master.").

1

The Special Master has informed the court that planning for the unmet bed needs assessment is moving slowly. Consistent with its focus "on bringing this case to a successful conclusion as efficiently, cost-effectively and collaboratively as reasonable possible," August 25, 2021 Order, ECF No. 7283, at 6, after review of the record, consultation with the Special Master and further consideration, the court finds that setting February 9, 2022 as a concrete deadline for completion of planning for the unmet bed needs assessment is necessary to ensure timely completion of planning. At the status conference set for February 11, 2022, the parties and the Special Master shall be prepared to confirm such completion and to discuss a firm deadline by which the unmet bed needs assessment itself will be finished.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Planning for the unmet bed needs assessment shall be completed by February 9, 2022; and

2. At the status conference set for February 11, 2022, the parties and the Special Master shall confirm completion of planning of the unmet bed needs assessment and shall be prepared to discuss a firm deadline by which the unmet bed needs assessment will be finished.

DATED: January 25, 2022.

CHIEF UNITED STATES DISTRICT JUDGE