DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND ORDER GRANTING PARTIES ACCESS TO TRANSCRIPT FROM JANUARY 21, 2022 IN CAMERA STATUS CONFERENCE**<br><br>Judge:  Hon. Kimberly J. Mueller |

[3853444.1]

The parties participated in an *in camera* status conference in this matter on January 21, 2022.  The parties jointly request permission to order copies of the transcript made of the January 21 status conference.  They agree to maintain the confidentiality of the under seal transcript.

DATED:  January 25, 2022         Respectfully submitted,

                                 ROSEN BIEN GALVAN & GRUNFELD LLP


                                 By: */s/ Jenny S. Yelin*
                                     Jenny S. Yelin

                                 Attorneys for Plaintiffs


DATED:  January 25, 2022         ROB BONTA
                                 Attorney General of California
                                 Damon McClain
                                 Supervising Deputy Attorney General


                                 By: */s/ Elise Owens Thorn*
                                     Elise Owens Thorn
                                     Deputy Attorney General

                                 Attorneys for Defendants

**ORDER**

The court, having considered the parties' stipulation, hereby permits the parties to order and receive copies of the transcript of the January 21, 2022 *in camera* status conference. The Court Reporter and the Clerk of Court are directed to ensure that the copy of the transcript on the court's docket is sealed, as containing discussion of certain matters the parties have asserted are covered by Federal Rule of Evidence 408(a). The parties are ordered to maintain the confidentiality of the transcript unless or until the court orders otherwise.

DATED: January 25, 2022.

CHIEF UNITED STATES DISTRICT JUDGE