DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PARTIES' UPDATE TO JOINT RESPONSE TO JANUARY 12, 2022 ORDER RE: REPORTING REQUIREMENTS [ECF NO. 7418]**<br><br>Judge: Hon. Kimberly J. Mueller |

[3853840.3]

On January 12, 2022, the Court entered an order tentatively concluding that some of the reports filed regularly by Defendants or jointly by the parties on the public docket are no longer required. ECF No. 7418. On January 18, 2022, the parties filed an initial response to the January 12, 2022 Order describing their agreements as to certain aspects of the Court's proposed plan, and stating their intent to meet and confer further regarding the Facility Maps filing and the monthly Status Report on Funding Process for MHCBs. *See* ECF No. 7424. On January 20, 2022, the Court issued an order granting the parties' requests in their January 18 joint response. ECF No. 7426.

After meeting and conferring further, the parties agree with the Court's proposal to discontinue the monthly Status Report on Funding Process for MHCBs on the public docket. In lieu of the public filing each month, Defendants will provide a quarterly written update on the project's funding and construction progress in the existing Mission Change letters that Defendants routinely provide to the Plaintiffs and Special Master, which the parties and Special Master then discuss in standing meetings. Defendants agree that the attendees at such meetings will include the Director of CDCR's Facility Planning, Construction and Management Division, or other designated person-most-knowledgeable, to discuss any significant developments in the project's progress that may arise.

The parties also agree with the Court's proposal to discontinue the monthly Facility Maps filings on the public docket. In lieu of the public filing each month, Defendants will provide the following information to Plaintiffs:

 1. If Defendants reactivate any temporary mental health units (TMHUs) in the future, they will upload on a monthly basis to the secure website the THMU-related data previously reported in the Facility Maps filings. *See, e.g.*, Defs.' Submission of Maps and Data, ECF No. 7400 at 3-4 (Dec. 15, 2021) (summarizing Court-ordered requirements for TMHU-related data).

 2. If any changes are made to the information in Attachment A to the February 18, 2021 stipulated order regarding the agreed-upon set-aside quarantine space for each of the fifteen EOP institutions, Defendants will provide the updated information in writing. *See* ECF No. 7063 (Stipulated Order); ECF No. 7040-1 (Attachment A to parties' stipulation providing table of EOP institutions and plan to provide quarantine space).

 3. Defendants will provide on a biannual basis to Plaintiffs' counsel and the Special Master (including January 2022) CDCR's Staffing Model data used to

generate its non-PIP statewide mental health position allocations pursuant to the 2009 Staffing Plan, which is generally generated in January and July of each year. *See e.g.*, Defs.' Submission of Maps and Data (Sealed), ECF No. 7402 at 141, n. 1 (Dec. 16, 2021) (citing MH July 2021 Staffing Model as source of information for Staffing Model and July 2021 Allocation columns for non-PIP programs in Exhibit C).

4.   Defendants will upload on a monthly basis to the secure website the Institution Bed Audit, organized by facility.

Additionally, during the parties' meet and confer session, Defendants informed Plaintiffs that the staff teleworking data providing in Exhibit C of the monthly Facility Maps filings is not automated and requires a significant amount of manual labor to collect. The parties reached a tentative agreement that Defendants will provide the staff teleworking data on a monthly basis to Plaintiffs' counsel and the Special Master only until the end of the current Omicron surge, and during any future COVID-19 surges within CDCR. At the very least, Defendants will provide the teleworking data corresponding to December 2021 and January 2022 given the known impacts to clinical staffing currently given the Omicron surge. The parties will meet and confer in good faith as to whether and when future teleworking data should be produced.

Based on these agreements, the parties jointly request that the Court discontinue the requirements that Defendants file the Facility Maps filing and MHCB Funding Process reports.

DATED: January 26, 2022            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Cara E. Trapani*
     Cara E. Trapani

Attorneys for Plaintiffs

DATED: January 26, 2022

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: */s/ Elise Thorn*
Elise Thorn
Deputy Attorney General

Attorneys for Defendants

DATED: January 26, 2022

HANSON BRIDGETT LLP

By: */s/ Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants