UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On January 26, 2022, the parties filed a further response to the court's January 12, 2022 order regarding current reporting requirements, ECF No. 7418. ECF No. 7435.[1] Based on agreements reached by the parties and set forth in their further response, the parties jointly request that the court discontinue the requirements to file monthly Facility Maps reports and monthly reports on the status of the funding process for construction of mental health crisis beds (MHCBs).

In accordance with the parties' January 26, 2022 response, ECF No. 7435, to the court's January 12, 2022 order, ECF No. 7418, and good cause appearing, IT IS HEREBY ORDERED that:

---

[1] The parties filed an initial response to the order on January 18, 2022, ECF No. 7418. On January 20, 2022, the court issued an order on the matters covered by that initial response. January 20, 2022 Order, ECF No. 7426.

1

1. The requirement for defendants to file monthly Facility Maps reports is DISCONTINUED; and
2. The requirement for defendants to file monthly reports on the status of the funding process for construction of mental health crisis beds is DISCONTINUED.

DATED: January 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE