**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

    **vs.**                                                   **No. 2:90-CV-0520 KJM DB**

**GAVIN NEWSOM, et al.,**
    **Defendants**
_____/

**SPECIAL MASTER'S**
**REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF**

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the Special Master requests the appointments of Marcus R. Patterson, Psy.D., and Mario R. McClain, Jr. to the Special Master's staff.  The reasons for this request are set forth in the accompanying memorandum.

Dr. Patterson is to be compensated at the rate of two hundred fifty dollars ($250.00) per hour for his work as an expert, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses.  Mr. McClain is to be compensated at the rate of two hundred thirty-five dollars ($235.00) per hour for his work as a court monitor and ninety dollars ($90.00) per hour for travel, plus reasonable expenses.

                                                    Respectfully submitted,

                                                      /s/

                                          _____
                                          Matthew A. Lopes, Jr.
                                          Special Master

January 31, 2022

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

RALPH COLEMAN, et al.,
    **Plaintiffs,**

    **vs.**                          **No. 2:90-CV-0520 KJM DB**

GAVIN NEWSOM, et al.,
    **Defendants.**

**<u>MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S
REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF</u>**

      In accordance with paragraph B7 of the December 11, 1995 Order of Reference in the

above-captioned matter, the Special Master submits herewith his request for the Court's approval

of the appointment of Marcus R. Patterson, Psy.D. and Mario R. McClain, Jr. to the Special

Master's staff.  The Special Master requests these additions to his staff in order to fill the void

created by the departure of what is now a total of five team members over the past ten months.

      In his Memorandum in Support of Special Master's Request for the Appointment of

Additional Staff filed on December 9, 2021, the Special Master reported the departure of three

team members over the preceding nine months, with an expected fourth departure imminent, as

another team member awaited Senate confirmation to the Rhode Island bench.  ECF No. 7391 at

2, 9.[1]  That team member has since been confirmed as a District Court Judge for the State of

Rhode Island and submitted his resignation, thereby reducing the Special Master's staff by an

additional monitor.  The Special Master also reported on the limited availability of two of his

clinical experts for an unknown duration, which had compounded the impact of the reduction in

---

[1] All references to page numbers in documents filed in the Court's Electronic Case Filing (ECF) system are to the
page number assigned by the ECF system.

staff.  ECF No. 7391 at 2.   One of those experts, for personal reasons, recently submitted his

resignation, which has resulted in an additional loss for the team.

In his preceding request for additional resources, the Special Master went into great detail

regarding the volume and depth of his current and ongoing duties and responsibilities.  *Id*. at 3-9.

As little has changed in the past month and a half, with the exception of the additional loss of one

monitor and one clinician, that detailed description will not be duplicated here.

In addition to his duties of monitoring compliance with the Program Guide in California

Department of Corrections and Rehabilitation (CDCR) institutions, the Special Master also has a

continuing obligation to monitor CDCR mental health headquarters, work with the suicide

prevention workgroup, coordinate with the *Armstrong* Court Expert and *Plata* Receiver, monitor

the treatment provided to class members in Department of State Hospitals (DSH) facilities, as

well as the CDCR psychiatric inpatient programs, and to oversee the development of DSH's

continuous quality improvement project.

Other projects which the Special Master currently has underway include:

- Mental Health Care Data Remediation
- Development of Unmet Needs Assessment
- CDCR and DSH Small Workgroups
- Monitor Defendants' Provisionally Approved Telepsychiatry Policy
- Monitor, Finalize, and Report on Defendants' Continuous Quality Improvement Tool Key Indicators
- Monitor Implementation of the Custody and Mental Health Partnership Plan

The above referenced workloads, projects, and responsibilities do not include the daily

issues and litigation matters that comprise an essential part of the Special Master's duties in

addition to what is occurring in the institutions and CDCR mental health headquarters.  Further,

the ongoing effects of the COVID-19 pandemic continue to present challenges to the delivery of

mental health care that require the attention of the Special Master.

<u>THE SPECIAL MASTER'S NEED FOR ADDITIONAL RESOURCES</u>

The Special Master's need for adequate resources to maintain his ability to work on all projects simultaneously remains critical, particularly during this unprecedented time in the history of the case.  The appointment of additional staff would continue to fill the void created by the loss of staff, alleviating the strain on his existing resources, and ensuring continuous full and simultaneous coverage of all current and ongoing projects.

For the foregoing reasons, the Special Master requests that the following individuals be appointed to his staff.

The parties have had an opportunity to review these candidates and report no objections.

**Marcus R. Patterson, Psy.D.**

Dr. Patterson is a licensed clinical psychologist whose experience in correctional mental health care would provide valuable assistance to the Special Master.  In addition to maintaining a private psychology group practice, Dr. Patterson currently serves as the Discipline Director of Behavioral Health for the DC Department of Corrections in Washington D.C.  In his role as Discipline Director, Dr. Patterson's responsibilities include the oversight and management of all Behavioral Health services, including the Substance Use Disorder Program; participation in all aspects of continuous quality improvement efforts and the process of outside agency evaluation and accreditation review; and ensuring all Behavioral/Mental Health providers are fully trained in crisis intervention, suicide prevention, substance use disorder treatment, and DC Department of Corrections policies and procedures, among other areas.

Until November 2021, Dr. Patterson worked for 16 years as a forensic and psychological assistant in the Office of Dr. Raymond F. Patterson, in Washington, DC.  His responsibilities included examining and analyzing forensic medical records, mental health reports, legal reports,

3

and interviews to determine mental health status.  He also was responsible for assisting with the production of reports, testimony preparation for legal proceedings, and production and editing of articles for publication in peer reviewed medical journals.

Dr. Patterson earned his Doctor of Psychology from the American School of Professional Psychology at Argosy University in Arlington, Virginia in 2016.  Dr. Patterson also holds masters degrees in Clinical and Forensic Psychology.  He is certified to perform competency and violence risk evaluations in Virginia courts.

Dr. Patterson's experience in correctional mental health care, correctional setting program management and development, and forensic psychological assessment and evaluation will provide valuable assistance to the Special Master in monitoring, analyzing, and reporting to the Court on the treatment being provided to class members in the inpatient mental health programs and in CDCR prisons.  Accordingly, the Special Master asks that Dr. Patterson be appointed to his staff.  Dr. Patterson's *curriculum vitae* is attached as Exhibit A.

## Mario R. McClain, Jr.

Mr. McClain graduated from the Roger Williams School of Law in 2021, where he served as secretary of the American Indian Law Student Association.  While at Roger Williams, Mr. McClain worked with the Street Law Program and completed a clerkship with the Rhode Island Office of the Attorney General.  Mr. McClain received his undergraduate degree from the University of Rhode Island in 2017, where he graduated with a double major in Political Science and Sociology with a concentration in Criminal Justice.

Mr. McClain would assist the Special Master with on-site prison monitoring and writing of all monitoring reports as well as researching and writing of interim reports on special issues

and projects, as required.  Accordingly, the Special Master asks that Mr. McClain be appointed to his staff.  Mr. McClain's *curriculum vitae* is attached as Exhibit B.

Respectfully Submitted,

/s/

_____

Matthew A. Lopes, Jr.
Special Master

January 31, 2022

# Exhibit A

**DR. MARCUS R. PATTERSON, PSY.D.**
500 N. Washington Street, Suite 306 * Alexandria, VA 22314
202-596-1031
mpatterson@fullcirclemhs.com

## SUMMARY

Licensed clinical psychologist (VA No. 0810005630, DC No. 1001492) with extensive experience and training in diverse clinical and therapeutic settings and populations, including correctional facilities, forensic hospitals, community mental health, substance abuse treatment facilities, juvenile forensic environments and private practice. Specific areas of interest and expertise include correctional setting program management and program development, forensic psychological assessment and evaluation, adult and adolescent psychotherapy, and psychodiagnostic and psychoeducational testing. Focused and dynamic clinician and contributor within administrative and treatment teams with an ability to build and maintain rapport with individuals at all levels and disciplines.

## CLINICAL EXPERIENCE

Oct 2021-Present   **Unity Healthcare**
Washington, DC
*Discipline Director of Behavioral Health, DC Department of Corrections*
Provides oversight and management of all Behavioral Health services at Unity Healthcare's program at the Department of Corrections, including the Substance Use Disorder Program. Identifies, implements, and supervises the clinical delivery of best-practice behavioral healthcare. Participates fully in all aspects of continuing quality improvement efforts and in the process of outside agency evaluation and accreditation review. Assures all Behavioral/Mental Health providers are fully trained in all aspects of their work, including crisis intervention, suicide prevention, substance use disorder treatment, HIPAA, and the policies and procedures of the DC Department of Corrections. Participates with the Medical Director and program managers/leadership to provide leadership and ensure coverage for all Behavioral Health services at the Department of Corrections.

March 2017-Present   **Full Circle Mental Health Services**
Alexandria, VA
*Owner/Principal*
Founder and owner of this independent, private psychology group practice offering psychological services to a variety of populations. Therapy services include individual psychotherapy for adults and adolescents, couples and marital therapy, and parent coordination. Provides professional consultation and psychological assessment services, including forensic assessments with the Arlington County Court system in Arlington, Virginia. Provides supervision for unlicensed residents and

staff working towards licensure. Maintains and oversees all administrative and billing functions for the practice.

Nov 2016-Present  **The MECCA Group**
Washington, DC
*Clinical Supervisor*
Provides clinical assessment supervision to MECCA Group trainees, including interns and post-doctoral clinicians. Supervises assessments including comprehensive psychological, psychoeducational, and disability eligibility evaluations performed by trainees. Provides direct psychological assessment and psychotherapy services to a variety of populations including adults, adolescents, and children including psychological, psychoeducational, and disability eligibility evaluations.

Aug 2015-Aug 2016  **DC Superior Court Child Guidance Clinic Pre-Doctoral Internship**
(APA Accredited)
Washington, D.C.
*Doctoral Intern*
Supervisors: Dr. Malcolm Woodland, Ph.D.; Dr. Mitchell Hugonnet, Ph.D.
Assessment
Conducted numerous psychological, psycho-educational, competency, and risk assessment evaluations on an urban juvenile forensic population referred for assessment by the DC Superior Court Juvenile Division. Administered, scored, and interpreted various cognitive, personality, diagnostic, and clinical assessments.  Gathered and integrated collateral data from various sources such as parents, probation officers, schools, and mental health providers.  Generated forensic reports addressing psychological, educational, personality, and psychosocial functioning, including diagnostic impressions and treatment recommendations.

Psychotherapy/Forensic Groups
Provided individual therapy to juvenile offenders with a variety of presenting problems, including depression, anger management, anxiety, trauma, and substance abuse.  Co-facilitated a 12-week Sexual Abuse Violates Everyone (SAVE) group which consisted of structured, manualized treatment to help respondents who have offended sexually to identify their thoughts, feelings, and behaviors that led to their offense and finding appropriate coping strategies to reduce their risk for future sexual re-offending.  Co-facilitated the Competency Assessment Training (CAT) group which consists of manualized instruction to help respondents who were determined incompetent for trial gain sufficient understanding of the factual and rational aspects of the court process so they may appropriately assist their attorney with their defense.  Completed therapy rotation at Howard University Counseling Service through providing individual psychotherapy services to Howard University students presenting with

various issues such as depression, anxiety, trauma, adjustment disorders, and relationship conflicts.
Attended a total of three hours of supervision per week for support with assessments, therapy, and the SAVE and CAT groups.  Provided peer supervision to clinical externs on the administration, scoring, and interpretation of WISC, WJ-IV, and personality measures.

Minor Rotation – UPO Office of Parent Coordination
Supervisor: Dr. Carly Blackstone, Psy.D.
Provided parent coordination services to parents referred from the Family Division of the District of Columbia Superior Court.  Utilized evidence based practices to assist parents involved in custody matters with development of adaptive communication skills to minimize conflict and promote effective co-parenting.  Worked with parents to establish and maintain appropriate communication methods during and after the Court process to minimize negative effects on the children involved.  Assisted parents with developing insight and motivation towards working with the other parent for the long-term well-being of their children.

Sept 2014-May 2015 **St. Elizabeth's Hospital**
Washington, D.C.
*Doctoral Psychology Extern – Forensic Track*
Supervised by Dr. Christine Kelley, Psy.D. (Training Director)
Provided individual and group psychotherapy services to seriously mentally ill (SMI) inpatient hospital population.  Provided psychological and behavioral support to address a variety of severe mental pathology.  Provided psychological assessment services, including initial psychological assessments and full psychological batteries.  Participated in didactic seminars.  Conducted two formal clinical case presentations.  Participated in intensive weekly supervision including therapy, assessment, and unit-based supervisions from post-doctoral and licensed staff psychologists.

Sept 2013-May 2014 **Howard University Counseling Service**
Washington, D.C.
*Doctoral Therapy Extern*
Supervised by Dr. Ronald Hopson, Ph.D.
Provided psychotherapy services to university population utilizing psychodynamic theory and techniques.  Quickly developed therapeutic alliance with clients presenting with wide-ranging psychopathology level of crisis.  Co-facilitated a short-term counseling group focusing on adjustment to life changes.  Performed intake and diagnostic evaluations for presentation at intake and case conferences.  Participated in psychoanalytic seminar, didactic trainings, and weekly group and individual supervision with Supervisors.  Provided emergency assessment

and hospitalization services as necessary.  Participated in outreach events on campus to increase mental health awareness in campus population.

Aug 2012-June 2013   **DC Superior Court Child Guidance Clinic – Assessment Track**
Washington, D.C.
*Doctoral Assessment Extern*
Supervised by Dr. Mitchell H. Hugonnet, Ph.D.
Performed psychological, psycho-educational, competency, and risk assessment evaluations on a juvenile forensic population referred for assessment by the DC Superior Court Juvenile Division.  Developed effective rapport- building strategies to address resistance to testing procedures.  Administered, scored, and interpreted various cognitive, personality, diagnostic, and clinical assessments (e.g. WISC-IV, WJ-III, PAI-A, BASC-2, etc.).  Collected collateral data from secondary sources, including probation officers, parents, attorneys, and other clinicians.  Generated reports addressing psychological, educational, personality, and psychosocial functioning, including diagnostic impressions and treatment recommendations.  Participated in weekly supervision with Supervisor.

Dec 2010-Aug 2011   **Community Connections**
Washington, D.C.
*ACT (Assertive Community Treatment) Team Rehabilitative Specialist*
Provided intensive case management services to sufferers of severe and persistent mental illness using the ACT model.  Interacted with and provided case management services to diverse populations of individuals suffering from severe and persistent mental illness with co-occurring substance abuse and homelessness.  Developed enhanced knowledge and understanding of presentation and nuances of severe mental illness such as schizophrenia, schizoaffective disorder, bipolar disorder, delusional disorder, and major depressive disorder, as well as personality disorders which may impede successful community living.

Aug 2005-Nov 2021   **Office of Dr. Raymond F. Patterson, M.D., Washington, D.C.**
Washington, D.C.
*Forensic Psychological Assistant*
Examine and analyze forensic medical records, mental health reports, legal reports, personal documents, and interviews to determine mental health status.  Assist with production of reports and with testimony preparation for legal proceedings.  Assist in the production and editing of articles for publication in peer reviewed medical journals.  Assist in research and production for textbook chapters.

## EDUCATION AND TRAINING

| | |
|---|---|
| Sept 2018 | **Institute of Law, Psychiatry and Public Policy, University of Virginia Health System**<br>Charlottesville, VA<br>Basic Forensic Evaluation: Principles and Practice<br>Certified in the Commonwealth of Virginia to perform Competency and Violence Risk Evaluations in Virginia Courts |
| Aug 2016 | **American School of Professional Psychology at Argosy University, Washington, D.C.**<br>Arlington, VA<br>American Psychological Association Accredited<br>Clinical Psychology, Psy.D. |
| Dec 2013 | **American School of Professional Psychology at Argosy University, Washington, D.C.**<br>Arlington, VA<br>Clinical Psychology, M.A. |
| Dec 2009 | **American School of Professional Psychology at Argosy University, Online Programs**<br>Arlington, VA<br>Forensic Psychology, M.A. |
| May 2002 | **Boston College, Chestnut Hill, MA**<br>Communications, B.A. |

## LICENSURE

Virginia – Licensed Clinical Psychologist - VA0810005630

Washington, DC – Licensed Clinical Psychologist – PSY1001492

*References are available upon request.*

# Exhibit B

# Mario Robert McClain Jr

Mmcclainjr461@g.rwu.edu.com • 401-954-2216
• 15 Glencoe Lane • Cranston, RI • 02920

**Education**

| | |
|---|---|
| **Roger Williams University Law School**, Bristol, RI | May 2021 |
| Juris Doctorate | |
| • American Indian Law Student Association, Secretary (2019-2021) | Sept 2019- May 2021 |
| **Vermont Law School**, South Royalton, VT | Sept 2018- May 2019 |
| Juris Doctorate Candidate | |
| • Native American Law Student Association, Vice President (2019) | Sept 2018- May 2019 |
| • SCORE, BLSA, Civil Litigation, General member (2019) | Sept 2018- May 2019 |
| • VLS Student Ambassador | Feb 2019- May 2019 |
| **University of Rhode Island**, Kingston, RI | December 2017 |
| Bachelor of Science, Sociology/ Criminal Justice | |
| Bachelor of Arts, Political Science | |
| • University of Salamanca, Spain | Sept 2016- Dec 2016 |

**Relevant Experience**

| | |
|---|---|
| **Roger Williams University Law School**, Bristol, RI | **Sept 2019- May 2021** |

*Street Law Program* (Jan 2019- April 2021)
- Provide youth with lessons on basic legal issues and rules
- Connect legal concepts with matters of everyday life

*Clifton Clerkship,* Rhode Island Attorney General, Providence, RI (June 2020- August 2020)
- Provided assistance in the Health Care section of the Civil Division
- Created a plan to assist the office with the 2020 presidential election

| | |
|---|---|
| **University of Rhode Island, Kingston, RI** | **Sept 2014 - Dec 2017** |

*Resident Advisor* (Sept 2014- Dec 2017)
- Provided for the safety and well-being and needs of residents
- Enforced community standards and University policy

*Founding member/ President,* Police Student Advisory Committee, (Sept 2017- Dec 2017)
- Provided feedback regarding safety and community perception to the URI Police
- Recruited students from all organizations on campus to allow proper inclusion on topics

*Orientation Leader*, Jan 2017- July 2017)
- Provided academic advising in the development of class schedules

*Computer Lab Office Assistant*, Office of Talent Development, (Jan 2017 - May 2017)
- Answered student inquiries in person and over the phone related to student academics and lab issues

*Intern*, PALS URI Police Internship, (June 2016- Aug 2016)
- Created programs that helped officers better serve students

*Mentor Team Leader*, URI 101 Mentor Team, (Jan 2015- May 2016)
- Supervised the activity and development of the mentor team
- Recruited students from different majors to apply to become mentors
- Assessed applications and interviewed candidates for mentor positions

*Civility Mentor/ Residence Hall Team Leader*, (Sept 2014- Dec 2016)
- Modeled and taught bystander responsibility in regard to issues of civility
- Provided educational programs and facilitated proactive related programs

*Course Instructor/ Freshman Mentor*, URI 101 Mentor, (Sept 2014- Dec 2015)
*Student Member,* Search Committee, (Sept 2014)
- Set aside biases in order to fully consider all those who may be qualified