Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PARTIES ACCESS TO TRANSCRIPT FROM JANUARY 28, 2022 IN CAMERA STATUS CONFERENCE**<br><br>Judge: The Hon. Kimberly J. Mueller |

The parties participated in an in camera status conference in this matter on January 28, 2022. The parties jointly request permission to order copies of the transcript made of the January 28 status conference. They agree to maintain the confidentiality of the under seal transcript.

**IT IS SO STIPULATED**.

DATED: January 31, 2022

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: */s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General

*Attorneys for Defendants*

DATED: January 31, 2022

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jenny S. Yelin*
Jenny S. Yelin

*Attorneys for Plaintiffs*

### [PROPOSED] ORDER

The Court, having considered the parties' stipulation, hereby permits the parties to order copies of the transcript of the January 28, 2022 *in camera* status conference. The parties shall maintain the confidentiality of the transcript.

**IT IS SO ORDERED.**

Dated: _____

Hon. Kimberly J. Mueller
United States District Court