UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On January 31, 2022, the Special Master filed a request for appointment of additional staff. ECF No. 7440. The Special Master seeks appointment to his staff of Marcus R. Patterson, Psy.D. as an expert and Mario R. McClain, Jr. as a court monitor. Consistent with the existing compensation structure for the Special Master's team as an expert Dr. Patterson is to be compensated at the rate of two hundred fifty dollars ($250.00) per hour for his work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses, and Mr. McClain is to be compensated at the rate of two hundred thirty-five dollars ($235.00) per hour for his work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses. The Special Master has represented to the court that the parties have no objections to the request. ECF No. 7440 at 4.[1]

---

[1] Citation to page numbers in documents filed in the Court's Electronic Case Filing (ECF) system is to the page numbers assigned by the ECF system and located in the upper right hand corner of the page.

1

As provided by paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Special Master's January 31, 2022 request for appointment of additional staff, ECF No. 7440, is GRANTED; and

2. The Special Master is authorized to appoint Marcus R. Patterson, Psy.D. and Mario R. McClain, Jr. to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff and the accompanying memorandum, filed January 31, 2022, and to be compensated at the rates set forth in this order.

DATED: January 31, 2022.

CHIEF UNITED STATES DISTRICT JUDGE