CAED 435 (Rev. 04/18)

**United States District Court, Eastern District of California**

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

PLEASE *Read Instruction Page* (attached):

| # | Field | Value |
|---|---|---|
| 1. | YOUR NAME | Jenny Yelin |
| 2. | EMAIL | JYelin@rbgg.com |
| 3. | PHONE NUMBER | (415) 433-6830 |
| 4. | DATE | 02/02/2022 |
| 5. | MAILING ADDRESS | Rosen Bien Galvan & Grunfeld LLP, 101 Mission Street, 6th |
| 6. | CITY | San Francisco |
| 7. | STATE | CA |
| 8. | ZIP CODE | 94105 |
| 9. | CASE NUMBER | 2:90-cv-00520-KJM-DB |
| 10. | JUDGE | Kimberly J. Mueller |
| 11. | FROM | 01/28/2022 |
| 12. | TO | 01/28/2022 |
| 13. | CASE NAME | Coleman, et al., v. Newsom, et al. |
| 14. | CITY | Sacramento |
| 15. | STATE | CA |

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | In Camera Status Conference | 01/28/2022 | Thresha Spencer |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [x] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)** By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE: /s/ Jenny Yelin
PROCESSED BY:

20. DATE: 02/02/2022
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY
COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |