| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>LAUREL E. O'CONNOR, SBN 305478<br>DAVID C. CASARRUBIAS, SBN 321994<br>1676 N. CALIFORNIA BLVD., SUITE 620<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE:  925-746-8460<br>FACSIMILE:  925-746-8490<br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.<br><br>       Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DEFENDANTS' NOTICE OF ERRATA TO ECF NO. 7415**<br><br>Judge:    Hon. Kimberly J. Mueller |

On January 7, 2022, Defendants filed their Updated Preliminary Activation Schedules for Completion of Court-Ordered Data Remediation. ECF No. 7415. Since the filing of that document, CDCR discovered coding errors that caused miscalculations in reporting on the status of provisionally approved indicators. CDCR has since resolved those coding errors and updated the preliminary activation schedules. Attached as **Exhibit A** is a letter from CDCR's Office of Legal Affairs to litigation counsel explaining the cause of the miscalculation in greater detail, as well as a detailed explanation of the changes to the preliminary activation schedules. Exhibit A also includes Attachment A, which is a redlined version of ECF No. 7415, updated to reflect the correct calculations.

| | | |
|---|---|---|
| 1 | DATED: February 7, 2022 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By:   */s/ Samantha Wolff* |
| 4 | | PAUL B. MELLO |
| | | SAMANTHA D. WOLFF |
| 5 | | Attorneys for Defendants |
| 6 | DATED: February 7, 2022 | Rob Bonta |
| 7 | | Attorney General of California |
| | | Damon McClain |
| 8 | | Supervising Deputy Attorney General |
| 9 | | |
| 10 | | By:  *s/ Elise Owens Thorn* |
| | | Elise Owens Thorn |
| 11 | | Deputy Attorney General |
| | | Attorneys for Defendants |

18269275.1

DEFS.' NOT. OF ERRATA TO ECF NO. 7415

-2-

Case No. 2:90-CV-00520- KJM-DB