CAED 435
(Rev. 04/18)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| Jessica Winter | JWinter@rbgg.com | (415) 433-6830 | 02/14/22 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| Rosen Bien Galvan & Grunfeld LLP, 101 Mission Street, 6th Street | San Francisco | CA | 94105 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 2:90-cv-00520-KJM-DB | Kimberly J. Mueller | 11. FROM 02/11/22 | 12. TO 02/11/22 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Coleman, et al., v. Newsom, et al. | 14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**

| | | | | |
|---|---|---|---|---|
| ☐ APPEAL No. | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY | |
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* | |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Status Conference | 02/11/22 | Thresha Spencer |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

**18. ORDER**        (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☑ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

| | ESTIMATE TOTAL | |
|---|---|---|

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| /s/ Jessica Winter | |

| 20. DATE | PHONE NUMBER |
|---|---|
| 02/14/22 | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |