ROB BONTA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON G. MCCLAIN - 209508
Supervising Deputy Attorney General
IRAM HASAN - 320802
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3793
  Fax: (415) 703-5480
  E-mail: Iram.Hasan@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF – 240280
  425 Market Street, 26th Floor
  San Francisco, CA 94015
  Telephone: (415) 777-3200
  Facsimile: (415) 541-9366
  E-mail: pmello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>                    Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>                    Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' JANUARY 2022 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on its adult prison population and the measures being taken to comply with the Court's February 10, 2014 Order (ECF 2766/5060). Exhibit A includes detailed statewide and prison-specific population data, including the current design capacity, population, and population as a percentage of design capacity. Exhibit B includes the status of measures Defendants implemented in response to the February 10, 2014 Order. (*Id*. at ¶¶ 4-5.)

As of February 9, 2022, 91,577 incarcerated people were housed in the State's 34 adult institutions, occupying approximately 111.7 percent of institutional design capacity. None[1] are housed in out-of-state facilities. (Ex. A.[2])

Dated:  February 15, 2022

ROB BONTA
Attorney General of California

*/s/ Iram Hasan*
DAMON G. MCCLAIN
Supervising Deputy Attorney General
IRAM HASAN
Deputy Attorney General
*Attorneys for Defendants*

Dated:  February 15, 2022

HANSON BRIDGETT LLP

*/s/ Paul B. Mello*
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

---

[1] This statistic only concerns incarcerated people in out-of-state contract beds and does not include those housed in other states under interstate compact agreements.

[2] The data in Exhibit A is taken from CDCR's February 9, 2022 weekly population report, available on CDCR's website at https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2022/02/Tpop1d220209.pdf.