| | |
|---|---|
| Rob Bonta<br>Attorney General of California<br>Monica N. Anderson<br>Senior Assistant Attorney General<br>Damon G. McClain - 209508<br>Supervising Deputy Attorney General<br>Iram Hasan - 320802<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 510-3793<br>  Fax: (415) 703-5480<br>  E-mail: Iram.Hasan@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Paul B. Mello - 179755<br>Samantha D. Wolff – 240280<br>  425 Market Street, 26th Floor<br>  San Francisco, CA 94015<br>  Telephone: (415) 777-3200<br>  Facsimile: (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>                  Plaintiffs,<br>v.<br>GAVIN NEWSOM, et al.,<br>                  Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>                  Plaintiffs,<br>v.<br>GAVIN NEWSOM, et al.,<br>                  Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOTICE OF ERRATA RE: FEBRUARY 2022 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER [ECF NOS. 3781/7464]** |

Defendants submit this notice of errata to correct the caption of the cover pleading to the February 15, 2022 status report (ECF Nos. 3781/7464), which mistakenly describes the filing as "Defendants' January 2022 Status Report in Response to February 10, 2014 Order[.]" The corrected caption should read "Defendants' February 2022 Status Report in Response to February 10, 2014 Order[.]"

Dated: February 15, 2022

ROB BONTA
Attorney General of California

*/s/ Iram Hasan*
DAMON G. MCCLAIN
Supervising Deputy Attorney General
IRAM HASAN
Deputy Attorney General
*Attorneys for Defendants*

Dated: February 15, 2022

HANSON BRIDGETT LLP

*/s/ Paul Mello*
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*