ROB BONTA, State Bar No. 202668
  Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
  Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
  Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
    Telephone:  (415) 510-4431
    Fax:  (415) 703-5843
    E-mail:  Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone:  (925) 746-8460
  Fax:  (925) 746-8490
  E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

ERNEST GALVAN, State Bar No. 196065
Rosen Bien Galvan and Grunfeld LLP
  101 Mission Street, Sixth Floor
  San Francisco, CA  94105-1738
  Telephone: (415) 433-6830
  Fax: (415) 433-7104
  Email:  egalvan@rbgg.com
*Attorneys for Plaintiff*

SHAWNA L. BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen Lehman & Feldberg LLP
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone:  (650) 623-1401
  Fax:  (650) 623-1449
  Email: sballard@reichmanjorgensen.com
         kfalkenstien@reichmanjorgensen.com

BRIAN C. BARAN, State Bar No. 325939
Reichman Jorgensen Lehman & Feldberg LLP
  1710 Rhode Island Ave NW, 12th Floor
  Washington, DC 20036
  Telephone:  (202) 894-7310
  Fax:  (650) 623-1449
  Email:  bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor
Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM, et al.,** <br><br> Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC) <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> Judge: The Hon. Kimberly J. Mueller |

1

On June 3, 2021, the Court issued an order adopting the parties' proposed schedule to adjudicate Plaintiff-Intervenor Christopher Lipsey's claim in intervention. ECF No. 7191. On December 9, 2021, the parties stipulated to, and the Court ordered, an extension of the discovery deadlines. ECF No. 7393.

Lipsey and Defendants have been actively working to complete discovery on schedule. Defendants have completed their document production, and Lipsey is in the process of responding to Defendants' second set of discovery requests. The parties, including counsel representing Lipsey, Defendants, and *Coleman* class counsel, met and conferred and agree that efforts to resolve Plaintiff-Intervenor Lipsey's claim without litigation should be exhausted, with input from the Special Master and his suicide prevention expert, on the security and welfare check policy that requires the use of Guard One. To allow time to explore settlement, the parties jointly request the Court enter an order referring the issues raised in Lipsey's complaint in intervention to Magistrate Judge Kendall Newman for mediation and extending the deadlines set forth in the December 9, 2021 order, ECF No. 7393, by approximately sixty days, as follows:

1. Fact discovery shall be completed by April 29, 2022, except that the deadline for serving requests for production, interrogatories or requests for admission will be deemed to have expired;

2. The parties shall disclose experts by May 24, 2022;

3. The parties shall disclose rebuttal experts by June 21, 2022;

4. All expert discovery shall be completed by July 15, 2022;

5. Dispositive and *Daubert* motions shall be filed by August 2, 2022, and shall be noticed for hearing and briefing in accordance with the provisions of Local Rule 230; and

6. If necessary, an evidentiary hearing will be set for a date in November 2022.

/ / /

/ / /

/ / /

1 | **IT IS SO STIPULATED**.

3 | Dated: February 16, 2022                      Respectfully submitted,

4 | /s/ *Brian Baran*                             /s/ *Namrata Kotwani*

REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
Shawna L. Ballard (SBN 155188)
Kate Falkenstien (SBN 313753)
  100 Marine Parkway, Suite 300
  Redwood Shores, California 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  sballard@reichmanjorgensen.com

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

NAMRATA KOTWANI
Deputy Attorney General

*Attorneys for Defendants*

REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
Brian C. Baran (SBN 325939)
  1710 Rhode Island Ave NW, 12th Floor
  Washington, DC 20036
  Telephone: (202) 894-7310
  Fax: (650) 623-1449
  bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

/s/ *Ernest Galvan*

ROSEN BIEN GALVAN AND GRUNFELD LLP
Ernest Galvan, State Bar No. 196065
  101 Mission Street, Sixth Floor
  San Francisco, CA 94105-1738
  Telephone: (415) 433-6830
  Fax: (415) 433-7104
  Email: egalvan@rbgg.com

*Attorneys for Plaintiffs*

           IT IS SO ORDERED.

Dated: _____

                                               _____
                                               KIMBERLY J. MUELLER
                                               UNITED STATES DISTRICT COURT