Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
Hanson Bridgett LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF SUBMISSION OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S UPDATED ROADMAP TO REOPENING** |

On September 15, 2020, Defendants filed the first version of the California Department of Corrections and Rehabilitation's (CDCR) Roadmap to Reopening as part of the parties' joint monthly report on COVID-19-Related Departures from Program Guide Requirements. (ECF No. 6866 at 3, 34, 40.) As required by this Court's March 29, 2021 order (ECF No. 7112), on April 22, Defendants submitted CDCR's updated Roadmap to Reopening. (ECF No. 7135.) On May 14, 2021, the Court ordered Defendants to file any updates to the Roadmap to Reopening within a few days of each update being finalized. (ECF No. 7162.) On February 14, 2022, CDCR

published an updated version of its Roadmap to Reopening. Defendants hereby submit the updated Roadmap to Reopening.

## CERTIFICATION

Defendants' counsel certifies that they reviewed the following orders relevant to this filing: ECF Nos. 7112 and 7162.

Dated: February 17, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

/s/ *Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
*Attorneys for Defendants*

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                             GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



February 15, 2022

Elise Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-550

VIA EMAIL

RE: CDCR Revised Institutional Roadmap to Reopening

Dear Ms. Thorn:

      During the May 14, 2021 status conference, the court ordered Defendants to file any updates to the Institutional Roadmap to Reopening within a few days of each update being finalized. (See ECF No. 7162, Minutes for Status Conference.) On February 14, 2022 Defendants finalized a revised version of their Institutional Roadmap to Reopening and published it on their public website. (https://www.cdcr.ca.gov/covid19/institutional-roadmap-to-reopening-february-16-2022/ last accessed February 15, 2022.) A copy of the revised Institutional Roadmap to Reopening is attached to this letter as Attachment A.

Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs

# ATTACHMENT A

# Institutional Roadmap to Reopening – February 16, 2022

## Introduction

This document provides a revision to the Roadmap to Reopening institutional programs, services, and activities within the California Department of Corrections Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS) after a COVID-related modified program.

The Roadmap provides a general guideline, allowing hiring authorities and their teams to determine specifics that meet the operational and safety needs, within the phased guidelines, of their institution's unique circumstances and how best to apply those specifics.

The CDCR-CCHCS Roadmap to Reopening takes into consideration the recommended guidelines set forth by the Centers for Disease Control and Prevention, the California Department of Public Health, and other stakeholders.

Movement between the phases will be determined jointly by the Warden and Chief Executive Officer (CEO) and will be reflected on the Roadmap SharePoint. Movement between phases may apply to individual facilities or, based on design, an entire institution.

**In each phase, staff shall ensure COVID-19 precautionary and infection control measures are adhered to.** These measures include complying with physical distancing, enforcing facial coverings, handwashing, encouraging vaccination, testing compliance, and frequent disinfecting of spaces and activity items between uses.

## Outbreak Phase

**Definition:**
- An outbreak is defined as three or more related cases of COVID-19 among incarcerated persons (IP) within the past 14 days.[1]
- During the Outbreak Phase, operations, programs, and services will be restricted to minimize the risk for ongoing COVID transmission.
- Each facility within an institution can be considered separately, or an institution can be considered a single facility if the geographic layout does not allow for feasible separation of IP and/or staff.
- Outbreak response testing must continue throughout the Outbreak Phase. If not all IP consent to testing, the Warden and CEO shall consult with the Regional Health Care Executive (RHCE), Associate Director (AD), and CCHCS Public Health to determine if response testing has been adequate to transition from Outbreak Phase to Open Phase.
- Any quarantine that extends past 21 days shall require consultation with the RHCE, AD, and CCHCS Public Health to determine why programming has not resumed.
- To move from Outbreak Phase to Open Phase, the facility must have had no IP outbreak cases for at least 14 days.

---

[1] Surveillance testing of asymptomatic employees is conducted routinely. Positive cases among employees result in contact tracing. If IP are identified as contacts of a positive staff member, they are screened and tested per protocol.

**General Provisions for Institutional Operations, Programs, and Health Care Services during Outbreak Phase:**
- Closed to in-person and family visiting, volunteers, and activities involving outside groups.
- Video visiting is not allowed for isolation and quarantine housing units.
- Closed to media access, film requests, and stakeholder tours.
- Outside vendors, non-essential contractors, or non-employees are not permitted, other than those who are essential for supplying needed goods. Essential vendors, contractors, and non-employees include:
    - Integrated Substance Use Disorder Treatment program providers, including Alcohol and Other Drug Counselors, are essential contractors.
    - California Department of Veterans Affairs representatives are essential.
    - Design and construction activities performed by consultants, general contractors, and the Inmate/Ward Labor (IWL) program are considered essential and will continue during this phase.
- IP workforce limited to essential functions.
- Yard/provision of meals is one housing unit at a time.
- Showers and phone calls are allowed with cleaning in between uses.
- Dayroom access within the same living quarters.
- Sports equipment may be issued if used only by IP who live within the same unit; equipment is to be cleaned after use.
- Recreational activities (card games, board games, etc.) may be issued to IP who live within the same unit, with disinfection of the items between uses.
- Students are eligible to receive independent study packets.
- Students shall be administered educational assessments, with social distancing.
- Allow Mental Health referrals and routine appointments, which may be done cell front.
- Mental Health and Nursing may provide in-cell activities and packet programming.
- Law library: Paging only. Recreational reading books made available to IP in housing units; access to assistive devices provided in libraries or housing units, as resources are available.
- The following programs are closed: Offender Mentor Certification Program, in-person college, and Innovative Grants Program/Arts in Corrections/Volunteer programs.
- Congregate/Group religious activities are not permitted.
- Medication distribution shall be determined jointly by the CEO and Warden.
- Health Care may be limited to emergent and urgent/high priority care.

## Open Phase (New Normal)

**Definition:**
- To move to Open Phase, the facility must have no new IP outbreak cases for 14 days, as noted above.
- To the extent that facilities are in different phases, IP from different facilities should not be permitted to program together unless jointly approved by Warden and CEO.
- If the facility experiences a COVID outbreak among IP, the facility shall revert to Outbreak Phase restrictions.

**General Provisions for Institutional Operations, Programs, and Health Care Services:**
- Return to normal operations for all IP programming and activities.
- Staff shall follow the December 8, 2021, memo "Increasing Capacity for Indoor Group Activities, Programming, and Visiting".
- COVID precautions continued to be observed consistent with the latest direction.