ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**JOINT NOTICE CONCERNING THE PARTIES' RESPECTIVE PENDING STAFFING MOTIONS**<br><br>Judge: The Hon. Kimberly J. Mueller |

　　　On February 15, 2022, the Court ordered the parties to jointly notify the Court, by February 18, 2022, whether they are able to resolve Plaintiffs' Motion to Clarify Order of June 13, 2002 (ECF No. 7118), and Defendants' Motion to Modify the 2009 Staffing Plan as it Relates to On-Site Psychiatric Supervisors (ECF No. 7250), or whether they would like the Court to decide the motions. (ECF No. 7462.)

　　　With respect to Defendants' motion to modify the 2009 Staffing Plan, the parties believe they may be able to resolve the issues raised in the motion and request leave to complete negotiations over the next two weeks. The parties will inform the Court on or before March 4,

2022, whether they have resolved the dispute on Defendants' motion to modify the 2009 Staffing Plan, or whether they are requesting the Court's ruling on the pending motion.

With respect to Plaintiffs' motion for clarification of the June 13, 2002 order, the parties jointly request that the Court decide the issues raised in the motion following the parties' submission of short, focused supplemental briefs, which shall be limited to three pages each and shall only address the holding in *Rasho v. Jeffreys*, 22 F.4th 703 (7th Cir. 2022), and its application to the pending dispute. The parties request that Defendants' supplemental brief be due February 28, 2022, with Plaintiffs' supplemental brief due March 7, 2022.

Dated: February 18, 2022

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

*/s/ Damon McClain*

HANSON BRIDGETT LLP

PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

*/s/ Samantha D. Wolff*

Dated: February 18, 2022

ROSEN BIEN GALVAN & GRUNFELD LLP

LISA ELLS
*Attorneys for Plaintiffs*

*/s/ Lisa Ells*