CAED 435 (Rev. 04/18)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| | | | |
|---|---|---|---|
| 1. YOUR NAME<br>Elise Owens Thorn | 2. EMAIL<br>Elise.Thorn@doj.ca.gov | 3. PHONE NUMBER<br>(916) 210-7318 | 4. DATE<br>February 23, 2022 |
| 5. MAILING ADDRESS<br>Office of the Attorney General, P.O. Box 944255 | 6. CITY<br>Sacramento | 7. STATE<br>CA | 8. ZIP CODE<br>94244-2550 |
| 9. CASE NUMBER<br>2:90-cv-00520 KJM-DB (PC) | 10. JUDGE<br>Kimberly J. Mueller | DATES OF PROCEEDINGS | |
| | | 11. FROM 2/23/2022 | 12. TO 2/23/2022 |
| 13. CASE NAME<br>Coleman, et al. v. Newsom, et al. | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Status Videoconference | 02/23/2022 | Thresha Spencer |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| Entire Status Conference | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [x] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| | |
|---|---|
| 19. SIGNATURE<br>/s/ Elise Owens Thorn | PROCESSED BY |
| 20. DATE<br>February 23, 2022 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |