Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:  925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> GAVIN NEWSOM, et al. <br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **JOINT RESPONSE RE UPDATING PROCESS PER FEBRUARY 7, 2022 COURT ORDER** <br><br> Judge:   Hon. Kimberly J. Mueller |

On August 3, 2020, the Court "provisionally approved" a process for Defendants to follow when updating policies and regulations.[1] ECF No. 6806 (August 3, 2020 Order) at 15:21. The August 3, 2020 Order also instructed the parties to "file a joint submission, with input from the Special Master, on the efficacy of the updating process the court provisionally approves in this order together with, as appropriate, any proposed amendments to the process." *Id.* at 18:1-4. On September 29, 2021, the parties submitted an update to the Court setting forth their progress and

---

[1] Defendants timely appealed the August 3, 2020 order, and that appeal is currently pending decision by the Ninth Circuit Court of Appeals.

the remaining disputes, including a proposed framework for updates. ECF No. 7332; Ex. A. On October 12, 2021, the Court issued a minute order declaring that the notice process set forth in the August 3, 2020 Order had expired and no longer was in effect.  ECF No. 7342.[2]

On February 15, 2022, the Court ordered the parties to meet and confer concerning the joint notice proposed at ECF No. 7332 and file a joint report setting forth their joint or respective positions with respect to the notice process by 5:00 p.m. on February 25, 2022. ECF No. 7462. Accordingly, the parties met and conferred, and now agree that the Court should not issue an order establishing a separate, formal process for the provision of notice of policy revisions, including the process set forth in Exhibit A of ECF No. 7332. The parties continue to meet and confer about an informal process for the provision of notice.

**Plaintiffs' Further Separate Statement:**

Consistent with the parties' joint statement above, Plaintiffs request that the Court issue an order clarifying that no new court-ordered process will replace the notice process set forth in the expired August 3, 2020 Order at this time.

**Defendants' Further Separate Statement:**

Defendants do not consent to the approach set forth at ECF No. 7332, Exhibit A, and would object to any order imposing a notice process.  Nor do Defendants believe that a further order clarifying that no new court-ordered process will replace the notice process set forth in the August 3, 2020 Order, as Plaintiffs request above, is necessary or appropriate.

Further, it is Defendants' position that the Court lacks jurisdiction to modify the August 3, 2020 order, including by imposing a notice requirement that is inconsistent with the August 3, 2020 order, as it is still pending appeal to the Ninth Circuit.

---

[2] Defendants contend that the Court lacked jurisdiction to enter this order as the issue was already on appeal before the Ninth Circuit at that time.

| | | |
|---|---|---|
| 1 | DATED: February 25, 2022 | HANSON BRIDGETT LLP |

By: _____/s/ Samantha Wolff_____
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants

DATED: February 25, 2022

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: _____/s/ Elise Thorn_____
ELISE THORN
Attorneys for Defendants

DATED: February 25, 2022

PRISON LAW OFFICE

By: _____/s/ Margot Mendelson_____
MARGOT MENDELSON
Attorneys for Plaintiffs

-3-
JOINT RESPONSE RE UPDATING PROCESS PER FEBRUARY 7, 2022 COURT ORDER

18304491.8