UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>GAVIN NEWSOM, Governor, State of California; et al.,<br><br>    Defendants-Appellants. | No. 22-15065<br><br>D.C. No. 2:90-cv-00520-KJM-DB<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

In response to this court's January 21, 2022 order, appellants have notified the court that they do not intend to prosecute this appeal (Docket Entry No. 7). Accordingly, the appeal is voluntarily dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7

LCC/MOATT