| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Paul B. Mello, State Bar No. 179755<br>Samantha D. Wolff, State Bar No. 240280<br>Laurel E. O'Connor, State Bar No. 305478<br>David C. Casarrubias, State Bar No. 321994<br>Hanson Bridgett LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                           Plaintiffs,<br><br>      v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                           Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' SUBMISSION OF DOCUMENTS IN RESPONSE TO FEBRUARY 17, 2022 ORDER (ECF NO. 7467)** |

On February 17, 2022, the Court ordered the California Department of Corrections and Rehabilitation (CDCR) Secretary, Kathleen Allison, to file a copy of all documentation supporting the statement in the Governor's budget that, "[t]he state is committed to the delivery of mental health services to the population with continued efforts to provide proper staffing for those who require our highest level of care." (ECF No. 7467.)

//

//

1

Defs.' Submission of Documents in Response to 2/17/22 Order  (2:90-cv-00520 KJM-DB (PC))

18327403.1

Defendants hereby submit at Exhibit A page 183 of the Governor's Budget Summary – 2022-23, from the Criminal Justice chapter of the proposed budget.[1]

## CERTIFICATION

Defendants' counsel certify they have reviewed the following orders relevant to this filing: ECF No. 7467.

Dated: March 3, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/S/ ELISE OWENS THORN
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

/s/ *Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
*Attorneys for Defendants*

---

[1] https://ebudget.ca.gov/2022-23/pdf/BudgetSummary/CriminalJustice.pdf, last viewed on March 2, 2022.

2

Defs.' Submission of Documents in Response to 2/17/22 Order  (2:90-cv-00520 KJM-DB (PC))

18327403.1

# Exhibit A

appropriate level of review, and to monitor a portion of the staff misconduct investigations handled by CDCR's OIA.

In addition, the Budget includes $6.2 million General Fund in 2022-23, growing to $11.8 million in 2024-25, to support the Department's ability to conduct thorough investigations within the context of its existing Central Intake process and to strengthen its disciplinary procedures.

## INCARCERATED PATIENT MEDICAL CARE AND MENTAL HEALTH SERVICES

The Budget includes $3.8 billion General Fund in 2022-23 for health care programs, which provide incarcerated individuals with access to mental health, medical, and dental care services that are consistent with the standards and scope of care appropriate within a custodial environment.

In 2005, a federal court established a receivership to oversee prison medical care. To date, the Receiver has transitioned oversight of 19 institutions back to the state.

The state is committed to the delivery of mental health services to the population, with continued efforts to provide proper staffing for those who require the highest level of care.

### INTEGRATED SUBSTANCE USE DISORDER TREATMENT PROGRAM

The rate of substance use disorders among the incarcerated population is significantly higher compared to the general public. To address the unique needs of the incarcerated population, the 2019 Budget Act included resources for CDCR and CCHCS to implement the Integrated Substance Use Disorder Treatment (ISUDT) Program. This program was designed on a whole person care delivery model and structured to provide an interconnected series of treatments and interventions to help incarcerated individuals with substance use disorders.

Since the ISUDT Program was implemented in January 2020, nearly 14,000 patients have been provided access to medication-assisted treatment (MAT) and approximately 5,700 patients received cognitive behavioral interventions.

The Budget includes $126.6 million General Fund in 2022-23, and $162.5 million ongoing, to expand the ISUDT Program and enhance the Department's ability to treat individuals with substance use disorders. These resources will enable CDCR to serve an increasing number of program participants with MAT annually and make other