ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
LUCAS HENNES, State Bar No. 278361
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7318
Fax: (916) 324-5205
E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
1676 N. California Boulevard, Suite 620
Walnut Creek, CA 94596
Telephone: (925) 746-8460
Fax: (925) 746-8490
E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**RALPH COLEMAN, et al.,**

Plaintiffs,

**v.**

**GAVIN NEWSOM, et al.,**

Defendants.

Case No. 2:90-cv-00520 KJM-DB (PC)

**STIPULATION AND [PROPOSED] ORDER APPROVING THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S ON-SITE PSYCHIATRY SUPERVISOR PROPOSAL AS A MODIFICATION TO DEFENDANTS' 2009 STAFFING PLAN**

Judge: The Hon. Kimberly J. Mueller

On September 30, 2009, Defendants filed a staffing allocation plan that includes clinical staffing allocations for the Department of Corrections and Rehabilitation's (CDCR) mental health programs and administrative functions. (ECF No. 3693.) The 2009 Staffing Plan provides criteria for the allocation of Chief Psychiatrist and Senior Psychiatry, Supervisor positions. However, Defendants concluded that, in practice, those criteria are difficult and

sometimes operationally infeasible to apply, and the parties disputed the appropriate way to interpret the criteria. To address the issue, Defendants worked with the Special Master and his experts to refine the allocation criteria and draft a proposal to modify the 2009 Staffing Plan to provide clear criteria for the allocation of Chief Psychiatrists and Senior Psychiatry, Supervisors. On March 26, 2021 Defendants presented the *On-Site Psychiatry Supervisor Proposal*, submitted hereto as Exhibit A, to Plaintiffs, who, on March 2, 2022, agreed to its terms.

The parties agree that the *On-Site Psychiatry Supervisor Proposal* sufficiently clarifies the criteria for allocating on-site psychiatry supervisor positions, and that the 2009 Staffing Plan should be modified pursuant to its terms.

In the event any of the language in the stipulation or Exhibit A is stricken or modified, Defendants withdraw their agreement from all parts of this Stipulation.

**IT IS SO STIPULATED.**

Dated: March 4, 2022

HANSON BRIDGETT LLP

By: */s/ Samantha Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants

Dated: March 4, 2022

ROB BONTA
Attorney General of California

*/s/ Damon McClain*
DAMON MCCLAIN
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated: March 4, 2022

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Lisa Ells*
Lisa Ells
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: __________________

____________________________
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT