Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Laurel E. O'Connor, SBN 305478
David C. Casarrubias, SBN 321994
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**JOINT NOTICE UPDATING THE COURT REGARDING RESOLUTION OF THE DISPUTE ON DEFENDANTS' MOTION TO MODIFY THE 2009 STAFFING PLAN (ECF NO. 7250)**<br><br>Judge:   Hon. Kimberly J. Mueller |

On February 23, 2022, this Court issued a minute order requiring the parties to inform the Court on or before March 4, 2022, whether they have resolved the dispute on Defendants' Motion to Modify the 2009 Staffing Plan (ECF No. 7250). The parties met and were able to resolve their dispute. The parties are submitting for this Court's consideration and approval a Stipulation and [Proposed] Order Approving The California Department of Corrections and Rehabilitation's On-Site Psychiatry Supervisor Proposal As A Modification To Defendants' 2009 Staffing Plan ("Stipulation"). Attached as Exhibit A to the parties' Stipulation is the *On-Site Psychiatry Supervisor Proposal*.

If the Court approves the parties' Stipulation and Exhibit A without revision, Defendants

agree to withdraw their currently-pending Motion to Modify the 2009 Staffing Plan As It Relates To On-Site Psychiatric Supervisors (ECF No. 7250).

DATED: March 4, 2022                             HANSON BRIDGETT LLP

By: _____/s/ Samantha Wolff_____
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants

Dated: March 4, 2022                             Rob Bonta
Attorney General of California

/s/ Damon McClain
Damon McClain
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated: March 4, 2022                             Rosen Bien Galvan & Grunfeld LLP

/s/ Lisa Ells
Lisa Ells
*Attorneys for Plaintiffs*

-2-                    Case No. 2:90-CV-00520- KJM-DB

18329691.1    JOINT NOTICE UPDATING THE COURT