DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **DECLARATION OF MARC J. SHINN-KRANTZ IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEFING IN SUPPORT OF PLAINTIFFS' MOTION TO CLARIFY ORDER OF JUNE 13, 2002 (ECF NO. 7118)** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |
| | Judge: Hon. Kimberly J. Mueller |

[3871112.1]

1    I, Marc J. Shinn-Krantz, declare:

2    1.    I am an attorney duly admitted to practice before this Court.  I am an

3  associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for

4  Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a

5  witness, I could competently so testify.  I make this Declaration in Support of Plaintiffs'

6  Supplemental Briefing in Support of Plaintiffs' Motion to Clarify Order of June 13, 2002

7  (ECF No. 7118).

8    2.    Attached as **Exhibit 1** is a true and correct copy of enclosure 1b from the

9  December 2021 monthly statistics Defendants provided to Plaintiffs' counsel as part of this

10  litigation.  Defendants provided this document to Plaintiffs' counsel on February 15, 2022.

11    I declare under penalty of perjury under the laws of the United States of America

12  that the foregoing is true and correct, and that this declaration is executed at El Cerrito,

13  California this 7th day of March, 2022.

14

15                                      /s/ *Marc J. Shinn-Krantz*
                                        Marc J. Shinn-Krantz
16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

DocuSign Envelope ID: 36207B93-A6B3-4FB2-BD99-EC670DCE64E3

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



February 15, 2022

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                             Deputy Attorney General
Pannone Lopes Devereaux & O'Gara LLC                    Department of Justice
Northwoods Office Park                                   1300 I Street, Suite 125
1301 Atwood Avenue, Suite 215 N                         P.O. Box 944255
Johnston, RI  02919                                      Sacramento, CA  94244-2550

RE: *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of December, 2021, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Health Institution Vacancy by Classification.
    c. Mental Health Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies - Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Program Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary - Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.
    l. Psychiatric Inpatient Program (PIP) Staffing Data.
    m. Department of State Hospitals (DSH) Staffing Data.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

DocuSign Envelope ID: 36207B93-A6B3-4FB2-BD99-EC670DCE64E3

Matthew A. Lopes, Jr. Esquire
Page 2


4.  EOP Inmates Waiting Transfers to PSU.

5.  EOP ASU Hub Trends.

6.  Population and Census Reports.
    a.  Health Care Placement Oversight Program (HCPOP) Information Report, Summary of Mental Health Population by Institution and Level of Care (H-1).
    b. MHSDS Management Information Summary (MIS).
    c. Weekly EOP/Outpatient Psychiatric Program Report.

7.  Mental Health Crisis Bed (MHCB) Reports.
    a.  MHCB Referrals report.
    b.  MHCB Stays report.
    c.  MHCB Wait List.

8. DSH and Inpatient Program Referral Reports.
    a. Referrals for Transfer to Inpatient Programs Report.
    b. DSH Monthly Report of CDCR Patients in DSH Hospitals, Summary of PC 2684s Report.

9.  Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

12. CDCR Inpatient Program Bed Utilization Report (BUR).
    a. DSH BUR Cover Letter.
    b. DSH BUR.
    c. DSH Rejection Letter.
    d. CDCR BUR.

13.  MHSDS Inmates at Desert Institutions Compliance Report.


If you have any questions, please contact me at (415) 342-8054.

Sincerely,

DocuSigned by:

*Amar Mehta*

46AE21AE5D5B4D3...

AMAR MEHTA, M.D.
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

DocuSign Envelope ID: 36207B93-A6B3-4FB2-BD99-EC670DCE64E3

Matthew A. Lopes, Jr. Esquire
Page 3


Enclosures
cc:   Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Kerry F. Walsh, Esq., *Coleman* Deputy Special Master
      Jeffrey L. Metzner, M.D., *Coleman* Expert
      Kerry C. Hughes, M.D., *Coleman* Expert
      Mary Perrien, Ph.D., *Coleman* Expert
      Henry A. Dlugacz, Esq., *Coleman* Expert
      Patricia Williams, Esq., *Coleman* Monitor
      Nicholas Weber, Esq, Office of Legal Affairs, CDCR
      Melissa Bentz, Esq, Office of Legal Affairs, CDCR
      Michael Bien, Esq., Rosen, Bien and Galvan
      Donald Specter, Esq., Prison Law Office
      Steve Fama, Esq., Prison Law Office
      Steven Cartwright, Psy.D. Assistant Deputy Director, Statewide Mental Health Program, DHCS
      Laura Ceballos, Ph.D., Mental Health Administrator, Inpatient Facilities and Quality Improvement, Statewide Mental Health Program, DHCS
      Teresa Owens, Health Program Specialist I, Quality Management, Statewide Mental Health Program, DHCS

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of December - 2021**

| Inst. | Classification | FY 21/22 Class Code | SCO DATA Authorized Per 7A | Established | Filled | Vacant | ADJUSTMENTS 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
|-------|---------------|-----|--------|--------|--------|--------|------|------|--------|-------|---------|---------|
| SW | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 26.00 | 21.00 | 16.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 8.00 | 30.77% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 58.50 | 58.00 | 42.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.50 | 28.21% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 0.00 | 0.00 | 0.00 | 0.00 | 26.18 | 0.00 | 0.00 | 0.00 | -26.18 | NC |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 334.20 | 343.00 | 285.00 | 58.00 | 14.91 | 1.03 | 13.24 | 0.00 | 22.08 | 6.61% |
| | MEDICAL ASST | 7374 | 75.00 | 74.00 | 48.00 | 26.00 | 2.95 | 0.00 | 0.00 | 0.00 | 24.05 | 32.06% |
| | PSYCH-CLINIC CF | 9283 | 663.60 | 701.50 | 468.00 | 233.50 | 11.95 | 0.65 | 45.60 | 0.00 | 138.70 | 20.90% |
| | REC THERAPIST CF | 9286 | 244.20 | 268.50 | 236.00 | 32.50 | 7.00 | 0.00 | 5.32 | 0.00 | -4.12 | -1.69% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 30.40 | 24.00 | 12.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.40 | 60.53% |
| | SR PSYCH CF/SP | 9287 | 105.90 | 106.50 | 92.00 | 14.50 | 0.00 | 1.00 | 0.00 | 0.00 | 14.90 | 14.07% |
| | SR PSYCH CF/SUP | 9288 | 82.50 | 86.50 | 77.00 | 9.50 | 4.00 | 0.00 | 0.00 | 0.00 | 1.50 | 1.82% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 266.70 | 258.00 | 172.00 | 86.00 | 6.00 | 0.00 | 66.09 | 0.00 | 22.61 | 8.48% |
| | SUP PSYCH S WK I CF | 9291 | 45.70 | 18.50 | 20.00 | (1.50) | 1.00 | 0.00 | 0.00 | 0.00 | 24.70 | 54.05% |
| | **Statewide Totals** | | **1932.70** | **1959.50** | **1468.00** | **491.50** | **76.00** | **2.69** | **130.25** | **0.00** | **261.14** | **13.51%** |

Correctional Health Care Services

Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**

**As Of December - 2021**

**Footnotes:**

1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Report Generated By:

Source: 21/22 7A; SCO Reports; MIRS reports; Hire Tracking System

Program Support