Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
Hanson Bridgett LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                  Plaintiffs,<br><br>       v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                  Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Defendants—Gavin Newsom, Governor of the State of California; Kathleen Allison, Secretary of the California Department of Corrections and Rehabilitation; Keely Bosler, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation—partially and protectively appeal to the United States Court of Appeals for the Ninth Circuit from this Court's February 7, 2022 Order. (Order, ECF No. 7456.) Specifically, Defendants appeal from paragraph 6 of the February 7 Order, which states:

1

Defs.' Not. Appeal (2:90-cv-00520 KJM-DB (PC))

> The court anticipates that final approval of a list of CQIT indicators will replace the need for annual updates to the Program Guide and the Compendium and, therefore, the parties' obligation to file further annual updates to the Program Guide and the Compendium is DISCONTINUED unless or until further order of the court….

(Order 2 at ¶ 6.) Defendants also appeal from all earlier, non-final orders that produced the February 7 Order and are merged with it. *See Am. Ironworks & Erectors Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 897 (9th Cir. 2001).

This protective appeal is necessary if, as Plaintiffs contend, Defendants' appeal from the August 3, 2020 order (ECF No. 6806) was not taken from an appealable order.

Dated: March 9, 2022                      Respectfully submitted,

ROB BONTA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON MCCLAIN
Supervising Deputy Attorney General


/s/ *ELISE OWENS THORN*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants-Appellants*

HANSON BRIDGETT LLP

/s/ *Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
*Attorneys for Defendants-Appellants*

CF1997CS0003

2

Defs.' Not. Appeal (2:90-cv-00520 KJM-DB (PC))