No. _____

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

                Plaintiffs-Appellees,

    v.

**GAVIN NEWSOM, et al.,**

                Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:90-cv-00520 KJM-DB (PC)
The Honorable Kimberly J. Mueller, Judge

## REPRESENTATION STATEMENT

        Rob Bonta, State Bar No. 202668
        Attorney General of California
        Monica N. Anderson, State Bar No. 182790
        Senior Assistant Attorney General
        Damon McClain, State Bar No. 220909
        Supervising Deputy Attorneys General
        Elise Owens Thorn, State Bar No.145931
        Deputy Attorney General
         1300 I Street, Suite 125
         P.O. Box 944255
         Sacramento, CA 94244-2550
         Telephone:  (916) 210-7 318
         Fax:  (916) 324-5205
         E-mail:  Elise.Thorn@doj.ca.gov
        *Attorneys for Defendants-Appellants*

The undersigned represent the State Defendants-Appellants in this case—including Gavin Newsom, Governor of the State of California; Kathleen Allison, Secretary of the California Department of Corrections and Rehabilitation; Keely Bosler, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation. Attached is a service list that shows the other parties that are directly interested in this appeal, along with their lead counsel's names, firms, addresses, telephone numbers, and email addresses. The party listing in the district court's docket includes numerous associated counsel for many parties, as well as additional intervenors, "interested parties," amici curiae, and "miscellaneous" individuals who are not included on the attached service list.

Date: March 9, 2022							Respectfully submitted,

							ROB BONTA
							Attorney General of California
							MONICA N. ANDERSON
							Senior Assistant Attorney General
							DAMON MCCLAIN
							Supervising Deputy Attorney General


							/S/ ELISE OWENS THORN
							ELISE OWENS THORN
							Deputy Attorney General
							*Attorneys for Defendants-Appellants*

							HANSON BRIDGETT LLP

							/s/ *Samantha D. Wolff*
							PAUL B. MELLO
							SAMANTHA D. WOLFF
							LAUREL E. O'CONNOR
							DAVID C. CASARRUBIAS
							*Attorneys for Defendants-Appellants*

2

*Service List*

| | |
|---|---|
| Michael Bien<br>Email: MBien@rbgg.com<br>Lisa Ells<br>Email: lells@rbgg.com<br>Rosen Bien Galvan & Grunfeld, LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>*Attorneys for Plaintiffs* | Donald Specter<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: dspecter@prisonlaw.com<br>*Attorneys for Plaintiffs* |
| Matthew A. Lopes, Jr.<br>Pannone Lopes & Devereaux LLC<br>1301 Atwood Avenue, Suite 215 N<br>Providence, RI 02919<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldw.com<br>*Special Master* | Paul B. Mello<br>Samantha D. Wolff<br>Laurel E. O'Connor<br>David C. Casarrubias<br>Hanson Bridgett LLP<br>1676 N. California Boulevard, Suite 620<br>Walnut Creek, CA 94596<br>Telephone: (925) 746-8460<br>Fax: (925) 746-8490<br>E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

3

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

                Plaintiffs-Appellees,

  v.

**GAVIN NEWSOM, et al.,**

                Defendants-Appellants.

## STATEMENT OF RELATED CASES

The following pending appeals arise from the same district-court matter:

*Coleman, et al. v. Newsom, et al.*, Ninth Cir. Nos. 20-16734, and 21-16884.

Date: March 9, 2022

Respectfully submitted,

ROB BONTA STATE BAR NO. 202668
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON MCCLAIN
Supervising Deputy Attorney General

***/s/ Elise Owens Thorn***
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants-Appellants*

HANSON BRIDGETT LLP

***/s/ Samantha D. Wolff***
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
*Attorneys for Defendants-Appellants*

4