1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   DAMON MCCLAIN, State Bar No. 209508
    Supervising Deputy Attorney General
3   ELISE OWENS THORN, State Bar No. 145931
    NAMRATA KOTWANI, State Bar No. 308741
4   Deputy Attorneys General
      1300 I Street, Suite 125
5     P.O. Box 944255
      Sacramento, CA 94244-2550
6     Telephone:  (916) 210-7318
      Fax:  (916) 324-5205
7     E-mail:  Elise.Thorn@doj.ca.gov
    Attorneys for Defendants

    HANSON BRIDGETT LLP
    PAUL B. MELLO, SBN 179755
    SAMANTHA D. WOLFF, SBN 240280
    LAUREL E. O'CONNOR, SBN 305478
    DAVID C. CASARRUBIAS, SBN 321994
    1676 N. CALIFORNIA BLVD., SUITE 620
    WALNUT CREEK, CALIFORNIA 94596
    TELEPHONE:    925-746-8460
    FACSIMILE:    925-746-8490
    Attorneys for Defendants

8

9

10

11                    UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13                       SACRAMENTO DIVISION

14

| | |
|---|---|
| 15  RALPH COLEMAN, et al., | Case No. 2:90-CV-00520- KJM-DB |
| 16            Plaintiffs, | **DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION TO STRIKE THE DECLARATION OF MARC J. SHINN-KRANTZ IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEFING RE PLAINTIFFS' MOTION TO CLARIFY ORDER OF JUNE 13, 2002** |
| 17       v. | |
| 18  GAVIN NEWSOM, et al. | |
| 19            Defendants. | |
| 20 | **[ECF NO. 7488-1]** |
| 21 | |
| 22 | Judge:    Hon. Kimberly J. Mueller |

23

24

25

26

27

28

18347051.3
DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION TO STRIKE

**DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION TO STRIKE**

On February 23, 2022, the Court entered the following Minute Order:

> [T]he parties' Request for Leave to File Supplemental Briefing on Plaintiffs' Motion to Clarify the 6/13/2002 Order, ECF No. [7118], is GRANTED . . . the parties shall file short focused supplemental briefs, limited to no more than three pages and addressing only the application of the holding in *Rasho v. Jeffreys*, 22 F.4th 703 (7th Cir. 2002) to the dispute presented by Plaintiffs' Motion . . . . Defendants' supplemental brief shall be due on 2/28/2022 and Plaintiffs' supplemental brief shall be due on 3/7/2022.

ECF No. 7472.

Defendants timely filed their three-page supplemental brief on February 28, 2022. ECF No. 7482. Plaintiffs also timely filed their supplemental brief on March 7, 2022. ECF No. 7488. However, in addition to their brief, Plaintiffs improperly submitted additional evidence to support their underlying motion for clarification, namely the Declaration of Marc J. Shinn-Krantz that included a five-page exhibit. ECF No. 7488-1.

This Court has previously stated that it intended to strike all "documents the court deems non-responsive to its orders." ECF No. 7003. Plaintiffs' Declaration of Mr. Shinn-Krantz and its attendant exhibit are non-responsive to the Court's order to submit a "short focused supplemental brief[]" "addressing only the application of the holding in *Rasho* . . . to the dispute presented by Plaintiffs' Motion." ECF No. 7472. The submission of additional evidence also runs afoul of the Court's Local Rule 230(m)(1) that prohibits the introduction of evidence after a reply brief has been filed without prior Court approval.

Defendants requested that Plaintiffs' counsel voluntarily withdraw the extraneous filing, and references to it in their Supplemental Brief. Plaintiffs' counsel refused to do so. Defendants therefore request leave to file the attached motion to strike Plaintiffs' evidence entitled "Declaration of Marc J. Shinn-Krantz in Support of Plaintiffs' Supplemental Briefing in Support of Plaintiffs' Motion to Clarify Order of June 13, 2002 (ECF No. 7118)," ECF No. 7488-1, and references thereto in Plaintiffs' supplemental briefing, ECF No. 7488, under the Court's December 24, 2020 order. ECF No. 7003 (requiring "any party seeking relief from this court . . . [to] first file a request for leave to file a motion, describing with particularity the relief to be sought and the steps the party has taken to exhaust meet and confer efforts with all opposing counsel").

-2-

Case No. 2:90-CV-00520- KJM-DB

18347051.3

DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION TO STRIKE

1

**CERTIFICATION**

2          In preparing this request, Defendants counsel reviewed the following Court orders relevant

3    to the issues in this filing, ECF Nos.: 7003, 7283, 7339, 7472.

4

5    DATED:  March 11, 2022                     HANSON BRIDGETT LLP

6

7                                              By:        s/ David C. Casarrubias
                                                   PAUL B. MELLO
8                                                  SAMANTHA D. WOLFF
                                                   LAUREL E. O'CONNOR
9                                                  DAVID C. CASARRUBIAS
                                                   Attorneys for Defendants
10

11
     DATED:  March 11, 2022                     Respectfully Submitted,
12

13                                              ROB BONTA
                                                Attorney General of California
14                                              Damon McClain
                                                Supervising Deputy Attorney General
15
                                               By:        s/ Elise Owens Thorn
16                                                 ELISE OWENS THORN
                                                   Deputy Attorney General
17                                                 Attorneys for Defendants

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:90-CV-00520- KJM-DB

18347051.3    DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION TO STRIKE