| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Laurel E. O'Connor, SBN 305478<br>David C. Casarrubias, SBN 321994<br>1676 N. California Blvd., Suite 620<br>Walnut Creek, California 94596<br>Telephone: 925-746-8460<br>Facsimile: 925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF DAVID C. CASARRUBIAS IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE DECLARATION OF MARC J. SHINN-KRANTZ IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEFING RE PLAINTIFFS' MOTION TO CLARIFY ORDER OF JUNE 13, 2002**<br><br>**[ECF NO. 7488-1]**<br><br>Judge: Hon. Kimberly J. Mueller |

-1-   Case No. 2:90-CV-00520- KJM-DB

DECLARATION OF DAVID C. CASARRUBIAS

18349356.2

**DECLARATION OF DAVID C. CASARRUBIAS**

I, David C. Casarrubias, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Hanson Bridgett LLP, attorneys of record for Defendants. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On March 9, 2022 I reached out to Mr. Marc J. Shinn-Krantz via email and requested that Plaintiffs immediately withdraw the Shinn-Krants Declaration, and references to it in Plaintiffs' Supplemental Brief, because it went beyond the limited scope of the Court's order granting supplemental briefing, and because it violated the Court's local rule prohibiting the introduction of new evidence after a reply brief has been filed without prior Court approval.

3. Mr. Shinn-Krantz responded to my email and refused to withdraw either the improper declaration, or references to it in Plaintiffs' Supplemental Brief.

4. Attached hereto as **Exhibit A** is a true and correct copy of the March 9, 2022 email communications between myself and Mr. Shinn-Krantz that corroborate the statements in the preceding two paragraphs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of March, 2022, at San Francisco, California.

              *s/ David C. Casarrubias*
              David C. Casarrubias