# David C. Casarrubias

| | |
|---|---|
| **From:** | Marc Shinn-Krantz <MShinn-Krantz@rbgg.com> |
| **Sent:** | Wednesday, March 9, 2022 4:17 PM |
| **To:** | David C. Casarrubias |
| **Cc:** | Paul B. Mello; Samantha Wolff; v_Damon.McClain@doj.ca.gov; v_Elise.Thorn@doj.ca.gov; v_Namrata.Kotwani@doj.ca.gov; Coleman Team - RBG Only; Steve Fama |
| **Subject:** | [EXTERNAL] RE: Coleman, et al. v. Newsom et al., E.D. Cal. Case No. 2:90-CV-00520-KJM-DB: Meet & Confer re Plaintiffs' Supplemental Declaration [ECF No. 7488-1] [IWOV-DMS.FID6429] |

**EXTERNAL:** Use caution when opening attachments, links or responding to this e-mail.

Dear David,

We do not intend to withdraw the declaration. We agreed to brief the *Rasho* case at Defendants' request. As ordered by the Court, we discussed only the application of the holding in *Rasho* to the present dispute. Doing so necessarily required discussing the relevant facts, and the local rules require that facts in briefs be supported by declaration evidence if the evidence is not already in the record. *See* Local Rule 142; 230(b). Also, what you describe as my eight page declaration is a non-argumentative two-sentence paragraph sponsoring an exhibit—a single table of Defendants' most recent staffing data submitted in this matter, plus Defendants' cover pages transmitting the data.

Best,
Marc

**Marc J. Shinn-Krantz**
(he/him)
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
MShinn-Krantz@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at mshinn-krantz@rbgg.com.

---

**From:** David C. Casarrubias <DCasarrubias@hansonbridgett.com>
**Sent:** Wednesday, March 9, 2022 11:19 AM
**To:** Marc Shinn-Krantz <MShinn-Krantz@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>
**Subject:** Coleman, et al. v. Newsom et al., E.D. Cal. Case No. 2:90-CV-00520-KJM-DB: Meet & Confer re Plaintiffs' Supplemental Declaration [ECF No. 7488-1]

[EXTERNAL] Notice: This message comes from an external sender.

**MEET & CONFER COMMUNICATION**

Good morning Mr. Shinn-Krantz,

I'm writing regarding Plaintiffs' Supplemental Briefing in Support of Plaintiffs' Motion to Clarify Order of June 13, 2002 (ECF No. 7118) filed with the Court on March 7, 2022 [ECF No. 7488]. Plaintiffs' Supplemental Brief includes an 8-page Declaration of Marc J. Shinn-Krantz In Support of Plaintiffs' Supplemental Briefing in Support of Plaintiffs' Motion to Clarify Order of June 13, 2002 (ECF No. 7118) also filed with the Court on March 7, 2022 [ECF No. 7488-1].

We ask that Plaintiffs immediately withdraw the Shinn-Krantz Declaration, and references to it, in Plaintiffs' Supplemental Brief. As Plaintiffs are aware, the Court's February 23, 2022 order granting the parties' request to file supplemental briefing was limited to the following: "the parties shall file short focused supplemental briefs, *limited to no more than three pages and addressing only the application of the holding in Rasho v. Jeffreys, 22 F.4th 703 (7th Cir. 2022) to the dispute presented by Plaintiffs' Motion*." ECF No. 7472, emphasis added. Nothing in the Court's order suggested, let alone permitted, Plaintiffs to file supplemental evidence in support of a motion that is purportedly seeking to clarify an order issued nearly two decades ago. *See, also,* E.D. Cal. Local Rule 230(m)(1) (prohibiting introduction of evidence after a reply brief has been filed without prior Court approval).

Because Plaintiffs did not have the Court's approval to file additional evidence with their Supplemental Brief, they must withdraw the Shinn-Krantz Declaration and references to it in their brief. If Plaintiffs refuse to do so, Defendants will seek leave from the court to file a motion to strike and lodge a formal objection for the reasons set forth above.

We look forward to timely resolving this dispute without the need for any litigation.

Best,

-David

**David C. Casarrubias**
**Attorney**
Hanson Bridgett LLP
(415) 995-5893 Direct
(415) 995-3589 Fax
DCasarrubias@hansonbridgett.com



425 Market Street, 26th Floor
San Francisco, CA 94105

San Francisco | Sacramento | North Bay | East Bay | Los Angeles    

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.