IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE** |

Defendants' motion to strike a document entitled "Declaration of Marc J. Shinn-Krantz in Support of Plaintiffs' Supplemental Briefing in Support of Plaintiffs' Motion to Clarify Order of June 13, 2002 (ECF No. 7118)" and references thereto in Plaintiffs' supplemental briefing entitled "Plaintiffs' Supplemental Briefing in Support of Plaintiffs' Motion to Clarify Order of June 13, 2002 (ECF No. 7118)," ECF Nos. 7488 & 7488-1, came on regularly before this Court on _____. Counsel for Plaintiffs and Defendants appeared at the hearing. Having considered the papers in support of and in opposition to the motion, as well as having considered the parties' oral arguments, papers on file, the record, and applicable authorities, and good cause appearing:

The Court finds that Plaintiffs' Declaration of Marc J. Shinn-Krantz and references thereto in their supplemental briefing filed on March 7, 2022 violates this Court's order, ECF No. 7003, which expressly prohibits unauthorized filings "non-responsive to its orders," and this Court's order, ECF No. 7472, which expressly prescribed that "the parties shall file short focused supplemental briefs, limited to no more than three pages and addressing only the application of the

1  holding in *Rasho v. Jeffreys*, 22 F.4th 703 (7th Cir. 2002) to the dispute presented by Plaintiffs'
2  Motion." The Court further finds that Plaintiffs' submission of additional evidence following the
3  full merits briefing on Plaintiffs' underlying motion to clarify, ECF Nos. 7118 (motion), 7137
4  (opposition), 7149 (reply), violates the Court's Local Rule 230(m)(1) that prohibits the
5  introduction of evidence after a reply brief has been filed, without prior Court approval. As a
6  result, the materials in the Shinn-Krantz Declaration, and references thereto in Plaintiffs'
7  supplemental briefing, are not properly part of the record in this case and should be removed from
8  the docket.

9      IT IS HEREBY ORDERED that Defendants' motion to strike is GRANTED. The Court's
10 clerk shall remove the Shinn-Krantz Declaration from the docket, ECF No. 7488-1, and Plaintiffs
11 shall have five (5) days from the date of this order to remove all references to the Shinn-Krantz
12 Declaration in their supplemental briefing, ECF No. 7488.

13     IT IS SO ORDERED.

14 DATED: _____, 2022

    _____
    The Hon. Chief Judge Kimberly J. Mueller