1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RALPH COLEMAN, et al.,                        No.  2:90-cv-0520 KJM DB P

12                   Plaintiff,

13          v.                                      ORDER

14    GAVIN NEWSOM, et al.,

15                   Defendants.

16

17

18          The matter of payment of the special master has been referred to this court by the district

19    court. The court has reviewed the bill for services provided by the Special Master in the above-

20    captioned case through the month of January 2022.

21          Good cause appearing, IT IS HEREBY ORDERED that:

22                 1.  The Clerk of the Court is directed to pay to

23                        Pannone Lopes Devereaux & O'Gara LLC
                           Attn:  Matthew A. Lopes, Jr., Esq., Special Master
24                         Northwoods Office Park, Suite 215N
                           1301 Atwood Avenue
25                         Johnston, RI  02919

26

27    the amount of $753,943.50 as payment of the statement attached to this order; and

28                                                  1

1          2.  A copy of this order shall be served on the financial department of this court.

2

3   Dated:  March 14, 2022

4

5                                                                        _____

6                                                                        DEBORAH BARNES
                                                                         UNITED STATES MAGISTRATE JUDGE
7

8
/cole22.jan
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                              2

**RALPH COLEMAN, et al.,**
        **Plaintiffs,**

        **v.**                                               :   **No. Civ. S-90-0520 LKK JFM P**

**EDMUND G. BROWN, JR., et al.**
        **Defendants.**

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through January 31, 2022.

Matthew A. Lopes, Jr., Special Master
    Services                                    $32,734.00
    Disbursements                           $  5,022.61

                            Total amount due                        $37,756.61

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                                    $50,525.00
    Disbursements                           $       0.00

                            Total amount due                        $50,525.00

Kerry F. Walsh, J.D., Deputy Special Master
    Services                                    $38,250.00
    Disbursements                           $       0.00

                            Total amount due                        $38,250.00

Kristina M. Hector, J.D.
    Services                                    $39,762.00
    Disbursements                           $       0.00

                            Total amount due                        $39,762.00

Steven W. Raffa, J.D.
    Services                                    $40,984.00
    Disbursements                           $       0.00

                            Total amount due                        $40,984.00

Regina M. Costa, MSW., J.D.
    Services                                    $37,553.00
    Disbursements                           $       0.00

                            Total amount due                        $37,553.00

LaTri-c-ea McClendon-Hunt, J.D.
    Services                          $37,224.00
    Disbursements             $      0.00

                       Total amount due              $37,224.00

Michael F. Ryan, Jr.
    Services                          $30,714.50
    Disbursements             $      0.00

                       Total amount due              $30,714.50

Michael A. Milas
    Services                          $13,512.50
    Disbursements             $      0.00

                       Total amount due              $13,512.50

Rachel Gribbin
    Services                          $ 9,443.00
    Disbursements             $      0.00

                       Total amount due              $9,443.00

Lana L. Lopez
    Services                          $34,276.00
    Disbursements             $      0.00

                       Total amount due              $34,276.00

Sofia A. Millham
    Services                          $24,301.00
    Disbursements             $      0.00

                       Total amount due              $24,301.00

Kerry C. Hughes, M.D.
    Services                          $24,475.00
    Disbursements             $      0.00

                       Total amount due              $24,475.00

Jeffrey L. Metzner, M.D.
    Services                          $16,900.00
    Disbursements             $      0.00

                       Total amount due              $16,900.00

4

Mary Perrien, Ph.D.
   Services                                                 $ 9,875.00
   Disbursements                           $   995.59

                                              Total amount due               $10,870.59

Patricia M. Williams, J.D.
   Services                                                 $38,963.00
   Disbursements                           $      0.00

                                              Total amount due               $38,963.00

Henry A. Dlugacz, MSW, J.D.
   Services                                                 $21,775.00
   Disbursements                           $      0.00

                                              Total amount due               $21,775.00

Lindsay M. Hayes
   Services                                                 $28,200.00
   Disbursements                           $      0.00

                                              Total amount due               $28,200.00

Timothy A. Rougeux
   Services                                                 $21,338.00
   Disbursements                           $      0.00

                                              Total amount due               $21,338.00

Cynthia A. Radavsky, M.Ed
   Services                                            $  4,394.50
   Disbursements                           $      0.00

                                              Total amount due               $4,394.50

Maria Masotta, Psy.D.
   Services                                                 $10,375.00
   Disbursements                           $      0.00

                                              Total amount due               $10,375.00

Karen Rea PHN, MSN, FNP
   Services                                                 $18,300.00
   Disbursements                           $      0.00

                                              Total amount due               $18,300.00

James F. DeGroot, Ph.D.
   Services                        $23,025.00
   Disbursements             $      0.00

                           Total amount due            $23,025.00

Brian J. Main, Psy.D.
   Services                        $44,400.00
   Disbursements             $   273.60

                           Total amount due            $44,673.60

Sharen Barboza, PhD.
   Services                        $17,300.00
   Disbursements             $   614.20

                           Total amount due            $17,914.20

Daniel F. Potter, PhD.
   Services                        $54,175.00
   Disbursements             $      0.00

                           Total amount due            $54,175.00

Daniel F. Potter, PhD.
   Services                        $18,200.00
   Disbursements             $      0.00

                           Total amount due            $18,200.00

Daniel F. Potter, PhD.
   Services                      $ 6,063.00
   Disbursements             $      0.00

                           Total amount due            $6,063.00

**TOTAL AMOUNT TO BE REIMBURSED**           **$753,943.50**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

 Matthew A. Lopes, Jr.
Special Master