| | |
|---|---|
| Rob Bonta<br>Attorney General of California<br>Monica N. Anderson<br>Senior Assistant Attorney General<br>Damon G. McClain - 209508<br>Supervising Deputy Attorney General<br>Iram Hasan - 320802<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-3793<br>  Fax:  (415) 703-5480<br>  E-mail:  Iram.Hasan@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Paul B. Mello - 179755<br>Samantha D. Wolff – 240280<br>  425 Market Street, 26th Floor<br>  San Francisco, CA 94015<br>  Telephone: (415) 777-3200<br>  Facsimile: (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                  Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                  Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                                  Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                  Defendants. | Case No. 4:01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' MARCH 2022 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report in response to this Court's February 10, 2014 Order (ECF No. 2766/5060) to reduce CDCR's adult prison population to 137.5 percent of design capacity. Exhibit A sets forth statewide and prison-specific population data, including the current design capacity, population, and population as a percentage of design capacity. Exhibit B provides updates on population reduction measures, including those Defendants implemented in response to the February 10, 2014 Order, and durability.

As of March 9, 2022, 91,260 incarcerated people were housed in the State's adult institutions, occupying approximately 111.3 percent of institutional design capacity. (Ex. A.[1]) None[2] are housed in out-of-state facilities.

Defendants first informed this Court that CDCR's adult prison population was below the 137.5 percent population cap on February 17, 2015 (ECF No. 2838/5278), and have complied with that cap for over seven years.

Dated: March 15, 2022

ROB BONTA
Attorney General of California

/s/Iram Hasan
DAMON G. MCCLAIN
Supervising Deputy Attorney General
IRAM HASAN
Deputy Attorney General
*Attorneys for Defendants*

Dated: March 15, 2022

HANSON BRIDGETT LLP

/s/Samantha D. Wolff
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

SF2007200670/43128122.docx

---

[1] The data in Exhibit A is taken from CDCR's March 9, 2022 weekly population report, available on CDCR's website at https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2022/03/Tpop1d220309.pdf.

[2] This statistic only concerns incarcerated people in out-of-state contract beds and does not include those housed in other states under interstate compact agreements.