ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>                    Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO MEET AND CONFER REQUIRED UNDER THE FEBRUARY 15 ORDER [ECF NO. 7462]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On February 15, 2022, the Court ordered the parties to meet and confer for thirty days concerning disputes over any remaining departures that had been reported in the parties' monthly joint report addressing COVID-19 departures from the Program Guide. (ECF No. 7462.) The thirty-day deadline imposed by the February 15 order runs on March 18, 2022. The parties have met and conferred but require additional time to resolve disputes concerning policies that provide for COVID-19 departures from the Program Guide.

Accordingly, the parties jointly request that the Court extend the deadline to meet and confer to April 18, 2022.

**IT IS SO STIPULATED.**

Dated: March 15, 2022

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: March 15, 2022

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Jessica Winter*
JESSICA WINTER
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: March 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE