Shawna L. Ballard, State Bar No. 155188
Kate Falkenstien, State Bar No. 313753
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
Email: sballard@reichmanjorgensen.com
       kfalkenstien@reichmanjorgensen.com

Brian C. Baran, State Bar No. 325939
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1710 Rhode Island Ave NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449
Email: bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.**<br><br>                    Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | Case No. 2:90-cv-00520 KJM DB P<br><br>**NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:         March 22, 2022<br>Time:         9:30 a.m.<br>Courtroom: 25, 8th floor (via videoconference)<br>Judge:        Hon. Kendall J. Newman<br>Action Filed: April 23, 1990 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**Please take notice** that, pursuant to the Court's March 14, 2022 Order (ECF No. 7496) and Local Rule 270(d), on March 18, 2022, Plaintiff-Intervenor Christopher Lipsey submitted his confidential settlement conference statement for the March 22, 2022 settlement conference to Chief Magistrate Judge Kendall J. Newman, *Coleman* class counsel, and counsel for Defendants.

Dated: March 18, 2022                Respectfully submitted,

*/s/ Brian C. Baran*

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Shawna L. Ballard (SBN 155188)
Kate Falkenstien (SBN 313753)
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
sballard@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Brian C. Baran (SBN 325939)
1710 Rhode Island Ave NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449
bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*