DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT RE: WELFARE CHECKS**<br><br>Judge: Hon. Kendall J. Newman<br>Date: March 22, 2022<br>Time: 9:30am<br>Crtrm.: Zoom |

[3878968.1]

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's March 14, 2022 order, ECF No. 7496, and Local Rule 270(d) and (e), Plaintiffs today submitted a confidential settlement conference statement to Defendants, to Plaintiff-Intervenor Christopher Lipsey, and to Settlement Judge Kendall J. Newman.

DATED: March 18, 2022             Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Alexander Gourse
    Alexander Gourse

Attorneys for Plaintiffs

[3878968.1]

1

NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT