ROB BONTA  
Attorney General of California  
MONICA N. ANDERSON  
Senior Assistant Attorney General  
DAMON G. MCCLAIN - 209508  
Supervising Deputy Attorney General  
IRAM HASAN - 320802  
Deputy Attorney General  
  455 Golden Gate Avenue, Suite 11000  
  San Francisco, CA 94102-7004  
  Telephone: (415) 510-3793  
  Fax: (415) 703-5480  
  E-mail: Iram.Hasan@doj.ca.gov  
*Attorneys for Defendants*

HANSON BRIDGETT LLP  
PAUL B. MELLO - 179755  
SAMANTHA D. WOLFF – 240280  
  425 Market Street, 26th Floor  
  San Francisco, CA 94015  
  Telephone: (415) 777-3200  
  Facsimile: (415) 541-9366  
  E-mail: pmello@hansonbridgett.com  
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                Plaintiffs,<br>v.<br>**GAVIN NEWSOM, et al.,**<br>                Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br>                Plaintiffs,<br>v.<br>**GAVIN NEWSOM, et al.,**<br>                Defendants. | Case No. 4:01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' UNOPPOSED MOTION TO MODIFY FEBRUARY 10, 2014 ORDER (ECF NO. 2766/5060) TO REDUCE FREQUENCY OF STATUS REPORTS FROM MONTHLY TO QUARTERLY** |

1    Defendants request, pursuant to Federal Rule of Civil Procedure 60(e), that this Court alter
2    its February 10, 2014 order (ECF No. 2766/5060) to reduce the frequency of Defendants' status
3    reports from monthly to quarterly.  Plaintiffs do not oppose this request.
4    On February 10, 2014, this Court ordered Defendants to file monthly reports on the current
5    adult prison population and the status of measures being taken to reduce the population "until
6    further order of the Court." (ECF No. 2766/5060 at 3.)  At the time, CDCR's in-state population
7    was over 143 percent of design capacity (ECF No. 2775/5114, Ex. A at 2), and its out-of-state
8    population was approximately 8,900 (ECF No. 2766/5060 at 2).
9    Defendants first reported their compliance with the 137.5 percent population cap on
10   February 15, 2015.  (ECF No. 2838/5278.)  Defendants have complied with that cap for over
11   seven years (ECF No. 3791/7501, Ex. B at 3), CDCR's adult prison population remains well
12   below the cap (*see id*., reporting that CDCR's adult population occupies 111.3 percent of its
13   institutional design capacity), and CDCR no longer houses incarcerated people out of state (*id*. at
14   4).
15   Defendants have submitted 82 monthly reports since February 2015.  (*Id*.).  In recent years,
16   with few exceptions, the information in these reports has not significantly changed from one
17   month to the next.  (*See, e.g.*, status reports for April and May 2019, ECF Nos. 3114/6129 &
18   3121/6153; May and June 2020, ECF Nos. 3325/6666 & 3354/6715; June and July 2021, ECF
19   Nos. 3604/7199 & 3616/7232; February and March 2022, ECF Nos. 3781/7464 & 3791/7501.)
20   Additionally, relevant population data for CDCR's adult institutions is updated weekly on
21   CDCR's public website.  *See* Cal. Dep't Corr. & Rehabilitation, *Weekly Total Population Report*
22   *Archive*, https://www.cdcr.ca.gov/research/weekly-total-population-report-archive-2/ (last visited
23   Mar. 21, 2022).
24   Because Defendants have complied with the population cap for over seven years, their
25   status reports do not change significantly from one month to the next, and current population data
26   is easily accessible on CDCR's public website, Defendants request that this Court reduce the
27   frequency of Defendants' reports from monthly to quarterly so that future reports are filed on the
28   15th of March, June, September, and December.  To implement this change, Defendants request

the following modifications to two paragraphs of the February 10, 2014 order, noted below. (ECF No. 2766/5060.)  Defendants underline proposed new language for ease of reference.

First, paragraph five, which currently requires Defendants to file status reports on the 15th of each month, should be modified to require quarterly reports.  Defendants propose that paragraph five should read "Defendants will report to this Court <u>quarterly</u> on the status of measures being taken to reduce the prison population, and on the current in-state and out-of-state adult prison populations.  <u>Reports shall be submitted on the 15th of March, June, September, and December of each year until further order of the court</u>."

Second, the second sentence of paragraph seven, which creates a mechanism for reducing a population that rises above the 137.5% population cap for two consecutive months in a monthly reporting scheme, should be modified so that it remains workable in a quarterly reporting scheme. Defendants propose that the second sentence of paragraph seven should read "During this period after compliance with the final benchmark and before such compliance is durable, <u>if the adult prison population is</u> above 137.5% design capacity <u>for two consecutive months, CDCR shall notify the court and</u> the Compliance Officer shall, within seven days, direct the release of the number of inmates necessary to bring the prison population to 137.5% design capacity."[1]

Plaintiffs do not oppose Defendants' request to reduce the frequency of status reports from monthly to quarterly, or to modify paragraphs five and seven as described above.  *See* attached Declaration of Iram Hasan & Exhibit A.

///
///
///
///
///
///
///

---

[1] Nothing in this motion should be construed as an admission or concession by Defendants that their compliance with the final benchmark is not already durable.

| | | |
|---|---|---|
| Dated: March 21, 2022 | | ROB BONTA<br>Attorney General of California<br><br>*/s/ Iram Hasan*<br>DAMON G. MCCLAIN<br>Supervising Deputy Attorney General<br>IRAM HASAN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: March 21, 2022 | | HANSON BRIDGETT LLP<br><br>*/s/ Samantha Wolff*<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>*Attorneys for Defendants* |