ROB BONTA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON G. MCCLAIN - 209508
Supervising Deputy Attorney General
IRAM HASAN - 320802
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3793
Fax: (415) 703-5480
E-mail: Iram.Hasan@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF – 240280
425 Market Street, 26th Floor
San Francisco, CA 94015
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
E-mail: pmello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

**RALPH COLEMAN, et al.,**

Plaintiffs,

**v.**

**GAVIN NEWSOM, et al.,**

Defendants.

Case No. 2:90-cv-00520 KJM-DB

**THREE-JUDGE COURT**

**MARCIANO PLATA, et al.,**

Plaintiffs,

**v.**

**GAVIN NEWSOM, et al.,**

Defendants.

Case No. 4:01-cv-01351-JST

**THREE-JUDGE COURT**

**DECLARATION OF IRAM HASAN SUPPORTING DEFENDANTS' UNOPPOSED MOTION TO MODIFY FEBRUARY 10, 2014 ORDER (ECF NO. 2766/5060) TO REDUCE FREQUENCY OF STATUS REPORTS FROM MONTHLY TO QUARTERLY**

1

Decl. I. Hasan Supp. Defs.' Unopposed Mot. Reduce Frequency of Status Reports from Monthly to Quarterly
Case Nos. 2:90-cv-00520 KJM-DB & 4:01-cv-01351-JST

I, Iram Hasan, declare:

1. I am an attorney admitted to practice before the courts of the State of California and this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General, and am counsel of record for Defendants. I am competent to testify to the matters set forth in this declaration and, if called to do so, would so testify. I submit this declaration in support of Defendants' unopposed motion to modify this Court's February 10, 2014 order (ECF No. 2766/5060) to reduce the frequency of status reports from monthly to quarterly.

2. I contacted class counsel in the *Coleman, et al. v. Newsom, et al.* and *Plata, et al. v. Newsom, et al.* actions on March 4 and March 14, 2022 to discuss Defendants' reasons for seeking to reduce the frequency of status reports regarding CDCR's adult prison population and population reduction measures, Defendants' proposed modifications to the February 10, 2014 order, and to determine Plaintiffs' position on a motion seeking this relief. The email chain with class counsel is attached as Exhibit A to this declaration.

3. Class counsel authorized Defendants to represent that Plaintiffs do not oppose Defendants' request. *See* Exhibit A.

I declare under penalty of perjury that the statements in this declaration are true and correct. Executed on March 21, 2022 in San Francisco, California.

*/s/ Iram Hasan*
IRAM HASAN
Deputy Attorney General
*Attorney for Defendants*

# EXHIBIT A

**From:** Michael W. Bien
**To:** Iram Hasan; Donald Specter; Steve Fama; Sophie Hart; Rana Anabtawi; Laura Bixby; Alison Hardy; Lisa Ells; Ernest Galvan
**Cc:** Paul B. Mello; Samantha Wolff; Damon McClain; Coleman Team - RBG Only
**Subject:** RE: 3JP - Reducing Frequency of Status Reports from Monthly to Quarterly
**Date:** Tuesday, March 15, 2022 10:05:00 AM

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Plaintiffs' counsel are not opposed to the request to modify paragraph 7 as you describe.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission St. Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
(415) 439-9821 (cell)
mbien@rbgg.com
www.rbgg.com

---

**From:** Iram Hasan <Iram.Hasan@doj.ca.gov>
**Sent:** Monday, March 14, 2022 2:06 PM
**To:** Michael W. Bien <MBien@rbgg.com>; Donald Specter <dspecter@prisonlaw.com>; Steve Fama <sfama@prisonlaw.com>; Sophie Hart <sophieh@prisonlaw.com>; Rana Anabtawi <rana@prisonlaw.com>; Laura Bixby <lbixby@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; Lisa Ells <LElls@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Damon McClain <Damon.McClain@doj.ca.gov>
**Subject:** RE: 3JP - Reducing Frequency of Status Reports from Monthly to Quarterly

[EXTERNAL] Notice: This message comes from an external sender.

Dear all,

I write regarding the motion to reduce the frequency of the 3JP status reports. In addition to asking the court to modify paragraph 5 of the attached order (re: the frequency of the status reports), defendants must also request a modification of paragraph 7 (re: notifying the court of and addressing a population that rises above the 137.5% cap).

Currently, the relevant part of paragraph 7 reads: "if two of defendants' monthly reports, consecutive, report a prison population above 137.5% design capacity, the Compliance Officer shall, within seven days, direct the release of the number of inmates necessary to bring the prison population to 137.5% design capacity." In other words, if the population rises above the cap and CDCR does not reduce it for two months, the compliance officer takes action within seven days after the two month mark.

To retain a similar mechanism in a quarterly reporting scheme, we propose asking the court to modify paragraph 7 by deleting the highlighted language above, and adding the following highlighted language: "if the adult prison population is above 137.5% design capacity for two consecutive months, CDCR shall notify the court and the Compliance Officer shall, within seven days, direct the release of the number of inmates necessary to bring the prison population to 137.5% design capacity."

So that defendants may move forward with an unopposed motion, please let us know if you agree with this modification or would like to discuss.

Thank you,
Iram

Iram Hasan
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
(415) 510-3793
iram.hasan@doj.ca.gov

---

**From:** Michael W. Bien <MBien@rbgg.com>
**Sent:** Friday, March 4, 2022 4:15 PM
**To:** Iram Hasan <Iram.Hasan@doj.ca.gov>; Donald Specter <dspecter@prisonlaw.com>; Steve Fama <sfama@prisonlaw.com>; Sophie Hart <sophieh@prisonlaw.com>; Rana Anabtawi <rana@prisonlaw.com>; Laura Bixby <lbixby@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; Lisa Ells <LEells@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Damon McClain <Damon.McClain@doj.ca.gov>
**Subject:** RE: 3JP - Reducing Frequency of Status Reports from Monthly to Quarterly

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Plaintiffs' counsel in Coleman and Plata agree. You can represent that we are not opposed to the request.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission St. Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)

(415) 439-9821 (cell)
mbien@rbgg.com
www.rbgg.com

---

**From:** Iram Hasan <Iram.Hasan@doj.ca.gov>
**Sent:** Friday, March 4, 2022 3:22 PM
**To:** Donald Specter <dspecter@prisonlaw.com>; Steve Fama <sfama@prisonlaw.com>; Sophie Hart <sophieh@prisonlaw.com>; Rana Anabtawi <rana@prisonlaw.com>; Laura Bixby <lbixby@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; Michael W. Bien <MBien@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Damon McClain <Damon.McClain@doj.ca.gov>
**Subject:** 3JP - Reducing Frequency of Status Reports from Monthly to Quarterly

[EXTERNAL] Notice: This message comes from an external sender.

Dear *Plata* and *Coleman* Class counsel:

On February 10, 2014, the Three Judge Court ordered Defendants to reduce CDCR's population to 137.5% of design capacity by February 28, 2016. (ECF Nos. 2766/5060.) The court also ordered Defendants to file monthly reports that include population data and provide updates regarding population reduction measures and their durability. (*Id*.) CDCR has complied with the 137.5% population cap for over 7 years and its population remains well below that cap. With few exceptions, the information in the monthly status reports does not change significantly month to month, and most of the relevant population data is posted weekly on CDCR's website. Accordingly, and to conserve resources, Defendants believe it is appropriate to reduce the frequency of these status reports from monthly to quarterly. That would result in reports being filed on the 15th of March, June, September, and December each year, instead of the 15th of every month, starting this month.

The simplest way to present this proposal to the court is to either stipulate to the reduced frequency, or for Defendants file an unopposed motion. Please let us know if Plaintiffs agree to either stipulate to the request or authorize Defendants to represent that Plaintiffs do not oppose the request by **COB on Tuesday, March 8, 2022**. If you agree to either, we will circulate a draft pleading for your consideration before filing. We would like to file that pleading simultaneously with this month's status report on March 15.

We look forward to hearing from you by COB on Tuesday. In the meantime, let us know if you have questions.

Best,
Iram

Iram Hasan
Deputy Attorney General

Office of the California Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
(415) 510-3793
iram.hasan@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.