1         IN THE UNITED STATES DISTRICT COURTS

2         FOR THE EASTERN DISTRICT OF CALIFORNIA

3         AND THE NORTHERN DISTRICT OF CALIFORNIA

4         UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

5         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

6

7    RALPH COLEMAN, et al.,        Case No. 2:90-cv-0520 KJM DB P

8        Plaintiffs,        **THREE-JUDGE COURT**

9       v.

10   GAVIN NEWSOM, et al.,

11        Defendants.

12   MARCIANO PLATA, et al.,      Case No. 01-cv-01351-JST

13        Plaintiff,        **THREE-JUDGE COURT**

14       v.          **ORDER REQUIRING DEFENDANTS TO**

15   GAVIN NEWSOM, et al.,       **FILE PROPOSED ORDER RE: MOTION**
                              **TO MODIFY REPORTING FREQUENCY**

16        Defendants.

17

18      Defendants have filed a motion to modify the Court's February 10, 2014 order to reduce

19 the frequency of status reports from monthly to quarterly.  ECF No. 3792/7508.[1]  Plaintiffs do not

20 oppose the motion.  *Id.* at 3.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26

27    [1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v.*
28   *Newsom*, No. 01-cv-01351-JST (N.D. Cal.), and *Coleman v. Newsom*, No. 2:90-cv-00520 KJM DB
     P (E.D. Cal.).  The Court cites to the docket number of *Plata* first, then *Coleman*.

1    Defendants shall file a proposed order, approved as to form by Plaintiffs, by March 25,

2    2022.

3    **IT IS SO ORDERED.**[2]

4    Dated:  March 22, 2022                    On behalf of the Court:

5

6    _____
     JON S. TIGAR
7    UNITED STATES DISTRICT JUDGE
     NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____
[2] Judge Tigar issues this order on behalf of the Court pursuant to 28 U.S.C. § 2284(b)(3).