1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,                        No.  2:90-cv-0520 KJM DB P

12                  Plaintiff,

13        v.                                        ORDER

14   GAVIN NEWSOM, et al.,

15                  Defendants.

16

17

18        The matter of payment of the special master has been referred to this court by the district

19   court. The court has reviewed the bill for services provided by the Special Master in the above-

20   captioned case through the month of February 2022.

21        Good cause appearing, IT IS HEREBY ORDERED that:

22             1.  The Clerk of the Court is directed to pay to

23                  Pannone Lopes Devereaux & O'Gara LLC
                    Attn:  Matthew A. Lopes, Jr., Esq., Special Master
24                  Northwoods Office Park, Suite 215N
                    1301 Atwood Avenue
25                  Johnston, RI  02919

26

27   the amount of $727,738.11 as payment of the statement attached to this order; and

28                                                   1

2.  A copy of this order shall be served on the financial department of this court.

Dated:  March 22, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole22.feb

2

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | **No. Civ. S-90-0520 LKK JFM P** |
| **v.** | : | |
| | : | |
| **EDMUND G. BROWN, JR., et al.** | : | |
| **Defendants.** | : | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February 28, 2022.

Matthew A. Lopes, Jr., Special Master
  Services                                            $22,568.00
  Disbursements                                   $15,819.95

                                    Total amount due                        $38,387.95

Mohamedu F. Jones, J.D., Deputy Special Master
  Services                                            $48,575.00
  Disbursements                                  $      0.00

                                    Total amount due                        $48,575.00

Kerry F. Walsh, J.D., Deputy Special Master
  Services                                            $39,950.00
  Disbursements                                  $      0.00

                                    Total amount due                        $39,950.00

Kristina M. Hector, J.D.
  Services                                            $36,213.50
  Disbursements                                  $      0.00

                                    Total amount due                        $36,213.50

Steven W. Raffa, J.D.
  Services                                            $35,179.50
  Disbursements                                  $      0.00

                                    Total amount due                        $35,179.50

Regina M. Costa, MSW., J.D.
  Services                                            $36,717.50
  Disbursements                                  $      0.00

                                    Total amount due                        $36,717.50

LaTri-c-ea McClendon-Hunt, J.D.
    Services                        $27,072.00
    Disbursements             $     0.00

                            Total amount due           $27,072.00

Michael F. Ryan, Jr.
    Services                        $32,829.50
    Disbursements             $     0.00

                            Total amount due           $32,829.50

Michael A. Milas
    Services                        $24,745.50
    Disbursements             $     0.00

                            Total amount due           $24,745.50

Rachel Gribbin
    Services                        $19,512.00
    Disbursements             $     0.00

                            Total amount due           $19,512.00

Lana L. Lopez
    Services                        $31,388.00
    Disbursements             $     0.00

                            Total amount due           $31,388.00

Sofia A. Millham
    Services                        $21,717.00
    Disbursements             $     0.00

                            Total amount due           $21,717.00

Kerry C. Hughes, M.D.
    Services                        $14,225.00
    Disbursements             $     0.00

                            Total amount due           $14,225.00

Jeffrey L. Metzner, M.D.
    Services                        $19,100.00
    Disbursements             $     0.00

                            Total amount due           $19,100.00

4

Mary Perrien, Ph.D.
    Services                                                 $20,140.00
    Disbursements                     $    820.08

                                    Total amount due                $20,960.08

Patricia M. Williams, J.D.
    Services                                                   $20,193.50
    Disbursements                     $ 3,827.20

                                    Total amount due                $24,020.70

Henry A. Dlugacz, MSW, J.D.
    Services                                                   $17,733.00
    Disbursements                     $ 1,125.65

                                    Total amount due                $18,858.65

Lindsay M. Hayes
    Services                                                   $28,300.00
    Disbursements                     $ 4,445.53

                                    Total amount due                $32,745.53

Timothy A. Rougeux
    Services                                                   $23,244.00
    Disbursements                     $    605.17

                                    Total amount due                $23,849.17

Cynthia A. Radavsky, M.Ed
    Services                                             $  3,760.00
    Disbursements                     $      0.00

                                    Total amount due                $3,760.00

Maria Masotta, Psy.D.
    Services                                             $  8,475.00
    Disbursements                     $    712.20

                                    Total amount due                $9,187.20

Karen Rea PHN, MSN, FNP
    Services                                            $19,100.00
    Disbursements                     $      0.00

                                    Total amount due                $19,100.00

James F. DeGroot, Ph.D.
    Services                                       $ 8,450.00
    Disbursements                         $      0.00

                                        Total amount due           $8,450.00

Brian J. Main, Psy.D.
    Services                                        $39,216.00
    Disbursements                         $ 3,028.07

                                        Total amount due          $42,244.07

Sharen Barboza, PhD.
    Services                                        $19,316.00
    Disbursements                         $   34.76

                                        Total amount due          $19,350.76

Daniel F. Potter, PhD.
    Services                                        $47,575.00
    Disbursements                         $      0.00

                                        Total amount due          $47,575.00

Brett L. Johnson, M.D.
    Services                                        $23,599.24
    Disbursements                         $ 1,206.76

                                        Total amount due          $24,806.00

Alberto F. Caton
    Services                                        $ 2,843.50
    Disbursements                         $      0.00

                                        Total amount due           $2,843.50

Marcus R. Patterson, PsyD.
    Services                                          $  4,375.00
    Disbursements                                     $        0.00

                        Total amount due                    $4,375.00

**TOTAL AMOUNT TO BE REIMBURSED**                    **$727,738.11**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master

7