| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>307 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2021**<br><br>Judge: Hon. Deborah Barnes |

[3879076.1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE
FOURTH QUARTER OF 2021

1  Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2  Statement for the Fourth Quarter of 2021 to Defendants via e-mail on February 14, 2022.
3  The parties completed their meet and confer process on March 18, 2022.  The parties have
4  resolved all disputes regarding fees and costs for the Fourth Quarter of 2021, with an
5  agreement to reduce claimed amounts to a total of $877,926.19 calculated at a rate of
6  $232.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

7  THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8  $877,926.19 plus interest is due and collectable as of forty-five days from the date of entry
9  of this Order.  Interest on these fees and costs will run from March 17, 2022 (31 days after
10 Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C.
11 § 1961.

12 IT IS SO STIPULATED.

14 DATED:  March 23, 2022                    /s/ Elise Thorn
                                             Elise Thorn
15                                           Deputy Attorney General
16                                           Attorneys for Defendants

18 DATED:  March 23, 2022                    /s/ Lisa Ells
                                             Lisa Ells
19                                           ROSEN BIEN GALVAN & GRUNFELD LLP
20                                           Attorneys for Plaintiffs

22
23 DATED:  _____, 2022
                                             Deborah Barnes
24                                           United States Magistrate Judge

[3879076.1]

1

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE
FOURTH QUARTER OF 2021

# Coleman v. Newsom
## Fourth Quarter of 2021
## October 1, 2021 through December 31, 2021
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $880,082.25 | $844,878.96 | $12,738.89 |
| **Fees on Fees, 489-5** | $8,184.00 | $7,856.64 | $16.20 |
| **Appeal, 489-26** | $12,090.00 | $11,606.40 | $829.10 |
| **Totals** | $900,356.25 | $864,342.00 | $13,584.19 |
| **Claimed Total:** |  | $913,940.44 |  |
| **Settled Total:** |  | $877,926.19 |  |

3853452

**Coleman v. Newsom**
**Fourth Quarter of 2021**
**October 1, 2021 through December 31, 2021**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adam Dean | 46.00 | 46.00 | $232.50 | $10,695.00 | $10,267.20 |
| Alex Gourse | 67.80 | 58.50 | $232.50 | $13,601.25 | $13,057.20 |
| Amy Xu | 43.60 | 43.50 | $232.50 | $10,113.75 | $9,709.20 |
| Benjamin Bien-Kahn | 1.30 | 0.00 | $232.50 | $0.00 | $0.00 |
| Cara E. Trapani | 142.30 | 141.50 | $232.50 | $32,898.75 | $31,582.80 |
| Ellen T. Brancart | 228.80 | 227.30 | $232.50 | $52,847.25 | $50,733.36 |
| Ellinor Heywood | 31.20 | 31.20 | $232.50 | $7,254.00 | $6,963.84 |
| Ernest Galvan | 139.00 | 138.20 | $232.50 | $32,131.50 | $30,846.24 |
| F. Gail LaPurja | 52.10 | 48.30 | $232.50 | $11,229.75 | $10,780.56 |
| Fely F. Villadelgado | 103.20 | 44.00 | $232.50 | $10,230.00 | $9,820.80 |
| Gay C. Grunfeld | 4.00 | 0.00 | $232.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 207.70 | 149.50 | $232.50 | $34,758.75 | $33,368.40 |
| Heather Gans | 191.00 | 191.00 | $232.50 | $44,407.50 | $42,631.20 |
| Isabel Ting | 57.80 | 46.70 | $232.50 | $10,857.75 | $10,423.44 |
| Jack Gleiberman | 104.30 | 104.30 | $232.50 | $24,249.75 | $23,279.76 |
| Jenny S. Yelin | 104.40 | 103.70 | $232.50 | $24,110.25 | $23,145.84 |
| Jessica L. Winter | 291.90 | 285.70 | $232.50 | $66,425.25 | $63,768.24 |
| Kelly Mu | 84.30 | 67.10 | $232.50 | $15,600.75 | $14,976.72 |
| Linda H. Woo | 81.10 | 69.80 | $232.50 | $16,228.50 | $15,579.36 |
| Lisa Ells | 206.20 | 196.40 | $232.50 | $45,663.00 | $43,836.48 |
| Marc Shinn-Krantz | 197.40 | 187.00 | $232.50 | $43,477.50 | $41,738.40 |
| Mateo Olvera-Sandoval | 189.10 | 163.10 | $232.50 | $37,920.75 | $36,403.92 |
| Michael L. Freedman | 29.60 | 29.20 | $232.50 | $6,789.00 | $6,517.44 |
| Michael S. Nunez | 8.40 | 80.30 | $232.50 | $18,669.75 | $17,922.96 |
| Michael W. Bien | 138.80 | 135.80 | $232.50 | $31,573.50 | $30,310.56 |
| Raynor Bond-Ashpole | 127.80 | 124.90 | $232.50 | $29,039.25 | $27,877.68 |
| Rebecca Berman | 372.60 | 360.20 | $232.50 | $83,746.50 | $80,396.64 |
| Sarah A. Corkum | 270.90 | 209.30 | $232.50 | $48,662.25 | $46,715.76 |
| Thomas Nolan | 56.20 | 55.90 | $232.50 | $12,996.75 | $12,476.88 |
| Yesi Murillo | 364.00 | 275.20 | $232.50 | $63,984.00 | $61,424.64 |
| **Total** | **3942.80** | **3613.60** | | **$840,162.00** | **$806,555.52** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alondra Diaz-Saavedra | 1.40 | 1.40 | $232.50 | $325.50 | $312.48 |
| Donald Specter | 1.60 | 1.60 | $232.50 | $372.00 | $357.12 |
| Ilian Meza Pena | 6.20 | 6.20 | $232.50 | $1,441.50 | $1,383.84 |
| Jacob Hutt | 1.00 | 1.00 | $232.50 | $232.50 | $223.20 |
| Juliette Mueller | 1.10 | 1.10 | $232.50 | $255.75 | $245.52 |
| Margot Mendelson | 48.90 | 48.90 | $232.50 | $11,369.25 | $10,914.48 |
| Michael Brodheim | 6.80 | 6.80 | $232.50 | $1,581.00 | $1,517.76 |
| Patrick Booth | 22.20 | 22.20 | $232.50 | $5,161.50 | $4,955.04 |
| Skye Lovett | 2.10 | 2.10 | $232.50 | $488.25 | $468.72 |
| Sophie Mishara | 3.40 | 3.40 | $232.50 | $790.50 | $758.88 |
| Steve Fama | 72.80 | 72.80 | $232.50 | $16,926.00 | $16,248.96 |
| Tania Amarillas | 1.10 | 1.10 | $232.50 | $255.75 | $245.52 |
| Tovah Anna Ackerman | 3.10 | 3.10 | $232.50 | $720.75 | $691.92 |
| **Total** | **171.70** | **171.70** | | **$39,920.25** | **$38,323.44** |

**GRAND TOTAL**      $880,082.25    $844,878.96

3853452

**Coleman v. Newsom**
**Fourth Quarter of 2021**
**October 1, 2021 through December 31, 2021**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $1,842.60 | $1,842.60 |
| Outside Copying/Scanning | $2,869.18 | $2,869.18 |
| Transcription | $725.25 | $725.25 |
| Telephone | $50.70 | $50.70 |
| Postage and Delivery | $1,609.68 | $1,609.68 |
| Research (Westlaw/Lexis/PACER/Fees) | $559.63 | $559.63 |
| Expert Fees | $525.00 | $525.00 |
| Travel | $3,976.82 | $3,976.82 |
| **Total** | **$12,158.86** | **$12,158.86** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Postage | $580.03 | $580.03 |
| **Total** | **$580.03** | **$580.03** |

**GRAND TOTAL**  $12,738.89

3853452

**Coleman v. Newsom**
**Fourth Quarter of 2021**
**October 1, 2021 through December 31, 2021**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Linda H. Woo | 8.40 | 8.40 | $232.50 | $1,953.00 | $1,874.88 |
| Lisa Ells | 24.60 | 24.60 | $232.50 | $5,719.50 | $5,490.72 |
| Marc Shinn-Krantz | 0.10 | 0.00 | $232.50 | $0.00 | $0.00 |
| **Total** | **33.10** | **33.00** | | **$7,672.50** | **$7,365.60** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.50 | 1.50 | $232.50 | $348.75 | $334.80 |
| Margot Mendelson | 0.70 | 0.70 | $232.50 | $162.75 | $156.24 |
| **Total** | **1.50** | **1.50** | | **$511.50** | **$491.04** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$8,184.00** | **$7,856.64** |

3853452

**Coleman v. Newsom**
**Fourth Quarter of 2021**
**October 1, 2021 through December 31, 2021**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Postage and Delivery | $13.52 | $13.52 |
| Research (Westlaw/Lexis/PACER/Fees) | $2.68 | $2.68 |
| **Total** | **$16.20** | **$16.20** |

| | | |
|---|---|---:|
| **GRAND TOTAL** | | **$16.20** |

3853452

**Coleman v. Newsom**
**Fourth Quarter of 2021**
**October 1, 2021 through December 31, 2021**
Fees on Appeal of 08/03/20 Order re Program Guide Update Process, 489-26

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Gourse | 12.20 | 12.20 | $232.50 | $2,836.50 | $2,723.04 |
| Benjamin Bien-Kahn | 2.50 | 2.40 | $232.50 | $558.00 | $535.68 |
| Caroline E. Jackson | 2.60 | 2.60 | $232.50 | $604.50 | $580.32 |
| Ernest Galvan | 0.90 | 0.90 | $232.50 | $209.25 | $200.88 |
| Gregorio Z. Gonzalez | 2.50 | 2.50 | $232.50 | $581.25 | $558.00 |
| Jessica L. Winter | 1.30 | 0.00 | $232.50 | $0.00 | $0.00 |
| Lisa Ells | 26.60 | 26.60 | $232.50 | $6,184.50 | $5,937.12 |
| Michael W. Bien | 4.80 | 4.80 | $232.50 | $1,116.00 | $1,071.36 |
| **TOTALS** | **53.40** | **52.00** | | **$12,090.00** | **$11,606.40** |

**GRAND TOTAL** $12,090.00 $11,606.40

**Coleman v. Newsom**
**Fourth Quarter of 2021**
**October 1, 2021 through December 31, 2021**
Costs on Appeal of 08/03/20 Order re Program Guide Update Process, 489-26

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Westlaw Research | $829.10 | $829.10 |
| **Total** | | **$829.10** |

**GRAND TOTAL** $829.10

3853452