ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO ADD NEW CLASSIFICATIONS TO THE MONTHLY PSYCHIATRY VACANCY REPORT UNDER THE MARCH 18, 2022 ORDER [ECF NO. 7504]**<br><br>Judge: The Hon. Kimberly J. Mueller |

The parties, through their counsel of record, stipulate to the following:

1.  On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Reports must include the "data for psychiatrist vacancies contained in the report titled Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification." (*Id.*) The Court

[3653490.1]                                                                 1

Stip. and [Prop.] Order Extending Deadline to Revise Psych. Vacancy Report (2:90-cv-00520 KJM-DB (PC))

17953079.1

1. ordered Defendants to file the report by the 15th day of the month. (*Id*.)

2. On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

3. On March 18, 2022, the Court ordered that Defendants, "[b]eginning with the next monthly psychiatry vacancy report and going forward, to include vacancy rates for Chief Psychiatrist and Senior Psychiatrist supervisor positions, as well as vacancy rates for Staff Psychiatrists. (ECF No. 7504 at 6.)

4. Due to the additional data required to be reported under the March 18 order and the short amount of time before the next monthly report, Defendants require additional time to produce the updated psychiatry vacancy report.

5. The parties met and conferred to discuss the required revised report under the March 18 order, and Defendants represented that the psychiatry vacancy report to be filed on March 30 will include the data required under the 2018 orders, but will not include vacancy rates for Chief Psychiatrist and Senior Psychiatrist supervisor positions. Defendants further represent that they will include the staffing allocation and fill rates for Chief Psychiatrists and Senior Psychiatrist Supervisor positions beginning with the psychiatry vacancy report due on April 30, 2022.

6. Therefore, the parties request that the requirement for Defendants to file monthly psychiatry vacancy reports that include vacancy rates for Chief Psychiatrists and Senior Psychiatrist Supervisor positions begin with the report due on April 30, 2022.

/ / /

/ / /

/ / /

[3653490.1]   2

Stip. and [Prop.] Order Extending Deadline to Revise Psych. Vacancy Report (2:90-cv-00520 KJM-DB (PC))

17953079.1

**IT IS SO STIPULATED**.

Dated: March 30, 2022

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

***/s/ Elise Owens Thorn***
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*


HANSON BRIDGETT LLP

***/s/ Samantha D. Wolff***
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: March 30, 2022

ROSEN BIEN GALVAN & GRUNFELD LLP

***/s/ Lisa Ells***
LISA ELLS
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT

[3653490.1]   3

Stip. and [Prop.] Order Extending Deadline to Revise Psych. Vacancy Report (2:90-cv-00520 KJM-DB (PC))

17953079.1