ROB A. BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4431
  Fax:  (415) 703-5843
  E-mail:  Namrata.Kotwani@doj.ca.gov
Attorneys for Defendants

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone:  (925) 746-8460
  Fax:  (925) 746-8490
  E-mail:  PMello@hansonbridgett.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge:  The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month."  (ECF No. 5786 at 4.)  The Court ordered Defendants to file the report by the 15th day of the month.  (*Id.*)  On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month.  (ECF No. 5886.)

Consistent with the Court's February 14, 2018 order, attached is a letter from Defendant California Department of Corrections and Rehabilitation (CDCR) setting forth CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for February 2022.

1

1    On March 18, 2022, the Court ordered that Defendant CDCR, "[b]eginning with the next

2    monthly psychiatry vacancy report and going forward, to include vacancy rates for Chief

3    Psychiatrist and Senior Psychiatrist supervisor positions, as well as vacancy rates for Staff

4    Psychiatrists." (ECF No. 7504 at 6.)   Due to the additional data required to be reported under the

5    March 18 order, Defendants require additional time to produce the updated psychiatry vacancy

6    report.  On March 30, 2022, the parties submitted a stipulated request for the Court's approval

7    that the requirement for Defendants to file monthly psychiatry vacancy reports that include

8    vacancy rates for Chief Psychiatrists and Senior Psychiatrist Supervisor positions begin with the

9    report due on April 29, 2022.  (ECF No. 7516.)

10                                     **CERTIFICATION**

11    Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

12    ECF No. 5786, ECF No. 5803, ECF No. 5886, and ECF No. 7504.

13    Dated:  March 30, 2022                        Respectfully submitted,

14                                                   ROB A. BONTA
                                                      Attorney General of California
15                                                   DAMON MCCLAIN
                                                      Supervising Deputy Attorney General
16

17                                                   /s/ *Namrata Kotwani*
                                                      NAMRATA KOTWANI
18                                                   Deputy Attorney General
                                                      *Attorneys for Defendants*
19

20

21

22

23

24

25

26

27

28

Defendants' Monthly Psychiatry Vacancy Report  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



March 30, 2022


Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Ave Ste 11000
San Francisco, CA 94102-7020

RE:    CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL
       HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

  Dear Ms. Kotwani:


       The California Department of Corrections and Rehabilitation (CDCR) hereby submits as
Exhibit A its monthly reports identifying the psychiatry vacancy rates at each CDCR institution
and systemwide for February 2022.  In accordance with the Court's February 14, 2018 order, the
reports contain the same data as the Correctional Health Care Services Mental Health Institution
Vacancies:  Summary by Institution by Classification.  It also includes data from the monthly
telepsychiatry report, as well as a separate column showing the number of psychiatric nurse
practitioners working at each institution and systemwide, and the fill rate including psychiatric
nurse practitioners.

       On March 18, 2022, the *Coleman* Court ordered that Defendants, "[b]eginning with the
next monthly psychiatry vacancy report and going forward, to include vacancy rates for Chief
Psychiatrist and Senior Psychiatrist supervisor positions, as well as vacancy rates for Staff
Psychiatrists. (ECF No. 7504 at 6.)  Due to the additional data required to be reported under the
March 18 order, CDCR requires additional time to produce the updated psychiatry vacancy report.
The psychiatry vacancy report for March 2022, to be filed on April 29, 2022, will include the
staffing allocation and fill rates for Chief Psychiatrists and Senior Psychiatrist Supervisor
positions.

Sincerely,

 /s/ *Amar Mehta*
Amar Mehta, M.D.
Deputy Director
Statewide Mental Health Program

# EXHIBIT A

| | Allocated January 2022[1] | | | Filled February 2022 | | | | | | Filled w PNP February 2022 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sites | Site | Telepsych | Allocated Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 4.00 | 0.00 | 4.00 | | 4.92 | 0.00 | | 4.92 | 123% | 0.00 | 4.92 | 123% |
| CAL | 0.00 | 0.50 | 0.50 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 200% | 0.00 | 1.00 | 200% |
| CCC | 0.00 | 0.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 3.50 | 0.00 | 3.50 | 2.00 | 0.54 | 1.05 | 0.00 | 3.59 | 103% | 0.00 | 3.59 | 103% |
| CCWF | 6.50 | 2.00 | 8.50 | 4.00 | 0.00 | 2.00 | 0.00 | 6.00 | 71% | 2.21 | 8.21 | 97% |
| CEN | 0.50 | 0.00 | 0.50 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 200% | 0.00 | 1.00 | 200% |
| CHCF | 11.00 | 10.50 | 21.50 | 4.00 | 5.99 | 6.90 | 0.00 | 16.89 | 79% | 1.00 | 17.89 | 83% |
| CHCF PIP | 33.00 | 0.00 | 33.00 | 14.00 | 11.59 | 0.00 | 0.00 | 25.59 | 78% | 0.00 | 25.59 | 78% |
| CIM | 8.50 | 1.00 | 9.50 | 5.00 | 0.87 | 1.05 | 0.00 | 6.92 | 73% | 0.00 | 6.92 | 73% |
| CIW | 11.00 | 0.00 | 11.00 | 5.00 | 4.07 | 0.00 | 0.00 | 9.07 | 82% | 0.00 | 9.07 | 82% |
| CMC | 15.00 | 1.50 | 16.50 | 7.00 | 3.98 | 1.50 | 0.00 | 12.48 | 76% | 0.00 | 12.48 | 76% |
| CMF | 10.80 | 4.00 | 14.80 | 5.00 | 3.92 | 4.00 | 0.00 | 12.92 | 87% | 1.00 | 13.92 | 94% |
| CMF PIP | 31.20 | 0.00 | 31.20 | 6.00 | 15.51 | 0.00 | 0.00 | 21.51 | 69% | 0.00 | 21.51 | 69% |
| COR | 7.00 | 5.00 | 12.00 | 1.50 | 2.36 | 6.40 | 0.00 | 10.26 | 86% | 0.00 | 10.26 | 86% |
| CRC | 5.50 | 0.00 | 5.50 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 91% | 0.00 | 5.00 | 91% |
| CTF | 3.50 | 0.00 | 3.50 | 2.00 | 0.87 | 0.00 | 0.00 | 2.87 | 82% | 0.00 | 2.87 | 82% |
| CVSP | 0.00 | 0.50 | 0.50 | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 100% | 0.00 | 0.50 | 100% |
| FSP | 2.50 | 0.00 | 2.50 | 3.00 | 0.29 | 0.00 | 0.00 | 3.29 | 132% | 0.00 | 3.29 | 132% |
| HDSP | 0.50 | 4.00 | 4.50 | 0.00 | 0.00 | 4.25 | 0.00 | 4.25 | 94% | 0.00 | 4.25 | 94% |
| ISP | 0.00 | 0.50 | 0.50 | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 100% | 0.00 | 0.50 | 100% |
| KVSP | 3.00 | 4.50 | 7.50 | 1.00 | 1.15 | 5.00 | 0.00 | 7.15 | 95% | 0.85 | 8.00 | 107% |
| LAC | 10.00 | 1.00 | 11.00 | 6.00 | 2.77 | 1.00 | 0.00 | 9.77 | 89% | 0.84 | 10.61 | 96% |
| MCSP | 7.50 | 7.00 | 14.50 | 6.40 | 2.27 | 5.50 | 0.00 | 14.17 | 98% | 0.00 | 14.17 | 98% |
| NKSP | 6.00 | 2.00 | 8.00 | 0.00 | 4.61 | 4.00 | 0.00 | 8.61 | 108% | 0.00 | 8.61 | 108% |
| PBSP | 1.00 | 1.50 | 2.50 | 1.00 | 0.00 | 1.75 | 0.00 | 2.75 | 110% | 0.00 | 2.75 | 110% |
| PVSP | 2.00 | 0.50 | 2.50 | 1.00 | 0.80 | 1.00 | 0.00 | 2.80 | 112% | 0.00 | 2.80 | 112% |
| RJD | 14.00 | 2.00 | 16.00 | 7.50 | 4.49 | 2.00 | 0.00 | 13.99 | 87% | 0.00 | 13.99 | 87% |
| SAC | 19.00 | 0.00 | 19.00 | 14.75 | 1.70 | 0.00 | 0.00 | 16.45 | 87% | 0.00 | 16.45 | 87% |
| SATF | 5.00 | 10.00 | 15.00 | 1.00 | 1.67 | 10.50 | 0.00 | 13.17 | 88% | 2.00 | 15.17 | 101% |
| SCC | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100% | 0.93 | 1.93 | 193% |
| SOL | 3.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | 133% | 0.00 | 4.00 | 133% |
| SQ | 11.00 | 0.00 | 11.00 | 11.00 | 1.02 | 0.00 | 0.00 | 12.02 | 109% | 0.00 | 12.02 | 109% |
| SVSP | 1.80 | 6.00 | 7.80 | 0.00 | 2.90 | 6.50 | 0.00 | 9.40 | 121% | 0.00 | 9.40 | 121% |
| SVSP PIP | 11.20 | 0.00 | 11.20 | 0.50 | 5.59 | 0.00 | 0.00 | 6.09 | 54% | 0.00 | 6.09 | 54% |
| VSP | 1.00 | 6.00 | 7.00 | 0.00 | 0.20 | 7.00 | 0.00 | 7.20 | 103% | 0.00 | 7.20 | 103% |
| WSP | 5.00 | 4.00 | 9.00 | 3.00 | 3.79 | 4.00 | 0.00 | 10.79 | 120% | 0.00 | 10.79 | 120% |
| NTTM[5] | 0.00 | 17.00 | 17.00 | 0.00 | 0.00 | 4.00 | 0.00 | 4.00 | 24% | 0.00 | 4.00 | 24% |
| TOTAL | 255.50 | 91.50 | 347.00 | 122.65 | 87.87 | 81.40 | 0.00 | 291.92 | 84% | 8.83 | 300.75 | 87% |

Footnote

1 Source:  MH Staffing Memo January 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2021/22 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: February 28, 2022 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT_PNP Temp Relief Details (February 2022)

4 Source: February 2022 Telepsychiatry Provider List

5 NTTM-Nighttime Telepsych Shift - Took 0.5 from all institutions