ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' UPDATED ACTIVATION SCHEDULES FOR COMPLETION OF COURT-ORDERED SUICIDE PREVENTION RECOMMENDATIONS** |

On January 15, 2021, Defendants filed proposed activation schedules for the completion of the Court-ordered suicide prevention recommendations. (ECF No. 7024.) On January 29, 2021, the court approved the proposed activation schedules with specific direction to Defendants to notify the Special Master "if any project runs thirty (30) days past any due date set in any activation schedule." (ECF No. 7043.) On May 4, 2021, the court ordered Defendants to file updated activation schedules complete with current updates to the Actual Completion column. (ECF No. 7150.) On May 12, 2021, Defendants timely filed updated activation schedules. (ECF No. 7160.) On May 27, 2021, the Court modified the January 29 bench order and ordered

1

Defs.' Updated Activation Schedules for Suicide Prevention Recommendations  (2:90-cv-00520 KJM-DB (PC))

Defendants to notify the Special Master immediately whenever a determination is made that a project will be delayed and, not later than ten days after notice is provided to the Special Master, to file an activation schedule updated to reflect the new projected completion date.  (ECF No. 7187.)  On October 7, 2021, the Court modified the May 27 order and directed Defendants to "file monthly updated suicide prevention activation schedules on the last day of the month that reflect all such delays reported to the Special Master during that month."  (ECF No. 7339.)

Attached is a letter, dated March 30, 2022, from the California Department of Corrections and Rehabilitation (CDCR), enclosing CDCR's updated activation schedules for completion of Court-ordered suicide prevention recommendations, and letters dated March 16 and March 30, 2022, from CDCR notifying the Special Master of delays in the completion of the following projects:

1.    Recommendation 13 on administrative segregation unit (ASU) intake cells, requiring the completion of a memo regarding governance of compliance with ASU intake cell usage, previously estimated to be complete by March 30, will now be complete by May 31. The memo announcing the change has been submitted to the labor union for their review, as required under the Dills Act, which will not be completed until April 25 at the earliest.

2.     Recommendation 17 requires improvements to safety planning.  The field notification and training for safety planning, due to be completed on March 31, will now be completed by May 31 to provide for additional time to create training that will enhance the clinical aspects of safety planning.

3.    Recommendation 9 requires suicide risk evaluation mentoring training. The training, originally scheduled to be completed by February 28, will now be completed by April 30 to allow CDCR to make significant modifications to the training.

4.    Recommendation 32 requires that CDCR make renovations to the small management yards in the crisis bed units at the Central California Women's Facility.  Those renovations remain in progress and are expected to be completed by May 31, 2022.

/ / /

/ / /

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATION**

Defendants' counsel certify the following orders are relevant to this filing:  ECF Nos. 6973, 7004, 7043, 7150, 7187, and 7339.

Dated: March 30, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *ELISE OWENS THORN*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

/s/ *Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
*Attorneys for Defendants*

Defs.' Updated Activation Schedules for Suicide Prevention Recommendations  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



March 30, 2022

Damon McClain, Esq.
Elise Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-550

VIA EMAIL

RE: Hayes Recommendations Implementation Schedule

Dear Mr. McClain and Ms. Thorn:

Attached please find CDCR's updated implementation schedule for completion of the Hayes suicide prevention recommendations.  Also attached is a letter from Nicholas Weber, dated March 16, and my letter of today's date, providing notice of delays to the implementation schedule.


Sincerely,


*/s/ Sundeep Thind*

SUNDEEP THIND
Attorney
Office of Legal Affairs

| Recommendation | Estimated Start Date[1] | Planned Complete | Actual Complete | Lead Person | Status |
|---|---|---|---|---|---|
| **Recommendation 12:** | | | | | |
| ASU Intake Cells[2] | | 3/30/2022 | | D. Borg | |
| Phase one of Design | 10/2/2020 | 4/30/2021 | 4/18/2021 | D. Borg | Complete. This phase will focus on the design of 51 new intake cells (CAL [4], KVSP [2], PVSP [4], SOL [3], CCI [8], CCWF [8], HDSP [10], COR [12]) |
| Phase two of design | 10/2/2020 | 6/30/2021 | 6/30/2021 | D. Borg | July 2021: Complete<br>This phase will focus on the design of 14 new intake cells (CHCF [1], CMF [3], ISP [2], SATF [1], SCC [3], SVSP [4]) |
| Construction | 5/1/2021 | 3/30/2022 | **2/17/2022** | D. Borg | **Complete March 2022: Construction was completed at CCWF. All new intake cells have been constructed and are in use.**<br>February 2022: The new cells doors have been delivered to CCWF and are being installed.  Completion is on target with the 3/30/2022 date.<br>January 2022: Construction has been completed at CCI (8 cells), CMF (3 cells), COR (12 cells), and SCC (3 cells). The remaining location (CCWF) had been projected to finish by 2/1/2022 but will be delayed due to late delivery of new cell doors. Even with late delivery of the doors, completion at CCWF is still on target by the 3/30/2022 overall completion date.<br>December 2021: Construction has been completed at CHCF (1 cell), ISP (2 cells) and SATF (1 cell).  The five remaining locations are on target for overall completions.  Risk exists due to the potential for procurement or construction delays; no delays are apparent at this time.<br>November 2021: Construction has been completed at KVSP (2 cells), PVSP (4 cells), SOL (3 cells), and SVSP (4 cells). All other locations are on target for overall completions. Risk exists due to the potential for procurement or construction delays; no delays are apparent at this time.<br>October 2021: Construction has been completed at CAL (4 cells) and HDSP (10 cells). All other locations on target for overall completions. Risk exists due to the potential for procurement or construction delays; no delays are apparent at this time.<br>September 2021: Project currently on target for completion. Risk exists due to the potential for procurement or construction delays; no delays are apparent at this time.<br>August 2021: Project currently on target for completion. Risk exists due to the potential for procurement or construction delays; no delays are apparent at this time.<br>Construction for the new intake cells began in May 2021 and the cells will come on line as they are completed throughout 2021 and 2022 with all cells being completed by March 30, 2022. |
| **Recommendation 13:** | | | | | |
| ASU Intake Cells | 12/28/2020 | 3/30/2022 | Ongoing | L. White | |
| Manual Tracking of Intake Cell Usage | 1/11/2021 | 3/12/2021 | 2/17/2021 | L. White | May 2021:  As of February 17, 2021, DAI has subsequently released an updated directive requiring the use of our manual intake cell tracking with the use of existing SharePoint software.  Staff have been trained in the use of data entry into the system, as well as have been provided tools in extracting the data to ensure institutional compliance.  Within this directive, DAI has incorporated monitoring requirements that are being utilized during the monthly SPRFIT committee. Within 30 days, DAI Directorate will issue a directive memorandum to the institutions re-enforcing its existing policy of housing only newly admitted inmates in retrofitted cells, and ensure they are only housed there for the initial 72 hours.  Institutions will have 30 days to train all custodial managers, custodial supervisors and custodial officers assigned to ASU and STRH on the policy.  Institutional Associate Warden of Healthcare, or designee, will assign local supervisory oversight to monitor the policy.  Monthly compliance reports will be submitted to the local SPRFIT committee.  A CAP will be assigned for any institutions that are deficient. DAI Headquarters will conduct audits and meet with Wardens to review compliance. |
| Development of Automated Tracking of Intake Cell Usage | 12/28/2020 | 10/3/2021 | 10/3/2021 | L. White | October 2021: This item is complete.<br>July 2021: Due to an internal miscommunication, the development of the automated tracking system for intake cell usage will not be completed until the end of September. Roll out of new Strategic Offender Management System (SOMS) features occurs on the first Sunday of each month, therefore this item will be released on October 3, 2021.<br>May 2021: SOMS has begun developing the automated system, and is currently undergoing a number of tests during this phase.  SOMS has indicated they are on track with a potential completion slated for September 2021.DAI will be coordinating with EIS to develop an automated tracking system for intake cell usage. This process will involve approvals through various committees, a build for the actual report in SOMS, negotiation with the parties, labor notification, and training. |
| Governance of Compliance with Intake Cell Usage | 9/1/2021 | ~~5/31/2022~~<br>~~3/30/2022~~ | Ongoing | S. Williams | **March 2022: Office of Labor Relations has reviewed and determined that the release of the memo cannot occur until after April 25, 2022 based upon the notice that was submitted to CCPOA. DAI will continue to work with OLR to determine whether or not the memo can be released sooner, if CCPOA does not request a meet and confer on the topic.**<br>February 2022: At this time the Memo to the field announcing this new SOMS functionality has been signed and routed to Office of Labor Relations for review.  At this time, the memo will be reviewed to determine notification needs.<br>January 2022: Memo is with the Deputy Director at DAI for signature.  Package is being prepared for Labor notice as well.  This will require a 75 day notice period. The anticipated completion date has been modified to address this timeline.<br>December 2021: DAI has drafted the official field notification memo and it is currently routing for signature.<br>November 2021: PMU will begin making the necessary changes with SOMS to identify all the intake cell locations. Once those changes have occurred, we will need to allow the data to be collected before SOMS can test the reports for any inaccuracies. Once this testing phase has concluded, the SOMS Reporting team can provide a concrete date of when this can go live.<br>October 2021: No new updates<br>September 2021: No new updates.<br>August 2021: No new updates<br>May 2021: This is ongoing as staff are currently utilizing the manual SharePoint tracking to ensure compliance. Upon completion of the SOMS automated system, staff will be provided with further direction on how to ensure compliance with this new system. Pending development of the automated tracking process; compliance with policy expectations will be reported monthly to institutional SPRFIT Committee. |
| **Recommendation 17:** | | | | | |
| Safety Planning | 8/15/2020 | 3/31/2022 | | T. Williams | |
| Safety Planning Documentation | 8/15/2020 | 6/30/2021 | 6/24/2021 | T. Williams<br>A. Carda | Complete. May 2021: draft safety plan template has been completed. The form and accompanying policy and procedure have all been developed over the course of numerous meetings spanning 6+ weeks.  The clinical nuances of the safety plan became more complex as CDCR contemplated the best ways to structure safety planning and this complexity resulted in the need for additional time to complete. Upon approval of concepts from OSM, it will be submitted to the EHRS build team for prioritization and development. Initial proposal has been developed and OSM was consulted on factors to consider for the revised safety plan model. Work is ongoing to refine the model.  Additional modifications will be made based upon procedural decisions regarding when safety plans must be created for patients at risk for suicide. |
| Policy and Procedure Development | 12/21/2020 | 7/31/2021 | 7/23/2021 | T. Williams<br>A. Carda | July 2021: Complete. The policy and procedure language is complete and will be held until the release of all other components of this item.<br>June 2021: The Policy and Procedure are routing through executive leadership for final approval and signature. The finalized versions will be held for release until the form has gone live in EHRS and training has been scheduled. May 2021: Significant modifications have been made based upon feedback from OSM. The form and accompanying policy and procedure have all been developed over the course of numerous meetings spanning 6+ weeks. The clinical nuances of the safety plan became more complex as CDCR contemplated the best ways to structure safety planning and this complexity resulted in the need for additional time to complete. Meeting is scheduled for May 13th to review these modifications with OSM ahead of moving policy language forward for internal routing. Policy and procedure language is under development to outline requirements for when safety plans are required and the expectations associated with the safety plans |
| EHRS Build | 2/1/2021 | 2/28/2022 | | T. Williams<br>A. Carda | February: This remains on track<br>November 2021: This item continues to be on track. The EHRS build is drafted, and is pending completion of the pilot institutions.<br>October 2021:  This item continues to be on track, consistent with the test phase with the pilot institutions.  As a result of the pilot being expanded to additional institutions, the timeframe for this item was extended through the completion of the pilot of the form.<br>September 2021: EHRS build is currently underway with no anticipated delays.<br>August 2021: CAPC approved in July 2021 and build has been prioritized. Project has been assigned to a QM team member and work is underway.<br>June 2021: Pending CAPC approval and prioritization for build. Pending finalization of the safety plan proposal. |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2]A more detailed construction schedule is included at the end of this document

| Item | Start | Date | Date | Owner | Notes |
|---|---|---|---|---|---|
| Test Phase of New Safety Plan | 8/1/2021 | 1/31/2022 | 1/31/2022 | T. Williams / A. Carda | February 2022: Complete. Feedback sessions were completed in January. January 2022: Pilot phase concluded at the end of December, as anticipated. Review of the results and feedback sessions will continue through the end of January. December 2021: Test pilots started as scheduled in November. Pilots are running until December 30th, but may extend to the first week of January due to the holiday. There are going to be four debriefing meetings scheduled for January. November 2021: As a result of the low sample size with the CIM pilot, the team met with Lindsay Hayes and it was decided to expand the pilot to more institutions. The new pilot institutions are SAC, COR, LAC and CMC. These institutions were notified on 10/18. Pilots institutions were trained the week of October 25. Pilot will run from 11/15 to 12/30. October 2021: Post test phase meeting with CIM was held on 10/7/2021. The team will utilize feedback from CIM for expansion of pilot to other institutions. The team has pulled data on MHCB discharges for all institutions and will select 2-4 additional pilot institutions to provide a larger sample size. The team will meet the week of October 11th to select additional pilot institutions. September 2021: The results from the test phase at CIM yeilded only 4 safety plans using the proposed tool. After consultation and recommendation by Mr. Hayes, CDCR is proposing to expand the test phase to 2-3 additional institutions with larger local discharge samples to test this new protocol. This will necessitate additional time to train, implement, and follow up with the institutions as they utilize this tool. As such, an extension to the end of January 2022 is proposed. August 2021: Finalization of modified safety plan is underway and engagement with CIM is scheduled for week of August 9th. June 2021: CIM will be a test facility for the new safety plan template. They will receive training and expectations and the process will be overseen by the Statewide Suicide Prevention Coordinator assigned to Region 4. This phase will also involve feedback and any necessary modifications to the EHRS document |
| Field Notification and Training | 4/15/2021 | 5/31/2021 ~~3/31/2022~~ |  | T. Williams / A. Carda | **March 2022: Ongoing discussions with Mr. Hayes and other experts from the OSM have proven very fruitful and we continue to work to enhance the safety planning process. As a result of the feedback from the pilot sites, our own team incorporating feedback into the form, additional time is needed to create a training that will enhance the clinical aspects of safety planning.** February 2022: Feedback sessions were completed in January. A debriefing with the Chief and MHA with recommendations from the SMEs on the project was held on 2/17/2022. Recommendations for specific modifications to the form language were made and follow meetings to review those modifications are scheduled for the first week in March. January 2022: No changes. Feedback sessions will determine subsequent changes in the forms, CAT audit and training. December 2021: No changes at this time. November 2021: The development of the training is still on track and is currently being built while the pilots are in progress. Scheduling and finalization will be at the conclusion of the pilot, report-out and analysis. After the report out and analysis, any final adjustments to the policy and training will be made. Additionally, final routing to all stakeholders, last modifications to the CAT audit and finalization of EHRS build will occur. To provide adequate time for needed changes and proper analysis of the pilot, along with consultation with Linday, the deadline will now be March 31, 2022. October & September 2021: Development of training continues, but scheduling with the field is dependent upon the finalization of the test phase. Once these activities are complete, the training will be finalized and scheduling of the training will be solidified. August 2021: Work on the training continues. While we don't anticipate any delays, we want to conservatively mark this yellow to ensure we don't fall behind. June 2021: The framework of the training has been constructed. The final module and information will be constructed once the EHRS build has been completed and the policy language has been finalized. Pending finalization of the proposal, EHRS build, and finalization of policy language. |
| Compliance with Training Requirements | 1/1/2020 |  | Ongoing | T. Williams | Compliance with required trainings is reviewed monthly in the statewide SPRFIT Committee and any institution below 90% is required to submit a corrective action plan for reaching sustained compliance. |
| **Recommendation 10:** |  |  |  |  |  |
| SRASHEs and Referrals | 1/1/2020 | 2/28/2021 | 2/2/2021 | T. Williams | Complete |
| Modifications to EHRS | 12/14/2020 | 1/19/2021 | 2/2/2021 | D. Minter | Complete. Pending final review and move to production |
| Auditing of Emergent Referrals with SRASHEs | 1/6/2021 |  | Ongoing | T. Williams | May 2021: Suicide Prevention Coordinators for each region have been completing these audits on a weekly basis and providing audit results and any associated corrective action for deficiencies to the monthly statewide SPRFIT Committee. Regional SPRFIT Coordinators to begin manual auditing |
| Governance of statewide compliance | 2/15/2021 |  | Ongoing | T. Williams | May 2021: Suicide Prevention Coordinators for each region have been completing these audits on a weekly basis and providing audit results and any associated corrective action for deficiencies to the monthly statewide SPRFIT Committee. Pending Regional SPRFIT Coordinators completion of monthly audits. |
| **Recommendation 21:** |  |  |  |  |  |
| Observation Levels |  | 2/28/2022 |  | M. Flores |  |
| Suicide Precaution Rounding Auditing | 12/1/2020 |  | Ongoing | M. Flores | May 2021: coordination with the regional CNEs, RHCEs, and Institutional CNEs continues. Headquarters audits also continue to occur on a monthly basis. Institutional CNE, or designee, will assign supervisory oversight to monitor adherence to SP observation as ordered by a provider. Headquarters will conduct audits and meet with Regional CNEs and HCEs to review compliance. |
| Automation of Timely Suicide Precaution Rounding Compliance | 12/11/2020 | 2/28/2020 | 2/28/2022 | M. Flores / S. Puente | **Complete March 2022: The tool has been rolled out to the institutions and is now in active use. This item is now complete.** February 2022: QM has completed testing on automated MH Observation reporting tool. QM will be presenting MH observation reporting tool during the Statewide CNE call on 2/16/22. In addition, QM will conduct training webinars starting 2/23/22. Proposed statewide rollout is by the end of February, 2022. HQ MH Nursing will continue the monthly spotcheck audits and review the results with Regionals. January 2022: UAT is completed for the tool and a demonstration has been given to members of the OSM team. The CCHCS QM team will now deliver a series of presentations to relevant institutional staff and leadership as it goes live. These will occur throughout the month of January. A release memo is also under development to announce the new tool for statewide use. December 2021: QM staff are incorporating final changes from UAT into the automated tool, which is scheduled for release in December 2021. November 2021: UAT identified an issues where Orders for Suicide Precaution, Watch, or Other observation types that were still in a "ordered" state but had subsequent orders placed for the same person were causing issues with the logic. This issue, at least the initial errors identified has been resolved but has not been sent out for re-testing. We will continue to monitor this and anything else that arises as the report is made available to a broader audience. Potential for completion as early as 11/4/2021, but will keep the date of 11/30/21, as reported to the court, to reduce the number of notices that are required for unexpected changes. October 2021 pt 3: Internal validation is complete and field testing is expected to be completed by Friday, October 29th. Delay was a result of the addition of several items that broadened the scope of the report. The report will be deployed to the production server over the weekend and made available to staff in a Beta format. QM and nursing will work together to discuss the appropriate marketing/training strategies moving forward. October 2021 pt. 2: Validation and field testing are underway. Pending final release to the field. September/October 2021: Due to an unexpected server crash for 5 days, the completion of the report is delayed. Based upon these delays, it is expected that the build team is at least a week behind schedule. In order to facilitate this deadline and ensure that full user testing can be completed adequately, a revised completion date of October 15, 2021 is proposed. September 2021: The development phase of the new report to track Suicide Precaution Rounds is currently on track with an estimated completion date of September 17, 2021. The following final two business weeks in September will be used for user testing and validation. For a report of this scope the usual turn-around time for user testing is closer to one month. Due to this shortened timeframe it is possible enough user feedback and requests for changes could result in a target delay; however, some feedback has already occurred through the SPRFIT Dashboard project which would ideally make meeting the target date of September 30, 2021 more realistic. August 2021: The automation of timely suicide precaution rounding performance monitoring was tentatively scheduled to be complete by August 31, 2021. However, this was part of the larger SPRFIT pilot project which requires additional time for testing and statewide implementation. To accelerate the availability of this performance measure and associated data, a separate report is being created for timely suicide precaution checks. This report will include additional functionality for the institutions. The new report is anticipated to be completed and tested by September 30, 2021. Once the SPRFIT Dashboard is ready for statewide implementation, the suicide precaution rounding report with the additional functionality will be rolled back into the Dashboard so that all suicide prevention information is accessible on the same site. May 2021: the 4 pilot institutions in the SPRFIT Reboot are undergoing end user testing of this dashboard metric in preparation for a targeted summer 2021 release. The test phase of the overall project concludes in August, and this will allow for the test institutions to use this metric over the course of several months during the end user testing phase to ensure there are no issues with the metric itself before it becomes available to the entire state. Design and development of the SPRFIT dashboard is underway and is scheduled to be completed by 3/31/2021 |
| **Recommendation 1:** |  |  |  |  |  |
| Pre-Service Training | 1/1/2020 | 12/30/2020 |  | A. Carda | Complete |
| Curriculum development | 1/27/2020 | 6/1/2020 | 8/27/2020 | A. Carda | Complete |
| Curriculum approval | 8/27/2020 | 10/1/2020 | 12/28/2020 | OTPD | Complete |
| Dissemination of curriculum | 10/1/2020 | 10/1/2020 | 12/30/2020 | OTPD | Complete |

---

[1] Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2] A more detailed construction schedule is included at the end of this document

| | | | | | |
|---|---|---|---|---|---|
| Delivery of curriculum to cadets | 1/1/2021 | 2/28/2021 | 2/25/2021 | A. Carda | Complete. Pending delivery to the cadets at the Academy |
| OSM Observation | 2/28/2021 | 6/30/2021 | 6/10/2021 | A. Carda | October 2021: CDCR continues to await in-person observation to be scheduled by Mr. Hayes. On September 17, 2021, Mr. Hayes indicated that he will schedule the observation some time between October 2021 and April 2022. May 2021: We had originally provided some earlier dates for Mr. Hayes to observe the training virtually, but when the schedule for OSM rounding of institutions was being discussed, he expressed a desire to observe the training in person, during his rounding. We are currently coordinating with Mr. Hayes on the best time for him to observe the training while he is onsite conducting his rounding this summer. Other members of the OSM are scheduled to observe the course on June 10, 2021. Pending observation by Mr. Hayes of the training |
| Recommendation 3: | | | | | |
| Annual IST Training | 1/1/2020 | Ongoing | Ongoing | T. Williams | Complete |
| Standardized scheduling of non-custody staff for training | 12/30/2020 | 2/28/2021 | 2/19/2021 | J. Hernandez / T. Williams | Complete. Coordinating CCHCS SDU and CDCR OTPD for scheduling options through local IST offices. |
| Institutional reporting of monthly compliance | 2/2/2018 | | Ongoing | Local SPRFIT-Cs | Complete; the 2/2/2018 memo titled, "Enhancements to the Suicide Prevention and Response Focused Improvement Teams" required monthly reporting of compliance during the institutional SPRFIT Committees |
| Statewide oversight during statewide SPRFIT Committee | 3/1/2021 | | Ongoing | T. Williams | May 2021: we are refining the report for use in the statewide SPRFIT Committees. However, the statewide SPRFIT Committee reviews overall training compliance and the Suicide Prevention Coordinators in each region work with institutions to develop corrective action for deficient institutions. Clarification memo regarding Registry staff attending this required training was distributed to the field. Statewide SPRFIT Committee members receive quarterly compliance rates for each institution from the staff development unit for CCHCS. Pending development of a reporting template that captures compliance based on formula of scheduled vs. attended |
| Recommendations 6-8: | | | | | |
| R&R | 6/15/2020 | 5/31/2021 | 7/8/2021 | T. Williams | Complete |
| CCI Modifications | 12/3/2020 | 5/31/2021 | 6/14/2021 | CCI Leadership | July 2021: Complete May 2021: CCI has indicated that an interim solution has been identified for patients to be screened in confidential settings until these initial contacts until a permanent physical plant modification can be finalized. The Suicide Prevention Coordinator for Region 3 continues to work closely with the institution on this project and will observe the interim locations during regularly scheduled site visits. Proposal to convert an unused area in R&R to nursing station is being presented at the institutional space committee in either January or February for approval.  Fire marshal approval is pending; modifications to the space will occur once approval from fire marshal is obtained. |
| Observation of PVSP | 1/6/2021 | 3/31/2021 | 3/17/2021 | S. Mintz | Complete. During the Q1 tour of PVSP, the Suicide Prevention Coordinator for Region 3 confirmed that modifications to the physical plant in R&R have been made and the screenings are now being conducted in a confidential setting. Modifications at PVSP have been completed; observation to be scheduled during Q1 of 2021 |
| Observation of CMF | 1/6/2021 | 3/31/2021 | 4/21/2021 | T. Williams | May 2021: The Suicide Prevention Coordinator for Region 1 conducted a site visit on 4/21/2021. However, no inmates were received that day so the R&R process was unable to be observed.  Another site visit will occur during Q2 and attempts will be made to observe R&R at this time. Training was completed at CMF regarding appropriate screening procedures in R&R; observation to be scheduled during Q1 of 2021 |
| Observation of CMC | 1/6/2021 | 6/30/2021 | 7/8/2021 | T. Williams | July 2021: Complete. There was a slight delay in completion of this observation due to a death in the family of the staff member conducting the observation.  We were able to final coverage for this observation the week after the deadline. May 2021: Recruitment of the R2 Suicide Prevention Coordinator has taken longer than expected. In order to ensure observation of the R&R process at CMC occurs in Q2 of 2021, we will be redirecting one of the other Regional Suicide Prevention Coordinators to tour CMC. Training was completed and routine audits are conducted locally at CMC; observation to be scheduled during Q1 of 2021 |
| Observation of SQ | 1/6/2021 | 7/31/2021 | 7/6/2021 | T. Williams | July 2021: Complete. May 2021: The Suicide Prevention Coordinator for Region 1 was not hired until April 2021, so the first quarter rounding was unable to be completed. However, this Specialist will begin rounding in Q2 and this item will be addressed. Training was completed at SQ about confidentiality during nurse screenings; observation to be scheduled during Q1 2021 |
| Recommendation 9: | | | | | |
| SRE Mentoring | 1/5/2021 | 3/31/2022 | | A. Carda | |
| Development of policy and procedures for SRE Mentoring | 1/5/2021 | 3/31/2022 | | A. Carda | **March 2022: Policy is being routed to labor, but the policy will be held until the training is ready for release so they can be released to the field simultaneously**<br>February 2022: Post OSM edits, the policy routed through internal leadership and there were additional recommendations made by regional MHAs regarding potential barriers to operationalize in the field.  The policy was sent to other regional MHAs for further review.  Feedback due 2/11/22.<br>January 2022: OSM submitted edits from the policy on 12/14. Met with OSM team members on 12/21 to discuss some of their feedback. Review of edits and modifications to occur in January.  Some edits impact modifications in training as well. Once modifications are made, this package will route to the Small Workgroup, Stakeholder Feedback and Labor for final approval and release.<br>December 2021: The final draft has routed through the policy unit. OSM has some additional feedback before presenting to the small workgroup. Once it is approved through the workgroup, the Plaintiffs will need to review as this is a material modification to the program guide.  Labor notice is also pending final approval by parties.<br>November 2021: Feedback from OSM has been incorporated. Expedited internal routing has begun, as of 11/10/2021. This will be a material modification to the Program Guide, as the previous 2013 policy memos were incorporated into the 2018 PG. We will endeavor to get this to the small work group and data meeting with Plaintiffs as soon as possible to ensure this process doesn't unnecessarily delay the release of the policy.<br>October 2021: Feedback from OSM has been incorporated. Follow-up with Lindsay regarding some of his policy edits regarding safety planning.  It was decided that safety planning could be kept separate from mentoring.  Routed policy back to the team on 10/4/21. Currently following up to see OSM will need to see clean/editing version.  If OSM does not need to re-review, the policy will be submitted to the policy unit for routing.<br>September 2021: Development of policy and procedures were completed on time by CDCR. Feedback has been received from OSM. Currently making modifications to the policy, based on OSM feedback, and ensuring other parallel aspects (QOC tool, training) are consistent with changes.<br>August 2021: Feedback was received by OSM on 8/8/2021 and it will be incorporated into the final draft of the P&P<br>June 2021: The policy has been submitted to the OSM for review and feedback. Upon completion of this review and subsequent modifications, the policy and procedure will be routed internally and will be prepared for labor notification.<br>May 2021: In order to ensure the operationalization of this at the institutional level, internally, the suicide prevention unit determined it would be most prudent to have select SPRFIT Coordinators and Chiefs of Mental Health to review and provide feedback on these documents. Draft language is completed and is currently with those individuals in the field for feedback with a deadline of May 17, 2021. Initial stages of developing language for Policy and Procedure. This will also involve coordination and consultation with the OSM. |
| Enhancements to the auditing tool (Quality of Care tool) | 2/15/2021 | 1/31/2021 | 7/2/2021 | A. Carda | February 2022: No changes in status at this time.<br>January 2022: No changes in status at this time.<br>December 2021: No changes in status at this time.<br>November 2021: QOC Tool has been drafted and will be submitted with the policy.<br>October 2021: QOC Tool has been drafted and will be submitted with the policy.<br>September 2021: Continuing to finalize quality of care tool. Also reviewing to ensure finalized edits are consistent with policy and procedures.<br>August 2021: Feedback was received by the OSM on 8/8/2021 and it will be incorporated into the final draft of the quality of care tool<br>June 2021: The Quality of Care tool has been modified and will be included in the package submitted to the OSM for review and feedback.<br>May 2021: In order to ensure the operationalization of this at the institutional level, internally, the suicide prevention unit determined it would be most prudent to have select SPRFIT Coordinators and Chiefs of Mental Health to review and provide feedback on these documents. Draft language is completed and is currently with those individuals in the field for feedback with a deadline of May 17, 2021. Pending draft language of policy and procedure to ensure all aspects of these are covered in the auditing tool. This will also involve coordination and consultation with the OSM. |
| Training delivery for mentors | 5/1/2021 | ~~4/30/2022~~ ~~2/28/2022~~ | | A. Carda | **March 2022: Significant modifications to the training were required as a result of the dry run and a substantive overhaul of the training is underway. As a result of the necessary modifications, a further extension is necessary.**<br>February 2022: OSM feedback included a recommendation to pilot the training.  In lieu of pilot, a dry-run of the training is scheduled for 2/18/22.  OSM will be present for the dry-run.  Subsequent changes will be dependent on the dry-run.<br>January 2022:  OSM submitted edits from the policy on 12/14. Met with OSM team members on 12/21 to discuss some of their feedback. Review of edits and modifications to occur in January.  Some edits impact modifications in training as well.<br>December 2021: LMS training is still on track. The OSM team was given access to a SharePoint site to review the LMS materials.  They were provided the materials on 11/15.  The OSM team requested a meeting on 11/29.  During the meeting they asked clarifying questions regarding the process of the LMS training and the order of the materials. Changes to the training may occur other their review.<br>November 2021: We are on track with this item. Initial training is currently routing internally for review. LMS training is actively being built with an estimated completion of 1/1/2022.<br>October 2021:  The initial training has been developed.  We have reached out to see if OSM needs to review  the training as well.  The LMS training draft is complete. There is currently a minimum of 3 months needed to build in LMS.  We will work to expedite this with the Staff Development Unit, however a completion date at the end of January 2022 appears to be appropriate.<br>September 2021: Draft mentoring training is currently in development. Draft was submitted to team for review on September 10, and the team will meet during week of September 20 to discuss and finalize.<br>August 2021: Development of the training is underway. There may be some potential delays as the components of the training have evolved and videos of SRE completion are going to be included; securing videographers may take more time than anticipated. There may not be an actual delay, but conservatively we are flagging this for potential delay.<br>June 2021: Pending finalization of policy and procedures and modifications of the auditing tool. |

[1] Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2] A more detailed construction schedule is included at the end of this document

| | | | | | |
|---|---|---|---|---|---|
| **Recommendation 18:** | | | | | |
| Safety/Treatment Planning for Suicide Risk Assessment | 1/1/2020 | Ongoing | Ongoing | T. Williams | Complete |
| Institutional Scheduling of Clinicians | 1/4/2021 | 3/1/2021 | 2/19/2021 | J. Hernandez OTPD | Complete. CCHCS Staff Development Unit and OTPD will collaborate to determine ways to standardize scheduling of staff for annual IST Suicide Prevention training to aid in better tracking of compliance. |
| Institutional Monitoring of Compliance | 2/2/2018 | | Ongoing | Local SPRFIT-Cs | Institutions are required to monitor compliance with staff attendance of IST Suicide Prevention training through the monthly SPRFIT Committee |
| Statewide Governance of Compliance | 3/1/2021 | | Ongoing | T. Williams | Pending results of standardized scheduling, statewide SPRFIT Committee will assume the responsibility of monitoring compliance for IST Suicide Prevention training. |
| **Recommendation 20:** | | | | | |
| Psychiatric Technician Rounds | 11/1/2020 | Ongoing | Ongoing | M. Flores | |
| Completion of Psych Tech Fidelity Checks | 11/1/2020 | | Ongoing | Institutional CNEs | Nursing Supervisors complete quarterly audits of the PT rounds in restricted housing units to ensure daily rounds were completed consistent with policy and the fidelity of the rounds. |
| Institutional Monitoring of Compliance | 4/1/2021 | | Ongoing | Institutional CNEs | Starting April 2021, the audit will be sent to SPRFIT Coordinator by the 5th of the month to monitor compliance in the institutional SPRFIT Committee. |
| Statewide Governance of Compliance | 7/1/2021 | | Ongoing | Regional CNEs | May 2021: Regional CNEs will present results of fidelity checks for Quarter 1 and 2 to the statewide SPRFIT Committee. This audit and summary is sent to HQ on a quarterly basis to be reported in the statewide SPRFIT Committee |
| **Recommendation 26:** | | | | | |
| Alternative Housing | 6/15/2020 | | Ongoing | T. Williams | Complete |
| CIW/CCWF Transfer Timeframes | 6/17/2018 | | 12/31/2018 | D. Chaney | Establishment of the Walker Unit at CIW significantly improved transfer timelines for female MHCB needs. This activation occurred after Mr. Hayes' tour at the female institutions, and thus, requires an additional review of the results of this effort during his next monitoring tour. |
| CHCF Provisioning of Beds | 2/15/2020 | | Ongoing | Y. Rao | During his previous round, Mr. Hayes found that the patients in alternative housing at CHCF were not provided stack-a-bunk beds consistently. Since his round, CHCF has established a process to ensure that all staff are aware of where to obtain the stack-a-bunks when needed and a regular audit of patients in alternative housing is conducted to ensure compliance. Mr. Hayes will need to review the results of this effort during his next monitoring tour. |
| **Recommendation 28-29** | | | | | |
| Custody Discharge Checks | 1/6/2020 | TBD | 10/19/2021 | T. Williams S. Williams | |
| Modifications to the 7497 Form | 1/6/2020 | 6/30/2021 | 6/3/2021 | T. Williams S. Williams | July 2021: Complete<br>May 2021: Updated form is in the final phases of routing through the approval committees for release to the field. It is anticipated to be released in May or June 2021. Modifications have been made to the form, in coordination with OSM. The completed form is being prepared to route through the various committees for approval. |
| Institutional Audit Tool | 1/6/2020 | TBD | 10/19/2021 | T. Williams S. Williams | October 2021: Distribution of the memo announcing changes to the CDCR Form MH-7497 form and introduction of the auditing procedures was completed on October 19, 2021. This item is now complete.<br>September 2021: On August 25, 2021, the Special Master determined the release memo announcing the modifications to the 7497 form and introduction of the auditing expectations was a material modification to the MHSDS Program Guide. On September 2, 2021, in connection with their arguments about materiality, Plaintiffs requested additional language be incorporated in the proposed memo. Defendants have presented a motion for reconsideration on August 30, 2021. Due to the parties disagreement on the contents of the memo and the pending motion before the court, an anticipated completion date is dependent on the resolution of this matter and will remain TBD until resolution is reached<br>August 2021: During routing of the release memo, it was determined that this memo required CDCR to consider whether it is a material modification of the program guide. As instructed, CDCR presented this memo to the small workgroup with OSM members, where it was determined not to be a material modification to the Program Guide. The memo was then forwarded to the Special Master, on August 11, 2021. The Special Master then has 14 days to provide his determination of whether it materially modifies the Program Guide. The soonest this memo can be released is August 25, 2021.<br>July 2021: The audit tool and associated guidebook were completed by this date, however they have not been reviewed by all appropriate stakeholders. The anticipated completion date allows the remaining stakeholders to review their feedback and to be incorporated as necessary.<br>May 2021: All required union notifications have been made and the tool is ready for release to the field when the updated 7497 form is released. The Audit tool and guidebook have been completed, in coordination with the OSM. Labor notifications are being made currently and require 75 days. |
| Reporting Structure Development | 6/30/2021 | TBD | Ongoing | T. Williams S. Mintz N. Hudspeth | November 2021: Regional Suicide Prevention Coordinators will begin reviewing institutional audit results on a monthly basis and will report relevant findings to the statewide Suicide Prevention Committee.<br>October 2021: Suicide Prevention Coordinators in the regions will work with institutions to review findings from local audits to develop corrective action plans for deficiencies. These CAPs will be discussed during the monthly statewide Suicide Prevention Committee for oversight and monitoring. This will work as a standing item in this committee.<br>Pending release of new form and audit tool and guidebook. Once those are complete, the regional SPRFIT Coordinators will begin coordinating with the institutions and will report results of the audits and any associated Corrective Action Plans to the statewide SPRFIT Committee. |
| **Recommendation 31:** | | | | | |
| Local SPRFIT Committee | 2/1/2020 | 6/30/2022 | | T. Williams A. Lambert | |
| SPRFIT Reboot with CCHCS QM | 2/14/2020 | 6/30/2022 | | A. Lambert | February 2022: Project status has been presented to the SPRFIT workgroup, as of February 17. Test site feedback session scheduled for early March 2022. Project remains on track for June 30, 2022 statewide roll out.<br>January 2022: Several meetings are scheduled to review pending items that need to be addressed with various stakeholders before solidifying the materials and documents associated with the SPRFIT Reboot. Closing out the test phase with the 4 pilot institutions is also underway. As a result of these items, and to ensure a quality final product, without rushing to completion, this item's anticipated completion date is being moved to June 30, 2022.<br>December 2021: Conclusion of the test phase was scheduled for the end of October 2021, but has been deferred to allow the project team time to collect more observations and input from Lindsay Hayes. Schedule coordination with Lindsay Hayes has been complicated by monitoring rounds already arranged at a number of institutions during November and December. The formal feedback session with all four test sites will be deferred until after Mental Health SPR leaders can meet with Lindsay.<br>November 2021: Conclusion of the test phase was scheduled for the end of October 2021, but has been deferred to allow the project team time to collect more observations and input from Lindsay Hayes. The formal feedback session with all four test sites has been rescheduled for the end of November.<br>October 2021: Status remains on track with the pilot phase of the project.<br>September 2021: Status same as that reported in August 2021.<br>August 2021: The test phase will conclude in October 2021. Final recommendations will be presented to the HQ workgroup in December 2021 regarding how to move forward with a statewide rollout. At this time, a statewide roll out will likely begin by February 2022, representing a delay by 2 months from the originally planned December 2021 statewide rollout. The delay is the result of ongoing work with the test sites to put into practice tools associated with the test phase.<br>This interdisciplinary team has developed standardized metrics, an automated report for the SPRFIT Committees at the institution, and has begun piloting the training to the field. Continued work on the finalization of the SPRFIT dashboard is underway.<br>Previous update: By the end of March 2021, all initial SPRFIT materials were completed for test phase, including first version of the automated SPRFIT Report. During April 2021-July 2021, the new process was rolled out to four test institutions to validate data, make refinements to the automated reports and SPRFIT materials, and evaluate new SPRFIT process for efficiency/effectiveness. In August 2021, the workgroup and MH leaders will consider results from the test phase and determine appropriate changes/reports to be rolled out statewide. December 2021 the full program will be implemented statewide. |
| Bad News Notification Process | 7/16/2020 | 5/31/2021 | 4/28/2021 | T. Williams | Complete. Draft template LOP has been completed. Finalization of the language needs to be done and should be accomplished by the end of January. Labor notice, requiring 75 days will be made upon completion of the language. Release to the field with 30 days to implement will follow. |
| Suicide Risk Management Program | 2/6/2018 | 5/31/2021 | 7/12/2021 | R. Dhesi | July 2021: Complete. Training for all clinical staff was provided on 6/29/2021; required build in EHRS was completed on 6/30/2021. Policy finished routing and was released to the field on 7/12/2021<br>May 2021: Policy and procedure have been reviewed internally and have been submitted to the Office of the Special Master and Plaintiffs for their review on May 12, 2021. The EHRS modifications have been completed. Training is in development to be delivered to the field upon signature of the policy and procedure. The policy and procedure is being routed for internal review. It will then be submitted to stakeholders for review. Simultaneously, the EHRS modifications will be prioritized and made. Upon finalization of the policy and procedure, training will be developed and delivered to the field. |
| Local Operating Procedure Review | 10/1/2020 | Ongoing | | T. Williams | May 2021: As part of their regular process during site visits, the Suicide Prevention Coordinators in each region review the institutional LOPs to ensure compliance with statewide policies and memo directives. Any deviations from policy will be reflected in recommendations/Corrective Action for the institution to address. Review of all institutional LOPs is being completed to ensure the LOPs have all of the requisite language regarding required members of the SPRFIT Committee and that they have incorporated all aspects of the 2018 memo, "Enhancements to the Suicide Prevention and Response Focused Improvement Teams". Any deficiencies will be routed to the institution for modification. |
| **Recommendation 32:** | | | | | |
| Reception Centers | 10/1/2020 | 1/31/2021 | | T. Williams | Complete |

| Item | Date 1 | Date 2 | Date 3 | Owner | Status / Description |
|---|---|---|---|---|---|
| Expectations Memo for Reception Centers | 10/1/2020 | 1/11/2021 | 1/27/2021 | T. Williams | Complete |
| Sustainability | 2/7/2021 | Ongoing | | T. Williams / N. Nikkel / A. Cairns / S. Neumann | Reception Center Chiefs of Mental Health shall ensure results of audits required in the expectations memo are presented in the monthly SPRFIT Committees and that any necessary corrective action is adequately addressed and completed. |
| **Recommendation 32: MHCB Privileges** | 6/15/2020 | 3/31/2022 | | T. Williams | |
| CCWF Renovations | 10/28/2019 | 5/31/2022 ~~3/31/2022~~ | | S. Neumann / D. Borg | **March 2022: Construction progress remains limited for reasons related to CCWF Plant Operations staff and incarcerated worker resources. The projected completion date is now May 31, 2022.** February 2022: While additional delays due to COVID are possible, construction activities remain on target for March 31, 2022 completion. January 2022: Construction activities were delayed in December due to COVID illness among staff and heavy rains. The projected completion date is now March 31, 2022. December 2021: Construction activities are continuing. The project remains on schedule for completion by January 31, 2022. November 2021: Construction activities are continuing. However, due to COVID-19 impacts on staff and inmates, construction is not progressing as expected. The projected completion date is now January 31, 2022. October 2021: Construction activities are continuing. The project remains on schedule for completion by November 30, 2021. September 2021: Construction activities are underway. Due to procurement and material delays, the project will not be completed until November 30, 2021. August 2021: Construction activities are underway; however, the September 30, 2021 completion date may be impacted due to trenching activities and a lack of construction materials May 2021: The design of the project has been approved by the State Fire Marshall, as of April 26, 2021. Construction is targeted to be completed by 9/30/21. FPCM has organized several conference calls including CCWF staff to review siting options for the walk alone yards adjacent to the Central Health Services Building. Siting considerations include providing secure fencing, appropriate distance from building and allowing the existing patio to be utilized by other inmate-patients. Concurrence on the scope occurred in December 2020; the resulting design schedule will target approval by the State Fire Marshal by June 1, 2021. A construction schedule will be developed at that time. |
| CSP-COR Renovations | 10/3/2019 | 4/30/2021 | | S. Harris | July 2021: Complete. As of April 2021, the temporary remediation to escort patients to ASU for yard is underway. The durable solution involving construction of a small management yard in the CTC yard will be requested to be included in the FY 2022/23 budget. May 2021: The Suicide Prevention Coordinator assigned to Region 3 will observe this process during site visits to COR to ensure that patients are able to utilize these walk alone yards. COR is currently utilizing ASU walk alone yards and escorts patients from the MHCB to this location. The construction of walk alone yards adjacent to the CTC remains in the initial phases. |
| WSP Renovations | 12/1/2018 | 3/1/2019 | | A. Cairns | Complete; a walk alone yard has been placed in the CTC yard to meet yard needs for ASU and max security patients in the CTC. |
| SOL MHCB Deficiencies | 8/1/2020 | 9/1/2020 | 9/1/2020 | B. Perlmutter | July 2021: Complete. As of September 2020, the mental health supervisors have completed their performance improvement project associated with this deficiency. No further action is required at this time. A workgroup convened to identify root causes of the identified problems in the MHCB related to 114As and out-of-cell time. |
| LAC MHCB Deficiencies | 7/1/2020 | Ongoing | 1/8/2020 | J. Walsh | May 2021: The Suicide Prevention Coordinator assigned to Region 3 will continue to monitor the MHCB during regularly scheduled site visits to ensure patients are being given access to property and privileges and that documentation by the treatment team clearly reflects property access. Training for clinicians in the MHCB related to issuance of property and privileges commenced in July 2020. The MHCB supervisor audits orders placed for patients to ensure they are appropriate and allow for property and privileges commensurate with the patient's clinical presentation. |
| SATF MHCB Deficiencies | 12/1/2019 | | 1/8/2020 | J. Choy | Complete; SATF established clarification language in their MHCB operating procedure outlining the requirements for phone call provisions for patients receiving treatment in the MHCB. |
| **Recommendation 32: CQI** | | 6/30/2022 | | T. Williams / A. Lambert | |
| Refinement of CQI - Suicide Prevention Tool and Report Templates | 1/8/2021 | 6/30/2022 | | T. Williams / A. Lambert | February 2022: CDCR recognizes that continuous quality improvement for suicide prevention requires multiple layers of oversight. At the institutional level, as part of the SPRFIT Reboot Project (see recommendation 31) a self-assessment tool is under development and is currently being tested with the 4 pilot institutions. It is anticipated this self-assessment tool will be finalized simultaneously with the larger SPRFIT Reboot project, by 6/30/2022. At the regional/statewide level, the suicide prevention coordinators for each region regularly complete site visits to all institutions that mimic an official Lindsay Hayes site visit. At the outcome of these tours a report is created with findings and any recommendations or corrective action that the institution must act upon to come into compliance with any deficiencies noted. Given these regional suicide prevention coordinator positions are relatively new, we are continuing to refine the language in these reports and align methodology of audits with those of Mr. Hayes when he conducts his visits. It is anticipated that these reports, as well as a finalized template for ongoing visits to institutions, based upon the size and scope of their mental health mission will be completed by 6/30/2022. January 2022: Training on conducting CQIT, to include the Suicide Prevention items, will be completed in Q1 of 2022 and tours will start shortly thereafter, dependent upon COVID outbreaks at the institutions December 2021: No status changes at this time. It remains directly linked to recommendation 31. As that item shifts, this item will also shift. November 2021: No status changes at this time. October 2021: No status changes at this time. September 2021: Upon further review, and in consultation with the OSM, Defendants are revising this item to document that full and final roll out of this item is inextricably tied to the SPRFIT Reboot project outlined in Recommendation 31 above. Given this analysis, the revised completion is being moved to 2/28/2022. It should be noted that the development of the manual self-assessment tool for use at the local level is actively being utilized by the 4 test institutions in the SPRFIT Reboot trial implementation. The full CQIT contains all 19 suicide prevention indicators, as identified by Mr. Hayes, to be used at the regional/statewide level. May 2021: A manual self-assessment tool has been developed as an interim tool to be utilized until a more fully automated tool can be finalized. CDCR continues to work to finalize the template of the CQI-Suicide Prevention tool. Work to complete the language to present to the OSM is underway and we will schedule consultation meetings with the OSM as we move closer to a complete draft. |
| Train Institutional Staff | 2/28/2021 | 6/30/2022 | | T. Williams / A. Lambert | February 2022: No status changes at this time. January 2022: No status changes at this time. December 2021: No status changes at this time. It remains directly linked to recommendation 31. As that item shifts, this item will also shift. November 2021: No status changes at this time. October 2021: No status changes at this time. September 2021: As indicated in the above item, this is tied directly to the SPRFIT Reboot project. Training has been delivered to the 4 test institutions and the materials will be used for statewide implementation upon the conclusion of the SPRFIT Reboot project, currently slated for February 28, 2022. May 2021: Training for the SPRFIT Reboot test institutions is being delivered in May 2021. Upon completion of the draft, training will be scheduled with institutional staff to complete this report utilizing a guidebook, instructions, and template for completion. |

[1] Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2] A more detailed construction schedule is included at the end of this document

| Lead Person Roster | | |
|---|---|---|
| Name | | |
| Last | First | Agency |
| Borg | Dean | CDCR/FPC&M |
| Carda | Amber | CDCR/DCHCS - Mental Health |
| Ceballos | Laura | CDCR/DCHCS - Mental Health |
| Flores | Marcie | CCHCS/Nursing Services |
| Lambert | Annette | CCHCS/Quality Management |
| Mehta | Amar | CDCR/DCHCS - Mental Health |
| Williams | Sircoya | CDCR/DAI - MH Compliance Team |
| Williams | Travis | CDCR/DCHCS - Mental Health |

| Acronym List | |
|---|---|
| Term | Definition |
| ASU | Administrative Segregation Unit |
| CAL | Calipatria State Prison |
| CCHCS | California Correctional Health Care Services |
| CCI | California Correctional Institution |
| CCWF | Central California Women's Facility |
| CDCR | California Department of Corrections |
| CHCF | California Health Care Facility |
| CIW | California Institution for Women |
| CMC | California Men's Colony |
| CMF | California Medical Facility |
| CNE | Chief Nurse Executive |
| COR | California State Prison - Corcoran |
| CQI | Continuous Quality Improvement |
| CTC | Correctional Treatment Center |
| DAI | Division of Adult Institutions |
| EHRS | Electronic Health Record System |
| EIS | Enterprise Information Systems |
| FPCM | Facility Planning, Construction and Management Division |
| HCE | Health Care Executive |
| HDSP | High Desert State Prison |
| HQ | Headquarters |
| ISP | Ironwood State Prison |
| IST | In-Service Training |
| KVSP | Kern Valley State Prison |

[1] Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2] A more detailed construction schedule is included at the end of this document

| | |
|---|---|
| LAC | California State Prison - Los Angeles County |
| LMS | Learning Management System |
| LOP | Local Operating Procedure |
| MHCB | Mental Health Crisis Bed |
| OJT | On-the-Job Training |
| OSM | Office of the Special Master |
| OTPD | Office of Training and Professional Development |
| PT | Psychiatric Technician |
| PVSP | Pleasant Valley State Prison |
| QM | Quality Management |
| R&R | Receiving & Release |
| SATF | Substance Abuse Treatment Facility |
| SCC | Sierra Conservation Camp |
| SDU | Staff Development Unit |
| SMY | Small Management yard |
| SOL | California State Prison - Solano |
| SPRFIT | Suicide Prevention and Response Focused Improvement |
| SPRFIT-C | Suicide Prevention and Response Focused Improvement |
| SQ | San Quentin |
| SRASHE | Suicide Risk and Self Harm Evaluation |
| SRE | Suicide Risk Evaluation |
| SVSP | Salinas Valley State Prison |
| WSP | Wasco State Prison |

[1]Some start dates are estimated, given the amount of time CDCR has been working on some projects
[2]A more detailed construction schedule is included at the end of this document

**New Intake Cell Construction Schedules by Prison**

| Prison | Number of New Intake Cells | Projected Construction Start Date | Projected Construction Completion | Multiple Phases of Construction (Y/N)? |
|--------|------|------|------|------|
| CAL | 4 | 5/1/2021 | 11/1/2021 | N |
| KVSP | 2 | 5/1/2021 | 11/1/2021 | N |
| PVSP | 4 | 5/1/2021 | 11/1/2021 | N |
| SOL | 3 | 5/1/2021 | 11/1/2021 | N |
| | | | | |
| CHCF | 1 | 7/1/2021 | 1/1/2022 | N |
| CMF | 3 | 7/1/2021 | 1/1/2022 | N |
| ISP | 2 | 7/1/2021 | 1/1/2022 | N |
| SATF | 1 | 7/1/2021 | 1/1/2022 | N |
| SCC | 3 | 7/1/2021 | 1/1/2022 | N |
| | | | | |
| CCI | 8 | 5/1/2021 | 2/1/2022 | Y (2 Phases) |
| CCWF | 8 | 5/1/2021 | 2/1/2022 | Y (2 Phases) |
| HDSP | 10 | 5/1/2021 | 2/1/2022 | Y (2 Phases) |
| | | | | |
| SVSP | 4 | 7/1/2021 | 3/30/2022 | Y (2 Phases) |
| COR | 12 | 5/1/2021 | 3/30/2022 | Y (3 Phases) |

[1] Some start dates are estimated, given the amount of time CDCR has been working on some projects

[2] A more detailed construction schedule is included at the end of this document

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                      GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



March 16, 2022

Special Master Lopes
Pannone Lopes Deveraux and O'Gara LLC
Northwoods Office Park, Suite 215N
1201 Atwood Avenue
Johnston, RI 02919

VIA EMAIL

Dear Special Master Lopes,

I write to provide notice, in accordance with the May 27, 2021 minute order, that suicide prevention projects reported on Defendants' November 30, 2021 Implementation Schedule has been delayed. In the May 27th minute order, the court ordered that Defendants shall "notify the Special Master immediately whenever a determination is made that a [suicide prevention] project will be delayed and, not later than ten days after notice is provided to the Special Master, to file an activation schedule updated to reflect the new projected completion date." (Minute Order, ECF No. 71817.) The court granted Defendants' request to file an updated activation schedule on a monthly basis. (October 7, 2021 Status Minutes, ECF No. 7339.) The following projects have been delayed.

Recommendation 13: ASU Intake Cells.   The memo regarding governance of compliance with intake cell usage, previously estimated to be complete by March 30, 2022 will now be complete by April 25, 2022.  The memo announcing the change has been submitted to the labor union for their review which will not be completed until April 25, 2022 at the earliest.

Recommendation 17:  Safety Planning.  Field notification and training was due to be completed on March 31, 2022.  That due date is now May 31, 2022.  Following conversations with the Special Master's suicide prevention expert and CDCR's own assessment of the project, CDCR has incorporated feedback into the form.  However, additional time is needed to create a training that will enhance the clinical aspects of safety planning.

Recommendation 9:  SRE Mentoring Training.  Training delivery for mentors was originally scheduled to be completed by February 28, 2022.  However, significant modifications to the training were required as a result of the dry run and CDCR is undertaking a substantial overhaul.  The new estimated completion date is April 30, 2022.

Recommendation 32:   MHCB Privileges.   The CCWF renovations to their small

management yards in their crisis bed remain in progress.  The original completion date of March 31, 2022.  Plant operations staff report a new completion date of May 31, 2022.

These changes will be reflected in the revised activation schedule that will be filed at the end of March.


Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
JENNIFER NEILL
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001

March 30, 2022

Special Master Lopes
Pannone Lopes Deveraux and O'Gara LLC
Northwoods Office Park, Suite 215N
1201 Atwood Avenue
Johnston, RI 02919

VIA EMAIL

Dear Special Master Lopes,

I write to provide notice regarding a further delay to the suicide prevention activation schedules. On March 16, CDCR notified the Special Master of a delay in the completion of Recommendation 13 from March 30 to April 25. The April 25 date was based on an estimate for the labor union's review of the memo to the field that is required to complete Recommendation 13. The labor union's review of the memo will be completed by April 25 at the earliest and CDCR's circulation of the memo to the institutions will occur after that date, now estimated to be May 31, 2022. The updated activation schedules will reflect this revised completion date.

Sincerely,

*/s/ Sundeep Thind*

Sundeep Thind
Attorney
Office of Legal Affairs