ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO RESPOND TO THE MARCH 16, 2022 ORDER [ECF NO. 7502]**<br><br>Judge: Hon. Kimberly J. Mueller |

On March 16, 2022, the Court ordered the parties to "file either an amended stipulation and proposed order resolving the obstacle to court approval of their agreement or, in the alternative, a proposed schedule with page limits for supplemental briefing and submission of evidence relevant to resolution of the issue identified by this order." ECF No. 7502 at 2:22-3:2. The deadline to comply with the March 16, 2022 order runs on March 30, 2022. The parties have been meeting and conferring but require additional time to answer questions that could lead to resolution of this issue via amended stipulation.

Accordingly, the parties jointly request that the Court extend the deadline to respond to the March 16, 2022 Order by an additional 14 days, up to and including April 13, 2022.

**IT IS SO STIPULATED.**

DATED:  March 30, 2022				HANSON BRIDGETT LLP


By:	*/s Samantha Wolff*
	PAUL B. MELLO
	SAMANTHA D. WOLFF
	Attorneys for Defendants

DATED:  March 30, 2022				Rob Bonta

						Attorney General of California


					*/s/ Elise Thorn*
					Elise Thorn
					Deputy Attorney General
					*Attorneys for Defendants*

DATED:  March 30, 2022				Rosen Bien Galvan & Grunfeld LLP


					*/s/ Lisa Ells*
					LISA ELLS
					Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED:  March 30, 2022.

						CHIEF UNITED STATES DISTRICT JUDGE

18405980.1

-2- Case No. 2:90-CV-00520- KJM-DB STIP. AND ORDER EXT.