SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen Lehman & Feldberg LLP
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  Email: sballard@reichmanjorgensen.com
         kfalkenstien@reichmanjorgensen.com

BRIAN C. BARAN, State Bar No. 325939
Reichman Jorgensen Lehman & Feldberg LLP
  1909 K St. NW, Suite 800
  Washington, DC 20006
  Telephone: (202) 894-7310
  Fax: (650) 623-1449
  Email: bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor
Christopher Lipsey*

ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Namrata.Kotwani@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com

*Attorneys for Defendants*

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.**<br><br>  Plaintiffs,<br><br>   v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>  Defendants. | Case No. 2:90-cv-00520 KJM DB P<br><br>**STIPULATION AND ORDER STAYING DEADLINES FOR ADJUDICATING PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S CLAIM PENDING SETTLEMENT**<br><br>Judge:         Hon. Kimberly Mueller<br>Action Filed: April 23, 1990 |

On February 25, 2022, the Court issued an order referring the issues raised in Plaintiff-Intervenor Christopher Lipsey's claim in intervention to Chief Magistrate Judge Kendall Newman for mediation and extending the deadlines for adjudicating Lipsey's claim to allow time for the parties to explore settlement. *See* ECF No. 7478. That schedule calls for an April 29, 2022 fact discovery cutoff. *Id.* ¶ 1.

At a March 22, 2022 settlement conference, the parties reached an agreement in principle, "subject to submission of documents and approval by" the Court. ECF Nos. 7496, 7512. Defendants circulated a draft settlement agreement on April 5, 2022. Lipsey and Plaintiffs will need time to review the draft before it can be submitted for approval.

To allow time to finalize and seek the Court's approval for the settlement without unnecessarily expending additional resources on a claim that has settled in principle, the parties request that the Court vacate the deadlines set forth in the February 25, 2022 Stipulation and Order, ECF No. 7478, and all other pending discovery deadlines, including Lipsey's deadline to respond to Defendants' Interrogatories to Plaintiff-Intervenor Lipsey, Set Two. If the parties are unable to finalize a settlement or the Court disapproves the settlement, the parties will promptly propose a new schedule.

**IT IS STIPULATED AS FOLLOWS:**

The parties jointly stipulate and request that the Court order as follows:

1. The deadlines set forth in the February 25, 2022 Stipulation and Order, ECF No. 7478, as well as all other pending discovery deadlines, including Lipsey's deadline to respond to Defendants' Interrogatories to Plaintiff-Intervenor Lipsey, Set Two, are vacated.

2. If the parties have not finalized and submitted a settlement agreement for the Court's approval within forty-five days from the date of this order, the parties shall meet and confer and file within sixty days from the date of this order a joint statement proposing a new schedule for adjudication of Lipsey's claim.

3. If the Court enters an order denying approval of the settlement, the parties shall meet and confer and file within fourteen days of the entry of that order a joint statement proposing a new schedule for adjudication of Lipsey's claim.

4. In the event the parties are unable to agree to a new schedule should one be necessary under paragraphs 2 or 3, the parties shall submit a schedule that provides three weeks to respond to outstanding written discovery (including Defendants' Interrogatories to Plaintiff-Intervenor Lipsey, Set Two) and that otherwise tracks the time that was remaining as of February 25, 2022 for each deadline.

Dated: April 12, 2022                                    Respectfully submitted,

/s/ *Brian C. Baran*                                     /s/ *Namrata Kotwani* (as authorized on 4/11/22)

REICHMAN JORGENSEN                                       ROB BONTA
LEHMAN & FELDBERG LLP                                    Attorney General of California
Shawna L. Ballard (SBN 155188)                           DAMON MCCLAIN
Kate Falkenstien (SBN 313753)                            Supervising Deputy Attorney General
100 Marine Parkway, Suite 300
Redwood Shores, California 94065                         NAMRATA KOTWANI
Telephone: (650) 623-1401                                Deputy Attorney General
Fax: (650) 623-1449
sballard@reichmanjorgensen.com                           *Attorneys for Defendants*
kfalkenstien@reichmanjorgensen.com

REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
Brian C. Baran (SBN 325939)
1909 K St. NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Fax: (650) 623-1449
bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor*
*Christopher Lipsey*

**IT IS SO ORDERED.**

Dated: April 12, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

2

Stipulation and Order Staying Deadlines for Lipsey's Claim Pending Settlement
(2:90-cv-00520 KJM DB (PC))