| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**JOINT RESPONSE TO ORDERS OF MARCH 16 AND MARCH 30, 2022 RE: SUPERVISORY PSYCHIATRY STAFFING**<br><br>Judge: Hon. Kimberly J. Mueller |

18479730.4 [3894070.1]

1   Pursuant to the Court's Orders of March 16 and March 30, 2022, ECF Nos. 7502
2   and 7520, which deferred consideration of the Parties' Proposed Stipulation and Order
3   ("Stipulation") resolving Defendants' July 27, 2021 Motion to Modify their 2009 Staffing
4   Plan ("Motion"), ECF Nos. 7486 and 7250, the Parties hereby notify the Court (1) that
5   Defendants will be formally withdrawing the Motion, without prejudice, and (2) that the
6   Parties jointly withdraw the Stipulation.

7   The Parties further notify the Court that they have met and conferred at length on
8   the subject of Defendants' March 4, 2021 On-Site Psychiatry Supervisor Proposal
9   ("Proposal"), ECF No. 7250-3 at 2-3.  For a period of 18 months, Defendants intend to
10  continue implementing the criteria for allocating Chief Psychiatrist and Senior Psychiatrist
11  Supervisor positions contained in the Proposal, and Plaintiffs do not intend to seek
12  enforcement of the 1:50 ratio for Senior Psychiatrist Supervisors from the 2009 Staffing
13  Plan at issue in Defendants' July 27, 2021 Motion.  The purpose of this period is to engage
14  in information sharing and to evaluate the effects of the implementation of the allocations
15  identified in the Proposal.  At the end of the 18-month period, the parties intend to submit
16  either a stipulation or a proposed briefing schedule to address any disagreements regarding
17  the allocations for psychiatric supervisors.

18  The Parties do not anticipate any need for further court intervention on the subject
19  of Defendants' March 4, 2021 Proposal during the 18-month period.  The period shall end
20  after 18 months or the date on which Defendants materially alter the allocation criteria
21  contained in their Proposal, whichever is earlier.  Defendants shall notify Plaintiffs'
22  counsel and the Special Master in advance of altering the allocation criteria in the
23  Proposal.  At the end of the period, the parties may meet and confer and enter into a new
24  agreement, or either party may seek further relief from the Court as appropriate.

| | | |
|---|---|---|
| 1 | DATED: April 13, 2022 | Respectfully submitted, |
| 2 | | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 4 | | By: /s/ Alexander Gourse |
| 5 | | Alexander Gourse |
| 6 | | Attorneys for Plaintiffs |
| 9 | DATED: April 13, 2022 | HANSON BRIDGETT LLP |
| 11 | | By: /s/ Samantha Wolff |
| 12 | | Paul B. Mello<br>Samantha Wolff |
| 13 | | Attorneys for Defendants |
| 17 | Dated: April 13, 2022 | Rob Bonta<br>Attorney General of California |
| 18 | | /s/ Elise Thorn |
| 19 | | Elise Thorn<br>Deputy Attorney General<br>*Attorneys for Defendants* |

18479730.4 [3894070.1]

3

JOINT RESPONSE TO ORDERS OF MARCH 16 AND MARCH 30, 2022 RE: SUPERVISORY PSYCHIATRY STAFFING