1    ROB BONTA, State Bar No. 202668
Attorney General of California
2    MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
3    DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
4    ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
5    Deputy Attorneys General
1300 I Street, Suite 125
6    P.O. Box 944255
Sacramento, CA 94244-2550
7    Telephone: (916) 210-7318
Fax: (916) 324-5205
8    E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
   1676 N. California Boulevard, Suite 620
   Walnut Creek, CA 94596
   Telephone: (925) 746-8460
   Fax: (925) 746-8490
   E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

9

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

14

15   **RALPH COLEMAN, et al.,**                    2:90-cv-00520 KJM-DB (PC)

                                    Plaintiffs,    **NOTICE OF WITHDRAWAL OF**
16                                                 **DEFENDANTS' MOTION TO MODIFY**
                                                   **THE 2009 STAFFING PLAN AS IT**
17           **v.**                                **RELATES TO ON-SITE PSYCHIATRIC**
                                                   **SUPERVISORS [ECF No. 7250]**
18   **GAVIN NEWSOM, et al.,**

                                    Defendants.
19

20

21

22

23

24

25

26

27

28

                                           1

18477766.1

1    On July 27, 2021, Defendants filed their Motion to Modify the 2009 Staffing Plan as it

2  Relates to On-Site Psychiatric Supervisors. ECF No. 7250. In light of the parties' ongoing efforts

3  to informally resolve this dispute, Defendants now file this Notice to inform the Court that they

4  are formally withdrawing their Motion to Modify the 2009 Staffing Plan as it Relates to On-Site

5  Psychiatric Supervisors, without prejudice.

6

7    Dated: April 13, 2022                                    Respectfully submitted,

8                                                              ROB BONTA
                                                               Attorney General of California
9                                                              DAMON MCCLAIN
                                                               Supervising Deputy Attorney General
10

11                                                             s/ *Elise Owens Thorn*
                                                               ELISE OWENS THORN
12                                                             Deputy Attorney General
                                                               *Attorneys for Defendants*
13

14                                                             HANSON BRIDGETT LLP

15                                                             s/ *Samantha D. Wolff*
                                                               PAUL B. MELLO
16                                                             SAMANTHA D. WOLFF
                                                               LAUREL E. O'CONNOR
17                                                             DAVID C. CASARRUBIAS
                                                               *Attorneys for Defendants*
18

19

20

21

22

23

24

25

26

27

28

Notice of Withdrawal of Defendants' Motion to Modify the 2009 Staffing Plan (2:90-cv-00520 KJM-DB (PC))

18477766.1