**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814**

RALPH COLEMAN, ET AL.,
         Plaintiff

    v.                            **CASE NO. 2:90–CV–00520–KJM–DB**

J. CLARK KELSO, ET AL.,
         Defendant

     You are hereby notified that a Notice of Appeal was filed on **April 18, 2022** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

April 19, 2022

**KEITH HOLLAND
CLERK OF COURT**

**by:** /s/ K. Yin _____

      Deputy Clerk