Shawna L. Ballard, State Bar No. 155188
Kate Falkenstien, State Bar No. 313753
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  Email:  sballard@reichmanjorgensen.com
          kfalkenstien@reichmanjorgensen.com

Brian C. Baran, State Bar No. 325939
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
  1909 K St. NW, Suite 800
  Washington, DC 20006
  Telephone: (202) 894-7310
  Fax: (650) 623-1449
  Email:  bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.** | Case No. 2:90-cv-00520 KJM DB P |
| Plaintiffs, | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| v. | Judge:  Hon. Kimberly Mueller |
| **GAVIN NEWSOM, et al.,** | Action Filed:  April 23, 1990 |
| Defendants. | |

1 | **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2 |     **Please take notice** that the Washington, DC office of Reichman Jorgensen Lehman &

3 | Feldberg LLP, counsel for Plaintiff-Intervenor Christopher Lipsey, has moved to the following

4 | address:

5 |     REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
    1909 K St. NW, Suite 800
6 |     Washington, DC 20006

7 |     All other contact information remains the same.

8 |

9 | Dated: April 20, 2022            Respectfully submitted,

10 |                                     */s/ Brian C. Baran*

11 |                                     REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
12 |                                     Shawna L. Ballard (SBN 155188)
                                    Kate Falkenstien (SBN 313753)
13 |                                     100 Marine Parkway, Suite 300
                                    Redwood Shores, California 94065
14 |                                     Telephone: (650) 623-1401
                                    Fax: (650) 623-1449
15 |                                     sballard@reichmanjorgensen.com
                                    kfalkenstien@reichmanjorgensen.com

16 |                                     REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
                                    Brian C. Baran (SBN 325939)
17 |                                     1909 K St. NW, Suite 800
                                    Washington, DC 20006
18 |                                     Telephone: (202) 894-7310
                                    Fax: (650) 623-1449
19 |                                     bbaran@reichmanjorgensen.com

20 |                                     *Attorneys for Plaintiff-Intervenor Christopher Lipsey*

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |