Rob A. Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-4431
  Fax: (415) 703-5843
  E-mail: Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                       Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                       Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO MEET AND CONFER REQUIRED UNDER THE FEBRUARY 15 ORDER [ECF NO. 7462]**<br><br>Judge: The Hon. Kimberly J. Mueller |

[3905252.1]

1

Stip. And Order Extending Deadline to Meet and Confer (2:90-cv-00520 KJM-DB (PC))

On February 15, 2022, the Court ordered the parties to meet and confer for thirty days concerning disputes over any remaining departures that had been reported in the parties' monthly joint report addressing COVID-19 departures from the Program Guide. (ECF No. 7462.)  In addition, the Court ordered the parties to seek leave to file a motion concerning any disputes that remained unresolved within fourteen (14) days of the expiration of the thirty-day meet and confer period.  (*Id.*)  Subsequently, the parties stipulated to extend the thirty-day deadline imposed by the February 15 order to April 18, 2022, which was approved by this Court.  (ECF No. 7503.)  The 14-day period to seek leave to file a motion concerning any outstanding disputes expires today, May 2, 2022.  The parties have met and conferred but require additional time to resolve concerns regarding policies that provide for COVID-19 departures from the Program Guide.

Accordingly, the parties jointly request that the Court extend the deadline to meet and confer by twenty-one (21) days to May 23, 2022.

**IT IS SO STIPULATED**.

Dated:  May 2, 2022

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

**/s/ *Namrata Kotwani***
NAMRATA KOTWANI
DEPUTY ATTORNEY GENERAL
*ATTORNEYS FOR DEFENDANTS*

Dated:  May 2, 2022

HANSON BRIDGETT LLP

**/s/ *Samantha D. Wolff***
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated:  May 2, 2022

ROSEN BIEN GALVAN & GRUNFELD LLP

**/s/ *Jessica Winter***
JESSICA WINTER
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: May 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[3905252.1]