| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone:  (916) 210-7318<br>  Fax:  (916) 324-5205<br>  E-mail:  Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>LAUREL E. O'CONNOR, SBN 305478<br>DAVID C. CASARRUBIAS, SBN 321994<br>1676 N. CALIFORNIA BLVD., SUITE 620<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE:   925-746-8460<br>FACSIMILE:   925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>       Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**NOTICE AND ORDER OF SUBSTITUTION OF ATTORNEY**<br><br>Judge:    Hon. Kimberly J. Mueller<br><br>Local Rule 182(g) |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**: PLEASE TAKE NOTICE that Roman Silberfeld, Glenn Danas, and Robins Kaplan LLP, are no longer attorneys of record in the above entitled action.

DATED: May 10, 2022                                ROBINS KAPLAN LLP

                                By:    *s/ Roman Silberfeld*
                                        ROMAN SILBERFELD
                                        GLENN DANAS

    PLEASE TAKE FURTHER NOTICE that the Attorney General's Office and Hanson Bridgett LLP, whose names and addresses are listed in the above caption, will continue to appear

in this action as attorneys of record for Defendants Gavin Newsom, et al., and respectfully request that Robins Kaplan LLP, and Messrs. Silberfeld and Danas be removed from the Court's electronic mailing list for this case, and all papers in connection with this action no longer be served upon them.

DATED: May 10, 2022

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: _____*s/ Elise Owens Thorn*_____
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: May 10, 2022

HANSON BRIDGETT LLP

By: _____*s/ Paul B. Mello*_____
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
*Attorneys for Defendants*

DATED: May 10, 2022

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, OFFICE OF LEGAL AFFAIRS

By: _____*s/ Melissa Bentz*_____
MELISSA BENTZ
*On behalf of Defendants Gavin Newsom, et al.*

**IT IS SO ORDERED.**

DATED: May ___, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE