UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of March 2022.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

> Pannone Lopes Devereaux & O'Gara LLC
> Attn: Matthew A. Lopes, Jr., Esq., Special Master
> Northwoods Office Park, Suite 215N
> 1301 Atwood Avenue
> Johnston, RI  02919

the amount of $1,003,211.69 as payment of the statement attached to this order; and

1

2. A copy of this order shall be served on the financial department of this court.

Dated: May 11, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole22.mar

| | |
|---|---|
| RALPH COLEMAN, et al., | : |
|    Plaintiffs, | : |
| | :    No. Civ. S-90-0520 LKK JFM P |
|    v. | : |
| | : |
| EDMUND G. BROWN, JR., et al. | : |
|    Defendants. | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through March 31, 2022.

Matthew A. Lopes, Jr., Special Master
    Services                                 $24,584.00
    Disbursements                   $46,798.91

                    Total amount due              $71,382.91

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                                 $52,899.00
    Disbursements                   $     0.00

                    Total amount due              $52,899.00

Kerry F. Walsh, J.D., Deputy Special Master
    Services                                 $35,479.00
    Disbursements                   $     0.00

                    Total amount due              $35,479.00

Kristina M. Hector, J.D.
    Services                                 $42,300.00
    Disbursements                   $     0.00

                    Total amount due              $42,300.00

Steven W. Raffa, J.D.
    Services                                 $43,975.50
    Disbursements                   $     0.00

                    Total amount due              $43,975.50

Regina M. Costa, MSW., J.D.
    Services                                 $43,218.50
    Disbursements                   $     0.00

                    Total amount due              $43,218.50

```
LaTri-c-ea McClendon-Hunt, J.D.
     Services                              $39,696.00
     Disbursements                         $      0.00

                       Total amount due               $39,696.00

Michael F. Ryan, Jr.
     Services                              $41,768.50
     Disbursements                         $      0.00

                       Total amount due               $41,768.50

Michael A. Milas
     Services                              $35,745.50
     Disbursements                         $      0.00

                       Total amount due               $35,745.50

Mario R. McClain, Jr.
     Services                              $40,152.00
     Disbursements                         $      0.00
                       Total amount due               $40,152.00

Rachel Gribbin
     Services                              $10,564.00
     Disbursements                         $      0.00

                       Total amount due               $10,564.00

Lana L. Lopez
     Services                              $36,518.00
     Disbursements                         $      0.00

                       Total amount due               $36,518.00

Sofia A. Millham
     Services                              $31,155.00
     Disbursements                         $      0.00

                       Total amount due               $31,155.00

Kerry C. Hughes, M.D.
     Services                              $13,137.00
     Disbursements                         $  1,879.91

                       Total amount due               $15,016.91
```

Jeffrey L. Metzner, M.D.
    Services                                $35,190.00
    Disbursements                 $ 4,144.79

                    Total amount due               $39,334.79

Mary Perrien, Ph.D.
    Services                                $15,749.00
    Disbursements                 $ 3,026.94

                    Total amount due               $18,775.94

Patricia M. Williams, J.D.
    Services                                $45,392.50
    Disbursements                 $ 4,245.89

                    Total amount due               $49,638.39

Henry A. Dlugacz, MSW, J.D.
    Services                                $27,655.00
    Disbursements                 $ 1,719.65

                    Total amount due               $29,374.65

Lindsay M. Hayes
    Services                                $28,240.00
    Disbursements                 $ 3,326.76

                    Total amount due               $31,566.76

Timothy A. Rougeux
    Services                                $23,475.00
    Disbursements                 $ 1,624.14

                    Total amount due               $25,099.14

Cynthia A. Radavsky, M.Ed
    Services                                $11,428.50
    Disbursements                 $ 3,473.44

                    Total amount due               $14,901.94

Maria Masotta, Psy.D.
    Services                                $25,073.00
    Disbursements                 $ 4,205.85

                    Total amount due               $29,278.85

Karen Rea PHN, MSN, FNP
    Services                                $27,062.63
    Disbursements                $       0.00

                  Total amount due               $27,062.63

James F. DeGroot, Ph.D.
    Services                                $10,725.00
    Disbursements                $       0.00

                  Total amount due               $10,725.00

Brian J. Main, Psy.D.
    Services                                $36,037.00
    Disbursements                $ 2,796.31

                  Total amount due               $38,833.31

Sharen Barboza, PhD.
    Services                                $29,787.00
    Disbursements                $ 3,630.10

                  Total amount due               $33,417.10

Daniel F. Potter, PhD.
    Services                                $48,800.00
    Disbursements                $       0.00

                  Total amount due               $48,800.00

Brett L. Johnson, M.D.
    Services                                $41,350.97
    Disbursements                $ 2,127.46

                  Total amount due               $43,478.43

Alberto F. Caton
    Services                                $10,147.10
    Disbursements                $     213.95

                  Total amount due               $10,361.05

Marcus R. Patterson, PsyD.
    Services                                $10,215.00
    Disbursements                $ 2,477.89

                  Total amount due               $12,692.89

**TOTAL AMOUNT TO BE REIMBURSED**　　　　　　　　　　$1,003,211.69

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master