| CAED 435 (Rev. 03/15) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | **DUE DATE:** |

PLEASE Read Instruction Page (attached):

| 1. YOUR NAME<br>Chan Phan | 2. EMAIL<br>chan@attorneytanya.com | 3. PHONE NUMBER<br>415-545-8608 | 4. DATE<br>5/12/22 |
|---|---|---|---|
| 5. MAILING ADDRESS<br>825 Van Ness Avenue, Ste. 502 | | 6. CITY<br>San Francisco | 7. STATE  CA    8. ZIP CODE  94109 |
| 9. CASE NUMBER<br>2:90-cv-00520-KJM-DB | 10. JUDGE<br>Kimberly Mueller | DATES OF PROCEEDINGS | |
| | | 11. FROM 10/15/2019 | 12. TO 10/22/2019 |
| 13. CASE NAME  Ralph Coleman v. Gavin Newson | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**
- ☐ APPEAL No. _____
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Evidentiary Hearing Day 1 | 10/15/2019 | Jennifer Coulthard |
| ☐ OPENING STATEMENTS | | | Evidentiary Hearing Day 2 | 10/16/2019 | Jennifer Coulthard |
| ☐ CLOSING ARGUMENTS | | | Evidentiary Hearing Day 3 | 10/22/2019 | Jennifer Coulthard |
| ☐ JURY INSTRUCTIONS | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☑ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE  *Chan Phan* (signature)

20. DATE  5/12/2022

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |