# TRANSCRIPT ORDER

CAED 435 (Rev. 03/15)
United States District Court, Eastern District of California

FOR COURT USE ONLY
DUE DATE:

PLEASE Read Instruction Page (attached):

| | | | |
|---|---|---|---|
| 1. YOUR NAME: Chan Phan | 2. EMAIL: chan@attorneytanya.com | 3. PHONE NUMBER: 415-545-8608 | 4. DATE: 5/12/22 |
| 5. MAILING ADDRESS: 825 Van Ness Avenue, Ste. 502 | 6. CITY: San Francisco | 7. STATE: CA | 8. ZIP CODE: 94109 |
| 9. CASE NUMBER: 2:90-cv-00520-KJM-DB | 10. JUDGE: Kimberly Mueller | DATES OF PROCEEDINGS — 11. FROM: 10/17/2018 | 12. TO: 6/10/2019 |
| 13. CASE NAME: Ralph Coleman v. Gavin Newson | | LOCATION OF PROCEEDINGS — 14. CITY: Sacramento | 15. STATE: CA |

16. ORDER FOR
- [ ] APPEAL No. ____
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Status Conference | 10/17/2018 | Kacy Barajas |
| ☐ OPENING STATEMENTS | | | Status Conference | 11/5/2018 | Kacy Barajas |
| ☐ CLOSING ARGUMENTS | | | Status Conference | 6/10/2019 | Kacy Barajas |
| ☐ JURY INSTRUCTIONS | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE: *Chan Phan*

PROCESSED BY

20. DATE: 5/12/2022

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |