1  MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
2  LISA ELLS – 243657
   ROSEN BIEN GALVAN &
3  GRUNFELD LLP
   101 Mission Street, Sixth Floor
4  San Francisco, California  94105-1738
   Telephone:   (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

10  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,

  v.

GAVIN NEWSOM, et al.,

      Defendants.

Case No. 2:90-cv-00520-KJM-DB

**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2021**

Judge:  Hon. Deborah Barnes

[3879076.1]

STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2021

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2021 to Defendants via e-mail on February 14, 2022. The parties completed their meet and confer process on March 18, 2022. The parties have resolved all disputes regarding fees and costs for the Fourth Quarter of 2021, with an agreement to reduce claimed amounts to a total of $877,926.19 calculated at a rate of $232.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $877,926.19 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from March 17, 2022 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED:  March 23, 2022

/s/ Elise Thorn
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  March 23, 2022

/s/ Lisa Ells
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED

Dated:  May 17, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[3879076.1]

1
STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2021