# Exhibit A

## ACTIVATION SCHEDULE

## INDICATOR STATUS – REPORT A

| # | INDICATOR | INITIAL DOCUMENTATION PREPARATION | | DOCUMENTATION REVIEWED WITH STAKEHOLDERS (VALIDATION) | | DOCUMENTATION UPDATED AND APPROVED BY MH | | INDICATOR PROGRAMMING | | INDICATOR TESTING (VERIFICATION) | | REMEDIATED (Y/N) | STATUS/COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Begin Date | Completion Date | Begin Date | Completion Date | Begin Date | Completion Date | Begin Date | Completion Date | Begin Date | Completion Date | | |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |

# ACTIVATION SCHEDULE

# QUARTERLY REMEDIATION PROGRESS – REPORT B

| | INITIAL DOCUMENTATION PREPARATION | | | | DOCUMENTATION REVIEWED WITH STAKEHOLDERS (VALIDATION) | | | | DOCUMENTATION UPDATED AND APPROVED BY MH | | | | INDICATOR PROGRAMING | | | | INDICATOR TESTING (VERIFICATION) | | | | TOTAL # INDICATORS REMEDIATED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Started | | Completed | | Started | | Completed | | Started | | Completed | | Started | | Completed | | Started | | Completed | | |
| Date | Planned | Actual | Planned | Actual | Planned | Actual | Planned | Actual | Planned | Actual | Planned | Actual | Planned | Actual | Planned | Actual | Planned | Actual | Planned | Actual | |
| 1/1/2022 | | | | | | | | | | | | | | | | | | | | | |
| 4/1/2022 | | | | | | | | | | | | | | | | | | | | | |
| 7/1/2022 | | | | | | | | | | | | | | | | | | | | | |
| 10/1/2022 | | | | | | | | | | | | | | | | | | | | | |
| 1/1/2023 | | | | | | | | | | | | | | | | | | | | | |
| 4/1/2023 | | | | | | | | | | | | | | | | | | | | | |
| 7/1/2023 | | | | | | | | | | | | | | | | | | | | | |
| 10/1/2023 | | | | | | | | | | | | | | | | | | | | | |
| 1/1/2024 | | | | | | | | | | | | | | | | | | | | | |