# Exhibit B

**DISPUTE RESOLUTION**

I.    <u>Process</u>

1.    <u>STEP ONE</u>: Discuss all indicators on the provisional list, subject to a final decision on the CQIT key indicator list, in BRMR and endeavor to resolve all disputes during the time allotted for discussion of that indicator, which generally should be two weeks.

    a.    Methodological issues should be addressed in the BRMR/QAC process and only move through dispute resolution as a last resort.

    b.    When the Special Master team, plaintiffs, and defendants agree on an indicator but also agree that the policy measured by the indicator must be modified or clarified to align with the indicator, the policy modification will be completed on a parallel track to data remediation. The policy revision will not delay the data remediation process.

    c.    Requests for a new policy should move to the meet and confer process.

    d.    Any request by the parties for a new indicator (not including a reasonable modification to an existing one) shall be sent to the Special Master for his consideration prior to his draft 29th Round Monitoring Report being sent to the parties.

    e.    For all other types of disputes, the dispute will be resolved through the dispute resolution process outlined below.  No new or settled disputes about an indicator, shall be raised after the BRMR process is complete except in the case when an indicator was revised after the BRMR and the dispute involves that revision, or under extraordinary, changed circumstances and the dispute stems from those circumstances; in the latter instance, the dispute shall be brought directly to the Special Master and Secretary for resolution.

2.    <u>STEP TWO</u>: Move to dispute resolution process: If after two weeks' discussion in the BRMR/QAC, disagreements remain among the Special Master's team, defendants, and plaintiffs concerning the interpretation of a policy/indicator and/or the intended scope of a policy/indicator, and the Special Master's team determines that resolution of the disagreement is needed for remediation to proceed, the indicator will be put on hold and the disagreement will be referred to the First Level Review Team:

    a.    *First Level Review Team* (Mental Health Program Deputy Director, Undersecretary of Health Care Services, the Special Master and/or the Special Master's designated experts, defendants' counsel, plaintiffs' counsel, and the minimal number of subject matter experts necessary)

1

       i.      The First Level Review Team will be afforded **two weeks** to resolve the disagreement; if resolution cannot be reached within two weeks, the disagreement will be referred to the Second Level Review team.

b.    *Second Level Review Team* (Secretary, Special Master, and whomever else either deems necessary)

       i.      The second level review team will be afforded **two** weeks to resolve the dispute.

       ii.     If the dispute is not resolved within two weeks, it will move to Step Three.

3.    <u>STEP THREE</u>

a.    The Special Master will make a recommendation to resolve the dispute and report his recommendations in a written report to the Court.

b.    The parties will have thirty days to file a motion objecting to the Special Master's report.