FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPRRE (SBN: 158105)
MARTIN H. DODD (SBN: 104363)
JAIME G. TOUCHSTONE (SBN: 233187)
601 Montgomery Street, Suite 333
San Francisco, California 94111
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
Email: jdupree@fddcm.com
Email: mdodd@fddcm.com
Email: jtouchstone@fddcm.com

*Attorneys for Receiver*
J. Clark Kelso

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., <br>     *Plaintiffs*, <br>   v. <br> GAVIN NEWSOM, et al., <br>     *Defendants*. | Case No. C01-1351-JST |
| RALPH COLEMAN, et al., <br>     *Plaintiffs*, <br>   v. <br> GAVIN NEWSOM, et al., <br>     *Defendants*. | Case No. CIV-S-90-0520-KJM-DB |
| JOHN ARMSTRONG, et al., <br>     *Plaintiffs*, <br>   v. <br> GAVIN NEWSOM, et al., <br>     *Defendants*. | Case No. C94-2307-CW |

**NOTICE OF FILING OF RECEIVER'S
FIFIETH TRI-ANNUAL REPORT**

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

NOTICE OF FILING OF RECEIVER'S FIFIETH TRI-ANNUAL REPORT
U.S.D.C. N. DIST. Case No.: C01-1351-JST, C94-2307-CW;  E. DIST. Case No.: CIV-S-90-0520-KJM-DB

PLEASE TAKE NOTICE that Receiver J. Clark Kelso has filed herewith his Fifieth Tri-Annual Report in *Plata, et al. v. Newsom., et al.*, Case No. C01-1351-JST; *Coleman, et al. v. Newsom, et al.* Case No. CIV-S-90-0520-KJM-DB; and *Armstrong, et al. v. Newsom, et al.* Case No. C94-2307-CW.

Dated:  June 1, 2022

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

By:  /s/ Jamie L. Dupree
Jamie L. Dupree
Attorneys for Receiver J. Clark Kelso

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

NOTICE OF FILING OF RECEIVER'S FIFIETH TRI-ANNUAL REPORT
U.S.D.C. N. DIST. Case No.: C01-1351-JST, C94-2307-CW;  E. DIST. Case No.: CIV-S-90-0520-KJM-DB