# TABLE OF APPENDICES

1     Primary Care Provider Vacancy and Coverage Report – May 2, 2022

2     CPR Financial Statements – January through April 2022