# APPENDIX 1

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**
Primary Care Provider Vacancy / Coverage Report
May 02, 2022

| Institution | Total Authorized Positions at Institutions | Telemedicine Positions Redirected from Institutions | Total Authorized Positions | Filled with PCP Onsite (No Telemed) | % Filled by Civil Service Onsite | Civil Service Vacancies Onsite | TM Budgeted by Institution | Telemedicine Coverage | % Filled by Civil Service & Telemedicine | Civil Service Vacancies | Filled with Registry (FTE) | Total % Filled | Net Adjusted Vacancies | Candidates in Pipeline | Pending Civil Service Hires | Registry Open Orders | Pending Registry Hires | Projected Fill Rate w/ Pending Hires |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 8.50 | 0.00 | 8.50 | 6.00 | 70.59% | 2.50 | 0.00 | 0.00 | 70.59% | 2.50 | 1.00 | 82.35% | 1.50 | 1.00 | 2.00 | - | - | 105.88% |
| CAC | 4.00 | 0.00 | 4.00 | 4.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | - | - | - | - | 100.00% |
| CAL | 5.50 | 0.00 | 5.50 | 5.50 | 100.00% | 0.00 | 0.00 | 1.00 | 118.18% | (1.00) | 0.00 | 118.18% | (1.00) | - | - | - | - | 118.18% |
| CCC | 3.00 | 1.00 | 4.00 | 1.00 | 33.33% | 2.00 | 2.00 | 1.00 | 100.00% | 0.00 | 1.00 | 125.00% | (1.00) | - | - | 1.00 | 1.00 | 150.00% |
| CCI | 8.00 | 0.00 | 8.00 | 7.50 | 93.75% | 0.50 | 0.00 | 1.00 | 106.25% | (0.50) | 0.50 | 112.50% | (1.00) | - | - | - | - | 112.50% |
| CCWF | 10.00 | 0.00 | 10.00 | 10.50 | 105.00% | (0.50) | 0.00 | 0.00 | 105.00% | (0.50) | 0.80 | 113.00% | (1.30) | - | - | 1.60 | - | 113.00% |
| CEN | 5.00 | 1.00 | 6.00 | 3.00 | 60.00% | 2.00 | 0.00 | 3.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | - | - | - | - | 100.00% |
| CHCF | 36.00 | 1.00 | 37.00 | 35.00 | 97.22% | 1.00 | 0.00 | 0.00 | 94.59% | 2.00 | 2.25 | 100.68% | (0.25) | 1.00 | 1.00 | - | - | 103.38% |
| CHCF-PIP | 0.00 | 0.00 | 0.00 | 0.00 | n/a | 0.00 | 0.00 | 0.00 | n/a | 0.00 | 0.00 | n/a | 0.00 | - | - | - | - | n/a |
| CIM | 13.50 | 0.00 | 13.50 | 17.00 | 125.93% | (3.50) | 0.00 | 0.00 | 125.93% | (3.50) | 0.00 | 125.93% | (3.50) | - | - | - | - | 125.93% |
| CIW | 7.00 | 0.00 | 7.00 | 6.00 | 85.71% | 1.00 | 0.00 | 0.00 | 85.71% | 1.00 | 0.00 | 85.71% | 1.00 | - | - | 1.00 | - | 85.71% |
| CMC | 12.00 | 0.00 | 12.00 | 9.50 | 79.17% | 2.50 | 0.00 | 3.00 | 104.17% | (0.50) | 0.00 | 104.17% | (0.50) | - | 1.00 | 2.00 | - | 112.50% |
| CMF | 15.00 | 0.00 | 15.00 | 13.00 | 86.67% | 2.00 | 0.00 | 0.00 | 86.67% | 2.00 | 3.00 | 106.67% | (1.00) | - | 3.00 | - | - | 126.67% |
| CMF-PIP | 7.50 | 0.00 | 7.50 | 7.00 | 93.33% | 0.50 | 0.00 | 0.00 | 93.33% | 0.50 | 1.00 | 106.67% | (0.50) | - | - | - | - | 106.67% |
| COR | 11.00 | 1.00 | 12.00 | 8.00 | 72.73% | 3.00 | 0.00 | 2.00 | 83.33% | 2.00 | 1.00 | 91.67% | 1.00 | 5.00 | - | - | - | 91.67% |
| CRC | 7.00 | 0.00 | 7.00 | 4.00 | 57.14% | 3.00 | 0.00 | 0.00 | 57.14% | 3.00 | 2.00 | 85.71% | 1.00 | - | 1.00 | 1.00 | - | 100.00% |
| CTF | 10.00 | 2.00 | 12.00 | 10.00 | 100.00% | 0.00 | 0.00 | 2.00 | 100.00% | 0.00 | 1.00 | 108.33% | (1.00) | - | 1.00 | - | - | 116.67% |
| CVSP | 5.50 | 0.50 | 6.00 | 1.50 | 27.27% | 4.00 | 1.00 | 1.00 | 58.33% | 2.50 | 0.00 | 58.33% | 2.50 | 1.00 | 1.00 | 2.00 | - | 75.00% |
| FSP | 8.50 | 0.00 | 8.50 | 8.00 | 94.12% | 0.50 | 0.00 | 0.00 | 94.12% | 0.50 | 0.00 | 94.12% | 0.50 | 6.00 | - | - | - | 94.12% |
| HDSP | 6.50 | 1.00 | 7.50 | 2.00 | 30.77% | 4.50 | 0.00 | 1.00 | 40.00% | 4.50 | 2.25 | 70.00% | 2.25 | 2.00 | 1.00 | 2.00 | - | 83.33% |
| ISP | 2.00 | 3.00 | 5.00 | 2.00 | 100.00% | 0.00 | 0.00 | 2.00 | 80.00% | 1.00 | 1.00 | 100.00% | 0.00 | - | - | - | - | 100.00% |
| KVSP | 8.00 | 1.00 | 9.00 | 6.00 | 75.00% | 2.00 | 0.00 | 3.60 | 106.67% | (0.60) | 0.00 | 106.67% | (0.60) | - | - | 1.00 | 0.75 | 115.00% |
| LAC | 10.00 | 0.00 | 10.00 | 10.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 1.00 | 110.00% | (1.00) | - | - | 2.00 | 2.00 | 130.00% |
| MCSP | 17.00 | 0.00 | 17.00 | 16.00 | 94.12% | 1.00 | 0.00 | 0.00 | 94.12% | 1.00 | 0.00 | 94.12% | 1.00 | - | 1.00 | - | - | 100.00% |
| NKSP | 10.00 | 1.00 | 11.00 | 10.00 | 100.00% | 0.00 | 0.00 | 0.00 | 90.91% | 1.00 | 0.00 | 90.91% | 1.00 | - | - | - | - | 90.91% |
| PBSP | 4.50 | 1.00 | 5.50 | 2.00 | 44.44% | 2.50 | 0.00 | 1.40 | 61.82% | 2.10 | 2.00 | 98.18% | 0.10 | 1.00 | - | - | - | 98.18% |
| PVSP | 6.00 | 0.00 | 6.00 | 4.00 | 66.67% | 2.00 | 0.00 | 1.00 | 83.33% | 1.00 | 0.00 | 83.33% | 1.00 | - | - | 1.00 | - | 83.33% |
| RJD | 15.50 | 0.00 | 15.50 | 16.00 | 103.23% | (0.50) | 0.00 | 0.00 | 103.23% | (0.50) | 0.00 | 103.23% | (0.50) | - | - | - | - | 103.23% |
| SAC | 6.50 | 1.00 | 7.50 | 6.00 | 92.31% | 0.50 | 0.00 | 1.00 | 93.33% | 0.50 | 1.00 | 106.67% | (0.50) | 4.00 | 1.00 | - | - | 120.00% |
| SATF | 13.00 | 2.50 | 15.50 | 13.00 | 100.00% | 0.00 | 0.00 | 3.00 | 103.23% | (0.50) | 1.00 | 109.68% | (1.50) | - | - | 2.00 | - | 109.68% |
| SCC | 5.50 | 1.00 | 6.50 | 6.00 | 109.09% | (0.50) | 0.00 | 0.00 | 92.31% | 0.50 | 0.00 | 92.31% | 0.50 | - | - | 1.00 | 1.00 | 107.69% |
| SOL | 9.50 | 1.00 | 10.50 | 8.00 | 84.21% | 1.50 | 0.00 | 1.00 | 85.71% | 1.50 | 0.00 | 85.71% | 1.50 | 2.00 | - | 0.75 | - | 85.71% |
| SQ | 12.00 | 1.00 | 13.00 | 12.40 | 103.33% | (0.40) | 0.00 | 2.00 | 110.77% | (1.40) | 0.00 | 110.77% | (1.40) | - | - | - | - | 110.77% |
| SVSP | 8.20 | 1.00 | 9.20 | 4.00 | 48.78% | 4.20 | 0.00 | 2.60 | 71.74% | 2.60 | 2.60 | 100.00% | 0.00 | - | 1.00 | 2.00 | 1.00 | 121.74% |
| SVSP-PIP | 3.30 | 0.00 | 3.30 | 1.00 | 30.30% | 2.30 | 0.00 | 0.00 | 30.30% | 2.30 | 2.00 | 90.91% | 0.30 | - | - | - | - | 90.91% |
| VSP | 8.00 | 2.00 | 10.00 | 6.00 | 75.00% | 2.00 | 0.00 | 1.00 | 70.00% | 3.00 | 3.60 | 106.00% | (0.60) | - | - | - | - | 106.00% |
| WSP | 9.50 | 1.50 | 11.00 | 10.00 | 105.26% | (0.50) | 0.00 | 1.00 | 100.00% | 0.00 | 2.00 | 118.18% | (2.00) | - | - | - | - | 118.18% |
| TOTALS | 332.00 | 24.50 | 356.50 | 290.90 | 87.62% | 41.10 | 3.00 | 34.60 | 92.15% | 28.00 | 32.00 | 101.12% | (4.00) | 23.00 | 14.00 | 20.35 | 5.75 | 106.66% |

| Compliance | # by Civil Service Onsite | # by Civil Service & Telemed | # by Civil Service, Telemed, & Registry | # of Pending Civil Service Hires | # of Pending Registry Hires | Projected # if Candidates and Registry Hired |
|---|---|---|---|---|---|---|
| ≥ 90% | 19.00 | 22.00 | 29.00 | 9.00 | 5.75 | 31.00 |
| 80% - 90% | 3.00 | 6.00 | 5.00 | 3.00 | 0.00 | 4.00 |
| < 80% | 14.00 | 8.00 | 2.00 | 2.00 | 0.00 | 1.00 |
| n/a | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |

19 Delegated Institutions
13 Institutions Receiving 15% Pay Differential