# APPENDIX 2

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
**Discussion and Analysis of Unaudited Financial Statements**
**For the Period July 1, 2021 through April 30, 2022**

The April 30, 2022 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB) and include a Statement of Net Assets and General Fund Balance (Balance Sheet) and a Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance (Revenues and Expenses). In lieu of comparing net asset and operating activities to prior period amounts, operating activities are compared to budget.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the ten months ended April 30, 2022, shows a total difference of $2,550,396 or 37.5% variance under budget. One line item or activity in the statement account for the difference. Professional fees were $2,637,272 or 46.3% under budget.

No Capital assets have been purchased during the first six months of the Fiscal year.

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended
April 30, 2022

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $151,687 | $ - | $ 151,687 |
| Due From Special Deposit Fund | $500,000 | | $500,000 |
| Prepaid items | $10,407 | - | 10,407 |
| | 662,094 | - | 662,094 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $ 662,094 | - | $ 662,094 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 238,102 | - | 238,102 |
| Accrued salaries and benefits | 51,079 | - | 51,079 |
| Other accrued expenses | 264,912 | | 264,912 |
| Compensated absences | 0 | $118,116 | 118,116 |
| Total liabilities | $ 554,093 | $ 118,116 | $ 672,209 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 10,407 | (10,407) | - |
| Unreserved, undesignated | 97,594 | (97,594) | - |
| Total fund balance | 108,001 | (108,001) | - |
| Total liabilities and fund balance | $ 662,094 | | |
| **Net Position:** | | | |
| Unrestricted | | (10,118) | (10,118) |
| **Total Net Position** | | $ (10,118) | $ (10,118) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended
April 30, 2022

| | General Fund | Adjustments | Statement of Activities |
|---|---:|---:|---:|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 4,250,000 | - | $ 4,250,000 |
| General revenues: | | | |
| Investment earnings | 0 | - | - |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 4,250,000 | - | 4,250,000 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 1,067,901 | 4,466 | 1,072,367 |
| Legal and professional services | 3,054,558 | - | 3,054,558 |
| Travel | 12,760 | - | 12,760 |
| Insurance | 17,063 | - | 17,063 |
| Other | 102,122 | - | 102,122 |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 4,254,404 | 4,466 | 4,258,870 |
| Change in fund balance/net position | (4,404) | (4,466) | (8,870) |
| Fund balance/net position - July 1, 2021 | 112,402 | ($113,650) | (1,248) |
| Fund balance/net position - April 30, 2022 | $ 107,998 | $ (118,116) | $ (10,118) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended
April 30, 2022

| | Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| Revenues: | | | |
| State of California appropriation to Receivership | $6,804,800 | $4,250,000 | $ (2,554,800) |
| Investment earnings | $0 | $0 | - |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $6,804,800 | $4,250,000 | (2,554,800) |
| | | | |
| Expenditures: | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 1,062,970 | 1,067,901 | (4,931) |
| Legal and professional services | 5,691,830 | 3,054,558 | 2,637,272 |
| Travel | 15,000 | 12,760 | 2,240 |
| Office expenses | 2,000 | 1,538 | 462 |
| Insurance | 18,000 | 17,063 | 937 |
| Other | 15,000 | $100,583 | (85,583) |
| Capital outlay | - | - | - |
| | | | |
| Total expenditures | 6,804,800 | 4,254,404 | 2,550,396 |
| | | | |
| Change in fund balance | $ - | (4,404) | $ (4,404) |

Fund balance - July 1, 2021                    112,402

Fund balance April 30, 2022                $   107,998

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine months ended
March 31, 2022

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $282,856 | $ - | $ 282,856 |
| Due From Special Deposit Fund | $0 | | $0 |
| Prepaid items | $12,358 | - | 12,358 |
| | 295,214 | - | 295,214 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $ 295,214 | - | $ 295,214 |
| | | | |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 177,582 | - | 177,582 |
| Accrued salaries and benefits | 51,079 | - | 51,079 |
| Other accrued expenses | 225,233 | | 225,233 |
| Compensated absences | 0 | $118,116 | 118,116 |
| Total liabilities | $ 453,894 | $ 118,116 | $ 572,010 |
| | | | |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 12,358 | (12,358) | - |
| Unreserved, undesignated | (171,038) | 171,038 | - |
| Total fund balance | (158,680) | 158,680 | - |
| Total liabilities and fund balance | $ 295,214 | | |
| | | | |
| **Net Position:** | | | |
| Unrestricted | | (276,798) | (276,798) |
| **Total Net Position** | | $ (276,798) | $ (276,798) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine months ended
March 31, 2022

|  | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 3,400,000 | - | $ 3,400,000 |
| General revenues: | | | |
| Investment earnings | 0 | - | - |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 3,400,000 | - | 3,400,000 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 968,372 | 4,466 | 972,838 |
| Legal and professional services | 2,575,046 | - | 2,575,046 |
| Travel | 10,753 | - | 10,753 |
| Insurance | 15,312 | - | 15,312 |
| Other | 101,602 | - | 101,602 |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 3,671,084 | 4,466 | 3,675,550 |
| Change in fund balance/net position | (271,084) | (4,466) | (275,550) |
| Fund balance/net position - July 1, 2021 | 112,402 | ($113,650) | (1,248) |
| Fund balance/net position - March 31, 2022 | $ (158,682) | $ (118,116) | $ (276,798) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine months ended
March 31, 2022

| | Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $6,124,320 | $3,400,000 | $ (2,724,320) |
| Investment earnings | $0 | $0 | - |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $6,124,320 | $3,400,000 | (2,724,320) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 956,673 | 968,372 | (11,699) |
| Legal and professional services | 5,122,647 | 2,575,046 | 2,547,601 |
| Travel | 13,500 | 10,753 | 2,747 |
| Office expenses | 1,800 | 1,478 | 322 |
| Insurance | 16,200 | 15,312 | 888 |
| Other | 13,500 | $100,124 | (86,624) |
| Capital outlay | - | - | - |
| Total expenditures | 6,124,320 | 3,671,084 | 2,453,236 |
| **Change in fund balance** | $ - | (271,084) | $ (271,084) |

| | | |
|---|---|---|
| Fund balance - July 1, 2021 | | 112,402 |
| Fund balance March 31, 2022 | | $ (158,682) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended
February 28, 2022

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $74,030 | $            - | $        74,030 |
| Due From Special Deposit Fund | $0 | | $0 |
| Prepaid items | $14,310 | - | 14,310 |
| | 88,340 | - | 88,340 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $        88,340 | - | $        88,340 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 122,728 | - | 122,728 |
| Accrued salaries and benefits | 51,079 | - | 51,079 |
| Other accrued expenses | 103,336 | | 103,336 |
| Compensated absences | 0 | $118,116 | 118,116 |
| Total liabilities | $      277,143 | $      118,116 | $      395,259 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 14,310 | (14,310) | - |
| Unreserved, undesignated | (203,113) | 203,113 | - |
| Total fund balance | (188,803) | 188,803 | - |
| Total liabilities and fund balance | $        88,340 | | |
| **Net Position:** | | | |
| Unrestricted | | (306,923) | (306,923) |
| **Total Net Position** | | $     (306,923) | $     (306,923) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended
February 28, 2022

| | General Fund | Adjustments | Statement of Activities |
|---|---:|---:|---:|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 3,000,000 | - | $ 3,000,000 |
| General revenues: | | | |
| Investment earnings | 0 | - | - |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 3,000,000 | - | 3,000,000 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 876,129 | 4,466 | 880,595 |
| Legal and professional services | 2,299,889 | - | 2,299,889 |
| Travel | 10,753 | - | 10,753 |
| Insurance | 13,560 | - | 13,560 |
| Other | 100,878 | - | 100,878 |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 3,301,209 | 4,466 | 3,305,675 |
| Change in fund balance/net position | (301,209) | (4,466) | (305,675) |
| Fund balance/net position - July 1, 2021 | 112,402 | ($113,650) | (1,248) |
| Fund balance/net position - February 28, 2022 | $ (188,807) | $ (118,116) | $ (306,923) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended
February 28, 2022

|  | Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| Revenues: |  |  |  |
| State of California appropriation to Receivership | $5,443,840 | $3,000,000 | $ (2,443,840) |
| Investment earnings | $0 | $0 | - |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $5,443,840 | $3,000,000 | (2,443,840) |
| Expenditures: |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | 850,376 | 876,129 | (25,753) |
| Legal and professional services | 4,553,464 | 2,299,889 | 2,253,575 |
| Travel | 12,000 | 10,753 | 1,247 |
| Office expenses | 1,600 | 1,220 | 380 |
| Insurance | 14,400 | 13,560 | 840 |
| Other | 12,000 | $99,658 | (87,658) |
| Capital outlay | - | - | - |
| Total expenditures | 5,443,840 | 3,301,209 | 2,142,631 |
| Change in fund balance | $ - | (301,209) | $ (301,209) |

| Fund balance - July 1, 2021 | 112,402 |
|---|---|
| Fund balance February 28, 2022 | $ (188,807) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**

Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the seven months ended
January 31, 2022

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $53,777 | $           - | $        53,777 |
| Due From Special Deposit Fund | $0 | | $0 |
| Prepaid items | $16,262 | - | 16,262 |
| | 70,039 | - | 70,039 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $         70,039 | - | $        70,039 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 194,708 | - | 194,708 |
| Accrued salaries and benefits | 51,079 | - | 51,079 |
| Other accrued expenses | 176,935 | | 176,935 |
| Compensated absences | 0 | $113,650 | 113,650 |
| Total liabilities | $        422,722 | $        113,650 | $        536,372 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 16,262 | (16,262) | - |
| Unreserved, undesignated | (368,945) | 368,945 | - |
| Total fund balance | (352,683) | 352,683 | - |
| Total liabilities and fund balance | $         70,039 | | |
| **Net Position:** | | | |
| Unrestricted | | (466,336) | (466,336) |
| **Total Net Position** | | $        (466,336) | $        (466,336) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the seven months ended
January 31, 2022

|  | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 2,550,000 | - | $ 2,550,000 |
| General revenues: | | | |
| Investment earnings | 0 | - | - |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 2,550,000 | - | 2,550,000 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 735,915 | - | 735,915 |
| Legal and professional services | 2,157,568 | - | 2,157,568 |
| Travel | 9,473 | - | 9,473 |
| Insurance | 11,808 | - | 11,808 |
| Other | 100,323 | - | 100,323 |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 3,015,088 | - | 3,015,088 |
| Change in fund balance/net position | (465,088) | - | (465,088) |
| Fund balance/net position - July 1, 2021 | 112,402 | ($113,650) | (1,248) |
| Fund balance/net position - January 31, 2022 | $ (352,686) | $ (113,650) | $ (466,336) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the seven months ended
January 31, 2022

|  | Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** |  |  |  |
| State of California appropriation to Receivership | $4,763,360 | $2,550,000 | $ (2,213,360) |
| Investment earnings | $0 | $0 | - |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $4,763,360 | $2,550,000 | (2,213,360) |
| **Expenditures:** |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | 744,079 | 735,915 | 8,164 |
| Legal and professional services | 3,984,281 | 2,157,568 | 1,826,713 |
| Travel | 10,500 | 9,473 | 1,027 |
| Office expenses | 1,400 | 1,127 | 273 |
| Insurance | 12,600 | 11,808 | 792 |
| Other | 10,500 | $99,196 | (88,696) |
| Capital outlay | - | - | - |
| Total expenditures | 4,763,360 | 3,015,088 | 1,748,272 |
| Change in fund balance | $ - | (465,088) | $ (465,088) |

| | |
|---|---|
| Fund balance - July 1, 2021 | 112,402 |
| Fund balance January 31, 2022 | $ (352,686) |