DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO THE MAY 17, 2022 SPECIAL MASTER'S MONITORING REPORT ON THE MENTAL HEALTH INPATIENT CARE PROGRAMS**<br><br>Judge: Hon. Kimberly J. Mueller |

On May 27, 2022, Defendants filed objections to the May 17, 2022 Special Master's Twenty-Ninth Round Monitoring Report – Part A: Special Master's Monitoring Report on the Psychiatric Inpatient Programs for Mental Health Patients of the California Department of Corrections and Rehabilitation, ECF No. 7555 ("2022 Special Master's Inpatient Report"). *See* Defs.' Objections to 2022 Special Master's Inpatient Report, ECF No. 7559 (May 27, 2022).

The Order of Reference emphasizes the importance of Plaintiffs' input in the remedial process. *See* Order of Reference, ECF No. 640 at 2-3 (Dec. 11, 1995). Accordingly, Plaintiffs request that the Court grant leave to Plaintiffs to respond to Defendants' objections. Defendants argue, in part, that the Court decline to adopt the Special Master's recommendations because of salary increases that CDCR implemented on May 1, 2022 for mental health clinicians in its Psychiatric Inpatient Programs ("PIPs"). But Defendants' arguments do not address whether additional measures are necessary or appropriate to remedy the seriously deficient staffing levels in the Lift and Shift PIPs. Plaintiffs seek an opportunity to address these new developments and demonstrate why Defendants' objections to the Special Master's recommendations lack merit and why an Order adopting the recommendations would not violate the Prison Litigation Reform Act.

Accordingly, Plaintiffs request that the Court grant five (5) days, until June 10, 2022, for Plaintiffs to respond to Defendants' objections.

DATED: June 3, 2022         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Cara E. Trapani*
     Cara E. Trapani

Attorneys for Plaintiffs

[3925467.1]

1

Case No. 2:90-CV-00520-KJM-DB

PLS.' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFS.' OBJECTIONS TO THE 05-17-2022 SPECIAL MASTER'S MONITORING REPORT ON THE MENTAL HEALTH INPATIENT CARE PROGRAMS