UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On March 5, 2021, the Special Master filed his Twenty-Eighth Round Monitoring Report (hereafter Report) ECF No. 7074. By order filed July 14, 2021, the court directed the Special Master to, within fourteen days,

> file an addendum to the Twenty-Eighth Round Monitoring Report that (a) clarifies the method used to calculate the telepsychiatry vacancy rate reported in the Twenty-Eighth Round Monitoring Report; and (b) clarifies what documentation his team requested for verification of custody and mental health staff training required by the custody mental health partnership plan that defendants did not provide, either in initial uploads or with their response to the draft Report, and also makes such additional modifications to the Report, if any, that may be required in connection with this clarification.

July 14, 2021 Order, ECF No. 7229, at 8. Except as specifically noted in the order, the court overruled defendants' objections to the Twenty-Eighth Round Monitoring Report and signaled it anticipated "adopting the Twenty-Eighth Round Monitoring Report as supplemented." *Id*.

/////

On July 28, 2021, the Special Master filed the required addendum. ECF No. 7251. As required, the addendum (a) clarifies the method used in the Twenty-Eighth Round Monitoring Report to calculate the telepsychiatry vacancy rate reported there; and (b) clarifies what documentation requested by his team to verify custody and mental health staff training required by the custody mental partnership plan was not provided by defendants. With respect to the clarification provided for category (b), the Special Master concluded it was not necessary to revise the Twenty-Eighth Round Monitoring Report. ECF No. 7251 at 8.

Consistent with this court's July 14, 2021 order, ECF No. 7229, and good cause appearing, IT IS HEREBY ORDERED that the Special Master's Twenty-Eighth Round Monitoring Report, ECF No. 7074, is adopted as supplemented by the July 28, 2021 addendum thereto, ECF No. 7251.

DATED: June 8, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE