SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen Lehman & Feldberg LLP
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone:  (650) 623-1401
  Fax:  (650) 623-1449
  Email: sballard@reichmanjorgensen.com
         kfalkenstien@reichmanjorgensen.com

BRIAN C. BARAN, State Bar No. 325939
Reichman Jorgensen Lehman & Feldberg LLP
  1909 K St. NW, Suite 800
  Washington, DC 20006
  Telephone:  (202) 894-7310
  Fax:  (650) 623-1449
  Email:  bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor
Christopher Lipsey*

ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7318
  Fax:  (916) 324-5205
  E-mail:  Namrata.Kotwani@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
DAVID C. CASARRUBIAS, State Bar No. 321994
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone:  (925) 746-8460
  Fax:  (925) 746-8490
  E-mail:  PMello@hansonbridgett.com

*Attorneys for Defendants*

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM DB P<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO PROPOSE A NEW SCHEDULE FOR PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S CLAIM IN INTERVENTION**<br><br>Judge:　　　Hon. Kimberly Mueller<br>Action Filed:　April 23, 1990 |

On April 13, 2022, the Court entered a Stipulation and Order vacating the deadlines for adjudicating Plaintiff-Intervenor Christopher Lipsey's claim to allow time for the parties to finalize and seek the Court's approval for settlement. ECF No. 7525. That order provided that if the parties had not finalized and submitted a settlement agreement for the Court's approval within forty-five days of the order, the parties were to propose a new schedule within sixty days of the Court's order. *Id.* ¶ 2.

The parties have exchanged several drafts and are actively working to finalize a settlement agreement and submit it for the Court's approval. Accordingly, the parties request that the Court extend the time to either submit a proposed settlement agreement or to propose a new schedule.

**IT IS STIPULATED AS FOLLOWS:**

The parties jointly stipulate and request that the Court order as follows:

1. The deadlines set forth in Paragraph 2 of the April 13, 2022 Stipulation and Order, ECF No. 7525, are extended. If the parties have not finalized and submitted a settlement agreement for the Court's approval by July 15, 2022, the parties shall meet and confer and file by July 29, 2022 a joint statement proposing a new schedule for adjudication of Lipsey's claim.

2. All other provisions of the April 13, 2022 Stipulation and Order remain in effect.

Dated: June 13, 2022                           Respectfully submitted,

/s/ *Brian C. Baran*                           /s/ *Namrata Kotwani* (as authorized on 6/13/22)

REICHMAN JORGENSEN                             ROB BONTA
LEHMAN & FELDBERG LLP                          Attorney General of California
Shawna L. Ballard (SBN 155188)                 DAMON MCCLAIN
Kate Falkenstien (SBN 313753)                  Supervising Deputy Attorney General
100 Marine Parkway, Suite 300
Redwood Shores, California 94065               NAMRATA KOTWANI
Telephone: (650) 623-1401                      Deputy Attorney General
Fax: (650) 623-1449
sballard@reichmanjorgensen.com                 *Attorneys for Defendants*
kfalkenstien@reichmanjorgensen.com

1

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Brian C. Baran (SBN 325939)
1909 K St. NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Fax: (650) 623-1449
bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

**IT IS SO ORDERED.**

Dated: _____       _____

                                                                 KIMBERLY J. MUELLER
                                                                 CHIEF UNITED STATES DISTRICT JUDGE

2

Stipulation and [Proposed] Order Extending Deadline to Propose a New Schedule for Lipsey's Claim
(2:90-cv-00520 KJM DB (PC))