1   ROB BONTA
    Attorney General of California
2   MONICA N. ANDERSON
    Senior Assistant Attorney General
3   DAMON G. MCCLAIN - 209508
    Supervising Deputy Attorney General
4   IRAM HASAN - 320802
    Deputy Attorney General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
6    Telephone: (415) 510-3793
     Fax: (415) 703-5480
7    E-mail: Iram.Hasan@doj.ca.gov
    *Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF – 240280
 425 Market Street, 26th Floor
 San Francisco, CA 94015
 Telephone: (415) 777-3200
 Facsimile: (415) 541-9366
 E-mail: pmello@hansonbridgett.com
*Attorneys for Defendants*

8

9                IN THE UNITED STATES DISTRICT COURTS

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11          AND THE NORTHERN DISTRICT OF CALIFORNIA

12      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

13      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

14

15   **RALPH COLEMAN, et al.,**                    Case No. 2:90-cv-00520-KJM-DB

16                              Plaintiffs,         **THREE-JUDGE COURT**

17   v.

18   **GAVIN NEWSOM, et al.,**

19                              Defendants.

20

21   **MARCIANO PLATA, et al.,**                   Case No. 4:01-cv-01351-JST

22                              Plaintiffs,         **THREE-JUDGE COURT**

23   v.

24                                                 **DEFENDANTS' JUNE 2022
                                                   QUARTERLY STATUS REPORT IN
     **GAVIN NEWSOM, et al.,**                     RESPONSE TO FEBRUARY 10, 2014
25                                                 AND MARCH 25, 2022 ORDERS**
                             Defendants.

26

27

28

1    The State submits this quarterly status report in response to this Court's February 10, 2014

2    order (ECF No. 2766/5060)[1] to reduce CDCR's adult prison population to 137.5 percent of

3    design capacity, and March 25, 2022 order reducing the frequency of these reports from monthly

4    to quarterly (ECF No. 3795/7515).  Exhibit A sets forth statewide and prison-specific population

5    data, including the current design capacity, population, and population as a percentage of design

6    capacity.  Exhibit B provides updates on population reduction measures, including those

7    Defendants implemented in response to the February 10, 2014 order, and the durability of those

8    measures.

9    As of June 8, 2022, 92,709 incarcerated people were housed in the State's adult

10   institutions, occupying approximately 113.1 percent of institutional design capacity.  (Ex. A.[2])

11   None[3] are housed in out-of-state facilities.

12   Defendants first informed this Court that CDCR's adult prison population was below the

13   137.5 percent population cap on February 17, 2015 (ECF No. 2838/5278), and have complied

14   with that cap for over seven years.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22

23   [1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.) and *Coleman v. Newsom*, No. 2:90-cv-00520-KJM-DB (E.D. Cal.).  Docket citations to this Court's orders cite to the docket number of *Plata* first, and *Coleman* second.

24

25   [2] The data in Exhibit A is taken from CDCR's June 8, 2022 weekly population report, available on CDCR's website at https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2022/06/Tpop1d220608.pdf.

26

27   [3] This statistic covers incarcerated people in out-of-state contract beds, and does not include those housed in other states under interstate compact agreements.

28

1  Dated:  June 15, 2022                ROB BONTA
                                        Attorney General of California
2

3                                       /s/ Iram Hasan
                                        DAMON G. MCCLAIN
4                                       Supervising Deputy Attorney General
                                        IRAM HASAN
5                                       Deputy Attorney General
                                        Attorneys for Defendants
6

7  Dated:  June 15, 2022                HANSON BRIDGETT LLP

8

9                                       /s/ Paul Mello
                                        PAUL B. MELLO
                                        SAMANTHA D. WOLFF
10                                      Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28