Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4431
  Fax:  (415) 703-5843
  E-mail:  Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone:  (925) 746-8460
  Fax:  (925) 746-8490
  E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) file the attached reports capturing data concerning patient census, waitlists, and compliance with transfer timelines for inpatient mental health care in compliance with the Court's October 13, 2015 order.  (ECF No. 5367.)  Attached are letters from CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's May 19, 2017 order (ECF No. 5610):  (1) DSH CDCR Patient Census and Waitlist Report (Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted May 1 Through May 31, 2022 Who Waited Beyond Program Guide Timelines (Exhibit B); (3) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as

1

1   of May 23, 2022 (Exhibit C); (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and

2   Waitlist Report as of May 23, 2022 (Exhibit D); (5) Psychiatric Inpatient Programs Census

3   Report as of 5/23/22 (Exhibit E); and (6) CDCR Inpatient Program Referrals: Compliance with

4   Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in

5   May 2022 (Exhibit F).

6        CDCR has identified an issue with the data reported in Exhibit C, CDCR Psychiatric

7   Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of May 23, 2022.

8   Because of a modification in how referrals are processed under conditions caused by the

9   COVID-19 pandemic, Exhibit C does not capture all of the patients waiting to be transferred to an

10  inpatient bed.  The attached letter describes the data-reporting issue caused by the change in the

11  referral process under COVID-19 conditions and provides the total number of inpatient referrals.

12       The current compliance report at Exhibit F shows that of the 144 patients admitted to

13  inpatient programs in May 2022, 54 transferred beyond Program Guide timelines as a result of

14  exceptions to the Program Guide, including delays related to COVID-19 and a delay related to an

15  administrative error.  As reflected in the attached letter from CDCR, CDCR continues to monitor

16  the inpatient transfer timelines and exceptions, and will continue to review this information with

17  the Special Master in Work Groups and with other stakeholders in various settings.

18                                    **CERTIFICATION**

19       Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

20  ECF No. 5367 and ECF No. 5610.

21   Dated: June 15, 2022                        Respectfully submitted,

22                                               ROB BONTA
                                                 Attorney General of California
23                                               DAMON MCCLAIN
                                                 Supervising Deputy Attorney General
24

25                                               /s/ *Namrata Kotwani*
                                                 Namrata Kotwani
26                                               Deputy Attorney General
                                                 *Attorneys for Defendants*
27

28

                                            2

State of California – Department of State Hospitals                    Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



June 15, 2022

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

The California Department of State Hospitals (DSH) submits its monthly information on
patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental
health care.

The DSH CDCR Patient Census and Waitlist Report as of May 31, 2022, attached as
Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients
Admitted May 1, 2021 through May 31, 2022 Who Waited Beyond Program Guide
Timelines, attached as Exhibit B, are based on data from the DSH Bed Utilization
Management Report.

The report attached as Exhibit A reflects data collected at a single point in time and, as a
result, should not be used for purposes outside of that report.  The report attached as
Exhibit B is the compliance report from DSH, which includes requested compliance data
for all DSH level of care referrals admitted to inpatient care in May 2022, for any inmate-
patient who waited beyond the timelines specified in the Mental Health Services Delivery
System Program Guide (2009 Revision) at 12-1-16.

June 15, 2022
Page Two

DSH records show that as of May 31, 2022, there were no patients waiting beyond Program Guide transfer timelines.  A supplemental report on DSH's pending waitlist, provided to the Special Master and Plaintiffs via e-mail, shows no patients were admitted to DSH in May 2022 beyond the thirty day timeline; one patient was on the waitlist for 32 days, as of May 31, 2022, due to a COVID-19 hold.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

# EXHIBIT A

State of California

GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION** Case 2:90-cv-00520-KJM-SCR    Document 7572    Filed 06/15/22    Page 6 of 25

Patient Management Unit
1215 O Street
Sacramento, CA 95814

**DSH CDCR Patient Census and Waitlist Report**

Data as of: 5/30/2022

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Total** | **-** | **1** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 96 | 0 | 0 | 0 | 160 | 1 | 0 | 2 | **3** |
| Coalinga | 50 | 12 | 0 | 0 | 0 | 38 | | | | |
| **Total** | **306** | **108** | **0** | **0** | **0** | **198** | **1** | **0** | **2** | **(Includes 1 Waiting >30 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 8 | 0 | 0 | 0 | 21 | 0 | 1 | 0 | **1** |
| **Total** | **30** | **8** | **0** | **0** | **0** | **21** | **0** | **1** | **0** | **(Includes 0 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

# EXHIBIT B

Patient Management Unit
1215 O Street
Sacramento, CA 95814



**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted May 1 through May 31, 2022 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[3]Including patients admitted in May 2022 who waited greater than 30 days from the referral received date to DSH for a change in level of care.

[4]Includes the total number of days patients admitted in May 2022 waited beyond 30 days from the referral received date to DSH for a change in level of care.

State of California

DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Patient Management Unit

1215 O Street

Sacramento, CA 95814

GAVIN NEWSOM, Governor

Case 2:90-cv-00520-KJM-SCR     Document 7572     Filed 06/15/22     Page 9 of 25



## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted May 1 through May 31, 2022 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| Total Number of Patients Waiting Over 30 Days | 0 | Total Number of Days All Patients | 0 | 0 | 0 | 0 | 0 | - |

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



June 14, 2022

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
       COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

      The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

      The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of May 23, 2022 (Exhibit C), the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of May 23, 2022 (Exhibit D), the Psychiatric Inpatient Programs Census Report as of 5/23/2022 (Exhibit E), and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in May 2022 (Exhibit F), are generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application.

      The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports. The reports attached as Exhibit F are compliance reports from CDCR, which include requested compliance data for all referrals admitted to inpatient care in May 2022, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

      As reported since July 15, 2021, as a result of the COVID-19 pandemic, CDCR changed its internal process for inpatient referrals. Prior to COVID, CDCR's Inpatient Referral Unit (IRU) sent all referrals to HCPOP as they were completed by Interdisciplinary Treatment Teams (IDTTs). However, the pandemic created a backlog in the processing of referrals. To address that backlog and to ensure that patient referrals with the highest acuity were processed as promptly as possible, the IRU triaged referrals. The triaging meant that HCPOP received most but not all referrals completed by IDTTs. Because Exhibit C, the CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of May 23, 2022, reports referrals received by HCPOP, the figures reported on HCPOP's Exhibit C do not reflect the total number of referrals, or those exceeding timeframes, at the time the report was generated. However, CDCR has been reporting the pending referrals not included on the HCPOP report each month since July 15, 2021. Exhibit C reports that as of May 23, 2022, 13 acute and 1 intermediate referral were waiting beyond Program Guide timeframes. However, CDCR's

June 14, 2022
Page Two

Inpatient Referral Unit reports 16 acute referrals and 1 intermediate referral beyond Program Guide timeframes as of the same date.

Although not reflected in CDCR's census and waitlist report and PIP census report at Exhibits C and E, the California Medical Facility's PIP is operating with nine beds offline due to pandemic-related staffing issues (psychiatry and nursing), and eight additional beds offline within dorm housing in order to achieve physical distancing.

CDCR continues to closely monitor the inpatient transfer timelines and exceptions reported in Exhibit F, the Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in May 2022 report. The report continues to list COVID-19 as the primary exception, reflecting the COVID-19 pandemic's continuing impact on CDCR's ability to complete transfers within Program Guide timelines. CDCR continuously evaluates the impact of different aspects of COVID-19. At the beginning of the pandemic, CDCR stopped movement of patients, with limited exceptions, in order to mitigate the spread of COVID amongst inmates and staff. In February 2021, as adequate testing and quarantine protocols were in place and the vaccine because widely available, CDCR began movement of PIP patients again. But by this time, CDCR's PIP waitlist had swelled to over 300 patients due to restricted movement caused by the pandemic. Although CDCR moved expeditiously to reduce the COVID backlog, that COVID backlog put tremendous stress on PIPs as they were forced to complete intakes at an increased rate while simultaneously continuing to mitigate COVID risk. During this time, CDCR also focused almost exclusively on admissions, diverting attention from utilization management and discharge. While PIPs normally intake and discharge patients at a predictable rate, this frontloading of admissions has slowed the rate of discharges, and thus inhibited CDCR's ability to admit patients at the same rates seen pre-COVID. At times, social distancing has also compounded these issues as have quarantines or isolation of PIP housing units during the numerous COVID-19 surges over the past few years. Social distancing, quarantine, and isolation reduce access to group treatment and extend the length of time patients will remain in inpatient beds.

While CDCR is working through the effects of COVID-19 described above, it will continue to track all exceptions in detail and will review this information with the Special Master in workgroups and with other stakeholders in various settings.

Sincerely,

/s/ *Steven Cartwright*
STEVEN CARTWRIGHT, Psy.D.
Assistant Deputy Director
Statewide Mental Health Program

17787917.1

# EXHIBIT C

**CDCR Psychiatric Inpatient Programs (PIP)**
**Coleman Patient Census and Waitlist Report as of May 23, 2022**

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 201 | 87 | 1 | 0 | 7 | 106 | | | | | |
| California Medical Facility (CMF) | 218 | 198 | 11 | 0 | 0 | 9 | | | | | |
| **Total** | **419** | **285** | **12** | **0** | **7** | **115** | **37** | **3** | **40** | **11** | |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 28 | 2 | 0 | 0 | 54 | | | | | |
| **Total** | **84** | **28** | **2** | **0** | **0** | **54** | **2** | **0** | **2** | | **0** |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 331 | 177 | 2 | 0 | 11 | 141 | | | | | |
| CMF Multi Cell | 68 | 42 | 3 | 0 | 0 | 23 | | | | | |
| CMF Single Cell | 94 | 65 | 4 | 0 | 0 | 25 | | | | | |
| SVSP Multi Cell | 44 | 27 | 3 | 0 | 0 | 14 | | | | | |
| SVSP Single Cell | 202 | 170 | 6 | 2 | 0 | 24 | | | | | |
| **Total** | **739** | **481** | **18** | **2** | **11** | **227** | **30** | **3** | **33** | | **1** |

| MALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CSP, San Quentin (Condemned) | 40 | 13 | 1 | 0 | 0 | 26 | | | | | |
| CSP, San Quentin (Non-Condemned) | N/A | 18 | 2 | 0 | 0 | -20 | | | | | |
| MH Flex Institutions(s)/Program(s)[6] | 12 | 10 | 0 | 2 | 0 | 0 | | | | | |
| **Total** | **52** | **41** | **3** | **2** | **0** | **6** | **3** | **0** | **3** | **2** | **0** |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 23 | 1 | 0 | 0 | 21 | | | | | |
| **Total** | **45** | **23** | **1** | **0** | **0** | **21** | **1** | **0** | **1** | **0** | **0** |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTALS - ALL PIPs** | **1339** | **858** | **36** | **4** | **18** | **423** | **73** | **6** | **79** | **13** | **1** |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient requiring APP or ICF level of care. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

[6] MH Beds flexed to Acute and/or ICF at insitutions that do not have a PIP program.

*There are 13 APP referrals, waiting greater than 10 days, that are pending an exception due to COVID-19.
**There is 1 ICF referral, waiting greater than 30 days, that is pending an exception due to COVID-19.

# EXHIBIT D

**CDCR Mental Health Crisis Bed**
***Coleman*** **Patient Census and Waitlist Report as of**
**May 23, 2022**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 397 | 270 | 16 | 111 | 11 | 11 | 0 |
| Female Programs | 41 | 7 | 0 | 34 | 0 | 0 | 0 |
| **Totals** | **438** | **277** | **16** | **145** | **11** | **11** | **0** |

# EXHIBIT E

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 05/23/2022**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 2 |
| | | Level I: | 8 |
| | | Level II: | 48 |
| | | Level III: | 26 |
| | | Level IV: | 114 |
| | | **Total Census:** | **198** |
| PIP-Stockton | 201 | No Score: | 2 |
| | | Level I: | 1 |
| | | Level II: | 24 |
| | | Level III: | 8 |
| | | Level IV: | 52 |
| | | **Total Census:** | **87** |
| **Totals for Male Acute** | **419** | | **285** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 331 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 29 |
| | | Level III: | 10 |
| | | Level IV: | 136 |
| | | **Total Census:** | **177** |
| | | *Total out of LRH:* | *55* |
| PIP-Vacaville | 94 | No Score: | 2 |
| | | Level I: | 2 |
| | | Level II: | 13 |
| | | Level III: | 9 |
| | | Level IV: | 39 |
| | | **Total Census:** | **65** |
| | | *Total out of LRH:* | *16* |
| PIP-Vacaville Multi-person Cells | 68 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 17 |
| | | Level III: | 5 |
| | | Level IV: | 19 |
| | | **Total Census:** | **42** |
| | | *Total out of LRH:* | *31* |
| PIP-Salinas Valley | 202 | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 27 |
| | | Level III: | 21 |
| | | Level IV: | 121 |
| | | **Total Census:** | **170** |
| | | PC 1370: | 13 |
| | | WIC 7301: | 2 |
| | | *Total out of LRH:* | *39* |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 05/23/2022**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 3 |
| | | Level III: | 5 |
| | | Level IV: | 18 |
| | | **Total Census:** | **27** |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *18* |
| **Totals for Male ICF High Custody** | **739** | | **481** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 9 |
| | | Level III: | 8 |
| | | Level IV: | 10 |
| | | **Total Census:** | **28** |
| | | *Total out of LRH:* | *9* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 9 |
| | | Level II: | 56 |
| | | Level III: | 9 |
| | | Level IV: | 23 |
| | | **Total Census:** | **97** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 8 |
| | | Level III: | 2 |
| | | Level IV: | 3 |
| | | **Total Census:** | **13** |
| **Totals for Male ICF Low Custody** | **390** | | **138** |
| **Male Programs** | | | |
| PIP-San Quentin | 40 | **Total Census:** | **13** |
| PIP-San Quentin Non-Condemned | N/A | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 1 |
| | | Level III: | 3 |
| | | Level IV: | 13 |
| | | **Total Census:** | **18** |
| MH Flex Institution(s)/ Program(s) | 12 | No Score: | 2 |
| | | Level I: | 1 |
| | | Level II: | 1 |
| | | Level III: | 0 |
| | | Level IV: | 6 |
| | | **Total Census:** | **10** |
| **Totals for Male ICF/Acute** | **52** | | **41** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 05/23/2022**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 5 |
| | | Level III: | 1 |
| | | Level IV: | 1 |
| | | **Total Census:** | **9** |
| PIP-California Institution for Women | 45 | No Score: | 4 |
| | | Level I: | 1 |
| | | Level II: | 5 |
| | | Level III: | 1 |
| | | Level IV: | 12 |
| | | **Total Census:** | **23** |
| | | *Total out of LRH:* | *5* |
| **Totals for Female ICF/Acute** | **75** | | **32** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1675** | | **977** |

❖ **Bed Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Program:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **MH Flex Institution(s)/Program(s):** MH beds flexed to Acute and/or ICF at institutions that do not have a PIP program.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# EXHIBIT F

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN MAY 2022 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 92 | 67 | 1 | 24 | 1 | 0 | 0 |
| Acute (APP) | 85 | 23 | 53 | 9 | 52 | 1 | 7 |
| TOTALS | 177 | 90 | 54 | 33 | 53 | 1 | 7 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).
[2] Exceptions to the Program Guide timeframes include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, patients on medical or Vitek holds and/or other approved operational circumstances.

**DETAIL OF APP OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date | HCPPOP Endorsement Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | SAC | | | MHCB | 5/13/2022 | 5/16/2022 | 5/25/2022 | Acute / preliminary Single Cell | 05/25/2022 | APP: CHCF | 05/25/2022 12:37 00 | APP: CHCF |
| APP | CMF | | | MHCB | 4/29/2022 | 5/13/2022 | 5/17/2022 | Acute / preliminary Locked Dorms | 05/13/2022 | APP: VPP | 05/17/2022 10:09 00 | APP: VPP |
| APP | NKSP | | | MHCB | 5/11/2022 | 5/12/2022 | 5/20/2022 | Acute / preliminary Locked Dorms | 05/20/2022 | APP: VPP | 05/20/2022 11:58 00 | APP: VPP |
| APP | SAC | | | MHCB | 5/12/2022 | 5/12/2022 | 5/20/2022 | Acute / preliminary Single Cell | 05/20/2022 | APP: CHCF | 05/20/2022 13:07 00 | APP: CHCF |
| APP | MCSP | | | MHCB | 5/11/2022 | 5/12/2022 | 5/20/2022 | Acute / preliminary Unlocked Dorms | 05/20/2022 | APP: VPP | 05/20/2022 11:16 00 | APP: VPP |
| APP | SAC | | | MHCB | 5/11/2022 | 5/11/2022 | 5/23/2022 | Acute / preliminary Single Cell | 05/23/2022 | APP: SQ | 05/23/2022 12:00 00 | APP: SQ |
| APP | CMF | | | MHCB | 5/10/2022 | 5/11/2022 | 5/19/2022 | Acute / preliminary Multi Person Cell | 05/19/2022 | APP: SQ | 05/19/2022 09:45 00 | APP: SQ |
| APP | COR | | | MHCB | 5/5/2022 | 5/10/2022 | 5/13/2022 | Acute / preliminary Unlocked Dorms | 05/13/2022 | APP: VPP | 05/13/2022 12:57 00 | APP: VPP |
| APP | RJD | | | MHCB | 5/6/2022 | 5/10/2022 | 5/13/2022 | Acute / preliminary Single Cell | 05/13/2022 | APP: VPP | 05/13/2022 15:31 00 | APP: VPP |
| APP | CIM | | | MHCB | 5/9/2022 | 5/10/2022 | 5/13/2022 | Acute / preliminary Unlocked Dorms | 05/13/2022 | APP: VPP | 05/13/2022 14:11 00 | APP: VPP |
| APP | CMF | | | MHCB | 5/6/2022 | 5/9/2022 | 5/13/2022 | Acute / preliminary Unlocked Dorms | 05/13/2022 | APP: VPP | 05/13/2022 11:42 00 | APP: VPP |
| APP | COR | | | MHCB | 5/6/2022 | 5/9/2022 | 5/13/2022 | Acute / preliminary Unlocked Dorms | 05/13/2022 | APP: VPP | 05/13/2022 14:19 00 | APP: VPP |
| APP | VSP | | | EOP-GP | 5/5/2022 | 5/6/2022 | 5/12/2022 | Acute / preliminary Unlocked Dorms | 05/12/2022 | APP: CHCF | 05/12/2022 12:29 00 | APP: CHCF |
| APP | COR | | | MHCB | 5/6/2022 | 5/6/2022 | 5/13/2022 | Acute / preliminary Single Cell | 05/13/2022 | APP: VPP | 05/13/2022 12:18 00 | APP: VPP |
| APP | SAC | | | MHCB | 4/29/2022 | 5/6/2022 | 5/12/2022 | Acute / preliminary Multi Person Cell | 05/12/2022 | APP: CHCF | 05/12/2022 10:08 00 | APP: CHCF |
| APP | SAC | | | MHCB | 5/4/2022 | 5/5/2022 | 5/13/2022 | Acute / preliminary Single Cell | 05/13/2022 | APP: VPP | 05/13/2022 13:51 00 | APP: VPP |
| APP | KVSP | | | MHCB | 5/4/2022 | 5/5/2022 | 5/12/2022 | Acute / preliminary Single Cell | 05/12/2022 | APP: VPP | 05/12/2022 13:49 00 | APP: VPP |
| APP | SAC | | | MHCB | 5/4/2022 | 5/5/2022 | 5/9/2022 | Acute / preliminary Multi Person Cell | 05/09/2022 | APP: CHCF | 05/09/2022 11:12 00 | APP: CHCF |
| APP | LAC | | | MHCB | 5/5/2022 | 5/5/2022 | 5/12/2022 | Acute / preliminary Single Cell | 05/12/2022 | APP: VPP | 05/12/2022 10:37 00 | APP: VPP |
| APP | CMF | | | MHCB | 4/28/2022 | 5/4/2022 | 5/6/2022 | Acute / preliminary Single Cell | 05/06/2022 | APP: VPP | 05/06/2022 12:52 00 | APP: VPP |
| APP | PBSP | | | MHCB | 4/29/2022 | 5/4/2022 | 5/9/2022 | Acute / preliminary Unlocked Dorms | 05/09/2022 | APP: CHCF | 05/09/2022 11:10 00 | APP: CHCF |
| APP | SAC | | | MHCB | 5/2/2022 | 5/3/2022 | 5/3/2022 | Acute / preliminary Single Cell | 05/03/2022 | APP: VPP | 05/03/2022 14:22 00 | APP: VPP |
| APP | RJD | | | MHCB | 3/24/2022 | 5/3/2022 | 5/6/2022 | Acute / preliminary Locked Dorms | 05/06/2022 | APP: VPP | 05/06/2022 11:08 00 | APP: VPP |
| APP | SAC | | | MHCB | 4/22/2022 | 5/3/2022 | 5/3/2022 | Acute / preliminary Multi Person Cell | 05/04/2022 | APP: VPP | 05/04/2022 08:56 00 | APP: VPP |
| APP | CMF | | | MHCB | 5/2/2022 | 5/3/2022 | 5/3/2022 | Acute / preliminary Single Cell | 05/03/2022 | APP: VPP | 05/03/2022 12:32 00 | APP: VPP |
| APP | SATF | | | MHCB | 4/26/2022 | 5/3/2022 | 5/3/2022 | Acute / preliminary Unlocked Dorms | 05/03/2022 | APP: VPP | 05/03/2022 15:20 00 | APP: VPP |
| APP | LAC | | | MHCB | 4/28/2022 | 4/29/2022 | 5/2/2022 | Acute / preliminary Single Cell | 05/02/2022 | APP: CHCF | 05/02/2022 11:34 00 | APP: CHCF |
| APP | VSP | | | EOP-GP | 4/19/2022 | 4/28/2022 | 5/2/2022 | Acute / preliminary Unlocked Dorms | 05/02/2022 | APP: VPP | 05/02/2022 10:37 00 | APP: VPP |
| APP | COR | | | MHCB | 4/27/2022 | 4/28/2022 | 5/2/2022 | Acute / preliminary Multi Person Cell | 05/02/2022 | APP: VPP | 05/02/2022 10:45 00 | APP: VPP |
| APP | CMF | | | MHCB | 4/22/2022 | 4/28/2022 | 5/2/2022 | Acute / preliminary Single Cell | 05/02/2022 | APP: VPP | 05/02/2022 14:10 00 | APP: VPP |
| APP | CIM | | | MHCB | 4/21/2022 | 4/27/2022 | 5/2/2022 | Acute / preliminary Unlocked Dorms | 05/02/2022 | APP: CHCF | 05/02/2022 13:16 00 | APP: CHCF |
| APP | SAC | | | MHCB | 4/26/2022 | 4/27/2022 | 4/28/2022 | Acute / preliminary Unlocked Dorms | 04/28/2022 | APP: VPP | 04/28/2022 10:28 00 | APP: VPP |
| APP | CMF | | | MHCB | 4/25/2022 | 4/26/2022 | 4/28/2022 | Acute / preliminary Multi Person Cell | 04/28/2022 | APP: VPP | 04/28/2022 09:55 00 | APP: VPP |
| APP | KVSP | | | MHCB | 4/21/2022 | 4/26/2022 | 4/28/2022 | Acute / preliminary Locked Dorms | 04/28/2022 | APP: VPP | 04/28/2022 11:07 00 | APP: VPP |
| APP | SATF | | | MHCB | 4/25/2022 | 4/26/2022 | 4/28/2022 | Acute / preliminary Single Cell | 04/28/2022 | APP: VPP | 04/28/2022 10:11 00 | APP: VPP |
| APP | KVSP | | | MHCB | 4/21/2022 | 4/26/2022 | 5/12/2022 | Acute / preliminary Unlocked Dorms | 05/12/2022 | APP: CMC | 05/12/2022 10:58 00 | APP: CMC |
| APP | RJD | | | MHCB | 4/7/2022 | 4/25/2022 | 4/25/2022 | Acute / preliminary Unlocked Dorms | 04/25/2022 | APP: VPP | 04/25/2022 10:42 00 | APP: VPP |
| APP | CMF | | | MHCB | 4/23/2022 | 4/25/2022 | 4/27/2022 | Acute / preliminary Unlocked Dorms | 04/27/2022 | APP: VPP | 04/27/2022 11:20 00 | APP: VPP |
| APP | VSP | | | EOP-GP | 4/19/2022 | 4/25/2022 | 4/25/2022 | Acute / preliminary Unlocked Dorms | 04/25/2022 | APP: VPP | 04/25/2022 11:19 00 | APP: VPP |
| APP | COR | | | MHCB | 4/21/2022 | 4/22/2022 | 4/22/2022 | Acute / preliminary Locked Dorms | 04/22/2022 | APP: VPP | 04/22/2022 11:37 00 | APP: VPP |
| APP | SATF | | | MHCB | 4/19/2022 | 4/22/2022 | 4/22/2022 | Acute / preliminary Unlocked Dorms | 04/22/2022 | APP: VPP | 04/22/2022 13:35 00 | APP: VPP |
| APP | SAC | | | MHCB | 4/21/2022 | 4/22/2022 | 4/22/2022 | Acute / preliminary Single Cell | 04/22/2022 | APP: VPP | 04/22/2022 12:09 00 | APP: VPP |
| APP | SATF | | | MHCB | 4/7/2022 | 4/22/2022 | 4/22/2022 | Acute / preliminary Unlocked Dorms | 04/22/2022 | APP: VPP | 04/22/2022 10:51 00 | APP: VPP |
| APP | COR | | | MHCB | 4/20/2022 | 4/21/2022 | 4/21/2022 | Acute / preliminary Multi Person Cell | 04/21/2022 | APP: VPP | 04/21/2022 12:52 00 | APP: VPP |
| APP | CIM | | | MHCB | 4/20/2022 | 4/20/2022 | 4/29/2022 | Acute / preliminary Unlocked Dorms | 04/29/2022 | APP: VPP | 04/29/2022 09:58 00 | APP: VPP |
| APP | NKSP | | | MHCB | 4/15/2022 | 4/19/2022 | 4/19/2022 | Acute / preliminary Locked Dorms | 04/19/2022 | APP: VPP | 04/19/2022 12:56 00 | APP: VPP |
| APP | PBSP | | | MHCB | 4/18/2022 | 4/19/2022 | 4/19/2022 | Acute / preliminary Unlocked Dorms | 04/19/2022 | APP: VPP | 04/19/2022 14:54 00 | APP: VPP |
| APP | LAC | | | MHCB | 4/12/2022 | 4/18/2022 | 4/19/2022 | Acute / preliminary Single Cell | 04/19/2022 | APP: VPP | 04/19/2022 10:48 00 | APP: VPP |
| APP | LAC | | | MHCB | 4/11/2022 | 4/14/2022 | 4/18/2022 | Acute / preliminary Unlocked Dorms | 04/18/2022 | APP: VPP | 04/18/2022 15:19 00 | APP: VPP |
| APP | SAC | | | MHCB | 4/13/2022 | 4/14/2022 | 4/15/2022 | Acute / preliminary Single Cell | 04/15/2022, 04/29/2022 | APP: CHCF, APP: SQ | 04/15/2022 13:12 00, 04/29/2022 12 58 00 | APP: CHCF, APP: SQ |
| APP | CMF | | | MHCB | 4/8/2022 | 4/14/2022 | 4/18/2022 | Acute / preliminary Unlocked Dorms | 04/18/2022 | APP: VPP | 04/18/2022 12:14 00 | APP: VPP |
| APP | COR | | | MHCB | 4/8/2022 | 4/13/2022 | 4/18/2022 | Acute / preliminary Single Cell | 04/18/2022 | APP: VPP | 04/18/2022 13:11 00 | APP: VPP |

| HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|
| 05/25/2022 12:37:00 | APP: CHCF | 05/26/2022 | APP: CHCF | 05/27/2022 13:26:00 | EXCEPTION: COVID-19 | Admitted | 11 N | | 1 |
| 05/17/2022 10:09:00 | APP: VPP | 05/26/2022 | APP: VPP | 05/27/2022 11:19:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| 05/20/2022 11:58:00 | APP: VPP | 05/27/2022 | APP: VPP | 05/31/2022 18:49:00 | EXCEPTION: COVID-19 | Admitted | 19 N | | 9 |
| 05/20/2022 13:07:00 | APP: CHCF | 05/24/2022 | APP: CHCF | 05/25/2022 16:14:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 05/25/2022 10:58:00 | APP: CHCF | 05/25/2022 | APP: CHCF | 05/26/2022 13:25:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| 05/20/2022 11:16:00 | APP: VPP | 05/27/2022 | APP: VPP | 05/31/2022 13:05:00 | EXCEPTION: COVID-19 | Admitted | 19 N | | 9 |
| 05/23/2022 12:00:00 | APP: SQ | 05/24/2022 | APP: SQ | 05/24/2022 15:47:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 05/19/2022 09:43:00 | APP: SQ | 05/26/2022 | APP: SQ | 05/31/2022 16:59:00 | EXCEPTION: COVID-19 | Admitted | 20 N | | 10 |
| 05/13/2022 12:57:00 | APP: VPP | 05/20/2022 | APP: VPP | 05/23/2022 12:29:14 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 05/13/2022 15:31:00 | APP: VPP | 05/20/2022 | APP: VPP | 05/23/2022 19:21:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 05/13/2022 14:11:00 | APP: VPP | 05/26/2022 | APP: VPP | 05/27/2022 17:46:00 | EXCEPTION: COVID-19 | Admitted | 17 N | | 7 |
| 05/13/2022 11:42:00 | APP: VPP | 05/20/2022 | APP: VPP | 05/23/2022 12:29:14 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| 05/13/2022 14:19:00 | APP: VPP | 05/27/2022 | APP: VPP | 05/31/2022 17:51:00 | EXCEPTION: COVID-19 | Admitted | 22 N | | 12 |
| 05/12/2022 12:29:00 | APP: CHCF | 05/16/2022 | APP: CHCF | 05/17/2022 14:53:11 | EXCEPTION: COVID-19 | Admitted | 11 N | | 1 |
| 05/13/2022 12:18:00 | APP: VPP | 05/24/2022 | APP: VPP | 05/25/2022 19:45:00 | EXCEPTION: COVID-19 | Admitted | 19 N | | 9 |
| 05/12/2022 10:08:00 | APP: CHCF | 05/16/2022 | APP: CHCF | 05/17/2022 11:55:58 | EXCEPTION: COVID-19 | Admitted | 11 N | | 1 |
| 05/13/2022 13:51:00 | APP: VPP | 05/24/2022 | APP: VPP | 05/25/2022 11:13:00 | EXCEPTION: COVID-19 | Admitted | 20 N | | 10 |
| 05/12/2022 13:49:00 | APP: VPP | 05/18/2022 | APP: VPP | 05/19/2022 16:31:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| 05/09/2022 11:12:00 | APP: CHCF | 05/18/2022 | APP: CHCF | 05/18/2022 14:33:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 05/12/2022 10:37:00 | APP: VPP | 05/18/2022 | APP: VPP | 05/19/2022 14:45:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| 05/06/2022 12:52:00 | APP: VPP | 05/18/2022 | APP: VPP | 05/24/2022 10:32:00 | EXCEPTION: COVID-19 | Admitted | 20 N | | 10 |
| 05/09/2022 11:10:00 | APP: CHCF | 05/13/2022 | APP: CHCF | 05/16/2022 12:34:00 | EXCEPTION: COVID-19 | Admitted | 12 N | | 2 |
| 05/03/2022 14:22:00 | APP: VPP | 05/13/2022 | APP: VPP | 05/16/2022 15:00:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 05/06/2022 11:08:00 | APP: VPP | 05/17/2022 | APP: VPP | 05/18/2022 14:59:00 | EXCEPTION: COVID-19 | Admitted | 15 N | | 5 |
| 05/04/2022 08:56:00 | APP: VPP | 05/16/2022 | APP: VPP | 05/17/2022 15:20:14 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| 05/03/2022 12:32:00 | APP: VPP | 05/13/2022 | APP: VPP | 05/16/2022 11:35:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 05/03/2022 15:20:00 | APP: VPP | 05/13/2022 | APP: VPP | 05/16/2022 15:02:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 05/02/2022 11:34:00 | APP: CHCF | 05/06/2022 | APP: CHCF | 05/10/2022 13:34:00 | EXCEPTION: COVID-19 | Admitted | 11 N | | 1 |
| 05/02/2022 10:37:00 | APP: VPP | 05/10/2022 | APP: VPP | 05/11/2022 13:00:00 | EXCEPTION: COVID-19 | Admitted | 12 N | | 2 |
| 05/02/2022 10:45:00 | APP: VPP | 05/10/2022 | APP: VPP | 05/16/2022 16:03:00 | EXCEPTION: COVID-19 | Admitted | 18 N | | 8 |
| 05/02/2022 14:10:00 | APP: VPP | 05/10/2022 | APP: VPP | 05/11/2022 11:22:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 05/02/2022 13:16:00 | APP: CHCF | 05/06/2022 | APP: CHCF | 05/09/2022 15:07:00 | EXCEPTION: COVID-19 | Admitted | 12 N | | 2 |
| 04/28/2022 10:28:00 | APP: VPP | 05/09/2022 | APP: VPP | 05/10/2022 13:00:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 04/28/2022 09:55:00 | APP: VPP | 05/09/2022 | APP: VPP | 05/10/2022 12:50:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| 04/28/2022 11:07:00 | APP: VPP | 05/09/2022 | APP: VPP | 05/10/2022 16:08:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| 04/28/2022 10:11:00 | APP: VPP | 05/09/2022 | APP: VPP | 05/10/2022 15:21:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| 05/12/2022 10:58:00 | APP: CMC | 05/13/2022 | APP: CMC | 05/13/2022 15:32:00 | DELAY: ADMINISTRATIVE ERROR | Admitted | 17 N | | 7 |
| 04/25/2022 10:42:00 | APP: VPP | 05/06/2022 | APP: VPP | 05/09/2022 16:06:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| 04/27/2022 11:20:00 | APP: VPP | 05/06/2022 | APP: VPP | 05/09/2022 10:59:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| 04/25/2022 11:19:00 | APP: VPP | 05/06/2022 | APP: VPP | 05/09/2022 11:07:00 | EXCEPTION: COVID-19 | Admitted | 14 N | | 4 |
| 04/22/2022 11:37:00 | APP: VPP | 05/02/2022 | APP: VPP | 05/03/2022 17:22:00 | EXCEPTION: COVID-19 | Admitted | 11 N | | 1 |
| 04/22/2022 13:35:00 | APP: VPP | 05/02/2022 | APP: VPP | 05/03/2022 15:47:00 | EXCEPTION: COVID-19 | Admitted | 11 N | | 1 |
| 04/22/2022 12:09:00 | APP: VPP | 05/02/2022 | APP: VPP | 05/03/2022 12:28:00 | EXCEPTION: COVID-19 | Admitted | 11 N | | 1 |
| 04/22/2022 10:51:00 | APP: VPP | 05/09/2022 | APP: VPP | 05/09/2022 15:37:00 | EXCEPTION: COVID-19 | Admitted | 17 N | | 7 |
| 04/21/2022 12:52:00 | APP: VPP | 05/03/2022 | APP: VPP | 05/04/2022 15:58:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 04/29/2022 09:58:00 | APP: VPP | 05/10/2022 | APP: VPP | 05/11/2022 16:10:00 | EXCEPTION: COVID-19 | Admitted | 21 N | | 11 |
| 04/19/2022 12:56:00 | APP: VPP | 04/29/2022 | APP: VPP | 05/02/2022 18:18:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 04/19/2022 14:54:00 | APP: VPP | 04/29/2022 | APP: VPP | 05/02/2022 11:34:00 | EXCEPTION: COVID-19 | Admitted | 13 N | | 3 |
| 04/19/2022 10:48:00 | APP: VPP | 04/29/2022 | APP: VPP | 05/04/2022 15:22:00 | EXCEPTION: COVID-19 | Admitted | 16 N | | 6 |
| 04/18/2022 15:19:00 | APP: VPP | 04/29/2022 | APP: VPP | 05/04/2022 15:34:00 | EXCEPTION: COVID-19 | Admitted | 20 N | | 10 |
| 04/15/2022 13:12:00, 04/29/2022 12:58:00 | APP: SQ | 05/02/2022 | APP: SQ | 05/03/2022 15:32:00 | EXCEPTION: COVID-19 | Admitted | 19 N | | 9 |
| 04/18/2022 12:14:00 | APP: VPP | 04/29/2022 | APP: VPP | 05/02/2022 10:18:00 | EXCEPTION: COVID-19 | Admitted | 18 N | | 8 |
| 04/18/2022 13:11:00 | APP: VPP | 05/04/2022 | APP: VPP | 05/05/2022 14:48:00 | EXCEPTION: COVID-19 | Admitted | 22 N | | 12 |

| TOTAL DAYS OUT OF COMPLIANCE | 7 |
|---|---|

DETAIL OF ICF OUT OF COMPLIANCE

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date | HCPPOP Endorsement Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CHCF | ▨ | ▨ | APP | 3/21/2022 | 4/21/2022 | 4/21/2022 | Single Cell | 04/21/2022 | ICF-High: CHCF | 04/21/2022 14:50 00 | ICF-High: CHCF |

| HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|
| 04/21/2022 14 50:00 | ICF-High: CHCF | 05/24/2022 | ICF-High: CHCF | 05/24/2022 12:29:00 | EXCEPTION: COVID-19 | Admitted | 33 N | | 3 |

TOTAL DAYS OUT OF COMPLIANCE  0