UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On March 15, 2022, this court directed the Clerk of the Court to pay the bill for services provided by the Special Master in the above-captioned case through the month of January 2022. ECF No. 7497. The Special Master has informed the court that the statement attached to that order requires two corrections. Specifically, services in the amount of $18,200.00 were performed by Brett Johnson, M.D., rather than by Daniel F. Potter, PhD., and services in the amount of $6,063.00 were performed by Alberto Caton, rather than by Daniel F. Potter, PhD.

/////

/////

/////

/////

1

1 |      Good cause appearing, the statement appended to the court's March 15, 2022 order, ECF
2 | No. 7497, is deemed AMENDED in accordance with this order.
3 |      IT IS SO ORDERED.
4 | Dated:  June 17, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole22.janamd