| | | |
|---|---|---|
| 1 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641 |
| 2 | LISA ELLS – 243657<br>ROSEN BIEN GALVAN & | PRISON LAW OFFICE<br>1917 Fifth Street |
| 3 | GRUNFELD LLP<br>101 Mission Street, Sixth Floor | Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 |
| 4 | San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 | |

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2022**<br><br>Judge:  Hon. Deborah Barnes |

[4115766.2]

1  Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2  Statement for the First Quarter of 2022 to Defendants via e-mail on May 26, 2022.  The
3  parties completed their meet and confer process on June 28, 2022.  The parties have
4  resolved all disputes regarding fees and costs for the First Quarter of 2022, with an
5  agreement to reduce claimed amounts to a total of $909,373.01 calculated at a rate of
6  $237.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

7  THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8  $909,373.01 plus interest is due and collectable as of forty-five days from the date of entry
9  of this Order.  Interest on these fees and costs will run from June 26, 2022 (31 days after
10 Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C.
11 § 1961.

12  IT IS SO STIPULATED.

14 DATED:  June 30, 2022            */s/ Elise Thorn*
15                                  Elise Thorn
                                    Deputy Attorney General
16                                  Attorneys for Defendants

18 DATED:  June 30, 2022            */s/ Lisa Ells*
19                                  Lisa Ells
                                    ROSEN BIEN GALVAN & GRUNFELD LLP
20                                  Attorneys for Plaintiffs

22  IT IS SO ORDERED.
23 DATED:  _____, 2022

26                                  Deborah Barnes
                                    United States Magistrate Judge

[4115766.2]
1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST
QUARTER OF 2022

## Coleman v. Newsom
## First Quarter of 2022
## January 1, 2022 through March 31, 2021
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $913,374.30 | $885,973.07 | $13,241.42 |
| **Fees on Fees, 489-5** | $7,584.00 | $7,356.49 | $19.06 |
| **Appeal, 489-26** | $876.90 | $850.60 | $1.31 |
| **Appeal, 489-28** | $1,990.80 | $1,931.08 | $0.00 |
| **Totals** | $923,826.00 | $896,111.22 | $13,261.79 |
| **Claimed Total:** |  | $937,087.79 |  |
| **Settled Total:** |  | $909,373.01 |  |

3905325

**Coleman v. Newsom**
**First Quarter of 2022**
**January 1, 2022 through March 31, 2022**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adam Dean | 28.70 | 28.70 | $237.00 | $6,801.90 | $6,597.84 |
| Adrienne Harrold | 0.50 | 0.00 | $237.00 | $0.00 | $0.00 |
| Alex Gourse | 64.00 | 57.20 | $237.00 | $13,556.40 | $13,149.71 |
| Amy Xu | 108.30 | 106.20 | $237.00 | $25,169.40 | $24,414.32 |
| Benjamin Bien-Kahn | 0.20 | 0.00 | $237.00 | $0.00 | $0.00 |
| Brenda Munoz | 64.40 | 38.60 | $237.00 | $9,148.20 | $8,873.75 |
| Cara E. Trapani | 171.60 | 170.00 | $237.00 | $40,290.00 | $39,081.30 |
| Ellen T. Brancart | 288.20 | 282.60 | $237.00 | $66,976.20 | $64,966.91 |
| Ellinor Heywood | 16.30 | 16.30 | $237.00 | $3,863.10 | $3,747.21 |
| Ernest Galvan | 102.70 | 101.50 | $237.00 | $24,055.50 | $23,333.84 |
| F. Gail LaPurja | 58.50 | 48.70 | $237.00 | $11,541.90 | $11,195.64 |
| Fely F. Villadelgado | 117.00 | 63.00 | $237.00 | $14,931.00 | $14,483.07 |
| Gay C. Grunfeld | 1.50 | 0.00 | $237.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 268.10 | 192.90 | $237.00 | $45,717.30 | $44,345.78 |
| Isabel Ting | 37.70 | 37.70 | $237.00 | $8,934.90 | $8,666.85 |
| Jack Gleiberman | 29.60 | 29.50 | $237.00 | $6,991.50 | $6,781.76 |
| Jenny S. Yelin | 110.10 | 109.60 | $237.00 | $25,975.20 | $25,195.94 |
| Jessica L. Winter | 328.70 | 319.60 | $237.00 | $75,745.20 | $73,472.84 |
| Kelly Mu | 50.40 | 50.40 | $237.00 | $11,944.80 | $11,586.46 |
| Linda H. Woo | 41.40 | 36.10 | $237.00 | $8,555.70 | $8,299.03 |
| Lisa Ells | 281.20 | 273.20 | $237.00 | $64,748.40 | $62,805.95 |
| Marc Shinn-Krantz | 317.30 | 301.10 | $237.00 | $71,360.70 | $69,219.88 |
| Mateo Olvera-Sandoval | 64.60 | 64.10 | $237.00 | $15,191.70 | $14,735.95 |
| Michael L. Freedman | 0.00 | 0.00 | $237.00 | $0.00 | $0.00 |
| Michael S. Nunez | 135.40 | 133.70 | $237.00 | $31,686.90 | $30,736.29 |
| Michael W. Bien | 90.20 | 87.50 | $237.00 | $20,737.50 | $20,115.38 |
| Penny M. Godbold | 1.70 | 0.00 | $237.00 | $0.00 | $0.00 |
| Raynor Bond-Ashpole | 41.30 | 39.90 | $237.00 | $9,456.30 | $9,172.61 |
| Rebecca Berman | 320.30 | 307.80 | $237.00 | $72,948.60 | $70,760.14 |
| Sarah A. Corkum | 240.50 | 215.60 | $237.00 | $51,097.20 | $49,564.28 |
| Thomas Nolan | 117.80 | 115.60 | $237.00 | $27,397.20 | $26,575.28 |
| Yesi Murillo | 280.40 | 248.00 | $237.00 | $58,776.00 | $57,012.72 |
| Zoe Cullison-Shimada | 300.80 | 230.80 | $237.00 | $54,699.60 | $53,058.61 |
| **Total** | **4079.40** | **3705.90** | | **$878,298.30** | **$851,949.34** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alondra Diaz-Saavedra | 3.80 | 3.80 | $237.00 | $900.60 | $873.58 |
| Audrey Lim | 1.30 | 1.30 | $237.00 | $308.10 | $298.86 |
| Donald Specter | 4.30 | 4.30 | $237.00 | $1,019.10 | $988.53 |
| Isabel Avila Breach | 5.20 | 5.20 | $237.00 | $1,232.40 | $1,195.43 |
| Margot Mendelson | 22.40 | 22.40 | $237.00 | $5,308.80 | $5,149.54 |
| Michael Brodheim | 12.90 | 12.90 | $237.00 | $3,057.30 | $2,965.58 |
| Patrick Booth | 0.90 | 0.90 | $237.00 | $213.30 | $206.90 |
| Sara Norman | 2.60 | 2.60 | $237.00 | $616.20 | $597.71 |
| Skye Lovett | 1.50 | 1.50 | $237.00 | $355.50 | $344.84 |
| Steve Fama | 87.70 | 87.70 | $237.00 | $20,784.90 | $20,161.35 |
| Tania Amarillas | 5.40 | 5.40 | $237.00 | $1,279.80 | $1,241.41 |
| **Total** | **148.00** | **148.00** | | **$35,076.00** | **$34,023.73** |

**GRAND TOTAL**          $913,374.30    $885,973.07

3905325

**Coleman v. Newsom**
**First Quarter of 2022**
**January 1, 2022 through March 31, 2022**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $655.40 | $655.40 |
| Outside Copying/Scanning | $2,208.40 | $2,208.40 |
| Transcription | $1,345.20 | $1,345.20 |
| Telephone | $46.00 | $46.00 |
| Postage and Delivery | $1,708.90 | $1,708.90 |
| Research (Westlaw/Lexis/PACER/Fees/Articles) | $333.47 | $333.47 |
| Travel | $5,694.69 | $5,694.69 |
| **Total** | **$11,992.06** | **$11,992.06** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Postage | $1,249.36 | $1,249.36 |
| **Total** | **$1,249.36** | **$1,249.36** |

**GRAND TOTAL**                                           **$13,241.42**

3905325

**Coleman v. Newsom**
**First Quarter of 2022**
**January 1, 2022 through March 31, 2022**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Linda H. Woo | 5.50 | 5.50 | $237.00 | $1,303.50 | $1,264.40 |
| Lisa Ells | 24.40 | 24.40 | $237.00 | $5,782.80 | $5,609.32 |
| **Total** | **29.90** | **29.90** | | **$7,086.30** | **$6,873.72** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.50 | 1.50 | $237.00 | $355.50 | $344.84 |
| Margot Mendelson | 0.60 | 0.60 | $237.00 | $142.20 | $137.93 |
| **Total** | **2.10** | **2.10** | | **$497.70** | **$482.77** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$7,584.00** | **$7,356.49** |

3905325

**Coleman v. Newsom**
**First Quarter of 2022**
**January 1, 2022 through March 31, 2022**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Postage and Delivery | $19.06 | $19.06 |
| **Total** | **$19.06** | **$19.06** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | **$19.06** |

**Coleman v. Newsom**
**First Quarter of 2022**
**January 1, 2022 through March 31, 2022**
Fees on Appeal of 08/03/20 Order re Program Guide Update Process, 489-26

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---:|---:|---:|---:|---:|
| F. Gail LaPurja | 0.20 | 0.20 | $237.00 | $47.40 | $45.98 |
| Gregorio Z. Gonzalez | 1.10 | 1.10 | $237.00 | $260.70 | $252.88 |
| Jessica L. Winter | 1.00 | 0.00 | $237.00 | $0.00 | $0.00 |
| Lisa Ells | 2.40 | 2.40 | $237.00 | $568.80 | $551.74 |
| **TOTALS** | **4.70** | **3.70** | | **$876.90** | **$850.60** |

**GRAND TOTAL**   $876.90   $850.60

3905325

**Coleman v. Newsom**
**First Quarter of 2022**
**January 1, 2022 through March 31, 2022**
Costs on Appeal of 08/03/20 Order re Program Guide Update Process, 489-26

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Westlaw Research | $1.31 | $1.31 |
| **Total** | | **$1.31** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | **$1.31** |

**Coleman v. Newsom**
**First Quarter of 2022**
**January 1, 2022 through March 31, 2022**
Fees on Appeal of 10/12/21 Order re Program Guide Update Process, 489-28

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Gregorio Z. Gonzalez | 0.70 | 0.70 | $237.00 | $165.90 | $160.92 |
| Jessica L. Winter | 0.30 | 0.00 | $237.00 | $0.00 | $0.00 |
| Lisa Ells | 7.50 | 7.50 | $237.00 | $1,777.50 | $1,724.18 |
| Michael W. Bien | 0.20 | 0.20 | $237.00 | $47.40 | $45.98 |
| **TOTALS** | **8.70** | **8.40** | | **$1,990.80** | **$1,931.08** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$1,990.80** | **$1,931.08** |

3905325