Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4431
  Fax:  (415) 703-5843
  E-mail:  Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone:  (925) 746-8460
  Fax:  (925) 746-8490
  E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>    v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>               Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF ERRATA** |

    The California Department of Corrections and Rehabilitation (CDCR) files each month its monthly information on patient census and waitlists for inpatient mental health care ("Inpatient Census and Waitlist Report").  In July 2021, CDCR noticed a data-reporting issue in the waitlist numbers tabulated on its Inpatient Census and Waitlist report by HCPOP and the numbers reported internally by its Inpatient Referral Unit.  The data reporting issue arose because of a modification in how referrals are processed under conditions caused by the COVID-19 pandemic, resulting in the HCPOP report not capturing all of the patients waiting to be transferred to an inpatient bed.  CDCR has been reporting the pending referrals not included in Exhibit C each

1

month since July 15, 2021. (ECF No. 7234.) CDCR identified the data reporting issue. The attached letter describes the data-reporting issue caused by the change in the referral process under COVID-19 conditions and provides the total number of pending inpatient referrals for each month from March 2020 through May 2021 that were not captured during those reporting periods. (*See* Exhibit B, ECF Nos. 6611, 6670; Exhibit C, 6719, 6762, 6823, 6867, 6912, 6959, 6990, 7028, 7060, 7085, 7123, 7171, and 7201.)

Dated: July 1, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/S/ *NAMRATA KOTWANI*
Namrata Kotwani
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Notice of Errata (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



July 1, 2022

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care. The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (labeled as Exhibit C from the May 2020 Report onwards; previously labeled Exhibit B) is generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application.

As reported since July 15, 2021 (*see* ECF No. 7234), CDCR changed its internal process for inpatient referrals as part of its response to the COVID-19 pandemic.[1] Prior to COVID, CDCR's Inpatient Referral Unit (IRU) sent all referrals to Health Care Placement Oversight Program (HCPOP) as they were completed by Interdisciplinary Treatment Teams (IDTTs). However, the pandemic created a backlog in the processing of referrals due to patient movement restrictions. To address that backlog and to ensure that patient referrals with the highest acuity were processed as promptly as possible, the IRU triaged referrals. The triaging meant that HCPOP received most but not all referrals completed by IDTTs while the others were maintained by IRU for later submission. Because CDCR's PIP *Coleman* Patient Census and Waitlist Report reports referrals received by HCPOP, the figures reported on HCPOP's Exhibit C did not reflect the total number of referrals, or those exceeding timeframes, at the time the report was generated. (*See* Exhibit B, ECF Nos. 6611, 6670; Exhibit C, 6719, 6762, 6823, 6867, 6912,

---

[1] Pursuant to the Court's April 10, 2020 order (ECF No. 6600), Defendants submitted their strategic plan for preventing the spread of COVID-19 to the Court on April 16, 2020. (ECF No.6610). CDCR and California Correctional Health Care Services (CCHCS) devised the strategic plan, which included the need for triaging referrals to inpatient care on the basis of acuity, as described in the CDCR COVID Temporary Transfer Guidelines & Workflow (ECF No. 6616-1, at 241-43), and COVID Emergency Mental Health Treatment Guidance (ECF No. 6616-1, at 252). CDCR mental health program leadership and the Division of Adult Institutions (DAI) developed this guidance, in consultation with several of the Special Master's experts, regarding the provision of appropriate and adequate mental health care to patients during a period of emergency, including continuity of care and attendant programming needs, taking into account potential staffing pressures and movement restrictions. (ECF No. 6616, at 2.) This guidance was issued to CDCR's institutions after further consultation with the Special Master and Plaintiffs' counsel during the COVID task force meetings. (*Id.*)

July 1, 2022
Page Two

6959, 6990, 7028, 7060, 7085, 7123, 7171, and 7201.)  However, since July 2021, when CDCR first discovered this reporting issue, it has included the total number of pending referrals in its monthly report, explicitly providing IRU referrals not included on the HCPOP report so that the parties and Court would have more complete information.

Tabulated below are inpatient transfers which occurred each month beyond Program Guide timeframes reported by HCPOP between the start of the pandemic and July 15, 2021 (the filing date for the June 2021 Inpatient Report), with the corresponding pending referrals received by IRU which were waiting to be transferred.  Because IRU keeps some manual logs, CDCR was sometimes unable to retrieve corresponding IRU data for the same date as the HCPOP report.  CDCR tried to match the dates as closely as possible.

| Reporting Date | Acute Care Referrals Beyond Program Guide Timeframes, as reported by HCPOP | Intermediate Care Referrals Beyond Program Guide Timeframes, as reported by HCPOP | Pending Acute Care Referrals, as received by IRU Over Timeframes (*Corrected Figure*) | Pending Intermediate Care Referrals, as received by IRU Over Timeframes (*Corrected Figure*) | IRU Data Retrieval Date |
|---|---|---|---|---|---|
| Mar 30, 2020 (Ex, B, ECF No. 6611) | 3 | 5 | 6 | 4 | Mar 31, 2020 |
| Apr 27, 2020 (Ex. B, ECF No. 6670) | 14 | 30 | 40 | 30 | Apr 30, 2020 |
| May 24, 2020 (Ex. C, ECF No. 6719) | 21 | 17 | 36 | 41 | May 31, 2020 |
| June 29, 2020 (Ex. C, ECF No. 6762) | 12 | 19 | 64 | 76 | June 30, 2020 |
| July 27, 2020 (Ex. C, ECF No. 6823) | 2 | 16 | 69 | 109 | July 31, 2020 |
| Aug 31, 2020 (Ex. C, ECF No. 6867) | 0 | 14 | 44 | 146 | Aug 31, 2020 |
| Sept 28, 2020 (Ex. C, ECF No. 6912) | 3 | 1 | 55 | 184 | Sept 30, 2020 |
| Oct 19, 2020 (Ex. C, ECF No. 6959) | 7 | 1 | 38 | 181 | Oct 31, 2020 |
| Nov 30, 2020 (Ex. C, ECF No. 6990) | 6 | 7 | 57 | 193 | Nov 30, 2020 |
| Dec 28, 2020 (Ex. C, ECF No. 7028) | 5 | 10 | 67 | 201 | Dec 31, 2020 |
| Jan 25, 2021 (Ex. C, ECF No. 7060) | 4 | 11 | 48 | 198 | Jan 31, 2021 |

17787917.1

July 1, 2022
Page Two

| Reporting Date | Acute Care Referrals Beyond Program Guide Timeframes, as reported by HCPOP | Intermediate Care Referrals Beyond Program Guide Timeframes, as reported by HCPOP | Pending Acute Care Referrals, as received by IRU Over Timeframes (*Corrected Figure*) | Pending Intermediate Care Referrals, as received by IRU Over Timeframes (*Corrected Figure*) | IRU Data Retrieval Date |
|---|---|---|---|---|---|
| Feb 22, 2021 (Ex. C, ECF No. 7085) | 22 | 44 | 13 | 164 | Feb 28, 2021 |
| Mar 29, 2021 (Ex. C, ECF No. 7123) | 23 | 41 | 21 | 81 | Mar 31, 2021 |
| Apr 19, 2021 (Ex. C, ECF No. 7171) | 7 | 24 | 1 | 56 | Apr 30, 2021 |
| May 24, 2021 (Ex. C, ECF No. 7201) | 21 | 17 | 36 | 41 | May 31, 2021 |

Sincerely,

/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

17787917.1