1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     RALPH COLEMAN, et al.,                          No.  2:90-cv-0520 KJM DB P

12                     Plaintiffs,

13          v.                                          ORDER

14     GAVIN NEWSOM, et al.,

15                     Defendants.

16

17               On August 30, 2018, the Special Master filed a Monitoring Report on the Mental

18     Health Inpatient Care Programs for Inmates in the California Department of Corrections and

19     Rehabilitation (CDCR) (hereafter Report).  ECF No. 5894.  The Report sets out the Special

20     Master's findings from monitoring visits to all nine inpatient mental health programs, three

21     operated by the California Department of State Hospitals (DSH), and six psychiatric inpatient

22     programs (PIPs) operated by CDCR during the period between November 1, 2017 and

23     February 1, 2018.  *Id*. at 8.[1]  It is the first monitoring report on mental health inpatient care for

24     class members after the July 1, 2017 transfer of administrative responsibility and control of six

25     inpatient programs from the California Department of State Hospitals (DSH) to the CDCR.  *Id*. at

26     _____

27     [1] In this order, citations to page numbers in documents filed in the Court's Electronic Case Filing
       (ECF) System are to the page number assigned by the ECF System and located in the upper right
28     hand corner of the page.

12-13.  The Report contains no recommendations for further court orders.  *Id*. at 92.  Neither party filed objections to the Report.

　　　　　After review, and good cause appearing, IT IS HEREBY ORDERED that the Special Master's August 30, 2018 Monitoring Report on the Mental Health Inpatient Programs For Inmates in the California Department of Corrections and Rehabilitation, ECF No. 5894, is adopted in full.

DATED:  July 5, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

2