| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>DAVID C. CASARRUBIAS, SBN 321994<br>1676 N. CALIFORNIA BLVD., SUITE 620<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE: 925-746-8460<br>FACSIMILE: 925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DEFENDANTS' NOTICE OF UPDATED ROADMAP TO REOPENING**<br><br>Judge: Hon. Kimberly J. Mueller |

As required by this Court's March 29, 2021 order (ECF No. 7162), attached as Exhibit A is the California Department of Corrections and Rehabilitation's updated Roadmap to Reopening, accompanied by a cover letter from CDCR's Office of Legal Affairs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

Case No. 2:90-CV-00520- KJM-DB

DEFS.' NOT. OF UPDATED ROADMAP TO REOPENING

18710543.1

| | | |
|---|---|---|
| 1 | DATED: July 8, 2022 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: _____/s/ Samantha Wolff_____ |
| 4 | | PAUL B. MELLO |
| 5 | | SAMANTHA D. WOLFF |
| 6 | DATED: July 8, 2022 | ROB BONTA<br>Attorney General of California |
| 7 | | DAMON MCCLAIN<br>Supervising Deputy Attorney General |
| 8 | | |
| 9 | | By: _____s/ Elise Owens Thorn_____<br>ELISE OWENS THORN |
| 10 | | Deputy Attorney General<br>*Attorneys for Defendants* |