| | |
|---|---|
| Rob A. Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 18270<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 510-4431<br>  Fax: (415) 703-5843<br>  E-mail: Namrata.Kotwani@doj.ca.gov<br>*Attorneys for Defendants* | Paul B. Mello, State Bar No. 179755<br>Samantha D. Wolff, State Bar No. 240280<br>Laurel E. O'Connor, State Bar No. 305478<br>David C. Casarrubias, State Bar No. 321994<br>Hanson Bridgett LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>         v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE REGARDING REQUEST TO FILE DOCUMENTS UNDER SEAL** |

**NOTICE**

Under this District's Civil Local Rule 141, Defendants have filed concurrently with this notice a request to seal Biannual Summary Compliance Reports for Transfer of Class Members Out of Desert Institutions filed on June 30, 2022 (ECF No. 7577). Defendants request that ECF No. 7577 be sealed, or in the alternative, stricken, because it contains identifying patient information that is subject to a protective order entered in this action on July 29, 1992, and modified on January 12, 2007. (ECF No. 2109.) Defendants filed a properly redacted copy of the

Biannual Summary Compliance Reports for Transfer of Class Members Out of Desert Institutions on July 12, 2014.  (ECF No. 7584.)

Dated: July 14, 2022

Respectfully submitted,

ROB A. BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Namrata Kotwani*
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*