DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
BRENDA MUÑOZ – 328813
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' NOTICE OF ERRATA REGARDING ECF NO. 7567, PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO PART A OF THE SPECIAL MASTER'S TWENTY-NINTH ROUND INPATIENT MONITORING REPORT (ECF NO. 7555)**<br><br>Judge: Hon. Kimberly J. Mueller |

[4123872.1]

TO THE COURT, DEFENDANTS, AND DEFENDANTS' COUNSEL:

PLEASE TAKE NOTICE that it has come to Plaintiffs' attention that a factual issue in Defendants' objections to the May 17, 2022 Special Master's Monitoring Report on the Psychiatric Inpatient Programs, ECF No. 7555, that Plaintiffs subsequently relied on in their Response to those Objections, requires correction and clarification. *See* Defs.' Objections, ECF No. 7559 (May 27, 2022); Pls.' Resp. to Defs.' Objections, ECF No. 7567 (June 10, 2022).

Specifically, Defendants' Objections state: "[T]o address staffing challenges, CDCR unilaterally implemented a significant pay differential and retention bonus structure for CDCR psychiatrists and psychologists who work in the PIPs. These considerable pay incentives went into effect on May 1, 2022." Defs.' Objections, ECF No. 7559 at 2 (May 27, 2022). Relying on this statement, Plaintiffs stated in their Response that Defendants had "recently implemented" the pay increases described in their Objections. *See* Pls.' Resp. to Defs.' Objections, ECF No. 7567 at 4:9-10 (June 10, 2022). As described in further detail in the Declaration of Lisa Ells, filed concurrently herewith, it has come to Plaintiffs' attention that the PIP pay differential and bonuses have <u>not</u> in fact been implemented as of the date of this Notice. *See* Decl. of Lisa Ells In Supp. of Pls.' Notice of Errata Re: ECF No. 7567, filed herewith, ¶¶ 2, 6. Plaintiffs therefore submit this Notice of Errata in order to clarify the record as the Court considers this matter.

DATED: July 15, 2022                Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Cara E. Trapani*
     Cara E. Trapani

Attorneys for Plaintiffs

[4123872.1]

1

PLAINTIFFS' NOTICE OF ERRATA REGARDING ECF NO. 7567