| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | JEFFREY L. BORNSTEIN – 099358 |
| MARGOT MENDELSON – 268583 | ERNEST GALVAN – 196065 |
| PRISON LAW OFFICE | LISA ELLS – 243657 |
| 1917 Fifth Street | THOMAS NOLAN – 169692 |
| Berkeley, California 94710-1916 | JENNY S. YELIN – 273601 |
| Telephone: (510) 280-2621 | MICHAEL S. NUNEZ – 280535 |
| | JESSICA WINTER – 294237 |
| CLAUDIA CENTER – 158255 | MARC J. SHINN-KRANTZ – 312968 |
| DISABILITY RIGHTS EDUCATION | CARA E. TRAPANI – 313411 |
| AND DEFENSE FUND, INC. | ALEXANDER GOURSE – 321631 |
| Ed Roberts Campus | BRENDA MUÑOZ – 328813 |
| 3075 Adeline Street, Suite 210 | AMY XU – 330707 |
| Berkeley, California 94703-2578 | ROSEN BIEN |
| Telephone: (510) 644-2555 | GALVAN & GRUNFELD LLP |
| | 101 Mission Street, Sixth Floor |
| | San Francisco, California 94105-1738 |
| | Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' NOTICE OF ERRATA REGARDING ECF NO. 7567**<br><br>Judge: Hon. Kimberly J. Mueller |

[4123879.2]

I, Lisa Ells, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Notice of Errata Regarding ECF No. 7567.

2. On July 6, 2022, during a meet and confer on another issue, counsel for Defendants informed me that pay differentials for PIP clinicians that Plaintiffs' counsel had previously understood had gone into effect on May 1, 2022 had not in fact been implemented.

3. On July 7, 2022, my colleague Cara Trapani sent an email to Defendants requesting confirmation of this information in light of statements Defendants had made in their pending objections to the Special Master's Inpatient Monitoring Report, as well as following up on a related pending information request related to the announced pay increases.

4. On July 12, 2022, after having received no response from Defendants to the July 7 inquiry, I sent an additional email requesting a response that same day given the pending objections. Defendants replied that they were working on a response, but could not promise to send it that day.

5. On July 14, 2022, having still received no substantive response to our July 7 query, I informed Defendants by email that we would be filing an update on this issue in order to ensure the record was accurate by the following day at noon.

6. At 9:34 a.m. on July 15, 2022, counsel for Defendants responded via email that although the PIP pay differential and bonuses will have a retroactive effective date of May 1, 2022, the pay increases have not yet gone into effect. Defendants explained that CDCR cannot advertise the PIP pay differential or expanded bonuses until a pay letter is received from CalHR, and that CDCR is still working with CalHR to get a pay letter for all staff who meet the criteria for the PIP pay differential and bonuses. Defendants further

1  explained that while they anticipate that the pay letter for psychiatrists will be completed
2  shortly, the pay letter for psychologists and social workers is held up due to ongoing labor
3  negotiations.  Finally, Defendants stated that they did not believe it was necessary to
4  correct or clarify any statements in their pending objections to the Special Master's
5  Inpatient Monitoring Report because the effective date of the PIP pay differential and
6  bonuses is still May 1, 2022 and clinicians will receive pay retroactive to that date
7  whenever the payments are issued.

8      7.    At 11:50 a.m. on July 15, 2022, I emailed counsel for Defendants informing
9  them that Plaintiffs believed the record required clarification and that we would proceed
10 accordingly.

11     8.    A true and correct copy of the aforementioned email exchange is attached
12 hereto as **Exhibit A**.

13     I declare under penalty of perjury under the laws of the United States of America
14 that the foregoing is true and correct, and that this declaration is executed at San Francisco,
15 California this 15th day of July, 2022.

*/s/ Lisa Ells*
Lisa Ells

[4123879.2]

2

DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' NOTICE OF ERRATA REGARDING ECF NO. 7567

# Exhibit A

# Cara Trapani

| | |
|---|---|
| **From:** | Lisa Ells |
| **Sent:** | Friday, July 15, 2022 11:50 AM |
| **To:** | Melissa Bentz; Cara Trapani |
| **Cc:** | Paul B. Mello; Sam Wolff (swolff@hansonbridgett.com); Elise Thorn; Damon McClain; Namrata Kotwani; Neill, Jennifer@CDCR; Nick Weber; Hockerson, Dillon@CDCR; Thind, Sundeep@CDCR; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov); Nina Raddatz; Kent, Kristopher@DSH-S; Coleman Special Master Team; Coleman Team - RBG Only; Steve Fama |
| **Subject:** | RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429] [IMAN-DMS.FID6429] |

Thank you for this response. We still believe the record requires clarification and will proceed accordingly.

---

**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Friday, July 15, 2022 9:34 AM
**To:** Lisa Ells <LElls@rbgg.com>; Cara Trapani <CTrapani@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov>; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429] [IMAN-DMS.FID6429]

> [EXTERNAL MESSAGE NOTICE]

Lisa and Cara,

CDCR does not have further information regarding how the PIP pay differentials and increased registry rates compare to pay in the community. I will continue to work with CCHCS to see if we can get that information.

During the July 6th meet and confer, we talked about the PIP pay differentials and bonuses. I shared that the PIP pay differential and the bonuses for all employees who meet the criteria are effective as of May 1, 2022. However, the State Controller's Office cannot issue payment until a pay letter is received from CalHR. Additionally, CDCR cannot advertise the PIP pay differential or expanded bonuses until the pay letter is issued. To date, CDCR is still working with CalHR to get a pay letter for all staff who meet the criteria for the PIP pay differential and bonuses. We anticipate that the pay letter for the psychiatrists will be completed shortly. Upon receipt of the pay letter, the psychiatrists will receive pay retroactive to the effective date of May 1, 2022.

During the meet and confer, I also stated that negotiations are ongoing with AFSCME, which is the union that represents the psychologists and social workers. It is my understanding that CalHR cannot issue a pay letter until the negotiations are closed. The next meeting with AFSCME is on July 19th. If negotiations are completed after that discussion, CalHR will prepare a pay letter. As with the psychiatrists, eligible members of AFSCME who meet the criteria for either the PIP pay differential and/or the bonuses will receive pay retroactive to the effective date of May 1, 2022.

As stated in our filing referenced below, the effective date of the PIP pay differential and the bonuses is still May 1, 2022. The fact that additional steps must be taken after the effective date for payment to be issued does not change the effective date. Further, CDCR was clear in prior discussions that continuing union negotiations with AFSCME may delay payment

under the PIP pay differential and the bonuses, but does not change the effective date. Given this, no clarification regarding the statement highlighted by Plaintiffs' below is necessary.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Thursday, July 14, 2022 4:03 PM
**To:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Cara Trapani <CTrapani@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov>; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429] [IMAN-DMS.FID6429]

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Melissa,
Given the lack of response, we will proceed with filing an update with the Court tomorrow by noon.

**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Tuesday, July 12, 2022 11:32 AM
**To:** Lisa Ells <LElls@rbgg.com>; Cara Trapani <CTrapani@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov>; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429] [IMAN-DMS.FID6429]

[EXTERNAL MESSAGE NOTICE]

Lisa,

I am working on a response to the below. I cannot guarantee a response today, but we will talk internally and get back to you soon.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

---

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Tuesday, July 12, 2022 11:31 AM
**To:** Cara Trapani <CTrapani@rbgg.com>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov>; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429] [IMAN-DMS.FID6429]

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Melissa et al,

Could we please get a response today to this query from last week regarding the status of the PIP pay differential for LSCWs and psychologists? Given the representation in Defendants' pending objections filing stating those differentials went into effect on May 1, quoted below, it will be important to correct the record promptly if that is not accurate as the Court could rule on the objections at any time. Do Defendants intend to amend their filing? Please let us know today so we can assess whether we need to file something.

Lisa

**From:** Cara Trapani <CTrapani@rbgg.com>
**Sent:** Thursday, July 7, 2022 5:11 PM
**To:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; kristopher.kent@dsh.ca.gov; Coleman Special Master Team

<ColemanSpecialMasterTeam@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429] [IMAN-DMS.FID6429]

Hi Melissa and all,

Following up on our conversation from the June 10 Data Meeting, do you have information about how the PIP pay differentials and increases in registry rates compare to rates in the community?

Additionally, I understand that at yesterday's meet and confer regarding inpatient transfer timelines, Defendants explained that the pay differentials for psychologists and LCSWs in the PIPs have not gone into effect due to ongoing union negotiations.  Is that correct?  If so, please explain how that can be reconciled with the statement in Defendants' Objections from May 27, 2022 that "These considerable pay incentives went into effect on May 1, 2022."  ECF No. 7559 at 2.

Thanks,

Cara Trapani



101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
ctrapani@rbgg.com

**(Pronouns – she/her/hers)**

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ctrapani@rbgg.com.

---

**From:** Cara Trapani
**Sent:** Friday, May 6, 2022 4:53 PM
**To:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; kristopher.kent@dsh.ca.gov; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429]

Hi Melissa and all,

Thanks for providing information about CDCR's proposals to increase mental health staff compensation. We have some questions about the proposals in the attached letter. This topic is on the agenda for next week's Data Meeting and we look forward to discussing it then.

Have a nice weekend,

Cara Trapani



101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
ctrapani@rbgg.com

**(Pronouns – she/her/hers)**

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ctrapani@rbgg.com.

---

**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Thursday, April 21, 2022 7:00 PM
**To:** Matt Lopes <mlopes@pldolaw.com>; Mohamedu Jones <mjones@pldolaw.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>
**Subject:** Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates

[EXTERNAL MESSAGE NOTICE]

Special Master Lopes and Plaintiffs' counsel,

CDCR has been working diligently to improve mental health staffing at our institutions. As part of this effort, CDCR recently noticed the unions about a 15% pay differential for civil service psychologists, social workers, psychiatrists, psychiatric technicians, and rehabilitation/recreation therapists physically working in one of CDCR's five Psychiatric Inpatient Programs (PIPs). The proposal also expands the previously established on-site civil service psychiatrist retention bonuses at to civil service psychologists, expands the bonuses to all institutions, and expands the number of allowable $5,000 bonuses. Previously, a $5,000 bonus was available after completion of 6, 24, 60, and 84 months of state service. The new proposal would allow bonuses at 3, 6, 9, 12, 24, 60, and 84 months. CDCR proposed an effective date of May 1, 2022 for both proposals. However, that date is contingent upon the completion of union negotiations and is thus subject to change.

In addition to the pay differential in the PIPs and the expansion of bonuses, CDCR has also entered into a new contract for registry psychiatrists, psychologists, psychiatric nurse practitioners, social workers, and recreational/rehabilitation therapists. Below is a chart comparing the current contract rates with the new contract rates. The new registry contract will go into effect on May 1, 2022.

| Tiers | PSYT | PSYL | PNP | LCSW | RT |
|---|---|---|---|---|---|
| Old Contract Tiers: 16-00467[1] | | | | | |
| Tier 1 | $ 265.00 | $ 90.00 | $ 136.00 | $ 64.00 | $ 57.00 |
| Tier 2 | $ 285.00 | $ 100.00 | N/A | $ 73.00 | $ 79.00 |
| Tier 3 | $ 316.00 | $ 120.00 | N/A | $ 86.00 | N/A |
| Tier 4 | $ 340.00 | $ 140.00 | | | |
| Tier 5 | $ 365.00 | $ 155.00 | | | |
| Tier 6 | $ 390.00 | | | | |
| Tier 7 | $ 415.00 | | | | |
| Tier 8 | $ 440.00 | | | | |

Notes:

All rates include the hourly rates and overhead charges. New rates are effective 5/1/2022.

[1] Overhead rates in contract number 16-00467 are as follows: Psychiatrist (PSYT) $65.00, Psychologist (PSYL) $15.00/$25.00, P Therapist (RT) $12.00.

[2] Overhead rates in contract number 21-00147 are as follows: Psychiatrist (PSYT) $65.00, Psychologist (PSYL) $38.00, Psychiatr $25.00.

CDCR believes the implementation of these proposals will help increase mental health staffing at the PIPs and elsewhere and hopes to see results from these proposals soon.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.