ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4431
  Fax:  (415) 703-5843
  E-mail:  Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
LAUREL E. O'CONNOR, State Bar No. 305478
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone:  (925) 746-8460
  Fax:  (925) 746-8490
  E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) file the attached reports capturing data concerning patient census, waitlists, and compliance with transfer timelines for inpatient mental health care in compliance with the Court's October 13, 2015 order. (ECF No. 5367.) Attached are letters from CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's May 19, 2017 order (ECF No. 5610): (1) DSH CDCR Patient Census and Waitlist Report (Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted June 1 Through June 30, 2022 Who Waited Beyond Program Guide Timelines (Exhibit B);

1

(3) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of June 27, 2022 (Exhibit C);  (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of June 27, 2022 (Exhibit D);  (5) Psychiatric Inpatient Programs Census Report as of 6/27/22 (Exhibit E);  and (6) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in June 2022 (Exhibit F).

The current compliance report at Exhibit F shows that of the 171 patients admitted to inpatient programs in June 2022, 47 transferred beyond Program Guide timelines, including one as a result of exceptions to the Program Guide (patient transfer refusal and Vitek hold).  Since the beginning of the COVID-19 pandemic, CDCR has applied the unusual circumstances exception for patients who transferred beyond timelines due to various impacts of the pandemic, including systemic issues such as movement restrictions and large-scale quarantines and the consequential impact on the system following the resolution of those restrictions.  In light of the evolving nature of the pandemic, CDCR will add an individualized assessment for any patient who falls within the unusual circumstances exception based on a COVID-19 impact in Exhibit F in future filings.  As reflected in the attached letter from CDCR, CDCR continues to monitor the inpatient transfer timelines and exceptions, and will continue to review this information with the Special Master in Work Groups and with other stakeholders in various settings.

The attached letter from CDCR also provides details regarding Psychiatric Inpatient Programs (PIP) bed capacity.  In addition, in previous filings, CDCR noted that a triaging of pending referrals resulted in a difference between the reported number of pending referrals on the PIP *Coleman* Patient Census and Waitlist Report (Ex. C) and actual numbers of pending referrals.  Accordingly, CDCR separately provided the total number of pending referrals.   That reporting issue was resolved in May 2022 and Exhibit C now reports the total number of pending referrals.

/ / /

/ / /

/ / /

1

**CERTIFICATION**

2      Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

3   ECF No. 5367 and ECF No. 5610.

4    Dated: July 15, 2022                              Respectfully submitted,

5                                                      ROB BONTA
                                                       Attorney General of California
6                                                      DAMON MCCLAIN
                                                       Supervising Deputy Attorney General
7

8                                                      /s/ *Namrata Kotwani*
                                                       _____
9                                                      Namrata Kotwani
                                                       Deputy Attorney General
10                                                     *Attorneys for Defendants*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defs.' Census, Waitlists, and Transfer Timelines Compliance Reports (2:90-cv-00520 KJM-DB (PC))

State of California – Department of State Hospitals                Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



July 15, 2022

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

The California Department of State Hospitals (DSH) submits its monthly information on
patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental
health care.

The DSH CDCR Patient Census and Waitlist Report as of June 30, 2022, attached as
Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients
Admitted June 1, 2021 through June 30, 2022 Who Waited Beyond Program Guide
Timelines, attached as Exhibit B, are based on data from the DSH Bed Utilization
Management Report.

The report attached as Exhibit A reflects data collected at a single point in time and, as a
result, should not be used for purposes outside of that report.  The report attached as
Exhibit B is the compliance report from DSH, which includes requested compliance data
for all DSH level of care referrals admitted to inpatient care in June 2022, for any inmate-
patient who waited beyond the timelines specified in the Mental Health Services Delivery
System Program Guide (2009 Revision) at 12-1-16.

July 15, 2022
Page Two

DSH records show that as of June 27, 2022, there were no patients waiting beyond Program Guide transfer timelines.  Exhibit B, as well as the supplemental report on DSH's pending waitlist provided to the Special Master and Plaintiffs via e-mail, show that two patients were admitted to DSH in June 2022 beyond Program Guide transfer timelines because of a COVID-19 hold.  The patients were admitted after the hold was lifted and within five days of a negative COVID-19 test.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

# EXHIBIT A

State of California

GAVIN NEWSOM, Governor

DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION20-KJM-SCR    Document 7590    Filed 07/15/22    Page 7 of 26

Patient Management Unit

1215 O Street

Sacramento, CA 95814

**DSH CDCR Patient Census and Waitlist Report**

Data as of: 6/27/2022

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 1 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| **Total** | **-** | **1** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 90 | 0 | 0 | 0 | 166 | | | | 2 |
| Coalinga | 50 | 16 | 0 | 0 | 0 | 34 | | | | |
| **Total** | **306** | **106** | **0** | **0** | **0** | **200** | **1** | **1** | **0** | **(Includes 0 Waiting >30 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 8 | 0 | 0 | 0 | 21 | | 2 | 0 | 2 |
| **Total** | **30** | **8** | **0** | **0** | **0** | **21** | **0** | **2** | **0** | **(Includes 0 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

# EXHIBIT B

Patient Management Unit

1215 O Street

Sacramento, CA 95814

**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted June 1 through June 30, 2022 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 2 | 40 |
| **Subtotal** | **2** | **40** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 2 | 40 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[3]Including patients admitted in June 2022 who waited greater than 30 days from the referral received date to DSH for a change in level of care.

[4]Includes the total number of days patients admitted in June 2022 waited beyond 30 days from the referral received date to DSH for a change in level of care.

**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted June 1 through June 30, 2022 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | Direct | 56 | 26 | 49 | 26 | 0 | COVID-19 Hold. Patient admitted after hold was lifted and within 5 days of negative COVID-19 test. |
| ███ | ███ | Direct | 44 | 14 | 37 | 14 | 0 | COVID-19 Hold. Patient admitted after hold was lifted and within 5 days of negative COVID-19 test. |
| **Total Number of Patients Waiting Over 30 Days** | **2** | **Total Number of Days All Patients** | **100** | **40** | **86** | **40** | **0** | - |

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



July 15, 2022

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
       COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

   The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

   The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of June 27, 2022 (Exhibit C), the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of June 27, 2022 (Exhibit D), the Psychiatric Inpatient Programs Census Report as of 6/27/2022 (Exhibit E), and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in June 2022 (Exhibit F), are generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application.

   The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.

   The reports attached as Exhibit F are compliance reports from CDCR, which include requested compliance data for all referrals admitted to inpatient care in June 2022, and the identification of inmate-patients who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.  Exhibit F indicates those patients who transferred to an inpatient program beyond Program Guide timelines.  Since the start of the COVID-19 pandemic, CDCR has applied the unusual circumstances exception for patients who transferred beyond timelines due to various impacts of the pandemic, including systemic issues such as movement restrictions and large-scale quarantines and the consequential impact on the system following the resolution of those restrictions.  Going forward, and in light of the evolving nature of the pandemic, CDCR will add an individualized assessment for any patient who falls within the unusual circumstances exception based on a COVID-19 impact.  CDCR will continue to discuss the impacts of the pandemic, as they occur, with the Plaintiffs and Special Master.

   CDCR continues to face obstacles to operating its PIPs at full capacity as a result of the impacts from COVID-19 that I described in my May 13 letter submitted with the May 16, 2022 inpatient reports filing.  *See* ECF No 7552 at 11.  As CDCR has been reporting directly to the Court and the Special Master, the California Health Care Facility's (CHCF) PIP closed on

July 15, 2022
Page Two

September 27, 2021. *See* ECF No. 7555 at 54-55, and ECF No. 7555-1 at 97. The PIP remained closed to new admissions through January 27, 2022. *Id.* CDCR has worked to safely reopen the units in the CHCF PIP, but the PIP is still operating at 71% capacity, with 150 of 514 beds offline. Also, as I have indicated in my regular reports to the Court, the California Medical Facility's (CMF) PIP is operating with beds offline. As of June 30, 2022, the CMF PIP was operating at 95% capacity with 17 of 370 beds offline (eight beds are offline for social distancing and nine are offline due to staffing). These bed closures are not reflected in the Beds Redlined column of Exhibit C, the CDCR PIP Waitlist Report.

CDCR previously noted that a triaging of pending referrals resulted in a difference between the reported number of pending referrals on the CDCR PIP Waitlist Report (Ex. C) and actual numbers of pending referrals. That reporting issue was resolved in May 2022 and the CDCR PIP Waitlist Report, Exhibit C, reports the total number of pending referrals.

While CDCR continues its work to address the effects of COVID-19 and to improve its bed capacity in the PIPs, it will continue to closely monitor inpatient referrals and admissions, and track all exceptions in detail and review this information with the Special Master in workgroups and with other stakeholders in various settings.

Sincerely,

/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

17787917.1

# EXHIBIT C

**CDCR Psychiatric Inpatient Programs (PIP)**
**Coleman Patient Census and Waitlist Report as of**
**June 27, 2022**

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 201 | 81 | 4 | 0 | 7 | 109 | | | | | |
| California Medical Facility (CMF) | 218 | 195 | 8 | 0 | 0 | 15 | | | | | |
| Total | 419 | 276 | 12 | 0 | 7 | 124 | 18 | 1 | 19 | 1 | |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 29 | 2 | 0 | 0 | 53 | | | | | |
| Total | 84 | 29 | 2 | 0 | 0 | 53 | 2 | 0 | 2 | | 0 |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 331 | 179 | 5 | 0 | 11 | 136 | | | | | |
| CMF Multi Cell | 68 | 39 | 2 | 0 | 0 | 27 | | | | | |
| CMF Single Cell | 94 | 57 | 3 | 16 | 0 | 18 | | | | | |
| SVSP Multi Cell | 44 | 30 | 8 | 0 | 0 | 6 | | | | | |
| SVSP Single Cell | 202 | 177 | 19 | 0 | 0 | 6 | | | | | |
| Total | 739 | 482 | 37 | 16 | 11 | 193 | 48 | 4 | 52 | | 1 |

| MALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CSP, San Quentin (Condemned) | 40 | 13 | 0 | 0 | 0 | 27 | | | | | |
| CSP, San Quentin (Non-Condemned) | N/A | 18 | 2 | 0 | 0 | -20 | | | | | |
| MH Flex Institutions(s)/Program(s)[6] | 12 | 10 | 0 | 2 | 0 | 0 | | | | | |
| Total | 52 | 41 | 2 | 2 | 0 | 7 | 0 | 2 | 2 | 2 | 0 |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 26 | 1 | 0 | 0 | 18 | | | | | |
| Total | 45 | 26 | 1 | 0 | 0 | 18 | 3 | 0 | 3 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPs | 1339 | 854 | 54 | 18 | 18 | 395 | 71 | 7 | 78 | 3 | 1 |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient requiring APP or ICF level of care. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

[6] MH Beds flexed to Acute and/or ICF at insitutions that do not have a PIP program.

*There are 3 APP referrals, waiting greater than 10 days, that are pending an exception due to COVID-19.

**There is 1 ICF referral, waiting greater than 30 days, that is pending an exception due to COVID-19.

# EXHIBIT D

**CDCR Mental Health Crisis Bed**
*Coleman* **Patient Census and Waitlist Report as of**
**June 27, 2022**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 397 | 263 | 23 | 111 | 14 | 14 | 0 |
| Female Programs | 41 | 15 | 2 | 24 | 2 | 2 | 0 |
| **Totals** | **438** | **278** | **25** | **135** | **16** | **16** | **0** |

Data Source: HCPOP Endorsements and Referrals Tracking (HEART)          CCHCS, Corrections Services, Compliance & Reporting Unit

# EXHIBIT E

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 06/27/2022**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 2 |
| | | Level I: | 6 |
| | | Level II: | 49 |
| | | Level III: | 24 |
| | | Level IV: | 114 |
| | | Total Census: | 195 |
| PIP-Stockton | 201 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 20 |
| | | Level III: | 9 |
| | | Level IV: | 50 |
| | | Total Census: | 81 |
| **Totals for Male Acute** | **419** | | **276** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 331 | No Score: | 2 |
| | | Level I: | 1 |
| | | Level II: | 28 |
| | | Level III: | 10 |
| | | Level IV: | 138 |
| | | Total Census: | 179 |
| | | *Total out of LRH:* | *56* |
| PIP-Vacaville | 94 | No Score: | 2 |
| | | Level I: | 2 |
| | | Level II: | 14 |
| | | Level III: | 8 |
| | | Level IV: | 31 |
| | | Total Census: | 57 |
| | | *Total out of LRH:* | *13* |
| PIP-Vacaville Multi-person Cells | 68 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 16 |
| | | Level III: | 4 |
| | | Level IV: | 18 |
| | | Total Census: | 39 |
| | | *Total out of LRH:* | *30* |
| PIP-Salinas Valley | 202 | No Score: | 1 |
| | | Level I: | 2 |
| | | Level II: | 32 |
| | | Level III: | 22 |
| | | Level IV: | 120 |
| | | Total Census: | 177 |
| | | PC 1370: | 9 |
| | | WIC 7301: | 1 |
| | | *Total out of LRH:* | *50* |

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 06/27/2022**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 4 |
| | | Level III: | 4 |
| | | Level IV: | 21 |
| | | Total Census: | 30 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *23* |
| **Totals for Male ICF High Custody** | **739** | | **482** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 10 |
| | | Level III: | 7 |
| | | Level IV: | 10 |
| | | Total Census: | 29 |
| | | *Total out of LRH:* | *9* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 6 |
| | | Level II: | 56 |
| | | Level III: | 7 |
| | | Level IV: | 21 |
| | | Total Census: | 90 |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 11 |
| | | Level III: | 2 |
| | | Level IV: | 3 |
| | | Total Census: | 16 |
| **Totals for Male ICF Low Custody** | **390** | | **135** |
| **Male Programs** | | | |
| PIP-San Quentin | 40 | Total Census: | 13 |
| PIP-San Quentin Non-Condemned | N/A | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 1 |
| | | Level III: | 2 |
| | | Level IV: | 14 |
| | | Total Census: | 18 |
| MH Flex Institution(s)/ Program(s) | 12 | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 1 |
| | | Level III: | 4 |
| | | Level IV: | 4 |
| | | Total Census: | 10 |
| **Totals for Male ICF/Acute** | **52** | | **41** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 06/27/2022**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 5 |
| | | Level III: | 1 |
| | | Level IV: | 1 |
| | | **Total Census:** | **9** |
| PIP-California Institution for Women | 45 | No Score: | 4 |
| | | Level I: | 2 |
| | | Level II: | 4 |
| | | Level III: | 1 |
| | | Level IV: | 15 |
| | | **Total Census:** | **26** |
| | | *Total out of LRH:* | *5* |
| **Totals for Female ICF/Acute** | **75** | | **35** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1675** | | **969** |

❖ **Bed Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Program:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **MH Flex Institution(s)/Program(s):** MH beds flexed to Acute and/or ICF at institutions that do not have a PIP program.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# EXHIBIT F

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN JUNE 2022 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 95 | 84 | 2 | 9 | 0 | 2 | 40 |
| Acute (APP) | 99 | 40 | 45 | 14 | 1 | 45 | 226 |
| TOTALS | 194 | 124 | 47 | 23 | 1 | 47 | 266 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP.  Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, patients on medical or Vitek holds and/or other approved operational circumstances.

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | PBSP | | | MHCB | 4/29/2022 | 5/9/2022 | 5/13/2022 | Acute / preliminary Single Cell | 05/13/2022 | APP: VPP | 05/13/2022 12:32:00 |
| APP | WSP | | | MHCB | 5/10/2022 | 5/16/2022 | 5/26/2022 | Acute / preliminary Single Cell | 05/26/2022 | APP: VPP | 05/26/2022 11:14:00 |
| APP | LAC | | | MHCB | 5/16/2022 | 5/16/2022 | 5/26/2022 | Acute / preliminary Single Cell | 05/26/2022 | APP: VPP | 05/26/2022 12:45:00 |
| APP | WSP | | | MHCB | 5/16/2022 | 5/17/2022 | 5/26/2022 | Acute / preliminary Locked Dorms | 05/26/2022 | APP: VPP | 05/26/2022 12:04:00 |
| APP | SAC | | | MHCB | 5/12/2022 | 5/17/2022 | 5/27/2022 | Acute / preliminary Single Cell | 05/27/2022 | APP: VPP | 05/27/2022 10:18:00 |
| APP | PBSP | | | MHCB | 5/16/2022 | 5/18/2022 | 5/27/2022 | Acute / preliminary Single Cell | 05/27/2022 | APP: VPP | 05/27/2022 11:38:00 |
| APP | CIM | | | MHCB | 5/13/2022 | 5/18/2022 | 5/31/2022 | Acute / preliminary Unlocked Dorms | 05/31/2022 | APP: VPP | 05/31/2022 15:42:00 |
| APP | CMC | | | MHCB | 5/19/2022 | 5/19/2022 | 6/1/2022 | Acute / preliminary Unlocked Dorms | 06/01/2022 | APP: CMC | 06/01/2022 11:21:00 |
| APP | CIM | | | MHCB | 5/18/2022 | 5/19/2022 | 5/31/2022 | Acute / preliminary Unlocked Dorms | 05/31/2022 | APP: VPP | 05/31/2022 13:36:00 |
| APP | SOL | | | MHCB | 5/19/2022 | 5/20/2022 | 6/2/2022 | Acute / preliminary Single Cell | 06/02/2022 | APP: SQ | 06/02/2022 10:37:00 |
| APP | SAC | | | MHCB | 5/12/2022 | 5/20/2022 | 5/31/2022 | Acute / preliminary Single Cell | 05/31/2022 | APP: CHCF | 05/31/2022 10:31:00 |
| APP | CIM | | | MHCB | 5/18/2022 | 5/20/2022 | 6/2/2022 | Acute / preliminary Single Cell | 06/02/2022 | APP: VPP | 06/02/2022 12:15:00 |
| APP | SAC | | | MHCB | 5/19/2022 | 5/20/2022 | 6/2/2022 | Acute / preliminary Single Cell | 06/02/2022 | APP: CHCF | 06/02/2022 12:08:00 |
| APP | CIM | | | MHCB | 5/19/2022 | 5/20/2022 | 6/3/2022 | Acute / preliminary Unlocked Dorms | 06/03/2022 | APP: CHCF | 06/03/2022 10:58:00 |
| APP | MCSP | | | MHCB | 5/23/2022 | 5/23/2022 | 6/3/2022 | Acute / preliminary Unlocked Dorms | 06/03/2022 | APP: VPP | 06/03/2022 11:54:00 |
| APP | CMF | | | MHCB | 5/23/2022 | 5/24/2022 | 6/3/2022 | Acute / preliminary Single Cell | 06/03/2022 | APP: VPP | 06/03/2022 12:15:00 |
| APP | CMF | | | MHCB | 5/23/2022 | 5/24/2022 | 6/6/2022 | Acute / preliminary Single Cell | 06/06/2022 | APP: VPP | 06/06/2022 15:42:00 |
| APP | CHCF | | | MHCB | 5/20/2022 | 5/25/2022 | 6/6/2022 | Acute / preliminary Locked Dorms | 06/06/2022 | APP: VPP | 06/06/2022 14:04:00 |
| APP | LAC | | | MHCB | 5/20/2022 | 5/25/2022 | 6/3/2022 | Acute / preliminary Locked Dorms | 06/03/2022 | APP: VPP | 06/03/2022 13:35:00 |
| APP | CIM | | | MHCB | 5/25/2022 | 5/26/2022 | 6/6/2022 | Acute / preliminary Single Cell | 06/06/2022 | APP: SQ | 06/06/2022 10:57:00 |
| APP | MCSP | | | MHCB | 5/25/2022 | 5/26/2022 | 6/6/2022 | Acute / preliminary Multi Person Cell | 06/06/2022 | APP: CHCF | 06/06/2022 10:56:00 |
| APP | CMC | | | MHCB | 5/26/2022 | 5/27/2022 | 6/6/2022 | Acute / preliminary Single Cell | 06/06/2022 | APP: VPP | 06/06/2022 12:58:00 |
| APP | CIM | | | MHCB | 5/27/2022 | 5/27/2022 | 6/8/2022 | Acute / preliminary Unlocked Dorms | 06/08/2022 | APP: CHCF | 06/08/2022 13:40:00 |
| APP | SAC | | | MHCB | 5/26/2022 | 5/27/2022 | 6/8/2022 | Acute / preliminary Single Cell | 06/08/2022 | APP: VPP | 06/08/2022 12:46:00 |
| APP | COR | | | MHCB | 5/26/2022 | 5/27/2022 | 6/7/2022 | Acute / preliminary Locked Dorms | 06/07/2022 | APP: VPP | 06/07/2022 11:09:00 |
| APP | CMC | | | MHCB | 5/26/2022 | 5/27/2022 | 6/7/2022 | Acute / preliminary Unlocked Dorms | 06/07/2022 | APP: CMC | 06/07/2022 11:34:00 |
| APP | SAC | | | MHCB | 5/27/2022 | 5/31/2022 | 6/13/2022 | Acute / preliminary Single Cell | 06/13/2022 | APP: VPP | 06/13/2022 12:10:00 |
| APP | SAC | | | MHCB | 5/27/2022 | 5/31/2022 | 6/10/2022 | Acute / preliminary Single Cell | 06/10/2022 | APP: VPP | 06/10/2022 11:40:00 |
| APP | HDSP | | | MHCB | 6/1/2022 | 6/1/2022 | 6/13/2022 | Acute / preliminary Single Cell | 06/13/2022 | APP: VPP | 06/13/2022 11:21:00 |
| APP | CMF | | | MHCB | 5/31/2022 | 6/2/2022 | 6/13/2022 | Acute / preliminary Single Cell | 06/13/2022 | APP: VPP | 06/13/2022 10:48:00 |
| APP | SAC | | | MHCB | 6/1/2022 | 6/2/2022 | 6/13/2022 | Acute / preliminary Single Cell | 06/13/2022 | APP: VPP | 06/13/2022 10:40:00 |
| APP | MCSP | | | MHCB | 6/2/2022 | 6/2/2022 | 6/8/2022 | Acute / preliminary Unlocked Dorms | 06/08/2022 | APP: CHCF | 06/08/2022 14:16:00 |
| APP | SOL | | | MHCB | 6/2/2022 | 6/2/2022 | 6/10/2022 | Acute / preliminary Unlocked Dorms | 06/10/2022 | APP: CMC | 06/10/2022 10:48:00 |
| APP | SAC | | | MHCB | 6/2/2022 | 6/3/2022 | 6/15/2022 | Acute / preliminary Single Cell | 06/15/2022 | APP: VPP | 06/15/2022 12:24:00 |
| APP | RJD | | | MHCB | 6/1/2022 | 6/3/2022 | 6/17/2022 | Acute / preliminary Single Cell | 06/17/2022 | APP: CHCF | 06/17/2022 10:33:00 |
| APP | RJD | | | MHCB | 6/1/2022 | 6/3/2022 | 6/13/2022 | Acute / preliminary Multi Person Cell | 06/13/2022 | APP: CMC | 06/13/2022 12:12:00 |
| APP | SAC | | | MHCB | 6/3/2022 | 6/3/2022 | 6/13/2022 | Acute / preliminary Locked Dorms | 06/13/2022 | APP: VPP | 06/13/2022 11:02:00 |
| APP | SAC | | | MHCB | 6/2/2022 | 6/3/2022 | 6/14/2022 | Acute / preliminary Single Cell | 06/14/2022 | APP: CHCF | 06/14/2022 12:16:00 |
| APP | COR | | | MHCB | 6/3/2022 | 6/7/2022 | 6/16/2022 | Acute / preliminary Single Cell | 06/16/2022 | APP: SQ | 06/16/2022 11:11:00 |
| APP | WSP | | | MHCB | 6/8/2022 | 6/8/2022 | 6/15/2022 | Acute / preliminary Single Cell | 06/15/2022 | APP: CMC | 06/15/2022 13:31:00 |
| APP | RJD | | | MHCB | 6/2/2022 | 6/9/2022 | 6/16/2022 | Acute / preliminary Unlocked Dorms | 06/16/2022 | APP: VPP | 06/16/2022 12:43:00 |
| APP | SAC | | | MHCB | 6/9/2022 | 6/10/2022 | 6/20/2022 | Acute / preliminary Single Cell | 06/20/2022 | APP: CHCF | 06/20/2022 13:39:00 |
| APP | CMC | | | MHCB | 6/13/2022 | 6/14/2022 | 6/17/2022 | Acute / preliminary Multi Person Cell | 06/17/2022 | APP: VPP | 06/17/2022 12:07:00 |
| APP | COR | | | MHCB | 6/10/2022 | 6/15/2022 | 6/20/2022 | Acute / preliminary Unlocked Dorms | 06/20/2022 | APP: VPP | 06/20/2022 10:17:00 |
| APP | PBSP | | | MHCB | 6/13/2022 | 6/16/2022 | 6/20/2022 | Acute / preliminary Single Cell | 06/20/2022 | APP: VPP | 06/20/2022 13:29:00 |

**DETAIL OF APP OUT OF COMPLIANCE**
**JUNE 2022**

| HCPPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| APP: VPP | 05/13/2022 12:32:00 | APP: VPP | 06/01/2022 | APP: VPP | 06/03/2022 12:22 00 | | Admitted | 25 | N | 15 |
| APP: VPP | 05/26/2022 11:14:00 | APP: VPP | 05/31/2022 | APP: VPP | 06/01/2022 15:36 00 | | Admitted | 16 | N | 6 |
| APP: VPP | 05/26/2022 12:45:00 | APP: VPP | 05/31/2022 | APP: VPP | 06/01/2022 13:56 00 | | Admitted | 16 | N | 6 |
| APP: VPP | 05/26/2022 12:04:00 | APP: VPP | 05/31/2022 | APP: VPP | 06/01/2022 16:06 00 | | Admitted | 15 | N | 5 |
| APP: VPP | 05/27/2022 10:18:00 | APP: VPP | 05/31/2022 | APP: VPP | 06/01/2022 11:50 00 | | Admitted | 15 | N | 5 |
| APP: VPP | 05/27/2022 11:38:00 | APP: VPP | 06/01/2022 | APP: VPP | 06/03/2022 12:14 00 | | Admitted | 16 | N | 6 |
| APP: VPP | 05/31/2022 15:42:00 | APP: VPP | 06/02/2022 | APP: VPP | 06/03/2022 16:04:00 | | Admitted | 16 | N | 6 |
| APP: CMC | 06/01/2022 11:21:00 | APP: CMC | 06/02/2022 | APP: CMC | 06/02/2022 14:52:20 | | Admitted | 14 | N | 4 |
| APP: VPP | 05/31/2022 13:36:00 | APP: VPP | 06/02/2022 | APP: VPP | 06/03/2022 16:02:00 | | Admitted | 15 | N | 5 |
| APP: SQ | 06/02/2022 10:37:00 | APP: SQ | 06/03/2022 | APP: SQ | 06/06/2022 15:47:00 | | Admitted | 17 | N | 7 |
| APP: CHCF | 05/31/2022 10:31:00 | APP: CHCF | 06/14/2022 | APP: CHCF | 06/15/2022 17:08:00 | | Admitted | 26 | N | 16 |
| APP: VPP | 06/02/2022 12:15:00 | APP: VPP | 06/07/2022 | APP: VPP | 06/06/2022 17:36:00 | | Admitted | 17 | N | 7 |
| APP: CHCF | 06/02/2022 12:08:00 | APP: CHCF | 06/03/2022 | APP: CHCF | 06/06/2022 16:00 00 | | Admitted | 17 | N | 7 |
| APP: CHCF | 06/03/2022 10:58:00 | APP: CHCF | 06/07/2022 | APP: CHCF | 06/08/2022 14:27 00 | | Admitted | 19 | N | 9 |
| APP: VPP | 06/03/2022 11:54:00 | APP: VPP | 06/06/2022 | APP: VPP | 06/07/2022 12:34 00 | | Admitted | 15 | N | 5 |
| APP: VPP | 06/03/2022 12:15:00 | APP: VPP | 06/03/2022 | APP: VPP | 06/06/2022 10:50 00 | | Admitted | 13 | N | 3 |
| APP: VPP | 06/06/2022 15:42:00 | APP: VPP | 06/07/2022 | APP: VPP | 06/08/2022 17:29 00 | | Admitted | 15 | N | 5 |
| APP: VPP | 06/06/2022 14:04:00 | APP: VPP | 06/07/2022 | APP: VPP | 06/08/2022 14:10 00 | | Admitted | 14 | N | 4 |
| APP: VPP | 06/03/2022 13:35:00 | APP: VPP | 06/10/2022 | APP: VPP | 06/13/2022 17:57 00 | | Admitted | 19 | N | 9 |
| APP: SQ | 06/06/2022 10:57:00 | APP: SQ | 06/07/2022 | APP: SQ | 06/08/2022 15:00 00 | | Admitted | 13 | N | 3 |
| APP: CHCF | 06/06/2022 10:56:00 | APP: CHCF | 06/07/2022 | APP: CHCF | 06/07/2022 11:33 00 | | Admitted | 12 | N | 2 |
| APP: VPP | 06/06/2022 12:58:00 | APP: VPP | 06/09/2022 | APP: VPP | 06/10/2022 11:58 00 | | Admitted | 14 | N | 4 |
| APP: CHCF | 06/08/2022 13:40:00 | APP: CHCF | 06/10/2022 | APP: CHCF | 06/13/2022 14:21 00 | | Admitted | 17 | N | 7 |
| APP: VPP | 06/08/2022 12:46:00 | APP: VPP | 06/08/2022 | APP: VPP | 06/09/2022 12:17 00 | | Admitted | 13 | N | 3 |
| APP: VPP | 06/07/2022 11:09:00 | APP: VPP | 06/08/2022 | APP: VPP | 06/09/2022 16:01:00 | | Admitted | 13 | N | 3 |
| APP: CMC | 06/07/2022 11:34:00 | APP: CMC | 06/08/2022 | APP: CMC | 06/08/2022 12:23 00 | | Admitted | 12 | N | 2 |
| APP: VPP | 06/13/2022 12:10:00 | APP: VPP | 06/16/2022 | APP: VPP | 06/17/2022 14:12 00 | | Admitted | 17 | N | 7 |
| APP: VPP | 06/10/2022 11:40:00 | APP: VPP | 06/13/2022 | APP: VPP | 06/14/2022 14:24 00 | | Admitted | 14 | N | 4 |
| APP: VPP | 06/13/2022 11:21:00 | APP: VPP | 06/23/2022 | APP: VPP | 06/24/2022 09:50 00 | | Admitted | 23 | N | 13 |
| APP: VPP | 06/13/2022 10:48:00 | APP: VPP | 06/14/2022 | APP: VPP | 06/15/2022 12:45 00 | | Admitted | 13 | N | 3 |
| APP: VPP | 06/13/2022 10:40:00 | APP: VPP | 06/13/2022 | APP: VPP | 06/14/2022 14:24 00 | | Admitted | 12 | N | 2 |
| APP: CHCF | 06/08/2022 14:16:00 | APP: CHCF | 06/10/2022 | APP: CHCF | 06/13/2022 12:57 00 | | Admitted | 11 | N | 1 |
| APP: CMC | 06/10/2022 10:48:00 | APP: CMC | 06/14/2022 | APP: CMC | 06/15/2022 14:23 00 | | Admitted | 13 | N | 3 |
| APP: VPP | 06/15/2022 12:24:00 | APP: VPP | 06/16/2022 | APP: VPP | 06/17/2022 15:23 00 | | Admitted | 14 | N | 4 |
| APP: CHCF | 06/17/2022 10:33:00 | APP: CHCF | 06/20/2022 | APP: CHCF | 06/21/2022 21:16 00 | | Admitted | 18 | N | 8 |
| APP: CMC | 06/13/2022 12:12:00 | APP: CMC | 06/14/2022 | APP: CMC | 06/15/2022 19:49 00 | | Admitted | 12 | N | 2 |
| APP: VPP | 06/13/2022 11:02:00 | APP: VPP | 06/13/2022 | APP: VPP | 06/14/2022 15:54 00 | | Admitted | 11 | N | 1 |
| APP: CHCF | 06/14/2022 12:16:00 | APP: CHCF | 06/16/2022 | APP: CHCF | 06/20/2022 16:05:50 | | Admitted | 17 | N | 7 |
| APP: SQ | 06/16/2022 11:11:00 | APP: SQ | 06/17/2022 | APP: SQ | 06/27/2022 17:35 00 | **EXCEPTION:** Patient transfer refusal and Vitek; 7 days | | 20 | N | 10 |
| APP: CMC | 06/15/2022 13:31:00 | APP: CMC | 06/16/2022 | APP: CMC | 06/21/2022 11:21 00 | | Admitted | 13 | N | 3 |
| APP: VPP | 06/16/2022 12:43:00 | APP: VPP | 06/17/2022 | APP: VPP | 06/20/2022 16:09:42 | | Admitted | 11 | N | 1 |
| APP: CHCF | 06/20/2022 13:39:00 | APP: CHCF | 06/22/2022 | APP: CHCF | 06/24/2022 09:58 00 | | Admitted | 14 | N | 4 |
| APP: VPP | 06/17/2022 12:07:00 | APP: VPP | 06/22/2022 | APP: VPP | 06/27/2022 11:14 00 | | Admitted | 13 | N | 3 |
| APP: VPP | 06/20/2022 10:17:00 | APP: VPP | 06/24/2022 | APP: VPP | 06/27/2022 15:50 00 | | Admitted | 12 | N | 2 |
| APP: VPP | 06/20/2022 13:29:00 | APP: VPP | 06/24/2022 | APP: VPP | 06/27/2022 12:34 00 | | Admitted | 11 | N | 1 |

**TOTAL DAYS OUT OF COMPLIANCE    226**

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CHCF | | | APP | 4/22/2022 | 4/29/2022 | 5/6/2022 | Unlocked Dorms | 05/06/2022 | ICF-Dorms: ASH | 05/06/2022 12:27:00 |
| ICF | CHCF | | | APP | 5/2/2022 | 5/11/2022 | 5/13/2022 | Unlocked Dorms | 05/13/2022 | ICF-Dorms: ASH | 05/13/2022 11:02:00 |

**DETAIL OF ICF OUT OF COMPLIANCE**
June 2022

| HCPPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| ICF-Dorms: ASH | 05/06/2022 12:27:00 | ICF-Dorms: ASH | 05/10/2022 | ICF-Dorms: ASH | 06/24/2022 15:14:00 | | Admitted | 56 | N | 26 |
| ICF-Dorms: ASH | 05/13/2022 11:02:00 | ICF-Dorms: ASH | 05/18/2022 | ICF-Dorms: ASH | 06/24/2022 15:14:00 | | Admitted | 44 | N | 14 |

**TOTAL DAYS OUT OF COMPLIANCE**     **40**