UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER AND |
| EDMUND G. BROWN, JR., et al., | ORDER TO SHOW CAUSE |
| Defendants. | |

Consistent with his monitoring responsibilities, *see* December 22, 2000 Order, ECF No. 1229 at 1 n.1, between January 28, 2021 and March 23, 2022 the Special Master has filed five annual reports on completed inmate suicides in the California Department of Corrections and Rehabilitation (CDCR), and one report on his expert's summary of findings on inmate suicides in CDCR from January 1, 2013 through December 31, 2020 (hereafter "Summary Report"). *See* ECF Nos. 7038 (amended by ECF No. 7404) (Calendar Year 2016), 7077 (amended by ECF No. 7404) (Calendar Year 2017), 7161 (amended by ECF No. 7440) (Calendar Year 2018), 7239 (amended by ECF No. 7404) (Calendar Year 2019), 7405 (Calendar Year 2020) and 7511 (Trend Report). Defendants have filed objections to all of the reports. *See* ECF Nos. 7O52, 7098, 7182, 7249, 7409 and 7522.

Contemporaneously with this order, the court has issued an order adopting in full the California Department of Corrections and Rehabilitation Annual Suicide Report Proposal

1

(Proposal), subject to the provisional approval process outlined in that Proposal. The court's review of defendants' objections to the five annual reports on completed inmate suicides suggests the following. The issues raised by defendants' objections are addressed in the proposal and resolved therein to the satisfaction of the parties and the Special Master for purposes of annual inmate suicide reports going forward, assuming the Proposal is finally approved at the end of the provisional approval period. The court's adoption of the Special Master's five annual inmate suicide reports currently pending before the court will create a consistent record of annual suicide reports through the end of 2020 and allow a clear demarcation point beginning with calendar year 2021 and the filing of CDCR's first report under the Proposal. Accordingly, good cause appearing, the parties will be directed to show cause within fourteen days, if any they have, why the court should not adopt in full the five annual suicide reports described in this order.

Defendants also interpose a number of objections to the Summary Report. The Special Master represents that this report was prepared "in order to present the Court and parties with "a broader analysis of data and findings in prior annual reports," consistent with prior efforts in this case. ECF No. 7511 at 1 (citing Special Master's Psychiatric Experts' Review of Completed Suicides in the California Department of Corrections and Rehabilitation in Calendar Years 1999 through 2004). Preparation of the Summary Report appears to be consistent with defendants' expressed view that "'trends in suicides should be based on a minimum of five years of data.'" November 23, 2009 Order, ECF No. 3731, at 2-3 (quoting Ex. A to Defendants' October 1, 2009 motion to modify the Special Master's 2007 Report on Completed Inmate Suicides in CDCR). The Summary Report is presented as an additional tool for the parties and the court in the ongoing effort to remediate constitutional violations related to inmate suicide rates in CDCR institutions. Given the court's adoption of CDCR's Proposal, and good cause appearing, the parties will also be directed to show cause within fourteen days, if any they have, why the court should not accept the Summary Report as received on the docket without resolution of any objections thereto. *Cf.* ECF No. 7162 (court received Special Master's Labor Economists' Report on the docket without resolving any objections to that Report).

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, the parties shall show cause in writing, if any they have, why the court should not adopt in full the Special Master's Expert's Reports on Completed Inmate Suicides in the California Department of Corrections and Rehabilitation for Calendar Years 2016 through 2020; and

2. Within fourteen days from the date of this order, the parties shall show cause in writing, if any they have, why the court should not accept the Summary Report without resolution of any objections thereto.

DATED: July 22, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE