UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

      As required by the court's June 14, 2022 order, ECF No. 7570, on June 28, 2022, the Special Master filed a Report and Recommendation Regarding the California Department of Corrections and Rehabilitation's Proposal for Assuming the Annual Suicide Monitoring Report. ECF No. 7574 ("Report"). The Report was not circulated to the parties for review and comment prior to its filing; it is therefore presumptively subject to the thirty day objection period approved by the court on July 29, 2019. ECF No. 6230. However, the Special Master reports that all parties have agreed to the proposal appended to the Report, for the California Department of Corrections and Rehabilitation (CDCR) to assume responsibility for filing annual reports on completed inmate suicides. *Id*. at 7. The proposal provides for provisional approval for the annual suicide report for calendar year 2021, followed by a meet and confer of the parties supervised by the Special Master and submission of a further recommendation from the Special Master as to whether the proposal should become final. *Id*. at 9-10.

The agreement reached on CDCR's proposal represents a significant step forward in the remedial phase of this litigation.  Given both the complete agreement of the parties and the Special Master's assent to CDCR's proposal, as well as the time sensitivity associated with its implementation, the court accepts the Special Master's recommendation to adopt the proposal at this time.  The Report itself will be adopted by subsequent order on or after July 28, 2022, at the end of the thirty day objection period.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Special Master's June 28, 2022 recommendation is adopted; and
2. The California Department of Corrections and Rehabilitation Annual Suicide Report Proposal is adopted in full, subject to the provisional approval process outlined therein.

DATED:  July 22, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE