IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>ORDER |

　　　On July 14, 2022, Defendants submitted to the Court by electronic mail a Request to File Documents Under Seal.  Specifically, Defendants request that the Biannual Summary Compliance Reports for Transfer of Class Members Out of Desert Institutions filed on June 30, 2022 (ECF No. 7577) be sealed or stricken from the record.  The filing contained unredacted personal identifying information of inmate/patients and information related to those inmate/patients' mental health care.  Defendants filed a properly redacted copy of the Biannual Summary Compliance Reports for Transfer of Class Members Out of Desert Institutions on July 12, 2014. (ECF No. 7584.)

　　　The Court, having reviewed Defendants' request, and good cause appearing, hereby grants Defendants' Request to Seal ECF No. 7577.  The Clerk of Court shall seal ECF No. 7577, noting in docket entry text that the redacted version of the document is available at ECF No. 7584.

1

1    SO ORDERED.
2   DATED: July 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE