1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 510-4431
7   Fax:  (415) 703-5843
    E-mail:  Namrata.Kotwani@doj.ca.gov
8  *Attorneys for Defendants*

9  HANSON BRIDGETT LLP
   PAUL B. MELLO, State Bar No. 179755
10 SAMANTHA D. WOLFF, State Bar No. 240280
   DAVID C. CASARRUBIAS, State Bar No. 321994
11  1676 N. California Boulevard, Suite 620
    Walnut Creek, CA 94596
12  Telephone:  (925) 746-8460
    Fax:  (925) 746-8490
13  E-mail:  PMello@hansonbridgett.com
   *Attorneys for Defendants*

ERNEST GALVAN, State Bar No. 196065
Rosen Bien Galvan and Grunfeld LLP
 101 Mission Street, Sixth Floor
 San Francisco, CA  94105-1738
 Telephone:  (415) 433-6830
 Fax:  (415) 433-7104
 Email:  egalvan@rbgg.com
*Attorneys for Plaintiff*

SHAWNA L. BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen Lehman & Feldberg LLP
 100 Marine Parkway, Suite 300
 Redwood Shores, CA 94065
 Telephone:  (650) 623-1401
 Fax:  (650) 623-1449
 Email: sballard@reichmanjorgensen.com
        kfalkenstien@reichmanjorgensen.com

BRIAN C. BARAN, State Bar No. 325939
Reichman Jorgensen Lehman & Feldberg LLP
 1909 K St. NW, Suite 800
 Washington, DC 20006
 Telephone:  (202) 894-7310
 Fax:  (650) 623-1449
 Email:  bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor
Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER APPROVING SETTLEMENT OF PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S CLAIM IN INTERVENTION** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | Judge: The Hon. Kimberly J. Mueller |

1

Stip. and [Prop.] Order   (2:90-cv-00520 KJM-DB (PC))

On February 25, 2022, at the parties' request, the Court referred the issues raised in Plaintiff-Intervenor Christopher Lipsey's ("Lipsey") claim-in-intervention to Chief Magistrate Judge Kendall Newman for mediation, which was conducted with input from the Special Master and his suicide prevention expert. ECF No. 7478. On March 23, 2022, Lipsey and the California Department of Corrections and Rehabilitation ("CDCR") reached a settlement as to Lipsey's claim-in-intervention "subject to submission of documents and approval by [this Court]." Minutes, ECF No. 7512. The Settlement and Release Agreement ("Agreement") is attached hereto as Exhibit 1. As directed by Chief Magistrate Judge Newman, *see* ECF No. 7512, the parties now request this Court's approval of the Agreement.

The parties therefore jointly request that the Court order as follows:

1. The Settlement and Release Agreement, a true and correct copy of which is attached as Exhibit 1 to this Stipulation, is approved.

2. Within fourteen days of the date that both (i) the Court has issued a final order approving the Agreement, and (ii) "the settlement amount due under the Agreement has been paid to Lipsey," *see* Ex. 1, ¶ 14, CDCR and Lipsey shall file the voluntary dismissal with prejudice of Lipsey's complaint-in-intervention described in Paragraph 14 of the Agreement. This Court's jurisdiction over Lipsey's claim-in-intervention will terminate upon filing of that dismissal, except that the Court will retain jurisdiction only to enforce the monetary settlement due to Lipsey under the Agreement and to enforce his individual right to receive earplugs in segregated housing units in accord with Paragraph 13(a) of the Agreement, and to enforce the terms of Exhibit 1, Paragraph 13, as to the *Coleman* class.

**IT IS SO STIPULATED**.

Dated: July 29, 2022                        Respectfully submitted,

/s/ *Brian C. Baran*                         /s/ *Namrata Kotwani* (as authorized 7/29/22)

REICHMAN JORGENSEN              ROB BONTA
LEHMAN & FELDBERG LLP           Attorney General of California
Shawna L. Ballard (SBN 155188)   DAMON MCCLAIN
Kate Falkenstien (SBN 313753)    Supervising Deputy Attorney General
  100 Marine Parkway, Suite 300
  Redwood Shores, California 94065   NAMRATA KOTWANI
  Telephone: (650) 623-1401       Deputy Attorney General
  Fax: (650) 623-1449
  sballard@reichmanjorgensen.com

REICHMAN JORGENSEN              HANSON BRIDGETT LLP
LEHMAN & FELDBERG LLP           PAUL B. MELLO
Brian C. Baran (SBN 325939)     SAMANTHA D. WOLFF
  1909 K St. NW, Suite 800
  Washington, DC 20006
  Telephone: (202) 894-7310
  Fax: (650) 623-1449
  bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor*       *Attorneys for Defendants*
*Christopher Lipsey*

/s/ *Ernest Galvan* (as authorized 7/27/22)

ROSEN BIEN GALVAN AND GRUNFELD LLP
Ernest Galvan, State Bar No. 196065
  101 Mission Street, Sixth Floor
  San Francisco, CA  94105-1738
  Telephone:  (415) 433-6830
  Fax:  (415) 433-7104
  Email:  egalvan@rbgg.com

*Attorneys for Plaintiffs*


**IT IS SO ORDERED.**

Dated: _____          _____
                                      KIMBERLY J. MUELLER
                                      CHIEF UNITED STATES DISTRICT JUDGE