IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**[PROPOSED] ORDER REGARDING MONTHLY PSYCHIATRY VACANCY REPORT FOR JUNE 2022** |

　　　Good cause appearing, Defendants' August 1, 2022, request for an extension of time, nunc pro tunc, to file the monthly psychiatry vacancy report due July 29, 2022, ECF No. [____], is GRANTED.  Defendants' monthly psychiatry vacancy report for June 2022 will be deemed timely filed.  IT IS SO ORDERED.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Kimberly J. Mueller
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge