IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**ORDER REGARDING MONTHLY PSYCHIATRY VACANCY REPORT FOR JUNE 2022** |

Good cause appearing, Defendants' August 1, 2022, request for an extension of time, nunc pro tunc, to file the monthly psychiatry vacancy report due July 29, 2022, ECF No. 7595, is GRANTED. Defendants' monthly psychiatry vacancy report for June 2022, appended to Defendant's August 1, 2022 request for extension of time is deemed timely filed.

IT IS SO ORDERED.

Dated: August 8, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE