1   ROB BONTA, State Bar No. 202668            PAUL B. MELLO, State Bar No. 179755
    Attorney General of California              SAMANTHA D. WOLFF, State Bar No. 240280
2   MONICA N. ANDERSON, State Bar No. 182970    LAUREL E. O'CONNOR, State Bar No. 305478
    Senior Assistant Attorney General           DAVID C. CASARRUBIAS, State Bar No. 321994
3   DAMON MCCLAIN, State Bar No. 209508         HANSON BRIDGETT LLP
    Supervising Deputy Attorney General          1676 N. California Boulevard, Suite 620
4   ELISE OWENS THORN, State Bar No. 145931       Walnut Creek, CA 94596
    NAMRATA KOTWANI, State Bar No. 308741         Telephone:  (925) 746-8460
5   Deputy Attorneys General                     Fax:  (925) 746-8490
     455 Golden Gate Avenue, Suite 11000         E-mail:  PMello@hansonbridgett.com
6    San Francisco, CA  94102-7004             Attorneys for Defendants
     Telephone:  (415) 510-4431
7    Fax:  (415) 703-5843
     E-mail:  Namrata.Kotwani@doj.ca.gov
8   Attorneys for Defendants

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

SACRAMENTO DIVISION

12

13

| | |
|---|---|
| 14   **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| 15                       Plaintiffs, | **DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| 16       v. | |
| 17   **GAVIN NEWSOM, et al.,** | |
| 18                       Defendants. | |
| 19 | |

20

21          Defendants California Department of Corrections and Rehabilitation (CDCR) and

22   Department of State Hospitals (DSH) file the attached reports capturing data concerning patient

23   census, waitlists, and compliance with transfer timelines for inpatient mental health care in

24   compliance with the Court's October 13, 2015 order.  (ECF No. 5367.)  Attached are letters from

25   CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's

26   May 19, 2017 order (ECF No. 5610):  (1) DSH CDCR Patient Census and Waitlist Report

27   (Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted

28   July 1 Through July 31, 2022 Who Waited Beyond Program Guide Timelines (Exhibit B);

1

Defs.' Census, Waitlists, and Transfer Timelines Compliance Reports (2:90-cv-00520 KJM-DB (PC))

(3) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of July 25, 2022 (Exhibit C); (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of July 25, 2022 (Exhibit D); (5) Psychiatric Inpatient Programs Census Report as of 7/25/22 (Exhibit E); and (6) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in July 2022 (Exhibit F).

The current compliance report at Exhibit F shows that of the 168 patients admitted to inpatient programs in July 2022, 29 transferred beyond Program Guide timelines, including one patient whose transfer was delayed by 22 days due to an out-to-hospital exception. As reflected in the attached letter from CDCR, CDCR continues to monitor the inpatient transfer timelines and exceptions, and will continue to review this information with the Special Master in Work Groups and with other stakeholders in various settings.

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 5367 and ECF No. 5610.

Dated: August 15, 202                    Respectfully submitted,

                                        ROB BONTA
                                        Attorney General of California
                                        DAMON MCCLAIN
                                        Supervising Deputy Attorney General


                                        /s/ *Namrata Kotwani*
                                        Namrata Kotwani
                                        Deputy Attorney General
                                        *Attorneys for Defendants*

Defs.' Census, Waitlists, and Transfer Timelines Compliance Reports (2:90-cv-00520 KJM-DB (PC))

State of California – Department of State Hospitals                                    Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



August 12, 2022

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

The California Department of State Hospitals (DSH) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

The DSH CDCR Patient Census and Waitlist Report—as of July 31, 2022—is attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted July 1, 2021 through July 31, 2022 Who Waited Beyond Program Guide Timelines, is attached as Exhibit B.  These reports are based on data from the DSH Bed Utilization Management Report.

The report attached as Exhibit A reflects data collected at a single point in time and, as a result, should not be used for purposes outside of that report.  The report attached as Exhibit B is the compliance report from DSH, which includes requested compliance data for all DSH level-of-care referrals admitted to inpatient care in July 2022, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

August 12, 2022
Page Two

DSH records show that, as of July 31, 2022, there were no patients waiting beyond Program Guide transfer timelines.  Exhibit B, as well as the supplemental report on DSH's pending waitlist provided to the Special Master and Plaintiffs via e-mail, show that no patients were admitted to DSH in July 2022 beyond Program Guide transfer timelines.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

# EXHIBIT A

State of California  GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION** Case 2:90-cv-00520-KJM-SCR  Document 7604  Filed 08/15/22  Page 6 of 25

Patient Management Unit
1215 O Street
Sacramento, CA 95814

**DSH**

## DSH CDCR Patient Census and Waitlist Report
Data as of: 7/25/2022

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Total** | **-** | **1** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 89 | 0 | 0 | 0 | 167 | 7 | 1 | 0 | **8** |
| Coalinga | 50 | 19 | 0 | 0 | 0 | 31 | | | | |
| **Total** | **306** | **108** | **0** | **0** | **0** | **198** | **7** | **1** | **0** | **(Includes 0 Waiting >30 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 8 | 0 | 0 | 0 | 21 | 0 | 1 | 0 | **1** |
| **Total** | **30** | **8** | **0** | **0** | **0** | **21** | **0** | **1** | **0** | **(Includes 0 Waiting >30 Days)** |

[1] Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2] Redlined beds are temporarily unavailable due to repairs.

[3] Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5] Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6] Beds at DSH-P are for female patients only.

# EXHIBIT B

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Patient Management Unit
1215 O Street
Sacramento, CA 95814



**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted July 1 through July 31, 2022 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.
[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.
[3]Including patients admitted in July 2022 who waited greater than 30 days from the referral received date to DSH for a change in level of care.
[4]Includes the total number of days patients admitted in July 2022 waited beyond 30 days from the referral received date to DSH for a change in level of care.

State of California

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION** DIVISION 19-KJM-SCR     Document 7604     Filed 08/15/22     Page 9 of 25

GAVIN NEWSOM, Governor

Patient Management Unit

1215 O Street

Sacramento, CA 95814



## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted July 1 through July 31, 2022 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| No patients admitted with wait times exceeding 30 days | | | | | | | | |
| **Total Number of Patients Waiting Over 30 Days** | **0** | **Total Number of Days All Patients** | **0** | **0** | **0** | **0** | **0** | **-** |

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



August 15, 2022

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
      COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report, as of July 25, 2022, is attached as Exhibit C, the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report, as of July 25, 2022, is attached as Exhibit D, the Psychiatric Inpatient Programs Census Report, as of 7/25/2022, is attached as Exhibit E, and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in July 2022 is attached as Exhibit F  These reports are generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application.

The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.

The reports attached as Exhibit F are compliance reports from CDCR, which include requested compliance data for all referrals admitted to inpatient care in July 2022, and the identification of inmate-patients who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.  Exhibit F indicates those patients who transferred to an inpatient program beyond Program Guide timelines.

CDCR continues to face obstacles to operating its PIPs at full capacity as a result of the impacts from COVID-19 that I described in the May 13 letter submitted with the May 16, 2022 inpatient reports filing.  *See* ECF No 7552 at 11.  As CDCR has been reporting directly to the Court and the Special Master, the California Health Care Facility's (CHCF) PIP closed on September 27, 2021.  *See* ECF No. 7555 at 54-55, and ECF No. 7555-1 at 97.  The PIP remained closed to new admissions through January 27, 2022.  *Id.*  CDCR has worked to safely reopen the units in the CHCF PIP, but the PIP is still operating at 70% capacity, with 154 of 514 beds offline.  Also, as I have indicated in my regular reports to the Court, the California Medical Facility's (CMF) PIP is operating with beds offline.  As of July 31, 2022, the CMF PIP was operating at 92% capacity with 33 of 396 beds offline (eight beds are offline for social distancing, nine are offline due to staffing and sixteen offline for retrofit project). These bed

August 15, 2022
Page Two

closures are not reflected in the Beds Redlined column of Exhibit C, the CDCR PIP Waitlist Report.

While CDCR continues its work to address the effects of COVID-19 and to improve its bed capacity in the PIPs, it will continue to closely monitor inpatient referrals and admissions, and track all exceptions in detail and review this information with the Special Master in workgroups and with other stakeholders in various settings.

Sincerely,

/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

# EXHIBIT C

**CDCR Psychiatric Inpatient Programs (PIP)**
**Coleman Patient Census and Waitlist Report as of**
**July 25, 2022**

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 201 | 80 | 2 | 0 | 7 | 112 | | | | | |
| California Medical Facility (CMF) | 218 | 191 | 9 | 0 | 0 | 18 | | | | | |
| Total | 419 | 271 | 11 | 0 | 7 | 130 | 8 | 6 | 14 | 3 | |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 28 | 5 | 0 | 0 | 51 | | | | | |
| Total | 84 | 28 | 5 | 0 | 0 | 51 | 5 | 0 | 5 | | 0 |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 331 | 192 | 7 | 0 | 11 | 121 | | | | | |
| CMF Multi Cell | 68 | 33 | 8 | 0 | 0 | 27 | | | | | |
| CMF Single Cell | 94 | 54 | 10 | 16 | 0 | 14 | | | | | |
| SVSP Multi Cell | 44 | 32 | 3 | 0 | 0 | 9 | | | | | |
| SVSP Single Cell | 202 | 184 | 5 | 1 | 0 | 12 | | | | | |
| Total | 739 | 495 | 33 | 17 | 11 | 183 | 61 | 2 | 63 | | 0 |

| MALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CSP, San Quentin (Condemned) | 40 | 16 | 0 | 0 | 0 | 24 | | | | | |
| CSP, San Quentin (Non-Condemned) | N/A | 19 | 0 | 0 | 0 | -19 | | | | | |
| MH Flex Institutions(s)/Program(s)[6] | 12 | 10 | 0 | 0 | 0 | 2 | | | | | |
| Total | 52 | 45 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 25 | 2 | 0 | 0 | 18 | | | | | |
| Total | 45 | 25 | 2 | 0 | 0 | 18 | 0 | 2 | 2 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPs | 1339 | 864 | 51 | 17 | 18 | 389 | 74 | 10 | 84 | 3 | 0 |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient requiring APP or ICF level of care. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

[6] MH Beds flexed to Acute and/or ICF at insitutions that do not have a PIP program.

*There are 3 APP referrals, waiting greater than 10 days, that are pending an exception due to approved operational circumstances.

# EXHIBIT D

**CDCR Mental Health Crisis Bed**
*Coleman* **Patient Census and Waitlist Report as of**
**July 25, 2022**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 397 | 255 | 19 | 123 | 24 | 24 | 0 |
| Female Programs | 41 | 13 | 0 | 28 | 0 | 0 | 0 |
| **Totals** | **438** | **268** | **19** | **151** | **24** | **24** | **0** |

Data Source: HCPOP Endorsements and Referrals Tracking (HEART)          CCHCS, Corrections Services, Compliance & Reporting Unit

# EXHIBIT E

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 07/25/2022**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 2 |
| | | Level I: | 7 |
| | | Level II: | 45 |
| | | Level III: | 28 |
| | | Level IV: | 109 |
| | | Total Census: | 191 |
| PIP-Stockton | 201 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 15 |
| | | Level III: | 8 |
| | | Level IV: | 56 |
| | | Total Census: | 80 |
| **Totals for Male Acute** | **419** | | **271** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 331 | No Score: | 2 |
| | | Level I: | 3 |
| | | Level II: | 26 |
| | | Level III: | 11 |
| | | Level IV: | 150 |
| | | Total Census: | 192 |
| | | *Total out of LRH:* | *55* |
| PIP-Vacaville | 94 | No Score: | 2 |
| | | Level I: | 2 |
| | | Level II: | 14 |
| | | Level III: | 7 |
| | | Level IV: | 29 |
| | | Total Census: | 54 |
| | | *Total out of LRH:* | *15* |
| PIP-Vacaville Multi-person Cells | 68 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 13 |
| | | Level III: | 5 |
| | | Level IV: | 14 |
| | | Total Census: | 33 |
| | | *Total out of LRH:* | *24* |
| PIP-Salinas Valley | 202 | No Score: | 2 |
| | | Level I: | 3 |
| | | Level II: | 32 |
| | | Level III: | 20 |
| | | Level IV: | 127 |
| | | Total Census: | 184 |
| | | PC 1370: | 7 |
| | | WIC 7301: | 2 |
| | | *Total out of LRH:* | *55* |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 07/25/2022**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 6 |
| | | Level III: | 3 |
| | | Level IV: | 22 |
| | | Total Census: | 32 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *25* |
| **Totals for Male ICF High Custody** | **739** | | **495** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 9 |
| | | Level III: | 7 |
| | | Level IV: | 10 |
| | | Total Census: | 28 |
| | | *Total out of LRH:* | *9* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 5 |
| | | Level II: | 56 |
| | | Level III: | 7 |
| | | Level IV: | 21 |
| | | Total Census: | 89 |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 13 |
| | | Level III: | 2 |
| | | Level IV: | 3 |
| | | Total Census: | 19 |
| **Totals for Male ICF Low Custody** | **390** | | **136** |
| **Male Programs** | | | |
| PIP-San Quentin | 40 | Total Census: | 16 |
| PIP-San Quentin Non-Condemned | N/A | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 1 |
| | | Level III: | 1 |
| | | Level IV: | 17 |
| | | Total Census: | 19 |
| MH Flex Institution(s)/ Program(s) | 12 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 2 |
| | | Level III: | 4 |
| | | Level IV: | 4 |
| | | Total Census: | 10 |
| **Totals for Male ICF/Acute** | **52** | | **45** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 07/25/2022**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 5 |
| | | Level III: | 1 |
| | | Level IV: | 1 |
| | | Total Census: | 9 |
| PIP-California Institution for Women | 45 | No Score: | 4 |
| | | Level I: | 3 |
| | | Level II: | 6 |
| | | Level III: | 1 |
| | | Level IV: | 11 |
| | | Total Census: | 25 |
| | | *Total out of LRH:* | *6* |
| **Totals for Female ICF/Acute** | **75** | | **34** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1675** | | **981** |

❖ **Bed Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Program:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **MH Flex Institution(s)/Program(s):** MH beds flexed to Acute and/or ICF at institutions that do not have a PIP program.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# EXHIBIT F

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN JULY 2022 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 118 | 97 | 3 | 18 | 0 | 3 | 6 |
| Acute (APP) | 77 | 42 | 26 | 9 | 1 | 25 | 126 |
| TOTALS | 195 | 139 | 29 | 27 | 1 | 28 | 132 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP.  Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, on medical or Vitek holds and/or other approved operational circumstances.

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | SAC | | | MHCB | 6/16/2022 | 6/16/2022 | 6/20/2022 | Acute / preliminary Multi Person Cell | 06/20/2022 | APP: SQ | 06/20/2022 14:36:00 |
| APP | CIM | | | MHCB | 6/17/2022 | 6/21/2022 | 6/23/2022 | Acute / preliminary Single Cell | 06/23/2022 | APP: VPP | 06/23/2022 13:11:00 |
| APP | CMF | | | MHCB | 6/16/2022 | 6/23/2022 | 6/24/2022 | Acute / preliminary Unlocked Dorms | 06/24/2022 | APP: VPP | 06/24/2022 10:15:00 |
| APP | RJD | | | MHCB | 6/23/2022 | 6/24/2022 | 6/24/2022 | Acute / preliminary Single Cell | 06/24/2022 | APP: VPP | 06/24/2022 12:51:00 |
| APP | RJD | | | MHCB | 6/24/2022 | 6/24/2022 | 6/24/2022 | Acute / preliminary Unlocked Dorms | 06/24/2022 | APP: VPP | 06/24/2022 15:50:00 |
| APP | SATF | | | MHCB | 6/22/2022 | 6/27/2022 | 6/27/2022 | Acute / preliminary Unlocked Dorms | 06/27/2022 | APP: VPP | 06/27/2022 11:43:00 |
| APP | SAC | | | MHCB | 6/27/2022 | 6/28/2022 | 6/28/2022 | Acute / preliminary Multi Person Cell | 06/28/2022 | APP: VPP | 06/28/2022 15:12:00 |
| APP | CMF | | | MHCB | 6/27/2022 | 6/29/2022 | 6/29/2022 | Acute / preliminary Unlocked Dorms | 06/29/2022 | APP: VPP | 06/29/2022 13:38:00 |
| APP | CIM | | | MHCB | 6/29/2022 | 6/30/2022 | 6/30/2022 | Acute / preliminary Single Cell | 06/30/2022 | APP: VPP | 06/30/2022 15:00:00 |
| APP | CMF | | | MHCB | 6/25/2022 | 6/30/2022 | 6/30/2022 | Acute / preliminary Unlocked Dorms | 06/30/2022 | APP: VPP | 06/30/2022 15:29:00 |
| APP | MCSP | | | MHCB | 6/29/2022 | 6/30/2022 | 6/30/2022 | Acute / preliminary Single Cell | 06/30/2022 | APP: VPP | 06/30/2022 10:53:00 |
| APP | SVSP | | | ICF-HIGH | 6/29/2022 | 6/30/2022 | 6/30/2022 | Acute / preliminary Single Cell | 06/30/2022 | APP: VPP | 06/30/2022 14:17:00 |
| APP | CIM | | | MHCB | 6/30/2022 | 7/1/2022 | 7/1/2022 | Acute / preliminary Locked Dorms | 07/01/2022 | APP: VPP | 07/01/2022 13:58:00 |
| APP | CMC | | | MHCB | 6/24/2022 | 7/1/2022 | 7/1/2022 | Acute / preliminary Single Cell | 07/01/2022 | APP: VPP | 07/01/2022 13:33:00 |
| APP | COR | | | MHCB | 6/29/2022 | 7/1/2022 | 7/1/2022 | Acute / preliminary Unlocked Dorms | 07/01/2022 | APP: VPP | 07/01/2022 13:07:00 |
| APP | LAC | | | MHCB | 7/1/2022 | 7/5/2022 | 7/6/2022 | Acute / preliminary Single Cell | 07/06/2022 | APP: VPP | 07/06/2022 12:00:00 |
| APP | CIM | | | MHCB | 7/1/2022 | 7/6/2022 | 7/6/2022 | Acute / preliminary Unlocked Dorms | 07/06/2022 | APP: VPP | 07/06/2022 11:35:00 |
| APP | MCSP | | | MHCB | 7/6/2022 | 7/6/2022 | 7/8/2022 | Acute / preliminary Multi Person Cell | 07/08/2022 | APP: VPP | 07/06/2022 15:52:00 |
| APP | SOL | | | MHCB | 7/5/2022 | 7/6/2022 | 7/6/2022 | Acute / preliminary Unlocked Dorms | 07/06/2022 | APP: VPP | 07/06/2022 12:39:00 |
| APP | RJD | | | MHCB | 7/6/2022 | 7/7/2022 | 7/7/2022 | Acute / preliminary Single Cell | 07/07/2022 | APP: VPP | 07/07/2022 11:03:00 |
| APP | MCSP | | | MHCB | 7/1/2022 | 7/7/2022 | 7/7/2022 | Acute / preliminary Unlocked Dorms | 07/07/2022 | APP: VPP | 07/07/2022 11:37:00 |
| APP | CMC | | | MHCB | 7/6/2022 | 7/7/2022 | 7/7/2022 | Acute / preliminary Single Cell | 07/07/2022 | APP: VPP | 07/07/2022 12:22:00 |
| APP | SAC | | | MHCB | 7/11/2022 | 7/12/2022 | 7/12/2022 | Acute / preliminary Single Cell | 07/12/2022 | APP: VPP | 07/12/2022 13:45:00 |
| APP | CHCF | | | MHCB | 7/8/2022 | 7/12/2022 | 7/13/2022 | Acute / preliminary Unlocked Dorms | 07/13/2022 | APP: VPP | 07/13/2022 12:33:00 |
| APP | NKSP | | | MHCB | 7/11/2022 | 7/12/2022 | 7/13/2022 | Acute / preliminary Unlocked Dorms | 07/13/2022 | APP: VPP | 07/13/2022 12:10:00 |
| APP | KVSP | | | MHCB | 7/13/2022 | 7/14/2022 | 7/18/2022 | Acute / preliminary Single Cell | 07/18/2022 | APP: VPP | 07/18/2022 11:54:00 |

DETAIL OF APP OUT OF COMPLIANCE

| HCPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| APP: SQ | 06/20/2022 14:36:00 | APP: SQ | 06/21/2022 | APP: SQ | 07/18/2022 13:39:00 | **EXCEPTION:** Out to Hospital; 22 days | Admitted | 32 | N | 22 |
| APP: VPP | 06/23/2022 13:11:00 | APP: VPP | 07/05/2022 | APP: VPP | 07/06/2022 15:32:00 | | Admitted | 15 | N | 5 |
| APP: VPP | 06/24/2022 10:15:00 | APP: VPP | 07/08/2022 | APP: VPP | 07/11/2022 10:57:00 | | Admitted | 18 | N | 8 |
| APP: VPP | 06/24/2022 12:51:00 | APP: VPP | 07/01/2022 | APP: VPP | 07/05/2022 17:56:00 | | Admitted | 11 | N | 1 |
| APP: VPP | 06/24/2022 15:50:00 | APP: VPP | 07/15/2022 | APP: VPP | 07/18/2022 15:26:00 | | Admitted | 24 | N | 14 |
| APP: VPP | 06/27/2022 11:43:00 | APP: VPP | 07/14/2022 | APP: VPP | 07/15/2022 16:21:00 | | Admitted | 18 | N | 8 |
| APP: VPP | 06/28/2022 15:12:00 | APP: VPP | 07/14/2022 | APP: VPP | 07/15/2022 10:56:00 | | Admitted | 17 | N | 7 |
| APP: VPP | 06/29/2022 13:38:00 | APP: VPP | 07/14/2022 | APP: VPP | 07/15/2022 10:49:00 | | Admitted | 16 | N | 6 |
| APP: VPP | 06/30/2022 15:00:00 | APP: VPP | 07/14/2022 | APP: VPP | 07/15/2022 16:08:00 | | Admitted | 15 | N | 5 |
| APP: VPP | 06/30/2022 15:29:00 | APP: VPP | 07/14/2022 | APP: VPP | 07/15/2022 10:48:00 | | Admitted | 15 | N | 5 |
| APP: VPP | 06/30/2022 10:53:00 | APP: VPP | 07/14/2022 | APP: VPP | 07/15/2022 17:39:00 | | Admitted | 15 | N | 5 |
| APP: VPP | 06/30/2022 14:17:00 | APP: VPP | 07/14/2022 | APP: VPP | 07/15/2022 12:17:00 | | Admitted | 15 | N | 5 |
| APP: VPP | 07/01/2022 13:58:00 | APP: VPP | 07/15/2022 | APP: VPP | 07/18/2022 15:35:00 | | Admitted | 17 | N | 7 |
| APP: VPP | 07/01/2022 13:33:00 | APP: VPP | 07/15/2022 | APP: VPP | 07/18/2022 14:53:00 | | Admitted | 17 | N | 7 |
| APP: VPP | 07/01/2022 13:07:00 | APP: VPP | 07/15/2022 | APP: VPP | 07/18/2022 17:36:00 | | Admitted | 17 | N | 7 |
| APP: VPP | 07/06/2022 12:00:00 | APP: VPP | 07/18/2022 | APP: VPP | 07/19/2022 16:11:00 | | Admitted | 14 | N | 4 |
| APP: VPP | 07/06/2022 11:35:00 | APP: VPP | 07/15/2022 | APP: VPP | 07/18/2022 15:35:00 | | Admitted | 12 | N | 2 |
| APP: VPP | 07/08/2022 15:52:00 | APP: VPP | 07/22/2022 | APP: VPP | 07/25/2022 15:01:00 | | Admitted | 19 | N | 9 |
| APP: VPP | 07/06/2022 12:39:00 | APP: VPP | 07/18/2022 | APP: VPP | 07/19/2022 11:57:00 | | Admitted | 13 | N | 3 |
| APP: VPP | 07/07/2022 11:03:00 | APP: VPP | 07/18/2022 | APP: VPP | 07/19/2022 19:36:00 | | Admitted | 12 | N | 2 |
| APP: VPP | 07/07/2022 11:37:00 | APP: VPP | 07/18/2022 | APP: VPP | 07/19/2022 15:49:00 | | Admitted | 12 | N | 2 |
| APP: VPP | 07/07/2022 12:22:00 | APP: VPP | 07/18/2022 | APP: VPP | 07/19/2022 12:30:00 | | Admitted | 12 | N | 2 |
| APP: VPP | 07/12/2022 13:45:00 | APP: VPP | 07/22/2022 | APP: VPP | 07/25/2022 14:56:00 | | Admitted | 13 | N | 3 |
| APP: VPP | 07/13/2022 12:33:00 | APP: VPP | 07/25/2022 | APP: VPP | 07/26/2022 12:49:45 | | Admitted | 14 | N | 4 |
| APP: VPP | 07/13/2022 12:10:00 | APP: VPP | 07/22/2022 | APP: VPP | 07/25/2022 20:57:00 | | Admitted | 13 | N | 3 |
| APP: VPP | 07/18/2022 11:54:00 | APP: VPP | 07/25/2022 | APP: VPP | 07/26/2022 15:11:00 | | Admitted | 12 | N | 2 |

| TOTAL DAYS OUT OF COMPLIANCE | 126 |
|---|---|

DETAIL OF ICF OUT OF COMPLIANCE

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CHCF | █ | █ | APP | 5/25/2022 | 6/20/2022 | 6/20/2022 | Single Cell | 06/21/2022 | ICF-High: VPP (Single) | 06/21/2022 13:50 00 |
| ICF | CHCF | █ | █ | APP | 6/17/2022 | 6/21/2022 | 6/23/2022 | Unlocked Dorms | 06/23/2022 | ICF-High: VPP (Single) | 06/23/2022 14:50 00 |
| ICF | CHCF | █ | █ | APP | 6/14/2022 | 6/21/2022 | 6/21/2022 | Unlocked Dorms | 06/21/2022 | ICF-Dorms: VPP | 06/21/2022 13:13 00 |
| | | | | | | | | Unlocked Dorms | 07/21/2022 | ICF-High: CHCF | 07/21/2022 10:12 00 |

| HCPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| ICF-High: VPP (Single) | 06/21/2022 13:50:00 | ICF-High: VPP (Single) | 07/20/2022 | ICF-High: VPP (Single) | 07/21/2022 16:02:00 | | Admitted | 31 | N | 1 |
| ICF-High: VPP (Single) | 06/23/2022 14:50:00 | ICF-High: VPP (Single) | 07/22/2022 | ICF-High: VPP (Single) | 07/25/2022 10:21:00 | | Admitted | 34 | N | 4 |
| ICF-Dorms: VPP  ICF-High: CHCF | 06/21/2022 13:13:00  07/21/2022 10:12:00 | ICF-High: CHCF | 07/21/2022 | ICF-High: CHCF | 07/22/2022 12:10:00 | | Admitted | 31 | N | 1 |

| TOTAL DAYS OUT OF COMPLIANCE | 6 |
|---|---|