UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 17 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RALPH COLEMAN; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> GAVIN NEWSOM, Governor, State of California; et al., <br><br> Defendants-Appellants. | No.   22-15570 <br><br> D.C. No. 2:90-cv-00520-KJM-DB <br> Eastern District of California, Sacramento <br><br> ORDER |

Appellants' unopposed motion (Docket Entry No. 6) for voluntary dismissal is granted.  This appeal is dismissed.  Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

15AUG2022/Pro Mo