ROB BONTA  
Attorney General of California  
MONICA N. ANDERSON  
Senior Assistant Attorney General  
DAMON G. MCCLAIN - 209508  
Supervising Deputy Attorney General  
IRAM HASAN - 320802  
Deputy Attorney General  
  455 Golden Gate Avenue, Suite 11000  
  San Francisco, CA 94102-7004  
  Telephone: (415) 510-3793  
  Fax: (415) 703-5480  
  E-mail: Iram.Hasan@doj.ca.gov  
*Attorneys for Defendants*

HANSON BRIDGETT LLP  
PAUL B. MELLO - 179755  
SAMANTHA D. WOLFF – 240280  
  425 Market Street, 26th Floor  
  San Francisco, CA 94015  
  Telephone: (415) 777-3200  
  Facsimile: (415) 541-9366  
  E-mail: pmello@hansonbridgett.com  
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                Plaintiffs,<br>v.<br>**GAVIN NEWSOM, et al.,**<br>                Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br>                Plaintiffs,<br>v.<br>**GAVIN NEWSOM, et al.,**<br>                Defendants. | Case No. 4:01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' SEPTEMBER 2022 QUARTERLY STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 AND MARCH 25, 2022 ORDERS** |

1       The State submits this quarterly status report in response to this Court's February 10, 2014 order (ECF No. 2766/5060)[1] to reduce CDCR's adult prison population to 137.5 percent of design capacity, and March 25, 2022 order reducing the frequency of these reports from monthly to quarterly (ECF No. 3795/7515). Exhibit A sets forth statewide and prison-specific population data, including the current design capacity, population, and population as a percentage of design capacity. Exhibit B provides updates on population reduction measures, including those Defendants implemented in response to the February 10, 2014 order, and the durability of those measures.

      As of September 14, 2022, 91,638 incarcerated people were housed in the State's adult institutions, occupying approximately 111.8 percent of institutional design capacity. (Ex. A.[2]) None[3] are housed in out-of-state facilities.

      Defendants first informed this Court that CDCR's adult prison population was below the 137.5 percent population cap on February 17, 2015 (ECF No. 2838/5278), and have complied with that cap for over seven years.

///
///
///
///
///
///
///

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.) and *Coleman v. Newsom*, No. 2:90-cv-00520-KJM-DB (E.D. Cal.). Docket citations to this Court's orders cite to the docket number of *Plata* first, and *Coleman* second.

[2] The data in Exhibit A is taken from CDCR's September 14, 2022 weekly population report, available on CDCR's website at https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2022/06/Tpop1d220608.pdf.

[3] This statistic covers incarcerated people in out-of-state contract beds, and does not include those housed in other states under interstate compact agreements.

| | | |
|---|---|---|
| Dated: September 15, 2022 | | ROB BONTA<br>Attorney General of California<br><br>*/s/ Damon McClain*<br>DAMON G. MCCLAIN<br>Supervising Deputy Attorney General<br>IRAM HASAN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: September 15, 2022 | | HANSON BRIDGETT LLP<br><br>*/s/ Paul Mello*<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>*Attorneys for Defendants* |

SF2007200670
43399907.docx