# EXHIBIT A

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
September 14, 2022

Weekly Report of Population
As of Midnight September 14, 2022

## Total CDCR Population

| Population | Felon/ Other | Change Since Last Week | Change Since Last Year | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---:|---:|---:|---:|---:|---:|
| A. Total In-Custody/CRPP Supervision | 96,507 | -51 | -2,655 | | | |
| I. In-State | 96,507 | -51 | -2,655 | | | |
| (Men, Subtotal) | 92,809 | -39 | -2,500 | | | |
| (Women, Subtotal) | 3,698 | -12 | -155 | | | |
| 1. Institution/Camps | 93,277 | -93 | -2,742 | 85,330 | 109.3 | 116,972 |
| Institutions | 91,638 | -132 | -2,698 | 81,962 | 111.8 | 113,604 |
| Camps (CCC, CIW, and SCC) | 1,639 | +39 | -44 | 3,368 | 48.7 | 3,368 |
| 2. In-State Contract Beds | 1,980 | +50 | -147 | | | |
| Community Prisoner Mother Program | 8 | 0 | +5 | | | |
| California City Correctional Facility | 1,972 | +50 | -152 | | | |
| 3. Department of State Hospitals | 125 | +2 | -59 | | | |
| 4. CRPP Supervision | 1,125 | -10 | +293 | | | |
| Alternative Custody Program | 67 | -1 | +36 | | | |
| Custody to Community Treatment Reentry Program | 393 | -5 | +109 | | | |
| Male Community Reentry Program | 610 | -4 | +185 | | | |
| Medical Parole | 43 | 0 | -25 | | | |
| Medical Reprieve Program | 12 | 0 | -9 | | | |
| B. Parole | 41,493 | -285 | -6,217 | | | |
| Community Supervision | 40,030 | -282 | -6,156 | | | |
| Interstate Cooperative Case | 1,463 | -3 | -61 | | | |
| C. Non-CDCR Jurisdiction | 872 | -4 | -1,750 | | | |
| Other State/Federal Institutions | 244 | -1 | -4 | | | |
| Out of State Parole | 591 | -2 | -129 | | | |
| Out of State Parolee at Large | 18 | 0 | 0 | | | |
| DJJ-W&IC 1731.5(c) Institutions | 6 | -1 | -3 | | | |
| County Jail | 13 | 0 | -1,614 | | | |
| D. Other Populations | 8,397 | -125 | -428 | | | |
| Temporary Release to Court and Hospital | 1,541 | +6 | +125 | | | |
| Escaped | 195 | 0 | -1 | | | |
| Parolee at Large | 6,661 | -131 | -552 | | | |
| Total CDCR Population | 147,269 | -465 | -11,050 | | | |

This report contains the latest available reliable population figures from SOMS.  They have been carefully audited, but are preliminary, and therefore subject to revision.

California Department of Corrections and Rehabilitation  
Division of Correctional Policy Research and Internal Oversight  
Office of Research  
September 14, 2022

Weekly Report of Population  
As of Midnight September 14, 2022

## Weekly Institution Population Detail

| Institutions | Felon/ Other | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---:|---:|---:|---:|
| Avenal State Prison (ASP) | 4,152 | 2,909 | 142.7 | 4,387 |
| Calipatria State Prison (CAL) | 2,544 | 2,308 | 110.2 | 3,451 |
| California Correctional Center (CCC) | 2,319 | 3,377 | 68.7 | 3,475 |
| California Correctional Institution (CCI) | 2,952 | 2,172 | 135.9 | 3,255 |
| Central California Women's Facility (CCWF) | 2,220 | 1,990 | 111.6 | 3,067 |
| Centinela State Prison (CEN) | 3,080 | 2,308 | 133.4 | 3,446 |
| California Health Care Facility - Stockton (CHCF) | 2,303 | 2,953 | 78.0 | 2,953 |
| California Institution for Men (CIM) | 3,259 | 2,736 | 119.1 | 3,773 |
| California Institution for Women (CIW) | 894 | 1,281 | 69.8 | 1,777 |
| California Men's Colony (CMC) | 3,396 | 3,816 | 89.0 | 4,480 |
| California Medical Facility (CMF) | 1,868 | 2,318 | 80.6 | 2,810 |
| California State Prison, Corcoran (COR) | 3,389 | 3,115 | 108.8 | 4,502 |
| California Rehabilitation Center (CRC) | 2,540 | 2,380 | 106.7 | 3,501 |
| Correctional Training Facility (CTF) | 4,023 | 2,800 | 143.7 | 4,049 |
| Chuckawalla Valley State Prison (CVSP) | 2,145 | 1,738 | 123.4 | 2,617 |
| Folsom State Prison (FOL) | 2,586 | 2,065 | 125.2 | 3,021 |
| Folsom Women's Facility (FWF) | 189 | 403 | 46.9 | 530 |
| High Desert State Prison (HDSP) | 1,767 | 2,324 | 76.0 | 2,411 |
| Ironwood State Prison (ISP) | 2,609 | 2,200 | 118.6 | 3,275 |
| Kern Valley State Prison (KVSP) | 2,706 | 2,448 | 110.5 | 3,497 |
| California State Prison, Los Angeles County (LAC) | 2,329 | 2,300 | 101.3 | 3,100 |
| Mule Creek State Prison (MCSP) | 3,782 | 3,284 | 115.2 | 4,205 |
| North Kern State Prison (NKSP) | 3,706 | 2,694 | 137.6 | 4,011 |
| Pelican Bay State Prison (PBSP) | 1,728 | 2,380 | 72.6 | 3,151 |
| Pleasant Valley State Prison (PVSP) | 2,779 | 2,308 | 120.4 | 3,433 |
| RJ Donovan Correctional Facility (RJD) | 3,014 | 2,992 | 100.7 | 4,234 |
| California State Prison, Sacramento (SAC) | 1,984 | 1,828 | 108.5 | 2,547 |
| California Substance Abuse Treatment Facility (SATF) | 4,715 | 3,424 | 137.7 | 5,111 |
| Sierra Conservation Center (SCC) | 2,685 | 3,404 | 78.9 | 4,236 |
| California State Prison, Solano (SOL) | 3,344 | 2,594 | 128.9 | 3,992 |
| San Quentin State Prison (SQ) | 3,175 | 3,084 | 103.0 | 3,997 |
| Salinas Valley State Prison (SVSP) | 2,956 | 2,452 | 120.6 | 3,209 |
| Valley State Prison (VSP) | 3,031 | 1,961 | 154.6 | 3,022 |
| Wasco State Prison (WSP) | 3,108 | 2,984 | 104.2 | 4,447 |
| Institution Total | 93,277 | 85,330 | 109.3 | 116,972 |

```
California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
September 14, 2022
```

Weekly Report of Population
As of Midnight September 14, 2022

## Notes

Felon/Other counts are felons, county contract boarders, federal boarders, state boarders, safekeepers, county diagnostic cases, Department of Mental Health boarders, and Division of Juvenile Justice boarders.

Interstate Cooperative Cases are parolees from other states being supervised in California.

Non-CDCR Jurisdiction are California cases being confined in or paroled to other states or jurisdictions.

Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the age of 21 who were committed to CDCR, had their sentence amended, and were incarcerated at the Division of Juvenile Justice for housing and program participation.

Other Population includes inmates temporarily out-to-court, inmates in hospitals, escapees, and parolees at large.