MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2022**<br><br>Judge: Hon. Deborah Barnes |

[4161379.1]

1  Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2  Statement for the Second Quarter of 2022 to Defendants via e-mail on August 25, 2022.
3  The parties completed their meet and confer process on September 22, 2022.  The parties
4  have resolved all disputes regarding fees and costs for the Second Quarter of 2022, with an
5  agreement to reduce claimed amounts to a total of $852,604.79 calculated at a rate of
6  $237.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

7  THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8  $852,604.79 plus interest is due and collectable as of forty-five days from the date of entry
9  of this Order.  Interest on these fees and costs will run from September 25, 2022 (31 days
10 after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by
11 28 U.S.C. § 1961.

12  IT IS SO STIPULATED.

14 DATED:  September 26, 2022         */s/ Elise Thorn*
                                      Elise Thorn
15                                    Deputy Attorney General
16                                    Attorneys for Defendants

18 DATED:  September 26, 2022         */s/ Lisa Ells*
                                      Lisa Ells
19                                    ROSEN BIEN GALVAN & GRUNFELD LLP
20                                    Attorneys for Plaintiffs

22  IT IS SO ORDERED.
23 DATED:  _____, 2022

                                      _____
26                                    Deborah Barnes
                                      United States Magistrate Judge

[4161379.1]

1

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE
SECOND QUARTER OF 2022

## Coleman v. Newsom
## Second Quarter of 2022
## April 1, 2022 through June 30, 2022
Summary of Fees and Costs

|  | CLAIMED FEES | SETTLED FEES | COSTS |
|---|---:|---:|---:|
| **Monitoring, 489-3** | $863,841.30 | $833,606.88 | $11,658.97 |
| **Fees on Fees, 489-5** | $6,991.50 | $6,746.80 | $20.41 |
| **Appeal, 489-26** | $592.50 | $571.73 | $0.00 |
| **Totals** | $871,425.30 | $840,925.41 | $11,679.38 |
| **Claimed Total:** | | $883,104.68 | |
| **Settled Total:** | | $852,604.79 | |

4134684

**Coleman v. Newsom**
Second Quarter of 2022
April 1, 2022 through June 30, 2022
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adam Dean | 14.70 | 0.00 | $237.00 | $0.00 | $0.00 |
| Alex Gourse | 87.70 | 83.10 | $237.00 | $19,694.70 | $19,005.39 |
| Amy Xu | 108.50 | 108.50 | $237.00 | $25,714.50 | $24,814.49 |
| Benjamin Bien-Kahn | 0.40 | 0.00 | $237.00 | $0.00 | $0.00 |
| Brenda Munoz | 121.40 | 111.40 | $237.00 | $26,401.80 | $25,477.74 |
| Cara E. Trapani | 188.60 | 187.40 | $237.00 | $44,413.80 | $42,859.32 |
| Ellen T. Brancart | 237.50 | 232.20 | $237.00 | $55,031.40 | $53,105.30 |
| Ellinor Heywood | 1.90 | 0.00 | $237.00 | $0.00 | $0.00 |
| Ernest Galvan | 90.10 | 90.00 | $237.00 | $21,330.00 | $20,583.45 |
| F. Gail LaPurja | 60.40 | 45.80 | $237.00 | $10,854.60 | $10,474.69 |
| Fely F. Villadelgado | 100.80 | 41.80 | $237.00 | $9,906.60 | $9,559.87 |
| Gay C. Grunfeld | 4.60 | 0.00 | $237.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 308.50 | 208.10 | $237.00 | $49,319.70 | $47,593.51 |
| Hannah Chartoff | 2.30 | 0.00 | $237.00 | $0.00 | $0.00 |
| Hannah Potter | 24.80 | 13.50 | $237.00 | $3,199.50 | $3,087.52 |
| Ines Diaz | 8.60 | 0.00 | $237.00 | $0.00 | $0.00 |
| Isabel Ting | 45.00 | 43.10 | $237.00 | $10,214.70 | $9,857.19 |
| Jack Gleiberman | 9.10 | 0.00 | $237.00 | $0.00 | $0.00 |
| Jenny S. Yelin | 88.40 | 86.70 | $237.00 | $20,547.90 | $19,828.72 |
| Jessica L. Winter | 333.90 | 318.70 | $237.00 | $75,531.90 | $72,888.28 |
| Karen E. Stilber | 0.80 | 0.00 | $237.00 | $0.00 | $0.00 |
| Kelly Mu | 46.30 | 43.80 | $237.00 | $10,380.60 | $10,017.28 |
| Linda H. Woo | 64.10 | 59.80 | $237.00 | $14,172.60 | $13,676.56 |
| Lisa Ells | 350.30 | 341.00 | $237.00 | $80,817.00 | $77,988.41 |
| Marc Shinn-Krantz | 267.10 | 255.80 | $237.00 | $60,624.60 | $58,502.74 |
| Michael L. Freedman | 0.10 | 0.00 | $237.00 | $0.00 | $0.00 |
| Michael S. Nunez | 124.00 | 120.50 | $237.00 | $28,558.50 | $27,558.95 |
| Michael W. Bien | 69.90 | 65.40 | $237.00 | $15,499.80 | $14,957.31 |
| Morgan Botelle | 37.70 | 27.40 | $237.00 | $6,493.80 | $6,266.52 |
| Penny Godbold | 1.70 | 0.00 | $237.00 | $0.00 | $0.00 |
| Rebecca Berman | 259.10 | 255.60 | $237.00 | $60,577.20 | $58,457.00 |
| Sanjana Srinivasan | 62.80 | 31.70 | $237.00 | $7,512.90 | $7,249.95 |
| Sarah A. Corkum | 217.20 | 188.90 | $237.00 | $44,769.30 | $43,202.37 |
| Teya Khalil | 62.10 | 33.70 | $237.00 | $7,986.90 | $7,707.36 |
| Thomas Nolan | 86.30 | 84.40 | $237.00 | $20,002.80 | $19,302.70 |
| Yesi Murillo | 213.30 | 193.90 | $237.00 | $45,954.30 | $44,345.90 |
| Zoe Cullison-Shimada | 261.20 | 251.00 | $237.00 | $59,487.00 | $57,404.96 |
| **Total** | **3961.20** | **3523.20** | | **$834,998.40** | **$805,773.48** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alondra Diaz-Saavedra | 3.60 | 3.60 | $237.00 | $853.20 | $823.34 |
| Audrey Lim | 7.10 | 7.10 | $237.00 | $1,682.70 | $1,623.81 |
| Dewi Zarni | 9.90 | 9.90 | $237.00 | $2,346.30 | $2,264.18 |
| Donald Specter | 1.40 | 1.40 | $237.00 | $331.80 | $320.19 |
| Gabriela Pelsinger | 2.50 | 2.50 | $237.00 | $592.50 | $571.76 |
| Ilian Meza Pena | 2.20 | 2.20 | $237.00 | $521.40 | $503.15 |
| Isabel Avila Breach | 17.00 | 17.00 | $237.00 | $4,029.00 | $3,887.99 |
| Juliette Mueller | 0.50 | 0.50 | $237.00 | $118.50 | $114.35 |
| Margot Mendelson | 0.40 | 0.40 | $237.00 | $94.80 | $91.48 |
| Patrick Booth | 0.90 | 0.90 | $237.00 | $213.30 | $205.83 |
| Sophie Mishara | 5.40 | 5.40 | $237.00 | $1,279.80 | $1,235.01 |
| Steve Fama | 68.30 | 68.30 | $237.00 | $16,187.10 | $15,620.55 |
| Tania Amarillas | 2.50 | 2.50 | $237.00 | $592.50 | $571.76 |
| **Total** | **121.70** | **121.70** | | **$28,842.90** | **$27,833.40** |

**GRAND TOTAL** — $863,841.30   $833,606.88

4134684

**Coleman v. Newsom**
**Second Quarter of 2022**
**April 1, 2022 through June 30, 2022**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $1,850.20 | $1,850.20 |
| Outside Copying/Scanning | $2,149.83 | $2,149.83 |
| Transcription | $1,735.35 | $1,735.35 |
| Telephone | $22.55 | $22.55 |
| Postage and Delivery | $1,782.91 | $1,782.91 |
| Research (Westlaw/Lexis/PACER/Fees/Articles) | $871.65 | $871.65 |
| Travel | $2,306.66 | $2,306.66 |
| **Total** | **$10,719.15** | **$10,719.15** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Postage | $939.82 | $939.82 |
| **Total** | **$939.82** | **$939.82** |

**GRAND TOTAL**              $11,658.97

4134684

**Coleman v. Newsom**
**Second Quarter of 2022**
**April 1, 2022 through June 30, 2022**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ernest Galvan | 0.20 | 0.00 | $237.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 0.30 | 0.00 | $237.00 | $0.00 | $0.00 |
| Linda H. Woo | 5.70 | 5.70 | $237.00 | $1,350.90 | $1,303.62 |
| Lisa Ells | 21.80 | 21.80 | $237.00 | $5,166.60 | $4,985.77 |
| **Total** | **28.00** | **27.50** | | **$6,517.50** | **$6,289.39** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.30 | 1.30 | $237.00 | $308.10 | $297.32 |
| Margot Mendelson | 0.70 | 0.70 | $237.00 | $165.90 | $160.09 |
| **Total** | **2.00** | **2.00** | | **$474.00** | **$457.41** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$6,991.50** | **$6,746.80** |

4134684

**Coleman v. Newsom**
**Second Quarter of 2022**
**April 1, 2022 through June 30, 2022**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Postage and Delivery | $19.61 | $19.61 |
| In-House Copying and Printing | $0.80 | $0.80 |
| **Total** | **$20.41** | **$20.41** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | **$20.41** |

4134684

**Coleman v. Newsom**
**Second Quarter of 2022**
**April 1, 2022 through June 30, 2022**
Fees on Appeal of 08/03/20 Order re Program Guide Update Process, 489-26

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Gregorio Z. Gonzalez | 0.70 | 0.70 | $237.00 | $165.90 | $160.06 |
| Jessica L. Winter | 0.60 | 0.60 | $237.00 | $142.20 | $137.22 |
| Lisa Ells | 1.20 | 1.20 | $237.00 | $284.40 | $274.45 |
| **TOTALS** | **2.50** | **2.50** | | **$592.50** | **$571.73** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$592.50** | **$571.73** |

4134684