SHAWNA L. BALLARD (SBN 155188)
sballard@reichmanjorgensen.com
KATE M. FALKENSTIEN (SBN 313753)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

BRIAN C. BARAN (SBN 325939)
bbaran@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K St. NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 623-1449

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>                            Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>                            Defendants. | Case No. 2:90-cv-00520 KJM DB P<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ASSOCIATED WITH COUNSEL FOR PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY AND REQUEST TO REMOVE NAME FROM ELECTRONIC SERVICE LIST**<br><br>Judge:       Hon. Kimberly J. Mueller |

COMES NOW the undersigned counsel for Plaintiff-Intervenor Christopher Lipsey ("Plaintiff-Intervenor") to provide notice that Kate Falkenstien withdraws as counsel for Plaintiff-Intervenor in the above-captioned action.  Plaintiff-Intervenor has been and will continue to be represented by attorneys from the law firm of Reichman Jorgensen Lehman & Feldberg LLP.  Accordingly, please remove Ms. Falkenstien as an attorney of record for Plaintiff-Intervenor.  Ms.

1

1  Falkenstien should no longer receive CM/ECF notification in connection with the above-captioned
2  action.

Dated: September 30, 2022

Respectfully submitted,

/s/ *Shawna Ballard*

SHAWNA L. BALLARD (SBN 155188)
sballard@reichmanjorgensen.com
KATE M. FALKENSTIEN (SBN 313753)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

BRIAN C. BARAN (SBN 325939)
bbaran@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K St. NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 623-1449

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

This 30th day of September 2022        /s/ Shawna Ballard
                                       Shawna Ballard