1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorneys General
    1300 I Street, Suite 125
6  P.O. Box 944255
   Sacramento, CA 94244-2550
7  Telephone:  (916) 210-7318
   Fax:  (916) 324-5205
8  E-mail:  Elise.Thorn@doj.ca.gov
   *Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
DAVID C. CASARRUBIAS, State Bar No. 321994
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone:  (925) 746-8460
 Fax:  (925) 746-8490
 E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

9

10                   IN THE UNITED STATES DISTRICT COURT

11                  FOR THE EASTERN DISTRICT OF CALIFORNIA

12                          SACRAMENTO DIVISION

13

14  **RALPH COLEMAN, et al.,**

15                                         Plaintiffs,

16       v.

17

18  **GAVIN NEWSOM, et al.,**

19                                        Defendants.

20

Case No. 2:90-cv-00520 KJM-DB (PC)

**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO FILE SUICIDE REPORTS UNDER SEAL PURSUANT TO LOCAL RULE 141**

Judge:  The Hon. Kimberly J. Mueller

21

22       On July 25, 2022, the court adopted in full the California Department of Corrections and

23  Rehabilitation Annual Suicide Report Proposal for Assuming the Annual Suicide Monitoring

24  Report.  (ECF No. 7574 and ECF No. 7592.)  As required by the proposal, the California

25  Department of Corrections and Rehabilitation (CDCR) filed its 2021 Report on Suicides in

26  CDCR on September 29, 2022.  (ECF No. 7615.)  The proposal also requires CDCR to submit the

27  individual suicide reports for suicides completed in 2021 to the Special Master and Plaintiffs

28  under separate cover and conditionally lodge them under seal.  (ECF No. 7574 at 15.)

[4167898.1]                              1

1

## REQUEST TO SEAL DOCUMENTS

2      Under Local Rule 141, documents may be filed under seal only by written order of the

3   court upon the showing required by applicable law.  A party seeking to seal a document must

4   submit a request to the court indicating the statutory or other authority for sealing. The court may

5   properly seal records from disclosure to the public if the party submitting the records articulates

6   compelling reasons to do so.  *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th

7   Cir. 2006).  On February 25, 2020, this Court ordered that "[t]he provisions of Local Rule 141(c)

8   notwithstanding, all requests to seal documents shall be accompanied by a stipulation of all

9   counsel consenting to the sealing request.  (Protective Order, ECF No. 6482.)

10      Defendants request that the Court seal the fifteen individual suicide reports, 446 pages in

11   total, attached as Exhibits A through O to the enclosed letter from CDCR, that, as required under

12   the proposal, have been submitted to the Special Master and Plaintiffs under separate cover.

13   (ECF No. 7574 at 15.)  Defendants request, and Plaintiffs agree, that these documents be filed

14   under seal because they contain identifying information that is sensitive, private, confidential, and

15   subject to the protective order entered in this action on February 25, 2020.  (Protective Order,

16   ECF No. 6482.)  The fifteen suicide reports were provided to the Court by electronic mail

17   concurrently with the submission of this stipulation and [proposed] order.

18      If the Court approves this stipulated request to file under seal, Defendants will file the

19   letter and reports in sealed form to protect the privacy of the inmates referenced in the reports.

20      In light of the foregoing, the parties request that the Court seal the fifteen individual

21   suicide reports indefinitely, and that only the Court, authorized court personnel, Plaintiffs'

22   counsel, Defendants, and Defendants' counsel be permitted access to these documents.

23   Nothing in this stipulation is intended to modify the Parties' rights to use the information in

24   the fifteen individual suicide reports in a manner consistent with the protective orders

25   applicable in this case.

26      **IT IS SO STIPULATED**.

27

28

1    DATED:  October 5, 2022

2

3

4

5

6

7

8

9    DATED:  October 5, 2022

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General


By:  */s/ Elise Owens Thorn*
_____
ELISE OWENS THORN
Deputy Attorney General

*Attorneys for Defendants*


Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By:  */s/ Michael Nunez*
_____


*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

The Court, having considered Defendants' request and the parties' stipulation, and good cause appearing, hereby grants Defendants' request to file the individual suicide reports under seal.

**IT IS SO ORDERED.**


Dated:  _____    _____
                               Hon. Kimberly J. Mueller
                               United States District Court

Stip. and [Prop.] Order Granting Defs' Req. to File Suicide Reports Under Seal (2:90-cv-00520 KJM-DB (PC))

17953079.1

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



September 30, 2022

Damon McClain, Esq.
Elise Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-550

VIA EMAIL

RE: CDCR 2021 Individual Suicide Reports

Dear Mr. McClain and Ms. Thorn:

Attached as Exhibits A through O are fifteen individual suicide reports written in response to suicides completed in 2021. I am providing you with these reports to accompany the California Department of Corrections and Rehabilitation's 2021 Annual Suicide Report and to conditionally lodge with the court under seal in accordance with CDCR's June 28, 2022 proposal for assuming the annual suicide monitoring report. (See ECF No. 7574 at 7-8, 14.)

Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs

# EXHIBIT A

# Final Suicide Report Appended as Exhibit A
# Filed Under Seal

# EXHIBIT B

# Final Suicide Report Appended as Exhibit B
# Filed Under Seal

# EXHIBIT C

# Final Suicide Report Appended as Exhibit C
# Filed Under Seal

# EXHIBIT D

# Final Suicide Report Appended as Exhibit D
# Filed Under Seal

# EXHIBIT E

# Final Suicide Report Appended as Exhibit E
# Filed Under Seal

# EXHIBIT F

# Final Suicide Report Appended as Exhibit F
# Filed Under Seal

# EXHIBIT G

# Final Suicide Report Appended as Exhibit G
# Filed Under Seal

# EXHIBIT H

# Final Suicide Report Appended as Exhibit H
# Filed Under Seal

# EXHIBIT I

# Final Suicide Report Appended as Exhibit I
# Filed Under Seal

# EXHIBIT J

# Final Suicide Report Appended as Exhibit J
# Filed Under Seal

# EXHIBIT K

# Final Suicide Report Appended as Exhibit K
# Filed Under Seal

# EXHIBIT L

# Final Suicide Report Appended as Exhibit L
# Filed Under Seal

# EXHIBIT M

# Final Suicide Report Appended as Exhibit M
# Filed Under Seal

# EXHIBIT N

# Final Suicide Report Appended as Exhibit N
# Filed Under Seal

# EXHIBIT O

# Final Suicide Report Appended as Exhibit O
# Filed Under Seal