| | |
|---|---|
| MICHAEL W. BIEN – 096891 | DONALD SPECTER – 083925 |
| ERNEST GALVAN – 196065 | STEVEN FAMA – 099641 |
| LISA ELLS – 243657 | PRISON LAW OFFICE |
| ROSEN BIEN GALVAN & GRUNFELD LLP | 1917 Fifth Street |
| 101 Mission Street, Sixth Floor | Berkeley, California  94710-1916 |
| San Francisco, California  94105-1738 | Telephone:   (510) 280-2621 |
| Telephone:   (415) 433-6830 | |
| | CLAUDIA CENTER – 158255 |
| | DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC. |
| | Ed Roberts Campus |
| | 307 Adeline Street, Suite 210 |
| | Berkeley, California  94703-2578 |
| | Telephone:   (510) 644-2555 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2022**<br><br>Judge:  Hon. Deborah Barnes |

[4161379.1]

STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2022

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Second Quarter of 2022 to Defendants via e-mail on August 25, 2022. The parties completed their meet and confer process on September 22, 2022. The parties have resolved all disputes regarding fees and costs for the Second Quarter of 2022, with an agreement to reduce claimed amounts to a total of $852,604.79 calculated at a rate of $237.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $852,604.79 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from September 25, 2022 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: September 26, 2022

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: September 26, 2022

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: October 12, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[4161379.1]