UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>GAVIN NEWSOM, Governor, State of California; et al.,<br><br>        Defendants-Appellants. | No.   21-16884<br><br>D.C. No.<br>2:90-cv-00520-KJM-DB<br>Eastern District of California, Sacramento<br><br>ORDER |

Before:  GRABER, FRIEDLAND, and MILLER, Circuit Judges.

The motion of Defendants-Appellants to dismiss the appeal is **GRANTED**.

Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal. This order

constitutes the mandate of this court.