# EXHIBIT A



101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Amy Xu
Email: AXu@rbgg.com

August 29, 2022

<u>VIA ELECTRONIC MAIL ONLY</u>
Matthew A. Lopes, Jr.
*Coleman* Special Master
Pannone Lopes Devereaux & O'Gara LLC
1301 Atwood Ave., Suite 215 N
Johnston, RI 02919
mlopes@pldolaw.com

Re:    *Coleman v. Newsom*: Comments on the Draft 29th Monitoring Round
       Report – Part B: Special Master's Monitoring Report on the Inpatient
       Mental Health Care Programs at the California Department of State
       Hospitals dated July 28, 2022
       <u>Our File No. 0489-03</u>

Dear Special Master Lopes:

This letter is in response to the Draft 29th Monitoring Round Report – Part B: Special Master's Monitoring Report on the Inpatient Mental Health Care Programs at the California Department of State Hospitals ("Draft Report"). Though issues involving *Coleman* class member access to DSH hospitals have been well documented throughout the history of this case and remain a predominant problem, there has typically been less scrutiny on the quality and quantity of inpatient mental health treatment provided once class members arrive at DSH hospitals. The Draft Report demonstrates that there are significant ongoing deficiencies in the inpatient mental treatment provided at DSH hospitals, and that those deficiencies cannot simply be attributed to the pandemic. These issues necessitate close monitoring moving forward.

Therefore, we write to request that the Special Master supplement the Conclusions and Recommendations section of the Draft Report to address the quality and quantity of inpatient mental health treatment being provided. We also urge the Special Master to remove Recommendation #2 in light of the Court's August 29, 2022 Order (ECF No.

August 29, 2022
Page 2

7608) and continue monitoring the DSH hospitals in person, at least in part, in the next monitoring round.

## I.    Quantity of Inpatient Mental Health Treatment at DSH Hospitals

The Draft Report highlights ongoing deficiencies in the treatment and clinical services provided at DSH hospitals, which predate the COVID-19 pandemic and must be promptly addressed by the DSH defendants. The Draft Report found that the amount of structured therapeutic activities, which comprise the primary treatment modality provided to patients at DSH, is inadequate for an inpatient setting. Draft Report at 46.[1] For example, at DSH-Atascadero, the DSH hospital treating the largest number of *Coleman* class members, patients were not commonly provided with individual treatment and only offered an average of 7.1 hours of core groups per week. *Id.* at 69. Accordingly, many patients at DSH-Atascadero receive less structured treatment than what the Program Guide states must be provided in EOP units. *See* Program Guide at 12-4-19-12-4-20. As the Draft Report acknowledges, these findings cannot entirely be attributed to restrictions on programming and treatment due to the pandemic, and indeed are not new. Draft Report at 46. The Draft Report urges DSH to "establish minimum standards for the provision of groups" to address these inadequacies (Draft Report at 23), echoing the Special Master's 2018 and 2021 Inpatient Care Reports, which also stated that DSH must "improve the system and quality of structured and unstructured out-of-cell activities." ECF No. 7039 at 49-50 (citing ECF No. 5894 at 27).

Similarly, individual treatment continues to be barely utilized in DSH. Draft Report at 36 ("All three hospitals provided minimal individual therapy."). Although the Special Master exhorts DSH to "address the minimal amount of individual treatment provided at the hospitals through the development and implementation of effective guidelines regarding meaningful indicated individual treatment for members of the *Coleman* class," and train and provide supervision around this necessary aspect of care, these deficiencies also are not new and not pandemic-related. *See id.* at 24 (quoting similar findings from 2018 and 2021 reports). Yet these important findings regarding the limited group and individual therapy provided to class members in DSH are not stated in the Conclusions section of the Draft Report. *See* Draft Report at 60-62. Not only ought they be noted as among the key takeaways of the round, they should form the basis for a recommendation requiring further concrete action.

Without further attention from the Special Master and DSH defendants, Plaintiffs are concerned that these problems will persist or get worse, given the lack of any real

---

[1] All Draft Report citations are to the page numbers on the bottom center of each page. All ECF citations are to the ECF page number.

August 29, 2022
Page 3

improvement in either area over the last three monitoring tours.  Therefore, Plaintiffs
request that the Final Report include more robust conclusions about the treatment and
clinical services provided at DSH hospitals and a recommendation directing the DSH
defendants to develop a plan within 90 days to remedy any deficiencies identified in the
report, similar to what was included in the Special Master's 2021 Inpatient Care Report.
*See* ECF No. 7039 at 118.  That DSH Defendants committed to providing such a plan in
their November 2020 objections to the 2021 Draft Inpatient Report, but almost two years
later still have not, underscores the entrenched nature of this problem.  A targeted
recommendation remains warranted.

## II.    Paper Review of DSH Hospitals

The Special Master should remove the recommendation that DSH hospitals be
monitored via paper review in the next monitoring round.  *See* Draft Report at 63.  The
Court's August 29, 2022 order adopting the Special Master's May 17, 2022 29th Round
Monitoring Report - Part A, ECF No. 7555, regarding the PIPs makes clear that the
Special Master has full authority to determine whether his monitoring duties are best
carried out through institutional visits, a paper review, or some combination of the two
without seeking leave of the Court.  *See* ECF No. 7608 at 6.  As such, the
recommendation is unnecessary and not appropriate for Court action.

More significantly, the findings in the Draft Report make clear that an in-person
review next round is both warranted and necessary.  The Draft Report includes numerous
findings about deficiencies in group treatment, the quality of IDTT meetings, and
inaccurate or incomplete treatment records.  As detailed below, Plaintiffs are concerned
that a paper tour of the DSH hospitals will not allow for an adequate assessment of
Defendants' level of compliance on these issues, and that monitoring will require in-
person observation.

- Plaintiffs are concerned the Special Master will have difficulty monitoring the
  substance of the group treatment provided at DSH hospitals, which is the primary
  treatment modality, if his team only conducts a paper review.  The Draft Report
  found that groups at DSH-Atascadero "ranged from effective to inadequate."  *Id* at
  36.  Some groups were "poorly run and monopolized by some patients," and
  another was "essentially an unstructured recreation opportunity."  *Id.* at 36, 39.
  The Draft Report also found that one of groups at DSH-Coalinga was "of
  questionable utility because of the advanced nature of the covered material."  *Id.* at
  40.  Given how predominant group therapy is in DSH's treatment milieu, ensuring
  they are of sufficient quality is critical to evaluating DSH's compliance with the
  Eighth Amendment.  The clinical adequacy of DSH groups on a substantive level
  cannot be assessed by paper review alone.

August 29, 2022
Page 4

- Similarly, a paper tour will not allow the Special Master to properly assess the quality and effectiveness of IDTT meetings. The Draft Report concluded that IDTT meetings at the three hospitals revealed significant variations in quality. For example, the IDTTs on Unit 34 at DSH-Atascadero "lacked collaborative discussion and many team members minimally participated." *Id.* at 35. Even though group therapy is the primary treatment modality, the IDTT meetings on Unit 34 at DSH-Atascadero did not discuss group therapy in relation to treatment goals, and patients did not know their treatment goals. *Id.* at 37. The Draft Report also expressed concern about IDTT meetings at DSH-Coalinga, which "would have benefited from more robust team member discussion" and excluded patients from discussions without clinical rationale. *Id.* at 38. Like group therapy, evaluating the clinical sufficiency of IDTTs necessitates in person observation, rendering monitoring of this key aspect of DSH's compliance by paper only impossible.

- The Special Master will also have difficulty accurately monitoring the amount of treatment provided at DSH hospitals through a paper review. The Draft Report found that the DSH defendants do not maintain accurate data about the treatment provided to *Coleman* class members. For example, DSH-Atascadero reported that *Coleman* class members attended a significantly higher number of weekly core group hours than what the monitor's expert independently calculated. *Id.* at 78. These discrepancies will be more difficult – if not impossible – to identify through a paper review.

- Plaintiffs are concerned that the clinical documentation practices at DSH-Patton, which the Draft Report characterized as "concerning," will be a barrier to a paper review. *Id.* at 46. Instead of writing progress notes for all clinical encounters, DSH-Patton clinical providers only prepare monthly clinical summaries. *Id.* The monthly clinical summaries do not include documentation for groups, which are the primary treatment modality. *Id.* The Draft Report also stated that the Special Master could not ascertain the adequacy of individual therapy provided because the data did not indicate the number of individual patient sessions. *Id.* at 41. Effectively and accurately monitoring treatment at DSH-Patton via paper only appears infeasible given these limitations.

While Plaintiffs understand that the Special Master may feel that DSH's newly approved CQI process can assist in filling in the monitoring gaps identified above, that process is nascent and has never itself been monitored. It is premature to rely on DSH's CQI as the sole basis for evaluating compliance given the aforementioned deficiencies found in this and prior rounds. Notably, the parties and Special Master have not reviewed in depth the reliability or validity of the data underlying DSH's CQI reports. At

August 29, 2022
Page 5

least the next round of monitoring (if not later rounds) should be conducted in person so that the parties and Special Master can gain confidence in the CQI process before the Special Master defers to the findings of DSH's CQI reports on these important issues, which cannot be adequately evaluated in the absence of in person monitoring.

For these reasons, Plaintiffs urge the Special Master to remove Recommendation #2 from the Draft Report because it is unnecessary given the Court's order of today, and reconsider his intention to conduct the next round of DSH monitoring entirely via a paper review.

Thank you for the opportunity to comment on the comprehensive Draft Report.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

/s/ Amy Xu

By:    Amy Xu

AX:ax
cc:    Coleman Co-Counsel          Nick Weber
       Adriano Hrvatin            Elise Thorn
       Namrata Kotwani            Damon McClain
       Paul Mello                 Melissa Bentz
       Samantha Wolff             Carrie Stafford
       Sundeep Thind              Dillon Hockerson
       Antonina Raddatz           Christine Ciccotti
       Kristopher Kent

[4146537.4]

# EXHIBIT B

*ROB BONTA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 510-4400
Telephone: (415) 510-4431
Facsimile: (415) 703-5843
E-Mail: Namrata.Kotwani@doj.ca.gov

August 29, 2022

Matthew A. Lopes, Jr.
Special Master
Pannone Lopes Devereaux & O'Gara, LLC
Northwoods Office Park
1301 Atwood Avenue, Suite 215 N
Johnston, RI 02919

RE:     *Coleman v. Newsom, et al.*
         U.S.D.C., Eastern District of California, Case No. 2:90-cv-00520 KJM-DB (PC)

Dear Special Master Lopes,

Defendants are in receipt of the draft Twenty-Ninth Round Monitoring Report of the Special Master on the Inpatient Mental Health Care Programs at the California Department of State Hospitals ("Report"). The Report recognizes the quality of Department of State Hospitals' ("DSH") inpatient mental health care, the adequacy of its staffing plan and clinician-to-patient ratios, and its robust continuous quality improvement ("CQI") process. The Special Master's recommendation that DSH hospitals be monitored through paper review in the next monitoring round is a significant milestone in this case. We are pleased that the Special Master recognizes the substantial strides DSH has made in providing quality inpatient care to *Coleman* patients and appreciate that the Report characterizes "DSH-Atascadero and DSH-Coalinga as 'constant performers for the *Coleman* class.'" (p. 4.) DSH is confident that it will be able to address the outstanding issues noted in the Report.

Below we identify a few points of clarification and comments concerning the Report and request that the Report be revised accordingly. DSH's response is structured to align with the organization (including headings) of the Report.

**PART I.**

The Report asserts that "inadequate access to inpatient programs has been persistent and well-documented in this case," citing the Special Master's 2016 Inpatient Care Report, and the Court's June 28, 2006, June 28, 2007, and June 18, 2009 orders. (p. 3.) However, the Report fails to describe DSH's continued and ongoing success of admitting almost all referred patients within 30 days since the lift-and-shift in 2017. This success is well-documented in the monthly inpatient reports filed since 2017. Except for COVID-related delays, DSH has an almost 100%

Matthew A. Lopes, Jr.
August 29, 2022
Page 2

rate of timely transfers to inpatient care for patients accepted for referral.  The final Report should provide further context regarding inpatient transfers, including timely DSH access for *Coleman* patients over the past five years.

**A.    Update on the Special Master's Monitoring Activities and DSH-Related Policy Developments and Milestones.**

**2.    Impact of COVID-19 on the Provision of Inpatient Mental Health Care at DSH Hospitals**

**b. Impact on Provision of Inpatient Mental Health Treatment**
The Report states that "[p]rior to the COVID-19 pandemic, DSH-Atascadero patients received treatment and out-of-cell activities and privileges consistent with their Hospital Access System (HAS) level." (p. 8.)  The term "out-of-cell" does not apply to DSH's model of care, as patients are not confined to their beds and do not require permission to be involved in therapeutic activities.  DSH requests that the Report be revised to accurately reflect the nature of DSH's therapeutic milieu.

**B.    Assessment of the Three DSH Hospitals Providing Care to Coleman Class**

**1.    Staffing**

The Report describes the composition of the treatment team in the DSH staffing plan as comprised of members of the following disciplines: psychiatry, psychology, clinical social work, and rehabilitation therapy." (p. 9).  DSH notes that the staffing plan also includes a nursing representative in the treatment team.

The Report further states that "DSH-Atascadero's Program V . . . reported functional vacancy rates above ten percent for the four major disciplines of psychiatry, psychology, social work, and rehabilitation therapy, including 22 percent vacancy rates for psychology and rehabilitation therapy." (p. 15.)  However, the report should also reflect that the vacancy rate for psychiatrist positions when including contract psychiatrists is ten percent.

**2.    Access to DSH Facilities**

The Report gives the impression that DSH is in violation of *Coleman* requirements by stating that "the 2016 Inpatient Care Report emphasized that '(t)he *Coleman* court has repeatedly ordered DSH to utilize the intermediate care beds at DSH-Atascadero to treat *Coleman* class members.'" (p. 16.)   The statement is misleading because DSH accepts all appropriate *Coleman* referrals for treatment at its facilities and did so during the monitoring period.

Matthew A. Lopes, Jr.
August 29, 2022
Page 3

### Referrals and Transfers

The statements that "[n]ot all DSH referrals to DSH-Atascadero transferred timely" and that 87 percent of patients were timely transferred within 30 days should be clarified to emphasize that almost all delays in transfers occurred during pandemic surges when patients were quarantined. (p. 17).

3.  ### Clinical Services and Treatment in Inpatient Programs: Treatment Planning, Group Therapy, and Individual Treatment

### Group Therapy

The Report notes that "the monitor's expert's independent calculation determined that *Coleman* patients attended a weekly average of 5.38 hours of core groups" at DSH-Atascadero. (p. 22.) However, DSH's CQI process, which was approved by the Special Master, shows that patients attended a weekly average of 5.85 hours. DSH requests that the Report be revised to explain how the 5.38 figure was calculated and include the data from the 2021 CQI report. The average scheduled group treatment hours were 9.28 hours, and the average hours offered were 8.16 hours. The Report should acknowledge that additional group therapy was offered and that patients could have declined to attend groups, or been out-to-court, or at medical appointments.

### Individual Treatment

The Report states that "DSH-Atascadero did not typically provide individual treatment based on an institutional culture that appeared to view individual treatment as not essential to providing adequate care." (p. 23.) This is inaccurate. DSH utilizes individual treatment when clinically indicated. Patients receive group therapy only when clinicians believe treatment objectives will be met through group therapy. The Report should acknowledge that utilizing group therapy over individual therapy after the application of sound clinical judgment is not a violation of Eighth Amendment or evidence of inadequate care. Further, the Report should note that DSH's utilization of the group therapy model was required by the remediation program agreed to during litigation brought by the U.S. Department of Justice under the Civil Rights of Institutionalized Persons Act (CRIPA). Individual therapy is not understood to be the default standard of care. Moreover, the delivery of group treatment hours continues to be primary focus in *Coleman* as well.

The Report further states that "[t]wo *Coleman* patients were in cohorts in Program V's admissions unit 24." (p. 29.) Unit 24 is not an admission unit. The only admission unit in Program V is unit 13. The Report should be revised to reflect this.

Matthew A. Lopes, Jr.
August 29, 2022
Page 4

## PART II.

The Report states that "DSH-Patton operated a 30-bed facility that treated PC 2684 Coleman patients within the 50-bed Unit 33, which was an unlocked dormitory setting containing licensed acute care beds that provided acute and intermediate care." (p. 30.)  DSH notes that the beds in Unit 33 are licensed for intermediate care and requests that the Report be revised accordingly.  However, DSH-Patton acknowledges that it does staff the unit as Acute for the purposes of the Coleman population.

### A.      Staffing

The Report states that "DSH-Atascadero's Program V reported functional vacancy rates above ten percent for psychiatrists, psychologists, social workers, and rehabilitation therapists." (p. 30.)  But if contractor psychiatrists are counted, there are no psychiatrist vacancies in Program V, which has a staffing ratio of 1:30.  The Report should be revised to reflect the vacancy rate with contractors.

The Report states that the vacancy rate for RNs at DSH-Atascadero was 31 percent.  (p. 32.)  But at the time of the Special Master's Experts' visited, the hospital-wide vacancy rate was 18%.  The vacancies are balanced among the programs offered at the institution.  Please clarify or correct this vacancy rate.

### B.      Treatment and Clinical Services

The Report states that "DSH-Atascadero only regularly provided individual treatment to between five and ten percent of patients, reflecting a hospital culture that did not believe that this treatment was necessary."  (p. 36.)  Again, this is inaccurate.  DSH utilizes individual treatment when clinically indicated.  Group treatment is provided when clinicians believe a patient will benefit and clinical goals will be appropriately met through group therapy.

#### 1.     Interdisciplinary Treatment Teams (IDTTs)

The Report notes that  "[t]he monitor's expert also observed two staff members behave inappropriately toward patients during IDTTs; one psychiatrist was highly confrontational with an already escalating patient and, during another IDTT, a clinician made condescending statements to a discharging female patient." (p. 38.)  The Program Director was present at the IDTTs and did not observe any behavior that could be considered confrontational or condescending toward the patients.  In the future such observations should be raised contemporaneously so they may be addressed immediately.

Matthew A. Lopes, Jr.
August 29, 2022
Page 5

    **2.**  **Group Therapy**

The Report states that "psych techs developed patients' group schedules based on initial patient evaluations and patient input after the initial IDTT." (p. 38.) For clarification, psychiatric technicians do not assign groups. The IDTT prescribes appropriate groups and psychiatric technicians are recorders who use the WaRMSS system to enroll patients into groups. The report should be revised accordingly.

**J.**  **Suicide Prevention**

The Report notes that reviewed minutes did not reflect physician attendance at the monthly hospital suicide prevention committee meetings. (p. 52.) DSH has since added a psychiatrist to the suicide prevention committee. The Report should include a reference to this corrective action.

**Appendix C2**

**Coalinga State Hospital (DSH-Coalinga)**
**February 20, 2022**

    **Patient A**

Patient A's treatment was found to be inadequate because a psychologists' initial assessment recommended biweekly individual therapy which was not provided. (p. 147.) DSH's records refute this assertion and show DSH provided more than adequate treatment. Accordingly, this finding is not warranted and should be revised.

Patient A, received meaningful and robust treatment, including individual therapy, extensive group therapy, and specialized treatment such as EMDR. This treatment was provided over 337 days, exceeding the average length of stay, and the patient is set to discharge in September 2022. Often, the clinician's initial assessment is a snapshot in time, subject to change based on subsequent assessments and further interactions where the treatment team continues to evaluate and learn about the patient. It is not unusual for treatment modalities to change from the original clinical thought at admission, up to the development of the master treatment plan (30 days) and even later, if so dictated by circumstances.

Progress notes show that Patient A's psychologist provided individual therapy on the following dates: 2/23/22; 2/25/22; 3/16/22; 3/25/22; 3/29/22; 5/10/22; 5/13/22; 5/24/22; and 5/31/22. Patient A demonstrated outstanding attendance of 100% at various treatment groups such as DBT Skills through Art Therapy; DBT: Emotional, Regulation/Distress Tolerance Skills; DBT: Mindfulness Based Skills; Grief and Loss; Managing Anger; Managing Mental Illness; Wrap made easy; Trauma Group; Medication Education; and Leisure Games for Social Skills. The treatment team provided specialized treatment to Patient A, including EMDR from

Matthew A. Lopes, Jr.
August 29, 2022
Page 6

November 8-December 7, 2021, and ongoing weekly biofeedback therapy since March 3, 2022. Individual therapy augmented EMDR by imparting CBT/DBT interventions to address negative self-image/self-hatred, guilt, nightmares, cognitive distortions, and catastrophizing. Although loss of EMDR therapy affected Patient A's progress, CBT/DBT interventions are ongoing. As part of discharge planning, the patient's psychologist performs weekly check-ins.

DSH's internal Plan of Action also articulates that changes in treatment plans should be well-documented. Accordingly, the Supervising Psychologist has already followed up with the psychologists assigned to Unit 21 and has reinforced the expectation that a change in treatment plan should be appropriately recorded.

**Appendix C3**

**Patton State Hospital (DSH-Patton)**
**March 2022**

**Patient E**

The Report concludes that "the contradictory information regarding the patient's level of risk for suicide and for self-injurious behavior was of particular concern." (p. 162.) "Some assessments stated that her level of risk was low, while other documents within a short time period documented that she was at high risk." (*Id.*) The Report further notes that "treatment goals and discharge criteria did not incorporate evidence-based interventions." (*Id.*)

Acute suicide risk can vary as suicide/self-harm is often an impulsive act; accordingly, clinicians' assessment may vary at different times based on patient's circumstances and life events. As discussed in further detail below, the fluctuating levels of suicide risk in Patient E's record reflect particular life situations and events, and the record shows that clinicians provided appropriate care in response to these events. The fact that the records reflect Patient E's fluctuating suicide risk is not an indication of inadequate care or cause for concern, and those assertions should therefore be removed from the Report.

For instance, Patient E engaged in self-scratching on January 29, 2022, because it was her daughter's birthday and she was unable to reach her family. She was not suicidal and immediately so informed staff. Patient E's self-injurious urges diminished until February 9, 2022, when her grandfather unexpectedly died. She voluntarily requested an injection of chlorpromazine. The clinical team provided immediate supportive therapy to reduce her suicide/self-harm risk because of her loss. Subsequently, she began engaging in a maladaptive phone relationship with a prisoner. During this period of engagement with a male prisoner, she had reduction in self-harm/suicide; however, her phone usage led to significant conflict amongst peers on the unit. To reduce the conflict amongst the patients, the unit implemented the 15 minute per phone use rule which Patient E was unable to tolerate, causing her to begin impulsively scratching on February 24, 2022, although she was not suicidal. She was still upset

Matthew A. Lopes, Jr.
August 29, 2022
Page 7

regarding the phone limitations and became agitated towards staff which resulted in her taking a fighting stance necessitating five-point restraints. Patient E did report taking 5 unknown pills to "feel different," but acknowledged that this ingestion was not a suicide attempt. Her vital signs were stable and she did not appear to have symptoms of medication toxicity according to the evaluating physician. She later admitted she only stated she took pills in an attempt to be released from restraints. After the events on February 24, 2022, Patient E's suicide/self-harm urges were decreased. Patient E was provided a number of therapeutic intervention to reduce risk of harm: she was engaged in a coping skills group, an alternative thinking patterns group, and an anger management group. She was provided with increased individual contact that imparted positive psychology techniques. Medication changes also were made to target Patient E's mood lability. In sum, Patient E was offered evidence-based treatments leading to decreased self-harm behavior.

Thank you for the opportunity to comment on the Draft Report. DSH appreciates the consideration provided to its comments and clarifications.


Sincerely,



NAMRATA KOTWANI
Deputy Attorney General


For    ROB BONTA
Attorney General

# EXHIBIT C

| From: | Lucas Hennes |
|---|---|
| To: | Cooper, Angelyne; Medlin, Braxton H.; psydocmain@gmail.com; cradavsky@gmail.com; Kerry Hughes; hdlugacz@blhny.com; upcjdegroot@gmail.com; Jeffrey.Metzner@ucdenver.edu; JP Sorah; kjohnson@kahliljohnsonpsychiatry.com; Karen Rea; Walsh Kerry F.; Hector Kristina; McClendon-Hunt, LaTri-c-ea; Lopez, Lana L.; lhayesta@msn.com; Maria Masotta; Mary P; Lopes Matthew; Ryan, Jr., Michael F.; Jones Mohamedu; harconwil@aol.com; Gribbin Rachel; Rod Hickman; trougeux@hotmail.com; Trezvant, William J.; Tavares, Zelia M |
| Cc: | Ciccotti, Christine@DSH-S; Raddatz, Antonina@DSH-S; Kent, Kristopher@DSH-S; Weber, Nicholas@CDCR; Bentz, Melissa@CDCR; Hockerson, Dillon@CDCR; Adriano Hrvatin; Damon McClain; Elise Thorn; Namrata Kotwani; Paul B. Mello; Samantha Wolff; Laurel E. O"Connor; David C. Casarrubias |
| Subject: | Coleman - Updated CQI Reports for the Department of State Hospitals |
| Date: | Thursday, February 11, 2021 6:11:05 PM |
| Attachments: | Cover letter CQI Reports Jan 2020 - June 2020 Clendenin Approved Draft (005).pdf<br>DSHAtascaderoColemanGBReportJan-June2020.pdf<br>DSHCoalingaColemanGBReportJan-Jun 2020.pdf<br>DSHPattonColemanGBReportJan-June2020.pdf |

Dear Special Master Lopes,

On behalf of the Department of State Hospitals (DSH), attached is a letter dated February 11, 2021, from DSH Director Stephanie Clendenin submitting the Department's seventh round of reports, covering January – June 2020, on its Continuous Quality Improvement process for DSH-Atascadero, DSH-Coalinga, and DSH-Patton.  As stated in Director Clendenin's letter, DSH looks forward to working with you and your team at upcoming workgroups focused on this process.

Thank you,

Lucas L. Hennes
Deputy Attorney General
Office of the Attorney General, Correctional Law Section
1300 I Street, Sacramento, CA 95814
Phone: (916) 210-7323
Fax: (916) 324-5205
lucas.hennes@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message was sent from outside the company. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

State of California – Department of State Hospitals                    Gavin Newsom, Governor

Office of the Director
1600 9th Street, Suite 433
Sacramento, California 95814
www.dsh.ca.gov



February 11, 2021

Sent by email only

Special Master M. Lopes
Pannone, Lopes, Devereaux and O'Gara LLP
Northwoods Office Park, Suite 215N
1301 Atwood Avenue
Johnston, RI 02919
Email: mlopes@pldw.com

Subject: DSH CQI Reports, January 2020 - June 2020

Dear Special Master Lopes:

In the court's March 7, 2017 order, the Department of State Hospitals (DSH) was directed to "develop a plan within 90 days for the creation of a continuous quality improvement (CQI) process to be utilized in the DSH programs that treat *Coleman* class members." (ECF No. 5573 at 3.) Subsequently, DSH developed its CQI reports in collaboration with you and the experts on your team. To date, DSH has submitted six sets of CQI reports covering the time periods of January 2017 – June 2017, July 2017 – December 2017, January 2018 - June 2018, July 2018 – December 2018, January 2019 – June 2019, and July 2019 – December 2019. The four most recent CQI rounds of reports, including this one, included DSH-Patton. Accompanying this letter is our seventh round of reporting following the implementation of our CQI process for the time period of January 2020 – June 2020.

The goal of developing a CQI process has always been to put into place a process for effective and transparent self-monitoring. DSH is looking forward to meeting with you and your team at upcoming work groups focused on CQI. In anticipation of future meetings, DSH felt it was appropriate to continue to report on our CQI process to ensure the workgroup would have the most current reports to aid in the evaluation of our CQI process.

After seven rounds of CQI reporting, DSH feels it has made substantial progress implementing the CQI process in compliance with the court's March 7, 2017 order. DSH looks forward to continued collaboration with you and your team to

*"Caring Today for a Safe and Healthy Tomorrow"*

review this process and to finalize compliance with the court order and move toward self-monitoring of its *Coleman* populations.

Sincerely,

Stephanie Clendenin
Director
Department of State Hospitals

Enclosure

# DEPARTMENT OF STATE HOSPITALS-ATASCADERO
## GOVERNING BODY REPORT
### Coleman - 2684 Report
### January 1, 2020 – June 30, 2020

## Table of Contents

| | SECTION | PAGE |
|---|---|---|
| DSH QUALITY IMPROVEMENT PLAN | | 2 |
| ABOUT ATASCADERO STATE HOSPITAL | | 2-3 |
| **EXECUTIVE SUMMARY** | | **4-12** |
| Seclusion, Restraint & Enhanced Observation | | 4-5 |
| Incidents | | 6-8 |
| Medications | | 8-10 |
| Treatment Hours | | 10-11 |
| Management Indicators | | 11-12 |
| **DETAILED REPORT** | | **13-45** |
| Use of Restraints | Section 1 | 13-15 |
| Use of Seclusion | Section 2 | 16-18 |
| Use of Enhanced Observation | Section 3 | 19-21 |
| Incidents – Aggression | Section 4 | 22-27 |
| Incidents – Indecent Exposure | Section 5 | 28-30 |
| Incidents – Rules Violation (RVR) | Section 6 | 30-31 |
| Incidents – Suicide Attempts/Suicides | Section 7 | 31-34 |
| Medication – Use of Clozaril | Section 8 | 34-35 |
| Medication – Use of Involuntary Medication | Section 9 | 36-37 |
| Treatment Hours | Section 10 | 38-42 |
| Management Indicators – Staffing and Patient Census | Section 11 | 42-45 |
| **SIGNATURE PAGE** | | **45** |

## Quality Improvement Plan

The purpose of the Quality Improvement Program (QIP) is to ensure the safety of, preserve the rights of, and continuously improve and evaluate the quality of therapeutic and rehabilitation services provided.  DSH Policy Directive 9000 Quality Improvement Program describes strategies, processes, tools, and a governance structure that hospitals use to plan, prioritize, develop, implement and evaluate quality improvement initiatives and sustain improvement.

The QIP aims to assess, improve and monitor the quality of patient care. The Department of State Hospitals maintains an ongoing QIP based on objective data that describe performance improvement, quality assurance, clinical risk management, clinical outcomes, incident management and regulatory compliance activities.  The QIP is administered and supported by standardized committee functions, documentation, and reporting processes.

The Model for QIP starts with defining the problem, then moves to identifying the solution, followed by implementing the solution, and finally to assess for the desired outcome.

The Governing Body shall, in the exercise of its overall responsibility, assign to the Executive Director, as a representative of the Governing Body, reasonable authority to develop a plan and implement mechanisms to assess and improve the quality of the DSH facility's governance, management, clinical and support processes, and to ensure the provision of patient care. The quality improvement plans shall be updated at least annually and submitted to the Governing Body for review and approval.

## About Atascadero State Hospital

Overview of DSH-Atascadero PC 2684 Program

DSH-Atascadero (DSH-A) provides ICF psychiatric care to CDCR inmate-patients under the terms of a memorandum of understanding (MOU) with CDCR and in accordance with Coleman court orders. Currently there are a total of 256 beds designated as PC 2684 beds for patient care.  At DSH-A, Program V provides care for the PC 2684 patients.

The MOU and joint policies define the process of referral of PC 2684 patients, the acceptance process to DSH-A, and the discharge process of PC 2684 patients to either parole or return to CDCR.  All ICF PC 2684 referrals are sent to DSH-A's forensic service, which serves as the admission and discharge coordinator.  The medical director reviews all transfer packets and approves them for admission to DSH-A.  It is a priority to identify those patients appropriate for the least restrictive housing alternative for admission to DSH-A.

All PC 2684 patients receive a medical history and physical, a psychiatric assessment, a psychological admission assessment (with risk assessments for danger to self and danger to others), a social work assessment, and a rehabilitation therapy assessment.  The medical and psychiatric assessments must be completed in less than twenty-four hours.  An initial nursing assessment is completed in eight hours or less.

The ICF 2684 treatment units have multidisciplinary teams (psychiatrist, psychologist, social worker, rehabilitation therapist, and level of care staff).  Individualized treatment plans address each patient's reason for referral and the expected treatment goals.  Treatment modalities

include individual therapy, group therapy (e.g. substance abuse treatment, CBT, DBT, medication and symptom management, and others). Psychiatric sick call for the management of urgent conditions is held seven days a week on all ICF units. PC 2684 patients receive medical care from DSH-A physicians and surgeons.

The number of designated beds for PC 2684 patients comprise approximately 22% of DSH-A's patient population. As a group, the PC 2684 patients comprise approximately 20% of the referrals to outside medical care.  PC 2684 patients receive medical care from DSH-A physicians and surgeons.  Medical sick call is held every day, seven days a week on all ICF treatment units.

The implementation of the MOU in 2016 initially resulted in the admission of larger numbers of PC 2684 patients with prominent personality disorders as their primary clinical focus. This trend has shifted over the past several months as DSH-A has received more patients with psychotic mental disorders. DSH-A has seen more transfers recently that include a PC 2602 involuntary medication order.

A comprehensive utilization review process (defined in the MOU and joint policy) has been implemented at DSH-A.  Patients who have achieved treatment goals either return to CDCR at a recommended level of care or discharge to parole.

## EXECUTIVE SUMMARY

### Seclusion, Restraints & Enhanced Observations

**Executive Summary**:
DSH-Atascadero's use of restraint and seclusion hours for the PC 2684 population has in the past been generally lower than other commitments served. During the last reporting period and continuing this reporting period, the use of restraint and seclusion was greater than other commitments served and greater than during other reporting periods. When patients are assessed to be too violent or predatory, transfer back to a more secured treatment environment within CDCR (California Department of Corrections and Rehabilitation) is considered. During this reporting period the hospital had to make safety accommodations in response to the COVID-19 pandemic including suspending admissions and discharges for a period and placing the hospital on a modified patient movement schedule to prevent the spread of illness.

**Use of Restraints:**
Five-point restraints, also known as full bed restraint (FBR), is the application of belts and cuffs to the patient's wrists, ankles and waist, including a waist belt that is fastened to a bed in a room designated for full bed restraints. Belts and Cuffs, also known as wrist-to-waist restraints are any combination of restraints fastened around the patient's wrists, waist and/or ankles in order to limit the range of motion of arms and legs. Seclusion and restraint are not used as punishment, retaliation, or for the convenience of staff.

### Analysis:
The total hours of restraint for this reporting period increased by 32.9% from the previous reporting period. The total episodes of restraints increased by 42.6%.

### Recommendations:
- Provide constructive alternatives, such as music and sensory modulation equipment such as rocking chairs.
- Program V and the Structured Treatment Advisory Council (STAC) will explore ways to increase scheduled treatment hours as COVID-19 safety precautions permit.
- Monitor Kardex to ensure relevant information is provided in the Staff Safety Instructions section.
- Monitor and analyze the impact of the Community Living Incentive Program (CLIP) designed to incentivize prosocial behavior on units currently participating and model for other direct admission units.
- Implement incentive programs and the Therapeutic Community Model on all units in Program V.
- While maintaining COVID-19 pandemic safety precautions, resume Therapeutic Strategies and Interventions (TSI) training scheduled specifically for a unit to attend together. This method has allowed for a consistent team approach to applying de-escalation skills, which can reduce the number of incidents that rise to the level requiring use of restraint.
- Continue to review referrals for appropriate placement.

**Use of Seclusion:**
Seclusion is the involuntary confinement of a patient alone in a room or an area from which the patient is physically prevented from leaving. Seclusion within the State Hospital requires a physician order.  Seclusion also does not describe "time-out" strategies, wherein a patient agrees to remain in an unlocked room or area and maintains the choice to leave.

### Analysis:
The total hours of seclusion for this reporting period increased by 13.66% from the previous reporting period. The total episodes of seclusion increased by 66.66%. One patient comprised 35% of the total seclusion hours for this reporting period for prevention of self-harm.

### Recommendations:
- Provide constructive alternatives, such as music and sensory modulation equipment such as rocking chairs.
- Explore ways to increase scheduled treatment hours per patient as COVID-19 safety precautions permit.
- Review/monitor patient preference plans regularly.
- Continue with campaign to alert staff to times of increased patient self-harm risk.
- Monitor and analyze the impact of the Community Living Incentive Program (CLIP) designed to incentivize prosocial behavior on units currently participating and model for other direct admission units.
- Per policy, continue with Medical Director's review of observation past 96 hours.
- Continue to review referrals for appropriate placement.
- Clinical Management Team will continue to review the use of seclusion.
- Use of behavior or individualized incentive plans.

**Use of Enhanced Observations:** One-to-one, two-to-one, line of sight, and Q15 minute checks are all considered types of enhanced observation.

### Analysis:
The total hours of enhanced observation for this reporting period decreased by 22.86% from previous reporting period. The total episodes of enhanced observation decreased by 16.7%.

### Recommendations:
- Ensure patients are participating in therapeutic activities, either one to one or via group, during times of enhanced observation.
- Continue with campaign to alert staff to times of increased patient self-harm risk.
- Continue to find ways to increase supplemental activities and sponsor groups to therapeutically engage patients.
- Ensure teams are justifying continued observation past the 96 hours per policy.
- Continue to review referrals for appropriate placement.

## EXECUTIVE SUMMARY

### Incidents

**Executive Summary:**
DSH-Atascadero continues to utilize ongoing performance improvement structures to look at environmental, structural, and human factors that can reduce aggressive incidents to self, peers, and staff. These various committees seek to empower staff and patients to work together to ensure a safe therapeutic milieu. Data is reviewed by the Suicide Prevention Committee (SPC), Violence Prevention Committee (VPC), Program Clinical Management Team (CMT), Health and Safety Committee, and Program Review Committee (PRC). Ligature point assessments of all patient housing and access areas, along with mitigation plans, are reviewed with staff and completed as needed.

Historically, the PC 2684 patient classification had a lower rate of aggressive incidents, in comparison to other patient populations. During the last reporting period there was a significant increase in incidents of aggression that correlated to the increase in direct admissions. During this reporting period the upward trend continued.

**Aggressive act to self:**  Self-inflicted injuries without suicidal intent.

**Analysis:**
The number of incidents of aggressive act to self for this reporting period increased by 5.12% from the previous reporting period.

**Recommendations:**
- Explore ways to increase scheduled treatment hours per patient as COVID-19 safety precautions permit.
- Continue to analyze future incidents by time and method of occurrence.
- Provide constructive alternatives, such as music and sensory modulation equipment such as rocking chairs.
- Continue with assessments and treatment interventions designed to prevent self-injurious behaviors.
- Support efforts to increase opportunities for independent leisure activities.
- Continue to review referrals for appropriate placement.
- Implement appropriate incentive programs and the Therapeutic Community Model.

**Aggressive act to another patient (physical):**  Hitting, pushing, kicking or similar acts directed against another patient to cause potential or actual injury.

**Analysis:**
The number of incidents of aggressive acts to another patient increased by 60% from the previous reporting period. However, in the second half of the reporting period, incidents of aggressive acts to another patient significantly decreased to nearly half of the incidents occurring in the first three months.

**Recommendations:**
- Provide constructive alternatives, such as music and rocking chairs.
- Continue to utilize the RVR (rules violation report) process.

- Explore ways to increase scheduled treatment hours per patient as COVID-19 safety precautions permit.
- Explore ways to increase patient involvement in Peaceful Resolution Committee, Health and Safety Meetings, and Program Management Council as COVID-19 safety precautions permit. The hospital currently is providing on-unit opportunities for involvement in the Hospital Advisory Committee (HAC).
- Data will continue to be reviewed by the Violence Prevention Committee, PRC and CMT.
- Individual incidents will continue to be reviewed by treatment teams for treatment interventions.
- Support efforts to increase main courtyard open times for independent leisure opportunities.
- Implement appropriate incentive programs and the Therapeutic Community Model.

**Aggressive act to staff (physical):**  Hitting, pushing, kicking or similar acts directed against staff to cause potential or actual injury.

### Analysis:
The number of incidents of aggressive acts to staff increased by 100% from the previous reporting period. During the last reporting period there were three aggressive acts to staff. During this reporting period there were six incidents.

### Recommendations:
- Use the Kardex to provide staff safety instructions.
- Data will continue to be reviewed by the Violence Prevention Committee, PRC and CMT for treatment interventions, and the Workplace Violence Review Committee (WVRC).
- Analysis of monthly data at PRC and CMT will include what was occurring during the aggressive act to staff.
- Continue to utilize the RVR (rules violation report) process.
- Explore ways to increase scheduled treatment hours per patient as COVID-19 safety precautions permit.
- Increase patient involvement in Peaceful Resolution Committee, Health and Safety Meetings, and Program Management Council as COVID-19 safety precautions permit. The hospital currently is providing on-unit opportunities for involvement in the HAC.

**Other:**  Inappropriate Sexual Behavior (i.e. indecent exposure, public masturbation, etc.)

### Analysis:
During this reporting period there was one incident of indecent exposure which was the same as the last reporting period.

### Recommendations:
- Individual incidents will continue to be reviewed by Treatment Teams for treatment interventions.
- Data continue to be reviewed by the PRC and CMT for treatment interventions.
- Continue to utilize RVR process.

**Suicide:**  A self-inflicted injury resulting in death.

**Analysis:**

There were no incidents to analyze for this reporting period.

**Recommendations:**

- Continue assessments and interventions designed to prevent suicide.

**Suicide attempt:**  Self-inflicted injuries or ingestion of foreign bodies or potentially toxic substances with suicidal intent or with a potentially lethal outcome.

**Analysis:**

The number of suicide attempts for this reporting period decreased by 100% from previous reporting period, with zero attempts being made, down from six the previous reporting period.

**Recommendations:**

- Data continues to be reviewed by the Suicide Prevention Committee, CMT and PRC.
- Individual patients may be referred to higher level risk management committees if they have chronic behaviors or complex cases.
- Educating unit staff for increased awareness for suicide prevention.
- DSH-A has a Ligature Mitigation Plan in place with The Joint Commission. Due to the size and nature of our facility, DSH-A is replacing many items such as sink fixtures, doorknobs, and door hinges over time with attrition. One completed project has been the modification of staircase handrails with the purpose of closing off the opening so material cannot be wrapped around the rail.

## EXECUTIVE SUMMARY

### Medication

**Involuntary Use of Medication (Emergency & Non-Emergency)**

**Executive Summary**:

The last six months have proved challenging secondary to the ongoing COVID-19 pandemic. Collaborative discussions were held between CDCR and DSH administrations. These discussions included senior clinical staff from both CDCR and DSH.

These discussions led to formation of a group that meets weekly. The group is comprised of DSH and CDCR senior clinicians. Prospective transfers are reviewed. These meetings have resulted in more referrals of patients who are severely psychotic, but not necessarily behaviorally disruptive. There is consensus between the CDCR and DSH clinicians that this collaborative process has allowed patients most in need of ICF DSH treatment to be more readily identified.

Particularly in the last three months, there has been an increase in the number of patients admitted with PC 2602 involuntary medication orders. This is a reliable indicator of patients who are severely mentally ill.

There are still concerns regarding the blurring of least restrictive housing (LRH), which is a custody determination, and the most appropriate (least restrictive) psychiatric treatment level, which is a clinical determination. The mixing of these two determinations can result in patients being transferred to DSH ICF beds when their clinical condition does not warrant the ICF level of care. These referrals generally resulted in short lengths of stay and disruption of continuity of care.

The transfer of patients based primarily upon the LRH criterion is reflected in the consistently low number of stat medication (PRN) usage and relatively low numbers of involuntary medication orders. The prevalence of involuntary medication orders among non-PC 2684 commitment patients is between 25% and 30%. The prevalence of PC 2602 orders in the PC 2684 population is far less, namely in the 10% to 15% range. The prevalence of involuntary medication orders has increased slightly over the past three months. It is likely this increase is secondary to the increased focus of clinicians in CDCR on referral of patients with severe psychosis.

Despite the challenges of the present COVID pandemic, DSH in collaboration with CDCR clinicians has increased the number of referrals for those patients most in need of a highly structured ICF setting and highly specialized treatment modalities available in DSH, e.g. the PRN network of expert psychopharmacology psychiatrists to assist in management of severely psychotic, treatment resistant patients.

**Involuntary Use of Medication (Emergency & Non-Emergency):** Ordered and administered STAT medications.

**Analysis:**
The use of stat medications continues to remain low on the PC 2684 units.

**Recommendations:** The use of stat medications has remained far below other commitment types. There are no recommendations.

**Clozaril:** Patients started and maintained on Clozaril.

**Analysis:**
Use of clozapine remains in a narrow range that is less than the use of clozapine in other commitments.  Approximately 8% of PC 2684 commitment patients are maintained on clozapine.

**Recommendations:**
No changes to present clozapine treatment practices are recommended.

**Use of Non-Formulary Medication:** Patients prescribed non-formulary medications.

**Analysis:** There is excellent correlation between the CDCR and DSH formularies. Clinician-to-clinician contact also helps to minimize the use of non-formulary medications. In those patients who clinically require non-formulary medications, there is good rationale for their use.

The use of non-formulary medications remains low in the PC 2684 population.  As the present practices of clinician-to-clinician contact are working well, these practices will be continued going forward.

**Recommendations:** As cited in the analysis section, the use of non-formulary medications remains infrequent. As the clinical rationale for use is well documented, there are no recommendations.

## EXECUTIVE SUMMARY

### Treatment Hours

**Executive Summary:**
DSH-Atascadero (DSH-A) identifies group and individual therapy, supplemental activities (opportunity/leisure based), vocational assignments, academic education, and religious services as part of the hospital treatment delivery program. Treatment interventions have been individually designed, and sometimes commitment focused, to assist patients in meeting discharge criteria. Although DSH-A utilizes group settings as the primary source of delivering treatment, when appropriate, individual therapy is utilized to meet patient needs more effectively and offer treatment that is difficult to deliver in a group environment. The PC 2684 population at DSH-A is offered structured treatment considering all aspects of patient needs, as well as treatment outcome expectations, that are sent from CDCR treatment teams. At this time structured treatment has a minimum of 10-hour threshold of groups offered to PC-2684 patients.

There has been a significant increase in treatment group hours during this reporting period. A detailed summary regarding the increase in group hours is listed in the Treatment Hours Analysis Data below in section 10.5.

**Summary of Treatment Hours:** Individual therapy and group therapy broken down by core groups and supplemental groups.

**Analysis:**
**Definitions**

**Pre-scheduled Treatment groups** are titles tracked in the WaRMSS MAPP system. Patients are scheduled to attend these groups through the treatment team process. They meet at a given time and day; the facilitators and patients are assigned to the group and tracked on a roster.

**Unscheduled Groups** are titles tracked in the WaRMSS MAPP system. Patients and staff are not pre-scheduled to attend. The group follows the same course description and uses the same title as groups offered in the Pre-Scheduled module. Patients get to choose to attend these sessions. The time, day and duration can be flexible.

**Drop In sessions** occur when a patient attends a Pre-Scheduled treatment group that they are not scheduled to attend.

**Supplemental Group Hours** – hours of structured activity that the patients choose to attend. Supplemental Group Hours are offered on the units to all patients and centrally to patients based on Hospital Access System (HAS) level and space availability. The intended purpose is to offer healthy choices, self-determination and quality of life improvements.

Supplemental Group Hours are currently tracked in the Enrichment program and Supplemental Module in WaRMSS.

**Individual Therapy** – one-to-one clinician to patient therapy not pre-scheduled by the treatment team. Individual Therapy is not scheduled in the WaRMSS MAPP system but is tracked in the Supplemental Module of WaRMSS which allows the attendance to be tracked in smaller time increments as needed.

**Scheduled Individual Therapy** – Individual Coaching offered as a part of DBT. This is scheduled and tracked in WaRMSS MAPP. Scheduled Individual Therapy is captured in the Core Group Hours.

**DSH Treatment Group Audit** – a tool that is utilized by supervising clinicians to evaluate the quality of clinical skills utilized within the group setting. No audits have been completed post COVID-19 pandemic safety precautions.

**Recommendations:**
During the last reporting period there was a downward trend in treatment group hours attended. Program Management has taken steps as outlined in section 10.5 to correct the downward trend in group hours. During this reporting period there was an increase of 33% in group hours attended per patient. Because of the COVID-19 safety precautions, all treatment was unit based for three months of this reporting period, necessitating a closer study of the benefits of unit-based treatment for the PC 2684 population.

## EXECUTIVE SUMMARY

### Management Indicators

**Executive Summary:**
DSH-Atascadero has a Memorandum of Understanding (MOU) with CDCR for our Utilization Management process, with oversight of Intermediate Care patients committed under PC 2684. One of the primary goals of the MOU is the evaluation of the medical necessity, appropriateness and efficient use of resources and procedures to benefit the patient's treatment while at DSH-A. At DSH-A, we house intermediate care patients in unlocked dorms. We are the least restrictive housing environment for patients from CDCR.

**Staffing, admissions, discharges and length of stay**

**Analysis:**
The positions in the Program Management Team began to stabilize during this reporting period after many management changes during the past two reporting periods. Over the course of the last six months, staffing challenges related to the COVID-19 safety precautions, staff member death (natural causes, not work related), other job assignments, and staffing shortages have impacted treatment team vacancies within Program V. The Program Management team, support staff, Level of Care staff, and clinical staff were challenged with many changes in structure and routine as we navigated COVID-19 safety precautions. Clinical disciplines are currently planning to staff vacancies as new hires are made.

Average length of stay is expected to be between six to nine months (180-270 days) for patients needing intermediate care. Each month, treatment teams review patients who have been here for 90 and 180 days or longer to see if their treatment outcome expectations are met and if they are ready to discharge back to prison.

During this review period, compared to previous reporting period, DSH-A saw a decrease in average admissions per month, and increases in average daily census per month, average discharges per month, and in average length of stay.

**Recommendations:**
- Continue current Utilization Management process which includes the following reviews: Prospective Review (Referral), Concurrent Review/Continued Stay Review, Retrospective/Quality Management Review and Utilization Management Committee.
- Continue hospital and state-wide recruitment efforts to increase staffing numbers.

## DETAILED REPORT

### SECTION 1 – Use of Restraints

**Section 1 – Use of Restraints Summary Table:**

| Outcome Measure Indicator # | Patient days: | 7680 | 7028 | 7330 | 6897 | 7138 | 6766 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **1** | **Use of restraints** | | | | | | |
| **1.1** | Number of restraint episodes | 15 | 23 | 18 | 13 | 16 | 12 |
| | Rate 1.1 | 1.95 | 3.27 | 2.46 | 1.88 | 2.24 | 1.77 |
| **1.2** | Total hours in restraint | 187.43 | 178.08 | 200.12 | 150.25 | 168.13 | 170.12 |
| | Rate 1.2 | 24.40 | 25.34 | 27.30 | 21.78 | 23.55 | 25.14 |
| **1.3** | Average time in restraints | 12.50 | 7.74 | 11.12 | 11.56 | 10.51 | 14.18 |
| | Rate 1.3 | 1.63 | 1.10 | 1.52 | 1.68 | 1.47 | 2.10 |

**1.4 Use of Restraints – # of Restraints Initiated By Day of Week:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 1.4 Use of restraints by Day of Week: | | | | | | |
| Sunday | 1 | 4 | 2 | 2 | 3 | 3 |
| Monday | 4 | 2 | 3 | 1 | 0 | 2 |
| Tuesday | 1 | 1 | 4 | 2 | 3 | 1 |
| Wednesday | 2 | 4 | 2 | 2 | 1 | 1 |
| Thursday | 4 | 4 | 1 | 2 | 6 | 2 |
| Friday | 2 | 4 | 4 | 0 | 3 | 2 |
| Saturday | 1 | 4 | 2 | 4 | 0 | 1 |

**1.5 Use of Restraints – # of Restraints Initiated By Shift:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 1.5 Use of Restraints by Shift: | | | | | | |
| AM | 5 | 8 | 6 | 3 | 6 | 3 |
| PM | 10 | 15 | 6 | 9 | 9 | 8 |
| NOC | 0 | 0 | 6 | 1 | 1 | 1 |

**1.6 Use of Restraints – DSH 2684 Restraint Monitoring Tool**

| SCD Restraint & Seclusion REV 2015 | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all restraint types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| 1.6 Use of Restraints % Compliance | % | % | % | % | % | % |
| Question #1: Restraint was used in a documented manner. | 100 | 100 | * | * | * | * |
| Question #2: The Interdisciplinary note described specific behavior that was imminently dangerous to self or others. | 100 | 100 | * | * | * | * |
| Question #3: Restraints are used only after a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted. | 100 | 100 | * | * | * | * |
| Question #4: The Interdisciplinary note described specific, less-restrictive interventions that were tried prior to the use of restraints or there is a clinical justification when less-restrictive interventions were not used. | 100 | 100 | * | * | * | * |
| Question #5: Restraints are not used in the absence of, or as an alternative to active treatment. | 86.7 | 100 | * | * | * | * |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Question #6**: There is a Focus of Hospitalization that targets the behavior that required the patient to be placed in restraints. | 86.7 | 100 | * | * | * | * |
| **Question #7**: Restraints are terminated as soon as the patient is no longer in imminent danger to self or others. | 100 | 100 | * | * | * | * |
| **Question #8**: The patient was released from restraints as soon as the violent or dangerous behavior that created the emergency was no longer displayed or met the release criteria as documented in the physicians order. | 100 | 100 | * | * | * | * |
| **Question #9**: The physician conducted an assessment of the patient within one hour of being placed in restraints. | 66.7 | 93.3 | * | * | * | * |
| **Question #10**: The physicians order for restraints was obtained within 15 minutes of the patient being placed in restraints. | 93.3 | 100 | * | * | * | * |
| **Question #11**: A Registered Nurse initiated an assessment of the patient within 15 minutes of the application of restraints and that assessment was documented in the interdisciplinary notes. | 100 | 93.3 | * | * | * | * |
| **Question #12**: The Physician conducted a face-to-face evaluation of the patient in restraints within one hour from the initiation of restraints and that evaluation was documented in the physician progress notes. | 66.7 | 93.3 | * | * | * | * |

## 1.7 Use of Restraints Analysis:

**\* Due to COVID-19 safety precautions, the restraint and seclusion monitoring tool was not completed March through June to reduce the number of non-unit staff in patient treatment areas.**

In the month of January there was a total of 187.2 hours of restraints divided among ten patients. One patient accounted for 82.63 hours over four different episodes including patient assault, mutual combat, and imminent threat of danger to others. He was returned to CDCR on 1/22/2020. Another patient accounted for 23.92 hours over three episodes including patient assault and imminent threat of danger to others. He received an RVR and was returned to CDCR 1/29/2020. There were 10.25 hours of restraints utilized for three different patients who threatened self-harm. The other 70.4 hours of restraints were divided among five patients for patient assault, mutual combat, and imminent threat of danger to others.

In the month of February there was a total of 178.0 hours of restraints divided among 13 patients. One patient accounted for 71.67 hours over six different episodes including threatening aggressive behavior and self-harm. Another patient accounted for 21.7 hours over three episodes of imminent threat of danger to others. One patient accounted for 22.97 hours for one incident of self-harm. Another patient accounted for 24.38 hours over three episodes including attempting to assault a peer, self-harm, and possible water intoxication. The other 37.36 hours of restraints were divided among nine patients for mutual combat, self-harm, patient assault, and imminent threat of danger to others.

In the month of March there was a total of 200.1 hours of restraints divided among ten patients. One patient accounted for 16.42 hours over two episodes for displaying imminent aggressive behavior. Another patient generated 83.25 hours over seven episodes, all for self-harm ideation. One patient accounted for 33.32 hours for punching a window and threatening further aggressive behavior. The other 67.13 hours of restraints were divided among seven patients for patient assault, punching a wall, self-harm, threat of self-harm, mutual combat, and imminent threat of danger to others.

In the month of April there was a total of 150.2 hours divided among 12 patients. One patient generated 67.5 hours for mutual combat. The other eleven patients were placed in restraints for reasons including threatening violence, self-harm, threat of danger to others, and punching/kicking a wall.

In the month of May there was a total of 168.1 hours divided among 13 patients. One patient generated 50 hours for prevention of self-harm. Another patient generated 25.08 hours for becoming imminently dangerous/verbally threatening to his assigned 1:1 staff. The other 93.02 hours were divided among eleven patients for reasons including punching a door/wall, patient assault, and imminent threat of danger to others including staff.

In the month of June there was a total of 170.1 hours of restraints divided among ten patients. One patient accounted for 44.67 hours after threatening violence to a psychiatrist. Another patient generated 42.37 hours for self-harm and suicidal ideation. The other 83.06 hours were divided among eight patients for reasons including mutual combat, imminent threat of dangerousness, hitting/kicking door/wall, threatening staff, and threat of self-harm.

**1.8 Use of Restraints - Change in Policy or Procedure:**
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**1.9 Use of Restraints – Plan for the Next Review Period:**
The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Explore ways to increase scheduled treatment hours per patient as COVID-19 safety precautions permit. | • Increased patient attendance and reduction in use of restraints. |
| • Continue to monitor the success of unit-based treatment offerings during the COVID-19 pandemic and plan for future treatment offerings. | • Identify any potential impact on treatment milieu. |
| • Analyze any correlations between inappropriate patient referrals and the use of restraints. | • Increased patient attendance and reduction in use of restraints. |
| • Encourage CLIP on each unit. | • Increase in prosocial behavior. |
| • Analyze restraint use between ICF direct admission units and admissions to locked admission units. | • Identify any causal factors and make any additional recommendations. |
| • Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria. | • Decrease unsafe patient behaviors affecting the treatment milieu. |

**Additional Comments**:  None.

| DETAILED REPORT |
|---|

| SECTION 2 – Use of Seclusion |
|---|

## Section 2 – Use of Seclusion Summary Table:

| Outcome Measure Indicator # | Patient days: | 7680 | 7028 | 7330 | 6897 | 7138 | 6766 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 2 | Use of seclusion | | | | | | |
| 2.1 | Number of seclusion episodes | 7 | 10 | 11 | 4 | 3 | 5 |
| | Rate 2.1 | 0.91 | 1.42 | 1.50 | 0.58 | 0.42 | 0.74 |
| 2.2 | Total hours in seclusion | 218.50 | 202.77 | 464.60 | 12.82 | 3.83 | 49.47 |
| | Rate 2.2 | 28.45 | 28.85 | 63.38 | 1.86 | 0.54 | 7.31 |
| 2.3 | Average time in seclusion | 31.21 | 20.28 | 42.24 | 3.20 | 1.28 | 9.89 |
| | Rate 2.3 | 4.06 | 2.89 | 5.76 | 0.46 | 0.18 | 1.46 |

## 2.4 Use of Seclusion – # of seclusion episodes initiated By Day of Week:

| SCD Restraint & Seclusion REV 2015 | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all seclusion types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| 2.4 Use of seclusion by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 3 | 1 | 4 | 1 | 0 | 0 |
| Tuesday | 1 | 2 | 2 | 1 | 1 | 0 |
| Wednesday | 2 | 3 | 1 | 1 | 0 | 0 |
| Thursday | 1 | 3 | 2 | 0 | 1 | 0 |
| Friday | 0 | 0 | 2 | 0 | 1 | 3 |
| Saturday | 0 | 1 | 0 | 1 | 0 | 2 |

## 2.5 Use of Seclusion – # of Seclusion episodes Initiated By Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 2.5 Use of Seclusion by Shift: | | | | | | |
| AM | 3 | 5 | 8 | 2 | 2 | 2 |
| PM | 2 | 4 | 2 | 2 | 1 | 3 |
| NOC | 2 | 1 | 1 | 0 | 0 | 0 |

## 2.6 Use of Seclusion – DSH 2684 Seclusion Monitoring Tool:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 2.6 Use of Seclusion % Compliance | % | % | % | % | % | % |
| **Question #1**: Seclusion was used in a documented manner. | 100 | 100 | * | * | * | * |
| **Question #2**: The Interdisciplinary note described specific behavior that was imminently dangerous to self or others. | 100 | 100 | * | * | * | * |
| **Question #3**: Seclusion are used only after a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted. | 80.0 | 88.9 | * | * | * | * |
| **Question #4**: The Interdisciplinary note described specific, less-restrictive interventions that were tried prior | 80.0 | 88.9 | * | * | * | * |

| | | | | | | |
|---|---|---|---|---|---|---|
| to the use of seclusion or there is a clinical justification when less-restrictive interventions were not used. | | | | | | |
| **Question #5**: Seclusion is not used in the absence of, or as an alternative to active treatment. | 71.4 | 100 | * | * | * | * |
| **Question #6**: There is a Focus of Hospitalization that targets the behavior that required the patient to be paced in seclusion. | 71.4 | 100 | * | * | * | * |
| **Question #7**: Seclusion are terminated as soon as the patient is no longer in imminent danger to self or others. | 100 | 100 | * | * | * | * |
| **Question #8**: The patient was released from seclusion as soon as the violent or dangerous behavior that created the emergency was no longer displayed or met the release criteria as documented in the physicians order. | 100 | 100 | * | * | * | * |
| **Question #9**: The physician conducted an assessment of the patient within one hour of being placed in seclusion. | 100 | 100 | * | * | * | * |
| **Question #10**: The physicians order for seclusion was obtained within 15 minutes of the patient being placed in seclusion. | 100 | 100 | * | * | * | * |
| **Question #11**: A Registered Nurse initiated an assessment of the patient within 15 minutes of the application of seclusion and that assessment was documented in the interdisciplinary notes. | 100 | 77.8 | * | * | * | * |
| **Question #12**: The Physician conducted a face-to-face evaluation of the patient in seclusion within one hour from the initiation of seclusion and that evaluation was documented in the physician progress notes. | 100 | 100 | * | * | * | * |

## 2.7 Use of Seclusion Analysis:
<u>* Because of the COVID-19 pandemic, the seclusion monitoring tool has not been completed to reduce traffic behind security.</u>

In the month of January there was a total of 218.5 hours of seclusion divided among six patients. One patient accounted 80.77 hours over two different episodes in which he presented as tense and pressured. One patient accounted for 63.33 hours after displaying hypersexual behavior and threatening danger to self/danger to others. Another patient accounted for 42.5 hours of seclusion after being placed in full bed restraints for threatening/dangerous behavior. The other 31.9 hours were divided among three patients for attacking a peer, threatening others, and fear of peers.

In the month of February there was a total of 202.7 hours of seclusion divided among nine patients. One patient accounted for 44.82 hours for displaying aggressive behavior and self-harm behavior. Another patient accounted for 47.02 hours for threatening staff. One patient accounted for 32.75 hours for aggression towards patients and staff. Another patient accounted for 28.75 hours to prevent polydipsia. The other 49.44 hours were divided among five patients for mutual combat with peer, threat to harm staff or peers, self-harm ideation, and protection after assault.

In the month of March there was a total of 464.6 hours of seclusion divided among seven patients. One patient accounted for 328.17 hours for prevention of self-harm behavior. It was determined that seclusion would not put the patient at significant risk for further self-harm and was the least restrictive measure to manage the patient's behavior. Another patient accounted for 54.41 hours for two incidents of patient assault and attempted patient and staff assault. One patient accounted for 32.25 hours for threatening aggression. The other 49.18 hours of seclusion were divided among four patients for attempted assault on peer, threatening peer, patient assault and self-harm ideation.

In the month of April there was a total 12.82 hours divided among four patients. Reasons for seclusion included threats of harm to patients and staff, and sexually inappropriate and threatening statements to staff.

In the month of May there was a total of 3.83 hours divided among three patients for becoming imminently dangerous and grabbing staff aggressively.

In the month of June there was a total of 49.47 hours divided among five patients for mutual combat, prevention of danger to others, prevention of danger from others, imminent threat of dangerousness, and prevention of danger to self.

### 2.8 Seclusion - Change in Policy or Procedure Narrative:
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

### 2.9 Seclusion – Plan for the Next Review Period:
The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Explore ways to increase scheduled treatment hours per patient as COVID-19 safety precautions permit.<br>• Continue to monitor the success of unit-based treatment offerings during the COVID-19 pandemic and plan for future treatment offerings.<br>• Analyze any correlations between inappropriate patient referrals and the use of seclusion.<br>• Encourage CLIP on each unit.<br>• Analyze seclusion use between ICF direct admission units and admissions to locked admission units.<br>• Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria. | • Increased patient attendance and reduction in use of seclusion.<br><br>• Increased patient attendance and reduction in use of seclusion.<br><br>• Identify any potential impact on treatment milieu.<br><br>• Increase in prosocial behavior.<br>• Identify any causal factors and make any additional recommendations.<br><br>• Decrease unsafe patient behaviors affecting the treatment milieu. |

**Additional Comments**: None.

| DETAILED REPORT |
| --- |

| SECTION 3 – Use of Enhanced Observation |
| --- |

## Section 3 – Use of Enhanced Observation Summary Table:

| Outcome Measure Indicator # | Patient days: | 7680 | 7028 | 7330 | 6897 | 7138 | 6766 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 3 | Use of Enhanced Observation | | | | | | |
| 3.1 | Total number of episodes of 1-1 observation | 16 | 21 | 21 | 8 | 29 | 19 |
| | Rate 3.1 | 2.08 | 2.99 | 2.86 | 1.16 | 4.06 | 2.81 |
| 3.2 | Total hours on 1-1 | 1169.33 | 915.60 | 1401.95 | 438.97 | 1179.17 | 781.98 |
| | Rate 3.2 | 152.26 | 130.28 | 191.26 | 63.65 | 165.20 | 115.57 |
| 3.3 | Average hours on 1-1 | 73.08 | 45.78 | 66.76 | 54.87 | 40.66 | 43.44 |
| | Rate 3.3 | 9.52 | 6.51 | 9.11 | 7.96 | 5.70 | 6.42 |
| 3.4 | Total number of episodes of 2-1 observation | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3.5 | Total hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3.6 | Average hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3.7 | Total number of episodes of Q15 min observation | - | - | - | - | - | - |
| | Rate 3.7 | - | - | - | - | - | - |
| 3.8 | Total hours on Q15 min | - | - | - | - | - | - |
| | Rate 3.8 | - | - | - | - | - | - |
| 3.9 | Average hours on Q15 min | - | - | - | - | - | - |
| | Rate 3.9 | - | - | - | - | - | - |
| 3.10 | Total number of episodes of line of sight observation | - | - | - | - | - | - |
| | Rate 3.10 | - | - | - | - | - | - |
| 3.11 | Total hours on line of sight observation | - | - | - | - | - | - |
| | Rate 3.11 | - | - | - | - | - | - |
| 3.12 | Average hours on line of sight observation | - | - | - | - | - | - |
| | Rate 3.12 | - | - | - | - | - | - |

## 3.13 Use of Enhanced Observation by Type and Reason:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| --- | --- | --- | --- | --- | --- | --- |
| 3.13 Episodes of Enhanced Observation by Type and Reason: | | | | | | |
| 1:1 / LOS - Medical | 1 | 2 | 2 | 0 | 0 | 1 |
| 1:1 / LOS - Danger to Self | 12 | 19 | 14 | 7 | 19 | 15 |
| 1:1 / LOS - Danger to Others | 3 | 0 | 5 | 1 | 10 | 3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1:1 / LOS - Other | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - Medical | - | - | - | - | - | - |
| 2:1 - Danger to Self | - | - | - | - | - | - |
| 2:1 - Danger to Others | - | - | - | - | - | - |
| 2:1 - Other | - | - | - | - | - | - |
| Q15 Minute Obs. – Medical | - | - | - | - | - | - |
| Q15 Minute Obs. – Danger to Self | - | - | - | - | - | - |
| Q15 Minute Obs. – Danger to Others | - | - | - | - | - | - |
| Q15 Minute Obs. – Other | - | - | - | - | - | - |

**3.14 Use of Enhanced Observations Analysis:**

In the month of January there was a total of 1,169.50 hours of enhanced observation divided among eleven patients. One patient generated 157.84 hours over two incidents for danger to self/danger to others. Another patient generated 122.32 hours over three incidents for danger to others after physical acts of aggression to peers. He was returned to CDCR. One patient generated 112.92 hours of enhanced observation over three incidents for self-harm ideation. One patient accounted for 156.63 hours for fall risk/medical. The other 619 hours were divided among seven patients for self-harm ideation, snorting a substance, superficial cut on wrist, and possible water intoxication.

In the month of February there was a total of 915.60 hours of enhanced observation divided among 16 patients. The reasons for enhanced observation were divided as follows: There were 651.43 hours for self-harm or self-harm ideation divided among 14 incidents; there were 16 hours for one incident of possible water intoxication; there was 92.17 hours generated for one incident where a patient punched a wall; there were 20.50 hours generated for one incident in which a patient felt unsafe after he assaulted a peer; there were 53 hours generated for a patient who snorted coffee; there were 13 hours generated for a patient who threatened to harm others; and there were 69.5 hours generated over two episodes for one patient who was deemed a fall risk.

In the month of March there was a total of 1,401.95 hours of enhanced observation divided among 14 patients. One patient generated 253.44 hours for self-harm and self-harm ideation. Another patient generated 244.73 hours for self-harm (ingesting foreign objects). One patient generated 219.92 hours for threat of danger from other patients. Another patient generated 232.33 hours for medical fall risk. The other 451.52 hours were divided among eleven patients for patient assault, erratic behavior, prevention of self-harm, danger to others, medical fall risk, and water intoxication.

In the month of April there was a total of 438.97 hours divided among seven patients. One patient generated 95.25 hours to prevent from snorting medication after recent history. Another patient accounted for 89.3 hours for protection of danger from others. One patient generated 132.5 hours for danger to self after cutting his wrist with a plastic knife. The other 121.92 hours were divided among four patients for prevention of danger to self.

In the month of May there was a total of 1,179.17 hours of enhanced observation divided among fifteen patients. One patient generated 50.92 hours for prevention of water intoxication. Another patient accounted for 96.55 hours for self-harm and self-harm ideation. One patient generated 109.74 hours after pounding his fist on nursing station window, danger to self. Another patient accounted for 154.25 for danger to others. One patient accounted for 161.58 hours for threatening physical combat, danger to others and then being fearful of retaliation,

danger from others. Another patient accounted for 218.25 hours. This patient stole food from another patient and then aggressively grabbed and squeezed staff's fingers. He was then on enhanced observation for danger from others. One patient generated 72.38 hours for danger to self after scratching his forearm with a staple. Another patient accounted for 134.65 hours for danger to self, voicing self-harm ideation. The other 180.84 hours were divided among seven patients for patient report of bullying, self-harm ideation, danger from others, and self-harm.

In the month of June there was 781.98 hours of enhanced observations divided among twelve patients. One patient accounted for 59.83 hours for suicidal ideation and mutual combat. Another patent generated 123.87 hours for danger to self. One patient accounted for 62.03 hours after mutual combat. Another patient generated 161.85 hours for danger to self. One patient accounted for 71.48 hours for inappropriate interactions with female staff and recent history of polydipsia. Another patient generated 65 hours for suicidal ideation with a plan. One patient accounted for 84.75 hours for danger from others. The other 153.17 hours were divided among five patients for danger to self, falls risk, and possible polydipsia.

**3.15 Enhanced Observations - Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**3.16 Enhanced Observations – Plan for the Next Review Period:**
The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Provide observing staff with therapeutic activities to engage patient.<br>• Explore ways to increase scheduled treatment hours per patient as COVID-19 safety precautions permit.<br>• Analyze any correlations between inappropriate patient referrals and the use of restraints.<br>• Encourage CLIP on each unit.<br>• Analyze restraint use between ICF direct admission units and admissions to locked admission units.<br>• Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria | • Reduce time of enhanced observation periods.<br>• Increased patient attendance and reduction in use of restraints.<br><br>• Identify any potential impact on treatment milieu.<br><br>• Increase in prosocial behavior.<br>• Identify any causal factors and make any additional recommendations.<br>• Decrease unsafe patient behaviors affecting the treatment milieu. |

**Additional Comments**: None.

| DETAILED REPORT |
|---|
| **SECTION 4 – Incidents of Aggression** |

## Section 4 – Incidents (Aggression) Summary Table:

| Outcome Measure Indicator # | Patient days: | 7680 | 7028 | 7330 | 6897 | 7138 | 6766 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **4** | **Incident reports** | | | | | | |
| **4.1** | Number of incidents of aggressive act to self | 5 | 11 | 8 | 5 | 9 | 3 |
| | Rate4.1 | 0.65 | 1.57 | 1.09 | 0.72 | 1.26 | 0.44 |
| **4.2** | Number of incidents of aggressive act to another patient (physical) | 9 | 9 | 8 | 4 | 4 | 6 |
| | Rate 4.2 | 1.17 | 1.28 | 1.09 | 0.58 | 0.56 | 0.89 |
| **4.3** | Number of incidents of aggressive act to staff (physical) | 0 | 3 | 0 | 0 | 1 | 2 |
| | Rate 4.3 | 0.0 | 0.43 | 0.0 | 0.00 | 0.14 | 0.30 |

## 4.4 UNIT Total – Acute:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| **Other** | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 0 | 0 | 0 | 0 | 1 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 2 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 1 |
| **UNIT 13 Total** - ACUTE | | | | | | |
| Aggressive Act to SELF (SS) | 1 | 1 | 4 | 2 | 3 | 1 |
| Aggressive Act to PEERS (A2) | 1 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNIT 30 Total** - ICF | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 0 | 1 | 0 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 2 | 0 | 0 | 1 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNIT 31 Total** - ICF | | | | | | |
| Aggressive Act to SELF (SS) | 2 | 4 | 0 | 0 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 4 | 3 | 0 | 0 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 1 | 0 | 0 | 0 | 0 |
| **UNIT 32 Total** - ICF | | | | | | |
| Aggressive Act to SELF (SS) | 1 | 1 | 0 | 1 | 3 | 0 |
| Aggressive Act to PEERS (A2) | 2 | 2 | 0 | 2 | 0 | 2 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 1 | 0 |
| **UNIT 33 Total** - ICF | | | | | | |
| Aggressive Act to SELF (SS) | 1 | 3 | 1 | 1 | 2 | 1 |
| Aggressive Act to PEERS (A2) | 2 | 0 | 3 | 0 | 3 | 2 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 1 |

| UNIT 34 Total - ICF | | | | | | |
|---|---|---|---|---|---|---|
| Aggressive Act to SELF (SS) | 0 | 2 | 2 | 1 | 1 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 2 | 5 | 0 | 0 | 2 |
| Aggressive Act to STAFF (A4) | 0 | 2 | 0 | 0 | 0 | 0 |

## 4.5 Incidents (Aggressive Act to Self) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.5 # of incidents of aggressive act to self (SS) | | | | | | |
| Sunday | 0 | 0 | 2 | 1 | 2 | 2 |
| Monday | 0 | 0 | 1 | 0 | 0 | 0 |
| Tuesday | 3 | 1 | 4 | 0 | 3 | 0 |
| Wednesday | 0 | 4 | 1 | 3 | 2 | 0 |
| Thursday | 1 | 4 | 0 | 1 | 1 | 0 |
| Friday | 1 | 2 | 0 | 0 | 0 | 1 |
| Saturday | 0 | 0 | 0 | 0 | 1 | 0 |

## 4.6 Incidents (Aggressive Act to Peers) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.6 # of incidents of aggressive act to Peers (A2) | | | | | | |
| Sunday | 1 | 0 | 0 | 0 | 1 | 0 |
| Monday | 4 | 2 | 3 | 0 | 0 | 0 |
| Tuesday | 0 | 2 | 2 | 2 | 2 | 0 |
| Wednesday | 0 | 1 | 0 | 0 | 0 | 0 |
| Thursday | 3 | 0 | 2 | 0 | 0 | 0 |
| Friday | 1 | 0 | 1 | 0 | 1 | 2 |
| Saturday | 0 | 4 | 0 | 2 | 0 | 4 |

## 4.7 Incidents (Aggressive Act to Staff) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.7 # of incidents of aggressive act to Staff (A4) | | | | | | |
| Sunday | 0 | 1 | 0 | 0 | 0 | 1 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 1 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 1 | 0 |
| Saturday | 0 | 1 | 0 | 0 | 0 | 1 |

## 4.8 Incidents (Aggressive Act to Self) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.8 # of incidents of aggressive act to self (SS) | | | | | | |
| AM | 4 | 2 | 2 | 2 | 0 | 2 |
| PM | 1 | 9 | 4 | 3 | 9 | 1 |
| NOC | 0 | 0 | 2 | 0 | 0 | 0 |

## 4.9 Incidents (Aggressive Act to Peers) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.9 # of incidents of aggressive act to peers (A2) | | | | | | |
| AM | 3 | 2 | 4 | 0 | 1 | 4 |
| PM | 6 | 7 | 1 | 4 | 3 | 2 |
| NOC | 0 | 0 | 3 | 0 | 0 | 0 |

## 4.10 Incidents (Aggressive Act to Staff) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.10 # of incidents of aggressive act to staff (A4) | | | | | | |
| AM | 0 | 1 | 0 | 0 | 1 | 2 |
| PM | 0 | 2 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.16 Incidents (Aggressive Act to Self) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.16 # of incidents of aggressive act to self (SS) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 1 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 1 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 1 | 1 | 0 | 0 | 0 | 1 |
| 1000-1200 | 2 | 0 | 1 | 1 | 0 | 0 |
| 1200-1400 | 1 | 1 | 1 | 1 | 0 | 1 |
| 1400-1600 | 0 | 2 | 1 | 0 | 3 | 0 |
| 1600-1800 | 0 | 5 | 1 | 2 | 3 | 0 |
| 1800-2000 | 0 | 1 | 0 | 1 | 2 | 1 |
| 2000-2200 | 0 | 1 | 1 | 0 | 1 | 0 |
| 2200-2400 | 1 | 0 | 1 | 0 | 0 | 0 |

## 4.17 Incidents (Aggressive Act to Peers) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.17 # of incidents of aggressive act to peers (A2) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 1 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 2 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1200-1400 | 1 | 0 | 2 | 0 | 1 | 2 |
| 1400-1600 | 2 | 2 | 0 | 2 | 0 | 2 |
| 1600-1800 | 4 | 2 | 0 | 2 | 0 | 0 |
| 1800-2000 | 2 | 3 | 1 | 0 | 0 | 2 |
| 2000-2200 | 0 | 2 | 0 | 0 | 3 | 0 |
| 2200-2400 | 0 | 0 | 2 | 0 | 0 | 0 |

## 4.18 Incidents (Aggressive Act to Staff) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.86 # of incidents of aggressive act to staff (A4) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 1 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 1 | 1 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 1 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 1 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.19 Incidents by Location – Aggressive Act to Self:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.19 # of incidents of aggressive act to self (SS) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 4 | 5 | 4 | 4 | 5 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 3 | 0 | 1 | 1 | 2 |
| Office Area | 0 | 0 | 2 | 0 | 2 | 0 |
| Hallway | 1 | 2 | 1 | 0 | 1 | 1 |
| Day hall | 0 | 1 | 1 | 0 | 0 | 0 |

**4.20 Incidents by Location – Aggressive Act to Peers:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.20 # of incidents of aggressive act to peers (A2) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 2 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 1 | 1 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 1 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 3 | 0 | 1 | 0 | 1 | 0 |
| Office Area | 0 | 3 | 0 | 0 | 1 | 0 |
| Hallway | 0 | 1 | 1 | 1 | 0 | 1 |
| Day hall | 1 | 1 | 3 | 1 | 1 | 1 |

**4.21 Incidents by Location – Aggressive Act to Staff:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.21 # of incidents of aggressive act to staff (A4) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 2 | 0 | 0 | 0 | 1 |
| Day hall | 0 | 1 | 0 | 0 | 1 | 1 |

**4.22 Incidents of Aggression Analysis of data:**

In the month of January there were five incidents of aggressive act to self. The means of self-aggression varied from a superficial cut on wrist, self-harm ideation, and snorting medication. There were nine physical acts of aggression to a peer. There was one act of mutual aggression, the other acts of aggression were patient attack on peer.

In the month of February there were eleven incidents of aggressive act to self. The means of self- aggression varied from a superficial scratching, self-harm ideation, banging head on wall, slapping self, snorting medication, and snorting coffee. There were nine physical acts of aggression to a peer. There were three acts of mutual aggression involving six patients. The other acts of aggression to a peer were patient attack on peer. There were three acts of aggression towards staff. In all three acts, the patient threatened aggression toward staff, in one act the patient attempted to spit on staff.

In the month of March there were eight incidents of aggressive act to self. The means of self-aggression varied from a superficial scratching, self-harm ideation, punching self, crushing pills

(possible medication misuse/abuse), and swallowing foreign objects. There were eight physical acts of aggression to a peer. The acts of aggression to a peer included patient assault and mutual combat.

In the month of April there were five incidents of aggressive act to self. The means of self-aggression varied from snorting medication, banging head on wall, covering head with a pillowcase, and superficial scratching. There were four physical acts of aggression to a peer. The acts of aggression to a peer included patient assault, verbal threat of aggression, and mutual combat.

In the month of May there were nine incidents of aggressive act to self. The means of self-aggression varied from cutting (requiring sutures), snorting coffee, hitting wall with head and hand, and superficial scratching. There were four physical acts of aggression to a peer. The acts of aggression to a peer included patient assault and mutual combat. There was one act of aggression to staff in which a patient grabbed a staff member's fingers aggressively and began to squeeze them.

In the month of June there were three incidents of aggressive act to self. The means of self-aggression varied from biting forearm, thrashing in restraints until posey belt was around patient's neck, and hitting head on wall. There were six physical acts of aggression to a peer. All acts of aggression to a peer were mutual combat. There were two acts of aggression to staff. During one incident a patient struck a staff member in the back of the head five times while the staff member was trying to separate patients engaged in mutual combat. In the other incident the patient spit on the staff member's head during a stabilization.

**4.23 Incidents of Aggression Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**4.24 Incidents of Aggression – Plan for the Next Review Period:**
The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Explore ways to increase scheduled treatment hours per patient as COVID-19 safety precautions permit.<br>• Analyze any correlations between inappropriate patient referrals and incidents of aggression.<br>• Encourage CLIP on each unit.<br>• Analyze incidents of aggression between ICF direct admission units and admissions to locked admission units.<br>• Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria. | • Increased patient attendance and reduction in aggressive incidents.<br><br>• Identify any potential impact on treatment milieu.<br>• Increase in prosocial behavior.<br>• Identify any causal factors and make any additional recommendations.<br>• Decrease unsafe patient behaviors affecting the treatment milieu. |

**Additional Comments**: None.

## DETAILED REPORT

## SECTION 5 – Incidents (Indecent Exposure)

### Section 5 – Incidents (Indecent Exposure):

| Outcome Measure Indicator # | Patient days: | 7680 | 7028 | 7330 | 6897 | 7138 | 6766 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 5 | Indecent Exposure | | | | | | |
| 5.1 | Total number of incidents of indecent exposure. | 0 | 0 | 1 | 0 | 0 | 0 |
| | Rate 5.1 | 0.0 | 0.0 | 0.14 | 0.00 | 0.00 | 0.00 |

### 5.3 Incidents (Indecent Exposure) by UNIT:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.3 # of incidents of indecent exposure | | | | | | |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 13 - ACUTE | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 30 – ICF | 0 | 0 | 1 | 0 | 0 | 0 |
| Unit 31 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 32 - ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 34 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.4 Incidents (Indecent Exposure) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.4 # of incidents of indecent exposure | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 1 | 0 | 0 | 0 |

### 5.5 Incidents (Indecent Exposure) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.5 # of incidents of indecent exposure | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 1 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

**5.6 Incidents (Indecent Exposure) by Time of Incident:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.6 # of incidents of indecent exposure | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 1 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

**5.7 Incidents (Indecent Exposure) by Location of Incident:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.7 # of incidents of indecent exposure | | | | | | |
| Location of Incident | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 1 | 0 | 0 | 0 |

**5.8 Incidents (Indecent Exposure) Analysis of data:**
In the month of March there was one incident of indecent exposure in which a patient was observed removing his clothing outside of the nursing station.

**5.9 Incidents (Indecent Exposure) Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**5.10 Incidents of Indecent Exposure – Plan for the Next Review Period:**
The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| There are no systemic changes warranted for the next review period. | |

**Additional Comments**: None.

## DETAILED REPORT

### SECTION 6 – Incidents of Rules Violations (RVR)

### Section 6 – Incidents of Rules Violations (RVR) Summary Table:

| Outcome Measure Indicator # | Patient days: | 7680 | 7028 | 7330 | 6897 | 7138 | 6766 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 6 | RVR | | | | | | |
| 6.1 | Number of patients receiving at least one RVR during the month | 7 | 9 | 6 | 0 | 1 | 1 |
| | Rate 6.1 | 0.91 | 1.14 | 0.95 | 0 | 0.14 | 0.15 |
| 6.2 | Number of patients provided MH Assessments during month per Title 15 and DOM | 7 | 9 | 6 | 0 | 1 | 1 |
| | Rate 6.2 | 0.91 | 1.28 | 0.82 | 0 | 0.14 | 0.15 |

**6.3 Incidents of RVR Analysis of data:**
In the month of January there were eight RVRs written for seven different patients. There were three RVRs written for assaulting a peer. There were two RVRs issued for snorting medication. There were two RVRs written for public masturbation and one RVR for following a female staff and staring at her buttocks.

In the month of February nine RVRs were issued for eight different patients. Three RVR's were issued for combat. One RVRs was issued for assaulting a peer. One RVR was issued for striking a peer. One RVR was issued for instigating a fight. One RVR was issued for attempted assault. One RVR was written for public masturbation and staring at female staff. One RVR was issued for snorting two unidentified pills.

In the month of March, seven RVR's were issued for six different patients. Five RVRs were issued for fighting with peers. One RVR was issued for possession of pruno. One RVR was issued for aggressive act to staff and failure to follow direction.

In the month of April, no RVR's were issued.

In the month of May, one RVR was issued for exposing self for sexual gratification.

In the month of June, one RVR was issued for property destruction due to kicking and hitting.

**6.4 Incidents of RVR Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**6.5 Incidents of RVR – Plan for the Next Review Period:**
The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Improve communication with CDCR CC1s to expedite processing of RVRs.<br>• Explore ways to increase scheduled treatment hours per patient as COVID-19 safety precautions.<br>• Analyze any correlations between inappropriate patient referrals and incidents of aggression.<br>• Encourage CLIP on each unit.<br>• Analyze incidents of aggression between ICF direct admission units and admissions to locked admission units.<br>• Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria. | • Decrease repeat RVRs.<br><br>• Increased patient attendance and reduction in aggressive incidents.<br><br>• Identify any potential impact on treatment milieu.<br><br>• Increase in prosocial behavior.<br>• Identify any causal factors and make any additional recommendations.<br><br>• Decrease unsafe patient behaviors affecting the treatment milieu. |

**Additional Comments**: None.

## DETAILED REPORT

## SECTION 7 – Incidents of Suicide Attempts/Suicide

## Section 7 – Incidents of Suicide/Suicide Attempts Summary Table:

| Outcome Measure Indicator # | Patient days: | 7680 | 7028 | 7330 | 6897 | 7138 | 6766 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 7 | Suicide | | | | | | |
| 7.1 | Number of Suicide attempts | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.1 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.00 |
| 7.2 | Number of Suicides | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.2 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.00 |

## 7.3 Incidents of Suicide/Suicide Attempts by UNIT:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.3 # of incidents of suicide attempts | | | | | | |
| Unit 13 - ACUTE | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 30 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 31 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 32 - ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 34 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.3 # of incidents of suicides | | | | | | |
| Unit 13 - ACUTE | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 30 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 31 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 32 - ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 34 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.4 Incidents of Suicide/Suicide Attempts by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.4 # of suicide attempts | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4 # of suicides | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.5 Incidents of Suicide/Suicide Attempts by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.5 # of suicide attempts | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

| 7.5 # of suicides | | | | | | |
|---|---|---|---|---|---|---|
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.6 Incidents of Suicide/Suicide Attempts Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.6 # of suicide attempts – Time of Incident: | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 # of suicides – Time of Incident: | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.7 Incidents of Suicides/Suicide Attempts Location of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.7 # of suicide attempts – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 # of completed suicides – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

**7.8 Incidents of Suicide/Suicide Attempts Analysis of data:**
There were no incidents of suicide or suicide attempts during this reporting period.

**7.9 Incidents of Suicide/Suicide Attempts Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**7.10 Incidents of Suicide/Suicide Attempts – Plan for the Next Review Period:**

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

**Additional Comments:** None.

## DETAILED REPORT

### SECTION 8 – Medications - Use of Clozaril

## Section 8 – Use of Clozaril Summary Table:

| Outcome Measure Indicator # | Patient days: | 7680 | 7028 | 7330 | 6897 | 7138 | 6766 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 8 | Use of Clozaril | | | | | | |
| 8.1 | Number of new starts | 1 | 0 | 3 | 0 | 1 | 0 |
| | rate 8.1 | 0.13 | 0 | 0.41 | 0 | 0.14 | 0 |
| 8.2 | Number of maintenance / maintained | 19 | 18 | 20 | 23 | 20 | 19 |
| | rate 8.2 | 2.47 | 2.56 | 2.73 | 3.33 | 2.80 | 2.81 |

**8.3 Use of Clozaril Analysis of data:**

The use of clozapine has remained in a narrow range with 19 patients maintained on clozapine.  Occasionally a patient is referred to DSH from CDCR for the purpose of a clozapine trial.

There were no new starts for clozapine in February of 2020. There was no significant change with 18 patients on clozapine in February.

The numbers in March and April demonstrate an increase to twenty-three patients maintained on clozapine. The three starts of clozapine in March reflect the increasing trend of psychotic patients admitted to DSH-A. The prevalence of clozapine use among the PC 2684 patients is approximately 10%. This is the highest prevalence rate for clozapine use prevalence in several years. This rate further reflects the larger number of patients admitted who have an actual severe mental disorder.

May had one patient initiated on clozapine. June saw no starts. The number of patients maintained one clozapine dropped to 20 in May and to 19 in June. Clozapine-treated patient comprise eight percent of the PC 2684 population.  This percentage tracks closely with non-2684 commitments at DSH-A.

**8.4 Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Recommend amending MOU to allow for longer lengths of stay for severely ill, chronically psychotic patients. | Reduce the likelihood of repeated admissions to DSH-A and maximize patient stability by establishing a consistent continuum of care in a highly structured ICF setting. |

**Additional Comments:**

CDCR and DSH are working in a small group to review transfers and prioritize those patients who most require treatment at the ICF level of care.  Further discussion is focused on the need for a long-term, highly structured unit in CDCR or alternatively longer-term placement at DSH-A for those with severe mental illness.  Absent a long-term treatment unit in CDCR, then consideration should be given to modify the MOU so that chronically psychotic, low-functioning patients can be treated for longer than the six to nine months lengths of stay cited in the present MOU.

## DETAILED REPORT

### SECTION 9 – Medications – Use of Involuntary Medications

**Section 9 – Use of Involuntary Medications Summary Table:**

| Outcome Measure Indicator # | Patient days: | 7680 | 7028 | 7330 | 6897 | 7138 | 6766 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **9** | **Use of Involuntary Medications** | | | | | | |
| **9.1** | Number of Stat medications ordered for psych reasons | 7 | 8 | 6 | 3 | 7 | 7 |
| | Rate 9.1 | 0.91 | 1.14 | 0.82 | 0.43 | 0.98 | 1.03 |
| **9.2** | Number of non-formulary drugs prescribed | 29 | 35 | 37 | 38 | 28 | 31 |
| | Rate 9.2 | 3.78 | 4.98 | 5.05 | 5.51 | 3.92 | 4.58 |
| **9.3** | Number of new admits on PC 2602 | 2 | 7 | 2 | 3 | 3 | 5 |
| | Rate 9.3 | 0.26 | 1.00 | 0.27 | 0.43 | 0.42 | 0.74 |
| **9.4** | Number of PC 2602 initiated for current patients | 0 | 0 | 0 | 1 | 1 | 0 |
| | Rate 9.4 | 0.0 | 0.0 | 0 | 0.14 | 0.14 | 0 |
| **9.5** | Number of PC 2602 renewed for current patients | 5 | 0 | 3 | 3 | 3 | 0 |
| | Rate 9.5 | 0.65 | 0.0 | 0.41 | 0.43 | 0.42 | 0 |

<u>**Analysis of data**</u>:
The use of stat medications was seven (7) in January of 2020. This is higher than the average in the last six months of 2019, but not statistically significant due to the small n. Use of non-formulary medication has remained steady. There is good coordination between CDCR and DSH formularies to minimize the use of non-formulary medications.

The number of patients initiated on PC 2602 remains at zero. The two admissions on PC 2602 is in line with previous months. Renewal of PC 2602 reflects the large influx of PC 2602 petition patients in August and September of 2019.

There was small use of stat medications in February of 2020. The use of non-formulary medications increased to 35. This is likely a reflection on the increased percentage of primarily personality disordered patients. These patients have typically failed treatment on formulary medications. These patients frequently make requests to be on non-formulary medications as these medications have a higher abuse potential and can be sold to other patients.

March and April of 2020 revealed only one initiation of a PC 2602 petition. There was a total of six PC 2602 renewals for March and April. The number of patients admitted with PC 2602 petitions for the combined months of March and April was five, which is two less than the month of February.

The number of non-formulary medications administered was up one to 38 in April of 2020. There was a fifty per cent drop in stat medication administered from six to three.  As patients are stabilized, the use of stat medications falls accordingly. There have been fewer admission in April of 2020 secondary to the pandemic.

May reported that 7 stat medications were administered. The number was 7 in June for stat doses. The non-formulary medications dropped to 28 in May with a slight increase to 31 in June. The use of non-formulary medications has remained low throughout the last six months of review.

The low number of stat doses administered reflects the structured ICF setting at DSH-A. Patients receive close supervision and early intervention of the level of care staff for patients who are agitated or escalating in their behaviors.

In May 3 patients were admitted on PC 2602 involuntary medication orders. In June this number increased to 5. In May 3 PC 2602 involuntary medication orders were renewed.  Zero PC 2602 involuntary medication orders were renewed in June.

Efforts of better coordination and review of prospective transfers to DSH were begun in April of 2020 between CDCR and DSH-A clinicians. This effort is focused on those patients with severe mental illness and poor treatment compliance. These patients tend to do poorly in environments where their behaviors and their compliance with treatment is not verified. These patients, when in a less restrictive level of care, become non-compliant with treatment (particularly with psychotropic medication treatment). This results in rapid emergence of psychiatric instability with associated dangerousness and grave disability.

**Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| Collaborative discussions between CDCR and DSH clinicians of potential transfers to DSH. | To facilitate a higher number of patients, who are severely psychotic and could benefit from the ICF level of care at DSH. | Increase the likelihood of identify those patients who could benefit most from ICF level of care in DSH. | Higher number of patients who present as psychotic and who show excellent response to treatment with increased stability, insight, and treatment compliance. |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

**Additional Comments**:
There is ongoing communication between DSH and CDCR to minimize the use of non-formulary medications.  As the admissions lately have reflected a growing number of severely psychiatrically impaired patients, the use of non-formulary medications has become marginally more frequent.
Increased cooperative reviews of potential transfers from CDCR to DSH-A have emphasized transfer of patients who are severely mentally ill and unable to function in EOP and CCCMS levels of care.

| DETAILED REPORT |
| --- |
| **SECTION 10 – Treatment Hours** |

## Section 10 – Treatment Hours Summary Table:

| 10.1 Group Therapy ICF | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| **Core Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | 7.33 | 6.91 | 7.31 | - | - | - |
| Average number of hours per patient delivered | 5.7 | 5.39 | 4.23 | 3.44 | 4.64 | 4.92 |
| Delivered rate | 0.78 | 0.78 | 0.58 | - | - | - |
| Average number of hours per patient attended | 4.22 | 3.93 | 3.22 | 3.38 | 4.43 | 4.67 |
| Average rate | 0.74 | 0.73 | 0.76 | 0.98 | 0.95 | 0.95 |
| **Supplemental Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient delivered | NA | NA | NA | NA | NA | NA |
| Delivered rate | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient attended | 5.32 | 6.15 | 5.31 | 7.27 | 7.53 | 5.96 |
| Attended rate | NA | NA | NA | NA | NA | NA |
| **Individual Therapy – ICF** | | | | | | |
| # of patients scheduled for individual therapy | NA | NA | NA | NA | NA | NA |
| # of patients delivered individual therapy | 51 | 39 | 27 | 48 | 59 | 54 |
| Rate of patients delivered individual therapy | NA | NA | NA | NA | NA | NA |

*N/A - DSH Atascadero is currently not utilizing the average number of hours per patient scheduled and delivered for supplemental and individual therapy

*(-) - DSH-Atascadero reports all average number of hours for CORE groups & average number of hours attended for Supplemental Groups as a weekly average.

## 10.2 Treatment Hours by Type of Therapy - ACUTE:

| 10.2 Group Therapy ACUTE | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| **Core Group Hours – Acute** | | | | | | |
| Average number of hours per patient scheduled | 0 | 0 | 0 | 0 | 0 | 0 |
| Average number of hours per patient delivered | 0 | 0 | 0 | 0 | 0 | 0 |
| Delivered rate | 0 | 0 | 0 | 0 | 0 | 0 |
| Average number of hours per patient attended | 0 | 0 | 0 | 0 | 0 | 0 |
| Attended rate | 0 | 0 | 0 | 0 | 0 | 0 |
| **Supplemental Group Hours – Acute** | | | | | | |
| Average number of hours per patient scheduled | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient delivered | NA | NA | NA | NA | NA | NA |
| Delivered rate | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient attended | 0 | 0 | 0 | 0 | 0 | 0 |
| Attended rate | NA | NA | NA | NA | NA | NA |

| Individual Therapy – Acute | | | | | | |
|---|---|---|---|---|---|---|
| # of patients scheduled for individual therapy | NA | NA | NA | NA | NA | NA |
| # of patients delivered individual therapy | 0 | 0 | 0 | 0 | 0 | 0 |
| Rate of patients delivered individual therapy | NA | NA | NA | NA | NA | NA |

## 10.3 Treatment Group Observation Audit Data:

| 10.3 DSH 2684 Treatment Group Observation Audit | | | | | | | |
|---|---|---|---|---|---|---|---|
| Month | JAN | FEB | MAR | APR | MAY | JUN | AVG |
| Question #1: Session starts and ends within five minutes of designated times. | | | | | | | |
| % of compliance | 100 | 88.9 | 100 | * | * | * | * |
| Question #2: Prior session material is reviewed as relevant. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #3: Equipment is counted and utilized safely. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #4: Co-provider was actively engaged. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #5: The facilitator's style and structure for the group attempts to engage all participants. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #6: Preplanning is apparent. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #7: Facilitator introduces topics or treatment activities. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #8: Facilitator maintains therapeutic boundaries. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #9: Facilitator demonstrates group management skills. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #10: Facilitator maintains professionalism. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #11: Facilitation of the group allows room for the expression of individual differences and cultural diversity. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #12: Facilitator gives feedback to group participants. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #13: Facilitator identifies and utilizes participant's strengths. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #14: The facilitation of the group and the content of the activities accommodate limitations of the participants. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #15: Facilitator checks for learning. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #16: When asked, facilitator can explain the purpose and the therapeutic benefits of the group. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |
| Question #17: Facilitator brings closure to the group. | | | | | | | |
| % of compliance | 100 | 100 | 100 | * | * | * | * |

**10.4 2684 Treatment Plan Audit Data:**

| 10.4 DSH 2684 Treatment Plan Audit | | | | | | | |
|---|---|---|---|---|---|---|---|
| Month | JAN | FEB | MAR | APR | MAY | JUN | AVG |
| **Question #1**: The treatment plan was finalized as per policy. | | | | | | | |
| % of compliance | 78.9 | 84.6 | 54.5 | 54.2 | 66.7 | 72.7 | 68.6 |
| **Question #2**: The patient's age is accurate documented. | | | | | | | |
| % of compliance | 100 | 100 | 90.0 | 100 | 100 | 100 | 98.3 |
| **Question #3**: Treatment outcome expectations based on reason for referral is addressed. | | | | | | | |
| % of compliance | 100 | 100 | 90.9 | 100 | 100 | 100 | 98.5 |
| **Question #4**: The violence risk assessment is current. | | | | | | | |
| % of compliance | NA | NA | NA | NA | NA | NA | NA |
| **Question #5**: The suicide risk assessment is current. | | | | | | | |
| % of compliance | NA | NA | NA | NA | NA | NA | NA |
| **Question #6**: Risk factors are identified. | | | | | | | |
| % of compliance | NA | NA | NA | NA | NA | NA | NA |
| **Question #7**: There is a summary of treatment progress including groups taken. | | | | | | | |
| % of compliance | 73.7 | 76.9 | 100 | 92.6 | 100 | 100 | 90.5 |
| **Question #8**: Updated patient progress toward each treatment outcome expectation is documented. | | | | | | | |
| % of compliance | 89.5 | 100 | 90.9 | 100 | 100 | 81.8 | 93.7 |
| **Question #9**: There is a plan for turning the patient to CDCR. | | | | | | | |
| % of compliance | 84.2 | 84.6 | 81.8 | 88.9 | 83.3 | 81.8 | 84.1 |
| **Question #10**: Focus statements are written for each identified area of treatment. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 90.9 | 98.5 |
| **Question #11**: Measurable objectives are written for each focus of treatment. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 90.9 | 98.5 |
| **Question #12**: Objectives have at least one approved intervention. | | | | | | | |
| % of compliance | 89.5 | 76.9 | 100 | 96.2 | 66.7 | 90.9 | 86.7 |

**<u>10.5 Treatment Hours Analysis of data</u>:**
<u>* Because of the COVID-19 pandemic, the treatment group observation audit tool has not been completed because of temporary changes in group structure.</u>

**Temporary Changes in Structured Treatment**
On March 18, 2020, all off unit groups were put on hold as a safety precaution to address COVID-19.  All pre-scheduled group rosters were put on hold (cancelled) and patients began attending unit-based treatment groups. All groups were offered under core umbrella titles which include Mental Health Wellness, Aggression Reduction, Staying Safe, Healthy Living, Discharge Planning and Orientation. Treatment teams, in coordination with Program Management, were tasked with creating unit schedules based on the assessed needs of the patients, while considering safety concerns related to the pandemic. Core group hours were not able to be pre-scheduled in this system but were tracked using another data system. Patients were given credit for groups and activities that they attended.  No group attendance percentages could be calculated because neither the patients nor staff were pre-scheduled in the data collection system to run the treatment activities.

On June 1, 2020 central areas were modified to re-open for patients to access as a unit. This allowed for minimal off-unit movement and access to extra supplies and equipment. Areas opened for unit access included the barber shop, gymnasium, main courtyard, library, and community center. Units were assigned times that they could access these areas. Legal appointments were available for patients needing access to the legal library. Chaplains visited patients on the units and prepared weekly services to play on the units using the patient entertainment channel. Substance Abuse Services presented weekly educational power points on the Patient Education Network (PEN) channel and provided worksheets for the patients and unit facilitators to utilize. Educational packets were delivered weekly to patients enrolled in the Aztec School.

**Treatment Attendance**
Over this reporting period there has been an increase of 33% in treatment hours per patient attended compared to the previous reporting period.

Potential contributing factors for improvement in patient treatment attendance include:

- During the last reporting period there was a continued decline in the number of treatment hours per patient attended. Identified contributing factors included a large PC 2684 population increase, a decrease in the patient length of stay, continued destabilization due to an ever-changing unit milieu because of the direct admit process, and a subsequent increase in clinical workload.
- Many of the above-mentioned dynamic factors were artificially stabilized during this reporting period because of the COVID-19 pandemic. All PC 2684 admissions were suspended between March 17, 2020 and April 20, 2020. All PC 2684 discharges were suspended between March 17, 2020 and May 4, 2020. These admission and discharge suspensions allowed for population stabilization and an increase in the average patient length of stay.
- The current average patient length of stay is 5.7 months as compared to the last reporting period of 4.3 months, bringing the length of stay closer to the MOU guidelines of six to nine months and allowing for better treatment planning and treatment offerings tailored to the patients' unique needs.
- DSH-A continued to see increases in aggressive acts to self, aggressive acts to other patients, aggressive acts to staff, use of restraints, and use of seclusion. This impacts the overall milieu of the program and necessitates staff time for immediate safety concerns and stabilization of the unit. Because of the COVID-19 pandemic safety precautions, all treatment was unit based for three months of this reporting period, necessitating a closer study of the benefits of unit-based treatment for the PC 2684 population.
- During the last reporting period, as the Clinical Management Team noticed a decline in groups delivered to patients, efforts were made to develop a plan to increase treatment hours:
  - The Program Management met with each Treatment Team during Treatment Team Planning Conferences to provide real-time feedback regarding Treatment Plan documentation.
  - The Program Management continues to focus on ensuring the correct process for documenting individual contact and supplemental hours by reviewing in monthly Clinician meetings, CMT meetings, and Program Management meetings.

**10.6 Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Explore ways to increase scheduled treatment hours per patient as COVID-19 safety precautions permit.<br>• Create more short-term, evidenced based treatment groups available on the units.<br>• CLIPs to include group attendance component.<br>• Survey patients each quarter for interest in new groups.<br>• Study potential benefits of unit-based treatment. | • Increase patient attendance<br><br>• Reduce time to achieve patient Treatment Outcome Expectations.<br>• Increase patient attendance.<br><br>• Increase patient enthusiasm for groups<br><br>• Increase patient availability to attend treatment. |

**Additional Comments**: None.

## DETAILED REPORT

### SECTION 11 – Management Indicators – Staffing Allocations and Vacancies

## Section 11 – Management Indicators (Staffing and Census) Data
Staffing Allocations and Vacancies

**Staffing Allocations:**

| Program-Wide | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Administration** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Executive Director | | | 1 | 1 | 0 | 0 | |
| Clinical Administrator | | | 1 | 1 | 0 | 0 | |
| Hospital Administrator | | | 1 | 1 | 0 | 0 | |
| Nurse Administrator | | | 1 | 1 | 0 | 0 | |
| Medical Director | | | 1 | 1 | 0 | 0 | |
| Chief Psychiatry | | | 1 | 1 | 0 | 0 | |
| Program Director | | | 1 | 1 | 0 | 0 | |
| Program Assistant | | | 1 | 1 | 0 | 0 | |
| Nursing Coordinator | | | 1 | 1 | 0 | 0 | |
| **Supervision** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Unit Supervisor | | 261 | 6 | 6 | 0 | 0 | 0.0 |

| | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
|---|---|---|---|---|---|---|---|
| Supervising Psychologist | | 261 | 1 | 0 | 1* | 0 | 1.0 |
| Supervising Social Worker | | 261 | 1 | 0 | 1* | 0 | 1.0 |
| Supervising Rehabilitation Therapist | | 261 | 1 | 1 | 0 | 0 | 0.0 |
| Senior Psychiatrist | | 261 | 1 | 0 | 1 | 0 | 1.0 |
| **Level of Care (ICF)** | Staffing Ratio | | | | | | |
| Nurse Practitioner | | 261 | | | | | |
| HSS | | 261 | 2 | 2 | 0 | 0 | 0 |
| Sr Psych Tech | 1:08 | 261 | 18 | 13 | 5 | 0 | 5 |
| Registered Nurse | 1:08 | 261 | 36 | 33 | 3 | 0 | 3 |
| Psych Tech | 1:08 | 261 | 104 | 101 | 3 | 0 | 3 |
| **Clinical Staff** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Psychiatrist | 1:46 | 261 | 8 | 8 | 0 | 5 | 0.00 |
| Psychologist | 1:46 | 261 | 8 | 6* | 2 | 0 | 2.00 |
| Social Worker | 1:46 | 261 | 8 | 7 | 1 | 0 | 1.00 |
| Rehab Therapist | 1:46 | 261 | 8 | 8 | 0 | 0 | 0.00 |
| **Hospital Police** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Police Sergeant | NA | NA | NA | NA | NA | NA | NA |
| Police Officer | NA | NA | NA | NA | NA | NA | NA |

## Analysis of data:

### Program Management and Support Staff

During this reporting period the Program Management team, support staff, Level of Care staff, and clinical staff were challenged with many changes in structure and routine as we navigated safety precautions for the COVID-19 pandemic. Changes were introduced daily from the DSH-Atascadero Incident Command Center. DSH-A introduced a modified patient movement schedule beginning March 19, 2020 to reduce exposure to COVID-19. Both patients and staff had to adjust their schedules and unit routine. Changes included relocating support staff outside of the secured treatment area, introducing alternate work schedules to program management, and providing telework options. During these changes, clinical staff continued to provide excellent treatment services to the patients.

The positions in the Program Management Team began to stabilize during this reporting period after many management changes during the past two reporting periods. The Supervising Psychologist role continues to be vacant and has been temporarily covered by a Supervising Psychologist from another program. The Supervising Social Worker role also continues to be vacant and is covered by acting Supervising Social Workers.

### Clinical Staffing

Over the course of the last six months, staffing challenges related to the COVID-19 pandemic safety precautions, other job assignments, and staffing shortages have impacted treatment team vacancies within Program V, as well as other programs hospital wide. Clinical disciplines are currently planning to staff vacancies as new hires are made and brought through orientation.

Clinical Social Workers - The above table reflects seven filled Social Work positions. There were six functional positions. One Social Worker covered another program beginning in March. One position was vacated the beginning of May.

Rehabilitation Therapist - The above table reflects eight filled Rehabilitation Therapist positions. Rehabilitation Therapy is currently fully staffed.

Psychologists - The above table reflects six filled Psychologist positions. There are two actual vacancies. Two Psychologists are temporarily assisting the Coleman program from other areas of the hospital.

During this time, several clinical staff in our program took extended periods of time off for prevention of exposure to COVID-19. There were two Rehabilitation Therapists off from March through May 2020. There were two Social Workers off. One Social Worker was assigned to work outside the secured treatment area on limited duty. The second Social Worker was out from March through May 2020 due to medical concerns. Two Psychologists were out for an extended period. One was out from April through June 2020. The second Psychologist was out beginning in March 2020. This Psychologist returned to work via tele-work from home in June 2020. The program also continued to have clinicians off due to other reasons such as vacations, sick calls, and bereavement leave. DSH-Atascadero implemented COVID-19 safety measures that included providing clinical staff options to work alternative work assignments, such as telework from home, and to work in alternate work locations on hospital grounds outside the secure treatment area for part of their work week to stagger clinical staff presence on the treatment units throughout the week.

**Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Continue to recruit staff to fill vacancies. | • Decreased vacancies and turnover. |

**Section 11 – Management Indicators (Staffing and Census) Data**
Patient Census Data

| Management Indicators **Patient Census** | | | | | | |
|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUN |
| Average daily census | 247.7 | 242.3 | 236.5 | 229.9 | 230.3 | 225.5 |
| Average length of stay | 144 | 186 | 169 | 95 | 194 | 253 |
| Median length of stay | 132 | 180 | 165 | 50 | 210 | 250 |
| Admission per month | 28 | 35 | 28 | 6 | 16 | 32 |
| Discharges per month | 39 | 44 | 24 | 8 | 23 | 34 |

**Analysis of data**:
Compared to the previous reporting period, average daily census per month increased by 21.03 patients; average length of stay per month increased by 43.5 days. Average admissions per month decreased by 24.17 patients; average discharges per month increased by 2.83

patients. Admissions in March, April, and May were impacted by the initial response to the COVID-19 pandemic.

**Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Maintain census, based on referrals, at 256. | • Create a homeostasis milieu to reduce patient aggression and self-harm. |

**Additional Comments**: None.

END OF REPORT.

Submitted By:

Jason Black _____
Executive Director

# DEPARTMENT OF STATE HOSPITALS-COALINGA
## GOVERNING BODY REPORT
### Coleman - 2684 Report
### January 1, 2020 to June 30, 2020

## Table of Contents

|  | SECTION | PAGE |
|---|---|---|
| DSH QUALITY IMPROVEMENT PLAN | | 2 |
| ABOUT COALINGA STATE HOSPITAL | | 2 - 3 |

### EXECUTIVE SUMMARY

|  | SECTION | PAGE |
|---|---|---|
| Seclusion, Restraint & Enhanced Observation | | 4 - 5 |
| Incidents | | 6 - 8 |
| Medications | | 9 - 10 |
| Treatment Hours | | 11 - 12 |
| Management Indicators | | 13 |

### DETAILED REPORT

|  | SECTION | PAGE |
|---|---|---|
| Use of Restraints | Section 1 | 14 - 17 |
| Use of Seclusion | Section 2 | 18 - 21 |
| Use of Enhanced Observation | Section 3 | 22 - 24 |
| Incidents – Aggression | Section 4 | 25 - 27 |
| Incidents – Indecent Exposure | Section 5 | 28 - 30 |
| Incidents – Rules Violation (RVR) | Section 6 | 31 - 32 |
| Incidents – Suicide Attempts/Suicides | Section 7 | 33 - 36 |
| Medication – Use of Clozaril | Section 8 | 37 |
| Medication – Use of Involuntary Medication | Section 9 | 38- 39 |
| Treatment Hours | Section 10 | 40 - 43 |
| Management Indicators – Staffing | Section 11 | 44 - 45 |
| Management Indicators – Patient Census | Section 12 | 46 |

### SIGNATURE PAGE

|  |  | PAGE |
|---|---|---|
| | | 47 |

## Quality Improvement Plan

The purpose of the Quality Improvement Program (QIP) is to ensure the safety of, preserve the rights of, and continuously improve and evaluate the quality of therapeutic and rehabilitation services provided. DSH Policy Directive 9000 Quality Improvement Program describes strategies, processes, tools, and a governance structure that hospitals use to plan, prioritize, develop, implement and evaluate quality improvement initiatives and sustain improvement.

The QIP aims to assess, improve and monitor the quality of patient care. Department of State Hospitals maintains an ongoing QIP based on objective data that describe performance improvement, quality assurance, clinical risk management, clinical outcomes, incident management and regulatory compliance activities. The QIP is administered and supported by standardized committee functions, documentation, and reporting processes.

The Model for QIP starts with defining the problem, then moves to identifying the solution, followed by implementing the solution, and finally to assess for the desired outcome.

The Governing Body shall, in the exercise of its overall responsibility, assign to the Executive Director, as a representative of the Governing Body, reasonable authority to develop a plan and implement mechanisms to assess and improve the quality of the DSH facility's governance, management, clinical and support processes, and to ensure the provision of patient care. The quality improvement plans shall be updated at least annually and submitted to the Governing Body for review and approval.

## About Coalinga State Hospital

**Overview of DSH-Coalinga PC 2684 Program** DSH-Coalinga (DSH-C) provides ICF psychiatric care to CDCR inmate-patients under the terms of a memorandum of understanding (MOU) with CDCR and in accordance with Coleman court orders. Currently there are a total of 50 beds designated as PC 2684 for patient care. At DSH-C, Program 7, Unit 21 provides care for the PC 2684 patients.

The MOU and joint policies define the process of referral of PC 2684 patients, the acceptance process to DSH-C, and the discharge process of PC 2684 patients to either parole or return to CDCR. The Medical Director reviews all transfer packets and approves them for admission to DSH-C. It is a priority to identify those patients appropriate for the least restrictive housing alternative for admission to DSH-C.

All PC 2684 patients receive a medical history and physical, a psychiatric assessment, a psychological admission assessment (with risk assessments for danger to self and danger to others), a social work assessment, and a rehabilitation therapy assessment. The medical and psychiatric assessments must be completed within twenty-four hours. An initial nursing assessment is completed in eight hours or less.

Treatment Unit 21 has two multidisciplinary teams (psychiatrist, psychologist, social worker, rehabilitation therapist, and level of care staff). Individualized treatment plans address each patient's reason for referral and the expected treatment goals. Treatment modalities include scheduled individual and group therapy.

Psychiatric care for the management of urgent conditions is available 7 days a week. PC 2684 patients receive medical care from DSH-C physicians. Medical care is available 7 days a week.

A comprehensive utilization review process (defined in the MOU and joint policy) has been implemented at DSH-C. Patients who have achieved treatment goals either return to CDCR at a recommended level of care or discharge to parole.

## EXECUTIVE SUMMARY

### Seclusion, Restraints & Enhanced Observations

**Executive Summary**: DSH-C utilizes behavioral seclusion or restraint only to ensure the safety of patients, staff or visitors when the use of less intrusive measures poses a greater risk of injury, primarily during a psychiatric emergency.

**Use of Restraints:** Five-point restraint, also known as full bed restraint (FBR), is the application of belts, cuffs or any combination of restraints fastened around the patient's wrists, waist and/or ankles to limit the range of motion of arms and legs. The restraints are fastened to a bed in a designated restraint room. Belts and Cuffs also known as wrist-to-waist restraints are any combination of restraints fastened around the patient's wrists, waist and/or ankles to limit the range of motion of arms and legs.

**Analysis:** During the current reporting period (January 1, 2020 to June 30, 2020) there were four episodes of restraints. An increase from the previous reporting period as follows:

- July 1, 2019 to December 31, 2019 with two episodes of restraints.

**Recommendations:**

- Continue to schedule TSI for staff members to increase staffs' de-escalation skills and cohesion during incidents which can reduce incidents rising to the level requiring use of restraint.
- Continue to train and implement Trauma-Informed Care principles.
- Monitor the Kardex and Preference Plans to ensure relevant information is provided.
- Continue to review each incident of restraints to ensure least restrictive measures were utilized.
- The Treatment Support Committee will continue to review all incidents of patients in restraints for more than four hours, patients who have two or more incidents of restraints within seven consecutive days and patients with four or more incidents in 30 days.
- Continue to analyze future incidents.

**Use of Seclusion:** Seclusion is the involuntary confinement of a patient alone in a room or an area from which the patient is physically prevented from leaving.  Based on the exhibited behavior and criteria, patients are placed in either Seclusion or Restraint.

**Analysis:** During the current reporting period (January 1, 2020 to June 30, 2020) the use of seclusion for PC 2684 patients was utilized three times which is an increase of three from the last reporting period (July 1, 2019 to December 31t, 2019) which had a total of zero episodes.

**Recommendations:**

- Continue to schedule TSI for staff members to increase staffs' de-escalation skills and cohesion during incidents which can reduce incidents rising to the level requiring use of seclusion.
- Continue to train and implement Trauma-Informed Care principles.
- Continue to monitor the Kardex and Preference Plans to ensure relevant information is provided.

- Continue to review each incident of seclusion to ensure least restrictive measures were utilized.
- The Risk Management Committees will continue to review incidents of patients in seclusion.
- Continue to analyze future incidents.

**Use of Enhanced Observations:** Enhanced observation is an alternative intervention utilized within the treatment program which allows for staff to promote and continue safe continuity of psychiatric care within the unit milieu. Types of enhanced observation include, one staff member to one patient referred to as one-to-one (1:1); two staff members to one patient, two-to-one (2:1); line of sight (LOS), and Q15 minute checks.

**Analysis:** This reporting period (January 1st, 2020 to June 30th, 2020) has a decrease in Enhanced Observation (1:1, 2:1, Q15 and Line of sight) use from the prior reporting period (July 1, 2019 to December 31, 2019). 1:1 intervention decreased from the previous reporting period (July 1, 2019 – December 31, 2019) which had twenty-seven 1:1 episodes. This reporting period had a total of twelve 1:1 episodes. Q15 interventions had a decrease of thirteen episodes with ten Q15 episodes this reporting period in contrast to twenty-three episodes for the last reporting period. LOS interventions slightly varied with the current period reporting having fourteen episodes and the prior period reporting having eighteen episodes. Enhanced Observation Totals for current and prior reporting periods are as follows:

- January 1, 2020 to June 30, 2020, thirty-six episodes.
- July 1, 2019 to December 31 ,2019, sixty-eight episodes.

**Recommendations**:

- Continue to complete suicide risk assessments as outlined in policy.
- Ensure treatment teams are using enhanced observations as clinically indicated with a physician's order to stabilize patients.
- The Enhanced Observation Committee will continue to review patients on enhanced observation longer than 14 days and as clinically indicated.

## EXECUTIVE SUMMARY

### Incidents

**Executive Summary**: The Unit 21 patient treatment program focuses on psychiatric stabilization for successful reintegration back to CDCR. Patients that are treated within DSH-C are being admitted from various referring levels of care and custody which results in a mixture of psychiatric acuity. During the reporting period, the following incident categories were analyzed within this report:

- Aggressive Act to Self.
- Aggressive Act to Another Patient - Physical.
- Aggressive Act to Staff – Physical.
- Inappropriate Sexual Behavior.
- Suicide.
- Suicide Attempt.

**Aggressive Act to Self:** Self-inflicted injuries with the intent to harm self and without suicidal intent. For example, burns, head banging, cutting, insertion/ingestion of foreign bodies or potentially toxic substances. Water intoxication is not included in this category.

**Analysis:** Aggression to Self was the most frequently reported aggressive incident with five incidents documented during the reporting period. The number of incidents is a decrease from the 7 incidents from the previous reporting period (July 1, 2019 to December 31, 2019).

**Recommendations:**

- Continue with assessments and treatment interventions designed to prevent self-injurious behavior.
- Continue to support patients with psychological and emotional distress through treatment modalities such as group attendance to address dynamic risk factors.
- Continue to monitor patient medication compliance.
- Continue to discuss patients at high risk during change of shifts.
- Continue to analyze future incidents by time and method of occurrence.

**Aggressive Act to Another Patient – Physical:** Hitting, pushing, kicking or similar acts directed against another patient to cause potential or actual injury.

**Analysis:** There were a total of one incidents of Aggressive Act to Another Patient - Physical during the reporting period which is a decrease of seven from the previous reporting period.

**Recommendations:**

- Continue updating violent risk assessments and treatment interventions designed to prevent aggressive acts to others.
- Incidents and data will continue to be reviewed by Treatment Teams, Program Review Committee and Data Management Unit.
- Continue to monitor patient medication compliance.
- Continue to train staff members on TSI.

- Continue to ensure Preference Plans and the Kardex are updated with relevant information.

**Aggressive Act to Staff - Physical:**  Hitting, pushing, kicking, spitting, gassing, or similar acts directed against a staff person that could cause potential or actual injury.

**Analysis:** Aggressive Act to Staff - Physical increased to four episodes from the last reporting period which had three incidents.

**Recommendations:**

- Continue updating violent risk assessments and treatment interventions designed to prevent aggressive acts to others.
- Incidents and data will continue to be reviewed by Treatment Teams, Program Review Committee and Data Management Unit.
- Continue to monitor patient medication compliance.
- Continue to train staff members on TSI.
- Continue to ensure Preference Plans and the Kardex are updated with relevant information.

**Other:**  Inappropriate Sexual Behavior (i.e. Indecent Exposure, public masturbation, etc.).

**Analysis:** There were no incidents of Indecent Exposure this reporting period which is also consistent with the last reporting period (July 1, 2019 to December 31, 2019) which had no incidents of Indecent Exposure.

**Recommendations:**

- Continue with interventions designed to prevent inappropriate sexual behavior.

**Suicide:**  A self-inflicted injury resulting in death.

**Analysis:** During the current reporting period and the last reporting period, there were no suicides.

**Recommendations:**

- Continue assessments and interventions designed to prevent suicide.

**Suicide attempt:**  Self-inflicted injuries or ingestion of foreign bodies or potentially toxic substances with suicidal intent or with a potentially lethal outcome.

**Analysis:** During the current reporting period, there was one suicide attempt. The last reporting period (July 1, 2019 to December 31, 2019) had no suicide attempts.

**Recommendations:**

- Continue assessments and interventions designed to prevent suicide attempts.
- Continue ongoing monitoring of risk factors and identification of treatment options.
- Explore protocols for Suicide Precautions when using medical equipment.
- Continue to discuss what incidents meet the criteria of a suicide attempt.
- Create 72-hour safety plans as clinically indicated for continual monitoring of the patient's safety.
- Provide on-going training to all staff on suicide prevention, awareness of risk factors and respond to patients in crisis.

## EXECUTIVE SUMMARY

### Medication

**Involuntary Use of Medication (Emergency & Non-Emergency)**

**Executive Summary**: The rate of STAT medication usage for this reporting period is considered acceptable as reducing further may result in additional prescribed medications resulting in potentially adverse effects. DSH-C's formulary is extensive, and limits most non-formulary drugs used at DSH-C to the category of newer expensive depot injections.

**Involuntary Use of Medication (Emergency & Non-Emergency):** Court ordered (2602) regulated medications that are ordered and administered STAT (*used as a directive to personnel during an emergent situation, which means "instantly" or "immediately."*) are used exclusively for patients suffering an acute psychiatric or behavioral crisis.

**Analysis:**
- In June, increased STAT episodes were the result of 2 patients needing emergency interventions.
- These 2 patients have subsequently stabilized.
- Overall, this reporting period (January 1, 2020 to June 30, 2020) there was nearly half of the use of STAT medication from the prior reporting period (July 1, 2019 to December 31, 2019).

**Recommendations:**
- Continue individualized treatment decisions.
- Continue using STAT medication only when patient compliance cannot be obtained, and patients are in crisis.

**Clozaril:** Patients started and maintained on Clozaril.

**Analysis:**
- Clozaril is uniquely effective for treatment refractory psychosis as well as when violence or suicidality are prominent symptoms.
- The DSH 2684 patients are often treatment refractory and Clozaril is safely administered, when needed.
- There were four to five patients on Clozaril throughout the review period, and usage in this reporting period is comparable to usage in the previous reporting period.

**Recommendations:**
- Continue appropriate Clozaril treatment.

**Use of Non-Formulary Medication:** Patients prescribed Non-Formulary Medications.

**Analysis:**
- The DSH Formulary is developed by the statewide Pharmacy Advisory Committee.
- It is unusual that psychiatric medications are non-formulary. In June, there were only 6 psychiatric non-formulary requests and 2 were for paliperidone.

**Recommendations:**

- Continue with a broad formulary and prompt review of Non-Formulary Requests.

## EXECUTIVE SUMMARY

### Treatment Hours

**Executive Summary:** Central Program/Mall Services in concert with the Social Work, Psychology and Rehabilitation Therapy departments, have made several important contributions to improve clinical services to the CDCR patient population. This has been accomplished through individual, program, and multi-departmental efforts. During this period, Clinical & Program staff have focused on maintaining group participation through incentives and staff initiated motivational efforts to meet the needs of our patients by improving patient care.

**Summary of Treatment Hours:** Treatment hours are separated based on core groups and supplemental groups. Core groups are active treatment that is specifically geared towards a patients focus/objective. Supplemental groups are open to all patients and are not geared toward a specific focus/objective of treatment. Treatment includes both group therapy and scheduled individual therapy.

**Definitions:**

**Enrolled Group Hours** – hours that the patients are scheduled to attend through the use of active treatment groups based on treatment team recommendations. Enrolled Group Hours encompass all of the scheduled treatment groups regardless of where held or who facilitates them. These are treatment plan driven and often commitment focused. The data is currently tracked in the WaRMSS MAPP system.

**Supplemental Group Hours** – hours of structured activity that the patients choose to attend. Supplemental Group Hours maybe centrally offered or provided on the units to patients. The intended purpose is to offer healthy choices, self-determination and quality of life improvements. Supplemental Group Hours are currently tracked in the Supplemental Module within WARMSS.

**Scheduled Individual Therapy** –Regularly scheduled one-to-one clinician to patient therapy. This is scheduled and tracked in WaRMSS MAPP as such, it is already included in the Enrolled Group Hours.

**Analysis:** For the months of January, February and March, the weekly average number of core treatment hours per patient scheduled ranged from 9.11 and 9.62. Due to the Modified Programing during COVID-19 for the reporting months of April, May and June, the data for groups was classified as Unscheduled groups and is shown in table 10.1. For the months of April, May and June, the weekly average number of core unscheduled treatment hours per patient scheduled ranged from 4.94 and 5.82. Weekly average number of hours per patient delivered fluctuated between 4.94 and 9.18. Weekly average number of hours per patient attended varied from 4.90 to 7.27.

**Recommendations:**

- Continue to maintain the facilitator provider hours by clinical staff.
- Continue to provide short-term active treatment and increase patient engagement.
- Continue to offer appropriate groups based upon the current population.
- Explore ways to increase group participation and offering during modified programming.
- Continue classifying groups as unscheduled during modified programming.

## EXECUTIVE SUMMARY

### Management Indicators

**Executive Summary**: Management Indicators include a review and analysis of staffing, admissions, discharges and length of stays. During the review period, staffing was consistently maintained to meet the court ordered minimums and patient acuity needs. DSH-C continues to recruit for all disciplines who serve the patient population. DSH-C saw a slight increase in length of stay for the CDCR population compared to the last reporting period. DSH-C continues to review and implement Quality Improvement efforts with Utilization Management and Patient Satisfaction Surveys.

**Staffing, admissions, discharges and length of stay:** DSH-C's inpatient mental health program is located on Unit 21 and has 50 designated hospital beds. DSH-C is currently utilizing a staffing package that includes a nurse to patient ratio of 1:8 during the AM and PM shift and a 1:12 ratio for NOC shift. This ratio does not include additional staff assigned for increased acuity, out of ratio Registered Nurses and/or Psychiatric Technician Case Managers. The clinical staffing ratio is 1:35. Our actual delivered staffing exceeds these ratios for both nursing and clinical staff.

**Analysis:**  Staffing for Nursing positions has remained consistent in the reporting period with no identified true vacancies**.**  Clinical staffing ratios remain appropriate. There was an overall admission and discharge decrease from the previous reporting period due to direction from DSH to suspend admissions and discharges between March 16-April 15, 2020 due to COVID - 19 restrictions.

**Recommendations:**

- Continue our current Utilization Management process which includes: Utilization Management Committee and retrospective/Concurrent/Continued Stay Reviews.

## DETAILED REPORT

### SECTION 1 – Use of Restraints

**Section 1 – Use of Restraints Summary Table:**

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| | Formula=(Incidents/Patient Days) * 1000 | 1488 | 1315 | 1459 | 1370 | 1395 | 1346 |
| **1** | **Use of restraints** | | | | | | |
| **1.1** | Number of restraint episodes | 1 | 0 | 1 | 0 | 0 | 2 |
| | Rate 1.1 | 0.672 | 0 | 0.685 | 0 | 0 | 1.486 |
| **1.2** | Total hours in restraint | 1.717 | 0 | 7.950 | 0 | 0 | 4.317 |
| | Rate 1.2 | 1.154 | 0 | 5.449 | 0 | 0 | 3.207 |
| **1.3** | Average time in restraints | 1.717 | 0 | 7.950 | 0 | 0 | 2.159 |
| | Rate 1.3 | 1.154 | 0 | 5.449 | 0 | 0 | 1.604 |

### 1.4 Use of Restraints – # of Restraints Initiated By Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 1.4 Use of restraints by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 1 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 2 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 1 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

### 1.5 Use of Restraints – # of Restraints Initiated By Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 1.5 Use of Restraints by Shift: | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 1 | 0 | 1 | 0 | 0 | 2 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 1.6 Use of Restraints – Restraint Monitoring Tool (Revised 2015):

| 1.6 Use of Restraints % Compliance | 2020 | | | | | |
|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUNE |
| Each State Hospital shall ensure that restraints: | | | | | | |
| Question 1: are used in a documented manner and | 100% | N/A | 100% | N/A | N/A | 100% |
| 1a. The IDN described specific behavior that was imminently dangerous to self or others, and | 100% | N/A | 100% | N/A | N/A | 100% |
| 1b. The Physicians Order described specific behavior that was imminently dangerous to self or others | 100% | N/A | 100% | N/A | N/A | 100% |
| Question 2:  Only when Patients pose an imminent danger to self or others and | 100% | N/A | 100% | N/A | N/A | 100% |
| 2a. To self or to others, and | 100% | N/A | 100% | N/A | N/A | 100% |
| 2b. Did not include harm from Others | 100% | N/A | 100% | N/A | N/A | 100% |
| Question 3: After a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted; | 100% | N/A | 100% | N/A | N/A | 100% |
| 3a. Specific, less-restrictive interventions that were tried prior to the use of restraints or seclusion are documented or there is clinical justification when less-restrictive interventions were not used, and | 100% | N/A | 100% | N/A | N/A | 100% |
| 3b. The Patient's specific response to each intervention used is documented in the IDN or there is clinical justification when less-restricted interventions were not used. | 100% | N/A | 100% | N/A | N/A | 100% |
| Question 4: Are not used in the absence of, or as an alternative to, active treatment, | 100% | N/A | 100% | N/A | N/A | 50% |
| 4a. There is a Focus of Hospitalization that targets the behavior that required the Patient to be placed in Seclusion or Restraint | 100% | N/A | 100% | N/A | N/A | 50% |
| 4b. Linked objective, and | 100% | N/A | 100% | N/A | N/A | 50% |
| 4c. Linked intervention (any formal group, individual therapy, or behavioral intervention) for the target behavior that required the Patient to be placed in Seclusion or Restraint. | 100% | N/A | 100% | N/A | N/A | 50% |
| Question 5: As punishment, or | 100% | N/A | 100% | N/A | N/A | 100% |
| 5a. Use Seclusion or Restraint in an abusive manner, (i.e., threaten the Patient – if you don't do this, I will put you in seclusion/restraints). | 100% | N/A | 100% | N/A | N/A | 100% |
| 5b. Keep the Patient in Seclusion or Restraints even when the Patient was calm | 100% | N/A | 100% | N/A | N/A | 100% |
| 5c. Use Seclusion or Restraint in a manner to show power differential that exists between staff and the Patient, as evidenced in the documentation. | 100% | N/A | 100% | N/A | N/A | 100% |
| 5d. Use Seclusion or Restraint as coercion, as evidenced in the documentation. | 100% | N/A | 100% | N/A | N/A | 100% |
| Question 6: For the convenience of staff; | 100% | N/A | 100% | N/A | N/A | 100% |
| Question 7: Are terminated as soon as the patient is no longer an imminent danger to self or others. | 100% | N/A | 100% | N/A | N/A | 100% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7a. As soon as the violent or dangerous behavior that created the emergency was no longer displayed (met release criteria on the Seclusion or Restraint order?) | 100% | N/A | 100% | N/A | N/A | 100% |
| 7b. When he/she has been calm in the last 15 minutes. | 100% | N/A | 100% | N/A | N/A | 100% |
| 7c. Even if he/she was unable to contract for safety. | 100% | N/A | 100% | N/A | N/A | 100% |
| 7d. Even if he/she was unable to agree to cease using offensive language | 100% | N/A | 100% | N/A | N/A | 100% |
| 7e. Even if he/she did not cease making verbal threats. | 100% | N/A | 100% | N/A | N/A | 100% |
| 7f. Even if he/she was unable to say he/she recognizes what behavior prompted the Seclusion or Restraint episode, and | 100% | N/A | 100% | N/A | N/A | 100% |
| 7g. Even if he/she was unable to say he/she is sorry for his/her actions. | 100% | N/A | 100% | N/A | N/A | 100% |
| Question 8: Each State hospital shall comply with 42 C.F.R.§ 483.360(f), requiring assessments by a physician or licensed clinical professional of any Patient placed in seclusion or restraints within one hour, and | 100% | N/A | 100% | N/A | N/A | 100% |
| 8a. The order was obtained within 15 minutes from the initiation of seclusion or restraint. | 100% | N/A | 100% | N/A | N/A | 100% |
| 8b. The RN conducted an assessment within 15 minutes of the initiation of seclusion or restraints and documented in the IDN, and | 100% | N/A | 100% | N/A | N/A | 100% |
| 8c. The Physician conducted a face-to-face evaluation of the Patient in seclusion or restraints within one hour from the initiation of seclusion or restraints and documented in the Physician Progress Note. | 100% | N/A | 100% | N/A | N/A | 100% |

## 1.7 Use of Restraints Analysis:

Restraint use with the patients on Unit 21 increased this reporting period, however the episodes are still considered minimal. During the current reporting period there were four incidents that resulted in the use of restraints involving three different patients. One patient had two incidents, one in March and one in June. All incidents during this reporting period (January 1, 2020 through June 30, 2020) occurred during the PM shift. Restraints were utilized in incidents of Suicidal Ideation, Aggressive Act to Self and Aggressive Act to Staff.  The four incidents for the current reporting period are an increase from the two incidents from previous reporting period (July 1, 2019 through December 31, 2019).  All restraint episodes were audited across all assessed areas.

## 1.8 Use of Restraints - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 1.9 Use of Restraints – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None

## DETAILED REPORT

### SECTION 2 – Use of Seclusion

## Section 2 – Use of Seclusion Summary Table:

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| | Formula=(Incidents/Patient Days) * 1000 | 1488 | 1315 | 1459 | 1370 | 1395 | 1346 |
| 2 | Use of seclusion | | | | | | |
| 2.1 | Number of seclusion episodes | 1 | 2 | 0 | 0 | 0 | 0 |
| | Rate 2.1 | 0.672 | 1.521 | 0 | 0 | 0 | 0 |
| 2.2 | Total hours in seclusion | 0.167 | 4.433 | 0 | 0 | 0 | 0 |
| | Rate 2.2 | 0.112 | 3.371 | 0 | 0 | 0 | 0 |
| 2.3 | Average time in seclusion | 0.167 | 2.216 | 0 | 0 | 0 | 0 |
| | Rate 2.3 | 0.112 | 1.685 | 0 | 0 | 0 | 0 |

## 2.4 Use of Seclusion – # of seclusion episodes initiated By Day of Week:

| SCD Restraint & Seclusion REV 2015 | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all seclusion types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| 2.4 Use of seclusion by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 1 | 2 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.5 Use of Seclusion – # of Seclusion episodes Initiated By Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 2.5 Use of Seclusion by Shift: | | | | | | |
| AM | 1 | 1 | 0 | 0 | 0 | 0 |
| PM | 0 | 1 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.6 Use of Seclusion – DSH 2684 Seclusion Monitoring Tool:

| 2.6 Use of Seclusion % Compliance | 2020 | | | | | |
|---|---|---|---|---|---|---|
| | **JAN** | **FEB** | **MAR** | **APR** | **MAY** | **JUNE** |
| Each State Hospital shall ensure that seclusion: | | | | | | |
| Question 1: are used in a documented manner and | 100% | 100% | N/A | N/A | N/A | N/A |
| 1a. The IDN described specific behavior that was imminently dangerous to self or others, and | 100% | 100% | N/A | N/A | N/A | N/A |
| 1b. The Physicians Order described specific behavior that was imminently dangerous to self or others | 100% | 100% | N/A | N/A | N/A | N/A |
| Question 2:  Only when Patients pose an imminent danger to self or others and | 100% | 100% | N/A | N/A | N/A | N/A |
| 2a. To self or to others, and | 100% | 100% | N/A | N/A | N/A | N/A |
| 2b. Did not include harm from Others | 100% | 100% | N/A | N/A | N/A | N/A |
| Question 3: After a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted; | 100% | 100% | N/A | N/A | N/A | N/A |
| 3a. Specific, less-restrictive interventions that were tried prior to the use of restraints or seclusion are documented or there is clinical justification when less-restrictive interventions were not used, and | 100% | 100% | N/A | N/A | N/A | N/A |
| 3b. The Patient's specific response to each intervention used is documented in the IDN or there is clinical justification when less-restricted interventions were not used. | 100% | 100% | N/A | N/A | N/A | N/A |
| Question 4: Are not used in the absence of, or as an alternative to, active treatment, | 100% | 100% | N/A | N/A | N/A | N/A |
| 4a. There is a Focus of Hospitalization that targets the behavior that required the Patient to be placed in Seclusion or Restraint | 100% | 100% | N/A | N/A | N/A | N/A |
| 4b. Linked objective, and | 100% | 100% | N/A | N/A | N/A | N/A |
| 4c. Linked intervention (any formal group, individual therapy, or behavioral intervention) for the target behavior that required the Patient to be placed in Seclusion or Restraint. | 100% | 100% | N/A | N/A | N/A | N/A |
| Question 5: As punishment, or | 100% | 100% | N/A | N/A | N/A | N/A |
| 5a. Use Seclusion or Restraint in an abusive manner, (i.e., threaten the Patient – if you don't do this, I will put you in seclusion/restraints). | 100% | 100% | N/A | N/A | N/A | N/A |
| 5b. Keep the Patient in Seclusion or Restraints even when the Patient was calm | 100% | 100% | N/A | N/A | N/A | N/A |
| 5c. Use Seclusion or Restraint in a manner to show power differential that exists between staff and the Patient, as evidenced in the documentation. | 100% | 100% | N/A | N/A | N/A | N/A |
| 5d. Use Seclusion or Restraint as coercion, as evidenced in the documentation. | 100% | 100% | N/A | N/A | N/A | N/A |
| Question 6: For the convenience of staff; | 100% | 100% | N/A | N/A | N/A | N/A |
| Question 7: Are terminated as soon as the patient is no longer an imminent danger to self or others. | 100% | 100% | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7a. As soon as the violent or dangerous behavior that created the emergency was no longer displayed (met release criteria on the Seclusion or Restraint order?) | 100% | 100% | N/A | N/A | N/A | N/A |
| 7b. When he/she has been calm in the last 15 minutes. | 100% | 100% | N/A | N/A | N/A | N/A |
| 7c. Even if he/she was unable to contract for safety. | 100% | 100% | N/A | N/A | N/A | N/A |
| 7d. Even if he/she was unable to agree to cease using offensive language | 100% | 100% | N/A | N/A | N/A | N/A |
| 7e. Even if he/she did not cease making verbal threats. | 100% | 100% | N/A | N/A | N/A | N/A |
| 7f. Even if he/she was unable to say he/she recognizes what behavior prompted the Seclusion or Restraint episode, and | 100% | 100% | N/A | N/A | N/A | N/A |
| 7g. Even if he/she was unable to say he/she is sorry for his/her actions. | 100% | 100% | N/A | N/A | N/A | N/A |
| Question 8: Each State hospital shall comply with 42 C.F.R.§ 483.360(f), requiring assessments by a physician or licensed clinical professional of any Patient placed in seclusion or restraints within one hour, and | 100% | 100% | N/A | N/A | N/A | N/A |
| 8a. The order was obtained within 15 minutes from the initiation of seclusion or restraint. | 100% | 100% | N/A | N/A | N/A | N/A |
| 8b. The RN conducted an assessment within 15 minutes of the initiation of seclusion or restraints and documented in the IDN, and | 100% | 100% | N/A | N/A | N/A | N/A |
| 8c. The Physician conducted a face-to-face evaluation of the Patient in seclusion or restraints within one hour from the initiation of seclusion or restraints and documented in the Physician Progress Note. | 100% | 100% | N/A | N/A | N/A | N/A |

## 2.7 Use of Seclusion Analysis:

The current reporting period shows a total of three seclusion episodes which is an increase of three from zero seclusion episodes the last reporting period (July 1ˢ, 2019 to December 31, 2019). Incidents of seclusion were a result of the following categories:
- In January, one patient was involved in one incident that resulted in seclusion. The categories associated with this incident are aggressive act to another patient (verbal/written), aggressive act to self, aggressive act to staff (verbal/written), aggressive act to staff (physical), aggressive act to objects and other – "Intentional fail to follow staff directions"
- In February one patient was involved in two incidents that resulted in seclusion. The categories associated with these incidents are:
  - 1ˢᵗ incident: aggressive act to staff - verbal/written, aggressive act to staff – physical and other - "Warning signs/feelings of imminent dangerousness".
  - 2ⁿᵈ incident: aggressive act to another patient – verbal/written, aggressive act to staff – verbal/written, aggressive act to self and other – "Warning signs/feelings of imminent dangerousness".

There were no seclusions for the remainder of the reporting period which was February 11, 2020 to June 30, 2020.

## 2.8 Seclusion - Change in Policy or Procedure Narrative:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 2.9 Seclusion – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None

| DETAILED REPORT |
|---|

| SECTION 3 – Use of Enhanced Observation |
|---|

## Section 3 – Use of Enhanced Observation Summary Table:

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| | Formula=(Incidents/Patient Days) * 1000 | 1488 | 1315 | 1459 | 1370 | 1395 | 1346 |
| **3** | Use of Enhanced Observation | | | | | | |
| 3.1 | Total number of episodes of 1-1 observation | 2 | 0 | 4 | 1 | 2 | 3 |
| | Rate 3.1 | 1.34 | 0 | 2.74 | 0.73 | 1.43 | 2.74 |
| 3.2 | Total hours on 1-1 | 115.83 | 0 | 207.00 | 207.00 | 161.93 | 133.72 |
| | Rate 3.2 | 77.85 | 0 | 141.88 | 151.10 | 116.08 | 165.81 |
| 3.3 | Average hours on 1-1 | 57.92 | 0 | 51.75 | 207.00 | 80.97 | 44.57 |
| | Rate 3.3 | 28.96 | 0 | 35.47 | 151.10 | 58.04 | 33.11 |
| 3.4 | Total number of episodes of 2-1 observation | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.4 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.5 | Total hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.6 | Average hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.6 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.7 | Total number of episodes of Q15 min observation | 1 | 3 | 2 | 0 | 3 | 1 |
| | Rate 3.7 | 0.67 | 2.28 | 1.37 | 0 | 2.15 | 0.74 |
| 3.8 | Total hours on Q15 min | 87.00 | 137.33 | 51.08 | 0 | 95.85 | 97.08 |
| | Rate 3.8 | 58.47 | 104.44 | 35.01 | 0 | 68.71 | 72.13 |
| 3.9 | Average hours on Q15 min | 87.00 | 45.78 | 25.54 | 0 | 31.95 | 97.08 |
| | Rate 3.9 | 58.47 | 34.81 | 17.51 | 0 | 22.91 | 72.13 |
| 3.10 | Total number of episodes of line of sight observation | 3 | 6 | 0 | 0 | 1 | 4 |
| | Rate 3.10 | 2.02 | 4.56 | 0 | 0 | 0.72 | 2.97 |
| 3.11 | Total hours on line of sight observation | 128.27 | 379.25 | 0 | 0 | 20.93 | 414.35 |
| | Rate 3.11 | 86.20 | 288.41 | 0 | 0 | 15.01 | 307.84 |
| 3.12 | Average hours on line of sight observation | 42.76 | 63.21 | 0 | 0 | 20.93 | 103.59 |
| | Rate 3.12 | 28.73 | 48.07 | 0 | 0 | 15.01 | 76.96 |

## 3.13 Use of Enhanced Observation by Type and Reason:

| 2020 | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| 3.13 Episodes of Enhanced Observation by **Type and Reason**: | | | | | | |
| 1:1 / LOS - **Medical** | 0 | 0 | 0 | 0 | 1 | 0 |
| 1:1 / LOS - **Danger To Self** | 2 | 0 | 4 | 1 | 1 | 3 |
| 1:1 / LOS - **Danger To Others** | 2 | 4 | 0 | 0 | 0 | 1 |
| 1:1 / LOS - **Other** | 1 | 2 | 0 | 0 | 1 | 3 |
| 2:1 - **Medical** | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - **Danger To Self** | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - **Danger To Others** | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - **Other** | 0 | 0 | 0 | 0 | 0 | 0 |
| Q-15 Minute Obs. – **Medical** | 0 | 0 | 0 | 0 | 0 | 0 |
| Q-15 Minute Obs. – **Danger To Self** | 0 | 0 | 2 | 0 | 1 | 1 |
| Q-15 Minute Obs. – **Danger To Others** | 1 | 1 | 0 | 0 | 1 | 0 |
| Q-15 Minute Obs. – **Other** | 0 | 2 | 0 | 0 | 1 | 0 |

## 3.14 Use of Enhanced Observations Analysis:

The current reporting period (January 1, 2020 to June 30, 2020) provided service to eighteen patients who utilized one to three types of Enhanced Observations, which is a decrease compared to the twenty-eight patients reported utilizing observations the prior reporting period (July 1, 2019 to December 31, 2019). There is a total of thirty-six observation episodes from (January 1st, 2020 to June 30th, 2020) compared to sixty-eight episodes utilized the prior reporting period (July 1, 2019 to December 31, 2019).

During the current reporting period, nine patients were placed on 1:1 observation and fluctuated between one to two episodes per patient. The episodes varied between one and two per month with an average of 1.33 per month. The use of 1:1 observation has decreased with twelve episodes this reporting period and twenty-seven in the prior six-month reporting period.

There were no 2:1 observation in the current six-month nor the prior six-month periods.

Q15 Observations included one episode per patient with a total of ten patients utilizing this intervention for ten episodes. The episodes did not vary in amount per patient for an average of one per patient. Q15 observations were at their highest in the months of February and May having three episodes each.

Line of sight (LOS) had one to two episodes per patient with a total of twelve patients utilizing the intervention for fourteen episodes. Episodes ranged from one to six per month and averaged 2.33 episodes per month. February 2020 had the highest number of LOS episodes with a total of six.

Enhanced Observations are categorized according to patient behavior and/or type of Medical. Categories include Danger to Self (DTS), Danger to Others (DTO), Danger from Others (DFO), Polydipsia, Clozaril, Medical encounters, and Other. During the current reporting period (January 1, 2020 to June 30, 2020) DTS was the most frequent reason utilized for a patient's placement on enhanced observation, it applied to eight patients ranging between one to three episodes each for a total of fifteen episodes (1:1, Q15 and LOS). DTO applied to eight patients with one to two episodes each for a total of ten episodes (1:1, Q15 and LOS).The remaining categories, Medical and Other were utilized by two patients; one patient having a single episode utilized Medical and the remaining patient utilized the category "Other".

## 3.15 Enhanced Observations - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 3.16 Enhanced Observations – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None

| DETAILED REPORT |
|---|
| SECTION 4 – Incidents of Aggression |

**Section 4 – Incidents (Aggression) Summary Table:**

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| | Formula=(Incidents/Patient Days) * 1000 | 1488 | 1315 | 1459 | 1370 | 1395 | 1346 |
| 4 | Incident reports | | | | | | |
| 4.1 | Number of incidents of aggressive act to self | 1 | 1 | 1 | 0 | 1 | 1 |
| | Rate 4.1 | 0.67 | 0.76 | 0.69 | 0 | 0.72 | 0.74 |
| 4.2 | Number of incidents of aggressive act to another patient (physical) | 0 | 1 | 0 | 0 | 0 | 0 |
| | Rate 4.2 | 0 | 0.76 | 0 | 0 | 0 | 0 |
| 4.3 | Number of incidents of aggressive act to staff (physical) | 1 | 1 | 0 | 0 | 1 | 1 |
| | Rate 4.3 | 0.67 | 0.76 | 0 | 0 | 0.72 | 0.74 |

**4.4 Unit Total:**

| | Legal Class | Unit | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|---|---|
| DSH-Coalinga | PC2684 | 21 | 2 | 3 | 1 | 0 | 2 | 2 |

**4.5 Total incidents of Aggression Acts by Day of Week:**

| Facility Short Name | Legal Class | Year | Month | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|---|---|---|---|
| DSH-C | PC2684 | 2019 | JAN | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| | | | FEB | 0 | 2 | 0 | 0 | 0 | 0 | 1 |
| | | | MAR | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| | | | APR | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | MAY | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| | | | JUNE | 0 | 0 | 2 | 0 | 0 | 0 | 0 |

Case 2:90-cv-00520-KJM-SCR    Document 7625-1    Filed 10/14/22    Page 89 of 500

## 4.6 Total Incidents of Aggressive Acts by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| Time of Incident | | | | | | |
| AM | 0 | 1 | 0 | 0 | 0 | 0 |
| PM | 2 | 2 | 1 | 0 | 2 | 2 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.7 Total Number of Incidents of Aggressive Acts by Time of Incident:

| Time Range | Month | Aggressive Act to Another Patient - Physical | Aggressive Act to Self | Aggressive Act to Staff - Physical |
|---|---|---|---|---|
| 0600-0800 | Feb | 0 | 0 | 1 |
| 1600-1800 | Jan | 0 | 1 | 1 |
| | May | 0 | 0 | 1 |
| 1800-2000 | Feb | 1 | 0 | 0 |
| | Mar | 0 | 1 | 0 |
| | May | 0 | 1 | 0 |
| 2000-2200 | Jun | 0 | 1 | 1 |
| 2200-0000 | Feb | 0 | 1 | 0 |

## 4.8 Total number of Incidents by Location:

| 2020 | | | | | | |
|---|---|---|---|---|---|---|
| Location | JAN | FEB | MAR | APR | MAY | JUNE |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Day Hall | 0 | 0 | 0 | 0 | 1 | 0 |
| Dining Room | 2 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 2 | 1 | 0 | 1 | 2 |
| Other Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Home Unit Area | 0 | 1 | 0 | 0 | 0 | 0 |

## 4.9 Incidents of Aggression Analysis of data:

There was a total of 10 aggressive acts during the report period: five Aggressive Act to Self, one Aggressive Act to Another Patient – Physical, and four Aggressive Acts to Staff – Physical. February had the highest frequency of combined aggression with three incidents followed by January, May, and June with two incidents each. April had the lowest frequency of combined aggression with zero incidents for the month.

There was a decrease in Aggressive Acts to Self from seven incidents during the previous reporting period (July 1, 2019 to December 31, 2019) to five incidents for the current reporting period. The five incidents are attributed to four unique patients, one of which had two occurrences. Two incidents required minor first aid, and the remaining three are categorized as no treatment. None of the incidents were related.

There was a single Aggressive Act to Another Patient – Physical during the reporting period compared to eight incidents from the previous reporting period (July 1, 2019 to December 31, 2019). The victim required minor first aid and the aggressor is listed as no treatment.

There was four Aggressive Act to Staff – Physical during this reporting period compared to three from the previous reporting period (July 1, 2019 to December 31, 2019). All the incidents had unique aggressors. Three incidences had contact made, and one contact attempted. Staff victims are listed as no treatment.

One incident occurred on the AM shift. The remaining nine incidents occurred on the PM shift, and there were no instances of aggression on NOC shift. The highest frequency of aggression occurred on Monday with a total of four incidents, followed by Tuesday and Saturday with two incidents each. No incidents occurred on either Sunday or Wednesday continuing a pattern of non-aggression on the same two days as the last reporting period (July 1, 2019 – December 31, 2019).

Six incidents occurred in hallways, two in the dining room, one in other home unit area, and one in the day hall. All ten incidents occurred on the unit.

## 4.10 Incidents of Aggression Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |
| | | | |

## 4.11 Incidents of Aggression – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None

## DETAILED REPORT

### SECTION 5 – Incidents (Indecent Exposure)

**Section 5 – Incidents (Indecent Exposure):**

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Report for Hospital: Months** | JAN | FEB | MAR | APR | MAY | JUNE |
| | **Formula=(Incidents/Patient Days) * 1000** | 1488 | 1315 | 1459 | 1370 | 1395 | 1346 |
| **5** | **Indecent Exposure** | | | | | | |
| **5.1** | Total number of incidents of indecent exposure. | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 5.1 | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.3 Indecent Exposure Incidents by Unit:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.3 # of incidents of indecent exposure | | | | | | |
| Unit 21 | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.4 Incidents (Indecent Exposure) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.4 # of incidents of indecent exposure | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.5 Indecent Exposure Incidents by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.5 # of incidents of indecent exposure | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.6 Indecent Exposure Incidents by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.6 # of incidents of indecent exposure Time of Incident | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.7 Indecent Exposure Incidents by Location:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.7 # of incidents of indecent exposure Location of Incident | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.8 Incidents (Indecent Exposure) Analysis of data:

The current reporting period shows a total of zero incidents of Indecent Exposure which is consistent with the previous reporting period (July 1st, 2019 to December 31st, 2019).

## 5.9 Incidents (Indecent Exposure) Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 5.10 Incidents of Indecent Exposure – Plan for the Next Review Period:

| Plan for the next review period | |
| --- | --- |
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None

| DETAILED REPORT |
| --- |

| SECTION 6 – Incidents of Rules Violations (RVR) |
| --- |

**Section 6 – Incidents of Rules Violations (RVR) Summary Table:**

| Outcome Measure Indicator # | Report for Hospital: Months<br><br>Formula= (Incidents/Patient Days) * 1000 | JAN | FEB | MAR | APR | MAY | JUNE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 1488 | 1315 | 1459 | 1370 | 1395 | 1346 |
| **6** | RVR | | | | | | |
| **6.1** | Number of patients receiving at least one RVR during the month | 3 | 1 | 0 | 0 | 0 | 0 |
| | Rate 6.1 | 2.016 | 0.76 | 0 | 0 | 0 | 0 |
| **6.2** | Number of patients provided MH Assessments during month per Title 15 and DOM | 3 | 1 | 0 | 0 | 0 | 0 |
| | Rate 6.2 | 2.016 | 0.76 | 0 | 0 | 0 | 0 |

## 6.3 Incidents of RVR Analysis of data:

There was a total of four Rule Violation Reports (RVR) generated for this reporting period (January 1, 2020 – June 30, 2020) which is a decrease from eleven RVRs last reporting period (July 1, 2019 – December 31, 2019). A total of four RVR's with Mental Health Assessments (MHA) were completed. The detailed information for the current reporting period RVRs is as follows:

- In January there was one RVR generated for battery on a peace officer which is noted as Aggressive Act to Staff physical, Danger to Others, Danger to Self which resulted in Restraints and Seclusion. Additionally, there were two RVRs generated for positive urine drug screens. All the required MHAs were submitted to CDCR.
- In February, there was one RVR generated for battery on an inmate which is noted as Aggressive Act to Another Patient – Physical as the result of a physical altercation. The required MHA was submitted to CDCR.
- There were no RVRs generated between March to June 2020.

Incidents of Rules Violations for prior reporting periods are as follows:

- July 1, 2019 to December 31 ,2019, eleven episodes.
- January 1, 2019 to June 30, 2019, seventeen episodes.

## 6.4 Incidents of RVR Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 6.5 Incidents of RVR – Plan for the next review period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
|  |  |

## Additional Comments:

None

| DETAILED REPORT |
| --- |
| SECTION 7 – Incidents of Suicide Attempts/Suicide |

**Section 7 – Incidents of Suicide/Suicide Attempts Summary Table:**

| Outcome Measure Indicator # | Patient days: | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| | Formula=(Incidents/Patient Days) * 1000 | 1488 | 1315 | 1459 | 1370 | 1395 | 1346 |
| 7 | Suicide | | | | | | |
| 7.1 | Number of Suicide attempts | 0 | 0 | 0 | 0 | 0 | 1 |
| | Rate 7.1 | 0 | 0 | 0 | 0 | 0 | 0.743 |
| 7.2 | Number of Suicides | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.2 | 0 | 0 | 0 | 0 | 0 | 0 |

**7.3 Incidents of Suicide/Suicide Attempts by Unit:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| --- | --- | --- | --- | --- | --- | --- |
| 7.3 # of incidents of suicide attempts | | | | | | |
| Unit 21- ICF | 0 | 0 | 0 | 0 | 0 | 1 |
| 7.3 # of incidents of suicides | JAN | FEB | MAR | APR | MAY | JUNE |
| Unit 21- ICF | 0 | 0 | 0 | 0 | 0 | 0 |

**7.4 Incidents of Suicide/Suicide Attempts by Day of Week:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| --- | --- | --- | --- | --- | --- | --- |
| 7.4 # of suicide attempts | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 1 |
| 7.4 # of suicides | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.5 Incidents of Suicide/Suicide Attempts by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 7.5 # of suicide attempts | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 1 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 # of suicides | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.6 Incidents of Suicide/Suicide Attempts Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 7.6 # of suicide attempts – Time of Incident: | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 1 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 # of suicides – Time of Incident: | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

**7.7 Incidents of Suicides/Suicide Attempts Location of Incident:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 7.7 # of suicide attempts – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 1 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 # of completed suicides – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

**7.8 Incidents of Suicide/Suicide Attempts Analysis of data:**

During the current reporting period (January 1, 2020 to June 30, 2020), there was one suicide attempt. In the presence of staff, one patient attempted to use a power cord to choke himself with a severity type of: minor first aid (no injuries). This is an increase from no incidents of suicide attempt and no incidents of suicide during the last reporting period (July 1[t], 2019 to December 31, 2019).

**7.9 Incidents of Suicide/Suicide Attempts Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 7.10 Incidents of Suicide/Suicide Attempts - Plan for the Next Review Period:

| Plan for the next review period | |
| --- | --- |
| Specific change | Expected outcome |
| None | |

**Additional Comments:**

None

| DETAILED REPORT |
| --- |
| **SECTION 8 – Medications - Use of Clozaril** |

**Section 8 – Use of Clozaril Summary Table:**

| Outcome Measure Indicator # | Months | JAN | FEB | MAR | APR | MAY | JUNE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **Formula=(Incidents/Patient Days) * 1000** | 1488 | 1315 | 1459 | 1370 | 1395 | 1346 |
| **8** | **Use of Clozaril** | | | | | | |
| **8.1** | Number of new starts | 3 | 1 | 3 | 2 | 3 | 0 |
| | Rate 8.1 | 2.016 | 0.76 | 2.056 | 1.46 | 2.151 | 0 |
| **8.2** | Number of maintenance / maintained | 1 | 5 | 5 | 5 | 5 | 4 |
| | Rate 8.2 | 0.672 | 3.802 | 3.427 | 3.65 | 3.584 | 2.972 |

**8.3 Use of Clozaril Analysis of data:**

- Admissions were diminished due to COVID-19. This led to no newly admitted patients being started on Clozaril.
- Clozaril is initiated using evidence-based guidelines and the use of Clozaril has remained within a narrow range.

**8.4 Use of Clozaril - Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
| --- | --- | --- | --- |
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**8.5 Use of Clozaril - Plan for the Next Review Period:**

| Plan for the next review period | |
| --- | --- |
| Specific change | Expected outcome |
| None | |
| | |

**Additional Comments:**

None

## DETAILED REPORT

### SECTION 9 – Medications – Use of Involuntary Medications

**Section 9 – Use of Involuntary Medications Summary Table:**

| Outcome Measure Indicator # | Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|---|
| | Formula=(Incidents/Patient Days) * 1000 | 1488 | 1315 | 1459 | 1370 | 1395 | 1346 |
| 9 | Use of Involuntary Medications | | | | | | |
| 9.1 | Number of Stat medications ordered for psych reasons | 6 | 5 | 3 | 1 | 1 | 8 |
| | Rate 9.1 | 4.032 | 3.802 | 2.056 | 0.73 | 0.717 | 5.944 |
| 9.2 | Number of non-formulary drugs prescribed | 5 | 13 | 20 | 14 | 14 | 17 |
| | Rate 9.2 | 3.36 | 9.886 | 13.708 | 10.219 | 10.036 | 12.63 |
| 9.3 | Number of new admits on PC 2602 | 1 | 3 | 0 | 0 | 0 | 0 |
| | Rate 9.3 | 0.672 | 2.281 | 0 | 0 | 0 | 0 |
| 9.4 | Number of PC 2602 initiated for current patients | 1 | 0 | 1 | 0 | 0 | 0 |
| | Rate 9.4 | 0.672 | 0 | 0.685 | 0 | 0 | 0 |
| 9.5 | Number of PC 2602 renewed for current patients | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 9.5 | 0 | 0 | 0 | 0 | 0 | 0 |

**9.6 Use of Involuntary Medications Analysis of data:**

- The STAT medication rate increased in June but, on closer analysis, there were only 2 patients who received STAT medication in that month.
- One patient has been stabilized and is now on the discharge list. The other patient required STAT treatment and Enhanced observation but is now continuing to improve with the addition of a second antipsychotic.
- It is important to distinguish between one-time orders that may be due to missed medication and STAT medication, which the data above does not do.
- Use of STAT medication in this reporting period was nearly half of that reported in the previous reporting period.

**9.7 Involuntary Medications - Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 9.8 Involuntary Medications - Plan for the Next Review Period:

| Plan for the next review period | |
| --- | --- |
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None

## DETAILED REPORT

### SECTION 10 – Treatment Hours

## Section 10 – Treatment Hours Summary Table (per week):

| 10.1 Group Therapy ICF | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| **Core Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | 9.11 | 9.49 | 9.62 | NA | NA | NA |
| Average number of hours per patient delivered | 8.83 | 9.13 | 9.18 | NA | NA | NA |
| Delivered rate | 96.9% | 96.2% | 95.4% | NA | NA | NA |
| Average number of hours per patient attended | 6.34 | 6.80 | 7.27 | NA | NA | NA |
| Average Rate | 71.8% | 74.4% | 79.2% | NA | NA | NA |
| **Supplemental Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | 39.79 | 37.63 | 34.33 | 33.58 | 35.56 | 31.46 |
| Average number of hours per patient delivered | 39.79 | 37.63 | 34.33 | 33.11 | 35.10 | 31.46 |
| Delivered rate | 100% | 100% | 100% | 98.6% | 98.6% | 100% |
| Average number of hours per patient attended | 5.53 | 6.39 | 4.56 | 4.39 | 5.36 | 4.32 |
| Attended rate | 13.9% | 16.94% | 13.3% | 13.26% | 15.27% | 13.7% |
| **Unscheduled Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | NA | NA | NA | 5.82 | 5.71 | 4.94 |
| Average number of hours per patient delivered | NA | NA | NA | 5.80 | 5.71 | 4.94 |
| Delivered rate | NA | NA | NA | 99.6% | 100% | 100% |
| Average number of hours per patient attended | NA | NA | NA | 5.68 | 5.68 | 4.90 |
| Attended rate | NA | NA | NA | 97.9% | 99.5% | 99.2% |

| Individual Therapy – ICF | | | | | | |
|---|---|---|---|---|---|---|
| # of patients scheduled for individual therapy | 9 | 8 | 5 | 10 | 6 | 7 |
| # of patients delivered individual therapy | 6 | 6 | 4 | 10 | 6 | 7 |
| Rate of patients delivered individual therapy | 66.7% | 75% | 80% | 100% | 100% | 100% |

## 10.4 Treatment Group Observation Audit Data:

| Questions | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| Question 1: Session starts and ends within five minutes of designated times. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 2: Prior session material is reviewed as relevant. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 3: Equipment is counted and utilized safely. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 4: Co-provider is actively engaged. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 5: The facilitator's style and structure for the group attempts to engage all participants. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 6: Pre-planning is apparent. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 7: Facilitator introduces topics or treatment activities | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 8: Facilitator maintains therapeutic boundaries. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 9: Facilitator demonstrates group management skills. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 10: Facilitator maintains professionalism. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 11: Facilitation of the group allows room for the expression of individual differences and cultural diversity. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 12: Facilitator gives feedback to group participants. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 13: Facilitator identifies and utilizes participant's strengths. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 14: The facilitation of the group and the content of the activities accommodate limitations of the participants. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 15: Facilitator checks for learning. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 16: When asked, facilitator can explain the purpose and the therapeutic benefits of the group. | N/A | N/A | 100% | N/A | N/A | N/A |
| Question 17: Facilitator brings closure to the group. | N/A | N/A | 100% | N/A | N/A | N/A |

**10.5 DSH Treatment Plan PI Audit:**

| Questions | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| Question 1: The treatment plan was finalized as per policy. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 2: The patient's age is accurately documented. | 100% | 100% | 100% | 100% | 100% | 50% |
| Question 3: Treatment outcome expectations based on reason for referral is addressed. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 4: The violence risk assessment is current. | 50% | 100% | 100% | 100% | 50% | 100% |
| Question 5: The suicide risk assessment is current. | 50% | 100% | 100% | 100% | 50% | 100% |
| Question 6: Risk factors are identified. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 7: There is a summary of treatment progress including groups taken. | 100% | 50% | 100% | 100% | 100% | 100% |
| Question 8: Updated patient progress toward each treatment outcome expectation is documented. | 50% | 50% | 100% | 0% | 100% | 50% |
| Question 9: There is a plan for turning the patient to CDCR. | 100% | 50% | 100% | 100% | 100% | 100% |
| Question 10: Focus statements are written for each identified area of treatment. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 11: Measurable objectives are written for each focus of treatment. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 12: Objectives have at least one approved intervention. | 100% | 100% | 100% | 100% | 100% | 100% |

**10.6 Treatment Hours Analysis of data:**

For the current reporting period (January 1, 2020 to June 30, 2020), Department of State Hospitals Coalinga (DSH -C) utilized an updated data mining report to extract the treatment group data. Therefore, a proper comparison between the previous reporting period and the current reporting period could not be completed. Due to the Modified Programing during COVID-19 for the reporting months of April, May and June, the data for groups was classified as Unscheduled groups and is shown in the table above.

For the months of January, February and March, the weekly number of hours per patient scheduled ranged from 9.11 and 9.62. Weekly number of hours per patient delivered fluctuated between 8.83 and 9.18. Weekly number of hours per patient attended varied from 6.34 to 6.80. For the months April, May and June, the weekly number of hours per patient unscheduled ranged from 4.94 and 5.82. Weekly number of hours per patient delivered fluctuated between 4.94 and 5.82.

During this reporting period (January 1, 2020 to June 30, 2020) Supplemental Group hours fluctuated between 31.46 to 39.79, with an average of 35.39 hours scheduled. Weekly number of hours per patient delivered fluctuated between 31.46 and 39.79. Weekly number of hours

per patient attended fluctuated between 4.32 and 6.39 with an average attended rate of 5.09 hours per patient per week.

The compliance percentage for the Treatment Plan audit questions was 87 - 100%. Twelve Treatment Plan Audits were completed during the reporting period.

Currently DSH-C is adopting the ability to track Individual Therapy within our system. The table above reflects individual therapy hours that were inputted into the system and tracked manually, the actual hours may be higher.

## 10.7 Treatment Hours - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 10.8 Treatment Hours - Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Explore electronic modalities | Increase core group offerings |
| | |

## Additional Comments:

Continue to work with Chief of Psychology and other Clinical Departments to increase core group offerings during COVID 19 pandemic. Exploring electronic modalities and treatment group packets to help facilitate delivery in a safe manner.

## DETAILED REPORT

### SECTION 11 – Management Indicators – Staffing Allocations and Vacancies

**Section 11 – Management Indicators (Staffing and Census) Data Staffing Allocations:**

| Program-Wide | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Administration** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Executive Director | | 47 | 1 | 1 | 0 | 0 | |
| Clinical Administrator | | 47 | 1 | 1 | 0 | 0 | |
| Hospital Administrator | | 47 | 1 | 1 | 0 | 0 | |
| Nurse Administrator | | 47 | 1 | 1 | 0 | 0 | |
| Medical Director | | 47 | 1 | 1 | 0 | 0 | |
| Chief of Police | | 47 | 1 | 1 | 0 | 0 | |
| Chief Psychiatry | | 47 | 1 | 1 | 0 | 0 | |
| Program Director | | 47 | 1 | 1 | 0 | 0 | |
| Program Assistant | | 47 | 1 | 1 | 0 | 0 | |
| Nursing Coordinator | | 47 | 1 | 1 | 0 | 0 | |
| **Supervision** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Unit Supervisor | | 47 | 1 | 1 | 0 | 0 | |
| Supervising Psychologist | | 47 | 1 | 1 | 0 | 0 | |
| Supervising Social Worker | | 47 | 1 | 1 | 0 | 0 | |
| Supervising Rehabilitation Therapist | | 47 | 1 | 1 | 0 | 0 | |
| Senior Psychiatrist | | 47 | 1 | 1 | 0 | 0 | |
| **Level of Care (ICF)** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Nurse Practitioner | | 47 | 1 | 1 | 0 | 0 | |
| HSS | | 47 | 1 | 1 | 0 | 0 | |
| Sr Psych Tech | 1:08 | 47 | 3 | 3 | 0 | 0 | |
| Registered Nurse | 1:08 | 47 | 7 | 7 | 0 | 0 | |
| Psych Tech | 1:08 | 47 | 30 | 30 | 0 | 0 | |
| **Clinical Staff** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Psychiatrist | 1:35 | 47 | 2 | 2 | 0 | 0 | |
| Psychologist | 1:35 | 47 | 2 | 2 | 0 | 0 | |
| Social Worker | 1:35 | 47 | 2 | 2 | 0 | 0 | |
| Rehab Therapist | 1:35 | 47 | 2 | 2 | 0 | 0 | |
| **Hospital Police** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Police Sergeant | | 47 | 1 | 1 | 0 | 0 | |
| Police Officer | | 47 | 11 | 11 | 0 | 0 | |

## 11.1 Management Indicators - Analysis of data:

 Staffing for Nursing positions has remained consistent in the reporting period with no identified true vacancies. Coverage needs on the unit are provided by the float or overtime process. Coverage needs at the Program level are provided through the out of class process.

## 11.2 Management Indicators - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |
| | | | |

## 11.3 Management Indicators - Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None

| DETAILED REPORT |
|---|
| **SECTION 12 – Management Indicators – Patient Census** |

## 12.1 Patient Census:

| Legal Class PC2684 | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| Average Daily Census | 48 | 45.3 | 47.1 | 45.7 | 44.7 | 44.1 |
| Average Length of Stay | 119 | 115 | 175 | 62 | n/a | n/a |
| Median Length of Stay | 111 | 112 | 177 | 60 | n/a | n/a |
| Admissions per month | 6 | 14 | 5 | 0 | 0 | 1 |
| Discharges per month | 12 | 10 | 4 | 3 | 0 | 0 |

## 12.2 Patient Census - Analysis of data:

Due to the Modified Programing during COVID-19 patient movement has been decreased to movement only for emergency purposes. There were 26 admissions and 29 discharges during this review period. This is a decrease from the previous reporting period due to direction from DSH to suspend admissions and discharges between March 16-April 15, 2020 due to COVID - 19 restrictions. There were no admissions between April and May and one transfer in June from another DSH facility. There were three parole discharges in April and no further discharges between May and June. The median LOS in this reporting period was 112. The average LOS in this reporting period was 118.

## 12.3 Patient Census - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |
| | | | |

## 12.4 Patient Census - Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None

END OF REPORT.

Submitted By:

*Brandon Price*
_____
Executive Director

# DEPARTMENT OF STATE HOSPITALS-PATTON
## GOVERNING BODY REPORT
### Coleman - 2684 Report
### Jan 1, 2020 – June 30, 2020

## Table of Contents

|  | SECTION | PAGE |
|---|---|---|
| DSH QUALITY IMPROVEMENT PLAN | | 2 |
| ABOUT PATTON STATE HOSPITAL | | 2-3 |
| **EXECUTIVE SUMMARY** | | **4-13** |
| Seclusion, Restraint & Enhanced Observation | | 4-5 |
| Incidents | | 6-8 |
| Medications | | 9-10 |
| Treatment Hours | | 11-12 |
| Management Indicators | | 13 |
| **DETAILED REPORT** | | **14-49** |
| Use of Restraints | Section 1 | 14-17 |
| Use of Seclusion | Section 2 | 18-20 |
| Use of Enhanced Observation | Section 3 | 21-24 |
| Incidents – Aggression | Section 4 | 25-30 |
| Incidents – Indecent Exposure | Section 5 | 31-33 |
| Incidents – Rules Violation (RVR) | Section 6 | 34 |
| Incidents – Suicide Attempts/Suicides | Section 7 | 35-38 |
| Medication – Use of Clozaril | Section 8 | 39 |
| Medication – Use of Involuntary Medication | Section 9 | 40 |
| Treatment Hours | Section 10 | 41-46 |
| Management Indicators – Staffing and Patient Census | Section 11 | 47-49 |
| **SIGNATURE PAGE** | | **49** |

## Quality Improvement Plan

The purpose of the Quality Improvement Program (QIP) is to ensure the safety of, preserve the rights of, and continuously improve and evaluate the quality of therapeutic and rehabilitation services provided.  DSH Policy Directive 9000 Quality Improvement Program describes strategies, processes, tools, and a governance structure that hospitals use to plan, prioritize, develop, implement and evaluate quality improvement initiatives and sustain improvement.

The QIP aims to assess, improve and monitor the quality of patient care. Department of State Hospitals maintains an ongoing QIP based on objective data that describe performance improvement, quality assurance, clinical risk management, clinical outcomes, incident management and regulatory compliance activities.  The QIP is administered and supported by standardized committee functions, documentation, and reporting processes.

The Model for QIP starts with defining the problem, then moves to identifying the solution, followed by implementing the solution, and finally to assess for the desired outcome.

The Governing Body shall, in the exercise of its overall responsibility, assign to the Executive Director, as a representative of the Governing Body, reasonable authority to develop a plan and implement mechanisms to assess and improve the quality of the DSH facility's governance, management, clinical and support processes, and to ensure the provision of patient care. The quality improvement plans shall be updated at least annually and submitted to the Governing Body for review and approval.

## About Patton State Hospital

DSH-Patton (DSH-P) provides ICF psychiatric care to CDCR inmate-patients under the terms of a memorandum of understanding (MOU) with CDCR and in accordance with Coleman court orders. Currently there are a total of 30 beds designated as PC 2684 beds for patient care.  At DSH-P, Program IV provides care for the PC 2684 patients.

The MOU and joint policies define the process of referral of PC 2684 patients, the acceptance process to DSH-P, and the discharge process of PC 2684 patients to either parole or return to CDCR.  All ICF PC 2684 referrals are sent to DSH-P's forensic service, which serves as the admission and discharge coordinator.  The medical director reviews all transfer packets and approves them for admission to DSH-P.  It is a priority to identify those patients appropriate for the least restrictive housing alternative for admission to DSH-P.

All PC 2684 patients receive a medical history and physical, a psychiatric assessment, a psychological admission assessment (with risk assessments for danger to self and danger to others), a social work assessment, and a rehabilitation therapy assessment.  The medical and psychiatric assessments must be completed in less than twenty-four hours.  An initial nursing assessment is completed in eight hours or less.

The ICF 2684 treatment units have multidisciplinary teams (psychiatrist, psychologist, social worker, rehabilitation therapist, and level of care staff).  Individualized treatment plans address each patient's reason for referral and the expected treatment goals.  Treatment modalities

include individual therapy and group therapy (e.g. substance abuse treatment, CBT, DBT, medication and symptom management, and others).  Psychiatric sick call for the management of urgent conditions is held seven days a week on all ICF units.  PC 2684 patients receive medical care from DSH-P physicians and surgeons.  Medical sick call is held every day, seven days a week on all ICF treatment units.

While patients who have achieved treatment goals either return to CDCR at a recommended level of care or discharge to parole, a comprehensive utilization review process (defined in the MOU and joint policy) has not been fully implemented at DSH-P due to COVID precautions that were in place.  Challenges and barriers to full implementation are being addressed, and DSH-Patton is working to resolve and has a goal of full implementation within the next review period.

## EXECUTIVE SUMMARY

### Seclusion, Restraints & Enhanced Observations

**Executive Summary**:

DSH-P utilizes behavioral seclusion or restraint only to ensure the safety of patients, staff or visitors when the use of less intrusive measures poses a greater risk of injury, primarily during a psychiatric emergency.  While PC 2684 patients had nine incidents of aggression during the review period (five directed at self and four directed at others) staff were able to utilize less restrictive measures, like enhanced observation, to reduce risk and prevent harm.

**Use of Restraints:**

Five-point Restraint, also known as full bed restraint (FBR), is the application of belts and cuffs to the patient's wrists, ankles and waist, including a waist belt that is fastened to a bed in a room designated for full bed restraints.  Belts and Cuffs, also known as wrist-to-waist restraints are any combination of restraints fastened around the patient's wrists, waist and/or ankles in order to limit the range of motion of arms and legs.  Seclusion and restraint are not used as punishment, retaliation, or for the convenience of staff.

**Analysis:**

- Both the restraint hours and the restraint incidents decreased from the previous reporting period.

- Total hours decreased from 168 in the previous reporting period to 43.27 in the current reporting period, a decrease of 74.24%.

- There were 2,348 Patient Days in the current reporting period, compared to 2,595 in the previous reporting period, a reduction of 9.52%.

- While there was only a 9.52% reduction in patient days, the rate of restraint decreased significantly as the rate of restraint for this review period was only 18.31 hours per 1,000 patient days vs. a rate of restraint use of 64 hours per 1,000 patient days the previous review period.

- Total number of restraint episodes decreased from 10 incidents in the previous reporting period to 6 in the current reporting period, a decrease of 40%.

- The 6 incidents are attributed to 3 unique patients.

**Recommendations:**

- Continue to strive to prevent, reduce or eliminate the need for the use of restraint through clinicians providing increased individual counseling and creating behavioral guidelines/behavioral plans for those patients with an increase in seclusion or restraints to help reduce the need for such treatment measures.
- Treatment teams will continue to review patients' behavior related to their current medications and make necessary changes.

**Use of Seclusion:**

Seclusion is the involuntary confinement of a patient alone in a room or an area from which the patient is physically prevented from leaving. Seclusion within the State Hospital requires a physician order.  Seclusion also does not describe "time-out" strategies, wherein a patient agrees to remain in an unlocked room or area and maintains the choice to leave.

**Analysis:**

There were zero episodes of seclusion during this reporting period, which is consistent with the last reporting period with no episodes of seclusion.

**Recommendations:**

To maintain no use of seclusion, treatment teams will review patients' behavior related to their current medications and make necessary changes.

**Use of Enhanced Observations:**

One-to-one, two-to-one, line of sight, and Q15 minute checks are all considered types of enhanced observation.

**Analysis:**

- A total of eleven (11) patients were placed on enhanced observation (E.O.) for this reporting period totaling approximately 9,617 hours resulting in 14 episodes, compared to six (6) patients, for 5,292 hours, and 28 episodes.
- While total Enhanced Observation hours increased in the current reporting period by 81.73% (9,617) compared to the last reporting period 5,292, the total number of episodes 14 in the current reporting period decreased by 50.00% compared to the last reporting period where total number of episodes were 28.
- Of 14 episodes, 4 can be attributed to one unique patient, while the remaining 10 episodes represent 10 unique patients.

**Recommendations**:

- Enhanced observation will continue to be evaluated as clinically recommended.
- Continued adherence and evaluation of patient treatment plan to reduce enhanced observation hours.

## EXECUTIVE SUMMARY

### Incidents

**Executive Summary**:

The number of aggressive incidents decreased during the current reporting period compared to the last reporting period. Specifically, there was a 58% decrease in aggressive acts to self, an 80% decrease in aggressive acts to other patients, and a 50% decrease in aggressive acts to staff. For comparison, there was a decrease in patient days during this reporting period compared to the previous reporting period from 2595 patient days to 2348 patient days – a 9.5% decrease.   Looking at aggression rates as a function of patient days, rates of aggression have declined considerably from what they were a year ago.  For example, based on current patient days, the rate of aggressive acts to self = 2.12 per 1,000 patient days as compared to 4.62 for the previous review period and 4.25 one year ago.  Aggression to self continues to be the predominate type of incident that occurred during the reporting period, followed by aggression to staff and a single episode of aggression to another patient. Throughout this reporting period there were no incidents of indecent exposure, completed suicides, or suicide attempts.  The decrease in aggressive acts is likely due to increased psychiatric stability of our current PC 2684 patient population. Also, several patients who were psychiatrically unstable and engaged in aggressive behaviors during the last reporting period have been discharged.

**Aggressive act to self:**

Self-inflicted injuries without suicidal intent.

**Analysis:**

While every attempt is made to prevent aggressive acts to self, there were a total of 5 incidents of aggression to self during the reporting period, which is a 58% decrease in aggressive acts to self since the last reporting period. Four patients were responsible for the five acts of aggression to self. No injuries were sustained in three acts of aggression to self and the other two aggressive acts to self, required minor first aid.

**Recommendations:**

- Continue to analyze future incidents of aggression to self by patient, time of incident, location, and method.

- Continue to improve shift to shift communication to alert staff when a patient has had a change in their baseline behaviors.

- Review each patient's treatment plan following an incident to determine if modifications need to be made to prevent further incidents.

**Aggressive act to another patient (physical):**

Hitting, pushing, kicking or similar acts directed against another patient to cause potential or actual injury

**Analysis:**

One incident of aggression to another patient occurred during the reporting period. This is an 80% decrease from the previous reporting period.  The aggressive act towards a peer required no treatment.

**Recommendations:**

- Continue to analyze future incidents of aggression to another patient by patient, time of incident, location, and method.

- Continue to improve shift to shift communication to alert staff when a patient has had a change in their baseline behaviors.

- Review each patient's treatment plan following an incident to determine if modifications need to be made to prevent further incidents.

**Aggressive act to staff (physical):**

Hitting, pushing, kicking or similar acts directed against staff to cause potential or actual injury.

**Analysis:**

A total of two incidents of aggression towards staff occurred during the reporting period, which is a 50% decrease from the previous reporting period. Two different patients engaged in aggressive acts toward staff.  None of the aggressive incidents required any medical treatment.

**Recommendations:**

- Continue to analyze future incidents of aggressive acts toward staff by patient, time of incident, location, and method.

- Continue to improve shift to shift communication to alert staff when a patient has had a change in their baseline behaviors.

- Review each patient's treatment plan following an incident to determine if modifications need to be made to prevent further incidents.

**Other:**

Inappropriate Sexual Behavior (i.e. indecent exposure, public masturbation, etc.)

**Analysis:**

No incidents of inappropriate sexual behavior occurred during the reporting period.

**Recommendations:**

- Continue to encourage patients to maintain a milieu that is free of inappropriate sexual behavior.

**Suicide:**

A self-inflicted injury resulting in death.

**Analysis:**

No incidents of suicide occurred during the review period.

**Recommendations:**

- Continue to analyze future incidents by patient, time of incident, location, and method.

- Continue to assure that all staff are trained annually in Suicide Prevention. All new Psychologists will be trained on the Columbia Suicide Severity Rating Scale (C-SSRS).

- Continue to assure that suicide risk assessments are completed within established timeframes and as clinically indicated.

- Continue to assure the environment is safe and free from hazards including the monitoring of high-risk ligature points.

**Suicide attempt:**

Self-inflicted injuries or ingestion of foreign bodies or potentially toxic substances with suicidal intent or with a potentially lethal outcome.

**Analysis:**

No suicide attempts occurred during the review period.

**Recommendations:**

- Continue to analyze future incidents by patient, time of incident, location, and method.

- Continue to assure that all staff are trained annually in Suicide Prevention. All new Psychologists will be trained on the Columbia Suicide Severity Rating Scale (C-SSRS).

- Continue to assure that suicide risk assessments are completed within established timeframes and as clinically indicated.

- Continue to assure the environment is safe and free from hazards including the monitoring of high-risk ligature points.

## EXECUTIVE SUMMARY

### Medication

**Involuntary Use of Medication (Emergency & Non-Emergency)**

**Executive Summary**:

Up until the cessation of transfers in late March 2020 due to the COVID-19 pandemic, there continued to be rapid acceptance, de-escalation, and stabilization of PC2684 patients. Experience from Jan – March 2020 confirms previous recognition by our Coleman monitors that the acuity of our PC2684 referrals may be somewhat greater than would be predicted by the MOU terms. Nevertheless, the data continues to support that the patients have been able to respond to offered treatment once they de-escalate. 5 new PC2684 patients were admitted in February 2020, and 2 PC2684 patients were admitted in March 2020 before the transfer process halted because of COVID-19, with all patients arriving in a psychiatrically destabilized state. The unit responded with increased therapeutic interventions for these patients (pharmacologic and non-pharmacologic). The spike in STAT medication orders in February 2020 corresponds to the de-stabilized psychiatric condition of these new patients at arrival, and the subsequent rapid fall in STAT medication orders reflects the unit's success in achieving significant early symptom improvement. As would be expected for a patient population with complex and treatment resistant disorders, stabilization did frequently involve initiation and maintenance of Clozapine, our gold-standard medication for treatment resistant schizophrenia, treatment resistant mania, suicidality and aggression.

**Involuntary Use of Medication (Emergency & Non-Emergency):**

Ordered and administered STAT medications.

**Analysis:**

The notable uptick in February 2020 (compared to the other months of this report) in the use of STAT medication ordered for psychiatric reasons likely reflects the admission of five new PC 2684 patients in February 2020, in destabilized psychiatric conditions. As the psychiatric condition of these new patients became more stable, the need for STAT psychiatric medications declined, as they displayed fewer urgent psychiatric symptoms that met criteria for STAT medication administration. Due to the COVID-19 pandemic, only three new PC 2684 admissions have occurred after February 2020, and thus the PC2684 patients currently at DSH-Patton are more stabilized than the cross-section reflected in February 2020.

**Recommendations:**

Continue monitoring of STAT and PRN use of medication will help in the adjustment of routine medications more quickly to find stabilizing medication doses and plasma concentrations. Once new PC 2684 admissions (which have been halted due to COVID-19 since mid-March) are able to resume, analysis of this data will become more meaningful, as DSH-Patton resumes receiving PC 2684 patients who arrive in a psychiatrically decompensated state that may require STAT and PRN medications.

**Clozaril:**

Patients started and maintained on Clozaril.

**Analysis:**

In total, there were nine patients that were started on Clozaril during the first two quarters of 2020. Three patients were started on Clozaril in January 2020, 1 in February, two patients were started on Clozaril in March, and one monthly in April, May and June of 2020. There were seven patients to be maintained on Clozaril through June 2020.

**Recommendations:**

It is recommended to continue providing education and supervision regarding Clozaril use in in appropriate patients. The most dangerous adverse effects associated with Clozaril treatment include gastrointestinal-related side effects, and rarely neutropenia (fall in white blood cell count) or cardiac side effects such as myocarditis (an uncommon risk within the first two months of treatment). Patients treated with Clozaril should continue to undergo close monitoring, especially in at risk patients. DSH-Patton continues to monitor blood cell counts per national guidelines, and monitors baseline cardiac functioning, as well as cardiac symptoms in the first two months of treatment. Gastrointestinal-related side effects associated with Clozaril are monitored by close recording of bowel movement frequency, as well as use of preventive bowel regimen medications, while also minimizing the use of other strongly anticholinergic medications.

**Use of Non-Formulary Medication:**

Patients prescribed non-formulary medications.

**Analysis:**

The period monitored showed a range of 1 to 9 monthly nonformulary medications on average used for the PC2684 patients.  Data reflects newly started and maintained nonformulary medications carried month after month. These nonformulary medications likely reflect greater cost compared to use of formulary medications and increases in drug prices secondary to shortages; however, the nonformulary process allows for consideration of both clinical need and additional cost.

**Recommendations:**

- Continue providing clinically appropriate recommendations for formulary medications while factoring the benefits versus costs of nonformulary medications.
- Continue DSH-P's excellent process for requesting and approving non-formulary medications.

## EXECUTIVE SUMMARY

### Treatment Hours

**Executive Summary:**

DSH-P identifies group and individual therapy, supplemental activities (opportunity/leisure based), vocational assignments, academic education, religious services and self-help programs such as NA and AA as part of the overall hospital treatment delivery program. Treatment interventions have been individually designed, and commitment focused, to assist patients in meeting discharge criteria. Although DSH-P utilizes group settings as the primary source of delivering treatment, individual therapy can meet patients' needs more effectively and offer a modality that is difficult to deliver in a group environment.  Due to the high acuity of the 2684 population, crisis intervention is frequently needed and often essential to the progress and success while at DSH-P.  Although DSH-Patton faced challenges in providing treatment when hospital operations were significantly impacted in response to the COVID-19 pandemic, the hospital continued its ongoing quality improvement initiatives during this review period.

**Summary of Treatment Hours:**

Treatment hours are separated based on core groups and supplemental groups. Core groups are active treatment that is specifically geared towards a patients focus/objective. Supplemental groups are open to all patients and are not geared toward a specific focus/objective of treatment. Treatment includes both group therapy and scheduled individual therapy.

**Definitions:**

**Core Group Hours** – hours that the patients are scheduled to attend active treatment groups based on treatment team recommendations.  Core Group Hours encompasses all of the scheduled treatment groups regardless of where held or who facilitates them.  These are These are treatment plan driven and often commitment focused.  The data is currently tracked in the WaRMSS MAPP system.

**Supplemental Group Hours** – hours of structured activity that the patients choose to attend.  Supplemental Group Hours are offered on units and program-wide to all patients in that location.  The purpose is to offer diverse, healthy, self-determination opportunities for quality of life improvement.

**Individual Therapy** – one-to-one clinician to patient therapy not pre-scheduled by the treatment team.  Individual Therapy is not scheduled in the WaRMSS MAPP system but is tracked in the Supplemental Module of WaRMSS which allows the attendance to be tracked in small time increments as needed.

**Scheduled Individual Therapy** – Individual Coaching offered as a part of DBT.  This is scheduled and tracked in WaRMSS MAPP as such, it is already included in the Core Group Hours.

**Analysis:**

During the current reporting period January-June 2020, there was a fluctuation in core treatment hours due to the COVID-19 pandemic and changes to hospital operations during this time. In January through mid-March the core treatment hours scheduled totaled approximately 10 hours per week due to the implementation of a core treatment schedule. From mid-March to April there was a sharp decline in treatment hours due to changes in hospital operations, specifically related to the provision of treatment in response to COVID-19. Subsequently, unit-based treatment guidelines and a new core treatment schedule were developed to increase the number of hours of treatment provided to each patient. It is anticipated that these numbers will increase by the next reporting period.

**Recommendations:**

- Continue to implement the "Core Treatment Schedule."

- Continue to monitor enrollment, delivery and attendance.

- Continue to utilize core treatment scheduling to increase enrollment in group therapy, consistent with social distancing guidelines.

- Continue to evaluate existing procedures for supplemental data collection system and make adjustments as needed.

- Continue to evaluate the standardized method of capturing individual therapy provided through unscheduled "clinical contacts" and make adjustments as needed.

## EXECUTIVE SUMMARY

### Management Indicators

**Executive Summary**:

**Staffing, admissions, discharges and length of stay**

**Analysis:**

Unit 33 staffing ratio is 1:8 (AM/PM) and 1:16 (NOC) shift. The unit typically has an established minimum coverage scheme of 6 level of care staff for AM/PM and 3 level of care on NOC shift. The clinical staffing ratio is 1:35. Though the staffing requirements are established as stated, our actual delivered staffing may exceed these ratios for both nursing and clinical staff, as staffing permits.

**Recommendations:**

There are no recommendations during this reporting period.

## DETAILED REPORT

### SECTION 1 – Use of Restraints

### Section 1 – Use of Restraints Summary Table:

| Outcome Measure Indicator # | Patient days: | 411 | 347 | 483 | 397 | 386 | 324 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 1 | Use of restraints | | | | | | |
| 1.1 | Number of restraint episodes | 0 | 3 | 2 | 0 | 1 | 0 |
| | Rate 1.1 | 0 | 8.65 | 4.14 | 0 | 2.59 | 0 |
| 1.2 | Total hours in restraint | 0 | 18.60 | 10.75 | 0 | 13.92 | 0 |
| | Rate 1.2 | 0 | 53.60 | 22.26 | 0 | 36.06 | 0 |
| 1.3 | Average time in restraints | 0 | 6.20 | 5.38 | 0 | 13.92 | 0 |
| | Rate 1.3 | 0 | 17.87 | 11.14 | 0 | 36.06 | 0 |

### 1.4 Use of Restraints – # of Restraints Initiated by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 1.4 Use of restraints by Day of Week: | | | | | | |
| Sunday | 0 | 1 | 1 | 0 | 1 | 0 |
| Monday | 0 | 0 | 1 | 0 | 0 | 0 |
| Tuesday | 0 | 1 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 1 | 0 | 0 | 0 | 0 |

### 1.5 Use of Restraints – # of Restraints Initiated by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 1.5 Use of Restraints by Shift: | | | | | | |
| AM | 0 | 1 | 1 | 0 | 0 | |
| PM | 0 | 2 | 1 | 0 | 1 | |
| NOC | 0 | 0 | 0 | 0 | 0 | |

## 1.6 Use of Restraints – DSH 2684 Restraint Monitoring Tool

| Restraint & Seclusion Audit | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all restraint types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| 1.6 Use of Restraints % Compliance | | | | | | |
| **Question #1**: Restraint was used in a documented manner. | N/A | 100% | 100% | N/A | 100% | N/A |
| **Question #2**:  The Interdisciplinary note described specific behavior that was imminently dangerous to self or others. | N/A | 80% | 50% | N/A | 100% | N/A |
| **Question #3**:  Restraints are used only after a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted. | N/A | 100% | 50% | N/A | 100% | N/A |
| **Question #4**:  The Interdisciplinary note described specific, less-restrictive interventions that were tried prior to the use of restraints or there is a clinical justification when less-restrictive interventions were not used. | N/A | 100% | 50% | N/A | 100% | N/A |
| **Question #5**:  Restraints are not used in the absence of, or as an alternative to active treatment. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #6**:  There is a Focus of Hospitalization that targets the behavior that required the patient to be paced in restraints. | N/A | 67% | 100% | N/A | 100% | N/A |
| **Question #7**:  Restraints are terminated as soon as the patient is no longer in imminent danger to self or others. | N/A | 80% | 100% | N/A | 100% | N/A |
| **Question #8**:  The patient was released from restraints as soon as the violent or dangerous behavior that created the emergency was no longer displayed or met the release criteria as documented in the physician's order. | N/A | 100% | 100% | N/A | 100% | N/A |
| **Question #9**:  The physician conducted an assessment of the patient within one hour of being placed in restraints. | N/A | 67% | 100% | N/A | 100% | N/A |
| **Question #10**:  The physicians order for restraints was obtained within 15 minutes of the patient being placed in restraints. | N/A | 100% | 100% | N/A | 100% | N/A |
| **Question #11**:  A Registered Nurse initiated an assessment of the patient within 15 minutes of the application of restraints and that assessment was documented in the interdisciplinary notes. | N/A | 100% | 100% | N/A | 100% | N/A |
| **Question #12**:  The Physician conducted a face-to-face evaluation of the patient in restraints within one hour from the initiation of restraints and that evaluation was documented in the physician progress notes. | N/A | 67% | 100% | N/A | 100% | N/A |
|  | | | | | | |

## 1.7 Use of Restraints Analysis:

### Six Month Restraint Hours Analysis with all 3 patients (including the highflyer patient):

|  | Jan | Feb | Mar | April | May | June | Total |
|---|---|---|---|---|---|---|---|
| Restraint Hours | | | | | | | |
| Patient # 1 | 0 | 13.27 | 0 | 0 | 0 | 0 | 13.27 |
| Patient # 2 | 0 | 5.33 | 9.33 | 0 | 13.92 | 0 | 28.58 |
| Patient # 3 | 0 | 0 | 1.42 | 0 | 0 | 0 | 1.42 |
| *Total* | *0.00* | *18.60* | *10.75* | *0.00* | *13.92* | *0.00* | *43.27* |

|  | Jan | Feb | Mar | April | May | June | Total |
|---|---|---|---|---|---|---|---|
| Restraint Episodes | | | | | | | |
| Patient # 1 | 0 | 2 | 0 | 0 | 0 | 0 | 2 |
| Patient # 2 | 0 | 1 | 1 | 0 | 1 | 0 | 3 |
| Patient # 3 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| *Total* | *0* | *3* | *2* | *0* | *1* | *0* | *6* |

**Total restraint hours:      43.27**

Patient # 1 with 2 episodes contributed 13.27 hours, which amounts to 30.67%

Patient # 2 with 3 episodes contributed 28.58 hours, which amounts to 66.05%

Patient # 3 with 1 episode contributed 1.42 hours, which amounts to 3.28%

### Highest Restraint Hours Month Analysis:

February was the month with the highest restraint hours totaling 18.60 hours, with 3 episodes.

Patient # 1contributed13.27 hours, 2 episodes, 71.34% of 18.60 hours
Patient # 2 contributed 5.33 hours, 1 episode, 28.66% of 18.60 hours
Patient # 3 contributed 0.00 hours, 0 episode, 0% of 18.60 hours

May was the second month with the highest restraint hours totaling 13.92 hours, with 1 episode, followed by March with the least restraint hours totaling 10.75 hours, with 2 episodes.

In February, month with the highest restraint hours, Patient # 1 was the highest contributor, with 13.27 hours, 2 episodes.

For the six-month reporting period, Patient # 2 had the highest restraint hours totaling 28.58 hours, 3 episodes, all hours were for 5 - point restraint.

Patient # 2, with the most restraint hours referenced above, is a frequent user of psychiatric services and was discharged in February 2020, when it became clear that this patient was not a willing participant in the treatment plan and was not dormitory-setting suitable despite best efforts and multiple months of treatment attempts.

## Lowest Restraint Hour Month Analysis:

Of the months with restraint usage, March was the month with the lowest restraint hours totaling 10.75 hours, with 2 episodes.

Patient # 1 contributed 0 hours, 0 episodes, 0% of 10.75 hours
Patient # 2 contributed 9.33 hours, 1 episode, 86.79% of 10.75 hours
Patient # 3 contributed 1.42 hours, 1 episode, 13.21% of 10.75 hours

- There was much more stability in the nursing staff which helped to stabilize the unit milieu. There was a change in treatment teams that allowed for more collective institutional knowledge and patient population familiarity.
- There was less patient movement overall. COVID-19 protective measures essentially halted admissions and discharges temporarily and its limited movement on a case-by-case basis. Further, a unit quarantine also halted admissions and discharges on a temporary basis to limit the potential spread of COVID-19.
- There were less 2684 patients overall in the current reporting period compared to the last reporting period. This contributed to a calmer unit milieu as there was more stability in the patient population living together that helped to support better understanding and cohesion amongst the peers. Certain patients can be triggering for other patients and when these key patients were stabilized, it contributed to the unit stability.
- Further, all the patients on the unit were stabilized more quickly with the ability to have increased focus on existing patients because of the substantial decrease in new admissions that tend to have more volatility. Thus, this change decreased the amount of patient volatility that had garnered the use of restraints previously.

Some likely reasons for the decreasing restraint hours overall include:

- Less new referrals and admissions during the most current reporting period

- Less patients in this reporting period because of quarantine and stagnant population

- Less movement overall in the unit because of quarantine

- Less flux in treatment team members and in nursing staff; thus, more collective institutional knowledge and familiarity with the patient population as a result.

## 1.8 Use of Restraints - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to Policy or Procedures | | | |

## 1.9 Use of Restraints – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Hospital will continue to track and trend Seclusion and Restraint data to determine plans for improvement. | Restraint use and hours will be kept to a minimum. |

**Additional Comments**:

| DETAILED REPORT |
|---|
| SECTION 2 – Use of Seclusion |

## Section 2 – Use of Seclusion Summary Table:

| Outcome Measure Indicator # | Patient days: | 411 | 347 | 483 | 397 | 386 | 324 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 2 | Use of seclusion | | | | | | |
| 2.1 | Number of seclusion episodes | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 2.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.2 | Total hours in seclusion | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 2.2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.3 | Average time in seclusion | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 2.3 | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.4 Use of Seclusion – # of seclusion episodes initiated By Day of Week:

| SCD Restraint & Seclusion REV 2015 | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all seclusion types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| 2.4 Use of seclusion by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.5 Use of Seclusion – # of Seclusion episodes Initiated by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 2.5 Use of Seclusion by Shift: | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.6 Use of Seclusion – DSH 2684 Seclusion Monitoring Tool:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 2.6 Use of Seclusion % Compliance | % | % | % | % | % | % |
| **Question #1**: Seclusion was used in a documented manner. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #2**: The Interdisciplinary note described specific behavior that was imminently dangerous to self or others. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #3**: Seclusion are used only after a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #4**: The Interdisciplinary note described specific, less-restrictive interventions that were tried prior to the use of seclusion or there is a clinical justification when less-restrictive interventions were not used. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #5**: Seclusion is not used in the absence of, or as an alternative to active treatment. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #6**: There is a Focus of Hospitalization that targets the behavior that required the patient to be paced in seclusion. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #7**: Seclusion are terminated as soon as the patient is no longer in imminent danger to self or others. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #8**: The patient was released from seclusion as soon as the violent or dangerous behavior that created the emergency was no longer displayed or met the release criteria as documented in the physician's order. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #9**: The physician conducted an assessment of the patient within one hour of being placed in seclusion. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #10**: The physicians order for seclusion was obtained within 15 minutes of the patient being placed in seclusion. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #11**: A Registered Nurse initiated an assessment of the patient within 15 minutes of the application of seclusion and that assessment was documented in the interdisciplinary notes. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #12**: The Physician conducted a face-to-face evaluation of the patient in seclusion within one hour from the initiation of seclusion and that evaluation was documented in the physician progress notes. | N/A | N/A | N/A | N/A | N/A | N/A |

## 2.7 Use of Seclusion Analysis:

There were zero episodes of seclusion during this reporting period, which is consistent with the last reporting period with no episodes of seclusion.

## 2.8 Seclusion - Change in Policy or Procedure Narrative:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to Policy or Procedures. | | | |

## 2.9 Seclusion – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Hospital will continue to track and trend Seclusion and Restraint data to determine plans for improvement. | |

## Additional Comments:

| DETAILED REPORT |
| --- |

| SECTION 3 – Use of Enhanced Observation |
| --- |

## Section 3 – Use of Enhanced Observation Summary Table:

| Outcome Measure Indicator # | Patient days: | 411 | 347 | 483 | 397 | 386 | 324 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Formula= (Incidents/Patient Days) * 1000 | JAN | FEB | MAR | APRIL | MAY | JUNE |
| | Use of Enhanced Observation | | | | | | |
| 3 | Use of Enhanced Observation | | | | | | |
| 3.1 | Total number of episodes of 1-1 observation | 4 | 4 | 5 | 1 | 0 | 0 |
| | Rate 3.1 | 9.73 | 11.53 | 10.35 | 12.52 | - | - |
| 3.2 | Total hours on 1-1 | 1,522.13 | 1,814.34 | 3,493.62 | 1,319.12 | 743.59 | 719.59 |
| | Rate 3.2 | 3,703.48 | 5,228.65 | 7,233.17 | 3,322.72 | 1,926.40 | 2,220.96 |
| 3.3 | Average hours on 1-1 | 380.89 | 97.69 | 316.31 | 14.08 | 743.59 | 719.59 |
| | Rate 3.3 | 926.74 | 281.53 | 654.89 | 35.47 | 1,926.40 | 2,220.96 |
| 3.4 | Total number of episodes of 2-1 observation | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.4 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.5 | Total hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.6 | Average hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.6 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.7 | Total number of episodes of Q15 min observation | - | - | - | - | - | - |
| | Rate 3.7 | - | - | - | - | - | - |
| 3.8 | Total hours on Q15 min | - | - | - | - | - | - |
| | Rate 3.8 | - | - | - | - | - | - |
| 3.9 | Average hours on Q15 min | - | - | - | - | - | - |
| | Rate 3.9 | - | - | - | - | - | - |
| 3.10 | Total number of episodes of line of sight observation | - | - | - | - | - | - |
| | Rate 3.10 | - | - | - | - | - | - |
| 3.11 | Total hours in line of sight observation | - | - | - | - | - | - |
| | Rate 3.11 | - | - | - | - | - | - |
| 3.12 | Average hours in line of sight observation | - | - | - | - | - | - |
| | Rate 3.12 | - | - | - | - | - | - |

## 3.13 Use of Enhanced Observation by Type and Reason:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 3.13 Episodes of Enhanced Observation by **Type and Reason**: | | | | | | |
| 1:1 / LOS – Medical | 2 | 0 | 2 | 0 | 0 | 0 |
| 1:1 / LOS - Danger to Self | 2 | 3 | 0 | 0 | 0 | 0 |
| 1:1 / LOS - Danger to Others | 0 | 1 | 1 | 0 | 0 | 0 |
| 1:1 / LOS – Other | 0 | 0 | 2 | 1 | 0 | 0 |
| 2:1 – Medical | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - Danger to Self | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - Danger to Others | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 – Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Q15 Minute Obs. – Medical | - | - | - | - | - | - |
| Q15 Minute Obs. – Danger to Self | - | - | - | - | - | - |
| Q15 Minute Obs. – Danger to Others | - | - | - | - | - | - |
| Q15 Minute Obs. – Other | - | - | - | - | - | - |

## 3.14 Use of Enhanced Observations Analysis:

## Patient with Multiple Episodes (Multiple Categories):

### *Single Patient:*

Accounted for a total of 2,469 hours of Enhanced Observation. With 2 episodes. 25.67% of total hours.

*1 Episode:*    Category being: 1:1 Observation for danger to self-totaling 1,895 hours.

*1 Episode:*    Category being: 1:1 Observation for medical totaling 574 hours.

## Patients with Single Episode (Same Category):

### *Patient # 1:*

Accounted for 2,979 hours of Enhanced Observation. With 2 episodes in the same category. 30.98% of total hours.

*2 Episodes:*    Category being: 1:1 Observation for medical totaling 2,979 hours.

### *Patient # 2:*

Accounted for 1,305 hours of Enhanced Observation. With a single episode. 13.57% of total hours.

*1 Episode:* Category being: 1:1 Observation for danger to self, totaling 1,305 hours.

### *Patient # 3:*

Accounted for 214 hours of Enhanced Observation. With a single episode. 2.23% of total hours.

*1 Episode:*    Category being: 1:1 Observation for danger to others, totaling 214 hours.

### *Patient # 4:*

Accounted for 952 hours of Enhanced Observation. With a single episode. 9.90% of total hours.

*1 Episode:*    Category being: 1:1 Observation for danger to self, totaling 952 hours.

### Patient # 5:

Accounted for 904 hours of Enhanced Observation. With a single episode. 9.40% of total hours.

*1 Episode:*    Category being: 1:1 Observation for danger to self-totaling 904 hours.

### Patient # 6:

Accounted for 636 hours of Enhanced Observation. With 2 episodes. 6.61% of total hours.

*2 Episodes:*    Category being: 1:1 Observation for protection from others totaling 636 hours.

### Patient # 7:

Accounted for 88 hours of Enhanced Observation. With a single episode. 0.92% of total hours.

*1 Episode:*    Category being: 1:1 Observation for danger to self-totaling 88 hours.

### Patient # 8:

Accounted for 33 hours of Enhanced Observation. With a single episode. 0.34% of total hours.

*1 Episode:*    Category being: 1:1 Observation for danger to others totaling 33 hours.

### Patient # 9:

Accounted for 23 hours of Enhanced Observation. With a single episode. 0.24% of total hours.

*1 Episode:*    Category being: 1:1 Observation for medical totaling 23 hours.

### Patient # 10:

Accounted for 14 hours of Enhanced Observation. With a single episode. 0.15% of total hours.

*1 Episode:*    Category being: 1:1 Observation for protection from others totaling 14 hours.

Overall, there were 14 episodes of enhanced observation, compared to 28 episodes in the previous reporting period, which is a decrease of 50% from the previous reporting period. Total hours for the current reporting period: 9,617, compare to 5,292 in the previous reporting period, which is an increase of 81.73%.

## <u>Increase in Enhanced Observation Hours by Category:</u>

From four Enhanced Observation categories, listed above (Medical, Danger to Self, Danger to Others, Other) in the current reporting period, Medical and Danger to Self both showed an increase, while Danger to Others and Other both showed a decrease.

## Analysis:

The increase in the Enhanced Observation Hours can be attributed primarily to 2 patients.  The first patient had complex, rare medical conditions that were underlying and were augmented with psychiatric treatment. Since illnesses do not exist in a vacuum, it is a constant balancing act of treating medical and psychiatric health. Patient was an outlier in terms of the typical medical conditions, a patient of that age and background in this patient population, accounting for 2,979 hours, with 2 episodes, both for Medical observation.

The second patient had a substantial history of extensive self-harm behavior that created severe, precarious medical conditions that put the patient at high risk for a possible negative outcome, should the patient have engaged in the behavior again. Upon admission, the treatment team made the proactive decision to monitor patient's self-harm behaviors in the least intrusive manner keeping patient safety in mind. It was tapered over time once a treatment plan was developed and implemented and the patient and treatment team had built a rapport to more effectively address potential psychiatric decompensation.

These two patients accounted for 44.5% (4,284 hours) of the total hours of enhance observation during this reporting period. Without these two patients, the total hours of enhanced observation utilized during this review period would be 5,333 hours.  This is comparable to total hours utilized in the previous reporting period of July 1, 2019 - December 31, 2019, in which 5,292 hours were observed.

### 3.15 Enhanced Observations - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to Policy and Procedures | | | |

### 3.16 Enhanced Observations – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| The hospital will continue to look at retention of staff on the unit to help build familiarity with the patient population. A major shift will be providing trauma-informed care education to staff thereby providing staff with a better understanding of the population and provide other tools for prevention of escalation of patients. | Increasing staff retention by increasing their abilities to handle patients in a more therapeutic manner is likely to decrease use of enhanced observation. Less usage of enhanced observation is likely to help retain staff by decreasing burn out and positively increase the understanding and treatment of this patient population. |

### Additional Comments:

| DETAILED REPORT |
| :--- |
| SECTION 4 – Incidents of Aggression |

## Section 4 – Incidents (Aggression) Summary Table:

| Outcome Measure Indicator # | Patient days: | 411 | 347 | 483 | 397 | 386 | 324 |
| :--- | :--- | :---: | :---: | :---: | :---: | :---: | :---: |
| | Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| **4** | **Incident reports** | | | | | | |
| **4.1** | Number of incidents of aggressive act to self | 0 | 2 | 2 | 1 | 0 | 0 |
| | Rate4.1 | 0 | 5.76 | 4.14 | 2.51 | 0 | 0 |
| **4.2** | Number of incidents of aggressive act to another patient (physical) | 0 | 1 | 0 | 0 | 0 | 0 |
| | Rate 4.2 | 0 | 2.88 | 0 | 0 | 0 | 0 |
| **4.3** | Number of incidents of aggressive act to staff (physical) | 0 | 1 | 1 | 0 | 0 | 0 |
| | Rate 4.3 | 0 | 2.88 | 2.07 | 0 | 0 | 0 |

## 4.4 UNIT Total Unit 33:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| :--- | :---: | :---: | :---: | :---: | :---: | :---: |
| **Unit 33 PC 2684 Patients** | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 2 | 2 | 1 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 1 | 0 | 0 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 1 | 1 | 0 | 0 | 0 |

## 4.5 Incidents (Aggressive Act to Self) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| :--- | :---: | :---: | :---: | :---: | :---: | :---: |
| 4.5 # of incidents of aggressive act to self (SS) | | | | | | |
| Sunday | 0 | 0 | 0 | 1 | 0 | 0 |
| Monday | 0 | 1 | 1 | 0 | 0 | 0 |
| Tuesday | 0 | 1 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 1 | 0 | 0 | 0 |

## 4.6 Incidents (Aggressive Act to Peers) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 4.6 # of incidents of aggressive act to Peers (A2) | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 1 | 0 | 0 | 0 | 0 |

## 4.7 Incidents (Aggressive Act to Staff) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 4.7 # of incidents of aggressive act to Staff (A4) | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 1 | 0 | 0 | 0 |
| Tuesday | 0 | 1 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.8 Incidents (Aggressive Act to Self) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 4.8 # of incidents of aggressive act to self (SS) | | | | | | |
| AM | 0 | 0 | 2 | 0 | 0 | 0 |
| PM | 0 | 2 | 0 | 1 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.9 Incidents (Aggressive Act to Peers) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 4.9 # of incidents of aggressive act to peers (A2) | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 1 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.10 Incidents (Aggressive Act to Staff) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 4.10 # of incidents of aggressive act to staff (A4) | | | | | | |
| AM | 0 | 1 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 1 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.11 Incidents (Aggressive Act to Self) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 4.16 # of incidents of aggressive act to self (SS) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 1 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 1 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 1 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 1 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 1 | 0 | 0 | 0 | 0 |

## 4.12 Incidents (Aggressive Act to Peers) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 4.17 # of incidents of aggressive act to peers (A2) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 1 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.13 Incidents (Aggressive Act to Staff) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 4.86 # of incidents of aggressive act to staff (A4) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 1 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 1 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.14 Incidents by Location – Aggressive Act to Self:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 4.19 # of incidents of aggressive act to self (SS) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 1 | 1 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 1 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 1 | 0 | 1 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |
| Day hall | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.15 Incidents by Location – Aggressive Act to Peers:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 4.20 # of incidents of aggressive act to peers (A2) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 1 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |
| Day hall | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.16 Incidents by Location – Aggressive Act to Staff:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 4.21 # of incidents of aggressive act to staff (A4) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 1 | 1 | 0 | 0 | 0 |
| Day hall | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.17 Incidents of Aggression Analysis of data:

Overall, there was a decrease in aggressive acts to self, other patients, and staff during this reporting period. There was a 58% decrease in aggressive acts to self, an 80% decrease in aggressive acts to other patients, and a 50% decrease in aggressive acts to staff.

There were 5 incidents of aggressive acts to self during this reporting period. Four patients were responsible for the 5 incidents with one patient responsible for two of the incidents. Three of the aggressive acts to self, required no treatment and two of the aggressive acts to self, required minor first aid.

There was one aggressive act to another patient during the reporting period. The patient who was aggressive to another patient also engaged in an aggressive act to staff. No medical treatment was required for the victim of this aggression.

There were two aggressive acts to staff during the review period.  Two different patients were responsible for the aggressive acts to staff and one patient was also responsible for the aggressive acts to another patient.  None of the staff required medical treatment medical treatment.

Due to the low number of incidents, no patterns/trends of day, time or location could be determined.

## 4.18 Incidents of Aggression Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to policy and procedures. | | | |

## 4.19 Incidents of Aggression – Plan for the Next Review Period:

The Program Management Team and Clinical Management Team will continue to review all incidents of aggression, analyze for trends in the data, and recommend any clinical or policy changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

## DETAILED REPORT

## SECTION 5 – Incidents (Indecent Exposure)

### Section 5 – Incidents (Indecent Exposure):

| Outcome Measure Indicator # | Patient days: | 411 | 347 | 483 | 397 | 386 | 324 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 5 | Indecent Exposure | | | | | | |
| 5.1 | Total number of incidents of indecent exposure. | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 5.1 | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.2 Incidents (Indecent Exposure) by UNIT:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.3 # of incidents of indecent exposure | | | | | | |
| Unit 33 | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.3 Incidents (Indecent Exposure) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.4 # of incidents of indecent exposure | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.4 Incidents (Indecent Exposure) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.5 # of incidents of indecent exposure | | | | | | 0 |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.5 Incidents (Indecent Exposure) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.6 # of incidents of indecent exposure | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.6 Incidents (Indecent Exposure) by Location of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.7 # of incidents of indecent exposure | | | | | | |
| Location of Incident | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.7 Incidents (Indecent Exposure) Analysis of data:

No incidents of indecent exposure occurred during the review period.

## 5.8 Incidents (Indecent Exposure) Change in Policy or Procedure:

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to policy and procedures. | | | |

## 5.9 Incidents of Indecent Exposure – Plan for the Next Review Period:

The Program Management Team and Clinical Management Team will review all incidents of indecent exposure, analyze for trends in the data, and recommend any clinical or policy changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
|  |  |

## Additional Comments:

| DETAILED REPORT |
| --- |
| SECTION 6 – Incidents of Rules Violations (RVR) |

## Section 6 – Incidents of Rules Violations (RVR) Summary Table:

| Outcome Measure Indicator # | Patient days: | 411 | 347 | 483 | 397 | 386 | 324 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| | | | | | | | |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 6 | RVR | | | | | | |
| 6.1 | Number of patients receiving at least one RVR during the month | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 6.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.2 | Number of patients provided MH Assessments during month per Title 15 and DOM | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 6.2 | 0 | 0 | 0 | 0 | 0 | 0 |

## 6.3 Incidents of RVR Analysis of data:

There were no RVRs during the reporting period.

## 6.4 Incidents of RVR Change in Policy or Procedure:

There were no changes to Policy or Procedure during this reporting period.  DSH-Patton implemented and continues to follow the RVR process outlined in the Statewide Policy Directive (Policy Directive 3603 – DSH Rule Violation Reporting Policy – CDCR Patients in DSH Inpatient Programs).

| Plan for the next review period | |
| --- | --- |
| Specific change | Expected outcome |
| No changes | |

## 6.5 Incidents of RVR – Plan for the Next Review Period:

The Program Management Team and Clinical Management Team will continue to review all RVRs, analyze for trends in the data, and recommend any clinical or policy changes deemed appropriate.

| Plan for the next review period | |
| --- | --- |
| Specific change | Expected outcome |
| No changes | |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 7 – Incidents of Suicide Attempts/Suicide

## Section 7 – Incidents of Suicide/Suicide Attempts Summary Table:

| Outcome Measure Indicator # | Patient days: | 411 | 347 | 483 | 397 | 386 | 324 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 7 | Suicide | | | | | | |
| 7.1 | Number of Suicide attempts | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.2 | Number of Suicides | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.2 | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.3 Incidents of Suicide/Suicide Attempts by UNIT:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 7.3 # of incidents of suicide attempts | | | | | | |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.3 # of incidents of suicides | | | | | | |
| Unit 33 - ICF | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.4 Incidents of Suicide/Suicide Attempts by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 7.4 # of suicide attempts | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4 # of suicides | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.5 Incidents of Suicide/Suicide Attempts by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 7.5 # of suicide attempts | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 # of suicides | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.6 Incidents of Suicide/Suicide Attempts Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 7.6 # of suicide attempts – Time of Incident: | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 # of suicides – Time of Incident: | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.7 Incidents of Suicides/Suicide Attempts Location of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| 7.7 # of suicide attempts – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 # of completed suicides – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.8 Incidents of Suicide/Suicide Attempts Analysis of data:

There were no completed suicides and no suicide attempts during the review period.

## 7.9 Incidents of Suicide/Suicide Attempts Change in Policy or Procedure:

DSH-Patton updated our Administrative Directive on Suicide Prevention and Intervention during this reporting period 1/1/2020.  The new Administrative Directive reflects a change in our suicide risk assessment process. On admission, a Registered Nurse will evaluate every patient and flag patients with Acute Positive Screens for suicide for immediate evaluation by the admissions psychiatrist. The admissions psychiatrist will evaluate all patients and flag for evaluation by a psychologist within 24 hours for patients who are rated high for suicide.  DSH-Patton psychologists started using the Columbia Suicide Severity Rating Scale for assessment of suicide risk as of 1/1/2020.  DSH-Patton Psychologists continue to receive supervision and consultation on the use of the Columbia Suicide Severity Rating Scale and all new psychologists review a two-hour training before they start using the instrument.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| Administrative Directive on Suicide Prevention and Intervention updated and implemented 1/1/2020 | Update reflected the implementation of the Columbia Suicide Severity Rating Scale (C-SSRS) | Evidence-based assessment of suicide risk was added when we changed our assessment instrument to the C-SSRS | Psychology Senior Psychologists will monitor quality and ensure that all required documentation is completed on a timely basis. |

## 7.10 Incidents of Suicide/Suicide Attempts – Plan for the Next Review Period:

The Program Management Team and Clinical Management Team will continue to review all suicide attempts and completed suicides, analyze for trends in the data, and recommend any clinical or policy changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None.

| DETAILED REPORT |
|---|
| **SECTION 8 – Medications - Use of Clozaril** |

## Section 8 – Use of Clozaril Summary Table:

| Outcome Measure Indicator # | Patient days: | 411 | 347 | 483 | 397 | 386 | 324 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| **8** | **Use of Clozaril** | | | | | | |
| **8.1** | Number of new starts | 3 | 1 | 2 | 1 | 1 | 1 |
| | rate 8.1 | 7.29 | 2.88 | 4.14 | 2.52 | 2.60 | 3.10 |
| **8.2** | Number of maintenance / maintained | 3 | 5 | 6 | 8 | 7 | 7 |
| | rate 8.2 | 7.30 | 14.41 | 12.42 | 20.15 | 18.13 | 21.60 |

## 8.3 Use of Clozaril Analysis of data:

There were 9 patients with new Clozaril starts that occurred during this review period. As would be expected in patients having difficulty remaining stabilized in lower levels of psychiatric care, these PC2684 patients have treatment resistant variants of their respective illnesses, often requiring treatment with Clozaril as the gold standard treatment for several disorders (e.g. treatment resistant schizophrenia, treatment resistant mania, suicidality along with Lithium, and aggression).

## 8.4 Use of Clozaril - Change in Policy or Procedure:

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 8.5 Use of Clozaril – Plan for the Next Review Period:

DSH-P will continue to supervise and encourage use of Clozaril in appropriate patients. No changes are currently planned.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 9 – Medications – Use of Involuntary Medications

### Section 9 – Use of Involuntary Medications Summary Table:

| Outcome Measure Indicator # | Patient days: | 411 | 347 | 483 | 397 | 386 | 324 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 9 | Use of Involuntary Medications | | | | | | |
| 9.1 | Number of Stat medications ordered for psych reasons | 1 | 8 | 1 | 1 | 0 | 0 |
| | Rate 9.1 | 2.43 | 23.10 | 2.10 | 2.52 | 0 | 0 |
| 9.2 | Number of non-formulary drugs prescribed | 9 | 5 | 2 | 2 | 5 | 1 |
| | Rate 9.2 | 21.90 | 14.1 | 4.14 | 5.04 | 12.95 | 3.10 |
| 9.3 | Number of new admits on PC 2602 | | | | | | |
| | Rate 9.3 | | | | | | |
| 9.4 | Number of PC 2602 initiated for current patients | | | | | | |
| | Rate 9.4 | | | | | | |
| 9.5 | Number of PC 2602 renewed for current patients | | | | | | |
| | Rate 9.5 | | | | | | |

### 9.6 Involuntary Medication Analysis of data

As written earlier, STAT involuntary medication use increases when patients are not yet stabilized. February 2020 shows 5 new patients admitted in de-stabilized psychiatric conditions. As patients stabilized, they tended to have symptoms better controlled by their regularly scheduled medications, with far less need for STAT involuntary medications.

### 9.7 Involuntary Medication - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

### 9.8 Involuntary Medication – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

### Additional Comments:

None.

## DETAILED REPORT

### SECTION 10 – Treatment Hours

## Section 10 – Treatment Hours Summary Table:

| 10.1 Group Therapy ICF | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JAN | FEB | MAR | APRIL | MAY | JUNE |
| **Core Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | 9.29 | 8.88 | 9.4 | NA | NA | NA |
| Average number of hours per patient delivered | 8.7 | 7.82 | 4.02 | .51 | .61 | 1.02 |
| Delivered rate | 93.63% | 88.08% | 42.73% | NA | NA | NA |
| Average number of hours per patient attended | 5.21 | 4.99 | 2.45 | .47 | .58 | .87 |
| Attended rate | 59.84% | 63.81% | 60.99% | 91.52% | 95.35% | 85.33% |
| **Supplemental Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | 3.40 | 3.46 | 1.06 | NA | NA | NA |
| Average number of hours per patient delivered | 2.95 | 3.26 | 1.06 | NA | NA | NA |
| Delivered rate | 86.73% | 94.18% | 100% | NA | NA | NA |
| Average number of hours per patient attended | .14 | .08 | .09 | NA | NA | NA |
| Attended rate | 4.71% | 2.47% | 8.9% | NA | NA | NA |
| **Individual Therapy – ICF** | | | | | | |
| # of patients scheduled for individual therapy | NA | NA | NA | NA | NA | NA |
| # of patients delivered individual therapy | NA | NA | NA | NA | NA | NA |
| Rate of patients delivered individual therapy | NA | NA | NA | NA | NA | NA |

## 10.2 Treatment Group Observation Audit Data:

| 10.2 DSH 2684 Treatment Group Observation Audit | | | | | | | |
|---|---|---|---|---|---|---|---|
| Month | JAN | FEB | MAR | APRIL | MAY | JUNE | AVG |
| **Question #1**:  Session starts and ends within five minutes of designated times. | | | | | | | |
| % of compliance | 100 | 83.3 | NA | NA | 100 | NA | 94.4 |
| **Question #2**:  Prior session material is reviewed as relevant. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #3**:  Equipment is counted and utilized safely. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #4**:  Co-provider was actively engaged. | | | | | | | |
| % of compliance | 100 | 80 | NA | NA | 100 | NA | 93.3 |
| **Question #5**:  The facilitator's style and structure for the group attempts to engage all participants. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #6**:  Preplanning is apparent. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #7**:  Facilitator introduces topics or treatment activities. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #8**:  Facilitator maintains therapeutic boundaries. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #9**:  Facilitator demonstrates group management skills. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #10**:  Facilitator maintains professionalism. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #11**:  Facilitation of the group allows room for the expression of individual differences and cultural diversity. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #12**: Facilitator gives feedback to group participants. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #13**:  Facilitator identifies and utilizes participant's strengths. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #14**:  The facilitation of the group and the content of the activities accommodate limitations of the participants. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #15**:  Facilitator checks for learning. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #16**:  When asked, facilitator can explain the purpose and the therapeutic benefits of the group. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |
| **Question #17**:  Facilitator brings closure to the group. | | | | | | | |
| % of compliance | 100 | 100 | NA | NA | 100 | NA | 100 |

## 10.3 2684 Treatment Plan Audit Data:

| 10.3 DSH 2684 Treatment Plan Audit | | | | | | | |
|---|---|---|---|---|---|---|---|
| Month | JAN | FEB | MAR | APRIL | MAY | JUNE | AVG |
| Question #1: The treatment plan was finalized as per policy. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Question #2: The patient's age is accurate documented. | | | | | | | |
| % of compliance | 82 | 10 | 62 | 57 | 42 | 90 | 57 |
| Question #3: Treatment outcome expectations based on reason for referral is addressed. | | | | | | | |
| % of compliance | 64 | 90 | 92 | 86 | 83 | 100 | 86 |
| Question #4: The violence risk assessment is current. | | | | | | | |
| % of compliance | 18 | 0 | 100 | 0 | 33 | 90 | 40 |
| Question #5: The suicide risk assessment is current. | | | | | | | |
| % of compliance | 82 | 90 | 100 | 100 | 100 | 100 | 95 |
| Question #6: Risk factors are identified. | | | | | | | |
| % of compliance | 100 | 33 | 100 | 14 | 75 | 10 | 55 |
| Question #7: There is a summary of treatment progress including groups taken. | | | | | | | |
| % of compliance | 64 | 0 | 100 | 0 | 67 | 100 | 55 |
| Question #8: Updated patient progress toward each treatment outcome expectation is documented. | | | | | | | |
| % of compliance | 64 | 0 | 0 | 0 | 17 | 20 | 17 |
| Question #9: There is a plan for turning the patient to CDCR. | | | | | | | |
| % of compliance | 73 | 0 | 58 | 0 | 75 | 40 | 41 |
| Question #10: Focus statements are written for each identified area of treatment. | | | | | | | |
| % of compliance | 100 | 100 | 85 | 100 | 100 | 100 | 98 |
| Question #11: Measurable objectives are written for each focus of treatment. | | | | | | | |
| % of compliance | 9.1 | 0 | 92 | 14 | 0 | 80 | 33 |
| Question #12: Objectives have at least one approved intervention. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

## 10.4 Treatment Hours Analysis of data:

Due to efforts by the treatment team to encourage active engagement in treatment, the number of treatment hours provided to patients during the months of January, February, and through mid-March, were comparable to those provided in the previous review period.

During the period of mid-March through June, there were a lower number of treatment hours delivered to patients. This was in large part due to changes in hospital operations in response to the COVID-19 pandemic. As a result, the service chiefs worked with Enhancement services to shift from a Structured Treatment Program (STP) to a Unit-Based Social Distance Programing model, consistent with CDC and Public Health guidelines.

In June, meetings were held with the treatment team to discuss how groups would continue to be provided amid the current pandemic. In July, the unit has provided a Unit-Based Treatment Schedule and it is expected that this will result in an increase in treatment hours provided to patients.

Supplemental programming opportunities continue to be offered on a regular basis. During January through mid- March, activities were captured through the supplemental system and through the Unscheduled Individual rosters. There were some inconsistencies with how the data was collected, therefore not all supplemental hours may be reflected in the table above. The supplemental rosters were discontinued from Mid-March-June and supplemental activities were reported through the unscheduled group and individual rosters that were implemented due to COVID and included in the Core treatment hours.

Additionally, from January through mid-March, individual therapy was documented as scheduled treatment. This data is reflected in the core treatment hours. Additionally, during this time clinicians were also providing unstructured individual "clinical contacts" for each patient on the unit every month. Clinical contact may include multiple forms of intervention such as time spent reviewing or practicing coping skills, learning about symptom management, or providing crisis intervention. The same patient may have received multiple clinical contacts within a given month. Individual clinical contact has helped to significantly improve the patients' progress toward discharge, through providing more personalized and flexible treatment options.  As previously reported, there were some inconsistencies with how the data was collected. Therefore, not all clinical contact hours may be reflected in the table above. As of April 2020, clinical contact hours were documented on the Unscheduled Individual Rosters and accounted for as Core Treatment in the table above.

As a result of the identified inconsistencies in data collection, a uniformed process for all disciplines providing supplemental activities and individual clinical therapy is being developed to help streamline data collection in this area as part of our ongoing Quality Improvement process.

During this reporting period, there has been a decrease in the frequency of group observation audits, in large part due to the ongoing COVID-19 pandemic. More specifically, audits were not completed in mid-March and April, due to changes in hospital operations and the need to reduce the numbers of non-essential staff on units to help prevent the spread of infection. In May, group audits resumed. During the month of June, no audits were conducted due to the unit being placed on quarantine. Audits were again resumed in July.

In May, the service chiefs and seniors for each discipline provided training to the treatment teams regarding expectations for treatment planning documentation. As a result, we have seen overall improvements. There continues to be a need for improvement in some areas, which will continue to be addressed through an ongoing Quality Improvement process. Additionally, the treatment plan auditors have also met to discuss the need for consistency of auditing practices and interrater reliability. This continues to be an ongoing part of our Quality Improvement process. There have also been changes to members of our auditing team.  The established guidelines presented in the training will also assist the auditors in establishing interrater reliability. Auditors will continue to meet virtually, as needed to help improve the consistency of auditing practices in the future.

**10.5 Treatment Hours - Change in Policy or Procedure**:

There were no Policy changes; however Procedural changes outlined below:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| March 17th-Official "Mall Break" | COVID-19 pandemic | Create guidelines for unit-based treatment | Initial decrease in treatment hours documentation and tracking were placed on hold |
| March 19th- established unit-based treatment and social distancing guidelines | Compliance with CDC and Public Health guidelines | Reduce exposure to COVID-19 and continue to provide treatment | Determined that a tracking method for treatment needed to be established for unit-based treatment |
| April- Implemented unplanned/unscheduled treatment rosters for group and individual | Track and document the treatment hours being provided to each patient | More accurate data for treatment is captured | Determined that rosters were not consistently being utilized and there was a need for a schedule and a minimum hour of treatment |
| June 8th-treatment guidelines were created for quarantine, observation and isolation units | Identified a need for treatment guidelines to be consistent with CDC and Public Health guidelines | Clearer guidelines for treatment of quarantine/isolation units were established to decrease positive cases | Helped slow the spread of COVID while providing continued treatment on the unit |
| In June- 2684 unit was placed on quarantine status for 4 weeks and followed set quarantine guidelines | Control the spread of COVID-19 | Group treatment hours would decrease while on quarantine/isolation, while individual hours would increase | Expected once unit was off quarantine, treatment hours would increase |
| In June- a meeting was held with the unit staff to set number of treatment hours a day, per staff were established. Staff were to create a unit calendar to be implemented during non-quarantine/isolation status.

Staff were retrained to utilize the unscheduled/unplanned rosters for all treatment provided | To increase treatment provided, to establish a clear calendar for patient's and to ensure that all treatment is documented. | Treatment hours and patient attendance would increase and be more accurately reflected in the data | Continued to be monitored |

## 10.6 Treatment Hours – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Reevaluate existing procedure for supplemental data collection and establish an effective system. | Streamline the data collection process for supplemental activities to improve accuracy of data provided. |
| Retrain staff on supplemental data collection process. | |
| Continue documenting "clinical contact" sessions using the Unscheduled Individual Roster | Ensure accurate reporting of treatment hours provided for each patient |
| Continue to monitor for adherence in the completion of Unscheduled Individual and Group rosters. | |
| Train new supervisory staff on the process of conducting treatment plan audits. | Improve interrater reliability and accuracy of data collection |
| Collect, analyze data and implement quality improvement initiatives as indicated by audit data. | Overall improvements in the treatment planning process |
| Monitor the effectiveness of the current unit-based treatment schedule and the number of hours delivered per patient. | Improve the overall quality and frequency of treatment provided for each patient, consistent with current treatment guidelines implemented in response to COVID-19 |

**Additional Comments**:

None.

## DETAILED REPORT

### SECTION 11 – Management Indicators – Staffing Allocations and Vacancies

## Section 11 – Management Indicators (Staffing and Census) Data

Staffing Allocations and Vacancies.

## Staffing Allocations:

| Program-Wide | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Administration** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Executive Director | | 16 | 1 | 1 | 0 | 0 | |
| Clinical Administrator | | 16 | 1 | 1 | 0 | 0 | |
| Hospital Administrator | | 16 | 1 | 1 | 0 | 0 | |
| Nurse Administrator | | 16 | 1 | 1 | 0 | 0 | |
| Medical Director | | 16 | 1 | 1 | 0 | 0 | |
| Chief Psychiatry | | 16 | 1 | 1 | 0 | 0 | |
| Program Director | | 16 | 1 | 1 | 0 | 0 | |
| Program Assistant | | 16 | 1 | 1 | 0 | 0 | |
| Nursing Coordinator | | 16 | 1 | 1 | 0 | 0 | |
| **Supervision** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Unit Supervisor | | 16 | 1 | 1 | 0 | 0 | |
| Supervising Psychologist | | 16 | 1 | 1 | 0 | 0 | |
| Supervising Social Worker | | 16 | 1 | 1 | 0 | 0 | |
| Supervising Rehabilitation Therapist | | 16 | 1 | 1 | 0 | 0 | |
| Senior Psychiatrist | | 16 | 1 | 1 | 0 | 0 | |
| **Level of Care (ICF)** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Nurse Practitioner | | 16 | 1 | 1 | 0 | 0 | Physician/Surgeon |
| HSS | | 16 | 3 | 3 | 0 | 0 | |
| Sr Psych Tech | 1:8 | 16 | 3 | 2 | 1 | 0 | |
| Registered Nurse | 1:8 | 16 | 9 | 8 | 1 | 0 | |
| Psych Tech | 1:8 | 16 | 22 | 16 | 6 | 0 | |
| **Clinical Staff** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Psychiatrist | 1:35 | 16 | 2 | 2 | 0 | 0 | |
| Psychologist | 1:35 | 16 | 2 | 2 | 0 | 0 | |
| Social Worker | 1:35 | 16 | 2 | 2 | 0 | 0 | |
| Rehab Therapist | 1:35 | 16 | 2 | 2 | 0 | 0 | |
| **Hospital Police** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Police Sergeant | N/A | N/A | N/A | N/A | N/A | N/A | |
| Police Officer | N/A | N/A | N/A | N/A | N/A | N/A | |

## Analysis of data:

Unit 33 has a current LOC allocation of 9 RN Positions / 22 Psychiatric Technicians (including 3 Senior Psychiatric Technicians). Unit 33 is a focus for the Central Staffing Office to ensure that all vacancies are filled for consistency in the coverage of the area.

The unit maintains a 1:35 clinical ratio for Psychiatry, Psychology, Social Work and Rehabilitation Therapy.

In review of the reporting information for this review period, the area demonstrated 6 Psychiatric Technician and 1 Senior Psychiatric Technician vacancies.

There are currently no staffing allocation issues.

## Staffing Allocations - Change in Policy or Procedure:

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |
| | | | |

## Staffing Allocations – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Section 11 – Management Indicators (Staffing and Census) Data

## Patient Census Data

| Management Indicators Patient Census | | | | | | |
|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUN |
| Average daily census | 13.5 | 11.9 | 15.7 | 13.3 | 12.5 | 10.9 |
| Average length of stay | 176.8 | N/A | 143.7 | 119.0 | 260.0 | 286.5 |
| Median length of stay | 149.0 | N/A | 187.0 | 119.0 | 260.0 | 286.5 |
| Admission per month | 0 | 5 | 3 | 0 | 0 | 0 |
| Discharges per month | 6 | 0 | 3 | 2 | 1 | 2 |

## Management Indicators Analysis of data:

The average daily census from January to June was 12.9 patients per month

## Management Indicators – Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to policy and procedures. | | | |
| | | | |

**Management Indicators – Plan for the Next Review Period**:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| No recommendations for this reporting period. | |
| | |

**Additional Comments**:

None.

END OF REPORT.

Submitted By:

*Janine Wallace*
_____
Janine Wallace, Executive Director

# EXHIBIT D

| | |
|---|---|
| **From:** | Millham, Sofia A. |
| **To:** | Millham, Sofia A. |
| **Subject:** | FW: Coleman v. Newsom: DSH"s CQI Summary and CQI Template |
| **Date:** | Friday, July 22, 2022 9:35:35 AM |
| **Attachments:** | Coleman GB Template - Final.docx |
| | DSH CQI Summary - Final.docx |
| | DSH-A Coleman Report-Jul-Dec 2020.pdf |
| | DSH-C Coleman Report-Jul-Dec 2020.pdf |
| | DSH-P Coleman Report-Jul-Dec 2020.pdf |

---

**From:** Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>
**Date:** September 23, 2021 at 5:17:25 PM EDT
**To:** Lopes Matthew <mlopes@pldolaw.com>, "Walsh Kerry F."
<kwalsh@pldolaw.com>, Jones Mohamedu <mjones@pldolaw.com>, Lopes Matthew
<mlopes@pldolaw.com>, Jones Mohamedu <mjones@pldolaw.com>, Coleman
Plaintiffs Counsel-RBGG <ColemanTeam-RBGOnly@rbgg.com>
**Cc:** "Paul B. Mello (Pmello@hansonbridgett.com)" <Pmello@hansonbridgett.com>,
"Samantha Wolff (SWolff@hansonbridgett.com)" <SWolff@hansonbridgett.com>,
"David C. Casarrubias" <DCasarrubias@hansonbridgett.com>, "Ambra S. Jackson"
<AJackson@hansonbridgett.com>, "Laurel E. O'Connor"
<LOConnor@hansonbridgett.com>, Elise Thorn <Elise.Thorn@doj.ca.gov>, Damon
McClain <Damon.McClain@doj.ca.gov>
**Subject: Coleman v. Newsom:  DSH's CQI Summary and CQI Template**

Good afternoon:


Please find DSH's CQI Summary and CQI Template attached for your consideration.  The
Special Master and his team have completed their review of these materials, and we
now look forward to discussing our process with you.  For context, also attached to this
email are the CQI reports covering July 2020-December 2020.  We will send along
January 2021-June 2021 soon.


Thank you,

Namrata



CONFIDENTIALITY NOTICE: This communication with its contents may contain
confidential and/or legally privileged information. It is solely for the use of the intended
recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may
violate applicable laws including the Electronic Communications Privacy Act. If you are

not the intended recipient, please contact the sender and destroy all copies of the communication.

This message was sent from outside the company. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.



California Department of
**State Hospitals**

# Governing Body Report

July 1, 2021 –
December 31, 2021

[click to select a facility from the drop-down]

**Coleman – 2684 Report**

**[click to select a facility from the drop-down]**
**Governing Body Report**
**Coleman – 2684 Report**
**July 1, 2021 – December 31, 2021**

| Contents | Page |
|---|---|

1   Quality Improvement Plan .................................................................................. 2

2   About [click to select a facility from the drop-down] .......................................... 2

3   Executive Summary: Seclusion, Restraints, and Enhanced Observations ......................... 3

4   Executive Summary: Incidents .............................................................................. 4

5   Executive Summary: Medication ............................................................................ 6

6   Executive Summary: Treatment Hours .................................................................... 7

7   Executive Summary: Management Indicators .......................................................... 8

8   Detailed Report: Use of Restraints ...................................................................... 9

9   Detailed Report: Use of Seclusion ....................................................................... 11

10   Detailed Report: Use of Enhanced Observation .................................................. 13

11   Detailed Report: Incidents of Aggression ........................................................... 14

12   Detailed Report: Incidents of Rules Violations (RVR) .......................................... 17

13   Detailed Report: Incidents of Suicide Attempts/Suicide ....................................... 18

14   Detailed Report: Medications – Use of Clorazil .................................................. 18

15   Detailed Report: Use of Involuntary Medications ................................................ 18

16   Detailed Report: Treatment Hours ..................................................................... 19

17   Detailed Report: Management Indicators – Staffing Allocations and Vacancies ........... 22

# 1  Quality Improvement Plan

The purpose of the Quality Improvement Program (QIP) is to ensure the safety of, preserve the rights of, and continuously improve and evaluate the quality of therapeutic and rehabilitation services provided to patients. DSH Policy Directive 9000 Quality Improvement Program describes strategies, processes, tools, and a governance structure that hospitals use to plan, prioritize, develop, implement, and evaluate quality improvement initiatives and sustain improvement.

The QIP aims to assess, improve, and monitor the quality of patient care. Department of State Hospitals (DSH) maintains an ongoing QIP based on objective data that describe performance improvement, quality assurance, clinical risk management, clinical outcomes, incident management and regulatory compliance activities. The QIP is administered and supported by standardized committee functions, documentation, and reporting processes.

The Model for QIP starts with defining the problem, then moves to identifying the solution, followed by implementing the solution, and finally assessing the desired outcome.

The Governing Body shall, in the exercise of its overall responsibility, assign to the Executive Director, as a representative of the Governing Body, reasonable authority to develop a plan and implement mechanisms to assess and improve the quality of the DSH facility's governance, management, clinical and support processes, and to ensure the provision of patient care. The quality improvement plans shall be updated at least annually and submitted to the Governing Body for review and approval.

# 2  About [click to select a facility from the drop-down]

## 2.1  Overview of [click to select a facility from the drop-down] PC 2684 Program

DSH-Hospital (DSH-X) provides ICF psychiatric care to CDCR inmate-patients under the terms of a memorandum of understanding (MOU) with CDCR and in accordance with Coleman court orders. Currently there are a total of XX beds designated as PC 2684 beds for patient care. At DSH-X, Program X provides care for the PC 2684 patients.

The MOU and joint policies define the process of referral of PC 2684 patients, the acceptance process to DSH-X, and the discharge process of PC 2684 patients to either parole or return to CDCR. All ICF PC 2684 referrals are sent to DSH-X's forensic service, which serves as the admission and discharge coordinator. The medical director reviews all transfer packets and approves them for admission to DSH-X. It is a priority to identify those patients appropriate for the least restrictive housing alternative for admission to DSH-X.

All PC 2684 patients receive a medical history and physical, a psychiatric assessment, a psychological admission assessment (with risk assessments for danger to self and danger to others), a social work assessment, and a rehabilitation therapy assessment. The medical and psychiatric assessments must be completed in less than twenty-four hours. An initial nursing assessment is completed in eight hours or less.

The ICF 2684 treatment units have multidisciplinary teams (psychiatrist, psychologist, social worker, rehabilitation therapist, and level of care staff). Individualized treatment plans address each patient's reason for referral and the expected treatment goals. Treatment modalities include individual therapy, group therapy (e.g., substance abuse treatment, CBT, DBT, medication and symptom management, and others). Psychiatric sick call for the management of urgent conditions is held seven days a week on all ICF units. PC 2684 patients receive medical care from DSH-X physicians and surgeons. Medical sick call is held every day, seven days a week on all ICF treatment units.

A comprehensive utilization review process (defined in the MOU and joint policy) has been implemented at DSH-X. Patients who have achieved treatment goals either return to CDCR at a recommended level of care or discharge to parole.

# 3  Executive Summary: Seclusion, Restraints, and Enhanced Observations

## 3.1  Executive Summary
[insert executive summary here]


## 3.2  Use of Restraints
Five-point Restraint, also known as full bed restraint (FBR), is the application of belts and cuffs to the patient's wrists, ankles and waist, including a waist belt that is fastened to a bed in a room designated for full bed restraints.  Belts and Cuffs, also known as wrist-to-waist restraints are any combination of restraints fastened around the patient's wrists, waist and/or ankles to limit the range of motion of arms and legs.  Seclusion and restraint is not used as punishment, retaliation, or for the convenience of staff.

### 3.2.1  Analysis
[insert analysis here]

### 3.2.2  Recommendations
[insert recommendations here]

## 3.3   Use of Seclusion

Seclusion is the involuntary confinement of a patient alone in a room or an area from which the patient is physically prevented from leaving. Seclusion within the State Hospital requires a medical staff order. Seclusion also does not describe "time-out" strategies, wherein a patient agrees to remain in an unlocked room or area and maintains the choice to leave.

**3.3.1**   Analysis
[insert analysis here]

**3.3.2**   Recommendations
[insert recommendations here]

## 3.4   Use of Enhanced Observations

One-to-one, two-to-one, line of sight, and Q15 minute checks are all considered types of enhanced observation.

**3.4.1**   Analysis
[insert analysis here]

**3.4.2**   Recommendations
[insert recommendations here]

# 4   Executive Summary: Incidents

## 4.1  Executive Summary

[insert executive summary here]

## 4.2   Aggressive act to self

Self-inflicted act with or without injuries and without suicidal intent. For example, burns, head banging, cutting, hunger strike, insertion/ingestion of foreign bodies or potentially toxic substances. Do not use for water intoxication.

**4.2.1**   Analysis
[insert analysis here]

**4.2.2**   Recommendations
[insert recommendations here]

## 4.3  Aggressive act to another patient (physical) (contact or contact attempted)

Hitting, biting, pushing, kicking, spitting, gassing or the throwing of other items, or similar acts directed against another patient to cause potential or actual injury.

Aggressive Act – Physical Contact: physical contact was made

Aggressive Act – Physical Contact Attempted: Physical movement attempting to assault without making contact. This may also include lunging without making physical contact.

**4.3.1**  Analysis
[insert analysis here]

**4.3.2**  Recommendations
[insert recommendations here]

## 4.4  Aggressive act to staff (physical) (contact or contact attempted)

Hitting, biting, pushing, kicking, spitting, gassing or the throwing of other items, or similar acts directed against staff to cause potential or actual injury.

Aggressive Act – Physical Contact: physical contact was made

Aggressive Act – Physical Contact Attempted: Physical movement attempting to assault without making contact. This may also include lunging without making physical contact.

**4.4.1**  Analysis
[insert analysis here]

**4.4.2**  Recommendations
[insert recommendations here]

## 4.5  Incidents of Rules Violations (RVR)

**4.5.1**  Analysis
[insert analysis here]

**4.5.2**  Recommendations
[insert recommendations here]

## 4.6  Suicide

A self-inflicted injury resulting in death.

**4.6.1**  Analysis
[insert analysis here]

**4.6.2**   Recommendations
[insert recommendations here]


## 4.7  Suicide Attempt
Patient's behavioral acts with suicidal intent such as cutting, attempted hanging, ingestion of foreign bodies or potentially toxic substances.

**4.7.1**   Analysis
[insert analysis here]

**4.7.2**   Recommendations
[insert recommendations here]

| LOS at SIRDate | Aggression | Medical | Self-Harm | Other | Total | Patient Days per Category | Controlled for Population | % of SIRs |
|---|---|---|---|---|---|---|---|---|
| 0 - 7 Days | #DIV/0! | ### | 1 ### | #### | #### | | #DIV/0! | #DIV/0! |
| 7 - 14 Days | #DIV/0! | ### | 2 ### | #### | #### | | #DIV/0! | #DIV/0! |
| 14 - 21 Days | #DIV/0! | ### | 1 ### | #### | #### | | #DIV/0! | #DIV/0! |
| 21 - 28 Days | #DIV/0! | ### | 1 ### | #### | #### | | #DIV/0! | #DIV/0! |
| 28 - 35 Days | #DIV/0! | ### | 0 ### | #### | #### | | #DIV/0! | #DIV/0! |
| 35 - 42 Days | #DIV/0! | ### | 0 ### | #### | #### | | #DIV/0! | #DIV/0! |
| 42 - 49 Days | #DIV/0! | ### | 0 ### | #### | #### | | #DIV/0! | #DIV/0! |
| 49 - 56 Days | #DIV/0! | ### | 0 ### | #### | #### | | #DIV/0! | #DIV/0! |
| 56 - 63 Days | #DIV/0! | ### | 0 ### | #### | #### | | #DIV/0! | #DIV/0! |
| 63 - 70 Days | #DIV/0! | ### | 0 ### | #### | #### | | #DIV/0! | #DIV/0! |
| 70 - 77 Days | #DIV/0! | ### | 0 ### | #### | #### | | #DIV/0! | #DIV/0! |
| 77 - 84 Days | #DIV/0! | ### | 0 ### | #### | #### | | #DIV/0! | #DIV/0! |
| 84 - 90 Days | #DIV/0! | ### | 1 ### | #### | #### | | #DIV/0! | #DIV/0! |
| | 0 | 0 | 6 | 0 | 0 | 0 | | |


# 5  Executive Summary: Medication
## 5.1  Executive Summary
[include executive summary here]


## 5.2  Use of Medication (Emergency and Non-Emergency)
**5.2.1**   Clozapine

[Select a facility.]
Governing Body Report - Coleman – 2684 Report

Patients started and maintained on Clozapine

5.2.1.1  Analysis
Patients started on Clozapine while at DSH

| Medical record number of patient | Number of incidents prior to initiation of Clozapine | Date Clozapine initiated | Post initiation of Clozapine | | |
|---|---|---|---|---|---|
| | | | Number of incidents within first 30 days | Number of incidents 31-60 days | Number of incidents 61-90 days |
| | | | | | |
| | | | | | |

[insert recommendations here]

5.2.1.2  Recommendations
[insert recommendations here]

## 5.3  Involuntary Use of Medication (Emergency and Non-Emergency)
Ordered and administered STAT medications.

### 5.3.1  Analysis
[insert analysis here]

### 5.3.2  Recommendations
[insert recommendations here]

# 6  Executive Summary: Treatment Hours

## 6.1  Executive Summary
[insert executive summary here]

## 6.2  Summary of Treatment Hours
All patients will be offered, on average, 20 hours of treatment each week.  Of the 20 hours of offered treatment, at least 10 hours will be core treatment consisting of Core Groups, Individual Therapy or Clinical Contacts (as defined below).

Newly admitted patients within the last 30 days will not be counted within the "Average Number of Treatment Hours" table.  There will be a separate table titled "Newly Admitted Patients" recording hours of treatment for patients during the first 30 days following admission to the hospital.

Patients with higher clinical needs where 20 hours of group per week is not clinically indicated, will have the justification within his/her treatment plan along with objectives and interventions

7

to assist the patient in attending groups.  These outliers will be excluded from the "Average Number of Treatment Hours" table but will have monthly treatment plan audits and will be described in the analysis portion of this report.

## 6.3  Definitions

**Core Group Hours** – consists of therapeutic groups that focus on meeting treatment expectations, educating patients regarding psychiatric and psychological disorders and/or specific skills for managing those disorders.  This includes but is not limited to groups focused on mental health education, symptom management, coping skills, social skills, relaxation, stress management, anger management, substance recovery, life skills and problem solving. These groups follow a specific lesson plan or group protocol with specific objectives for each weekly session and are documented in My Activity Participation Plan (MAPP) Module in WaRMSS.

**Supplemental Group Hours** – are leisure activities that may increase or promote prosocial activities and positive leisure engagement that do not have a lesson plan or specific objectives. During these groups (*e.g.*, bingo, movie groups, bowling or courtyard activities, exercise groups) staff will provide informal structure. These groups are recorded in the Supplemental Activities Module in WaRMSS.

**Individual Therapy** – Any therapeutic session where one clinician (psychiatrist, psychologist, social work or rehabilitation therapist) meets with one patient for more than 15 minutes. These sessions are goal directed and have specific desired outcomes. These sessions are part of the patient's treatment plan and are re-occurring.  These sessions are recorded in WaRMSS.

**Clinical Contacts** – Unscheduled clinical contact where one staff member meets with one patient to address a patient's unpredictable needs or provide informal education. This type of contact is recorded in WaRMSS. Staff must also document the session within the medical record.

**DSH Treatment Group Audit** – a tool that is utilized by supervising clinicians to evaluate the quality of clinical skills utilized within the group setting.

## 6.4  Analysis

[insert analysis here]

## 6.5  Recommendations

[insert recommendations here

# 7  Executive Summary: Management Indicators

## 7.1  Executive Summary

[insert executive summary here]

## 7.2  Staffing, admissions, discharges, and length of stay

### 7.2.1  Analysis

[insert analysis here]

### 7.2.2  Recommendations

[insert recommendations here]

# 8  Detailed Report: Use of Restraints

## 8.1  Use of Restraints Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **8.1** | **Use of restraints** | | | | | | |
| 8.1.1 | Number of restraint episodes | | | | | | |
| | Rate 8.1.1 | | | | | | |
| 8.1.2 | Total hours in restraint | | | | | | |
| | Rate 8.1.2 | | | | | | |
| 8.1.3 | Average time in restraints | | | | | | |

## 8.2  Use of Restraints – # of Restraint Episodes Initiated by Day of Week

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| 8.2 Use of restraints by Day of Week: | | | | | | |
| Sunday | | | | | | |
| Monday | | | | | | |
| Tuesday | | | | | | |
| Wednesday | | | | | | |
| Thursday | | | | | | |
| Friday | | | | | | |
| Saturday | | | | | | |

## 8.3  Use of Restraints – # of Restraint Episodes Initiated by Shift

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|

| 8.3 Use of Restraints by Shift: | | | | | | |
|---|---|---|---|---|---|---|
| AM | | | | | | |
| PM | | | | | | |
| NOC | | | | | | |

## 8.4 Use of Restraints – DSH 2684 Restraint Audit Tool (Rev 06/2021)

| Audit Plan:    100% Audit per month | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
| Number of Audits Conducted | | | | | | |
| 8.4 Use of Restraints % Compliance | % | % | % | % | % | % |
| 1. The Interdisciplinary note described specific behavior demonstrated by the patient that was imminently dangerous to self or others. | | | | | | |
| 2. Each State hospital shall comply with 42 C.F.R. § 483.360(f), requiring assessments by a physician or licensed clinical professional of any patient placed in restraints within one hour, and | | | | | | |
| 2a. The order was obtained within 15 minutes from the initiation of restraints. | | | | | | |
| 2b. The RN conducted an assessment within 15 minutes of the initiation of restraints and documented in the IDN, and | | | | | | |
| 2c. The Physician conducted a face-to-face evaluation of the patient in restraints within one hour from the initiation of restraints, the note described specific behavior that was imminently dangerous to self or others and was documented in the Physician Progress Note. | | | | | | |
| 3. The IDN described specific, less-restrictive interventions that were tried prior to the use of restraints or there is clinical justification when less-restrictive interventions were not used. | | | | | | |
| 4. Restraints are not used in the absence of, or as an alternative to, active treatment. | | | | | | |
| 4a. There is a Focus of Hospitalization that targets the behavior that required the patient to be placed in restraints. | | | | | | |
| 4b. There is a linked objective. | | | | | | |
| 4c. There is at least one linked intervention (any formal group, individual therapy, or behavioral intervention) for the target behavior that required the patient to be placed in restraints. | | | | | | |

| 5. The patient was released from restraints as soon as the violent or dangerous behavior that created the emergency was no longer displayed and the patient met the release criteria on the restraints order. | | | | | | |
|---|---|---|---|---|---|---|

## 8.5  Additional Comments

[insert additional comments here]

# 9  Detailed Report: Use of Seclusion

## 9.1  Use of Seclusion Summary Table

| Outcome Measure Indicator # | Patient days: | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | **Report for Hospital: Months** | | | | | | |
| | **Formula=(Incidents/Patient Days) * 1000** | | | | | | |
| **9.1** | **Use of seclusion** | | | | | | |
| **9.1.1** | Number of seclusion episodes | | | | | | |
| | Rate 9.1.1 | | | | | | |
| **9.1.2** | Total hours in seclusion | | | | | | |
| | Rate 9.1.2 | | | | | | |
| **9.1.3** | Average time in seclusion | | | | | | |

## 9.2  Use of Seclusion – # of Seclusion Episodes Initiated by Day of Week

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| 9.2 Use of seclusion by Day of Week: | | | | | | |
| Sunday | | | | | | |
| Monday | | | | | | |
| Tuesday | | | | | | |
| Wednesday | | | | | | |
| Thursday | | | | | | |
| Friday | | | | | | |
| Saturday | | | | | | |

## 9.3  Use of Seclusion – # of Seclusion Episodes Initiated by Shift

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| 9.3 Use of Seclusion by Shift: | | | | | | |
| AM | | | | | | |
| PM | | | | | | |
| NOC | | | | | | |

## 9.4  Use of Seclusion – DSH 2684 Seclusion Audit Tool (Rev 06/2021)

| Audit Plan:    100% Audit per month | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
| Number of Audits Conducted: | | | | | | |
| 9.4 Use of Seclusion % Compliance | % | % | % | % | % | % |
| 1. The Interdisciplinary note described specific behavior demonstrated by the patient that was imminently dangerous to self or others. | | | | | | |
| 2. Each State hospital shall comply with 42 C.F.R. § 483.360(f), requiring assessments by a physician or licensed clinical professional of any patient placed in seclusion within one hour, and | | | | | | |
| 2a. The order was obtained within 15 minutes from the initiation of seclusion. | | | | | | |
| 2b. The RN conducted an assessment within 15 minutes of the initiation of seclusion and documented in the IDN, and | | | | | | |
| 2c. The Physician conducted a face-to-face evaluation of the patient in seclusion within one hour from the initiation of seclusion, the note described specific behavior that was imminently dangerous to self or others and was documented in the Physician Progress Note. | | | | | | |
| 3. The IDN described specific, less-restrictive interventions that were tried prior to the use of seclusion or there is clinical justification when less-restrictive interventions were not used. | | | | | | |
| 4. Seclusion is not used in the absence of, or as an alternative to, active treatment. | | | | | | |
| 4a. There is a Focus of Hospitalization that targets the behavior that required the patient to be placed in seclusion. | | | | | | |
| 4b. There is a linked objective. | | | | | | |
| 4c. There is at least one linked intervention (any formal group, individual therapy, or behavioral intervention) for the target behavior that required the patient to be placed in seclusion. | | | | | | |
| 5. The patient was released from seclusion as soon as the violent or dangerous behavior that created the emergency was no longer displayed and the patient met the release criteria on the seclusion order. | | | | | | |

12

## 9.5  Additional Comments

[insert additional comments here]

# 10 Detailed Report: Use of Enhanced Observation

## 10.1 Use of Enhanced Observation Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **10.1** | **Use of Enhanced Observation** | | | | | | |
| **10.1.1** | Total number of episodes of 1-1 observation | | | | | | |
| | Rate 10.1.1 | | | | | | |
| **10.1.2** | Total hours on 1-1 | | | | | | |
| | Rate 10.1.2 | | | | | | |
| **10.1.3** | Average hours on 1-1 | | | | | | |
| **10.1.4** | Total number of episodes of 2-1 observation | | | | | | |
| | Rate 10.1.4 | | | | | | |
| **10.1.5** | Total hours on 2-1 | | | | | | |
| | Rate 10.1.5 | | | | | | |
| **10.1.6** | Average hours on 2-1 | | | | | | |
| **10.1.7** | Total number of episodes of Q15 min observation | | | | | | |
| | Rate 10.1.7 | | | | | | |
| **10.1.8** | Total hours on Q15 min | | | | | | |
| | Rate 10.1.8 | | | | | | |
| **10.1.9** | Average hours on Q15 min | | | | | | |
| **10.1.10** | Total number of episodes of line of sight observation | | | | | | |
| | Rate 10.1.10 | | | | | | |
| **10.1.11** | Total hours on line of sight observation | | | | | | |
| | Rate 10.1.11 | | | | | | |
| **10.1.12** | Average hours on line of sight observation | | | | | | |

## 10.2 Use of Enhanced Observation by Type and Reason

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| 10.2 Episodes of Enhanced Observation by **Type and Reason**: | | | | | | |
| 1:1 / LOS - Medical | | | | | | |
| 1:1 / LOS - Danger to Self | | | | | | |
| 1:1 / LOS - Danger to Others | | | | | | |
| 1:1 / LOS - Other | | | | | | |
| 2:1 - Medical | | | | | | |
| 2:1 - Danger to Self | | | | | | |
| 2:1 - Danger to Others | | | | | | |
| 2:1 - Other | | | | | | |
| Q15 Minute Obs. – Medical | | | | | | |
| Q15 Minute Obs. – Danger to Self | | | | | | |
| Q15 Minute Obs. – Danger to Others | | | | | | |
| Q15 Minute Obs. – Other | | | | | | |

## 10.3 Additional Comments

[insert additional comments here]

# 11 Detailed Report: Incidents of Aggression

## 11.1 Incidents (Aggression) Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **11.1** | **Incident reports** | | | | | | |
| **11.1.1** | Number of incidents of aggressive act to self | | | | | | |
| | Rate 11.1.1 | | | | | | |
| **11.1.2** | Number of incidents of aggressive act to another patient (physical) | | | | | | |
| | Rate 11.1.2 | | | | | | |
| **11.1.3** | Number of incidents of aggressive act to staff (physical) | | | | | | |
| | Rate 11.1.3 | | | | | | |

## 11.2 Incidents (Aggressive Act to Self) by Day of Week

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| 11.2 # of incidents of aggressive act to self (SS) | | | | | | |
| Sunday | | | | | | |
| Monday | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tuesday | | | | | | |
| Wednesday | | | | | | |
| Thursday | | | | | | |
| Friday | | | | | | |
| Saturday | | | | | | |

## 11.3 Incidents (Aggressive Act to Peers) by Day of Week

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| 11.3 # of incidents of aggressive act to Peers (A2) | | | | | | |
| Sunday | | | | | | |
| Monday | | | | | | |
| Tuesday | | | | | | |
| Wednesday | | | | | | |
| Thursday | | | | | | |
| Friday | | | | | | |
| Saturday | | | | | | |

## 11.4 Incidents (Aggressive Act to Staff) by Day of Week

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| 11.4 # of incidents of aggressive act to Staff (A4) | | | | | | |
| Sunday | | | | | | |
| Monday | | | | | | |
| Tuesday | | | | | | |
| Wednesday | | | | | | |
| Thursday | | | | | | |
| Friday | | | | | | |
| Saturday | | | | | | |

## 11.5 Incidents (Aggressive Act to Self) by Shift

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| 11.5 # of incidents of aggressive act to self (SS) | | | | | | |
| AM | | | | | | |
| PM | | | | | | |
| NOC | | | | | | |

## 11.6 Incidents (Aggressive Act to Peers) by Shift

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|

15

| | | | | | | |
|---|---|---|---|---|---|---|
| 11.6 # of incidents of aggressive act to peers (A2) | | | | | | |
| AM | | | | | | |
| PM | | | | | | |
| NOC | | | | | | |

## 11.7 Incidents (Aggressive Act to Staff) by Shift

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| 11.7 # of incidents of aggressive act to staff (A4) | | | | | | |
| AM | | | | | | |
| PM | | | | | | |
| NOC | | | | | | |

## 11.8 Incidents by Location – Aggressive Act to Self by Location

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| 11.8 # of incidents of aggressive act to self (SS) | | | | | | |
| Bedroom | | | | | | |
| Bathroom | | | | | | |
| Quiet Room | | | | | | |
| Dining Room | | | | | | |
| Group Room | | | | | | |
| Off Unit | | | | | | |
| Other | | | | | | |
| Office Area | | | | | | |
| Hallway | | | | | | |
| Day hall | | | | | | |

## 11.9 Incidents by Location – Aggressive Act to Peers by Location

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| 11.9 # of incidents of aggressive act to peers (A2) | | | | | | |
| Bedroom | | | | | | |
| Bathroom | | | | | | |
| Quiet Room | | | | | | |
| Dining Room | | | | | | |
| Group Room | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Off Unit | | | | | | |
| Other | | | | | | |
| Office Area | | | | | | |
| Hallway | | | | | | |
| Day hall | | | | | | |

## 11.10 Incidents by Location – Aggressive Act to Staff by Location

| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| 11.10 # of incidents of aggressive act to staff (A4) | | | | | | |
| Bedroom | | | | | | |
| Bathroom | | | | | | |
| Quiet Room | | | | | | |
| Dining Room | | | | | | |
| Group Room | | | | | | |
| Off Unit | | | | | | |
| Other | | | | | | |
| Office Area | | | | | | |
| Hallway | | | | | | |
| Day hall | | | | | | |

## 11.11 Additional Comments

[insert additional comments here]

# 12 Detailed Report: Incidents of Rules Violations (RVR)

## 12.1 Incidents of Rules Violations (RVR) Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 12.1 | RVR | | | | | | |
| 12.1.1 | Number of patients receiving at least one RVR during the month | | | | | | |
| | Rate 12.1.1 | | | | | | |
| 12.1.2 | Number of patients provided MH Assessments during month per Title 15 and DOM | | | | | | |

## 12.2 Additional Comments

[Select a facility.]
Governing Body Report - Coleman – 2684 Report

[insert additional comments here]

## 13 Detailed Report: Incidents of Suicide Attempts/Suicide

### 13.1 Incidents of Suicide/Suicide Attempts Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **13.1** | **Suicide Attempt/Suicide** | | | | | | |
| **13.1.1** | Number of Suicide Attempts | | | | | | |
| | Rate 13.1.1 | | | | | | |
| **13.1.2** | Number of Suicides | | | | | | |
| | Rate 13.1.2 | | | | | | |

### 13.2 Additional Comments

[insert additional comments here]

## 14 Detailed Report: Medications – Use of Clozapine

### 14.1 Use of Clozapine Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **14.1** | **Use of Clozapine** | | | | | | |
| **14.1.1** | Number of maintenance / maintained | | | | | | |
| | rate 14.1.2 | | | | | | |

### 14.2 Additional Comments

[insert additional comments here]

## 15 Detailed Report: Use of Involuntary Medications

### 15.1 Use of Involuntary Medications Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |

| 15.1 | Use of Involuntary Medications | | | | | | |
|------|--------------------------------|--|--|--|--|--|--|
| 15.1.1 | Number of Stat medications ordered for psych reasons | | | | | | |
| | Rate 15.1.1 | | | | | | |
| 15.1.2 | Number of new admits on PC 2602 | | | | | | |
| | Rate 15.1.2 | | | | | | |
| 15.1.3 | Number of PC 2602 initiated for current patients | | | | | | |
| | Rate 15.1.3 | | | | | | |
| 15.1.4 | Number of PC 2602 renewed for current patients | | | | | | |
| | Rate 15.1.4 | | | | | | |

## 15.2 Additional Comments

[insert additional comments here]

# 16 Detailed Report: Treatment Hours

## 16.1 Average # of Treatment Hours

| 16.1 Group Therapy ICF | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
| **Core Group Hours - ICF** | | | | | | |
| Average number of hours per patient offered Core Groups per week | | | | | | |
| Average number of hours per patient attended Core Groups per week | | | | | | |
| **Supplemental Group Hours -** | | | | | | |
| Average number of hours per patient offered Supplemental Groups per week | | | | | | |
| Average number of hours per patient attended Supplemental Groups per week | | | | | | |
| **Clinical Contacts -** | | | | | | |
| Average number of hours per patient attended Clinical Contacts per week | | | | | | |
| Number of patients attending Clinical Contacts | | | | | | |
| **Individual Therapy –** | | | | | | |
| Average number of hours per patient attended Individual Therapy per week | | | | | | |
| Number of patients attending individual therapy | | | | | | |
| **Total Hours of Treatment -** | | | | | | |

[Select a facility.]
Governing Body Report - Coleman – 2684 Report

| Total average hours of treatment per patient per week | | | | | | |
|---|---|---|---|---|---|---|

## 16.2 Newly Admitted Patients Treatment Hours

| 16.2 Group Therapy ICF | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
| **Core Group Hours - ICF** | | | | | | |
| Average number of hours per patient offered Core Groups per week | | | | | | |
| Average number of hours per patient attended Core Groups per week | | | | | | |
| **Supplemental Group Hours -** | | | | | | |
| Average number of hours per patient offered Supplemental Groups per week | | | | | | |
| Average number of hours per patient attended Supplemental Groups per week | | | | | | |
| **Clinical Contacts -** | | | | | | |
| Average number of hours per patient attended Clinical Contacts per week | | | | | | |
| Number of patients attending Clinical Contacts | | | | | | |
| **Individual Therapy –** | | | | | | |
| Average number of hours per patient attended Individual Therapy per week | | | | | | |
| Number of patients attending individual therapy | | | | | | |
| **Total Hours of Treatment -** | | | | | | |
| Total average hours of treatment per patient per week | | | | | | |

*Treatment = At least 10 hours of Core Treatment (Core groups, Individual Therapy and Clinical Contacts) and additional supplemental treatment to equal at least 20 hours per week.*

## 16.3 Treatment Group Observation Audit Data

| Audit Plan:    10% Audit per month | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | Month | Month | Month | Month | Month | Month |
| **Number of Audits Conducted:** | | | | | | |
| 9.4 Treatment Group % Compliance | % | % | % | % | % | % |
| **1.** Session starts and ends within five minutes of designated times. | | | | | | |
| **2.** Prior session material is reviewed as relevant. | | | | | | |
| **3.** Equipment is counted and utilized safely. | | | | | | |
| **4.** Co-provider was actively engaged. | | | | | | |
| **5.** The facilitator's style and structure for the group attempts to engage all participants. | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6. Preplanning is apparent. | | | | | | |
| **7.** Facilitator introduces topics or treatment activities. | | | | | | |
| **8.** Facilitator maintains therapeutic boundaries. | | | | | | |
| **9.** Facilitator demonstrates group management skills. | | | | | | |
| **10.** Facilitator maintains professionalism. | | | | | | |
| **11.** Facilitation of the group allows room for the expression of individual differences and cultural diversity. | | | | | | |
| **12.** Facilitator gives feedback to group participants. | | | | | | |
| **13.** Facilitator identifies and utilizes participant's strengths. | | | | | | |
| 14. The facilitation of the group and the content of the activities accommodate limitations of the participants. | | | | | | |
| **15.** Facilitator checks for learning. | | | | | | |
| **16.** When asked, facilitator can explain the purpose and the therapeutic benefits of the group. | | | | | | |
| **17.** Facilitator brings closure to the group. | | | | | | |

## 16.4 2684 Treatment Plan Audit Data

| Audit Plan:    20% Audit per month plus 100% of patients excluded from Treatment Hours table | | | | | | |
|---|---|---|---|---|---|---|
| **Report for Hospital: Months** | Month | Month | Month | Month | Month | Month |
| **Number of Audits Conducted:** | | | | | | |
| 9.4 Treatment Group % Compliance | % | % | % | % | % | % |
| 1. The treatment plan was finalized as per policy. | | | | | | |
| 2. The patient's age is accurately documented. | | | | | | |
| 3. Current group attendance percentage is listed under current interventions/clinical summary. | | | | | | |
| 4. The course of hospitalization section contains information about the patient's current status as it relates to treatment. | | | | | | |
| 5. Focus statements are written for each identified area of treatment. | | | | | | |
| 6. Each focus statement has a corresponding objective. | | | | | | |
| 7. Each objective is measurable. | | | | | | |
| 8. Each objective has at least one intervention. | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9. There is a plan for patient transfer to CDCR. | | | | | | |
| 10. Treatment outcome expectations based on reason for referral is addressed. | | | | | | |
| 11. The violence risk assessment is current and integrated into the treatment plan as clinically indicated. | | | | | | |
| 12. The suicide risk assessment is current and integrated into the treatment plan as clinically indicated. | | | | | | |
| 13. Other risk factors are identified and integrated into the treatment plan as clinically indicated. | | | | | | |
| 14. There is a summary of treatment progress including groups taken. | | | | | | |
| 15. Updated patient progress toward each treatment outcome expectation is documented. | | | | | | |
| 16. If the patient was not offered 20 hours of treatment* per week in the previous month, is there a focus statement, objective, and one or more interventions addressing increasing the patient's treatment hours? | | | | | | |
| 17. If the treatment team recommended that the patient receive individual therapy, did the patient receive individual therapy? | | | | | | |
| 18. If the patient attended less than 40% of his/her treatment hours on average in the previous month, is there a focus statement, objective, and one or more interventions addressing increasing the patient's group attendance. | | | | | | |

## 16.5 Additional Comments

[insert additional comments here]

# 17 Detailed Report: Management Indicators – Staffing Allocations and Vacancies

## 17.1 Management Indicators (Staffing and Census) Data – Staffing Allocations

| Program-Wide | | | | | | | |
|---|---|---|---|---|---|---|---|
| Administration | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Executive Director | | | | | | | |
| Clinical Administrator | | | | | | | |

22

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hospital Administrator | | | | | | | |
| Nurse Administrator | | | | | | | |
| Medical Director | | | | | | | |
| Chief Psychiatry | | | | | | | |
| Program Director | | | | | | | |
| Program Assistant | | | | | | | |
| Nursing Coordinator | | | | | | | |
| **Supervision** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Unit Supervisor | | | | | | | |
| Supervising Psychologist | | | | | | | |
| Supervising Social Worker | | | | | | | |
| Supervising Rehabilitation Therapist | | | | | | | |
| Senior Psychiatrist | | | | | | | |
| **Level of Care (ICF)** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Nurse Practitioner | | | | | | | |
| HSS | | | | | | | |
| Sr Psych Tech | | | | | | | |
| Registered Nurse | | | | | | | |
| Psych Tech | | | | | | | |
| **Clinical Staff** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Psychiatrist | | | | | | | |
| Tele-psychiatrist | | | | | | | |
| Psychologist | | | | | | | |
| Social Worker | | | | | | | |
| Rehab Therapist | | | | | | | |
| **Hospital Police** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Police Sergeant | NA | NA | NA | NA | NA | NA | NA |
| Police Officer | NA | NA | NA | NA | NA | NA | NA |

## 17.2 Management Indicators (Staffing and Census) Data – Patient Census Data

| Management Indicators Patient Census | | | | | | |
|---|---|---|---|---|---|---|
| | Month | Month | Month | Month | Month | Month |
| Average daily census | | | | | | |

23

[Select a facility.]
Governing Body Report - Coleman – 2684 Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Average length of stay | | | | | | |
| Median length of stay | | | | | | |
| Admission per month | | | | | | |
| Discharges per month | | | | | | |

## 17.3 Additional Comments

**END OF REPORT**

Submitted By:

_____
Executive Director

# California Department of State Hospitals
# Continuous Quality Improvement



## Overview

The Department of State Hospitals (DSH) utilizes a multifaceted, clinically driven approach to Continuous Quality Improvement (CQI) consisting of four major components: the Clinical Operations Division, the Quality Improvement Division, the Patient Safety Organization / Patient Safety Evaluation System, and local efforts at each state hospital.  The multi-level DSH CQI processes ensure that all clinical disciplines at every level of the system are involved in the evaluation and improvement of the clinical care at DSH.

**Statewide Practices**

**Clinical Operations Advisory Council (COAC)**

The Clinical Operations Advisory Council (COAC) is an interdisciplinary team comprised of clinicians from each clinical discipline. The focus of the COAC team is quality improvement to both clinical care and data collection methodologies.  COAC identifies best practices both within DSH facilities and other systems, and employs a 'ground-up' change model that provides clinical staff with a voice for sharing critical clinical priorities, ideas, and needs from the front lines of our facilities, so that real time clinical experience is constantly informing the decision-making process at DSH-Sacramento.   In addition, the COAC provides a conduit of clear, effective, and timely communication of statewide information to clinical staff throughout DSH.  The COAC team's quality improvement (QI) efforts are separated into two domains: establishing statewide standards and conducting bi-yearly on-site hospital visits.

To establish statewide standards for clinical documentation and auditing, the team facilitates regularly scheduled meetings with each discipline's clinical service chiefs at the hospitals.  This process facilitates the standardization of clinical documentation and auditing practices.  They utilize an inclusive governance structure to ensure endorsement and approval from all levels of clinical leadership.

The COAC's on-site hospital visits are broken-up in three distinct phases: pre-visit, on-site, and post-visit.

- Pre-visit Phase: The COAC reviews hospital-specific data reports that inform them of significant incidents that have occurred since their last visit.  It also reviews electronic versions of clinical documentation.
- On-site Phase: The COAC meets with clinical leadership, level of care staff, conducts chart and auditing reviews, and observes treatment planning conferences as well as core treatment groups and supplemental activities.  At the end of the visit, COAC immediately provides an executive summary to hospital leadership that outlines any key findings as well as recommendations for improvement.
- Post-visit Phase: The COAC writes an extensive discipline-specific report that covers the adoption and use of standardized statewide clinical forms, auditing tools and practices, the status of discipline specific statewide priorities, and provides essential clinically relevant recommendations which are reviewed during the following on-site visit.

**Psychopharmacology Resource Network (PRN)**

The Psychopharmacology Resource Network (PRN) is a team of experts focused on quality improvement in the area of psychopharmacology, one of the most important clinical interventions in the DSH system. The PRN team provides extensive consultation

and assistance to clinicians in the initiation of medications, cross-titration of complex medication regimens, initiation or change to long acting injectable (LAI) antipsychotics, use of plasma level of antipsychotics to guide treatment, and management of adverse drug reactions.

In addition to consultation, the PRN team provides statewide lectures to promote professional growth among staff psychiatrists. The PRN weekly Continuing Medical Education (CME) Lecture Series is broadcasted to all DSH hospitals and select CDCR facilities. These lectures are recorded and uploaded to the DSH PRN YouTube site for use by community psychiatrists.

The PRN team regularly reviews medical literature in order to provide up-to-date and evidenced based treatment recommendations. They are also often called to attend risk assessment/committee meetings and provide their expertise and knowledge in implementing complex treatment planning recommendations.

The PRN team regularly uses data to evaluate the impact of prescribing practices on hospital-wide outcomes. They use their research-based knowledge to drive policy changes and enhance treatment both system-wide and locally. The PRN produces and distributes two important reports.

- The DSH Clozapine Use Monitoring (Clozapine Report): The Clozaril Report tracks the use of clozapine by hospital and provider with the goal of increasing clozapine use in our system.
- The High-Risk Medication Use Monitoring Report (Anticholinergic Report): The Anticholinergic Report tracks the use of two or more anticholinergic drugs by hospital and provider with the goal of decreasing this high-risk practice.

The PRN team is actively involved in making medication policy decisions locally and statewide that affect prescribing practices among staff psychiatrists. They also collaborate with the Australian Justice Health & Forensic Health Network to further expand specific medication practices in forensic settings, and they are in the process of implementing similar case conferences and collaboration with the Irish forensic system.


**Data Analytics, Treatment and Assessment (DATA) Unit**

The use of evidence-based data is an integral component of informing and driving clinical decision making. As such, data analysis is critically important in measuring and tracking the quality of clinical care over time. In a forensic setting, the safety of both patients and staff is paramount, and the development of both data driven policies and clinical decisions is critical in serving to increase safety. Within the California Department of State Hospitals, data inform medical decisions and drive implementation of systemic processes.

The mission of the Data Analytics, Treatment and Assessment (DATA) Unit is focused on the clinical aspects of the following: ensuring standardized statewide data integrity; understanding current business systemwide data architecture; assisting in the future development of new data collection systems; and analyzing, reporting, and, as applicable, publishing clinical data related to violence and other pertinent clinical issues. The team is also expert in the area of implementation science and has worked to implement programs such as Cognitive Rehabilitation, Violence Risk Assessment, and Dialectical Behavior Therapy. The unit is comprised of psychologists across two teams: the Analytics and Research Team and the UC Davis Research Team.

**Statewide Quality Improvement (SQI) Division**

The DSH Statewide Quality Improvement (SQI) Division was established in March 2018. This division guides policy formulation and implementation of an integrated DSH quality improvement program at the department's five hospitals. The SQI Division is responsible for monitoring oversight and compliance of policies and procedures with state and federal regulations and laws, including California Department of Public Health Title 22 Licensing Regulations, Cal/OSHA Injury and Illness Prevention and Workplace Violence Prevention Plans and regulations, the Joint Commission hospital accreditation standards, and other State department policies and procedures that require review and mitigation. The SQI Division oversees the monitoring of regulatory agency survey and audit findings; incidents, citations, and deficiencies; and ensures completion of statewide audits, business process re-engineering efforts, environmental/trend assessments, and performance measurement activities.

The Quality Improvement Unit in the SQI Division is comprised of a team of clinicians charged with developing policies and an organizational work plan for system-wide clinical and service-related quality improvement activities.

QI Unit responsibilities:

- Conduct quality improvement program reviews at the State hospitals.
- Lead statewide workgroups to facilitate an integrated, systems approach to quality improvement and regulatory compliance.
- Administer statewide annual Patient Safety Culture Survey, analyze the survey results, and develop performance improvement plans based on survey findings.
- Coordinate DSH's data submission for the annual Western Psychiatric State Hospital Association Benchmarking Project, which includes data on seclusion, restraint, aggressive incidents, and populations served.
- Conduct incident management data validity and reliability reviews.
- In concert with the Statewide Health and Safety Unit, monitor and guide hospital compliance with CCR 3342 workplace violence prevention in healthcare

regulations, including Cal/OSHA incident reporting, root cause analysis, and serious incident debriefing.
- Participate in the DSH Patient Safety Evaluation System (PSES), helping guide patient safety culture and promoting activities to expand patient safety culture practices in the hospitals.
- Manage DSH Joint Commission corporate survey process.
- Coordinate DSH Governing Body monthly meetings and twice yearly 2-day presentation of Governing Body reports.
- Review Coleman Governing Body Reports and guide hospitals in Coleman data analysis, QI response, and related QI projects.
- Develop, review and update Policy Directives related to QI activities.


**Patient Safety Organization (PSO)**

In June 2020, DSH became a member of the listed TEXAS A&M College of Medicine - Rural and Community Health Institute (ARCHI) Patient Safety Organization (PSO).  A PSO is a qualified organization certified and monitored by the US Agency of Healthcare Research and Quality (AHRQ) whose mission and primary purpose is to conduct analysis and provide feedback aimed at improving patient care.

A patient safety work product (PSWP) is any data, reports, records, memoranda, analysis (such as root cause analysis), or written or oral statements which are developed and identified by DSH for the conduct of patient safety activities and which could result in improved patient safety, health care quality, or health care outcomes. DSH's PSWP can be confidentially shared with ARCHI to obtain recommendations on how to improve the quality and care provided to our patients.

Patient Safety Organization programs promote a culture of safety in which staff are encouraged to report incidents, near misses, and unsafe conditions, in order to accelerate organizational learning about patient safety hazards and risks.

DSH has contracted with ARCHI to provide:

- DSH Patient Safety Evaluation System (PSES) Committee support
- The Safety Net – ARCHI's patient safety evaluation reporting system
- DSH Mortality Reviews analysis and recommendations
- Root Cause Analysis training
- DSH Intense Case Analysis (ICA) review and recommendations
- High Risk Process Analysis training
- Just Culture training to implement systems of fair and just responses to staff behaviors involved in incidents
- Patient Safety Organization Program Policy development
- Other safety activities as identified by DSH

## Hospital Based Practices

In addition to the enterprise wide CQI efforts described above, each state hospital that treats Coleman class patients also engages in local CQI practices.

DSH-Atascadero

DSH-Atascadero utilizes 10 different databases to track data regarding Coleman class patients (PC 2684). All patients admitted, discharged, and transferred are tracked by the following:

- Legal commitments
- Demographics
- Diagnosis
- Treatment plan
- Treatment groups
- Enrichment activities
- Incidents of aggression or self-harm
- Medical emergencies
- Contraband
- Elopements
- Sexual incidents
- Restraint
- Seclusion
- Enhanced observations (for suicide watch or medical reasons like choking)
- Every medication and dosage, patient's hospital access to areas (pre-COVID)
- Interventions
- Treatment team assignments
- Medical/psychiatric risks
- Staffing levels and the overtime used for the level of care staff

Auditing is used to measure hospital processes and clinical outcomes. DSH uses a software product called PLATO data analyzer, which is available to all hospitals. Audits are organized by clinical discipline. All audits are in a "Yes" or "No" format, and there are no "GOOD" "FAIR" "POOR" scales. General rules followed to ensure auditing quality are Sample Size, Statistical Control Limits, and Inter-Rater Reliability. Analysis includes process control limits of 2 standard deviations above or below, any trends up or down, and any off-scale lows or repeated measurements. Inter-rater reliability is either peer-to-peer (auditors must agree) or the Gold Standard (auditors follow an expert). Audit results are reviewed by program management, supervising clinicians, and various committees, including the Violence Prevention Committee, Suicide Prevention Committee, Risk Management Committees, Utilization Review Committee, Quality Council, and the Program Review Committee (PRC). The data are also used for

oversight agencies such as the Division of Occupational Safety and Health (Cal/OSHA), California Department of Public Health (CDPH) Licensing, Joint Commission, Coleman, and California Health and Human Services.

The Program Review Committee, whose membership includes program management and supervising clinicians, meets weekly to review any patients who met "trigger" criteria (Aggression/Self-harm/Restraint/Indecent Exposure), which triggers a review of the treatment plan to make certain treatment interventions are appropriate and/or updated.  At the end of each month, all triggered incidents are tallied, analyzed, and reported in the monthly Coleman Governing Body Report. The PRC reviews all data for incidents, treatment hours and audits, speaks to any outliers/trends, and makes recommendations which are recorded on the monthly report.

A current quality improvement focus for the Coleman class patients is ensuring treatment interventions and patient coping skills align with Treatment Outcome Expectations (TOE), are individualized and meaningful, provide a decrease of "trigger" incidents, and result in a reduced length of stay. Program management and clinical supervisors jointly review the result of treatment plan audits to ensure treatment plan clinical content is relevant and that the objectives and interventions align with the TOE. Feedback from treatment plan audits and PRC reviews is given to treatment teams with identified areas corrected by the next monthly treatment team.  The goal is to be at 90% or above TOE alignment with objectives and interventions in the next 3 months, and to analyze data for anticipated correlating reduction in the use of enhanced observation, restraint or seclusion, self-harm, and length of stay.

DSH-Coalinga

DSH-Coalinga uses a CQI model which follows a standard structure of identifying a problem, a solution to the problem, implementing the solution, and assessing to ensure the solution solved the problem. DSH-Coalinga has a Quality Council (QC) which serves as a quality improvement body. The QC provides oversight of hospital quality improvement activities and ensures the hospital operates in adherence with laws, regulations, and policy directives. The QC serves as a hub for change management, collaboration, and coordination of efforts across all programs, services, and departments. The Executive Director is the chair and membership includes the hospital's executive team, clinical service chiefs, program managers and other department heads. The Data Management Unit (DMU) uses various data sources such as the Wellness and Recovery Model Support System (WaRMSS) - a computer program with different modules to collect and capture data. Some of the modules within WaRMSS are the My Activity Planning Participation (MAPPs) which captures group data and the Appointment Scheduler which schedules appointments along with Incident Management where Special Incidents Reports (SIR) are created. In addition, WaRMSS is used to develop patient treatment plans. On a monthly basis, DMU creates a data report that is sent to the Executive Director for review and then posted to the DMU SharePoint for review by program management. Program management reviews the

data looking for any trends, and CQI and Quality Assurance (QA) initiatives are developed when needed.

DSH-Coalinga recently presented on a QI project regarding new individual 1:1 therapy and the clinical contact tracking process for the Psychology Department, Rehabilitation Therapy Department, and Social Work Department. This QI project moved tracking individual therapy from various documentation notes and excel spreadsheets to the Appointment Scheduler module within the WaRMSS database. Prior to the initiation of this QI project, data were not reported in a measurable and meaningful way. Using the Appointment Scheduler in WaRMSS to track individual therapy and clinical contacts allows flexibility for the treating clinician to adjust scheduled times to meet the needs of the patient and the unit acuity simultaneously. It also allows for easy tracking of clinical contacts which are not scheduled. We now show a true rate (or frequency) of delivered individual therapy at a rate of 15.92 (calculation=# of patients delivered individual therapy/patient days *1000). Reviewing the individual therapy data in a rate format allows better comparison to previous months and other facilities regardless of the census amount of a given unit or facility.

DSH-Patton

DSH-Patton uses a variety of databases to track data for Coleman class patients.

- WaRMSS: Gathers Quality Improvement data and is broken up into multiple modules, including Incident Management, Treatment Planning, MAPP (core groups), Supplemental (enrichment groups), and PRN/STAT.
- ASSIST: Gathers data related to staffing.
- ADT: Gathers data related to patient length of stay and is reported by the Business Intelligence Center (BIC) reports.
- The Incident Management System: Identifies, tracks, and trends patient safety events affecting the safety, care, and treatment of patients in each State hospital.

A Special Incident Report (SIR) is created within the Incident Management module for any event that potentially or actually threatens the safety of a patient. This initiates a multi-level review process to ensure appropriate and effective follow-up actions are taken to ensure the safety of patients. Reviews are completed by the treating psychiatrist and psychologist, as well as the unit supervisor, program management, and administration. Various actions are considered at each stage of the review process (e.g. changes to the treatment plan, psychosocial treatments) with the goal of preventing reoccurrence. The Standards Compliance Department reviews all SIRs and consults with program management and the administration as needed. Data that is generated by the WaRMSS database along with other relevant hospital events are reviewed daily by administration, program management and treatment teams during morning meetings, changes of shift, program/service meetings, and treatment planning conferences. This information is then used to inform treatment planning and service delivery, which is then integrated into the

treatment plan. Because of the low census, most quality improvement initiatives are based on individual patients; however, any systemic issues identified are referred to the Quality Council. The Quality Council will address these issues and/or refer them to other performance improvement committees and workgroups as appropriate to initiate quality improvement initiatives.

In 2019, DSH-Patton identified that PC 2684 patients were attending on average fewer than 5 hours of treatment per week. To address this issue, DSH-Patton identified this as a QI project with the goal to increase treatment hours for PC2684 patients. Two initial interventions were identified and implemented in 2020.

- Staff were asked to track unscheduled sessions on the "unscheduled roster" as staff reported that treatment hours were not being reflected in the pre-scheduled treatment rosters.
- Supervisors worked with the unit staff to devise a "Core Treatment Schedule" consisting of a minimum of 10 hours of treatment that all PC2684's would be enrolled in upon admission to the unit.

By October 2019, there was a 41% increase in treatment hours by PC2684 patients. DSH-Patton implemented monthly reviews of the enrolled hours of each PC2684 patient and reported those data to the treatment team and supervisors. Unfortunately, the COVID-19 pandemic and necessary Centers for Disease Control and Prevention/California Department of Public Health measures negatively impacted treatment hours and data collection. To adapt to this crisis, the QI process then shifted to all staff utilizing the "unscheduled roster" to capture all treatment from March 2020 to March 2021. Patton's evaluation is that as the hospital resumes regularly pre-scheduled treatment hours, PC2684 treatment hours will also increase to pre-pandemic levels, and DSH-Patton will continue to assess this progress. DSH-Patton is currently in the middle of this QI process as of April 2021.

**Statewide Indicator Revision Project**

In April 2021, a statewide workgroup was developed to implement recommendations regarding the revision and standardization of statewide indicators from the Coleman Special Master team. The workgroup was chaired by members from SQI, and the membership was made up of members from each hospital that cares for Coleman Class members.  The workgroup followed the following agenda:

Week 1:  Initiate discussion for Indicator Revision – remove, replace, add indicators that are meaningful for the Coleman class patients.  Start discussion regarding standardizing definitions for Core Treatment, Supplemental Treatment, Clinical Contacts and Individual Therapy across all three hospitals.

Week 2:  Finalize indicators and continue discussion regarding standardized definitions for Core Treatment, Supplemental Treatment, Clinical Contacts and Individual Therapy.

Week 3:  Finalize definitions and begin discussions on how core hours, supplemental hours, individual therapy, and clinical contacts will be captured.  Begin discussion on minimum hours for each treatment category.

Week 4:  Finalize how treatment hours will be captured.  Continue discussion on minimum hours for each treatment category. Begin discussion on Treatment Plan Audit.

Week 5:  Finalize minimum hours for each treatment category.  Finalize Treatment Plan Audit.

Week 6:  Begin discussion on Seclusion or Restraint audit and Treatment Group Audit.

Week 7:  Finalize Seclusion or Restraint audit and Treatment Group Audit.  Begin discussions on Coleman Report revision.

Week 8:  Finalize Coleman Report revision.

**On-going Provision to Change Indicators**

Indicators will be reviewed bi-annually by DSH-Sacramento and all hospitals which care for Coleman Class Member patients.  If it is decided that an indicator needs to be added, deleted or modified, DSH-Sacramento will provide a justification for the change to the Office of the Special Master for review and consideration.  Once the Office of the Special Master has approved the modification of the indicator, DSH will incorporate the change into the Semi-Annual Governing Body Coleman Report.

<u>**References**</u>

- Richard C. Hermann, Soeren Mattke, David Somekh, Helena Silfverhielm, Elliot Goldner, Gyles Glover, Jane Pirkis, Jan Mainz, Jeffrey A. Chan; Quality indicators for international benchmarking of mental health care. Int J Qual Health Care 2006; 18 (suppl_1): 31-38.
- Shortell, S. M., O'Brien, J. L., Carman, J. M., Foster, R. W., Hughes, E. F., Boerstler, H., & O'Connor, E. J. (1995). Assessing the impact of continuous quality improvement/total quality management: concept versus implementation. Health services research, 30(2), 377.
- Sackett, D. L. (1997). Evidence-based Medicine How to practice and teach EBM. WB Saunders Company.
- Perlman, C.M., et al., Development of mental health quality indicators (MHQIs) for inpatient psychiatry based on the interRAI mental health assessment.  BMC Health Services Research, 2013. 13 (1): p. 15
- Williams, T.L., et al., Outcomes of an initial set of standardized performance measures for inpatient mental health.  The Joint Commission Journal on Quality and Patient Safety, 2008.  34(7):p. 399-406.
- Jayaram, G., Implementing Performance Improvement and Measuring Psychiatric Care Quality. Psychiatry (Edgmont), 2007. 4(5):p. 58-61.
- Hermann, R.C. and R.H. Palmer, Common ground: a framework for selecting core quality measure for mental health and substance abuse care. Psychiatric Services, 2002.
- Hermann, R.C., Linking outcome measurement with process measurement for quality improvement.  Outcome Measurement in Psychiatry: A Critical Review. Washington, DC, 2002.
- Hermann, R.C., et al., Quality measures for mental health care: results from a national inventory. Medical Care Research and Review, 2000. 57(3 suppl): p. 136-154.
- Donabedian, A., Explorations in quality assessment and monitoring. 1980.
- Hermann, R.C., et al., Developing a quality management system for behavioral health care: The Cambridge health alliance experience.  Harvard Review of Psychiatry, 2000. 8 (5): p. 251-260.
- *Fauman, M., Quality assurance monitoring in psychiatry. Am J of Psychiatry, 1989. 146 :p. 1121-1130.

- Hermann, R. C., Mattke, S., Somekh, D., Silfverhielm, H., Goldner, E., Glover, G., ... & Chan, J. A. (2006). Quality indicators for international benchmarking of mental health care. International Journal for Quality in Health Care, 18(suppl 1), 31-38.
- Heslin K.C., Weiss A.J. Hospital Readmissions Involving Psychiatric Disorders, 2012. HCUP Statistical Brief #189. May 2015. Agency for Healthcare Research and Quality, Rockville, MD. Last accessed March 11, 2016 at http://www.hcup-us.ahrq.gov/reports/statbriefs/sb189-Hospital-Readmissions-Psychiatric-Disorders-2012.pdf
- America's Health Insurance Plans (AHIP), "Working Paper: Simple Methods of Measuring Hospital Readmission Rates," at: https://www.ahip.org/Hospital-Readmissions/, accessed February 25, 2016
- Kilbourne, A. M., Keyser, D., & Pincus, H. A. (2010). Challenges and opportunities in measuring the quality of mental health care. The Canadian journal of psychiatry, 55(9), 549-557.
- Richard C. Hermann, Soeren Mattke, David Somekh, Helena Silfverhielm, Elliot Goldner, Gyles Glover, Jane Pirkis, Jan Mainz, Jeffrey A. Chan; Quality indicators for international benchmarking of mental health care. Int J Qual Health Care 2006; 18 (suppl_1): 31-38.
- Shortell, S. M., O'Brien, J. L., Carman, J. M., Foster, R. W., Hughes, E. F., Boerstler, H., & O'Connor, E. J. (1995). Assessing the impact of continuous quality improvement/total quality management: concept versus implementation. Health services research, 30(2), 377.
- Sackett, D. L. (1997). Evidence-based Medicine How to practice and teach EBM. WB Saunders Company.
- Perlman, C.M., et al., Development of mental health quality indicators (MHQIs) for inpatient psychiatry based on the interRAI mental health assessment. BMC Health Services Research, 2013. 13 (1): p. 15
- Williams, T.L., et al., Outcomes of an initial set of standardized performance measures for inpatient mental health. The Joint Commission Journal on Quality and Patient Safety, 2008. 34(7):p. 399-406.
- Jayaram, G., Implementing Performance Improvement and Measuring Psychiatric Care Quality. Psychiatry (Edgmont), 2007. 4(5):p. 58-61.
- Hermann, R.C. and R.H. Palmer, Common ground: a framework for selecting core quality measure for mental health and substance abuse care. Psychiatric Services, 2002.
- Hermann, R.C., Linking outcome measurement with process measurement for quality improvement. Outcome Measurement in Psychiatry: A Critical Review. Washington, DC, 2002.

- Hermann, R.C., et al., Quality measures for mental health care: results from a national inventory. Medical Care Research and Review, 2000. 57(3 suppl): p. 136-154.
- Donabedian, A., Explorations in quality assessment and monitoring. 1980.
- Hermann, R.C., et al., Developing a quality management system for behavioral health care: The Cambridge health alliance experience.  Harvard Review of Psychiatry, 2000. 8 (5): p. 251-260.
- Fauman, M., Quality assurance monitoring in psychiatry.  Am J of Psychiatry, 1989. 146 :p. 1121-1130.
- Hermann, R. C., Mattke, S., Somekh, D., Silfverhielm, H., Goldner, E., Glover, G., ... & Chan, J. A. (2006). Quality indicators for international benchmarking of mental health care. International Journal for Quality in Health Care, 18(suppl 1), 31-38.
- Heslin K.C., Weiss A.J. Hospital Readmissions Involving Psychiatric Disorders, 2012. HCUP Statistical Brief #189. May 2015. Agency for Healthcare Research and Quality, Rockville, MD. Last accessed March 11, 2016 at http://www.hcup-us.ahrq.gov/reports/statbriefs/sb189-Hospital-Readmissions-Psychiatric-Disorders-2012.pdf
- America's Health Insurance Plans (AHIP), "Working Paper: Simple Methods of Measuring Hospital Readmission Rates," at: https://www.ahip.org/Hospital-Readmissions/, accessed February 25, 2016 Kilbourne, A. M., Keyser, D., & Pincus, H. A. (2010). Challenges and opportunities in measuring the quality of mental health care. The Canadian journal of psychiatry, 55(9), 549-557.

# DEPARTMENT OF STATE HOSPITALS-ATASCADERO
## GOVERNING BODY REPORT
### Coleman - 2684 Report
### July 1, 2020 – December 31, 2020

## Table of Contents

|  | SECTION | PAGE |
|---|---|---|
| DSH QUALITY IMPROVEMENT PLAN |  | 2 |
| ABOUT ATASCADERO STATE HOSPITAL |  | 2-3 |
| **EXECUTIVE SUMMARY** |  | **4-15** |
| Seclusion, Restraint & Enhanced Observation |  | 4-6 |
| Incidents |  | 7-9 |
| Medications |  | 10-12 |
| Treatment Hours |  | 13-14 |
| Management Indicators |  | 15 |
| **DETAILED REPORT** |  | **16-51** |
| Use of Restraints | Section 1 | 16-18 |
| Use of Seclusion | Section 2 | 19-21 |
| Use of Enhanced Observation | Section 3 | 22-24 |
| Incidents – Aggression | Section 4 | 25-31 |
| Incidents – Indecent Exposure | Section 5 | 32-34 |
| Incidents – Rules Violation (RVR) | Section 6 | 35-36 |
| Incidents – Suicide Attempts/Suicides | Section 7 | 37-40 |
| Medication – Use of Clozaril | Section 8 | 41 |
| Medication – Use of Involuntary Medication | Section 9 | 42-43 |
| Treatment Hours | Section 10 | 44-48 |
| Management Indicators – Staffing and Patient Census | Section 11 | 49-51 |
| **SIGNATURE PAGE** |  | **51** |

## Quality Improvement Plan

The purpose of the Quality Improvement Program (QIP) is to ensure the safety of, preserve the rights of, and continuously improve and evaluate the quality of therapeutic and rehabilitation services provided.  DSH Policy Directive 9000 Quality Improvement Program describes strategies, processes, tools, and a governance structure that hospitals use to plan, prioritize, develop, implement and evaluate quality improvement initiatives and sustain improvement.

The QIP aims to assess, improve and monitor the quality of patient care. The Department of State Hospitals maintains an ongoing QIP based on objective data that describe performance improvement, quality assurance, clinical risk management, clinical outcomes, incident management and regulatory compliance activities.  The QIP is administered and supported by standardized committee functions, documentation, and reporting processes.

The Model for QIP starts with defining the problem, then moves to identifying the solution, followed by implementing the solution, and finally to assess for the desired outcome.

The Governing Body shall, in the exercise of its overall responsibility, assign to the Executive Director, as a representative of the Governing Body, reasonable authority to develop a plan and implement mechanisms to assess and improve the quality of the DSH facility's governance, management, clinical and support processes, and to ensure the provision of patient care. The quality improvement plans shall be updated at least annually and submitted to the Governing Body for review and approval.

## About Atascadero State Hospital

Overview of DSH-Atascadero PC 2684 Program

DSH-Atascadero (DSH-A) provides ICF psychiatric care to CDCR inmate-patients under the terms of a memorandum of understanding (MOU) with CDCR and in accordance with Coleman court orders. Currently there are a total of 256 beds designated as PC 2684 beds for patient care.  At DSH-A, Program V provides care for the PC 2684 patients.

The MOU and joint policies define the process of referral of PC 2684 patients, the acceptance process to DSH-A, and the discharge process of PC 2684 patients to either parole or return to CDCR.  All ICF PC 2684 referrals are sent to DSH-A's forensic service, which serves as the admission and discharge coordinator.  The medical director reviews all transfer packets and approves them for admission to DSH-A.  It is a priority to identify those patients appropriate for the least restrictive housing alternative for admission to DSH-A.

All PC 2684 patients receive a medical history and physical, a psychiatric assessment, a psychological admission assessment (with risk assessments for danger to self and danger to others), a social work assessment, and a rehabilitation therapy assessment.  The medical and psychiatric assessments must be completed in less than twenty-four hours.  An initial nursing assessment is completed in eight hours or less.

The ICF 2684 treatment units have multidisciplinary teams (psychiatrist, psychologist, social worker, rehabilitation therapist, and level of care staff).  Individualized treatment plans address each patient's reason for referral and the expected treatment goals.  Treatment modalities

include individual therapy, group therapy (e.g. substance abuse treatment, CBT, DBT, medication and symptom management, and others). Psychiatric sick call for the management of urgent conditions is held seven days a week on all ICF units. PC 2684 patients receive medical care from DSH-A physicians and surgeons.

The number of designated beds for PC 2684 patients comprise approximately 22% of DSH-A's patient population. As a group, the PC 2684 patients comprise approximately 20% of the referrals to outside medical care.  PC 2684 patients receive medical care from DSH-A physicians and surgeons.  Medical sick call is held every day, seven days a week on all ICF treatment units.

The implementation of the MOU in 2016 initially resulted in the admission of larger numbers of PC 2684 patients with prominent personality disorders as their primary clinical focus. Just prior to the pandemic, the trend had shifted to DSH-A receiving more patients with psychotic mental disorders. DSH-A has seen more transfers recently that include a PC 2602 involuntary medication order.

A comprehensive utilization review process (defined in the MOU and joint policy) has been implemented at DSH-A.  Patients who have achieved treatment goals either return to CDCR at a recommended level of care or discharge to parole.

Containment and mitigation of the COVID-19 pandemic was a high concern throughout the last six months of 2020.  There were repeated mass outbreaks in the CDCR system, which resulted in the closure of movement from many CDCR institutions.  There was a massive surge in COVID-19 cases from mid-November through the end of the year.  As both CDCR and DSH are at extremely high risk for rapid transmission of COVID, precautions for transfer of patients were strictly observed to comport with CDC and CDPH guidelines.  This necessarily reduced the number of admissions to DSH-A during this time.

There have been positive developments regarding the transfer of patients who have more clinical indications for psychiatric treatment at the ICF level of care. A group of DSH and CDCR senior clinicians meets weekly to discuss potential transfers.  There has been good exchange of information between DSH psychologist representatives and DSH psychiatrist representatives to better understand the clinical indications for transfer. These meetings have resulted in more referrals of patients who are severely psychotic, but not necessarily behaviorally disruptive. There is consensus between the CDCR and DSH clinicians that this collaborative process has allowed patients most in need of ICF DSH treatment to be more readily identified. The number of patients transferred primarily for custody, i.e. LRH considerations has declined markedly in the second half of 2020.

There was a 29% decrease in the PC 2684 census from July 1, 2020 to December 31, 2020. There was a census of 223 patients on July 1, 2020 and this decreased to a census of 160 patients on December 31, 2020.  This decline in census is directly attributable to the stringent COVID-19 precautions regarding movement of patients.

## EXECUTIVE SUMMARY

### Seclusion, Restraints & Enhanced Observations

**Executive Summary**:
DSH-Atascadero's use of restraint and seclusion hours for the PC 2684 population has in the past been generally lower than other commitments served. This reporting period saw a decrease in use of restraints and seclusion than the previous reporting period. Within this decrease, the PC2684 population utilized restraints and seclusion more than the other commitments. When patients are assessed to be too violent or predatory, transfer back to a more secured treatment environment within CDCR (California Department of Corrections and Rehabilitation) is considered. During this reporting period the hospital had to make safety accommodations in response to the COVID-19 pandemic including suspending some admissions and discharges for a period, establishing testing protocol timeframes prior to admission or discharge, and limiting patient movement to prevent the potential spread of illness.

**Use of Restraints:**
Five-point restraint, also known as full bed restraint (FBR), is the application of belts and cuffs to the patient's wrists, ankles and waist, including a waist belt that is fastened to a bed in a room designated for full bed restraints. Belts and Cuffs, also known as wrist-to-waist restraints are any combination of restraints fastened around the patient's wrists, waist and/or ankles in order to limit the range of motion of arms and legs. Seclusion and restraint are not used as punishment, retaliation, or for the convenience of staff.

**Analysis:**
The total hours of restraint for this reporting period decreased by 32.8% from the previous reporting period. The total episodes of restraints decreased by 33%.

**Recommendations:**
- Provide constructive alternatives, such as music and sensory modulation equipment such as rocking chairs.
- Adapting to changing COVID-19 safety precautions, increase scheduled treatment hours per patient as possible.
- Review patients' Kardex during Risk Management and Utilization Management meetings to ensure relevant information is being provided of patients' triggers and precursors and individualized effective crisis management techniques.
- Continue to monitor and analyze the impact of the Community Living Incentive Program (CLIP) designed to incentivize prosocial behavior on units currently participating and model for other direct admission units.
- Morning Meetings are conducted daily, as well as weekly Therapeutic Community Model on all units in Program V to ensure the patients are receiving information timely.
- While maintaining COVID-19 safety precautions, resume scheduling Therapeutic Strategies and Interventions (TSI) training schedules specifically for a unit to attend together. This method has allowed for a consistent team approach to applying de-escalation skills which can reduce the number of incidents that rise to the level requiring use of restraint.
- Continue to review referrals for appropriate placement.

- Use of behavior or individualized incentive plans.

**Use of Seclusion:** Seclusion is the involuntary confinement of a patient alone in a room or an area from which the patient is physically prevented from leaving. Seclusion within the State Hospital requires a physician order. Seclusion does not describe "time-out" strategies, wherein a patient agrees to remain in an unlocked room or area and maintains the choice to leave.

### Analysis:
The total hours of seclusion for this reporting period decreased by 58.7% from the previous reporting period. The total episodes of seclusion decreased by 60%.

### Recommendations:
- Provide constructive alternatives, such as music and sensory modulation equipment such as rocking chairs.
- Post COVID-19 pandemic safety precautions increase scheduled treatment hours per patient.
- Monitor Kardex to ensure relevant information is provided of patients' triggers and precursors and individualized effective crisis management techniques.
- Monitor and analyze the impact of the Community Living Incentive Program (CLIP) designed to incentivize prosocial behavior on units currently participating and model for other direct admission units.
- Implement incentive programs and the Therapeutic Community Model on all units in Program V.
- Continue to review referrals for appropriate placement.
- Use of behavior or individualized incentive plans.

**Use of Enhanced Observations:** One-to-one, two-to-one, line of sight, and Q15 minute checks are all considered types of enhanced observation.

### Analysis:
The total hours of enhanced observation for this reporting period increased by 86.8% from the previous reporting period. The total episodes of enhanced observation increased by 82.7%. One patient accounted for 44.6% of the episodes, even though these episodes were each short in duration. The unit medical doctor wrote the order for 1:1 Medical Enhanced Observations during all mealtimes as a preventative plan in conjunction with the speech pathologist. The 1:1 was in effect to monitor his Dysphagia to prevent choking episodes. Another patient accounted for 591.38 of the 1,197.47 hours for December 2020. The 1:1 Enhanced Observation was utilized for suicide prevention. In removing the enhanced observation usage for these patients, usage is comparable to the same review period in 2019.

### Recommendations:
- Provide constructive alternatives, such as music and sensory modulation equipment such as rocking chairs.
- Post COVID-19 pandemic safety precautions increase scheduled treatment hours per patient.
- Review/monitor patient preference plans regularly.
- Continue with campaign to alert staff to times of increased patient self-harm risk.

Case 2:90-cv-00520-KJM-SCR   Document 7625-1   Filed 10/14/22   Page 207 of 500

- Monitor and analyze the impact of the Community Living Incentive Program (CLIP) designed to incentivize prosocial behavior on units currently participating and model for other direct admission units.
- Per policy, continue with Medical Director's review of observation past 96 hours.
- Continue to review referrals for appropriate placement.
- Clinical Management Team will continue to review the use of seclusion.
- Use of behavior or individualized incentive plans.

| EXECUTIVE SUMMARY |
| --- |
| Incidents |

**Executive Summary**:
DSH-Atascadero continues to utilize ongoing performance improvement structures to look at environmental, structural, and human factors that can reduce aggressive incidents to self, peers, and staff. These various committees seek to empower staff and patients to work together to ensure a safe therapeutic milieu. Data is reviewed by the Suicide Prevention Committee (SPC), Violence Prevention Committee (VPC), Program Clinical Management Team (CMT), Health and Safety Committee, and Program Review Committee (PRC). Ligature point assessments of all patient housing and access areas, along with mitigation plans, are reviewed with staff and completed as needed.

Historically, the PC 2684 patient classification had a lower rate of aggressive incidents, in comparison to other patient populations. During the last reporting period there was a significant increase in incidents of aggression that correlated to the increase in direct admissions. During this reporting period there was a decrease.

**Aggressive act to self:**  Self-inflicted injuries without patient reported suicidal intent.

**Analysis:**
The number of incidents of aggressive act to self for this reporting period increased by 16.12% from the previous reporting period.

**Recommendations:**
- Continue to analyze future incidents by time and method of occurrence.
- Provide constructive alternatives, such as music and rocking chairs.
- Continue with assessments and treatment interventions designed to prevent self-injurious behaviors.
- Continue to review referrals for appropriate placement.
- Adapting to changing COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible.
- Increase patient involvement in Peaceful Resolution Committee, Health and Safety Meetings, and Program Management Council.
- Data will continue to be reviewed by the Suicide Prevention Committee, PRC and CMT.
- Individual incidents will continue to be reviewed by treatment teams for treatment interventions. Support efforts to increase times for independent leisure opportunities.
- Treatment team assess if individual behavior plans would be beneficial.
- Treatment team consider benefits of individual therapy.

**Aggressive act to another patient (physical):**  Hitting, pushing, kicking or similar acts directed against another patient to cause potential or actual injury.

**Analysis:**
The number of incidents of aggressive act to another patient decreased by 45% from the previous reporting period.

**Recommendations:**
- Provide constructive alternatives, such as music and rocking chairs.
- Continue to utilize the RVR (rules violation report) process.
- Adapting to changing COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible.
- Increase patient involvement in Peaceful Resolution Committee, Health and Safety Meetings, and Program Management Council.
- Data will continue to be reviewed by the Violence Prevention Committee, PRC and CMT.
- Individual incidents will continue to be reviewed by treatment teams for treatment interventions.
- Support efforts to increase times for independent leisure opportunities.
- Implement appropriate incentive programs and the Therapeutic Community Model.
- Use the Kardex to provide precursors and safety instructions. Treatment team assess if individual behavior plans would be beneficial.

**Aggressive act to staff (physical):**  Hitting, pushing, kicking or similar acts directed against staff to cause potential or actual injury.

**Analysis:**
The number of incidents of aggressive act to staff decreased by 50% from the previous reporting period. During the last reporting period there were six aggressive acts to staff. During this reporting period there were three incidents.

**Recommendations:**
- Use the Kardex to provide staff safety instructions. Data will continue to be reviewed by the Violence Prevention Committee, PRC and CMT for treatment interventions, and the Workplace Violence Review Committee (WVRC).
- Analysis of monthly data at PRC and CMT will include what was occurring during the aggressive act to staff.
- Continue to utilize the RVR (rules violation report) process.
- Adapting to changing COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible.
- Treatment team assess if individual behavior plans would be beneficial.

**Other:**  Inappropriate Sexual Behavior (i.e. indecent exposure, public masturbation, etc.)

**Analysis:**
During this reporting period there were three incidents of indecent exposure, an increase from one during the previous reporting period.

**Recommendations:**
- Individual incidents will continue to be reviewed by Treatment Teams for treatment interventions.
- Data continue to be reviewed by the PRC and CMT for treatment interventions.
- Continue to utilize RVR process.
- Treatment Team assess the need to develop individual behavior plan.

**Suicide:** A self-inflicted injury resulting in death.

### Analysis:
There were no incidents to analyze for this reporting period.

### Recommendations:
- Individual incidents will continue to be reviewed by Treatment Teams for treatment interventions.
- Data continue to be reviewed by the PRC and CMT for treatment interventions.

**Suicide attempt:** Self-inflicted injuries or ingestion of foreign bodies or potentially toxic substances with suicidal intent or with a potentially lethal outcome.

### Analysis:
There were no incidents to analyze for this reporting period.

### Recommendations:
- Individual incidents will continue to be reviewed by Treatment Teams for treatment interventions.
- Treatment Team to evaluate individual therapy as an intervention.
- Data continue to be reviewed by the PRC and CMT for treatment interventions.

## EXECUTIVE SUMMARY

### Medication

**Involuntary Use of Medication (Emergency & Non-Emergency)**

**Executive Summary**:

The prevalence of involuntary medication orders among non-PC 2684 commitment patients remains between 25% and 30%.  The prevalence of PC 2602 orders in the PC 2684 population is less but has increased slightly over the past six months.  This continues the trend that was seen in the first half of 2020.  It is likely this increase is secondary to the increased focus of clinicians in CDCR on referral of patients with severe psychosis.

A serendipitous effect of COVID-19 is the increase in on-unit activities.  This allows more contact with their treatment teams (as opposed to off-unit treatment) and likely allows for more opportunities for medication education.  This increase education can assist with gaining patient compliance regarding medication treatments.  This can then lead to a lessening of the need for an involuntary medication order.  It will be interesting to see if any trends develop regarding the numbers of PC 2602 orders once off-unit treatment returns to pre-pandemic levels.

Despite the challenges of the present COVID-19 pandemic, DSH in collaboration with CDCR clinicians has increased the number of referrals for those patients most in need of a highly structured ICF setting and highly specialized treatment modalities available in DSH, e.g. the PRN network of expert psychopharmacology psychiatrists to assist in management of severely psychotic, treatment resistant patients.

**Involuntary Use of Medication (Emergency & Non-Emergency):** Ordered and administered STAT medications.

**Analysis:**
The use of stat (emergency) medication use in the PC 2684 population at DSH-A remains consistently low.  This speaks to the stabilization of acute psychiatric symptoms and signs of patients who are admitted to DSH-A.  The PC 2684 population at DSH-A is strictly ICF.  It is not unexpected that the use of stat medications would be lower in this population group due to decreased psychiatric acuity.  The low use of stat medications also indicates that the psychiatric staff at DSH-A are largely successful in stabilizing patients so that stat medications are only infrequently clinically indicated.

The number of patients admitted with a PC 2602 has declined in accordance with the falling census, which was particularly sharp in the second half of 2020.  There were discussions in our weekly meetings with CDCR regarding the differences between an emergent and non-emergent involuntary medication order.  There was also an increase in the appropriate initiation of PC 2602 orders in CDCR.  This likely resulted in more rapid stabilization of patients and sometimes obviated the need for transfer to an ICF setting.  When weighted for the reduction in census, the number of patients admitted with PC 2602 orders remained steady, notwithstanding the fall in raw numbers.

**Recommendations:**

- Continue to work with CDCR psychiatry to build a consensus for initiation of PC 2602 orders.
- Provide feedback to CDCR when it appears a potential transfer meets criteria for a non-emergent PC 2602 order.  This could potentially reduce the need for transfer to DSH ICF treatment.
- Continue to work closely with patients to educate them about the indications for psychotropic medication treatment and the consequences of refusal of psychotropic medications.

**Clozaril:** Patients started and maintained on Clozaril.

**Analysis:**

The use of clozapine, i.e. the number of PC 2684 patients maintained on clozapine runs slightly higher than the number of non-PC 2684 patients: 14% of PC 2684 patients are maintained on clozapine versus 8.5% for the other commitments at DSH-A.
This increased utilization of clozapine tracks with the number of referrals DSH-A has received in the last six months.  There has been a concerted effort of emphasizing transfer of CDCR inmates who have a serious psychotic illness.  These severely ill patients are much more likely to require clozapine treatment as many have failed multiple trials of other classes of antipsychotic medications.

In the past six months DSH and CDCR have scheduled weekly meetings to discuss referrals.  These meetings allow in-depth discussion of referrals.  These meetings have assisted greatly in identifying those patients who are most in need of treatment at the ICF level of care in DSH.

**Recommendations:**

- DSH-A considers the weekly conferences a best practice for the transfer process between CDCR and DSH.  It is recommended that these conferences continue.
- It is recommended that DSH-A continue the twice-weekly clozapine clinic to ensure close monitoring of the PC 2684 patients maintained on clozapine.
- It is further recommended that in transfer discussions the criterion of transfer for evaluation for clozapine treatment be discussed with psychiatrists and primary clinicians in CDCR to raise their awareness of this indication for treatment in DSH.

**Use of Non-Formulary Medication:** Patients prescribed non-formulary medications.

**Analysis**:
There continues to be a strong effort to have clinician to clinician contact at the time of admission to DSH from CDCR and when patients are discharged from DSH to CDCR. These discussions include the rationale for treatment with various psychotropic medication treatments.  There has been good alignment of the formularies between CDCR and DSH. It is likely that the increased number of chronically, severely ill psychotic patients require more use of non-formulary medications.  There is usually congruence of clinical opinion regarding the necessity of use non-formulary medications.

**Recommendations:**

It is recommended that a retrospective analysis of the frequency of use of non-formulations be considered.  This analysis could indicate consideration be given to those non-formulary medications that are being prescribed with greater frequency.  It is not unusual for newer medications to treated as non-formulary until prescribers are more familiar with their use the clinical responses that occur in their patient populations secondary to use of a specific psychotropic medication.

## EXECUTIVE SUMMARY

### Treatment Hours

**Executive Summary:**
DSH-Atascadero (DSH-A) identifies group and individual therapy, supplemental activities (opportunity/leisure based), vocational assignments, academic education, and religious services as part of the hospital treatment delivery program. Treatment interventions have been individually designed, and commitment focused and/or designed to address specific clinical needs, to assist patients in meeting discharge criteria. Although DSH-A utilizes group settings as the primary source of delivering treatment, when appropriate, individual therapy is utilized to meet patient needs more effectively and offer treatment that is difficult to deliver in a group environment. The PC 2684 population at DSH-A is offered structured treatment considering all aspects of patient needs, as well as treatment outcome expectations, that are sent from CDCR treatment teams. At this time structured treatment has a minimum of 10-hour threshold of groups offered to PC-2684 patients. There has been a decline in treatment group hours and the Clinical Management Team (CMT) is reviewing restructuring of group therapy to streamline treatment in a time efficient manner. A detailed summary regarding the decrease in group hours is listed in the Treatment Hours Analysis Data below in section 10.5.

**Summary of Treatment Hours:** Individual therapy and group therapy broken down by core groups and supplemental groups.

### Analysis: Definitions
**Pre-scheduled Treatment groups** are titles tracked in the WaRMSS MAPP system. Patients are scheduled to attend these groups through the treatment team process. They meet at a scheduled time and day; the facilitators and patients are assigned to the group and tracked on a roster.

**Unscheduled Groups** are titles tracked in the WaRMSS MAPP system. Patients and staff are not pre-scheduled to attend. The group follows the same course description and uses the same title as groups offered in the Pre-Scheduled module. Patients get to choose to attend these sessions. The time, day and duration can be flexible.

**Drop-In sessions** occur when a patient attends a Pre-Scheduled treatment group that they are not scheduled to attend.

**Supplemental Group Hours** – hours of structured activity that the patients choose to attend. Supplemental Group Hours are offered on the units to all patients and centrally to patients based on HAS level and space availability. The intended purpose is to offer healthy choices, self-determination and quality of life improvements. Supplemental Group Hours are currently tracked in the Enrichment program and the Supplemental Module in WaRMSS.

**Individual Therapy** –one-on-one clinician to patient therapy not pre-scheduled by the treatment team. Individual Therapy is not scheduled in the WaRMSS MAPP system but is tracked in the Supplemental Module of WaRMSS which allows the attendance to be tracked in smaller time increments as needed.

**Scheduled Individual Therapy** –Individual Coaching offered as a part of DBT.  This is scheduled and tracked in WaRMSS MAPP.  Scheduled Individual Therapy is captured in the Core Group Hours.

**DSH Treatment Group Audit** –a tool that is utilized by supervising clinicians to evaluate the quality of clinical skills utilized within the group setting.  No audits have been completed post-implementation of COVID-19 pandemic safety precautions.

**Recommendations:**

- During this reporting period there was an increase in treatment group hours attended from the previous reporting period. Program Management continues to take steps as outlined in section 10.5 to improve patient participation for all treatment hours. During this reporting period the average group hours attended per patient is above the 10-hour threshold for the PC2684 population. This increase is believed to be related to having autonomy for clinicians to hold unscheduled groups outside of the Structured Treatment scheduled times. Because of the COVID-19 safety precautions, all centralized treatment in off unit areas were placed on hold in the month of November 2020. Although the decrease in treatment hours being offered occurred, patients continued to maintain an average group attendance of 11.55 hours per week.

## EXECUTIVE SUMMARY

### Management Indicators

**Executive Summary**:
DSH-Atascadero has a Memorandum of Understanding (MOU) with CDCR for our Utilization Management process, with oversight of Intermediate Care patients committed under PC 2684. One of the primary goals of the MOU is the evaluation of the medical necessity, appropriateness and efficient use of resources and procedures to benefit the patient's treatment while at DSH-A. At DSH-A, we house intermediate care patients in unlocked dorms. We are the least restrictive housing environment for patients from CDCR.

**Staffing, admissions, discharges and length of stay**

**Analysis:**
Over the course of the last six months, staffing challenges continued as the facility adapted to changing COVID-19 pandemic safety precautions. Staffing shortages have impacted treatment team vacancies within Program V, but coverage was provided so this did not have a negative impact on treatment. The Program Management team, support staff, level of care staff, and clinical staff were challenged with many changes in structure and routine as we navigated safety precautions for the COVID-19 pandemic. Clinical disciplines are currently planning to staff vacancies as new hires are made.

Average length of stay is expected to be between six to nine months (180-270 days) for patients needing intermediate care.  Each month, the Utilization Management Committee and treatment teams review patients who have been here for 90 and 180 days or longer to review if their treatment outcome expectations are being met and if they are ready to discharge back to CDCR.

Compared to previous reporting period, this reporting period saw a decrease in average DSH-A admissions per month, increase in average daily census per month, decrease in average discharges per month, and an increase in average length of stay.

**Recommendations:**
- Continue close monitoring of referrals and waitlist for timely patient admissions.
- Continue our current Utilization Management process which includes the following reviews: Prospective Review (Referral), Concurrent Review/Continued Stay Review, Retrospective/Quality Management Review and our Utilization Management Committee.
- Continue hospital and state-wide recruitment efforts to increase staffing numbers.

## DETAILED REPORT

## SECTION 1 – Use of Restraints

### Section 1 – Use of Restraints Summary Table:

| Outcome Measure Indicator # | Patient days: | 6774 | 5919 | 5298 | 5671 | 5242 | 5015 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **1** | **Use of restraints** | | | | | | |
| **1.1** | Number of restraint episodes | 10 | 10 | 25 | 4 | 8 | 8 |
| | Rate 1.1 | 1.48 | 1.69 | 4.72 | 0.71 | 1.53 | 1.60 |
| **1.2** | Total hours in restraint | 60.2 | 101.78 | 300.43 | 58.67 | 54 | 133.45 |
| | Rate 1.2 | 8.89 | 17.2 | 56.71 | 10.35 | 10.3 | 26.61 |
| **1.3** | Average time in restraints | 6.02 | 10.18 | 12.02 | 14.67 | 6.75 | 16.68 |
| | Rate 1.3 | 0.89 | 1.72 | 2.27 | 2.59 | 1.29 | 3.33 |

### 1.4 Use of Restraints – # of Restraints Initiated By **Day of Week**:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 1.4 Use of restraints by Day of Week: | | | | | | |
| Sunday | 0 | 1 | 4 | 2 | 1 | 1 |
| Monday | 0 | 1 | 8 | 0 | 1 | 1 |
| Tuesday | 3 | 2 | 5 | 1 | 0 | 1 |
| Wednesday | 3 | 0 | 5 | 0 | 0 | 0 |
| Thursday | 2 | 1 | 1 | 1 | 1 | 2 |
| Friday | 1 | 1 | 1 | 0 | 2 | 1 |
| Saturday | 1 | 4 | 1 | 0 | 3 | 2 |

### 1.5 Use of Restraints – # of Restraints Initiated By **Shift**:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 1.5 Use of Restraints by Shift: | | | | | | |
| AM | 6 | 4 | 7 | 0 | 4 | 4 |
| PM | 4 | 6 | 18 | 4 | 4 | 3 |
| NOC | 0 | 0 | 0 | 0 | 0 | 1 |

### 1.6 Use of Restraints – **DSH 2684 Restraint Monitoring Tool**

| SCD Restraint & Seclusion REV 2015 | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all restraint types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| 1.6 Use of Restraints % Compliance | % | % | % | % | % | % |
| **Question #1**: Restraint was used in a documented manner. | * | * | * | * | * | * |
| **Question #2**: The Interdisciplinary note described specific behavior that was imminently dangerous to self or others. | * | * | * | * | * | * |
| **Question #3**: Restraints are used only after a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted. | * | * | * | * | * | * |
| **Question #4**: The Interdisciplinary note described specific, less-restrictive interventions that were tried prior to the use of restraints or there is a clinical justification when less-restrictive interventions were not used. | * | * | * | * | * | * |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Question #5:** Restraints are not used in the absence of, or as an alternative to active treatment. | * | * | * | * | * | * |
| **Question #6:** There is a Focus of Hospitalization that targets the behavior that required the patient to be paced in restraints. | * | * | * | * | * | * |
| **Question #7:** Restraints are terminated as soon as the patient is no longer in imminent danger to self or others. | * | * | * | * | * | * |
| **Question #8:** The patient was released from restraints as soon as the violent or dangerous behavior that created the emergency was no longer displayed or met the release criteria as documented in the physician's order. | * | * | * | * | * | * |
| **Question #9:** The physician conducted an assessment of the patient within one hour of being placed in restraints. | * | * | * | * | * | * |
| **Question #10:** The physicians order for restraints was obtained within 15 minutes of the patient being placed in restraints. | * | * | * | * | * | * |
| **Question #11:** A Registered Nurse initiated an assessment of the patient within 15 minutes of the application of restraints and that assessment was documented in the interdisciplinary notes. | * | * | * | * | * | * |
| **Question #12:** The Physician conducted a face-to-face evaluation of the patient in restraints within one hour from the initiation of restraints and that evaluation was documented in the physician progress notes. | * | * | * | * | * | * |

## 1.7 Use of Restraints Analysis:

Restraint use with the PC 2684 patients decreased during the reporting period of July 1st, 2020 through December 31, 2020. During the current reporting period, there were 65 incidents that resulted in the use of restraints. Most of these incidents occurred in September, with 25 episodes and 300.43 hours for an average of 12.02 hours. These September incidents were generated by a total of eight patients. One patient created 13 of the 65 incidents and generated 184.33 hours in September. During this reporting period, most of these incidents involved ten different patients, of which generated 516.59 hours of the total of 708.53 hours. Table 2.5 shows most incidents occurred during the PM shift. Restraints were utilized in categories of Suicidal Ideation, Aggressive Act to Self and Aggressive Act to Staff. There is an overall trend for decrease in restraint use compared to the previous reporting period of January 1st, 2020 through June 30th, 2020, which had a total of 1054.85 hours. All restraint episodes will continue to be reviewed. The Restraint Monitoring Tool was not completed this reporting period due to reducing foot traffic onto units with the goal of preventing/limiting COVID-19 exposures.

## 1.8 Use of Restraints - Change in Policy or Procedure:

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 1.9 Use of Restraints – Plan for the Next Review Period:

The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Adapting to changing COVID-19 pandemic safety precautions, increase | • Increased patient attendance and reduction in use of restraints. |

| | |
|---|---|
| scheduled treatment hours per patient as possible. <br><br> • Continue to monitor the success of unit-based treatment offerings during the COVID-19 pandemic and plan for future treatment offerings. <br> • Analyze any correlations between inappropriate patient referrals and the use of restraints. <br> • Encourage CLIP on each unit. <br> • Analyze restraint use between ICF direct admission units and admissions to locked admission units. <br> • Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria. <br> • Resume use of the restraint monitoring tool. <br> • Implement Trauma Informed Care to promote a culture of calmness and collaboration. <br> • Review treatment plans to ensure patient debriefing information is used to inform treatment. <br> • Review behavioral emergencies in Program Review Committee and support implementation of safe alternatives when suggested <br> • Resume *SIR and Enhanced Observation Documentation* training that was developed and implemented. Suspended due to COVID-19 surges. <br> • Develop brief treatment activities for observational staff to engage the patient. | • Identify any potential impact on treatment milieu. <br><br> • Increased patient attendance and reduction in use of restraints. <br><br> • Increase in prosocial behavior. <br> • Identify any causal factors and make any additional recommendations. <br><br> • Decrease unsafe patient behaviors affecting the treatment milieu. <br><br> • Utilize data to target interventions and reduce seclusion use. <br> • Providing the patient with a psychologically safe environment <br><br> • Decrease future incidents of aggression. Develop behavioral interventions. <br> • Decrease incidents of aggression. <br><br><br> • Increased quality of documentation to ensure essential elements captured to adequately inform debriefing and treatment interventions. <br> • Decrease aggression and observations episodes. |

**Additional Comments**:
None.

| DETAILED REPORT |
| --- |
| SECTION 2 – Use of Seclusion |

## Section 2 – Use of Seclusion Summary Table:

| Outcome Measure Indicator # | Patient days: | 6774 | 5919 | 5298 | 5671 | 5242 | 5015 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 2 | Use of seclusion | | | | | | |
| 2.1 | Number of seclusion episodes | 0 | 2 | 6 | 1 | 5 | 2 |
| | Rate 2.1 | 0 | 0.34 | 1.13 | 0.18 | 0.95 | 0.40 |
| 2.2 | Total hours in seclusion | 0 | 136.08 | 183.67 | 7.83 | 40.55 | 29.57 |
| | Rate 2.2 | 0 | 22.99 | 34.67 | 1.38 | 7.74 | 5.90 |
| 2.3 | Average time in seclusion | 0 | 68.04 | 30.61 | 7.83 | 8.11 | 14.78 |
| | Rate 2.3 | 0 | 11.5 | 5.78 | 1.38 | 1.55 | 2.95 |

## 2.4 Use of Seclusion – # of seclusion episodes initiated By Day of Week:

| SCD Restraint & Seclusion REV 2015 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| (100% of all seclusion types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| 2.4 Use of seclusion by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 1 | 0 | 2 | 0 |
| Tuesday | 0 | 0 | 1 | 0 | 0 | 0 |
| Wednesday | 0 | 1 | 1 | 0 | 0 | 1 |
| Thursday | 0 | 0 | 1 | 0 | 0 | 1 |
| Friday | 0 | 0 | 1 | 0 | 1 | 0 |
| Saturday | 0 | 1 | 1 | 1 | 2 | 0 |

## 2.5 Use of Seclusion – # of Seclusion episodes Initiated By Shift:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| --- | --- | --- | --- | --- | --- | --- |
| 2.5 Use of Seclusion by Shift: | | | | | | |
| AM | 0 | 0 | 3 | 1 | 2 | 1 |
| PM | 0 | 2 | 2 | 0 | 2 | 1 |
| NOC | 0 | 0 | 1 | 0 | 1 | 0 |

## 2.6 Use of Seclusion – DSH 2684 Seclusion Monitoring Tool:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| --- | --- | --- | --- | --- | --- | --- |
| 2.6 Use of Seclusion % Compliance | % | % | % | % | % | % |
| **Question #1**: Seclusion was used in a documented manner. | * | * | * | * | * | * |
| **Question #2**: The Interdisciplinary note described specific behavior that was imminently dangerous to self or others. | * | * | * | * | * | * |
| **Question #3**: Seclusion are used only after a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted. | * | * | * | * | * | * |
| **Question #4**: The Interdisciplinary note described specific, less-restrictive interventions that were tried prior | * | * | * | * | * | * |

| | | | | | | |
|---|---|---|---|---|---|---|
| to the use of seclusion or there is a clinical justification when less-restrictive interventions were not used. | | | | | | |
| **Question #5:** Seclusion is not used in the absence of, or as an alternative to active treatment. | * | * | * | * | * | * |
| **Question #6:** There is a Focus of Hospitalization that targets the behavior that required the patient to be paced in seclusion. | * | * | * | * | * | * |
| **Question #7:** Seclusion are terminated as soon as the patient is no longer in imminent danger to self or others. | * | * | * | * | * | * |
| **Question #8:** The patient was released from seclusion as soon as the violent or dangerous behavior that created the emergency was no longer displayed or met the release criteria as documented in the physician's order. | * | * | * | * | * | * |
| **Question #9:** The physician conducted an assessment of the patient within one hour of being placed in seclusion. | * | * | * | * | * | * |
| **Question #10:** The physicians order for seclusion was obtained within 15 minutes of the patient being placed in seclusion. | * | * | * | * | * | * |
| **Question #11:** A Registered Nurse initiated an assessment the patient within 15 minutes of the application of seclusion and that assessment was documented in the interdisciplinary notes. | * | * | * | * | * | * |
| **Question #12:** The Physician conducted a face-to-face evaluation of the patient in seclusion within one hour from the initiation of seclusion and that evaluation was documented in the physician progress notes. | * | * | * | * | * | * |

## 2.7 Use of Seclusion Analysis:

Seclusion use with the PC2684 patients decreased during the reporting period of July 1st, 2020 through December 31, 2020. During the current reporting period, there were 16 incidents that resulted in the use of seclusion. August had one patient that generated a total of 136.08 hours with two episodes for an average of 68.04 hours. Most of the incidents occurred in September that contained two episodes and 183.6 hours for an average of 30.61 hours. All incidents in this review period were generated by a total of two patients. One patient created four of the six incidents and generated 175.17 hours in September. This reporting period indicated that all incidents of seclusion were the result of Aggressive Act to Staff Verbal/Written or Physical, or the result of Danger to Others or Danger to Self. The number of total hours is 448.39 for this reporting period. This is a decrease compared to the 503.60 hours in the previous reporting period of January 1st, 2020 through June 30th, 2020. The Seclusion Monitoring Tool was not completed this reporting period due to reducing foot traffic onto units with the goal of preventing/limiting COVID-19 exposures.

## 2.8 Seclusion - Change in Policy or Procedure Narrative:

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 2.9 Seclusion – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Adapting to changing COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible. | • Increased patient attendance and reduction in use of seclusion. |

| | |
|---|---|
| • Continue to monitor the success of unit-based treatment offerings during the COVID-19 pandemic and plan for future treatment offerings. | • Increased patient attendance and reduction in use of seclusion. |
| • Analyze any correlations between inappropriate patient referrals and the use of seclusion. | • Identify any potential impact on treatment milieu. |
| • Encourage CLIP on each unit. | • Increase in prosocial behavior. |
| • Analyze seclusion use between ICF direct admission units and admissions to locked admission units. | • Identify any causal factors and make any additional recommendations. |
| • Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria. | • Decrease unsafe patient behaviors affecting the treatment milieu. |
| • Resume use of the seclusion monitoring tool. | • Utilize data to target interventions and reduce seclusion use. |
| • Implementing Trauma Informed Care to promote a culture of calmness and collaboration | • Providing the patient with a psychologically safe environment. |
| • Review treatment plans to ensure patient debriefing information is used to inform treatment | • Decrease future incidents of aggression. Develop behavioral interventions. |
| • *SIR and Enhanced Observation Documentation* training developed and implemented. Suspended due to COVID-19 surges. | • Increased quality of documentation to ensure essential elements captured to adequately inform debriefing and treatment interventions |
| • Review behavioral emergencies in Program Review Committee and support implementation of safe alternatives when suggested | • Decrease incidents of aggression. |

**<u>Additional Comments</u>**:
None.

## DETAILED REPORT

### SECTION 3 – Use of Enhanced Observation

## Section 3 – Use of Enhanced Observation Summary Table:

| Outcome Measure Indicator # | Patient days: | 6774 | 5919 | 5298 | 5671 | 5242 | 5015 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **3** | **Use of Enhanced Observation** | | | | | | |
| **3.1** | Total number of episodes of 1-1 observation | 19 | 8 | 19 | 4 | 47 | 116 |
| | Rate 3.1 | 2.8 | 1.35 | 3.59 | 0.71 | 8.97 | 23.13 |
| **3.2** | Total hours on 1-1 | 2211.02 | 244.47 | 683.27 | 281.08 | 1251.02 | 1197.5 |
| | Rate 3.2 | 326.4 | 41.3 | 128.97 | 49.56 | 238.65 | 238.78 |
| **3.3** | Average hours on 1-1 | 116.37 | 30.56 | 37.96 | 70.27 | 26.62 | 10.32 |
| | Rate 3.3 | 17.18 | 5.16 | 7.16 | 12.39 | 5.08 | 2.06 |
| **3.4** | Total number of episodes of 2-1 observation | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.4 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3.5** | Total hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3.6** | Average hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.6 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3.7** | Total number of episodes of Q15 min observation | - | - | - | - | - | - |
| | Rate 3.7 | - | - | - | - | - | - |
| **3.8** | Total hours on Q15 min | - | - | - | - | - | - |
| | Rate 3.8 | - | - | - | - | - | - |
| **3.9** | Average hours on Q15 min | - | - | - | - | - | - |
| | Rate 3.9 | - | - | - | - | - | - |
| **3.10** | Total number of episodes of line of sight observation | - | - | - | - | - | - |
| | Rate 3.10 | - | - | - | - | - | - |
| **3.11** | Total hours on line of sight observation | - | - | - | - | - | - |
| | Rate 3.11 | - | - | - | - | - | - |
| **3.12** | Average hours on line of sight observation | - | - | - | - | - | - |
| | Rate 3.12 | - | - | - | - | - | - |

## 3.13 Use of Enhanced Observation by Type and Reason:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 3.13 Episodes of Enhanced Observation by **Type and Reason** | | | | | | |
| 1:1 / LOS - Medical | 2 | 0 | 2 | 0 | 35 | 91 |
| 1:1 / LOS - Danger to Self | 17 | 8 | 15 | 4 | 9 | 25 |
| 1:1 / LOS - Danger to Others | 0 | 0 | 2 | 0 | 3 | 0 |

| 1:1 / LOS - Other | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|
| 2:1 - Medical | - | - | - | - | - | - |
| 2:1 - Danger to Self | - | - | - | - | - | - |
| 2:1 - Danger to Others | - | - | - | - | - | - |
| 2:1 - Other | - | - | - | - | - | - |
| Q15 Minute Obs. – Medical | - | - | - | - | - | - |
| Q15 Minute Obs. – Danger to Self | - | - | - | - | - | - |
| Q15 Minute Obs. – Danger to Others | - | - | - | - | - | - |
| Q15 Minute Obs. – Other | - | - | - | - | - | - |

### 3.14 Use of Enhanced Observations Analysis:

Enhanced Observation with the 2684 patients increased during the reporting period of July 1st, 2020 through December 31, 2020. Enhanced Observations are categorized according to patient behavior and/or type of Medical. Categories include Danger to Self (DTS), Danger to Others (DTO), Danger from Others (DFO), Polydipsia, Clozaril, Medical encounters, and Other.

During this reporting period, there were 213 episodes that resulted in enhanced observation. These Enhanced Observations were primarily for suicide prevention related to psychiatric instability.  Most of these incidents occurred in December with 116 episodes and 1,197.47 hours for an average of 10.32 hours per episode. One patient generated 95 of the 116 observations, with 36.15 hours for enhanced observation during mealtimes. Another patient had 11 of the 116 observations and generated 608.13 hours. This reporting period required enhanced observation of 33 patients for one to three types of Observations which included Danger to Self (DTS), Danger to Others (DTO) and Medical. The use of enhanced observation increased by 99 episodes this reporting period.

There was a total of 5868.36 observation hours for this reporting period compared to 4657.86 hours of observation in the previous reporting period of January 1st, 2020 through June 30th, 2020.  During this reporting period, DTS was the most frequently reason for enhanced observation. DTS applied to patients ranging between one to three episodes.

There were no Q-15 or 2:1 observation in this six-month reporting period.

### 3.15 Enhanced Observations - Change in Policy or Procedure:
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

### 3.16 Enhanced Observations – Plan for the Next Review Period:
The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |

| | |
|---|---|
| • Provide observing staff with therapeutic activities to engage patient.<br>• Adapting to changing COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible. | • Reduce time of enhanced observation periods.<br>• Increased patient attendance and reduction in use of restraints. |
| • Analyze any correlations between inappropriate patient referrals and the use of restraints. | • Identify any potential impact on treatment milieu. |
| • Encourage CLIP on each unit.<br>• Analyze restraint use between ICF direct admission units and admissions to locked admission units. | • Increase in prosocial behavior.<br>• Identify any causal factors and make any additional recommendations. |
| • Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria.<br>• Review Treatment Outcome Expectations Monthly. | • Decrease unsafe patient behaviors affecting the treatment milieu. |
| • Implement Trauma Informed Care to promote a culture of calmness and collaboration. | • Develop coping skills, medication compliance, Unit Milieu participation and Individual Therapy<br>• Providing the patient with a psychologically safe environment. |
| • Review treatment plans to ensure patient debriefing information is used to inform treatment.<br>• Review behavioral emergencies in Program Review Committee and support implementation of safe alternatives when suggested | • Decrease future incidents of aggression.  Develop behavioral interventions.<br>• Decrease in observations and aggression to self and others. Develop behavioral interventions. |
| • Resume *SIR and Enhanced Observation Documentation* training that was developed and implemented.  Suspended due to COVID-19 surges. | • Increased quality of documentation to ensure essential elements captured to adequately inform debriefing and treatment interventions. |
| • Develop brief treatment activities for observing staff to engage the patient. | • Decrease aggression and observations episodes. |

**Additional Comments**:
None.

## DETAILED REPORT

### SECTION 4 – Incidents of Aggression

**Section 4 – Incidents (Aggression) Summary Table:**

| Outcome Measure Indicator # | Patient days: | 6774 | 5919 | 5298 | 5671 | 5242 | 5015 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **4** | **Incident reports** | | | | | | |
| **4.1** | Number of incidents of aggressive act to self | 4 | 7 | 8 | 8 | 5 | 4 |
| | Rate4.1 | 0.59 | 1.18 | 1.51 | 1.41 | 0.95 | 0.8 |
| **4.2** | Number of incidents of aggressive act to another patient (physical) | 2 | 0 | 1 | 5 | 10 | 4 |
| | Rate 4.2 | 0.3 | 0 | 0.19 | 0.88 | 1.91 | 0.8 |
| **4.3** | Number of incidents of aggressive act to staff (physical) | 0 | 2 | 0 | 1 | 0 | 0 |
| | Rate 4.3 | 0 | 0.34 | 0 | 0.18 | 0 | 0 |

**4.4 UNIT Total – Acute:**

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| **Other** | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 1 | 0 | 0 | 3 | 2 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 0 | 2 | 4 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNIT 13 Total - ACUTE** | | | | | | |
| Aggressive Act to SELF (SS) | 1 | 2 | 3 | 3 | 0 | 1 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 1 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 1 | 0 | 1 | 0 | 0 |
| **UNIT 30 Total - ICF** | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 1 | 0 | 1 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 1 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNIT 31 Total - ICF** | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 0 | 0 | 0 | 1 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNIT 32 Total - ICF** | | | | | | |
| Aggressive Act to SELF (SS) | 2 | 0 | 2 | 3 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 1 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNIT 33 Total - ICF** | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 3 | 3 | 1 | 0 | 1 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 1 | 1 | 3 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Aggressive Act to STAFF (A4) | 0 | 1 | 0 | 0 | 0 | 0 |
| **UNIT 34 Total** - ICF | | | | | | |
| Aggressive Act to SELF (SS) | 1 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 2 | 0 | 0 | 1 | 1 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.5 Incidents (Aggressive Act to Self) by Day of Week:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.5 # of incidents of aggressive act to self (SS) | | | | | | |
| Sunday | 0 | 2 | 1 | 0 | 1 | 0 |
| Monday | 0 | 2 | 1 | 0 | 0 | 1 |
| Tuesday | 2 | 1 | 3 | 2 | 0 | 1 |
| Wednesday | 1 | 0 | 3 | 1 | 0 | 0 |
| Thursday | 1 | 1 | 0 | 4 | 1 | 2 |
| Friday | 0 | 1 | 0 | 1 | 2 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 1 | 0 |

## 4.6 Incidents (Aggressive Act to Peers) by Day of Week:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.6 # of incidents of aggressive act to Peers (A2) | | | | | | |
| Sunday | 0 | 0 | 0 | 1 | 1 | 0 |
| Monday | 0 | 0 | 1 | 0 | 3 | 2 |
| Tuesday | 2 | 0 | 0 | 1 | 0 | 2 |
| Wednesday | 0 | 0 | 0 | 1 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 2 | 2 | 0 |

## 4.7 Incidents (Aggressive Act to Staff) by Day of Week:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.7 # of incidents of aggressive act to Staff (A4) | | | | | | |
| Sunday | 0 | 0 | 0 | 1 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 1 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 1 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.8 Incidents (Aggressive Act to Self) by Shift:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.8 # of incidents of aggressive act to self (SS) | | | | | | |
| AM | 3 | 1 | 1 | 3 | 2 | 1 |
| PM | 1 | 6 | 7 | 5 | 3 | 3 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.9 Incidents (Aggressive Act to Peers) by Shift:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.9 # of incidents of aggressive act to peers (A2) | | | | | | |
| AM | 0 | 0 | 0 | 1 | 5 | 4 |
| PM | 2 | 0 | 1 | 4 | 1 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.10 Incidents (Aggressive Act to Staff) by Shift:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.10 # of incidents of aggressive act to staff (A4) | | | | | | |
| AM | 0 | 2 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 1 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.16 Incidents (Aggressive Act to Self) by Time of Incident:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.16 # of incidents of aggressive act to self (SS) | | | | | | |
| Time of Incident | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 1 | 1 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 1 | 0 |
| 1200-1400 | 1 | 0 | 0 | 1 | 1 | 0 |
| 1400-1600 | 1 | 2 | 2 | 3 | 0 | 1 |
| 1600-1800 | 1 | 3 | 2 | 2 | 2 | 2 |
| 1800-2000 | 0 | 0 | 1 | 0 | 0 | 1 |
| 2000-2200 | 0 | 1 | 2 | 0 | 1 | 0 |
| 2200-2400 | 0 | 0 | 1 | 2 | 0 | 0 |

**4.17 Incidents (Aggressive Act to Peers) by Time of Incident:**

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.17 # of incidents of aggressive act to peers (A2) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 2 | 2 |
| 1000-1200 | 0 | 0 | 0 | 1 | 3 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 2 |
| 1600-1800 | 2 | 0 | 0 | 2 | 1 | 0 |
| 1800-2000 | 0 | 0 | 1 | 2 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

**4.18 Incidents (Aggressive Act to Staff) by Time of Incident:**

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.86 # of incidents of aggressive act to staff (A4) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 2 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 1 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

**4.19 Incidents by Location – Aggressive Act to Self:**

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.19 # of incidents of aggressive act to self (SS) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 3 | 4 | 1 | 4 | 3 | 3 |
| Bathroom | 0 | 0 | 1 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 1 | 3 | 0 | 0 | 0 |
| Office Area | 1 | 0 | 3 | 4 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 2 | 1 |
| Day hall | 0 | 2 | 0 | 0 | 0 | 0 |

### 4.20 Incidents by Location – Aggressive Act to Peers:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.20 # of incidents of aggressive act to peers (A2) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 0 | 0 | 0 | 1 | 0 |
| Bathroom | 0 | 0 | 0 | 1 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 1 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 1 | 1 | 1 |
| Day hall | 1 | 0 | 1 | 2 | 2 | 1 |

### 4.21 Incidents by Location – Aggressive Act to Staff:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.21 # of incidents of aggressive act to staff (A4) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 1 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 1 | 0 | 0 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |
| Day hall | 0 | 0 | 0 | 1 | 0 | 0 |

### 4.22 Incidents of Aggression Analysis of data:

Aggressive acts with the 2684 population decreased during the reporting period of July 1st, 2020 through December 31, 2020. During this reporting period, there were 61 episodes of aggression. This is a decrease from the previous reporting period, which had a total of 87

episodes of aggression. This reporting time frame saw a total of 36 aggressive acts to self, 22 aggressive acts to others and three aggressive acts towards staff.

There were 36 episodes of aggressive acts to self. This was an increase from the previous reporting period, which had a total of 31 episodes. The majority occurred in September and October with a combined total of 16 episodes - eight per month. These incidents included 13 patients.

There were 22 incidents of Aggressive Act to Another Patient. This is a decrease from the previous reporting period, which had a total of 40 episodes. The majority occurred in November with ten episodes and nine patients.

There were three incidents of Aggressive Act to Staff. The majority occurred in August with two incidents.  All the incidents had unique aggressors. Two incidences had contact made, and one contact attempted.

October had the highest frequency of combined aggression with 14 incidents followed by November with ten episodes. August, September and December resulted in a total of 26 combined incidents. July had the lowest frequency of combined aggression with six incidents for the month.

Most of the incidents occurred on PM shift with a total of 34 events. The remaining incidents occurred on the AM shift, and there were no instances of aggression on NOC shift. The highest frequency of aggression occurred on Tuesdays with a total of 15 incidents, followed by Monday and Thursday with a combined total of 20 incidents.  Data also showed Wednesday and Sunday had a combined total of 13 incidents and Friday and Saturday had a combined total of nine incidents. The previous reporting period of January 1, 2020 through June 30th, 2020 had the majority of the incidents occur during weekdays and on the PM Shift.
The locations occurred in the following places: 20 incidents in bedrooms, 13 in the hallways or around the office area, ten in the day hall, six occurred in another location, and two in the patient latrine.

**4.23 Incidents of Aggression Change in Policy or Procedure**:
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**4.24 Incidents of Aggression – Plan for the Next Review Period:**
The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Adapting to changing COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible | • Increased patient attendance and reduction in aggressive incidents. |

Case 2:90-cv-00520-KJM-SCR    Document 7625-1    Filed 10/14/22    Page 232 of 500

| | |
|---|---|
| • Analyze any correlations between inappropriate patient referrals and incidents of aggression.<br>• Encourage CLIP on each unit.<br>• Analyze incidents of aggression between ICF direct admission units and admissions to locked admission units.<br>• Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria.<br>• Implementing Trauma Informed Care to promote a culture of calmness and collaboration | • Identify any potential impact on treatment milieu.<br><br>• Increase in prosocial behavior.<br>• Identify any causal factors and make any additional recommendations.<br><br>• Decrease unsafe patient behaviors affecting the treatment milieu.<br><br>• Providing the patient with a psychologically safe environment *<br>• Decrease future incidents of aggression. |
| • Review treatment plans to ensure patient debriefing information is used to inform treatment.<br><br>• Resume *SIR and Enhanced Observation Documentation* training that was developed and implemented. Suspended due to COVID-19 surges | • Increased quality of documentation to ensure essential elements captured to adequately inform debriefing and treatment interventions |

**Additional Comments**:
None.

## DETAILED REPORT

## SECTION 5 – Incidents (Indecent Exposure)

### Section 5 – Incidents (Indecent Exposure):

| Outcome Measure Indicator # | Patient days: | 6774 | 5919 | 5298 | 5671 | 5242 | 5015 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 5 | Indecent Exposure | | | | | | |
| 5.1 | Total number of incidents of indecent exposure. | 0 | 0 | 3 | 0 | 0 | 0 |
| | Rate 5.1 | 0 | 0 | 0.57 | 0 | 0 | 0 |

### 5.3 Incidents (Indecent Exposure) by UNIT:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.3 # of incidents of indecent exposure | | | | | | |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 13 - ACUTE | 0 | 0 | 1 | 0 | 0 | 0 |
| Unit 30 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 31 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 32 - ICF | 0 | 0 | 2 | 0 | 0 | 0 |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 34 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.4 Incidents (Indecent Exposure) by Day of Week:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.4 # of incidents of indecent exposure | | | | | | |
| Sunday | 0 | 0 | 1 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 1 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 1 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.5 Incidents (Indecent Exposure) by Shift:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.5 # of incidents of indecent exposure | | | | | | |
| AM | 0 | 0 | 1 | 0 | 0 | 0 |
| PM | 0 | 0 | 2 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

**5.6 Incidents (Indecent Exposure) by Time of Incident:**

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.6 # of incidents of indecent exposure | | | | | | |
| Time of Incident | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 1 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 1 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 1 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

**5.7 Incidents (Indecent Exposure) by Location of Incident:**

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.7 # of incidents of indecent exposure | | | | | | |
| Location of Incident | | | | | | |
| Day Hall | 0 | 0 | 1 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 1 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 1 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |

**5.8 Incidents (Indecent Exposure) Analysis of data:**
The current reporting period shows a total of three incidents of Indecent Exposure, two of which were from the same patient. This is an increase of two from the previous reporting period of January 1st, 2020 through June 30th, 2020.

**5.9 Incidents (Indecent Exposure) Change in Policy or Procedure:**
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**5.10 Incidents of Indecent Exposure – Plan for the Next Review Period:**

The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| There are no systemic changes warranted for the next review period. | |

**Additional Comments**:

None.

## DETAILED REPORT

### SECTION 6 – Incidents of Rules Violations (RVR)

**Section 6 – Incidents of Rules Violations (RVR) Summary Table:**

| Outcome Measure Indicator # | Patient days: | 6774 | 5919 | 5298 | 5671 | 5242 | 5015 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| **6** | **RVR** | | | | | | |
| **6.1** | Number of patients receiving at least one RVR during the month | 2 | 0 | 5 | 16 | 3 | 3 |
| | Rate 6.1 | 0.3 | 0 | 0.94 | 2.8 | 0.57 | 0.6 |
| **6.2** | Number of patients provided MH Assessments during month per Title 15 and DOM | 2 | 0 | 5 | 16 | 3 | 3 |
| | Rate 6.2 | 0.3 | 0 | 0.94 | 2.8 | 0.57 | 0.6 |

**6.3  Incidents of RVR Analysis of data:**
A total of 27 Rules Violation Reports worksheets were generated and submitted to CDCR for this reporting period, which is an increase from the previous reporting period. A majority of the worksheets were completed in October due to the use of an illicit substance on one unit involving six patients.

**6.4 Incidents of RVR Change in Policy or Procedure:**
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**6.5 Incidents of RVR – Plan for the Next Review Period:**
The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with the DSH-A risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Adapting to changing COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible.<br>• Analyze any correlations between inappropriate patient referrals and incidents of RVRs.<br>• Require the use of CLIP on each unit. | • Increased patient attendance and reduction in aggressive incidents.<br><br>• Identify any potential impact on treatment milieu.<br><br>• Increase in prosocial behavior.<br>• Identify any causal factors and make any additional recommendations. |

| | |
|---|---|
| • Analyze incidents of RVRs between ICF direct admission units and admissions to locked admission units.<br>• Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria.<br>• Review treatment plans to ensure RVRs based on clinical factors are being utilized to inform treatment<br>• Monitor that preference plans, groups schedules, and risk factors are updated timely. | • Decrease unsafe patient behaviors affecting the treatment milieu.<br><br>• Mitigate future Rules Violations incidents.<br><br>• Increase in the continuity of care and Improve the therapeutic milieu. |

**<u>Additional Comments</u>**:
None.

## DETAILED REPORT

### SECTION 7 – Incidents of Suicide Attempts/Suicide

**Section 7 – Incidents of Suicide/Suicide Attempts Summary Table:**

| Outcome Measure Indicator # | Patient days: | 6774 | 5919 | 5298 | 5671 | 5242 | 5015 |
|---|---|---|---|---|---|---|---|
| | **Report for Hospital: Months** | JUL | AUG | SEPT | OCT | NOV | DEC |
| | **Formula=(Incidents/Patient Days) * 1000** | | | | | | |
| **7** | **Suicide** | | | | | | |
| **7.1** | Number of Suicide attempts | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| **7.2** | Number of Suicides | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.2 | 0 | 0 | 0 | 0 | 0 | 0 |

### 7.3 Incidents of Suicide/Suicide Attempts by UNIT:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.3  # of incidents of suicide attempts | | | | | | |
| Unit 13 - ACUTE | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 30 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 31 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 32 - ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 34 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.3 # of incidents of suicides | | | | | | |
| Unit 13 - ACUTE | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 30 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 31 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 32 - ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 34 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

### 7.4 Incidents of Suicide/Suicide Attempts by Day of Week:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.4 # of suicide attempts | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

| 7.4 # of suicides | | | | | | |
|---|---|---|---|---|---|---|
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.5 Incidents of Suicide/Suicide Attempts by Shift:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.5 # of suicide attempts | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 # of suicides | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.6 Incidents of Suicide/Suicide Attempts Time of Incident:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.6 # of suicide attempts – Time of Incident: | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 # of suicides – Time of Incident: | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.7 Incidents of Suicides/Suicide Attempts Location of Incident:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.7 # of suicide attempts – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 # of completed suicides – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.8 Incidents of Suicide/Suicide Attempts Analysis of data:
There were no incidents of suicide or suicide attempts during this reporting period.

## 7.9 Incidents of Suicide/Suicide Attempts Change in Policy or Procedure:
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| Implemented Columbia Suicide Severity Rating Scale | To meet Joint Commission standards for a validated, evidence-based suicide risk assessment tool. | Improved suicide risk assessment and communication within and between facilities, as tool has been | Initial implementation has gone smoothly with all staff receiving training and switching over to |

| | | implemented across DSH. | the CSSR-S as of January 2020. |
|---|---|---|---|

**7.10 Incidents of Suicide/Suicide Attempts – Plan for the Next Review Period:**

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Update staff Suicide Prevention training<br><br>• Continue with evaluation of potential ligature risks and modifications with anti-ligature fixtures | • Increased staff awareness and competencies to prevent incidents of suicide/suicide attempts/self-harm<br>• Reduction of potential ligature points |

| DETAILED REPORT |
| --- |
| **SECTION 8 – Medications - Use of Clozaril** |

**Section 8 – Use of Clozaril Summary Table:**

| Outcome Measure Indicator # | Patient days: | 6774 | 5919 | 5298 | 5671 | 5242 | 5015 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **8** | **Use of Clozaril** | | | | | | |
| **8.1** | Number of new starts | 2 | 1 | 1 | 1 | 0 | 0 |
| | rate 8.1 | 0.3 | 0.17 | 0.19 | 0.18 | 0 | 0 |
| **8.2** | Number of maintenance / maintained | 12 | 14 | 15 | 20 | 22 | 22 |
| | rate 8.2 | 1.77 | 2.37 | 2.83 | 3.53 | 4.2 | 4.39 |

**8.3  Use of Clozaril Analysis of data**:
The data concerning clozapine must account for gradual decrease in the PC 2684 commitment census in the months of July 2020 through December of 2020.  The PC 2684 census on 7/1/2020 was 223.  By December 31, 2020, the PC 2684 census had fallen by 29% to 160. This fall in census affects the calculated rates as seen in the table above.

Through the second six months of 2020, total number of new starts for clozapine remained low.  DSH-A received few referrals that requested evaluation for suitability of clozapine treatment.  The increase in rate of those patients maintained on clozapine (22 in November and December of 2020) is secondary to the steadily falling census.

**8.4 Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
| --- | --- | --- | --- |
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

| Plan for the next review period | |
| --- | --- |
| Specific change | Expected outcome |
| Communicate with CDCR about indications for transfer of patients to DSH for clozapine treatment appropriateness. | Increased numbers of CDCR referrals that include evaluation for clozapine treatment. |

**Additional Comments**:
It is impressive that the percentage of PC 2684 commitment patients has a higher use of clozapine than in the other commitment categories at DSH-A.  This indicates the increased transfer of patient on clozapine to DSH-A.  This comports well with the ICF level of care and the increased resources at DSH-A for analyzing and adjusting the psychotropic medications of our PC 2684 patients.

## DETAILED REPORT

### SECTION 9 – Medications – Use of Involuntary Medications

**Section 9 – Use of Involuntary Medications Summary Table:**

| Outcome Measure Indicator # | Patient days: | 6774 | 5919 | 5298 | 5671 | 5242 | 5015 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **9** | **Use of Involuntary Medications** | | | | | | |
| 9.1 | Number of Stat medications ordered for psych reasons | 4 | 3 | 4 | 2 | 2 | 7 |
| | Rate 9.1 | 0.6 | 0.51 | 0.76 | 0.35 | 0.38 | 1.4 |
| 9.2 | Number of non-formulary drugs prescribed | 24 | 28 | 30 | 36 | 41 | 36 |
| | Rate 9.2 | 3.54 | 4.73 | 5.67 | 6.35 | 7.82 | 7.18 |
| 9.3 | Number of new admits on PC 2602 | 3 | 3 | 0 | 7 | 4 | 1 |
| | Rate 9.3 | 0.44 | 0.51 | 0 | 1.23 | 0.76 | 0.2 |
| 9.4 | Number of PC 2602 initiated for current patients | 0 | 1 | 1 | 0 | 0 | 0 |
| | Rate 9.4 | 0 | 0.17 | 0.19 | 0 | 0 | 0 |
| 9.5 | Number of PC 2602 renewed for current patients | 2 | 2 | 2 | 4 | 1 | 2 |
| | Rate 9.5 | 0.3 | 0.34 | 0.38 | 0.71 | 0.19 | 0.39 |

<u>**Analysis of data**</u>:

The same caveat is in play for the data regarding stat, involuntary, and non-formulary medications as there is a significant decline in PC 2684 census in the second six months of 2020.

The n for stat medications remained small throughout the second half of 2020.  December say a near doubling of stat medication to seven (7).  This one month increase is not statistically significant because of the overall n of 22.  The next highest month had four (4) stat medications administered.  The monthly average over the last six months of 2020 was 3.6.  This is a very low number; particularly when compared to the use of stat medications with non-PC 2684 patients at DSH-A.  This low number is likely secondary to their ICF status upon admission.  As many of the PC 2684 patients have already stabilized to some degree, then it follows that there will be less need for administration of stat, i.e. emergency medications.

The use of non-formulary medications in the last six months showed an upward trend in the last four months of 2020.  The monthly average of non-formulary medications ordered as 32.5.  The range went from a low of 24 order in July to 41 orders in November of 2020.  The rate is likely not accurate because of the decline in census which affects rate.

These data reflect the trend of admissions of a greater percentage of patients with psychotic mental illness that is often resistant to multiple trials of formulary antipsychotics.  This tracks with the previous data set on the number of patients treated with clozapine.

The number of admissions that had active PC 2602 orders remained fairly constant over the final six months of 2020. The average per month of admissions with a PC 2602 is three with a range of zero to seven. No definitive trend can be gleaned from such a low n. The number of patients admitted on PC 2602 orders has been low not only in the last six months, but also in the first half of 2020. One would expect to see a gradual increase in PC 2602 orders at admission if the trend of admitting more severely psychotic patients continues.

The number of patients who were started on a PC 2602 after admission to DSH-A was exceedingly low: a monthly average of 0.33. This small n makes the data in this section not statistically significant. It does indicate a downward trend from the first half of 2020. This likely is due to increased focus on gaining voluntary medication consent. During the COVID-19 pandemic, patients are the units much more. This allows more contact with their psychiatrists and treatment teams. This likely has resulted in more frequent contacts and increased the likelihood gaining voluntary compliance.

The number of patients who had their PC 2602 orders renewed in the last six months of 2020 demonstrated a monthly average of 2.3. This number of renewals is consistent with the renewal rate of involuntary medication orders for patients of other commitments. There was no significant trend for renewal of PC 2602 orders.

**Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| Collaborative discussions between CDCR and DSH clinicians of potential transfers to DSH. | To facilitate admitting a higher number of patients who are severely psychotic and could benefit from the ICF level of care at DSH. | Increase the likelihood of identifying those patients who could benefit most from ICF level of care in DSH. | Higher number of patients who present as psychotic and who show excellent response to treatment with increased stability, insight, and treatment compliance. |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Increase discussion with CDCR psychiatrist regarding clinical indications for initiation of a PC 2602 petition. | To increase the likelihood that involuntary psychotropic medications can be started in CDCR to ensure more rapid stabilization and readiness for treatment at the ICF level of care. |

**Additional Comments**:

Progress has been made in the weekly meetings between CDCR and DSH. The different disciplines are represented. There has been psychiatrist to psychiatrist contact to discuss the threshold for initiation of an emergent versus a non-emergent PC 2602 petition. These discussions have proved fruitful as some of the CDCR patients were started on a PC 2602 order. In some of these cases, there was such strong improvement that transfer to DSH was no longer indicated.

## DETAILED REPORT

### SECTION 10 – Treatment Hours

## Section 10 – Treatment Hours Summary Table:

| 10.1 Group Therapy ICF | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| **Core Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | - | - | - | - | - | - |
| Average number of hours per patient delivered | 5.35 | 5.05 | 6.29 | 5.92 | 4.94 | 5.33 |
| Delivered rate | - | - | - | - | - | - |
| Average Rate | 5.35 | 4.85 | 6.14 | 5.73 | 4.75 | 5.1 |
| Average number of hours per patient attended | 1 | 0.96 | 0.98 | 0.97 | 0.96 | 0.96 |
| **Supplemental Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient delivered | NA | NA | NA | NA | NA | NA |
| Delivered rate | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient attended | 6.33 | 6.47 | 6.89 | 6.69 | 5.88 | 5.29 |
| Attended rate | NA | NA | NA | NA | NA | NA |
| **Individual Therapy – ICF** | | | | | | |
| # of patients scheduled for individual therapy | NA | NA | NA | NA | NA | NA |
| # of patients delivered individual therapy | 89 | 54 | 48 | 37 | 21 | 47 |
| Rate of patients delivered individual therapy | NA | NA | NA | NA | NA | NA |

**\*N/A -** DSH Atascadero is currently not utilizing the average number of hours per patient scheduled and delivered for supplemental and individual therapy

\*DSH-Atascadero reports all average number of hours for CORE groups & average number of hours attended for Supplemental Groups as a weekly average.

## 10.2 Treatment Hours by **Type of Therapy - ACUTE**:

| 10.2 Group Therapy ACUTE | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| **Core Group Hours – Acute** | | | | | | |
| Average number of hours per patient scheduled | 0 | 0 | 0 | 0 | 0 | 0 |
| Average number of hours per patient delivered | 0 | 0 | 0 | 0 | 0 | 0 |
| Delivered rate | 0 | 0 | 0 | 0 | 0 | 0 |
| Average number of hours per patient attended | 0 | 0 | 0 | 0 | 0 | 0 |
| Attended rate | 0 | 0 | 0 | 0 | 0 | 0 |
| **Supplemental Group Hours – Acute** | | | | | | |
| Average number of hours per patient scheduled | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient delivered | NA | NA | NA | NA | NA | NA |
| Delivered rate | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient attended | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Attended rate | NA | NA | NA | NA | NA | NA |
| **Individual Therapy – Acute** | | | | | | |
| # of patients scheduled for individual therapy | NA | NA | NA | NA | NA | NA |
| # of patients delivered individual therapy | 0 | 0 | 0 | 0 | 0 | 0 |
| Rate of patients delivered individual therapy | NA | NA | NA | NA | NA | NA |

## 10.3 **Treatment Group Observation Audit** Data:

| 10.3  DSH 2684 Treatment Group Observation Audit | | | | | | | |
|---|---|---|---|---|---|---|---|
| Month | JUL | AUG | SEPT | OCT | NOV | DEC | **AVG** |
| **Question #1**: Session starts and ends within five minutes of designated times. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #2**: Prior session material is reviewed as relevant. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #3**: Equipment is counted and utilized safely. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #4**: Co-provider was actively engaged. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #5**: The facilitator's style and structure for the group attempts to engage all participants. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #6**: Preplanning is apparent. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #7**: Facilitator introduces topics or treatment activities. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #8**: Facilitator maintains therapeutic boundaries. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #9**: Facilitator demonstrates group management skills. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #10**: Facilitator maintains professionalism. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #11**: Facilitation of the group allows room for the expression of individual differences and cultural diversity. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #12**: Facilitator gives feedback to group participants. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #13**: Facilitator identifies and utilizes participant's strengths. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #14**: The facilitation of the group and the content of the activities accommodate limitations of the participants. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #15**: Facilitator checks for learning. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| % of compliance | * | * | * | * | * | * | * |
| **Question #16**: When asked, facilitator can explain the purpose and the therapeutic benefits of the group. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |
| **Question #17**: Facilitator brings closure to the group. | | | | | | | |
| % of compliance | * | * | * | * | * | * | * |

10.4 **2684 Treatment Plan Audit** Data:

| **10.4 DSH 2684 Treatment Plan Audit** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Month | JUL | AUG | SEPT | OCT | NOV | DEC | **AVG** |
| **Question #1**: The treatment plan was finalized as per policy. | | | | | | | |
| % of compliance | 85.7 | 87.5 | 87.5 | 88.9 | 85.7 | 0.0 | 72.5 |
| **Question #2**: The patient's age is accurate documented. | | | | | | | |
| % of compliance | 100 | 100 | 93.8 | 94.4 | 71.4 | 100 | 93.3 |
| **Question #3**: Treatment outcome expectations based on reason for referral is addressed. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #4**: The violence risk assessment is current. | | | | | | | |
| % of compliance | NA | NA | NA | NA | NA | NA | NA |
| **Question #5**: The suicide risk assessment is current. | | | | | | | |
| % of compliance | NA | NA | NA | NA | NA | NA | NA |
| **Question #6**: Risk factors are identified. | | | | | | | |
| % of compliance | NA | NA | NA | NA | NA | NA | NA |
| **Question #7**: There is a summary of treatment progress including groups taken. | | | | | | | |
| % of compliance | 100 | 93.8 | 100 | 100 | 100 | 87.5 | 96.9 |
| **Question #8**: Updated patient progress toward each treatment outcome expectation is documented. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #9**: There is a plan for returning the patient to CDCR. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 77.8 | 96.3 |
| **Question #10**: Focus statements are written for each identified area of treatment. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #11**: Measurable objectives are written for each focus of treatment. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #12**: Objectives have at least one approved intervention. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 85.7 | 77.8 | 93.9 |

**10.5 Treatment Hours Analysis of data**:
Temporary Changes in Structured Treatment
On March 18, 2020, all off unit groups were put on hold as a safety precaution to decrease the spread of COVID-19.  DSH-A adapted to changing COVID-19 safety precautions in order to increase scheduled treatment hours per patient. All pre-scheduled group rosters were put on hold (cancelled) and patients began attending unit-based treatment groups.  All groups were offered under core umbrella titles which include Mental Health Wellness, Aggression Reduction, Staying Safe, Healthy Living, Discharge Planning and Orientation.  Treatment teams and Program Management are continuing with creating unit schedules based on the

assessed needs of the patients, while considering safety concerns related to the pandemic. Core group hours were not able to be pre-scheduled in this system but were tracked using a positive attendance reporting data system.  Patients were given credit for groups and activities that they attended.  No group attendance by group type could be calculated because neither the patients nor staff we pre-scheduled in the data collection system to run the treatment activities.

On June 1, 2020 central areas were modified to re-open for patients to access as a unit.  Due to the increase in COVID-19 cases these areas were closed on November 9, 2020. The patient library provides materials on a check out process and delivery process. Chaplains visit patients on the units and prepare weekly services to play on the units using the Patient Entertainment Network (PEN) channel.  Substance Abuse Services presents weekly educational power points on the PEN channel and provides worksheets for the patients and unit facilitators to utilize.  Educational packets are delivered weekly to patients enrolled in the Aztec School. Each discipline is provided scheduled hours each week on the PEN channel to provide treatment information in addition to in-person treatment activities.

**Treatment Attendance**

Over this reporting period there has been a slight increase in treatment hours per patient attended compared to the previous reporting period.

For the current reporting period the average number of hours delivered per patient fluctuated from 4.75 and 6.29. The average number of attended fluctuated between 4.75 and 6.14. Supplemental Group hours fluctuated between 5.29 to 6.89, with an average of 6.2 hours. November had the lowest average of core and supplemental hours delivered and attended due to only 18 business days for the month. This is a slight increase from the previous reporting period of January 1, 2021- June 30, 2021.

Potential contributing factors for improvement in patient treatment attendance include:

• The current average patient length of stay is 7.8 months as compared to the last reporting period of 5.7 months. During this reporting period data regarding length of stay approached or exceeded the expected LOS of 6 to 9 months (180 to 270 days) due to COVID-19 and patients experiencing a longer stay.

• Program Management continues to focus on ensuring the correct process for documenting individual contact, core and supplemental hours by reviewing in monthly Clinician meetings, CMT meetings, and Program Management meetings.

**10.6 Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| Moved from scheduled to unscheduled treatment groups | COVID-19 precautions prevent combining units and areas for treatment activities | Maintain treatment delivery and participation | Evaluate and plan to move toward resuming scheduled activities., with a goal of April 5, 2021 Reopening of centralized treatment |

| | | | areas will be reviewed weekly. |
|---|---|---|---|

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| <ul><li>Continue to explore ways to increase structured treatment hours as COVID-19 safety precautions permit.</li><li>Create more short-term, evidenced based treatment groups available on the units.</li><li>CLIPs to include group attendance component.</li><li>Survey patients each quarter for interest in new groups.</li><li>Study potential benefits of unit-based treatment.</li><li>Treatment group audits resume February 2021.</li><li>Develop treatment benchmarks for scheduled, attendance, and cancellation which will require additional internal oversight.</li><li>Rescind clinician COVID-19 telework schedules 4/5/21</li><li>Obtain patient input on resuming full operations with COVID-19 tier</li><li>Add increasing individual and group treatment hours to DSH-A strategic plan.</li><li>Continue CBT for Psychosis training and consultation</li><li>Add EMDR as an available intervention</li></ul> | <ul><li>Increase patient attendance</li><li>Reduce time to achieve patient Treatment Outcome Expectations.</li><li>Increase patient attendance.</li><li>Increase patient enthusiasm for groups</li><li>Increase patient availability to attend treatment.</li><li>Oversee quality of treatment groups and targeted interventions.</li><li>Patients are enrolled timely into expected treatment hours based off their treatment outcome expectations.</li><li>Increase therapeutic interactions and availability for treatment groups.</li><li>Increased "Voice and Choice" from patient survey. Opportunity for the patients to provide input</li><li>Gauge patient interest and comfort in how to increase on and off unit treatment.</li><li>Increase staff competencies for treatment modality and intervention</li><li>Increased treatment modality and intervention</li></ul> |

**<u>Additional Comments</u>**:
None.

## DETAILED REPORT

### SECTION 11 – Management Indicators – Staffing Allocations and Vacancies

**Section 11 – Management Indicators (Staffing and Census) Data**
Staffing Allocations and Vacancies

**Staffing Allocations:**

| Program-Wide | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Administration** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Executive Director | | | 1 | 1 | 0 | 0 | |
| Clinical Administrator | | | 1 | 1 | 0 | 0 | |
| Hospital Administrator | | | 1 | 1 | 0 | 0 | |
| Nurse Administrator | | | 1 | 1 | 0 | 0 | |
| Medical Director | | | 1 | 1 | 0 | 0 | |
| Chief Psychiatry | | | 1 | 1 | 0 | 0 | |
| Program Director | | | 1 | 1 | 0 | 0 | |
| Program Assistant | | | 1 | 1 | 0 | 0 | |
| Nursing Coordinator | | | 1 | 1 | 0 | 0 | |
| **Supervision** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Unit Supervisor | | 261 | 6 | 6 | 0 | 0 | 0.0 |
| Supervising Psychologist | | 261 | 1 | 0 | **1*** | **0** | 1.0 |
| Supervising Social Worker | | 261 | 1 | 0 | **1*** | **0** | 1.0 |
| Supervising Rehabilitation Therapist | | 261 | 1 | 1 | **0** | **0** | 0.0 |
| Senior Psychiatrist | | 261 | 1 | 0 | **1** | **0** | 1.0 |
| **Level of Care (ICF)** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Nurse Practitioner | | 261 | | | | | |
| HSS | | 261 | 2 | 2 | 0 | 0 | 0 |
| Sr Psych Tech | 1:08 | 261 | 18 | 14 | 4 | 0 | 4 |
| Registered Nurse | 1:08 | 261 | 36 | 31 | 5 | 2 | 5 |
| Psych Tech | 1:08 | 261 | 104 | 96 | 8 | 0 | 8 |
| **Clinical Staff** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Psychiatrist | 1:35 | 261 | 8 | 8 | **0** | **5** | 0.00 |
| Psychologist | 1:46 | 261 | 8 | 6 | **2** | **0** | 2.00 |
| Social Worker | 1:46 | 261 | 8 | 7 | **1** | **0** | 1.00 |
| Rehab Therapist | 1:46 | 261 | 8 | 8 | **0** | **0** | 0.00 |
| **Hospital Police** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Police Sergeant | NA | NA | NA | NA | NA | NA | NA |
| Police Officer | NA | NA | NA | NA | NA | NA | NA |

**<u>Analysis of data:</u>**

Staffing for Nursing positions has remained consistent in the reporting period. There was a total of 11 identified vacancies. Coverage needs on the unit are provided by the float or overtime process. Supervision coverage needs are provided by utilizing staff in out-of-class positions.

**Clinical Staffing**
A permanent Supervising Social Worker was hired in December.

**Change in Policy or Procedure**:
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Continue to recruit staff to fill vacancies | • Decreased vacancies and turnover |

**Section 11 – Management Indicators (Staffing and Census) Data**
Patient Census Data

| Management Indicators **Patient Census** | | | | | | |
|---|---|---|---|---|---|---|
| | JUL | AUG | SEPT | OCT | NOV | DEC |
| Average daily census | 218.5 | 190.9 | 176.6 | 182.9 | 174.7 | 161.8 |
| Average length of stay | 229 | 210 | 309 | 281 | 267 | 225 |
| Median length of stay | 224 | 174 | 252 | 266 | 260 | 196 |
| Admission per month | 16 | 8 | 2 | 22 | 8 | 4 |
| Discharges per month | 34 | 34 | 4 | 14 | 26 | 11 |

**Analysis of data:**
During COVID-19 patient movement has been decreased. Average length of stay was 236.9 days. There were 60 admissions and 124 discharges during this review period. This is a decrease from the previous reporting period due to COVID -19. The admissions and discharges were the lowest in September. Average admissions per month was 10 patients; average discharges per month was 20.5, a decrease of 8.1 patients from the last reporting period.

**Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Maintain census, based on referrals, at 256 | • Create a homeostasis milieu to reduce patient aggression and self-harm |

**Additional Comments**:
None.


END OF REPORT.

Submitted By:


*Jason Black*
Executive Director

# DEPARTMENT OF STATE HOSPITALS-COALINGA
## GOVERNING BODY REPORT
### Coleman - 2684 Report
### July 1, 2020 to December 31, 2020

## Table of Contents

| | SECTION | PAGE |
|---|---|---|
| DSH QUALITY IMPROVEMENT PLAN | | 2 |
| ABOUT COALINGA STATE HOSPITAL | | 2-3 |

### EXECUTIVE SUMMARY

| | SECTION | PAGE |
|---|---|---|
| Seclusion, Restraint & Enhanced Observation | | 4-5 |
| Incidents | | 6-7 |
| Medications | | 8 |
| Treatment Hours | | 9 -10 |
| Management Indicators | | 11 |

### DETAILED REPORT

| | SECTION | PAGE |
|---|---|---|
| Use of Restraints | Section 1 | 12-15 |
| Use of Seclusion | Section 2 | 16-19 |
| Use of Enhanced Observation | Section 3 | 20-22 |
| Incidents – Aggression | Section 4 | 23-26 |
| Incidents – Indecent Exposure | Section 5 | 27-29 |
| Incidents – Rules Violation (RVR) | Section 6 | 30-31 |
| Incidents – Suicide Attempts/Suicides | Section 7 | 32-35 |
| Medication – Use of Clozaril | Section 8 | 36 |
| Medication – Use of Involuntary Medication | Section 9 | 37-38 |
| Treatment Hours | Section 10 | 39-42 |
| Management Indicators – Staffing | Section 11 | 43-44 |
| Management Indicators – Patient Census | Section 12 | 45-46 |

### SIGNATURE PAGE — 46

## Quality Improvement Plan

The purpose of the Quality Improvement Program (QIP) is to ensure the safety of, preserve the rights of, and continuously improve and evaluate the quality of therapeutic and rehabilitation services provided. DSH Policy Directive 9000 Quality Improvement Program describes strategies, processes, tools, and a governance structure that hospitals use to plan, prioritize, develop, implement and evaluate quality improvement initiatives and sustain improvement.

The QIP aims to assess, improve and monitor the quality of patient care. Department of State Hospitals maintains an ongoing QIP based on objective data that describe performance improvement, quality assurance, clinical risk management, clinical outcomes, incident management and regulatory compliance activities. The QIP is administered and supported by standardized committee functions, documentation, and reporting processes.

The Model for QIP starts with defining the problem, then moves to identifying the solution, followed by implementing the solution, and finally to assess for the desired outcome.

The Governing Body shall, in the exercise of its overall responsibility, assign to the Executive Director, as a representative of the Governing Body, reasonable authority to develop a plan and implement mechanisms to assess and improve the quality of the DSH facility's governance, management, clinical and support processes, and to ensure the provision of patient care. The quality improvement plans shall be updated at least annually and submitted to the Governing Body for review and approval.

## About Coalinga State Hospital

### Overview of DSH-Coalinga PC 2684 Program

DSH-Coalinga (DSH-C) provides ICF psychiatric care to CDCR inmate-patients under the terms of a memorandum of understanding (MOU) with CDCR and in accordance with Coleman court orders. Currently there are a total of 50 beds designated as PC 2684 for patient care. At DSH-C, Program 7, Unit 21 provides care for the PC 2684 patients.

The MOU and joint policies define the process of referral of PC 2684 patients, the acceptance process to DSH-C, and the discharge process of PC 2684 patients to either parole or return to CDCR. The Medical Director reviews all transfer packets and approves them for admission to DSH-C. It is a priority to identify those patients appropriate for the least restrictive housing alternative for admission to DSH-C.

All PC 2684 patients receive a medical history and physical, a psychiatric assessment, a psychological admission assessment (with risk assessments for danger to self and danger to others), a social work assessment, and a rehabilitation therapy assessment. The medical and psychiatric assessments must be completed within twenty-four hours. An initial nursing assessment is completed in eight hours or less.

Treatment Unit 21 has two multidisciplinary teams (psychiatrist, psychologist, social worker, rehabilitation therapist, and level of care staff). Individualized treatment plans address each patient's reason for referral and the expected treatment goals. Treatment modalities include scheduled individual and group therapy.

Psychiatric care for the management of urgent conditions is available 7 days a week. PC 2684 patients receive medical care from DSH-C physicians. Medical care is available 7 days a week.

A comprehensive utilization review process (defined in the MOU and joint policy) has been implemented at DSH-C. Patients who have achieved treatment goals either return to CDCR at a recommended level of care or discharge to parole.

Containment and mitigation of the COVID-19 pandemic was a high concern throughout the last six months of 2020.  There were repeated mass outbreaks in the CDCR system, which resulted in the closure of movement from many CDCR institutions.  There was a massive surge in COVID-19 cases from mid-November through the end of the year.   As both CDCR and DSH are at extremely high risk for rapid transmission of COVID, precautions for transfer of patients were strictly observed to comport with CDC and CDPH guidelines. This necessarily reduced the number of admissions to DSH-C during this time.

There have been positive developments regarding the transfer of patients who have more clinical indications for psychiatric treatment at the ICF level of care. A group of DSH and CDCR senior clinicians meets weekly to discuss potential transfers. There has been good exchange of information between DSH psychologist representatives and DSH psychiatrist representatives to better understand the clinical indications for transfer. These meetings have resulted in more referrals of patients who are severely psychotic, but not necessarily behaviorally disruptive. There is consensus between the CDCR and DSH clinicians that this collaborative process has allowed patients most in need of ICF DSH treatment to be more readily identified.  The number of patients transferred primarily for custody, i.e. LRH considerations has declined markedly in the second half of 2020.

## EXECUTIVE SUMMARY

### Seclusion, Restraints & Enhanced Observations

**Executive Summary**: DSH-C utilizes behavioral seclusion or restraint only to ensure the safety of patients, staff or visitors when the use of less intrusive measures poses a greater risk of injury, primarily during a psychiatric emergency.

**Use of Restraints:** Five-point restraint, also known as full bed restraint (FBR), is the application of belts, cuffs or any combination of restraints fastened around the patient's wrists, waist and/or ankles to limit the range of motion of arms and legs. The restraints are fastened to a bed in a designated restraint room. Belts and Cuffs also known as wrist-to-waist restraints are any combination of restraints fastened around the patient's wrists, waist and/or ankles to limit the range of motion of arms and legs.

**Analysis:** During the current reporting period (July 1, 2020 to December 31, 2020) there were ten episodes of restraints. An increase from the previous reporting period (January 1, 2020 to June 30, 2020) with four episodes of restraints

**Recommendations:**

- Continue to train and implement Trauma-Informed Care principles.
- Monitor the Kardex and Preference Plans to ensure relevant information is provided.
- Continue to review each incident of restraints to ensure least restrictive measures were utilized.
- The Treatment Support Committee will continue to review all incidents of patients in restraints for more than four hours, patients who have two or more incidents of restraints within seven consecutive days and patients with four or more incidents in 30 days.
- Continue to analyze future incidents.
- Continue to work with ADU / PMU on patient discharges.

**Use of Seclusion:** Seclusion is the involuntary confinement of a patient alone in a room or an area from which the patient is physically prevented from leaving.  Based on the exhibited behavior and criteria, patients are placed in either Seclusion or Restraint.

**Analysis:** During the current reporting period (July 1, 2020 to December 31, 2020) the use of seclusion for PC 2684 patients was utilized nine times which is an increase of six from the last reporting period (January 1, 2020 to June 30, 2020) which had a total of three episodes.

**Recommendations:**

- Continue to train and implement Trauma-Informed Care principles.
- Continue to monitor the Kardex and Preference Plans to ensure relevant information is provided.
- Continue to review each incident of seclusion to ensure least restrictive measures were utilized.
- Continue to work with ADU / PMU on patient discharges.

**Use of Enhanced Observations:** Enhanced observation is an alternative intervention utilized within the treatment program which allows for staff to promote and continue safe continuity of psychiatric care within the unit milieu. Types of enhanced observation include, one staff member

to one patient referred to as one-to-one (1:1); two staff members to one patient, two-to-one (2:1); line of sight (LOS), and Q15 minute checks.

**Analysis:** This reporting period (July 1, 2020 to December 31, 2020) overall had an increase in Enhanced Observation (1:1, 2:1, Q15 and Line of sight) use from the prior reporting period (January 1, 2020 to June 30, 2020). 1:1 intervention decreased to ten episodes from the previous reporting period (January 1, 2020 to June 30, 2020) which had twelve. Q15 interventions had an increase of four episodes with fourteen this reporting period in contrast to ten episodes for the last reporting period. LOS interventions increased with the current period reporting having twenty episodes and the prior period reporting having fourteen episodes. Enhanced Observation totals for current and prior reporting periods are as follows:

- July 1, 2020 to December 31, 2020, forty-four episodes.
- January 1, 2020 to June 30, 2020, thirty-six episodes.

**Recommendations**:

- Continue to complete suicide risk assessments as outlined in policy.
- Ensure treatment teams are using enhanced observations as clinically indicated with a physician's order to stabilize patients.
- The Enhanced Observation Committee will continue to review patients on enhanced observation longer than 14 days and as clinically indicated.
- Continue to work with ADU / PMU on patient discharges.

## EXECUTIVE SUMMARY

### Incidents

**Executive Summary**: The Unit 21 patient treatment program focuses on psychiatric stabilization for successful reintegration back to CDCR. Patients that are treated within DSH-C are being admitted from various referring levels of care and custody which results in a mixture of psychiatric acuity. During the reporting period, the following incident categories were analyzed within this report:

- Aggressive Act to Self.
- Aggressive Act to Another Patient - Physical.
- Aggressive Act to Staff – Physical.
- Inappropriate Sexual Behavior.
- Suicide.
- Suicide Attempt.

**Aggressive Act to Self:**  Self-inflicted injuries with the intent to harm self and without suicidal intent. For example, burns, head banging, cutting, insertion/ingestion of foreign bodies or potentially toxic substances.  Water intoxication is not included in this category.

**Analysis:** There were a total of six incidents of Aggression to Self during the reporting period which is an increase of one from the previous reporting period.

**Recommendations:**

- Continue with assessments and treatment interventions designed to prevent self-injurious behavior.
- Continue to support patients with psychological and emotional distress through treatment modalities such as group attendance to address dynamic risk factors.
- Continue to monitor patient medication compliance.
- Continue to discuss patients at high risk during change of shifts.
- Continue to analyze future incidents by time and method of occurrence.

**Aggressive Act to Another Patient – Physical:** Hitting, pushing, kicking or similar acts directed against another patient to cause potential or actual injury.

**Analysis:** There were a total of seven incidents of Aggressive Act to Another Patient - Physical during the reporting period which is an increase of six from the one incident reported in the previous reporting period, but not unlike this same 6-month review period the year before.

**Recommendations:**

- Continue updating violent risk assessments and treatment interventions designed to prevent aggressive acts to others.
- Incidents and data will continue to be reviewed by Treatment Teams, Program Review Committee and Data Management Unit.
- Continue to monitor patient medication compliance.

- Continue to train staff members on TSI.
- Continue to ensure Preference Plans and the Kardex are updated with relevant information.

**Aggressive Act to Staff - Physical:** Hitting, pushing, kicking, spitting, gassing, or similar acts directed against a staff person that could cause potential or actual injury.

**Analysis:** Aggression Act to Staff – Physical was the most frequently reported aggressive incident with eleven incidents documented during the reporting period. The number of incidents is an increase from the four incidents from the previous reporting period (January 1, 2020 to June 30, 2020).

**Recommendations:**

- Continue updating violent risk assessments and treatment interventions designed to prevent aggressive acts to others.
- Incidents and data will continue to be reviewed by Treatment Teams, Program Review Committee and Data Management Unit.
- Continue to monitor patient medication compliance.
- Continue to train staff members on TSI.
- Continue to ensure Preference Plans and the Kardex are updated with relevant information.
- Continue to work with ADU / PMU on patient discharges.

**Other:** Inappropriate Sexual Behavior (i.e. Indecent Exposure, public masturbation, etc.).

**Analysis:** There were no incidents of Indecent Exposure this reporting period which is also consistent with the last reporting period (January 1, 2020 to June 30, 2020) which had no incidents of Indecent Exposure.

**Recommendations:**

- Continue with interventions designed to prevent inappropriate sexual behavior.

**Suicide:** A self-inflicted injury resulting in death.

**Analysis:** During the current reporting period and the last reporting period, there were no suicides.

**Recommendations:**

- Continue to follow current safety standards and assessment of patient.

**Suicide attempt:** Self-inflicted injuries or ingestion of foreign bodies or potentially toxic substances with suicidal intent or with a potentially lethal outcome.

**Analysis:** During the current reporting period, there was no suicide attempt. The last reporting period (January 1, 2020 to June 30, 2020) had one suicide attempts.

**Recommendations:**

- Continue to follow current safety standards and reviewing SRA on a Monthly basis.

## EXECUTIVE SUMMARY

### Medication

**Involuntary Use of Medication (Emergency & Non-Emergency)**

**Executive Summary**: The rate of STAT medication usage for this reporting period is considered acceptable as reducing further may result in assaults or self-injury. STAT medication is appropriately used for an acute intervention when other interventions are ineffective. DSH-C's formulary is extensive. Medications that are non-formulary can be approved if they are continuations or clinically indicated.

**Involuntary Use of Medication (Emergency & Non-Emergency):** Court ordered (2602) medications are used when voluntary cooperation is not possible and there is a significant risk if a patient goes untreated.

**Analysis:**
- STAT medication use is limited to acute treatment.
- The first approach of treatment teams is to engage patients in voluntary treatment, but high-risk behaviors can lead to involuntary treatment as noted with 3 patients leading to increase in STAT medication usage in December.

**Recommendations:**
- Continue prompt treatment of patients who are at high risk of violence
- Continue to assess standing medication dosages and choices when patients require frequent PRN or STAT.

**Clozaril:** Patients started and maintained on Clozaril.

**Analysis:**
- The refractory patients referred by CDCR require Clozaril treatment at times. Clozaril remains an effective for treatment refractory psychosis as well as when violence or suicidality are prominent symptoms.
- DSH-Coalinga has done an excellent job appropriately starting and maintaining patients on Clozaril.

**Recommendations:**
- Continue using Clozaril appropriately for refractory patients.

**Use of Non-Formulary Medication:** Patients prescribed Non-Formulary Medications.

**Analysis:**
- The formulary for DSH is wide and generally covers psychiatric medication
- Infrequently, non-formulary medication is indicated, and an approval process is initiated and executed.

**Recommendations:**
- Continue non-formulary process.

## EXECUTIVE SUMMARY

### Treatment Hours

**Executive Summary:** Central Program/Mall Services in concert with the Social Work, Psychology and Rehabilitation Therapy departments, have made several important contributions to improve clinical services to the CDCR patient population. This has been accomplished through individual, program, and multi-departmental efforts. During this period, Clinical & Program staff have focused on maintaining group participation through incentives and staff initiated motivational efforts to meet the needs of our patients by improving patient care. Due to the COVID-19 pandemic, treatment group efforts were negatively impacted during this review period.

**Summary of Treatment Hours:** Treatment hours are separated based on core groups and supplemental groups. Core groups are active treatment that is specifically geared towards a patients focus/objective. Supplemental groups are open to all patients and are not geared toward a specific focus/objective of treatment. Treatment includes both group therapy and scheduled individual therapy.

**Definitions:**

**Enrolled Group Hours** – hours that the patients are scheduled to attend through the use of active treatment groups based on treatment team recommendations. Enrolled Group Hours encompass all of the scheduled treatment groups regardless of where held or who facilitates them. These are treatment plan driven and often commitment focused. The data is currently tracked in the WaRMSS MAPP system.

**Supplemental Group Hours** – hours of structured activity that the patients choose to attend. Supplemental Group Hours maybe centrally offered or provided on the units to patients. The intended purpose is to offer healthy choices, self-determination and quality of life improvements. Supplemental Group Hours are currently tracked in the Supplemental Module within WARMSS.

**Scheduled Individual Therapy** – Regularly scheduled one-to-one clinician to patient therapy. This is scheduled and tracked using the appointment scheduler.

**Analysis:** For the months of July, August, September, the weekly number of hours per patient scheduled ranged from 3.09 to 12.26. Weekly number of hours per patient delivered fluctuated between 3.09 to 12.26. Weekly number of hours per patient attended varied from 1.43 to 3.76. For the months October, November and December, the weekly number of hours per patient unscheduled ranged from 3.22 and 4.49. Weekly number of hours per patient delivered fluctuated between 3.22 and 4.49.

**Recommendations:**

- Continue to maintain the facilitator provider hours by clinical staff.
- Continue to provide short-term active treatment and increase patient engagement.
- Continue to offer appropriate groups based upon the current population.

- Explore ways to increase group participation and offering during modified programming.
- Continue classifying groups as unscheduled during modified programming.

## EXECUTIVE SUMMARY

### Management Indicators

**Executive Summary**: Management Indicators include a review and analysis of staffing, admissions, discharges and length of stays. During the review period, staffing was consistently maintained to meet the court ordered minimums and patient acuity needs. DSH-C continues to recruit for all disciplines who serve the patient population. DSH-C saw a slight increase in length of stay for the CDCR population compared to the last reporting period. DSH-C continues to review and implement Quality Improvement efforts with Utilization Management and Patient Satisfaction Surveys.

**Staffing, admissions, discharges and length of stay:** DSH-C's inpatient mental health program is located on Unit 21 and has 50 designated hospital beds. DSH-C is currently utilizing a staffing package that includes a nurse to patient ratio of 1:8 during the AM and PM shift and a 1:12 ratio for NOC shift. This ratio does not include additional staff assigned for increased acuity, out of ratio Registered Nurses and/or Psychiatric Technician Case Managers. The clinical staffing ratio is 1:35. Our actual delivered staffing exceeds these ratios for both nursing and clinical staff.

**Analysis:** Staffing for Nursing positions has remained consistent in the reporting period. Clinical staffing ratios remain appropriate. There was an overall admission and discharge decrease from the previous reporting period due to direction from DSH to suspend admissions and discharges due to COVID -19 restrictions.

**Recommendations:**

- Continue our current Utilization Management process which includes: Utilization Management Committee and retrospective/Concurrent/Continued Stay Reviews.

## DETAILED REPORT

### SECTION 1 – Use of Restraints

**Section 1 – Use of Restraints Summary Table:**

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | 1376 | 1225 | 1091 | 1154 | 1100 | 1005 |
| 1 | Use of restraints | | | | | | |
| 1.1 | Number of restraint episodes | 4 | 0 | 0 | 1 | 2 | 3 |
| | Rate 1.1 | 2.90 | 0 | 0 | 0.86 | 1.82 | 2.98 |
| 1.2 | Total hours in restraint | 9.97 | 0 | 0 | 0.78 | 3.28 | 8.40 |
| | Rate 1.2 | 7.24 | 0 | 0 | 0.67 | 2.98 | 8.35 |
| 1.3 | Average time in restraints | 2.49 | 0 | 0 | 0.78 | 1.64 | 2.8 |
| | Rate 1.3 | 1.80 | 0 | 0 | 0.67 | 1.49 | 2.78 |

### 1.4 Use of Restraints – # of Restraints Initiated By Day of Week:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 1.4 Use of restraints by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 1 |
| Monday | 2 | 0 | 0 | 1 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 1 | 1 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 1 | 0 | 0 | 0 | 0 | 1 |
| Friday | 0 | 0 | 0 | 0 | 1 | 0 |
| Saturday | 1 | 0 | 0 | 0 | 0 | 0 |

### 1.5 Use of Restraints – # of Restraints Initiated By Shift:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 1.5 Use of Restraints by Shift: | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 2 |
| PM | 3 | 0 | 0 | 1 | 2 | 1 |
| NOC | 1 | 0 | 0 | 0 | 0 | 0 |

## 1.6 Use of Restraints – Restraint Monitoring Tool (Revised 2015):

| 1.6 Use of Restraints % Compliance | 2020 | | | | | |
|---|---|---|---|---|---|---|
| | JUL | AUG | SEPT | OCT | NOV | DEC |
| Each State Hospital shall ensure that restraints: | | | | | | |
| Question 1: are used in a documented manner and | 100% | N/A | N/A | 100% | 100% | 100% |
| 1a. The IDN described specific behavior that was imminently dangerous to self or others, and | 100% | N/A | N/A | 100% | 100% | 100% |
| 1b. The Physicians Order described specific behavior that was imminently dangerous to self or others | 100% | N/A | N/A | 100% | 100% | 100% |
| Question 2:  Only when Patients pose an imminent danger to self or others and | 100% | N/A | N/A | 100% | 100% | 100% |
| 2a. To self or to others, and | 100% | N/A | N/A | 100% | 100% | 100% |
| 2b. Did not include harm from Others | 100% | N/A | N/A | 100% | 100% | 100% |
| Question 3: After a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted; | 100% | N/A | N/A | 100% | 100% | 100% |
| 3a. Specific, less-restrictive interventions that were tried prior to the use of restraints or seclusion are documented or there is clinical justification when less-restrictive interventions were not used, and | 100% | N/A | N/A | 100% | 100% | 100% |
| 3b. The Patient's specific response to each intervention used is documented in the IDN or there is clinical justification when less-restricted interventions were not used. | 100% | N/A | N/A | 100% | 100% | 100% |
| Question 4: Are not used in the absence of, or as an alternative to, active treatment, | 100% | N/A | N/A | 100% | 100% | 100% |
| 4a. There is a Focus of Hospitalization that targets the behavior that required the Patient to be placed in Seclusion or Restraint | 100% | N/A | N/A | 100% | 100% | 100% |
| 4b. Linked objective, and | 100% | N/A | N/A | 100% | 100% | 100% |
| 4c. Linked intervention (any formal group, individual therapy, or behavioral intervention) for the target behavior that required the Patient to be placed in Seclusion or Restraint. | 100% | N/A | N/A | 100% | 100% | 100% |
| Question 5: As punishment, or | 100% | N/A | N/A | 100% | 50% | 100% |
| 5a. Use Seclusion or Restraint in an abusive manner, (i.e., threaten the Patient – if you don't do this, I will put you in seclusion/restraints). | 100% | N/A | N/A | 100% | 100% | 100% |
| 5b. Keep the Patient in Seclusion or Restraints even when the Patient was calm | 100% | N/A | N/A | 100% | 50% | 100% |
| 5c. Use Seclusion or Restraint in a manner to show power differential that exists between staff and the Patient, as evidenced in the documentation. | 100% | N/A | N/A | 100% | 100% | 100% |
| 5d. Use Seclusion or Restraint as coercion, as evidenced in the documentation. | 100% | N/A | N/A | 100% | 100% | 100% |
| Question 6: For the convenience of staff; | 100% | N/A | N/A | 100% | 100% | 100% |
| Question 7: Are terminated as soon as the patient is no longer an imminent danger to self or others. | 100% | N/A | N/A | 100% | 50% | 100% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7a. As soon as the violent or dangerous behavior that created the emergency was no longer displayed (met release criteria on the Seclusion or Restraint order?) | 100% | N/A | N/A | 100% | 50% | 100% |
| 7b. When he/she has been calm in the last 15 minutes. | 100% | N/A | N/A | 100% | 50% | 100% |
| 7c. Even if he/she was unable to contract for safety. | 100% | N/A | N/A | 100% | 50% | 100% |
| 7d. Even if he/she was unable to agree to cease using offensive language | 100% | N/A | N/A | 100% | 50% | 100% |
| 7e. Even if he/she did not cease making verbal threats. | 100% | N/A | N/A | 100% | 50% | 100% |
| 7f. Even if he/she was unable to say he/she recognizes what behavior prompted the Seclusion or Restraint episode, and | 100% | N/A | N/A | 100% | 50% | 100% |
| 7g. Even if he/she was unable to say he/she is sorry for his/her actions. | 100% | N/A | N/A | 100% | 50% | 100% |
| Question 8: Each State hospital shall comply with 42 C.F.R.§ 483.360(f), requiring assessments by a physician or licensed clinical professional of any Patient placed in seclusion or restraints within one hour, and | 100% | N/A | N/A | 100% | 100% | 100% |
| 8a. The order was obtained within 15 minutes from the initiation of seclusion or restraint. | 100% | N/A | N/A | 100% | 100% | 100% |
| 8b. The RN conducted an assessment within 15 minutes of the initiation of seclusion or restraints and documented in the IDN, and | 100% | N/A | N/A | 100% | 100% | 100% |
| 8c. The Physician conducted a face-to-face evaluation of the Patient in seclusion or restraints within one hour from the initiation of seclusion or restraints and documented in the Physician Progress Note. | 100% | N/A | N/A | 100% | 100% | 100% |

## 1.7 Use of Restraints Analysis:

Restraint use with the patients on Unit 21 increased this reporting period, however the episodes are still considered minimal. During the current reporting period there were ten incidents that resulted in the use of restraints involving six different patients. One patient had three incidents, one in November and two in December. Two patients had two incidents occurring in July. One patient had one incident in December. Seven of the ten incidents occurred on the PM shift. Two incidents occurred on the AM shift and one incident occurred on the NOC shift. Restraints were utilized in incidents of Suicidal Ideation, Aggressive Act to Self and Aggressive Act to Staff. Aggressive Act to Self and Aggressive Act to Staff – Physical were the most frequent subcategories resulting in non-ambulatory restraint with five episodes each. Nearly all episodes of non-ambulatory restraint comingled aggression toward others with aggression to self or suicidal behaviors (not death). The ten incidents for the current reporting period are an increase of six from the four incidents from previous reporting period (January 1, 2020 through June 30, 2020).

## 1.8 Use of Restraints - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 1.9 Use of Restraints – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific chan3ge | Expected outcome |
| None | |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 2 – Use of Seclusion

## Section 2 – Use of Seclusion Summary Table:

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | 1376 | 1225 | 1091 | 1154 | 1100 | 1005 |
| **2** | **Use of seclusion** | | | | | | |
| 2.1 | Number of seclusion episodes | 3 | 0 | 0 | 1 | 3 | 2 |
| | Rate 2.1 | 2.18 | 0 | 0 | 0.86 | 2.73 | 1.99 |
| 2.2 | Total hours in seclusion | 6.08 | 0 | 0 | 1.33 | 22.6 | .22 |
| | Rate 2.2 | 4.42 | 0 | 0 | 1.15 | 20.54 | .218 |
| 2.3 | Average time in seclusion | 2.03 | 0 | 0 | 1.33 | 7.53 | .11 |
| | Rate 2.3 | 1.47 | 0 | 0 | 1.15 | 6.84 | .109 |

## 2.4 Use of Seclusion – # of seclusion episodes initiated By Day of Week:

| SCD Restraint & Seclusion REV 2015 | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all seclusion types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| 2.4 Use of seclusion by Day of Week: | | | | | | |
| Sunday | 2 | 0 | 0 | 0 | 1 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 1 | 1 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 1 | 0 | 0 | 1 | 1 | 1 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.5 Use of Seclusion – # of Seclusion episodes Initiated By Shift:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 2.5 Use of Seclusion by Shift: | | | | | | |
| AM | 2 | 0 | 0 | 1 | 1 | 2 |
| PM | 0 | 0 | 0 | 0 | 2 | 0 |
| NOC | 1 | 0 | 0 | 0 | 0 | 0 |

## 2.6 Use of Seclusion – DSH 2684 Seclusion Monitoring Tool:

| 2.6 Use of Seclusion % Compliance | 2020 | | | | | |
|---|---|---|---|---|---|---|
| | JUL | AUG | SEPT | OCT | NOV | DEC |
| Each State Hospital shall ensure that seclusion: | | | | | | |
| Question 1: are used in a documented manner and | 100% | N/A | N/A | 100% | 100% | 100% |
| 1a. The IDN described specific behavior that was imminently dangerous to self or others, and | 100% | N/A | N/A | 100% | 100% | 100% |
| 1b. The Physicians Order described specific behavior that was imminently dangerous to self or others | 100% | N/A | N/A | 100% | 100% | 100% |
| Question 2:  Only when Patients pose an imminent danger to self or others and | 100% | N/A | N/A | 100% | 100% | 100% |
| 2a. To self or to others, and | 100% | N/A | N/A | 100% | 100% | 100% |
| 2b. Did not include harm from Others | 100% | N/A | N/A | 100% | 100% | 100% |
| Question 3: After a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted; | 100% | N/A | N/A | 100% | 100% | 100% |
| 3a. Specific, less-restrictive interventions that were tried prior to the use of restraints or seclusion are documented or there is clinical justification when less-restrictive interventions were not used, and | 100% | N/A | N/A | 100% | 100% | 100% |
| 3b. The Patient's specific response to each intervention used is documented in the IDN or there is clinical justification when less-restricted interventions were not used. | 100% | N/A | N/A | 100% | 100% | 100% |
| Question 4: Are not used in the absence of, or as an alternative to, active treatment, | 67% | N/A | N/A | 100% | 100% | 100% |
| 4a. There is a Focus of Hospitalization that targets the behavior that required the Patient to be placed in Seclusion or Restraint | 100% | N/A | N/A | 100% | 100% | 100% |
| 4b. Linked objective, and | 67% | N/A | N/A | 100% | 100% | 100% |
| 4c. Linked intervention (any formal group, individual therapy, or behavioral intervention) for the target behavior that required the Patient to be placed in Seclusion or Restraint. | 67% | N/A | N/A | 100% | 100% | 100% |
| Question 5: As punishment, or | 100% | N/A | N/A | 100% | 100% | 100% |
| 5a. Use Seclusion or Restraint in an abusive manner, (i.e., threaten the Patient – if you don't do this, I will put you in seclusion/restraints). | 100% | N/A | N/A | 100% | 100% | 100% |
| 5b. Keep the Patient in Seclusion or Restraints even when the Patient was calm | 100% | N/A | N/A | 100% | 100% | 100% |
| 5c. Use Seclusion or Restraint in a manner to show power differential that exists between staff and the Patient, as evidenced in the documentation. | 100% | N/A | N/A | 100% | 100% | 100% |
| 5d. Use Seclusion or Restraint as coercion, as evidenced in the documentation. | 100% | N/A | N/A | 100% | 100% | 100% |
| Question 6: For the convenience of staff; | 100% | N/A | N/A | 100% | 100% | 100% |
| Question 7: Are terminated as soon as the patient is no longer an imminent danger to self or others. | 100% | N/A | N/A | 100% | 100% | 100% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7a. As soon as the violent or dangerous behavior that created the emergency was no longer displayed (met release criteria on the Seclusion or Restraint order?) | 100% | N/A | N/A | 100% | 100% | 100% |
| 7b. When he/she has been calm in the last 15 minutes. | 100% | N/A | N/A | 100% | 100% | 100% |
| 7c. Even if he/she was unable to contract for safety. | 100% | N/A | N/A | 100% | 100% | 100% |
| 7d. Even if he/she was unable to agree to cease using offensive language | 100% | N/A | N/A | 100% | 100% | 100% |
| 7e. Even if he/she did not cease making verbal threats. | 100% | N/A | N/A | 100% | 100% | 100% |
| 7f. Even if he/she was unable to say he/she recognizes what behavior prompted the Seclusion or Restraint episode, and | 100% | N/A | N/A | 100% | 100% | 100% |
| 7g. Even if he/she was unable to say he/she is sorry for his/her actions. | 100% | N/A | N/A | 100% | 100% | 100% |
| Question 8: Each State hospital shall comply with 42 C.F.R.§ 483.360(f), requiring assessments by a physician or licensed clinical professional of any Patient placed in seclusion or restraints within one hour, and | 100% | N/A | N/A | 100% | 100% | 100% |
| 8a. The order was obtained within 15 minutes from the initiation of seclusion or restraint. | 100% | N/A | N/A | 100% | 100% | 100% |
| 8b. The RN conducted an assessment within 15 minutes of the initiation of seclusion or restraints and documented in the IDN, and | 100% | N/A | N/A | 100% | 100% | 100% |
| 8c. The Physician conducted a face-to-face evaluation of the Patient in seclusion or restraints within one hour from the initiation of seclusion or restraints and documented in the Physician Progress Note. | 100% | N/A | N/A | 100% | 100% | 100% |

## 2.7 Use of Seclusion Analysis:

The nine incidents that resulted in the use of Seclusion involved six different patients. One patient had three incidents, all occurring in July. One patient had two incidents, one occurring in November and one in December. All incidents of seclusion contain a component of aggressive acts to others. Aggressive Act to Staff – Physical is the most common subcategory attributed to the use of seclusion with six episodes. One patient had one incident in October, two patients had one incident each in November and one patient had one incident in December. Six incidents occurred during AM shift, two incidents occurred during PM shift and one incident occurred during NOC shift. The nine incidents for the current reporting period are an increase from the three incidents from previous reporting period (January 1, 2020 through June 30, 2020).

## 2.8 Seclusion - Change in Policy or Procedure Narrative:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

Case 2:90-cv-00520-KJM-SCR   Document 7625-1   Filed 10/14/22   Page 271 of 500

## 2.9 Seclusion – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 3 – Use of Enhanced Observation

**Section 3 – Use of Enhanced Observation Summary Table:**

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | 1376 | 1225 | 1091 | 1154 | 1100 | 1005 |
| **3** | Use of Enhanced Observation | | | | | | |
| **3.1** | Total number of episodes of 1-1 observation | 5 | 1 | 1 | 3 | 0 | 0 |
| | Rate 3.1 | 3.63 | 0.82 | 0.92 | 2.60 | 0 | 0 |
| **3.2** | Total hours on 1-1 | 199 | 106 | 56.45 | 17.33 | 0 | 0 |
| | Rate 3.2 | 144.62 | 86.53 | 51.74 | 15.02 | 0 | 0 |
| **3.3** | Average hours on 1-1 | 39.8 | 106 | 56.45 | 5.78 | 0 | 0 |
| | Rate 3.3 | 28.92 | 86.53 | 51.74 | 5.01 | 0 | 0 |
| **3.4** | Total number of episodes of 2-1 observation | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.4 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3.5** | Total hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3.6** | Average hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.6 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3.7** | Total number of episodes of Q15 min observation | 7 | 2 | 1 | 2 | 0 | 2 |
| | Rate 3.7 | 5.09 | 1.63 | 0.92 | 1.73 | 0 | 1.99 |
| **3.8** | Total hours on Q15 min | 234.83 | 139.5 | 25.42 | 65.25 | 0 | 51.87 |
| | Rate 3.8 | 170.66 | 113.88 | 23.3 | 56.54 | 0 | 51.61 |
| **3.9** | Average hours on Q15 min | 33.55 | 69.75 | 25.42 | 2.63 | 0 | 25.9335 |
| | Rate 3.9 | 24.38 | 56.94 | 23.9 | 28.28 | 0 | 25.80 |
| **3.10** | Total number of episodes of line of sight observation | 11 | 0 | 0 | 1 | 4 | 4 |
| | Rate 3.10 | 7.99 | 0 | 0 | 0.87 | 3.64 | 3.98 |
| **3.11** | Total hours on line of sight observation | 984.17 | 0 | 0 | 19.55 | 228.25 | 322.84 |
| | Rate 3.11 | 715.24 | 0 | 0 | 16.94 | 207.5 | 321.23 |
| **3.12** | Average hours on line of sight observation | 89.47 | 0 | 0 | 19.55 | 57.06 | 80.71 |
| | Rate 3.12 | 65.02 | 0 | 0 | 16.94 | 51.87 | 80.31 |

## 3.13 Use of Enhanced Observation by Type and Reason:

| 2020 | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| 3.13 Episodes of Enhanced Observation by **Type and Reason**: | | | | | | |
| 1:1 / LOS - **Medical** | 0 | 0 | 0 | 0 | 0 | 0 |
| 1:1 / LOS - **D**anger **T**o **S**elf | 7 | 1 | 1 | 3 | 0 | 0 |
| 1:1 / LOS - **D**anger **T**o **O**thers | 4 | 0 | 0 | 1 | 3 | 3 |
| 1:1 / LOS - **Other** | 5 | 0 | 0 | 0 | 1 | 1 |
| 2:1 - **Medical** | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - **D**anger **T**o **S**elf | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - **D**anger **T**o **O**thers | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - **Other** | 0 | 0 | 0 | 0 | 0 | 0 |
| Q-15 Minute Obs. – **Medical** | 0 | 0 | 0 | 0 | 0 | 0 |
| Q-15 Minute Obs. – **D**anger **T**o **S**elf | 6 | 2 | 1 | 1 | 0 | 1 |
| Q-15 Minute Obs. – **D**anger **T**o **O**thers | 0 | 0 | 0 | 1 | 0 | 1 |
| Q-15 Minute Obs. – **Other** | 1 | 0 | 0 | 0 | 0 | 0 |

## 3.14 Use of Enhanced Observations Analysis:

There is a total of forty-four observation episodes from (July 1, 2020 to December 31, 2020) compared to thirty-six episodes utilized the prior reporting period (January 1, 2020 to June 30, 2020) representing an increase of eight episodes in comparison.   However, when compared to the same review period of the prior year (July 1, 2019 to December 31, 2019) with sixty-eight episodes utilized, it is significantly less.

There were no 2:1 observation in the current six-month nor the prior six-month periods.

Line of sight (LOS) comprised the highest frequency of utilization with 20 episodes spanning 1554.8 hours. There were no LOS instances during the months of August and September. Q15 totaled fourteen episodes and 516.9 hours with no instances in November. 1:1 was the least common of the three interventions with only ten episodes over 378.8 hours and no instances in either November or December.

Enhanced Observations are categorized according to patient behavior and/or type of reason. Categories include Danger to Self (DTS), Danger to Others (DTO), Danger from Others (DFO), Polydipsia, Clozaril, Medical encounters, and Other. During the current reporting period (July 1, 2020 to December 31, 2020) DTS was the most frequent reason utilized for a patient's placement on enhanced observation, it applied to a total of twenty-three episodes (1:1, Q15 and LOS). DTO

applied to thirteen episodes (1:1, Q15 and LOS). The remaining eight episodes are categorized as Other due to a dual DTO & DTS reason.

## 3.15 Enhanced Observations - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 3.16 Enhanced Observations – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 4 – Incidents of Aggression

**Section 4 – Incidents (Aggression) Summary Table:**

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | 1376 | 1225 | 1091 | 1154 | 1100 | 1005 |
| **4** | **Incident reports** | | | | | | |
| **4.1** | Number of incidents of aggressive act to self | 4 | 0 | 0 | 1 | 0 | 1 |
| | Rate 4.1 | 2.91 | 0 | 0 | 0.87 | 0 | 1.00 |
| **4.2** | Number of incidents of aggressive act to another patient (physical) | 2 | 0 | 0 | 1 | 1 | 3 |
| | Rate 4.2 | 1.45 | 0 | 0 | 0.87 | 0.91 | 2.99 |
| **4.3** | Number of incidents of aggressive act to staff (physical) | 5 | 0 | 0 | 1 | 3 | 2 |
| | Rate 4.3 | 3.63 | 0 | 0 | 0.87 | 2.73 | 1.99 |

## 4.4 Unit Total:

| | Legal Class | Unit | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|
| DSH-C | PC2684 | 21 | 8 | 0 | 0 | 3 | 4 | 6 |
| | | 331 | 3 | 0 | 0 | 0 | 0 | 0 |

## 4.5 Total incidents of Aggression Acts by Day of Week:

| Facility Short Name | Legal Class | Year | Month | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|---|---|---|---|
| DSH-C | PC2684 | 2019 | July | 4 | 2 | 1 | 0 | 3 | 0 | 1 |
| | | | August | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | September | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | October | 0 | 1 | 1 | 0 | 1 | 0 | 0 |
| | | | November | 1 | 0 | 2 | 0 | 0 | 1 | 0 |
| | | | December | 1 | 0 | 2 | 0 | 3 | 0 | 0 |

## 4.6 Total Incidents of Aggressive Acts by Shift:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| Time of Incident | | | | | | |
| AM | 4 | 0 | 0 | 2 | 1 | 4 |
| PM | 4 | 0 | 0 | 0 | 3 | 2 |
| NOC | 3 | 0 | 0 | 1 | 0 | 0 |

## 4.7 Total Number of Incidents of Aggressive Acts by Time of Incident:

| Time Range | Month | Aggressive Act to Another Patient - Physical | Aggressive Act to Self | Aggressive Act to Staff - Physical |
|---|---|---|---|---|
| 0000-0600 | Jul | 0 | 2 | 1 |
| 0600-0800 | Oct | 1 | 0 | 0 |
| 0800-1200 | Jul | 0 | 0 | 1 |
| | Oct | 0 | 0 | 1 |
| | Dec | 1 | 0 | 1 |
| 1200-1600 | Jul | 1 | 1 | 2 |
| | Nov | 0 | 0 | 1 |
| | Dec | 0 | 1 | 1 |
| 1600-1800 | Jul | 1 | 0 | 0 |
| | Nov | 0 | 0 | 1 |
| | Dec | 2 | 0 | 0 |
| 1800-0000 | Jul | 0 | 1 | 1 |
| | Oct | 0 | 1 | 0 |
| | Nov | 1 | 0 | 1 |

## 4.8 Total number of Incidents by Location:

| 2020 | | | | | | |
|---|---|---|---|---|---|---|
| Location | JUL | AUG | SEPT | OCT | NOV | DEC |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 4 | 0 | 0 | 0 | 0 | 0 |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |

| Hallway | 6 | 0 | 0 | 3 | 2 | 5 |
| Other Area | 1 | 0 | 0 | 0 | 2 | 0 |
| Other Home Unit Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit Courtyard | 0 | 0 | 0 | 0 | 0 | 1 |

**4.9 Incidents of Aggression Analysis of Data:**

There was a total of 24 aggressive acts during the report period: six Aggressive Act to Self, seven Aggressive Act to Another Patient – Physical, and eleven Aggressive Acts to Staff – Physical. July had the highest frequency of combined aggression with eleven incidents followed by December with six incidents. August and September had the lowest frequency of combined aggression with zero incidents over both months.

There was an increase of one in Aggressive Acts to Self from 5 incidents during the previous reporting period (January 1, 2020 to June 30, 2020). The six incidents are attributed to four unique patients, one of which had three occurrences. One incident required medical treatment, two required minor first aid, and the remaining three are categorized as no treatment. Two of the incidents occurred on consecutive days in July and are related.

There were seven Aggressive Act to Another Patient – Physical incidents during the reporting period compared to one incident from the previous reporting period (January 1, 2020 to June 30, 2020) Two patients were involved in mutual combat in a bedroom. Seven days later one of the patients attacked the other during mealtime. Both incidents were de-escalated quickly, and no injuries resulted from either altercation. One patient is a listed aggressor in three separate incidents and a victim in one additional incident. Two victims and one aggressor required minor first aid. All other involved patients are listed as no treatment.

There was eleven Aggressive Act to Staff – Physical during this reporting period compared to four from the previous reporting period (January 1, 2020 to June 30, 2020). One aggressor had three instances of aggression all with unique victims, two patients each had two acts of aggression one with unique victims, the second patient aggressing twice against the same staff member approx. three weeks apart. Two incidents are listed as contact made, the remaining nine are listed as contact attempted. Three staff victims and two aggressors required minor first aid. All other incidents resulted in no treatment.

12 of the 18 aggressive acts to others can be attributed to three patients who each had four incidents of physical aggression to staff or peers during the six-month review period. One additional patient was the listed aggressor in two Aggressive Act to Staff – Physical incidents. In each instance of repeat aggression, the time frame from first to last aggression is approx. one month or less while the patients' behaviors were stabilized. All other incidents of aggression toward others are attributed to unique aggressors.

Eleven incidents occurred on the AM shift. Nine incidents occurred on the PM shift, and there were four instances of aggression on NOC shift. The highest frequency of aggression occurred on Thursday with a total of seven incidents, followed by Tuesday and Sunday with six incidents each. No incidents occurred on Wednesday continuing a pattern of non-aggression on the same day as the last reporting period (January 1, 2020 to June 30, 2020).

Sixteen incidents occurred in hallways, four in the bedroom, 3 in other area, and one in the unit courtyard. Seventeen incidents occurred on Unit 121. One occurred on Unit 124 as a result of COVID quarantine policy. Three occurred off unit, and one occurred on Unit 331.

## 4.10 Incidents of Aggression Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |
| | | | |

## 4.11 Incidents of Aggression – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 5 – Incidents (Indecent Exposure)

**Section 5 – Incidents (Indecent Exposure):**

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Report for Hospital: Months** | JUL | AUG | SEPT | OCT | NOV | DEC |
| | **Formula=(Incidents/Patient Days) * 1000** | 1376 | 1225 | 1091 | 1154 | 1100 | 1005 |
| **5** | **Indecent Exposure** | | | | | | |
| **5.1** | Total number of incidents of indecent exposure. | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 5.1 | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.3 Indecent Exposure Incidents by Unit:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.3 # of incidents of indecent exposure | | | | | | |
| Unit 21 | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.4 Incidents (Indecent Exposure) by Day of Week:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.4 # of incidents of indecent exposure | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.5 Indecent Exposure Incidents by Shift:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.5 # of incidents of indecent exposure | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.6 Indecent Exposure Incidents by Time of Incident:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.6 # of incidents of indecent exposure Time of Incident | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.7 Indecent Exposure Incidents by Location:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.7 # of incidents of indecent exposure Location of Incident | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.8 Incidents (Indecent Exposure) Analysis of data:

The current reporting period shows a total of zero incidents of Indecent Exposure which is consistent with the previous reporting period (January 1, 2020 to June 30, 2020).

## 5.9 Incidents (Indecent Exposure) Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 5.10 Incidents of Indecent Exposure – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None.

| DETAILED REPORT |
| --- |

| SECTION 6 – Incidents of Rules Violations (RVR) |
| --- |

**Section 6 – Incidents of Rules Violations (RVR) Summary Table:**

| Outcome Measure Indicator # | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Formula= (Incidents/Patient Days) * 1000 | 1376 | 1225 | 1091 | 1154 | 1100 | 1005 |
| 6 | RVR | | | | | | |
| 6.1 | Number of patients receiving at least one RVR during the month | 3 | 0 | 0 | 0 | 0 | 3 |
| | Rate 6.1 | 2.18 | 0 | 0 | 0 | 0 | 2.98 |
| 6.2 | Number of patients provided MH Assessments during month per Title 15 and DOM | 3 | 0 | 0 | 0 | 0 | 3 |
| | Rate 6.2 | 2.18 | 0 | 0 | 0 | 0 | 2.98 |

**6.3 Incidents of RVR Analysis of data:**

There was a total of six Rule Violation Reports (RVR) generated for this reporting period (July 1, 2020 – December 31, 2020) which is an increase from four RVRs last reporting period (January 1, 2020 – June 30, 2020). A total of six RVR's with Mental Health Assessments (MHA) were completed. The detailed information for the current reporting period RVRs is as follows:

- In July there was one RVR generated for battery on a peace officer, and two RVR's for assault on an inmate patient. All the required MHAs were submitted to CDCR.
- There were no RVRs generated from August 1, 2020 – November 30, 2020.
- In December, there were three RVR's generated for assault on an inmate patient. All the required MHAs were submitted to CDCR.

Incidents of Rules Violations for prior reporting periods are as follows:

- January 1, 2020 – June 30, 2020, four episodes
- July 1, 2019 to December 31 ,2019, eleven episodes.

## 6.4 Incidents of RVR Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 6.5 Incidents of RVR – Plan for the next review period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 7 – Incidents of Suicide Attempts/Suicide

**Section 7 – Incidents of Suicide/Suicide Attempts Summary Table:**

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Report for Hospital: Months** | JUL | AUG | SEPT | OCT | NOV | DEC |
| | **Formula=(Incidents/Patient Days) * 1000** | 1376 | 1225 | 1091 | 1154 | 1100 | 1005 |
| **7** | **Suicide** | | | | | | |
| **7.1** | Number of Suicide attempts | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| **7.2** | Number of Suicides | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.2 | 0 | 0 | 0 | 0 | 0 | 0 |

### 7.3 Incidents of Suicide/Suicide Attempts by Unit:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.3 # of incidents of suicide attempts | | | | | | |
| Unit 21- ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.3 # of incidents of suicides | JUL | AUG | SEPT | OCT | NOV | DEC |
| Unit 21- ICF | 0 | 0 | 0 | 0 | 0 | 0 |

### 7.4 Incidents of Suicide/Suicide Attempts by Day of Week:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.4 # of suicide attempts | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4 # of suicides | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

**7.5 Incidents of Suicide/Suicide Attempts by Shift:**

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.5 # of suicide attempts | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 # of suicides | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

**7.6 Incidents of Suicide/Suicide Attempts Time of Incident:**

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.6 # of suicide attempts – Time of Incident: | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 # of suicides – Time of Incident: | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.7 Incidents of Suicides/Suicide Attempts Location of Incident:

| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.7 # of suicide attempts – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 # of completed suicides – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.8 Incidents of Suicide/Suicide Attempts Analysis of data:

During the current reporting period (July 1, 2020 to December 31, 2020) there were no suicide attempts. During the last reporting period (January 1, 2020 to June 30, 2020), there was one suicide attempt.

## 7.9 Incidents of Suicide/Suicide Attempts Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| Update/ Add an addendum to DSH-C Policies regarding medical equipment that could be used to self-harm and assessing for SI prior to giving the equipment to the patient. (CPAP machine, etc.) | To ensure patient's safety. | Currently in process. | |

**7.10 Incidents of Suicide/Suicide Attempts - Plan for the Next Review Period:**

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Create a yearly Suicide Prevention training for all staff on Unit 21.<br>Finalize a Safety Plan Template to be utilize for Patients who are at danger to self. | Train Staff by June 2021.<br><br>Currently in process. |

**Additional Comments:**

In an effort to enhance suicide prevention and awareness in Unit 21 staff, Psychology Department will be creating and facilitating a training for all of Unit 21 staff to be review on a yearly basis.

Senior Psychologist has been working closely with the Suicide Committee Chair and Subject Matter Expert in creating a Safety Plan template for Patients with Self Injurious /Suicide Ideation behaviors.

| DETAILED REPORT |
|---|
| **SECTION 8 – Medications - Use of Clozaril** |

**Section 8 – Use of Clozaril Summary Table:**

| Outcome Measure Indicator # | Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|
| | **Formula=(Incidents/Patient Days) * 1000** | 1376 | 1225 | 1091 | 1154 | 1100 | 1005 |
| **8** | **Use of Clozaril** | | | | | | |
| **8.1** | Number of new starts | N/A | N/A | N/A | N/A | 1 | N/A |
| | Rate 8.1 | N/A | N/A | N/A | N/A | 0.909 | N/A |
| **8.2** | Number of maintenance / maintained | 2 | 2 | 2 | 2 | 3 | 3 |
| | Rate 8.2 | 1.45 | 1.63 | 1.83 | 1.73 | 2.72 | 2.98 |

**8.3 Use of Clozaril Analysis of data:**

- Admissions were diminished due to COVID-19. This led to only one new admitted patient started on Clozaril.
- Clozaril is initiated using evidence-based guidelines and the use of Clozaril has remained within a narrow range.
- Same two patients maintained on Clozaril from July to December. In November there was one new patient that started and maintained on Clozaril.

**8.4 Use of Clozaril - Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**8.5 Use of Clozaril - Plan for the Next Review Period:**

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Continue appropriate use of Clozaril | |
| | |

**Additional Comments:**

None.

## DETAILED REPORT

### SECTION 9 – Medications – Use of Involuntary Medications

**Section 9 – Use of Involuntary Medications Summary Table:**

| Outcome Measure Indicator # | Months | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|
| | **Formula=(Incidents/Patient Days) * 1000** | 1376 | 1225 | 1091 | 1154 | 1100 | 1005 |
| **9** | **Use of Involuntary Medications** | | | | | | |
| **9.1** | Number of Stat medications ordered for psych reasons | 6 | 0 | 1 | 0 | 4 | 25 |
| | Rate 9.1 | 4.36 | 0 | 0.92 | 0 | 3.64 | 24.87 |
| **9.2** | Number of non-formulary drugs prescribed | 2 | 1 | 0 | 3 | 10 | 4 |
| | Rate 9.2 | 1.45 | 0.81 | 0 | 2.6 | 9.09 | 3.98 |
| **9.3** | Number of new admits on PC 2602 | 0 | 1 | 0 | 1 | 4 | 0 |
| | Rate 9.3 | 0 | 0.81 | 0 | 0.86 | 3.63 | 0 |
| **9.4** | Number of PC 2602 initiated for current patients | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 9.4 | 0 | 0 | 0 | 0 | 0 | 0 |
| **9.5** | Number of PC 2602 renewed for current patients | 0 | 1 | 0 | 1 | 1 | 0 |
| | Rate 9.5 | 0 | 0.81 | 0 | 0.86 | 0.90 | 0 |

**9.6 Use of Involuntary Medications Analysis of data:**

- December had an increase in STAT medication due to 3 patients who were engaged in high-risk behavior and had multiple SIRs. The SIRs were for physical aggression towards other patients (3), aggression towards objects (2), and physical aggression towards staff (2).
- Two of the patients were subsequently discharged and the third has stabilized.
- One of the patients was responsible for the majority of STAT treatment

## 9.7 Involuntary Medications - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 9.8 Involuntary Medications - Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Continue current practice | |

## Additional Comments:

None.

| DETAILED REPORT |
|---|
| **SECTION 10 – Treatment Hours** |

## Section 10 – Treatment Hours Summary Table (per week):

| 10.1 Group Therapy ICF | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| **Core Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | N/A | N/A | N/A | N/A | N/A | N/A |
| Average number of hours per patient delivered | N/A | N/A | N/A | N/A | N/A | N/A |
| Delivered rate | N/A | N/A | N/A | N/A | N/A | N/A |
| Average number of hours per patient attended | N/A | N/A | N/A | N/A | N/A | N/A |
| Average Rate | N/A | N/A | N/A | N/A | N/A | N/A |
| **Supplemental Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | 28.10 | 12.29 | 31.04 | 24.62 | 31.68 | 30.57 |
| Average number of hours per patient delivered | 28.10 | 12.29 | 31.04 | 24.62 | 31.68 | 30.57 |
| Delivered rate | 100% | 100% | 100% | 100% | 100% | 100% |
| Average number of hours per patient attended | 3.93 | 1.43 | 3.74 | 3.55 | 2.21 | 2.98 |
| Attended rate | 13.98% | 11.64% | 12.05% | 14.41% | 6.97% | 9.75% |
| **Unscheduled Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | 3.09 | 12.26 | 3.82 | 3.36 | 4.49 | 3.22 |
| Average number of hours per patient delivered | 3.09 | 12.26 | 3.81 | 3.36 | 4.43 | 3.22 |
| Delivered rate | 100% | 100% | 99.86% | 100% | 98.66% | 100% |
| Average number of hours per patient attended | 3.08 | 1.43 | 3.76 | 3.34 | 4.41 | 3.19 |
| Attended rate | 99.5% | 11.66% | 98.69% | 99.4% | 99.55% | 99.06% |

| Individual Therapy – ICF | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| # of patients scheduled for individual therapy | N/A | N/A | N/A | N/A | N/A | N/A |
| # of patients delivered individual therapy | 6 | 7 | 15 | 16 | 15 | 16 |
| Rate of patients delivered individual therapy | 4.36 | 5.71 | 13.75 | 13.86 | 13.64 | 15.92 |

## 10.4 Treatment Group Observation Audit Data:

| Questions | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| Question 1: Session starts and ends within five minutes of designated times. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 2: Prior session material is reviewed as relevant. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 3: Equipment is counted and utilized safely. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 4: Co-provider is actively engaged. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 5: The facilitator's style and structure for the group attempts to engage all participants. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 6: Pre-planning is apparent. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 7: Facilitator introduces topics or treatment activities | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 8: Facilitator maintains therapeutic boundaries. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 9: Facilitator demonstrates group management skills. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 10: Facilitator maintains professionalism. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 11: Facilitation of the group allows room for the expression of individual differences and cultural diversity. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 12: Facilitator gives feedback to group participants. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 13: Facilitator identifies and utilizes participant's strengths. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 14: The facilitation of the group and the content of the activities accommodate limitations of the participants. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 15: Facilitator checks for learning. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 16: When asked, facilitator can explain the purpose and the therapeutic benefits of the group. | 100% | N/A | N/A | N/A | N/A | N/A |
| Question 17: Facilitator brings closure to the group. | 100% | N/A | N/A | N/A | N/A | N/A |

## 10.5 DSH Treatment Plan PI Audit:

| Questions | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| Question 1: The treatment plan was finalized as per policy. | 100% | 100% | 100% | 100% | N/A | N/A |
| Question 2: The patient's age is accurately documented. | 100% | 100% | 0% | 100% | N/A | N/A |
| Question 3: Treatment outcome expectations based on reason for referral is addressed. | 100% | 100% | 100% | 100% | N/A | N/A |
| Question 4: The violence risk assessment is current. | 100% | 100% | 100% | 100% | N/A | N/A |
| Question 5: The suicide risk assessment is current. | 100% | 100% | 100% | 100% | N/A | N/A |
| Question 6: Risk factors are identified. | 100% | 100% | 100% | 100% | N/A | N/A |
| Question 7: There is a summary of treatment progress including groups taken. | 100% | 100% | 100% | 100% | N/A | N/A |
| Question 8: Updated patient progress toward each treatment outcome expectation is documented. | 100% | 67% | 0% | 100% | N/A | N/A |
| Question 9: There is a plan for turning the patient to CDCR. | 100% | 100% | 100% | 100% | N/A | N/A |
| Question 10: Focus statements are written for each identified area of treatment. | 100% | 100% | 100% | 100% | N/A | N/A |
| Question 11: Measurable objectives are written for each focus of treatment. | 100% | 100% | 100% | 100% | N/A | N/A |
| Question 12: Objectives have at least one approved intervention. | 100% | 100% | 100% | 100% | N/A | N/A |

## 10.6 Treatment Hours Analysis of data:

For the current reporting period (July 1, 2020 to December 31, 2020), Department of State Hospitals Coalinga (DSH-C) utilized an updated data mining report to extract the treatment group data. Therefore, a proper comparison between the previous reporting period and the current reporting period could not be completed. Due to the Modified Programing during COVID-19 for the reporting months of July through December, the data for groups was classified as Unscheduled groups and is shown in the table above.

For the months of July, August, September, the weekly number of hours per patient scheduled ranged from 3.09 to 12.26. Weekly number of hours per patient delivered fluctuated between 3.09 to 12.26. Weekly number of hours per patient attended varied from 1.43 to 3.76. For the months October, November and December, the weekly number of hours per patient unscheduled ranged from 3.22 to 4.49. Weekly number of hours per patient delivered fluctuated between 3.22 and 4.49.

During this reporting period (July 1, 2020 to December 31, 2020) Supplemental Group hours fluctuated between 12.29 to 31.68, with an average of 26.38 hours scheduled. Weekly number of hours per patient delivered matched the hours scheduled for 100% delivery. Weekly number

Case 2:90-cv-00520-KJM-SCR   Document 7625-1   Filed 10/14/22   Page 294 of 500

of hours per patient attended fluctuated between 1.43 and 3.93 with an average attended rate of 2.97 hours per patient per week.

During the current reporting period there was a steady increase in individual therapy and 1:1 clinical contact as our clinicians adapted to the new circumstances despite a reduction in patient days from July to December. July had the fewest patients delivered individual therapy/1:1 contact 6 and a rate of delivery 4.36. October, November, and December had the highest number of patients delivered 16 while December had the highest rate of delivery 15.92.

## 10.7 Treatment Hours - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 10.8 Treatment Hours - Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

Treatment delivery approaches may change in the next review period due to vaccinations and reduced rates of COVID-19 infection at DSH-C.

| DETAILED REPORT |
|---|
| SECTION 11 – Management Indicators – Staffing Allocations and Vacancies |

**Section 11 – Management Indicators (Staffing and Census) Data Staffing Allocations:**

| Program-Wide | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Administration** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Executive Director | | 50 | 1 | 1 | 0 | 0 | |
| Clinical Administrator | | 50 | 1 | 1 | 0 | 0 | |
| Hospital Administrator | | 50 | 1 | 1 | 0 | 0 | |
| Nurse Administrator | | 50 | 1 | 1 | 0 | 0 | |
| Medical Director | | 50 | 1 | 1 | 0 | 0 | |
| Chief of Police | | 50 | 1 | 1 | 0 | 0 | |
| Chief Psychiatry | | 50 | 1 | 1 | 0 | 0 | |
| Program Director | | 50 | 1 | 1 | 0 | 0 | |
| Program Assistant | | 50 | 1 | 1 | 0 | 0 | |
| Nursing Coordinator | | 50 | 1 | 1 | 0 | 0 | |
| **Supervision** | | | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Unit Supervisor | | 50 | 1 | 1 | 0 | 0 | |
| Supervising Psychologist | | 50 | 1 | 1 | 0 | 0 | |
| Supervising Social Worker | | 50 | 1 | 1 | 0 | 0 | |
| Supervising Rehabilitation Therapist | | 50 | 1 | 1 | 0 | 0 | |
| Senior Psychiatrist | | 50 | 1 | 1 | 0 | 0 | |
| **Level of Care (ICF)** | Staffing Ratio | | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Nurse Practitioner | | 50 | 1 | 1 | 0 | 0 | |
| HSS | | 50 | 1 | 1 | 0 | 0 | |
| Sr Psych Tech | 1:08 | 50 | 3 | 3 | 0 | 0 | |
| Registered Nurse | 1:08 | 50 | 7 | 7 | 0 | 0 | |
| Psych Tech | 1:08 | 50 | 30 | 30 | 0 | 0 | |
| **Clinical Staff** | Staffing Ratio | | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Psychiatrist | 1:35 | 50 | 2 | 2 | 0 | 0 | |
| Psychologist | 1:35 | 50 | 2 | 2 | 0 | 0 | |
| Social Worker | 1:35 | 50 | 2 | 2 | 0 | 0 | |
| Rehab Therapist | 1:35 | 50 | 2 | 2 | 0 | 0 | |
| **Hospital Police** | Staffing Ratio | | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Police Sergeant | | 50 | 1 | 1 | 0 | 0 | |
| Police Officer | | 50 | 11 | 11 | 0 | 0 | |

## 11.1 Management Indicators - Analysis of data:

Staffing for Nursing positions has remained consistent in the reporting period with no identified true vacancies**.** Coverage needs on the unit are provided by the float or overtime process. Coverage needs at the Program level are provided through the out of class process.

## 11.2 Management Indicators - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |
| | | | |

## 11.3 Management Indicators - Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None.

| DETAILED REPORT |
| --- |

| SECTION 12 – Management Indicators – Patient Census |
| --- |

## 12.1 Patient Census:

| Legal Class PC2684 | Jul | Aug | Sep | Oct | Nov | Dec |
| --- | --- | --- | --- | --- | --- | --- |
| Average Daily Census | 44 | 40 | 36 | 38 | 38 | 32 |
| Average Length of Stay | 200 | 240 | 219 | N/A | 353 | N/A |
| Median Length of Stay | 183 | 229 | 219 | N/A | 358 | N/A |
| Admissions per month | 1 | 1 | 0 | 6 | 11 | 0 |
| Discharges per month | 6 | 5 | 1 | 0 | 20 | 0 |

## 12.2 Patient Census - Analysis of data:

Due to the Modified Programing during COVID-19 patient movement has decreased. There were 19 admissions and 33 discharges during this review period. This is a decrease from the previous reporting period to COVID -19 restrictions. There were no admissions in September and December. The median LOS in this reporting period was 131. The average LOS in this reporting period was 137.

## 12.3 Patient Census - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
| --- | --- | --- | --- |
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| COVID-19 screening and testing required prior to discharge. | Rising COVID-19 infection rates. | Reduce spread of virus. | Patients were transferred free of infection. |
| Discharge movement was disrupted. | EOP facilities were intermittently closed to patient movement. In addition, the unit was intermittently quarantined. | Prevent new cases of virus. | Patients were not transferred to their LRH. New COVID-19 cases may have been prevented. |

Case 2:90-cv-00520-KJM-SCR   Document 7625-1   Filed 10/14/22   Page 298 of 500

**12.4 Patient Census - Plan for the Next Review Period:**

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

**Additional Comments:**

California Correctional Health Care Services (CCHCS) memorandum dated 10/22/20 and revised on 12/8/20 outlines the new implementation and requirement of COVID-19 screening and testing prior to discharge. This resulted in a waiting period prior to discharge and therefore increased length of stay.

END OF REPORT.

Submitted By:

*Brandon Price*
_____

Executive Director

# DEPARTMENT OF STATE HOSPITALS-PATTON
## GOVERNING BODY REPORT
### Coleman - 2684 Report
### July 1, 2020 – Dec 31, 2020

## Table of Contents

| | SECTION | PAGE |
|---|---|---|
| DSH QUALITY IMPROVEMENT PLAN | | 2 |
| ABOUT PATTON STATE HOSPITAL | | 2-3 |
| **EXECUTIVE SUMMARY** | | **4-14** |
| Seclusion, Restraint & Enhanced Observation | | 4-5 |
| Incidents | | 6-8 |
| Medications | | 9-11 |
| Treatment Hours | | 12-13 |
| Management Indicators | | 14 |
| **DETAILED REPORT** | | **15-49** |
| Use of Restraints | Section 1 | 15-18 |
| Use of Seclusion | Section 2 | 19-21 |
| Use of Enhanced Observation | Section 3 | 22-25 |
| Incidents – Aggression | Section 4 | 25-31 |
| Incidents – Indecent Exposure | Section 5 | 32-34 |
| Incidents – Rules Violation (RVR) | Section 6 | 34-35 |
| Incidents – Suicide Attempts/Suicides | Section 7 | 36-39 |
| Medication – Use of Clozaril | Section 8 | 40 |
| Medication – Use of Involuntary Medication | Section 9 | 41-42 |
| Treatment Hours | Section 10 | 43-46 |
| Management Indicators – Staffing and Patient Census | Section 11 | 47-49 |
| **SIGNATURE PAGE** | | **49** |

## Quality Improvement Plan

The purpose of the Quality Improvement Program (QIP) is to ensure the safety of, preserve the rights of, and continuously improve and evaluate the quality of therapeutic and rehabilitation services provided.  DSH Policy Directive 9000 Quality Improvement Program describes strategies, processes, tools, and a governance structure that hospitals use to plan, prioritize, develop, implement and evaluate quality improvement initiatives and sustain improvement.

The QIP aims to assess, improve and monitor the quality of patient care. Department of State Hospitals maintains an ongoing QIP based on objective data that describe performance improvement, quality assurance, clinical risk management, clinical outcomes, incident management and regulatory compliance activities.  The QIP is administered and supported by standardized committee functions, documentation, and reporting processes.

The Model for QIP starts with defining the problem, then moves to identifying the solution, followed by implementing the solution, and finally to assess for the desired outcome.

The Governing Body shall, in the exercise of its overall responsibility, assign to the Executive Director, as a representative of the Governing Body, reasonable authority to develop a plan and implement mechanisms to assess and improve the quality of the DSH facility's governance, management, clinical and support processes, and to ensure the provision of patient care. The quality improvement plans shall be updated at least annually and submitted to the Governing Body for review and approval.

## About Patton State Hospital

DSH-Patton (DSH-P) provides ICF psychiatric care to CDCR inmate-patients under the terms of a memorandum of understanding (MOU) with CDCR and in accordance with Coleman court orders. Currently there are a total of 30 beds designated as PC 2684 beds for patient care.  At DSH-P, Program IV provides care for the PC 2684 patients.

The MOU and joint policies define the process of referral of PC 2684 patients, the acceptance process to DSH-P, and the discharge process of PC 2684 patients to either parole or return to CDCR.  All ICF PC 2684 referrals are sent to DSH-P's forensic service, which serves as the admission and discharge coordinator.  The medical director reviews all transfer packets and approves them for admission to DSH-P.  It is a priority to identify those patients appropriate for the least restrictive housing alternative for admission to DSH-P.

All PC 2684 patients receive a medical history and physical, a psychiatric assessment, a psychological admission assessment (with risk assessments for danger to self and danger to others), a social work assessment, and a rehabilitation therapy assessment.  The medical and psychiatric assessments must be completed in less than twenty-four hours.  An initial nursing assessment is completed in eight hours or less.

The ICF 2684 treatment units have multidisciplinary teams (psychiatrist, psychologist, social worker, rehabilitation therapist, and level of care staff).  Individualized treatment plans address each patient's reason for referral and the expected treatment goals.  Treatment modalities

include individual therapy and group therapy (e.g. substance abuse treatment, CBT, DBT, medication and symptom management, and others). Psychiatric sick call for the management of urgent conditions is held seven days a week on all ICF units. PC 2684 patients receive medical care from DSH-P physicians and surgeons. Medical sick call is held every day, seven days a week on all ICF treatment units.

While patients who have achieved treatment goals either return to CDCR at a recommended level of care or discharge to parole, a comprehensive utilization review process (defined in the MOU and joint policy) will be implemented at DSH-P in 2021.

Containment and mitigation of the COVID-19 pandemic was a high concern throughout the last six months of 2020. There were repeated mass outbreaks in the CDCR system, which resulted in the closure of movement from many CDCR institutions. There was a massive surge in COVID-19 cases from mid-November through the end of the year. As both CDCR and DSH are at extremely high risk for rapid transmission of COVID, precautions for transfer of patients were strictly observed to comport with CDC and CDPH guidelines. This necessarily reduced the number of admissions to DSH-P during this time.

There have been positive developments regarding the transfer of patients who have more clinical indications for psychiatric treatment at the ICF level of care. A group of CDCR and DSH clinicians meets weekly to discuss potential transfers. There has been good exchange of information between DSH psychologist representatives and DSH psychiatrist representatives to better understand the clinical indications for transfer. These meetings have resulted in more referrals of patients who are severely psychotic, but not necessarily behaviorally disruptive. There is consensus between the CDCR and DSH clinicians that this collaborative process has allowed patients most in need of ICF DSH treatment to be more readily identified. The number of patients transferred primarily for custody, i.e. LRH considerations has declined markedly in the second half of 2020.

## EXECUTIVE SUMMARY

### Seclusion, Restraints & Enhanced Observations

**Executive Summary**:

DSH-P utilizes behavioral seclusion or restraint only to ensure the safety of patients, staff or visitors when the use of less intrusive measures poses a greater risk of injury, primarily during a psychiatric emergency. While PC 2684 patients had 15 incidents of aggression during the review period (13) directed at self (DTS), (1) Directed to Others (DTO), and (1) directed at Others and Self (DTO/DTS) staff were able to utilize less restrictive measures, like enhanced observation, to reduce risk and prevent harm.

**Use of Restraints:**

Five-point Restraint, also known as full bed restraint (FBR), is the application of belts and cuffs to the patient's wrists, ankles and waist, including a waist belt that is fastened to a bed in a room designated for full bed restraints. Belts and Cuffs, also known as wrist-to-waist restraints are any combination of restraints fastened around the patient's wrists, waist and/or ankles in order to limit the range of motion of arms and legs. Seclusion and restraint are not used as punishment, retaliation, or for the convenience of staff.

**Analysis:**

- The restraint hours in the current reporting period increased compared to the previous reporting period.
- The total number of hours increased in the current reporting period and are highly attributed to 1 unique patient.
- There were 1,763 Patient Days in the current reporting period, compared to 2,348 in the previous reporting period, a reduction of 24.92%.
- Total number of restraint episodes decreased from 6 incidents in the previous reporting period to 4 in the current reporting period, a decrease of 33.33%.
- Of the 4 incidents, 3 are attributed to 1 unique patient, accounting for all but 2.17 hours of the total restraint usage.

**Recommendations:**

- Continue to strive to prevent, reduce or eliminate the need for the use of restraint through clinicians providing increased individual counseling and creating behavioral guidelines/behavioral plans for those patients with an increase in seclusion or restraints to help reduce the need for such treatment measures.
- Treatment teams will continue to review patients' behavior related to their current medications and make necessary changes.

**Use of Seclusion:**

Seclusion is the involuntary confinement of a patient alone in a room or an area from which the patient is physically prevented from leaving. Seclusion within the State Hospital requires a

physician order.  Seclusion also does not describe "time-out" strategies, wherein a patient agrees to remain in an unlocked room or area and maintains the choice to leave.

**Analysis:**

There were zero episodes of seclusion during this reporting period, which is consistent with the last reporting period with no episodes of seclusion.

**Recommendations:**

To maintain no use of seclusion, treatment teams will review patients' behavior related to their current medications and make necessary changes.

**Use of Enhanced Observations:**

One-to-one, two-to-one, line of sight, and Q15 minute checks are all considered types of enhanced observation.

**Analysis:**

- A total of 9 patients were placed on enhanced observation (E.O.) for this reporting period totaling approximately 3,550 hours resulting in 15 episodes, compared to 11 patients, for 9,617 hours, and 14 episodes in the last reporting period.
- While total Enhanced Observation hours decreased in the current reporting period by 63.09% the total number of episodes increased by 7.14% compared to the last reporting period.
- Of 15 episodes, 7 can be attributed to 1 unique patient, while the remaining 8 episodes represent the remaining 8 unique patients.

**Recommendations:**

- Enhanced observation will continue to be evaluated as clinically recommended.
- Continued adherence and evaluation of patient treatment plan to reduce enhanced observation hours.

| EXECUTIVE SUMMARY |
| --- |
| Incidents |

**Executive Summary**:

Aggression to self continues to be the predominate type of aggression with six incidents of aggression to self during the reporting period. It is noteworthy that one patient was responsible for five of the six incidents of aggression to self during this reporting period. The six incidents of aggressive acts to self, represent a 20% increase compared to five incidents in the previous reporting period. Also, the patient days decreased by 25%, from 2348 days in the previous reporting period to 1763 patient days in the current reporting period, making the increase in aggressive acts to self, more significant. Patient specific factors for one patient appear to be contributing to the increase. There was one incident of aggression to staff and no incidents of aggression to peers. Throughout the reporting period there were no incidents of indecent exposure, no suicide attempts, and no completed suicides.

**Aggressive act to self:**
Self-inflicted injuries without suicidal intent.

**Analysis:**
While every attempt to made to prevent aggressive acts to self, there were a total of six incidents of aggression to self during the reporting period. One patient was responsible for five of the six incidents of aggression to self. No injuries were sustained in five of the aggressive acts to self and one incident required minor first aid. Currently, the patient who was responsible for five incidents, is meeting with her psychologist weekly for individual therapy.

**Recommendations:**
- Continue to analyze future incidents of aggression to self by patient, time of incident, location, and method.
- Continue to improve shift to shift communication to alert staff when a patient has had a change in baseline behaviors.
- Review each patient's treatment plan following an incident to determine if modifications need to be made to prevent future incidents.

**Aggressive act to another patient (physical):**

Hitting, pushing, kicking or similar acts directed against another patient to cause potential or actual injury.

**Analysis:**
No aggressive acts to peers occurred during this reporting period compared to one incident in the previous reporting period, which is a decrease of 100%.

**Recommendations:**

- Continue to analyze future incidents of aggression to another patient by patient, time of incident, location, and method.

**Aggressive act to staff (physical):** Hitting, pushing, kicking or similar acts directed against staff to cause potential or actual injury.

**Analysis:**
One incident of aggression toward staff occurred during the reporting period. The staff member required minor first aid following the incident. There was one incident during this reporting period compared to two incidents to the previous reporting which is a decrease of 50%.

**Recommendations:**

- Continue to analyze future incidents of aggression to staff by patient, time of incident, location, and method.
- Continue to improve shift to shift communication to alert staff when a patient has had a change in baseline behaviors.
- Review each patient's treatment plan following an incident to determine if modifications need to be made to prevent future incidents

**Other:** Inappropriate Sexual Behavior (i.e. indecent exposure, public masturbation, etc.)

**Analysis:**
No incidents of inappropriate sexual behavior occurred during this reporting period.

**Recommendations:**

- Continue to encourage patients to maintain a milieu that is free of inappropriate sexual behavior.

**Suicide:** A self-inflicted injury resulting in death.

**Analysis:**
No completed suicides occurred during the reporting period

**Recommendations:**

- Continue to analyze future completed suicides by patient, time of incident, location, and method.
- Continue to assure that all staff are trained annually in Suicide Prevention. All new Psychologists will be trained on the Columbia Suicide Severity Rating Scale (C-SSRS).
- Continue to assure that suicide risk assessments are completed within established timeframes and as clinically indicated.
- Continue to assure the environment is safe and free from hazards including the monitoring of high-risk ligature points.

**Suicide attempt:** Self-inflicted injuries or ingestion of foreign bodies or potentially toxic substances with suicidal intent or with a potentially lethal outcome.

**Analysis:**

No suicide attempts occurred during the reporting period.

**Recommendations:**

- Continue to analyze future suicide attempts by patient, time of incident, location, and method.

- Continue to assure that all staff are trained annually in Suicide Prevention. All new Psychologists will be trained on the Columbia Suicide Severity Rating Scale (C-SSRS).
- Continue to assure that suicide risk assessments are completed within established timeframes and as clinically indicated.
- Continue to assure the environment is safe and free from hazards including the monitoring of high-risk ligature points.

## EXECUTIVE SUMMARY

### Medication

**Involuntary Use of Medication (Emergency & Non-Emergency)**

**Executive Summary**:

Data for medications during this reporting period must be interpreted in the context of the pandemic-related disruption in admissions of PC 2684s from March 2020 through August 2020, which led to a disparity from third quarter 2020 to fourth quarter 2020 in both the total census of PC 2684 patients at DSH-Patton, as well as the relative time that the PC 2684 patients in house had been receiving treatment here. Consequently, the months of July through September showed a lower use of STAT medications for psychiatric reasons than the months of October through December, after admissions of new PC 2684 patients had resumed. As anticipated, an uptick in STAT medication orders in the fourth quarter of 2020 mirrored the resumption of new admissions, corresponding to the comparatively de-stabilized psychiatric condition of patients at arrival. This experience confirms previous recognition by our Coleman monitors that the acuity of our PC 2684 referrals may be somewhat greater than would be predicted by the MOU terms. Similar to the pattern in the previous reporting period, data from July – December 2020 shows that the number of STAT medication orders closely follows the period of new PC 2684 admissions, rising when patients are newly arrived and then falling as DSH-Patton's therapeutic interventions (pharmacologic and non-pharmacologic) help patients achieve significant symptom improvement. As would be expected for a patient population with complex and treatment resistant disorders, stabilization sometimes involved initiation and maintenance of Clozapine, our gold-standard medication for treatment-resistant schizophrenia, treatment-resistant mania, suicidality, and aggression. A final caveat is that in periods of smaller total census of PC 2684 patients, outlier effects from one or two patients sometimes skewed the overall data.

**Involuntary Use of Medication (Emergency & Non-Emergency):**

Ordered and administered STAT medications.

### Analysis:

The small number of STAT medications in July, August, and September (compared to subsequent months) reflects the pandemic-related disruption in admissions of PC 2684 patients to DSH-Patton occurring from March of 2020 through August of 2020, before these admissions resumed through the subsequent months of 2020. Thus, the census of PC 2684 patients at DSH-Patton in July – September 2020 was composed primarily of patients who had been treated at DSH-Patton long enough to require few emergency medications. The three STAT medication orders for the month of August reflect an outlier incident for a single patient who voluntarily accepted STAT IM medications as the least-restrictive means of stopping escalation of self-harm in a single incident.

**Recommendations:**

Continue monitoring use of STAT medications in order to assess whether adjustments can be made to scheduled medication regimens and non-pharmacological interventions to more rapidly and thoroughly optimize treatment. As the pandemic-related disruptions in admission of new PC 2684 patients resolve, resumption of a fuller census will make analysis of this data more meaningful.

**Clozaril:**

Patients started and maintained on Clozaril.

**Analysis:**

In total, there were 2 patients who were newly started on Clozaril during July 2020, and no other new initiations of Clozaril through the remainder of 2020. There were 3 patients total maintained on Clozaril in July 2020, which fell to 2 patients maintained on Clozaril for the remainder of 2020. This is an atypically small number of Clozaril-treated patients for a patient population with complex and treatment-resistant disorders, in which stabilization frequently requires the initiation and maintenance of Clozaril, our gold-standard medication for treatment-resistant schizophrenia, treatment-resistant mania, suicidality, and aggression. With the bulk of new PC 2684 admissions occurring through the final quarter of 2020, it is possibly too early in the course of those admissions to determine whether Clozaril will be required for stabilization, or whether these more recently admitted patients will respond to other regimens.

**Recommendations:**

It is recommended to continue providing education and supervision regarding Clozaril use in appropriate patients. The most dangerous adverse effects associated with Clozaril treatment include gastrointestinal-related side effects, and rarely neutropenia (fall in white blood cell count) or cardiac side effects such as myocarditis (an uncommon risk within the first two months of treatment). Patients treated with Clozaril should continue to undergo close monitoring, especially in at-risk patients. DSH-Patton continues to monitor blood cell counts per national guidelines, and monitors baseline cardiac functioning, as well as cardiac symptoms in the first two months of treatment. Gastrointestinal-related side effects associated with Clozaril are monitored by close recording of bowel movement frequency, as well as use of preventive bowel regimen medications, while also minimizing the use of other strongly anticholinergic medications

**Use of Non-Formulary Medication:**

Patients prescribed non-formulary medications.

**Analysis:**

The period monitored showed a range of 2 to 11 monthly nonformulary medications on average used for the PC 2684 patients. Data reflects newly started nonformulary

medications, as well as maintained nonformulary medications carried month after month. These nonformulary medications likely imply greater cost compared to use of formulary medications, as well as greater susceptibility to increases in drug prices secondary to shortages; however, the nonformulary process allows for consideration of both clinical need and additional cost.

**Recommendations:**

- Continue providing clinically appropriate recommendations for formulary medications while factoring the benefits versus costs of nonformulary medications.
- Continue DSH-P's excellent process for requesting and approving non-formulary medications.

## EXECUTIVE SUMMARY

### Treatment Hours

**Executive Summary:**

DSH-P identifies group and individual therapy, supplemental activities (opportunity/leisure based), vocational assignments, academic education, religious services and self-help programs such as NA and AA as part of the overall hospital treatment delivery program. Treatment interventions have been individually designed, and commitment focused and/or designed to address specific clinical needs, to assist patients in meeting their discharge criteria. Although DSH-P utilizes group treatment as the primary treatment modality, individual therapy is also provided to help meet patients' needs who may not be clinically appropriate for group therapy environment or when the treatment team determines that individual therapy is warranted, and resources are available. Due to the high acuity of the 2684 population, crisis intervention is frequently needed and often essential to the progress and success of this patient population.  For this reason, quality improvement initiatives continue to be implemented during this review period to help increase scheduled, delivered and attended group hours.

**Summary of Treatment Hours:** Treatment hours are separated based on core groups and supplemental groups. Core groups are active treatment that is specifically geared towards a patients focus/objective. Supplemental groups are open to all patients and are not geared toward a specific focus/objective of treatment. Treatment includes both group therapy and scheduled individual therapy. Due to COVID protocol, we are currently utilizing unscheduled rosters to capture all treatment provided.

**Definitions:**

**Core Group Hours** – hours that the patients are scheduled to attend active treatment groups based on treatment team recommendations.  Core Group Hours encompasses all of the scheduled treatment groups regardless of where held or who facilitates them.  These are These are treatment plan driven and often commitment focused.  The data is currently tracked in the WaRMSS MAPP system.

**Supplemental Group Hours** – hours of structured activity that the patients choose to attend.  Supplemental Group Hours are offered on units and program-wide to all patients in that location.  The purpose is to offer diverse, healthy, self-determination opportunities for quality of life improvement.

**Individual Therapy** – one-to-one clinician to patient therapy not pre-scheduled by the treatment team.  Individual Therapy is not scheduled in the WaRMSS MAPP system but is tracked in the Supplemental Module of WaRMSS which allows the attendance to be tracked in small time increments as needed.

**Scheduled Individual Therapy** – Individual Coaching offered as a part of DBT.  This is scheduled and tracked in WaRMSS MAPP as such, it is already included in the Core Group Hours.

**Analysis:**

During the current reporting period July-December 2020, there was a variation in core treatment hours due to the COVID-19 pandemic and changes to hospital operations during this time. Subsequently, unit-based treatment guidelines and a new core treatment schedule were developed to increase the number of hours of treatment provided to each patient. There was an increase in treatment hours due to the new core treatment schedule developed during the end of the previous reporting period.

**Recommendations:**

- Continue to implement the "Core Treatment Schedule"
- Continue to monitor enrollment, delivery and attendance.
- Continue to utilize core treatment scheduling to increase enrollment in group therapy, consistent with social distancing guidelines.
- Continue to evaluate existing procedures for supplemental data collection system and make adjustments as needed.
- Continue to evaluate the standardized method of capturing individual therapy provided through unscheduled "clinical contacts" and make adjustments as needed.

## EXECUTIVE SUMMARY

### Management Indicators

**Executive Summary**:

**Staffing, admissions, discharges and length of stay.**

**Analysis:**

Unit 33 staffing ratio is 1:8 (AM/PM) and 1:16 (NOC) shift. The unit typically has an established minimum coverage scheme of 6 level of care staff for AM/PM and 3 level of care on NOC shift. The clinical staffing ratio is 1:35. Though the staffing requirements are established as stated, our actual delivered staffing may exceed these ratios for both nursing and clinical staff, as staffing permits.

**Recommendations:**

There are no recommendations during this reporting period.

| DETAILED REPORT |
| --- |

| SECTION 1 – Use of Restraints |
| --- |

## Section 1 – Use of Restraints Summary Table:

| Outcome Measure Indicator # | Patient days: | 298 | 248 | 240 | 305 | 342 | 329 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Report for Hospital: Months | Jul | Aug | Sep | Oct | Nov | Dec |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 1 | Use of restraints | | | | | | |
| 1.1 | Number of restraint episodes | 0 | 0 | 0 | 1 | 2 | 1 |
| | Rate 1.1 | 0 | 0 | 0 | 3.28 | 5.83 | 3.04 |
| 1.2 | Total hours in restraint | 0 | 0 | 0 | 69.67 | 37.92 | 27.50 |
| | Rate 1.2 | 0 | 0 | 0 | 228.42 | 110.54 | 83.59 |
| 1.3 | Average time in restraints | 0 | 0 | 0 | 69.67 | 18.96 | 27.50 |
| | Rate 1.3 | 0 | 0 | 0 | 228.42 | 55.27 | 83.59 |

## 1.4 Use of Restraints – # of Restraints Initiated by Day of Week:

| Report for Hospital: Months | Jul | Aug | Sep | Oct | Nov | Dec |
| --- | --- | --- | --- | --- | --- | --- |
| 1.4 Use of restraints by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 1 | 0 |
| Tuesday | 0 | 0 | 0 | 1 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 1 | 1 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 1.5 Use of Restraints – # of Restraints Initiated by Shift:

| Report for Hospital: Months | Jul | Aug | Sep | Oct | Nov | Dec |
| --- | --- | --- | --- | --- | --- | --- |
| 1.5 Use of Restraints by Shift: | | | | | | |
| AM | 0 | 0 | 0 | 0 | 1 | 1 |
| PM | 0 | 0 | 0 | 1 | 1 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 1.6 Use of Restraints – DSH 2684 Restraint Monitoring Tool

| Restraint & Seclusion Audit | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all restraint types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | Jul | Aug | Sep | Oct | Nov | Dec |
| 1.6 Use of Restraints % Compliance | | | | | | |
| **Question #1**: Restraint was used in a documented manner. | N/A | N/A | N/A | 100% | 100% | 100% |
| **Question #2**: The Interdisciplinary note described specific behavior that was imminently dangerous to self or others. | N/A | N/A | N/A | 100% | 100% | 100% |
| **Question #3**: Restraints are used only after a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted. | N/A | N/A | N/A | 100% | 100% | 100% |
| **Question #4**: The Interdisciplinary note described specific, less-restrictive interventions that were tried prior to the use of restraints or there is a clinical justification when less-restrictive interventions were not used. | N/A | N/A | N/A | 100% | 100% | 100% |
| **Question #5**: Restraints are not used in the absence of, or as an alternative to active treatment. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #6**: There is a Focus of Hospitalization that targets the behavior that required the patient to be paced in restraints. | N/A | N/A | N/A | 100% | 100% | 100% |
| **Question #7**: Restraints are terminated as soon as the patient is no longer in imminent danger to self or others. | N/A | N/A | N/A | 100% | 100% | 100% |
| **Question #8**: The patient was released from restraints as soon as the violent or dangerous behavior that created the emergency was no longer displayed or met the release criteria as documented in the physician's order. | N/A | N/A | N/A | 100% | 100% | 100% |
| **Question #9**: The physician conducted an assessment of the patient within one hour of being placed in restraints. | N/A | N/A | N/A | 100% | 50% | 100% |
| **Question #10**: The physicians order for restraints was obtained within 15 minutes of the patient being placed in restraints. | N/A | N/A | N/A | 100% | 100% | 100% |
| **Question #11**: A Registered Nurse initiated an assessment of the patient within 15 minutes of the application of restraints and that assessment was documented in the interdisciplinary notes. | N/A | N/A | N/A | 100% | 100% | 100% |
| **Question #12**: The Physician conducted a face-to-face evaluation of the patient in restraints within one hour from the initiation of restraints and that evaluation was documented in the physician progress notes. | N/A | N/A | N/A | 100% | 50% | 100% |
| | | | | | | |

## 1.7 Use of Restraints Analysis:

## Six Month Restraint Hours Analysis with 2 patients (including the highflyer patient):

|  | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|
| Restraint Hours | | | | | | | |
| Patient # 1 | 0 | 0 | 0 | 69.67 | 35.75 | 27.50 | 132.92 |
| Patient # 2 | 0 | 0 | 0 | 0 | 2.17 | 0 | 2.17 |
| *Total* | *0* | *0* | *0* | *69.67* | *37.92* | *27.50* | *135.09* |

|  | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|
| Restraint Episodes | | | | | | | |
| Patient # 1 | 0 | 0 | 0 | 1 | 1 | 1 | 3 |
| Patient # 2 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| *Total* | *0* | *0* | *0* | *1* | *2* | *1* | *4* |

**Total restraint hours:**     **135.09**

Patient # 1 with 3 episodes contributed 132.92 hours, which amounts to 98.39 %

Patient # 2 with 1 episode contributed 2.17 hours, which amounts to 1.61%

## Highest Restraint Hours Month Analysis:

October was the month with the highest restraint hours totaling 69.67 hours, with 1 episode.

Patient # 1 contributed 69.67 hours, 1 episode, 100% of 69.67 hours

## Lowest Restraint Hour Month Analysis:

Of the months with restraint usage, December was the month with the lowest restraint hours totaling 27.50 hours, with 1 episode.

Patient # 1 contributed 27.50 hours, 1 episode, 100% of 27.50 hours

## For the six-month reporting period:

Patient # 1 had the highest restraint hours totaling 132.92 hours, 3 episodes, all hours were for 5-point restraint.

Patient #2 had the lowest restraint hours totaling 2.17 hours, 1 episode, all hours were for 5-point restraint.

Patient # 1 had had multiple medical issues which, like most individuals, is closely linked to her psychiatric health and thus, exacerbated psychiatric instability. Her medical issues were being addressed but her psychiatric health lagged in recovering. As a result, she had some significant psychiatric variability where self-injurious behavior emerged as she had regressed to base coping skills. Even prior to her most recent medical issues, this particular patient was known to have some cognitive difficulties in which she utilized

regressive coping skills and was learning to develop a larger, more evolved, and healthier repertoire of coping tools.

However, as in any learning process, this takes time and there will be setbacks particularly when life stressors are experienced. Further, since the COVID-19 pandemic has changed many practices, the transfer of going back to the patient's home unit after a hospitalization is no longer a simple transfer as it now requires the initial time to be on an observation unit for at least 10 days to reduce the risk of COVID-19 exposure to all of the patients. This change in admission/re-admission practice could create a stressor in itself in that it is a change in treatment teams and staff that may be more familiar with a returning patient. Further, there is no guarantee of returning back to the home unit when this observation period is done due to quarantine restrictions related to the COVID-19 pandemic. As a result, this patient was also not returned to her home unit for more time than originally anticipated because of quarantine holds and restrictions. The patient since then has returned to the home unit. The patient is stable now, but the treatment team may pursue ECT to further stabilize.

Patient #2 was placed in restraints briefly during an initial period of her admission in which staff could not re-direct her and the patient continued to escalate.  She has not had to utilize this intervention in this reporting period since then and has since returned to the home unit. Although avoided at all costs, this tends to happen more frequently in the initial period of an admission when the patient has not yet had the advantage of time to allow medication and other treatment modalities to help stabilize their mental health. She has since stabilized, and the treatment team is still exploring other treatment options to further optimize her care.

## 1.8 Use of Restraints - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to Policy or Procedures | | | |

## 1.9 Use of Restraints – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Hospital will continue to track and trend Restraint data to determine plans for improvement. | Restraint use and hours will be kept to a minimum. |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 2 – Use of Seclusion

## Section 2 – Use of Seclusion Summary Table:

| Outcome Measure Indicator # | Patient days: | 298 | 248 | 240 | 305 | 342 | 329 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Jul | Aug | Sep | Oct | Nov | Dec |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 2 | Use of seclusion | | | | | | |
| 2.1 | Number of seclusion episodes | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 2.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.2 | Total hours in seclusion | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 2.2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.3 | Average time in seclusion | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 2.3 | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.4 Use of Seclusion – # of seclusion episodes initiated By Day of Week:

| SCD Restraint & Seclusion REV 2015 | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all seclusion types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | Jul | Aug | Sep | Oct | Nov | Dec |
| 2.4 Use of seclusion by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.5 Use of Seclusion – # of Seclusion episodes Initiated by Shift:

| Report for Hospital: Months | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 2.5 Use of Seclusion by Shift: | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.6 Use of Seclusion – DSH 2684 Seclusion Monitoring Tool:

| Report for Hospital: Months | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 2.6 Use of Seclusion % Compliance | % | % | % | % | % | % |
| Question #1: Seclusion was used in a documented manner. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question #2: The Interdisciplinary note described specific behavior that was imminently dangerous to self or others. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question #3: Seclusion are used only after a hierarchy of less restrictive measures has | N/A | N/A | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| been considered in a clinically justifiable manner or exhausted. | | | | | | |
| **Question #4**: The Interdisciplinary note described specific, less-restrictive interventions that were tried prior to the use of seclusion or there is a clinical justification when less-restrictive interventions were not used. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #5**: Seclusion is not used in the absence of, or as an alternative to active treatment. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #6**: There is a Focus of Hospitalization that targets the behavior that required the patient to be paced in seclusion. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #7**: Seclusion are terminated as soon as the patient is no longer in imminent danger to self or others. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #8**: The patient was released from seclusion as soon as the violent or dangerous behavior that created the emergency was no longer displayed or met the release criteria as documented in the physician's order. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #9**: The physician conducted an assessment of the patient within one hour of being placed in seclusion. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #10**: The physicians order for seclusion was obtained within 15 minutes of the patient being placed in seclusion. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #11**: A Registered Nurse initiated an assessment of the patient within 15 minutes of the application of seclusion and that assessment was documented in the interdisciplinary notes. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #12**: The Physician conducted a face-to-face evaluation of the patient in seclusion within one hour from the initiation of seclusion and that evaluation was documented in the physician progress notes. | N/A | N/A | N/A | N/A | N/A | N/A |

## 2.7 Use of Seclusion Analysis:

There were zero episodes of seclusion during this reporting period, which is consistent with the last reporting period with no episodes of seclusion.

## 2.8 Seclusion - Change in Policy or Procedure Narrative:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to Policy or Procedures. | | | |

## 2.9 Seclusion – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Hospital will continue to track and trend Seclusion and Restraint data to determine plans for improvement. | |

**Additional Comments**:

None.

## DETAILED REPORT

### SECTION 3 – Use of Enhanced Observation

### Section 3 – Use of Enhanced Observation Summary Table:

| Outcome Measure Indicator # | Patient days: | 298 | 248 | 240 | 305 | 343 | 329 |
|---|---|---|---|---|---|---|---|
| | **Formula= (Incidents/Patient Days) * 1000** | JULY | AUG | SEPT | OCT | NOV | DEC |
| | **Use of Enhanced Observation** | | | | | | |
| **3** | **Use of Enhanced Observation** | | | | | | |
| **3.1** | Total number of episodes of 1-1 observation | 1 | 2 | 2 | 3 | 5 | 5 |
| | Rate 3.1 | 3.36 | 8.06 | 8.33 | 9.84 | 14.58 | 15.20 |
| **3.2** | Total hours on 1-1 | 297.00 | 445.13 | 186.00 | 320.98 | 1,184.58 | 1,16.54 |
| | Rate 3.2 | 996.64 | 1,794.89 | 775.00 | 1,052.40 | 3,453.60 | 3,393.74 |
| **3.3** | Average hours on 1-1 | 297.00 | 222.57 | 93.00 | 107 | 236.55 | 223.22 |
| | Rate 3.3 | 996.64 | 895.16 | 387.50 | 350.82 | 689.65 | 678.48 |
| **3.4** | Total number of episodes of 2-1 observation | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.4 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3.5** | Total hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3.6** | Average hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.6 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3.7** | Total number of episodes of Q15 min observation | - | - | - | - | - | - |
| | Rate 3.7 | - | - | - | - | - | - |
| **3.8** | Total hours on Q15 min | - | - | - | - | - | - |
| | Rate 3.8 | - | - | - | - | - | - |
| **3.9** | Average hours on Q15 min | - | - | - | - | - | - |
| | Rate 3.9 | - | - | - | - | - | - |
| **3.10** | Total number of episodes of line of sight observation | - | - | - | - | - | - |
| | Rate 3.10 | - | - | - | - | - | - |
| **3.11** | Total hours in line of sight observation | - | - | - | - | - | - |
| | Rate 3.11 | - | - | - | - | - | - |
| **3.12** | Average hours in line of sight observation | - | - | - | - | - | - |
| | Rate 3.12 | - | - | - | - | - | - |

## 3.13 Use of Enhanced Observation by Type and Reason:

| Report for Hospital: Months | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 3.13 Episodes of Enhanced Observation by **Type and Reason**: | | | | | | |
| 1:1 / LOS – Medical | 1 | 0 | 0 | 1 | 0 | 1 |
| 1:1 / LOS - Danger to Self | 0 | 2 | 0 | 1 | 3 | 4 |
| 1:1 / LOS - Danger to Others | 0 | 0 | 0 | 0 | 1 | 0 |
| 1:1 / LOS – Other | 0 | 0 | 0 | 1 | 0 | 0 |
| 2:1 – Medical | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - Danger to Self | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - Danger to Others | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 – Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Q15 Minute Obs. – Medical | - | - | - | - | - | - |
| Q15 Minute Obs. – Danger to Self | - | - | - | - | - | - |
| Q15 Minute Obs. – Danger to Others | - | - | - | - | - | - |
| Q15 Minute Obs. – Other | - | - | - | - | - | - |

*Each episode was only counted in the month of origination, but hours for episodes overlapping in two separate months are counted for each month separately.*

## 3.14 Use of Enhanced Observations Analysis:

## Patient with Multiple Episodes (Multiple Categories):

*Single Patient:*

Accounted for a total of **536.88** hours of Enhanced Observation. With **7** episodes. 15.14% of total hours.

*5 Episodes:*   Category being: 1:1 Observation for danger to self-totaling 250.58 hours.

*1 Episode:*   Category being: 1:1 Observation for medical totaling 216.00 hours.

*1 Episode:*   *Other DTO/DTS Observation totaling 70.30*

## Patients with Single Episode (Same Category):

*Patient # 1:*

Accounted for 297 hours of Enhanced Observation. With 1 episode in the same category – Medical 8.37% of total hours.

*Patient # 2:*

Accounted for 442.15 hours of Enhanced Observation. With a single episode – DTS 12.45 % of total hours.

*Patient # 4:*

Accounted for 2.17 hours of Enhanced Observation. With a single episode – DTO 0.06 % of total hours.

*Patient # 5:*

Accounted for 197.83 hours of Enhanced Observation. With a single episode – Medical 5.57% of total hours.

*Patient # 6:*

Accounted for 12.83 hours of Enhanced Observation. With a single episode DTS 0.36% of total hours.

1 Episode:    Category being: 1:1 Observation for danger to self-totaling 12.83 hours.

*Patient # 7:*

Accounted for 541.55 hours of Enhanced Observation. With 1 episode – DTS 15.25% of total hours.

*Patient # 8:*

Accounted for 561.00 hours of Enhanced Observation. With a single episode – DTS 15.80% of total hours.

*Patient # 9:*

Accounted for 728.59 hours of Enhanced Observation. With a single episode – DTS 20.52% of total hours.

Overall, there were 15 episodes, of enhanced observation, compared to 14 episodes in the previous reporting period.  This is an increase of 7.14% from the previous reporting period.  Total hours for the current reporting period were 3,550, compared to 9,617 in the previous reporting period, which is a 63.09% decrease.

## Decrease in Enhanced Observation Hours by Category:

From four Enhanced Observation categories, listed above (Medical, Danger to Self, Danger to Others, Other) in the current reporting period, Medical, Danger to Other and Other showed a decrease, while Danger to Self, showed an increase.

## Analysis:

The increase in the Enhanced Observation Hours toward the end of the review period can be attributed primarily to the resumption of PC 2684 admissions after the COVID-19 pandemic had largely created a halt in new admissions and discharges for a large portion of this year (March 2020 to August 2020). As a result, when discharges and new admissions were resumed in September, there was a correlation in increase in instability for the entire unit which created problems that would require enhanced observation. There was an outflow of stable patients and an inflow of largely acute and, unstable patients. When looking closely at the cases that involved enhanced observation, each one was largely during the initial part of their admission and/or after medical issues that contributed to psychiatric and/or medical fragility and possibly warrant enhanced observation. Additionally, when comparing this reporting period to last year where there was more comparable patient movement of discharges and admissions, this was a significant decrease in overall use of enhanced observation. This is likely due to the stability of the unit and the institutional knowledge of the retained staff despite the large stress the COVID-19 pandemic had created.

## 3.15 Enhanced Observations - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to Policy and Procedures | | | |

## 3.16 Enhanced Observations – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| COVID-19 pandemic has created changes with the planned improvements in the care of patients along with a difference in the planned uses of resources, especially staff. As a result, there was a change in implementing plans for trauma informed care. Despite this, the hospital has managed to keep a fairly stable cadre of staff that has continued to build on institutional knowledge and utilize the foundation of trauma informed care that was being taught when COVID-19 pandemic had arrived. The hospital will continue to look at retention of staff on the unit to help build familiarity with the patient population. Further, the hospital will still try to incorporate trauma-informed care thereby providing staff with a better understanding of the population and provide other tools for prevention of escalation of patients. | By increasing staff retention and knowledge of trauma informed care principles, it will likely be associated with a decrease in the use of enhanced observation. Less usage of enhanced observation is likely to help retain staff by decreasing burn out and positively increase the understanding and treatment of this patient population. |

## Additional Comments:

None.

## DETAILED REPORT

## SECTION 4 – Incidents of Aggression

### Section 4 – Incidents (Aggression) Summary Table:

| Outcome Measure Indicator # | Patient days: | 298 | 248 | 240 | 305 | 343 | 329 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 4 | Incident reports | | | | | | |
| 4.1 | Number of incidents of aggressive act to self | 0 | 1 | 0 | 2 | 1 | 2 |
| | Rate4.1 | 0 | 4.03 | 0 | 6.55 | 2.91 | 6.07 |
| 4.2 | Number of incidents of aggressive act to another patient (physical) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 4.2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4.3 | Number of incidents of aggressive act to staff (physical) | 0 | 0 | 0 | 0 | 1 | 0 |
| | Rate 4.3 | 0 | 0 | 0 | 0 | 2.91 | 0 |

### 4.4 UNIT Total Unit 33:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| Unit 30 PC 2684 Patients | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 0 | 0 | 1 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 1 | 0 |
| Unit 33 PC 2684 Patients | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 1 | 0 | 0 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 34 PC 2684 Patients | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 0 | 0 | 1 | 1 | 2 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |

### 4.5 Incidents (Aggressive Act to Self) by Day of Week:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.5 # of incidents of aggressive act to self (SS) | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 1 | 0 |
| Monday | 0 | 1 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 2 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 1 |

| | 0 | 0 | 0 | 0 | 0 | 1 |
|---|---|---|---|---|---|---|
| Friday | 0 | 0 | 0 | 0 | 0 | 1 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.6 Incidents (Aggressive Act to Peers) by Day of Week:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.6 # of incidents of aggressive act to Peers (A2) | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.7 Incidents (Aggressive Act to Staff) by Day of Week:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.7 # of incidents of aggressive act to Staff (A4) | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 1 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.8 Incidents (Aggressive Act to Self) by Shift:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.8 # of incidents of aggressive act to self (SS) | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 1 |
| PM | 0 | 1 | 0 | 2 | 1 | 1 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.9 Incidents (Aggressive Act to Peers) by Shift:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.9 # of incidents of aggressive act to peers (A2) | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.10 Incidents (Aggressive Act to Staff) by Shift:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.10 # of incidents of aggressive act to staff (A4) | | | | | | |
| AM | 0 | 0 | 0 | 0 | 1 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.11 Incidents (Aggressive Act to Self) by Time of Incident:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.16 # of incidents of aggressive act to self (SS) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 1 | 0 | 0 |
| 1600-1800 | 0 | 1 | 0 | 1 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 1 | 1 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.12 Incidents (Aggressive Act to Peers) by Time of Incident:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.17 # of incidents of aggressive act to peers (A2) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.13 Incidents (Aggressive Act to Staff) by Time of Incident:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.86 # of incidents of aggressive act to staff (A4) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 1 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.14 Incidents by Location – Aggressive Act to Self:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.19 # of incidents of aggressive act to self (SS) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 0 | 0 | 1 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 1 | 1 | 1 |
| Office Area | 0 | 1 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 1 |
| Day hall | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.15 Incidents by Location – Aggressive Act to Peers:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.20 # of incidents of aggressive act to peers (A2) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |
| Day hall | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.16 Incidents by Location – Aggressive Act to Staff:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 4.21 # of incidents of aggressive act to staff (A4) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 0 | 0 | 0 | 1 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |
| Day hall | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.17 Incidents of Aggression Analysis of data:

Overall, there was a decrease in aggressive acts to peers and staff during the reporting period. Aggressive acts to staff went from two incidents in the previous reporting period to one incident in the current reporting period. Aggressive acts to peers went from one incident in the previous reporting period to no incidents in the current reporting period. The total patient days decreased approximately 25% from the previous reporting period to the current reporting period which partly may explain the decrease in aggression to staff and peers; however, due to the low number of incidents, it is difficult to ascertain the exact reasons for the decrease in the violence beyond individual patient factors.

There were 6 incidents of aggressive acts to self during this reporting period compared to 5 incidents of aggressive acts to self during the previous reporting period. One patient was responsible for five aggressive acts to herself and another patient was responsible for one incident. Five of the aggressive acts to self were characterized as minor with no treatment required and one incident was minor and required first aid. Unfortunately, due to COVID-19 restrictions on admissions and patient movement due to quarantine, the patient who was responsible for five aggressive acts to herself, was moved to a different unit for part of the reporting period which may have contributed to her lack of psychiatric stability. At this time, she is with her regular treatment team and her psychologist is meeting with her weekly for individual therapy and he is assessing whether behavioral interventions are clinically indicated to manage her aggressive acts to self.

There were no aggressive acts to peers during the reporting period.

There was one aggressive act to staff during the reporting period.  The patient responsible to the aggressive act to staff was not responsible for any other aggressive acts.  The aggressive act to staff was characterized as minor required minor first aid.

Due to the low number of incidents, no pattern/trends of day, time, or location could be determined.

**4.18 Incidents of Aggression Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to policy and procedures | | | |

**4.19 Incidents of Aggression – Plan for the Next Review Period:**

The Program Management Team and Clinical Management Team will continue to review all incidents of aggression, analyze for trends in the data, and recommend any clinical or policy changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

**Additional Comments**:

None.

## DETAILED REPORT

### SECTION 5 – Incidents (Indecent Exposure)

### Section 5 – Incidents (Indecent Exposure):

| Outcome Measure Indicator # | Patient days: | 298 | 248 | 240 | 305 | 343 | 329 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 5 | Indecent Exposure | | | | | | |
| 5.1 | Total number of incidents of indecent exposure. | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 5.1 | | | | | | |

### 5.2 Incidents (Indecent Exposure) by UNIT:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.3 # of incidents of indecent exposure | | | | | | |
| Unit 30 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 33 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 34 | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.3 Incidents (Indecent Exposure) by Day of Week:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.4 # of incidents of indecent exposure | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.4 Incidents (Indecent Exposure) by Shift:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.5 # of incidents of indecent exposure | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.5 Incidents (Indecent Exposure) by Time of Incident:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.6 # of incidents of indecent exposure | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.6 Incidents (Indecent Exposure) by Location of Incident:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 5.7 # of incidents of indecent exposure | | | | | | |
| Location of Incident | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.7 Incidents (Indecent Exposure) Analysis of data:

No incidents of indecent exposure occurred during the review period.

## 5.8 Incidents (Indecent Exposure) Change in Policy or Procedure:

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to policy and procedures. | | | |

**5.9 Incidents of Indecent Exposure – Plan for the Next Review Period:**

The Program Management Team and Clinical Management Team will review all incidents of indecent exposure, analyze for trends in the data, and recommend any clinical or policy changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None. | None. |

**Additional Comments**:

None.

## DETAILED REPORT

### SECTION 6 – Incidents of Rules Violations (RVR)

### Section 6 – Incidents of Rules Violations (RVR) Summary Table:

| Outcome Measure Indicator # | Patient days: | 298 | 248 | 240 | 305 | 343 | 329 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 6 | RVR | | | | | | |
| 6.1 | Number of patients receiving at least one RVR during the month | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 6.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.2 | Number of patients provided MH Assessments during month per Title 15 and DOM | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 6.2 | 0 | 0 | 0 | 0 | 0 | 0 |

### 6.3 Incidents of RVR Analysis of data:

There were no RVRs during the reporting period.

### 6.4 Incidents of RVR Change in Policy or Procedure:

There were no changes to Policy or Procedure during this reporting period. DSH-Patton implemented and continues to follow the RVR process outlined in the Statewide Policy Directive (Policy Directive 3603 – DSH Rule Violation Reporting Policy – CDCR Patients in DSH Inpatient Programs).

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| No changes | |

### 6.5 Incidents of RVR – Plan for the Next Review Period:

The Program Management Team and Clinical Management Team will continue to review all RVRs, analyze for trends in the data, and recommend any clinical or policy changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| No changes | |

### Additional Comments:

None.

| DETAILED REPORT |
| --- |
| SECTION 7 – Incidents of Suicide Attempts/Suicide |

## Section 7 – Incidents of Suicide/Suicide Attempts Summary Table:

| Outcome Measure Indicator # | Patient days: | 298 | 248 | 240 | 305 | 343 | 329 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 7 | Suicide | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.1 | Number of Suicide attempts | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.2 | Number of Suicides | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.2 | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.3 Incidents of Suicide/Suicide Attempts by UNIT:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
| --- | --- | --- | --- | --- | --- | --- |
| 7.3 # of incidents of suicide attempts | | | | | | |
| Unit 30 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 34 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.3 # of incidents of suicides | | | | | | |
| Unit 30 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 34 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.4 Incidents of Suicide/Suicide Attempts by Day of Week:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
| --- | --- | --- | --- | --- | --- | --- |
| 7.4 # of suicide attempts | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4 # of suicides | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.5 Incidents of Suicide/Suicide Attempts by Shift:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.5 # of suicide attempts | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 # of suicides | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.6 Incidents of Suicide/Suicide Attempts Time of Incident:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.6 # of suicide attempts – Time of Incident: | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 # of suicides – Time of Incident: | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.7 Incidents of Suicides/Suicide Attempts Location of Incident:

| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| 7.7 # of suicide attempts – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 # of completed suicides – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.8 Incidents of Suicide/Suicide Attempts Analysis of data:

There were no completed suicides and no suicide attempts during the review period.

## 7.9 Incidents of Suicide/Suicide Attempts Change in Policy or Procedure:

DSH-Patton continues to follow DSH-Patton Administrative Directive 10.03 – Suicide
Prevention and Intervention, which was updated on 1/1/2020, for Suicide Risk Assessments
and Interventions.  We continue to administer the Columbia Suicide Rating Scale on
admission, annually, and as clinically indicated.  All psychologists have received a two-hour
basic training in administration and interpretation of the Columbia Suicide Rating Scale and
psychologists receive ongoing supervision and consultation from Senior Psychologist
Supervisors.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | None | None | None |

**7.10 Incidents of Suicide/Suicide Attempts – Plan for the Next Review Period:**

The Program Management Team and Clinical Management Team will continue to review all suicide attempts and completed suicides, analyze for trends in the data, and recommend any clinical or policy changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

**Additional Comments**:

None.

## DETAILED REPORT

### SECTION 8 – Medications - Use of Clozaril

### Section 8 – Use of Clozaril Summary Table:

| Outcome Measure Indicator # | Patient days: | 298 | 248 | 240 | 305 | 343 | 329 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEPT | OCT | NOV | DEC |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| **8** | **Use of Clozaril** | | | | | | |
| **8.1** | Number of new starts | 2 | 0 | 0 | 0 | 0 | 0 |
| | rate 8.1 | 6.71 | 0 | 0 | 0 | 0 | 0 |
| **8.2** | Number of maintenance / maintained | 3 | 2 | 2 | 2 | 2 | 2 |
| | rate 8.2 | 10.07 | 8.06 | 8.33 | 6.56 | 5.83 | 6.08 |

### 8.3 Use of Clozaril Analysis of data:

There were 2 patients newly initiated on Clozaril during this review period. As would be expected in patients having difficulty remaining stabilized in lower levels of psychiatric care, these PC 2684 patients have treatment-resistant variants of their respective illnesses, often requiring treatment with Clozaril as the gold standard treatment for several disorders (e.g., treatment.

### 8.4 Use of Clozaril - Change in Policy or Procedure:

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

### 8.5 Use of Clozaril – Plan for the Next Review Period:

 DSH-P will continue to supervise and encourage use of Clozaril in appropriate patients. No changes are currently planned.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

### Additional Comments:

None.

## DETAILED REPORT

### SECTION 9 – Medications – Use of Involuntary Medications

## Section 9 – Use of Involuntary Medications Summary Table:

| Outcome Measure Indicator # | Patient days: | 298 | 248 | 240 | 305 | 343 | 329 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 9 | Use of Involuntary Medications | | | | | | |
| 9.1 | Number of Stat medications ordered for psych reasons | 0 | 3 | 1 | 4 | 5 | 2 |
| | Rate 9.1 | 0 | 12.10 | 4.17 | 13.11 | 14.58 | 6.08 |
| 9.2 | Number of non-formulary drugs prescribed | 4 | 11 | 2 | 5 | 11 | 9 |
| | Rate 9.2 | 13.42 | 44.35 | 8.33 | 16.39 | 32.07 | 27.36 |
| 9.3 | Number of new admits on PC 2602 | - | - | - | - | - | - |
| | Rate 9.3 | - | - | - | - | - | - |
| 9.4 | Number of PC 2602 initiated for current patients | - | - | - | - | - | - |
| | Rate 9.4 | - | - | - | - | - | - |
| 9.5 | Number of PC 2602 renewed for current patients | - | - | - | - | - | - |
| | Rate 9.5 | - | - | - | - | - | - |

## 9.6 Involuntary Medication Analysis of data

As written earlier, STAT involuntary medication use increases when patients are not yet stabilized, and then decreases as they begin to improve with pharmacological and nonpharmacological therapies. The data for involuntary medications used throughout this reporting period closely supports this pattern, with the number of involuntary medications rising in months with increases in new PC 2684 admissions and falling as these patients began improving with pharmacologic and non-pharmacologic treatments. As patients stabilized, they tended to have symptoms better controlled by their regularly scheduled medications, with far less need for STAT involuntary medications.

## 9.7 Involuntary Medication - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 9.8 Involuntary Medication – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None.

| DETAILED REPORT |
| --- |
| SECTION 10 – Treatment Hours |

## Section 10 – Treatment Hours Summary Table:

| 10.1 Group Therapy ICF | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Report for Hospital: Months | JUL | AUG | SEP | OCT | NOV | DEC |
| Core Group Hours - ICF | | | | | | |
| Average number of hours per patient scheduled | N/A | N/A | N/A | N/A | N/A | N/A |
| Average number of hours per patient delivered | 1.27 | 1.24 | 1.57 | 1.93 | 1.29 | .66 |
| Delivered rate | N/A | N/A | N/A | N/A | N/A | N/A |
| Average number of hours per patient attended | 1.08 | 1.11 | 1.43 | 1.87 | 1.19 | 0.57 |
| Attended rate | 84.76% | 89.20% | 90.90% | 96.65% | 92.46% | 86.89% |
| Supplemental Group Hours - ICF | | | | | | |
| Average number of hours per patient scheduled | N/A | N/A | N/A | N/A | N/A | N/A |
| Average number of hours per patient delivered | N/A | N/A | N/A | N/A | N/A | N/A |
| Delivered rate | N/A | N/A | N/A | N/A | N/A | N/A |
| Average number of hours per patient attended | N/A | N/A | N/A | N/A | N/A | N/A |
| Attended rate | N/A | N/A | N/A | N/A | N/A | N/A |
| Individual Therapy – ICF | | | | | | |
| # of patients scheduled for individual therapy | N/A | N/A | N/A | N/A | N/A | N/A |
| # of patients delivered individual therapy | N/A | N/A | N/A | N/A | N/A | N/A |
| Rate of patients delivered individual therapy | N/A | N/A | N/A | N/A | N/A | N/A |

## 10.2 Treatment Group Observation Audit Data:

| 10.2  DSH 2684 Treatment Group Observation Audit | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Month | JUL | AUG | SEP | OCT | NOV | DEC | AVG |
| Question #1:  Session starts and ends within five minutes of designated times. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| Question #2:  Prior session material is reviewed as relevant. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| Question #3:  Equipment is counted and utilized safely. | | | | | | | |
| % of compliance | 100 | 100 | N/A | N/A | N/A | N/A | 100 |
| Question #4:  Co-provider was actively engaged. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| Question #5:  The facilitator's style and structure for the group attempts to engage all participants. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| Question #6:  Preplanning is apparent. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| Question #7:  Facilitator introduces topics or treatment activities. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| Question #8:  Facilitator maintains therapeutic boundaries. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| **Question #9**:  Facilitator demonstrates group management skills. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| **Question #10**:  Facilitator maintains professionalism. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| **Question #11**:  Facilitation of the group allows room for the expression of individual differences and cultural diversity. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| **Question #12:** Facilitator gives feedback to group participants. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| **Question #13**:  Facilitator identifies and utilizes participant's strengths. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| **Question #14**:  The facilitation of the group and the content of the activities accommodate limitations of the participants. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| **Question #15**:  Facilitator checks for learning. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| **Question #16**:  When asked, facilitator can explain the purpose and the therapeutic benefits of the group. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |
| **Question #17**:  Facilitator brings closure to the group. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | N/A | 100 |

## 10.3 2684 Treatment Plan Audit Data:

| 10.3 DSH 2684 Treatment Plan Audit | | | | | | | |
|---|---|---|---|---|---|---|---|
| Month | JUL | AUG | SEP | OCT | NOV | DEC | AVG |
| **Question #1**: The treatment plan was finalized as per policy. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 91.7 | 100 | 98.6 |
| **Question #2**:  The patient's age is accurate documented. | | | | | | | |
| % of compliance | 66.7 | 25 | 50 | 66.7 | 83.3 | 87.5 | 63.2 |
| **Question #3**:  Treatment outcome expectations based on reason for referral is addressed. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #4**:  The violence risk assessment is current. | | | | | | | |
| % of compliance | 100 | 87.5 | 100 | 100 | 66.7 | 87.5 | 90.3 |
| **Question #5**:  The suicide risk assessment is current. | | | | | | | |
| % of compliance | 100 | 75 | 100 | 100 | 66.7 | 100 | 90.3 |
| **Question #6**:  Risk factors are identified. | | | | | | | |
| % of compliance | 88.9 | 100 | 100 | 100 | 100 | 100 | 98.2 |
| **Question #7**:  There is a summary of treatment progress including groups taken. | | | | | | | |
| % of compliance | 100 | 75 | 100 | 100 | 100 | 100 | 95.8 |
| **Question #8**:  Updated patient progress toward each treatment outcome expectation is documented. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 66.7 | 91.7 | 87.5 | 91 |
| **Question #9**:  There is a plan for turning the patient to CDCR. | | | | | | | |
| % of compliance | 77.8 | 75 | 87.5 | 100 | 66.7 | 75 | 80.3 |
| **Question #10**:  Focus statements are written for each identified area of treatment. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

| Question #11: Measurable objectives are written for each focus of treatment. | | | | | | | |
|---|---|---|---|---|---|---|---|
| % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Question #12: Objectives have at least one approved intervention. | | | | | | | |
| % of compliance | 88.9 | 100 | 100 | 100 | 100 | 100 | 100 |

## 10.4 Treatment Hours Analysis of data:

During the period of July through December, there were a lower number of treatment hours delivered to patients in comparison to pre-COVID treatment. This was in large part due to changes in hospital operations in response to the COVID-19 pandemic. As a result, the service chiefs worked with Enhancement Services to shift from a Structured Treatment Program (STP) to a Unit-Based Social Distance Programming model, consistent with CDC and Public Health guidelines. In July, the unit provided a unit-based treatment schedule that resulted in an increase in treatment hours provided to patients.

Additionally, due to the increased number of COVID positive staff and patients at DSH-Patton, either patients were placed on isolation units or their home units were placed on quarantine and there was the development of admission observation units. Subsequently, treatment guidelines were reiterated for specific types of units to address the treatment needs of our patient in response to COVID-19.

For this reporting period, all treatment delivered to patients was being captured via unscheduled rosters. Unscheduled rosters have been able to capture group, individual and supplemental activities provided to the patients. Additionally, during this time, clinicians were also providing unstructured individual "clinical contacts" for each patient on the unit every month. Clinical contact may include multiple forms of intervention such as time spent reviewing or practicing coping skills, learning about symptom management, or providing crisis intervention. The same patient may have received multiple clinical contacts within a given month. Individual clinical contact has helped to significantly improve the patients' progress toward discharge, through providing more personalized and flexible treatment options. Clinical contact hours were documented on the unscheduled individual rosters and accounted for as Core Treatment in the table above. During this reporting period, individual therapy has continued to be documented using unscheduled treatment rosters.

Also, in this reporting period, the frequency of group observation audits have fluctuated in large part due to the ongoing response to COVID-19. More specifically, audits declined in October and November and were not completed in December due to the unit being placed on quarantine. The 1-2 hours is calculated per patient. However, group treatment audits are done looking at the group as a whole. We audit 3-5 groups per month.

In regard to treatment planning, it was noted some areas of improvement are needed. These areas will continue to be addressed through an ongoing Quality Improvement process. Ongoing training will be provided to the treatment team members to address deficit areas.  In December, treatment planning guidelines were distributed to provide guidance for documentation during the COVID-19 pandemic. There have also been changes to members of our auditing team. Auditors will continue to meet virtually, as needed, to help improve the consistency and interrater reliability of auditing practices in the future.

## 10.5 Treatment Hours - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| STP remained on hold | COVID-19 Pandemic | Reducing exposure to COVID-19 and continue to provide Treatment | Improvement in treatment hours provided |
| Mid-November adjusted telework schedule | Improve staff availability | Increase of treatment provided | Continue to be monitored |
| Majority of October, Nov and Dec unit on quarantine status | Control the spread of COVID-19 | Group treatment hours would decrease while on quarantine while individual hours would increase | Expected once unit was off quarantine, treatment hours would increase |

## 10.6 Treatment Hours – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Reimplement Structured Treatment Program (STP) | Increased treatment hours available |
| Reevaluating existing procedure for supplemental data collection and establish an effective system | Streamline the data collection process for supplemental activities to improve accuracy of data provided |
| Continue documenting "clinical contact" sessions using the Unscheduled Individual Roster | Ensure accurate reporting of treatment hours provided for each patient |
| Continue to monitor for adherence in the completion of Unscheduled Individual and Group rosters | Ensure accurate reporting of treatment hours provided for each patient |
| Train new supervisory staff on the process of conducting treatment plan audits | Improve interrater reliability and accuracy of data collection |
| | Overall improvements in the treatment planning process |
| Collect, analyze data and implement quality improvement initiatives as indicated by audit data | Improve interrater reliability and accuracy of data collection |
| | Overall improvements in the treatment planning process |
| Monitor the effectiveness of the current unit-based treatment schedule and the number of hours delivered per patient | Improve the overall quality and frequency of treatment provided for each patient, consistent with current treatment guidelines implemented in response to COVID-19 |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 11 – Management Indicators – Staffing Allocations and Vacancies

## Section 11 – Management Indicators (Staffing and Census) Data

Staffing Allocations and Vacancies.

## Staffing Allocations:

| Program-Wide | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Administration** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Executive Director | | 16 | 1 | 1 | 0 | 0 | |
| Clinical Administrator | | 16 | 1 | 1 | 0 | 0 | |
| Hospital Administrator | | 16 | 1 | 1 | 0 | 0 | |
| Nurse Administrator | | 16 | 1 | 1 | 0 | 0 | |
| Medical Director | | 16 | 1 | 1 | 0 | 0 | |
| Chief Psychiatry | | 16 | 1 | 1 | 0 | 0 | |
| Program Director | | 16 | 1 | 1 | 0 | 0 | |
| Program Assistant | | 16 | 1 | 1 | 0 | 0 | |
| Nursing Coordinator | | 16 | 1 | 1 | 0 | 0 | |
| **Supervision** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Unit Supervisor | | 16 | 1 | 1 | 0 | 0 | |
| Supervising Psychologist | | 16 | 1 | 1 | 0 | 0 | |
| Supervising Social Worker | | 16 | 1 | 1 | 0 | 0 | |
| Supervising Rehabilitation Therapist | | 16 | 1 | 1 | 0 | 0 | |
| Senior Psychiatrist | | 16 | 1 | 1 | 0 | 0 | |
| **Level of Care (ICF)** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Nurse Practitioner | | 16 | 1 | 1 | 0 | 0 | |
| HSS | | 16 | 3 | 3 | 0 | 0 | |
| Sr Psych Tech | 1:8 | 16 | 3 | 2 | 1 | 0 | |
| Registered Nurse | 1:8 | 16 | 9 | 8 | 1 | 0 | |
| Psych Tech | 1:8 | 16 | 22 | 16 | 6 | 0 | |
| **Clinical Staff** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Psychiatrist | 1:35 | 16 | 2 | 2 | 0 | 0 | |
| Psychologist | 1:35 | 16 | 2 | 2 | 0 | 0 | |
| Social Worker | 1:35 | 16 | 2 | 2 | 0 | 0 | |
| Rehab Therapist | 1:35 | 16 | 2 | 2 | 0 | 0 | |
| **Hospital Police** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Police Sergeant | N/A | N/A | N/A | N/A | N/A | N/A | |
| Police Officer | N/A | N/A | N/A | N/A | N/A | N/A | |

**Analysis of data**:

Unit 33 has a current LOC allocation of 9 RN Positions / 22 Psychiatric Technicians (including 3 Senior Psychiatric Technicians). Unit 33 is a focus for the Central Staffing Office to ensure that all vacancies are filled for consistency in the coverage of the area.

The unit maintains a 1:35 clinical ratio for Psychiatry, Psychology, Social Work and Rehabilitation Therapy.

In review of the reporting information for this review period, the area demonstrated 6 Psychiatric Technician and 1 Senior Psychiatric Technician vacancies.

There are currently no staffing allocation issues.

**Staffing Allocations - Change in Policy or Procedure:**

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**Staffing Allocations – Plan for the Next Review Period**:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

**Section 11 – Management Indicators (Staffing and Census) Data**

**Patient Census Data**

| Management Indicators Patient Census | | | | | | |
|---|---|---|---|---|---|---|
| | JUL | AUG | SEPT | OCT | NOV | DEC |
| Average daily census | 17.7 | 16 | 16 | 16 | 14 | 11 |
| Average length of stay | 146.5 | N/A | N/A | N/A | 359.4 | N/A |
| Median length of stay | 146.5 | N/A | N/A | N/A | 277 | N/A |
| Admission per month | 0 | 1 | 2 | 0 | 2 | 0 |
| Discharges per month | 2 | 0 | 0 | 0 | 5 | 0 |

**Management Indicators Analysis of data**:

The average daily census from January to June was 12.9 patients per month

**Management Indicators – Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to policy and procedures. | | | |

**Management Indicators – Plan for the Next Review Period**:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| No recommendations for this reporting period. | |

**Additional Comments**:

None.

END OF REPORT.

Submitted By:

*Janine Wallace*

Janine Wallace, Executive Director

# EXHIBIT E

| | |
|---|---|
| **From:** | Millham, Sofia A. |
| **To:** | Millham, Sofia A. |
| **Subject:** | FW: Coleman v. Newsom: CQI reports ASH, CSH, PSH (Jan-June 2021) |
| **Date:** | Friday, July 22, 2022 9:29:00 AM |
| **Attachments:** | Cover Letter CQI Reports Jan 2021 - June 2021 Final.pdf |
| | DSH-A Coleman CQI Report January to June 2021 - FINAL.pdf |
| | DSH-C Coleman CQI Report January to June 2021 - FINAL.PDF |
| | DSH-P Coleman CQI Report January to June 2021 - FINAL.PDF |

**From:** Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>
**Date:** September 28, 2021 at 5:18:14 PM EDT
**To:** Lopes Matthew <mlopes@pldolaw.com>, "Walsh Kerry F."
<kwalsh@pldolaw.com>, Jones Mohamedu <mjones@pldolaw.com>
**Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>, Damon McClain
<Damon.McClain@doj.ca.gov>, "Paul B. Mello (Pmello@hansonbridgett.com)"
<Pmello@hansonbridgett.com>, "Samantha Wolff (SWolff@hansonbridgett.com)"
<SWolff@hansonbridgett.com>, "David C. Casarrubias"
<DCasarrubias@hansonbridgett.com>, "Laurel E. O'Connor"
<LOConnor@hansonbridgett.com>, "Ambra S. Jackson"
<AJackson@hansonbridgett.com>, Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>,
"Kent, Kristopher@DSH-S" <Kristopher.Kent@dsh.ca.gov>, Christine Ciccotti
<christine.ciccotti@dsh.ca.gov>
**Subject: Coleman v. Newsom: CQI reports ASH, CSH, PSH (Jan-June 2021)**

Good afternoon:

Please find DSH's CQI Reports for ASH, CSH, & PSH (January 2021-June 2021) attached.

Thank you,
Namrata

CONFIDENTIALITY NOTICE: This communication with its contents may contain
confidential and/or legally privileged information. It is solely for the use of the intended
recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may
violate applicable laws including the Electronic Communications Privacy Act. If you are
not the intended recipient, please contact the sender and destroy all copies of the
communication.

This message was sent from outside the company. Please do not click links or open
attachments unless you recognize the source of this email and know the content is
safe.

State of California – Department of State Hospitals                                Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov

DSH

September 22, 2021

Sent by email only

Special Master M. Lopes
Pannone, Lopes, Devereaux and O'Gara LLP
Northwoods Office Park, Suite 215N
1301 Attwood Avenue, Johnston, RI 02919
Email: mlopes@pldw.com

Subject: DSH CQI Reports, January 2021 – June 2021

Dear Special Master Lopes:

In the court's March 7, 2017 order, the Department of State Hospitals (DSH) was directed to "develop a plan within 90 days for the creation of a continuous quality improvement (CQI) process to be utilized in the DSH programs that treat *Coleman* members." (ECF No. 5573 at 3.) Subsequently, DSH developed its CQI reports in collaboration with you and the experts on your team. To date, DSH has submitted eight sets of CQI reports covering the time periods of January 2017 – June 2017, July 2017 – December 2017, January 2018 – June 2018, July 2018– December 2018, January 2019 – June 2019, July 2019 – December 2019, January 2020 – June 2020 and July 2020 – December 2020. The six most recent rounds of CQI reports, including this one, included DSH-Patton. Accompanying this letter is our ninth round of reporting following the implementation of our CQI process for the time period of January 2021 – June 2021.

The goal of developing a CQI process has always been to put into place as an effective and transparent self-monitoring process. To that end, DSH appreciates the time your team spent this year reviewing DSH's CQI Process and providing feedback. The January 2021 – June 2021 reports do not yet incorporate the feedback provided; however, once we finalize the review process we will incorporate changes to future reports.

After nine rounds of CQI reporting, DSH has made substantial progress implementing the CQI process in compliance with the court's March 7, 2017 order. DSH looks forward to continued collaboration with you and your team to obtain approval of the process, confirm compliance with the court order, and continue its self-monitoring of its *Coleman* population.

Sincerely,

Stephanie Clendenin
Director
Department of State Hospitals

# DEPARTMENT OF STATE HOSPITALS-ATASCADERO
## GOVERNING BODY REPORT
## Coleman - 2684 Report
## January 1, 2021 – June 30, 2021

## Table of Contents

| | SECTION | PAGE |
|---|---|---|
| DSH QUALITY IMPROVEMENT PLAN | | 2 |
| ABOUT ATASCADERO STATE HOSPITAL | | 2-3 |
| **EXECUTIVE SUMMARY** | | **4-13** |
| Seclusion, Restraint & Enhanced Observation | | 4-5 |
| Incidents | | 6-8 |
| Medications | | 8-11 |
| Treatment Hours | | 11-12 |
| Management Indicators | | 12-13 |
| **DETAILED REPORT** | | **14-44** |
| Use of Restraints | Section 1 | 14-16 |
| Use of Seclusion | Section 2 | 16-18 |
| Use of Enhanced Observation | Section 3 | 19-21 |
| Incidents – Aggression | Section 4 | 21-27 |
| Incidents – Indecent Exposure | Section 5 | 27-30 |
| Incidents – Rules Violation (RVR) | Section 6 | 30-31 |
| Incidents – Suicide Attempts/Suicides | Section 7 | 31-34 |
| Medication – Use of Clozaril | Section 8 | 34-35 |
| Medication – Use of Involuntary Medication | Section 9 | 35-37 |
| Treatment Hours | Section 10 | 38-42 |
| Management Indicators – Staffing and Patient Census | Section 11 | 42-44 |
| **SIGNATURE PAGE** | | **44** |

## Quality Improvement Plan

The purpose of the Quality Improvement Program (QIP) is to ensure the safety of, preserve the rights of, and continuously improve and evaluate the quality of therapeutic and rehabilitation services provided. DSH Policy Directive 9000 Quality Improvement Program describes strategies, processes, tools, and a governance structure that hospitals use to plan, prioritize, develop, implement, and evaluate quality improvement initiatives and sustain improvement.

The QIP aims to assess, improve, and monitor the quality of patient care. The Department of State Hospitals maintains an ongoing QIP based on objective data that describe performance improvement, quality assurance, clinical risk management, clinical outcomes, incident management and regulatory compliance activities. The QIP is administered and supported by standardized committee functions, documentation, and reporting processes.

The Model for QIP starts with defining the problem, then moves to identifying the solution, followed by implementing the solution, and finally to assess for the desired outcome.

The Governing Body shall, in the exercise of its overall responsibility, assign to the Executive Director, as a representative of the Governing Body, reasonable authority to develop a plan and implement mechanisms to assess and improve the quality of the DSH facility's governance, management, clinical and support processes, and to ensure the provision of patient care. The quality improvement plans shall be updated at least annually and submitted to the Governing Body for review and approval.

## About Atascadero State Hospital

Overview of DSH-Atascadero PC 2684 Program

DSH-Atascadero (DSH-A) provides ICF psychiatric care to CDCR inmate-patients under the terms of a memorandum of understanding (MOU) with CDCR and in accordance with Coleman court orders. Currently there are a total of 256 beds designated as PC 2684 beds for patient care. At DSH-A, Program V provides care for the PC 2684 patients.

The MOU and joint policies define the process of referral of PC 2684 patients, the acceptance process to DSH-A, and the discharge process of PC 2684 patients to either parole or return to CDCR. All ICF PC 2684 referrals are sent to DSH-A's forensic service, which serves as the admission and discharge coordinator. The medical director reviews all transfer packets and approves them for admission to DSH-A. It is a priority to identify those patients appropriate for the least restrictive housing alternative for admission to DSH-A.

All PC 2684 patients receive a medical history and physical, a psychiatric assessment, a psychological admission assessment (with risk assessments for danger to self and danger to others), a social work assessment, and a rehabilitation therapy assessment. The medical and psychiatric assessments must be completed in less than twenty-four hours. An initial nursing assessment is completed in eight hours or less.

The ICF 2684 treatment units have multidisciplinary teams (psychiatrist, psychologist, social worker, rehabilitation therapist, and level of care staff). Individualized treatment plans address

each patient's reason for referral and the expected treatment goals.  Treatment modalities include individual therapy, group therapy (e.g. substance abuse treatment, CBT, DBT, medication and symptom management, and others). Psychiatric sick call for the management of urgent conditions is held seven days a week on all ICF units.

PC 2684 patients receive medical care from DSH-A physicians and surgeons. Medical sick call is held every day, seven days a week on all ICF treatment units. When necessary, PC 2684 patients have access to outside medical specialists and emergency care at our community acute care hospitals.

The number of designated beds for PC 2684 patients comprise approximately 22% of DSH-A's patient population. As a group, the PC 2684 patients comprise approximately 20% of the referrals to outside medical care.  PC 2684 patients receive medical care from DSH-A physicians and surgeons.

The implementation of the MOU in 2016 initially resulted in the admission of larger numbers of PC 2684 patients with prominent personality disorders as their primary clinical focus. This trend has shifted back to receiving more patients with psychotic mental disorders.

A comprehensive utilization review process (defined in the MOU and joint policy) has been implemented at DSH-A.  Patients who have achieved treatment goals either return to CDCR at a recommended level of care or discharge to parole.

## EXECUTIVE SUMMARY

### Seclusion, Restraints & Enhanced Observations

**Executive Summary**:

DSH-Atascadero's use of restraint and seclusion hours for the PC 2684 population has in the past been generally lower than other commitments served. During the previous reporting period, the use of restraint and seclusion was greater than other commitments served. This reporting period however there was a decrease in comparison to other commitments. When patients are assessed to be too violent or predatory, transfer back to a more secured treatment environment within CDCR (California Department of Corrections and Rehabilitation) is considered. During this reporting period the hospital made safety accommodations in response to the COVID-19 pandemic by restricting or monitoring movement to prevent the potential spread of illness, meals and treatment groups held on the housing units, and cohorting of admissions for non-fully vaccinated patients. DSH-A has entered a recovery phase where hospital operations, such as meals in patient dining rooms, vocational placements, and off unit treatment groups, are slowly returning to pre-COVID-19 status.

**Use of Restraints:**

Five-point restraint, also known as full bed restraint (FBR), is the application of belts and cuffs to the patient's wrists, ankles and waist, including a waist belt that is fastened to a bed in a room designated for full bed restraints. Belts and cuffs, also known as wrist-to-waist restraints are any combination of restraints fastened around the patient's wrists, waist and/or ankles in order to limit the range of motion of arms and legs. Seclusion and restraint are not used as punishment, retaliation, or for the convenience of staff.

### Analysis:

The total hours of restraint for this reporting period decreased by 30.4% from the previous reporting period. The total episodes of restraints decreased by 30.7%.

### Recommendations:

- Provide constructive alternatives, such as music and sensory modulation equipment such as rocking chairs.
- Adapting to changing COVID-19 safety precautions, increase scheduled treatment hours per patient as possible.
- Review patients' Kardex during Risk Management and Utilization Management meetings to ensure relevant information is being provided of patients' triggers and precursors and individualized effective crisis management techniques.
- Continue to monitor and analyze the impact of the Community Living Incentive Program (CLIP) designed to incentivize prosocial behavior on units currently participating and model for other direct admission units.
- Morning Meetings are conducted daily, as well as weekly Therapeutic Community Model on all units in Program V to ensure the patients are receiving information timely.
- While maintaining COVID-19 safety precautions, resume scheduling Therapeutic Strategies and Interventions (TSI) training schedules specifically for a unit to attend together. This method has allowed for a consistent team approach to applying de-escalation skills which can reduce the number of incidents that rise to the level requiring use of restraint.
- Continue to review referrals for appropriate placement.
- Use of behavior or individualized incentive plans.

**Use of Seclusion:**

Seclusion is the involuntary confinement of a patient alone in a room or an area from which the patient is physically prevented from leaving. Seclusion within the State Hospital requires a physician order.  Seclusion also does not describe "time-out" strategies, wherein a patient agrees to remain in an unlocked room or area and maintains the choice to leave.

**Analysis:**

The total hours of seclusion for this reporting period decreased by 20.9% from the previous reporting period. The total episodes of seclusion increased by 18.7%.

**Recommendations:**

- Provide constructive alternatives, such as music and sensory modulation equipment such as rocking chairs.
- Post COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient.
- Monitor Kardex to ensure relevant information is provided of patients' triggers and precursors and individualized effective crisis management techniques.
- Monitor and analyze the impact of the Community Living Incentive Program (CLIP) designed to incentivize prosocial behavior on units currently participating and model for other direct admission units.
- Implement incentive programs and the Therapeutic Community Model on all units in Program V.
- Continue to review referrals for appropriate placement.
- Use of behavior or individualized incentive plans.

**Use of Enhanced Observations:** One-to-one, two-to-one, line of sight, and Q15 minute checks are all considered types of enhanced observation.

**Analysis:**

The total hours of enhanced observation for this reporting period decreased by 37% from the previous reporting period. The total episodes of enhanced observation decreased by 70%.

**Recommendations**:

- Provide constructive alternatives, such as music and sensory modulation equipment such as rocking chairs.
- Provide all interactions utilizing a trauma informed approach.
- Post COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient. Centralized area is continuing to offer more treatment at a safe level.
- Review/monitor patient preference plans regularly.
- Continue with campaign to alert staff to times of increased patient self-harm risk.
- Monitor and analyze the impact of the Community Living Incentive Program (CLIP) designed to incentivize prosocial behavior on units currently participating and model for other direct admission units.
- Per policy, continue with Medical Director's review of observation past 96 hours.
- Continue to review referrals for appropriate placement.
- Clinical Management Team will continue to review the use of seclusion.
- Use of behavior or individualized incentive plans.

## EXECUTIVE SUMMARY

### Incidents

**Executive Summary**:
DSH-Atascadero continues to utilize ongoing performance improvement structures to look at environmental, structural, and human factors that can reduce aggressive incidents to self, peers, and staff. These various committees seek to empower staff and patients to work together to ensure a safe therapeutic milieu. Data is reviewed by the Suicide Prevention Committee (SPC), Violence Prevention Committee (VPC), Program Clinical Management Team (CMT), Health and Safety Committee, and Program Review Committee (PRC). Ligature point assessments of all patient housing and access areas, along with mitigation plans, are reviewed with staff and completed as needed.

Historically, the PC 2684 patient classification had a lower rate of aggressive incidents, in comparison to other patient populations. During the previous reporting period there was a significant increase in incidents of aggression that correlated to the increase in direct admissions. During this reporting period there was a decrease.

**Aggressive act to self:**  Self-inflicted injuries without patient reported suicidal intent.

**Analysis:**
The number of incidents of aggressive act to self for this reporting period decreased by 47.2% from the previous reporting period.

**Recommendations:**
- Continue to analyze future incidents by time and method of occurrence.
- Provide constructive alternatives, such as music and rocking chairs.
- Continue with assessments and treatment interventions designed to prevent self-injurious behaviors.
- Continue to review referrals for appropriate placement.
- Adapting to changing COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible.
- Increase patient involvement in Peaceful Resolution Committee, Health and Safety Meetings, and Program Management Council.
- Data will continue to be reviewed by the Suicide Prevention Committee, PRC and CMT.
- Individual incidents will continue to be reviewed by treatment teams for treatment interventions. Support efforts to increase times for independent leisure opportunities.
- Treatment team assess if individual behavior plans would be beneficial.
- Treatment team consider benefits of individual therapy.

**Aggressive act to another patient (physical):**  Hitting, pushing, kicking or similar acts directed against another patient to cause potential or actual injury.

**Analysis:**
The number of incidents of aggressive act to another patient decreased by 63.6% from the previous reporting period

**Recommendations:**
- Provide constructive alternatives, such as music and rocking chairs.

- Continue to utilize the RVR (rules violation report) process.
- Adapting to changing COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible.
- Increase patient involvement in Peaceful Resolution Committee, Health and Safety Meetings, and Program Management Council.
- Data will continue to be reviewed by the Violence Prevention Committee, PRC and CMT.
- Individual incidents will continue to be reviewed by treatment teams for treatment interventions.
- Support efforts to increase times for independent leisure opportunities.
- Implement appropriate incentive programs and the Therapeutic Community Model.
- Use the Kardex to provide precursors and safety instructions. Treatment team assess if individual behavior plans would be beneficial.

**Aggressive act to staff (physical):**  Hitting, pushing, kicking or similar acts directed against staff to cause potential or actual injury.

**Analysis:**
The number of incidents of aggressive act to staff remained the same from the previous reporting period, with three incidents. One patient generated all three incidents.

**Recommendations:**
- Use the Kardex to provide staff safety instructions. Data will continue to be reviewed by the Violence Prevention Committee, PRC and CMT for treatment interventions, and the Workplace Violence Review Committee (WVRC).
- Analysis of monthly data at PRC and CMT will include what was occurring during the aggressive act to staff.
- Continue to utilize the RVR (rules violation report) process.
- Adapting to changing COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible.
- Treatment team assess if individual behavior plans would be beneficial.

**Other:**  Inappropriate Sexual Behavior (i.e., indecent exposure, public masturbation, etc.)

**Analysis:**
During this reporting period there were two incidents of indecent exposure, a decrease of one when compared to the previous reporting period.

**Recommendations:**
- Individual incidents will continue to be reviewed by Treatment Teams for treatment interventions.
- Data continue to be reviewed by the PRC and CMT for treatment interventions.
- Continue to utilize RVR process.
- Treatment Team assess the need to develop individual behavior plan.

**Suicide:**  A self-inflicted injury resulting in death.

**Analysis:**
There were no incidents to analyze for this reporting period

**Recommendations:**
- Individual incidents will continue to be reviewed by Treatment Teams for treatment interventions.
- Data continue to be reviewed by the PRC and CMT for treatment interventions.

**Suicide attempt:**  Self-inflicted injuries or ingestion of foreign bodies or potentially toxic substances with suicidal intent or with a potentially lethal outcome.

**Analysis:**
There were no incidents to analyze for this reporting period.

**Recommendations:**
- Individual incidents will continue to be reviewed by Treatment Teams for treatment interventions.
- Distributing the Suicide Prevention Committee minutes and educating on the committee's recommendations.
- Treatment Team to evaluate individual therapy as an intervention.
- Data continue to be reviewed by the PRC and CMT for treatment interventions.

## EXECUTIVE SUMMARY

### Medication

**Involuntary Use of Medication (Emergency & Non-Emergency)**

**Executive Summary**:
In the last six months of 2020, there were repeated mass outbreaks of COVID-19 in the CDCR system which resulted in limited movement of patients from many CDCR institutions. There was a massive surge in COVID cases from mid-November through the end of the year. As both CDCR and DSH are at extremely high risk for rapid transmission of COVID, precautions for transfer of patients were strictly observed to align with CDC and CDPH guidelines. This necessarily reduced the number of admissions to DSH-A during this time.  On December 31, 2020 the PC 2684 census was 160 patients at DSH-A.

Continued mitigation of the COVID pandemic was a high concern which led to formation of a small workgroup that meets weekly and has continued during the first six months of 2021.  The group is comprised of DSH and CDCR senior clinicians. Prospective transfers are reviewed. These meetings have resulted in more referrals of patients who are severely psychotic, but not necessarily behaviorally disruptive. There is consensus between the CDCR and DSH clinicians that this collaborative process has allowed patients most in need of ICF DSH treatment to be more readily identified. There have been good exchange of information and positive developments regarding the transfer of patients who have more clinical indications for psychiatric treatment at the ICF level of care.

There was a 21% decrease in the PC 2684 census from January 1, 2021 to June 30, 2021. On January 1, 2021 DSH-A had a census of 160 PC2684 patients and this decreased to a census of 127 patients on June 30, 2021. This decline in census is directly attributable to the stringent COVID precautions regarding movement of patients.  In the last six months DSH-A also started discharging patients who already met treatment outcome expectations or reached

maximum benefit but were kept longer in the ICF setting due to COVID-19 precautions. Cohort admissions based on COVID-19 documentation and clinical symptoms has prevented the spread of COVID-19 among patients within our facility.

The prevalence of involuntary medication orders among non-PC 2684 commitment patients remains between 25% and 30%. The prevalence of PC 2602 orders in the PC 2684 population shows a slightly increasing trend over the first six months.  It is likely this increase is secondary to the increased focus of clinicians in CDCR on referral of patients with severe psychosis or the decrease in census.

A serendipitous effect of COVID is the increase in on-unit activities. This allows more contact with their treatment teams (as opposed to off-unit treatment) and likely allows for more opportunities for medication education. This increased education can assist with gaining patient compliance regarding medication treatments. This can then lead to a lessening of the need for an involuntary medication order.  As we slowly return to off-unit treatment to pre-pandemic levels, it will be interesting to see if any trends develop regarding the numbers of PC 2602 orders.

Despite the challenges of the COVID-19 pandemic, DSH in collaboration with CDCR clinicians has increased the number of referrals for those patients most in need of a highly structured ICF setting and highly specialized treatment modalities available in DSH.  CDCR in collaboration with DSH leadership has been introduced to the PRN network of expert psychopharmacology psychiatrists to assist in management of severely psychotic, treatment resistant patients.  The goal is to continue to schedule monthly PRN consultation, as well as joint CME facilitated by the PRN network.

**Involuntary Use of Medication (Emergency & Non-Emergency):** Ordered and administered STAT medications.

### Analysis:
The use of stat (emergency) medication in the PC 2684 population at DSH-A remains consistently low. This speaks to the stabilization of acute psychiatric symptoms of patients who are admitted to DSH-A for ICF level of care. The PC 2684 population at DSH-A is strictly ICF and deemed appropriate for dorm living. It is expected that the use of stat medications would be lower in this population group due to decreased psychiatric acuity. The low use of stat medications also indicates that the psychiatric staff at DSH-A are largely successful in stabilizing patients so that stat medications are only infrequently clinically indicated. What is not expected is the increase in stat medication for the month of April 2021.  In March 2021, DSH-A experienced the highest rate of admissions for the 2684 class. This increase in admissions also correlates with the higher aggression incidents within the April timeframe. DSH-A contributes this increase in stat medication use to more psychosis driven incidents rather than organized aggression. This can also be supported by the low amount of RVR's, where rule violations are contraindicated for patient demonstrating psychotic aggression.

The number of patients admitted with a PC 2602 has slightly increased in accordance with the falling census in the first half of 2021. There were discussions in our weekly meetings with CDCR regarding the differences between an emergent and non-emergent involuntary medication order. There was also an increase in the appropriate initiation of PC 2602 orders in CDCR. This likely resulted in more rapid stabilization of patients and sometimes

obviated the need for transfer to an ICF setting.  For patients who are more severely ill and have not stabilized, they still required emergent involuntary medication order and further treatment in DSH setting, when weighted for the drop in census, the number of patients admitted with PC 2602 orders actually remained high.

**Recommendations:**
- Continue to work with CDCR psychiatry to build a consensus for initiation of PC 2602 orders.
- Provide feedback to CDCR when it appears a referral for transfer meets criteria for a non-emergent PC 2602 order. This could potentially reduce the need for transfer to DSH ICF treatment.
- Continue to work closely with patients to educate them about the indications for psychotropic medication treatment and the consequences of refusal of psychotropic medications.

**Clozaril:** Patients started and maintained on Clozaril.

**Analysis:**
The use of clozapine during this reporting period, i.e. the number of PC 2684 patients maintained on clozapine closely matches the number of non-PC 2684 patients: 12.5% of PC 2684 patients administered clozapine, compared to 11% of the other commitments at DSH-A. .

The utilization of clozapine tracks steadily with the number of PC 2684 admissions in the last six months. This has been a concerted effort of emphasizing transfer of CDCR inmates who have lingering psychotic symptoms and that would benefit from additional therapy options. These chronically symptomatic patients are much more likely to require clozapine treatment as many have failed multiple trials of other classes of antipsychotic medications.

During this reporting period, DSH and CDCR continue to meet weekly with good discuss outcomes. These meetings allow in-depth discussion of referrals and projected treatment outcome expectations. These meetings have assisted greatly in identifying those patients who are most in need of treatment at the ICF level of care in DSH.

**Recommendations:**
- DSH-A considers the weekly conferences a best practice for the transfer process between CDCR and DSH. It is recommended that these conferences continue.
- It is recommended that DSH-A continue the twice-weekly clozapine clinic to ensure close monitoring of the PC 2684 patients maintained on clozapine.
- It is further recommended that in transfer discussions the criterion of transfer for evaluation for clozapine treatment be discussed with psychiatrists and primary clinicians in CDCR to raise their awareness of this indication for treatment in DSH.

**Use of Non-Formulary Medication:** Patients prescribed non-formulary medications.

**Analysis:**
There continues to be a strong effort to have clinician to clinician contact at the time of admission to DSH from CDCR and when patients are discharged from DSH to CDCR. These discussions include the rationale for treatment with various psychotropic medication treatments.  There has been good alignment of the formularies between CDCR and DSH. It

is likely that the increased number of chronically, severely ill psychotic patients require more use of Clozapine than other non-formulary medications.

**Recommendations:**
It is recommended that a retrospective analysis of the frequency of use of non-formulary medications be considered. This analysis could indicate consideration be given to those non-formulary medications that are being prescribed with greater frequency. It is not unusual for newer medications to be treated as non-formulary until prescribers are more familiar with their use and the clinical responses that occur in their patient populations secondary to use of a specific psychotropic medication.

## EXECUTIVE SUMMARY

### Treatment Hours

**Executive Summary:**
Treatment during this reporting period continued to be impacted by the COVID-19 pandemic. For the first three months, all treatment modalities were offered on the residential units. With the introduction of vaccines, DSH moved toward incrementally resuming hospital operations. Centralized areas reopened with limited mixing of patients from different housing units. Structured treatment and treatment schedules were rebuilt beginning with the Spring quarter which began April 5, 2021.

**Summary of Treatment Hours:** Individual therapy and group therapy broken down by core groups and supplemental groups.

**Analysis:**
DSH-A saw an increase in patient attendance during the period when all treatment was provided on the units. As the hospital increases access to off unit areas, patient attendance and motivation for off unit treatment activities will be monitored and reviewed collectively by the Clinical Management Team and individually by the Treatment Teams. During this reporting period the number of groups attended remained similar in treatment group hours attended from the previous reporting period. Program Management continues to take steps as outlined in section 10.5 to improve patient participation for all treatment hours. During this reporting period the average monthly hours attended per patient is above the 10-hour threshold for the PC2684 population. Centralized treatment groups are beginning to be scheduled, offering a wide variety of scheduled treatment groups in a safe and therapeutic environment. During the months of January, February and March, DSH-A was conducting positive reporting and has now begun to schedule groups off-unit utilizing WaRMSS. The monthly average number of treatment hours attended was 11.53 this reporting period.

**Definitions**
**Pre-scheduled Treatment groups** are titles tracked in the WaRMSS MAPP system. Patients are scheduled to attend these groups through the treatment team process. They meet at a scheduled time and day; the facilitators and patients are assigned to the group and tracked on a roster.

**Unscheduled Groups** are titles tracked in the WaRMSS MAPP system. Patients and staff are not pre-scheduled to attend. The group follows the same course description and uses the same title as groups offered in the Pre-Scheduled module. Patients get to choose to attend these sessions. The time, day and duration can be flexible.

**Drop-In sessions** occur when a patient attends a Pre-Scheduled treatment group that they are not scheduled to attend.

**Supplemental Group Hours** – hours of structured activity that the patients choose to attend. Supplemental Group Hours are offered on the units to all patients and centrally to patients based on HAS level and space availability. The intended purpose is to offer healthy choices, self-determination and quality of life improvements. Supplemental Group Hours are currently tracked in the Enrichment program and the Supplemental Module in WaRMSS.

**Individual Therapy** –one-on-one clinician to patient therapy not pre-scheduled by the treatment team. Individual Therapy is not scheduled in the WaRMSS MAPP system but is tracked in the Supplemental Module of WaRMSS which allows the attendance to be tracked in smaller time increments as needed.

**Scheduled Individual Therapy** –Individual Coaching offered as a part of DBT. This is scheduled and tracked in WaRMSS MAPP. Scheduled Individual Therapy is captured in the Core Group Hours.

**DSH Treatment Group Audit** –a tool that is utilized by supervising clinicians to evaluate the quality of clinical skills utilized within the group setting. No audits have been completed post-implementation of COVID-19 pandemic safety precautions.

**Recommendations:**
- Clinical Management Team review treatment hours at each meeting to analyze any effects on re-opening in treatment attendance.
- Increasing PC 2684 treatment hours as a standing agenda item on the Structured Treatment Advisory Council.
- Increasing PC 2684 treatment hours to the Strategic Plan.

## EXECUTIVE SUMMARY

### Management Indicators

**Executive Summary**:
DSH-Atascadero has a Memorandum of Understanding (MOU) with CDCR for the Utilization Management process, with oversight of Intermediate Care patients committed under PC 2684. One of the primary goals of the MOU is the evaluation of the medical necessity, appropriateness and efficient use of resources and procedures to benefit the patient's treatment while at DSH-A. At DSH-A, intermediate care patients are housed in unlocked dorms. DSH-A is the least restrictive housing environment for patients from CDCR.

**Staffing, admissions, discharges and length of stay**

**Analysis:**

Staffing challenges continued as the facility adapted to changing COVID-19 pandemic safety precautions. Staffing shortages have impacted treatment team vacancies within Program V, but coverage was provided so this did not have a negative impact on treatment. Post COVID-19 Program Management team, support staff, level of care staff, and clinical staff continue to offer a therapeutic environment and begun implementing normal operations at a safe pace. Clinical disciplines are currently planning to staff vacancies as new hires are made.

Average length of stay is expected to be between six to nine months (180-270 days) for patients needing intermediate care.  Each month, the Utilization Management Committee and treatment teams review patients who have been here for 90 and 180 days or longer to review if their treatment outcome expectations are being met and if they are ready to discharge back to CDCR.

Compared to the previous reporting period, this reporting period saw a decrease in average DSH-A admissions per month, decrease in average daily census per month, decrease in average discharges per month, and an increase in average length of stay.

**Recommendations:**
- Continue close monitoring of referrals and waitlist for timely patient admissions.
- Continue our current Utilization Management process which includes the following reviews: Prospective Review (Referral), Concurrent Review/Continued Stay Review, Retrospective/Quality Management Review and our Utilization Management Committee.
- Continue hospital and state-wide recruitment efforts to increase staffing numbers.

## DETAILED REPORT

### SECTION 1 – Use of Restraints

**Section 1 – Use of Restraints Summary Table:**

| Outcome Measure Indicator # | Patient days: | 4924 | 4536 | 4541 | 4090 | 4004 | 3826 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 1 | Use of restraints | | | | | | |
| 1.1 | Number of restraint episodes | 4 | 6 | 18 | 7 | 4 | 6 |
| | Rate 1.1 | 0.81 | 1.32 | 3.96 | 1.71 | 1.00 | 1.57 |
| 1.2 | Total hours in restraint | 38.48 | 47.52 | 208.58 | 78.50 | 45.17 | 74.7 |
| | Rate 1.2 | 7.81 | 10.48 | 45.93 | 19.19 | 11.28 | 19.52 |
| 1.3 | Average time in restraints | 9.62 | 7.92 | 11.59 | 11.21 | 11.29 | 12.45 |
| | Rate 1.3 | 1.95 | 1.75 | 2.55 | 2.74 | 2.82 | 3.25 |

**1.4 Use of Restraints – # of Restraints Initiated By Day of Week:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 1.4 Use of restraints by Day of Week: | | | | | | |
| Sunday | 1 | 0 | 2 | 2 | 2 | 1 |
| Monday | 2 | 4 | 2 | 1 | 0 | 1 |
| Tuesday | 1 | 1 | 4 | 3 | 0 | 0 |
| Wednesday | 0 | 1 | 4 | 0 | 0 | 1 |
| Thursday | 0 | 0 | 2 | 1 | 0 | 0 |
| Friday | 0 | 0 | 3 | 0 | 1 | 3 |
| Saturday | 0 | 0 | 1 | 0 | 1 | 0 |

**1.5 Use of Restraints – # of Restraints Initiated By Shift:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 1.5 Use of Restraints by Shift: | | | | | | |
| AM | 3 | 0 | 10 | 3 | 1 | 5 |
| PM | 1 | 4 | 6 | 3 | 3 | 1 |
| NOC | 0 | 2 | 2 | 1 | 0 | 0 |

**1.6 Use of Restraints – DSH 2684 Restraint Monitoring Tool**

| SCD Restraint & Seclusion REV 2015 | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all restraint types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| 1.6 Use of Restraints % Compliance | % | % | % | % | % | % |
| **Question #1**: Restraint was used in a documented manner. | 100% | 100% | 100% | 100% | 100% | 100% |
| **Question #2**: The Interdisciplinary note described specific behavior that was imminently dangerous to self or others. | 100% | 100% | 100% | 100% | 100% | 100% |
| **Question #3**: Restraints are used only after a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted. | 100% | 100% | 100% | 100% | 100% | 100% |
| **Question #4**: The Interdisciplinary note described specific, less-restrictive interventions that were tried prior to the use of restraints or there is a clinical justification when less-restrictive interventions were not used. | 100% | 100% | 100% | 100% | 100% | 100% |
| **Question #5**: Restraints are not used in the absence of, or as an alternative to active treatment. | 100% | 100% | 94.1% | 100% | 100% | 100% |

| SCD Restraint & Seclusion REV 2015 | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all restraint types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| 1.6 Use of Restraints % Compliance | % | % | % | % | % | % |
| **Question #6**: There is a Focus of Hospitalization that targets the behavior that required the patient to be paced in restraints. | 100% | 100% | 94.1% | 100% | 100% | 100% |
| **Question #7**: Restraints are terminated as soon as the patient is no longer in imminent danger to self or others. | 100% | 100% | 100% | 100% | 100% | 100% |
| **Question #8**: The patient was released from restraints as soon as the violent or dangerous behavior that created the emergency was no longer displayed or met the release criteria as documented in the physicians order. | 100% | 100% | 100% | 100% | 100% | 100% |
| **Question #9**: The physician conducted an assessment of the patient within one hour of being placed in restraints. | 100% | 75% | 100% | 100% | 100% | 100% |
| **Question #10**: The physicians order for restraints was obtained within 15 minutes of the patient being placed in restraints. | 100% | 100% | 100% | 100% | 100% | 100% |
| **Question #11**: A Registered Nurse initiated an assessment of the patient within 15 minutes of the application of restraints and that assessment was documented in the interdisciplinary notes. | 100% | 75% | 100% | 100% | 100% | 80% |
| **Question #12**: The Physician conducted a face-to-face evaluation of the patient in restraints within one hour from the initiation of restraints and that evaluation was documented in the physician progress notes. | 100% | 75% | 100% | 100% | 100% | 100% |

## 1.7 Use of Restraints Analysis:

Restraint use with the PC 2684 patients decreased during the reporting period of January 1st, 2021 through June 30, 2021. During the current reporting period, there were 45 incidents that resulted in the use of restraints. A large majority of the incidents involved the same three patients, which generated 303.27 hours of the total 492.87 hours. Most of these incidents occurred in March, with 18 episodes and 208.50 hours for an average of 11.59 hours for the month. These March incidents were generated by a total of five patients. One patient created 13 of the 18 incidents and generated 151.92 hours in March. Table 2.5 shows most incidents occurred during the AM shift. Restraints were utilized in categories of Suicidal Ideation, Aggressive Act to Self and Aggressive Act to Staff. There is an overall trend for decrease in restraint use of 215.66 hours compared to the previous reporting period of July 1st, 2020 through December 31st, 2020, which had a total of 708.53 hours. All restraint episodes will continue to be reviewed.

## 1.8 Use of Restraints - Change in Policy or Procedure:

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 1.9 Use of Restraints – Plan for the Next Review Period:

The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Post COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible.<br>• Continue to monitor the success of unit based treatment offerings and plan for future treatment offerings.<br>• Analyze any correlations between inappropriate patient referrals and the use of restraints.<br>• Encourage CLIP on each unit.<br>• Analyze restraint use between ICF direct admission units and admissions to locked admission units.<br>• Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria. | • Increased patient attendance and reduction in use of restraints.<br><br>• Identify any potential impact on treatment milieu.<br><br>• Increased patient attendance and reduction in use of restraints.<br><br>• Increase in prosocial behavior.<br>• Identify any causal factors and make any additional recommendations.<br><br>• Decrease unsafe patient behaviors affecting the treatment milieu. |

**Additional Comments**:  None.

## DETAILED REPORT

### SECTION 2 – Use of Seclusion

## Section 2 – Use of Seclusion Summary Table:

| Outcome Measure Indicator # | Patient days: | 4924 | 4536 | 4541 | 4090 | 4004 | 3826 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **2** | **Use of seclusion** | | | | | | |
| 2.1 | Number of seclusion episodes | 1 | 3 | 5 | 8 | 0 | 2 |
| | Rate 2.1 | 0.2 | 0.66 | 1.10 | 1.96 | 0 | 0.52 |
| 2.2 | Total hours in seclusion | 3.33 | 129.57 | 270.25 | 119.58 | 0 | 19.92 |
| | Rate 2.2 | 0.68 | 28.56 | 59.51 | 29.24 | 0 | 5.21 |
| 2.3 | Average time in seclusion | 3.33 | 43.19 | 54.05 | 14.95 | 0 | 9.96 |
| | Rate 2.3 | 0.68 | 9.52 | 11.90 | 3.66 | 0 | 2.6 |

**2.4 Use of Seclusion – # of seclusion episodes initiated By Day of Week:**

| SCD Restraint & Seclusion REV 2015 | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all seclusion types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| 2.4 Use of seclusion by Day of Week: | | | | | | |
| Sunday | 1 | 0 | 0 | 1 | 0 | 1 |
| Monday | 0 | 1 | 1 | 2 | 0 | 0 |
| Tuesday | 0 | 1 | 0 | 2 | 0 | 0 |
| Wednesday | 0 | 1 | 2 | 0 | 0 | 1 |
| Thursday | 0 | 0 | 0 | 1 | 0 | 0 |
| Friday | 0 | 0 | 1 | 1 | 0 | 0 |
| Saturday | 0 | 0 | 1 | 1 | 0 | 0 |

## 2.5 Use of Seclusion – # of Seclusion episodes Initiated By Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 2.5 Use of Seclusion by Shift: | | | | | | |
| AM | 0 | 3 | 0 | 1 | 0 | 0 |
| PM | 1 | 0 | 5 | 7 | 0 | 2 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.6 Use of Seclusion – DSH 2684 Seclusion Monitoring Tool:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 2.6 Use of Seclusion % Compliance | % | % | % | % | % | % |
| Question #1: Seclusion was used in a documented manner. | N/A | N/A | 100% | 100% | * | N/A |
| Question #2: The Interdisciplinary note described specific behavior that was imminently dangerous to self or others. | N/A | N/A | 100% | 100% | * | N/A |
| Question #3: Seclusion are used only after a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted. | N/A | N/A | 100% | 100% | * | N/A |
| Question #4: The Interdisciplinary note described specific, less-restrictive interventions that were tried prior to the use of seclusion or there is a clinical justification when less-restrictive interventions were not used. | N/A | N/A | 100% | 100% | * | N/A |
| Question #5: Seclusion is not used in the absence of, or as an alternative to active treatment. | 100% | 100% | 83.3% | 100% | * | 100% |
| Question #6: There is a Focus of Hospitalization that targets the behavior that required the patient to be paced in seclusion. | 100% | 100% | 83.3% | 100% | * | 100% |
| Question #7: Seclusion are terminated as soon as the patient is no longer in imminent danger to self or others. | 100% | 100% | 100% | 100% | * | 100% |
| Question #8: The patient was released from seclusion as soon as the violent or dangerous behavior that created the emergency was no longer displayed or met the release criteria as documented in the physician's order. | 100% | 100% | 100% | 100% | * | 100% |
| Question #9: The physician conducted an assessment of the patient within one hour of being placed in seclusion. | N/A | N/A | 100% | 100% | * | N/A |
| Question #10: The physicians order for seclusion was obtained within 15 minutes of the patient being placed in seclusion. | 100% | 100% | 100% | 100% | * | 100% |
| Question #11: A Registered Nurse initiated an assessment of the patient within 15 minutes of the application of seclusion and that assessment was documented in the interdisciplinary notes. | N/A | N/A | 100% | 100% | * | N/A |
| Question #12: The Physician conducted a face-to-face evaluation of the patient in seclusion within one hour from the initiation of seclusion and that evaluation was documented in the physician progress notes. | N/A | N/A | 100% | 100% | * | N/A |

## 2.7 Use of Seclusion Analysis:

Seclusion use with the PC2684 patients increased during the reporting period of January 1st, 2021 through June 30, 2021. During the current reporting period, there were 19 incidents that resulted in the use of seclusion. All incidents in this review period were generated by a total of eight patients. February had one patient generate a total of 129.57 hours and three episodes. March had one patient that generated a total of 207.67 hours with two episodes. This is a total of 337.24 hours for the two patients.  Most of the incidents occurred in April with a total of eight episodes and 119.5 hours for an average of 14.95 hours for the month. These incidents were generated from three patients, one generated five of the eight incidents. This reporting period indicated that all incidents of seclusion were the result of Aggressive Act to Staff Verbal/Written or Physical, or the result of Danger to Others or Danger to Self. The number of total hours is

542.42 for this reporting period. This is an increase of 94.03 hours compared to the 448.39 hours in the previous reporting period of July 1, 2020 through December 31, 2020.

## 2.8 Seclusion - Change in Policy or Procedure Narrative:

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 2.9 Seclusion – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Post COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible | • Increased patient attendance and reduction in use of seclusion. |
| • Continue to monitor the success of unit-based treatment offerings during the COVID-19 pandemic and plan for future treatment offerings. | • Increased patient attendance and reduction in use of seclusion. |
| • Analyze any correlations between inappropriate patient referrals and the use of seclusion. | • Identify any potential impact on treatment milieu. |
| • Encourage CLIP on each unit. | • Increase in prosocial behavior. |
| • Analyze seclusion use between ICF direct admission units and admissions to locked admission units. | • Identify any causal factors and make any additional recommendations. |
| • Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria. | • Decrease unsafe patient behaviors affecting the treatment milieu. |

**Additional Comments**: None.

## DETAILED REPORT

### SECTION 3 – Use of Enhanced Observation

## Section 3 – Use of Enhanced Observation Summary Table:

| Outcome Measure Indicator # | Patient days: | 4924 | 4536 | 4541 | 4090 | 4004 | 3826 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **3** | **Use of Enhanced Observation** | | | | | | |
| 3.1 | Total number of episodes of 1-1 observation | 129 | 27 | 4 | 11 | 19 | 8 |
| | Rate 3.1 | 26.2 | 5.95 | 0.88 | 2.69 | 4.75 | 2.09 |
| 3.2 | Total hours on 1-1 | 1149.73 | 239.87 | 516.50 | 1425.58 | 1495.67 | 117.28 |
| | Rate 3.2 | 233.5 | 52.88 | 113.74 | 348.55 | 373.54 | 30.65 |
| 3.3 | Average hours on 1-1 | 8.91 | 9.23 | 129.13 | 129.6 | 78.72 | 14.66 |
| | Rate 3.3 | 1.81 | 2.03 | 28.44 | 31.69 | 19.66 | 3.83 |
| 3.4 | Total number of episodes of 2-1 observation | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.4 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.5 | Total hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.6 | Average hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.6 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.7 | Total number of episodes of Q15 min observation | - | - | - | - | - | - |
| | Rate 3.7 | - | - | - | - | - | - |
| 3.8 | Total hours on Q15 min | - | - | - | - | - | - |
| | Rate 3.8 | - | - | - | - | - | - |
| 3.9 | Average hours on Q15 min | - | - | - | - | - | - |
| | Rate 3.9 | - | - | - | - | - | - |
| 3.10 | Total number of episodes of line of sight observation | - | - | - | - | - | - |
| | Rate 3.10 | - | - | - | - | - | - |
| 3.11 | Total hours on line of sight observation | - | - | - | - | - | - |
| | Rate 3.11 | - | - | - | - | - | - |
| 3.12 | Average hours on line of sight observation | - | - | - | - | - | - |
| | Rate 3.12 | - | - | - | - | - | - |

### 3.13 Use of Enhanced Observation by Type and Reason:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 3.13 Episodes of Enhanced Observation by **Type and Reason**: | | | | | | |
| 1:1 / LOS - Medical | 107 | 25 | 1 | 0 | 2 | 0 |
| 1:1 / LOS - Danger to Self | 22 | 2 | 3 | 5 | 17 | 8 |
| 1:1 / LOS - Danger to Others | 0 | 0 | 0 | 6 | 0 | 0 |
| 1:1 / LOS - Other | 0 | 0 | 0 | 0 | 0 | 0 |

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 3.13 Episodes of Enhanced Observation by **Type and Reason**: | | | | | | |
| 2:1 - Medical | - | - | - | - | - | - |
| 2:1 - Danger to Self | - | - | - | - | - | - |
| 2:1 - Danger to Others | - | - | - | - | - | - |
| 2:1 - Other | - | - | - | - | - | - |
| Q15 Minute Obs. – Medical | - | - | - | - | - | - |
| Q15 Minute Obs. – Danger to Self | - | - | - | - | - | - |
| Q15 Minute Obs. – Danger to Others | - | - | - | - | - | - |
| Q15 Minute Obs. – Other | - | - | - | - | - | - |

**3.14 Use of Enhanced Observations Analysis:**

Enhanced Observation with the 2684 patients decreased during the reporting period of January 1st, 2021 through June 30, 2021. Enhanced Observations are categorized according to patient behavior and/or a type of Medical. Categories include Danger to Self (DTS), Danger to Others (DTO), Danger from Others (DFO), Polydipsia, Clozaril, Medical encounters, and Other.

During this reporting period, there were 198 episodes that resulted in Enhanced Observation. These Enhanced Observations were primarily for suicide prevention related to psychiatric instability. Most of these incidents occurred in January with 129 episodes and 1,149.73 hours for an average of 8.91 hours per episode. One patient generated 86 of the 129 observations, with 23.95 hours for enhanced observation during mealtimes.

This reporting period required enhanced observation of 13 patients for one to three types of Observations which included Danger to Self (DTS), Danger to Others (DTO) and Medical. Out of the 13 patients, three generated a total of 2036.11 hours during this reporting period. The use of enhanced observation decreased by 15 episodes this reporting period.

There was a total of 3695.30 observation hours for this reporting period compared to 5868.36 hours of observation in the previous reporting period of July 1st, 2020 through December 31, 2020. This is a decrease of 2173.06 hours for this reporting period. During this reporting period, DTS was the most frequent reason for enhanced observation. DTS applied to patients ranging between one to three episodes.

There were no Q-15 or 2:1 observation in this six-month reporting period.

**3.15 Enhanced Observations - Change in Policy or Procedure:**
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**3.16 Enhanced Observations – Plan for the Next Review Period:**
The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Provide observing staff with therapeutic activities to engage patient.<br>• Post COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible<br>• Analyze any correlations between inappropriate patient referrals and the use of restraints.<br>• Encourage CLIP on each unit<br>• Analyze restraint use between ICF direct admission units and admissions to locked admission units.<br>• Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria | • Reduce time of enhanced observation periods.<br>• Increased patient attendance and reduction in use of restraints.<br>• Identify any potential impact on treatment milieu.<br>• Increase in prosocial behavior.<br>• Identify any causal factors and make any additional recommendations.<br>• Decrease unsafe patient behaviors affecting the treatment milieu. |

**Additional Comments**: None

## DETAILED REPORT

### SECTION 4 – Incidents of Aggression

**Section 4 – Incidents (Aggression) Summary Table:**

| Outcome Measure Indicator # | Patient days: | 4924 | 4536 | 4541 | 4090 | 4004 | 3826 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **4** | **Incident reports** | | | | | | |
| 4.1 | Number of incidents of aggressive act to self | 3 | 4 | 3 | 7 | 2 | 0 |
| | Rate4.1 | 0.61 | 0.88 | 0.66 | 1.71 | 0.5 | 0 |
| 4.2 | Number of incidents of aggressive act to another patient (physical) | 0 | 0 | 2 | 1 | 2 | 3 |
| | Rate 4.2 | 0 | 0 | 0.44 | 0.24 | 0.5 | 0.78 |
| 4.3 | Number of incidents of aggressive act to staff (physical) | 0 | 1 | 0 | 0 | 1 | 1 |
| | Rate 4.3 | 0 | 0.22 | 0 | 0 | 0.25 | 0.26 |

**4.4 UNIT Total – Acute:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| **Other** | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 1 | 2 | 2 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 2 | 0 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 1 | 0 | 0 | 0 | 0 |
| **UNIT 13 Total - ACUTE** | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| UNIT 30 Total - ICF | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |
| UNIT 31 Total - ICF | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |
| UNIT 32 Total - ICF | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 0 | 0 | 1 | 1 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |
| UNIT 33 Total - ICF | | | | | | |
| Aggressive Act to SELF (SS) | 3 | 3 | 1 | 3 | 1 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 1 | 2 | 1 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 0 | 0 |
| UNIT 34 Total - ICF | | | | | | |
| Aggressive Act to SELF (SS) | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggressive Act to PEERS (A2) | 0 | 0 | 0 | 0 | 0 | 1 |
| Aggressive Act to STAFF (A4) | 0 | 0 | 0 | 0 | 1 | 1 |

## 4.5 Incidents (Aggressive Act to Self) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.5 # of incidents of aggressive act to self (SS) | | | | | | |
| Sunday | 2 | 0 | 0 | 0 | 1 | 0 |
| Monday | 0 | 2 | 1 | 1 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 1 | 0 |
| Wednesday | 0 | 1 | 1 | 2 | 0 | 0 |
| Thursday | 0 | 1 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 2 | 0 | 0 |
| Saturday | 1 | 0 | 1 | 2 | 0 | 0 |

## 4.6 Incidents (Aggressive Act to Peers) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.6 # of incidents of aggressive act to Peers (A2) | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 1 |
| Monday | 0 | 0 | 0 | 1 | 0 | 0 |
| Tuesday | 0 | 0 | 1 | 0 | 0 | 1 |
| Wednesday | 0 | 0 | 1 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 2 | 1 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

**4.7 Incidents (Aggressive Act to Staff) by Day of Week:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.7 # of incidents of aggressive act to Staff (A4) | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 1 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 1 |
| Saturday | 0 | 0 | 0 | 0 | 1 | 0 |

**4.8 Incidents (Aggressive Act to Self) by Shift:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.8 # of incidents of aggressive act to self (SS) | | | | | | |
| AM | 2 | 1 | 3 | 3 | 1 | 0 |
| PM | 1 | 2 | 0 | 4 | 1 | 0 |
| NOC | 0 | 1 | 0 | 0 | 0 | 0 |

**4.9 Incidents (Aggressive Act to Peers) by Shift:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.9 # of incidents of aggressive act to peers (A2) | | | | | | |
| AM | 0 | 0 | 1 | 0 | 0 | 1 |
| PM | 0 | 0 | 1 | 0 | 2 | 1 |
| NOC | 0 | 0 | 0 | 1 | 0 | 1 |

**4.10 Incidents (Aggressive Act to Staff) by Shift:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.10 # of incidents of aggressive act to staff (A4) | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 1 |
| PM | 0 | 1 | 0 | 0 | 1 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

**4.16 Incidents (Aggressive Act to Self) by Time of Incident:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.16 # of incidents of aggressive act to self (SS) | | | | | | |
| Time of Incident | | | | | | |
| 2400-0200 | 0 | 1 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.16 # of incidents of aggressive act to self (SS) | | | | | | |
| Time of Incident | | | | | | |
| 0800-1000 | 2 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 1 | 1 | 0 | 0 |
| 1200-1400 | 0 | 1 | 2 | 2 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 1 | 1 | 0 |
| 1600-1800 | 0 | 0 | 0 | 2 | 1 | 0 |
| 1800-2000 | 0 | 2 | 0 | 0 | 0 | 0 |
| 2000-2200 | 1 | 0 | 0 | 1 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.17 Incidents (Aggressive Act to Peers) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.17 # of incidents of aggressive act to peers (A2) | | | | | | |
| Time of Incident | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 1 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1000-1200 | 0 | 0 | 1 | 0 | 0 | 1 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 1 | 0 | 2 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 1 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.18 Incidents (Aggressive Act to Staff) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.86 # of incidents of aggressive act to staff (A4) | | | | | | |
| Time of Incident | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.86 # of incidents of aggressive act to staff (A4) | | | | | | |
| Time of Incident | | | | | | |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 1 | 0 | 0 | 1 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.19 Incidents by Location – Aggressive Act to Self:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.19 # of incidents of aggressive act to self (SS) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 1 | 1 | 2 | 3 | 2 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 1 | 2 | 1 | 1 | 0 | 0 |
| Office Area | 1 | 0 | 0 | 1 | 0 | 0 |
| Hallway | 0 | 1 | 0 | 1 | 0 | 0 |
| Day hall | 0 | 0 | 0 | 1 | 0 | 0 |

## 4.20 Incidents by Location – Aggressive Act to Peers:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.20 # of incidents of aggressive act to peers (A2) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 0 | 0 | 0 | 1 | 1 |
| Bathroom | 0 | 0 | 1 | 1 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 1 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 1 | 0 | 0 | 0 |
| Day hall | 0 | 0 | 0 | 0 | 0 | 1 |

## 4.21 Incidents by Location – Aggressive Act to Staff:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.21 # of incidents of aggressive act to staff (A4) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 1 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |
| Day hall | 0 | 1 | 0 | 0 | 0 | 1 |

## 4.22 Incidents of Aggression Analysis of data:

Aggressive acts with the 2684 population decreased during the reporting period of January 1, 2021 through June 30, 2021. During this reporting period, there were 30 episodes of aggression. This is a decrease from the previous reporting period, which had a total of 61 episodes of aggression. This reporting time frame saw a total of 19 aggressive acts to self, eight aggressive acts to others and three aggressive acts towards staff.

There were 19 episodes of aggressive acts to self. This was a decrease from the previous reporting period, which had a total of 36 episodes. The majority occurred in April with a total of seven episodes. These incidents included seven individual patients.

There were eight incidents of Aggressive Act to Another Patient. This is a decrease from the previous reporting period, which had a total of 22 episodes. The majority occurred in June with three episodes. The months of March and May with two episodes each month and one in April for a total of eight. There were six patients that generated these episodes and one patient generating two episodes in March.

There were three incidents of Aggressive Act to Staff. These occurred in February, May and June. All the incidents had unique aggressors. All three incidences had physical contact made.

April had the highest frequency of combined aggression with eight incidents for this reporting period. February, March, and May resulted in a total of 15 combined incidents. January and June had the lowest frequency of combined aggression with seven incidents for the month.

Most of the incidents occurred on PM shift with a total of 20 events. The remaining incidents occurred on the AM shift with a total of nine events and NOC shift having one event. The highest frequency of aggression occurred on Mondays with a total of six incidents, followed by Wednesday, Friday and Saturday with a combined total of 14 incidents. Data also showed Sunday, Tuesday and Thursday had a combined total of seven incidents for this reporting period.

The previous reporting period of July 1, 2020 through December 31, 2020 had the majority of the incidents occur during weekdays and on the PM Shift.

The locations occurred in the following places: 13 incidents in bedrooms, ten in the day hall/hallways or around the office area, five in another location on the unit, and two in the patient latrine.

**4.23 Incidents of Aggression Change in Policy or Procedure**:
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**4.24 Incidents of Aggression – Plan for the Next Review Period:**

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Post COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible<br>• Analyze any correlations between inappropriate patient referrals and incidents of aggression.<br>• Encourage CLIP on each unit.<br>• Analyze incidents of aggression between ICF direct admission units and admissions to locked admission units.<br>• Analyze incidents of aggression for severity of sustained injuries<br>• Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria. | • Increased patient attendance and reduction in aggressive incidents.<br><br>• Identify any potential impact on treatment milieu.<br><br>• Increase in prosocial behavior.<br>• Identify any causal factors and make any additional recommendations.<br><br>• Identify any causal factors and make any additional recommendations.<br>• Decrease unsafe patient behaviors affecting the treatment milieu. |

**Additional Comments**: None

## DETAILED REPORT

## SECTION 5 – Incidents (Indecent Exposure)

## Section 5 – Incidents (Indecent Exposure):

| Outcome Measure Indicator # | Patient days: | 4924 | 4536 | 4541 | 4090 | 4004 | 3826 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 5 | Indecent Exposure | | | | | | |
| 5.1 | Total number of incidents of indecent exposure. | 0 | 0 | 1 | 1 | 0 | 0 |
| | Rate 5.1 | 0 | 0 | 0.22 | 0.24 | 0 | 0 |

## 5.3 Incidents (Indecent Exposure) by UNIT:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.3 # of incidents of indecent exposure | | | | | | |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 13 - ACUTE | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 30 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 31 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 32 - ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 33 – ICF | 0 | 0 | 0 | 1 | 0 | 0 |
| Unit 34 – ICF | 0 | 0 | 1 | 0 | 0 | 0 |

## 5.4 Incidents (Indecent Exposure) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.4 # of incidents of indecent exposure | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 1 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 1 | 0 | 0 | 0 |

## 5.5 Incidents (Indecent Exposure) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.5 # of incidents of indecent exposure | | | | | | |
| AM | 0 | 0 | 1 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 1 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.6 Incidents (Indecent Exposure) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.6 # of incidents of indecent exposure | | | | | | |
| Time of Incident | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 1 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |

Department of State Hospitals – Atascadero
Governing Body Report – Coleman – 2684 Report

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.6 # of incidents of indecent exposure | | | | | | |
| Time of Incident | | | | | | |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 1 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

**5.7 Incidents (Indecent Exposure) by Location of Incident:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.7 # of incidents of indecent exposure | | | | | | |
| Location of Incident | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 1 | 1 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |

**5.8 Incidents (Indecent Exposure) Analysis of data:**
The current reporting period shows a total of two incidents of Indecent Exposure, involving two separate patients. This is a decrease of one from the previous reporting period.

**5.9 Incidents (Indecent Exposure) Change in Policy or Procedure:**
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**5.10 Incidents of Indecent Exposure – Plan for the Next Review Period:**
The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Improve communication with CDCR CC1s to expedite processing of RVRs.<br>• Adapting to changing COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible | • Decrease repeat RVRs.<br><br>• Increased patient attendance and reduction in aggressive incidents. |

| | |
|---|---|
| • Analyze any correlations between inappropriate patient referrals and incidents of aggression. | • Identify any potential impact on treatment milieu. |
| • Require the use of CLIP on each unit. | • Increase in prosocial behavior. |
| • Analyze incidents of aggression between ICF direct admission units and admissions to locked admission units. | • Identify any causal factors and make any additional recommendations. |
| • Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria. | • Decrease unsafe patient behaviors affecting the treatment milieu. |

**Additional Comments**: None.

## DETAILED REPORT

### SECTION 6 – Incidents of Rules Violations (RVR)

**Section 6 – Incidents of Rules Violations (RVR) Summary Table:**

| Outcome Measure Indicator # | Patient days: | 4924 | 4536 | 4541 | 4090 | 4004 | 3826 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| **6** | **RVR** | | | | | | |
| 6.1 | Number of patients receiving at least one RVR during the month | 1 | 2 | 3 | 4 | 4 | 2 |
| | Rate 6.1 | 0.20 | 0.44 | 0.66 | 0.98 | 0.99 | 0.52 |
| 6.2 | Number of patients provided MH Assessments during month per Title 15 and DOM | 1 | 2 | 3 | 4 | 4 | 2 |
| | Rate 6.2 | 0.20 | 0.44 | 0.66 | 0.98 | 0.99 | 0.52 |

**6.3  Incidents of RVR Analysis of data:**
A total of 16 Rules Violation Reports worksheets were generated and submitted to CDCR for in this reporting period, which is a decrease from the previous reporting period of 27 worksheets. Three worksheets were reviewed by CDCR and determined one dismissal and two informational. Seven of the worksheets were completed for two specific patients. The majority of the worksheets were generated in April and May. Most incidents involved assaults, terrorist threats, indecent exposure, and unauthorized medications.

**6.4 Incidents of RVR Change in Policy or Procedure**:
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**6.5 Incidents of RVR – Plan for the Next Review Period:**

The Program Management Team and Clinical Management Team will continue to review all incidents and analyze trends in the data in alignment with DSH-A's risk management system and recommend any clinical changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| <ul><li>Improve communication with CDCR CC1s to expedite processing of RVRs.</li><li>Post COVID-19 pandemic safety precautions, increase scheduled treatment hours per patient as possible</li><li>Analyze any correlations between inappropriate patient referrals and incidents of aggression.</li><li>Require the use of CLIP on each unit.</li><li>Analyze incidents of aggression between ICF direct admission units and admissions to locked admission units.</li><li>Provide to CDCR any identified concerns related to patient referrals that do not meet MOU criteria.</li></ul> | <ul><li>Decrease repeat RVRs.</li><li>Increased patient attendance and reduction in aggressive incidents.</li><li>Identify any potential impact on treatment milieu.</li><li>Increase in prosocial behavior.</li><li>Identify any causal factors and make any additional recommendations.</li><li>Decrease unsafe patient behaviors affecting the treatment milieu.</li></ul> |

**Additional Comments**: None.

## DETAILED REPORT

### SECTION 7 – Incidents of Suicide Attempts/Suicide

**Section 7 – Incidents of Suicide/Suicide Attempts  Summary Table:**

| Outcome Measure Indicator # | Patient days: | 4924 | 4536 | 4541 | 4090 | 4004 | 3826 |
|---|---|---|---|---|---|---|---|
| | **Report for Hospital: Months** | JAN | FEB | MAR | APR | MAY | JUN |
| | **Formula=(Incidents/Patient Days) * 1000** | | | | | | |
| **7** | **Suicide** | | | | | | |
| **7.1** | Number of Suicide attempts | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| **7.2** | Number of Suicides | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.2 | 0 | 0 | 0 | 0 | 0 | 0 |

**7.3 Incidents of Suicide/Suicide Attempts by UNIT:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.3  # of incidents of suicide attempts | | | | | | |
| Unit 13 - ACUTE | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 30 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 31 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 32 - ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 34 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.3 # of incidents of suicides | | | | | | |
| Unit 13 - ACUTE | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 30 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 31 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 32 - ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit 34 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

### 7.4 Incidents of Suicide/Suicide Attempts by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.4 # of suicide attempts | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4 # of suicides | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

### 7.5 Incidents of Suicide/Suicide Attempts by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.5 # of suicide attempts | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 # of suicides | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.6 Incidents of Suicide/Suicide Attempts Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.6 # of suicide attempts – Time of Incident: | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 # of suicides – Time of Incident: | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.7 Incidents of Suicides/Suicide Attempts Location of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.7 # of suicide attempts – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.7 # of completed suicides – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

**7.8 Incidents of Suicide/Suicide Attempts Analysis of data**:
There were no incidents of suicide or suicide attempts during this reporting period.

**7.9 Incidents of Suicide/Suicide Attempts Change in Policy or Procedure**:
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**7.10 Incidents of Suicide/Suicide Attempts – Plan for the Next Review Period:**

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • None | • |

**Additional Comments**: None.

## DETAILED REPORT

## SECTION 8 – Medications - Use of Clozaril

### Section 8 – Use of Clozaril Summary Table:

| Outcome Measure Indicator # | Patient days: | 4924 | 4536 | 4541 | 4090 | 4004 | 3826 |
|---|---|---|---|---|---|---|---|
| | **Report for Hospital: Months** | JAN | FEB | MAR | APR | MAY | JUN |
| | **Formula=(Incidents/Patient Days) * 1000** | | | | | | |
| **8** | **Use of Clozaril** | | | | | | |
| **8.1** | Number of new starts | 2 | 2 | 1 | 2 | 0 | 2 |
| | rate 8.1 | 0.41 | 0.44 | 0.22 | 0.49 | 0 | 0.52 |
| **8.2** | Number of maintenance / maintained | 17 | 19 | 17 | 19 | 18 | 16 |
| | rate 8.2 | 3.45 | 4.19 | 3.74 | 4.65 | 4.5 | 4.18 |

## 8.3  Use of Clozaril Analysis of data:

The data concerning clozapine can be attributed to the gradual decrease in the PC 2684 commitment census in the months of January 2021 through June of 2021. The PC 2684 census on 1/1/2021 was 160. By June 30, 2021, the PC 2684 census had fallen by 21% to 127. This fall in census affects the calculated rates as seen in the table above.

Through the first six months of 2021, total number of new starts for clozapine showed steady increased trend. DSH-A received more referrals that requested evaluation for suitability of clozapine treatment. There is also increase in frequency of patients maintained on clozapine (19 in April and 18 in May of 2021) likely secondary to the increase in admission of severely ill psychotic patients who are unstable and potentially aggressive.

## 8.4 Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Communicate with CDCR about indications for transfer of patients to DSH for clozapine treatment appropriateness. | Increased numbers of CDCR referrals that include evaluation for clozapine treatment. |

## Additional Comments:

It is impressive that the percentage of PC 2684 commitment patients has a higher use of clozapine than in the other commitment categories at DSH-A. This indicates the increased transfer of patient on clozapine to DSH-A. This comports well with the ICF level of care and the increased resources at DSH-A for analyzing and adjusting the psychotropic medications of our PC 2684 patients.

## DETAILED REPORT

### SECTION 9 – Medications – Use of Involuntary Medications

## Section 9 – Use of Involuntary Medications Summary Table:

| Outcome Measure Indicator # | Patient days: | 4924 | 4536 | 4541 | 4090 | 4004 | 3826 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 9 | Use of Involuntary Medications | | | | | | |
| 9.1 | Number of Stat medications ordered for psych reasons | 2 | 2 | 1 | 4 | 0 | 1 |
| | Rate 9.1 | 0.41 | 0.44 | 0.22 | 0.98 | 0 | 0.26 |
| 9.2 | Number of non-formulary drugs prescribed | 28 | 31 | 14 | 18 | 16 | 18 |
| | Rate 9.2 | 5.69 | 6.83 | 3.08 | 4.40 | 3.99 | 4.7 |
| 9.3 | Number of new admits on PC 2602 | 1 | 1 | 10 | 3 | 0 | 3 |
| | Rate 9.3 | 0.20 | 0.22 | 2.20 | 0.73 | 0 | 0.78 |

| Outcome Measure Indicator # | Patient days: | 4924 | 4536 | 4541 | 4090 | 4004 | 3826 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 9.4 | Number of PC 2602 initiated for current patients | 0 | 0 | 2 | 0 | 0 | 0 |
| | Rate 9.4 | 0 | 0 | 0.44 | 0 | 0 | 0 |
| 9.5 | Number of PC 2602 renewed for current patients | 1 | 0 | 3 | 4 | 2 | 0 |
| | Rate 9.5 | 0.20 | 0 | 0.66 | 0.98 | 4.99 | 0 |

**Analysis of data:**

The frequency of stat medications remained small throughout the first half of 2021. April 2021 however saw a doubling of stat medication to. This one-month increase is likely due to increase in admission of severely ill psychotic patients who are aggressive and required the use of more stat medications that month.

We saw a succeeding drop of stat medication to zero and 1 in May and June, respectively. The monthly average over the first six months of 2021 was 1.7. This is a very low number; particularly when compared to the use of stat medications with non-PC 2684 patients at DSH-A. This low number is likely secondary to their ICF status upon admission. As many of the PC 2684 patients have already stabilized to some degree, then it follows that there will be less need for administration of stat, i.e., emergency medications.

The use of non-formulary medications showed a downward trend from February to June of 2021. The monthly average of non-formulary medications ordered was 19.2. The range went from highest orders of 31 in February to lowest orders of 14 in March 2021. In June 2021, there was an increase in frequency of prescribed non-formulary medications from 16 to 18. It is likely that an increased number of chronically, severely ill psychotic patients were admitted in March and April 2021 and required more use of formulary agent Clozapine than other non-formulary medications.

The number of admissions that had active PC 2602 orders remained fairly constant over the first six months of 2021. The average per month of admissions with a PC 2602 is three with a range of zero to ten. What is not expected is the increased in frequency of new admits on PC 2602 from 1 to 10 in March 2021.   One would expect to see an increase in PC 2602 orders if the trend is admitting more severely psychotic patients continues.

The number of patients who were started on a PC 2602 after admission to DSH-A was exceedingly low: a monthly average of 0.33. This likely is due to increased focus on gaining voluntary medication consent. During the COVID pandemic, patients are on the units much more. This allows more contact with their psychiatrists and treatment teams.  This likely has resulted in more frequent contacts and increased the likelihood of gaining voluntary compliance.  What is not expected is the increase in initiated PC 2602 to two in March 2021.  This likely reflects an increase in admission of severely psychotic patients in March 2021.  This is consistent with the findings of increase admission of patients from CDCR on PC 2602 orders in March of 2021.

The number of patients who had their PC 2602 orders renewed in the first six months of 2021 demonstrated a monthly average of 1.7.  This is an overall low number compared to the last six months of 2020 with monthly average of 2.3.  What is not expected is the increase in the

frequency of renewal of PC 2602 in March and April 2021 respectively. This tracks with increased frequency of new admits on PC 2602 in March 2021. One would expect to see an increase in PC 2602 orders renewed when treating more severely psychotic patients continues.

**Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| Collaborative discussions between CDCR and DSH clinicians of potential transfers to DSH. | To facilitate admitting a higher number of patients, who are severely psychotic and could benefit from the ICF level of care at DSH. | Increase the likelihood of identifying those patients who could benefit most from ICF level of care in DSH. | Higher number of patients who present as psychotic and who show excellent response to treatment with increased stability, insight, and treatment compliance. |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Increase discussion with CDCR psychiatrist regarding clinical indications for initiation of a PC 2602 petition. | To increase the likelihood that involuntary psychotropic medications can be started in CDCR to ensure more rapid stabilization and readiness for treatment at the ICF level of care. |

**Additional Comments**:

Progress has been made in the weekly meetings between CDCR and DSH. Multidisciplinary clinicians are represented. There has been psychiatrist to psychiatrist contact to discuss the threshold for initiation of an emergent versus a non-emergent PC 2602 petition. These discussions have proved fruitful as some of the CDCR patients were started on a PC 2602 order. In some of these cases, there was such strong improvement that transfer to DSH was no longer indicated.

## DETAILED REPORT

### SECTION 10 – Treatment Hours

## Section 10 – Treatment Hours Summary Table:

| 10.1 Group Therapy ICF | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| **Core Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | - | - | - | 8.28 | 9.16 | 9.34 |
| Average number of hours per patient delivered | 5.31 | 5.66 | 5.23 | 7.77 | 7.99 | 8.19 |
| Delivered rate | - | - | - | 0.94 | 0.87 | 0.88 |
| Average Rate | 5.12 | 5.39 | 4.97 | 5.79 | 6 | 6.03 |
| Average number of hours per patient attended | 0.96 | 0.95 | 0.95 | 0.75 | 0.75 | 0.74 |
| **Supplemental Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient delivered | NA | NA | NA | NA | NA | NA |
| Delivered rate | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient attended | 5.82 | 5.78 | 4.98 | 6.68 | 6.27 | 6.4 |
| Attended rate | NA | NA | NA | NA | NA | NA |
| **Individual Therapy – ICF** | | | | | | |
| # of patients scheduled for individual therapy | NA | NA | NA | NA | NA | NA |
| # of patients delivered individual therapy | 43 | 40 | 33 | 35 | 33 | 23 |
| Rate of patients delivered individual therapy | NA | NA | NA | NA | NA | NA |

**\*N/A -** DSH Atascadero is currently not utilizing the average number of hours per patient scheduled and delivered for supplemental and individual therapy
\*DSH-Atascadero reports all average number of hours for CORE groups & average number of hours attended for Supplemental Groups as a weekly average.

## 10.2 Treatment Hours by **Type of Therapy - ACUTE**:

| 10.2 Group Therapy ACUTE | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| **Core Group Hours – Acute** | | | | | | |
| Average number of hours per patient scheduled | 0 | 0 | 0 | 0 | 0 | 0 |
| Average number of hours per patient delivered | 0 | 0 | 0 | 0 | 0 | 0 |
| Delivered rate | 0 | 0 | 0 | 0 | 0 | 0 |
| Average number of hours per patient attended | 0 | 0 | 0 | 0 | 0 | 0 |
| Attended rate | 0 | 0 | 0 | 0 | 0 | 0 |
| **Supplemental Group Hours – Acute** | | | | | | |
| Average number of hours per patient scheduled | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient delivered | NA | NA | NA | NA | NA | NA |
| Delivered rate | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient attended | 0 | 0 | 0 | 0 | 0 | 0 |
| Attended rate | NA | NA | NA | NA | NA | NA |

| 10.2 Group Therapy ACUTE | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| Individual Therapy – Acute | | | | | | |
| # of patients scheduled for individual therapy | NA | NA | NA | NA | NA | NA |
| # of patients delivered individual therapy | 0 | 0 | 0 | 0 | 0 | 0 |
| Rate of patients delivered individual therapy | NA | NA | NA | NA | NA | NA |

## 10.3 Treatment Group Observation Audit Data:

| 10.3 DSH 2684 Treatment Group Observation Audit | | | | | | | |
|---|---|---|---|---|---|---|---|
| Month | JAN | FEB | MAR | APR | MAY | JUN | AVG |
| **Question #1**: Session starts and ends within five minutes of designated times. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #2**: Prior session material is reviewed as relevant. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #3**: Equipment is counted and utilized safely. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #4**: Co-provider was actively engaged. | | | | | | | |
| % of compliance | * | 100 | 93.3 | 90.9 | 94.1 | 100 | 95.6 |
| **Question #5**: The facilitator's style and structure for the group attempts to engage all participants. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #6**: Preplanning is apparent. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #7**: Facilitator introduces topics or treatment activities. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #8**: Facilitator maintains therapeutic boundaries. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #9**: Facilitator demonstrates group management skills. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #10**: Facilitator maintains professionalism. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #11**: Facilitation of the group allows room for the expression of individual differences and cultural diversity. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #12**: Facilitator gives feedback to group participants. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #13**: Facilitator identifies and utilizes participant's strengths. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #14**: The facilitation of the group and the content of the activities accommodate limitations of the participants. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #15**: Facilitator checks for learning. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #16**: When asked, facilitator can explain the purpose and the therapeutic benefits of the group. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #17**: Facilitator brings closure to the group. | | | | | | | |
| % of compliance | * | 100 | 100 | 100 | 100 | 100 | 100 |

10.4 **2684 Treatment Plan Audit** Data:

| 10.4 DSH 2684 Treatment Plan Audit | | | | | | | |
|---|---|---|---|---|---|---|---|
| Month | JAN | FEB | MAR | APR | MAY | JUN | **AVG** |
| **Question #1**: The treatment plan was finalized as per policy. | | | | | | | |
| % of compliance | 60.5 | 72.5 | 75.0 | 54.5 | 64.9 | 63.6 | 65.2 |
| **Question #2**: The patient's age is accurate documented. | | | | | | | |
| % of compliance | 94.6 | 92.2 | 97.5 | 100 | 94.6 | 100 | 96.5 |
| **Question #3**: Treatment outcome expectations based on reason for referral is addressed. | | | | | | | |
| % of compliance | 100 | 100 | 90.9 | 100 | 100 | 100 | 98.5 |
| **Question #4**: The violence risk assessment is current. | | | | | | | |
| % of compliance | NA | NA | NA | NA | NA | NA | NA |
| **Question #5**: The suicide risk assessment is current. | | | | | | | |
| % of compliance | NA | NA | NA | NA | NA | NA | NA |
| **Question #6**: Risk factors are identified. | | | | | | | |
| % of compliance | NA | NA | NA | NA | NA | NA | NA |
| **Question #7**: There is a summary of treatment progress including groups taken. | | | | | | | |
| % of compliance | 93.9 | 83.7 | 82.5 | 75.8 | 83.8 | 87.9 | 84.6 |
| **Question #8**: Updated patient progress toward each treatment outcome expectation is documented. | | | | | | | |
| % of compliance | 86.8 | 88.0 | 100 | 90.9 | 94.6 | 100 | 93.4 |
| **Question #9**: There is a plan for turning the patient to CDCR. | | | | | | | |
| % of compliance | 100 | 66.7 | 72.7 | 57.1 | 90.0 | 87.5 | 79 |
| **Question #10**: Focus statements are written for each identified area of treatment. | | | | | | | |
| % of compliance | 100 | 100 | 95.0 | 90.9 | 89.2 | 97.0 | 95.4 |
| **Question #11**: Measurable objectives are written for each focus of treatment. | | | | | | | |
| % of compliance | 94.7 | 96.1 | 95.0 | 81.8 | 83.8 | 93.9 | 90.9 |
| **Question #12**: Objectives have at least one approved intervention. | | | | | | | |
| % of compliance | 92.1 | 86.0 | 66.7 | 66.7 | 70.3 | 69.7 | 75.3 |

<u>**10.5 Treatment Hours Analysis of data**</u>:

**Temporary Changes in Structured Treatment**
During this reporting period for January, February and March data was collected as positive reporting.

During COVID-19 recovery, DSH-A had all pre-scheduled group rosters transitioned back to scheduled treatment on the units and in centralized areas.   All groups are offered under core umbrella titles which include Mental Health Wellness, Aggression Reduction, Staying Safe, Healthy Living, Discharge Planning and Orientation.  Treatment teams and Program Management are continuing with creating unit schedules based on the assessed needs of the patients including their treatment outcome expectations. Core group roster have now resumed being tracked in WaRMSS.

**Treatment Attendance**
For the current reporting period the average number of core hours delivered per patient was 6.69. This is an increase of the previous reporting period which was 5.40.   This reporting period the average number of core groups attended was 5.55 which is a slight increase from

last reporting period which was 5.32. The month of March had the highest number of core and supplemental hours delivered and attended. During the month of March, Program V had significant changes in unit realignment due to COVID 19. Unit 23 moved all patients and staff back to unit 32.

The months of April and May had the highest number of core group hours scheduled and delivered. This was in part due to the Hospitals response to slowly opening areas as part of the recovery from the pandemic. Vocational Services opened, Music Center for use by treatment groups was open, and the Art Center also opened for use by treatment groups.

In the month of May, patients with HAS level 2 or above were allowed to navigate without escort to scheduled treatment areas off unit. During this month, groups and classes in Recovery Mall Services, vocational assignments, and also areas such as the canteen and patient dining room were accessible.

Supplemental Group hours attended for this reporting period was an average of 5.89. Last reporting period the average supplemental group hours attended was 6.25. Supplemental groups are considered positive reporting as patients have the choice if they would like to attend. It is not reported as negative if they decline to attend.

As noted, the first three months of this reporting period DSH-A only had positive core and supplemental hours delivered and attended due to COVID protocols. At this time, DSH-A has resumed normal reporting through WaRMSS.

Program V identifies the need to focus on increasing treatment offerings and group attendance. This performance improvement effort will be in consultation with the Structured Treatment Advisory Council. Attention to admission and discharge trends and Length of Stay will also be closely monitored.

- Program Management continues to focus on ensuring the correct process for documenting individual contact, core and supplemental hours by reviewing in monthly Clinician meetings, CMT meetings, and Program Management meetings.

**10.6 Change in Policy or Procedure**:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| • April 5, 2021 transitioned back to scheduled treatment groups from unscheduled treatment | • Incrementally resuming Structured Treatment Program, re-opening centralized areas following COVID pandemic | • Increased patient attendance<br>• Maintain treatment delivery and participation<br>• Increase patient availability to attend treatment | • DSH-A continues to evaluate safe opportunities to resuming Hospital Operations during recovery from the pandemic |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Continue to explore ways to increase structured treatment hours post COVID-19 | • Increase patient attendance |

| | |
|---|---|
| • Create more short-term, evidenced based treatment groups available on the units and in centralized areas. | • Reduce time to achieve patient Treatment Outcome Expectations. |
| • CLIPs to include group attendance component. | • Increase patient attendance. |
| • Survey patients each quarter for interest in new groups. | • Increase patient enthusiasm for groups |
| • Examine potential benefits of unit-based treatment. | • Increase patient availability to attend treatment. |
| • Develop treatment benchmarks and increase internal oversight for scheduled, attendance, and cancellation. | • Maintain quality treatment groups and targeted interventions. |
| • Add increasing individual and group treatment hours to DSH-A strategic plan. | • Gauge patient interest and comfort in how to increase on and off unit treatment. |
| • Continue CBT for Psychosis training and consultation. | • Increase staff competencies for treatment modality and intervention |
| • Add EMDR as an available intervention | • Increased treatment modality and intervention |

**Additional Comments**: None.

## DETAILED REPORT

### SECTION 11 – Management Indicators – Staffing Allocations and Vacancies

**Section 11 – Management Indicators (Staffing and Census) Data**
Staffing Allocations and Vacancies

**Staffing Allocations:**

| Program-Wide | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Administration** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Executive Director | | | 1 | 1 | 0 | 0 | |
| Clinical Administrator | | | 1 | 1 | 0 | 0 | |
| Hospital Administrator | | | 1 | 1 | 0 | 0 | |
| Nurse Administrator | | | 1 | 1 | 0 | 0 | |
| Medical Director | | | 1 | 1 | 0 | 0 | |
| Chief Psychiatry | | | 1 | 1 | 0 | 0 | |
| Program Director | | | 1 | 1 | 0 | 0 | |
| Program Assistant | | | 1 | 1 | 0 | 0 | |
| Nursing Coordinator | | | 1 | 1 | 0 | 0 | |

| Program-Wide | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Supervision** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Unit Supervisor | | 261 | 6 | 6 | 0 | 0 | 0.0 |
| Supervising Psychologist | | 261 | 1 | 0 | 1* | 0 | 1.0 |
| Supervising Social Worker | | 261 | 1 | 0 | 1* | 0 | 1.0 |
| Supervising Rehabilitation Therapist | | 261 | 1 | 1 | 0 | 0 | 0.0 |
| Senior Psychiatrist | | 261 | 1 | 0 | 1 | 0 | 1.0 |
| **Level of Care (ICF)** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Nurse Practitioner | | 261 | | | | | |
| HSS | | 261 | 2 | 2 | 0 | 0 | 0 |
| Sr Psych Tech | 1:08 | 261 | 18 | 13 | 5 | 0 | 5 |
| Registered Nurse | 1:08 | 261 | 36 | 33 | 3 | 0 | 3 |
| Psych Tech | 1:08 | 261 | 104 | 101 | 3 | 0 | 3 |
| **Clinical Staff** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Psychiatrist | 1:46 | 261 | 8 | 8 | 0 | 5 | 0.00 |
| Psychologist | 1:46 | 261 | 8 | 6* | 2 | 0 | 2.00 |
| Social Worker | 1:46 | 261 | 8 | 7 | 1 | 0 | 1.00 |
| Rehab Therapist | 1:46 | 261 | 8 | 8 | 0 | 0 | 0.00 |
| **Hospital Police** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Police Sergeant | NA | NA | NA | NA | NA | NA | NA |
| Police Officer | NA | NA | NA | NA | NA | NA | NA |

**Analysis of data:**
**Program Management and Support Staff**

Staffing for Nursing positions has remained consistent in the reporting period. There was a total of 11 identified true vacancies. Coverage needs on the unit are provided by the float or overtime process. Coverage needs at the Program level are provided through the out of class process.

**Clinical Staffing**
Clinical positions have remained consistent in the reporting period. There was a total of three identified true vacancies. Coverage needs on the unit are provided by the float or overtime process.

**Change in Policy or Procedure**:
There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Continue to recruit staff to fill vacancies. | • Decreased vacancies and turnover. |

**Section 11 – Management Indicators (Staffing and Census) Data**
Patient Census Data

| Management Indicators **Patient Census** | | | | | | |
|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUN |
| Average daily census | 158.8 | 162.0 | 146.5 | 136.3 | 129.2 | 127.5 |
| Average length of stay | 415 | 365 | 301 | 366 | 420 | 407 |
| Median length of stay | 412 | 358 | 281 | 414 | 459 | 382 |
| Admission per month | 7 | 10 | 21 | 13 | 8 | 15 |
| Discharges per month | 4 | 19 | 37 | 17 | 12 | 15 |

**Analysis of data:**
There were 74 admissions and 104 discharges during this review period.  This represents an increase in admissions from the previous reporting period of 60 patients and a decrease in discharges from the previous reporting period of 123 patients. The admissions and discharges were the lowest in January.  Average admissions per month was 12.3 patients and average discharges per month was 17.1 patients.  The average length of stay for discharged PC 2684 patients for this reporting period was 355.4 days.

**Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| • Maintain census, based on referrals, at 256. | • Create a homeostasis milieu to reduce patient aggression and self-harm. |

**Additional Comments:** None.

END OF REPORT.

Submitted By:

*Jason Black*_____
Executive Director

# DEPARTMENT OF STATE HOSPITALS-COALINGA
## GOVERNING BODY REPORT
### Coleman - 2684 Report
### January 1, 2021 to June 30, 2021

## Table of Contents

|  | SECTION | PAGE |
|---|---|---|
| DSH QUALITY IMPROVEMENT PLAN | | 2 |
| ABOUT COALINGA STATE HOSPITAL | | 2-3 |

### EXECUTIVE SUMMARY

| | SECTION | PAGE |
|---|---|---|
| Seclusion, Restraint & Enhanced Observation | | 4-5 |
| Incidents | | 6-8 |
| Medications | | 9-10 |
| Treatment Hours | | 11-12 |
| Management Indicators | | 13 |

### DETAILED REPORT

| | SECTION | PAGE |
|---|---|---|
| Use of Restraints | Section 1 | 14-17 |
| Use of Seclusion | Section 2 | 18-21 |
| Use of Enhanced Observation | Section 3 | 22-24 |
| Incidents – Aggression | Section 4 | 25-28 |
| Incidents – Indecent Exposure | Section 5 | 29-31 |
| Incidents – Rules Violation (RVR) | Section 6 | 32-33 |
| Incidents – Suicide Attempts/Suicides | Section 7 | 34-37 |
| Medication – Use of Clozaril | Section 8 | 38 |
| Medication – Use of Involuntary Medication | Section 9 | 39-40 |
| Treatment Hours | Section 10 | 41-44 |
| Management Indicators – Staffing | Section 11 | 45-46 |
| Management Indicators – Patient Census | Section 12 | 47-48 |

### SIGNATURE PAGE — 49

## Quality Improvement Plan

The purpose of the Quality Improvement Program (QIP) is to ensure the safety of, preserve the rights of, and continuously improve and evaluate the quality of therapeutic and rehabilitation services provided.    DSH Policy Directive 9000 Quality Improvement Program describes strategies, processes, tools, and a governance structure that hospitals use to plan, prioritize, develop, implement and evaluate quality improvement initiatives and sustain improvement.

The QIP aims to assess, improve and monitor the quality of patient care. Department of State Hospitals maintains an ongoing QIP based on objective data that describe performance improvement, quality assurance, clinical risk management, clinical outcomes, incident management and regulatory compliance activities.  The QIP is administered and supported by standardized committee functions, documentation, and reporting processes.

The Model for QIP starts with defining the problem, then moves to identifying the solution, followed by implementing the solution, and finally to assess for the desired outcome.

The Governing Body shall, in the exercise of its overall responsibility, assign to the Executive Director, as a representative of the Governing Body, reasonable authority to develop a plan and implement mechanisms to assess and improve the quality of the DSH facility's governance, management, clinical and support processes, and to ensure the provision of patient care. The quality improvement plans shall be updated at least annually and submitted to the Governing Body for review and approval.

## About Coalinga State Hospital

**Overview of DSH-Coalinga PC 2684 Program** DSH-Coalinga (DSH-C) provides ICF psychiatric care to CDCR inmate-patients under the terms of a memorandum of understanding (MOU) with CDCR and in accordance with Coleman court orders. Currently there are a total of 50 beds designated as PC 2684 for patient care. At DSH-C, Program 7, Unit 21 provides care for the PC 2684 patients.

The MOU and joint policies define the process of referral of PC 2684 patients, the acceptance process to DSH-C, and the discharge process of PC 2684 patients to either parole or return to CDCR. The Medical Director reviews all transfer packets and approves them for admission to DSH-C. It is a priority to identify those patients appropriate for the least restrictive housing alternative for admission to DSH-C.

All PC 2684 patients receive a medical history and physical, a psychiatric assessment, a psychological admission assessment (with risk assessments for danger to self and danger to others), a social work assessment, and a rehabilitation therapy assessment. The medical and psychiatric assessments must be completed within twenty-four hours. An initial nursing assessment is completed in eight hours or less.

Treatment Unit 21 has two multidisciplinary teams (psychiatrist, psychologist, social worker, rehabilitation therapist, and level of care staff). Individualized treatment plans address each patient's reason for referral and the expected treatment goals. Treatment modalities include scheduled individual and group therapy.

Case 2:90-cv-00520-KJM-SCR    Document 7625-1    Filed 10/14/22    Page 397 of 500

Psychiatric care for the management of urgent conditions is available 7 days a week. PC 2684 patients receive medical care from DSH-C physicians. Medical care is available 7 days a week.

A comprehensive utilization review process (defined in the MOU and joint policy) has been implemented at DSH-C. Patients who have achieved treatment goals either return to CDCR at a recommended level of care or discharge to parole.

## EXECUTIVE SUMMARY

### Seclusion, Restraints & Enhanced Observations

**Executive Summary**: DSH-C utilizes behavioral seclusion or restraint only to ensure the safety of patients, staff or visitors when the use of less intrusive measures poses a greater risk of injury, primarily during a psychiatric emergency.

**Use of Restraints:** Five-point restraint, also known as full bed restraint (FBR), is the application of belts, cuffs or any combination of restraints fastened around the patient's wrists, waist and/or ankles to limit the range of motion of arms and legs. The restraints are fastened to a bed in a designated restraint room. Belts and Cuffs also known as wrist-to-waist restraints are any combination of restraints fastened around the patient's wrists, waist and/or ankles to limit the range of motion of arms and legs.

**Analysis:** During the current reporting period (January 1, 2021 to June 30, 2021) there were three episodes of restraints, compared to ten in previous reporting period. All three episodes of restraint occurred in the first three months of the review period (January and March), with no restraint episodes for April 1, 2021 – June 30, 2021.

**Recommendations:**

- Continue to train and implement Trauma-Informed Care principles.
- Monitor the Kardex and Preference Plans to ensure relevant information is provided.
- Continue to review each incident of restraints to ensure least restrictive measures were utilized.
- The Treatment Support Committee will continue to review all incidents of patients in restraints for more than four hours, patients who have two or more incidents of restraints within seven consecutive days and patients with four or more incidents in 30 days.
- Continue to analyze future incidents.
- Continue to work with ADU / PMU on patient discharges.

**Use of Seclusion:** Seclusion is the involuntary confinement of a patient alone in a room or an area from which the patient is physically prevented from leaving. Based on the exhibited behavior and criteria, patients are placed in either Seclusion or Restraint.

**Analysis:** During the current reporting period (January 1, 2021 to June 30, 2021) the use of seclusion for PC 2684 patients was utilized four times which is a decrease of five from the last reporting period (July 1, 2020 to December 31, 2020) which had a total of nine episodes.

**Recommendations:**

- Continue to train and implement Trauma-Informed Care principles.
- Continue to monitor the Kardex and Preference Plans to ensure relevant information is provided.
- Continue to review each incident of seclusion to ensure least restrictive measures were utilized.
- Continue to work with ADU / PMU on patient discharges.

**Use of Enhanced Observations:** Enhanced observation is an alternative intervention utilized within the treatment program which allows for staff to promote and continue safe continuity of psychiatric care within the unit milieu. Types of enhanced observation include, one staff member to one patient referred to as one-to-one (1:1); two staff members to one patient, two-to-one (2:1); line of sight (LOS), and Q15 minute checks.

**Analysis:** This reporting period (January 1, 2021 to June 30, 2021) had an overall decrease in Enhanced Observation (1:1, 2:1, Q15 and Line of sight) use from the prior reporting period (July 1, 2020 to December 31, 2020). 1:1 intervention increased with the current period having twenty-one episodes compared to the prior reporting period having ten episodes. Q15 interventions decreased with the current period having six episodes compared to the prior reporting period having fourteen episodes. LOS interventions decreased with the current period reporting having eight episodes compared to the prior period reporting having twenty episodes. Enhanced Observation totals for current and prior reporting periods are as follows:

- January 1, 2021 to June 30, 2021, thirty-five episodes.
- July 1, 2020 to December 31, 2020, forty-four episodes.

**Recommendations**:

- Continue to complete suicide risk assessments as outlined in policy.
- Ensure treatment teams are using enhanced observations as clinically indicated with a physician's order to stabilize patients.
- The Enhanced Observation Committee will continue to review patients on enhanced observation longer than 14 days and as clinically indicated.
- Continue to work with ADU / PMU on patient discharges.

| EXECUTIVE SUMMARY |
|---|
| Incidents |

**Executive Summary**: The Unit 21 patient treatment program focuses on psychiatric stabilization for successful reintegration back to CDCR. Patients that are treated within DSH-C are being admitted from various referring levels of care and custody which results in a mixture of psychiatric acuity. During the reporting period, the following incident categories were analyzed within this report:

- Aggressive Act to Self.
- Aggressive Act to Another Patient - Physical.
- Aggressive Act to Staff – Physical.
- Inappropriate Sexual Behavior.
- Suicide.
- Suicide Attempt.

**Aggressive Act to Self:** Self-inflicted injuries with the intent to harm self and without suicidal intent. For example, burns, head banging, cutting, insertion/ingestion of foreign bodies or potentially toxic substances. Water intoxication is not included in this category.

**Analysis:** There were a total of five incidents of Aggression to Self during the reporting period which is a decrease of one from the previous reporting period. In four of the five incidents, the severity of injury did not rise to the level where treatment was required; and in the remaining incident, the patient only required first-aid.

**Recommendations:**

- Continue with assessments and treatment interventions designed to prevent self-injurious behavior.
- Continue to support patients with psychological and emotional distress through treatment modalities such as group attendance to address dynamic risk factors.
- Continue to monitor patient medication compliance.
- Continue to discuss patients at high risk during change of shifts.
- Continue to analyze future incidents by time and method of occurrence.

**Aggressive Act to Another Patient – Physical:** Hitting, pushing, kicking or similar acts directed against another patient to cause potential or actual injury.

**Analysis:** There were a total of two incidents of Aggressive Act to Another Patient - Physical during the reporting period which is a decrease of five from the seven incidents reported in the previous reporting period. No injuries were sustained.

**Recommendations:**

- Continue updating violent risk assessments and treatment interventions designed to prevent aggressive acts to others.
- Incidents and data will continue to be reviewed by Treatment Teams, Program Review Committee and Data Management Unit.

- Continue to monitor patient medication compliance.
- Continue to train staff members on TSI.
- Continue to ensure Preference Plans and the Kardex are updated with relevant information.

**Aggressive Act to Staff - Physical:**  Hitting, pushing, kicking, spitting, gassing, or similar acts directed against a staff person that could cause potential or actual injury.

**Analysis:** Aggression Act to Staff – Physical was the most frequently reported aggressive incident with six incidents documented during the reporting period.  The number of incidents is a decrease of five from the eleven incidents from the previous reporting period (July 1, 2020 to December 31, 2020).

**Recommendations:**

- Continue updating violent risk assessments and treatment interventions designed to prevent aggressive acts to others.
- Incidents and data will continue to be reviewed by Treatment Teams, Program Review Committee and Data Management Unit.
- Continue to monitor patient medication compliance.
- Continue to train staff members on TSI.
- Continue to ensure Preference Plans and the Kardex are updated with relevant information.
- Continue to work with ADU / PMU on patient discharges.

**Other:**  Inappropriate Sexual Behavior (i.e. Indecent Exposure, public masturbation, etc.).

**Analysis:** There was one incident of Indecent Exposure this reporting period which is an increase of one from the last reporting period (July 1, 2020 to December 31, 2020) which had no incidents of Indecent Exposure.

**Recommendations:**

- Continue with interventions designed to prevent inappropriate sexual behavior.

**Suicide:**  A self-inflicted injury resulting in death.

**Analysis:** During the current reporting period and the last reporting period, there were no suicides.

**Recommendations:**

- Continue to follow current safety standards and assessment of patient. Create a Reduction/Safety plan as clinically indicated.

**Suicide attempt:**  Self-inflicted injuries or ingestion of foreign bodies or potentially toxic substances with suicidal intent or with a potentially lethal outcome.

**Analysis:** During the current reporting period, there were no suicide attempts which is consistent with the last reporting period (July 1, 2020 to December 31, 2020) which had no suicide attempts.

**Recommendations:**

- Continue to follow current safety standards and reviewing the Columbia-Suicide Severity Rating Scale (C-SSRS), a questionnaire used for suicide assessment, on a monthly base or as clinically indicated.

| EXECUTIVE SUMMARY |
|---|
| Medication |

**Involuntary Use of Medication (Emergency & Non-Emergency)**

**Executive Summary**: The rate of STAT medication usage for this reporting period is considered acceptable as reducing further may result in assaults or self-injury. STAT medication is appropriately used for an acute intervention, when other interventions are ineffective. DSH-C's formulary is extensive. Medications that are non-formulary can be approved if they are continuations or clinically indicated.

**Involuntary Use of Medication (Emergency & Non-Emergency):** Court ordered (2602) medications are used when voluntary cooperation is not possible and there is a significant risk if a patient goes untreated.

**Analysis:**

- STAT medication use varied from month-to-month from two events to eleven events.
- The data is collected by event and not patient. More acute patients whose medications are being adjusted require more frequent STAT usage.
- PC2602 application and STAT usage directly correlated because patients who refuse medication will more likely need STAT medication.
- Psychiatrists are encouraged to obtain voluntary cooperation when possible. If needed, they apply for a PC2602 so that patients can receive evidence-based treatment.

**Recommendations:**

- Continue to try and obtain voluntary cooperation.
- Continue to use team interventions to obtain cooperation
- Continue to use PC2602 as a way to provide appropriate treatment.

**Clozaril:** Patients started and maintained on Clozaril.

**Analysis:**

- Current reporting period reflects a total of two Clozaril new starts, this is an increase from one from the previous reporting period (July 1, 2020 – December 31, 2020).
- The number of patients maintained on Clozaril during the current reporting period ranged from one to seven per month; the previous reporting period (July 1, 2020 – December 31, 2020) number of patients maintained on Clozaril fluctuated between two and three per month.
- The appropriate use of Clozaril is beneficial to patients.
- Clozaril can provide superior treatment to refractory patients, like some those patients we receive from CDCR.

**Recommendations:**

- Continue to consider Clozaril and initiate treatment.
- Continue to provide evidence-based treatment

**Use of Non-Formulary Medication:** Patients prescribed Non-Formulary Medications.

**Analysis:**

- Non-Formulary medication prescriptions ranged from month-to-month from two events to 19 events; this is an increase from the previous reporting period (July 1, 2020 to December 31, 2020) fluctuation from one to 10 events.
- The DSH formulary is broad and, if off-formulary medications are needed, there is an efficient process to obtain approval.
- No non-formulary requests were denied this reporting period.

**Recommendations:**

- Continue the current process of prompt review and decision for non-formulary requests.
- Continue regular updates of the DSH formulary with the statewide formulary review team.

## EXECUTIVE SUMMARY

### Treatment Hours

**Executive Summary:** Central Program/Mall Services in concert with the Social Work, Psychology and Rehabilitation Therapy departments, have made several important contributions to improve clinical services to the CDCR patient population. This has been accomplished through individual, program, and multi-departmental efforts. During this period, Clinical & Program staff have focused on maintaining group participation through incentives and staff initiated motivational efforts to meet the needs of our patients by improving patient care.

**Summary of Treatment Hours:** Treatment hours are separated based on core groups and supplemental groups. Core groups are active treatment that is specifically geared towards a patients focus/objective. Supplemental groups are open to all patients and are not geared toward a specific focus/objective of treatment. Treatment includes both group therapy and scheduled individual therapy.

**Definitions:**

**Enrolled Group Hours** – hours that the patients are scheduled to attend through the use of active treatment groups based on treatment team recommendations. Enrolled Group Hours encompass all of the scheduled treatment groups regardless of where held or who facilitates them. These are treatment plan driven and often commitment focused. The data is currently tracked in the WaRMSS MAPP system.

**Supplemental Group Hours** – hours of structured activity that the patients choose to attend. Supplemental Group Hours maybe centrally offered or provided on the units to patients. The intended purpose is to offer healthy choices, self-determination and quality of life improvements. Supplemental Group Hours are currently tracked in the Supplemental Module within WARMSS.

**Scheduled Individual Therapy** –Regularly scheduled one-to-one clinician to patient therapy. This is scheduled and tracked using the appointment scheduler.

**Analysis:** For the months of January, February, March, the weekly number of hours per patient unscheduled ranged from 5.01 to 6.98. Weekly number of hours per patient delivered fluctuated between 5 to 6.98. Weekly number of hours per patient attended varied from 4.94 to 6.86.

During this reporting period (January 1, 2021 to June 30, 2021) Supplemental Group hours fluctuated between 40.23 to 53.52, with an average of 48.53 hours scheduled. Weekly number of hours per patient attended fluctuated between 4.97 and 8.52.

Delivery of individual therapy/1:1 contact increased in comparison to the last reporting period in both patients delivered and rate of delivery. The monthly average patient delivered metric increased from 12.5 patients delivered during the previous report to 17.17 this period.

**Recommendations:**

- Continue to maintain the facilitator provider hours by clinical staff.
- Continue to provide short-term active treatment and increase patient engagement.
- Continue to offer appropriate groups based upon the current population.
- Explore ways to increase group participation and offering during modified programming.

## EXECUTIVE SUMMARY

### Management Indicators

**Executive Summary**: Management Indicators include a review and analysis of staffing, admissions, discharges and length of stays. During the review period, staffing was consistently maintained to meet the court ordered minimums and patient acuity needs. DSH-C continues to recruit for all disciplines who serve the patient population. DSH-C saw a slight increase in length of stay for the CDCR population compared to the last reporting period. DSH-C continues to review and implement Quality Improvement efforts with Utilization Management and Patient Satisfaction Surveys.

**Staffing, admissions, discharges and length of stay:** DSH-C's inpatient mental health program is located on Unit 21 and has 50 designated hospital beds. DSH-C is currently utilizing a staffing package that includes a nurse to patient ratio of 1:8 during the AM and PM shift and a 1:12 ratio for NOC shift. This ratio does not include additional staff assigned for increased acuity, out of ratio Registered Nurses and/or Psychiatric Technician Case Managers. The clinical staffing ratio is 1:35. Our actual delivered staffing exceeds these ratios for both nursing and clinical staff.

**Analysis:** Staffing for nursing positions has remained consistent in the reporting. Clinical staffing ratios remain appropriate. There was an overall admission and discharge decrease from the previous reporting period due to direction from DSH to suspend admissions and discharges due to COVID -19 restrictions.

**Recommendations:**

- Continue our current Utilization Management process which includes: Utilization Management Committee and retrospective/concurrent/continued stay reviews.

| DETAILED REPORT |
|---|

| SECTION 1 – Use of Restraints |
|---|

## Section 1 – Use of Restraints Summary Table:

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| | Formula=(Incidents/Patient Days) * 1000 | 976 | 810 | 773 | 845 | 1145 | 1048 |
| 1 | Use of restraints | | | | | | |
| 1.1 | Number of restraint episodes | 2 | 0 | 1 | 0 | 0 | 0 |
| | Rate 1.1 | 2.05 | 0 | 1.29 | 0 | 0 | 0 |
| 1.2 | Total hours in restraint | 7.72 | 0 | 1.33 | 0 | 0 | 0 |
| | Rate 1.2 | 7.91 | 0 | 1.72 | 0 | 0 | 0 |
| 1.3 | Average time in restraints | 3.86 | 0 | 1.33 | 0 | 0 | 0 |
| | Rate 1.3 | 3.95 | 0 | 1.72 | 0 | 0 | 0 |

## 1.4 Use of Restraints – # of Restraints Initiated By Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 1.4 Use of restraints by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 1 | 0 | 0 | 0 |
| Friday | 2 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 1.5 Use of Restraints – # of Restraints Initiated By Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 1.5 Use of Restraints by Shift: | | | | | | |
| AM | 2 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 1 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 1.6 Use of Restraints – Restraint Monitoring Tool (Revised 2015):

| 1.6 Use of Restraints % Compliance | 2021 | | | | | |
|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUNE |
| Each State Hospital shall ensure that restraints: | | | | | | |
| Question 1: are used in a documented manner and | 100% | N/A | 100% | N/A | N/A | N/A |
| 1a. The IDN described specific behavior that was imminently dangerous to self or others, and | 100% | N/A | 100% | N/A | N/A | N/A |
| 1b. The Physicians Order described specific behavior that was imminently dangerous to self or others | 100% | N/A | 100% | N/A | N/A | N/A |
| Question 2:  Only when Patients pose an imminent danger to self or others and | 100% | N/A | 100% | N/A | N/A | N/A |
| 2a. To self or to others, and | 100% | N/A | 100% | N/A | N/A | N/A |
| 2b. Did not include harm from Others | 100% | N/A | 100% | N/A | N/A | N/A |
| Question 3: After a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted; | 100% | N/A | 100% | N/A | N/A | N/A |
| 3a. Specific, less-restrictive interventions that were tried prior to the use of restraints or seclusion are documented or there is clinical justification when less-restrictive interventions were not used, and | 100% | N/A | 100% | N/A | N/A | N/A |
| 3b. The Patient's specific response to each intervention used is documented in the IDN or there is clinical justification when less-restricted interventions were not used. | 100% | N/A | 100% | N/A | N/A | N/A |
| Question 4: Are not used in the absence of, or as an alternative to, active treatment, | 100% | N/A | 100% | N/A | N/A | N/A |
| 4a. There is a Focus of Hospitalization that targets the behavior that required the Patient to be placed in Seclusion or Restraint | 100% | N/A | 100% | N/A | N/A | N/A |
| 4b. Linked objective, and | 100% | N/A | 100% | N/A | N/A | N/A |
| 4c. Linked intervention (any formal group, individual therapy, or behavioral intervention) for the target behavior that required the Patient to be placed in Seclusion or Restraint. | 100% | N/A | 100% | N/A | N/A | N/A |
| Question 5: As punishment, or | 100% | N/A | 100% | N/A | N/A | N/A |
| 5a. Use Seclusion or Restraint in an abusive manner, (i.e., threaten the Patient – if you don't do this, I will put you in seclusion/restraints). | 100% | N/A | 100% | N/A | N/A | N/A |
| 5b. Keep the Patient in Seclusion or Restraints even when the Patient was calm | 100% | N/A | 100% | N/A | N/A | N/A |
| 5c. Use Seclusion or Restraint in a manner to show power differential that exists between staff and the Patient, as evidenced in the documentation. | 100% | N/A | 100% | N/A | N/A | N/A |
| 5d. Use Seclusion or Restraint as coercion, as evidenced in the documentation. | 100% | N/A | 100% | N/A | N/A | N/A |
| Question 6: For the convenience of staff; | 100% | N/A | 100% | N/A | N/A | N/A |
| Question 7: Are terminated as soon as the patient is no longer an imminent danger to self or others. | 100% | N/A | 100% | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7a. As soon as the violent or dangerous behavior that created the emergency was no longer displayed (met release criteria on the Seclusion or Restraint order?) | 100% | N/A | 100% | N/A | N/A | N/A |
| 7b. When he/she has been calm in the last 15 minutes. | 100% | N/A | 100% | N/A | N/A | N/A |
| 7c. Even if he/she was unable to contract for safety. | 100% | N/A | 100% | N/A | N/A | N/A |
| 7d. Even if he/she was unable to agree to cease using offensive language | 100% | N/A | 100% | N/A | N/A | N/A |
| 7e. Even if he/she did not cease making verbal threats. | 100% | N/A | 100% | N/A | N/A | N/A |
| 7f. Even if he/she was unable to say he/she recognizes what behavior prompted the Seclusion or Restraint episode, and | 100% | N/A | 100% | N/A | N/A | N/A |
| 7g. Even if he/she was unable to say he/she is sorry for his/her actions. | 100% | N/A | 100% | N/A | N/A | N/A |
| Question 8: Each State hospital shall comply with 42 C.F.R.§ 483.360(f), requiring assessments by a physician or licensed clinical professional of any Patient placed in seclusion or restraints within one hour, and | 100% | N/A | 100% | N/A | N/A | N/A |
| 8a. The order was obtained within 15 minutes from the initiation of seclusion or restraint. | 100% | N/A | 100% | N/A | N/A | N/A |
| 8b. The RN conducted an assessment within 15 minutes of the initiation of seclusion or restraints and documented in the IDN, and | 100% | N/A | 100% | N/A | N/A | N/A |
| 8c. The Physician conducted a face-to-face evaluation of the Patient in seclusion or restraints within one hour from the initiation of seclusion or restraints and documented in the Physician Progress Note. | 100% | N/A | 100% | N/A | N/A | N/A |

## 1.7 Use of Restraints Analysis:

Restraint use with the patients on Unit 21 decreased this reporting period (January 1, 2021 through June 30, 2021) and the episodes are still considered minimal. During the current reporting period there were three incidents that resulted in the use of restraints involving three different patients. Two patients had one incident each, in January both occurring on the AM shift. One patient had one incident in March occurring on the PM shift. In January, the average time in Restraints is composed by one patient who spent 6.31 hours in Restraints in contrast to another who spent 0.95 hours. Restraints were utilized in incidents with multiple categories including: Aggressive Act to Another Patient, Aggressive Act to Self, Aggressive Act to Staff and Suicide Ideation. COVID–19 infection control measures were beginning to be lifted or no longer in effect during this review period. This increased patient movement which had a positive impact on reducing restraint use. The three incidents for the current reporting period are a decrease of seven from the ten incidents from previous reporting period (July 31, 2020 through December 31, 2020).

**1.8 Use of Restraints - Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**1.9 Use of Restraints – Plan for the Next Review Period:**

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

**Additional Comments:**

None.

## DETAILED REPORT

### SECTION 2 – Use of Seclusion

## Section 2 – Use of Seclusion Summary Table:

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| | Formula=(Incidents/Patient Days) * 1000 | 976 | 810 | 773 | 845 | 1145 | 1048 |
| 2 | Use of seclusion | | | | | | |
| 2.1 | Number of seclusion episodes | 0 | 0 | 2 | 0 | 1 | 1 |
| | Rate 2.1 | 0 | 0 | 2.587 | 0 | 0.873 | 0.954 |
| 2.2 | Total hours in seclusion | 0 | 0 | 1.82 | 0 | 0.83 | 0.93 |
| | Rate 2.2 | 0 | 0 | 2.354 | 0 | 0.724 | 0.887 |
| 2.3 | Average time in seclusion | 0 | 0 | 0.91 | 0 | 0.83 | 0.93 |
| | Rate 2.3 | 0 | 0 | 1.177 | 0 | 0.724 | 0.887 |

## 2.4 Use of Seclusion – # of seclusion episodes initiated By Day of Week:

| SCD Restraint & Seclusion REV 2015 | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all seclusion types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| 2.4 Use of seclusion by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 1 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 2 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 1 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.5 Use of Seclusion – # of Seclusion episodes Initiated By Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 2.5 Use of Seclusion by Shift: | | | | | | |
| AM | 0 | 0 | 2 | 0 | 0 | 1 |
| PM | 0 | 0 | 0 | 0 | 1 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.6 Use of Seclusion – DSH 2684 Seclusion Monitoring Tool:

| 2.6 Use of Seclusion % Compliance | 2021 | | | | | |
|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUNE |
| Each State Hospital shall ensure that seclusion: | | | | | | |
| Question 1: are used in a documented manner and | N/A | N/A | 100% | N/A | 100% | 100% |
| 1a. The IDN described specific behavior that was imminently dangerous to self or others, and | N/A | N/A | 100% | N/A | 100% | 100% |
| 1b. The Physicians Order described specific behavior that was imminently dangerous to self or others | N/A | N/A | 100% | N/A | 100% | 100% |
| Question 2:  Only when Patients pose an imminent danger to self or others and | N/A | N/A | 100% | N/A | 100% | 100% |
| 2a. To self or to others, and | N/A | N/A | 100% | N/A | 100% | 100% |
| 2b. Did not include harm from Others | N/A | N/A | 100% | N/A | 100% | 100% |
| Question 3: After a hierarchy of less restrictive measures has been considered in a clinically justifiable manner or exhausted; | N/A | N/A | 100% | N/A | 100% | 100% |
| 3a. Specific, less-restrictive interventions that were tried prior to the use of restraints or seclusion are documented or there is clinical justification when less-restrictive interventions were not used, and | N/A | N/A | 100% | N/A | 100% | 100% |
| 3b. The Patient's specific response to each intervention used is documented in the IDN or there is clinical justification when less-restricted interventions were not used. | N/A | N/A | 100% | N/A | 100% | 100% |
| Question 4: Are not used in the absence of, or as an alternative to, active treatment, | N/A | N/A | 100% | N/A | 100% | 100% |
| 4a. There is a Focus of Hospitalization that targets the behavior that required the Patient to be placed in Seclusion or Restraint | N/A | N/A | 100% | N/A | 100% | 100% |
| 4b. Linked objective, and | N/A | N/A | 100% | N/A | 100% | 100% |
| 4c. Linked intervention (any formal group, individual therapy, or behavioral intervention) for the target behavior that required the Patient to be placed in Seclusion or Restraint. | N/A | N/A | 100% | N/A | 100% | 100% |
| Question 5: As punishment, or | N/A | N/A | 100% | N/A | 100% | 100% |
| 5a. Use Seclusion or Restraint in an abusive manner, (i.e., threaten the Patient – if you don't do this, I will put you in seclusion/restraints). | N/A | N/A | 100% | N/A | 100% | 100% |
| 5b. Keep the Patient in Seclusion or Restraints even when the Patient was calm | N/A | N/A | 100% | N/A | 100% | 100% |
| 5c. Use Seclusion or Restraint in a manner to show power differential that exists between staff and the Patient, as evidenced in the documentation. | N/A | N/A | 100% | N/A | 100% | 100% |
| 5d. Use Seclusion or Restraint as coercion, as evidenced in the documentation. | N/A | N/A | 100% | N/A | 100% | 100% |
| Question 6: For the convenience of staff; | N/A | N/A | 100% | N/A | 100% | 100% |
| Question 7: Are terminated as soon as the patient is no longer an imminent danger to self or others. | N/A | N/A | 100% | N/A | 100% | 100% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7a. As soon as the violent or dangerous behavior that created the emergency was no longer displayed (met release criteria on the Seclusion or Restraint order?) | N/A | N/A | 100% | N/A | 100% | 100% |
| 7b. When he/she has been calm in the last 15 minutes. | N/A | N/A | 100% | N/A | 100% | 100% |
| 7c. Even if he/she was unable to contract for safety. | N/A | N/A | 100% | N/A | 100% | 100% |
| 7d. Even if he/she was unable to agree to cease using offensive language | N/A | N/A | 100% | N/A | 100% | 100% |
| 7e. Even if he/she did not cease making verbal threats. | N/A | N/A | 100% | N/A | 100% | 100% |
| 7f. Even if he/she was unable to say he/she recognizes what behavior prompted the Seclusion or Restraint episode, and | N/A | N/A | 100% | N/A | 100% | 100% |
| 7g. Even if he/she was unable to say he/she is sorry for his/her actions. | N/A | N/A | 100% | N/A | 100% | 100% |
| Question 8: Each State hospital shall comply with 42 C.F.R.§ 483.360(f), requiring assessments by a physician or licensed clinical professional of any Patient placed in seclusion or restraints within one hour, and | N/A | N/A | 100% | N/A | 100% | 100% |
| 8a. The order was obtained within 15 minutes from the initiation of seclusion or restraint. | N/A | N/A | 100% | N/A | 100% | 100% |
| 8b. The RN conducted an assessment within 15 minutes of the initiation of seclusion or restraints and documented in the IDN, and | N/A | N/A | 100% | N/A | 100% | 100% |
| 8c. The Physician conducted a face-to-face evaluation of the Patient in seclusion or restraints within one hour from the initiation of seclusion or restraints and documented in the Physician Progress Note. | N/A | N/A | 100% | N/A | 100% | 100% |

## 2.7 Use of Seclusion Analysis:

The four incidents during this reporting period (January 1, 2021 to June 30, 2021) that resulted in the use of seclusion involved four different patients. Two patients had one incident of seclusion each occurring in March, one patient had an Incident of seclusion in May and one patient had an incident of Seclusion in June. Three incidents occurred during AM shift and one incident occurred during PM shift, no incidents of Seclusion occurred during the NOC shift. COVID–19 infection control measures were beginning to be lifted or no longer in effect during this review period. This increased patient movement which had a positive impact on reducing seclusion use. The four incidents for the current reporting period are a decrease of five incidents from the nine incidents that occurred in the previous reporting period (July 1, 2020 through December 31, 2020).

## 2.8 Seclusion - Change in Policy or Procedure Narrative:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 2.9 Seclusion – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 3 – Use of Enhanced Observation

**Section 3 – Use of Enhanced Observation Summary Table:**

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| | Formula=(Incidents/Patient Days) * 1000 | 976 | 810 | 773 | 845 | 1145 | 1048 |
| **3** | Use of Enhanced Observation | | | | | | |
| **3.1** | Total number of episodes of 1-1 observation | 2 | 1 | 5 | 3 | 2 | 8 |
| | Rate 3.1 | 2.049 | 1.235 | 6.468 | 3.550 | 1.747 | 7.634 |
| **3.2** | Total hours on 1-1 | 236.750 | 24.667 | 122.600 | 112.333 | 42.850 | 186.017 |
| | Rate 3.2 | 242.572 | 30.453 | 158.603 | 132.939 | 37.424 | 177.497 |
| **3.3** | Average hours on 1-1 | 118.375 | 24.667 | 24.520 | 37.444 | 21.425 | 23.252 |
| | Rate 3.3 | 121.286 | 30.453 | 31.721 | 44.313 | 18.712 | 22.187 |
| **3.4** | Total number of episodes of 2-1 observation | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.4 | 0 | 0 | 0 | 0 | 0 | 0.000 |
| **3.5** | Total hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.5 | 0 | 0 | 0 | 0 | 0 | 0.000 |
| **3.6** | Average hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.6 | 0 | 0 | 0 | 0 | 0 | 0.000 |
| **3.7** | Total number of episodes of Q15 min observation | 1 | 0 | 2 | 1 | 0 | 2 |
| | Rate 3.7 | 1.025 | 0 | 2.587 | 1.183 | 0 | 1.908 |
| **3.8** | Total hours on Q15 min | 46.333 | 0 | 70.567 | 46.333 | 0 | 70.967 |
| | Rate 3.8 | 47.472 | 0 | 91.289 | 54.832 | 0 | 67.716 |
| **3.9** | Average hours on Q15 min | 46.333 | 0 | 35.283 | 46.333 | 0 | 35.483 |
| | Rate 3.9 | 47.472 | 0 | 45.645 | 54.832 | 0 | 33.858 |
| **3.10** | Total number of episodes of line of sight observation | 3 | 0 | 2 | 1 | 0 | 2 |
| | Rate 3.10 | 3.074 | 0 | 2.587 | 1.183 | 0 | 1.908 |
| **3.11** | Total hours on line of sight observation | 311.133 | 0 | 88.350 | 70.433 | 0 | 65.767 |
| | Rate 3.11 | 318.784 | 0 | 114.295 | 83.353 | 0 | 62.754 |
| **3.12** | Average hours on line of sight observation | 103.711 | 0 | 44.175 | 70.433 | 0 | 32.883 |
| | Rate 3.12 | 106.261 | 0 | 57.147 | 83.353 | 0 | 31.377 |

### 3.13 Use of Enhanced Observation by Type and Reason:

| 2021 | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| 3.13 Episodes of Enhanced Observation by **Type and Reason**: | | | | | | |
| 1:1 / LOS - **Medical** | 0 | 0 | 0 | 1 | 0 | 2 |
| 1:1 / LOS - **D**anger **T**o **S**elf | 1 | 1 | 5 | 2 | 0 | 4 |
| 1:1 / LOS - **D**anger **T**o **O**thers | 1 | 0 | 1 | 1 | 0 | 1 |
| 1:1 / LOS - **Other** | 3 | 0 | 1 | 0 | 2 | 3 |
| 2:1 - **Medical** | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - **D**anger **T**o **S**elf | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - **D**anger **T**o **O**thers | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - **Other** | 0 | 0 | 0 | 0 | 0 | 0 |
| Q-15 Minute Obs. – **Medical** | 0 | 0 | 0 | 0 | 0 | 0 |
| Q-15 Minute Obs. – **D**anger **T**o **S**elf | 0 | 0 | 1 | 0 | 0 | 2 |
| Q-15 Minute Obs. – **D**anger **T**o **O**thers | 1 | 0 | 0 | 1 | 0 | 0 |
| Q-15 Minute Obs. – **Other** | 0 | 0 | 1 | 0 | 0 | 0 |

### 3.14 Use of Enhanced Observations Analysis:

There is a total of thirty-five observation episodes in the current period (January 1st, 2021 to June 30th, 2021) compared to forty-four episodes the prior reporting period (July 1st, 2020 to December 31st, 2020) representing a decrease of nine episodes in comparison.

There was no 2:1 observation in the current period nor the prior reporting period.

1:1 intervention comprised the highest frequency of utilization with twenty-one episodes spanning 725.217 hours. Line of sight (LOS) totaled eight episodes and 532.683 hours with no instances during the months of February and May. Q15 comprised the lowest frequency of utilization with six episodes and 234.2 hours with no instances during the months of February and May.

Enhanced Observations are categorized according to patient behavior and/or type of reason. Categories include Danger to Self (DTS), Danger to Others (DTO), Falls Risk, Medical, and Other (Danger from Others (DFO), DTO/DTS, and DTO/DFO). During the current reporting period (January 1st, 2021 to June 30th, 2021), DTS was the most frequent reason utilized for a patient's placement on enhanced observation. DTS applied to a total of sixteen episodes (1:1, Q15 and LOS). DTO was noted as the reason for six episodes (1:1, Q15 and LOS). Medical was

Case 2:90-cv-00520-KJM-SCR   Document 7625-1   Filed 10/14/22   Page 418 of 500

cited as the reason for three episodes (1:1 and LOS). The category of Other was applied to the remaining ten episodes (1:1, Q15, and LOS).

## 3.15 Enhanced Observations - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 3.16 Enhanced Observations – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 4 – Incidents of Aggression

## Section 4 – Incidents (Aggression) Summary Table:

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| | Formula=(Incidents/Patient Days) * 1000 | 976 | 810 | 773 | 845 | 1145 | 1048 |
| 4 | Incident reports | | | | | | |
| 4.1 | Number of incidents of aggressive act to self | 1 | 1 | 1 | 0 | 0 | 2 |
| | Rate 4.1 | 1.02 | 1.23 | 1.29 | 0 | 0 | 1.91 |
| 4.2 | Number of incidents of aggressive act to another patient (physical) | 1 | 0 | 0 | 1 | 0 | 0 |
| | Rate 4.2 | 1.02 | 0 | 0 | 1.18 | 0 | 0 |
| 4.3 | Number of incidents of aggressive act to staff (physical) | 2 | 0 | 2 | 0 | 1 | 1 |
| | Rate 4.3 | 2.05 | 0 | 2.59 | 0 | 0.87 | 0.95 |

## 4.4 Unit Total:

| | Legal Class | Unit | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|---|---|
| DSH-Coalinga | PC2684 | 121 | 3 | 1 | 3 | 1 | 0 | 3 |
| | | 124 | 0 | 0 | 0 | 0 | 1 | 0 |

## 4.5 Total incidents of Aggression Acts by Day of Week:

| Facility Short Name | Legal Class | Year | Month | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|---|---|---|---|
| DSH-C | PC2684 | 2021 | January | 1 | 0 | 0 | 0 | 0 | 2 | 0 |
| | | | February | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| | | | March | 0 | 0 | 0 | 2 | 1 | 0 | 0 |
| | | | April | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| | | | May | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| | | | June | 0 | 0 | 0 | 1 | 1 | 1 | 0 |

## 4.6 Total Incidents of Aggressive Acts by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| Time of Incident | | | | | | |
| AM | 2 | 0 | 1 | 0 | 0 | 3 |
| PM | 1 | 1 | 2 | 1 | 1 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.7 Total Number of Incidents of Aggressive Acts by Time of Incident:

| Time Range | Month | Aggressive Act to Another Patient - Physical | Aggressive Act to Self | Aggressive Act to Staff – Physical |
|---|---|---|---|---|
| 0600-0800 | MAR | 0 | 0 | 1 |
| 0800-1200 | JAN | 1 | 1 | 0 |
| | JUN | 0 | 2 | 1 |
| 1200-1600 | JAN | 0 | 0 | 2 |
| | MAR | 0 | 0 | 1 |
| | APR | 1 | 0 | 0 |
| 1600-1800 | FEB | 0 | 1 | 0 |
| 1800-0000 | MAR | 0 | 1 | 0 |
| | MAY | 0 | 0 | 1 |

## 4.8 Total number of Incidents by Location:

| 2021 | | | | | | |
|---|---|---|---|---|---|---|
| Location | JAN | FED | MAR | APR | MAY | JUNE |
| Bathroom | 0 | 0 | 0 | 1 | 0 | 0 |
| Bedroom | 2 | 1 | 2 | 0 | 0 | 1 |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 1 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 1 | 0 | 1 | 2 |
| Other Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Home Unit Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Unit Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.9 Incidents of Aggression Analysis of data:

There was a total of thirteen aggressive acts during the report period: five Aggressive Act to Self, two Aggressive Act to Another Patient – Physical, and six Aggressive Acts to Staff – Physical. This is a reduction of nearly 50% from the previous review period of July 1, 2020 – December 31, 2020 in which there were 24 aggressive acts. January had the highest frequency of combined aggression with four incidents followed by March and June with three incidents each. February, April, and May each have a single incident of aggression. (Note: There were a total of twelve distinct incidents during the review period. One incident carried a dual category of Aggressive Act to Another Patient – Physical and Aggressive Act to Self, accounting for a total of thirteen aggressive acts.)

COVID–19 infection control measures were beginning to be lifted or no longer in effect during this review period. This increased patient movement which had a positive impact on reducing aggression. There was a decrease in Aggressive Acts to Self. There were six incidents during the previous reporting period (July 1, 2020 to December 31, 2020) and five this reporting period (January 1, 2021 -June 30, 2021). The five incidents are attributed to four unique patients, one of which had two occurrences. One incident required Minor First Aid. The other incidents are listed as No Treatment required.

There were two Aggressive Act to Another Patient – Physical incidents during the reporting period compared to seven incidents from the previous reporting period (July 1, 2020 to December 31, 2020) None of the patients required medical treatment of any kind.

There were six Aggressive Act to Staff – Physical during this reporting period compared to eleven from the previous reporting period (July 1, 2020 to December 31, 2020). One aggressor had two instances of aggression. Three incidents are listed as contact made, the remaining three are listed as contact attempted. One staff victim required Medical Treatment due to the severity of injury, and one staff member received an injury requiring Minor First Aid. The remaining four staff victims did not require medical treatment of any kind. All of the staff victims were unique.

Six incidents occurred on the AM shift, six incidents occurred on the PM shift, and there were zero instances of aggression on NOC shift. The highest frequency of aggression occurred on Wednesday with a total of four incidents, followed by Thursday and Friday with three incidents each. No incidents occurred on Tuesday and Saturday.

Six incidents occurred in bedrooms, four in the hallway, one in the bathroom, and one in the group room. Eleven incidents occurred on Unit 121. One occurred on Unit 124 due to the COVID-19 quarantine policy.

## 4.10 Incidents of Aggression Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |
| | | | |

## 4.11 Incidents of Aggression – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 5 – Incidents (Indecent Exposure)

**Section 5 – Incidents (Indecent Exposure):**

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| | Formula=(Incidents/Patient Days) * 1000 | 976 | 810 | 773 | 845 | 1145 | 1048 |
| 5 | Indecent Exposure | | | | | | |
| 5.1 | Total number of incidents of indecent exposure. | 0 | 0 | 0 | 0 | 0 | 1 |
| | Rate 5.1 | 0 | 0 | 0 | 0 | 0 | 0.954 |

**5.3 Indecent Exposure Incidents by Unit:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.3 # of incidents of indecent exposure | | | | | | |
| Unit 21 | 0 | 0 | 0 | 0 | 0 | 1 |

**5.4 Incidents (Indecent Exposure) by Day of Week:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.4 # of incidents of indecent exposure | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 1 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

**5.5 Indecent Exposure Incidents by Shift:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.5 # of incidents of indecent exposure | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 1 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.6 Indecent Exposure Incidents by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.6 # of incidents of indecent exposure | | | | | | |
| Time of Incident | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 1 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.7 Indecent Exposure Incidents by Location:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 5.7 # of incidents of indecent exposure | | | | | | |
| Location of Incident | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 1 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.8 Incidents (Indecent Exposure) Analysis of data:

During the current reporting period there was one incident of indecent exposure. This single incident occurred in the doorway of the patient's bedroom on the PM shift, patient redirected, and the incident resulted in S1 – No Treatment with an initial response of Patient Education. This incident is an increase of one from the previous reporting period (July 1st, 2020 to December 31st, 2020) which had no incidents of indecent exposure.

## 5.9 Incidents (Indecent Exposure) Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 5.10 Incidents of Indecent Exposure – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None.

| DETAILED REPORT |
| --- |

| SECTION 6 – Incidents of Rules Violations (RVR) |
| --- |

**Section 6 – Incidents of Rules Violations (RVR) Summary Table:**

| Outcome Measure Indicator # | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Formula= (Incidents/Patient Days) * 1000 | 976 | 810 | 773 | 845 | 1145 | 1048 |
| 6 | RVR | | | | | | |
| 6.1 | Number of patients receiving at least one RVR during the month | 1 | 0 | 0 | 0 | 0 | 0 |
| | Rate 6.1 | 1.02 | 0 | 0 | 0 | 0 | 0 |
| 6.2 | Number of patients provided MH Assessments during month per Title 15 and DOM | 1 | 0 | 0 | 0 | 0 | 0 |
| | Rate 6.2 | 1.02 | 0 | 0 | 0 | 0 | 0 |

**6.3 Incidents of RVR Analysis of data:**

There was a total of one Rule Violation Reports (RVR) generated for this reporting period (January 1, 2021 to June 30, 2021) which is a decrease of five, from six RVRs last reporting period (July 1, 2020 – December 31, 2020). A total of one RVR's with Mental Health Assessments (MHA) were completed.

Incidents of Rules Violations for prior reporting periods are as follows:

- July 1, 2020 to December 31, 2020, six episodes
- January 1, 2020 to June 30, 2020, four episodes

**6.4 Incidents of RVR Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
| --- | --- | --- | --- |
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 6.5 Incidents of RVR – Plan for the next review period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None.

| DETAILED REPORT |
|---|

| SECTION 7 – Incidents of Suicide Attempts/Suicide |
|---|

**Section 7 – Incidents of Suicide/Suicide Attempts Summary Table:**

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| | Formula=(Incidents/Patient Days) * 1000 | 976 | 810 | 773 | 845 | 1145 | 1048 |
| 7 | Suicide | | | | | | |
| 7.1 | Number of Suicide attempts | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.2 | Number of Suicides | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.2 | 0 | 0 | 0 | 0 | 0 | 0 |

**7.3 Incidents of Suicide/Suicide Attempts by Unit:**

| Report for Hospital: Months | | | | | | |
|---|---|---|---|---|---|---|
| 7.3 # of incidents of suicide attempts | JAN | FEB | MAR | APR | MAY | JUNE |
| Unit 21- ICF | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.3 # of incidents of suicides | JAN | FEB | MAR | APR | MAY | JUNE |
| Unit 21- ICF | 0 | 0 | 0 | 0 | 0 | 0 |

**7.4 Incidents of Suicide/Suicide Attempts by Day of Week:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 7.4 # of suicide attempts | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4 # of suicides | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.5 Incidents of Suicide/Suicide Attempts by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 7.5 # of suicide attempts | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 # of suicides | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.6 Incidents of Suicide/Suicide Attempts Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 7.6 # of suicide attempts – Time of Incident: | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 # of suicides – Time of Incident: | | | | | | |
| 2400-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

**7.7 Incidents of Suicides/Suicide Attempts Location of Incident:**

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| 7.7 # of suicide attempts – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 # of completed suicides – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

**7.8 Incidents of Suicide/Suicide Attempts Analysis of data:**

During the current reporting period (January 1, 2021 to June 30, 2021) there were no Incidents of Suicide and no Suicide Attempts which is consistent with the previous reporting period (July 1, 2020 to December 31, 2020) which also had no Incidents of Suicide and no Incidents of Suicide Attempt.

**7.9 Incidents of Suicide/Suicide Attempts Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 7.10 Incidents of Suicide/Suicide Attempts - Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Currently working with TIC and Suicide Prevention Committee to review and complete suicide prevention training specifically for Unit 21. This is an on-going process. | In an effort to increase patient safety and enhancing patient treatment, staff will continue to participate in the Suicide Prevention Training required by the Training Department as part of the employees Annual Review Training (ART). |

## **Additional Comments:**

To ensure the Mental Health Assessments are completed in a timely manner, on 1/19/2021, Unit Psychologists, Unit Social Workers and other identified Psychologists and Social Workers were trained how to complete a Mental Health Assessment.

A new group trauma group was developed to provide psychoeducation to the patients regarding trauma and how it can manifest in their lives. The curriculum is currently under review.

| DETAILED REPORT |
| --- |
| SECTION 8 – Medications - Use of Clozaril |

**Section 8 – Use of Clozaril Summary Table:**

| Outcome Measure Indicator # | Months | JAN | FEB | MAR | APR | MAY | JUNE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Formula=(Incidents/Patient Days) * 1000 | 976 | 810 | 773 | 845 | 1145 | 1048 |
| 8 | Use of Clozaril | | | | | | |
| 8.1 | Number of new starts | 1 | 0 | 0 | 0 | 1 | 0 |
| | Rate 8.1 | 1.025 | 0 | 0 | 0 | 0.873 | 0 |
| 8.2 | Number of maintenance / maintained | 0 | 1 | 0 | 3 | 4 | 7 |
| | Rate 8.2 | 0 | 1.235 | 0 | 3.55 | 3.493 | 6.679 |

**8.3 Use of Clozaril Analysis of data:**

- Clozaril was appropriately started and maintained in the 2684 patients.
- Now that admissions and discharges have resumed, Clozaril starts are likely to increase.

**8.4 Use of Clozaril - Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
| --- | --- | --- | --- |
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**8.5 Use of Clozaril - Plan for the Next Review Period:**

| Plan for the next review period | |
| --- | --- |
| Specific change | Expected outcome |
| No change | |
| | |

**Additional Comments:**

The Psychiatrists use Clozaril appropriately and obtain consultation, as needed.

| DETAILED REPORT |
|---|
| SECTION 9 – Medications – Use of Involuntary Medications |

**Section 9 – Use of Involuntary Medications Summary Table:**

| Outcome Measure Indicator # | Months | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|---|
| | Formula=(Incidents/Patient Days) * 1000 | 976 | 810 | 773 | 845 | 1145 | 1048 |
| 9 | Use of Involuntary Medications | | | | | | |
| 9.1 | Number of Stat medications ordered for psych reasons | 11 | 3 | 6 | 7 | 2 | 10 |
| | Rate 9.1 | 11.27 | 3.704 | 7.762 | 8.284 | 1.747 | 9.542 |
| 9.2 | Number of non-formulary drugs prescribed | 2 | 10 | 6 | 14 | 19 | 11 |
| | Rate 9.2 | 2.049 | 12.346 | 7.762 | 16.568 | 16.594 | 10.496 |
| 9.3 | Number of new admits on PC 2602 | 0 | 0 | 0 | 6 | 2 | 1 |
| | Rate 9.3 | 0 | 0 | 0 | 7.100 | 1.746 | 0.95 |
| 9.4 | Number of PC 2602 initiated for current patients | 0 | 0 | 1 | 0 | 0 | 2 |
| | Rate 9.4 | 0 | 0 | 1.293 | 0 | 0 | 1.908 |
| 9.5 | Number of PC 2602 renewed for current patients | 0 | 0 | 0 | 0 | 0 | 1 |
| | Rate 9.5 | 0 | 0 | 0 | 0 | 0 | 0.95 |

**9.6 Use of Involuntary Medications Analysis of data:**

- The need for PC2602 is based upon severity of symptoms and degree of insight a patient has.
- As admissions increase, there may be an increase in PC2602 patients.

**9.7 Involuntary Medications - Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**9.8 Involuntary Medications - Plan for the Next Review Period:**

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| No change | |

## Additional Comments:

None

| DETAILED REPORT |
|---|

| SECTION 10 – Treatment Hours |
|---|

## Section 10 – Treatment Hours Summary Table (per week):

| 10.1 Group Therapy ICF | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| **Core Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient delivered | NA | NA | NA | NA | NA | NA |
| Delivered rate | NA | NA | NA | NA | NA | NA |
| Average number of hours per patient attended | NA | NA | NA | NA | NA | NA |
| Average Rate | NA | NA | NA | NA | NA | NA |
| **Supplemental Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | 40.23 | 48.32 | 47.75 | 49.35 | 53.52 | 52.06 |
| Average number of hours per patient delivered | 40.23 | 48.32 | 48.22 | 49.35 | 53.33 | 51.81 |
| Delivered rate | 100% | 100% | 101% | 100% | 99.65% | 99.52% |
| Average number of hours per patient attended | 6.45 | 6.46 | 8.52 | 4.97 | 6.39 | 6.38 |
| Attended rate | 16.03% | 13.37% | 17.69% | 10.07% | 11.98% | 12.31% |
| **Unscheduled Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | 5.01 | 5.51 | 6.98 | 0.96 | 0.20 | 1.04 |
| Average number of hours per patient delivered | 5 | 5.47 | 6.98 | 0.96 | 0.20 | 1.04 |
| Delivered rate | 99.99% | 99.27% | 100% | 100% | 100% | 100% |
| Average number of hours per patient attended | 4.945 | 5.44 | 6.86 | 0.96 | 0.198 | 1.036 |
| Attended rate | 98.9% | 99.45% | 98.28% | 100% | 99% | 99.6% |

| Individual Therapy – ICF | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|
| # of patients scheduled for individual therapy | N/A | N/A | N/A | N/A | N/A | N/A |
| # of patients delivered individual therapy | 20 | 16 | 18 | 22 | 17 | 10 |
| Rate of patients delivered individual therapy | 20.49 | 19.75 | 23.29 | 26.04 | 14.85 | 9.54 |

## 10.4 Treatment Group Observation Audit Data:

| Questions | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| Question 1: Session starts and ends within five minutes of designated times. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 2: Prior session material is reviewed as relevant. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 3: Equipment is counted and utilized safely. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 4: Co-provider is actively engaged. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 5: The facilitator's style and structure for the group attempts to engage all participants. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 6: Pre-planning is apparent. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 7: Facilitator introduces topics or treatment activities | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 8: Facilitator maintains therapeutic boundaries. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 9: Facilitator demonstrates group management skills. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 10: Facilitator maintains professionalism. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 11: Facilitation of the group allows room for the expression of individual differences and cultural diversity. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 12: Facilitator gives feedback to group participants. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 13: Facilitator identifies and utilizes participant's strengths. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 14: The facilitation of the group and the content of the activities accommodate limitations of the participants. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 15: Facilitator checks for learning. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 16: When asked, facilitator can explain the purpose and the therapeutic benefits of the group. | N/A | N/A | N/A | N/A | N/A | N/A |
| Question 17: Facilitator brings closure to the group. | N/A | N/A | N/A | N/A | N/A | N/A |

## 10.5 DSH Treatment Plan PI Audit:

| Questions | JAN | FEB | MAR | APR | MAY | JUNE |
|---|---|---|---|---|---|---|
| Question 1: The treatment plan was finalized as per policy. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 2: The patient's age is accurately documented. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 3: Treatment outcome expectations based on reason for referral is addressed. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 4: The violence risk assessment is current. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 5: The suicide risk assessment is current. | 100% | 100% | 100% | 50% | 100% | 100% |
| Question 6: Risk factors are identified. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 7: There is a summary of treatment progress including groups taken. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 8: Updated patient progress toward each treatment outcome expectation is documented. | 100% | 100% | 100% | 100% | 100% | 50% |
| Question 9: There is a plan for turning the patient to CDCR. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 10: Focus statements are written for each identified area of treatment. | 100% | 100% | 100% | 100% | 100% | 50% |
| Question 11: Measurable objectives are written for each focus of treatment. | 100% | 100% | 100% | 100% | 100% | 100% |
| Question 12: Objectives have at least one approved intervention. | 100% | 100% | 100% | 100% | 100% | 100% |

## 10.6 Treatment Hours Analysis of data:

For the current reporting period (January 1, 2021 to June 30, 2021), Department of State Hospitals Coalinga (DSH-C) utilized an updated data mining report to extract the treatment group data. Due to the Modified Programing during COVID-19 for the reporting months of January through June, the data for groups was classified as Unscheduled groups and is shown in the table above, as it was done in the previous reporting period.

For the months of January, February, March, the weekly number of hours per patient unscheduled ranged from 5.01 to 6.98. Weekly number of hours per patient delivered fluctuated between 5 to 6.98. Weekly number of hours per patient attended varied from 4.94 to 6.86. For the months April, May and June, the weekly number of hours per patient unscheduled ranged from 0.20 and 1.04, and hours were delivered at 100%. Weekly number of hours per patient attended fluctuated between 0.198 and 1.039.

During this reporting period (January 1, 2021 to June 30, 2021) Supplemental Group hours fluctuated between 40.23 to 53.52, with an average of 48.53 hours scheduled. Weekly number of hours per patient delivered matched the hours scheduled for 100% delivery in the months of January, February, March and April. Weekly number of hours per patient attended fluctuated

between 4.97 and 8.52 with an average attended rate of 6.52 hours per patient per week which is an increase from the last reporting period which had an average attended rate of 2.97 hours per patient per week.

Delivery of individual therapy/1:1 contact increased in comparison to the last reporting period in both patients delivered and rate of delivery. The monthly average patient delivered metric increased from 12.5 patients delivered during the previous report to 17.17 this period. April had the greatest number of patients delivered with 22 as well as the highest rate of delivery 26.04. January had the second highest number of delivered patients with 20, followed by March 18, though the delivery rate for March was higher 23.29 compared to January's rate of 20.49. June had the fewest number of delivered patients and rate with 10 and 9.54 respectively.

## 10.7 Treatment Hours - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 10.8 Treatment Hours - Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None

## DETAILED REPORT

### SECTION 11 – Management Indicators – Staffing Allocations and Vacancies

**Section 11 – Management Indicators (Staffing and Census) Data Staffing Allocations:**

| Program-Wide | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Administration** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Executive Director | | 50 | 1 | 1 | 0 | 0 | |
| Clinical Administrator | | 50 | 1 | 1 | 0 | 0 | |
| Hospital Administrator | | 50 | 1 | 1 | 0 | 0 | |
| Nurse Administrator | | 50 | 1 | 1 | 0 | 0 | |
| Medical Director | | 50 | 1 | 1 | 0 | 0 | |
| Chief of Police | | 50 | 1 | 1 | 0 | 0 | |
| Chief Psychiatry | | 50 | 1 | 1 | 0 | 0 | |
| Program Director | | 50 | 1 | 1 | 0 | 0 | |
| Program Assistant | | 50 | 1 | 1 | 0 | 0 | |
| Nursing Coordinator | | 50 | 1 | 1 | 0 | 0 | |
| **Supervision** | | | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Unit Supervisor | | 50 | 1 | 1 | 0 | 0 | |
| Supervising Psychologist | | 50 | 1 | 1 | 0 | 0 | |
| Supervising Social Worker | | 50 | 1 | 1 | 0 | 0 | |
| Supervising Rehabilitation Therapist | | 50 | 1 | 1 | 0 | 0 | |
| Senior Psychiatrist | | 50 | 1 | 1 | 0 | 0 | |
| **Level of Care (ICF)** | Staffing Ratio | | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Nurse Practitioner | | 50 | 1 | 1 | 0 | 0 | |
| HSS | | 50 | 1 | 1 | 0 | 0 | |
| Sr Psych Tech | 1:08 | 50 | 3 | 3 | 0 | 0 | |
| Registered Nurse | 1:08 | 50 | 7 | 7 | 0 | 0 | |
| Psych Tech | 1:08 | 50 | 30 | 30 | 0 | 0 | |
| **Clinical Staff** | Staffing Ratio | | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Psychiatrist | 1:35 | 50 | 2 | 1 | 0 | 1 | |
| Psychologist | 1:35 | 50 | 2 | 2 | 0 | 0 | |
| Social Worker | 1:35 | 50 | 2 | 2 | 0 | 0 | |
| Rehab Therapist | 1:35 | 50 | 2 | 2 | 0 | 0 | |
| **Hospital Police** | Staffing Ratio | | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Police Sergeant | | 50 | 1 | 1 | 0 | 0 | |
| Police Officer | | 50 | 11 | 11 | 0 | 0 | |

## 11.1 Management Indicators - Analysis of data:

Staffing for nursing and clinical positions has remained consistent in the reporting period. Coverage needs on the unit are provided by the float or overtime process. Any coverage needs at the Program level are provided through the out of class process.

## 11.2 Management Indicators - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |
| | | | |

## 11.3 Management Indicators - Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None.

| DETAILED REPORT |
|---|

| SECTION 12 – Management Indicators – Patient Census |
|---|

## 12.1 Patient Census:

| Legal Class PC2684 | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|
| Average Daily Census | 31.5 | 28.9 | 24.9 | 28.2 | 36.9 | 34.9 |
| Average Length of Stay | 246 | 225 | 295 | 450 | 253 | 239 |
| Median Length of Stay | 246 | 225 | 284 | 448 | 244 | 225 |
| Admissions per month | 0 | 0 | 0 | 21 | 5 | 4 |
| Discharges per month | 2 | 2 | 6 | 6 | 4 | 9 |

## 12.2 Patient Census - Analysis of data:

Due to the Modified Programing during COVID-19 patient movement has begun to increase. There were 30 admissions and 29 discharges this reporting period. This is an increase from the previous reporting period due to COVID–19 infection control measures beginning to be lifted or no longer in effect as CDC and CDPH guidance relaxed due to improvement in community infection rates. However, length of stay was still impacted due to the waiting period prior to discharge being in place throughout most of this review period.

Current reporting period, January 1, 2021 to June 30, 2021: 30 admissions, 29 discharges.

Previous reporting period, July 1, 2020 to December 31, 2020: 19 admissions and 33 discharges.

The Median Length of Stay in this reporting period was 245, which is an increase from 131 last reporting period. The Average Length of Stay in this reporting period was 285 which is an increase from 137 last reporting period.

## 12.3 Patient Census - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |
| | | | |

## 12.4 Patient Census - Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |
| | |

## Additional Comments:

None

END OF REPORT.

Submitted By:

*Brandon Price*
_____
Executive Director

# DEPARTMENT OF STATE HOSPITALS-PATTON
## GOVERNING BODY REPORT
### Coleman - 2684 Report
### Jan 1, 2021 – June 30, 2021

| Table of Contents | | |
|---|---|---|

| | SECTION | PAGE |
|---|---|---|
| DSH QUALITY IMPROVEMENT PLAN | | 2 |
| ABOUT PATTON STATE HOSPITAL | | 2-3 |
| **EXECUTIVE SUMMARY** | | **4-15** |
| Seclusion, Restraint & Enhanced Observation | | 4-6 |
| Incidents | | 7-9 |
| Medications | | 10-12 |
| Treatment Hours | | 13-14 |
| Management Indicators | | 15 |
| **DETAILED REPORT** | | **16-50** |
| Use of Restraints | Section 1 | 16-18 |
| Use of Seclusion | Section 2 | 19-21 |
| Use of Enhanced Observation | Section 3 | 22-25 |
| Incidents – Aggression | Section 4 | 26-31 |
| Incidents – Indecent Exposure | Section 5 | 32-34 |
| Incidents – Rules Violation (RVR) | Section 6 | 35 |
| Incidents – Suicide Attempts/Suicides | Section 7 | 36-39 |
| Medication – Use of Clozaril | Section 8 | 40 |
| Medication – Use of Involuntary Medication | Section 9 | 41-42 |
| Treatment Hours | Section 10 | 43-47 |
| Management Indicators – Staffing and Patient Census | Section 11 | 48-50 |
| **SIGNATURE PAGE** | | **50** |

## Quality Improvement Plan

The purpose of the Quality Improvement Program (QIP) is to ensure the safety of, preserve the rights of, and continuously improve and evaluate the quality of therapeutic and rehabilitation services provided.  DSH Policy Directive 9000 Quality Improvement Program describes strategies, processes, tools, and a governance structure that hospitals use to plan, prioritize, develop, implement and evaluate quality improvement initiatives and sustain improvement.

The QIP aims to assess, improve and monitor the quality of patient care. Department of State Hospitals maintains an ongoing QIP based on objective data that describe performance improvement, quality assurance, clinical risk management, clinical outcomes, incident management and regulatory compliance activities.  The QIP is administered and supported by standardized committee functions, documentation, and reporting processes.

The Model for QIP starts with defining the problem, then moves to identifying the solution, followed by implementing the solution, and finally to assess for the desired outcome.

The Governing Body shall, in the exercise of its overall responsibility, assign to the Executive Director, as a representative of the Governing Body, reasonable authority to develop a plan and implement mechanisms to assess and improve the quality of the DSH facility's governance, management, clinical and support processes, and to ensure the provision of patient care. The quality improvement plans shall be updated at least annually and submitted to the Governing Body for review and approval.

## About Patton State Hospital

DSH-Patton (DSH-P) provides ICF psychiatric care to CDCR inmate-patients under the terms of a memorandum of understanding (MOU) with CDCR and in accordance with Coleman court orders. Currently there are a total of 30 beds designated as PC 2684 beds for patient care.  At DSH-P, Program IV provides care for the PC 2684 patients.

The MOU and joint policies define the process of referral of PC 2684 patients, the acceptance process to DSH-P, and the discharge process of PC 2684 patients to either parole or return to CDCR.  All ICF PC 2684 referrals are sent to DSH-P's forensic service, which serves as the admission and discharge coordinator.  The medical director reviews all transfer packets and approves them for admission to DSH-P.  It is a priority to identify those patients appropriate for the least restrictive housing alternative for admission to DSH-P.

All PC 2684 patients receive a medical history and physical, a psychiatric assessment, a psychological admission assessment (with risk assessments for danger to self and danger to others), a social work assessment, and a rehabilitation therapy assessment.  The medical and psychiatric assessments must be completed in less than twenty-four hours.  An initial nursing assessment is completed in eight hours or less.

The ICF 2684 treatment units have multidisciplinary teams (psychiatrist, psychologist, social worker, rehabilitation therapist, and level of care staff).  Individualized treatment plans address each patient's reason for referral and the expected treatment goals.  Treatment modalities include individual therapy and group therapy (e.g. substance abuse treatment, CBT, DBT,

medication and symptom management, and others). Psychiatric sick call for the management of urgent conditions is held seven days a week on all ICF units. PC 2684 patients receive medical care from DSH-P physicians and surgeons. Medical sick call is held every day, seven days a week on all ICF treatment units.

Forensic Services hired an UM coordinator that began in April 2021. This position is responsible for conducting systemic continued stay reviews for the patients here under Coleman. This position is also responsible for preparing summaries of the Utilization Management goals as recommended for DSH-Patton's patients' best interest.

## EXECUTIVE SUMMARY

### Seclusion, Restraints & Enhanced Observations

**Executive Summary**:

DSH-Patton utilizes behavioral seclusion or restraint only to ensure the safety of patients, staff, or visitors when the use of less intrusive measures pose a greater risk of injury, primarily during a psychiatric emergency.  While PC 2684 patients had a total of 32 incidents during the review period of January 1, 2021 – June 30, 2021, which included 15 incidents of aggression, only 2 incidents resulted in use of restraint. Staff were able to utilize less restrictive measures, like enhanced observation, to reduce risk and prevent harm which is reflected in the totals for enhanced observation. Of the 15 instances of 1:1 observation during the review period, 11 were for Danger to Self (DTS), 2 were for Danger to Others (DTO), and 2 were for Danger to Others and Self (DTO/DTS). The remaining (17) were for Medical Observation.

**Use of Restraints:**

Five-point Restraint is the application of belts and cuffs to the patient's wrists, ankles and waist, including a waist belt that is fastened to a room designated for full bed restraints.  Belts and Cuffs, also known as wrist-to-waist restraints are any combination of restraints fastened around the patient's wrists, waist and/or ankles in order to limit the range of motion of arms and legs.  Seclusion and restraint are not used as punishment, retaliation, or for the convenience of staff.

**Analysis:**

- Use of restraint hours in the in the current reporting period has shown substantial decrease compared to the previous reporting period (July to December 2020); in the current reporting period there were only (3) restraint hours compare to (135) restraint hours in the previous reporting period.

- Total number of restraint episodes decreased from 4 incidents in the previous reporting period to 2 in the current reporting period, a 50% decrease.

- Two unique patients had one episode each. Patient "A" had one episode in January for (2.08 hours), and patient "B" had one episode in February for (0.88 hours) Both Patient A and B were placed in restraints for as little time as possible until they were able to modulate their behavior appropriately without harm to themselves or others. There were no restraint episodes from March through June.

- Total hours decreased by 97.78% in the current reporting period. Clinically, there is a goal of the least use of restraints as an intervening measure. Because of individual patient variability and responses to pharmacotherapy and other therapeutic interventions, it follows there can also be a wide range in clinical interventions employed. During the last reporting period, the amount of hours in restraint were attributable to a few unique patients who may have had more treatment-resistant psychopathology and were also unavoidably placed in a different unit due to adherence with COVID-containment procedures thereby also having units and providers who were not as familiar with the patients along with the added variable of

transitioning in multiple units as they were admitted. These variations are often magnified with the small number of patients in this population being assessed.

- There were 2,095 Patient Days in the current reporting period, compared to 1,434 in the previous reporting period, which represents a 46.09% increase.

**Recommendations:**

- Continue to strive to prevent, reduce or eliminate the need for the use of restraint through clinicians providing increased individual counseling and creating behavioral guidelines/behavioral plans for those patients with an increase in seclusion or restraints to help reduce the need for such treatment measures.
- Treatment teams will continue to review patients' behavior related to their current medications and make necessary changes.

**Use of Seclusion:**

Seclusion is the involuntary confinement of a patient alone in a room or an area from which the patient is physically prevented from leaving. Seclusion within the State Hospital requires a physician order.  Seclusion also does not describe "time-out" strategies, wherein a patient agrees to remain in an unlocked room or area and maintains the choice to leave.

**Analysis:**

- There were zero episodes of seclusion during this reporting period, which is consistent with the last reporting period with no episodes of seclusion.

**Recommendations:**

- To maintain no use of seclusion, treatment teams will review patients' behavior related to their current medications and make necessary changes.

**Use of Enhanced Observations:**

One-to-one, two-to-one, line of sight, and Q15 minute checks are all considered types of enhanced observation.

**Analysis:**

- A total of 6 patients were placed on enhanced observation (E.O.) for this reporting period totaling approximately 4,414 hours and 32 episodes compared to 8 patients, for 3,550 hours and 18 episodes in the last reporting period.
- Both the Enhanced Observation hours and the number of Enhanced Observation Episodes increased in the current reporting period by approximately 864 hours (24.34% increase) and 14 episodes (77.77% increase) in the current reporting period.
- Of the 32 episodes, 18 can be attributed to one unique patient, while the remaining 14 episodes represent the remaining 5 patients.

**Recommendations**:

- Enhanced observation will continue to be evaluated as clinically recommended.
- Continued adherence and evaluation of patient treatment plans to reduce enhanced observation hours.

## EXECUTIVE SUMMARY

### Incidents

**Executive Summary**:

Aggression to self continues to be the predominate type of aggression for the PC 2684 patients at DSH-Patton. There were nine incidents of aggression to self during the reporting period compared to six incidents in the previous reporting period. The increase in incidents of aggression to self is 33%. The patient days also increased from 1763 days in the previous reporting period to 2095 patient days in the current reporting period. The increase in patient days is approximately 18.8%. There were two incidents of aggression to staff and there were three incidents of aggression to peers. Throughout the reporting period there were no incidents of indecent exposure and no completed suicides; however, a DSH-Patton PC 2684 patient had two suicide attempts.  Overall, five different patients were responsible for all 14 incidents.

**Aggressive act to self:**  Self-inflicted injuries without suicidal intent.

**Analysis:**
While every attempt to made to prevent aggressive acts to self, there were a total of nine incidents of aggression to self during the reporting period.  Four different patients were responsible for the nine incidents of aggression to self. No injuries were sustained in three of the aggressive acts to self, minor first aid was needed in five incidents, and one incident required medical treatment. Patient-specific factors appear to be contributing to the increase.

**Recommendations:**
- Continue to analyze future incidents of aggression to self by patient, time of incident, location, and method.
- Continue to improve shift to shift communication to alert staff when a patient has had a change in baseline behaviors.
- Review each patient's treatment plan following an incident to determine if modifications need to be made to prevent future incidents.

**Aggressive act to another patient (physical):**  Hitting, pushing, kicking or similar acts directed against another patient to cause potential or actual injury.

**Analysis:**
Three aggressive acts to peers occurred during this reporting period compared to no incidents in the previous reporting period. Two patients were responsible for the three aggressive acts to peers. The incidents required no treatment or minor first aid.

**Recommendations:**

- Continue to analyze future incidents of aggression to another patient by patient, time of incident, location, and method.
- Continue to improve shift to shift communication to alert staff when a patient has had a change in baseline behaviors.

- Review each patient's treatment plan following an incident to determine if modifications need to be made to prevent future incidents.

**Aggressive act to staff (physical):**  Hitting, pushing, kicking or similar acts directed against staff to cause potential or actual injury.

**Analysis:**
Two incidents of aggression toward staff occurred during the reporting period.  Two different patients were responsible for the aggression toward staff. No medical treatment was required in either case.

**Recommendations:**

- Continue to analyze future incidents of aggression to staff by patient, time of incident, location, and method.
- Continue to improve shift to shift communication to alert staff when a patient has had a change in baseline behaviors.
- Review each patient's treatment plan following an incident to determine if modifications need to be made to prevent future incidents

**Other:**  Inappropriate Sexual Behavior (i.e. indecent exposure, public masturbation, etc.)

**Analysis:**
No incidents of inappropriate sexual behavior occurred during this reporting period.

**Recommendations:**

- Continue to encourage patients to maintain a milieu that is free of inappropriate sexual behavior.

**Suicide:**  A self-inflicted injury resulting in death.

**Analysis:**

No completed suicides occurred during the reporting period.

**Recommendations:**

- Continue to assure that all staff are trained annually in Suicide Prevention. All new Psychologists will be trained on the Columbia Suicide Severity Rating Scale (C-SSRS).

- Continue to assure that suicide risk assessments are completed within established timeframes and as clinically indicated.

- Continue to assure the environment is safe and free from hazards including the monitoring of high-risk ligature points.

**Suicide attempt:**  Self-inflicted injuries or ingestion of foreign bodies or potentially toxic substances with suicidal intent or with a potentially lethal outcome.

**Analysis:**

Two suicide attempts occurred during the reporting period.  It is noted that the same patient attempted suicide twice in the same day.  The initial incident was not seen or reported to staff until after the second incident was documented.  No medical treatment was needed in either incident.

**Recommendations:**

- Continue to analyze future suicide attempts by patient, time of incident, location, and method.

- Continue to assure that all staff are trained annually in Suicide Prevention. All new Psychologists will be trained on the Columbia Suicide Severity Rating Scale (C-SSRS).

- Continue to assure that suicide risk assessments are completed within established timeframes and as clinically indicated.

- Continue to assure the environment is safe and free from hazards including the monitoring of high-risk ligature points.

## EXECUTIVE SUMMARY

### Medication

**Involuntary Use of Medication (Emergency & Non-Emergency)**

**Executive Summary**:

Data for medications during this reporting period revealed a comparable pattern of use compared to other previous reporting periods in which there was no pause on admissions and discharges. When compared to other similar data reporting periods, this reporting period reveals that the number of STAT medication orders closely follows the period of new PC 2684 admissions, rising when patients are newly arrived and then falling as DSH-Patton's therapeutic interventions (pharmacologic and non-pharmacologic) help patients achieve significant symptom improvement. As would be expected for a patient population with complex and treatment resistant disorders, stabilization sometimes involved initiation and maintenance of Clozapine, our gold-standard medication for treatment-resistant schizophrenia, treatment-resistant mania, suicidality, and aggression.

Although admissions and discharges resumed from the pandemic-pause in most of 2020, there was an overall decrease in the unit census as a whole and a change in the composition of unit commitment types because of adherence to pandemic mitigating processes in place. A final caveat is, historically, there is a smaller total census of PC 2684 patients at DSH-Patton; as a result, outlier effects from one or two patients who may have more treatment-resistant psychopathology sometimes can skew the overall data.

**Involuntary Use of Medication (Emergency & Non-Emergency):**

Ordered and administered STAT medications.

**Analysis:**

The decreased number of STAT medications in this reporting period (compared to most comparable prior reporting periods) may reflect the overall pandemic-related processes that decreased transfers of all patients to DSH-Patton related to pandemic-mitigating measures. Thus, the census of all patients at DSH-Patton in this most recent reporting period are composed generally of more patients who had been treated at DSH-Patton long enough to require fewer emergency medications and thus help decrease the overall volatility of a unit that could contribute to lower use of STAT medications overall.

**Recommendations:**

Continue monitoring use of STAT medications in order to assess whether adjustments can be made to scheduled medication regimens and non-pharmacological interventions to more rapidly and thoroughly optimize treatment. As the pandemic-related pauses in admission of new patients resolve, resumption of a fuller census will make analysis of this data more meaningful.

**Clozaril:**

Patients started and maintained on Clozaril.

**Analysis:**

In total, there were 2 patients who were newly started on Clozapine during March 2021, and no other new initiations of Clozapine through the remainder of this reporting period. There were 2 patients total maintained on Clozapine in this reporting period, which is on par with the prior reporting period. This is a small number of Clozapine-treated patients for a patient population with complex and treatment-resistant disorders, in which stabilization frequently requires the initiation and maintenance of Clozapine, our gold-standard medication for treatment-resistant schizophrenia, treatment-resistant mania, suicidality, and aggression. A consideration for this may be that augmenting strategies like Electroconvulsive Therapy and robustly addressing mitigating psychosocial factors are employed in conjunction with other treatment strategies. Further, patients are often reluctant or refuse initiation of Clozapine for many reasons, including side effects or intolerance or incompatibility of the medication with the patient.

With new admissions reduced overall because of the pandemic-related mitigating measures and a larger mix of commitment types, including longer-term commitment codes, it is possible that this change in patient population along with a decrease in census have contributed to overall unit stability to help decrease the volatility of the unit and also made it less likely to utilize Clozapine.

**Recommendations:**

It is recommended to continue providing education and supervision regarding Clozapine use in appropriate patients. The most dangerous adverse effects associated with Clozapine treatment include gastrointestinal-related side effects, and rarely neutropenia (fall in white blood cell count) or cardiac side effects such as myocarditis (an uncommon risk within the first two months of treatment). Patients treated with Clozapine should continue to undergo close monitoring, especially in at-risk patients. DSH-Patton continues to monitor blood cell counts per national guidelines, and monitors baseline cardiac functioning, as well as cardiac symptoms in the first two months of treatment. Gastrointestinal-related side effects associated with Clozapine are monitored by close recording of bowel movement frequency, as well as use of preventive bowel regimen medications, while also minimizing the use of other strongly anticholinergic medications

**Use of Non-Formulary Medication:**

Patients prescribed non-formulary medications.

**Analysis:**

The period monitored showed a range of 30 to 35 monthly nonformulary medications on average used for the PC 2684 patients. Data reflects newly started nonformulary medications, as well as maintained nonformulary medications carried month after month. These nonformulary medications likely imply greater cost compared to use of formulary medications, as well as greater susceptibility to increases in drug prices secondary to shortages; however, the nonformulary process allows for consideration of both clinical need and additional cost. Although nonformulary medication use increased, it is likely that a more optimal treatment regimen was required to optimize the outcome of the patient. With the psychiatric population being treated, chronic pain and somatization are often concomitant diagnoses. Medications to address this often tend to be non-formulary medications after exhausting the typical treatment algorithm for these illnesses.

Many psychotropic medications cause constipation and there tends to be an inconsistent outcome with the first-line medications in this population because of polypharmacy, inconsistent of medication use, change in medications etc. Thus, because of the lack of tolerance or efficacy in treatment options, the most effective way to address these more complex medical and psychiatric issues is often with the more consistently tolerated non-formulary medications.

Although the general population is sensitive to an anticholinergic burden from medication use, this population is even more prone to problems with this because of the polypharmacy often utilized in more treatment-resistant psychopathologies. This population with more treatment-resistant psychopathologies are also at a higher risk of insomnia problems. The change in the environment often will trigger insomnia or a further psychiatric decompensation. To decrease the anticholinergic load exposure in these patient(s) and treat common ailments like insomnia, non-formulary medications are often employed because of failure to first-line agents and the non-formulary medications are often with a greater likelihood of efficacy in this population. Non-formulary medications often have greater upfront cost but at a lesser long-term cost because of a more substantial benefit on health directly linked with likely less frequently used higher-cost resources like hospitalization and thus decreasing the overall healthcare burden.

**Recommendations:**

- Continue providing clinically appropriate recommendations for formulary medications while factoring the benefits versus costs of nonformulary medications.
- Continue DSH-P's excellent process for requesting and approving non-formulary medications.

## EXECUTIVE SUMMARY

### Treatment Hours

**Executive Summary:**

DSH-P identifies group and individual therapy, supplemental activities (opportunity/leisure based), vocational assignments, academic education, religious services and self-help programs such as NA and AA as part of the overall hospital treatment delivery program. Treatment interventions have been individually designed, and sometimes commitment focused, to assist patients in meeting their discharge criteria. Although DSH-P utilizes group treatment as the primary treatment modality, individual therapy is also provided to help meet patients' treatment objectives. Individual Therapy is also considered when the treatment team determines it is warranted, and resources are available. Due to the high acuity of the 2684 population, crisis intervention is frequently needed and often essential to the progress and success of this patient population. Quality improvement initiatives continue to be implemented during this review period to help increase scheduled, delivered, and attended group hours.

**Summary of Treatment Hours:** Treatment hours include all treatment (e.g. core groups supplemental groups and individual therapy) for this reporting period. Core groups are active treatment that is specifically geared towards a patients focus/objective. Supplemental groups are open to all patients and are not geared toward a specific focus/objective of treatment. Due to COVID, during the months of January-March unscheduled rosters were utilized to capture all treatment provided. During the month of April, we reimplemented scheduled rosters and continued to use the unscheduled treatment rosters to capture all treatment hours.

**Definitions:**

**Core Group Hours** – hours that the patients are scheduled to attend active treatment groups based on treatment team recommendations. Core Group Hours encompasses all of the scheduled treatment groups regardless of where held or who facilitates them. These are treatment plan driven and often commitment focused. The data is currently tracked in the WaRMSS MAPP system.

**Supplemental Group Hours** – hours of structured activity that the patients choose to attend. Supplemental Group Hours are offered on units and program-wide to all patients in that location. The purpose is to offer diverse, healthy, self-determination opportunities for quality of life improvement.

**Individual Therapy** – one-to-one clinician to patient therapy not pre-scheduled by the treatment team. Individual Therapy is not scheduled in the WaRMSS MAPP system but is tracked in the Supplemental Module of WaRMSS which allows the attendance to be tracked in small time increments as needed.

**Scheduled Individual Therapy** – Individual Coaching offered as a part of DBT. This is scheduled and tracked in WaRMSS MAPP as such, it is already included in the Core Group Hours.

**Analysis:**

During the current reporting period January 1, 2021 – June 30, 2021, there continued to be a variation in core treatment hours due to the COVID-19 pandemic protocols. We have identified several factors that have impacted our data during the months of January through March and April through June. For the months of January through March, the hospital continued to follow the guidelines identified in our previous report in order to manage the spread of COVID-19 (i.e. Isolation units, AOU's units, Quarantine units, and modified treatment guidelines).  Two significant factors that impacted our data for the months of April through June included the availability of vaccinations for both patients and staff as well as the overall decrease of COVID-19 cases. This resulted in increased treatment availability for our patients. The reimplementation of using schedule treatment rosters enhanced the ability to capture all treatment data. These variables had a positive impact on the data with an increase in treatment hours.

**Recommendations:**

- Continue to implement the "Core Treatment Schedule"

- Continue to monitor enrollment, delivery and attendance.

- Continue to utilize core treatment scheduling to increase enrollment in group therapy, consistent with social distancing guidelines.

- Continue to evaluate use of unstructured rosters to capture supplemental and clinical contact hours and make adjustments as needed.

- Continue to evaluate the access to off unit treatment as the COVID-19 protocols change.

## EXECUTIVE SUMMARY

### Management Indicators

**Executive Summary**:

**Staffing, admissions, discharges and length of stay.**

**Analysis:**

Unit 33 staffing ratio is 1:8 (AM/PM) and 1:16 (NOC) shift. The unit typically has an established minimum coverage scheme of 6 level of care staff for AM/PM and 3 level of care on NOC shift. The clinical staffing ratio is 1:35. Though the staffing requirements are established as stated, our actual delivered staffing may exceed these ratios for both nursing and clinical staff, as staffing permits.

**Recommendations:**

There are no recommendations during this reporting period.

| DETAILED REPORT |
|---|

| SECTION 1 – Use of Restraints |
|---|

## Section 1 – Use of Restraints Summary Table:

| Outcome Measure Indicator # | Patient days: | 354 | 355 | 367 | 355 | 377 | 287 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Jan | Feb | Mar | April | May | June |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 1 | Use of restraints | | | | | | |
| 1.1 | Number of restraint episodes | 1 | 1 | 0 | 0 | 0 | 0 |
| | Rate 1.1 | 3.10 | 3.06 | 0 | 0 | 0 | 0 |
| 1.2 | Total hours in restraint | 2.08 | 0.88 | 0 | 0 | 0 | 0 |
| | Rate 1.2 | 6.45 | 2.70 | 0 | 0 | 0 | 0 |
| 1.3 | Average time in restraints | 2.08 | 0.88 | 0 | 0 | 0 | 0 |
| | Rate 1.3 | 6.44 | 2.70 | 0 | 0 | 0 | 0 |

## 1.4 Use of Restraints – # of Restraints Initiated by Day of Week:

| Report for Hospital: Months | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| 1.4 Use of restraints by Day of Week: | | | | | | |
| Sunday | 1 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 1 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 1.5 Use of Restraints – # of Restraints Initiated by Shift:

| Report for Hospital: Months | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| 1.5 Use of Restraints by Shift: | | | | | | |
| AM | 0 | 1 | 0 | 0 | 0 | 0 |
| PM | 1 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 1.6 Use of Restraints – DSH 2684 Restraint Monitoring Tool:

| Restraint & Seclusion Audit | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all restraint types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | Jan | Feb | Mar | April | May | June |
| 1.6 Use of Restraints % Compliance | | | | | | |
| Question #1: Restraint was used in a documented manner. | 100% | 100% | N/A | N/A | N/A | N/A |
| Question #2: The Interdisciplinary note described specific behavior that was imminently dangerous to self or others. | 100% | 100% | N/A | N/A | N/A | N/A |
| Question #3: Restraints are used only after a hierarchy of less restrictive measures has | 100% | 100% | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| been considered in a clinically justifiable manner or exhausted. | | | | | | |
| **Question #4**: The Interdisciplinary note described specific, less-restrictive interventions that were tried prior to the use of restraints or there is a clinical justification when less-restrictive interventions were not used. | 100% | 100% | N/A | N/A | N/A | N/A |
| **Question #5**: Restraints are not used in the absence of, or as an alternative to active treatment. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #6**: There is a Focus of Hospitalization that targets the behavior that required the patient to be paced in restraints. | 100% | 100% | N/A | N/A | N/A | N/A |
| **Question #7**: Restraints are terminated as soon as the patient is no longer in imminent danger to self or others. | 100% | 100% | N/A | N/A | N/A | N/A |
| **Question #8**: The patient was released from restraints as soon as the violent or dangerous behavior that created the emergency was no longer displayed or met the release criteria as documented in the physician's order. | 100% | 100% | N/A | N/A | N/A | N/A |
| **Question #9**: The physician conducted an assessment of the patient within one hour of being placed in restraints. | 100% | 100% | N/A | N/A | N/A | N/A |
| **Question #10**: The physicians order for restraints was obtained within 15 minutes of the patient being placed in restraints. | 100% | 100% | N/A | N/A | N/A | N/A |
| **Question #11**: A Registered Nurse initiated an assessment of the patient within 15 minutes of the application of restraints and that assessment was documented in the interdisciplinary notes. | 100% | 100% | N/A | N/A | N/A | N/A |
| **Question #12**: The Physician conducted a face-to-face evaluation of the patient in restraints within one hour from the initiation of restraints and that evaluation was documented in the physician progress notes. | 100% | 100% | N/A | N/A | N/A | N/A |

## 1.7 Use of Restraints Analysis:

Use of restraint hours have shown a substantial reduction in the current reporting period compared to the last reporting period. While the number of patients in restraint remained the same, (2) for the current and previous reporting period, the significant difference is in that total number of restraint hours. In the current reporting period two patients accumulated (3) hours compared to (135) hours in the previous reporting period, a 97.78% reduction.

## Six Month Restraint Hours Analysis with both patients:

| | Jan | Feb | Mar | April | May | June | **Total** |
|---|---|---|---|---|---|---|---|
| | Restraint Hours | | | | | | |
| Patient # 1 | 2.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **2.08** |
| Patient # 2 | 0.00 | 0.88 | 0.00 | 0.00 | 0.00 | 0.00 | **0.88** |
| *Total* | 2.08 | 0.88 | 0 | 0 | 0 | 0 | 2.96 |
| | | | | | | | |
| | Restraint Episodes | | | | | | |

| | Jan | Feb | Mar | April | May | June | **Total** |
|---|---|---|---|---|---|---|---|
| Patient # 1 | 1 | 0 | 0 | 0 | 0 | 0 | **1** |
| Patient # 2 | 0 | 1 | 0 | 0 | 0 | 0 | **1** |
| *Total* | 1 | 1 | 0 | 0 | 0 | 0 | **2** |

Total restraint hours:  3.00

Patient # 1 with 1 episode contributed 2.08 hours, which amounts to approximately 69.33% of the total hours

Patient # 2 with 1 episode contributed 0.88 hours, which amounts to approximately 29.33% of the total hours

The substantial reduction in restraint hours is likely due to a small number of patients who can skew the data heavily in any given reporting period. In this reporting period, it appeared that most of the patients were able to be treated with a lower level of enhanced observation. Most of the patients were also present for a longer period and allowed for more stability overall. In these two restraint events, one patient was off the assigned home unit due to adherence to COVID-19 admission guidelines and the other was a more psychologically fragile case in her initial period of admission. The small population size lends to an easier skewing of the data in either direction. The overall pattern is that restraint-use tends to happen more in the initial period of an admission when the patient has not yet had the advantage of time to allow medication and other treatment modalities to help stabilize their mental health.

## 1.8 Use of Restraints - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to Policy or Procedures | | | |

## 1.9 Use of Restraints – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Hospital will continue to track and trend Restraint data to determine plans for improvement. | Restraint use and hours will be kept to a minimum. |

## Additional Comments:

| DETAILED REPORT |
|---|
| SECTION 2 – Use of Seclusion |

## Section 2 – Use of Seclusion Summary Table:

| Outcome Measure Indicator # | **Patient days:** | 354 | 355 | 367 | 355 | 377 | 287 |
|---|---|---|---|---|---|---|---|
| | **Report for Hospital: Months** | Jan | Feb | Mar | April | May | June |
| | **Formula= (Incidents/Patient Days) * 1000** | | | | | | |
| **2** | **Use of seclusion** | | | | | | |
| **2.1** | Number of seclusion episodes | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 2.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| **2.2** | Total hours in seclusion | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 2.2 | 0 | 0 | 0 | 0 | 0 | 0 |
| **2.3** | Average time in seclusion | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 2.3 | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.4 Use of Seclusion – # of seclusion episodes initiated By Day of Week:

| SCD Restraint & Seclusion REV 2015 0 | | | | | | |
|---|---|---|---|---|---|---|
| (100% of all seclusion types for 2684 and 2684A) | | | | | | |
| Report for Hospital: Months | Jan | Feb | Mar | April | May | June |
| 2.4 Use of seclusion by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.5 Use of Seclusion – # of Seclusion episodes Initiated by Shift:

| Report for Hospital: Months | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| 2.5 Use of Seclusion by Shift: | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 2.6 Use of Seclusion – DSH 2684 Seclusion Monitoring Tool:

| Report for Hospital: Months | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| 2.6 Use of Seclusion % Compliance | % | % | % | % | % | % |
| **Question #1**: Seclusion was used in a documented manner. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #2**: The Interdisciplinary note described specific behavior that was imminently dangerous to self or others. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #3**: Seclusion are used only after a hierarchy of less restrictive measures has | N/A | N/A | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| been considered in a clinically justifiable manner or exhausted. | | | | | | |
| **Question #4**: The Interdisciplinary note described specific, less-restrictive interventions that were tried prior to the use of seclusion or there is a clinical justification when less-restrictive interventions were not used. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #5**: Seclusion is not used in the absence of, or as an alternative to active treatment. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #6**: There is a Focus of Hospitalization that targets the behavior that required the patient to be paced in seclusion. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #7**: Seclusion are terminated as soon as the patient is no longer in imminent danger to self or others. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #8**: The patient was released from seclusion as soon as the violent or dangerous behavior that created the emergency was no longer displayed or met the release criteria as documented in the physician's order. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #9**: The physician conducted an assessment of the patient within one hour of being placed in seclusion. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #10**: The physicians order for seclusion was obtained within 15 minutes of the patient being placed in seclusion. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #11**: A Registered Nurse initiated an assessment of the patient within 15 minutes of the application of seclusion and that assessment was documented in the interdisciplinary notes. | N/A | N/A | N/A | N/A | N/A | N/A |
| **Question #12**: The Physician conducted a face-to-face evaluation of the patient in seclusion within one hour from the initiation of seclusion and that evaluation was documented in the physician progress notes. | N/A | N/A | N/A | N/A | N/A | N/A |

## 2.7 Use of Seclusion Analysis:

There were zero episodes of seclusion during this reporting period, which is consistent with the last reporting period with no episodes of seclusion.

## 2.8 Seclusion - Change in Policy or Procedure Narrative:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to Policy or Procedures. | | | |

## 2.9 Seclusion – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Hospital will continue to track and trend Seclusion and Restraint data to determine plans for improvement. | |

**<u>Additional Comments</u>**:

## DETAILED REPORT

### SECTION 3 – Use of Enhanced Observation

## Section 3 – Use of Enhanced Observation Summary Table:

| Outcome Measure Indicator # | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | Patient days: | 354 | 355 | 367 | 355 | 377 | 287 | **2,095** |
| | Formula= (Incidents/Patient Days) * 1000 | Jan | Feb | Mar | April | May | June | |
| | Use of Enhanced Observation | | | | | | | |
| 3 | Use of Enhanced Observation | | | | | | | |
| 3.1 | Total number of episodes of 1-1 observation | 6 | 4 | 4 | 1 | 5 | 12 | 32 |
| | Rate 3.1 | 16.95 | 11.27 | 10.90 | 2.82 | 13.26 | 41.81 | |
| 3.2 | Total hours on 1-1 | 1,146.63 | 1,787.50 | 848.48 | 185.70 | 57.92 | 388.07 | 4,414.30 |
| | Rate 3.2 | 3239.07 | 5035.21 | 2311.93 | 523.10 | 153.63 | 1352.16 | |
| 3.3 | Average hours on 1-1 | 191.11 | 446.88 | 212.12 | 185.70 | 11.58 | 32.34 | 1,079.72 |
| | Rate 3.3 | 539.84 | 1258.80 | 577.98 | 523.10 | 30.73 | 112.68 | |
| 3.4 | Total number of episodes of 2-1 observation | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.5 | Total hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.6 | Average hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 3.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.7 | Total number of episodes of Q15 min observation | - | - | - | - | - | - | - |
| | Rate 3.7 | - | - | - | - | - | - | - |
| 3.8 | Total hours on Q15 min | - | - | - | - | - | - | - |
| | Rate 3.8 | - | - | - | - | - | - | - |
| 3.9 | Average hours on Q15 min | - | - | - | - | - | - | - |
| | Rate 3.9 | - | - | - | - | - | - | - |
| 3.10 | Total number of episodes of line of sight observation | - | - | - | - | - | - | - |
| | Rate 3.10 | - | - | - | - | - | - | - |
| 3.11 | Total hours in line of sight observation | - | - | - | - | - | - | - |
| | Rate 3.11 | - | - | - | - | - | - | - |
| 3.12 | Average hours in line of sight observation | - | - | - | - | - | - | - |
| | Rate 3.12 | - | - | - | - | - | - | - |

## 3.13 Use of Enhanced Observation by Type and Reason:

| Report for Hospital: Months | | Jan | Feb | Mar | April | May | June | **TOTAL** |
|---|---|---|---|---|---|---|---|---|

| 3.13 Episodes of Enhanced Observation by Type and Reason: | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1:1 / LOS – Medical | 2 | 0 | 0 | 0 | 5 | 10 | 17 |
| 1:1 / LOS - Danger to Self | 3 | 2 | 3 | 1 | 0 | 2 | 11 |
| 1:1 / LOS - Danger to Others | 1 | 1 | 0 | 0 | 0 | 0 | 2 |
| 1:1 / LOS – Other | 0 | 1 | 1 | 0 | 0 | 0 | 2 |
| 2:1 – Medical | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - Danger to Self | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - Danger to Others | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 – Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Q15 Minute Obs. – Medical | - | - | - | - | - | - | - |
| Q15 Minute Obs. – Danger to Self | - | - | - | - | - | - | - |
| Q15 Minute Obs. – Danger to Others | - | - | - | - | - | - | - |
| Q15 Minute Obs. – Other | - | - | - | - | - | - | - |

## 3.14 Use of Enhanced Observations Analysis:

| Legend: | ▲ = Increase | ▼ = Decrease | ◊ = No change |
|---|---|---|---|

| | | Last Reporting Period (July-Dec 2020) | Current Reporting Period (Jan – June 2021) | Increase/ Decrease Amount | Increase/ Decrease % | ▲ ▼ ◊ |
|---|---|---|---|---|---|---|
| 3.1 | Total number of episodes of 1-1 observation | 18 | 32 | 14 | 77.77% | ▲ |
| 3.2 | Total hours on 1-1 | 3,550.23 | 4,414.30 | 864.07 | 24.34% | ▲ |
| 3.3 | Average hours on 1-1 | 1,179.34 | 1,079.72 | -99.62 | 8.48% | ▼ |

| | Last Reporting Period (July-Dec 2020) | Current Reporting Period (Jan – June 2021) | Increase/ Decrease Amount | Increase/ Decrease % | ▲ ▼ ◊ |
|---|---|---|---|---|---|
| 1:1 / LOS – Medical | 3 | 17 | 14 | 466.67% | ▲ |
| 1:1 / LOS - Danger to Self | 13 | 11 | -2 | 15.38% | ▼ |
| 1:1 / LOS - Danger to Others | 1 | 2 | 1 | 100.00% | ▲ |
| 1:1 / LOS – Other | 1 | 2 | 1 | 100.00% | ▲ |

## Patients with Multiple Episodes (Multiple Categories):

### Patient# 1:

Accounted for a total of **62.13** hours of Enhanced Observation. With **3** episodes. 1.41% of total hours.

*1 Episode:*     Category being: 1:1 Observation for danger to self-totaling 19.08 hours.

*1 Episode:*     Category being: 1:1 Observation for medical totaling 42.17 hours.

*1 Episode:*     *Other DTO Observation totaling 0.88 hours.*

### Patient# 4:

*Accounted for a total of 1,792.46 hours of Enhanced Observation. With 18 episodes. 40.61% of total hours. This patient was the highest contributor toward both, Enhanced Observation Hours and the number of total episodes for the reporting period.*

*3 Episodes:*   Category being: 1:1 Observation for danger to self-totaling 1,616.96 hours.

*15 Episodes:*   Category being: 1:1 Observation for Medical totaling 175.50 hours.

### Patient# 6:

Accounted for a total of 1,513.28 hours of Enhanced Observation. With 6 episodes. 34.28% of total hours.

*4 Episodes:*   *Category* being: 1:1 Observation for danger to self-totaling 801.13 hours.

*2 Episodes:*   *Category being: 1:1 Observation for DTO/DTS totaling 712.15 hours*

## Patient with Multiple Episodes (Same Category):

### Patient # 3:

Accounted for 1,000.46 hours of Enhanced Observation. With 3 episodes. 22.66% of total hours.

*3 Episodes:*   *Category* being: 1:1 Observation for Danger to Self totaling 1,000.46 hours.

## Patient with Single Episode (Same Category):

### Patient # 2:

Accounted for 43.83 hours of Enhanced Observation. With 1 episode. .99% of total hours.

*1 Episode:*   *Category* being: 1:1 Observation for Medical totaling 43.83 hours.

### Patient # 5:

Accounted for 2.08 hours of Enhanced Observation. With 1 episode. 0.05 % of total hours.

*1 Episode: Category* being: 1:1 Observation for Danger to Others totaling 2.08 hours.

## Increase in Enhanced Observation Hours by Category:

Danger to Self was the only category with decrease out of four Enhanced Observation categories, listed above (Medical, Danger to Self, Danger to Others, Other) in the current reporting period.

## Analysis:

The increase in the Enhanced Observation Hours in most categories can be attributed primarily to a minor subset of patients who can influence the data heavily because of the small population being analyzed. When looking closely at the cases that involved enhanced observation, each one was largely during the initial part of their admission and/or after medical issues that caused either psychiatric or medical fragility that warranted enhanced observation. The bulk of the significant increase of enhanced observation is for medical reasons and can be attributed to two patients. One of the patients was undergoing one of the gold standards of psychiatric treatment, Electroconvulsive Therapy, and, for every treatment undertaken, it requires a change in status to a 1:1 and thus drives up the use of 1:1 for medical observation. The second patient has a severe treatment-resistant psychopathology in which

Page 24

she engaged in self-injurious behavior causing medical issues early on in her admission. When she was psychiatrically stabilized, her need for a 1:1 medical observation was tapered until it was eliminated. Additionally, when comparing this reporting period where there was more comparable patient movement of discharges and admissions, this was overall equivalent use of enhanced observation. This is likely due to the stability of the unit and the institutional knowledge of the retained staff despite the large stress the COVID-19 pandemic had created.

## 3.15 Enhanced Observations - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to Policy and Procedures | | | |

## 3.16 Enhanced Observations – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| COVID-19 pandemic has created problems with staff retention. As a result, there were certain aspects of optimizing plans that were delayed. Despite this, the hospital has managed to keep a stable cadre of psychiatric staff members that has continued to build on institutional knowledge. The hospital will continue to look at retention of staff on the unit to help build familiarity with the patient population. | Increasing staff retention often helps to increase the ability to handle patients in a more therapeutic manner and is likely to decrease use of enhanced observation. Less usage of enhanced observation is likely to help retain staff by decreasing burn out and positively increase the understanding and treatment of this patient population. |

## Additional Comments:

| DETAILED REPORT |
| --- |
| **SECTION 4 – Incidents of Aggression** |

## Section 4 – Incidents (Aggression) Summary Table:

| Outcome Measure Indicator # | Patient days: | 354 | 355 | 367 | 355 | 377 | 287 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| **4** | **Incident reports** | | | | | | |
| **4.1** | Number of incidents of aggressive act to self | 3 | 1 | 2 | 2 | 0 | 1 |
| | Rate4.1 | 8.47 | 2.81 | 5.44 | 5.63 | 0 | 3.48 |
| **4.2** | Number of incidents of aggressive act to another patient (physical) | 1 | 0 | 0 | 0 | 0 | 2 |
| | Rate 4.2 | 2.82 | 0 | 0 | 0 | 0 | 6.96 |
| **4.3** | Number of incidents of aggressive act to staff (physical) | 1 | 1 | 0 | 0 | 0 | 0 |
| | Rate 4.3 | 2.82 | 2.81 | 0 | 0 | 0 | 0 |

## 4.4 UNIT Total Unit 33:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| --- | --- | --- | --- | --- | --- | --- |
| **Unit 33 PC 2684 Patients** | | | | | | |
| Aggressive Act to SELF (SS) | 3 | 1 | 2 | 2 | 0 | 1 |
| Aggressive Act to PEERS (A2) | 1 | 0 | 0 | 0 | 0 | 2 |
| Aggressive Act to STAFF (A4) | 1 | 1 | 0 | 0 | 0 | 0 |

## 4.5 Incidents (Aggressive Act to Self) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| --- | --- | --- | --- | --- | --- | --- |
| 4.5 # of incidents of aggressive act to self (SS) | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 1 |
| Monday | 0 | 1 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 1 | 0 | 1 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 1 | 0 | 0 | 0 |
| Friday | 1 | 0 | 0 | 2 | 0 | 0 |
| Saturday | 1 | 0 | 0 | 0 | 0 | 0 |

## 4.6 Incidents (Aggressive Act to Peers) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| --- | --- | --- | --- | --- | --- | --- |
| 4.6 # of incidents of aggressive act to Peers (A2) | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 1 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tuesday | 0 | 0 | 0 | 0 | 0 | 1 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 1 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.7 Incidents (Aggressive Act to Staff) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.7 # of incidents of aggressive act to Staff (A4) | | | | | | |
| Sunday | 1 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 1 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.8 Incidents (Aggressive Act to Self) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.8 # of incidents of aggressive act to self (SS) | | | | | | |
| AM | 1 | 0 | 1 | 1 | 0 | 1 |
| PM | 2 | 1 | 1 | 1 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.9 Incidents (Aggressive Act to Peers) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.9 # of incidents of aggressive act to peers (A2) | | | | | | |
| AM | 1 | 0 | 0 | 0 | 0 | 2 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.10 Incidents (Aggressive Act to Staff) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.10 # of incidents of aggressive act to staff (A4) | | | | | | |
| AM | 0 | 1 | 0 | 0 | 0 | 0 |
| PM | 1 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.11 Incidents (Aggressive Act to Self) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.16 # of incidents of aggressive act to self (SS) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 1 | 1 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1400-1600 | 1 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 2 | 0 | 1 | 1 | 0 | 0 |
| 2000-2200 | 0 | 1 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.12 Incidents (Aggressive Act to Peers) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.17 # of incidents of aggressive act to peers (A2) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 1 | 0 | 0 | 0 | 0 | 2 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.13 Incidents (Aggressive Act to Staff) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.86 # of incidents of aggressive act to staff (A4) | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |

| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 1 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 1 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.14 Incidents by Location – Aggressive Act to Self:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.19 # of incidents of aggressive act to self (SS) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 1 | 1 | 2 | 1 | 0 | 1 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 1 | 0 | 0 | 0 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 1 | 0 | 0 | 1 | 0 | 0 |
| Day hall | 0 | 0 | 0 | 0 | 0 | 0 |

## 4.15 Incidents by Location – Aggressive Act to Peers:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.20 # of incidents of aggressive act to peers (A2) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 1 | 0 | 0 | 0 | 0 | 0 |
| Day hall | 0 | 0 | 0 | 0 | 0 | 2 |

## 4.16 Incidents by Location – Aggressive Act to Staff:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 4.21 # of incidents of aggressive act to staff (A4) | | | | | | |
| Location of Incident | | | | | | |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |
| Day hall | 1 | 1 | 0 | 0 | 0 | 0 |

## 4.17 Incidents of Aggression Analysis of data:

Overall, there was an increase in all types of aggressive acts, aggression to self, peers, and staff, during the reporting period.  The total patient days increased approximately 18.8% from the previous reporting period which partly may explain the increase in all types of aggression. Due to the low number of incidents, it is difficult to ascertain the exact reasons for the increase in the violence beyond individual patient factors. Also, due to the low number of incidents, no pattern/trends of day, time, or location could be determined.  It is noteworthy that six of the aggressive acts to self, occurred in the patients' bedrooms.

Aggressive acts to staff increased from one incident in the previous reporting period to two incidents in the current reporting period. Two different patients were responsible for the aggressive acts to staff.  No medical treatment to staff were required in either incident.

Aggressive acts to peers went from no incidents in the previous reporting period to three incidents in the current reporting period. Two different patients were responsible for the aggressive acts to peers. Two of the incidents required no treatment to the peers and the other incident required first aid only.

There were nine incidents of aggressive acts to self during this reporting period compared to six incidents of aggressive acts to self during the previous reporting period.  Four patients were responsible for the nine incidents of aggression to self.  Three of the aggressive incidents to self were characterized as minor and required no medical treatment. Five aggressive incidents to self, required first aid only, and one incident required medical treatment. Specifically, the patient punched the wall and required an x-ray and a splint for her arm.

## 4.18 Incidents of Aggression Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to policy and procedures | | | |

## 4.19 Incidents of Aggression – Plan for the Next Review Period:

The Program Management Team and Clinical Management Team will continue to review all incidents of aggression, analyze for trends in the data, and recommend any clinical or policy changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None.

## DETAILED REPORT

## SECTION 5 – Incidents (Indecent Exposure)

### Section 5 – Incidents (Indecent Exposure):

| Outcome Measure Indicator # | Patient days: | 354 | 355 | 367 | 355 | 377 | 287 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 5 | Indecent Exposure | | | | | | |
| 5.1 | Total number of incidents of indecent exposure. | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 5.1 | | | | | | |

### 5.2 Incidents (Indecent Exposure) by UNIT:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.3 # of incidents of indecent exposure | | | | | | |
| Unit 33 | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.3 Incidents (Indecent Exposure) by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.4 # of incidents of indecent exposure | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

### 5.4 Incidents (Indecent Exposure) by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.5 # of incidents of indecent exposure | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.5 Incidents (Indecent Exposure) by Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.6 # of incidents of indecent exposure | | | | | | |
| Time of Incident | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.6 Incidents (Indecent Exposure) by Location of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 5.7 # of incidents of indecent exposure | | | | | | |
| Location of Incident | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |

## 5.7 Incidents (Indecent Exposure) Analysis of data:

No incidents of indecent exposure occurred during the review period.

## 5.8 Incidents (Indecent Exposure) Change in Policy or Procedure:

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to policy and procedures. | | | |

## 5.9 Incidents of Indecent Exposure – Plan for the Next Review Period:

The Program Management Team and Clinical Management Team will review all incidents of indecent exposure, analyze for trends in the data, and recommend any clinical or policy changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None. | None. |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 6 – Incidents of Rules Violations (RVR)

## Section 6 – Incidents of Rules Violations (RVR) Summary Table:

| Outcome Measure Indicator # | Patient days: | 354 | 355 | 367 | 355 | 377 | 287 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 6 | RVR | | | | | | |
| 6.1 | Number of patients receiving at least one RVR during the month | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 6.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.2 | Number of patients provided MH Assessments during month per Title 15 and DOM | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 6.2 | 0 | 0 | 0 | 0 | 0 | 0 |

## 6.3 Incidents of RVR Analysis of data:

There were no RVRs during the reporting period.

### 6.4 Incidents of RVR Change in Policy or Procedure:

There were no changes to Policy or Procedure during this reporting period. DSH-Patton implemented and continues to follow the RVR process outlined in the Statewide Policy Directive (Policy Directive 3603 – DSH Rule Violation Reporting Policy – CDCR Patients in DSH Inpatient Programs).

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| No changes | |

## 6.5 Incidents of RVR – Plan for the Next Review Period:

The Program Management Team and Clinical Management Team will continue to review all RVRs, analyze for trends in the data, and recommend any clinical or policy changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| No changes | |

## Additional Comments:

None.

| DETAILED REPORT |
|---|
| SECTION 7 – Incidents of Suicide Attempts/Suicide |

## Section 7 – Incidents of Suicide/Suicide Attempts Summary Table:

| Outcome Measure Indicator # | Patient days: | 354 | 355 | 367 | 355 | 377 | 287 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
| | Formula=(Incidents/Patient Days) * 1000 | | | | | | |
| 7 | Suicide | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.1 | Number of Suicide attempts | 0 | 0 | 0 | 0 | 0 | 2 |
| | Rate 7.1 | 0 | 0 | 0 | 0 | 0 | 6.96 |
| 7.2 | Number of Suicides | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 7.2 | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.3 Incidents of Suicide/Suicide Attempts by UNIT:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.3 # of incidents of suicide attempts | | | | | | |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 2 |
| 7.3 # of incidents of suicides | | | | | | |
| Unit 33 – ICF | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.4 Incidents of Suicide/Suicide Attempts by Day of Week:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.4 # of suicide attempts | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 2 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4 # of suicides | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.5 Incidents of Suicide/Suicide Attempts by Shift:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.5 # of suicide attempts | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 2 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 # of suicides | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.6 Incidents of Suicide/Suicide Attempts Time of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.6 # of suicide attempts – Time of Incident: | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 # of suicides – Time of Incident: | | | | | | |
| 0000-0200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0200-0400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0400-0600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0600-0800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0800-1000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000-1200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200-1400 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1400-1600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1600-1800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1800-2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000-2200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2200-2400 | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.7 Incidents of Suicides/Suicide Attempts Location of Incident:

| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|
| 7.7 # of suicide attempts – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 2 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 # of completed suicides – Location of Incident: | | | | | | |
| Day Hall | 0 | 0 | 0 | 0 | 0 | 0 |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Courtyard | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |

## 7.8 Incidents of Suicide/Suicide Attempts Analysis of data:

There were no completed suicides during the review period; however, DSH-Patton had two suicide attempts for the same patient on 6/23/21.  Specifically, at 13:40 in the afternoon, unit staff found a patient at the side of her bed with a twisted bedsheet around her neck. This patient had attempted to strangle herself.  Staff followed standard procedures and patient was examined and no medical treatment was needed. The patient was placed on 1:1 observation for danger to self.  Later in the day, the patient was interviewed by a hospital police officer and she reported that in addition to the 13:40 suicide attempt, she attempted to strangle herself earlier in the day. Specifically, she moved a chair into her room and tied a bedsheet to the chair and attempted to tie the sheet around her neck.  A peer interrupted her and removed the sheet from her neck.  The peer then left the room and she did not notify staff.  When the peer was interviewed, she corroborated that she took the sheet off the other patient's neck and she left the room without notifying staff of the incident. To prevent further incidents with this patient, she was placed on 1:1 observation and staff was instructed to look for chairs in patients' rooms when they do rounds.  The patient's treatment team is working with her to develop a safety plan to ensure her use of adaptive coping skills when she experiences suicidal ideation.

## 7.9 Incidents of Suicide/Suicide Attempts Change in Policy or Procedure:

DSH-Patton continues to follow DSH-Patton Administrative Directive 10.03 – Suicide Prevention and Intervention, which was updated on 1/1/2020, for Suicide Risk Assessments

and Interventions.  We continue to administer the Columbia Suicide Rating Scale on admission, annually, and as clinically indicated.  All psychologists have received a two-hour basic training in administration and interpretation of the Columbia Suicide Rating Scale and psychologists receive ongoing supervision and consultation from Senior Psychologist Supervisors.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | None | None | None |

## 7.10 Incidents of Suicide/Suicide Attempts – Plan for the Next Review Period:

The Program Management Team and Clinical Management Team will continue to review all suicide attempts and completed suicides, analyze for trends in the data, and recommend any clinical or policy changes deemed appropriate.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 8 – Medications - Use of Clozaril

### Section 8 – Use of Clozaril Summary Table:

| Outcome Measure Indicator # | Patient days: | 354 | 355 | 367 | 385 | 377 | 257 |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Jan | Feb | Mar | April | May | June |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 8 | Use of Clozaril | | | | | | |
| 8.1 | Number of new starts | 0 | 0 | 2 | 0 | 0 | 0 |
| | rate 8.1 | 0 | 0 | 5.45 | 0 | 0 | 0 |
| 8.2 | Number of maintenance / maintained | 0 | 0 | 0 | 2 | 2 | 2 |
| | rate 8.2 | 0 | 0 | 0 | 5.19 | 5.30 | 7.78 |

### 8.3 Use of Clozaril Analysis of data:

There were 2 patients newly initiated on Clozaril during this review period. As would be expected in patients having difficulty remaining stabilized in lower levels of psychiatric care, these PC 2684 patients have treatment-resistant variants of their respective illnesses, often requiring treatment with Clozaril as the gold standard treatment for several disorders (e.g., treatment.

### 8.4 Use of Clozaril - Change in Policy or Procedure:

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

### 8.5 Use of Clozaril – Plan for the Next Review Period:

DSH-P will continue to supervise and encourage use of Clozaril in appropriate patients. No changes are currently planned.

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

### Additional Comments:

None.

| DETAILED REPORT |
| --- |
| SECTION 9 – Medications – Use of Involuntary Medications |

## Section 9 – Use of Involuntary Medications Summary Table:

| Outcome Measure Indicator # | Patient days: | 354 | 355 | 367 | 385 | 377 | 257 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Report for Hospital: Months | Jan | Feb | Mar | April | May | June |
| | Formula= (Incidents/Patient Days) * 1000 | | | | | | |
| 9 | Use of Involuntary Medications | | | | | | |
| 9.1 | Number of Stat medications ordered for psych reasons | 0 | 0 | 1 | 0 | 1 | 1 |
| | Rate 9.1 | 0 | 0 | 2.72 | 0 | 2.65 | 3.89 |
| 9.2 | Number of non-formulary drugs prescribed | 30 | 34 | 35 | 31 | 33 | 33 |
| | Rate 9.2 | 84.74 | 95.77 | 95.37 | 80.52 | 87.53 | 132.53 |
| 9.3 | Number of new admits on PC 2602 | - | - | - | - | - | - |
| | Rate 9.3 | - | - | - | - | - | - |
| 9.4 | Number of PC 2602 initiated for current patients | - | - | - | - | - | - |
| | Rate 9.4 | - | - | - | - | - | - |
| 9.5 | Number of PC 2602 renewed for current patients | - | - | - | - | - | - |
| | Rate 9.5 | - | - | - | - | - | - |

## 9.6 Involuntary Medication Analysis of data

As written earlier, STAT involuntary medication use increases when patients are not yet stabilized, and then decreases as they begin to improve with pharmacological and nonpharmacological therapies. The data for involuntary medications used throughout this reporting period closely supports this pattern, with the number of involuntary medications rising in months with increases in new PC 2684 admissions and falling as these patients began improving with pharmacologic and non-pharmacologic treatments. As patients stabilized, they tended to have symptoms better controlled by their regularly scheduled medications, with far less need for STAT involuntary medications.

## 9.7 Involuntary Medication - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
| --- | --- | --- | --- |
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

## 9.8 Involuntary Medication – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

## Additional Comments:

None.

## DETAILED REPORT

### SECTION 10 – Treatment Hours

## Section 10 – Treatment Hours Summary Table:

| 10.1 Group Therapy ICF | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | JAN | FEB | MAR | APR | MAY | JUNE |
| **Core Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | N/A | N/A | N/A | 5.42 | 7.74 | 8.39 |
| Average number of hours per patient delivered | 1.23 | 1.80 | 1.82 | 4.43 | 5.63 | 7.19 |
| Delivered rate | N/A | N/A | N/A | 81.66% | 72.81% | 85.65% |
| Average number of hours per patient attended | 1.13 | 1.70 | 1.70 | 4.01 | 4.61 | 5.70 |
| Attended rate | 91.81% | 94.43% | 93.79% | 90.60% | 81.83% | 79.34% |
| **Supplemental Group Hours - ICF** | | | | | | |
| Average number of hours per patient scheduled | N/A | N/A | N/A | N/A | N/A | N/A |
| Average number of hours per patient delivered | N/A | N/A | N/A | N/A | N/A | N/A |
| Delivered rate | N/A | N/A | N/A | N/A | N/A | N/A |
| Average number of hours per patient attended | N/A | N/A | N/A | N/A | N/A | N/A |
| Attended rate | N/A | N/A | N/A | N/A | N/A | N/A |
| **Individual Therapy – ICF** | | | | | | |
| # of patients scheduled for individual therapy | N/A | N/A | N/A | N/A | N/A | N/A |
| # of patients delivered individual therapy | N/A | N/A | N/A | N/A | N/A | N/A |
| Rate of patients delivered individual therapy | N/A | N/A | N/A | N/A | N/A | N/A |

## 10.2 Treatment Group Observation Audit Data:

| 10.3  DSH 2684 Treatment Group Observation Audit | | | | | | | |
|---|---|---|---|---|---|---|---|
| Month | JAN | FEB | MAR | APR | MAY | JUNE | AVG |
| **Question #1**:  Session starts and ends within five minutes of designated times. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #2**:  Prior session material is reviewed as relevant. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #3**:  Equipment is counted and utilized safely. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #4**:  Co-provider was actively engaged. | | | | | | | |
| % of compliance | NA | NA | NA | 80 | 100 | 83 | 88 |

| **Question #5**: The facilitator's style and structure for the group attempts to engage all participants. | | | | | | | |
|---|---|---|---|---|---|---|---|
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #6**: Preplanning is apparent. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #7**: Facilitator introduces topics or treatment activities. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #8**: Facilitator maintains therapeutic boundaries. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #9**: Facilitator demonstrates group management skills. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #10**: Facilitator maintains professionalism. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #11**: Facilitation of the group allows room for the expression of individual differences and cultural diversity. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #12:** Facilitator gives feedback to group participants. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #13**: Facilitator identifies and utilizes participant's strengths. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #14**: The facilitation of the group and the content of the activities accommodate limitations of the participants. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #15**: Facilitator checks for learning. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #16**: When asked, facilitator can explain the purpose and the therapeutic benefits of the group. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |
| **Question #17**: Facilitator brings closure to the group. | | | | | | | |
| % of compliance | NA | NA | NA | 100 | 100 | 100 | 100 |

## 10.3 2684 Treatment Plan Audit Data:

| **10.3 DSH 2684 Treatment Plan Audit** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Month | JAN | FEB | MAR | APR | MAY | JUNE | AVG |
| **Question #1**: The treatment plan was finalized as per policy. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #2**: The patient's age is accurate documented. | | | | | | | |
| % of compliance | 100 | 100 | 91 | 82 | 83 | 63 | 87 |
| **Question #3**: Treatment outcome expectations based on reason for referral is addressed. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #4**: The violence risk assessment is current. | | | | | | | |
| % of compliance | 100 | 63 | 82 | 91 | 100 | 75 | 85 |
| **Question #5**: The suicide risk assessment is current. | | | | | | | |
| % of compliance | 100 | 75 | 91 | 91 | 100 | 86 | 91 |
| **Question #6**: Risk factors are identified. | | | | | | | |
| % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #7**: There is a summary of treatment progress including groups taken. | | | | | | | |

| | % of compliance | 100 | 88 | 100 | 100 | 100 | 100 | 98 |
|---|---|---|---|---|---|---|---|---|
| **Question #8**: Updated patient progress toward each treatment outcome expectation is documented. | | | | | | | | |
| | % of compliance | 75 | 100 | 82 | 100 | 100 | 100 | 93 |
| **Question #9**: There is a plan for turning the patient to CDCR. | | | | | | | | |
| | % of compliance | 63 | 100 | 46 | 73 | 58 | 100 | 73 |
| **Question #10**: Focus statements are written for each identified area of treatment. | | | | | | | | |
| | % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Question #11**: Measurable objectives are written for each focus of treatment. | | | | | | | | |
| | % of compliance | 100 | 100 | 100 | 100 | 92 | 100 | 99 |
| **Question #12**: Objectives have at least one approved intervention. | | | | | | | | |
| | % of compliance | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

## 10.4 Treatment Hours Analysis of data:

During the period of January through June, there continues to be a lower number of treatment hours delivered to patients in comparison to pre-COVID treatment. This was in large part due to changes in hospital operations in response to the COVID-19 pandemic. During the months of January-March we continued to utilize Unit-Based Social Distance Programming model and in April shifted back to a modified Structured Treatment Program (STP) consistent with CDC and Public Health guidelines. Due to this, the data for patient scheduled and delivered treatment are reflected above for the months of April-June.

For the months of January-March, all treatment delivered to patients was being captured via unscheduled rosters. Unscheduled rosters have been able to capture group, individual and supplemental activities provided to the patients. In addition, clinicians were also providing unstructured individual "clinical contacts" for each patient on the unit every month. Clinical contact may include multiple forms of intervention such as time spent reviewing or practicing coping skills, learning about symptom management, or providing crisis intervention. The same patient may have received multiple clinical contacts within a given month. Individual clinical contact has helped to significantly improve the patients' progress toward discharge, through providing more personalized and flexible treatment options. Clinical contact hours were documented on the unscheduled individual rosters and accounted for as core treatment in the table above labeled Section 10 – Treatment Hours Summary Table. During this reporting period, individual therapy was also captured and documented on the unscheduled treatment rosters and reported under core treatment.

Structured Treatment Program was reimplemented for the months of April-June. During this time from April to present, we began to transition back to scheduled rosters thus capturing scheduled groups and individual therapy. Consequently, we continue to utilize unscheduled rosters to capture the clinical contacts and supplemental hours as before, which remains reflected under core treatment hours – similar to our pre-pandemic reporting. The use of both rosters will increase the ability to capture all treatment delivered.

Also, in this reporting period, the frequency of group observation audits has fluctuated in large part due to the ongoing response to COVID-19. More specifically, audits were not completed January due to the unit being placed on quarantine. In addition, to mitigate the transmission of COVID-19, auditors were encouraged to follow the Public Health guidelines restricting travel to

units where the staff were not assigned to.  Therefore, treatment observations for February and March were not completed.

With regards to treatment planning, overall, there continues to be improvements from the last reporting period; however, there are three identified areas that require attention. These three areas include question #2, #4, and #9, and they will continue to be addressed through an ongoing Quality Improvement process. Ongoing training will be provided to the treatment team members to address deficit areas.  There have also been changes to members of our auditing team. Auditors will continue to meet virtually, as needed, to help improve the consistency and interrater reliability of auditing practices in the future.

## 10.5 Treatment Hours - Change in Policy or Procedure:

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| STP reimplemented in April | • Increase in vaccination among staff and patients<br>• Decrease in cases of COVID | Increase treatment availability | Improvement in treatment hours provided |
| January the unit was on quarantine status | Control the spread of COVID 19 | Group treatment hours would decrease while on quarantine while individual hours would increase | Treatment hours increased once off quarantine |
| In April, both structured and unstructured rosters are implemented | To capture all treatment provided | Increase in treatment hours being captured | Continues to be evaluated |

## 10.6 Treatment Hours – Plan for the Next Review Period:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| Changes in COVID-19 protocols which increases access to off unit treatment | • Increase in accessibility to treatment<br>• Increase in treatment hours |
| Evaluating the use of the unstructured roster to capture supplemental treatment data | Improve the data collection process for supplemental activities to improve accuracy of data |
| Continue documenting "clinical contact" sessions using the Unscheduled Individual Roster | Ensure accurate reporting of treatment hours provided for each patient |
| Continue to monitor for adherence in the completion of Unscheduled Individual and Group rosters | Ensure accurate reporting of treatment hours provided for each patient |
| Train new supervisory staff on the process of conducting treatment plan audits | Improve interrater reliability and accuracy of data collection |
| | Overall improvements in the treatment planning process |
| Collect, analyze data and implement quality improvement initiatives as indicated by audit data | Improve interrater reliability and accuracy of data collection |

|  | Overall improvements in the treatment planning process |
|---|---|
| Monitor the effectiveness of the treatment schedule and the number of hours delivered per patient | Improve the overall quality and frequency of treatment provided for each patient, consistent with current treatment guidelines implemented in response to COVID-19 |

**Additional Comments**:

None.

| DETAILED REPORT |
| --- |
| SECTION 11 – Management Indicators – Staffing Allocations and Vacancies |

## Section 11 – Management Indicators (Staffing and Census) Data:

Staffing Allocations and Vacancies.

## Staffing Allocations:

| Program-Wide | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Administration** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Executive Director | | 10 | 1 | 1 | 0 | 0 | |
| Clinical Administrator | | 10 | 1 | 1 | 0 | 0 | |
| Hospital Administrator | | 10 | 1 | 1 | 0 | 0 | |
| Nurse Administrator | | 10 | 1 | 1 | 0 | 0 | |
| Medical Director | | 10 | 1 | 1 | 0 | 0 | |
| Chief Psychiatry | | 10 | 1 | 1 | 0 | 0 | |
| Program Director | | 10 | 1 | 1 | 0 | 0 | |
| Program Assistant | | 10 | 1 | 1 | 0 | 0 | |
| Nursing Coordinator | | 10 | 1 | 1 | 0 | 0 | |
| **Supervision** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Unit Supervisor | | 10 | 1 | 1 | 0 | 0 | |
| Supervising Psychologist | | 10 | 1 | 1 | 0 | 0 | |
| Supervising Social Worker | | 10 | 1 | 1 | 0 | 0 | |
| Supervising Rehabilitation Therapist | | 10 | 1 | 1 | 0 | 0 | |
| Senior Psychiatrist | | 10 | 1 | 1 | 0 | 0 | |
| **Level of Care (ICF)** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Nurse Practitioner | | 10 | 1 | 1 | 0 | 0 | |
| HSS | | 10 | 3 | 3 | 0 | 0 | |
| Sr Psych Tech | 1:8 | 10 | 3 | 2 | 1 | 0 | |
| Registered Nurse | 1:8 | 10 | 9 | 8 | 1 | 0 | |
| Psych Tech | 1:8 | 10 | 22 | 16 | 6 | 0 | |
| **Clinical Staff** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Psychiatrist | 1:35 | 10 | 2 | 2 | 0 | 0 | |
| Psychologist | 1:35 | 10 | 2 | 2 | 0 | 0 | |
| Social Worker | 1:35 | 10 | 2 | 2 | 0 | 0 | |
| Rehab Therapist | 1:35 | 10 | 2 | 2 | 0 | 0 | |
| **Hospital Police** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Police Sergeant | N/A | N/A | N/A | N/A | N/A | N/A | |
| Police Officer | N/A | N/A | N/A | N/A | N/A | N/A | |

## Analysis of data:

Unit 33 has a current LOC allocation of 9 RN Positions / 22 Psychiatric Technicians (including 3 Senior Psychiatric Technicians). Unit 33 is a focus for the Central Staffing Office to ensure that all vacancies are filled for consistency in the coverage of the area.

The unit maintains a 1:35 clinical ratio for Psychiatry, Psychology, Social Work and Rehabilitation Therapy.

In review of the reporting information for this review period, the area demonstrated 1 RN, 6 Psychiatric Technician and 1 Senior Psychiatric Technician vacancies.

There are currently no staffing allocation issues.

**Staffing Allocations - Change in Policy or Procedure:**

There were no changes to Policy or Procedure during this reporting period.

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| None | | | |

**Staffing Allocations – Plan for the Next Review Period**:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| None | |

**Section 11 – Management Indicators (Staffing and Census) Data**

**Patient Census Data**

| Management Indicators Patient Census | | | | | | |
|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APRIL | MAY | JUNE |
| Average daily census | 11.39 | 12.64 | 12.81 | 12.8 | 12.22 | 10.43 |
| Average length of stay | 177.35 | 187.82 | 214.52 | 233.91 | 276.02 | 293.38 |
| Median length of stay | 102 | 124 | 148 | 178 | 198 | 176 |
| Admission per month | 1 | 1 | 0 | 1 | 1 | 2 |
| Discharges per month | 0 | 0 | 1 | 1 | 3 | 3 |

**Management Indicators Analysis of data:**

The average daily census from January to June was 12.05 patients per month

**Management Indicators – Change in Policy or Procedure:**

| Changes made to policy or procedure during the review period | | | |
|---|---|---|---|
| Specific Change | Reason for change | Expected outcome | Evaluation of change |
| No changes to policy and procedures. | | | |

**Management Indicators – Plan for the Next Review Period**:

| Plan for the next review period | |
|---|---|
| Specific change | Expected outcome |
| No recommendations for this reporting period. | |

**Additional Comments**:

None.


END OF REPORT.


Submitted By:


*Janine Wallace*
_____
Janine Wallace, Executive Director

# EXHIBIT F



ROSEN BIEN
GALVAN & GRUNFELD LLP

101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

Thomas Nolan
Email:  tnolan@rbgg.com

October 19, 2021

<u>VIA ELECTRONIC MAIL ONLY</u>

Namrata Kotwani                         Christine Ciccotti
Deputy Attorney General                 Antonina Raddatz
California Department of Justice         Sean Rashkis
1300 I Street, Suite 125                Kristopher Kent
Sacramento, CA 94244                    Department of State Hospitals
Namrata.Kotwani@doj.ca.gov              Legal Division
                                        Christine.Ciccotti@dsh.ca.gov
                                        Antonina.Raddatz@dsh.ca.gov
                                        Kristopher.Kent@dsh.ca.gov
                                        Sean.Rashkis@dsh.ca.gov

        Re:    *Coleman v. Newsom:*  Plaintiffs' Questions, Concerns and Comments on
               DSH CQI Efforts
               <u>Our File No. 0489-03</u>

Dear Namrata:

        We write to provide our comments on, and to ask questions about, the Department
of State Hospitals' ("DSH's") Continuous Quality Improvement Materials that you
provided to us in e-mails dated September 23 and September 28, 2021.

        The materials provided include (1) a detailed template for the DSH Hospital
Governing Body Reports on Coleman PC2684 Patients, (2) a DSH CQI Summary
document which provides a narrative summary of the different components of the DSH
CQI system, (3) three final Governing Body Reports (one each for DSH-Atascadero,
DSH-Coalinga and DSH-Patton) on *Coleman* issues/units for the time period July 1, 2020
through December 31, 2020, and (4) the same three Governing Body Reports on CQI
issues for the time period January 1, 2021 through June 30, 2021.  We appreciate being
given the opportunity to review and comment on these materials.

        The overview document provided shows that there are at least seven different
components to the DSH QA process.  We ask questions about each area of the QA

[3808870.2]

Namrata Kotwani
Christine Ciccotti
October 19, 2021
Page 2

process below, and then ask some overarching questions about how the disparate parts of the process are coordinated and overseen:

1.     The Clinical Operations Advisory Council (COAC): This is a best practices and organizational change model which is supposed to focus on "clinical improvement through best practices identification," and through a "ground up" change model that is rooted in ideas from front-line clinical staff.  The process includes bi-yearly hospital visits.

- **Does the COAC council produce reports?  Have any notable system-wide policy changes in clinical care come out of this process in the last few years?**

2.     Psychopharmacology Resource Network (PRN):  This group focuses on quality improvement in the psychopharmacology area.  This group provides technical assistance on medication management issues.

- **Does this group produce reports?  If so we would like to review a sample report.**

- There are two medication reports discussed in the DATA unit discussion (see below), one on Clozapine use and another on high risk medication use.  However, there does not seem to be much routine data collected about medication management issues, such a data on whether physicians are ordering and reviewing appropriate labs, EKGs, or checking routinely for EPS, and taking other required steps for different psychiatric medications.  The CDCR CQIT guidebook and the CDCR dashboard provide a variety of data measurements that track whether these labs are being ordered and reviewed in a timely fashion for each common psychiatric medication.  **Does DSH review those kinds of medication management metrics?**

3.     The Data Analytics Treatment and Assessment (DATA) Unit:  It sounds like this unit is developing an architecture for data collection.

- **What is the status of the development of data measures?  Has DSH considered having a public dashboard with data on CQI measures?**

- **Is the Data DSH uses now and plans to use in the future accessible to clinicians and are the measures used in any such data transparent and accessible to clinicians?  Is there current data collection and are there**

[3808870.2]

Namrata Kotwani
Christine Ciccotti
October 19, 2021
Page 3

specific measures, or a list of specific measures planned by this group that
we could see?

    4.    <u>Statewide Quality Assurance Division (SQI)</u>:  This sounds like the
comprehensive overall QI process that produces the governing body reports for which the
six samples were provided.  This division was only established in March 2018.

- The data collected and reviewed in the Governing Body Reports appears
  limited to data on groups, RVRs, suicide attempts, and on "seclusion,
  restraints, aggressive incidents and populations served."

- The Treatment Hours section uses the goal of 20 hours of treatment each week,
  of which "at least 10 hours will be core treatment consisting of Core Groups,
  Individual Therapy of Clinical contacts."  Governing Body Report Template at
  7.  **How was the goal of 20 hours selected?  This goal is set far lower than
  what Defendants have previously told the Court is required for psychiatric
  inpatients**.  For example, in 2010, DSH reported to the Court that it is
  "essential" that its inpatient psychiatric programs "provide patient
  programming of between 35 and 40 hours per week."  *See* Defs.' Opp'n to
  Pls.' Emer. Mot. for Evid. Hr'g Re: SVSP C5/C6 Project, ECF No. 3913 at 12
  (Sept. 16, 2010).

- The materials refer to a DSH Treatment Group Audit tool whereby supervisors
  review the quality of clinical skills used within group settings.  **Can we review
  a copy of this tool?**  It might be useful as a model for CDCR to use.

- The Rules Violations (RVR) measures in the Governing Body Report
  Template count only the number of RVRs per patient day in a given month, as
  well as the total number of patients getting at least one RVR during the month.
  The report also measures the completion of Mental Health Assessments in
  connection with the RVR.  **Is there any process to review the quality of the
  mental health assessments in connection with each RVR?  It is critical that
  DSH review the quality of the mental health assessments that provide
  input into the CDCR disciplinary process.  DSH should measure whether
  RVRs are being issued appropriately.  For example, RVRs should not be
  issued in connection with any suicide attempts or any transfers to a higher
  level of care.**

- **For the measure of number of hours of individual treatment and number
  of hours of clinical contacts, is the duration of each individual treatment**

Namrata Kotwani
Christine Ciccotti
October 19, 2021
Page 4

> **session and each clinical contact recorded, or is some standard length used for each contact?**

- At ASH, monthly treatment hours during the months of January February and March of 2021 were only 11.5 hours, which works out to only 3 hours a week of treatment. *See* ASH Governing Body Report, Coleman 2684, January 1, 2021 to June 30, 2021, at 11-12. No data was provided in the report for treatment hours delivered in the months of April through June 2021. *Id*. **Why was that data omitted?**

5.    <u>Patient Safety Organization (PSO)</u>:  Includes root cause analysis training, intensive case reviews and recommendations, mortality reviews analysis and recommendations. **Do these reviews result in corrective action plans?  Do they result in employee discipline?  Does this unit conduct suicide reviews?  Has the Special Master team reviewed such reports for Coleman patient suicides?**

6.    <u>Hospital Based Practices</u>:  This section discusses data collected at each hospital.   Also the report/overview for ASH says the key QA information is tracked in 10 different databases.

- On page 10 of the document that provides an overview of all of the different DSH CQI practices, it discusses data tracked at ASH.  Several key areas are missing:

  - medication management tasks including checking for EPS, checking blood levels (e.g. for Lithium), checking blood for side effects in a timely manner, EKGs where required, etc.

  - timely completion of admissions and discharge histories and reports.

  - timeliness and quality of suicide risk assessments

  - quality of mental health input into RVR process

  - readmissions to inpatient care

  - admissions to MHCB following DSH treatment

  - frequency of treatment team meetings and case management contacts

[3808870.2]

Namrata Kotwani
Christine Ciccotti
October 19, 2021
Page 5

> ▪ credit earning for PC 2684 patients in DSH facilities (especially given the recent change in law).

> ▪ use of force by security staff or nursing staff.

- Please provide the DSH-Coalinga Data Management Units monthly data reports.

7.     <u>Ongoing Provision to Change Indicators</u>:  The last section in the report says "indicators will be reviewed bi-annually by DSH-Sacramento and all hospitals which care for Coleman Class Member patients."  **Is there a current list of all indicators that are tracked?**  If so, we request a copy.  **Was there a review of the indicators in 2021? We also request a copy of any report from that process.**

8.     <u>Data Transparency and Data Validity</u>.  Does DSH have any dashboards where either the public or DSH clinical staff, or both can review findings about the quality of programs at DSH?  Has the Special Master team reviewed the adequacy of the DSH QA data collected and the validity of the measurements?

9.     <u>Use of Boilerplate and Failure to Update Analysis and Recommendations in the Sequential Governing Body Reports</u>.  There is a great deal of similarity in the Governing Body Reports for each hospital for the two six month periods.  Some of that redundancy is natural.  But the repetition of the same text over and over shows that measures and corrective actions are not being updated with each new six month report.

For example, we compared the Sections on the Use of Restraints, Use of Seclusion, Use of Enhanced Observations, and Aggressive Acts to Self in the DSH-Atascadero Reports for July 1, 2020 through December 31. 2020 with the same sections in the report for the next six month period covering January 1, 2021 through June 30, 2021.

- In these four sections of the report, all of the 35 Recommendations in the first four sections reviewed were identical, with the exception of a single new recommendation to "provide all interactions using a trauma-informed approach" in the use of enhanced observations section.  In addition a sentence was added at the end of the sentence below the new recommendation stating "Centralized area is continuing to offer more treatment at a safe level."

- The executive summary section in the Incidents section on page 6 and 7 of the two reports is virtually the same, although the wording has been

Namrata Kotwani
Christine Ciccotti
October 19, 2021
Page 6

changed but not the meaning of the sentences.  As a result, the newer report incorrectly says that there was an increase in direct admissions during the prior six month period, when in fact there was a decrease in both periods.

We recommend considering having a separate heading in each sub-section labelled "New Recommendations" to ensure the committees appropriately consider additional recommendations and remedial steps.

**Conclusion**

Once again we appreciate being given the opportunity to meet to discuss our questions and concerns about the DSH CQI Process.  We look forward to discussing these issues in the near future.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

*/s/ Thomas Nolan*

By:   Thomas Nolan
      Of Counsel

TN:eb
cc:  *Coleman* Co-Counsel              Nick Weber
     *Coleman* Special Master          Dillon Hockerson
       Team                            Melissa Bentz
     CDCR OLA Mailbox                  Carrie Stafford
     Elise Thorn                       Sundeep Thind
     Damon McClain
     Adriano Hrvatin
     Paul Mello
     Samantha Wolff

[3808870.2]