# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520- KJM-DB |
| Plaintiffs, | **ORDER** |
| v. | |
| GAVIN NEWSOM, et al. | Judge: Hon. Kimberly J. Mueller |
| Defendants. | |

Good cause appearing, Defendants' motion to file certain correspondence to the Special Master under seal is GRANTED.

"Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978). When a party moves to seal a record, the Court looks to the underlying motion and determines whether it is "more than tangentially related to the merits of the case. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir.), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety,* 137 S. Ct. 38 (2016). When a motion is unrelated or only tangentially related to the merits of the case, the good cause standard applies. *Id.* at 1097–98. To establish good cause, a party must show "specific prejudice or harm will result"

absent sealing, *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003), which may include the need "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," Fed. R. Civ. P. 26(c).  Here, the Court finds that the good cause standard is met.

    The Court's clerk is directed to file the previously conditionally lodged copy of Secretary Kathleen Allison's October 15, 2022 letter to Special Master Matthew A. Lopes, Jr. in the record, under seal until further order of the court.

    IT IS SO ORDERED.

DATED: October 18, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE