| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Paul B. Mello, State Bar No. 179755<br>Samantha D. Wolff, State Bar No. 240280<br>Kaylen Kadotani, State Bar No. 294114<br>David C. Casarrubias, State Bar No. 321994<br>Carson R. Niello, State Bar No. 329970<br>Hanson Bridgett LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                        Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' REQUEST FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' RESPONSE TO DEFENDANTS' 2021 ANNUAL SUICIDE REPORT (ECF NO. 7621)** |

Plaintiffs filed objections to the California Department of Corrections and Rehabilitation's (CDCR) 2021 Annual Suicide Report on October 11, 2022. (ECF No. 7621.) Plaintiffs' response identifies what they believe to be deficiencies in the report, criticizes CDCR for not being more self-critical in the report, and asks the Court "to decline to adopt Defendants' 2021 Report as drafted, and order Defendants to file a revised 2021 suicide report that contains all the content and analysis required by the Suicide Reporting Plan." (*Id.* at 10.)

Under CDCR's Proposal for Assuming the Annual Suicide Monitoring Report, Defendants may seek leave to file a response to Plaintiffs' objections to the report. (ECF No. 7574 at 15.)

1  Defendants dispute many of the conclusions Plaintiffs make in their objections concerning the
2  adequacy of the 2021 Annual Suicide Report and oppose Plaintiffs' request for an order directing
3  CDCR to file a revised report.
4      The proposal negotiated by the parties under the supervision of the Special Master and
5  approved by the Court included a dispute resolution provision so that Defendants' positions could
6  be presented to the Court for consideration in the event Plaintiffs filed objections to the 2021
7  Annual Suicide Report. That eventuality has occurred and Defendants' position on each of the
8  points in Plaintiffs' objections should be part of the record in this case. Plaintiffs have not only
9  filed objections to the report, but they have demanded additional affirmative relief, seeking an
10 order that CDCR file a revised report. Defendants' response will include an opposition to
11 Plaintiffs' improper motion for affirmative relief. The Court should have the benefit of
12 Defendants' positions before taking up the Plaintiffs' requests for affirmative relief. And
13 granting Defendants' request for leave will ensure that the Court's consideration of the 2021
14 Annual Suicide Report and the proposal for assuming suicide reporting is based on a complete
15 record.
16     Accordingly, Defendants request leave to file a response to Plaintiffs' objections on or
17 before November 10, 2022.

Dated: October 21, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*