| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>BRENDA MUÑOZ – 328813<br>AMY XU – 330707<br>ARIELLE W. TOLMAN – 342635<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR LEAVE TO RESPOND TO PLAINTIFFS' RESPONSE TO DEFENDANTS' 2021 ANNUAL SUICIDE REPORT (ECF NO. 7633)**<br><br>Judge:  Hon. Kimberly J. Mueller |

[4176898.1]

Plaintiffs' oppose as unnecessarily excessive Defendants' request for twenty days to respond to Plaintiffs' Response to the 2021 Suicide Report ("Plaintiffs' Response"). ECF No. 7633. Plaintiffs' comments on Defendants' filed 2021 Suicide Report (ECF No. 7615) largely tracked their September 8, 2022 comments on Defendants' draft report, so Defendants have had ample time to familiarize themselves with most of the concerns that Plaintiffs raised in Plaintiffs' Response. *Compare*, Plaintiffs' Response (Oct. 11, 2022), ECF No. 7621, *with* ECF No. 7615 at 26-40 (Plaintiffs' comments on draft report). In addition, Defendants have already had ten days to review and evaluate Plaintiffs' Response. Defendants have presented no reason why they need an additional twenty days, amounting to a total of thirty days, and Plaintiffs are aware of none, to respond to Plaintiffs' Response—particularly when Plaintiffs themselves had only ten days to respond to Defendants' report.

Accordingly, assuming this Court intends to permit Defendants to file a response to Plaintiffs' Response to Defendants' 2021 Suicide Report (ECF No. 7621), Plaintiffs respectfully request that the Court grant Defendants no more than one week to do so.

DATED: October 21, 2022          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael S. Nunez*
    Michael S. Nunez

Attorneys for Plaintiffs

[4176898.1]

1