**FILED**

**Oct 25, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV 2:90-0520 KJM DB P |
| Plaintiffs, | |
| v. | REQUEST |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

**REQUEST TO FILE RESPONSE TO OCTOBER 18, 2022 ORDER UNDER SEAL**

**ACTION REQUESTED**

The Special Master respectfully requests that the Court order the Special Master' response to the court's October 18, 2022 order, ECF No. 7631, be filed in the official court record in this matter, under seal.

**REASONS SUPPORTING REQUEST**

Good cause exists to seal the attached response to the October 18, 2022 court order.

As stated in the court's October 18, 2022 order, "when a motion is unrelated or only tangentially related to the merits of the case, the good cause standard applies" to requests to seal. ECF No. 7629 at 1.

1

      Here, the court previously ordered Secretary Allison's October 15, 2022 letter to be filed under seal. ECF No. 7629. The Special Master's response involves the same allegations and individuals referred to in defendants' motion for administrative relief and Secretary Allison's October 15, 2022 letter. Based on the nature of defendants' allegations and out of respect for the privacy of the individuals involved, good cause exists to seal the Special Master's response to the court's October 18, 2022 order.

      The Court should order that the attached response to the court's October 18, 2022 order be filed in the official court record in this matter, under seal.

      The Special Master has attached a proposed order granting the Special Master's request.

Respectfully Submitted,

*/s/ Matthew A. Lopes, Jr.*

Matthew A. Lopes, Jr.
Special Master