DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
BRENDA MUÑOZ – 328813
ARIELLE W. TOLMAN – 342635

ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFFS**<br><br>Judge: Hon. Kimberly J. Mueller |

[4182408.2]

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs wish to associate **Arielle W. Tolman** as additional counsel on this case. The undersigned hereby requests to be added to the docket's list of attorneys to be noticed. Copies of all pleadings, papers, and notices should be served/noticed as follows:

**Arielle W. Tolman**
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA  94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:  atolman@rbgg.com

DATED:  November 3, 2022                Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Arielle W. Tolman*
       Arielle W. Tolman

Attorneys for Plaintiffs

[4182408.2]

1

NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFFS