DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
BRENDA MUÑOZ – 328813
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S EXPERT REPORT ON THE FIFTH RE-AUDIT RE: SUICIDE PREVENTION PRACTICES (ECF NO. 7654)**<br><br>Judge: Hon. Kimberly J. Mueller |

On November 3, 2022, Defendants filed objections to the October 24, 2022 Special Master's expert Lindsay Hayes' report entitled "The Fifth Re-Audit and Update of Suicide Prevention Practices in the Prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs" (ECF Nos. 7636, 7636-1). *See* Defendants' Objections to Special Master's Report on His Expert's Fifth Re-Audit and Update of Suicide Prevention Practices in the Prisons of the California Dep't of Corrs. And Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs (Nov. 3, 2022), ECF No. 7654.

The Order of Reference emphasizes the importance of Plaintiffs' input in the remedial process. *See* Order of Reference, ECF No. 640 at 2-3 (Dec. 11, 1995). Plaintiffs dispute Defendants' objections, and seek an opportunity to demonstrate why they lack merit. Accordingly, Plaintiffs request that the Court grant leave to Plaintiffs to respond to Defendants' objections.

Plaintiffs request that the Court grant twenty (20) days, until Wednesday November 23, 2022, for Plaintiffs to respond to Defendants' objections. Twenty days is necessary to prepare an appropriate response given Plaintiffs' counsel's preexisting litigation schedule and professional obligations, and given that the undersigned counsel who is responsible for responding, and most prepared to respond, to Defendants' objections will be traveling for, and attending to, other professional commitments most of the time from November 4 through November 13. Plaintiffs' twenty-day request is in line

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

[4181468.2]

1

Case No. 2:90-CV-00520-KJM-DB

PLS.' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFS.' OBJECTIONS TO THE SPECIAL MASTER'S EXPERT REPORT ON THE FIFTH RE-AUDIT RE: SUICIDE PREVENTION PRACTICES (ECF NO. 7654)

1  with prior requests to respond to objections that the Court has previously granted.  *See*,
2  *e.g.*, ECF No. 7643 (granting Defendants twenty days to respond to Plaintiffs' Response to
3  Defendants' 2021 Suicide Report).

5  DATED:  November 4, 2022               Respectfully submitted,

                                          ROSEN BIEN GALVAN & GRUNFELD LLP

                                          By:  */s/ Michael S. Nunez*
                                                Michael S. Nunez

                                          Attorneys for Plaintiffs