ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:   925-746-8460
FACSIMILE:    925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB (PC)<br><br>**NOTICE OF DEFENDANTS' REQUEST TO FILE CLARIFICATION REQUESTS UNDER SEAL**<br><br>**(Local Rule 141)**<br><br>Judge:   Hon. Kimberly J. Mueller |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 141, Defendants submitted to the Court by electronic mail: (1) Defendants' request for leave to file a motion to clarify November 2, 2022 Order; (2) Defendants' notice of motion and motion to clarify November 2, 2022 Order; (3) a [proposed] order granting Defendants' requests; (4) Defendants' ex parte application for an order shortening time; (5) the declaration of Paul B. Mello in support of Defendants' ex parte application for an order shortening time; and, (6) a [proposed] order granting Defendants' ex parte application for an order shortening time (hereafter "Clarification Requests").

The Clarification Requests were provided to the Court by electronic mail and served on

Plaintiffs' counsel and the Office of the Special Master on November 14, 2022.

| | |
|---|---|
| DATED: November 14, 2022 | ROB BONTA<br>Attorney General of California<br>DAMON MCCLAIN<br>Supervising Deputy Attorney General<br><br>By: *s/ Elise Owens Thorn*<br>ELISE OWENS THORN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| DATED: November 14, 2022 | HANSON BRIDGETT LLP<br><br>By: *s/ Paul B. Mello*<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>KAYLEN KADOTANI<br>DAVID C. CASARRUBIAS<br>CARSON R. NIELLO<br>Attorneys for Defendants |