| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>AMY XU – 330707<br>CARA E. TRAPANI – 313411<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>GINGER JACKSON-GLEICH – 324454<br>BRENDA MUÑOZ – 328813<br>ARIELLE W. TOLMAN – 342635<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>          Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge:  Hon. Kimberly J. Mueller |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2　　　　PLEASE TAKE NOTICE that, pursuant to Local Rule 141, Plaintiffs have
3  submitted to the Court by electronic mail: (1) Plaintiffs' Request to File Response to
4  Defendants' Motion to Clarify November 2, 2022 Order Under Seal ("Request"), (2) a
5  [Proposed] Order Granting Plaintiffs' Request to File Response to Defendants' Motion to
6  Clarify November 2, 2022 Order Under Seal ("Proposed Order"), and (3) Plaintiffs'
7  Response to Defendants' Motion to Clarify November 2, 2022 Order ("Response").

8　　　　The Request, the Response, and the accompanying Proposed Order were provided
9  to the Court by electronic mail and served on counsel for Defendants and the Office of the
10  Special Master by electronic mail on November 22, 2022, pursuant to Local Rule 141.

12  DATED:  November 22, 2022　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ROSEN BIEN GALVAN & GRUNFELD LLP

　　　　　　　　　　　　　　　　　　By: */s/ Ginger Jackson-Gleich*
　　　　　　　　　　　　　　　　　　　　Ginger Jackson-Gleich

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs