1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

             Plaintiffs,

    v.

GAVIN NEWSOM, et al.,

             Defendants.

No. 2:90-cv-0520 KJM DB P

ORDER

      Over the past several months, the court has received an increased number of communications from individuals and union leaders concerning mental health staffing levels in the state's prison system.  This correspondence has not been filed.  *Cf.* ECF Nos. 5484, 5435 (court orders concerning documents submitted by state employees and pro se individuals).  Based on these communications, the court consulted with the Special Master, who informed the court that defendants provide him with monthly vacancy reports for mental health staff positions.  At the court's request, the Special Master provided an informal summary of vacancy reports for the month of July 2022.  Good cause appearing, the court will direct the Special Master to file charts completed with the most recent data provided by defendants that show staffing vacancy rates, by institution and systemwide, for all psychologist classifications, all clinical social worker classifications, all recreational therapist classifications, and all medical assistant classifications. The charts shall be presented in a format that could serve as a template for monthly reporting

1

1 | going forward should the court determine defendants should be required to file such reports in

2 | addition to the monthly reports they file on psychiatrist staffing vacancies.

3 |  In accordance with the above IT IS HEREBY ORDERED that on or before December 9,

4 | 2022, the Special Master shall file the charts required by this order.

5 | DATED:  December 1, 2022.


_____

CHIEF UNITED STATES DISTRICT JUDGE