UNITED STATES DIRTICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,

v.                                                 No. 2:90-cv-0520 KJM DB P

GAVIN NEWSOM, et al.,

      Defendants

## RESPONSE OF SPECIAL MASTER TO COURT ORDER OF DECEMBER 1, 2022, TO FILE STAFFING VACANCY CHARTS

By order dated December 1, 2022, the Special Master was ordered "to file charts completed with the most recent data provided by defendants that show staffing vacancy rates, by institution and systemwide, for all psychologist classifications, all clinical social worker classifications, all recreational therapist classifications and all medical assistant classifications." (ECF 7675 at 1). The Special Master was ordered to file these charts on or before December 9, 2022.

The Special Master files the attached charts in response to the court's order.

DATED: December 9, 2022                          Respectfully Submitted,

                                                                      */s/ Matthew A. Lopes, Jr.*

                                                                        Matthew A. Lopes, Jr.
                                                                        Special Master

**Division of Health Care Services Statewide Mental Health**
**Program Allocated and Filled***
**Psychology Positions- September 2022**

| | ALLOCATED | | | | | FILLED | | | | | | | | | | | | TOTALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sites | Chief Psych | Senior Psych Specialist | Senior Psych Supervisor | Line Staff Psych | Allocated Total | Chief Psych | Registry | Chief Vacancy % | Senior Psych Specialist | Registry | Psych Spec Vacancy % | Senior Psych Supervisor | Registry | Senior Psych Supervisor Vacancy% | Line Staff Psych | Registry | Line Staff Total | Line Staff Total Vacancy% | Total | Total Vacancy % |
| ASP | 2.00 | 2.00 | 1.00 | 9.50 | 14.50 | 2.00 | 0.00 | 0% | 2.00 | 0.00 | 0% | 1.00 | 0.00 | 0% | 4.00 | 0.69 | 4.69 | 50.63% | 9.69 | 33.20% |
| CAL | 0 | 0 | 1 | 4 | 5.00 | 0 | 0 | 0% | 0 | 0 | 0% | 1 | 0 | 0% | 3.57 | 0 | 3.57 | 10.84% | 4.57 | 8.60% |
| CCC | 0 | 0 | 1 | 4 | 5.00 | 0 | 0 | 0% | 0 | 0 | 0% | 1 | 0 | 0% | 2 | 0 | 2 | 50% | 3 | 40% |
| CCI | 2 | 2 | 1 | 11.5 | 16.50 | 1 | 0 | 50% | 2 | 0 | 0% | 2 | 0 | -100% | 9 | 0 | 9 | 21.74% | 14 | 15.20% |
| CCWF | 2 | 3.5 | 2.5 | 23 | 31.00 | 1 | 0 | 50% | 3 | 0 | 14.29% | 2 | 0 | 20% | 19 | 0 | 19 | 17.39% | 25 | 19.40% |
| CEN | 1 | 0 | 0 | 4 | 5.00 | 1 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% | 2 | 0 | 2 | 50% | 3 | 40% |
| CHCF | 2 | 5.4 | 5.15 | 43.25 | 55.80 | 2 | 0 | 0% | 3 | 0 | 44.44% | 5 | 0 | 2.91% | 3 | 5.95 | 8.95 | 79.31% | 18.95 | 66% |
| CHCF PIP | 1 | 0 | 4.35 | 34.25 | 39.60 | 1 | 0 | 0% | 0 | 0 | 0% | 4 | 0 | 8.05% | 13 | 6.57 | 19.57 | 42.90% | 24.57 | 38% |
| CIM | 2 | 2 | 2 | 19 | 25.00 | 1 | 0 | 50% | 2 | 0 | 0% | 2 | 0 | 0% | 17 | 0 | 17 | 10.53% | 22 | 12% |
| CIW | 2 | 3.5 | 1.5 | 17.9 | 24.90 | 2 | 0 | 0% | 3 | 0 | 14.29% | 2 | 0 | -33.33% | 17 | 0.97 | 17.97 | 0.39% | 24 | 3.60% |
| CMC | 2 | 6.5 | 6.5 | 44.5 | 59.50 | 2 | 0 | 0% | 7 | 0 | -7.69% | 5 | 0 | 23.08% | 27 | 0 | 27 | 39.33% | 41 | 31.10% |
| CMF | 2 | 5.7 | 4.95 | 37.55 | 50.20 | 2 | 0 | 0% | 4 | 0 | 29.82% | 4 | 0 | 19.19% | 17.74 | 4.09 | 21.83 | 41.85% | 31.83 | 36.60% |
| CMF PIP | 1 | 0 | 4.05 | 32.45 | 37.50 | 1 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 100% | 8 | 7.05 | 15.05 | 53.62% | 15.05 | 59.90% |
| COR | 2 | 4.5 | 4.5 | 37.5 | 48.50 | 2 | 0 | 0% | 5 | 0 | -11.11% | 5 | 0 | -11.11% | 12 | 3.42 | 15.42 | 58.88% | 27.42 | 43.50% |
| CRC | 2 | 2 | 1 | 8 | 13.00 | 1 | 0 | 50% | 2 | 0 | 0% | 1 | 0 | 0% | 8 | 0 | 8 | 0% | 12 | 7.70% |
| CTF | 2 | 2 | 1 | 8 | 13.00 | 1 | 0 | 50% | 2 | 0 | 0% | 1 | 0 | 0% | 7 | 0.4 | 7.4 | 7.50% | 11.4 | 12.30% |
| CVSP | 0 | 0 | 1 | 3.5 | 4.50 | 0 | 0 | NA | 0 | 0 | 0% | 1 | 0 | 0% | 3 | 0.12 | 3.12 | 10.86% | 4.12 | 8.40% |
| FSP | 1 | 2 | 1 | 6.5 | 10.50 | 1 | 0 | 0% | 1 | 0 | 50% | 0 | 0 | 100% | 6 | 0 | 6 | 7.69% | 8 | 23.80% |
| HDSP | 2 | 2 | 1 | 9 | 14.00 | 1 | 0 | 50% | 2 | 0 | 0% | 1 | 0 | 0% | 6 | 0 | 6 | 33.33% | 10 | 28.60% |
| ISP | 1 | 0 | 0 | 3.5 | 4.50 | 1 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% | 3 | 0.75 | 3.75 | -7.14% | 4.75 | -5.60% |
| KVSP | 2 | 3 | 3 | 22 | 30.00 | 1 | 0 | 50% | 3 | 0 | 0% | 3 | 0 | 0% | 14 | 1.33 | 15.33 | 30.32% | 22.33 | 25.60% |
| LAC | 2 | 6.5 | 6 | 39.5 | 54.00 | 2 | 0 | 0% | 6 | 0 | 7.69% | 6 | 0 | 0% | 30 | 0.85 | 30.85 | 21.90% | 44.85 | 16.90% |
| MCSP | 2 | 7.5 | 7 | 46 | 62.50 | 2 | 0 | 0% | 6 | 0 | 20% | 6 | 0 | 14.29% | 20 | 1.15 | 21.15 | 54.02% | 35.15 | 43.80% |
| NKSP | 2 | 2 | 2 | 33.5 | 39.50 | 0 | 0 | 100% | 1 | 0 | 50% | 1 | 0 | 50% | 9 | 2.92 | 11.92 | 64.42% | 13.92 | 64.80% |
| PBSP | 2 | 2 | 1 | 9.5 | 14.50 | 1 | 0 | 50% | 2 | 0 | 0% | 1 | 0 | 0% | 8 | 0 | 8 | 15.79% | 12 | 17.20% |
| PVSP | 2 | 2 | 1 | 7.5 | 12.50 | 1 | 0 | 50% | 2 | 0 | 0% | 1 | 0 | 0% | 4.87 | 0 | 4.87 | 35% | 8.87 | 29% |
| RJD | 2 | 7.5 | 7.5 | 49.5 | 66.50 | 2 | 0 | 0% | 8 | 0 | -6.67% | 8 | 0 | -6.67% | 38 | 1.68 | 39.68 | 19.84% | 57.68 | 13.30% |
| SAC | 2 | 7.5 | 8.5 | 59 | 77.00 | 2 | 0 | 0% | 6 | 0 | 20% | 8 | 0 | 5.88% | 34 | 6.93 | 40.93 | 30.63% | 56.93 | 26.10% |
| SATF | 2 | 6 | 5.5 | 40.5 | 54.00 | 1 | 0 | 50% | 5 | 0 | 16.67% | 3 | 0 | 45.45% | 18.84 | 0 | 18.84 | 53.47% | 27.84 | 48.40% |
| SCC | 2 | 2 | 1 | 3.5 | 8.50 | 1 | 0 | 50% | 2 | 0 | 0% | 1 | 0 | 0% | 1 | 0 | 1 | 71.43% | 5 | 41.20% |
| SOL | 2 | 2 | 1 | 7.5 | 12.50 | 1 | 0 | 50% | 2 | 0 | 0% | 1 | 0 | 0% | 6 | 0 | 6 | 20% | 10 | 20% |
| SQ | 2 | 3.6 | 4.1 | 27.3 | 37.00 | 1 | 0 | 50% | 2 | 0 | 44% | 2 | 0 | 51.22% | 23 | 1.42 | 24.42 | 10.55% | 29.42 | 20.50% |
| SVSP | 2 | 4.9 | 3.5 | 28.8 | 39.20 | 2 | 0 | 0% | 2 | 0 | 59.18% | 2 | 0 | 42.86% | 2 | 7.89 | 9.89 | 65.66% | 15.89 | 59.50% |
| SVSP PIP | 1 | 0 | 1.5 | 11.2 | 13.70 | 1 | 0 | 0% | 0 | 0 | 0% | 1 | 0 | 33.33% | 2 | 2.18 | 4.18 | 62.68% | 6.18 | 54.90% |
| VSP | 2 | 3.5 | 3 | 20 | 28.50 | 1 | 0 | 50% | 4 | 0 | -14.29% | 3 | 0 | 0% | 19 | 0 | 19 | 5% | 27 | 5.30% |
| WSP | 2 | 2 | 2 | 32.5 | 38.50 | 1 | 0 | 50% | 2 | 0 | 0% | 2 | 0 | 0% | 14 | 6.23 | 20.23 | 37.75% | 25.23 | 34.50% |
| TOTAL | 60.00 | 105.10 | 102.10 | 798.70 | 1065.90 | 43.00 | 0 | 28% | 91.00 | 0 | 13% | 87.00 | 0 | 14.80% | 431.02 | 62.59 | 493.61 | 38.20% | 712.64 | 33.10% |

*Filled positions include those in the blanket report less any positions that are on long term sick leave. Since the focus of the charts is on filled positions, "pending hires" should not be included in the fill rates. Presumably these positions will be captured in future monthly reports when the employee commences employment with CDCR.

**Division of Health Care Services Statewide Mental Health Program**
**Allocated and Filled Social Worker Positions***

| | ALLOCATED | | | FILLED | | | | | | TOTALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sites | Supervisor Social Worker | Social Worker | Allocated Total | Supervisor Social Worker | Supervisor Social Worker Registry | Total Supervisor Soc Worker Vacant % | Social Worker | Social Worker Registry | Total Social Worker Vacancy % | Total Filled | Total % Vacant |
| ASP | 1.00 | 11.00 | 12.00 | 1.00 | 0 | 0.00% | 7.00 | 0 | 36.00% | 8.00 | 0.33 |
| CAL | 1 | 1 | 2.00 | 1 | 0 | 0.00% | 1 | 0 | 0.00% | 2 | 0% |
| CCC | 1 | 1 | 2.00 | 1 | 0 | 0.00% | 1 | 0 | 0.00% | 2 | 0% |
| CCI | 1 | 11 | 12.00 | 1 | 0 | 0.00% | 8 | 0 | 27.27% | 9 | 25% |
| CCWF | 1 | 15.5 | 16.50 | 1 | 0 | 0.00% | 13 | 0 | 16.13% | 14 | 15.20% |
| CEN | 0 | 1 | 1.00 | 0 | 0 | 0.00% | 1 | 0 | 0.00% | 1 | 0% |
| CHCF | 0.6 | 13.8 | 14.40 | 0 | 0 | 100.00% | 6 | 1.02 | 49.13% | 7.02 | 51.30% |
| CHCF PIP | 1.9 | 29.2 | 31.10 | 0 | 0 | 100.00% | 12 | 0.92 | 55.75% | 12.92 | 58.50% |
| CIM | 1 | 13.5 | 14.50 | 1 | 0 | 0.00% | 9 | 0 | 33.33% | 10 | 31.00% |
| CIW | 0.8 | 7.4 | 8.20 | 0 | 0 | 100.00% | 6 | 0 | 18.92% | 6 | 26.80% |
| CMC | 1 | 17 | 18.00 | 1 | 0 | 0.00% | 12.82 | 0 | 24.60% | 13.82 | 18.70% |
| CMF | 0.1 | 13.1 | 13.20 | 0 | 0 | 100.00% | 7 | 0 | 46.56% | 7 | 47.00% |
| CMF PIP | 1.9 | 27.4 | 29.30 | 1 | 0 | 47.37% | 5.5 | 1.76 | 73.50% | 8.26 | 71.80% |
| COR | 1 | 16 | 17.00 | 0 | 0 | 100.00% | 14 | 2.08 | 0.00% | 16.08 | 5.40% |
| CRC | 1 | 11 | 12.00 | 1 | 0 | 0.00% | 11 | 0 | 0.00% | 12 | 0% |
| CTF | 1 | 9 | 10.00 | 1 | 0 | 0.00% | 9 | 0 | 0.00% | 10 | 0% |
| CVSP | 0 | 1 | 1.00 | 0 | 0 | 0.00% | 0 | 0 | 100.00% | 0 | 100% |
| FSP | 0.5 | 6.5 | 7.00 | 0 | 0 | 100.00% | 5 | 0 | 23.08% | 5 | 28.60% |
| HDSP | 0.5 | 4 | 4.50 | 1 | 0 | -100.00% | 5 | 0 | -25.00% | 6 | -33.30% |
| ISP | 0 | 1 | 1.00 | 0 | 0 | 0.00% | 0 | 0 | 100.00% | 1 | 100% |
| KVSP | 1 | 10.5 | 11.50 | 1 | 0 | 0.00% | 8 | 0 | 23.81% | 9 | 21.70% |
| LAC | 1 | 15.5 | 16.50 | 1 | 0 | 0.00% | 8 | 0.74 | 43.61% | 9.74 | 41.00% |
| MCSP | 1 | 23.5 | 24.50 | 0 | 0 | 100.00% | 13 | 0.69 | 41.74% | 13.69 | 44.00% |
| NKSP | 1 | 13.5 | 14,5 | 1 | 0 | 0.00% | 10 | 1.24 | 16.74% | 12.24 | 15.60% |
| PBSP | 0 | 3 | 3.00 | 0 | 0 | 0.00% | 1 | 0 | 66.67% | 1 | 66.67% |
| PVSP | 0.5 | 4 | 4.50 | 1 | 0 | -100.00% | 4 | 0 | 0.00% | 5 | -11.10% |
| RJD | 1 | 23.5 | 24.50 | 1 | 0 | 0.00% | 11 | 1.52 | 46.72% | 13.52 | 44.80% |
| SAC | 1 | 17 | 18.00 | 1 | 0 | 0.00% | 14 | 2.13 | 5.12% | 16.13 | 10.40% |
| SATF | 1.5 | 23.5 | 25.00 | 2 | 0 | -33.33% | 12 | 0 | 48.94% | 14 | 44.00% |
| SCC | 0 | 1.5 | 1.50 | 0 | 0 | 0.00% | 2 | 0 | -33.33% | 2 | -33.33% |
| SOL | 0.5 | 5 | 5.50 | 1 | 0 | -100.00% | 3 | 0 | 40.00% | 4 | 27.30% |
| SQ | 0.8 | 14.8 | 15.60 | 1 | 0 | -25.00% | 10 | 0 | 32.43% | 11 | 29.50% |
| SVSP | 0.7 | 13.3 | 14.00 | 1 | 0 | -42.86% | 4.86 | 0.21 | 62.00% | 6.21 | 53.30% |
| SVSP PIP | 0.8 | 11.2 | 12.00 | 1 | 0 | 0.00% | 6 | 0.52 | 41.79% | 7.52 | 37.30% |
| VSP | 1 | 14 | 15.00 | 1 | 0 | 0.00% | 14 | 0 | 0.00% | 15 | 0% |
| WSP | 1 | 14.5 | 15.50 | 1 | 0 | 0.00% | 10 | 0 | 31.58% | 11 | 29.00% |
| TOTAL | 29.10 | 418.70 | 433.30 | 25.00 | 0 | 14.10% | 264.18 | 12.83 | 33.50% | 302.15 | 30.02% |

*Filled positions include those in the blanket report less any positions that are on long term sick leave. Since the focus of the charts is on filled positions, "pending hires" should not be included in the fill rates. Presumably these positions will be captured in future monthly reports when the employee commences employment with CDCR.

**Division of Health Care Services Statewide Mental Health Program**
**Allocated and Filled Recreation Therapist Positions***

|  | ALLOCATED | FILLED | | | |
|---|---|---|---|---|---|
| Sites | Recreation Therapist | Recreation Therapist | Registry | Total | Total % Vacant |
| ASP | 0 | 0 | 0 | 0 | 0 |
| CAL | 0 | 0 | 0 | 0 | 0 |
| CCC | 0 | 0 | 0 | 0 | 0 |
| CCI | 0.5 | 1 | 0 | 1 | -100% |
| CCWF | 6 | 8 | 0 | 8 | -33.00% |
| CEN | 0 | 0 | 0 | 0 | 0.00% |
| CHCF | 24.15 | 23 | 0.99 | 23.99 | 0.66% |
| CHCF PIP | 31.85 | 6 | 2.24 | 8.24 | 74.13% |
| CIM | 6 | 5 | 0 | 5 | 16.67% |
| CIW | 6.9 | 6 | 0 | 6 | 13.04% |
| CMC | 24.5 | 20 | 0.65 | 20.65 | 15.71% |
| CMF | 20.95 | 16 | 0.83 | 16.83 | 19.67% |
| CMF PIP | 30.05 | 2 | 2.71 | 4.71 | 84.33% |
| COR | 13 | 7 | 4.04 | 11.04 | 15.08% |
| CRC | 0 | 0 | 0 | 0 | 0% |
| CTF | 0 | 0 | 0 | 0 | 0% |
| CVSP | 0 | 0 | 0 | 0 | 0% |
| FSP | 0 | 0 | 0 | 0 | 0% |
| HDSP | 1.5 | 2 | 0 | 2 | -33.33% |
| ISP | 0 | 0 | 0 | 0 | 0% |
| KVSP | 7 | 5 | 0 | 5 | 28.57% |
| LAC | 19 | 13 | 0 | 13 | 31.58% |
| MCSP | 24.5 | 17 | 0 | 17 | 30.61% |
| NKSP | 4.5 | 2 | 0 | 2 | 55.56% |
| PBSP | 2 | 1 | 0 | 1 | 50.00% |
| PVSP | 1 | 1 | 0 | 1 | 0% |
| RJD | 27 | 26 | 1.52 | 27.52 | -1.93% |
| SAC | 28 | 29 | 0 | 29 | -3.57% |
| SATF | 18.5 | 15 | 1.85 | 16.85 | 8.92% |
| SCC | 0 | 0 | 0 | 0 | 0% |
| SOL | 1 | 1 | 0 | 1 | 0% |
| SQ | 9.3 | 5 | 0.75 | 5.75 | 38.17% |
| SVSP | 11.3 | 9 | 0 | 9 | 20.35% |
| SVSP PIP | 11.2 | 4 | 0 | 4 | 64.29% |
| VSP | 8.5 | 9 | 0 | 9 | -17.65% |
| WSP | 3 | 3 | 0 | 3 | 0% |
| TOTAL | 341.2 | 236 | 15.58 | 251.58 | 26.30% |

*Filled positions include those in the blanket report less any positions that are on long term sick leave. Since the focus of the charts is on filled positions, "pending hires" should not be included in the fill rates. Presumably these positions will be captured in future monthly reports when the employee commences employment with CDCR.

**Division of Health Care Services Statewide Mental Health Program**
**Allocated and Filled Medical Assistant Positions***

| | ALLOCATED | FILLED | | | |
|---|---|---|---|---|---|
| Sites | Medical Assistant | Medical Assistant | Registry | Total Filled | Total Vacancy % |
| ASP | 0.00 | 0 | 0.00 | 0 | 0% |
| CAL | 1 | 1 | 0 | 1 | 0% |
| CCC | 0 | 0 | 0 | 0 | 0% |
| CCI | 2 | 0 | 0 | 0 | 100% |
| CCWF | 2 | 2 | 0 | 2 | 0% |
| CEN | 0 | 0 | 0 | 0 | 0% |
| CHCF | 10 | 6 | 0 | 6 | 40% |
| CHCF PIP | 0 | 0 | 0 | 0 | 0% |
| CIM | 2 | 1 | 0 | 1 | 50% |
| CIW | 0 | 0 | 0 | 0 | 0% |
| CMC | 1 | 1 | 0 | 1 | 0% |
| CMF | 5 | 0 | 0 | 0 | 100% |
| CMF PIP | 0 | 0 | 0 | 0 | 0% |
| COR | 6 | 3 | 0 | 3 | 50% |
| CRC | 0 | 0 | 0 | 0 | 0% |
| CTF | 0 | 0 | 0 | 0 | 0% |
| CVSP | 0 | 0 | 0 | 0 | 0% |
| FSP | 0 | 0 | 0 | 0 | 0% |
| HDSP | 3 | 1 | 0 | 1 | 66.67% |
| ISP | 0 | 0 | 0 | 0 | 0% |
| KVSP | 5 | 4 | 0 | 4 | 20% |
| LAC | 1 | 1 | 0 | 1 | 0.00% |
| MCSP | 7 | 4 | 0 | 4 | 42.86% |
| NKSP | 4 | 0 | 0 | 0 | 100% |
| PBSP | 1 | 0 | 0 | 0 | 100% |
| PVSP | 0 | 0 | 0 | 0 | 0% |
| RJD | 2 | 0 | 0 | 0 | 100% |
| SAC | 0 | 0 | 0 | 0 | 100% |
| SATF | 10 | 10 | 0 | 10 | 0% |
| SCC | 0 | 0 | 0 | 0 | 0% |
| SOL | 0 | 0 | 0 | 0 | 0% |
| SQ | 0 | 0 | 0 | 0 | 0% |
| SVSP | 6 | 2 | 0 | 2 | 66.67% |
| SVSP PIP | 0 | 0 | 0 | 0 | 0% |
| VSP | 7 | 1 | 0 | 1 | 85.71% |
| WSP | 4 | 4.18 | 0 | 4.18 | -24.15% |
| TOTAL | 79.00 | 41.18 | 0.00 | 41.18 | 47.90% |

*Filled positions include those in the blanket report less any positions that are on long term sick leave. Since the focus of the charts is on filled positions, "pending hires" should not be included in the fill rates. Presumably these positions will be captured in future monthly reports when the employee commences employment with CDCR.