| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone:  (916) 210-7318<br>  Fax:  (916) 324-5205<br>  E-mail:  Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias, SBN 321994<br>Carson R. Niello, SBN 329970<br>  1676 N. California Blvd., Suite 620<br>  Walnut Creek, California 94596<br>  Telephone: 925-746-8460<br>  Facsimile:  925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB (PC)<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SECOND WHISTLEBLOWER REPORT FROM DR. GOLDING**<br><br>Judge:   Hon. Kimberly J. Mueller |

Defendants file this response to Plaintiffs' December 9, 2022 notice concerning Dr. Michael Golding's letter to the Special Master.[1] ECF No. 7678. On November 28, 2022, the Special Master provided the parties with Dr. Michael Golding's November 23, 2022 letter ("November 23rd Letter"). Declaration of Samantha D. Wolff ¶ 2 ("Wolff Decl."). On the evening of December 7, 2022, Deputy Special Master Kerry F. Walsh forwarded the parties via e-mail a "revised letter" from Dr. Golding, also dated November 23, 2022. *Id.*, ¶ 3. Based on

---

[1] Plaintiffs, in violation of the Court's 12/24/20 order (ECF No. 7003), failed to seek leave of court before filing this "notice of filing," which is actually a thinly veiled motion for relief to have the report filed, and for further action. ECF No. 7678 at 3.

Defendants' review of the November 23rd Letter to date, it includes numerous, wide-ranging allegations and references to privileged information. *Id.*, ¶ 3.

The initial November 23rd Letter, including exhibits, is over 950-pages long, and the "revised letter" is over 1015-pages long. *Id.*, ¶ 4. While Defendants continue to evaluate to what extent the "revised letter" differs from the earlier version provided to the parties on November 28, 2022, it also contains privileged and protected information – including discussions with counsel and deliberative information.[2] *Id.*, ¶ 4. Accordingly, to the extent that the Court deems it necessary to make the November 23rd Letter part of the record in this case, Defendants request that it be filed under seal pursuant to Local Rule 141. *See Dep't of Interior v. Klamath Water Users Protective Ass'n*, 532 U.S. 1 (2001); *Upjohn Co. v. United States*, 449 U.S. 383, 389 (1981). Defendants further oppose contentions raised by Plaintiffs on other grounds.

First, Defendants question the value of Plaintiffs' request to file the letter publicly or under seal, as well as their offer to brief issues of privilege. The harm that could be caused by filing Dr. Golding's current unsubstantiated allegations, many of which are related to his ongoing internal personnel matters, on the docket is very real and concerning. Dr. Golding's past allegations caused significant damage to CDCR's mental health leadership team. Wolff Decl., ¶ 5. Since his last allegations became the focus of these proceedings, the entire mental health leadership team has left CDCR headquarters, and most have left CDCR altogether. *Id.* His recent accusations are likely to have a similar detrimental effect on the current mental health leadership team. *Id.* Leadership stability is critical to a well-functioning mental health system, including the ability to attract, recruit, and retain talented leadership. *Id.* Efforts by one employee who is not getting his way to use unsubstantiated accusations to publicly attack dedicated public servants should not be countenanced.

Additionally, as discussed above and in Defendants' December 7, 2022 letter to Plaintiffs' counsel and the Special Master, Dr. Golding's letter appears to contain attorney-client communications, attorney work product, and/or other privileged information. Since neither

---

[2] Defendants refer to both the initial November 23, 2022 letter and the December 7, 2022 "revised letter" as "the November 23rd Letter."

-2-
DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SECOND WHISTLEBLOWER REPORT FROM DR. GOLDING

Defendants nor Defendants' counsel authorized Dr. Golding to release or disclose such privileged information, Defendants are in the process of reviewing the November 23 Letter to determine the extent of Dr. Golding's unauthorized disclosure. Wolff Decl. ¶ 4. Defendants request that the November 23 Letter be withheld from public disclosure until Defendants have had an adequate opportunity to complete their review – which is likely to be completed by January 6, 2023. *See id.*

In conclusion, Defendants have very real concerns of the irreversible and deleterious effects that the public filing of the November 23 Letter would have on the continued progress of this case. Defendants' serious concerns therefore far outweigh Plaintiffs' request.

## CERTIFICATION OF ORDERS REVIEWED

Defendants' counsel certify that the following orders relevant to this filing were reviewed: ECF Nos. 6427, 6441, and 7003.

DATED: December 12, 2022

Respectfully submitted,

HANSON BRIDGETT LLP

By:     */s/ Samantha Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
KAYLEN KADOTANI
DAVID C. CASARRUBIAS
CARSON R. NIELLO
Attorneys for Defendants

DATED: December 12, 2022

ROB BONTA
Attorney General of California
Damon McClain
Supervising Deputy Attorney General

By:     */s/ Elise Thorn*
ELISE OWENS THORN
Deputy Attorney General
Attorneys for Defendants

-3-
DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SECOND WHISTLEBLOWER REPORT FROM DR. GOLDING

19197676.1