ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:  925-746-8460
FACSIMILE:  925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB (PC) <br><br> **DECLARATION OF SAMANTHA D. WOLFF IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SECOND WHISTLEBLOWER REPORT FROM DR. GOLDING** <br><br> Judge: Hon. Kimberly J. Mueller |

19193289.1

DECLARATION OF SAMANTHA D. WOLFF IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SECOND WHISTLEBLOWER REPORT FROM DR. GOLDING

## DECLARATION OF SAMANTHA D. WOLFF

I, Samantha D. Wolff, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hanson Bridgett LLP, attorneys of record for Defendants Gavin Newsom *et al*. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. This declaration is submitted in support of Defendants' response to Plaintiffs' notice of second whistleblower report from Dr. Golding.

3. On November 28, 2022, the Special Master provided the parties with Dr. Michael Golding's November 23, 2022 letter ("November 23rd Letter"). On the evening of December 7, 2022, Deputy Special Master Kerry F. Walsh forwarded the parties via e-mail a "revised letter" from Dr. Golding, also dated November 23, 2022. Based on Defendants' initial review of the November 23rd Letter to date, it includes numerous, wide-ranging allegations and references to privileged information.

4. The initial November 23rd Letter, including exhibits, is over 950-pages long, and the "revised letter" is over 1015-pages long. While Defendants continue to evaluate to what extent the "revised letter" differs from the earlier version provided to the parties on November 28, 2022, it also contains privileged and protected information – including discussions with counsel and deliberative information. Neither Defendants nor Defendants' counsel authorized Dr. Golding to release or disclose such privileged information. Defendants are in the process of reviewing the November 23 Letter to determine the extent of Dr. Golding's unauthorized disclosure, and will likely complete their review by January 6, 2023.

5. Dr. Golding's past allegations caused significant damage to CDCR's mental health leadership team. Since his last allegations became the focus of these proceedings, the entire mental health leadership team has left CDCR headquarters, and most have left CDCR altogether. His recent accusations are likely to have a similar detrimental effect on the current mental health

-2-
DECLARATION OF SAMANTHA D. WOLFF IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SECOND WHISTLEBLOWER REPORT FROM DR. GOLDING

19193289.1

leadership team. Leadership stability is critical to a well-functioning mental health system, including the ability to attract, recruit, and retain talented leadership.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of December, 2022, at Lafayette, California.

*/s/ Samantha Wolff*
Samantha D. Wolff

19193289.1

-3-
DECLARATION OF SAMANTHA D. WOLFF IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SECOND WHISTLEBLOWER REPORT FROM DR. GOLDING