Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
David C. Casarrubias, State Bar No. 321994
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO COMPLETE THE UNMET BED NEEDS ASSESSMENT**<br><br>Judge: The Hon. Kimberly J. Mueller |

On September 13, 2021 Defendants were ordered to "as soon as practicable…undertake an assessment of whether there is unmet need for inpatient care…among the plaintiff class." (ECF No. 7305 at 15-16.) On February 25, 2022, Defendants were ordered to file, by December 31, 2022, a written report on the results of the unmet needs assessment. (ECF No. 7477.)

Defendants began planning for the unmet needs assessment (UNA) shortly after the Court's September 13, 2021 Order and began data collection and case reviews in April 2022. CDCR developed a screening and case review schedule that would allow it to complete the UNA by the

December 31, 2022 deadline.  This schedule was designed using projections based on data available to CDCR before the UNA screening began in April 2022.

Defendants assign four to five teams, each comprised of three clinicians, to participate in the UNA case review process.  These clinicians work full time on the UNA case reviews and also participate in any necessary UNA dispute resolution meetings or patient interviews.

The screening tool, along with the increase in automated data collected about patients, has resulted in more patients being included in the assessment than initially projected.  Since April 2022, Defendants have screened over 14,500 patients for inclusion in the assessment, and flagged over 3,800 patients for further assessment across just the first nine institutions.  For context, during the Mental Health Assessment and Referral Project (MHARP), only 1,800 patients were flagged and assessed across all CDCR's prisons.

In August 2022, after collecting data on the first seven institutions, Defendants updated their projections, which, at the time, indicated that case reviews would be complete in late January 2023, and that the UNA report would be complete in late April 2023.  However, data collection at two additional institutions in October 2022 shows that Defendants' August projections are no longer up-to-date and a report completion date of late June 2023 is more realistic.

Defendants approached Plaintiffs and the Special Master about the need for an extension of time on August 24, 2022.  The parties met and conferred on August 30, September 9, and October 17, to discuss the need for additional time.  The parties agree that more time is needed to complete the UNA study and propose that Defendants provide the Plaintiffs and the Special Master with monthly updates to their case review completion date projections.  Defendants agree to continue staffing the project at the same levels since the beginning of the UNA – working through approximately 150 cases per week – with the exception of the last week of December preceding the new year.  Defendants will be able to project an end date for the case reviews following the identification of flagged cases for the last set of institutions.[1]  Defendants will provide an updated schedule following the identification of flagged cases for the last set of

---

[1] A draft schedule is attached.

institutions and will file a completed UNA report within ninety days of the projected end date. During the ninety day report drafting period, Defendants will allow Plaintiffs and the Special Master thirty days to provide comments on a draft of the UNA report.

The parties also discussed the concern, raised by both Plaintiffs and the Special Master team, that completion of the UNA study should not delay planning to address any immediate shortage of inpatient beds. Although Defendants do not anticipate any bed shortages as a result of the ongoing UNA, Defendants agree that in the event that a shortage of available acute or intermediate inpatient beds develops during the pendency of the UNA study due to UNA referrals, they shall notify the Special Master and Plaintiffs of the shortfall, and meet and confer with the Special Master team and Plaintiffs' counsel before responding to the shortage of beds as appropriate. Defendants also agree to meet with Plaintiffs should they have concerns about bed availability during the pendency of the UNA study.

The parties also discussed how the case review meetings and dispute calls were being staffed. Defendants' revised schedule ensures that staff will continue working at the same pace throughout the project. Defendants agree that they will first meet and confer with the Plaintiffs and the Special Master before reducing the number of UNA case review teams during the pendency of the study. Mindful that staff may need breaks from the project, Defendants may rotate in new clinicians who are knowledgeable regarding CDCR operations and the CDCR mental health delivery system, and regarding CDCR's and DSH's inpatient referral processes. Also, DSH may use a pool of senior psychologists who are knowledgeable about CDCR operations and the inpatient referral process to attend the UNA dispute resolution calls, instead of supervisors as called for under the current UNA methodology, when operationally necessary.

Defendants remain committed to ensuring that Plaintiffs and the Special Master are kept apprised of any changes that may be necessary to the UNA schedule based on additional changes to the projections. The parties agree to meet and confer on any unanticipated changes to the UNA project that may arise while the UNA is ongoing.

In light of the above, Defendants will follow the process set forth above in order to complete the UNA study and file the report by June 30, 2023.

**IT IS SO STIPULATED**.

DATED:  December 2, 2022

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: */s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General

*Attorneys for Defendants*

DATED:  December 2, 2022

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Thomas Nolan*
Thomas Nolan

*Attorneys for Plaintiffs*

# # #

## ORDER

The court, having considered the parties' stipulation, hereby approves the matters agreed to with two modifications.  First, a key purpose of the UNA study is to aid the court in making "a reasoned determination as to whether defendants' 50 bed MHCB [mental health crisis bed] plan is adequate."  September 13, 2021 Order, ECF No. 7305, at 15.  Accordingly, defendants shall also notify the Special Master and plaintiffs in the event a shortage of available MHCBs develops during the pendency of the UNA study due to UNA referrals, and meet and confer with the Special Master team and plaintiffs' counsel before responding to the shortage as appropriate.  Second, plaintiffs shall notify the Special Master contemporaneously with any request to meet with defendants should plaintiffs have any concerns about bed availability during the pendency of

/////

the UNA study.  With these modifications, the stipulation is approved and the deadline for defendants to file a report on the results of the unmet bed need study is extended to June 30, 2023.

**IT IS SO ORDERED.**

DATED:  December 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE