# EXHIBIT C

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION  GAVIN NEWSOM, GOVERNOR

**OFFICE OF THE SECRETARY**
PO Box 942883
Sacramento, CA 94283-0001



December 6, 2022

To all CDCR and CCHCS employees:

I am so grateful for the hard work and dedication of every employee of the California Department of Corrections and Rehabilitation (CDCR). Your efforts make our public safety and rehabilitation mission possible, and I am committed to keeping you up-to-date on new developments in our department, including a major announcement being made today.

Today the department is announcing the closure of Chuckawalla Valley State Prison (CVSP) by March 2025. Additionally, CDCR will be exiting California City Correctional Facility, where the lease with CoreCivic expires in November 2024. The department will also move to deactivate facilities in six additional prisons:

- Folsom Women's Facility (expected deactivation January 2023)
- West Facility in California Men's Colony (expected deactivation winter 2023)
- Facility C in Pelican Bay State Prison (expected deactivation winter 2023)
- Facility A in California Rehabilitation Center (expected deactivation spring 2023)
- Facility D in California Institution for Men (expected deactivation spring 2023)
- Facility D in California Correctional Institution (expected deactivation summer 2023)

I understand the impact this will have on not only the employees who institutions are closing or deactivating facilities, but also all CDCR and CCHCS staff. I assure you we are committed to transparency throughout this process, including keeping all employees up to date on closure-related activities. CDCR and CCHCS will work to limit the impact to employees, as with previous deactivations and closures. This will include options to transfer both within and outside of impacted counties, and identification of employees for redirection to neighboring prisons where there are existing identified vacancies.

Importantly, the Newsom Administration, through the Labor & Workforce Development Agency, the Governor's Office of Business and Economic Development (GO-Biz) and the Governor's Office of Planning and Research (OPR), expects to work directly with community stakeholders in Riverside County to help support workers and foster a bottom-up economic resilience plan for the community impacted by the closure of CVSP. This is similar to the announcement made on Dec. 1 on support services for the Susanville area—including a $1 million Rapid Response grant.

These closures and deactivations are in line with the State Budget and are in no way a reflection of the employees there or the vital public safety and rehabilitation role they perform. I am so grateful for the excellent work that has been done at these locations, and know it will continue

All CDCR and CCHCS Staff
Page 2

in new sites as we move forward. When making these decisions, the Department considers many factors, including cost to operate, impact of closure on the surrounding communities and the workforce; housing needs for all populations; long-term investments in state-owned and operated correctional facilities; public safety and rehabilitation; and durability of the state's solution to prison overcrowding.

Team members are available to answer questions and provide more information regarding various aspects of the closure/deactivation process. Please do not hesitate to reach out with questions or concerns via the below:

- For CDCR, please email CDCRHRSSROHelpDesk@cdcr.ca.gov or call (833) 545-2061. Staff are available Monday through Sunday 8 a.m. to 5 p.m.; voicemails may be left 24 hours a day; voicemails may be left 24 hours a day, please allow 48 hours for response.
- For CCHCS, please email HealthCare.HRHelp@cdcr.ca.gov, or call 1 (877) 793-4473, and follow the prompts. Voicemails may be left 24 hours a day, seven days a week.
- The Office of Employee Wellness (OEW) has many supportive resources available to you and your families. If you would like to take advantage of the Employee Assistance Program (EAP), please contact an EAP consultant at (866) 327-4762. For a list of EAP benefits, visit www.eap.calhr.ca.gov.

Respectfully,

*Kathleen Allison*
066FFF332C694AB...

KATHLEEN ALLISON
Secretary