| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>307 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>          Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2022**<br><br>Judge: Hon. Deborah Barnes |

[4204313.1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2022 to Defendants via e-mail on November 18, 2022. The parties completed their meet and confer process on December 19, 2022. The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2022, with an agreement to reduce claimed amounts to a total of $974,416.25 calculated at a rate of $237.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $974,416.25 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 19, 2022 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: December 20, 2022

/s/ Elise Thorn
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: December 20, 2022

/s/ Lisa Ells
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____, 2022

_____
Deborah Barnes
United States Magistrate Judge

## Coleman v. Newsom
## Third Quarter of 2022
## July 1, 2022 through September 30, 2022
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---:|---:|---:|
| **Monitoring, 489-3** | $984,403.20 | $949,949.12 | $8,771.02 |
| **Fees on Fees, 489-5** | $6,019.80 | $5,809.10 | $19.51 |
| **Appeal, 489-26** | $10,214.70 | $9,857.18 | $10.32 |
| **Totals** | $1,000,637.70 | $965,615.40 | $8,800.85 |
| **Claimed Total:** |  | $1,009,438.55 |  |
| **Settled Total:** |  | $974,416.25 |  |

4190744

**Coleman v. Newsom**
**Third Quarter of 2022**
**July 1, 2022 through September 30, 2022**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adam Dean | 19.10 | 19.10 | $237.00 | $4,526.70 | $4,368.27 |
| Alex Gourse | 42.30 | 36.40 | $237.00 | $8,626.80 | $8,324.86 |
| Amit Rao | 18.00 | 9.40 | $237.00 | $2,227.80 | $2,149.83 |
| Amy Xu | 99.90 | 96.40 | $237.00 | $22,846.80 | $22,047.16 |
| Arielle Tolman | 23.30 | 21.50 | $237.00 | $5,095.50 | $4,917.16 |
| Averi Suk | 17.40 | 16.80 | $237.00 | $3,981.60 | $3,842.24 |
| Benjamin Bien-Kahn | 0.50 | 0.00 | $237.00 | $0.00 | $0.00 |
| Brenda Munoz | 147.70 | 141.00 | $237.00 | $33,417.00 | $32,247.41 |
| Cara E. Trapani | 229.20 | 227.50 | $237.00 | $53,917.50 | $52,030.39 |
| Caroline E. Jackson | 0.10 | 0.00 | $237.00 | $0.00 | $0.00 |
| Ellen T. Brancart | 280.70 | 275.10 | $237.00 | $65,198.70 | $62,916.75 |
| Emma Lower | 3.30 | 0.00 | $237.00 | $0.00 | $0.00 |
| Eric Monek Anderson | 0.60 | 0.00 | $237.00 | $0.00 | $0.00 |
| Ernest Galvan | 61.60 | 61.60 | $237.00 | $14,599.20 | $14,088.23 |
| F. Gail LaPurja | 78.30 | 50.70 | $237.00 | $12,015.90 | $11,595.34 |
| Fely F. Villadelgado | 122.10 | 44.10 | $237.00 | $10,451.70 | $10,085.89 |
| Gay C. Grunfeld | 1.90 | 0.00 | $237.00 | $0.00 | $0.00 |
| Ginger Jackson-Gleich | 4.80 | 0.00 | $237.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 303.50 | 181.10 | $237.00 | $42,920.70 | $41,418.48 |
| Hannah Potter | 284.80 | 223.70 | $237.00 | $53,016.90 | $51,161.31 |
| Ines Diaz | 43.10 | 43.10 | $237.00 | $10,214.70 | $9,857.19 |
| Isabel Ting | 32.40 | 31.50 | $237.00 | $7,465.50 | $7,204.21 |
| Jack Gleiberman | 0.70 | 0.00 | $237.00 | $0.00 | $0.00 |
| Jenna Mowat | 24.00 | 21.90 | $237.00 | $5,190.30 | $5,008.64 |
| Jenny S. Yelin | 124.00 | 123.40 | $237.00 | $29,245.80 | $28,222.20 |
| Jessica L. Winter | 275.50 | 252.60 | $237.00 | $59,866.20 | $57,770.88 |
| Julie de Vaulx | 98.70 | 69.40 | $237.00 | $16,447.80 | $15,872.13 |
| Kelly Mu | 10.60 | 0.00 | $237.00 | $0.00 | $0.00 |
| Linda H. Woo | 32.60 | 29.50 | $237.00 | $6,991.50 | $6,746.80 |
| Lindsay Newfeld | 14.90 | 14.90 | $237.00 | $3,531.30 | $3,407.70 |
| Lisa Ells | 221.40 | 212.40 | $237.00 | $50,338.80 | $48,576.94 |
| Luke Weizenberg | 218.60 | 199.80 | $237.00 | $47,352.60 | $45,695.26 |
| Marc Shinn-Krantz | 288.70 | 275.00 | $237.00 | $65,175.00 | $62,893.88 |
| Megan Rich | 6.20 | 0.00 | $237.00 | $0.00 | $0.00 |
| Michael L. Freedman | 0.20 | 0.00 | $237.00 | $0.00 | $0.00 |
| Michael S. Nunez | 158.60 | 153.20 | $237.00 | $36,308.40 | $35,037.61 |
| Michael W. Bien | 46.30 | 46.30 | $237.00 | $10,973.10 | $10,589.04 |
| Morgan Botelle | 7.40 | 0.00 | $237.00 | $0.00 | $0.00 |
| Sanjana Srinivasan | 355.90 | 262.80 | $237.00 | $62,283.60 | $60,103.67 |
| Sarah A. Corkum | 255.40 | 209.50 | $237.00 | $49,651.50 | $47,913.70 |
| Teya Khalil | 374.10 | 326.60 | $237.00 | $77,404.20 | $74,695.05 |
| Thomas Nolan | 91.50 | 89.10 | $237.00 | $21,116.70 | $20,377.62 |
| Yesi Murillo | 204.90 | 182.00 | $237.00 | $43,134.00 | $41,624.31 |
| **Total** | **4624.80** | **3947.40** | | **$935,533.80** | **$902,790.15** |

4190744

**Coleman v. Newsom**
**Third Quarter of 2022**
**July 1, 2022 through September 30, 2022**
Monitoring Fees, 489-3

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alondra Diaz-Saavedra | 5.20 | 5.20 | $237.00 | $1,232.40 | $1,189.27 |
| Audrey Lim | 2.40 | 2.40 | $237.00 | $568.80 | $548.89 |
| Dewi Zarni | 10.80 | 10.80 | $237.00 | $2,559.60 | $2,470.01 |
| Donald Specter | 0.50 | 0.50 | $237.00 | $118.50 | $114.35 |
| Gabriela Pelsinger | 1.60 | 1.60 | $237.00 | $379.20 | $365.93 |
| Ilian Meza Pena | 1.30 | 1.30 | $237.00 | $308.10 | $297.32 |
| Isabel Avila Breach | 7.70 | 7.70 | $237.00 | $1,824.90 | $1,761.03 |
| Margot Mendelson | 87.30 | 87.30 | $237.00 | $20,690.10 | $19,965.95 |
| Patrick Booth | 2.30 | 2.30 | $237.00 | $545.10 | $526.02 |
| Sara Norman | 0.30 | 0.30 | $237.00 | $71.10 | $68.61 |
| Skye Lovett | 0.60 | 0.60 | $237.00 | $142.20 | $137.22 |
| Sophie J. Hart | 9.00 | 9.00 | $237.00 | $2,133.00 | $2,058.35 |
| Sophie Mishara | 2.50 | 2.50 | $237.00 | $592.50 | $571.76 |
| Steve Fama | 74.30 | 74.30 | $237.00 | $17,609.10 | $16,992.78 |
| **Total** | **205.80** | **205.80** | | **$48,774.60** | **$47,067.49** |

**Disability Rights Education & Defense Fund**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 0.40 | 0.40 | $237.00 | $94.80 | $91.48 |
| **Total** | **0.40** | **0.40** | | **$94.80** | **$91.48** |

**GRAND TOTAL** | | | | **$984,403.20** | **$949,949.12**

4190744

**Coleman v. Newsom**
**Third Quarter of 2022**
**July 1, 2022 through September 30, 2022**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $1,237.60 | $1,237.60 |
| Outside Copying/Scanning | $1,859.88 | $1,859.88 |
| Transcription | $449.70 | $449.70 |
| Telephone | $1.00 | $1.00 |
| Postage and Delivery | $1,557.38 | $1,557.38 |
| Research (Westlaw/Lexis/PACER/Fees/Articles) | $921.37 | $921.37 |
| Expert Fees | $875.00 | $875.00 |
| Travel | $1,038.79 | $1,038.79 |
| **Total** | **$7,940.72** | **$7,940.72** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---:|---:|
| Outside Copying/Scanning | $627.78 | $627.78 |
| In-House Postage | $166.27 | $166.27 |
| Travel | $36.25 | $36.25 |
| **Total** | **$830.30** | **$830.30** |

**GRAND TOTAL** $8,771.02

4190744

**Coleman v. Newsom**
**Third Quarter of 2022**
**July 1, 2022 through September 30, 2022**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Linda H. Woo | 4.80 | 4.80 | $237.00 | $1,137.60 | $1,097.78 |
| Lisa Ells | 18.70 | 18.70 | $237.00 | $4,431.90 | $4,276.78 |
| **Total** | **23.50** | **23.50** | | **$5,569.50** | **$5,374.56** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.30 | 1.30 | $237.00 | $308.10 | $297.32 |
| Margot Mendelson | 0.60 | 0.60 | $237.00 | $142.20 | $137.22 |
| **Total** | **1.90** | **1.90** | | **$450.30** | **$434.54** |

**GRAND TOTAL**      $6,019.80      $5,809.10

4190744

**Coleman v. Newsom**
**Third Quarter of 2022**
**July 1, 2022 through September 30, 2022**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Postage and Delivery | $19.51 | $19.51 |
| **Total** | **$19.51** | **$19.51** |

| | |
|---|---:|
| **GRAND TOTAL** | **$19.51** |

4190744

**Coleman v. Newsom**
**Third Quarter of 2022**
**July 1, 2022 through September 30, 2022**
Fees on Appeal of 08/03/20 Order re Program Guide Update Process, 489-26

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ernest Galvan | 5.80 | 5.80 | $237.00 | $1,374.60 | $1,326.49 |
| Gay C. Grunfeld | 2.70 | 2.70 | $237.00 | $639.90 | $617.50 |
| Gregorio Z. Gonzalez | 0.40 | 0.40 | $237.00 | $94.80 | $91.48 |
| Jessica L. Winter | 2.40 | 2.10 | $237.00 | $497.70 | $480.28 |
| Lisa Ells | 25.80 | 25.80 | $237.00 | $6,114.60 | $5,900.59 |
| Marc Shinn-Krantz | 0.40 | 0.00 | $237.00 | $0.00 | $0.00 |
| Michael W. Bien | 6.30 | 6.30 | $237.00 | $1,493.10 | $1,440.84 |
| **TOTALS** | **43.80** | **43.10** | | **$10,214.70** | **$9,857.18** |

**GRAND TOTAL**  $10,214.70  $9,857.18

4190744

**Coleman v. Newsom**
**Third Quarter of 2022**
**July 1, 2022 through September 30, 2022**
Costs on Appeal of 08/03/20 Order re Program Guide Update Process, 489-26

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Research | $10.32 | $10.32 |
| **Total** | **$10.32** | **$10.32** |

**GRAND TOTAL** $10.32

4190744