Rob A. Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-4431
 Fax: (415) 703-5843
 E-mail: Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
Hanson Bridgett LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge: The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id*.) On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.) On March 18, 2022, the Court ordered that Defendant CDCR, "[b]eginning with the next monthly psychiatry vacancy report and going forward, to include vacancy rates for Chief Psychiatrist and Senior Psychiatrist supervisor positions, as well as vacancy rates for Staff Psychiatrists." (ECF No. 7504 at 6.)

///

Consistent with the Court's February 14, 2018, August 22, 2018, and March 18, 2022 orders, attached is a letter from Defendant California Department of Corrections and Rehabilitation (CDCR) setting forth CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for November 2022.

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 5786, ECF No. 5803, ECF No. 5886, and ECF No. 7504.

Dated: December 29, 2022

Respectfully submitted,

ROB A. BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Namrata Kotwani*
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



December 29, 2022

Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Ave Ste 11000
San Francisco, CA 94102-7020

RE:   CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Kotwani:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits as Exhibit A its monthly reports identifying the psychiatry vacancy rates at each CDCR institution and systemwide for November 2022. In accordance with the Court's February 14, 2018 order, the reports contain the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

On March 18, 2022, the *Coleman* Court ordered that Defendants, "[b]eginning with the next monthly psychiatry vacancy report and going forward, to include vacancy rates for Chief Psychiatrist and Senior Psychiatrist supervisor positions, as well as vacancy rates for Staff Psychiatrists. (ECF No. 7504 at 6.) The psychiatry vacancy report for November 2022 includes the staffing allocation and fill rates for Chief Psychiatrists and Senior Psychiatrist Supervisor positions.

Sincerely,

 /s/ *Amar Mehta*
Amar Mehta, M.D.
Deputy Director
Statewide Mental Health Program

# EXHIBIT A

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - November 2022

| Sites | Allocated July 2022[1] | | | | | Filled | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | Telepsych | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[3] | Site Registry[4] | Telepsych[5] | Telepsych Registry[4,5] | PNP[3,4] | Line Staff Total[6] | Line Staff Total %[6] | Total | Total %[7] |
| ASP | 1.00 | 0.00 | 4.50 | 0.00 | 5.50 | 0.00 | 0% | 0.00 | - | 0.00 | 6.92 | 0.00 | 0.00 | 0.00 | 6.92 | 154% | 6.92 | 126% |
| CAL | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.50 | 100% | 0.50 | 100% |
| CCC | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.50 | 100% | 0.50 | 100% |
| CCI | 1.00 | 0.00 | 2.50 | 2.00 | 5.50 | 0.00 | 0% | 0.00 | - | 2.00 | 0.00 | 2.25 | 0.00 | 0.00 | 4.25 | 94% | 4.25 | 77% |
| CCWF | 1.00 | 0.00 | 6.50 | 2.00 | 9.50 | 1.00 | 100% | 0.00 | - | 4.00 | 0.23 | 2.00 | 0.00 | 2.21 | 8.44 | 99% | 9.44 | 99% |
| CEN | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 200% | 1.00 | 200% |
| CHCF | 1.00 | 2.00 | 12.00 | 10.50 | 25.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 7.10 | 6.00 | 0.00 | 1.00 | 18.10 | 80% | 19.10 | 75% |
| CHCF PIP | 1.00 | 2.00 | 33.00 | 0.00 | 36.00 | 2.00 | 200% | 0.00 | 0% | 13.00 | 7.09 | 0.00 | 0.00 | 0.00 | 20.09 | 61% | 22.09 | 61% |
| CIM | 1.00 | 0.00 | 8.50 | 2.00 | 11.50 | 1.00 | 100% | 0.00 | - | 4.00 | 2.70 | 2.00 | 0.00 | 0.00 | 8.70 | 83% | 9.70 | 84% |
| CIW | 2.00 | 0.00 | 11.00 | 0.00 | 13.00 | 2.00 | 100% | 0.00 | - | 4.00 | 4.27 | 0.00 | 0.00 | 0.00 | 8.27 | 75% | 10.27 | 79% |
| CMC | 1.00 | 1.00 | 16.50 | 1.50 | 20.00 | 1.00 | 100% | 1.00 | 100% | 9.00 | 5.24 | 1.50 | 0.00 | 0.00 | 15.74 | 87% | 17.74 | 89% |
| CMF | 1.00 | 1.00 | 9.80 | 5.00 | 16.80 | 1.00 | 100% | 0.00 | 0% | 1.00 | 6.18 | 5.00 | 0.00 | 1.00 | 13.18 | 89% | 14.18 | 84% |
| CMF PIP | 1.00 | 2.00 | 31.20 | 0.00 | 34.20 | 1.00 | 100% | 0.00 | 0% | 11.00 | 12.82 | 0.00 | 0.00 | 0.00 | 23.82 | 76% | 24.82 | 73% |
| COR | 1.00 | 1.00 | 6.00 | 6.00 | 14.00 | 1.00 | 100% | 0.00 | 0% | 1.50 | 3.40 | 6.00 | 0.00 | 0.00 | 10.90 | 91% | 11.90 | 85% |
| CRC | 1.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 150% | 7.00 | 140% |
| CTF | 1.00 | 0.00 | 3.50 | 0.00 | 4.50 | 0.00 | 0% | 1.00 | - | 2.00 | 1.79 | 0.00 | 0.00 | 0.00 | 3.79 | 108% | 4.79 | 106% |
| CVSP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.38 | 0.00 | 0.00 | 0.38 | 76% | 0.38 | 76% |
| FSP | 1.00 | 0.00 | 2.50 | 0.00 | 3.50 | 1.00 | 100% | 0.00 | - | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 120% | 4.00 | 114% |
| HDSP | 1.00 | 0.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0% | 0.00 | - | 0.00 | 0.00 | 2.75 | 0.00 | 0.00 | 2.75 | 92% | 2.75 | 69% |
| ISP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.37 | 0.00 | 0.00 | 0.37 | 74% | 0.37 | 74% |
| KVSP | 1.00 | 0.00 | 3.00 | 5.00 | 9.00 | 1.00 | 100% | 0.00 | - | 1.00 | 0.12 | 5.00 | 0.00 | 0.78 | 6.90 | 86% | 7.90 | 88% |
| LAC | 1.00 | 1.00 | 10.50 | 1.00 | 13.50 | 1.00 | 100% | 0.00 | 0% | 6.00 | 2.65 | 1.00 | 0.00 | 1.21 | 10.86 | 94% | 11.86 | 88% |
| MCSP | 1.00 | 1.00 | 8.50 | 7.00 | 17.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 1.83 | 6.50 | 0.00 | 0.00 | 12.33 | 80% | 13.33 | 76% |
| NKSP | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 0.00 | 4.76 | 3.50 | 0.00 | 0.00 | 8.26 | 87% | 8.26 | 79% |
| PBSP | 1.00 | 0.00 | 1.00 | 1.50 | 3.50 | 0.00 | 0% | 0.00 | - | 1.00 | 0.00 | 1.75 | 0.00 | 0.00 | 2.75 | 110% | 2.75 | 79% |
| PVSP | 1.00 | 0.00 | 2.00 | 0.00 | 3.00 | 1.00 | 100% | 0.00 | - | 1.00 | 0.52 | 0.50 | 0.00 | 0.00 | 2.02 | 101% | 3.02 | 101% |
| RJD | 1.00 | 1.00 | 14.00 | 2.00 | 18.00 | 1.00 | 100% | 1.00 | 100% | 6.50 | 4.04 | 2.00 | 0.00 | 0.00 | 12.54 | 78% | 14.54 | 81% |
| SAC | 1.00 | 1.00 | 18.50 | 0.00 | 20.50 | 1.00 | 100% | 1.00 | 100% | 15.25 | 2.85 | 0.00 | 0.00 | 0.00 | 18.10 | 98% | 20.10 | 98% |
| SATF | 1.00 | 1.00 | 4.50 | 10.00 | 16.50 | 1.00 | 100% | 1.00 | 100% | 1.00 | 0.18 | 9.50 | 0.00 | 2.00 | 12.68 | 87% | 14.68 | 89% |
| SCC | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 1.00 | 100% | 0.00 | - | 1.00 | 0.00 | 0.00 | 0.00 | 0.87 | 1.87 | 187% | 2.87 | 144% |
| SOL | 1.00 | 0.00 | 3.00 | 0.00 | 4.00 | 1.00 | 100% | 0.00 | - | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 133% | 5.00 | 125% |
| SQ | 2.00 | 0.00 | 11.50 | 0.00 | 13.50 | 2.00 | 100% | 0.00 | - | 10.50 | 0.58 | 0.00 | 0.00 | 0.00 | 11.08 | 96% | 13.08 | 97% |
| SVSP | 1.00 | 1.00 | 2.80 | 6.00 | 10.80 | 1.00 | 100% | 0.00 | 0% | 0.00 | 3.37 | 5.50 | 0.00 | 0.00 | 8.87 | 101% | 9.87 | 91% |
| SVSP PIP | 1.00 | 1.00 | 11.20 | 0.00 | 13.20 | 0.00 | 0% | 0.00 | 0% | 0.00 | 10.19 | 0.00 | 0.00 | 0.00 | 10.19 | 91% | 10.19 | 77% |
| VSP | 1.00 | 0.00 | 0.00 | 7.00 | 8.00 | 0.00 | 0% | 0.00 | - | 0.00 | 0.12 | 6.00 | 0.00 | 0.00 | 6.12 | 87% | 6.12 | 77% |
| WSP | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 3.00 | 4.90 | 3.00 | 0.00 | 0.00 | 10.90 | 115% | 10.90 | 104% |
| Telepsych[8] | 2.00 | 8.00 | 0.00 | 0.00 | 10.00 | 2.00 | 100% | 7.00 | 88% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 9.00 | 90% |
| NTTM[9] | 0.00 | 0.00 | 0.00 | 17.00 | 17.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 6.00 | 35% | 6.00 | 35% |
| **TOTAL** | 35.00 | 24.00 | 254.50 | 98.50 | 412.00 | 27.00 | 77% | 12.00 | 50% | 119.75 | 93.85 | 79.50 | 0.00 | 9.07 | 302.17 | 86% | 341.17 | 83% |

**Footnote**

1 Source: MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2022_12_02 DCHCSEEv3_ALL

3 Source: November 28, 2022 CCHCS Psychiatrist Vacancy/Coverage Report

4 Source: PSYT_PNP Temp Relief Details (November 2022)

5 Source: November 2022 Telepsychiatry Provider List

6 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

7 Defendants maintain that the 10% maximum vacancy rate required by the 2002 order only applies to line staff systemwide.

8 Telepsych row displays the number of chiefs and seniors in telepsychiatry and are not assigned to specific institutions.

9 NTTM- Nighttime Telepsych Shift- Took 0.5 from all institutions.