Wendy Musell, SBN 203507
Law Offices of Wendy Musell
180 Grand Ave., Suite 1300
Oakland, CA 94612
Email: Wmusell@wendymuselllaw.com
Telephone:(510) 270-2252
Facsimile: (510) 228-1391

Attorneys for Non-party Witness
Michael Golding

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPLH COLEMAN, et.al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR. et. al.,<br><br>　　　　Defendants. | Case No.: 2:90-CV-0520 KMJ DB P<br><br>**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR DR. MICHAEL GOLDING, WITNESS** |

　　　　Pursuant to United States District Court for the Eastern District Local Rule 182 (f) and Federal Rule of Civil Procedure 83, counsel for DR. MICHAEL GOLDING, witness in the above captioned matter, hereby provides the following updated change of address for service in this action:

WENDY E. MUSELL (SBN 203507)
LAW OFFICES OF WENDY MUSELL
180 Grand Ave., Suite 1300
Oakland, CA 94612
Email: Wmusell@wendymuselllaw.com
Telephone:(510) 270-2252
Facsimile: (510) 228-1391

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DR. MICHAEL GOLDING, WITNESS**
Case No. 2:90-CV-0520 KMJ DB P

1

All future orders and communications from the Court and party representatives should be made to Ms. Musell at the above noted address and contact information.

/s/ Wendy Musell
WENDY MUSELL
Attorney for Dr. Michael Golding

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DR. MICHAEL GOLDING, WITNESS**
Case No. 2:90-CV-0520 KMJ DB P