| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | ERNEST GALVAN – 196065 |
| MARGOT MENDELSON – 268583 | LISA ELLS – 243657 |
| PRISON LAW OFFICE | THOMAS NOLAN – 169692 |
| 1917 Fifth Street | JENNY S. YELIN – 273601 |
| Berkeley, California  94710-1916 | MICHAEL S. NUNEZ – 280535 |
| Telephone:   (510) 280-2621 | JESSICA WINTER – 294237 |
| | AMY XU – 330707 |
| CLAUDIA CENTER – 158255 | CARA E. TRAPANI – 313411 |
| DISABILITY RIGHTS EDUCATION | MARC J. SHINN-KRANTZ – 312968 |
| AND DEFENSE FUND, INC. | ALEXANDER GOURSE – 321631 |
| Ed Roberts Campus | GINGER JACKSON-GLEICH – 324454 |
| 3075 Adeline Street, Suite 210 | BRENDA MUÑOZ – 328813 |
| Berkeley, California  94703-2578 | ARIELLE W. TOLMAN – 342635 |
| Telephone:   (510) 644-2555 | ROSEN BIEN |
| | GALVAN & GRUNFELD LLP |
| | 101 Mission Street, Sixth Floor |
| | San Francisco, California  94105-1738 |
| | Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES IN DECEMBER 29, 2022 ORDER RE: SECOND GOLDING REPORT**<br><br>Judge:  Hon. Kimberly J. Mueller |

[4210079.4]

1  The Court's December 29, 2022 Order set deadlines for Plaintiffs to file a motion regarding the second report submitted by Dr. Michael Golding ("Second Golding Report"), for Plaintiffs to notify Defendants of their intention to file any such motion, and for Defendants to file a motion to seal some or all portions of the report.  ECF No. 7690 at 3-4.

Plaintiffs approached Defendants regarding the schedule, and requested their consent to a 14-day extension of the deadlines in the December 29 Order, given that several members of Plaintiffs' counsel have been or will be largely unavailable during the 30 day period prior to the motion deadline due to the winter holidays and the Special Master's monitoring tours of SVSP PIP, CHCF PIP, and CMF PIP the week of January 9, 2023.  The parties are also actively preparing for several other deadlines in the case, including their responses to the Special Master's December 15, 2022 report regarding a Final Proposed Telepsychiatry Policy (due January 17, 2023), meeting and conferring regarding Defendants' 2021 Annual Suicide Report by January 15, 2023, preparing a schedule for compliance with the Court's orders regarding Lindsay Hayes' suicide prevention recommendations, and meeting and conferring regarding Defendants' plans for the PIPs .  *See* ECF No. 7682; Order, Dec. 15, 2022, ECF No. 7681 at 11; ECF No. 7696; ECF No. 7607.  A brief extension would allow the parties to meet and confer regarding their respective positions on any relief Plaintiffs seek related to the Second Golding Report as well as the sealing and privilege issues Defendants have raised.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

[4210079.4]

The parties therefore request that the Court extend by 14 days all deadlines in the December 29 Order: Plaintiffs would be required to notify Defendants if they intend to file a motion by January 26, 2023, and the parties' motions would be due February 9, 2023.

Respectfully submitted,

DATED: January 6, 2023    ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Jenny S. Yelin
Jenny S. Yelin

Attorneys for Plaintiffs

DATED: January 6, 2023    ROB BONTA
Attorney General of California
Deputy Attorney General

By: /s/ Elise Owens Thorn
Elise Owens Thorn
Deputy Attorney General

Attorneys for Defendants

**ORDER**

Pursuant to the parties' stipulation, the deadlines in the December 29, 2022 Order (ECF No. 7690) regarding the Second Golding Report are extended by 14 days: Plaintiffs shall notify Defendants whether they intend to file a motion for relief related to the Second Golding Report no later than January 26, 2023, and the parties motions, if any, shall be filed no later than February 9, 2023.

**IT IS SO ORDERED.**

DATED: January 11, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

[4210079.4]

3

STIPULATION AND ORDER EXTENDING DEADLINES IN DECEMBER 29, 2022 ORDER RE: SECOND GOLDING REPORT