UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

As required by the court's December 2, 2022 order, ECF No. 7675, on December 9, 2022 the Special Master filed staffing vacancy charts showing the most recent vacancy rates for "'all psychologist classifications, all clinical social worker classifications, all recreational therapist classifications and all medical assistant classifications.'" ECF No. 7677 at 1 (quoting ECF No. 7675 at 1). Good cause appearing, the court will order defendants to expand their monthly psychiatry vacancy reports to include current vacancy rates for all of the classifications included in the Special Master's December 9, 2022 filing.[1]

/////

---

[1] Defendants' monthly psychiatrist vacancy rate reports are based on the fill rate for the positions reported, while the Special Master has reported on the vacancies in each classification. As the court orders below, defendants may report either the fill rate for all classifications required to be included in the report or the vacancy rate for all such classifications.

      Good cause appearing, IT IS HEREBY ORDERED that beginning with the report due January 31, 2023, defendants shall expand their monthly psychiatrist vacancy report to include the same fill or vacancy rate information for all psychologist classifications, all clinical social worker classifications, all recreational therapist classifications and all medical assistant classifications.

DATED: January 17, 2023.

                                              CHIEF UNITED STATES DISTRICT JUDGE