IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

    vs.                                                                                    No. 2:90-CV-0520 KJM DB

**GAVIN NEWSOM, et al.,**
    **Defendants**
    _____/

### SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF AND RECOGNITION OF DEPUTY SPECIAL MASTER WITH INCREASED COMPENSATION

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the Special Master requests the appointments of Alison A. Grieco, Esq., and Mitchell J. Young, Esq. to the Special Master's staff.  Ms. Grieco is to be compensated at the rate of two hundred thirty-five dollars ($235.00) per hour for her work as a court monitor, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses.  Mr. Young is to be compensated at the rate of two hundred thirty-five dollars ($235.00) per hour for his work as a court monitor and ninety dollars ($90.00) per hour for travel, plus reasonable expenses.

In addition, the Special Master requests that the Court formally recognize Patricia Williams, Esq., as Deputy Special Master in this action to be effective at the time a court order is entered.  As of that date, Ms. Williams will be compensated at an hourly rate of two hundred fifty dollars ($250.00) for her work so that her compensation may be commensurate with that of the other Deputy Special Master.

1

The reasons for the Special Master's request are set forth in the accompanying memorandum.

Respectfully submitted,

/s/ *Matthew A. Lopes, Jr.*

Matthew A. Lopes, Jr.
Special Master

January 19, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

vs.                                        No. 2:90-CV-0520 KJM DB

GAVIN NEWSOM, et al.,
    Defendants.

## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF AND RECOGNITION OF DEPUTY SPECIAL MASTER WITH INCREASED COMPENSATION

In accordance with paragraph B7 of the December 11, 1995, Order of Reference in the above-captioned matter, the Special Master submits herewith his request for the Court's approval of the appointments of Alison Grieco, Esq. and Mitchell J. Young, Esq. to the Special Master's staff. The Special Master requests these additions to his staff in order to fill the staffing void created by the recent retirement and resignation of two team members, Cindy Radavsky and Mohamedu Jones in the last four months. The loss of two monitors during such a pivotal time in the case will significantly impact the Special Master's capacity to expeditiously fulfill his various duties and responsibilities.

In addition, the Special Master requests that the Court formally recognize Patricia Williams, Esq., as a Deputy Special Master in this action to be effective at the time a court order is entered. Ms. Williams was originally appointed to the Special Master's staff as a Deputy Special Master in April of 1998. ECF No. 931. However, since the date of her appointment, Ms. Williams has acted in the capacity of a monitor and never assumed the additional duties and responsibilities of a Deputy Special Master.

1

The previous Deputy Special Master, Mohamedu Jones, resigned as of December 14, 2022. Commencing on the date of the Order, Ms. Williams, as a Deputy Special Master, will be compensated at an hourly rate of two hundred fifty dollars ($250.00) for her work so that her compensation may be commensurate with that of the other Deputy Special Master.[1]

Mohamedu Jones was appointed as a member of the Special Master's staff on January 30, 2004. ECF 1564. He was subsequently appointed as one of two Deputy Special Masters as of November 1, 2007, contemporaneously with the appointment of Matthew A. Lopes, Jr. as Special Master following the retirement of Michael J. Keating. ECF 2453. The court ordered that Mr. Jones be compensated at an hourly rate of two hundred fifty dollars ($250.00). *Id*. at 1.

Mr. Jones resigned from the Special Master's staff on December 14, 2022. During his 18-year tenure, first as a monitor, then as a Deputy Special Master, Mr. Jones was responsible for a myriad of tasks essential to the daily operations of the Special Master's team. Mr. Jones managed the team of mental health experts and monitors who inspect and report on the California Department of Corrections and Rehabilitation's (CDCR) levels of compliance with a multitude of orders and standards in the *Coleman* case. He also participated extensively in the reporting process and in the design, development, and implementation of a variety of targeted strategies and projects to assist the *Coleman* defendants with achieving compliance in focused areas of concern. In addition to those duties, Mr. Jones was an integral part of the data remediation process and CDCR mental health headquarters monitoring. His departure has left a vacuum that needs to be filled.

---

[1] Kerry F. Walsh, Esq., was appointed as a member of the Special Master's team on October 29, 2007. ECF 2490. After the retirement of Deputy Special Master Linda Holden in May 2016 (ECF 5462), he was subsequently appointed as one of two Deputy Special Masters on June 30, 2016. ECF 5466. The court ordered that Mr. Walsh be compensated at an hourly rate of two hundred fifty dollars ($250.00). *Id*. at 1.

Ms. Williams will assume the duties performed by Mr. Jones in his capacity of Deputy Special Master primarily managing the team of experts and monitors during their course of monitoring on-site at the institutions as well as the paper reviews of institutions and will also take the leading role in guiding the report writing process for the Special Master's 30th Round Monitoring Report. This supervisory and managerial role will be addition to her monitoring duties that she will continue to perform.

For the foregoing reasons, the Special Master requests that Patricia Williams, Esq. be formally recognized as a Deputy Special Master and that her hourly rate of compensation be increased from two hundred thirty-five dollars ($235.00) to two hundred fifty dollars ($250.00).[2]

As stated previously, the Special Master has lost the services of two staff members in the last four months, Ms. Radavsky who retired and left the team effective September 1, 2022, and Mr. Jones who resigned on December 14, 2022. The Thirtieth Monitoring Round tours are scheduled to begin in January 2023 and the loss of two team members – particularly one with the depth of institutional knowledge of the *Coleman* case as Mr. Jones – is straining the Special Master's remaining resources to capacity.

In addition to his duties of monitoring compliance with the Program Guide in CDCR institutions, the Special Master also has a continuing obligation to monitor CDCR mental health headquarters, work with the suicide prevention workgroup, coordinate with the *Armstrong* Court Expert and *Plata* Receiver, and monitor the treatment provided to class members in Department of State Hospitals (DSH) facilities and the CDCR psychiatric inpatient programs.

Other projects which the Special Master currently has underway include:

- Mental Health Care Data Remediation

---

[2] It has been over eight years since the Special Master requested rate increase for monitors. In 2014 the Special Master requested increases in the rates for veteran monitors to match the rates for more recently appointed monitors. ECF No. 5193.

3

- Unidentified Needs Assessment
- CDCR and DSH Small Workgroups
- Report on Provisionally Approved Key Indicators

The above referenced workloads, projects, and responsibilities do not include the daily issues and litigation matters that comprise an essential part of the Special Master's duties in addition to what is occurring in the institutions and CDCR mental health headquarters. The Special Master's need for adequate resources to maintain his ability to work on all projects simultaneously remains critical. The appointment of additional staff would help to fill the void created by the loss of staff, alleviating the strain on his existing resources, and ensuring continuous full and simultaneous coverage of all current and ongoing projects.

For the foregoing reasons, the Special Master requests that the following individuals be appointed to his staff.

The parties have had an opportunity to review these candidates and report no objections.

**Alison A. Grieco, Esq.**

Ms. Grieco graduated from the Western New England College, School of Law in 1993 and received her undergraduate degree from Mt. Holyoke College in 1990. Upon completion of her law degree, Ms. Grieco began her formal legal career with the Rhode Island Public Defender, representing clients in all stages of criminal and civil proceedings. Most recently, she worked at Grieco Law in Warwick, Rhode Island.

Ms. Grieco has also had a career in education. In 2011, she completed the teaching certification program at Providence College in Providence, Rhode Island. Since 2010, she has served as a social studies teacher at Barrington High School in Barrington, Rhode Island, where she teaches advanced placement courses in U.S. Government and Politics and World History.

She also serves as co-chair of the culturally relevant curriculum committee and as a certified student-centered teaching mentor.

Ms. Grieco will assist the Special Master with on-site prison monitoring and writing of all monitoring reports as well as researching and writing of interim reports on special issues and projects, as required. Accordingly, the Special Master asks that Ms. Grieco be appointed to his staff. Ms. Grieco's *curriculum vitae* is attached as Exhibit A.

**Mitchell J. Young, Esq.**

Mr. Young graduated from the Roger Williams School of Law in 2019. While at Roger Williams, Mr. Young served as an extern for CVS Health and worked as a law clerk with the law offices of Duarte, Obolensky, Balkcom, LLC in Providence, Rhode Island. Mr. Young graduated *cum laude* from the West Virginia University in 2016, with a Bachelor of Arts in Criminology.

Mr. Young began his formal legal career as a litigation attorney with Brosco & Brosco, P.C. in Providence, Rhode Island. In that capacity he routinely represented clients before the Rhode Island Superior Court.

Mr. Young would assist the Special Master with on-site prison monitoring and writing of all monitoring reports as well as researching and writing of interim reports on special issues and projects, as required. Accordingly, the Special Master asks that Mr. Young be appointed to his staff. Mr. Young's *curriculum vitae* is attached as Exhibit B.

Respectfully Submitted,

/s/ *Matthew A. Lopes, Jr.*

Matthew A. Lopes, Jr.
Special Master

January 19, 2023

# Exhibit A

# Alison A. Grieco, Esq.

(401) 486-5916 | agrieco1968@gmail.com | linkedin.com/in/alison-grieco-99555721b

## EDUCATION

**Providence College** | Providence, RI | *Teaching Certification Program* | GPA: 4.0     *June 2010-May 2011*
**Western New England College, School of Law** | Springfield, MA | *Juris Doctorate*     *September 1990-May 1993*
**Mt. Holyoke College** | So Hadley, MA | *BA, Philosophy and Religion*     *September 1986-May 1990*

## WORK EXPERIENCE

**Barrington High School | Social Studies Teacher**     *September 2010-Present*

**Teach grade 11 and 12 AP US Government and Politics, grade 11 and 12 American Government and Politics, grade 9 World History, and grade 10 US History.**
- Develop and execute over 200 student-centered lessons per year and administer varied formative and summative performance-based assessments of multi-leveled historical units using Universal Design for Learning.
- Focus on incorporating multiple perspectives in all lesson planning as well as Deep Learning Competencies, and the use of the United Nations Sustainable Development Goals in lesson planning.

**Mentor**     *September 2020-Present*
- Certified Student-Centered Teaching Mentor to assist new teachers throughout the district in creating and meeting expectations on all facets of teaching and learning in their classrooms.

**RIDE Advanced Course Network Provider**
- Instruct AP Comparative Politics course and AP US Government and Politics course by facilitating online instruction and assessment to 10-20 students each year from across the state and advocate on behalf of the program to make Advanced Placement courses available to all RI high school students.

**Culturally Relevant Curriculum Committee** | Co-Chair     *January 2017-Present*
- Created and led an interdisciplinary committee consisting of 15 students, 18 teachers, and 4 administrators from all Barrington Public Schools to create curriculum materials, introduce DEI related events, and partner with members of different schools in the district.
- Yearly Update to Barrington School Committee regarding writing, advocating for, and implementing a more inclusive curriculum and diverse activities district wide.

**RIDE DEI Recognition**     *August 2020*
- Nominated by Superintendent and received recognition from RIDE for excellence in Distance Learning and promoting DEI instruction throughout Barring Public Schools.

**Adviser to High School Model Legislature Club**     *September 2017-Present*
- Advise 15-20 students per season individually and collectively to research and develop bills that will be presented to the RI State Model Legislature.

**High School Advisory Coordinator**     *September 2016-Present*
- Create school-wide lessons ranging from social emotional learning to career readiness skills and exposure.

**Adviser to the Young Politicians Club**     *September 2012-Present*
- Facilitate discussions, debates, and informational sessions about all facets of the political arena to 25 members.

**Grieco Law | Office Manager**     *January 2015-Present*
- Assisted in organizing civil litigation files and managed monthly billing cycles.

**Ohlinger Studios | U.S. Government Content Author**     *October 2021-Present*
- Author over 60 lessons for a newly created Pearson Virtual High School U.S. Government course.
- Develop over 200 multiple choice questions and over 50 essay assessment questions for multi-levelled learners.

**College Board | Advanced Placement U.S. Government and Politics Test Reader**     *June 2019-Present*
- Read over 3000 test responses for the AP test given each May to high school students across the country.

**North Providence High School | Social Studies Student Teacher**     *January 2011-May 2011*

**RI Public Defender** | **Assistant Public Defender, Dependency and Neglect Division**     *September 1994-March 1998*
- Represented over 1000 clients from Newport, Kent, and Washington Counties in all stages of civil and criminal proceedings, resulting from charges of child abuse and neglect, to ensure all litigant's civil liberties were equitably afforded.

# Alison A. Grieco, Esq.

(401) 486-5016 | agrieco1968@gmail.com | linkedin.com/in/alison-grieco-90555721b

## PRESENTATIONS

**New Pedagogies for Deep Learning Global Conference | Presenter** *November 2021*
- Facilitated an hour-long, combined student/teacher global conference to over 300 participants outlining the development and use of deep learning strategies to create excitement and engagement in a virtual classroom.

**New Pedagogies for Deep Learning Global Conference | Presenter** *February 2021*
- Presented to over 400 international participants on how to successfully engage all learners in virtual lessons that encourage multiple perspectives and encourage voice and choice in accessing information and producing products.

**UN Sustainable Development Goals Introduction Professional Development** | Facilitator *August 2020*
- Engaged all faculty of Barrington High and Middle School in a 2-hour session regarding the UN Sustainable Development Goals and how they can be used as anchors in classroom instruction.

## PROFESSIONAL DEVELOPMENT FOCUS

**XQ High School Design Accelerator, Colorado** | High School Team Member *June 26-June 28 2020*
- Teamed with Administrators and teachers to redesign our high school's structure and curriculum through a variety of workshops to develop a school where Deep Learning, UN SDGs, and multiple perspectives form the foundation of teaching and learning.

**Harvard Think Tank on Global Education** | Participant *May 16, 2019-May 17, 2019*
- Participated in a 2-day program that empowered over 100 teachers and administrators from around the world to create curricula with other professionals on various aspects of underrepresented people, places, and events using the UN SDGs to guide curriculum revision.

**Highlander Institute Deep Learning Cohort** | Cohort Member *September 2017- June 2019*
- Worked with other educators to design Deep Learning curricula for World History and US Government classes.

## CERTIFICATIONS

RIDE Teaching Certificate | Secondary Education, Social Studies

State of Rhode Island and Providence Plantations | State Bar membership

United States District Court | Federal Bar membership

Karma Kids Yoga | Certified to teach children's yoga from birth to 18 years of age

Childlight Yoga | Certified to teach children's yoga from birth to 18 years of age

# Exhibit B

**Mitchell J. Young**
Mjyoung301@gmail.com
(401)-808-9789
*Licensed in Rhode Island (#10127)*
*Massachusetts Bar Admission Pending*

---

## LEGAL EXPERIENCE

**Brosco & Brosco, P.C.** Providence, RI                                                                March 2019 – Present
*Litigation Attorney*
As an attorney for a fast paced general practice law firm, I am primarily responsible for navigating my clients through the litigation process. In addition to my routine appearance in the Rhode Island Superior Court, I take and defend depositions of fact witnesses and coordinate pleadings, motions, discovery, and trial work for over one hundred pending cases. My responsibilities also include negotiating and advising on the settlement of personal injury claims, contract disputes, probate and insurance matters. I also carry experience in contract law, probate, elder law, and alternative dispute resolution.

**Duarte, Obolensky, Balkcom, LLC** Providence, RI                                      February 2018 – March 2019
*Law Clerk*
Collaborated as part of a legal team to drafting, strategizing, and researching for hundreds of criminal and civil litigation cases ranging in business organization and protection, contract disputes, products liability, complex torts, personal injury, and criminal defense in the greater Providence area.

**CVS Health, Inc.** Cumberland, RI                                                                   August 2018 – December 2018
*RWU School of Law, Corporate Counsel Externship*
As an Extern for CVS Health, I contributed to a procurement team responsible for negotiating and drafting non-merchandising contracts for the purchase of all categories of goods and services for CVS, Health Inc.

**Rhode Island Department of Administration** Providence, RI                            May 2017 – August 2018
*Intern at the Division of Legal Services and Office of Regulatory Reform*
 In addition to my internship with the Legal Services Department at the Department of Administration, I contributed over 100 hours of pro bono legal service to the State by editing and revising all existing state regulations into a uniform code and redrafting them to ensure the existence of strictly regulatory language.

## EDUCATION

**Roger Williams University School of Law**, Bristol, Rhode Island
Juris Doctor, May 2019

**West Virginia University**, Morgantown, West Virginia
Bachelor of Arts in Criminology, *Cum Laude*, May 2016

## ADDITIONAL WORK AND VOLUNTEER EXPERIENCE

**Rhode Island Bar Association**, *Member*                                                             November 2019 - Present
**Rhode Island Association for Justice**, *Member*                                                 September 2017 - Present
**School Improvement Board – Westerly High School**, *Member*                    November 2021 - Present
**RWU School of Law Library**, *Research Assistant*                                            August 2017 – August 2019
**Janie Appleseed Network,** *Intern Advisor*                                                    September 2016 – December 2018
**St. Clair Annex**, *Assistant Restaurant Manager*                                               April 2008 – October 2018