1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

            Plaintiff,

    v.

GAVIN NEWSOM, et al.,

            Defendants.

No.  2:90-cv-0520 KJM DB P

ORDER

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of December 2022.

Good cause appearing, IT IS HEREBY ORDERED that:

    1.  The Clerk of the Court is directed to pay to

        Pannone Lopes Devereaux & O'Gara LLC
        Attn:  Matthew A. Lopes, Jr., Esq., Special Master
        Northwoods Office Park, Suite 215N
        1301 Atwood Avenue
        Johnston, RI  02919

the amount of $757,406.66 as payment of the statement attached to this order; and

1

2.  A copy of this order shall be served on the financial department of this court.

Dated:  January 19, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole22.dec

2

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
|      **Plaintiffs,** | : | |
| | : | **No. Civ. S-90-0520 LKK JFM P** |
|      **v.** | : | |
| | : | |
| **EDMUND G. BROWN, JR., et al.** | : | |
|      **Defendants.** | : | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through December 31, 2022.

Matthew A. Lopes, Jr., Special Master
|            Services | $30,472.00 |
|            Disbursements | $ 4,878.10 |

            Total amount due                $35,350.10

Kerry F. Walsh, J.D., Deputy Special Master
            Services                $43,825.00
            Disbursements                $      0.00

            Total amount due                $43,825.00

Kristina M. Hector, J.D.
            Services                $43,005.00
            Disbursements                $      0.00

            Total amount due                $43,005.00

Steven W. Raffa, J.D.
            Services                $36,683.50
            Disbursements                $      0.00

            Total amount due                $36,683.50

Regina M. Costa, MSW., J.D.
            Services                $32,853.00
            Disbursements                $      0.00

            Total amount due                $32,853.00

LaTri-c-ea McClendon-Hunt, J.D.
            Services                $      0.00
            Disbursements                $      0.00

            Total amount due                $      0.00

Michael F. Ryan, Jr.
     Services                                $34,780.00
     Disbursements                    $      0.00

                            Total amount due      $34,780.00

Michael A. Milas
     Services                                $37,294.50
     Disbursements                    $      0.00

                            Total amount due      $37,294.50

Mario R. McClain, Jr.
     Services                                $51,112.50
     Disbursements                    $      0.00          Total amount due      $51,112.50

Rachel Gribbin
     Services                                $20,026.00
     Disbursements                    $      0.00

                            Total amount due      $20,026.00

Lana L. Lopez
     Services                                $25,555.00
     Disbursements                    $      0.00

                            Total amount due      $25,555.00

Sofia A. Millham
     Services                                $26,961.00
     Disbursements                    $      0.00

                            Total amount due      $26,961.00

Kerry C. Hughes, M.D.
     Services                                $46,300.00
     Disbursements                    $   937.20

                            Total amount due      $47,237.20

Jeffrey L. Metzner, M.D.
     Services                                $17,137.50
     Disbursements                    $      0.00

                            Total amount due      $17,137.50

Mary Perrien, Ph.D.
      Services                                $ 3,050.00
      Disbursements                    $    731.19

                                  Total amount due           $ 3,781.19

Patricia M. Williams, J.D.
      Services                                $51,653.00
      Disbursements                    $ 1,126.20

                                  Total amount due           $52,779.20

Henry A. Dlugacz, MSW, J.D.
      Services                                $20,650.00
      Disbursements                    $       0.00

                                  Total amount due           $20,650.00

Lindsay M. Hayes
      Services                                $14,700.00
      Disbursements                    $       0.00

                                  Total amount due           $14,700.00

Timothy A. Rougeux
      Services                                $22,748.00
      Disbursements                    $       0.00

                                  Total amount due           $22,748.00

Maria Masotta, Psy.D.
      Services                                $12,625.00
      Disbursements                    $    957.46

                                  Total amount due           $13,582.46

Karen Rea PHN, MSN, FNP
      Services                                $21,225.00
      Disbursements                    $       0.00

                                  Total amount due           $21,225.00

James F. DeGroot, Ph.D.
      Services                                $ 9,800.00
      Disbursements                    $       0.00

                                  Total amount due           $ 9,800.00

5

Brian J. Main, Psy.D.
     Services                                    $17,750.00
     Disbursements                     $     453.60

                          Total amount due               $18,203.60

Sharen Barboza, PhD.
     Services                                    $26,125.00
     Disbursements                     $     625.21

                          Total amount due               $26,750.21

Daniel F. Potter, PhD.
     Services                                    $44,350.00
     Disbursements                     $       0.00

                          Total amount due               $44,350.00

Brett L. Johnson, M.D.
     Services                                    $41,250.00
     Disbursements                     $       0.00

                          Total amount due               $41,250.00

Alberto F. Caton
     Services                                   $ 9,611.50
     Disbursements                     $       0.00

                          Total amount due               $ 9,611.50

Marcus R. Patterson, PsyD.
     Services                                   $ 5,625.00
     Disbursements                     $     530.20

                          Total amount due               $ 6,155.20

**TOTAL AMOUNT TO BE REIMBURSED**            **$757,406.66**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master