UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On January 19, 2023, the Special Master filed a Request for the Appointment of Additional Staff and Recognition of Deputy Special Master with Increased Compensation (hereafter Request). ECF No. 7705. The Special Master seeks appointment to his staff of Alison A. Grieco, Esq. and Mitchell J. Young, Esq. as court monitors. Consistent with the existing compensation structure for the Special Master's team as court monitors Ms. Grieco and Mr. Young are each to be compensated at the rate of two hundred thirty-five dollars ($235.00) per hour for their work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses. In addition, the Special Master seeks formal recognition of Patricia Williams, Esq. as a Deputy Special Master. Ms. Williams was appointed to the Special Master's staff as a Deputy Special Master in April 1998, *see* Apr. 6, 1998 Order, ECF No. 931, but has since then acted in the capacity of a court monitor and "never assumed the additional duties and responsibilities of a

1

Deputy Special Master." ECF No. 7705 at 3.[1] As Deputy Special Master, Ms. Williams will be compensated at an hourly rate of two hundred fifty dollars ($250.00) per hour for her work and will continue to be compensated at a rate of ninety dollars ($90.00) per hour for travel time. The Special Master has represented to the court that "[t]he parties have had an opportunity to review these candidates and report no objections." *Id*. at 6.

Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Special Master's January 19, 2023 Request, ECF No. 7705, is GRANTED;

2. The Special Master is authorized to appoint Alison A. Grieco, Esq. and Mitchell J. Young, Esq. to perform the duties set forth in the Special Master's Request and the accompanying memorandum, filed January 19, 2023, and to be compensated at the rates set forth in this order; and

3. Patricia Williams, Esq. is formally recognized as a Deputy Special Master to perform the duties set forth in the Special Master's Request and the accompanying memorandum, filed January 19, 2023, and to be compensated at the rates set forth in this order effective as of the date of this order.

DATED: January 20, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Citation to page numbers in documents filed in the Court's Electronic Case Filing (ECF) system is to the page numbers assigned by the ECF system and located in the upper right hand corner of the page.

2