1  ROB A. BONTA, State Bar No. 202668
   Attorney General of California
2  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
3  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7318
    Fax: (916) 324-5205
7   E-mail: Elise.Thorn@doj.ca.gov
   Attorneys for Defendants

   PAUL B. MELLO, State Bar No. 179755
   SAMANTHA D. WOLFF, State Bar No. 240280
   KAYLEN KADOTANI, SBN 294114
   DAVID C. CASARRUBIAS, SBN 321994
   CARSON R. NIELLO, SBN 329970
   HANSON BRIDGETT LLP
    1676 N. California Boulevard, Suite 620
    Walnut Creek, CA 94596
    Telephone: (925) 746-8460
    Fax: (925) 746-8490
    E-mail: PMello@hansonbridgett.com
   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM, et al.,** <br><br> Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE REPORTS UNDER THE JANUARY 18 ORDER [ECF NO. 7704]** <br><br> Judge: The Hon. Kimberly J. Mueller |

On or before the last court day of each month, Defendants are required to file a monthly psychiatry vacancy report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4; ECF No. 5886; and ECF No. 7504 at 6.) On January 18, 2023, the Court ordered Defendants to expand the monthly psychiatrist vacancy report to include the same fill or vacancy rate information for "all of the classifications included in the Special Master's December 9, 2022 filing," which include all psychologist, clinical social worker, recreational therapist, and medical assistant classifications. (ECF Nos. 7677, 7704.) The January 18 order requires Defendants to file this expanded report by January 31, 2023. (ECF No. 7704 at 2.) Defendants are working diligently to compile the data

necessary to prepare the expanded report, but cannot complete this task within the thirteen days afforded under the January 18 order. Defendants approached the Plaintiffs and the Special Master concerning their need for additional time to prepare and file the expanded report. Specifically, Defendants requested a two week extension of time, or until February 14, 2023, in which to file the vacancy report covering the month of December to include the monthly psychiatry vacancy report, and the vacancy data for all psychologist classifications, all clinical social worker classifications, all recreational therapist classifications and all medical assistant classifications. Thereafter, this expanded report will continue to be filed monthly on the last court day of each month. Plaintiffs have agreed to Defendants' request.

    Accordingly, the parties request that the Court extend the deadline for Defendants to file the staff vacancy reports required under the January 18 order to February 14, 2023.

**IT IS SO STIPULATED**.

Dated: January 27, 2023

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*ATTORNEYS FOR DEFENDANTS*

Dated: January 27, 2023

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: January 27, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Alex Gourse*
ALEX GOURSE
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: _____

**CHIEF UNITED STATES DISTRICT JUDGE**

[4222782.1]   2

Stip. and Prop. Order Extending Deadline to File Reports under January 18 Order (2:90-cv-00520 KJM-DB (PC))