UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The parties have filed a stipulated request to extend the deadline set in the court's January 18, 2023 order, ECF No. 7704, for defendants to begin filing expanded monthly mental health staffing vacancy reports from January 31, 2023 to February 14, 2023. ECF No. 7709. Defendants represent they "are working diligently to compile the data necessary to prepare the expanded report, but cannot complete this task within the thirteen days afforded under the January 18 order." *Id*. at 1-2. This matter is set for status conference on February 10, 2023 at 10:00 a.m. to address ongoing delays in achieving constitutional compliance with necessary mental health staffing levels in California's prisons among other things. *See* ECF No. 7699 at 2-3. The court requires the record to be complete with the expanded staffing vacancy reporting required by the January 18, 2023 order in advance of the status conference.

1

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The January 27, 2023 request for extension of the deadline to begin filing expanded monthly mental health staffing vacancy reports is GRANTED IN PART; and
2. Defendants shall file the initial expanded mental health vacancy report on or before February 9, 2023 at 12:00 p.m.

DATED: February 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE