Rob A. Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                      Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**PROPOSED JOINT SCHEDULE TO IMPLEMENT CORRECTIVE ACTION PLANS FOR SUICIDE PREVENTION IN CDCR'S PSYCHIATRIC INPATIENT PROGRAMS** |

On January 6, 2023, the Court entered an order adopting in full the Special Master's October 24, 2022 Report on His Expert's Fifth Re-Audit and Update of Suicide Prevention Practices in the Prisons of the California Department of Corrections and Rehabilitation (CDCR) and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs (PIPs). (ECF No. 7696 at 21-22.) Based upon the suicide prevention expert's baseline assessment of suicide prevention practices in CDCR's PIPs, the Court ordered Defendants to implement the sixteen recommendations for development of corrective action plans in CDCR's PIPS and further

[4230162.4]                                                              1

Prop. Joint Schd. to Implement CAPs for Suicide Prevention in CDCR's PIPs (2:90-cv-00520 KJM-DB (PC))

1 | ordered the parties to meet and confer and file a proposed joint schedule for compliance with the
2 | order. (*Id.* at 22.)

3 |     Defendants developed corrective action plans (CAPs) to implement the sixteen
4 | recommendations for suicide prevention in the PIPs, including the proposed schedule for
5 | compliance, and submitted them to Plaintiffs and the Special Master on January 27, 2023. On
6 | January 31, 2023, the parties met with the Special Master to discuss Plaintiffs' and the Special
7 | Master's concerns with the CAPs and proposed schedule. On January 31, and February 1,
8 | Plaintiffs provided written feedback to Defendants on the proposed CAPs. On February 2,
9 | Defendants sent a revised version of the CAPs and schedules for compliance to address the
10 | concerns and comments from the Special Master and Plaintiffs. On February 3, Plaintiffs and the
11 | Special Master provided additional written feedback to Defendants on the CAPs, and Defendants
12 | addressed the issues Plaintiffs raised that were part of the sixteen recommendations for
13 | development of the CAPs.

**Defendants' Position on the CAPs and Schedule**

15 |     Based on the parties' meetings and Plaintiffs and the Special Master's written feedback,
16 | Defendants finalized the proposed CAPs and schedule, which is attached as Exhibit A. While
17 | Plaintiffs previously identified an omitted CAP and some typographical errors in an email on
18 | Friday afternoon, it was not until February 6, the deadline to file the joint schedule, that Plaintiffs
19 | notified Defendants that they believed the revised CAPs were inadequate and that they did not
20 | agree with the proposed implementation timelines submitted as part of the three drafts of the
21 | CAPs and schedules.

**Plaintiffs' Position on the CAPs and Schedule**

23 |     Based on the information available to Plaintiffs, Plaintiffs do not currently object to
24 | Defendants' proposed CAPs or Defendants' proposed schedule for implementing their proposed
25 | CAPs, attached as Exhibit A. However, given the limited information available to Plaintiffs,
26 | Plaintiffs cannot affirmatively agree that Defendants' proposed CAPs are adequate to implement
27 | Mr. Hayes' recommendations or to remedy the deficiencies in Defendants' suicide prevention
28 |

[4230162.4]      2

Prop. Joint Schd. to Implement CAPs for Suicide Prevention in CDCR's PIPs (2:90-cv-00520 KJM-DB (PC))

program in Defendants' PIPs, or that the proposed implementation timelines for the CAPs are appropriate.

Dated: February 6, 2023

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*ATTORNEYS FOR DEFENDANTS*

Dated: February 6, 2023

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: February 6, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Michael S. Nunez*
MICHAEL S. NUNEZ
*Attorneys for Plaintiffs*

[4230162.4]

3

Prop. Joint Schd. to Implement CAPs for Suicide Prevention in CDCR's PIPs (2:90-cv-00520 KJM-DB (PC))

# Exhibit A

## Hayes PIP Suicide Prevention Recommendation Corrective Action Plan Implementation Schedule

| **Intake Screening** | Develop a CAP to ensure uniformity during the nursing intake screening process within the PIPS whereby all PIPs utilize the current Initial Health Screening form (which contains adequate mental health and suicide risk questions) or revise either the "Admission Assessment and History" and "Acute/ICF Nursing Assessment" forms to include adequate mental health and suicide risk questions | | | | | |
|---|---|---|---|---|---|---|
| **Official Plan of Action** | **Discipline** | **Institution** | **Implementation Steps** | **Start Date** | **Anticipated Completion** | **Actual Completion** |
| Headquarters nursing is currently in the process of revising the EHRS documentation for intake screenings for the PIPs to include questions related to suicidality and bad news at the time of assessment | Nursing | All | Step 1: Revise EHRS documentation for intake screening | 1/30/2023 | 8/1/2023 | |
| | | | Step 2: Deployment of revised form to the field with training and Regional Nursing oversight. | 8/1/2023 | 10/1/2023 | |
| **SRASHE Completion** | Develop a CAP to ensure that SRASHEs are always completed consistent with the requirements of the PIP suicide prevention policy, including by psychiatry in all programs, as well as by CIW-PIP clinicians on the weekend | | | | | |
| **Official Plan of Action** | **Discipline** | **Institution** | **Implementation Steps** | **Start Date** | **Anticipated Completion** | **Actual Completion** |
| On 10/21/2021, the Statewide Mental Health Program released the "Completion of Suicide Risk Assessments and Self-Harm Evaluations in Psychiatric Inpatient Program Settings". This memo requires SRASHEs to be completed only upon admission and discharge (and when clinically indicated) to curtail the superfluous and clinically contraindicated SRASHEs. | Mental Health | All | Step 1: Release of memo entitled, "Completion of Suicide Risk Assessments and Self-Harm Evaluations in Psychiatric Inpatient Program Settings". | 10/21/2021 | | 10/21/2021 |
| | | | Step 2: Regional Suicide Prevention Coordinators will monitor adherence to all aspects of this memo | 1/31/2023 | 3/30/2023 | |
| | | | Step 3: Following their site visits Regional Suicide Prevention Coordinators to address any noted deficiencies and assist institutions with development of local corrective action. | 4/1/2023 | 6/30/2023 | |
| | | | Step 4: Institutions will implement corrective action | 7/1/2023 | 9/30/2023 | |
| | | | Step 5: Regional Suicide Prevention Coordinators will conduct a follow up site visit to assess compliance with the CAPs developed following the initial site visit and monitor for sustained compliance with the policy. | 10/1/2023 | 12/31/2023 | |
| CIW PIP: This metric is monitored on a monthly basis by the CIW-PIP SPRFIT Coordinator. This metric is also reviewed by the Regional Suicide Prevention Coordinator during quarterly reviews. | Mental Health | CIW | Implementation of this, with sustained compliance, has been completed through local and HQ monitoring. Most recently, CIW has been at 100% compliance for 2022 Q4 for admissions and discharges | 10/21/2021 | | 12/31/2022 |
| **Suicide Resistant Beds** | Develop CAPs at both CMF-PIP and SVSP-PIP to ensure that all cells designated to house suicidal patients are suicide-resistant | | | | | |
| **Official Plan of Action** | **Discipline** | **Institution** | **Implementation Steps** | **Start Date** | **Anticipated Completion** | **Actual Completion** |
| CMF A/B Wing: Retrofitting cells | FPCM | CMF | • Completed modifications in July 2022 at the following locations/cells:<br>o A-Wing: Cell #'s 201-216 and Interview Room #217<br>o B-Wing: Cell #'s 101-116 and Interview Room #117 | | | July 2022 |
| SVSP PIP: Construction of retrofitted cells (C5/C6, TC-1, TC-2) | FPCM | SVSP | Design: Designs were completed and distributed in December 2022. This step also involved touring the facility for a needs assessment with mental health and other relevant CDCR disciplines | March 2021 | | December 2022 |
| | | | Construction: Work will be completed by the Inmate/Ward Labor Program (IWL). It is expected to begin in Summer 2023; IWL will coordinate phasing of this work with SVSP institutional staff, and will include considerations of any other projects planned or in progress at SVSP to minimize operational disruptions. | July 2023 | TBD | |
| | | | State Fire Marshall Approval | TBD | TBD | |
| | | | Activation | TBD | TBD | |
| **Observation of Suicide Patients** | Develop a CAP to ensure that only Suicide Precaution and Suicide Watch statuses are permitted for the observation for suicidal patients, and that terms such as "stags", "mental health observation", "Q-11", "behavioral suicide watch", and "enhanced observation" are prohibited to be used in provider orders and progress notes. | | | | | |
| **Official Plan of Action** | **Discipline** | **Institution** | **Implementation Steps** | **Start Date** | **Anticipated Completion** | **Actual Completion** |
| A solution center ticket was submitted to create a separate observation order just for suicide watch and precautions to reduce the errors in ordering the wrong observation level or frequency | Mental Health | All/HQ | Step 1: Submit Solution Center Ticket | 5/24/2021 | | 5/24/2021 |
| | | | Step 2: CAPC RFA Approval | 4/28/2022 | | 4/28/2022 |
| | | | Step 3: Conduct analysis, to include workgroup with relevant parties to determine best course moving forward | 4/29/2022 | | 12/7/2022 |
| | | | Step 4: CAPC Approval of Change Request | 12/8/2022 | | 12/8/2022 |
| | | | Step 5: Formal build of orders in EHRS, to include testing, validation and training to the field | 12/8/2022 | 6/30/2023 | |
| | | | Step 6: Deployment to the field | 7/1/2023 | 7/1/2023 | |
| Assess root cause of the reason for the continued use of colloquial terms about suicide watch and precaution status in clinical documentation and determine the most appropriate targeted intervention to remediate the deficiency | Mental Health | All | Step 1: Regional Suicide Prevention Coordinator will conduct site visits to assess current state of this concern at the PIP to help the institution focus their attention on developing the corrective action | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will review findings, develop, and implement corrective action based upon the feedback from the regional coordinator and their own internal analysis. | 4/1/2023 | 8/30/2023 | |
| | | | Step 3: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess compliance with policy. | 9/1/2023 | 12/31/2023 | |
| **Observation of Suicide Patients** | Develop a CAP to ensure that regular nursing rounds conducted at 15-minute intervals (meant for non-suicidal patients) should never be utilized as a substitute for Suicide Precaution status | | | | | |
| **Official Plan of Action** | **Discipline** | **Institution** | **Implementation Steps** | **Start Date** | **Anticipated Completion** | **Actual Completion** |
| Assess root cause of the deficiency and determine the most appropriate targeted intervention to remediate the deficiency | Mental Health | CHCF | Step 1: Regional Suicide Prevention Coordinator will conduct site visits to assess current state of this concern at the PIP to help the institution focus their attention on developing the corrective action | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will review findings, develop, and implement corrective action based upon the feedback from the regional coordinator and their own internal analysis. | 4/1/2023 | 8/30/2023 | |
| | | | Step 3: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess compliance with policy. | 9/1/2023 | 12/31/2023 | |
| | | CMF | Step 1: Regional Suicide Prevention Coordinator will conduct site visits to assess current state of this concern at the PIP to help the institution focus their attention on developing the corrective action | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will review findings, develop, and implement corrective action based upon the feedback from the regional coordinator and their own internal analysis. | 4/1/2023 | 8/30/2023 | |
| | | | Step 3: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess compliance with policy. | 9/1/2023 | 12/31/2023 | |
| | | CIW | CIW-PIP: Updated their LOP to incorporate language for enhanced observations for non-suicidal patients. Training was provided by CIW-PIP December 2021 and CIW-PIP closed this CAP June 2022. | 12/2021 | | 6/30/2022 |
| | | SVSP | Step 1: Regional Suicide Prevention Coordinator will conduct site visits to assess current state of this concern at the PIP to help the institution focus their attention on developing the corrective action | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will review findings, develop, and implement corrective action based upon the feedback from the regional coordinator and their own internal analysis. | 4/1/2023 | 8/30/2023 | |
| | | | Step 3: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess compliance with policy. | 9/1/2023 | 12/31/2023 | |
| **Observation of Suicide Patients** | Develop CAPs at both SVSP-PIP and CIW-PIP to ensure patients on suicide observation status are always assessed on a daily basis, and that orders for discharge from Suicide Watch and Suicide Precaution at SVSP-PIP are only completed following an assessment by a provider. | | | | | |
| **Official Plan of Action** | **Discipline** | **Institution** | **Implementation Steps** | **Start Date** | **Anticipated Completion** | **Actual Completion** |
| CAP assigned to address:<br>• There is inadequate justification in the progress notes for why patients are on suicide watch or precaution and have limited issue.<br>• Daily clinical rounds by a psychologist or psychiatrist for patients on suicide watch or precaution are not being completed as required by statewide policy.<br>• Issue orders were not being completed on a daily basis for patients on suicide watch as required by statewide policy. | Mental Health | CIW | CIW PIP initiated a monthly audit for these 3 items and reported out during the monthly SPRFIT committee with the plan being to close the CAP once >90% has been achieved for at least 3 consecutive months. This CAP was closed by CIW-PIP in December 2023 due to reaching sustained compliance above 90% for 3 consecutive months. | 7/1/2021 | | 12/31/2022 |
| Institution will develop a targeted CAP that considers the root causes of this deficiency to improve overall compliance. | Mental Health | SVSP | Step 1: Regional Suicide Prevention Coordinator will conduct site visits to assess current state of this concern at the PIP to help the institution focus their attention on developing the corrective action | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will review findings, develop, and implement corrective action based upon the feedback from the regional coordinator and their own internal analysis. | 4/1/2023 | 8/30/2023 | |

| Official Plan of Action | Discipline | Institution | Implementation Steps | Start Date | Anticipated Completion | Actual Completion |
|---|---|---|---|---|---|---|
| | | | Step 3: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess compliance with policy. | 9/1/2023 | 12/31/2023 | |
| **Observation of Suicide Patients** | | Develop CAPs at CMF-PIP, CHCF-PIP, SVSP-PIP, and SQ-PIP to ensure that all patients on suicide observation status are always adequately observed | | | | |

| Official Plan of Action | Discipline | Institution | Implementation Steps | Start Date | Anticipated Completion | Actual Completion |
|---|---|---|---|---|---|---|
| Nursing to develop audits for supervisory staff to observe staff conducting suicide watch and suicide precaution to ensure compliance with policy | Nursing | All | Step 1: Statewide Nursing services to construct a non-automated observation audit for suicide watch and suicide precautions and train all institutional staff on this procedure. | 1/1/2022 | | 11/30/2022 |
| | | | Step 2: Institutions are expected to implement these audits, based upon established procedures. Institutional SPRFIT Committee to monitor compliance with Regional Nursing oversight. | 1/1/2023 | 6/30/2023 | |
| | | | Step 3: Regional Suicide Prevention Coordinators will monitor during regular on-site visits to ensure sustained compliance with proper observation of patients on suicide watch and precautions | 7/1/2023 | 12/31/2023 | |

| **Proper Clothing and Possessions** | | Develop CAPs at CMF-PIP, CHCF-PIP, CIW-PIP, and SQ-PIP to ensure that all provider orders regarding clothing and possessions are clinically justified in medical charts, and that patients not on Suicide watch or Suicide Precaution are provided all clothing and possessions. |

| Official Plan of Action | Discipline | Institution | Implementation Steps | Start Date | Anticipated Completion | Actual Completion |
|---|---|---|---|---|---|---|
| Institution will develop a targeted CAP that considers the root causes of this deficiency to improve overall compliance. | Mental Health | CMF | Step 1: Regional Suicide Prevention Coordinator will conduct site visits to assess current state of this concern at the PIP to help the institution focus their attention on developing the corrective action | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will review findings, develop, and implement corrective action based upon the feedback from the regional coordinator and their own internal analysis. | 4/1/2023 | 8/30/2023 | |
| | | | Step 3: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess compliance with policy. | 9/1/2023 | 12/31/2023 | |
| | Mental Health | CHCF | Step 1: Institution released a memo to the staff in November 2022 reminding them of the expectations for rounds and documentation for patients on suicide watch and precautions and initiated an internal audit to ensure compliance | | | 11/2022 |
| | | | Step 2: Regional Suicide Prevention Coordinator will conduct site visits to assess current state of adherence to the November 2022 memo to determine whether additional intervention is necessary | 1/31/2023 | 3/30/2023 | |
| | | | Step 3: Institution will review findings, develop, and implement corrective action, if necessary, based upon the feedback from the regional coordinator and their own internal analysis and auditing. | 4/1/2023 | 8/30/2023 | |
| | | | Step 4: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess compliance with policy. | 9/1/2023 | 12/31/2023 | |
| | Mental Health | SQ | Step 1: Regional Suicide Prevention Coordinator will conduct site visits to assess current state of this concern at the PIP to help the institution focus their attention on developing the corrective action | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will review findings, develop, and implement corrective action based upon the feedback from the regional coordinator and their own internal analysis. | 4/1/2023 | 8/30/2023 | |
| | | | Step 3: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess compliance with policy. | 9/1/2023 | 12/31/2023 | |
| CAP assigned to address:<br>• There is inadequate justification in the progress notes for why patients are on suicide watch or precaution and have limited issue.<br>• Daily clinical rounds by a psychologist or psychiatrist for patients on suicide watch or precaution are not being completed as required by statewide policy.<br>• Issue orders were not being completed on a daily basis for patients on suicide watch as required by statewide policy. | Mental Health | CIW | CIW PIP initiated a monthly audit for these 3 items and reported out during the monthly SPRFIT committee with the plan being to close the CAP once >90% has been achieved for at least 3 consecutive months. This CAP was closed by CIW-PIP in December 2022 due to reaching sustained compliance above 90% for 3 consecutive months. | 7/1/2021 | | 12/31/2022 |

| **Out-of-Cell Activities** | | Develop a CAP for all PIPs to ensure that suicidal patients have access to out-of-cell activities that are clinically justified, including those on maximum-security status. |

| Official Plan of Action | Discipline | Institution | Implementation Steps | Start Date | Anticipated Completion | Actual Completion |
|---|---|---|---|---|---|---|
| Develop a policy for all PIPs to ensure that suicidal patients have access to out-of-cell activities that are clinically justified, including those on maximum-security status. | Regional Health Care Executives Nursing/Custody | All | Step 1: On December 28, 2022, the Regional Healthcare Executives assumed responsibility for the operationalization and implementation of guidelines around the provision of out-of-cell time for patients who are on suicide watch and precautions. The expectation is that within 30 days the PIP institutions would implement processes to allow for this expectation to occur and within 60 days, the PIPs would have approved LOPs related to the directive. | 12/28/2022 | 2/28/2023 | |
| | | | Step 2: Regional Suicide Prevention Coordinators will conduct site visits to assess adherence to this policy and work with institutions to develop more targeted intervention if the LOP is not being followed. | 3/1/2023 | 8/30/2023 | |

| **Out-of-Cell Activities** | | Develop a CAP to improve the reliability of data generated from the Mental Health NCAT (non-clinical activity tracking) database regarding out-of-cell activities. |

| Official Plan of Action | Discipline | Institution | Implementation Steps | Start Date | Anticipated Completion | Actual Completion |
|---|---|---|---|---|---|---|
| Assess needed modifications for the NCAT to be more effective | Custody/Mental Health | HQ | A workgroup comprised of representatives from mental health, DAI, and IT was convened to determine what modifications are needed and implement those changes to improve the NCAT process. Anticipated steps include:<br>Development and unit testing<br>Regression testing of the full application<br>User acceptance testing<br>Preparation of resource document related to changes | 7/1/2022 | 3/7/2023 | |

| **IDTT Meetings** | | Develop a CAP in improve the Consistency of IDTT meetings for suicidal patients within all of the PIPs, to include adequate case presentations; higher level of care discussions (during meetings for ICF patients); adequate discussion regarding suicide risk histories; current suicide risk and observation; clothing, possessions, and out-of-cell activities; and safety planning to reduce further recurrence of SI. |

| Official Plan of Action | Discipline | Institution | Implementation Steps | Start Date | Anticipated Completion | Actual Completion |
|---|---|---|---|---|---|---|
| Nursing to develop script for RN participation in the PIPs | Nursing | All | Step 1: Headquarters nursing to develop Inpatient IDTT Guidelines for RN participation. | 12/1/2022 | | 12/29/2022 |
| | | | Step 2: Headquarters nursing will provide in-service training to all nursing staff within the PIPs. Institutional Leadership will provide oversight and monitoring. | 2/1/2023 | 2/28/2023 | |
| | | | Step 3: Regional Suicide Prevention Coordinators will attend IDTTs during their regular on-site visits to ensure sustained compliance with these expectations. | 3/1/2023 | 9/30/2023 | |
| Institution will develop a targeted CAP that considers the root causes of this deficiency to improve overall compliance with providing enough clinical information to assist in making informed determinations about a patient's suicide risk and what interventions are necessary to reduce future recurrence of SI. | Mental Health | All | Step 1: Regional Suicide Prevention Coordinator will conduct site visits to assess current state of this concern at the PIP to help the institution focus their attention on developing the corrective action | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will review findings, develop, and implement corrective action based upon the feedback from the regional coordinator and their own internal analysis. | 4/1/2023 | 8/30/2023 | |
| | | | Step 3: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess compliance with policy. | 9/1/2023 | 12/31/2023 | |

| **Safety Planning** | | Develop a CAP to improve the adequacy of safety planning within all of the PIPs. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. |

| Official Plan of Action | Discipline | Institution | Implementation Steps | Start Date | Anticipated Completion | Actual Completion |
|---|---|---|---|---|---|---|
| Release and adoption of the new safety planning model. This policy and associated training clearly articulates that safety plan development is requires regardless of the level of acute risk at discharge or patient refusal to cooperate. | Mental Health | All | Step 1: All clinical staff in the PIPs will complete the new Safety Planning training slated for roll out in February 2023. | 2/1/2023 | 4/30/2023 | |
| | | | Step 2: Regional Suicide Prevention Coordinators will conduct site visits to assess current state of adaptation of the new safety planning model. This step will also involve coordination with the institution on any areas for improvement as staff work to adapt to the new model. | 5/1/2023 | 12/31/2023 | |

| **Safety Planning** | | Develop a CAP to enforce the PIP suicide prevention policy requirement for supervisory review of a safety plan prior to, or during the IDTT in which the discharging SRASHE is completed. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. |

| Official Plan of Action | Discipline | Institution | Implementation Steps | Start Date | Anticipated Completion | Actual Completion |
|---|---|---|---|---|---|---|
| Regional Suicide Prevention Coordinators will work with individual institutional SPRFIT Coordinators to identify the root | | | Step 1: Regional Suicide Prevention Coordinator will conduct site visits to assess current state of this concern at the PIP to help the institution focus their attention on developing the corrective action | 1/31/2023 | 3/30/2023 | |

| Official Plan of Action | Discipline | Institution | Implementation Steps | Start Date | Anticipated Completion | Actual Completion |
|---|---|---|---|---|---|---|
| individual institutional SPRFIT Coordinators to identify the root causes of the deficiencies and assist in the development of targeted CAPS. | Mental Health | All | Step 2: Institution will review findings, develop, and implement corrective action based upon the feedback from the regional coordinator and their own internal analysis. | 4/1/2023 | 8/30/2023 | |
| | | | Step 3: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess compliance with policy. | 9/1/2023 | 12/31/2023 | |

| **Contracting for Safety** | | Develop a CAP to ensure that "contracting for safety" is not utilized in either the assessment of suicide risk or documentation of decision-making within the PIPs. | | | | |
|---|---|---|---|---|---|---|
| **Official Plan of Action** | **Discipline** | **Institution** | **Implementation Steps** | **Start Date** | **Anticipated Completion** | **Actual Completion** |
| Nursing to release a statewide memo directing staff to discontinue this practice | Nursing | All | Step 1: Memo directive released to the field on 1/23/2023 | 1/23/2023 | | 1/23/2023 |
| | | | Step 2: Memo requires staff to complete associated LMS training within 30 days of the date of the memo | 1/23/2023 | 3/1/2023 | |
| | | | Step 3: Institutional nursing leadership will provide oversight and monitoring to ensure adherence to the memo and compliance in documentation. | 3/1/2023 | 7/30/2023 | |
| Mental health to release a statewide memo directing staff to discontinue this practice in their documentation | Mental Health | All | Step 1: Statewide mental health program to develop memo language and route for release | 2/1/2023 | 3/30/2023 | |
| | | | Step 2: Memo release with training component with 30 days of the date of the memo. | 4/1/2023 | 5/1/2023 | |
| | | | Step 3: Regional Suicide Prevention Coordinators will review adherence with this memo to ensure sustained compliance with expectations. | 5/1/2023 | 7/30/2023 | |

| **Suicide Prevention Training** | | Develop CAPs to increase custody, medical, and mental health staff compliance for annual suicide prevention training at CMF-PIP and CHCF-PIP | | | | |
|---|---|---|---|---|---|---|
| **Official Plan of Action** | **Discipline** | **Institution** | **Implementation Steps** | **Start Date** | **Anticipated Completion** | **Actual Completion** |
| Institution to monitor and assess compliance through their local SPRFIT committee. If ongoing deficiencies emerge in 2023, more targeted CAPs will be developed. | Mental Health | CHCF | Step 1: Institution will supply the Regional Suicide Prevention Coordinator with the current plan for scheduling all staff for training all disciplines on the Annual IST Suicide Prevention Course within the calendar year. | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will supply a status update by the end of the second quarter, 2023 on adherence to the plan and current rates of staff training compliance. | 4/1/2023 | 6/30/2023 | |
| | | | Step 3: Based upon the institution's progress, the Regional Suicide Prevention Coordinator will work with the institution to implement any necessary CAPs to increase compliance, if necessary | 7/1/2023 | 9/30/2023 | |
| | | | Step 4: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess the institution's training compliance. | 10/1/2023 | 12/31/2023 | |
| Institution to monitor and assess compliance through their local SPRFIT committee. If ongoing deficiencies emerge in 2023, more targeted CAPs will be developed. | Mental Health | CMF | Step 1: Institution will supply the Regional Suicide Prevention Coordinator with the current plan for scheduling all staff for training all disciplines on the Annual IST Suicide Prevention Course within the calendar year. | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will supply a status update by the end of the second quarter, 2023 on adherence to the plan and current rates of staff training compliance. | 4/1/2023 | 6/30/2023 | |
| | | | Step 3: Based upon the institution's progress, the Regional Suicide Prevention Coordinator will work with the institution to implement any necessary CAPs to increase compliance, if necessary | 7/1/2023 | 9/30/2023 | |
| | | | Step 4: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess the institution's training compliance. | 10/1/2023 | 12/31/2023 | |

| **Suicide Prevention Training** | | Develop CAPs to increase mental health clinician compliance rates for both SRE mentoring program and seven-hour SRE training at CMF-PIP, CHCF-PIP, and SVSP-PIP | | | | |
|---|---|---|---|---|---|---|
| **Official Plan of Action** | **Discipline** | **Institution** | **Implementation Steps** | **Start Date** | **Anticipated Completion** | **Actual Completion** |
| Institution to monitor and assess compliance through their local SPRFIT committee. If ongoing deficiencies emerge in 2023, more targeted CAPs will be developed. | Mental Health | CMF | Step 1: Institution will supply the Regional Suicide Prevention Coordinator with the current plan for scheduling all staff who require the mentoring and seven hour SRE courses. | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will supply a status update by the end of the second quarter, 2023 on adherence to the plan and current rates of staff training compliance. | 4/1/2023 | 6/30/2023 | |
| | | | Step 3: Based upon the institution's progress, the Regional Suicide Prevention Coordinator will work with the institution to implement any necessary CAPs to increase compliance, if necessary | 7/1/2023 | 9/30/2023 | |
| | | | Step 4: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess the institution's training compliance. | 10/1/2023 | 12/31/2023 | |
| Institution to monitor and assess compliance through their local SPRFIT committee. If ongoing deficiencies emerge in 2023, more targeted CAPs will be developed. | Mental Health | CHCF | Step 1: Institution will supply the Regional Suicide Prevention Coordinator with the current plan for scheduling all staff who require the mentoring and seven hour SRE courses. | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will supply a status update by the end of the second quarter, 2023 on adherence to the plan and current rates of staff training compliance. | 4/1/2023 | 6/30/2023 | |
| | | | Step 3: Based upon the institution's progress, the Regional Suicide Prevention Coordinator will work with the institution to implement any necessary CAPs to increase compliance, if necessary | 7/1/2023 | 9/30/2023 | |
| | | | Step 4: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess the institution's training compliance. | 10/1/2023 | 12/31/2023 | |
| Institution to monitor and assess compliance through their local SPRFIT committee. If ongoing deficiencies emerge in 2023, more targeted CAPs will be developed. | Mental Health | SVSP | Step 1: Institution will supply the Regional Suicide Prevention Coordinator with the current plan for scheduling all staff who require the mentoring and seven hour SRE courses. | 1/31/2023 | 3/30/2023 | |
| | | | Step 2: Institution will supply a status update by the end of the second quarter, 2023 on adherence to the plan and current rates of staff training compliance. | 4/1/2023 | 6/30/2023 | |
| | | | Step 3: Based upon the institution's progress, the Regional Suicide Prevention Coordinator will work with the institution to implement any necessary CAPs to increase compliance, if necessary | 7/1/2023 | 9/30/2023 | |
| | | | Step 4: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess the institution's training compliance. | 10/1/2023 | 12/31/2023 | |

| **SPRFIT Committee** | | Develop a CAP to ensure that SPRFITs at each PIP meet required monthly meetings quorums, and that deficient suicide prevention practices, including those cited in this reviewer's report, are remedied. | | | | |
|---|---|---|---|---|---|---|
| **Official Plan of Action** | **Discipline** | **Institution** | **Implementation Steps** | **Start Date** | **Anticipated Completion** | **Actual Completion** |
| Institutions will adopt the new SPRFIT Reboot model for their institutional committees | All | All | Step 1: All required SPRFIT Committee members to attend the CCHCS QM/Mental Health SPRFIT Reboot training in Q4 of 2022 | 9/1/2022 | | 12/31/2022 |
| | | | Step 2: Regional Suicide Prevention Coordinators will conduct site visits to assess the current state of adoption of the new SPRFIT model. | 1/31/2023 | 3/30/2023 | |
| | | | Step 3: Institution will review findings, develop, and implement corrective action or modifications to their committee structure based upon the feedback from the regional coordinator and their own internal analysis. | 4/1/2023 | 8/30/2023 | |
| | | | Step 3: Regional Suicide Prevention Coordinator will return to conduct a follow-up site visit to assess compliance with policy. | 9/1/2023 | 12/31/2023 | |