Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY MENTAL HEALTH STAFFING VACANCY REPORTS** |

　　　On or before the last court day of each month, Defendants are required to file a monthly psychiatry vacancy report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4; ECF No. 5886; and ECF No. 7504 at 6.) On January 18, 2023, the Court ordered Defendants to expand the monthly psychiatrist vacancy report to include the same fill or vacancy rate information for "all of the classifications included in the Special Master's December 9, 2022 filing," which include all psychologist, clinical social worker, recreational therapist, and medical assistant classifications. (ECF Nos. 7677, 7704.) On February 1, 2023, the Court issued an order that Defendants shall file

1

the first expanded staffing vacancy report covering the month of December by noon on February 9, 2023. (ECF No. 7712 at 2.)

    Consistent with the Court's January 18, 2023 and February 1, 2023 orders, attached is a letter from the California Correctional Health Care Services setting forth CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Mental Health Staffing Positions for December 2022.

Dated: February 9, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated:  February 9, 2023

HANSON BRIDGETT LLP

/s/ *Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

 

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

February 9, 2023

Damon McClain, Esq.
Elise O. Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 1100
San Francisco, CA 94102-5500

RE: CDCR'S DIVISION OF HEALTH CARE SERVICES
SYSTEMWIDE MENTAL HEALTH PROGRAM
ALLOCATED AND FILLED MENTAL HEALTH
STAFFING POSITIONS

Dear Mr. McClain and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits as Exhibit A the first of its expanded monthly reports identifying CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Mental Health Staffing Positions for December 2022 vacancy rates at each CDCR institution.

In accordance with the Court's February 14, 2018 and March 18, 2022 orders, the psychiatry vacancy report contains the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. The report includes data from the monthly telepsychiatry report; a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners; and vacancy rates for Chief Psychiatrist and Senior Psychiatrist supervisor positions, as well as vacancy rates for Staff psychiatrists.

Also in accordance with the Court's January 18, 2023 order, I attach reports that include the fill or vacancy rate information for all psychologist, clinical social worker, recreational therapist, and medical assistant classifications.

Sincerely,

/s/ *Jasinda Muhammad*
JASINDA MUHAMMAD
Deputy Director, Human Resources
California Correctional Health Care Services

# Exhibit A

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - December 2022

| | Allocated July 2022[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sites | Chief PsyT | Senior PsyT | Staff PsyT | Telepsych | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | Telepsych[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| ASP | 1.00 | 0.00 | 4.50 | 0.00 | 5.50 | 0.00 | 0% | 0.00 | - | 0.00 | 7.29 | 0.00 | 0.00 | 7.29 | 162% | 7.29 | 133% |
| CAL | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.75 | 0.00 | 0.75 | 150% | 0.75 | 150% |
| CCC | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.39 | 0.00 | 0.39 | 78% | 0.39 | 78% |
| CCI | 1.00 | 0.00 | 2.50 | 2.00 | 5.50 | 0.00 | 0% | 0.00 | - | 2.00 | 0.00 | 2.69 | 0.00 | 4.69 | 104% | 4.69 | 85% |
| CCWF | 1.00 | 0.00 | 6.50 | 2.00 | 9.50 | 0.00 | 0% | 0.00 | - | 4.00 | 0.26 | 2.00 | 2.15 | 8.41 | 99% | 8.41 | 89% |
| CEN | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 200% | 1.00 | 200% |
| CHCF | 1.00 | 2.00 | 12.00 | 10.50 | 25.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 8.10 | 6.00 | 1.00 | 19.10 | 85% | 20.10 | 79% |
| CHCF PIP | 1.00 | 2.00 | 33.00 | 0.00 | 36.00 | 2.00 | 200% | 0.00 | 0% | 13.00 | 7.79 | 0.00 | 0.00 | 20.79 | 63% | 22.79 | 63% |
| CIM | 1.00 | 0.00 | 8.50 | 2.00 | 11.50 | 0.00 | 0% | 0.00 | - | 4.00 | 2.83 | 2.00 | 0.00 | 8.83 | 84% | 8.83 | 77% |
| CIW | 2.00 | 0.00 | 11.00 | 0.00 | 13.00 | 2.00 | 100% | 0.00 | - | 4.00 | 4.20 | 0.22 | 0.00 | 8.42 | 77% | 10.42 | 80% |
| CMC | 1.00 | 1.00 | 16.50 | 1.50 | 20.00 | 1.00 | 100% | 1.00 | 100% | 8.00 | 5.30 | 1.50 | 0.00 | 14.80 | 82% | 16.80 | 84% |
| CMF | 1.00 | 1.00 | 9.80 | 5.00 | 16.80 | 1.00 | 100% | 0.00 | 0% | 1.00 | 6.22 | 5.00 | 1.00 | 13.22 | 89% | 14.22 | 85% |
| CMF PIP | 1.00 | 2.00 | 31.20 | 0.00 | 34.20 | 1.00 | 100% | 0.00 | 0% | 10.00 | 14.20 | 0.00 | 0.00 | 24.20 | 78% | 25.20 | 74% |
| COR | 1.00 | 1.00 | 6.00 | 6.00 | 14.00 | 1.00 | 100% | 0.00 | 0% | 1.50 | 3.19 | 6.14 | 0.00 | 10.83 | 90% | 11.83 | 85% |
| CRC | 1.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 6.00 | 0.00 | 0.00 | 0.00 | 6.00 | 150% | 7.00 | 140% |
| CTF | 1.00 | 0.00 | 3.50 | 0.00 | 4.50 | 0.00 | 0% | 1.00 | - | 2.00 | 1.67 | 0.00 | 0.00 | 3.67 | 105% | 4.67 | 104% |
| CVSP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.38 | 0.00 | 0.38 | 76% | 0.38 | 76% |
| FSP | 1.00 | 0.00 | 2.50 | 0.00 | 3.50 | 1.00 | 100% | 0.00 | - | 3.50 | 0.00 | 0.00 | 0.00 | 3.50 | 140% | 4.50 | 129% |
| HDSP | 1.00 | 0.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0% | 0.00 | - | 0.00 | 0.00 | 2.78 | 0.00 | 2.78 | 93% | 2.78 | 70% |
| ISP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.37 | 0.00 | 0.37 | 74% | 0.37 | 74% |
| KVSP | 1.00 | 0.00 | 3.00 | 5.00 | 9.00 | 1.00 | 100% | 0.00 | - | 1.00 | 0.29 | 5.00 | 0.90 | 7.19 | 90% | 8.19 | 91% |
| LAC | 1.00 | 1.00 | 10.50 | 1.00 | 13.50 | 1.00 | 100% | 0.00 | 0% | 6.00 | 2.74 | 1.00 | 1.05 | 10.79 | 94% | 11.79 | 87% |
| MCSP | 1.00 | 1.00 | 8.50 | 7.00 | 17.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 2.74 | 6.50 | 0.00 | 13.24 | 85% | 14.24 | 81% |
| NKSP | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 0.00 | 5.08 | 3.01 | 0.00 | 8.09 | 85% | 8.09 | 77% |
| PBSP | 1.00 | 0.00 | 1.00 | 1.50 | 3.50 | 0.00 | 0% | 0.00 | - | 1.00 | 0.00 | 1.82 | 0.00 | 2.82 | 113% | 2.82 | 81% |
| PVSP | 1.00 | 0.00 | 2.00 | 0.00 | 3.00 | 1.00 | 100% | 0.00 | - | 1.00 | 0.96 | 0.50 | 0.00 | 2.46 | 123% | 3.46 | 115% |
| RJD | 1.00 | 1.00 | 14.00 | 2.00 | 18.00 | 1.00 | 100% | 1.00 | 100% | 7.50 | 3.40 | 2.00 | 0.00 | 12.90 | 81% | 14.90 | 83% |
| SAC | 1.00 | 1.00 | 18.50 | 0.00 | 20.50 | 1.00 | 100% | 1.00 | 100% | 15.25 | 2.46 | 0.00 | 0.00 | 17.71 | 96% | 19.71 | 96% |
| SATF | 1.00 | 1.00 | 4.50 | 10.00 | 16.50 | 1.00 | 100% | 1.00 | 100% | 1.00 | 0.22 | 9.05 | 2.00 | 12.27 | 85% | 14.27 | 86% |
| SCC | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 0.00 | 1.19 | 1.19 | 119% | 2.19 | 110% |
| SOL | 1.00 | 0.00 | 3.00 | 0.00 | 4.00 | 1.00 | 100% | 0.00 | - | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | 133% | 5.00 | 125% |
| SQ | 2.00 | 0.00 | 11.50 | 0.00 | 13.50 | 2.00 | 100% | 0.00 | - | 9.00 | 0.79 | 0.00 | 0.00 | 9.79 | 85% | 11.79 | 87% |
| SVSP | 1.00 | 1.00 | 2.80 | 6.00 | 10.80 | 1.00 | 100% | 0.00 | 0% | 0.00 | 2.56 | 4.71 | 0.00 | 7.27 | 83% | 8.27 | 77% |
| SVSP PIP | 1.00 | 1.00 | 11.20 | 0.00 | 13.20 | 0.00 | 0% | 0.00 | 0% | 0.00 | 9.24 | 0.00 | 0.00 | 9.24 | 83% | 9.24 | 70% |
| VSP | 1.00 | 0.00 | 0.00 | 7.00 | 8.00 | 0.00 | 0% | 0.00 | - | 0.00 | 0.10 | 6.00 | 0.00 | 6.10 | 87% | 6.10 | 76% |
| WSP | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 2.00 | 5.12 | 3.00 | 0.00 | 10.12 | 107% | 10.12 | 96% |
| Telepsych[6] | 2.00 | 8.00 | 0.00 | 0.00 | 10.00 | 2.00 | 100% | 7.00 | 88% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 9.00 | 90% |
| NTTM[7] | 0.00 | 0.00 | 0.00 | 17.00 | 17.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 6.00 | 0.00 | 6.00 | 35% | 6.00 | 35% |
| **TOTAL** | **35.00** | **24.00** | **254.50** | **98.50** | **412.00** | **25.00** | **71%** | **12.00** | **50%** | **115.75** | **96.75** | **78.81** | **9.29** | **300.60** | **85%** | **337.60** | **82%** |

**Footnote**

1. Source: MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.
2. Source: SCO Report 2022_12_30 DCHCSEEv3_ALL
3. Source: Management Solutions Registry Report (December 2022)
4. Source: December 2022 Telepsychiatry Provider List
5. Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.
6. Telepsych row displays the number of chiefs and seniors in telepsychiatry and are not assigned to specific institutions.
7. NTTM- Nighttime Telepsych Shift- Took 0.5 from all institutions.

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Psychology Positions - December 2022

| | Allocated July 2022[1] | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sites | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | Clinical Psyl % | Total | Total % |
| ASP | 2.00 | 1.00 | 2.00 | 9.50 | 14.50 | 2.00 | 100% | 1.00 | 100% | 2.00 | 100% | 4.00 | 0.58 | 48% | 9.58 | 66% |
| CAC | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 100% | 1.00 | 100% |
| CAL | 0.00 | 1.00 | 0.00 | 4.00 | 5.00 | 0.00 | - | 1.00 | 100% | 0.00 | - | 5.00 | 0.00 | 125% | 6.00 | 120% |
| CCC | 0.00 | 1.00 | 0.00 | 4.00 | 5.00 | 0.00 | - | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 0% | 1.00 | 20% |
| CCI | 2.00 | 1.00 | 2.00 | 10.50 | 15.50 | 1.00 | 50% | 2.00 | 200% | 2.00 | 100% | 8.50 | 0.00 | 81% | 13.50 | 87% |
| CCWF | 2.00 | 2.50 | 3.50 | 23.00 | 31.00 | 1.00 | 50% | 3.00 | 120% | 2.00 | 57% | 17.50 | 0.00 | 76% | 23.50 | 76% |
| CEN | 1.00 | 0.00 | 0.00 | 4.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 50% | 3.00 | 60% |
| CHCF | 2.00 | 5.15 | 5.40 | 43.25 | 55.80 | 2.00 | 100% | 5.00 | 97% | 3.00 | 56% | 3.00 | 5.22 | 19% | 18.22 | 33% |
| CHCF PIP | 1.00 | 4.35 | 8.10 | 34.25 | 47.70 | 1.00 | 100% | 3.00 | 69% | 4.00 | 49% | 9.00 | 6.56 | 45% | 23.56 | 49% |
| CIM | 2.00 | 2.00 | 2.00 | 19.00 | 25.00 | 1.00 | 50% | 2.00 | 100% | 2.00 | 100% | 17.00 | 0.00 | 89% | 22.00 | 88% |
| CIW | 3.00 | 2.00 | 6.00 | 21.50 | 32.50 | 3.00 | 100% | 2.00 | 100% | 3.00 | 50% | 20.00 | 0.86 | 97% | 28.86 | 89% |
| CMC | 2.00 | 6.50 | 6.50 | 44.50 | 59.50 | 2.00 | 100% | 5.00 | 77% | 6.50 | 100% | 29.50 | 0.26 | 67% | 43.26 | 73% |
| CMF | 2.00 | 4.95 | 5.70 | 37.55 | 50.20 | 1.00 | 50% | 4.00 | 81% | 4.00 | 70% | 15.50 | 2.52 | 48% | 27.02 | 54% |
| CMF PIP | 1.00 | 4.05 | 7.80 | 32.45 | 45.30 | 1.00 | 100% | 0.00 | 0% | 3.00 | 38% | 8.00 | 8.14 | 50% | 20.14 | 44% |
| COR | 2.00 | 4.50 | 4.50 | 37.50 | 48.50 | 2.00 | 100% | 4.00 | 89% | 5.00 | 111% | 15.00 | 4.36 | 52% | 30.36 | 63% |
| CRC | 2.00 | 1.00 | 2.00 | 8.00 | 13.00 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 8.00 | 0.00 | 100% | 12.00 | 92% |
| CTF | 2.00 | 1.00 | 2.00 | 8.00 | 13.00 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 7.00 | 0.27 | 91% | 11.27 | 87% |
| CVSP | 0.00 | 1.00 | 0.00 | 3.50 | 4.50 | 0.00 | - | 1.00 | 100% | 0.00 | - | 2.50 | 0.12 | 75% | 3.62 | 80% |
| FSP | 1.00 | 1.00 | 2.00 | 6.50 | 10.50 | 1.00 | 100% | 0.00 | 0% | 2.00 | 100% | 6.00 | 0.00 | 92% | 9.00 | 86% |
| HDSP | 2.00 | 1.00 | 2.00 | 9.00 | 14.00 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 4.50 | 0.00 | 50% | 8.50 | 61% |
| ISP | 1.00 | 0.00 | 0.00 | 3.50 | 4.50 | 1.00 | 100% | 0.00 | - | 0.00 | - | 3.00 | 0.51 | 100% | 4.51 | 100% |
| KVSP | 2.00 | 3.00 | 3.00 | 22.00 | 30.00 | 1.00 | 50% | 3.00 | 100% | 3.00 | 100% | 16.50 | 2.07 | 84% | 25.57 | 85% |
| LAC | 2.00 | 6.00 | 6.50 | 39.50 | 54.00 | 2.00 | 100% | 5.50 | 92% | 6.00 | 92% | 30.00 | 0.83 | 78% | 44.33 | 82% |
| MCSP | 2.00 | 7.00 | 7.50 | 46.00 | 62.50 | 2.00 | 100% | 6.00 | 86% | 6.00 | 80% | 19.00 | 1.30 | 44% | 34.30 | 55% |
| NKSP | 2.00 | 2.00 | 2.00 | 33.50 | 39.50 | 1.00 | 50% | 1.00 | 50% | 1.00 | 50% | 9.00 | 2.49 | 34% | 14.49 | 37% |
| PBSP | 2.00 | 1.00 | 2.00 | 9.50 | 14.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 8.00 | 0.00 | 84% | 12.00 | 83% |
| PVSP | 2.00 | 1.00 | 2.00 | 7.50 | 12.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 5.00 | 0.00 | 67% | 9.00 | 72% |
| RJD | 2.00 | 7.50 | 7.50 | 49.50 | 66.50 | 2.00 | 100% | 7.00 | 93% | 9.00 | 120% | 41.00 | 2.76 | 88% | 61.76 | 93% |
| SAC | 2.00 | 8.50 | 7.50 | 59.00 | 77.00 | 2.00 | 100% | 8.00 | 94% | 5.00 | 67% | 32.50 | 7.37 | 68% | 54.87 | 71% |
| SATF | 2.00 | 5.50 | 6.00 | 40.50 | 54.00 | 2.00 | 100% | 2.50 | 45% | 5.00 | 83% | 18.50 | 0.00 | 46% | 28.00 | 52% |
| SCC | 2.00 | 1.00 | 2.00 | 3.50 | 8.50 | 1.00 | 50% | 1.00 | 100% | 1.00 | 50% | 2.00 | 0.00 | 57% | 5.00 | 59% |
| SOL | 2.00 | 1.00 | 2.00 | 7.50 | 12.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 6.50 | 0.00 | 87% | 10.50 | 84% |
| SQ | 3.00 | 4.50 | 6.00 | 30.50 | 44.00 | 2.00 | 67% | 3.00 | 67% | 3.00 | 50% | 28.75 | 0.81 | 97% | 37.56 | 85% |
| SVSP | 2.00 | 3.50 | 4.90 | 28.80 | 39.20 | 2.00 | 100% | 2.50 | 71% | 1.00 | 20% | 2.00 | 8.58 | 37% | 16.08 | 41% |
| SVSP PIP | 1.00 | 1.50 | 5.60 | 11.20 | 19.30 | 1.00 | 100% | 2.00 | 133% | 3.00 | 54% | 5.00 | 3.81 | 79% | 14.81 | 77% |
| VSP | 2.00 | 3.00 | 3.50 | 20.00 | 28.50 | 1.00 | 50% | 3.00 | 100% | 4.00 | 114% | 20.00 | 0.00 | 100% | 28.00 | 98% |
| WSP | 2.00 | 2.00 | 2.00 | 32.50 | 38.50 | 1.00 | 50% | 2.00 | 100% | 2.00 | 100% | 14.00 | 6.07 | 62% | 25.07 | 65% |
| TOTAL | 62.00 | 103.00 | 131.50 | 805.50 | 1102.00 | 46.00 | 74% | 86.50 | 84% | 99.50 | 76% | 443.75 | 65.49 | 63% | 741.24 | 67% |

**Footnote**

1 Source: MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (December 2022)

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Clinical Social Worker Positions - December 2022

| Sites | Allocated July 2022[1] | | | Filled | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW | CSW | Allocated Total | Sup SW[2] | Sup SW % | CSW[2] | CSW Registry[3] | CSW % | Total | Total % |
| ASP | 1.00 | 11.00 | 12.00 | 1.00 | 100% | 8.00 | 0.00 | 73% | 9.00 | 75% |
| CAC | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | 0.00 | 0% | 0.00 | 0% |
| CAL | 0.00 | 1.00 | 1.00 | 0.00 | - | 1.00 | 0.00 | 100% | 1.00 | 100% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | 0.00 | 0% | 0.00 | 0% |
| CCI | 1.00 | 10.00 | 11.00 | 1.00 | 100% | 8.00 | 0.00 | 80% | 9.00 | 82% |
| CCWF | 1.00 | 16.50 | 17.50 | 1.00 | 100% | 13.00 | 0.00 | 79% | 14.00 | 80% |
| CEN | 0.00 | 1.00 | 1.00 | 0.00 | - | 1.00 | 0.00 | 100% | 1.00 | 100% |
| CHCF | 0.60 | 13.80 | 14.40 | 0.00 | 0% | 4.00 | 2.03 | 44% | 6.03 | 42% |
| CHCF PIP | 1.90 | 29.20 | 31.10 | 0.00 | 0% | 13.00 | 3.42 | 56% | 16.42 | 53% |
| CIM | 1.00 | 13.50 | 14.50 | 1.00 | 100% | 10.00 | 0.00 | 74% | 11.00 | 76% |
| CIW | 1.00 | 12.00 | 13.00 | 1.00 | 100% | 8.00 | 0.00 | 67% | 9.00 | 69% |
| CMC | 1.00 | 17.00 | 18.00 | 1.00 | 100% | 16.00 | 0.00 | 94% | 17.00 | 94% |
| CMF | 0.10 | 13.10 | 13.20 | 0.00 | 0% | 8.00 | 0.86 | 68% | 8.86 | 67% |
| CMF PIP | 1.90 | 27.40 | 29.30 | 0.00 | 0% | 5.50 | 0.80 | 23% | 6.30 | 22% |
| COR | 1.00 | 16.00 | 17.00 | 1.00 | 100% | 13.00 | 1.93 | 93% | 15.93 | 94% |
| CRC | 1.00 | 11.00 | 12.00 | 1.00 | 100% | 10.00 | 0.00 | 91% | 11.00 | 92% |
| CTF | 1.00 | 9.00 | 10.00 | 1.00 | 100% | 6.00 | 0.00 | 67% | 7.00 | 70% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | 0.00 | 0% | 0.00 | 0% |
| FSP | 0.50 | 6.50 | 7.00 | 0.00 | 0% | 5.00 | 0.00 | 77% | 5.00 | 71% |
| HDSP | 0.50 | 4.00 | 4.50 | 1.00 | 200% | 6.00 | 0.00 | 150% | 7.00 | 156% |
| ISP | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | 1.01 | 101% | 1.01 | 101% |
| KVSP | 1.00 | 10.50 | 11.50 | 1.00 | 100% | 8.50 | 0.00 | 81% | 9.50 | 83% |
| LAC | 1.00 | 15.50 | 16.50 | 1.00 | 100% | 7.00 | 0.97 | 51% | 8.97 | 54% |
| MCSP | 1.00 | 23.50 | 24.50 | 0.00 | 0% | 12.00 | 0.00 | 51% | 12.00 | 49% |
| NKSP | 1.00 | 13.50 | 14.50 | 0.00 | 0% | 13.00 | 1.37 | 106% | 14.37 | 99% |
| PBSP | 0.00 | 3.00 | 3.00 | 0.00 | - | 1.00 | 0.00 | 33% | 1.00 | 33% |
| PVSP | 0.50 | 4.00 | 4.50 | 1.00 | 200% | 4.00 | 0.00 | 100% | 5.00 | 111% |
| RJD | 1.00 | 23.50 | 24.50 | 1.00 | 100% | 10.00 | 2.27 | 52% | 13.27 | 54% |
| SAC | 1.00 | 17.00 | 18.00 | 1.00 | 100% | 13.00 | 2.18 | 89% | 16.18 | 90% |
| SATF | 1.50 | 23.50 | 25.00 | 1.50 | 100% | 15.00 | 0.92 | 68% | 17.42 | 70% |
| SCC | 0.00 | 1.50 | 1.50 | 0.00 | - | 1.00 | 0.00 | 67% | 1.00 | 67% |
| SOL | 0.50 | 5.00 | 5.50 | 0.50 | 100% | 4.00 | 0.00 | 80% | 4.50 | 82% |
| SQ | 1.00 | 18.00 | 19.00 | 1.00 | 100% | 13.00 | 0.00 | 72% | 14.00 | 74% |
| SVSP | 0.70 | 13.30 | 14.00 | 1.00 | 143% | 4.00 | 2.84 | 51% | 7.84 | 56% |
| SVSP PIP | 0.80 | 11.20 | 12.00 | 1.00 | 125% | 7.00 | 0.50 | 67% | 8.50 | 71% |
| VSP | 1.00 | 14.00 | 15.00 | 1.00 | 100% | 14.00 | 0.00 | 100% | 15.00 | 100% |
| WSP | 1.00 | 14.50 | 15.50 | 1.00 | 100% | 11.00 | 0.00 | 76% | 12.00 | 77% |
| TOTAL | 27.50 | 427.50 | 455.00 | 22.00 | 80% | 273.00 | 21.10 | 69% | 316.10 | 69% |

**Footnote**

[1] Source: MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

[2] Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

[3] Source: Management Solutions Registry Report (December 2022)

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Recreation Therapist Positions - December 2022

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| ASP | 0.00 | 1.00 | 0.00 | - |
| CAC | 0.00 | 0.00 | 0.00 | - |
| CAL | 0.00 | 0.00 | 0.00 | - |
| CCC | 0.00 | 0.00 | 0.00 | - |
| CCI | 0.50 | 1.00 | 0.00 | 200% |
| CCWF | 6.00 | 8.00 | 0.00 | 133% |
| CEN | 0.00 | 0.00 | 0.00 | - |
| CHCF | 24.15 | 21.00 | 0.98 | 91% |
| CHCF PIP | 31.85 | 17.00 | 5.01 | 69% |
| CIM | 6.00 | 6.00 | 0.00 | 100% |
| CIW | 10.50 | 9.00 | 0.00 | 86% |
| CMC | 24.50 | 20.50 | 0.85 | 87% |
| CMF | 20.95 | 15.50 | 0.80 | 78% |
| CMF PIP | 30.05 | 11.00 | 5.13 | 54% |
| COR | 13.00 | 6.50 | 3.68 | 78% |
| CRC | 0.00 | 1.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 0.00 | 0.00 | - |
| HDSP | 1.50 | 2.00 | 0.00 | 133% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 7.00 | 5.00 | 1.92 | 99% |
| LAC | 19.00 | 14.50 | 0.00 | 76% |
| MCSP | 24.50 | 17.00 | 0.99 | 73% |
| NKSP | 4.50 | 2.00 | 0.00 | 44% |
| PBSP | 2.00 | 2.00 | 0.00 | 100% |
| PVSP | 1.00 | 1.00 | 0.00 | 100% |
| RJD | 27.00 | 26.00 | 1.94 | 103% |
| SAC | 28.00 | 28.00 | 0.00 | 100% |
| SATF | 18.50 | 15.00 | 1.90 | 91% |
| SCC | 0.00 | 1.00 | 0.00 | - |
| SOL | 1.00 | 1.00 | 0.00 | 100% |
| SQ | 12.50 | 11.00 | 0.00 | 88% |
| SVSP | 11.30 | 9.00 | 0.00 | 80% |
| SVSP PIP | 11.20 | 11.00 | 0.00 | 98% |
| VSP | 8.50 | 10.00 | 0.00 | 118% |
| WSP | 3.00 | 3.00 | 0.00 | 100% |
| TOTAL | 348.00 | 276.00 | 23.20 | 86% |

**Footnote**

1 Source: MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (December 2022)

4 Rehabilitation therapists are included in the fill rate for recreation therapists at CHCF PIP, CMF PIP, and SVSP PIP.

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Medical Assistant Positions - December 2022

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| ASP | 0.00 | 0.00 | 0.00 | - |
| CAC | 0.00 | 0.00 | 0.00 | - |
| CAL | 1.00 | 1.00 | 0.00 | 100% |
| CCC | 0.00 | 0.00 | 0.00 | - |
| CCI | 2.00 | 2.00 | 0.00 | 100% |
| CCWF | 2.00 | 2.00 | 0.87 | 144% |
| CEN | 0.00 | 1.00 | 0.00 | - |
| CHCF | 10.00 | 6.00 | 0.00 | 60% |
| CHCF PIP | 0.00 | 0.00 | 0.89 | - |
| CIM | 2.00 | 0.00 | 0.00 | 0% |
| CIW | 0.00 | 0.00 | 0.00 | - |
| CMC | 1.00 | 1.00 | 0.00 | 100% |
| CMF | 5.00 | 2.00 | 2.31 | 86% |
| CMF PIP | 0.00 | 0.00 | 0.00 | - |
| COR | 6.00 | 5.00 | 0.91 | 99% |
| CRC | 0.00 | 0.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 0.00 | 0.00 | - |
| HDSP | 3.00 | 1.00 | 0.00 | 33% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 5.00 | 5.00 | 0.00 | 100% |
| LAC | 1.00 | 1.00 | 0.00 | 100% |
| MCSP | 7.00 | 4.00 | 0.00 | 57% |
| NKSP | 4.00 | 0.00 | 1.56 | 39% |
| PBSP | 1.00 | 1.00 | 0.00 | 100% |
| PVSP | 0.00 | 0.00 | 0.00 | - |
| RJD | 2.00 | 0.00 | 0.00 | 0% |
| SAC | 0.00 | 0.00 | 0.97 | - |
| SATF | 10.00 | 10.00 | 0.00 | 100% |
| SCC | 0.00 | 0.00 | 0.00 | - |
| SOL | 0.00 | 0.00 | 0.00 | - |
| SQ | 0.00 | 0.00 | 0.00 | - |
| SVSP | 6.00 | 0.00 | 0.00 | 0% |
| SVSP PIP | 0.00 | 0.00 | 0.00 | - |
| VSP | 7.00 | 2.00 | 0.00 | 29% |
| WSP | 4.00 | 5.00 | 0.78 | 145% |
| TOTAL | 79.00 | 49.00 | 8.29 | 73% |

**Footnote**

1  Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

2  Source: Management Solutions Registry Report (December 2022)