ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 210-7318
　Fax: (916) 324-5205
　E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:　925-746-8460
FACSIMILE:　925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　　Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF FOR AN *IN CAMERA* REVIEW OF THE SECOND GOLDING REPORT**<br><br>**Local Rule 233**<br><br>Date:　April 28, 2023<br>Time:　10:00 a.m.<br>Crtrm.:　3, 15th Floor<br><br>Judge:　Hon. Kimberly J. Mueller |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that on April 28, 2023 at 10:00 a.m., or as soon as the matter may be heard before the Honorable Kimberly J. Mueller, at the United States District Court located at 501 I Street, Sacramento, CA 95814, pursuant to Local Rule 233 and the Court's December 29, 2022 Order (ECF No. 7690), Defendants will and hereby do move for administrative relief allowing them to submit, for *in camera* review, the second report from Defendant California Department of Corrections and Rehabilitation's (CDCR) Chief Psychiatrist,

Dr. Michael Golding (hereafter the "Second Golding Report"). Defendants' motion is based on this notice, the following administrative motion, the Declaration of Samantha Wolff in support, and the pleadings and records on file with the Court in this action.

DATED: February 9, 2023

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: *s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED:  February 9, 2023

HANSON BRIDGETT LLP

By: *s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
KAYLEN KADOTANI
DAVID C. CASARRUBIAS
CARSON R. NIELLO
Attorneys for Defendants

## MOTION FOR ADMINISTRATIVE RELIEF FOR *IN CAMERA* REVIEW

The Supreme Court "has approved the practice of requiring parties who seek to avoid disclosure of documents to make the documents available for *in camera* inspection . . . and the practice is well established in the federal courts." *U.S. v. Zolin*, 491 U.S. 554, 569 (1989). In its December 29, 2022 Order addressing the issues raised in Plaintiffs' notice styled as a notice of a second whistleblower report from defendant California Department of Corrections and Rehabilitation's Chief Psychiatrist, Dr. Michael Golding, the Court stated as follows: "If the parties do file motions [related to the Second Golding Report], absent any agreement to the contrary that the court approves, the second Golding Report shall be submitted by defendants with their motion for *in camera* review pending resolution of their motion." (ECF No. 7690 at 4:2-4.)

Concurrently with this motion, Defendants are filing a motion for an order authorizing the

redaction of certain privileged and private matter contained in the Second Golding Report. So that the Court may evaluate the merits of Defendants' concurrently filed motion, Defendants seek to make the Second Golding Report available for *in camera* inspection. Furthermore, the Court's December 29, 2022 Order specifically required Defendants to seek *in camera* review of the Second Golding Report pending its resolution of any motions related to the report. Thus, Defendants hereby move for an order allowing them to submit, for an *in camera* review, the Second Golding Report pending the resolution of their motion, and hereby submit the report conditionally under seal.[1] (See Decl. of S. Wolff ISO Defs' Mot. for Order Authorizing Redcation and Mot. for *In Camera* Review, Exhibit A.)

DATED: February 9, 2023

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: *s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: February 9, 2023

HANSON BRIDGETT LLP

By: *s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
KAYLEN KADOTANI
DAVID C. CASARRUBIAS
CARSON R. NIELLO
Attorneys for Defendants

---

[1] The Second Golding Report was provided to the Court by electronic mail and served on Plaintiffs' counsel and the office of the Special Master on February 9, 2023. As of the filing of this motion, Plaintiffs have not indicated any opposition to the Court's order requiring Defendants to submit the Second Golding Report for *in camera* review. (L.R. 233(a)(5).)