# EXHIBIT A

# (CONDITIONALLY LODGED UNDER SEAL FOR *IN CAMERA* REVIEW)