**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520- KJM-DB (PC) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| GAVIN NEWSOM, et al. | Judge:    Hon. Kimberly J. Mueller |
| Defendants. | |

On February 9, 2023, Defendants filed a motion for administrative relief for an *in camera* review of the second report from Dr. Michael Golding ("Second Golding Report") pending the resolution of their motion for an order authorizing the redaction of certain privileged and private matter in that report.

Good cause appearing, Defendants' motion is GRANTED. The Court will review the previously submitted Second Golding Report *in camera* pending the resolution of Defendants' motion for an order authorizing the redaction of certain matter in that report.

IT IS SO ORDERED.

DATED: February ___, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

19355362.1