Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF DR. TOCHE, D.D.S., IN SUPPORT OF DEFENDANTS' REQUEST FOR AN ORDER AUTHORIZING REDACTION OF DR. GOLDING'S NOVEMBER 2022 LETTER**<br><br>Judge:   Hon. The Honorable Kimberly J. Mueller<br>Date:    April 28, 2023<br>Time:    10:00 a.m.<br><br>Judge:   Hon. Kimberly J. Mueller |

I, Dr. Diana Toche, declare as follows:

1.   I am the Undersecretary of Health Care Services for the California Department of Corrections and Rehabilitation (CDCR), a position I have held since May 2014. Immediately before this appointment, I served as CDCR's Undersecretary of Administration and Offender Services, a position I held from February 2013 to July 2015. I am a doctor of dental surgery by education, training, and previously worked in private practice for two years, and for seventeen years for a P.L. 93-638 Program that contracted with the Indian Health Service to provide services

-1-
Toche Decl. Supp. Defs.' Request for Order Authorizing Redaction

19355583.1

1  in the state's Central Valley.  I have been employed by and have served CDCR for approximately
2  fourteen years as of February 2023.  I submit this declaration to support Defendants' request for an
3  order authorizing the redaction of portions of Dr. Michael Golding's November 23, 2022 letter to
4  the Special Master ("Second Report").

5        2.     I am competent to testify to the matters set forth in this declaration and if called
6  upon to do so, I would and could so testify.

7        3.     I have personally reviewed Dr. Golding's Second Report, which consists of over
8  1,015 pages.  The Second Report contains numerous references to current and former CDCR and
9  CCHCS employees – including by name and/or title, as well as email addresses and phone
10 numbers.  The public disclosure of such personally identifying information, in the context of
11 unsubstantiated claims against those employees, would cause real harm against individual
12 employees, most of whom are working at lower levels within the Department and are simply
13 trying to do their jobs as dedicated public employees.

14       4.     Since Dr. Golding's previous allegations came to light, the entire mental health
15 leadership team that was in place at the time has left CDCR Mental Health headquarters, and some
16 have left CDCR altogether.  I am concerned, based on past experience, that a disclosure here of an
17 individual's name linked to an unsubstantiated allegation would not serve any purpose or value,
18 and would only frustrate CDCR's recruitment and retention efforts.

19       5.     I therefore implore this Court to permit redactions to the Second Report of CDCR
20 current and former employee's names and titles (only where an employment title is expressly
21 linked to a name or a specific prison so as to disclose an employee's identity), as well as their
22 phone numbers and email addresses, consistent with this Court's prior order with respect to Dr.
23 Golding's first report.

24     I declare under penalty of perjury under the laws of the State of California and the United
25 States of America that the foregoing is true and correct.  Executed in Sacramento, California on
26 February _9_, 2023.

27
                                    */s/ Diana Toche*
28                                      Diana Toche

19355583.1

-2-
Toche Decl. Supp. Defs.' Request for Order Authorizing Redaction