ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:  925-746-8460
FACSIMILE:   925-746-8490
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.<br><br>          Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ORDER AUTHORIZING REDACTION OF THE SECOND GOLDING REPORT**<br><br>Judge:    Hon. Kimberly J. Mueller |

On February 9, 2023, Defendants filed a motion for an order authorizing the redaction of the second report from Dr. Michael Golding ("Second Golding Report") pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule 140(b).  On April 28, 2023, Defendants' motion came on for hearing before this Court at 10:00 a.m.  After full consideration of this matter, and having considered the parties' Stipulation and Proposed Order Regarding Their Agreements In Light of The Second Golding Report (ECF No. 7718), this Court orders that the following privileged material should be redacted from the Second Golding Report, consistent with the parties' stipulation:

    1)    An email from Dr. Goulding describing advice and recommendations made by an

Office of Legal Affairs attorney during an internal meeting with CDCR employees, which appears at pages 243 and 251 of the Second Golding Report (it is the same email). The parties agreed that one line of this email contains attorney-client privileged information and may be redacted. The above-referenced privileged material is highlighted in yellow at pages 243 and 251 of Dr. Golding's Second Report, submitted as Exhibit A to the Declaration of Samantha Wolff filed in support of Defendants' motion.

2) An email from Dr. Golding referencing the content of a Budget Concept Statement. This email appears at page 784 (Attachment 46). The parties agree that the first three paragraphs of this email contain deliberative process privileged information and may be redacted. The above-referenced privileged material is highlighted in yellow at page 784 of Dr. Golding's Second Report, submitted as Exhibit A to the Declaration of Samantha Wolff filed in support of Defendants' motion.

3) A Budget Concept Statement that is included at pages 792-809 (Attachment 49). The parties agree that this entire document contains deliberative process privileged information and may be redacted in its entirety. The above-referenced privileged material is included as an attachment to Dr. Golding's Second Report at pages 792-809, submitted as Exhibit A to the Declaration of Samantha Wolff filed in support of Defendants' motion.

With respect to Defendants' claims of privacy in their motion for an order authorizing the redaction of the Second Golding Report, this Court finds that the limited redactions proposed by Defendants are necessary to ensure the privacy rights of current and former CDCR and CCCHS employees, while still leaving the repot and exhibits substantively intact. Accordingly, the Court approves Defendants' proposed redactions of the following information in the Second Golding Report:

(1) current and former employees' names;

(2) current and former employees' employment titles, but only where an employment title is expressly linked to a name or a specific prison so as to disclose a person's identity; and

(3) any other information that serves to identify an individual other than Dr. Golding, including government telephone numbers and email addresses.

1   In accordance with the information set forth above, Defendants are ordered to file a
2   redacted copy of the Second Golding Report on or before May 12, 2023.
3   IT IS SO ORDERED.

6   Dated: _____

   Hon. Kimberly Mueller
   Judge, United States District Court