1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorneys General
    1300 I Street, Suite 125
6  P.O. Box 944255
   Sacramento, CA 94244-2550
7  Telephone: (916) 210-7318
   Fax: (916) 324-5205
8  E-mail: Elise.Thorn@doj.ca.gov
   *Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:  925-746-8460
FACSIMILE:  925-746-8490
*Attorneys for Defendants*

9

10                    **UNITED STATES DISTRICT COURT**

11                  **EASTERN DISTRICT OF CALIFORNIA**

12                        **SACRAMENTO DIVISION**

13

14  RALPH COLEMAN, et al.,            Case No. 2:90-CV-00520- KJM-DB

15          Plaintiffs,               **DEFENDANTS' NOTICE OF ERRATA
                                      TO ECF NO. 7720**
16      v.

17  GAVIN NEWSOM, et al.              Judge:    Hon. Kimberly J. Mueller

18          Defendants.

19

20          On February 9, 2023, Defendants filed a notice of motion and motion for an order

21  authorizing the redaction of Dr. Michael Golding's second report, with supporting documents,

22  including a declaration of Dr. Toche, D.D.S. ECF No. 7720. Defendants' counsel inadvertently

23  filed an earlier version of the declaration of Dr. Toche in support of their motion. Attached as

24  **Exhibit A** is the correct version of the declaration of Dr. Toche, which includes revisions to

25  paragraphs three and four that were not captured in the filed version.

26  / / /

27  / / /

28  / / /

1  DATED: February 10, 2023          ROB BONTA
                                             Attorney General of California
2                                             DAMON MCCLAIN
                                           Supervising Deputy Attorney General
3

4                               By: *s/ Elise Owens Thorn*
                                    ELISE OWENS THORN
5                                    Deputy Attorney General
                                    *Attorneys for Defendants*
6

7

8  DATED: February 10, 2023          HANSON BRIDGETT LLP
9

10

11                               By: *s/ David C. Casarrubias*
                                    PAUL B. MELLO
12                                    SAMANTHA D. WOLFF
                                    KAYLEN KADOTANI
13                                    DAVID C. CASARRUBIAS
                                    CARSON R. NIELLO
14                                    Attorneys for Defendants

15356199.1

-2-

# Exhibit A

<div style="columns">

1    ROB BONTA, State Bar No. 202668
Attorney General of California
2    MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
3    DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
4    ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
5    Deputy Attorneys General
    1300 I Street, Suite 125
6    P.O. Box 944255
    Sacramento, CA 94244-2550
7    Telephone: (916) 210-7318
    Fax: (916) 324-5205
8    E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:    925-746-8460
FACSIMILE:    925-746-8490
*Attorneys for Defendants*

</div>

9

10                  **UNITED STATES DISTRICT COURT**

11                  **EASTERN DISTRICT OF CALIFORNIA**

12                       **SACRAMENTO DIVISION**

13

14   RALPH COLEMAN, et al.,                  Case No. 2:90-CV-00520- KJM-DB

15          Plaintiffs,                      **DECLARATION OF DR. TOCHE, D.D.S.,
                                             IN SUPPORT OF DEFENDANTS'**
16          v.                               **REQUEST FOR AN ORDER
                                             AUTHORIZING REDACTION OF DR.**
17   GAVIN NEWSOM, et al.                    **GOLDING'S NOVEMBER 2022 LETTER**

18          Defendants.                      Judge:    Hon. The Honorable Kimberly J.
                                                       Mueller
19                                           Date:     April 28, 2023
                                             Time:     10:00 a.m.
20
                                             Judge:    Hon. Kimberly J. Mueller
21

22          I, Dr. Diana Toche, declare as follows:

23          1.     I am the Undersecretary of Health Care Services for the California Department of

24   Corrections and Rehabilitation (CDCR), a position I have held since May 2014.  Immediately

25   before this appointment, I served as CDCR's Undersecretary of Administration and Offender

26   Services, a position I held from February 2013 to July 2015.  I am a doctor of dental surgery by

27   education, training, and previously worked in private practice for two years, and for seventeen

28   years for a P.L. 93-638 Program that contracted with the Indian Health Service to provide services

in the state's Central Valley.  I have been employed by and have served CDCR for approximately fourteen years as of February 2023.  I submit this declaration to support Defendants' request for an order authorizing the redaction of portions of Dr. Michael Golding's November 23, 2022 letter to the Special Master ("Second Report").

2.     I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify.

3.     I have personally reviewed Dr. Golding's Second Report, which consists of over 1,015 pages.  The Second Report contains numerous references to current and former CDCR and CCHCS employees – including by name and/or title, as well as email addresses and phone numbers.  The public disclosure of such personally identifying information, in the context of unsubstantiated claims against those employees, would cause real harm to those employees' reputations, most of whom are working at lower levels within the Department and are simply trying to do their jobs as dedicated public employees.

4.     Since Dr. Golding's previous allegations came to light, the entire mental health leadership team that was in place at the time has left CDCR Mental Health headquarters, and some have left CDCR altogether.  I am concerned, based on past experience, that a disclosure here of an individual's name linked to an unsubstantiated allegation would not serve any purpose or value, and would likely have a detrimental effect on CDCR as a whole – and ultimately patients – by frustrating CDCR's recruitment and retention efforts critical to the delivery of mental health care and the operations of CDCR.

5.     I therefore implore this Court to permit redactions to the Second Report of CDCR current and former employee's names and titles (only where an employment title is expressly linked to a name or a specific prison so as to disclose an employee's identity), as well as their phone numbers and email addresses, consistent with this Court's prior order with respect to Dr. Golding's first report.

/ / /

/ / /

/ / /

19355629.1

-2-
Toche Decl. Supp. Defs.' Request for Order Authorizing Redaction

1 |     I declare under penalty of perjury under the laws of the State of California and the United

2 | States of America that the foregoing is true and correct.  Executed in Sacramento, California on

3 | February __9__, 2023.

4

5 |                                            */s/ Diana Toche*

                                         Diana Toche

Toche Decl. Supp. Defs.' Request for Order Authorizing Redaction

19355629.1