| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>　1300 I Street, Suite 125<br>　P.O. Box 944255<br>　Sacramento, CA 94244-2550<br>　Telephone: (916) 210-7318<br>　Fax: (916) 324-5205<br>　E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS, SBN 321994<br>CARSON R. NIELLO, SBN 329970<br>1676 N. CALIFORNIA BLVD., SUITE 620<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE:　925-746-8460<br>FACSIMILE:　925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　　　Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**NOTICE OF FILING OF SALARY SCHEDULES**<br><br>Judge:　Hon. Kimberly J. Mueller |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Pursuant to this Court's February 10, 2023 Minute Order (ECF 7724), Defendants submit
2 the attached salary schedules for all positions identified in the Status Report and Exhibit at ECF
3 No. 7717.  *See* Exhibit A.

5    DATED: February 13, 2023          ROB BONTA
                                        Attorney General of California

                                        By:     */s/ Damon McClain*
                                        DAMON MCCLAIN
                                        Supervising Deputy Attorney General
                                        *Attorneys for Defendants*

11   DATED:  February 13, 2023          HANSON BRIDGETT LLP

                                        By:     */s/ Samantha Wolff*
                                        PAUL B. MELLO
                                        SAMANTHA D. WOLFF
                                        KAYLEN KADOTANI
                                        DAVID C. CASARRUBIAS
                                        CARSON R. NIELLO
                                        Attorneys for Defendants

# Exhibit A

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                              GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



February 13, 2023

Paul Mello, Esq.
Samantha Wolff, Esq.
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

RE: Mental Health Position Salary Schedules

Dear Mr. Mello and Ms. Wolff:

On February 10, 2023 the court ordered Defendants to file, by February 13, 2023 at 4:00 PM, "salary schedules for all positions identified in the Status Report and Exhibit at ECF No. 7717." (Minute Order, ECF No. 7724.) Attached and pursuant to that order are salary schedules for the positions included in Defendants' February 9, 2023 Mental Health Staffing Vacancy Reports.

Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs

# COLEMAN COURT RESPONSE
## Mental Health Salaries

The California Department of Human Resources (CalHR) establishes salaries and benefits (i.e. The Pay Plan[1]) for excluded employees and negotiates salaries and benefits for represented employees with various exclusive representatives. In determining the appropriate salary ranges for a class (Alternate Range Criteria [ARC][2]), a number of factors are taken into consideration including salary and benefits for comparable service in state government and other public and private employment, internal consistency of rates (equal pay for equal work), employee performance, ability to recruit and retain qualified employees, duties and responsibilities of the classification, and amount of money budgeted for State employee compensation.

Attached is a table of the Mental Health classifications utilized by California Correctional Health Care Services (CCHCS) and salary range(s) for each[3], as well as the ARCs referenced which establish the compensation for CCHCS.

### HIRE ABOVE MINIMUM
New to civil service employees are appointed to the minimum salary for the applicable range, unless there is a Hire Above Minimum (HAM)[4] request approved by CalHR, prior to accepting a job offer. The HAM procedures provide departments the ability to offer a competitive salary above the minimum salary rate of a class to obtain the services of an employee with extraordinary qualifications beyond what other candidates offer, and/or that are difficult to recruit for.

### MERIT SALARY ADJUSTMENTS
Civil service employees are eligible to receive a merit salary adjustment (MSA)[5] annually on the anniversary of their appointment for meeting their position's required standards of efficiency. The MSA is typically a "one-step" (5 percent) salary increase, not to exceed the maximum of the salary range. Once an employee reaches the maximum of the salary range they would not be eligible for a "raise" unless CalHR approves a Special Salary Adjustment/General Salary Increase for the current classification, or they promote to a higher classification.

---

1 – Source: California Code of Regulations Section 599.666
2 – Source: CalHR Net. Where applicable, ARC 448 identifies Range P for compensation of a CDCR/CCHCS employees; ARC 449 & 450 identifies Range P for compensation of an unlicensed CDCR/CCHCS employee and Range Q for compensation of a licensed CDCR/CCHCS employee.
3 – Source: California State Civil Service Pay Scales (as of 1/31/2023)
4 – Source: Human Resources Manual Section 1707
5 – Source: California Code of Regulations Section 599.683

**PSYCHIATRIST, PSYCHOLOGIST, SOCIAL WORKER, RECREATION THERAPIST & MEDICAL ASSISTANT**
**Salary Ranges**
As of: 1/31/2023

| Class Code | Ranges | Class Title | Minimum Salary | Maximum Salary | Alternate Range Criteria | | | CBID |
|---|---|---|---|---|---|---|---|---|
| 9758 | | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | | | | | | R16 |
| | A | | $ 12,825 | $ 17,597 | 444 | 448 | | |
| | B | | $ 13,197 | $ 18,107 | 444 | 448 | | |
| | P | | $ 23,218 | $ 27,826 | 444 | 448 | | |
| | Q | | $ 23,829 | $ 28,633 | 444 | 448 | | |
| 9759 | | SENIOR PSYCHIATRIST (SPECIALIST), CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | | | | | | R16 |
| | A | | $ 13,197 | $ 18,107 | 444 | 448 | | |
| | B | | $ 13,513 | $ 18,537 | 444 | 448 | | |
| | P | | $ 23,448 | $ 29,219 | 444 | 448 | | |
| | Q | | $ 24,041 | $ 30,063 | 444 | 448 | | |
| 9761 | | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | | | | | | S16 |
| | A | | $ 12,642 | $ 17,851 | 444 | 448 | | |
| | B | | $ 13,581 | $ 18,274 | 444 | 448 | | |
| | P | | $ 24,962 | $ 29,666 | 444 | 448 | | |
| | Q | | $ 25,499 | $ 30,377 | 444 | 448 | | |
| 9774 | | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | | | | | | M16 |
| | A | | $ 14,706 | $ 18,406 | 444 | 448 | | |
| | B | | $ 15,421 | $ 18,664 | 444 | 448 | | |
| | P | | $ 26,176 | $ 31,652 | 444 | 448 | | |
| | Q | | $ 26,678 | $ 32,444 | 444 | 448 | | |
| | S | | $ 23,071 | $ 30,143 | 444 | 448 | | |
| | T | | $ 23,509 | $ 30,896 | 444 | 448 | | |
| | U | | $ 24,928 | $ 30,143 | 444 | 448 | | |
| | V | | $ 25,408 | $ 30,896 | 444 | 448 | | |
| 9283 | | PSYCHOLOGIST-CLINICAL, CORRECTIONAL FACILITY | | | | | | R19 |
| | A | | $ 5,981 | $ 8,657 | 448 | 449 | | |
| | P | | $ 8,842 | $ 9,611 | 448 | 449 | | |
| | Q | | $ 10,437 | $ 11,651 | 448 | 449 | | |
| 9287 | | SENIOR PSYCHOLOGIST, CORRECTIONAL FACILITY (SPECIALIST) | | | | | | R19 |
| | A | | $ 6,567 | $ 9,505 | 448 | | | |
| | P | | $ 10,455 | $ 12,233 | 448 | | | |
| 9288 | | SENIOR PSYCHOLOGIST, CORRECTIONAL FACILITY (SUPERVISOR) | | | | | | S19 |
| | A | | $ 7,207 | $ 9,934 | 448 | | | |
| | P | | $ 11,666 | $ 12,489 | 448 | | | |
| 9859 | | CHIEF PSYCHOLOGIST, CORRECTIONAL FACILITY | | | | | | S19 |
| | A | | $ 7,941 | $ 10,959 | 448 | 471 | | |
| | P | | $ 14,363 | $ 15,322 | 448 | 471 | | |
| | S | | $ 11,496 | $ 14,592 | 448 | 471 | | |
| | U | | $ 13,679 | $ 14,592 | 448 | 471 | | |
| 7374 | | MEDICAL ASSISTANT | | | | | | R20 |
| | | | $ 3,462 | $ 4,553 | | | | |
| 9872 | | CLINICAL SOCIAL WORKER (HEALTH/CORRECTIONAL FACILITY)-SAFETY | | | | | | R19 |
| | A | | $ 4,771 | $ 6,249 | 448 | 450 | 471 | |
| | P | | $ 6,897 | $ 8,801 | 448 | 450 | 471 | |
| | Q | | $ 7,420 | $ 9,437 | 448 | 450 | 471 | |
| | S | | $ 5,504 | $ 8,382 | 448 | 450 | 471 | |
| | T | | $ 5,926 | $ 8,987 | 448 | 450 | 471 | |
| | U | | $ 6,568 | $ 8,382 | 448 | 450 | 471 | |
| | V | | $ 7,066 | $ 8,987 | 448 | 450 | 471 | |
| 9291 | | SUPERVISING PSYCHIATRIC SOCIAL WORKER I, CORRECTIONAL FACILITY | | | | | | S19 |
| | A | | $ 5,059 | $ 6,335 | 448 | | | |
| | P | | $ 8,574 | $ 10,049 | 448 | | | |
| 9292 | | SUPERVISING PSYCHIATRIC SOCIAL WORKER II, CORRECTIONAL FACILITY | | | | | | S19 |
| | A | | $ 5,550 | $ 6,950 | 448 | | | |
| | P | | $ 9,151 | $ 10,624 | 448 | | | |
| 9286 | | RECREATION THERAPIST, CORRECTIONAL FACILITY | | | | | | R19 |
| | A | | $ 3,844 | $ 5,028 | 047 | 448 | | |
| | F | | $ 3,203 | $ 4,190 | 047 | 448 | | |
| | P | | $ 7,056 | $ 8,305 | 047 | 448 | | |