| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS, SBN 321994<br>CARSON R. NIELLO, SBN 329970<br>1676 N. CALIFORNIA BLVD., SUITE 620<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE:   925-746-8460<br>FACSIMILE:   925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES RE: SECOND GOLDING REPORT MOTIONS**<br><br>Judge:   Hon. Kimberly J. Mueller |

On Thursday, February 9, 2023 the parties filed cross motions related to the Second Golding Report. (ECF No. 7720 (Defendants' Merits Motion); ECF No. 7719 (Defendants' Administrative Motion); ECF No. 7721 (Plaintiffs' Motion); *see also* ECF No. 7700 (order authorizing the filing of the parties' motions).) The motions were regularly noticed with a hearing date of April 28, 2023.

At the status conference held February 10, 2023, this Court suggested the parties move the hearing date from April 28, 2023 to March 24, 2023. Following the hearing, counsel for the parties met and conferred and agreed to move the hearing date for each of their noticed motions to March 24, 2023, and further agreed to extend the time for both sides to respond to the pending motions as

follows: both parties' respective oppositions would be due on March 2, 2023; both parties' respective replies would be due on March 17, 2023.

Accordingly, the parties request that the Court enter an order on this stipulation and reset the hearing date and briefing deadlines accordingly.

DATED: February 15, 2023                ROSEN BIEN GALVAN & GRUNFELD LLP

By: *s/ Lisa Ells*
LISA ELLS
*Attorneys for Plaintiffs*

DATED:  February 15, 2023               HANSON BRIDGETT LLP

By: *s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF

**ORDER**

Pursuant to the parties' stipulation, the court hereby re-sets the hearing date for ECF No. 7720 (Defendants' Merits Motion), ECF No. 7719 (Defendants' Administrative Motion), and ECF No. 7721 (Plaintiffs' Motion), currently set for April 28, 2023 at 10:00 a.m. to March 24, 2023 at 10:00 a.m. The parties' respective oppositions, if any, shall be filed no later than March 2, 2023. The parties' respective replies, if any, shall be filed no later than March 17, 2023.

**IT IS SO ORDERED.**

DATED:  February 21, 2023.

CHIEF UNITED STATES DISTRICT JUDGE