| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>AMY XU – 330707<br>CARA E. TRAPANI – 313411<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>GINGER JACKSON-GLEICH – 324454<br>ARIELLE W. TOLMAN – 342635<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>GAVIN NEWSOM, et al.,<br><br>             Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEYS ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND REQUEST TO REMOVE NAMES FROM ELECTRONIC SERVICE LIST**<br><br>Judge:  Hon. Kimberly J. Mueller |

[4237942.1]

Case No. 2:90-CV-00520-KJM-DB

NOTICE OF WITHDRAWAL OF ATTORNEYS ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND REQUEST TO REMOVE NAMES FROM ELECTRONIC SERVICE LIST

PLEASE TAKE NOTICE that the below-listed attorneys, previously associated with Rosen Bien Galvan & Grunfeld LLP ("RBGG"), no longer work on this case. We request that they be removed from the electronic service list in this case.

- Jeffrey L. Bornstein
- Jessica Winter
- Brenda Muñoz

RBGG attorneys listed on the above caption page remain as co-counsel for Plaintiffs. Please continue to direct pleadings, motions, notices, correspondence, and other papers relating to this case to the above-captioned attorneys.

DATED: February 21, 2023        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Lisa Ells*
    Lisa Ells

Attorneys for Plaintiffs

[4237942.1]

1

Case No. 2:90-CV-00520-KJM-DB

NOTICE OF WITHDRAWAL OF ATTORNEYS ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND REQUEST TO REMOVE NAMES FROM ELECTRONIC SERVICE LIST