SHAWNA BALLARD, State Bar No. 155188
Reichman Jorgensen Lehman & Feldberg LLP
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  Email: sballard@reichmanjorgensen.com

BRIAN C. BARAN, State Bar No. 325939
Reichman Jorgensen Lehman & Feldberg LLP
  1909 K St. NW, Suite 800
  Washington, DC 20006
  Telephone: (202) 894-7310
  Fax: (650) 623-1449
  Email: bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Namrata.Kotwani@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
DAVID C. CASARRUBIAS, State Bar No. 321994
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com

*Attorneys for Defendants*

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.**<br><br>       Plaintiffs,<br><br> v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>       Defendants. | Case No. 2:90-cv-00520 KJM DB P<br><br>**STIPULATION FOR VOLUNTARY DISMISSSAL WITH PREJUDICE UNDER RULE 41(a)(1)(A)(ii) OF PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S CLAIM**<br><br>Judge:  Hon. Kimberly Mueller<br>Action Filed: April 23, 1990 |

Plaintiff-Intervenor Christopher Lipsey and Defendants have resolved Lipsey's claim in intervention. The parties accordingly stipulate to a dismissal of Lipsey's complaint in intervention with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. As provided in the August 2, 2022 Stipulation and Order, ECF No. 7597, approving the Settlement and Release Agreement between Lipsey and the California Department of Corrections and Rehabilitation, *id.* Ex. A, this dismissal terminates the Court's jurisdiction over Lipsey's claim in intervention, except that the Court will retain jurisdiction only to enforce the monetary settlement due to Lipsey under the Agreement[1] and to enforce his individual right to receive earplugs in segregated housing units in accord with Paragraph 13(a) of the Agreement, and to enforce the terms of Exhibit 1, Paragraph 13, as to the *Coleman* class. Each party shall bear its own litigation costs and attorneys' fees.

Dated: February 21, 2023                    Respectfully submitted,

/s/ *Brian C. Baran*                         /s/ *Namrata Kotwani* (as authorized on 2/21/23)

REICHMAN JORGENSEN                           ROB BONTA
LEHMAN & FELDBERG LLP                        Attorney General of California
Shawna L. Ballard (SBN 155188)               DAMON MCCLAIN
100 Marine Parkway, Suite 300                Supervising Deputy Attorney General
Redwood Shores, California 94065
Telephone: (650) 623-1401                    NAMRATA KOTWANI
Fax: (650) 623-1449                          Deputy Attorney General
sballard@reichmanjorgensen.com
                                             *Attorneys for Defendants*
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
Brian C. Baran (SBN 325939)
1909 K St. NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Fax: (650) 623-1449
bbaran@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor*
*Christopher Lipsey*

---

[1] The monetary sum due to Lipsey under the Agreement has been paid in full.

1

Stipulation for Voluntary Dismissal with Prejudice of Lipsey's Claim
(2:90-cv-00520 KJM DB (PC))