| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S TWENTY-NINTH ROUND MONITORING REPORT PARTS C AND D**<br><br>Judge: Hon. Kimberly J. Mueller |

[4239578.1]

1        On February 17, 2023, Defendants filed objections to the Special Master's Twenty-Ninth Round Monitoring Report ("Report"), Parts C and D. *See* Defs' Objections, ECF No. 7733 and 7733-1 (February 17, 2023). Plaintiffs request that the Court grant them leave to respond to Defendants' objections. Plaintiffs support the majority of the findings in the Report, and Defendants' objections raise a number of erroneous or misleading arguments in support of their request that the Court "revise" and "amend" the Report and address or "remove" what they contend are omissions or mischaracterizations. *Id.* at 3, 5-8. For example, Defendants request that "the Report be revised to acknowledge the impact of the nationwide staffing shortage on Defendants' recruitment and retention efforts . . . and withdraw the critique of Defendants' efforts to create a pipeline for future licensed staff." *Id*. at 3. Defendants also complain that data remediation efforts "often stray beyond" data validation and "instead become top to bottom reviews of existing policies and their corresponding indicators with an eye toward expanding them." *Id* at 5. Plaintiffs seek an opportunity to show why these and other arguments and requests in Defendants' objections lack merit, and to provide important context concerning these issues.

        The Order of Reference makes clear that Plaintiffs' input and involvement is critical to the *Coleman* remedial process. *See* Order of Reference, ECF No. 640 at 2 (Dec. 11, 1995). Accordingly, Plaintiffs request that the Court grant them seven days, until Wednesday, March 1, 2023, to respond to Defendants' objections.

DATED: February 22, 2023        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Thomas Nolan*
     Thomas Nolan

Attorneys for Plaintiffs

[4239578.1]

1