ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                          Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF SUBMISSION OF MEMORANDUM IN RESPONSE TO FEBRUARY 28, 2023 STIPULATION AND ORDER (ECF NO. 7740)** |

## INTRODUCTION

On February 27, 2023, the Court approved the parties' February 9, 2023 stipulation, and further ordered Defendants, by March 1, 2023, to issue a new memorandum to all California Department of Corrections and Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS) employees reiterating that staff are free to communicate with the Special Master's team at any time regarding any mental health program issue or concern and to file a copy of the new memorandum with the court. (ECF No. 7740 at 4-5.)

Defendants submit the attached letter from CDCR confirming that the required memorandum was issued to all CDCR and CCHCS employees and enclosing the subject memorandum.

Dated: March 1, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated:  March 1, 2023

HANSON BRIDGETT LLP

/s/ *Paul Mello*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



March 1, 2023

Damon McClain, Esq.
Elise Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-550

VIA EMAIL

RE: March 1, 2023 Memorandum re Communication with the Special Master

Dear Mr. McClain and Ms. Thorn:

On February 27, 2023 the court ordered Defendants to issue a memorandum to all staff at California Department of Corrections and Rehabilitation and California Correctional Health Care Services regarding their ability to freely communicate at any time with the Coleman Special Master. The court further ordered that the memorandum be issued by March 1, 2023 and a copy filed with the court. Attached to this letter is the March 1, 2023 memorandum.

Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs

DocuSign Envelope ID: 73523F7F-FA72-425C-BAEF-AAEEF0502AB7




# MEMORANDUM

| | |
|---|---|
| **Date:** | March 1, 2023 |
| **To:** | All CDCR and CCHCS Staff |
| **From:** | Diana L. Toche, D.D.S.<br>Undersecretary, Health Care Services |
| **Subject:** | ***COLEMAN* V. *NEWSOM*: COMMUNICATIONS WITH THE SPECIAL MASTER'S TEAM** |

*Coleman v. Newsom* is a class action lawsuit regarding the provision of mental health care to the incarcerated people housed within CDCR. The remedial order from the *Coleman* Court is monitored by a court-appointed Special Master and his team.

All CDCR/CCHCS employees may engage with any member of the *Coleman* Special Master's team about any mental health program issue or concern.

Contact information for the *Coleman* Special Master's team is as follows:

<u>E-mail</u>

Deputy Special Master Kerry Walsh
Deputy Special Master Patricia Williams
coleman@pldolaw.com

<u>Telephone</u>

Phone: (401) 824-5100
Toll-Free: (866) 353-3310
Fax: (401) 824-5123

<u>Mailing Address</u>

1301 Atwood Ave., Suite 215 N
Johnston, RI  02919