ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' REPORT ON THE STATUS OF THE STEPS REQUIRED TO COMPLETE SUICIDE PREVENTION CORRECTIVE ACTION PLANS** |

On February 15, 2023, the Court ordered the California Department of Corrections and Rehabilitation (CDCR) to file, by March 1, 2023, a report with focused updates on the status of all twenty-seven actions set out at pages 67-70 of the Fifth Re-Audit Report, ECF No. 7636-1. (ECF 7731.) Exhibit A includes a letter from CDCR with the report on the status of the twenty-seven actions identified in the Fifth Re-Audit Report.

/ /

/ /

| | |
|---|---|
| Dated: March 1, 2023 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>DAMON MCCLAIN<br>Supervising Deputy Attorney General<br><br>/s/ *Elise Owens Thorn*<br>ELISE OWENS THORN<br>Deputy Attorney General<br>*Attorneys for Defendants*<br><br>HANSON BRIDGETT LLP<br><br>/s/ *Samantha D. Wolff*<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>DAVID C. CASARRUBIAS<br>*Attorneys for Defendants* |

# Exhibit A

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                          GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



March 1, 2023

Damon McClain, Esq.
Elise Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-550

VIA EMAIL

RE: Report on Twenty-Seven Suicide Prevention Items

Dear Mr. McClain and Ms. Thorn:

On February 15, 2023 the court ordered the California Department of Corrections and Rehabilitation (CDCR) to file a report on the status of twenty-seven items set forth at pages 67-70 of Lindsay Hayes's Fifth Re-Audit. (ECF No. 7731.) Attached to this letter is CDCR's report on the status of those twenty-seven items.

Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs

| Recommendation Language | Institution | Description of CAP and Current Status |
|---|---|---|
| Develop CAPs for five facilities (CCI, CSP-SAC, NKSP, PBSP, WSP) related to the intake screening process | | **CAP: Respective institutions shall develop a plan to address the noted deficiencies in the intake screening process.** |
| | CCI | Nursing received training and improvements have been made in the screening process. During the most recent onsite review (January 2023) suicide prevention posters were absent from the screening areas in A, C, and D yard but present in B yard. This has been added to the Institutional SPRFIT Committee's project pipeline to place posters in the required areas. |
| | CSP-SAC | CAP completed in Oct 2021 based on three consecutive months of 100% per local auditing. Recent data indicate sustained performance: 100% in Dec 2022 and 100% Jan 2023. The CAP was originally assigned following Hayes' exit in June 2021. |
| | NKSP | Weekly audits began in March 2022. In November of 2021, NKSP had constructed a space outside of R&R in which nursing staff can complete the nursing screening in a confidential setting, until construction for the Health Care Facility Improvement Project (HCFIP) is completed. This was originally scheduled for September of 2022. The HCFIP completion date has been extended. During the onsite review in December 2022 it was noted that R&R Nursing Screens conducted in a confidential setting were at 100%. |
| | PBSP | Completed. This CAP was established following Hayes' Apr 2022 exit. Recent compliance demonstrates sustained compliance: 100% in Oct 2022, Nov 2022, and Dec 2023. |
| | WSP | Under a memorandum issued by the institution on September 21, 2022, a multi-disciplinary team was convened to address the problems with confidentiality of nursing screenings. A large partition has been added to one side of the screening room to obstruct view of other inmates. A desk has been removed to create additional space. A small group of inmates are placed in the holding tank outside of the screening room and brought in one at a time. |
| | Statewide | Effective January 2023, nursing supervisors complete monthly non-automated audits of the Initial Health Screening in R&R areas to ensure screening is completed consistent with policy. Institutional nursing will provide a summary of deficiencies and corrective action plans, if applicable.<br><br>Effective February 2023, the audit will be sent to the institutional SPRFIT Coordinator. Regional CNEs will present the results of these audits to the HQ SPRFIT Committee monthly. |
| Develop CAPs for CIM, SATF, and SQ, to correct PT deficiencies in their restrictive housing units. | | **CAP: Develop a plan to correct PT deficiencies in restrictive housing settings.** |
| | CIM | The HQ Suicide Prevention Coordinator observed PT rounds at an on-site review on 2/6/23 and no deficiencies were noted. |
| | SATF | This area of compliance was last observed by the regional SPRFIT coordinator in September 2022 and was, for the second consecutive review period, observed to be strong. The institution has not however, been reporting on this variable in SPRFIT subcommittee. This is a standing requirement of SPRFIT reboot, which SATF began in December 2022. It was audited in January of 2023 and results were 100% compliant. |
| | SQ | Completed. During his Nov 2021 visit, Mr. Hayes observed that the PT merely greeted general population (GP) inmates rather than engage them in conversation. In the last two HQ Suicide Prevention Coordinator visits, the PT was observed appropriately engaging with all GP ASU inmates (asking about mental health concerns, answering questions, etc.). |
| | Statewide | Nursing Supervisors complete quarterly audits of the PT rounds in restricted housing units to ensure daily rounds were completed consistent with policy and the fidelity of the rounds. Institutional nursing will provide a summary of deficiencies and corrective action plan, if applicable.<br><br>The audit will be sent to the institutional SPRFIT Coordinator. Regional CNEs will present the results of these audits to the HQ SPRFIT Committee quarterly. |

| | | |
|---|---|---|
| Prohibit the current CCWF practice of allowing all clinical contacts with maximum-security MHCB patients to either occur cell-front or in a scenario in which the patient's door is opened, the patient is handcuffed and instructed to sit on their bed, with the clinician and officer standing in the open doorway of the cell. CDCR and CCWF should develop an interim solution that could be implemented immediately while awaiting completion of a renovation project that still remains in the preliminary planning stage. Conversion of the large observation room into a program room for maximum-security MHCB patients, to include a TTM, would be a reasonable solution. | CCWF | **Current status as a result of the recommendation:**<br>CCWF MHCB is currently under construction. The construction includes the large observation room, which will be changed into a program room for max patients to include TTMs. |
| | **CAP: Respective institution shall develop plan to address the noted deficiencies with the use of intake cells for the first 72-hours.** | |
| Develop CAPs in CCI, CMF, SATF, and CSP-LAC to ensure that newly-arrived administrative segregation inmates assigned to single cells are placed in suicide-resistant new intake cells for the first 72 hours of administrative segregation confinement. Some of the CAPs will again involve creating additional retrofitted new intake cells, particularly in the EOP ASU at CSP-LAC where new intake inmates were placed in unsafe, non-new intake cells on almost a weekly basis and the facility had not been a recipient of any new intake cells during the current "Governance of Compliance with Intake Cell Usage" project | CCI | Resolved. Since Mr. Hayes' site review, CCI has completed construction and has increased the number of intake cells to 11. Additionally, the most recent site review by the HQ Suicide Prevention Coordinator indicates that the availability of new intake cells is being consistently discussed in ASU morning meetings. |
| | CMF | Completed. In his October 2022 report, Mr. Hayes stated that during his May 2021 visit he was "informed by correctional officers in both units that new intake inmates exceeded the capacity for the four currently available new intake cells on a regular basis." However, during three regional SPRFIT coordinator visits since conducted in-person since April, CMF's need for intake cells was never observed or reported to exceed its capacity. In addition, CMF actually increased the capacity of its retrofitted intake cells from seven to ten following Mr. Hayes's visit. The three new cells were added to the ASU EOP unit (M3), which was one of the units officers identified to Mr. Hayes. The addition occurred during 2022. The ten cells are distributed across CMF's three ASU units: three on W1 (101, 102, and 103), two on I3 (306 and 307), and five on M3 (302-306). Currently, only the cells in M3 are available: I3 is offline due to a low ASU census, and W1 ("Willis") is being used as a quarantine unit. |
| | SATF | This area of compliance remains poor. Although SATF has expanded its available intake cells by creating more of them in an overflow housing unit, it was last observed in September 2022, by the HQ Suicide Prevention Coordinator, that the available intake cells were not being used properly by custody staff. The institution has not provided written proof that compactions have been exhausted. The morning meeting in STRH, includes a discussion of inmates who are not appropriately housed. This remains in monitoring status. |
| | CSP-LAC | During the most recent site review (January 2023) it was noted that in the STRH, there were a total of 6 inmates in intake cells beyond 72 hours. However, the sergeant was able to provide an explanation in all 6 cases. In most cases, the issue concerned finding a compatible cell mate or the inmate's refusal of a cell mate. In the ASU EOP however, an efficient tracking system seems to be lacking. This item remains in the monitoring phase. |
| Develop a CAP at CTF that includes revision of its LOP on suicide prevention to eliminate the option for Suicide Precaution status and, given the physical hazards in the cells, eliminate any clothing option other than a safety smock while inmates are housed on alternative housing status. In addition, given the configuration of CTF's OHU/Infirmary, only continuous, direct 1:1 observation should be permitted. | CTF | **Current status in reponse to the recommendation**: OP 402 has been revised to contain language that specifies 1:1 Suicide Watch observation is only permitted for pts in alternative housing. |

| | | |
|---|---|---|
| Revise the CAP to ensure that use of CCHCS's automated "Mental Health Observations Reporting Tool," an effective instrument to measure compliance with the required observation of suicidal MHCB patients, results in accelerated compliance with this issue. Defendants' Suicide Prevention Activation Schedules did not contain a completion date for this issue, simply stating that monitoring was "Ongoing." | Statewide | **Current status in reponse to the recommendation:**<br>Automated Audits/MH Observation Reporting Tool Compliance Percentages will be sent to institutional SPRIFT Coordinators monthly. Institutional nursing will provide a summary of deficiencies and corrective action plans, if applicable.<br><br>Regional CNEs will present results of the MH Observation Report Tool compliance percentages to the HQ SPRFIT Committee<br><br>Headquarters Nursing continues to meet monthly with Regional CNEs and Regional Health Care Executives to discuss the results of the spot check audits to monitor operation systems for overall compliance. |
| Create a CAP to enforce its *Program Guide* requirements authorizing only two levels of observation which may be provided for suicidal inmates: (1) observation at staggered intervals not exceeding every 15 minutes for inmates on Suicide Precaution, and (2) continuous observation for inmates on Suicide Watch. Quite simply, no other level of observation should be utilized for suicidal patients. | Statewide | **Current status in reponse to the recommendation:**<br>MH QM continues to work to finalize the new MH Observation order for suicide precautions and watch within EHRS. This new order will only allow ordering providers to select 1:1 continuous observation or q11 staggered observations for patients on enhanced observation for suicide risk concerns. |
| Remedy the misuse of CDCR policies, including the "COVID-19 Mandatory 15-Day Modified Program" memorandum and facility daily PSRs, that results in MHCB patients being locked down and prohibited from out-of-cell activities through CAPs at each affected facility. | CIW | The HQ Suicide Prevention Coordinator reviewed the 114s in Walker Unit and CTC for MHCB patients on January 24, 2023. For patients that were cleared, out-of-cell activities, including yard, dayroom, phone calls, etc. were being documented. |
| | CSP-COR | Training has been provided to custody staff about the appropriate provision of privileges in the MHCB. At the time of the most recent HQ Suicide Prevention Coordinator site review in September 2022, it was noted that for the second consecutive audit period, custody had offered yard privileges to all patients in the auditing sample for whom mental health had approved them. This will be remain open for one more audit cycle. |
| | NKSP | NKSP established a local CAP to provide refresher training to all MHCB Custody and Mental Health staff on Mental Health Crisis Bed Privileges Revision memorandum, dated February 2017 and present 844s in SPRFIT subcommittee before October 1, 2022.<br><br>The Sr. Psychologist Supervisor (A) provided training to the weekend CIT/MHCB Mental Health and Custody staff on 9/17/2022. Further training was provided for the additional CIT MH and Custody staff needing to be trained by October 1, 2022.<br><br>The Sr. Psychologist Supervisor (A) provided training on 9/17/22, 9/20/22, 9/28/22 to MHCB and Custody staff. The 844s have been completed. |
| | SATF | Improvement noted during the HQ Suicide Prevention Coordinator site visits. OP 239 serves as the institution's MHCB LOP. It was most recently signed by the Warden on 8/4/22 and the section concerning privileges no longer delineates a requirement for a quarantine or modified program period. Additionally, during the September 2022 site review by the regional SPRFIT coordinator, offering of yard privileges was documented in all audited 114s. |

| | | |
|---|---|---|
| Issue a memorandum that specifically sets forth strict criteria for use of safety smocks in MHCB units. At a minimum, suicidal patients should never be issued both a safety smock and partial issue clothing (e.g., t-shirt and boxers), and patients on non-suicide observation status should never be placed in a safety smock. | Statewide | Statewide Mental Health Program is currently finalizing language of this policy and will route to internal stakeholders for review ahead of release to the field for implementation. This policy will clearly articulate the expectations for how to utilize safety smocks and blankets within MHCB settings. |
| Provide verification for funding of a small management yard at CSP-COR, as well as any other MHCB unit that needs a small management yard (e.g., CIM) in its FY 2022/23 budget. Verification should include not only the requests, but whether funds were authorized and received, as well as deadlines for project completion. Such documentation should be forwarded to the Special Master | CSP-COR | The BCP for funding of this request has been submitted and is currently under review through the approval process for FY23/24. |
| | CIM | The institution is currently assessing the various options to address this concern, including moving an SMY that is in a deactivated housing unit to the OHU, however space concerns must be considered, as the size of the SMY may make it unfeasible. In the interim, max custody patients in the OHU who are clinically appropriate for yard are escorted to the SMYs in the ASU. |
| | | **CAP: Each respective institution shall develop a plan to address noted deficiencies in compliance with the completion of SRASHE's for emergent/urgent referrals involving SI and SIB.** |
| Develop CAPS for the nine facilities (CIM, CMC, SATF, CSP-LAC, KVSP, MCSP, NKSP, SVSP, and WSP) that were under 90 percent compliance with completion of SRASHEs for emergent/urgent mental health referrals involving SI and SIB, although all CDCR facilities should be at 100 percent compliance | CIM | This was reviewed during the HQ SPRFIT Coordinator review on 2/6/23. CIM was at 100% compliance for completion of emergent referrals for DTS for Q4 2022 (see CIM HQ SPRFIT Coordinator report dated 2/17/23). Additionally, a review of On Demand indicated CIM was at 100% compliance for January 2023 (see On demand performance report). |
| | CMC | A review of On Demand reporting indicates CMC was at 100% compliance for Emergent referrals involving SI and SIB in Jan 2023 |
| | SATF | For the past 12 months (2/21/22 to 1/31/23) SATF has been in compliance with SRASHEs for emergent DTS cases, completing SRASHEs timely 97% of the time. 373 of 380 cases (98%) were triaged as emergent. |
| | CSP-LAC | For the past 12 months (2/21/22 to 1/31/23) CSP-LAC has been in compliance with SRASHEs for emergent DTS cases, completing SRASHEs timely 97% of the time. 1794 of 1796 cases (99.8%) were triaged as emergent. |
| | KVSP | For the past 12 months (2/21 to 1/31/23) KVSP has been in compliance with SRASHEs for emergent DTS cases, completing SRASHEs timely 98% of the time. 272 of 275 cases (99%) were triaged as emergent. |
| | MCSP | Sustained high performance: 98% (N=87) in Nov 2022, 98% (N=123) in Dec 2022, and 97% (N=103) in Jan 2023. |
| | NKSP | For the past 12 months (2/21 to 1/31/23) NKSP has been in compliance with SRASHEs for emergent DTS cases, completing SRASHEs timely 97% of the time. 361 of 379 cases (95%) were triaged as emergent. |
| | SVSP | A review of On Demand indicated SVSP was at 95% compliance for Emergent referrals involving SI and SIB in Jan 23 |
| | WSP | For the past 12 months (2/21 to 1/31/23) NKSP has been in compliance with SRASHEs for emergent DTS cases, completing SRASHEs timely 98% of the time. 427 of 436 cases (98%) were triaged as emergent. |
| | | **CAP: Each identified institutional shall develop a plan to address non-compliance for the completion of the seven-hour SRE and SRE mentoring training.** |
| Develop CAPs for the eight facilities (CMF, CCWF, CHCF, CTF, CSP-SOL, NKSP, RJD, and SVSP) that had completion rates under 90 percent for both the seven-hour SRE training and SRE mentoring program training | CMF | In Jan 2023, 94% compliance for the 7-hour training and 47% for SRE Mentoring. Due to critical staffing, mentoring has been paused to allow all clinical staff to attend to patient care. |
| | CCWF | HQ Training Compliance SharePoint site indicates CCWF had a 100% compliance for the 7 hour training and 82% for SRE Mentoring for the month of Jan 23 |
| | CHCF | HQ Training Compliance SharePoint site indicates CHCF had a 97% compliance for the 7 hour training and 25% for SRE Mentoring for the month of Dec 22 |
| | CTF | HQ Training Compliance SharePoint site indicates CTF had a 100% compliance for the 7 hour training and 65% for SRE Mentoring for the month of Jan 23 |
| | CSP-SOL | For Jan 2023, 100% compliance for the 7-hour training and 73% for SRE Mentoring. (All overdue clinicians are currently in process.) |
| | NKSP | The institution did fail to be in full compliance with both of these trainings by the conclusion of 2022. The SRE mentoring program has been modified and the institution has begun training all staff. |

| | | |
|---|---|---|
| | RJD | This was reviewed during the HQ SPRFIT Coordinator review on 1/31 - 2/1/23. For December, RJD was at 97% compliance for the 7-hour and at 63% for the SRE mentoring. RJD has approximately 28 mentors trained under the new SRE mentoring program, has assigned mentees to the mentors, and expects to be above 90% compliance by June 30, 2023. This is due to significant staffing shortages at RJD which impact their ability to pull mentors off of the line to mentor staff. |
| | SVSP | HQ Training Compliance SharePoint site indicates SVSP had a 100% compliance for the 7 hour training and 83% for SRE Mentoring for the month of Jan 23 |
| Ensure that referred inmates receive continuous observation prior to the CIT arrival, reasonable privacy and confidentiality during the encounter, full team participation (by clinician, nurse, and lieutenant or sergeant), adequate assessment by the clinician (including SRASHE completion for cases involving suicidal behavior), and accurate completion of CIT PowerForms in EHRS | All CIT institutions | The Statewide Mental Health Program continues to assess the best course of action to remedy this concern and will be implementing that strategy once it has been formalized. |
| | **CAP: All identified institutions shall develop a plan to establish compliance with the completion of safety planning upon MHCB discharge.** | |
| | CMF | As of the HQ Suicide Prevention Coordinator's visit in mid-Feb 2023, compliance was still poor: 38% (3 of 8). This CAP was assigned as a result of the HQ Suicide Prevention Coordinator's visit in Apr 2021 and was again noted in Mr. Hayes' exit in Oct 2021. Critical staffing is a likely factor but will continue to be monitored. |
| | SATF | Safety Planning is now being reliably completed for patients who are discharged from the MHCB. At the last site review in September 2022, however, a new CAP was generated as this was not being reliably completed for patients rescinded from alternative housing. Training has been provided and 844s have been submitted to the HQ Suicide Prevention Coordinator. |
| Develop CAPs for the six facilities (CMF, SATF, CSP-LAC, KVSP, MCSP, and SVSP) that were under 90 percent compliance with safety planning completion at MHCB discharge | CSP-LAC | As of the most recent HQ Suicide Prevention Coordinator's review in January 2023, LAC had demonstrated two consecutive review periods (6 months) in which 100% of the audited cases of patients discharged from MHCB, and Alternative housing, had a completed SPI, regardless of risk level. Further, 844s have been submitted to demonstrate that all of the MHCB staff have been trained (January 11, January 14, and February 3) on this requirement. |
| | KVSP | The SPRFIT subcommittee minutes from November 2022 suggest that relevant training has occurred and a review of data from Q4 2022, suggests that SPI is being completed with patients upon discharge from MHCB. |
| | MCSP | As of he HQ Suicide Prevention Coordinator's Dec 2022 visit, compliance was low (33%, 2 of 6). This was attributable to one staff memember who was not appropriately trained. To determine current compliance, 10 charts of patients discharged Jan 1 2023 forward admitted for DTS and not referred to PIP were audited. The results of this review revealed 100% compliance. |
| | SVSP | SVSP has hired a MHCB supervisor that will start in early 2023. Once this individual has started, the supervisory reviews of discharge SRASHEs will commence, as required. |
| Develop a CAP to ensure that all CDCR facilities with MHCB units are in compliance with the "Mental Health Crisis Bed: Supervisory Review of Discharge Safety Plans" policy requiring review and revision (when appropriate) of safety plans prior to, or during, discharge IDTT meetings. | Statewide | HQ Suicide Prevention Coordinators continue to monitor this metric during their onsite monitoring tours and work with institutions that demonstrate deficient practices for this expectation and develop attainable corrective action for establishing sustainable compliance. |
| No longer delay initiation of the new safety planning model | Statewide | Training sessions commenced for the field the week of February 13, 2023 and will continue through March 16, 2023. The policy and procedure related to the new safety plan was released to the field on February 13, 2023. |
| | **CAP: All identified institutions shall develop a plan to establish compliance with the completion of Page 1 and/or Page 2 of the "Discharge Custody Check Sheet" form.** | |

| | | |
|---|---|---|
| Develop CAPs for the 21 facilities that were below 90 percent compliance with Page 1 and/or Page 2 of the "Discharge Custody Check Sheet" form. | CCI | As of the most recent HQ Suicide Prevention Coordinator review in January 2023, CCI had been demonstrating fluctuating performance in 7497s. Specifically, compliance for the 3 months of the final quarter of 2022 were 76.5%, 97.4%, and 75.8% respectively with a small sample size (4 packets each time). There was policy misinterpretation by some of the mental health clinicians, as well as custody staff, and this has been clarified. Although CCI had not placed this item in the project pipeline, they will do so in February 2023. Further, the institution has stabilized OHU mental health staff which is expected to improve consistency and cross-discipline communication. |
| | CHCF | CHCF had a 84% compliance rate for Dec 2022 |
| | CIM | For Q4 2022, CIM had the following compliance: October (92.9%), November (91.%), and December (80%). CIM added this to the Improvement Priorities List and Project Pipeline and it is an active project. |
| | CIW | For Q4 2022, CIW had the following compliance: October (97.2%), November (100%), and December (99%). |
| | CSP-COR | COR is demonstrating incremental improvement in this area. 7497 audits indicated that overall compliance during the month of December 2022 was above 90%, which was an improvement over both of the prior months. However problems continue to be noted with 30-minute checks and supervisory reviews. |
| | CMC | CMC has revised their 7497 process and has had overall compliance score for December 22 of 92% |
| | CMF | Overall compliance: 78% in Oct 2022, 85% in Nov 2022, and 88% in Dec 2022. (Jan 2023 data was not available.) This has been a CAP since Mr. Hayes' tour in Feb 2019. Sustained attention yielded temporary, but not quite durable, improvement in early 2022. However, performance later declined following turnover at the SPRFIT position. |
| | CTF | CTF had a 96% overall compliance for December 22 |
| | HDSP | Overall compliance: none in Nov 2022, none in Dec 2022, and 89% in Jan 2023. From Aug 2022 to Oct 2022, performance ranged from 91% to 100%. A CAP was established following Mr. Hayes' tour in Apr 2022. HDSP has a low volume of 7497s (regularly none in a month), which makes sustained high performance difficult to achieve. |
| | KVSP | Per December 2022 SPRFIT minutes, OJT is provided each time an error is noted and remaining areas of non-compliance are placed on the project pipeline. For December, compliance was above 90% with custody supervisory reviews and 30-minute checks suppressing overall compliance. |
| | CSP-LAC | Overall compliance with 7497s at LAC remains very poor. However, the institution has chartered a workgroup that has set a goal to be at 85% compliance by June 30 and 95% compliant by September 30. The project charter updates have been submitted. |
| | MCSP | Overall compliance: 93% in Nov 2022, 91% in Dec 2022, and 92% in Jan 2023. 7497 compliance has been a local CAP since Mr. Hayes' visit in 2019. MCSP has put sustained effort into improvement. Previous to September 2022, MCSP hovered int the 80 percent range. Current performance is a marked improvement. |
| | NKSP | All custody were retrained on the October 19, 2021 Memorandum titled Revision of Mental Health Crisis Bed Discharge Custody Checks Form and Introduction of Audit Requirement. In the month of August 2022 an audit of the Custody Discharge Checks showed compliance at 92.8%.<br><br>Custody Supervisors are reviewing all 7497s prior to Mental Health SPRFIT review and are closely monitoring any deficiencies and providing custody with training and/or write ups for any identified trends or deficiencies.<br><br>On January 3, 2023 all disciplines met to discuss 7497 Custody Discharge Checks being added to the Project Pipeline as a "Just Do It". Instruction sheets and red folders were implemented to assist in minimizing staff errors. |
| | PBSP | Over compliance: 100% in Nov 2022, 57% in Dec 2022, 100% in Jan 2023. 7497 compliance has been a local CAP since Mr. Hayes' visit in 2019. PBSP has put sustained effort into improvement. PBSP has a low volume of 7497s (1-2 per month), which makes sustained high performance difficult to achieve. |
| | PVSP | PVSP has overall compliance of 75% for Jan 23 with one person on checks (N = 1) |
| | RJD | For Q4 2022, RJD had the following compliance: October (90.3%), November (85.1%), and December (89.1%). RJD added this to the Improvement Priorities List and Project Pipeline and it is an active project. |

| | | |
|---|---|---|
| | CSP-SAC | Overall compliance was 83% in Jan 2023, 89% in Dec 2022, and 84% in Nov 2022. (This is a decline from the last HQ Suicide Prevention Coordinator report which found compliance was <90% from Apr through September of 2022. Because of that sustained performance, a CAP was not assigned.) SAC independently added a 7497s to the their project pipeline, effectively assigned their own CAP. |
| | SATF | Although the institution has delineated in the December 2022 SPRFIT minutes that the SPRFIT coordinator and the HC-AW are working closely together to develop a new routing process, compliance remains poor and details are not being discussed in the SPRFIT subcommittee. |
| | CSP-SOL | Recent compliance shows sustained improvement: 100% in Oct 2022, no 7497s in Nov and 2022, and 100% in Dec 2022. SOL has a low volume of 7497s (regularly none in a month), which makes sustained high performance difficult to achieve. |
| | SVSP | SVSP had a 62% overall compliance for January 2023 |
| | WSP | A tri-folder system was created providing detailed instructions for each classification, (Psychiatric Technicians, Custody, Mental Health Clinicians), regarding filling out the 7497 form.<br><br>Training was provided regarding tri-folder usage, and instructions to Nursing PT's, Mental Health Staff, and Custody Staff. This training was discussed in SPRFIT.<br><br>Training was provided for MH clinicians and Psychiatric Technicians regarding policy update of MH clinician face to face patient contact upon last with last Discharge Checks. Training occurred 07/29/2021 with MH clinicians.<br><br>Additionally, 7497 currently are audited weekly by SRFIT coordinator and HCA Captain.<br>The 7497 audit is discussed and monitored in SPRFIT monthly. |
| Develop CAPs for the three facilities (CSP-LAC, KVSP, SQ) that had either no SPRFIT LOP or LOPs that were inconsistent with the SPRFIT memorandum. |  | **CAP:  LAC, KVSP, SQ shall develop a plan to address the noted deficiencies with their SPRFIT LOP's** |
| | CSP-LAC | As of February 2023, the institution reported that SPRFIT OP was "still in draft form." |
| | KVSP | As of February 2023, the institution reported that SPRFIT OP 1041 was still "in progress." |
| | SQ | SQSP reports this has been corrected. The HQ Suicide Prevention Coordinator requested a copy for confirmation but has yet to receive it. |
| Develop CAPs for the seven facilities (CCWF, CIM, CIW, CMF, CSP-SAC, CSP-SOL, and SQ) that did not have an LOP addressing "Inmate-Patients Receiving Bad News" | | **CAP:  The identified institutions shall develop a plan to address the noted absence of an LOP addressing "Inmate-Patients Receiving Bad News"** |
| | CCWF | CCWF has had a LOP 004 Notification of Inmate Bad News - prior to Mr. Hayes' audit |
| | CIM | CIM has LOP 12.10.102 Notification of Patients Receiving Bad News (Revision: January 2023). |
| | CIW | CIW has LOP #234 *Procedure When Inmates Receive Bad News* (Revision: May 2021). During the HQ Suicide Prevention Coordinator Review on 1/31 - 2/1/23, CIW reported this LOP is in the process of being updated and should be completed within 90 days of the on-site review. |
| | CMF | OP 161 has been approved at the local level. |
| | CSP-SAC | As of Nov 2022, CSP-SAC added section on bad news to a draft of their institutional suicide prevention policy (OP no. 115) |
| | CSP-SOL | Local Operating Procedure Vol. 20, Ch. 18 has been approved at the institutional level |
| | SQ | Local Operating procedure Vol. 24, Ch. 11 has been approved at the institutional level |
| | | **CAP:  All identified institutions address the deficiency noted by the absence of an SRMP LOP, and develop a plan to track SRMP patients and review program status during month SPRFIT meetings.** |
| | CCI | LOP 12.10.4 has been finalized. The most recent available SPRFIT minutes suggest that SRMP is being discussed in the SPRFIT subcommittee. |
| | CCWF | CCWF has had a LOP013 Suicide Risk Management Program- prior to Mr. Hayes' audit |
| | CHCF | CHCF has LOP 18.4 that includes SRMP and SRMP is discussed at SPRFIT Meetings |

| | | |
|---|---|---|
| Develop CAPs for the nine facilities (CCI, CCWF, CHCF, CIM, CIW, CMF, CSP-SAC, SATF, and WSP) that did not have an LOP addressing the SRMP, as well as CAPs to ensure that all local SPRFITs track SRMP patients and review the program status of patients during monthly SPRFIT meetings | CIM | CIM has LOP 158 12.07.701 Suicide Risk Management Program (Revision: October 2022). Review of the October, November, and December 2022 SPRFIT minutes indicated that SRMP patients are being tracked. |
| | CIW | CIW has LOP #235 *Suicide Risk Management Program* (Revision: December 2021). CIW reported this LOP is in the process of being updated and should be completed within 90 days of the HQ SPRFIT Coordinator Review on 1/31 - 2/1/23. Review of the October, November, and December 2022 SPRFIT minutes indicated that SRMP patients are being tracked. |
| | CMF | Local Operating Procedure Ch. 4, section 6 has been approved at the institutional level |
| | CSP-SAC | Completed. As of Nov 2022, CSP-SAC added section on SRMOP to a draft of their institutional suicide prevention policy (OP no. 115). Minutes from Dec 2022 show the SRMP data was reviewed. |
| | SATF | OP 230 serves as the institution's SRMP LOP and it was signed in April 2022. A 6 month (July-December) review of minutes suggest that SRMP is being discussed in each SPRFIT meeting. Missing however, is qualitative discussion of interventions to place patients who meet criteria but are not enrolled, into the program. |
| | WSP | OP 119 serves as the institution's LOP and it was signed in September 2022. A review of December 2022 meeting minutes suggests that this is being discussed in the SPRFIT subcommittee meeting. |
| | | **CAP: All identified institutions shall develop a plan to address non-compliance with require SPRFIT quorum.** |
| Develop CAPs for the 17 facilities that did not achieve six consecutive months of meeting quorums for all mandatory members or their designees | CCI | The institution held a SPRFIT subcommittee meeting in each month of the last 3 quarters (April-December 2022). In all 9 of those meetings, quorum was met. |
| | CHCF | CHCF has met quorum in the last 2 quarters of 2022 |
| | CIW | Quorum was met for each subcommittee meeting held in Q4 2022. |
| | CMC | CMC met quorum in all but one SPRFIT meeting during the last 2 quarters of 2022 |
| | CMF | Quorum: 83% (5 of 6) in the past 6 mos., Jul-2022 to Dec 2023 |
| | CSP-COR | Initially, it was unclear to the institution that appropriately prepared and trained backups and designees were acceptable. That was clarified in August 2022 and a 6 month review of minutes (April-September) suggests that quorum was met each time. |
| | CTF | CTF has met quorum for each subcommittee meeting in the last 2 quarters of 2022 |
| | HDSP | Quorum: 83% (5 of 6) in the past 6 mos., Aug-2022 to Jan 2023 |
| | KVSP | A review of SPRFIT subcommittee minutes suggests that quorum has been met every month since July 2022. |
| | CSP-LAC | A review of SPRFIT subcommittee minutes suggests that quorum has been met every month since July 2022 (June 2022 being the last month in which it was not). This is 6 consecutive months (there was no meeting in December). |
| | NKSP | A review of SPRFIT subcommittee minutes suggests that quorum has been met every month since July 2022. |
| | PBSP | Quorum: 50% (3 of 6) in the past 6 mos., Aug 2022 to Jan 2023 |
| | PVSP | PVSP has met quorum for each subcommittee meeting in the last 2 quarters of 2022 |
| | CSP-SOL | Quorum: 83% (5 of 6) in the past 6 mos., Jul 2022 to Dec 2023 |
| | SQ | Quorum was 100% for the past 6 mons. (July 2022 to Dec 2023) |
| | SVSP | In the last 2 quarters of 2022, SVSP met quorum in all but 2 meetings |
| | WSP | A review of SPRFIT subcommittee minutes suggests that quorum has been met every month since July 2022. |
| Immediately initiate the SPRFIT responsibility for conducting semi-annual RCAs for serious suicide attempts or, in the alternative, case summaries to be discussed during monthly meetings | Statewide | **Current status in response to the recommendation:** As part of the SPRFIT Reboot, institutional SPRFIT committee members were reminded of this expectation and the requirement is identified in the standardized meeting minutes template. Regional Suicide Prevention Coordinators will monitor the meetings and the minutes during their onsite rounding to ensure adherence to this expectation. |
| Develop a CAP that addresses the requirement for local SPRFITs to review both the quality and clinical appropriateness of completed SRASHEs, and report findings in meeting minutes. | Statewide | **Current status in response to the recommendation**: As part of the SPRFIT Reboot, institutional SPRFIT committee members were reminded of this expectation and the requirement is identified in the standardized meeting minutes template. Regional Suicide Prevention Coordinators will monitor the meetings and the minutes during their onsite rounding to ensure adherence to this expectation. |
| No longer delay initiation of the SPRFIT Reboot; it should be implemented no later than December 30, 2022. | Statewide | **Current status in response to the recommendation:** All institutions completed their training by the end of December 2022. Statewide Mental Health Program and CCHCS Quality Management are currently working to identify the most effective way to ensure sustainability with the various components introduced during the trainings. |

| | | |
|---|---|---|
| Collaborate with the Special Master's suicide prevention expert during the next scheduled review of the four-hour pre-service "Inmate Suicide Prevention" curriculum in order to better enhance the content and presentation | Statewide | **Current status in response to the recommendation:** CDCR has not currently begun another review and update to the pre-service suicide prevention curriculum, but when this project begins, the Special Master's suicide prevention expert will be consulted. |
| Develop CAPs for annual suicide prevention IST in the four facilities (CCI, CHCF, CIW, and RJD) that were below 90 percent compliance for suicide prevention training for two or more disciplines | **CAP: The identified institutions shall develop a plan to address the noted deficiency with suicide prevention training compliance.** | |
| | CCI | The institution was in full compliance (above 90%) for custody, nursing, and mental health by the conclusion of calendar year 2022. |
| | CHCF | For calendar year 2022, CHCF had the following compliance rates: custody (99%) mental health (83%), nursing (90%). Monthly tracking of IST compliance is discussed in SPRFIT Meeting |
| | CIW | For calendar year 2022, CIW had the following compliance rates: custody (82%), mental health (100%), healthcare (86%) and non-custody (79%). CIW was assigned the following action item: "CIW shall ensure that staff that did not complete the Annual IST Suicide Prevention training in 2022 are prioritized to complete the training as soon as possible in 2023." |
| | RJD | For calendar year 2022, RJD had the following compliance rates: custody (91%), CDCR non-custody (95%), and CCHCS non-custody (96%). |
| Again provide verification to the Special Master that all RC facilities (CCWF, NKSP, and WSP) are aware of their suicide prevention responsibilities, including (1) placement of suicide prevention posters in the offices utilized for direct patient care by RC nurses and RC diagnostics clinicians, as well as RC housing unit bulletin boards and RC pill call windows; (2) diagnostic clinicians are required to review the nurses' Initial Health Screening form, any county jail records, and other pertinent documents contained within the EHRS and the Strategic Offender Management System (SOMS) for each inmates; (3) diagnostic clinicians completing the Mental health Screening Interview form are to request that the inmate sign a CDCR 7385 Authorization for Release of Protected Health Information (or ROI) form during the screening process if a prior history of mental health treatment is reported; and (4) diagnostic clinicians completing the Mental Health Screening Interview form are required to complete a SRASHE if the screening and/or inmate's behavior suggest a possible current risk for suicide. In addition, as required pursuant to CDCR's "Reception Center Suicide Prevention Reporting Expectations" memorandum dated January 27, 2021, data or other required "proof of practice" regarding compliance with the memorandum should be reflected in monthly SPRFIT meeting minutes for each of the three RCs. | **CAP: All RC facilities shall develop a plan to address all noted deficiences as indicated by the four areas noted in this recommendation** | |
| | CCWF | During the last HQ audit, placement of SP posters were in the RC nurses and diagnostic clinician's offices. CCWF began to include compliance of the 4 expectations and report compliance in the SPRFIT meeting and minutes. |
| | NSKP | Review of the SPRFIT minutes indicated that data or other required "proof of practice" regarding compliance with CDCR's "Reception Center Suicide Prevention Reporting Expectations" memorandum was reported as required, but deficiencies were found during the required monthly audits.<br><br>When the SPRFIT Coordinator conducted the Diagnostic Screening audits for August 2022, 34/35 charts audited reported no previous mental health treatment. Therefore, no ROIs could be completed. In one case, the individual had a history of previous MH Treatment at age 12 but could not recall specifics for an ROI. All future SPRFIT Minutes will include proof of practice and/or explanation of a review of county jail records, previous history, and whether or not individuals provided information for an ROI.<br><br>The SPRFIT Coordinator has updated the Diagnostic Screenings for September 2022, 33/35 charts were audited reported no previous mental health treatment. In two cases were mental health treatment was provided both individuals were unable to provide any information, therefore no ROIs could be completed. MH Clinicians reviewed the county jail records, previous history and whether or not individuals provided information for an ROI. The monthly audit information will be included in the monthly SPRFIT minutes to show proof of practice regarding compliance with CDCR's "Reception Center Suicide Prevention Reporting Expectations" memorandum.<br><br>The Diagnostic Screening audit is completed monthly by SPRFIT Coordinator an excel spreadsheet is attached to each SPRFIT Meeting minutes with details regarding clinicians asking IPs about previous mental health treatment in an effort to obtain an ROI. In most cases, IP deny having a prior treatment history or cannot recall specifics for completion of an ROI. Clinicians will continue to make efforts to ask questions regarding previous treatment but have no control over whether IPs are cooperative and/or recall specifics.<br><br>The SPRFIT Minutes now include more data on Self-Harm Types, Yards, Medical Severity, Outcomes, DSH Referrals (ICF/ACUTE), SRMP IPs, Alt-Housing Placements, MHCB Admissions, CIT Urgent/Emergent Contacts as well as emerging trends and monthly comparisons. With the SPRFIT Reboot requirements multiple disciplines are tracking this data monthly/quarterly. |
| | WSP | Monthly auditing of the Coleman poster audit, and monthly auditing of the Diagnostics RC Screening process is now being completed. Reporting of these monthly in SPRFIT is scheduled for 02.2023 SPRFIT and in accordance with the SPRFIT Reboot policy. |