Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
Hanson Bridgett LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>         Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF WENDY WORRELL, Psy.D., IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN RESPONSE TO DECEMBER 29, 2022 ORDER RE DR. GOLDING'S SECOND WHISTLEBLOWER REPORT (ECF No. 7721)** |

1

DECLARATION OF WENDY WORRELL, Psy.D. ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN RESPONSE TO DEC. 29, 2022 ORDER (2:90-cv-00520 KJM-DB (PC))

19394027.2

**DECLARATION OF WENDY WORRELL, Psy.D.**

I, Wendy Worrell, declare as follows:

1. I am currently employed as Mental Health Administrator of the California Department of Corrections and Rehabilitation's (CDCR) Statewide Mental Health Services Delivery System (MHSDS). I have held this position since July 2022. Prior to this role, I worked at CDCR from 2000 to March 2020, during which time I served as a clinical psychologist, supervising psychologist, and the chief of mental health at Mule Creek State Prison. I decided to return to CDCR as a retired annuitant because Drs. Mehta and Cartwright have consistently demonstrated a willingness to make good decisions regarding patient care and the treatment of staff. I offer this declaration in support of Defendants' Opposition to Plaintiffs Motion in Response to December 29, 2022 Order Regarding Dr. Golding's Second Whistleblower Report (ECF No. 7721). I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. I have reviewed Plaintiffs' motion in response to the Court's December 29, 2022 Order regarding Dr. Michael Golding's second report to the Special Master (Second Golding Report).

3. In my capacity as Metal Health Administrator, I work closely and regularly with Dr. Mehta, Dr. Cartwright, and Dr. Potter, the Special Master's data expert, on the data remediation process.

4. As to Plaintiffs' assertions in their motion, I do not agree that CDCR's mental health leadership has a culture of disdain towards the Court and the Special Master. Normal disagreements over interpretation or definitions of an indicator may arise, and frustration sometimes results from having a third party oversee and criticize the work we do. But, in my opinion, it is simply not accurate to characterize those disagreements or frustrations as "disdain" towards the Court or the Special Master team.

5. In my experience and based on what I have observed, mental health leadership has supported and prioritized efforts to improve the delivery of care to patients. When there are disagreements or frustrations about this shared goal, mental health leadership is respectful and

1
DECLARATION OF WENDY WORRELL, Psy.D. ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION IN RESPONSE TO DEC. 29, 2022 ORDER (2:90-cv-00520 KJM-DB (PC))

19394027.2

1 professional in their interactions with the Special Master team. At no point have I ever been
2 instructed, nor have I observed others being instructed, to take any course of action that diverges
3 from making patient care the main priority.

4     6. I strongly disagree with Plaintiffs' assertion that CDCR is fighting the Court or its
5 orders. In my experience at CDCR, it has always been made clear to me that compliance with
6 court-ordered mandates is not optional. During my years of service at California State Prison,
7 Sacramento as a clinical psychologist and supervising psychologist, I recall that providing
8 quality, adequate care to our patients was the utmost priority. In addition to patient care, though,
9 we always tried to meet the requirements established by the Court. Compliance with *Coleman*
10 requirements was part of our training from day one. Based on my experience, nothing has
11 changed in this regard. Even where certain Court orders require interpretation to operationalize,
12 we work with Plaintiffs and the Special Master team for clarification.

13     7. Separately, based on my experience, Plaintiffs' argument that CDCR sidelines its
14 psychiatrists is incorrect. In my current role, I work side by side with my psychiatry colleagues in
15 all policy and data remediation meetings. We all receive the same meeting invites, which contain
16 a link to the meeting agenda, and decide for ourselves whether to attend. For example, we
17 collaborate and discuss indicators coming to data remediation meetings, and we try to identify
18 what Plaintiffs and the Special Master team will request so we can address those issues. In fact,
19 prior to starting in this role, Drs. Mehta and Cartwright made clear to me the importance of
20 working together harmoniously as a team and demonstrating respect for one another. To that end,
21 I believe that my long-standing working relationship with my psychiatry colleagues was a reason
22 I was selected for this position. It is also my opinion that Dr. Mehta is the first Deputy Director to
23 actively work to ensure that all staff have a voice and input regarding patient care – including
24 social workers, psychiatrists, and psychologists alike.
25 / / /
26 / / /
27 / / /
28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of March, 2023, at El Dorado Hills, California.

*/s/ Wendy Worrell, Psy.D.*
Wendy Worrell, Psy.D.

3
DECLARATION OF WENDY WORRELL, Psy.D. ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN RESPONSE TO DEC. 29, 2022 ORDER (2:90-cv-00520 KJM-DB (PC))

19394027.2