| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Paul B. Mello, State Bar No. 179755<br>Samantha D. Wolff, State Bar No. 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias, SBN 321994<br>Carson R. Niello, SBN 329970<br>Hanson Bridgett LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>        Plaintiffs,<br><br>   v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>        Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF MICHAEL HEWITT, Psy.D., IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN RESPONSE TO DECEMBER 29, 2022 ORDER RE DR. GOLDING'S SECOND WHISTLEBLOWER REPORT (ECF No. 7721)** |

1

DECLARATION OF MICHAEL HEWITT, Psy.D. ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN RESPONSE TO DEC. 29, 2022 ORDER (2:90-cv-00520 KJM-DB (PC))

19390701.2

**DECLARATION OF MICHAEL HEWITT, Psy.D.**

I, Michael Hewitt, Psy.D., declare as follows:

1. I am currently employed as a Mental Health Regional Administrator for Region IV of the California Department of Corrections and Rehabilitation's (CDCR) Statewide Mental Health Services Delivery System (MHSDS). I report directly to Dr. Steven Cartwright. Throughout my nearly twenty years of experience working at CDCR, I have served as the Chief of Mental Health at the California Institution for Women, a senior clinical psychologist, psychologist supervisor, and a staff psychologist at the California Institution for Men. I offer this declaration in support of Defendants' Opposition to Plaintiffs Motion in Response to December 29, 2022 Order Regarding Dr. Golding's Second Whistleblower Report (ECF No. 7721). I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. I have reviewed Plaintiffs' motion in response to the Court's December 29, 2022 Order regarding Dr. Michael Golding's second report to the Special Master (Second Golding Report).

3. I strongly disagree with Plaintiffs' position that CDCR mental health leadership supports a culture of disdain towards the Court and the Special Master. This characterization does not match my experience. If anything, since I started at CDCR, there has been a much more embedded relationship with the *Coleman* monitors and most meetings are attended by them. These meetings always include a lot of collaborative discussions. Differences of opinion naturally arise, but they are always resolved in a professional manner. At the end of the day, we try to align with the Special Master's team on what's best for our patients.

4. I also believe that it's been helpful to be able to communicate directly with the Special Master's team, particularly where we need to make rapid decisions or resolve issues of concern. I've had no trouble doing so, and I've felt that their presence has helped expedite change. This is the opposite of a dysfunctional culture of disdain.

5. It has been made clear to me from those in CDCR mental health leadership positions above me that compliance with court-ordered mandates is not optional. In my

1

DECLARATION OF MICHAEL HEWITT, Psy.D. ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN RESPONSE TO DEC. 29, 2022 ORDER (2:90-cv-00520 KJM-DB (PC))

19390701.2

experience, we have always adhered to the program guide and court-ordered mandates. At times, staff can be overburdened with requirements and I feel that we're always trying to match quality care and compliance. There will naturally be a push and pull but there is no wholesale fight against monitoring or oversight, and I don't think anyone would characterize it that way either.

6. What I've appreciated from those in leadership is that we are asking for clearer communication and guidelines from the Special Master's team, as well as better and more data and evidence-based feedback. This may feel like CDCR is being argumentative, but it is really to help us provide more constructive responses to concerns using the expertise we have at our level.

7. I can also say that, from my perspective, I'm not aware of anyone trying to sideline anyone else within Mental Health leadership. I haven't had this experience at my level and no knowledge that it exists at other levels. To my knowledge, no one is kept from saying anything. I'm frustrated to hear discipline-specific (i.e., psychologist vs. psychiatrist) concerns because we all want to work together.  We each have different strengths to bring to the table in a collaborative effort.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of March, 2023, at Orange, California.

*/s/ Michael Hewitt, Psy.D.*
Michael Hewitt, Psy.D.