| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS, SBN 321994<br>CARSON R. NIELLO, SBN 329970<br>HANSON BRIDGETT LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF TRAVIS WILLIAMS, Psy.D., IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN RESPONSE TO DECEMBER 29, 2022 ORDER RE DR. GOLDING'S SECOND WHISTLEBLOWER REPORT (ECF No. 7721)** |

1

DECLARATION OF TRAVIS WILLIAMS, Psy.D. ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION IN RESPONSE TO DEC. 29, 2022 ORDER (2:90-cv-00520 KJM-DB (PC))

19387288.1

# DECLARATION OF TRAVIS WILLIAMS, Psy.D.

I, Travis Williams, Psy.D., declare as follows:

1.  I am currently employed as a Mental Health Administrator at the California Department of Corrections and Rehabilitation's (CDCR). I have held this role since March 2020, and I have been employed by CDCR since July, 2009. I offer this declaration in support of Defendants' Opposition to Plaintiffs' Motion in Response to December 29, 2022 Order Regarding Dr. Golding's Second Whistleblower Report (ECF No. 7721). I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2.  In my role as a Mental Health Administrator for CDCR, I regularly work on the *Coleman* Class Action as part of CDCR's Mental Health leadership team. I am familiar with the litigation and I regularly work with the experts on the Special Master's team. Specifically, my role is to oversee CDCR's suicide prevention efforts. In this capacity, I work closely and regularly with the Special Master's suicide expert, Lindsay Hayes.

3.  I have reviewed Plaintiffs' motion in response to the Court's December 29, 2022 Order regarding Dr. Michael Golding's second report to the Special Master (Second Golding Report).

4.  I was surprised to read Plaintiffs' representation that CDCR mental health leadership supports a culture of disdain towards the Court and the Special Master. That has not been my experience.

5.  In my role, I interact a lot with members of the Special Master's team, including Lindsay Hayes and Sharen Barboza, and have great working relationships. If ever there are disagreements between us, we work through them. However, those disagreements have never become argumentative or contentious.

6.  I believe there is a natural frustration derived from CDCR's relationship to the *Coleman* litigation, but I believe that frustration is not abnormal. CDCR clinicians try to get their jobs done and sometimes our perspectives on how to do that does not align with the Plaintiffs' litigation position, or with the Special Master's monitoring objectives. That does not mean we are

1
DECLARATION OF TRAVIS WILLIAMS, Psy.D. ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN RESPONSE TO DEC. 29, 2022 ORDER (2:90-cv-00520 KJM-DB (PC))
19387288.1

disdainful. Just the opposite. We share the common goal of improving our mental healthcare delivery system and keeping our patients safe.

7. Inevitably, there are times when we disagree with Plaintiffs or the Special Master. Those disagreements are rooted in CDCR's belief that following Plaintiffs or the Special Master's suggested course of action in certain circumstances does not align with what we believe is in the best interests of our patients and the staff who are providing critical patient care. This does not mean we are disdainful of the roles they play, or that we believe that compliance with court orders is somehow optional. This has never been the message from leadership above me, nor have I observed this behavior in my colleagues.

8. I also disagree with Plaintiffs' argument that CDCR sidelines its psychiatrists. There are always psychiatrists present in pre-BRMR and data remediation meetings, including, for example, Drs. Al Bunn and Nicole Morrison. Those psychiatrists are actively engaged in those meetings and provide important and helpful feedback. There are even times when there are more psychiatrists than psychologists who attend these types of meetings. In short, my psychiatry colleagues are valued team members and I have never personally observed anything to suggest otherwise.

9. From a leadership perspective, I believe that we are always mindful of having representation from all disciplines in meetings, especially if what's going to come out of those meetings is going to impact all disciplines. No one is being sidelined, and I disagree with that representation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of February, 2023, at Elk Grove, California.

*s/ Travis Williams*
Travis Williams, Psy.D.