UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

As required by court order, ECF No. 7681, on January 30, 2023, defendants filed their 2021 Annual Report on Suicides in the [California Department of Corrections and Rehabilitation] CDCR—(Amended) (hereafter Amended 2021 Annual Suicide Report), together with exhibits evidencing compliance with the court's directives concerning required meet and confers. ECF No. 7710. Plaintiffs have not filed a response to the Amended 2021 Annual Suicide Report. After review and good cause appearing, the court will adopt the Amended 2021 Annual Suicide Report in full.

Attachment A to defendants' January 30, 2023 filing includes inmate names that are not redacted. *Cf.* ECF Nos. 90, 915, 2109, 6482 (Protective Orders). The court will direct the Clerk's Office to temporarily restrict ECF No. 7710 pending defendants' submission of a redacted version. The court will direct the Clerk's Office to replace ECF No. 7710 with the redacted document and make the redacted document available to the public.

As required by court order, ECF No. 7696, on February 6, 2023, the parties filed a proposed joint schedule for implementation of corrective action plans (CAP) for suicide prevention in CDCR's Psychiatric Inpatient Programs (PIPs). After review and good cause appearing, the court will adopt the proposed schedule in full. The court expects full compliance with the deadlines set in the schedule and will not grant any extensions of the deadlines for completion of these CAPs except on a showing of extraordinary cause.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' 2021 Annual Report on Suicides in the CDCR—(Amended), Attachment B to ECF No. 7710, filed January 30, 2023, is ADOPTED in full.

2. The Clerk's Office shall temporarily restrict ECF No. 7710. Within seven days from the date of this order defendants shall submit a properly redacted version to the Clerk's Office. Once the redacted version is received, the Clerk's Office shall replace ECF No. 7710 with the redacted document and make the redacted document available to the public.

3. The February 6, 2023 jointly proposed schedule for implementation of corrective action plans in CDCR's PIPs, Exhibit A to ECF No. 7714, is ADOPTED in full. Defendants shall meet all deadlines in the schedule and no extensions of the deadlines will be granted except on a showing of extraordinary cause.

DATED: March 6, 2023.

CHIEF UNITED STATES DISTRICT JUDGE