| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>AMY XU – 330707<br>CARA E. TRAPANI – 313411<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>GINGER JACKSON-GLEICH – 324454<br>ARIELLE W. TOLMAN – 342635<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER TO GRANT PLAINTIFFS' REQUEST TO FILE SUPPLEMENTAL TELEPSYCHIATRY DECLARATION**<br><br>Judge:  Hon. Kimberly J. Mueller |

19425911.1[4247382.3]

1   The Special Master filed his Report and Recommendation on a Final Proposed
2   Telepsychiatry Policy on December 15, 2022.  ECF No. 7682.  On January 17, 2023,
3   Plaintiffs and Defendants filed Responses to the Special Master's Report and
4   Recommendations on a Final Proposed Telepsychiatry Policy.  *See* ECF Nos. 7703, 7703-
5   1, 7702 –2, 7702-3.  In February 2023, after the parties filed their responses, the American
6   Psychiatric Association ("APA") released a publication entitled "Telepsychiatry for Adults
7   in Jails and Prisons" which is a resource document for psychiatrists interested in or already
8   working with adults incarcerated in jails or prisons, and for whom telepsychiatry is a
9   current or potential clinical practice.  The resource document is publicly available to
10  download at: https://www.psychiatry.org/Psychiatrists/Search-Directories-
11  Databases/Resource-Documents/2023/Telepsychiatry-for-Adults-in-Jails-and-Prisons.

12  On February 24, 2023, Plaintiffs sought leave from the Court to file a supplemental
13  expert declaration from Pablo Stewart, M.D. regarding the APA telepsychiatry resource
14  document.  ECF No. 7739.  The proposed supplemental expert declaration from Dr.
15  Stewart was filed at ECF No. 7739 at 4-23.

16  On February 28, 2023, the Court issued a minute order directing the parties to meet
17  and confer and file either a Stipulation or a Joint Statement of their respective positions on
18  Plaintiffs' Request within ten days.  ECF No. 7746.

19  Counsel for the parties met and conferred and agreed that Plaintiffs' request to file
20  the supplemental Stewart declaration may be granted so long as Defendants are permitted
21  the opportunity to respond.

22  Accordingly, the parties request that the Court enter an order granting Plaintiffs'
23  request to file the supplemental Stewart declaration and granting Defendants leave to file a
24  response to the supplemental Stewart declaration, including the APA resource document,
25  within seven days of the Court's order entering this stipulation.

26  / / /
27  / / /
28  / / /

19425911.1[4247382.3]

1

STIPULATION AND [PROPOSED] ORDER TO GRANT PLAINTIFFS' REQUEST TO FILE SUPPLEMENTAL
TELEPSYCHIATRY DECLARATION

**IT IS SO STIPULATED.**

DATED: March 10, 2023           Respectfully submitted,

                                ROSEN BIEN GALVAN & GRUNFELD LLP


                                By: /s/ Amy Xu
                                    Amy Xu

                                Attorneys for Plaintiffs

DATED: March 10, 2023           HANSON BRIDGETT LLP

                                By: /s/ David Casarrubias
                                    David Casarrubias

                                Attorneys for Defendants


## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby **GRANTS** Plaintiffs' request to file a supplemental declaration from Pablo Stewart, M.D. regarding the February 2023 APA telepsychiatry resource document. Plaintiffs' supplemental expert declaration from Dr. Stewart is filed at ECF No. 7739 at 4-23. Defendants may file a response to the supplemental Stewart declaration, including the APA resource document, within seven days of the Court's order entering this stipulation.

**IT IS SO ORDERED.**

DATED: _____, 2023         _____
                                Honorable Kimberly J. Mueller
                                Chief United States District Judge