UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On February 9, 2023, plaintiffs filed a motion requesting, among other things, clarification of the scope of the data remediation process started after the court found defendants had knowingly presented misleading information to the court. *See generally* December 17, 2019 Order, ECF No. 6427; Pls.' Motion, ECF No. 7721.  The motion is set for hearing on March 24, 2023, ECF No. 7735, and defendants have filed an opposition, ECF No. 7752.  On March 9, 2023, the Special Master filed a Report and Recommendations on disputes in the data remediation process.  ECF No. 7755.  The parties' responses to that report and recommendations are due in thirty days.  *See* July 29, 2019 Order, ECF No. 6230.

To ensure all briefing and argument about the motion and report and recommendations will assist the court and will not contradict the court's previous findings and orders, all counsel and all principals who participate in preparation of briefing, presentation of evidence, or oral argument on the pending motion must file an affidavit attesting they have read the following:

1

- *Coleman v. Wilson*, 912 F. Supp. 1282 (E.D. Cal. 1995)
- Twenty-Fourth Round Monitoring Report of the Special Master, ECF No. 4205, pages 10-76[1]
- August 30, 2012 Order, ECF No. 4232
- Twenty-Fifth Round Monitoring Report of the Special Master, ECF No. 4298, pages 10-51, and Corrections thereto, ECF No. 4420
- February 28, 2013 Order, ECF No. 4361
- April 23, 2013 Orders, ECF Nos. 4561, 4562
- Special Master's Report on Defendants' Quality Improvement Process, ECF No. 4730
- March 3, 2014 Order, ECF No. 5092
- Twenty-Sixth Round Monitoring Report of the Special Master, ECF No. 5439, pages 11-142
- August 9, 2016 Order, ECF No. 5477
- Twenty-Seventh Round Monitoring Report of the Special Master, ECF No. 5779, pages 15-149
- July 12, 2018 Order, ECF No. 5852
- December 17, 2019 Order, ECF No. 6427
- December 23, 2019 Order, ECF No. 6435
- September 3, 2020 Order, ECF No. 6846
- December 16, 2020 Order, ECF No. 6996
- Twenty-Eighth Round Monitoring Report of the Special Master, ECF No. 7074, 18-216, and addendum, ECF No. 7251
- Special Master's Report on the Continuous Quality Improvement Tool Key Indicators, ECF No. 7151

---

[1] Citations to page numbers in documents filed in the Court's Electronic Case Filing (ECF) system are to the page numbers assigned by the ECF system and located in the upper right hand corner of the page.

- July 1, 2021 Order, ECF No. 7216
- July 14, 2021 Order, ECF No. 7229
- February 7, 2022 Order, ECF No. 7456
- January 4, 2023 Order, ECF No. 7695

The court will only accept evidence from principals and hear argument from counsel who have timely filed the affidavit required by this order. Affidavits required by this order must be filed by **March 23, 2023**.

IT IS SO ORDERED.

Dated: March 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3