Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**JOINT REPORT IN RESPONSE TO JANUARY 6, 2023 ORDER ON PSYCHIATRIC INPATIENT PROGRAMS (ECF NO. 7697)**<br><br>Judge: The Hon. Kimberly J. Mueller |

On August 29, 2022, the Court adopted the Special Master's monitoring report on inpatient mental health care at the six psychiatric inpatient programs (PIPs) operated by the California Department of Corrections and Rehabilitation (CDCR). (ECF No. 7608 at 6.) The Court referred the Special Master's recommendations on PIP minimum treatment standards and staffing to the Special Master for focused discussions with CDCR and resolution under a strict timeline. Specifically, the discussions were to focus on a proposed resolution of the development of minimum standards for and plans to deliver and track "structured therapeutic activities, unstructured out-of-cell activities, treatment planning, and individual treatment, consistent with a

psychiatric inpatient level of care," and on the development of a comprehensive plan to remedy deficient staffing levels in the Lift and Shift PIPs. (ECF No. 7608, at 2 (quoting ECF No. 7555 at 164-65)).

On January 6, 2023, the Court vacated the August 29, 2022 order and set a procedure and new deadlines for the parties to resolve the Special Master's recommendations. (ECF No. 7697 at 3-4.) The January 6 order required (1) Defendants to serve on Plaintiffs and the Special Master by January 13, 2023, plans to address minimum treatment standards and staffing issues for the PIPs; (2) the parties to meet and confer over a period of forty-five days, from January 13 through February 27 in an effort to resolve the issues; and (3) the parties to file a joint status report outlining the results of the meet and confer and either a stipulated resolution or a schedule for motion practice if one or both issues remain unresolved, within fourteen days of the end of the meet and confer period. (*Id.*)

The parties now submit their joint report on the results of the meet and confer on Defendants' proposed plans and a proposed briefing schedule for submission of those plans and any related motions practice.

## I. STATUS OF MEET AND CONFER

On January 13, 2023, Defendants submitted to Plaintiffs preliminary plans addressing the frequency and amount of treatment in CDCR's PIPs, as well as steps taken to address staffing deficiencies in those programs. The January 13 submission also included Defendants' summary of CDCR's discussions with the Special Master and his experts.

The parties met with the Special Master team on February 2, 17, and 24 to discuss CDCR's plans. Following the meetings, CDCR provided Plaintiffs with additional information that they requested on CDCR's plans, including an updated plan for minimum treatment standards on February 15, 2023, and an updated plan for staff recruitment on March 6, 2023.

The parties met again on March 9 to discuss the status of the plans and proposed briefing schedule. Despite concerted efforts, the parties were not able to agree on CDCR's plans, and, as a result, jointly propose the schedule below for submission of CDCR's plans to address minimum treatment standards and staffing issues for the PIPs and any related motions practice.

## II. SCHEDULE FOR MOTIONS PRACTICE

The parties have met and conferred and agree to the following schedule for Defendants' submission of CDCR's plans to address minimum treatment standards and staffing issues for the PIPs and any related motions practice:

1. Defendants will file, by no later than March 28, 2023, (a) CDCR's proposed minimum treatment standards for PIP patients and plan to deliver and track treatment consistent with those standards, and (b) CDCR's plan focused on recruitment and retention for PIP staff;

2. Plaintiffs will have until April 17, 2023, to file a motion(s), if any, in response to the CDCR plans filed on March 28, 2023;

3. Defendants' opposition to any motion filed by Plaintiffs will be due on or before May 5, 2023; and

4. Plaintiffs' reply to Defendants' opposition will be due by May 16, 2023.

Dated: March 13, 2023

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise O. Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

*/s/ Samantha Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: March 13, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Arielle W. Tolman*
ARIELLE W. TOLMAN
*Attorneys for Plaintiffs*