DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND ORDER TO GRANT PLAINTIFFS' REQUEST TO FILE SUPPLEMENTAL TELEPSYCHIATRY DECLARATION**<br><br>Judge:  Hon. Kimberly J. Mueller |

19425911.1[4247382.3]

1    The Special Master filed his Report and Recommendation on a Final Proposed Telepsychiatry Policy on December 15, 2022.  ECF No. 7682.  On January 17, 2023, Plaintiffs and Defendants filed Responses to the Special Master's Report and Recommendations on a Final Proposed Telepsychiatry Policy.  *See* ECF Nos. 7703, 7703-1, 7702 –2, 7702-3.  In February 2023, after the parties filed their responses, the American Psychiatric Association ("APA") released a publication entitled "Telepsychiatry for Adults in Jails and Prisons" which is a resource document for psychiatrists interested in or already working with adults incarcerated in jails or prisons, and for whom telepsychiatry is a current or potential clinical practice.  The resource document is publicly available to download at: https://www.psychiatry.org/Psychiatrists/Search-Directories-Databases/Resource-Documents/2023/Telepsychiatry-for-Adults-in-Jails-and-Prisons.

On February 24, 2023, Plaintiffs sought leave from the Court to file a supplemental expert declaration from Pablo Stewart, M.D. regarding the APA telepsychiatry resource document.  ECF No. 7739.  The proposed supplemental expert declaration from Dr. Stewart was filed at ECF No. 7739 at 4-23.

On February 28, 2023, the Court issued a minute order directing the parties to meet and confer and file either a Stipulation or a Joint Statement of their respective positions on Plaintiffs' Request within ten days.  ECF No. 7746.

Counsel for the parties met and conferred and agreed that Plaintiffs' request to file the supplemental Stewart declaration may be granted so long as Defendants are permitted the opportunity to respond.

Accordingly, the parties request that the Court enter an order granting Plaintiffs' request to file the supplemental Stewart declaration and granting Defendants leave to file a response to the supplemental Stewart declaration, including the APA resource document, within seven days of the Court's order entering this stipulation.

/ / /

/ / /

/ / /

19425911.1[4247382.3]

1

STIPULATION AND ORDER TO GRANT PLAINTIFFS' REQUEST TO FILE SUPPLEMENTAL TELEPSYCHIATRY DECLARATION

**IT IS SO STIPULATED.**

DATED: March 10, 2023        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Amy Xu*
    Amy Xu

Attorneys for Plaintiffs

DATED: March 10, 2023        HANSON BRIDGETT LLP

By: /s/ *David Casarrubias*
    David Casarrubias

Attorneys for Defendants

## ORDER

Pursuant to the parties' stipulation, the Court hereby **GRANTS** Plaintiffs' request to file a supplemental declaration from Pablo Stewart, M.D. regarding the February 2023 APA telepsychiatry resource document. Plaintiffs' supplemental expert declaration from Dr. Stewart is filed at ECF No. 7739 at 4-23. Defendants may file a response to the supplemental Stewart declaration, including the APA resource document, within seven days from the date this order is filed.

**IT IS SO ORDERED.**

DATED: March 13, 2023.

CHIEF UNITED STATES DISTRICT JUDGE