| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-4431<br>  Fax:  (415) 703-5843<br>  E-mail:  Namrata.Kotwani@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS, SBN 321994<br>CARSON R. NIELLO, SBN 329970<br>HANSON BRIDGETT LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone:  (925) 746-8460<br>  Fax:  (925) 746-8490<br>  E-mail:  PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                          Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF ELISE OWENS THORN IN SUPPORT OF DEFENDANTS' POSITION STATEMENT IN THE PARTIES' JOINT STATEMENT RE: MAXIMUM VACANCY RATES FOR RECREATION THERAPIST AND MEDICAL ASSISTANT POSITIONS** |

1

DECLARATION OF ELISE THORN ISO DEFENDANTS' POSITION STATEMENT IN THE PARTIES' JOINT
STATEMENT RE MAXIMUM STAFFING VACANCY RATES (2:90-cv-00520 KJM-DB (PC))

19387675.5

**DECLARATION OF ELISE OWENS THORN**

I, Elise Owens Thorn, declare as follows:

1. I am a Deputy Attorney General in the California's Attorney General's Office, counsel of record for Defendants. I am licensed to practice before all of the courts of the State of California, and am admitted to practice before this Court. I submit this declaration in support of Defendants' position statement in the Parties' Joint Statement re: Maximum Vacancy Rates for Recreational Therapist and Medical Assistant Positions. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. Attached as **Exhibit A** is a true and correct copy of the California Department of Corrections and Rehabilitation's (CDCR) Budget Change Proposal: <u>Expansion of Statewide Telepsychiatry Program</u> (ca.gov) that was downloaded from the Department of Finance's website at <u>https://esd.dof.ca.gov/Documents/bcp/2021/FY2021_ORG5225_BCP3337.pdf</u>, (last accessed on March 14, 2023).

3. Attached as **Exhibit B** is a true and correct copy of CDCR Attorney Melissa Bentz's July 11, 2022 e-mail to the *Coleman* Special Master and Plaintiffs' counsel submitting CDCR's July 2022 Bi-Annual Staffing Allocations, which was circulated to me via e-mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of March, 2023, at Kirkwood, California.

*/s/ Elise Owens Thorn*
Elise Owens Thorn