# Exhibit A

**STATE OF CALIFORNIA**
**Budget Change Proposal - Cover Sheet**
DF-46 (REV 09/19)

# Budget Change Proposal - Cover Sheet

Fiscal Year: 2020-21

Business Unit: 5225

Department: California Department of Corrections and Rehabilitation

Priority Number: *Click or tap here to enter text.*

Budget Request Name: 5225-045-BCP-2020-GB

Program: 4650-Medical Services – Adult; 4660 - Mental Health Services – Adult; 4670-Dental and Mental Health Services Administration - Adult

Subprogram: 4650012-Medical Administration-Adult; 4660014 – Mental Health Other - Adult

Budget Request Description: Expansion of Statewide Telepsychiatry Program

Budget Request Summary: The California Department of Corrections and Rehabilitation and the California Correctional Health Care Services request 71.0 positions and $5.9 million General Fund, of which $410,000 is one-time funding, in fiscal year 2020-21, expanding to 116.0 positions and $8.4 million ongoing General Fund in fiscal year 2024-25, to expand the Statewide Telepsychiatry Program. This request includes funding to: provide essential staff such as telepresenters, information technology support, business operations support, and a research analyst to help optimize and improve the expanded program; and purchase telepsychiatry equipment.

Requires Legislation: ☐ Yes ☒ No

Code Section(s) to be Added/Amended/Repealed: *Click or tap here to enter text.*

Does this BCP contain information technology (IT) components? ☐ Yes ☒ No

*If yes, departmental Chief Information Officer must sign.*

Department CIO Name: *Click or tap here to enter text.*

Department CIO Signature:

Exhibit A-1

Signed On Date: Click or tap here to enter text.

*For IT requests, specify the project number, the most recent project approval document (FSR, SPR, S1BA, S2AA, S3SD, S4PRA), and the approval date.*

Project Number: Click or tap here to enter text.

Project Approval Document: Click or tap here to enter text.

Approval Date: Click or tap here to enter text.

---

If proposal affects another department, does other department concur with proposal?

☐ Yes ☐ No

*Attach comments of affected department, signed and dated by the department director or designee.*

Prepared By: Michael Golding

Date: 01/08/2020

Reviewed By: Sheila Shoemaker

Date: 01/08/2020

Department Director: Diana Toche

Date: 01/08/2020

Agency Secretary: Ralph Diaz

Date: 01/08/2020

---

**Department of Finance Use Only**

Additional Reviews: Capital Outlay:☐     ITCU:☐     FSCU:☐     OSAE:☐
          Department of Technology:☐

PPBA: Krystal Acierto

Date submitted to the Legislature: January 10, 2020

Exhibit A-2

## A.    Budget Request Summary

The California Department of Corrections and Rehabilitation (CDCR or "the Department") and the California Correctional Health Care Services (CCHCS) request 71.0 positions and $5.9 million General Fund (GF), of which $410,000 is one-time funding, in fiscal year (FY) 2020-21, expanding to 116.0 positions and $8.4 million ongoing GF in FY 2024-25, to expand the Statewide Telepsychiatry Program (STP). This request includes funding to: provide essential staff such as telepresenters, information technology support, business operations support, and a research analyst to help optimize and improve the expanded program; and purchase telepsychiatry equipment.

## B.    Background/History

CDCR is increasing the practice of providing mental health services remotely through telepsychiatry, which has increased the Department's ability to provide constitutionally-mandated adequate mental health care. With the expansion and evolution of the use of the telepsychiatry service delivery model comes the need to ensure that the program has proper administrative structure and oversight. Similarly, the expansion requires additional and essential support staff to help optimize the program and preserve its improvements.

The *Coleman* v. *Newsom* court mandates that CDCR achieve a minimum 90 percent fill rate for psychiatric positions. Despite significant recruitment and outreach efforts, including partnering with academic programs, adjustments to pay structures, opening psychiatry to registry providers, and numerous other attempted strategies, 90 percent has remained out of reach for many years. However, telepsychiatry has improved access to consistent care providers for patients across the institutional spectrum, and hiring telepsychiatrists is bringing the Department much closer to achieving the 90 percent fill rate because telepsychiatrists are often easier to hire than on-site psychiatrists.

Through the use of telepsychiatry, CDCR has vastly improved access to mental health care by providing psychiatry providers increased access to patients at remote institutions through secure videoconferencing. The STP provides services to a wide variety of programs based upon the need and ability of on-site providers.

Over the years, the STP has expanded from three to six hubs. These are located in Diamond Bar, Elk Grove, Fresno, Rancho Cucamonga, San Quentin, and Santa Ana. The expansion of the hub sites has provided a more viable workplace setting over the hard to fill institution locations, and has served as a recruitment tool to attract more psychiatry providers to come work for CDCR.  Over the past five years, the total number of telepsychiatry contacts has expanded from just under 18,000 to over 105,000. During a similar time period, the number of telepsychiatrists has expanded steadily from 20 to

55.  CDCR anticipates expanding further to ultimately 112 telepsychiatrists over the next several years.

There are currently two Senior Psychiatrist Supervisors (Sr. Psych Spvrs.): one at Diamond Bar and one at San Quentin. There is a third position currently vacant. These staff are responsible for supervising telepsychiatry services at all six hubs. Supervisory duties include many duties that the on-site Sr. Psych Spvrs. cannot perform, such as: direct supervision of telepsychiatry staff; audiovisual equipment checks during site visits; reviewing staffing allocations between different institutions; departmental trainings to distantly-located telepsychiatry staff; Electronic Health Records System (EHRS) trainings; dissemination of policy changes and guidelines; monitoring telepsychiatrists' site visits; supervisory site visits; monitoring telepsychiatry local operating procedures at all institutions; providing feedback; managing absences; finding coverage for institutions without a consistently staffed mental health mission; participating in hiring interviews and tours for candidates; attending recruitment events and representing the Statewide Psychiatry Program; assisting with program expansion to new institutions, including telepsychiatry night shift services; monitoring the effectiveness and efficiency of the Staff Telepsychiatrists; creating expectations for standardized treatment and outcomes; and assisting with the development and implementation of quality improvement projects.

Support staff handle multiple clerical tasks, which include: on-boarding activities, analyzing timesheets, tracking and monitoring program and provider compliance; and identifying and resolving gaps when resources need to be provided.  The STP is currently budgeted for four Office Technicians who perform these tasks. The program also has one Health Program Specialist (HPS) I who assists with support and analysis and determine statewide, regional, and institutional needs, while efficiently deploying telepsychiatry equipment and services.  Currently, the STP is budgeted one Chief Psychiatrist, who is responsible for the oversight and direction of the entire program.

## Resource History

*Dollars in thousands*

| Program Budget | PY-4 | PY-3 | PY-2 | PY-1 | PY |
|---|---|---|---|---|---|
| Authorized Expenditures | 6,392 | 11,135 | 13,507 | 17,855 | 19,041 |
| Actual Expenditures | 5,967 | 10,355 | 12,592 | 17,007 | 18,516 |
| Revenues | 0 | 0 | 0 | 0 | 0 |
| Authorized Positions | 20 | 32 | 38 | 49 | 52 |
| Filled Positions | 17 | 30 | 34 | 46 | 49 |

| Program Budget | PY-4 | PY-3 | PY-2 | PY-1 | PY |
|---|---|---|---|---|---|
| Vacancies | 3 | 2 | 4 | 3 | 3 |

**Workload History**

| Workload Measure | PY - 4 | PY - 3 | PY - 2 | PY - 1 | PY | CY |
|---|---|---|---|---|---|---|
| Institutions Covered | 8 | 11 | 16 | 18 | 20 | 22 |
| Total Telepsychiatry Contacts | 17,767 | 49,308 | 63,979 | 66,282 | 82,057 | 105,033 |

## C.    State Level Considerations

Despite concerted efforts, CDCR continues to face great difficulty in hiring a sufficient number of psychiatrists that would bring the Department into compliance with the *Coleman* court mandate.  In past years, fill rates for psychiatrist positions have ranged from 70-80 percent, remaining 10 to 20 percent below the target. This psychiatric staffing deficiency has been one of the factors preventing resolution of court supervision.  The STP was developed to help bridge this gap, and through it, CDCR has improved patients' access to constitutionally adequate mental health care. CDCR believes that expanding use of the STP will better position the state to exit the *Coleman* lawsuit.

## D.    Justification

Continued use of the STP positions will better allow CDCR to achieve compliance with the *Coleman* v. *Newsom* court's staffing mandate and provide the level of mental health care that it strives to provide. CDCR has an ambitious plan to expand the STP, which it can do in part with existing resources, but expanding the STP in a way that will support its long-term success will require additional resources which this BCP requests.

Importantly, CDCR is able to redirect Staff Psychiatrists from unfilled on-site positions to telepsychiatry. In this way, the Department will be able to hire up to a total of 112 telepsychiatrists without requesting additional positions. CDCR anticipates a hiring rate of up to 20 telepsychiatrists per year for up to four years. They will be hired onto available office space at locations throughout the state. However, CDCR requires additional resources for provider, program, and technological support.

Every telepsychiatrist requires the use of a telepresenter – typically a Medical Assistant (MA) – to perform many essential duties. These include, but are not limited to: operating

the camera on the receiving end; ensuring optimal functioning of the equipment; coordinating patient movement with custody; monitoring and reporting patient information from within EHRS or the registry; taking portable telepsychiatry equipment cell-side in the event of a refusal or unplanned cancellation; assisting with forms such as the medication consent form (which must be signed annually by every patient on psychiatric medication); providing informational handouts on medication side effects or heat risks; printing and providing therapeutic homework; reporting on live characteristics of the patient (such as body odor); communicating with nursing or custody staff in the event of an emergency; obtaining vital signs (e.g., blood pressure, pulse, temperature, height, weight, waist circumference, and body mass index), monitoring the registry for deficiencies; reporting psychiatry productivity to central staff for analysis; and countless other tasks that are required for the smooth functioning of the telepsychiatry program. Without a telepresenter, telepsychiatrists cannot see a single patient. To date, these positions have been filled out of the "Temporary Help" blanket. However, telepresenters have not been provided in sufficient numbers by the receiving institutions, and the telepsychiatric mission cannot continue without these vital assistants. CDCR does not have sufficient existing resources to staff provider support positions at the requisite levels.

The speed at which events occur in the staffing and clinical landscapes requires close coordination with some kind of data analyst who is experienced and knowledgeable about the specific needs and details of the telepsychiatric system. The data analyst must be able to work closely with telepsychiatric leadership to create ongoing reports that can statistically evaluate: (1) subjective outcomes, including ongoing assessments of patient perception and treatment team member perception of telepsychiatric provision of services; (2) productivity of telepsychiatric services; (3) quality of team meeting (treatment team) visualizations of patients; and (4) quality of psychiatric treatment team participation of telepsychiatrists. This programming and analysis will help with quality improvement. They will also provide data to court monitors who need to ensure the quality of psychiatric services on an ongoing basis, as ordered by the court. Currently, the HPS I is the only analytical position to provide support to the program's Chief Psychiatrist.

While current telepsychiatry equipment allows for the provision of telepsychiatric care, the equipment needs to be improved. During individual telepsychiatry appointments, providers often struggle with poor audio and visual quality, which limits the providers' ability to provide effective evaluations of patients' mental health. As the courts increase their focus on the quality of telepsychiatry, there is increased scrutiny of the technological quality of telepsychiatry sessions. The videoconferencing technology utilized by the STP must be upgraded and properly managed.

Currently, the cameras and speakers/microphones that providers use can cause data loss during transmission to the provider side. Newer technology can "stitch" or fill-in such lost data, leading to higher fidelity audio and visual quality. It is critical that the

provider be able to obtain a high fidelity representation of the patient in order to gauge numerous important clinical details such as: pupillary dilation to assess intoxication, fine tremors or other movement disorders that can occur as a side effect to various psychiatric medications, adequacy of grooming to assess activities of daily living, seriousness of self-harm attempts (e.g. superficial scratches vs. deeper cutting requiring sutures), tattoos to assess safety concerns related to gang involvement, or other conclusions telegraphed by the patient's decision to permanently mark a particular message on their body. Additionally, it is important that the psychiatrist be properly visible to the patient to allow for the formation of therapeutic rapport and engagement with the provider despite the physical distance separating them.

These audiovisual problems are worsened during Interdisciplinary Treatment Team (IDTT) meetings where multiple members of the treatment team meet with the patient in a larger space. The current external microphone system is unable to adequately capture omnidirectional sounds which occur in such meetings, and the external camera is often either in the way of on-site staff or placed too far away from any useful image for the provider. (The Office of the Special Master has commented on this in numerous contexts.) New group conferencing technology (such as the Mini Room Kits and the Room Kits Plus) will mitigate these concerns. Webex Boards, also, are important components to promote communication between the hubs for the purposes of standardizing training, transmitting essential instructions, and promoting collaboration among the telepsychiatry staff for cross-support and coverage.

To address the continued growth of the Telepsychiatry program, CDCR and CCHCS propose additional positions be established to provide operational and managerial support (for detailed workloads for all of these positions, see Attachment A):

•       1.0 additional Health Program Specialist (HPS) I – required to assist with statewide metrics to determine statewide, regional and institutional needs, as well as efficient deployment of Telepsychiatry services.

•       1.0 Research Data Analyst (RDA) II – required to research telepsychiatric outcomes and productivity, with concomitant and ongoing statistical reporting and analysis, to be able to document the quality of telepsychiatric services.

•       1.0 IT Specialist I and 1.0 IT Specialist II, which will be allocated to CCHCS IT Division – required to support the critical telepsychiatry video conferencing equipment and services statewide. The resources will analyze, deliver, configure and support Webex boards, and room kits; as well as support the network and services required for telepsychiatry video conference sessions.

•       112.0 Medical Assistants (MAs) - required to run the camera setup at the receiving institution. These positions would be located at each of the institutions served by telepsychiatry.  As the program expands, additional institutions will be added to

roughly correspond by region to the distribution of facilities throughout the state.

Note that providing new MA positions to the STP will drive a need for additional Supervising Registered Nurse II (SRN II) positions due to staffing levels as required by the Medical Classification Model.  However, SRN II staffing will be adjusted as needed during the Fall and Spring population processes and no SRN II positions will be requested in this BCP.

In addition to the staffing described above, the STP also requires additional equipment for the program to operate effectively. This equipment is outlined below.

•      62 Cisco DX80 monitors for Individual Telepsychiatry sessions – Telepsychiatry providers require specialty teleconferencing equipment to facilitate high quality two-way videoconferencing in order establish an appropriate therapeutic rapport with patients and provide psychiatric assessments at remote distances. The request for 62 units is to provide for each site office that a telepsychiatrist serves.

•      10 Cisco Mini Room Kits and 10 Room Kits Plus for IDTT Meetings – Telepsychiatry providers require specialty teleconferencing equipment to facilitate high quality group meetings in order to participate in IDTT meetings as well as other group meetings necessary for patient care. The Mini Room Kits serve for small IDTT rooms, while larger rooms require a Room Kit Plus. Based on an informal survey of site needs and capabilities, a trial at a limited number of institutions is justified prior to requesting a full complement. Therefore 10 of each are being requested at this time.

•      2 Cisco Webex Boards for Telepsychiatry Hub Meetings – Each Telepsychiatry Hub will require specialty teleconferencing equipment to facilitate high quality teleconferencing of telepsychiatry providers between hubs. These will also allow for group clinical consultations and STP meetings for trainings and Continuing Medical Education events.

•      72 Canon Formula DRM140 Office Document Scanners – Telepsychiatry providers require scanners in order to facilitate day-to-day patient care tasks and telepsychiatry duties, including real-time tasks such as signing and completing consent forms with patients.

Detailed equipment costs can be found in Attachment B.

The STP continues to expand. It is much easier to recruit psychiatrists to telepsychiatry positions in larger population centers where they can both live and work. This also improves job satisfaction and retention for these positions, by increasing the stability of the requirements for employment. Telepsychiatrists working in major population centers

can serve patients in remote facilities with severe staffing shortages without requiring a geographic condition to be met.

# E.    Outcomes and Accountability

The expansion of telepsychiatry services will increase access to care via videoconferencing to all institutions. The requested staff and equipment will allow telepsychiatrists to provide safe, efficient and effective mental health care.  Increased provider visits both during daytime and nighttime will lead to more patients being seen on scheduled timelines, and a documentable increase in overall quality of care. With the increase in resources, it is anticipated that the number of telepsychiatry contacts will increase at a rate of roughly 1,909 encounters per provider.  In addition, these resources will help CDCR reach the 90 percent fill rate for psychiatry positions, as per court mandate.

**Projected Outcomes**

| Workload Measure | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|
| Telepsychiatry Contacts | 105,033 | 127,949 | 150,865 | 171,871 | 192,877 | 213,883 |

# F.    Analysis of All Feasible Alternatives

Alternative #1
Approve request for 71.0 positions and $5.9 million GF, of which $410,000 is one-time funding, in FY 2020-21, expanding to 116.0 positions and $8.4 million ongoing GF in FY 2024-25, to expand the STP.  This request includes funding to: provide essential staff such as telepresenters, information technology support, business operations support, and a research analyst to help optimize and improve the expanded program; and purchase telepsychiatry equipment.

Pros:
•       This will provide the appropriate support required for the anticipated expansion of telepsychiatry services, both daytime and nighttime.
•       This will lead to more patients receiving psychiatric evaluation and treatment, both during the day as well as urgent and emergent care during nighttime hours.

Cons:
•       Additional expense to the GF.

Alternative #2

Exhibit A-9

Approve 46.0 positions and $6.2 million GF, of which $1.0 million is one-time funding in FY 2020-21 and $5.1 million GF in FY 2021-22 and ongoing to provide for a partial expansion of the STP. This request includes 11.0 administrative positions and 35.0 MAs. The administrative positions are needed to provide leadership and management for day-to-day operations, oversight and support for the expanding Telepsychiatry program. These positions will include: 1.0 Chief Psychiatrist, 4.0 Senior Psychiatrist Supervisors, 1.0 HPS I, 1.0 Associate Governmental Program Analyst (AGPA), 2.0 Office Technicians (OT) - (Typing), 1.0 RDA II, and 1.0 IT Specialist I. The MA positions are needed to facilitate telepsychiatry appointments where institutional staff is most critically unavailable.

Pros:
•       This will provide a limited number of leadership individuals and support staff to allow for expansion of the Telepsychiatry program.
•       CDCR and CCHCS will still be able to provide increased psychiatry support to the state, both daytime and nighttime.
•       The fewer MA positions will still allow for expansion to most, though not all, CDCR institutions.

Cons:
•       Telepsychiatry will not be able to expand to its fullest capacity, due to lack of administrative support.
•       The telepsychiatry night shift services will need to prioritize its services to those institutions with mental health missions in order to provide nighttime services to patients who are most likely to end up in crisis, due to the lack of support staff to facilitate a full expansion.
•       Additional expense to the GF.

Alternative #3
Approve 40.0 positions and $5.8 million GF, of which $1.0 million is one-time equipment funding, in FY 2020-21, and $4.7 million in FY 2021-22 and ongoing to provide for a limited expansion of the STP. This request includes 11.0 administrative positions and 29.0 MAs. The administrative positions are needed to provide leadership and management for day-to-day operations, oversight and support for the expanding Telepsychiatry program. These positions will include: 1.0 Chief Psychiatrist, 4.0 Senior Psychiatrist Supervisors, 1.0 HPS I, 1.0 AGPA, 2.0 OT (T), 1.0 RDA II, and 1.0 IT Specialist II. The MA positions are needed to facilitate Telepsychiatry appointments where institutional staff is most critically unavailable.

Pros:
•       This will provide a limited number of leadership individuals and support staff to allow for the expansion of the Telepsychiatry program.
•       While this limits the support of the program, CDCR will still be able to provide

increased psychiatry support to the state, both daytime and nighttime.
•       The fewer MA positions will allow for some limited expansion to CDCR institutions.

Cons:
•       Lack of full oversight of expansion of the Telepsychiatry program.
•       The telepsychiatry night shift services will need to prioritize its services to those institutions with the highest need. This reduces the ability of the CDCR to provide psychiatric services to all patients during after hours, leading to a markedly increased potential for negative outcomes.
•       Additional expense to the GF.

Alternative #4
Approve 29.0 positions and $4.6 million GF, of which $1.0 million is one-time equipment funding, in FY 2020-21, and $3.6 million GF in FY 2021-22 and ongoing to support the STP.  This request includes 8.0 administrative positions and 21.0 MAs.  The administrative positions are needed to provide leadership and management of day-to-day operations, as well as oversight and support for expanding services. They will include 1.0 Chief Psychiatrist, 3.0 Senior Psychiatrist Supervisors, 1.0 HPS I, 2.0 OT (T), and 1.0 RDA II. The MA positions are needed to facilitate Telepsychiatry appointment where institutional staff is most critically unavailable.

Pros:
•       While significantly limiting, this option will provide the base number of leadership individuals, support staff, and nursing staff to allow for a very limited expansion of the Telepsychiatry program in providing daytime and nighttime services.

Cons:
•       By limiting oversight and administrative support, the Telepsychiatry program will have significantly limited ability to expand.
•       The telepsychiatry night shift services will need to prioritize its services to those institutions with the highest need. This reduces the ability of CDCR to provide psychiatric services to all patients during after hours, leading to a markedly increased potential for negative outcomes.
•       Additional expense to the GF.

## G.    Implementation Plan

Telepsychiatry continues to hire staff into available office space. CDCR expects to have additional space in Diamond Bar by the end of 2019 and in San Quentin by the end of 2021. As the available office space increases, CDCR will hire additional telepsychiatry

positions at each site. As previously mentioned, these telepsychiatrist positions do not require budgeting as the positions will be converted from existing on-site positions.

In general, the implementation plan will be as follows:
-Advertise for HPS I, Research Data Analyst, IT, and MA positions in July 2020.
-Interview for positions in July/August 2020.
-Hire positions starting August/September 2020.
-Repeat process for MA positions until fully staffed in fiscal year 2024-25.

## H.    Supplemental Information

Attachment A – Telepsychiatry Services Program Workload Analysis
Attachment B – Telepsychiatry Services Equipment Request

## I.    Recommendation

Alternative #1 - Approve request for 71.0 positions and $5.9 million GF, of which $410,00 is one-time funding, in  FY 2020-21, expanding to 116.0 positions and $8.4 million GF ongoing in FY 2024-25, to expand the STP.

Exhibit A-13

# BCP Fiscal Detail Sheet

BCP Title: Expansion of Statewide Telepsychiatry Program

BR Name: 5225-045-BCP-2020-GB

Budget Request Summary

Personal Services

| Personal Services | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| Positions - Permanent | 0.0 | 71.0 | 83.0 | 94.0 | 105.0 | 116.0 |
| **Total Positions** | **0.0** | **71.0** | **83.0** | **94.0** | **105.0** | **116.0** |
| Earnings - Permanent | 0 | 3,033 | 3,517 | 3,961 | 4,405 | 4,849 |
| **Total Salaries and Wages** | **$0** | **$3,033** | **$3,517** | **$3,961** | **$4,405** | **$4,849** |
| Total Staff Benefits | 0 | 2,021 | 2,352 | 2,656 | 2,960 | 3,264 |
| **Total Personal Services** | **$0** | **$5,054** | **$5,869** | **$6,617** | **$7,365** | **$8,113** |

Operating Expenses and Equipment

| Operating Expenses and Equipment | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| 5301 - General Expense | 0 | 25 | 29 | 32 | 35 | 38 |
| 5302 - Printing | 0 | 3 | 3 | 3 | 3 | 3 |
| 5304 - Communications | 0 | 5 | 5 | 5 | 5 | 5 |
| 5306 - Postage | 0 | 1 | 1 | 1 | 1 | 1 |
| 5320 - Travel: In-State | 0 | 25 | 28 | 31 | 34 | 37 |
| 5322 - Training | 0 | 9 | 10 | 11 | 12 | 13 |
| 5324 - Facilities Operation | 0 | 11 | 11 | 11 | 11 | 11 |
| 5340 - Consulting and Professional Services - Interdepartmental | 0 | 1 | 1 | 1 | 1 | 1 |
| 5340 - Consulting and Professional Services - External | 0 | 2 | 2 | 2 | 2 | 2 |
| 5346 - Information Technology | 0 | 410 | 55 | 55 | 55 | 55 |
| 5368 - Non-Capital Asset Purchases - Equipment | 0 | 394 | 81 | 75 | 75 | 75 |
| **Total Operating Expenses and Equipment** | **$0** | **$886** | **$226** | **$227** | **$234** | **$241** |

Exhibit A-14

## Total Budget Request

| Total Budget Request | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| **Total Budget Request** | **$0** | **$5,940** | **$6,095** | **$6,844** | **$7,599** | **$8,354** |

## Fund Summary

### Fund Source

| Fund Source | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| State Operations - 0001 - General Fund | 0 | 5,940 | 6,095 | 6,844 | 7,599 | 8,354 |
| **Total State Operations Expenditures** | **$0** | **$5,940** | **$6,095** | **$6,844** | **$7,599** | **$8,354** |
| **Total All Funds** | **$0** | **$5,940** | **$6,095** | **$6,844** | **$7,599** | **$8,354** |

## Program Summary

### Program Funding

| Program Funding | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| 4670 - Dental and Mental Health Services Administration-Adult | 0 | 243 | 239 | 239 | 239 | 239 |
| 4650012 - Medical Administration-Adult | 0 | 724 | 365 | 365 | 365 | 365 |

Exhibit A-16

| Program Funding | FY20<br>Current<br>Year | FY20<br>Budget<br>Year | FY20<br>BY+1 | FY20<br>BY+2 | FY20<br>BY+3 | FY20<br>BY+4 |
|---|---|---|---|---|---|---|
| 4660014 - Mental Health Other-Adult | 0 | 4,973 | 5,491 | 6,240 | 6,995 | 7,750 |
| **Total All Programs** | **$0** | **$5,940** | **$6,095** | **$6,844** | **$7,599** | **$8,354** |

# Personal Services Details

## Positions

| Positions | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| 1402 - Info Tech Spec I (Eff. 07-01-2020) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 1414 - Info Tech Spec II (Eff. 07-01-2020) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 5731 - Research Data Analyst II (Eff. 07-01-2020) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 7374 - Medical Assistant (Eff. 07-01-2020) | 0.0 | 67.0 | 67.0 | 67.0 | 67.0 | 67.0 |
| 7374 - Medical Assistant (Eff. 07-01-2021) | 0.0 | 0.0 | 12.0 | 12.0 | 12.0 | 12.0 |
| 7374 - Medical Assistant (Eff. 07-01-2022) | 0.0 | 0.0 | 0.0 | 11.0 | 11.0 | 11.0 |
| 7374 - Medical Assistant (Eff. 07-01-2023) | 0.0 | 0.0 | 0.0 | 0.0 | 11.0 | 11.0 |
| 7374 - Medical Assistant (Eff. 07-01-2024) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 11.0 |
| 8338 - Hlth Program Spec I (Eff. 07-01-2020) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| **Total Positions** | **0.0** | **71.0** | **83.0** | **94.0** | **105.0** | **116.0** |

## Salaries and Wages

| Salaries and Wages | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| 1402 - Info Tech Spec I (Eff. 07-01-2020) | 0 | 83 | 83 | 83 | 83 | 83 |

| Salaries and Wages | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| 1414 - Info Tech Spec II (Eff. 07-01-2020) | 0 | 98 | 98 | 98 | 98 | 98 |
| 5731 - Research Data Analyst II (Eff. 07-01-2020) | 0 | 73 | 73 | 73 | 73 | 73 |
| 7374 - Medical Assistant (Eff. 07-01-2020) | 0 | 2,703 | 2,703 | 2,703 | 2,703 | 2,703 |
| 7374 - Medical Assistant (Eff. 07-01-2021) | 0 | 0 | 484 | 484 | 484 | 484 |
| 7374 - Medical Assistant (Eff. 07-01-2022) | 0 | 0 | 0 | 444 | 444 | 444 |
| 7374 - Medical Assistant (Eff. 07-01-2023) | 0 | 0 | 0 | 0 | 444 | 444 |
| 7374 - Medical Assistant (Eff. 07-01-2024) | 0 | 0 | 0 | 0 | 0 | 444 |
| 8338 - Hlth Program Spec I (Eff. 07-01-2020) | 0 | 76 | 76 | 76 | 76 | 76 |
| **Total Salaries and Wages** | **$0** | **$3,033** | **$3,517** | **$3,961** | **$4,405** | **$4,849** |

Staff Benefits

| Staff Benefits | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| 5150450 - Medicare Taxation | 0 | 44 | 51 | 57 | 63 | 69 |
| 5150500 - OASDI | 0 | 20 | 20 | 20 | 20 | 20 |
| 5150600 - Retirement - General | 0 | 685 | 795 | 896 | 997 | 1,098 |
| 5150800 - Workers' Compensation | 0 | 118 | 137 | 155 | 173 | 191 |

Exhibit A-18

| Staff Benefits | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| 5150820 - Other Post-Employment Benefits (OPEB) Employer Contributions | 0 | 69 | 80 | 90 | 100 | 110 |
| 5150900 - Staff Benefits - Other | 0 | 1,085 | 1,269 | 1,438 | 1,607 | 1,776 |
| **Total Staff Benefits** | **$0** | **$2,021** | **$2,352** | **$2,656** | **$2,960** | **$3,264** |

## Total Personal Services

| Total Personal Services | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| **Total Personal Services** | **$0** | **$5,054** | **$5,869** | **$6,617** | **$7,365** | **$8,113** |

Exhibit A-19

# Attachment A

**California Correctional Health Care Services**
**Program Area**
**Issue: Statewide Telepsychiatry Program**

## Classification: Health Program Specialist I

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
| --- | --- | --- | --- |
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Tracking, reporting, and monitoring of telepsychiatry strategic goals. | 5.00 | 52 | 260.00 |
| Leading teams on special projects and initiatives, including expansion of night shift services, quality improvement initiatives, and other telepsychiatry service projects. | 4.00 | 52 | 208.00 |
| Monitoring, auditing, and reporting on telepsychiatry Local Operating Procedures at the institutions for adherence to telepsychiatry services. | 2.00 | 52 | 104.00 |
| Utilizing project management tools to support improvement projects in order to enhance and expand telepsychiatry services. Creating timelines, updating stakeholders on goals and benchmarks, providing logistical expertise, and designing ongoing maintenance for project sustainability. | 1.00 | 52 | 52.00 |
| Preparing reports, briefing documents, and presenting materials to Mental Health leadership and the Coleman court. | 2.00 | 52 | 104.00 |
| Conducting targeted improvement projects as telepsychiatry subject matter expert on telepsychiatry scheduling, mental health services logistics, and expansion initiatives. | 2.50 | 52 | 130.00 |
| Providing detailed statistical analysis reports, feasibility studies and proposals in support of institution improvement projects. | 2.50 | 52 | 130.00 |
| Conducting complex and detailed data analysis of telepsychiatry services performance and outcome measures. | 2.50 | 52 | 130.00 |
| Producing and tracking measures to determine efficacy of expansion initiatives and making recommendations for future expansion of new initiatives. | 1.00 | 52 | 52.00 |

# Attachment A

| | | | |
|---|---|---|---|
| Assisting in development of statewide policies and procedures for telepsychiatry services. | 1.00 | 52 | 52.00 |
| Attend all telepsychiatry staff meetings | 2.00 | 52 | 104.00 |
| Attending internal and external training courses. | 7.00 | 51 | 357.00 |
| Traveling to institutions to assist assessment of current and future telepsychiatry services. | 7.50 | 52 | 390.00 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **2,073.00** |
| **TOTAL POSITIONS PROJECTED** | | | **1.17** |

# Attachment A

**California Correctional Health Care Services**
**Issue: Statewide Telepsychiatry Program**

**Classification: Information Technology Specialist II**

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Supporting network connectivity. | 0.75 | 100 | 75.00 |
| Procuring telehealth equipment and peripherals. | 5.00 | 12 | 60.00 |
| Receiving and configuring equipment. | 10.00 | 15 | 150.00 |
| Managing accounts. | 0.25 | 75 | 18.75 |
| Developing work plans, proposals, and reporting. | 5.00 | 5 | 25.00 |
| Providing special services to customers and other department units. | 3.00 | 4 | 12.00 |
| Troubleshooting equipment and malfunctions. | 0.75 | 1,000 | 750.00 |
| Conducting basic training. | 0.50 | 50 | 25.00 |
| Conducting detailed trainings. | 2.00 | 2 | 4.00 |
| Testing network and telehealth peripherals. | 0.25 | 280 | 70.00 |
| Managing software. | 0.25 | 50 | 12.50 |
| Managing hardware. | 0.50 | 110 | 55.00 |
| Deploying telehealth equipment (Region 1). | 5.50 | 6 | 33.00 |
| Deploying telehealth equipment (Region 2). | 12.00 | 6 | 72.00 |
| Deploying telehealth equipment (Region 3). | 12.00 | 10 | 120.00 |
| Deploying telehealth equipment (Region 4). | 22.00 | 7 | 154.00 |
| Documenting. | 1.00 | 38 | 38.00 |
| Managing assets (general duties). | 0.25 | 250 | 62.50 |
| Answering incoming calls. | 0.20 | 400 | 80.00 |
| Creating, moving, and updating Solution Center tickets. | 0.15 | 750 | 112.50 |
| Supporting telehealth disaster recovery system. | 2.00 | 2 | 4.00 |
| Provisioning. | 0.25 | 30 | 7.50 |
| Researching products. | 4.00 | 15 | 60.00 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **2,000.75** |
| **TOTAL POSITIONS PROJECTED** | | | **1.13** |

# Attachment A

**California Correctional Health Care Services**
**Issue: Statewide Telepsychiatry Program**

**Classification: Information Technology Specialist I**

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
| --- | --- | --- | --- |
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Connecting network. | 0.75 | 100 | 75.00 |
| Managing account. | 0.25 | 75 | 18.75 |
| Procuring telehealth equipment and peripherals. | 3.00 | 5 | 15.00 |
| Developing work plans, proposals, and reporting. | 5.00 | 5 | 25.00 |
| Providing special services to customers and other department units. | 3.00 | 4 | 12.00 |
| Troubleshooting equipment and malfunction. | 0.75 | 1,185 | 888.75 |
| Conducting basic training. | 0.50 | 50 | 25.00 |
| Conducting detailed training. | 2.00 | 2 | 4.00 |
| Testing network and telehealth peripherals. | 0.25 | 200 | 50.00 |
| Managing software. | 0.25 | 50 | 12.50 |
| Managing hardware. | 0.50 | 110 | 55.00 |
| Deploying telehealth equipment (Region 1). | 5.50 | 4 | 22.00 |
| Deploying telehealth equipment (Region 2). | 12.00 | 4 | 48.00 |
| Deploying telehealth equipment (Region 3). | 12.00 | 8 | 96.00 |
| Deploying telehealth equipment (Region 4). | 22.00 | 5 | 110.00 |
| Documenting. | 1.00 | 38 | 38.00 |
| Managing assets (general duties). | 0.25 | 300 | 75.00 |
| Answering incoming calls. | 0.20 | 500 | 100.00 |
| Creating, moving, and updating Solution Center Tickets. | 0.15 | 1,000 | 150.00 |
| Provisioning. | 0.25 | 30 | 7.50 |
| Researching products. | 3.00 | 10 | 30.00 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **1,857.50** |
| **TOTAL POSITIONS PROJECTED** | | | **1.05** |

# Attachment A

**California Correctional Health Care Services**
**Program Area**
**Issue: Statewide Telepsychiatry Program**

| **Classification: Research Data Analyst II** | | | |
|---|---|---|---|
| | **PROJECTED ONGOING WORKLOAD** | | |
| **ACTIVITY TASK** | **HOURS TO COMPLETE TASK** | **NUMBER OF TASKS PER YEAR** | **NUMBER OF HOURS PER YEAR** |
| Developing and writing programs to track and analyze telepyschiatry productivity. | 8.00 | 25 | 200.00 |
| Developing program tools to assess with utilization and allocation of telepsychiatry resources. | 8.00 | 25 | 200.00 |
| Providing statistical analysis and generating reports on clinical equivalence of telepsychiatry versus onsite psychiatry. | 4.00 | 50 | 200.00 |
| Creating programs that track, analyze, and generate reports submitted to the courts on technical quality of telepsychiatry. | 8.00 | 25 | 200.00 |
| Creating programs that track, analyze, and generate reports submitted to the courts on the participation of telepsychiatry in Interdisciplinary Treatment Team meetings. | 8.00 | 25 | 200.00 |
| Developing both qualitative and quantitative measures of telepsychiatry versus onsite psychiatry. | 4.00 | 100 | 400.00 |
| Coordinating the creation of reports submitted to the court. | 2.00 | 150 | 300.00 |
| Organizing and strategizing for upcoming telepsychiatry needs. | 0.50 | 50 | 25.00 |
| Designing, planning, and implementing quality improvement projects on data gathering and reporting. | 2.00 | 30 | 60.00 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **1,785.00** |
| **TOTAL POSITIONS PROJECTED** | | | **1.01** |

# Attachment A

**California Correctional Health Care Services**
**Program Area**
**Issue: Statewide Telepsychiatry Program**

## Classification:  Medical Assistant

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Facilitating telepsychiatry encounters via videoconferencing (while telepsychiatrist is doing initial assessment and Suicide Risk Assessment and Self-Harm Evaluation). | 4.00 | 29,120.00 | 116,480.00 |
| Conducting initial observations and recording patient's condition; then reporting findings to Telepsychiatrist. | 0.40 | 29,120.00 | 11,648.00 |
| Observing patient behavior during and after encounter with telepsychiatry and reporting to Telepsychiatrist. | 0.25 | 29,120.00 | 7,280.00 |
| Documentating clinical observations in chart (including obtaining vital signs, height, weight). | 0.60 | 29,120.00 | 17,472.00 |
| Training (telepresenting). | 35.00 | 0.50 | 17.50 |
| Training (Basic Life Support). | 140.00 | 0.50 | 70.00 |
| Training (On-site Annual Block Training /non-custody: mandatory). | 840.00 | 1.00 | 840.00 |
| Training (Learning Management System/non-custody Annual Block Training: mandatory). | 280.00 | 1.00 | 280.00 |
| Training (Learning Management System/on-the-job-training: mandatory). | 35.00 | 12.00 | 420.00 |
| Administering basic life support in emergency situations. | 4.00 | 0.50 | 2.00 |
| Collaborating with Telepsychiatrist on facilitating appropriate treatment to patient. | 0.35 | 29,120.00 | 10,192.00 |
| Testing to ensure telepsychiatry equipment is in working condition at beginning of every shift. | 0.25 | 29,120.00 | 7,280.00 |
| Collaborating with local nursing staff to meet clinical needs of the patient (including beginning & end of shift sign-outs). | 0.25 | 29,120.00 | 7,280.00 |
| Assisting patient with physical care, including activities of daily living, ensuring patient safety. | 0.40 | 29,120.00 | 11,648.00 |
| Monitor patient on suicide watch until appropriate relief arrives and documents all activities related to the suicide watch assignments. | 8.00 | 1,000.00 | 8,000.00 |
| Contacting local staff in the event of emergency issues, and transferring appropriate clinical information and documentation. | 0.40 | 2,000.00 | 800.00 |
| TOTAL HOURS PROJECTED ANNUALLY | | | 199,709.50 |

# Attachment A

| | |
|---|---|
| **TOTAL POSITIONS PROJECTED** | **112.45** |

**Telepsychiatry Services Equipment Request**
**Attachment B**

| Item | Quantity | Unit Cost | One-Time Purchase Cost | Ongoing Annual Cost (Beginning 2021-22) |
|---|---|---|---|---|
| Cisco DX80 Monitors | 62 | $2,500 | $155,000 | $31,000 |
| Cisco Mini Room Kits | 10 | $8,500 | $85,000 | $9,687 |
| Cisco Room Kits Plus | 10 | $9,000 | $90,000 | $9,687 |
| Cisco Webex Boards 70" | 2 | $10,000 | $20,000 | $5,000 |
| Canon Formula DR-M140 Office Document Scanner | 72 | $840 | $60,480 | $0 |
| | | **Total** | **$410,480** | **$55,374** |