ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-4431
  Fax: (415) 703-5843
  E-mail: Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
DAVID C. CASARRUBIAS, State Bar No. 321994
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>          Plaintiffs,<br><br>  **v.**<br><br>**GAVIN NEWSOM, et al.,**<br><br>          Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

   Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) file the attached reports capturing data concerning patient census, waitlists, and compliance with transfer timelines for inpatient mental health care in compliance with the Court's October 13, 2015 order. (ECF No. 5367.) Attached are letters from CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's May 19, 2017 order (ECF No. 5610): (1) DSH CDCR Patient Census and Waitlist Report (Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted February 1 Through February 28, 2023 Who Waited Beyond Program Guide Timelines (Exhibit

1

Defs.' Census, Waitlists, and Transfer Timelines Compliance Reports (2:90-cv-00520 KJM-DB (PC))

B); (3); CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of February 27, 2023 (Exhibit C); (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of February 27, 2023 (Exhibit D); (5) Psychiatric Inpatient Programs Census Report as of 2/27/23 (Exhibit E); and (6) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in February 2023 (Exhibit F).

The current compliance report at Exhibit F shows that of the 159 patients admitted to inpatient programs in February 2023, 30 patients transferred beyond Program Guide timelines, including one patient whose transfer was delayed by fifteen days due to a medical hold; the patient was ultimately transferred one day over Program Guide timeframes. As reflected in the attached letter from CDCR, CDCR continues to monitor the inpatient transfer timelines and exceptions, and will continue to review this information with the Special Master in Work Groups and with other stakeholders in various settings.

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 5367 and ECF No. 5610.

Dated: March 15, 2023                                   Respectfully submitted,

                                                        ROB BONTA
                                                        Attorney General of California
                                                        DAMON MCCLAIN
                                                        Supervising Deputy Attorney General


                                                        /s/ *Namrata Kotwani*
                                                        Namrata Kotwani
                                                        Deputy Attorney General
                                                        *Attorneys for Defendants*

State of California – Department of State Hospitals                    Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



March 15, 2023

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

The California Department of State Hospitals (DSH) submits its monthly information on
patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental
health care.

The DSH CDCR Patient Census and Waitlist Report—as of February 27, 2023—is
attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report,
Patients Admitted February 1, 2023 through February 28, 2023 Who Waited Beyond
Program Guide Timelines, is attached as Exhibit B.  These reports are based on data
from the DSH Bed Utilization Management Report.

The report attached as Exhibit A reflects data collected at a single point in time and, as a
result, should not be used for purposes outside of that report.  The report attached as
Exhibit B is the compliance report from DSH, which includes requested compliance data
for all DSH level-of-care referrals admitted to inpatient care in February 2023, for any
inmate-patient who waited beyond the timelines specified in the Mental Health Services
Delivery System Program Guide (2009 Revision) at 12-1-16.

19362599.2

March 15, 2023
Page Two

DSH records show that, as of February 28, 2023, there were no patients waiting beyond Program Guide transfer timelines.  Exhibit B shows that no patients were admitted to DSH Intermediate Care in February 2023 beyond Program Guide transfer timelines.  The supplemental report on DSH's pending waitlist, which was provided to the Special Master and Plaintiffs via e-mail, also shows that no patients were admitted to DSH in February 2023 beyond Program Guide transfer timelines.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

19362599.2

# EXHIBIT A

State of California

DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Research Evaluation and Data Insights

1215 O Street

Sacramento, CA 95814

GAVIN NEWSOM, Governor

Case 2:20-cv-01520-KJM-SCR     Document 7762     Filed 03/15/23     Page 6 of 23

## DSH CDCR Patient Census and Waitlist Report

Data as of: 2/27/2023

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | - | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (Includes 0 Waiting >10 Days) |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 58 | 0 | 0 | 0 | 198 | 6 | 2 | 1 | 9 |
| Coalinga | 50 | 27 | 0 | 0 | 0 | 23 | | | | |
| Total | 306 | 85 | 0 | 0 | 0 | 221 | 6 | 2 | 1 | (Includes 0 Waiting >30 Days) |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 2 | 0 | 0 | 0 | 27 | 0 | 0 | 0 | 0 |
| Total | 30 | 2 | 0 | 0 | 0 | 27 | 0 | 0 | 0 | (Includes 0 Waiting >30 Days) |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

# EXHIBIT B

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Research Evaluation and Data Insights

1215 O Street

Sacramento, CA 95814



### DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted February 1 through February 28, 2023 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[3]Including patients admitted who waited greater than 30 days from the referral received date to DSH for a change in level of care.

[4]Includes the total number of days admitted patients waited beyond 30 days from the referral received date to DSH for a change in level of care.

State of California

DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Research Evaluation and Data Insights

1215 O Street

Sacramento, CA 95814

GAVIN NEWSOM, Governor

Case ...-KJM-SCR    Document 7762    Filed 03/15/23    Page 9 of 23

**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted February 1 through February 28, 2023 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| No patients admitted with wait times exceeding 30 days | | | | | | | | |
| Total Number of Patients Waiting Over 30 Days | 0 | Total Number of Days All Patients | 0 | 0 | 0 | 0 | 0 | - |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



March 15, 2023

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report, as of February 27, 2023, is attached as Exhibit C, the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report, as of February 27, 2023, is attached as Exhibit D, the Psychiatric Inpatient Programs Census Report, as of February 27, 2023, is attached as Exhibit E, and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in February 2023 is attached as Exhibit F. These reports are generated using data from CDCR's tracking software and the Referrals to Inpatient Programs Application.

The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.

The reports attached as Exhibit F are compliance reports from CDCR, which include requested compliance data for all referrals admitted to inpatient care in February 2023, and the identification of inmate-patients who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16. Exhibit F identifies those patients who transferred to an inpatient program beyond Program Guide timelines.

Since January 27, 2022, CDCR has been safely reopening the units in the California Health Care Facility's (CHCF) PIP. The PIP is operating at 70% capacity, with 360 of 514 beds available for use. Also, as I have indicated in my regular reports to the Court, the California Medical Facility's (CMF) PIP is operating with beds offline. As of February 28, 2023, the CMF PIP was operating at 88% capacity with 347 of 396 beds available (eight beds were previously offline in the locked dorms for social distancing and remain offline due to staffing; on October 27, 2022, 16 beds in the ICF standalone unit, previously offline for a retrofit project, were designated as COVID-19 isolation cells due to additional COVID-19 cases in the PIP, 16 additional cells are offline for COVID-19 quarantine; and nine APP beds are offline due to staffing). Finally, the SVPP PIP is operating at 97% capacity with 238 of 246 beds available and

February 15, 2023
Page 2

8 beds offline as of February 7, 2023 for the ADA retrofit project.

     While CDCR continues its work to address the effects of COVID-19 and to improve its bed capacity in the PIPs, it will continue to closely monitor inpatient referrals and admissions, and track all exceptions in detail and review this information with the Special Master in workgroups and with other stakeholders in various settings.

Sincerely,

/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

# EXHIBIT C

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 201 | 87 | 1 | 2 | 7 | 104 | | | | |
| California Medical Facility (CMF) | 218 | 202 | 4 | 2 | 0 | 10 | | | | |
| **Total** | **419** | **289** | **5** | **4** | **7** | **114** | **7** | **3** | **10** | **0** |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | 0 | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 64 | 30 | 2 | 0 | 0 | 32 | | | | |
| **Total** | **64** | **30** | **2** | **0** | **0** | **32** | **2** | **0** | **2** | **0** |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 331 | 254 | 5 | 1 | 11 | 60 | | | | |
| CMF Multi Cell | 20 | 18 | 2 | 0 | 0 | 0 | | | | |
| CMF Single Cell | 94 | 62 | 0 | 0 | 0 | 32 | | | | |
| SVSP Multi Cell | 44 | 39 | 3 | 0 | 0 | 2 | | | | |
| SVSP Single Cell | 202 | 189 | 4 | 8 | 0 | 1 | | | | |
| **Total** | **691** | **562** | **14** | **9** | **11** | **95** | **121** | **4** | **125** | **32** |

| MALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CSP, San Quentin (Condemned) | 40 | 18 | 0 | 0 | 0 | 22 | | | | | |
| CSP, San Quentin (Non-Condemned) | N/A | 13 | 2 | 0 | 0 | -15 | | | | | |
| MH Flex Institutions(s)/Program(s)[6] | 12 | 9 | 0 | 0 | 0 | 3 | | | | | |
| **Total** | **52** | **40** | **2** | **0** | **0** | **10** | **2** | **0** | **2** | **0** | **0** |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 32 | 3 | 0 | 0 | 10 | | | | | |
| **Total** | **45** | **32** | **3** | **0** | **0** | **10** | **4** | **1** | **5** | **0** | **0** |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTALS - ALL PIPs** | **1271** | **953** | **26** | **13** | **18** | **261** | **136** | **8** | **144** | **0** | **32** |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient requiring APP or ICF level of care. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

[6] MH Beds flexed to Acute and/or ICF at insitutions that do not have a PIP program.

*There are 32 ICF referrals, waiting greater than 30 days, with 1 referral pending an Out to Hospital exception and 2 referrals pending Medical Hold exceptions.

# EXHIBIT D

**CDCR Mental Health Crisis Bed**
***Coleman*** **Patient Census and Waitlist Report as of**
**February 27, 2023**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 377 | 232 | 11 | 134 | 31 | 31 | 2 |
| Female Programs | 41 | 18 | 2 | 21 | 1 | 1 | 0 |
| **Totals** | **418** | **250** | **13** | **155** | **32** | **32** | **2** |

Data Source: HCPOP Endorsements and Referrals Tracking (HEART)                    CCHCS, Corrections Services, Compliance & Reporting Unit

# EXHIBIT E

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 02/27/2023**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 1 |
| | | Level I: | 20 |
| | | Level II: | 57 |
| | | Level III: | 24 |
| | | Level IV: | 100 |
| | | **Total Census:** | **202** |
| PIP-Stockton | 201 | No Score: | 3 |
| | | Level I: | 2 |
| | | Level II: | 20 |
| | | Level III: | 7 |
| | | Level IV: | 55 |
| | | **Total Census:** | **87** |
| **Totals for Male Acute** | **419** | | **289** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 331 | No Score: | 2 |
| | | Level I: | 4 |
| | | Level II: | 36 |
| | | Level III: | 25 |
| | | Level IV: | 187 |
| | | **Total Census:** | **254** |
| | | *Total out of LRH:* | *90* |
| PIP-Vacaville | 94 | No Score: | 0 |
| | | Level I: | 3 |
| | | Level II: | 20 |
| | | Level III: | 5 |
| | | Level IV: | 34 |
| | | **Total Census:** | **62** |
| | | *Total out of LRH:* | *28* |
| PIP-Vacaville Multi-person Cells | 20 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 3 |
| | | Level III: | 2 |
| | | Level IV: | 12 |
| | | **Total Census:** | **18** |
| | | *Total out of LRH:* | *13* |
| PIP-Salinas Valley | 202 | No Score: | 3 |
| | | Level I: | 2 |
| | | Level II: | 25 |
| | | Level III: | 27 |
| | | Level IV: | 132 |
| | | **Total Census:** | **189** |
| | | PC 1370: | 9 |
| | | WIC 7301: | 1 |
| | | *Total out of LRH:* | *66* |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

Monday, 2/27/2023
Time: 04:30 PM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 02/27/2023**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 14 |
| | | Level III: | 2 |
| | | Level IV: | 23 |
| | | **Total Census:** | **39** |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *28* |
| **Totals for Male ICF High Custody** | **691** | | **562** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 64 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 15 |
| | | Level III: | 4 |
| | | Level IV: | 10 |
| | | **Total Census:** | **30** |
| | | *Total out of LRH:* | *15* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 4 |
| | | Level II: | 38 |
| | | Level III: | 5 |
| | | Level IV: | 11 |
| | | **Total Census:** | **58** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 21 |
| | | Level III: | 0 |
| | | Level IV: | 6 |
| | | **Total Census:** | **27** |
| **Totals for Male ICF Low Custody** | **370** | | **115** |
| **Male Programs** | | | |
| PIP-San Quentin | 40 | **Total Census:** | **18** |
| PIP-San Quentin Non-Condemned | N/A | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 3 |
| | | Level III: | 1 |
| | | Level IV: | 8 |
| | | **Total Census:** | **13** |
| MH Flex Institution(s)/ Program(s) | 12 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 2 |
| | | Level III: | 2 |
| | | Level IV: | 4 |
| | | **Total Census:** | **9** |
| **Totals for Male ICF/Acute** | **52** | | **40** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

Monday, 2/27/2023
Time: 04:30 PM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 02/27/2023**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 2 |
| | | Level III: | 0 |
| | | Level IV: | 1 |
| | | **Total Census:** | **3** |
| PIP-California Institution for Women | 45 | No Score: | 3 |
| | | Level I: | 4 |
| | | Level II: | 6 |
| | | Level III: | 5 |
| | | Level IV: | 14 |
| | | **Total Census:** | **32** |
| | | *Total out of LRH:* | *9* |
| **Totals for Female ICF/Acute** | **75** | | 35 |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1607** | | **1041** |

❖ **Bed Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Program:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **MH Flex Institution(s)/Program(s):** MH beds flexed to Acute and/or ICF at institutions that do not have a PIP program.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

# EXHIBIT F

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN FEBRUARY 2023 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 104 | 49 | 30 | 25 | 1 | 30 | 474 |
| Acute (APP) | 84 | 80 | 0 | 4 | 0 | 0 | 0 |
| TOTALS | 188 | 129 | 30 | 29 | 1 | 30 | 474 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP.  Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, patients on medical or Vitek holds and/or other approved operational circumstances.

DETAIL OF ICF OUT OF COMPLIANCE

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date | HCPOP Endorsement Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CHCF | ▮ | ▮ | APP | 1/12/2023 | 1/18/2023 | 1/18/2023 | Multi Person Cell | 01/18/2023 | ICF-High: CHCF | 01/18/2023 10:26:00 | ICF-High: CHCF |
|  |  |  |  |  |  |  |  | Unlocked Dorms | 01/17/2023 | ICF-High: VPP (Multi) | 01/17/2023 15:07:00 | ICF-High: CHCF |
| ICF | CHCF |  |  | APP | 1/10/2023 | 1/17/2023 | 1/17/2023 | Unlocked Dorms | 01/18/2023 | ICF-High: CHCF | 01/18/2023 10:44:00 | ICF-High: CHCF |
| ICF | CMF |  |  | APP | 1/12/2023 | 1/17/2023 | 1/17/2023 | Single Cell | 01/17/2023 | ICF-High: VPP (Single) | 01/17/2023 14:55:00 | ICF-High: VPP (Single) |
| ICF | KVSP |  |  | EOP-SNY | 1/11/2023 | 1/13/2023 | 1/13/2023 | Multi Person Cell | 02/22/2023 | ICF-High: VPP (Single) | 02/22/2023 12:19:00 | ICF-High: VPP (Single) |
| ICF | MCSP |  |  | EOP-ASU | 1/11/2023 | 1/13/2023 | 1/13/2023 | Single Cell | 01/13/2023 | ICF-High: VPP (Single) | 01/13/2023 13:21:00 | ICF-High: VPP (Single) |
| ICF | CHCF |  |  | APP | 1/11/2023 | 1/12/2023 | 1/12/2023 | Multi Person Cell | 02/22/2023 | ICF-High: SVPP (Single) | 02/22/2023 13:41:00 | ICF-High: SVPP (Single) |
| ICF | CHCF |  |  | APP | 1/10/2023 | 1/11/2023 | 1/11/2023 | Single Cell | 01/11/2023 | ICF-High: CHCF | 02/21/2023 11:35:00 | ICF-High: CHCF |
| ICF | SATF |  |  | MHCB | 12/29/2022 | 1/11/2023 | 1/11/2023 | Single Cell | 01/11/2023 | ICF-High: SVPP (Single) | 02/21/2023 10:30:00 | ICF-High: SVPP (Single) |
|  |  |  |  |  |  |  |  | Unlocked Dorms | 01/10/2023 | ICF-High: CHCF | 01/10/2023 12:03:00 |  |
| ICF | CHCF |  |  | APP | 1/6/2023 | 1/10/2023 | 1/10/2023 | Single Cell | 02/21/2023 | ICF-High: CHCF | 02/21/2023 12:11:00 | ICF-High: CHCF |
| ICF | SATF |  |  | MHCB | 11/29/2022 | 1/5/2023 | 1/6/2023 | Multi Person Cell | 01/06/2023 | ICF-High: SVPP (Single) | 02/17/2023 10:05:00 | ICF-High: SVPP (Single) |
| ICF | KVSP |  |  | EOP-SNY | 1/4/2023 | 1/5/2023 | 1/5/2023 | Locked Dorms | 02/17/2023 | ICF-High: CHCF | 02/17/2023 11:41:00 | ICF-High: CHCF |
| ICF | SAC |  |  | EOP-SHU/PSU | 12/22/2022 | 1/5/2023 | 1/5/2023 | Single Cell | 01/05/2023 | ICF-High: CHCF | 02/16/2023 15:31:00 | ICF-High: CHCF |
| ICF | KVSP |  |  | EOP-SNY | 1/4/2023 | 1/5/2023 | 1/5/2023 | Single Cell | 02/17/2023 | ICF-High: CHCF | 02/17/2023 11:02:00 | ICF-High: CHCF |
| ICF | COR |  |  | EOP-SNY | 1/4/2023 | 1/5/2023 | 1/5/2023 | Single Cell | 02/17/2023 | ICF-High: CHCF | 01/05/2023 15:31:00 | ICF-High: CHCF |
| ICF | CMF |  |  | APP | 12/29/2022 | 1/3/2023 | 1/3/2023 | Single Cell | 01/03/2023 | ICF-High: CHCF | 02/09/2023 11:02:00 | ICF-High: CHCF |
| ICF | CHCF |  |  | EOP-GP | 12/8/2022 | 1/3/2023 | 1/3/2023 | Single Cell | 01/03/2023 | ICF-High: CHCF | 01/03/2023 15:14:00 | ICF-High: CHCF |
| ICF | SAC |  |  | MHCB | 12/30/2022 | 1/3/2023 | 1/3/2023 | Single Cell | 02/16/2023 | ICF-High: SVPP (Single) | 02/16/2023 00:00:00 | ICF-High: SVPP (Single) |
| ICF | SATF |  |  | MHCB | 12/29/2022 | 12/30/2022 | 1/3/2023 | Unlocked Dorms | 02/15/2023 | ICF-High: CHCF | 02/15/2023 13:17:00 | ICF-High: CHCF |
| ICF | CMC |  |  | MHCB | 12/27/2022 | 12/29/2022 | 12/29/2022 | Single Cell | 02/09/2023 | ICF-High: CHCF | 02/09/2023 10:31:00 | ICF-High: CHCF |
| ICF | SAC |  |  | MHCB | 12/21/2022 | 12/29/2022 | 12/29/2022 | Single Cell | 12/29/2022 | ICF-High: CHCF | 02/09/2023 11:34:00 | ICF-High: CHCF |
| ICF | CMF |  |  | MHCB | 12/23/2022 | 12/28/2022 | 12/28/2022 | Unlocked Dorms | 02/15/2023 | ICF-High: VPP (Single) | 02/15/2023 14:03:00 | ICF-High: VPP (Single) |
|  |  |  |  |  |  |  |  | Unlocked Dorms | 12/28/2022 | ICF-High: CHCF | 12/28/2022 13:57:00 | ICF-High: CHCF |
| ICF | SATF |  |  | EOP-GP | 12/8/2022 | 12/28/2022 | 2/16/2023 | Unlocked Dorms | 02/16/2023 | ICF-Dorms: ASH | 02/16/2023 15:48:00 | ICF-Dorms: ASH |
| ICF | SAC |  |  | MHCB | 12/28/2022 | 12/28/2022 | 12/28/2022 | Unlocked Dorms | 12/28/2022 | ICF-High: CHCF | 02/13/2023 12:31:00 | ICF-High: CHCF |
| ICF | CIM |  |  | MHCB | 12/21/2022 | 12/27/2022 | 12/27/2022 | Unlocked Dorms | 02/07/2023 | ICF-High: CHCF | 02/07/2023 09:49:00 | ICF-High: VPP (Single) |
| ICF | CHCF |  |  | APP | 12/20/2022 | 12/27/2022 | 12/27/2022 | Multi Person Cell | 02/16/2023 | ICF-High: SVPP (Single) | 02/16/2023 00:40:00 | ICF-High: SVPP (Single) |
| ICF | CHCF |  |  | MHCB | 12/20/2022 | 12/23/2022 | 12/23/2022 | Unlocked Dorms | 12/23/2022 | ICF-High: VPP (Multi) | 12/23/2022 13:56:00 | ICF-High: VPP (Multi) |
| ICF | CHCF |  |  | MHCB | 12/22/2022 | 12/23/2022 | 12/23/2022 | Single Cell | 12/23/2022 | ICF-High: CHCF | 02/08/2023 11:22:00 | ICF-High: CHCF |
| ICF | CHCF |  |  | APP | 12/22/2022 | 12/23/2022 | 12/23/2022 | Single Cell | 01/02/2023 | ICF-High: CHCF | 02/02/2023 00:15:00 | ICF-High: CHCF |
| ICF | CHCF |  |  | APP | 12/15/2022 | 12/21/2022 | 12/21/2022 | Multi Person Cell | 01/31/2023 | ICF-High: CHCF | 01/31/2023 09:51:00 | ICF-High: CHCF |
| ICF | SVSP |  |  | EOP-GP | 12/8/2022 | 12/21/2022 | 12/21/2022 | Locked Dorms | 01/30/2023 | ICF-High: CHCF | 01/30/2023 11:26:00 | ICF-High: CHCF |

DETAIL OF ICF OUT OF COMPLIANCE

| HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|
| 02/27/2023 09:28 00 | ICF-High: CHCF | 02/27/2023 | ICF-High: CHCF | 02/27/2023 20:34:00 | | Admitted | 40 | N | 10 |
| | | | | | | | | | |
| 02/24/2023 10:33 00 | ICF-High: CHCF | 02/27/2023 | ICF-High: CHCF | 02/27/2023 11:17:00 | | Admitted | 41 | N | 11 |
| 02/23/2023 10:19 00 | ICF-High: VPP (Single) | 02/23/2023 | ICF-High: VPP (Single) | 02/24/2023 09:49:00 | | Admitted | 38 | N | 8 |
| 02/22/2023 12:17 00 | ICF-High: VPP (Single) | 02/23/2023 | ICF-High: VPP (Single) | 02/24/2023 15:44:00 | | Admitted | 42 | N | 12 |
| 02/22/2023 13:15 00 | ICF-High: VPP (Single) | 02/23/2023 | ICF-High: VPP (Single) | 02/24/2023 11:34:00 | | Admitted | 42 | N | 12 |
| 02/22/2023 13:41 00 | ICF-High: SVPP (Single) | 02/23/2023 | ICF-High: SVPP (Single) | 02/24/2023 12:00:00 | | Admitted | 43 | N | 13 |
| 02/21/2023 11:35 00 | ICF-High: CHCF | 02/22/2023 | ICF-High: CHCF | 02/22/2023 14:21:00 | | Admitted | 42 | N | 12 |
| 02/21/2023 10:30 00 | ICF-High: SVPP (Single) | 02/23/2023 | ICF-High: SVPP (Single) | 02/28/2023 14:40:00 | | Admitted | 48 | N | 18 |
| | | | | | | | | | |
| 02/21/2023 12:11 00 | ICF-High: CHCF | 02/22/2023 | ICF-High: CHCF | 02/22/2023 13:07:00 | | Admitted | 43 | N | 13 |
| 02/17/2023 10 05 00 | ICF-High: SVPP (Single) | 02/22/2023 | ICF-High: SVPP (Single) | 02/24/2023 14:22:00 | | Admitted | 50 | N | 20 |
| 02/17/2023 11:41 00 | ICF-High: CHCF | 02/21/2023 | ICF-High: CHCF | 02/22/2023 14:55:00 | | Admitted | 48 | N | 18 |
| 02/16/2023 15:31 00 | ICF-High: CHCF | 02/17/2023 | ICF-High: CHCF | 02/21/2023 14:37:00 | | Admitted | 47 | N | 17 |
| 02/17/2023 11 02 00 | ICF-High: CHCF | 02/21/2023 | ICF-High: CHCF | 02/22/2023 15:09:00 | | Admitted | 48 | N | 18 |
| 02/17/2023 09:41 00 | ICF-High: CHCF | 02/21/2023 | ICF-High: CHCF | 02/22/2023 15:13:00 | | Admitted | 48 | N | 18 |
| 02/09/2023 11 02 00 | ICF-High: CHCF | 02/13/2023 | ICF-High: CHCF | 02/14/2023 12:46:00 | | Admitted | 42 | N | 12 |
| 02/09/2023 10 06 00 | ICF-High: CHCF | 02/13/2023 | ICF-High: CHCF | 02/13/2023 18:37:00 | | Admitted | 41 | N | 11 |
| 02/16/2023 12 00 00 | ICF-High: SVPP (Single) | 02/17/2023 | ICF-High: SVPP (Single) | 02/21/2023 11:48:00 | | Admitted | 49 | N | 19 |
| 02/15/2023 13:17 00 | ICF-High: CHCF | 02/17/2023 | ICF-High: CHCF | 02/21/2023 12:42:00 | | Admitted | 53 | N | 23 |
| 02/09/2023 10:31 00 | ICF-High: CHCF | 02/13/2023 | ICF-High: CHCF | 02/14/2023 14:31:00 | | Admitted | 47 | N | 17 |
| 02/09/2023 11:34 00 | ICF-High: CHCF | 02/10/2023 | ICF-High: CHCF | 02/14/2023 14:33:00 | | Admitted | 47 | N | 17 |
| 02/15/2023 14 03 00 | ICF-High: VPP (Single) | 02/16/2023 | ICF-High: VPP (Single) | 02/17/2023 10:26:00 | | Admitted | 51 | N | 21 |
| 02/15/2023 12:14:00 | | | | | | | | | |
| 02/16/2023 15:48:00 | ICF-Dorms: ASH | 02/23/2023 | ICF-Dorms: ASH | 02/24/2023 12:17:00 | | Admitted | 58 | N | 28 |
| 02/13/2023 12:31 00 | ICF-High: CHCF | 02/14/2023 | ICF-High: CHCF | 02/15/2023 16:00:00 | | Admitted | 49 | N | 19 |
| 02/07/2023 09 59 00 | ICF-High: VPP (Single) | 02/07/2023 | ICF-High: VPP (Single) | 02/08/2023 16:16:00 | | Admitted | 43 | N | 13 |
| 02/16/2023 12:40 00 | ICF-High: SVPP (Single) | 02/21/2023 | ICF-High: SVPP (Single) | 02/22/2023 11:30:00 | | Admitted | 57 | N | 27 |
| 01/24/2023 13:29 00 | ICF-High: VPP (Multi) | 02/06/2023 | ICF-High: VPP (Multi) | 02/07/2023 09:52:00 | **EXCEPTION:** Medical Hold; 15 days excepted, 1 day over Program Guide timeframes | Admitted | 46 | N | 16 |
| 02/08/2023 11:22 00 | ICF-High: CHCF | 02/10/2023 | ICF-High: CHCF | 02/10/2023 12:11:00 | | Admitted | 49 | N | 19 |
| 02/02/2023 12:14 00 | ICF-High: CHCF | 02/06/2023 | ICF-High: CHCF | 02/06/2023 18:37:00 | | Admitted | 45 | N | 15 |
| 01/31/2023 10:45 00 | ICF-High: CHCF | 02/02/2023 | ICF-High: CHCF | 02/02/2023 10:09:00 | | Admitted | 43 | N | 13 |
| 01/30/2023 11 59 00 | ICF-High: CHCF | 02/07/2023 | ICF-High: CHCF | 02/08/2023 14:54:00 | | Admitted | 49 | N | 19 |

| TOTAL DAYS OUT OF COMPLIANCE | 474 |
|---|---|