Rob Bonta
Attorney General of California
Monica N. Anderson
Senior Assistant Attorney General
Damon G. McClain - 209508
Supervising Deputy Attorney General
Iram Hasan - 320802
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3793
  Fax: (415) 703-5480
  E-mail: Iram.Hasan@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello - 179755
Samantha D. Wolff – 240280
  425 Market Street, 26th Floor
  San Francisco, CA 94015
  Telephone: (415) 777-3200
  Facsimile: (415) 541-9366
  E-mail: pmello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>               Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>               Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>               Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>               Defendants. | Case No. 4:01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**Defendants' March 2023 Quarterly Status Report in Response to February 10, 2014 and March 25, 2022 Orders** |

The State submits this quarterly status report in response to this Court's February 10, 2014 order (ECF No. 2766/5060)[1] to reduce CDCR's adult prison population to 137.5 percent of design capacity, and March 25, 2022 order reducing the frequency of these reports from monthly to quarterly (ECF No. 3795/7515).  Exhibit A sets forth statewide and prison-specific population data, including the current design capacity, population, and population as a percentage of design capacity.  Exhibit B provides updates on population reduction measures, including those Defendants implemented in response to the February 10, 2014 order, and the durability of those measures.  Defendants first informed this Court that CDCR's adult prison population was below the 137.5 percent population cap on February 17, 2015 (ECF No. 2838/5278), and have complied with that cap for over eight years.

On December 6, 2022, CDCR announced that it plans to close Chuckawalla Valley State Prison by March 2025, and the following facilities in six institutions: Folsom Women's Facility (expected deactivation in January 2023), West Facility in California Men's Colony (expected deactivation in winter 2023), Facility C in Pelican Bay State Prison (expected deactivation in winter 2023), Facility A in California Rehabilitation Center (expected deactivation in spring 2023), Facility D in California Institution for Men (expected deactivation in spring 2023), and Facility D in California Correctional Institution (expected deactivation in summer 2023). Additionally, CDCR will not renew its lease with CoreCivic for California City Correctional Facility, terminating the contract in March 2024 and ending the use of that facility as a state prison.[2]  The impact of these closures on CDCR's design capacity and occupancy will be reported in a subsequent status report.

As of March 8, 2023, 90,934 incarcerated people are housed in the State's adult

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.) and *Coleman v. Newsom*, No. 2:90-cv-00520-KJM-DB (E.D. Cal.).  Docket citations to this Court's orders cite to the docket number of *Plata* first, and *Coleman* second.

[2] *See* Cal. Dep't Corr. & Rehabilitation, *California Department of Corrections and Rehabilitation Announces the Planned Closure of Chuckawalla Valley State Prison* (Dec. 6, 2022), https://www.cdcr.ca.gov/news/2022/12/06/california-department-of-corrections-and-rehabilitation-announces-the-planned-closure-of-chuckawalla-valley-state-prison/.

institutions, occupying approximately 110.9 percent of institutional design capacity.[3] (Ex. A.[4]) None[5] are housed in out-of-state facilities.

Dated: March 15, 2022

ROB BONTA
Attorney General of California

/s/ Iram Hasan
DAMON G. MCCLAIN
Supervising Deputy Attorney General
IRAM HASAN
Deputy Attorney General
*Attorneys for Defendants*

Dated: March 15, 2022

HANSON BRIDGETT LLP

/s/ Samantha Wolff
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

SF2007200670

---

[3] As explained below, planned prison and facility closures are expected to have an impact on design capacity. This impact will be explained in a later filing.

[4] The data in Exhibit A is taken from CDCR's March 15, 2022 weekly population report, available on CDCR's website at https://www.cdcr.ca.gov/research/2023-weekly-total-population-reports-tpop1-archive/.

[5] This statistic concerns incarcerated people in out-of-state contract beds, and does not include those housed in other states under interstate compact agreements.