UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　　Defendants. | Case No. 2:90-CV-00520- KJM-DB (PC)<br><br>**ORDER**<br><br>Judge:　Hon. Kimberly J. Mueller |

On February 9, 2023, Defendants filed a motion for administrative relief for an *in camera* review of the second report from Dr. Michael Golding ("Second Golding Report") pending the resolution of their motion for an order authorizing the redaction of certain privileged and private matter in that report. Plaintiffs have not filed an opposition to the motion.

Good cause appearing, Defendants' motion is GRANTED. The Court will review the previously submitted Second Golding Report *in camera* pending the resolution of Defendants' motion for an order authorizing the redaction of certain matter in that report.

IT IS SO ORDERED.

DATED: March 15, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

19355362.1

ORDER