UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

This matter is set for hearing on two motions arising from a second whistleblower report from California Department of Corrections and Rehabilitation [CDCR] Chief Psychiatrist Dr. Michael Golding, ECF Nos. 7720, 7721, and for status conference on the outcome of court-ordered meet and confers between the parties concerning two issues related to the CDCR Psychiatric Inpatient Programs (PIPs), *see* ECF No. 7697.

After review of the motions and the responses filed to date, the court finds the first issue raised in plaintiffs' motion, ECF No. 7721, overlaps with an issue raised in the Special Master's March 9, 2023 Report and Recommendations Regarding Third Level Data Remediation Disputes, ECF No. 7755. The parties' responses to the Special Master's March 9, 2023 Report and Recommendations are due thirty days from March 9, 2023. ECF No. 7556-2. In the interests of judicial economy, the court will take the first issue raised in plaintiffs' motion under submission on the papers and resolve it concurrently with the court's resolution of the Special Master's

March 9, 2023 Report and Recommendations, setting the matter for oral argument at a later date if the court deems argument necessary. As provided by Local Rule 230(h), the remaining two issues in plaintiffs' motion, and defendants' motion, ECF No. 7720, also are submitted on the papers.

On March 13, 2023, the parties filed a joint statement reporting their failure to resolve the two issues related to the CDCR PIPs and proposing a briefing schedule for resolution of the two issues. Good cause appearing, the court adopts the briefing schedule in full.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The March 24, 2023 hearing on defendants' Motion for Redaction of the Second Golding Report, ECF No. 7720, and plaintiffs' Motion for Clarification, ECF No. 7721, is VACATED. Both motions are submitted on the papers as provided by this order. *See* Local Rule 230(h).

2. Notwithstanding the submission of plaintiffs' motion on the papers, the court's March 13, 2023 order, ECF No. 7757 is CONFIRMED.

3. The status conference set for March 24, 2023 is VACATED. In accordance with the agreement of the parties, ECF No. 7758:

    a. Defendants will file, by no later than March 28, 2023, (a) CDCR's proposed minimum treatment standards for PIP patients and plan to deliver and track treatment consistent with those standards, and (b) CDCR's plan focused on recruitment and retention for PIP staff;
    b. Plaintiffs will have until April 17, 2023, to file a motion or motions, if any, in response to the CDCR plans filed on March 28, 2023;
    c. Defendants' opposition to any motion filed by plaintiffs will be due on or before May 5, 2023; and
    d. Plaintiffs' reply to defendants' opposition will be due by May 16, 2023.

DATED: March 17, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

2