UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | No.  2:90-cv-0520 KJM DB P<br><br><br>ORDER |

　　　　In the parties' court-ordered March 14, 2023 Joint Statement, ECF No. 7761, plaintiffs request clarification regarding whether the court's February 28, 2023 order, ECF No. 7742, covers vacancies in mental health positions in California Department of Corrections and Rehabilitation Psychiatric Inpatient Programs (CDCR PIPs).  ECF No. 7761 at 5-6.  The February 28, 2023 order applies to CDCR's 2009 Staffing Plan, ECF No. 3693, and the modifications thereto, *see* ECF No 7742 at 1 n.1.  The CDCR PIP Staffing Plan was filed July 21, 2021.  ECF No. 7245.  Although defendants report on vacancies in the CDCR PIPs in their monthly vacancy reports, those vacancies are not within the scope of the February 28, 2023 order.  The court anticipates separate proceedings, as necessary, to ensure a durable staffing remedy for CDCR's PIPs.  *See*, *e.g.*, ECF Nos. 7697, 7758.

　　　　For the sake of clarity, going forward defendants shall report mental health vacancy data for positions allocated and filled under the 2009 Staffing Plan and modifications thereto

1

separately from positions allocated and filled under the CDCR PIP Staffing Plan.  Defendants shall include subtotals by classification for each subgroup (2009 Staffing Plan and CDCR PIP Staffing Plan) as well as totals by classification to reflect systemwide fill or vacancy rates.  Notwithstanding their contention that the medical assistant classification is not part of the 2009 Staffing Plan, defendants shall continue to report vacancy data for this classification.

In addition, so that the court may correct page 2 of the February 28, 2023 order at lines 12-17, defendants shall file **WITHIN SEVEN DAYS** an amended version of the monthly mental health staffing vacancy report filed February 9, 2023, ECF No. 7717.  The amended version shall report mental health vacancy data for positions allocated and filled under the 2009 Staffing Plan and modifications thereto separately from positions allocated and filled under the CDCR PIP Staffing Plan, and shall include vacancy data for the medical assistant classification.

IT IS SO ORDERED.

DATED:  March 17, 2023.

CHIEF UNITED STATES DISTRICT JUDGE