Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:  925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF DIANA TOCHE, D.D.S., IN SUPPORT OF DEFENDANTS' LIMITED EX PARTE APPLICATION TO EXTEND TIME TO COMPLY WITH THE MARCH 13, 2023 ORDER (ECF NO. 7757)**<br><br>Judge:   Hon. Kimberly J. Mueller |

**DECLARATION OF DIANA TOCHE, D.D.S.**

I, Diana Toche, D.D.S., declare as follows:

1. I am the Undersecretary of Health Care Services for the California Department of Corrections and Rehabilitation (CDCR), a position I have held since May 2014. In this role, I oversee the work of more than 1,700 clinicians in CDCR's Mental Health Services Delivery System (MHSDS), as well as dozens of clinical staff who serve in headquarters or regional roles. Immediately before this appointment, I served as CDCR's Undersecretary of Administration and Offender Services, a position I held from February 2013 to July 2015. I am a doctor of dental surgery by education, training, and previously worked in private practice for two years, and for

1. seventeen years for a P.L. 93-638 Program that contracted with the Indian Health Service to provide services in the state's Central Valley. I have been employed by and have served CDCR for approximately fourteen years as of March 2023.

2. I have reviewed Court's March 13, 2023 order requiring "all principals who participate in preparation of briefing, presentation of evidence, or oral argument" on Plaintiffs' motion for clarification, to review dozens of orders and monitoring reports and file a certification they have done so. ECF No. 7757. I offer this declaration in support of Defendants' limited *ex parte* application to extend the deadline to respond to the March 13 order. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

3. I am aware of the seven other individuals who submitted declarations in support of Defendants' opposition to Plaintiffs' motion for clarification (Amar Mehta, Steven Cartwright, Travis Williams, Toni Martello, Wendy Worrell, Michael Hewitt, and Laurie Ball) concerning the twenty-five documents that we are court ordered to review by March 23, 2023. I understand that each of these declarants (myself included) are willing to review the documents and understand the court's order to do so, but may need additional time to comply for the reasons set forth below.

4. The declarants affected by the court's order all have significant daily duties in ensuring the delivery of mental health care to the *Coleman* class that require their full attention. Because these individuals need to attend to their daily duties, they will have trouble completing the required reading by the Court's March 23rd deadline without taking time off from work to complete the task. On the other hand, by my estimation, the declarants would have to extend their work day by several hours per day to complete the task.

5. Taking time off from work, or extending individuals' work days by several hours, imposes a heavy burden on these declarants. Some of these declarants have other obligations, for example to their children and family—on top of their already heavy workload—that make it impracticable, if not impossible, for them to meet the current March 23, 2023 deadline.

6. I believe that a two-week extension of time will give these declarants needed time to complete the task imposed upon them. An additional two weeks would enable these declarants to focus on their work obligations during the day, and complete this task at a reasonable pace

1  during evenings and weekends.

2      I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Folsom, California on March 20, 2023.

                              *s/ Diana Thoche*
                              Diana Toche, D.D.S.