Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone: 925-746-8460
Facsimile: 925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF DAVID C. CASARRUBIAS IN SUPPORT OF DEFENDANTS' LIMITED EX PARTE APPLICATION TO EXTEND TIME TO COMPLY WITH THE MARCH 13, 2023 ORDER (ECF NO. 7757)**<br><br>Judge: Hon. Kimberly J. Mueller |

**DECLARATION OF DAVID C. CASARRUBIAS**

I, David C. Casarrubias, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Hanson Bridgett LLP, attorneys of record for Defendants Gavin Newsom, et al. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.      On Friday, March 17, 2023, I emailed Ms. Cara Trapani and Ms. Lisa Ells, counsel for Plaintiffs, requesting Plaintiffs' stipulation giving Defendants' principals a two-week extension of time (up to and including April 6, 2023) to comply with the Court's March 13, 2023 order and file their corresponding certifications. Alternatively, I noted that if we did not hear from Plaintiffs by noon on March 20, 2023, we would proceed to file an ex parte extension of time request.

3.      On Monday, March 20, 2023, Ms. Lisa Ells responded to my email. In her email, Ms. Ells stated that Plaintiffs would not oppose Defendants' request, but did not indicate that Plaintiffs would agree to enter into a stipulation. Accordingly, despite my efforts to obtain Plaintiffs' stipulation to Defendants' extension of time request, "a stipulation extending time cannot reasonably be obtained." *See* L.R. 144(c).

4.      A two-week extension of time for Defendants' principals to complete the tasks required of them in the court's March 13th order would enable Defendants' employees to focus on their work obligations during the day, and complete this task at a reasonable pace during evenings and weekends.

5.      Defendants' counsel who participated in the preparation of briefing and presentation of evidence on the pending motion intend to comply with the order's stated deadline—by March 23, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of March, 2023, at San Francisco, California.

          *s/ David C. Casarrubias*
          David C. Casarrubias