ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                           Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                           Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**PARTIES' JOINT REPORT AND REQUEST IN RESPONSE TO FEBRUARY 28, 2023 ORDER ON CONTEMPT PROCEEDINGS RELATED TO COMPLIANCE WITH INPATIENT TRANSFER TIMELINES (ECF NO. 7741)**<br><br>Judge: The Hon. Kimberly J. Mueller |

On February 28, 2023, the Court reset a hearing for August 25, 2023, for consideration of findings of contempt and requirement of payment of fines that have accumulated on or after May 16, 2017, related to Defendants' compliance with inpatient transfer timelines under the Mental Health Services Delivery System's Program Guide. (ECF No. 7741.) The Court ordered the parties to meet and confer and, within twenty-one days, propose to the court a schedule for providing the court with their positions regarding contempt findings and fines as well as a

proposed plan for the proceedings. The parties also welcome the opportunity to discuss the below plan with the Court at a forthcoming status conference to ensure it meets the Court's expectations.

The parties have met and conferred and jointly request that the Court reset the hearing for September 15, 2023, or as soon thereafter as the matter may be heard.

The parties will file, on or before June 16, 2023, in separate submissions, their respective positions regarding contempt findings and fines. The parties are assessing the nature of the contempt described in the February order and reserve the right to request adjustments to the plan set forth below as the facts and issues are further developed. Additionally, Plaintiffs reserve the right to seek limited, expedited discovery if appropriate once Defendants' anticipated defenses are known. Defendants reserve the right to include briefing on the issue of whether the anticipated proceedings appear to be civil or criminal in nature.

The parties jointly propose the following plan for the contempt proceedings:

1. The parties will disclose fact witnesses, as well as the subject of the anticipated testimony, sixty days prior to the hearing date. The parties will disclose any expert witnesses pursuant to FRCP 26(a)(2), including exchanging the reports required by that rule, no later than sixty days prior to the hearing date. Expert witness depositions, if any, shall be completed within thirty days of disclosure.

2. The parties will exchange exhibit lists twenty-one days prior to the hearing date, and meet and confer to stipulate to a joint exhibit list to the extent possible. The parties will exchange exhibits from their respective individual exhibit lists electronically seven days prior to the hearing.

3. The parties will file motions *in limine* and motions or objections relating to the admissibility of proposed expert testimony no later than fourteen days prior to the hearing, with responses or objections to such motions due seven days after the motions are filed. The parties request the Court issue an order on the motions or such other evidentiary issues as the parties may raise no later than 48 hours prior to the hearing.

4. The parties will file post-hearing or closing briefs within thirty-one days after the close of the proceedings.

5. The parties currently anticipate the hearing will last one day. The parties further propose that opening statements be limited to ten minutes per side. The parties also agree to jointly propose time limits for witness testimony, including whether direct testimony will be submitted by declaration or presented live, twenty-one days before the hearing.

Dated: March 21, 2023

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: March 21, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Lisa Ells*
*Attorneys for Plaintiffs*