1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 210-7318
     Fax: (916) 324-5205
8    E-mail: Elise.Thorn@doj.ca.gov
   Attorneys for Defendants

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490
Attorneys for Defendants

9

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

12                         **SACRAMENTO DIVISION**

13

14  RALPH COLEMAN, et al.,

15          Plaintiffs,

16      v.

17  GAVIN NEWSOM, et al.

18          Defendants.

Case No. 2:90-CV-00520- KJM-DB

**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF PABLO STEWART IN SUPPORT OF PLAINTIFFS' RESPONSE TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON A FINAL PROPOSED TELEPSYCHIATRY POLICY**

19

20

21

Judge:    Hon. Kimberly J. Mueller

22          On February 24, 2023, Plaintiffs filed a Request for Leave to File Supplemental

23  Declaration of Pablo Stewart in Support of Plaintiffs' Response to Special Master's Report and

24  Recommendation on a Final Proposed Telepsychiatry Policy. (ECF No. 7739.)  This Court issued

25  a minute order on February 28, 2023, directing the parties to meet and confer and file either a

26  stipulation or joint statement of their respective positions on Plaintiffs' request. (ECF No. 7746.)

27  Counsel for the parties met and conferred and filed a Stipulation and Proposed Order on March 10,

28  2023, which was approved by this Court on March 14, 2023. (ECF Nos. 7756 and 7759.)  Per the

19452676.1

1    terms of the Order, Defendants were permitted to file a response to the Supplemental Stewart

2    declaration, including the APA resource document referenced therein, within seven days of the

3    Court's order.

4         Accordingly, Defendants submit the Declarations of Edward Kaftarian, M.D., and Amar

5    Mehta, M.D., in response to the Supplemental Stewart declaration.  As these declarations make

6    clear, among many other critical points, contrary to Dr. Stewart's and Plaintiffs' assertions, the

7    APA Resource Document *does not* constitute the opinion of or guidance by the APA.  *See*, *e.g.*,

8    Suppl. Decl. Pablo Stewart, ¶ 2; Pltfs.' Req. at 1:3-4 ("recently issued guidance from the

9    American Psychiatric Association ('APA') about telepsychiatry"), 1:23 ("the APA telepsychiatry

10    guidance"), 2:13-14 ("the APA's recently issued guidance about telepsychiatry for adults in jails

11    and prisons").  In fact, the Resource Document itself cautions that "'[t]he findings, opinions, and

12    conclusions of this report do not necessarily represent the views of the officers, trustees, or all

13    members of the American Psychiatric Association.  Views expressed are those of the authors.'"

14    (Resource Document at 1, emphasis added.)  The APA's Operations Manual clearly states that

15    resource documents "do not represent APA policy."  (APA Operations Manual at 25, emphasis in

16    original.)[1]  Thus Plaintiffs' – and Dr. Stewart's – statements inferring that the Resource Document

17    constitutes "recently issued guidance" from the APA is misleading.

18         Further, Drs. Kaftarian and Mehta both explain that the conclusions drawn by the authors

19    of the APA Resource Document are flawed, lack evidentiary support, and contradict various

20    official APA recommendations and positions.  In fact, the APA's official "Position Statement on

21    Telemedicine in Psychiatry" states, in part, that "[t]elemedicine in psychiatry (telepsychiatry)

22    promotes health equity by increasing access to care and is therefore a critical component of the

23    mental health delivery system" when certain parameters are met, such as compliance with APA

24    ethics policies.[2]

25    _____

26    [1] The APA's Operations Manual is available online at:
     https://www.psychiatry.org/getmedia/de91189b-5229-43cf-8100-c6cb2a2bac2d/APA-Operations-

27    Manual.pdf.

28    [2] APA, Position Statement on Telemedicine in Psychiatry, 2021, available at

DEFS.' RESP. TO PLTFS.' REQ. FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF PABLO
STEWART

1        Finally, as explained in the Declaration of Dr. Mehta, the "Key Principles" cited by Dr.

2   Stewart in his Supplemental Declaration are actually not relevant to CDCR's proposed changes to

3   its telepsychiatry policy.  (Decl. Mehta, ¶ 4.)  In fact, CDCR does not seek to implement a form of

4   telepsychiatry that is countered by any statements in the Resource Document.  (*Id.*)  Thus, Dr.

5   Stewart's Supplemental Declaration, and the Resource Document itself, do not assist in resolution

6   of this dispute.

7

8   DATED: March 21, 2023                         ROB BONTA
                                                   Attorney General of California
9                                                  DAMON MCCLAIN
                                                   Supervising Deputy Attorney General
10

11                                         By:      */s/ Elise Owens Thorn*
                                                   ELISE OWENS THORN
12                                                 Deputy Attorney General
                                                   *Attorneys for Defendants*
13

14

15  DATED:  March 21, 2023                        HANSON BRIDGETT LLP
16

17

18                                         By:      */s/ Samantha Wolff*
                                                   PAUL B. MELLO
19                                                 SAMANTHA D. WOLFF
                                                   DAVID C. CASARRUBIAS
20                                                 CARSON R. NIELLO
                                                   Attorneys for Defendants
21

22

23

24

25

26

27
    _____
28  https://www.psychiatry.org/getattachment/a9405e26-3a69-4e9d-95b6-5df9568fb443/Position-
    Telemedicine-in-Psychiatry.pdf (last accessed 3/20/23).

                                              -3-        Case No. 2:90-CV-00520- KJM-DB
    DEFS.' RESP. TO PLTFS.' REQ. FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF PABLO
    STEWART