UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520- KJM-DB (PC) |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al. | |
| Defendants. | |

On March 20, 2023, defendants filed a limited ex parte application to extend time for their principals to comply with the court's March 13, 2023 order (ECF No. 7757). Plaintiffs do not oppose defendants' request.

Good cause appearing, defendants' ex parte request is GRANTED. Defendants' principals, including Diana Toche, Amar Mehta, Steven Cartwright, Travis Williams, Toni Martello, Wendy Worrell, Michael Hewitt and Laurie Ball shall have up to and including April 6, 2023 to comply with the court's March 13, 2023 order and, as appropriate, to make any corrections to their respective declarations as may be suggested by such review. In all other respects, the court's March 13, 2023 order is CONFIRMED.

IT IS SO ORDERED.

DATED: March 21, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

ORDER