AMARIK K. SINGH
Inspector General
SHAUN R. SPILLANE, State Bar No. 258604
Chief Counsel
KIRA C. COHEN, State Bar No. 325937
Attorney
10111 Old Placerville Road, Suite 110
Sacramento, CA 95827
Telephone: (916) 288-4212
Email: spillanes@oig.ca.gov

Attorney for Non-Party California Office of the Inspector General

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLEMAN, et al.,** | Case No.: 2:90-cv-00520 |
| Plaintiffs, | **NOTICE OF DESIGNATION OF COUNSEL** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Shaun R. Spillane is replacing James C. Spurling as Lead Counsel for the Non-Party California Office of the Inspector General in the above-captioned action. His contact information is as follows:

    Shaun R. Spillane (California Bar No. 258604)
California Office of the Inspector General
10111 Old Placerville Road, Suite 110
Sacramento, CA 95827
Phone: 916-591-8767
Email: spillanes@oig.ca.gov

PLEASE TAKE FURTHER NOTICE of entry of the following attorney in this action for the California Office of the Inspector General:

    Kira C. Cohen (California Bar No. 325937)
    California Office of the Inspector General
    10111 Old Placerville Road, Suite 110
    Sacramento, CA 95827
    Phone: 916-417-3863
    Email: cohenk@oig.ca.gov

Please add them to your service list for this action.

Dated: March 22, 2023                      Respectfully submitted,

                                              NON-PARTY CALIFORNIA OFFICE
                                              OF THE INSPECTOR GENERAL

                                              By: /s/ *Shaun R. Spillane*
                                                        Shaun R. Spillane

                                              Attorney for Non-Party California Office
                                              of the Inspector General