Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 210-7318
   Fax: (916) 324-5205
   E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                       Plaintiffs,<br><br>           v.<br><br>GAVIN NEWSOM, et al.<br><br>                       Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION[1] OF DAMON MCCLAIN IN COMPLIANCE WITH MARCH 13, 2023 ORDER**<br><br>Judge:   Hon. Kimberly J. Mueller |

I, Damon McClain, attest that I have read all documents listed in the Court's March 13, 2023 order as required by that order. ECF 7757.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on March 23, 2023.

                                       /s/ *Damon McClain*
                                       Damon McClain

---

[1] The Court's March 13, 2023 order states: "all counsel and all principals who participate in preparation of briefing, presentation of evidence, or oral argument on the pending motion must file an affidavit attesting they have read" the documents set forth in the order. Eastern District Local Rule 101 states that an "affidavit" includes a declaration prepared in accordance with federal law. *See* 28 U.S.C. § 1746.