DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF LISA ELLS IN RESPONSE TO MARCH 13, 2023 ORDER [ECF NO. 7757]**<br><br>Judge: Hon. Kimberly J. Mueller |

[4251555.1]

I, Lisa Ells, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in response to the Court's March 13, 2023 Order, ECF No. 7757. *See also*, Mar. 17, 2023 Order, ECF No. 7765 at 2 (confirming March 13, 2022 Order).

2. I attest that I have read the following filings identified in the Court's March 13, 2023 Order:

- *Coleman v. Wilson*, 912 F. Supp. 1282 (E.D. Cal. 1995)
- Twenty-Fourth Round Monitoring Report of the Special Master, ECF No. 4205, pages 10-76
- August 30, 2012 Order, ECF No. 4232
- Twenty-Fifth Round Monitoring Report of the Special Master, ECF No. 4298, pages 10-51, and Corrections thereto, ECF No. 4420
- February 28, 2013 Order, ECF No. 4361
- April 23, 2013 Orders, ECF Nos. 4561, 4562
- Special Master's Report on Defendants' Quality Improvement Process, ECF No. 4730
- March 3, 2014 Order, ECF No. 5092
- Twenty-Sixth Round Monitoring Report of the Special Master, ECF No. 5439, pages 11-142
- August 9, 2016 Order, ECF No. 5477
- Twenty-Seventh Round Monitoring Report of the Special Master, ECF No. 5779, pages 15-149
- July 12, 2018 Order, ECF No. 5852
- December 17, 2019 Order, ECF No. 6427
- December 23, 2019 Order, ECF No. 6435

[4251555.1]

1

DECLARATION OF LISA ELLS IN RESPONSE TO MARCH 13, 2023 ORDER [ECF NO. 7757]

1. • September 3, 2020 Order, ECF No. 6846
2. • December 16, 2020 Order, ECF No. 6996
3. • Twenty-Eighth Round Monitoring Report of the Special Master, ECF No. 7074, pages 18-216, and addendum, ECF No. 7251
4. • Special Master's Report on the Continuous Quality Improvement Tool Key Indicators, ECF No. 7151
5. • July 1, 2021 Order, ECF No. 7216
6. • July 14, 2021 Order, ECF No. 7229
7. • February 7, 2022 Order, ECF No. 7456
8. • January 4, 2023 Order, ECF No. 7695

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this affidavit is executed at San Francisco, California this 23rd day of March, 2023.

/s/ Lisa Ells
Lisa Ells