| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | ERNEST GALVAN – 196065 |
| MARGOT MENDELSON – 268583 | LISA ELLS – 243657 |
| PRISON LAW OFFICE | THOMAS NOLAN – 169692 |
| 1917 Fifth Street | JENNY S. YELIN – 273601 |
| Berkeley, California  94710-1916 | MICHAEL S. NUNEZ – 280535 |
| Telephone:   (510) 280-2621 | AMY XU – 330707 |
| | CARA E. TRAPANI – 313411 |
| CLAUDIA CENTER – 158255 | MARC J. SHINN-KRANTZ – 312968 |
| DISABILITY RIGHTS EDUCATION | ALEXANDER GOURSE – 321631 |
| AND DEFENSE FUND, INC. | GINGER JACKSON-GLEICH – 324454 |
| Ed Roberts Campus | ARIELLE W. TOLMAN – 342635 |
| 3075 Adeline Street, Suite 210 | ROSEN BIEN |
| Berkeley, California  94703-2578 | GALVAN & GRUNFELD LLP |
| Telephone:   (510) 644-2555 | 101 Mission Street, Sixth Floor |
| | San Francisco, California  94105-1738 |
| | Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF CARA E. TRAPANI IN RESPONSE TO MARCH 13, 2023 ORDER [ECF NO. 7757]**<br><br>Judge:  Hon. Kimberly J. Mueller |

I, Cara E. Trapani, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in response to the Court's March 13, 2023 Order, ECF No. 7757. *See also*, Mar. 17, 2023 Order, ECF No. 7765 at 2 (confirming March 13, 2022 Order).

2. I attest that I have read the following filings identified in the Court's March 13, 2023 Order:

- *Coleman v. Wilson*, 912 F. Supp. 1282 (E.D. Cal. 1995)
- Twenty-Fourth Round Monitoring Report of the Special Master, ECF No. 4205, pages 10-76
- August 30, 2012 Order, ECF No. 4232
- Twenty-Fifth Round Monitoring Report of the Special Master, ECF No. 4298, pages 10-51, and Corrections thereto, ECF No. 4420
- February 28, 2013 Order, ECF No. 4361
- April 23, 2013 Orders, ECF Nos. 4561, 4562
- Special Master's Report on Defendants' Quality Improvement Process, ECF No. 4730
- March 3, 2014 Order, ECF No. 5092
- Twenty-Sixth Round Monitoring Report of the Special Master, ECF No. 5439, pages 11-142
- August 9, 2016 Order, ECF No. 5477
- Twenty-Seventh Round Monitoring Report of the Special Master, ECF No. 5779, pages 15-149
- July 12, 2018 Order, ECF No. 5852
- December 17, 2019 Order, ECF No. 6427
- December 23, 2019 Order, ECF No. 6435

1 - September 3, 2020 Order, ECF No. 6846
2 - December 16, 2020 Order, ECF No. 6996
3 - Twenty-Eighth Round Monitoring Report of the Special Master, ECF No. 7074, 18-216, and addendum, ECF No. 7251
4 - Special Master's Report on the Continuous Quality Improvement Tool Key Indicators, ECF No. 7151
5 - July 1, 2021 Order, ECF No. 7216
6 - July 14, 2021 Order, ECF No. 7229
7 - February 7, 2022 Order, ECF No. 7456
8 - January 4, 2023 Order, ECF No. 7695

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this affidavit is executed at Walnut Creek, California this 23rd day of March, 2023.

*/s/ Cara E. Trapani*
Cara E. Trapani