UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

As required by court order, ECF No. 7741, the parties have filed a joint statement with a proposed schedule for briefing issues related to contempt proceedings related to compliance with inpatient transfer timelines and a proposed plan for the proceedings. ECF No. 7771. The parties include a joint request to continue the hearing from August 25, 2023 to sometime on or after September 15, 2023. The parties provide no reason for the requested continuance. Nonetheless, in view of the fact that it is a joint request it will be granted. The proposals in the joint statement will be approved.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The hearing set for August 25, 2023 at 10:00 a.m. is CONTINUED to September 29, 2023 at 10:00 a.m. in Courtroom # 3.
2. The parties shall disclose fact witnesses, as well as the subject of the anticipated testimony, sixty days prior to the hearing date. The parties shall disclose any expert

1

witnesses as provided by Federal Rule of Civil Procedure 26(a)(2), including exchanging the reports required by that rule, no later than sixty days prior to the hearing date. Expert witness depositions, if any, shall be completed within thirty days of disclosure.

3. The parties shall exchange exhibit lists twenty-one days prior to the hearing date, and meet and confer to stipulate to a joint exhibit list to the extent possible. The parties shall exchange exhibits from their respective individual exhibit lists electronically seven days prior to the hearing.

4. Motions *in limine* and motions or objections relating to the admissibility of proposed expert testimony, if any, shall be filed not later than fourteen days prior to the hearing, with responses or objections to such motions due seven days after the motions are filed. The parties' request for ruling on such motions no later than 48 hours prior to the hearing is noted.

5. Opening statements if any shall be limited to ten minutes per side.

6. The parties shall jointly propose time limits for witness testimony, including whether direct testimony will be submitted by declaration or presented live, twenty-one days before hearing.

7. The parties shall file post-hearing or closing briefs within thirty-one days after the close of the proceedings.

IT IS SO ORDERED.

DATED: March 23, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE