Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                      Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF SUBMISSION OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S PLANS TO PROVIDE MINIMUM TREATMENT STANDARDS FOR PSYCHIATRIC INPATIENT PROGRAMS AND TO RECRUIT AND RETAIN PSYCHIATRIC INPATIENT STAFF** |

On March 17, 2023, the Court approved the parties' joint status report outlining a proposed briefing schedule on the California Department of Corrections and Rehabilitation's (CDCR) Psychiatric Inpatient Program (PIP) treatment and staffing plans. (ECF No. 7765.) The briefing schedule requires Defendants to file their final plans by March 28, 2023. (See ECF No. 7765 at 2.) Attached is a letter from CDCR dated March 28, 2023, with CDCR's proposed minimum treatment standards for PIP patients and plan to deliver and track treatment consistent with those standards and plan to recruit and retain PIP Staff.

Dated: March 28, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS
*Attorneys for Defendants*

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                                                                   GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



March 28, 2023

Damon McClain, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

*VIA EMAIL*

*RE: Psychiatric Inpatient Program Plans*

Dear Mr. McClain and Ms. Thorn:

On March 13, 2023 the parties filed a joint status report outlining a proposed briefing schedule on the California Department of Corrections and Rehabilitation's (CDCR's) Psychiatric Inpatient Program treatment and staffing plans. (ECF No. 7758.) That schedule, adopted by the court on March 17, 2023, requires Defendants to file their final plans by March 28, 2023. (See ECF No. 7765 at 2.) Accordingly, attached as Exhibit A is CDCR's Plan to Provide Minimum Treatment Standards for its Psychiatric Inpatient Programs and Plan to Recruit and Retain Psychiatric Inpatient Staff.

Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs
California Department of Corrections and Rehabilitation

# Exhibit A

<u>California Department of Corrections and Rehabilitation's Plan to Provide
Minimum Treatment Standards for its Psychiatric Inpatient Programs and Plan to
Recruit and Retain Psychiatric Inpatient Program Staff</u>

I.   Background

On May 17, 2022 the Special Master filed his 29th Round Report Part A regarding treatment offered to patients in the California Department of Corrections and Rehabilitation's (CDCR) Psychiatric Inpatient Programs (PIP). In that report, the Special Master made two recommendations relevant to this plan. First, the Special Master recommended that "CDCR be ordered to develop a comprehensive plan…to remedy the seriously deficient staffing levels at the Lift and Shift PIPs…" (ECF No. 7555 at 164.) Second, the Special Master recommended that CDCR "develop minimum standards for the provision of structured therapeutic activities, unstructured out-of-cell activities, treatment planning, and individual treatment, consistent with a psychiatric inpatient level of care, and shall develop plans to provide such structured therapeutic activities, unstructured out-of-cell activities, treatment planning, and individual treatment consistent with the established minimum standards. CDCR shall also develop and implement a system for tracking and reporting adherence to the standards developed." (Id. at 164-165.)[1]

On August 29, 2022 the court adopted the Special Master's May 17 report and ordered that the two recommendations be referred to the Special Master and former CDCR secretary Kathleen Allison "for focused discussions and reporting as required by the order. " (ECF No. 7608 at 6.) Specifically, the court granted the Special Master and Secretary Allison six months to discuss the staffing recommendation and four months to discuss the treatment standards recommendation. (Id. at 4 and 6.)

After the expiration of the four month period to discuss treatment frequencies ended without resolution, on January 6, 2023, the court vacated its August 29, 2022 order and directed CDCR to serve on Plaintiffs and the Special Master any plans developed to address the two recommendations by January 13, 2023. (ECF No. 7697 at 3.) The court also granted the parties forty-five days to meet and confer following service of the plans. (*Id.*) On January 13, CDCR provided its draft plans on treatment standards and staff recruitment and retention to Plaintiffs and the Special Master's team.

The parties met and conferred several times over the next forty-five days, including on February 2, February 17, and February 24, 2023. CDCR answered questions posed by Plaintiffs and the Special Master, revised proposals, and provided requested information during the meet and confer period. Unable to reach resolution, the parties filed a joint status report on March 13 setting out a proposed briefing schedule. In the report, CDCR agreed to file its proposed plans on treatment standards and staff recruitment no later than March 28. (ECF No. 7758.) The court adopted the schedule on March 17, 2023. (ECF No. 7765 at 2.)

II.   CDCR's Plans for Minimum Treatment Standards in its PIPs

CDCR was ordered to develop "minimum standards for the provision of structured therapeutic activities, unstructured out-of-cell activities, treatment planning, and individual treatment, consistent with a psychiatric inpatient level of care." (ECF No. 7608.) CDCR developed proposed treatment frequencies for both acute and intermediate levels of care. Specifically, CDCR is proposing to create minimum treatment frequencies for Interdisciplinary Treatment Team (IDTT) meetings, psychiatry contacts, primary clinician contacts, and unstructured out of cell activities for both levels of care. Additionally,

---

[1] These recommendations largely mirror those made in the Special Master's January 28, 2021 report on the Mental Health Inpatient Care Programs for Inmates of the California Department of Corrections and Rehabilitation. See ECF No. 7039 at 118.

1

CDCR proposes to offer structured treatment activities commensurate with the individual patient's clinical needs.

Discussed below are treatment minimums for acute and intermediate care. CDCR developed these minimums after examining community standards, including by surveying other correctional mental health systems. CDCR also reviewed California licensing requirements for inpatient mental health treatment programs, including Title 22's requirements for inpatient mental health care offered in Correctional Treatment Centers and other similar licensed settings.[2]

    A. Acute Weekly Treatment Frequencies

| IDTT | MHMD Contacts | MH Clinical Contacts | Structured Programming | Unstructured Programming |
|---|---|---|---|---|
| 1st IDTT held within 72 hours of arrival<br><br>Routine IDTTs at least every 7 days thereafter | Initial Evaluation occurs within 24 hours of arrival<br><br>At least every 3 Days for the first 30 days<br><br>At least 1x per calendar week thereafter for stable patients | Initial MH assessment occurs within 10 days of arrival<br><br>At least 2x per calendar week | Based on individualized clinical assessment and treatment planning by the Interdisciplinary Treatment Team, updated based on clinical progress as per the standard of care. | Each patient shall be offered a minimum of 10 hours of unstructured programming per week. The IDTT may temporarily limit a patient's unstructured programming based upon individualized clinical assessment and treatment needs. |

CDCR will offer acute patients an initial IDTT within 72 hours of arrival. Additionally, routine follow up IDTTs will be held at least every seven days thereafter. Psychiatry evaluations will occur within twenty-four hours of arrival and a follow up will occur every three days for the patient's first 30 days in acute care. After the first thirty-days, patients will receive weekly psychiatry contacts unless more frequent contacts are clinically indicated. Primary clinicians will conduct an initial assessment within ten days of a patient's admission to acute care and will see the patient at least twice per week on a routine basis thereafter.

Finally, structured[3] and unstructured[4] out of cell time will be informed by each patient's IDTT. The amount and frequency of structured treatment will be determined by a patient's clinical need and progress per the standard of care. Each patient will be offered a minimum of ten hours per week of unstructured out-of-cell time. The Interdisciplinary Treatment Team may temporarily limit a patient's unstructured programming based upon individualized clinical assessment and treatment needs.

---

[2] CDCR PIPs hold Correctional Treatment Center licenses. (*See generally* Cal. Code Regs., Tit. 22, Div. 5, Ch. 12 and, specifically §§ 79601 and 79747.)
[3] Structured therapeutic activities include individual and group mental health treatment.
[4] Unstructured programming includes non-clinical activities such as yard and dayroom.

B. Intermediate Weekly Treatment Frequencies

| IDTT | MHMD Contacts | MH Clinical Contacts | Structured Programming | Unstructured Programming |
|---|---|---|---|---|
| 1st IDTT held within 72 hours of arrival<br><br>Routine IDTTs at least every 30 days thereafter | Initial Evaluation occurs within 24 hours of arrival<br><br>At least every 3 Days for the first 30 days<br><br>At least 1x per calendar week thereafter for stable patients | Initial MH assessment occurs within 10 days of arrival<br><br>At least 1x per calendar week | Based on individualized clinical assessment and treatment planning by the Interdisciplinary Treatment Team, updated based on clinical progress as per the standard of care. | Each patient shall be offered a minimum of 10 hours of unstructured programming per week. The IDTT may temporarily limit a patient's unstructured programming based upon individualized clinical assessment and treatment needs. |

CDCR will offer intermediate patients an initial IDTT within 72 hours of arrival. Additionally, routine follow up IDTTs will be held at least every thirty days thereafter. Psychiatry evaluations will occur within twenty-four hours of arrival and a follow up will occur every three days for the patient's first thirty-days in acute care. After the first thirty-days, patients will receive weekly psychiatry contacts unless more frequent contacts are clinically indicated. Primary clinicians will conduct an initial assessment within ten days of a patient's admission to acute care and will see the patient at least once per week on a routine basis thereafter.

Finally, structured and unstructured out of cell time will be informed by each patient's IDTT. The amount and frequency of structured treatment will be determined by a patient's clinical need and progress per the standard of care. Each patient will be offered a minimum of ten hours per week of unstructured out-of-cell time. The Interdisciplinary Treatment Team may temporarily limit a patient's unstructured programming based upon individualized clinical assessment and treatment needs.

C. Implementation

Within ninety-days of an order adopting this plan, CDCR will develop policies and procedures in line with the treatment frequencies set forth in parts II(A) and II(B), above. CDCR will provide drafts of the policies to the Plaintiffs and Special Master, affording adequate time to provide comments and questions, and meet and confer if necessary. CDCR will provide training on these new policies to clinicians working in CDCR PIPs following finalization of the policies.

D. Tracking and Reporting

CDCR will develop audits and automated indicators to track and report on compliance with these policies, including indicators to track timely contacts with psychiatrists and primary clinicians and timely IDTTs. The Special Master's list of provisional key indicators includes a place holder for PIP indicators. (See ECF No. 7151 at 26.) CDCR will propose a package of key PIP indicators once its policies are finalized and bring each one through the data remediation process.

### III. PIP Staffing Recruitment and Retention

CDCR remains committed to ensuring it employs an adequate number of competent staff to provide inpatient mental health care. CDCR works closely with the Human Resources (HR) division of California Correctional Health Care Services (CCHCS) as CCHCS serves as the hiring and credentialing authority for mental health clinicians. CDCR has taken several steps to recruit and retain staff within its Psychiatric Inpatient Programs through increased registry rates, pay differentials and recruitment campaigns.

However, the progress made in recruiting and retaining staff cannot be measured without understanding its context in the current labor market. Even before the COVID pandemic, the Bureau of Labor Statistics (BLS) predicted a decrease in available behavioral health care workers nationwide. Specifically, BLS predicted that by 2030 there would be 20% less available psychiatrists, but a 3% increase in demand as compared to 2017. While BLS did predict more Psychologists and Social Workers by 2030, it also predicted a significant increase in demand – 5 and 13% respectively. Since the COVID pandemic, competition for these resources has only grown. The nation has seen an increase in retirement rates, an increase in need for mental health care, and an increase in telework.

#### A. Pay Differentials, Bonuses, and Registry Rates

In 2022, CCHCS implemented a fifteen percent pay differential for mental health staff working at PIPs. These efforts are supported by marketing campaigns on social media, emails, websites, professional e-newsletters, and organizational websites.

Five thousand dollar bonuses are also provided to eligible PIP classifications after three, six, nine, twelve, twenty-four, sixty and eighty-four months of employment for those who meet the pay differential criteria.

CDCR has also increased registry rates for clinicians working in PIPs. Today, Psychiatrists can earn up to $390 per hour, Psychologists up to $193 per hour (from $140 in 2016), and Social Workers up to $128 per hour (from $86 in 2016).

#### B. Marketing

CCHCS has developed several marketing methods to ensure that prospective candidates are aware of job opportunities at CDCR PIPs. Among those marketing efforts are:

- Expanded marketing efforts to social media and digital radio advertising specifically targeting mental health workers;
- Established a partnership with Doximity, an online social network site used by eighty percent of all physicians for job searches;
- Work with the National Commission on Correctional Health Care to engage website visitors with CDCR recruitment;
- Established print and online advertising campaigns for mental health clinicians with an emphasis on new pay differentials and sign on bonuses;
- Advertising of the PIP bonus salary on all job postings alerting all candidates to the increased salary potential at the PIPs
- Working directly with I Heart Media to develop a campaign to target groups of individuals based on key demographics for mental health care jobs. This includes digital advertising, and may be expanded to television, radio, podcasts, and social media;

- Using direct mailers and emails through geo-targeting. This campaign is currently directed at Psychiatrists and Social Workers with Psychologists to follow in April or May 2023;
- Promoting job opportunities to graduating students;
- Enhanced recruitment with Merritt Hawkins, a national leader in health care recruiting, to fill Psychiatrist vacancies. CCHCS expanded its contract to target psychologists and social workers for inpatient positions.
- A marketing contract to allow third party advertising for mental health clinicians on Facebook, Google, and Instagram;
- Partnered with professional organizations to promote correctional health care positions including Psychiatric Times. Psychiatric Times recently ran an in-feature interview with CDCR's Deputy Director of Mental Health;
- Expanded its virtual recruitment platform to mental health positions in 2023 which can be held on a statewide, regional or institutional level;

    C.  Hiring Events

CCHCS holds on-site hiring events that allow potential PIP candidates to take civil service exams, apply for vacancies, interview, accept a conditional employment offer, get fingerprinted, and complete pre-employment requirements in a single day. These events were held statewide in 2022 and will continue to be held in 2023 at targeted locations. In 2022, CCHCS interviewed over 1300 health care candidates and offered nearly 1000 jobs. Targeted events continue in 2023 with a mental health marketing campaign planned to precede upcoming events.

    D.  Federal Student Loan Forgiveness

The U.S. Department of Health and Human Services offers student loan forgiveness for clinicians committing to work at least two years in underserved areas (Health Professional Shortage Areas) as defined by its Human Resources Services Agency. Fifteen CDCR institutions are in those areas, including Salinas Valley State Prison and its PIP. Additionally, CDCR and CCHCS employees are also eligible for Public Service Loan Forgiveness for federal loans. CCHCS promotes the potential for student loan forgiveness in its marketing and job postings.

    E.  Visa Hiring Initiatives

CCHCS provides clinical employees that are hard-to-recruit with visa support for both non-citizen and non-permanent resident status by sponsoring the legal and filing fees on behalf of the applicant. Non-citizens and non-permanent residents must be able to be licensed in the state of California by the appropriate licensing board and, depending on the profession, must be board-eligible or board certified. CCHCS advertises H1B visa sponsorships with all third-party vacancy postings as a non-monetary benefit on all marketing materials and flyers used during professional conferences and recruitment events and also will specifically list the following for all hard-to-recruit classification posted via electronic professional platforms such as LinkedIn Dedicated assistance with visa sponsorship. At least three psychiatrists as California Healthcare Facility PIP have taken advantage of this program.

    F.  Hiring Above Minimum

CCHCS communicates via job postings that salaries are negotiable based on experience. During the hiring process, CCHCS submits candidates interested in a higher-than-minimum starting salary into the Hiring Above Minimum (HAM) approval process. In order to be eligible, a candidate must meet two established criteria: extraordinary qualifications and the position must have a documented history of

recruitment difficulties. The ability to be given a HAM is included on all advertisements and job postings for the Mental Health classifications.

All Mental Health classifications are eligible for a HAM if HAM criteria are met.  The contingent offer is extended, and the candidate has the opportunity to review the contingent offer letter which displays the starting minimum salary.  If the candidate does not agree with the minimum salary, discussion regarding the HAM and the required criteria will deem whether a HAM is applicable for that candidate.  If the candidate meets the criteria, HR will submit the documentation for approval.

      G.  College Student Outreach

CCHCS routinely engages with college students via the electronic HandShake platform that is used by college students and alumni.  Mental Health's use of this platform has proven successful and future plans for use are in development.  In addition, CCHCS attends in-person career fairs and information secessions offered at California colleges and universities.   Lastly, CCHCS engages with high schools to promote CCHCS careers and the benefits and stability of employment with CCHCS.  HR plans to expand outreach to this younger demographic to develop future candidate pools.

The Statewide Mental Health Program supports a Psychologist Internship program at California Institution for Men, California Institution for Women, California Men's Colony, R.J. Donovan Correctional Facility, California State Prison - Sacramento, San Quentin State Prison, and Valley State Prison.