1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
3 | DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
4 | ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
5 | Deputy Attorneys General
1300 I Street, Suite 125
6 | P.O. Box 944255
Sacramento, CA 94244-2550
7 | Telephone: (916) 210-7318
Fax: (916) 324-5205
8 | E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, State Bar No. 329970
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

9

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE EASTERN DISTRICT OF CALIFORNIA

12 | SACRAMENTO DIVISION

13

14

15 | **RALPH COLEMAN, et al.,**

16 | Plaintiffs,

17 | v.

18 | **GAVIN NEWSOM, et al.,**

19 | Defendants.

20

2:90-cv-00520 KJM-DB (PC)

**DEFENDANTS' MONTHLY MENTAL HEALTH STAFFING REPORT FOR DECEMBER 2022 (AMENDED)**

21 |     On March 17, 2023, the Court directed Defendants to file by March 24, 2023, an amended

22 | version of the monthly mental health staffing vacancy report filed February 9, 2023 to report

23 | mental health vacancy data for positions allocated and filled under the 2009 Staffing Plan and

24 | modifications thereto separately from positions allocated and filled under the CDCR PIP Staffing

25 | Plan along with vacancy data for the medical assistant classification. (ECF No. 7766.) On

26 | March 24, 2023, the parties submitted a stipulation on Defendants' request to extend the deadline

27 | to file the amended reports by three business days. (ECF No. 7785.) As of the time of this filing,

28 | the Court has not acted upon the stipulated request.

1    Consistent with the Court's January 18 and March 17, 2023 orders, attached is a letter from

2    the California Correctional Health Care Services submitting mental health vacancy reports for

3    positions allocated and filled under the 2009 Staffing Plan and modifications thereto separately

4    from positions allocated and filled under the CDCR PIP Staffing Plan along with vacancy data for

5    the medical assistant classification. (ECF No. 7766.)  The amended reports include the psychiatry,

6    psychology, social worker, recreational therapist, and medical assistant vacancy reports for

7    positions allocated under the 2009 Staffing Plan (Exhibit A), the psychiatry, psychology, social

8    worker, recreational therapist, and medical assistant vacancy reports for positions allocated under

9    the PIP Staffing Plan (Exhibit B), and the statewide totals for all of the reported positions

10    (Exhibit C).

11    Dated: March 29, 2023                    Respectfully submitted,

12                                             ROB BONTA
                                              Attorney General of California
13                                             DAMON MCCLAIN
                                              Supervising Deputy Attorney General
14

15                                             /s/ Elise Owens Thorn
                                              ELISE OWENS THORN
16                                             Deputy Attorney General
                                              Attorneys for Defendants
17

18                                             HANSON BRIDGETT LLP

19                                             /s/ Samantha D. Wolff
                                              PAUL B. MELLO
20                                             SAMANTHA D. WOLFF
                                              DAVID C. CASARRUBIAS
21                                             Attorneys for Defendants

22

23

24

25

26

27

28

DEFENDANTS' MONTHLY MENTAL HEALTH STAFFING PLAN FOR DECEMBER 2022 (AMENDED)
(2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



March 29, 2023

Damon McClain, Esq.
Elise O. Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE
       MENTAL HEALTH PROGRAM ALLOCATED AND FILLED
       MENTAL HEALTH STAFFING POSITIONS

Dear Mr. McClain and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits amended monthly reports identifying CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Mental Health Staffing Positions for December 2022 required by the Court's March 17, 2023 order.  The March 17 order directed Defendants to report mental health vacancy data for positions allocated and filled under the 2009 Staffing Plan and modifications thereto separately from positions allocated and filled under the CDCR PIP Staffing Plan along with vacancy data for the medical assistant classification. (ECF No. 7766.)

The amended reports include the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan (Exhibit A), the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan (Exhibit B), and the statewide totals (Exhibit C).

Sincerely,

/s/ *Jacinda Muhammad*
JASINDA MUHAMMAD
Deputy Director, Human Resources
California Correctional Health Care Services

# Exhibit A

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Psychiatry Positions - December 2022

| Sites | Allocated December 2022[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | Telepsych | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | Telepsych[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | | |
| ASP | 1.00 | 0.00 | 4.50 | 0.00 | 5.50 | 0.00 | 0% | 0.00 | - | 0.00 | 7.29 | 0.00 | 0.00 | 7.29 | 162% | 7.29 | 133% |
| CAL | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.75 | 0.00 | 0.75 | 150% | 0.75 | 150% |
| CCC | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.39 | 0.00 | 0.39 | 78% | 0.39 | 78% |
| CCI | 1.00 | 0.00 | 2.50 | 2.00 | 5.50 | 0.00 | 0% | 0.00 | - | 2.00 | 0.00 | 2.69 | 0.00 | 4.69 | 104% | 4.69 | 85% |
| CCWF | 1.00 | 0.00 | 6.50 | 2.00 | 9.50 | 0.00 | 0% | 0.00 | - | 4.00 | 0.26 | 2.00 | 2.15 | 8.41 | 99% | 8.41 | 89% |
| CEN | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 200% | 1.00 | 200% |
| CHCF | 1.00 | 2.00 | 12.00 | 10.50 | 25.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 8.10 | 6.00 | 1.00 | 19.10 | 85% | 20.10 | 79% |
| CIM | 1.00 | 0.00 | 8.50 | 2.00 | 11.50 | 0.00 | 0% | 0.00 | - | 4.00 | 2.83 | 2.00 | 0.00 | 8.83 | 84% | 8.83 | 77% |
| CIW | 1.00 | 0.00 | 7.40 | 0.00 | 8.40 | 1.00 | 100% | 0.00 | - | 2.00 | 4.20 | 0.22 | 0.00 | 6.42 | 87% | 7.42 | 88% |
| CMC | 1.00 | 1.00 | 16.50 | 1.50 | 20.00 | 1.00 | 100% | 1.00 | 100% | 8.00 | 5.30 | 1.50 | 0.00 | 14.80 | 82% | 16.80 | 84% |
| CMF | 1.00 | 1.00 | 9.80 | 5.00 | 16.80 | 1.00 | 100% | 0.00 | 0% | 1.00 | 6.22 | 5.00 | 1.00 | 13.22 | 89% | 14.22 | 85% |
| COR | 1.00 | 1.00 | 6.00 | 6.00 | 14.00 | 1.00 | 100% | 0.00 | 0% | 1.50 | 3.19 | 6.14 | 0.00 | 10.83 | 90% | 11.83 | 85% |
| CRC | 1.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 6.00 | 0.00 | 0.00 | 0.00 | 6.00 | 150% | 7.00 | 140% |
| CTF | 1.00 | 0.00 | 3.50 | 0.00 | 4.50 | 0.00 | 0% | 1.00 | - | 2.00 | 1.67 | 0.00 | 0.00 | 3.67 | 105% | 4.67 | 104% |
| CVSP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.38 | 0.00 | 0.38 | 76% | 0.38 | 76% |
| FSP | 1.00 | 0.00 | 2.50 | 0.00 | 3.50 | 1.00 | 100% | 0.00 | - | 3.50 | 0.00 | 0.00 | 0.00 | 3.50 | 140% | 4.50 | 129% |
| HDSP | 1.00 | 0.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0% | 0.00 | - | 0.00 | 0.00 | 2.78 | 0.00 | 2.78 | 93% | 2.78 | 70% |
| ISP | 1.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.37 | 0.00 | 0.37 | 74% | 0.37 | 74% |
| KVSP | 1.00 | 0.00 | 3.00 | 5.00 | 9.00 | 1.00 | 100% | 0.00 | - | 1.00 | 0.29 | 5.00 | 0.90 | 7.19 | 90% | 8.19 | 91% |
| LAC | 1.00 | 1.00 | 10.50 | 1.00 | 13.50 | 1.00 | 100% | 0.00 | 0% | 6.00 | 2.74 | 1.00 | 1.05 | 10.79 | 94% | 11.79 | 87% |
| MCSP | 1.00 | 1.00 | 8.50 | 7.00 | 17.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 2.74 | 6.50 | 0.00 | 13.24 | 85% | 14.24 | 81% |
| NKSP | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 0.00 | 5.08 | 3.01 | 0.00 | 8.09 | 85% | 8.09 | 77% |
| PBSP | 1.00 | 0.00 | 1.00 | 1.50 | 3.50 | 0.00 | 0% | 0.00 | - | 1.00 | 0.00 | 1.82 | 0.00 | 2.82 | 113% | 2.82 | 81% |
| PVSP | 1.00 | 0.00 | 2.00 | 0.00 | 3.00 | 1.00 | 100% | 0.00 | - | 1.00 | 0.96 | 0.50 | 0.00 | 2.46 | 123% | 3.46 | 115% |
| RJD | 1.00 | 1.00 | 14.00 | 2.00 | 18.00 | 1.00 | 100% | 1.00 | 100% | 7.50 | 3.40 | 2.00 | 0.00 | 12.90 | 81% | 14.90 | 83% |
| SAC | 1.00 | 1.00 | 18.50 | 0.00 | 20.50 | 1.00 | 100% | 1.00 | 100% | 15.25 | 2.46 | 0.00 | 0.00 | 17.71 | 96% | 19.71 | 96% |
| SATF | 1.00 | 1.00 | 4.50 | 10.00 | 16.50 | 1.00 | 100% | 1.00 | 100% | 1.00 | 0.22 | 9.05 | 2.00 | 12.27 | 85% | 14.27 | 86% |
| SCC | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 0.00 | 1.19 | 1.19 | 119% | 2.19 | 110% |
| SOL | 1.00 | 0.00 | 3.00 | 0.00 | 4.00 | 1.00 | 100% | 0.00 | - | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | 133% | 5.00 | 125% |
| SQ | 1.00 | 0.00 | 8.30 | 0.00 | 9.30 | 1.00 | 100% | 0.00 | - | 6.00 | 0.79 | 0.00 | 0.00 | 6.79 | 82% | 7.79 | 84% |
| SVSP | 1.00 | 1.00 | 2.80 | 6.00 | 10.80 | 1.00 | 100% | 0.00 | 0% | 0.00 | 2.56 | 4.71 | 0.00 | 7.27 | 83% | 8.27 | 77% |
| VSP | 1.00 | 0.00 | 0.00 | 7.00 | 8.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.10 | 6.00 | 0.00 | 6.10 | 87% | 6.10 | 76% |
| WSP | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 2.00 | 5.12 | 3.00 | 0.00 | 10.12 | 107% | 10.12 | 96% |
| Telepsych[6] | 2.00 | 8.00 | 0.00 | 0.00 | 10.00 | 2.00 | 100% | 7.00 | 88% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 9.00 | 90% |
| NTTM[7] | 0.00 | 0.00 | 0.00 | 17.00 | 17.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 6.00 | 0.00 | 6.00 | 35% | 6.00 | 35% |
| TOTAL | 30.00 | 19.00 | 172.30 | 98.50 | 319.80 | 20.00 | 67% | 12.00 | 63% | 87.75 | 65.52 | 78.81 | 9.29 | 241.37 | 89% | 273.37 | 85% |

Footnote

1 Source:  MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (December 2022)

4 Source: December 2022 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

6 Telepsych row displays the number of chiefs and seniors in telepsychiatry and are not assigned to specific institutions.

7 NTTM- Nighttime Telepsych Shift- Took 0.5 from all institutions.

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychology Positions - December 2022

| Sites | Allocated December 2022[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | Clinical Psyl % | Total | Total % |
| ASP | 2.00 | 1.00 | 2.00 | 9.50 | 14.50 | 2.00 | 100% | 1.00 | 100% | 2.00 | 100% | 4.00 | 0.58 | 48% | 9.58 | 66% |
| CAC | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 100% | 1.00 | 100% |
| CAL | 0.00 | 1.00 | 0.00 | 4.00 | 5.00 | 0.00 | - | 1.00 | 100% | 0.00 | - | 5.00 | 0.00 | 125% | 6.00 | 120% |
| CCC | 0.00 | 1.00 | 0.00 | 4.00 | 5.00 | 0.00 | - | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 0% | 1.00 | 20% |
| CCI | 2.00 | 1.00 | 2.00 | 10.50 | 15.50 | 1.00 | 50% | 2.00 | 200% | 2.00 | 100% | 8.50 | 0.00 | 81% | 13.50 | 87% |
| CCWF | 2.00 | 2.50 | 3.50 | 23.00 | 31.00 | 1.00 | 50% | 3.00 | 120% | 2.00 | 57% | 17.50 | 0.00 | 76% | 23.50 | 76% |
| CEN | 1.00 | 0.00 | 0.00 | 4.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 50% | 3.00 | 60% |
| CHCF | 2.00 | 5.15 | 5.40 | 43.25 | 55.80 | 2.00 | 100% | 5.00 | 97% | 3.00 | 56% | 3.00 | 5.22 | 19% | 18.22 | 33% |
| CIM | 2.00 | 2.00 | 2.00 | 19.00 | 25.00 | 1.00 | 50% | 2.00 | 100% | 2.00 | 100% | 17.00 | 0.00 | 89% | 22.00 | 88% |
| CIW | 2.00 | 1.50 | 3.50 | 17.90 | 24.90 | 2.00 | 100% | 1.00 | 67% | 2.00 | 57% | 18.00 | 0.86 | 105% | 23.86 | 96% |
| CMC | 2.00 | 6.50 | 6.50 | 44.50 | 59.50 | 2.00 | 100% | 5.00 | 77% | 6.50 | 100% | 29.50 | 0.26 | 67% | 43.26 | 73% |
| CMF | 2.00 | 4.95 | 5.70 | 37.55 | 50.20 | 1.00 | 50% | 4.00 | 81% | 4.00 | 70% | 15.50 | 2.52 | 48% | 27.02 | 54% |
| COR | 2.00 | 4.50 | 4.50 | 37.50 | 48.50 | 2.00 | 100% | 4.00 | 89% | 5.00 | 111% | 15.00 | 4.36 | 52% | 30.36 | 63% |
| CRC | 2.00 | 1.00 | 2.00 | 8.00 | 13.00 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 8.00 | 0.00 | 100% | 12.00 | 92% |
| CTF | 2.00 | 1.00 | 2.00 | 8.00 | 13.00 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 7.00 | 0.27 | 91% | 11.27 | 87% |
| CVSP | 0.00 | 1.00 | 0.00 | 3.50 | 4.50 | 0.00 | - | 1.00 | 100% | 0.00 | - | 2.50 | 0.12 | 75% | 3.62 | 80% |
| FSP | 1.00 | 1.00 | 2.00 | 6.50 | 10.50 | 1.00 | 100% | 0.00 | 0% | 2.00 | 100% | 6.00 | 0.00 | 92% | 9.00 | 86% |
| HDSP | 2.00 | 1.00 | 2.00 | 9.00 | 14.00 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 4.50 | 0.00 | 50% | 8.50 | 61% |
| ISP | 1.00 | 0.00 | 0.00 | 3.50 | 4.50 | 1.00 | 100% | 0.00 | - | 0.00 | - | 3.00 | 0.51 | 100% | 4.51 | 100% |
| KVSP | 2.00 | 3.00 | 3.00 | 22.00 | 30.00 | 1.00 | 50% | 3.00 | 100% | 3.00 | 100% | 16.50 | 2.07 | 84% | 25.57 | 85% |
| LAC | 2.00 | 6.00 | 6.50 | 39.50 | 54.00 | 2.00 | 100% | 5.50 | 92% | 6.00 | 92% | 30.00 | 0.83 | 78% | 44.33 | 82% |
| MCSP | 2.00 | 7.00 | 7.50 | 46.00 | 62.50 | 2.00 | 100% | 6.00 | 86% | 6.00 | 80% | 19.00 | 1.30 | 44% | 34.30 | 55% |
| NKSP | 2.00 | 2.00 | 2.00 | 33.50 | 39.50 | 1.00 | 50% | 1.00 | 50% | 1.00 | 50% | 9.00 | 2.49 | 34% | 14.49 | 37% |
| PBSP | 2.00 | 1.00 | 2.00 | 9.50 | 14.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 8.00 | 0.00 | 84% | 12.00 | 83% |
| PVSP | 2.00 | 1.00 | 2.00 | 7.50 | 12.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 5.00 | 0.00 | 67% | 9.00 | 72% |
| RJD | 2.00 | 7.50 | 7.50 | 49.50 | 66.50 | 2.00 | 100% | 7.00 | 93% | 9.00 | 120% | 41.00 | 2.76 | 88% | 61.76 | 93% |
| SAC | 2.00 | 8.50 | 7.50 | 59.00 | 77.00 | 2.00 | 100% | 8.00 | 94% | 5.00 | 67% | 32.50 | 7.37 | 68% | 54.87 | 71% |
| SATF | 2.00 | 5.50 | 6.00 | 40.50 | 54.00 | 2.00 | 100% | 2.50 | 45% | 5.00 | 83% | 18.50 | 0.00 | 46% | 28.00 | 52% |
| SCC | 2.00 | 1.00 | 2.00 | 3.50 | 8.50 | 1.00 | 50% | 1.00 | 100% | 1.00 | 50% | 2.00 | 0.00 | 57% | 5.00 | 59% |
| SOL | 2.00 | 1.00 | 2.00 | 7.50 | 12.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 6.50 | 0.00 | 87% | 10.50 | 84% |
| SQ | 2.00 | 4.10 | 3.60 | 27.30 | 37.00 | 1.00 | 50% | 2.00 | 49% | 2.00 | 56% | 25.75 | 0.81 | 97% | 31.56 | 85% |
| SVSP | 2.00 | 3.50 | 4.90 | 28.80 | 39.20 | 2.00 | 100% | 2.50 | 71% | 1.00 | 20% | 2.00 | 8.58 | 37% | 16.08 | 41% |
| VSP | 2.00 | 3.00 | 3.50 | 20.00 | 28.50 | 1.00 | 50% | 3.00 | 100% | 4.00 | 114% | 20.00 | 0.00 | 100% | 28.00 | 98% |
| WSP | 2.00 | 2.00 | 2.00 | 32.50 | 38.50 | 1.00 | 50% | 2.00 | 100% | 2.00 | 100% | 14.00 | 6.07 | 62% | 25.07 | 65% |
| TOTAL | 57.00 | 92.20 | 105.10 | 720.80 | 975.10 | 41.00 | 72% | 79.50 | 86% | 87.50 | 83% | 416.75 | 46.98 | 64% | 671.73 | 69% |

**Footnote**

1 Source:  MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (December 2022)

## Division of Health Care Services
### Statewide Mental Health Program
### Allocated and Filled Clinical Social Worker Positions - December 2022

| Sites | Allocated December 2022[1] | | | Filled | | | | | | |
|-------|--------|------|-------------------|--------------------|-----------|---------|--------------------------|-------|-------|---------|
|       | Sup SW | CSW  | Allocated Total   | Sup SW[2] | Sup SW %  | CSW[2]  | CSW Registry[3] | CSW % | Total | Total % |
| ASP  | 1.00 | 11.00 | 12.00 | 1.00 | 100% | 8.00  | 0.00 | 73%  | 9.00  | 75%  |
| CAC  | 0.00 | 1.00  | 1.00  | 0.00 | -    | 0.00  | 0.00 | 0%   | 0.00  | 0%   |
| CAL  | 0.00 | 1.00  | 1.00  | 0.00 | -    | 1.00  | 0.00 | 100% | 1.00  | 100% |
| CCC  | 0.00 | 1.00  | 1.00  | 0.00 | -    | 0.00  | 0.00 | 0%   | 0.00  | 0%   |
| CCI  | 1.00 | 10.00 | 11.00 | 1.00 | 100% | 8.00  | 0.00 | 80%  | 9.00  | 82%  |
| CCWF | 1.00 | 16.50 | 17.50 | 1.00 | 100% | 13.00 | 0.00 | 79%  | 14.00 | 80%  |
| CEN  | 0.00 | 1.00  | 1.00  | 0.00 | -    | 1.00  | 0.00 | 100% | 1.00  | 100% |
| CHCF | 0.60 | 13.80 | 14.40 | 0.00 | 0%   | 4.00  | 2.03 | 44%  | 6.03  | 42%  |
| CIM  | 1.00 | 13.50 | 14.50 | 1.00 | 100% | 10.00 | 0.00 | 74%  | 11.00 | 76%  |
| CIW  | 0.80 | 8.40  | 9.20  | 1.00 | 125% | 5.00  | 0.00 | 60%  | 6.00  | 65%  |
| CMC  | 1.00 | 17.00 | 18.00 | 1.00 | 100% | 16.00 | 0.00 | 94%  | 17.00 | 94%  |
| CMF  | 0.10 | 13.10 | 13.20 | 0.00 | 0%   | 8.00  | 0.86 | 68%  | 8.86  | 67%  |
| COR  | 1.00 | 16.00 | 17.00 | 1.00 | 100% | 13.00 | 1.93 | 93%  | 15.93 | 94%  |
| CRC  | 1.00 | 11.00 | 12.00 | 1.00 | 100% | 10.00 | 0.00 | 91%  | 11.00 | 92%  |
| CTF  | 1.00 | 9.00  | 10.00 | 1.00 | 100% | 6.00  | 0.00 | 67%  | 7.00  | 70%  |
| CVSP | 0.00 | 1.00  | 1.00  | 0.00 | -    | 0.00  | 0.00 | 0%   | 0.00  | 0%   |
| FSP  | 0.50 | 6.50  | 7.00  | 0.00 | 0%   | 5.00  | 0.00 | 77%  | 5.00  | 71%  |
| HDSP | 0.50 | 4.00  | 4.50  | 1.00 | 200% | 6.00  | 0.00 | 150% | 7.00  | 156% |
| ISP  | 0.00 | 1.00  | 1.00  | 0.00 | -    | 0.00  | 1.01 | 101% | 1.01  | 101% |
| KVSP | 1.00 | 10.50 | 11.50 | 1.00 | 100% | 8.50  | 0.00 | 81%  | 9.50  | 83%  |
| LAC  | 1.00 | 15.50 | 16.50 | 1.00 | 100% | 7.00  | 0.97 | 51%  | 8.97  | 54%  |
| MCSP | 1.00 | 23.50 | 24.50 | 0.00 | 0%   | 12.00 | 0.00 | 51%  | 12.00 | 49%  |
| NKSP | 1.00 | 13.50 | 14.50 | 0.00 | 0%   | 13.00 | 1.37 | 106% | 14.37 | 99%  |
| PBSP | 0.00 | 3.00  | 3.00  | 0.00 | -    | 1.00  | 0.00 | 33%  | 1.00  | 33%  |
| PVSP | 0.50 | 4.00  | 4.50  | 1.00 | 200% | 4.00  | 0.00 | 100% | 5.00  | 111% |
| RJD  | 1.00 | 23.50 | 24.50 | 1.00 | 100% | 10.00 | 2.27 | 52%  | 13.27 | 54%  |
| SAC  | 1.00 | 17.00 | 18.00 | 1.00 | 100% | 13.00 | 2.18 | 89%  | 16.18 | 90%  |
| SATF | 1.50 | 23.50 | 25.00 | 1.50 | 100% | 15.00 | 0.92 | 68%  | 17.42 | 70%  |
| SCC  | 0.00 | 1.50  | 1.50  | 0.00 | -    | 1.00  | 0.00 | 67%  | 1.00  | 67%  |
| SOL  | 0.50 | 5.00  | 5.50  | 0.50 | 100% | 4.00  | 0.00 | 80%  | 4.50  | 82%  |
| SQ   | 0.80 | 14.80 | 15.60 | 1.00 | 125% | 11.00 | 0.00 | 74%  | 12.00 | 77%  |
| SVSP | 0.70 | 13.30 | 14.00 | 1.00 | 143% | 4.00  | 2.84 | 51%  | 7.84  | 56%  |
| VSP  | 1.00 | 14.00 | 15.00 | 1.00 | 100% | 14.00 | 0.00 | 100% | 15.00 | 100% |
| WSP  | 1.00 | 14.50 | 15.50 | 1.00 | 100% | 11.00 | 0.00 | 76%  | 12.00 | 77%  |
| TOTAL | 22.50 | 352.90 | 375.40 | 21.00 | 93% | 242.50 | 16.38 | 73% | 279.88 | 75% |

Footnote

1 Source: MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (December 2022)

### Division of Health Care Services
### Statewide Mental Health Program
### Allocated and Filled Recreation Therapist Positions - December 2022

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|-------|----------|----------|----------|--------|
| ASP | 0.00 | 1.00 | 0.00 | - |
| CAC | 0.00 | 0.00 | 0.00 | - |
| CAL | 0.00 | 0.00 | 0.00 | - |
| CCC | 0.00 | 0.00 | 0.00 | - |
| CCI | 0.50 | 1.00 | 0.00 | 200% |
| CCWF | 6.00 | 8.00 | 0.00 | 133% |
| CEN | 0.00 | 0.00 | 0.00 | - |
| CHCF | 24.15 | 21.00 | 0.98 | 91% |
| CIM | 6.00 | 6.00 | 0.00 | 100% |
| CIW | 6.90 | 6.00 | 0.00 | 87% |
| CMC | 24.50 | 20.50 | 0.85 | 87% |
| CMF | 20.95 | 15.50 | 0.80 | 78% |
| COR | 13.00 | 6.50 | 3.68 | 78% |
| CRC | 0.00 | 1.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 0.00 | 0.00 | - |
| HDSP | 1.50 | 2.00 | 0.00 | 133% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 7.00 | 5.00 | 1.92 | 99% |
| LAC | 19.00 | 14.50 | 0.00 | 76% |
| MCSP | 24.50 | 17.00 | 0.99 | 73% |
| NKSP | 4.50 | 2.00 | 0.00 | 44% |
| PBSP | 2.00 | 2.00 | 0.00 | 100% |
| PVSP | 1.00 | 1.00 | 0.00 | 100% |
| RJD | 27.00 | 26.00 | 1.94 | 103% |
| SAC | 28.00 | 28.00 | 0.00 | 100% |
| SATF | 18.50 | 15.00 | 1.90 | 91% |
| SCC | 0.00 | 1.00 | 0.00 | - |
| SOL | 1.00 | 1.00 | 0.00 | 100% |
| SQ | 9.30 | 8.00 | 0.00 | 86% |
| SVSP | 11.30 | 9.00 | 0.00 | 80% |
| VSP | 8.50 | 10.00 | 0.00 | 118% |
| WSP | 3.00 | 3.00 | 0.00 | 100% |
| TOTAL | 268.10 | 231.00 | 13.06 | 91% |

Footnote

Source:  MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009

1  Staffing Plan.

2  Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (December 2022)

Division of Health Care Services

Statewide Mental Health Program

Allocated and Filled Medical Assistant Positions - December 2022

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| ASP | 0.00 | 0.00 | 0.00 | - |
| CAC | 0.00 | 0.00 | 0.00 | - |
| CAL | 1.00 | 1.00 | 0.00 | 100% |
| CCC | 0.00 | 0.00 | 0.00 | - |
| CCI | 2.00 | 2.00 | 0.00 | 100% |
| CCWF | 2.00 | 2.00 | 0.87 | 144% |
| CEN | 0.00 | 1.00 | 0.00 | - |
| CHCF | 10.00 | 6.00 | 0.00 | 60% |
| CIM | 2.00 | 0.00 | 0.00 | 0% |
| CIW | 0.00 | 0.00 | 0.00 | - |
| CMC | 1.00 | 1.00 | 0.00 | 100% |
| CMF | 5.00 | 2.00 | 2.31 | 86% |
| COR | 6.00 | 5.00 | 0.91 | 99% |
| CRC | 0.00 | 0.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 0.00 | 0.00 | - |
| HDSP | 3.00 | 1.00 | 0.00 | 33% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 5.00 | 5.00 | 0.00 | 100% |
| LAC | 1.00 | 1.00 | 0.00 | 100% |
| MCSP | 7.00 | 4.00 | 0.00 | 57% |
| NKSP | 4.00 | 0.00 | 1.56 | 39% |
| PBSP | 1.00 | 1.00 | 0.00 | 100% |
| PVSP | 0.00 | 0.00 | 0.00 | - |
| RJD | 2.00 | 0.00 | 0.00 | 0% |
| SAC | 0.00 | 0.00 | 0.97 | - |
| SATF | 10.00 | 10.00 | 0.00 | 100% |
| SCC | 0.00 | 0.00 | 0.00 | - |
| SOL | 0.00 | 0.00 | 0.00 | - |
| SQ | 0.00 | 0.00 | 0.00 | - |
| SVSP | 6.00 | 0.00 | 0.00 | 0% |
| VSP | 7.00 | 2.00 | 0.00 | 29% |
| WSP | 4.00 | 5.00 | 0.78 | 145% |
| TOTAL | 79.00 | 49.00 | 7.40 | 71% |

Footnote

1  Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

2  Source: Management Solutions Registry Report (December 2022)

# Exhibit B

Division of Health Care Services

Statewide Mental Health Program

PIP Allocated and Filled Psychiatry Positions - December 2022

| Sites | Allocated December 2022[1] | | | | | Filled | | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | Telepsych | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | Telepsych[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | | | |
| CHCF PIP | 1.00 | 2.00 | 33.00 | 0.00 | 36.00 | 2.00 | 200% | 0.00 | 0% | 13.00 | 7.79 | 0.00 | 0.00 | 20.79 | 63% | | 22.79 | 63% |
| CIW PIP | 1.00 | 0.00 | 3.60 | 0.00 | 4.60 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 56% | | 3.00 | 65% |
| CMF PIP | 1.00 | 2.00 | 31.20 | 0.00 | 34.20 | 1.00 | 100% | 0.00 | 0% | 10.00 | 14.20 | 0.00 | 0.00 | 24.20 | 78% | | 25.20 | 74% |
| SQ PIP | 1.00 | 0.00 | 3.20 | 0.00 | 4.20 | 1.00 | 100% | 0.00 | - | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | 94% | | 4.00 | 95% |
| SVSP PIP | 1.00 | 1.00 | 11.20 | 0.00 | 13.20 | 0.00 | 0% | 0.00 | 0% | 0.00 | 9.24 | 0.00 | 0.00 | 9.24 | 83% | | 9.24 | 70% |
| TOTAL | 5.00 | 5.00 | 82.20 | 0.00 | 92.20 | 5.00 | 100% | 0.00 | 0% | 28.00 | 31.23 | 0.00 | 0.00 | 59.23 | 72% | | 64.23 | 70% |

Footnote

Source:  MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and

1 senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (December 2022)

4 Source: December 2022 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

**Division of Health Care Services**
**Statewide Mental Health Program**
**PIP Allocated and Filled Psychology Positions - December 2022**

| Sites | Allocated December 2022[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | Clinical Psyl % | Total | Total % |
| CHCF PIP | 1.00 | 4.35 | 8.10 | 34.25 | 47.70 | 1.00 | 100% | 3.00 | 69% | 4.00 | 49% | 9.00 | 6.56 | 45% | 23.56 | 49% |
| CIW PIP | 1.00 | 0.50 | 2.50 | 3.60 | 7.60 | 1.00 | 100% | 1.00 | 200% | 1.00 | 40% | 2.00 | 0.00 | 56% | 5.00 | 66% |
| CMF PIP | 1.00 | 4.05 | 7.80 | 32.45 | 45.30 | 1.00 | 100% | 0.00 | 0% | 3.00 | 38% | 8.00 | 8.14 | 50% | 20.14 | 44% |
| SQ PIP | 1.00 | 0.40 | 2.40 | 3.20 | 7.00 | 1.00 | 100% | 1.00 | 250% | 1.00 | 42% | 3.00 | 0.00 | 94% | 6.00 | 86% |
| SVSP PIP | 1.00 | 1.50 | 5.60 | 11.20 | 19.30 | 1.00 | 100% | 2.00 | 133% | 3.00 | 54% | 5.00 | 3.81 | 79% | 14.81 | 77% |
| TOTAL | 5.00 | 10.80 | 26.40 | 84.70 | 126.90 | 5.00 | 100% | 7.00 | 65% | 12.00 | 45% | 27.00 | 18.51 | 54% | 69.51 | 55% |

**Footnote**

Source:  MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and

1 CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (December 2022)

| | Division of Health Care Services |
|---|---|

**Division of Health Care Services**

**Statewide Mental Health Program**

**PIP Allocated and Filled Clinical Social Worker Positions - December 2022**

| Sites | Allocated December 2022[1] | | | Filled | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW | CSW | Allocated Total | Sup SW[2] | Sup SW % | CSW[2] | CSW Registry[3] | CSW % | Total | Total % |
| CHCF PIP | 1.90 | 29.20 | **31.10** | 0.00 | **0%** | 13.00 | 3.42 | **56%** | **16.42** | **53%** |
| CIW PIP | 0.20 | 3.60 | **3.80** | 0.00 | **0%** | 3.00 | 0.00 | **83%** | **3.00** | **79%** |
| CMF PIP | 1.90 | 27.40 | **29.30** | 0.00 | **0%** | 5.50 | 0.80 | **23%** | **6.30** | **22%** |
| SQ PIP | 0.20 | 3.20 | **3.40** | 0.00 | **0%** | 2.00 | 0.00 | **63%** | **2.00** | **59%** |
| SVSP PIP | 0.80 | 11.20 | **12.00** | 1.00 | **125%** | 7.00 | 0.50 | **67%** | **8.50** | **71%** |
| TOTAL | **5.00** | **74.60** | **79.60** | **1.00** | **20%** | **30.50** | **4.72** | **47%** | **36.22** | **46%** |

**Footnote**

Source:  MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in 1  the aggregate above and beyond what is required by the 2009 Staffing Plan.

2  Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (December 2022)

## Division of Health Care Services

## Statewide Mental Health Program

## PIP Allocated and Filled Recreation Therapist Positions - December 2022

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| CHCF PIP | 31.85 | 17.00 | 5.01 | 69% |
| CIW PIP | 3.60 | 3.00 | 0.00 | 83% |
| CMF PIP | 30.05 | 11.00 | 5.13 | 54% |
| SQ PIP | 3.20 | 3.00 | 0.00 | 94% |
| SVSP PIP | 11.20 | 11.00 | 0.00 | 98% |
| TOTAL | 79.90 | 45.00 | 10.14 | 69% |

**Footnote**

1 Source:  MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (December 2022)

4 Rehabilitation therapists are included in the fill rate for recreation therapists at CHCF PIP, CMF PIP, and SVSP PIP.

## Division of Health Care Services
## Statewide Mental Health Program
## PIP Allocated and Filled Medical Assistant Positions - December 2022

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| CHCF PIP | 0.00 | 0.00 | 0.89 | - |
| CIW PIP | 0.00 | 0.00 | 0.00 | - |
| CMF PIP | 0.00 | 0.00 | 0.00 | - |
| SQ PIP | 0.00 | 0.00 | 0.00 | - |
| SVSP PIP | 0.00 | 0.00 | 0.00 | - |
| **TOTAL** | **0.00** | **0.00** | **0.89** | - |

**Footnote**

1 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (December 2022)

# Exhibit C

| | Allocated December 2022[1] | | | | | Filled | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Staffing Plan** | Chief PsyT | Senior PsyT | Staff PsyT | Telepsych | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | Telepsych[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| **2009 Total** | 30.00 | 19.00 | 172.30 | 98.50 | **319.80** | 20.00 | **67%** | 12.00 | **63%** | 87.75 | 65.52 | 78.81 | 9.29 | 241.37 | **89%** | **273.37** | **85%** |
| **PIP Total** | 5.00 | 5.00 | 82.20 | 0.00 | **92.20** | 5.00 | **100%** | 0.00 | **0%** | 28.00 | 31.23 | 0.00 | 0.00 | 59.23 | **72%** | **64.23** | **70%** |
| **GRAND TOTAL** | 35.00 | 24.00 | 254.50 | 98.50 | **412.00** | 25.00 | **71%** | 12.00 | **50%** | 115.75 | 96.75 | 78.81 | 9.29 | 300.60 | **85%** | **337.60** | **82%** |

**Footnote**

Source:  MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

1 Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (December 2022)

4 Source: December 2022 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

Division of Health Care Services

Statewide Mental Health Program

Total Allocated and Filled Psychology Positions - December 2022

| Staffing Plan | Allocated December 2022[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | Clinical Psyl % | Total | Total % |
| 2009 Total | 57.00 | 92.20 | 105.10 | 720.80 | 975.10 | 41.00 | 72% | 79.50 | 86% | 87.50 | 83% | 416.75 | 46.98 | 64% | 671.73 | 69% |
| PIP Total | 5.00 | 10.80 | 26.40 | 84.70 | 126.90 | 5.00 | 100% | 7.00 | 65% | 12.00 | 45% | 27.00 | 18.51 | 54% | 69.51 | 55% |
| GRAND TOTAL | 62.00 | 103.00 | 131.50 | 805.50 | 1102.00 | 46.00 | 74% | 86.50 | 84% | 99.50 | 76% | 443.75 | 65.49 | 63% | 741.24 | 67% |

**Footnote**

Source:  MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP
1 and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (December 2022)

| Division of Health Care Services<br>Statewide Mental Health Program<br>Total Allocated and Filled Clinical Social Worker Positions - December 2022 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Allocated December 2022[1] | | | Filled | | | | | | |
| Staffing Plan | Sup SW | CSW | Allocated Total | Sup SW[2] | Sup SW % | CSW[2] | CSW Registry[3] | CSW % | Total | Total % |
| **2009 Total** | 22.50 | 352.90 | **375.40** | 21.00 | **93%** | 242.50 | 16.38 | **73%** | **279.88** | **75%** |
| **PIP Total** | 5.00 | 74.60 | **79.60** | 1.00 | **20%** | 30.50 | 4.72 | **47%** | **36.22** | **46%** |
| **GRAND TOTAL** | **27.50** | **427.50** | **455.00** | **22.00** | **80%** | **273.00** | **21.10** | **69%** | **316.10** | **69%** |

**Footnote**

Source:  MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in
1 the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (December 2022)

## Division of Health Care Services

## Statewide Mental Health Program

## Total Allocated and Filled Recreation Therapist Positions - December 2022

| Staffing Plan | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| **2009 Total** | 268.10 | 231.00 | 13.06 | **91%** |
| **PIP Total** | 79.90 | 45.00 | 10.14 | **69%** |
| **GRAND TOTAL** | **348.00** | **276.00** | **23.20** | **86%** |

**Footnote**

Source:  MH Staffing Memo July 2022 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond

1  what is required by the 2009 Staffing Plan.

2  Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (December 2022)

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Medical Assistant Positions - December 2022

| Staffing Plan | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| 2009 Total | 79.00 | 49.00 | 7.40 | 71% |
| PIP Total | 0.00 | 0.00 | 0.89 | - |
| GRAND TOTAL | 79.00 | 49.00 | 8.29 | 73% |

Footnote

1 Source: SCO Report 2022_12_30 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (December 2022)