1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorneys General
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 210-7318
    Fax: (916) 324-5205
8   E-mail: Elise.Thorn@doj.ca.gov
   *Attorneys for Defendants*

   PAUL B. MELLO, State Bar No. 179755
   SAMANTHA D. WOLFF, State Bar No. 240280
   KAYLEN KADOTANI, SBN 294114
   DAVID C. CASARRUBIAS, SBN 321994
   CARSON R. NIELLO, SBN 329970
   HANSON BRIDGETT LLP
    1676 N. California Boulevard, Suite 620
    Walnut Creek, CA 94596
    Telephone: (925) 746-8460
    Fax: (925) 746-8490
    E-mail: PMello@hansonbridgett.com
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' REPORT ON THE DEVELOPMENT OF THE TRAINING MODULE ON COLEMAN REQUIREMENTS** |

On February 27, 2023, the Court approved the parties' stipulation concerning, in part, the California Department of Corrections and Rehabilitation's (CDCR) commitment to develop a training module that explains the history of the Coleman case, its importance, CDCR's renewed commitment and focus on patient care, and expectations for all CDCR staff. (ECF No. 7740 at 5.) Defendants are required under the February 27 order to (a) meet and confer with Plaintiffs' counsel, in consultation with the Special Master, regarding the content of training CDCR staff re Coleman requirements and provide a draft of the training module, by March 30, 2023; and (b) file a report with the court, confirming they have completed development of the training module. *Id.*

1

Attached is a letter from CDCR's Office of Legal Affairs with a report describing the development of the training module as required under the February 27, 2023 order. Defendants will provide further information to the Court on or before April 24, 2023, regarding deployment of the training.

Dated: March 30, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated: March 30, 2023

HANSON BRIDGETT LLP

/s/ *Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

2

Defs.' Report on the Development of the Training Module on Coleman Requirements (2:90-cv-00520 KJM-DB (PC))

19488059.1

**OFFICE OF THE SECRETARY**
PO Box 942883
Sacramento, CA 94283-0001



March 30, 2023

Damon McClain, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

*VIA EMAIL ONLY*

RE: Defendants' Report on the Development of the *Coleman* Training Module

Dear Mr. McClain and Ms. Thorn:

On February 27, 2023, the court approved the parties' stipulation to develop, in consultation with the Special Master and plaintiffs' counsel, a training module explaining the history of the *Coleman* case, its importance, CDCR's renewed commitment and focus on patient care, and expectations for all CDCR staff by March 30, 2023 and to file by that date a report "confirming they have completed development of the training module." (ECF No. 7740 at 5.) Attached is CDCR's report on the development of that training module.

Sincerely,

*/s/ Diana Toche*

Diana Toche
Undersecretary, Health Care Services
California Department of Corrections and Rehabilitation

California Department of Corrections and Rehabilitation's
Report on Development of Coleman Training Module

I.      Development of the Training and Meet and Confer Process

In January 2020, following the initial Golding proceedings, Dr. Toche stated in a declaration that the California Department of Corrections and Rehabilitation (CDCR) intends to develop "a training module that explains the history of the *Coleman* case, its importance, CDCR's renewed commitment and focus on patient care, and expectations for all CDCR staff." (ECF No. 6451-1.) CDCR's development of the training module was stalled by the onset of the COVID 19 pandemic and the training module was never developed.

On February 9, 2023, the parties stipulated that CDCR would meet and confer with the Plaintiffs and Special Master about the content of the training. (ECF No. 7718.) On February 27, 2023, the court ordered Defendants to develop, in consultation with the Special Master and plaintiffs' counsel, the training module…by March 30, 2023" and by that date "file a report with the court confirming they have completed development of the training module." (ECF No. 7740 at 5.)

On March 7, 2023, CDCR provided a draft slide training module slide deck to Plaintiffs and the Special Master.  CDCR requested feedback by March 14, 2023, but later agreed to an extension to March 15, 2023.  On March 15, 2023 both the Special Master and Plaintiffs provided written feedback to the module.  Both the Special Master and Plaintiffs requested revisions to the content and scope of the module.

On March 17, 2023, CDCR counsel wrote to the Special Master and Plaintiffs' counsel and raised the prospect of selecting appropriate staff to receive the training.  Both the Special Master and Plaintiffs' counsel agreed to discuss appropriate training participants.

On March 24, 2023, CDCR circulated to the Special Master and Plaintiffs a revised training module that addressed the feedback provided by the Special Master and Plaintiffs.  CDCR also provided a proposed a list of employee classifications who would receive the training.  CDCR also explained that the module would be narrated and published on its digital training platform, the Learning Management System.

On March 28, 2023, the parties met with the Special Master to review the revised draft training module.  Plaintiffs' counsel and the Special Master team recommended further revisions to the presentation and CDCR agreed to make such additional revisions.  The parties also discussed the method of training delivery and the classifications of staff that should take the training.  Also on that date Plaintiffs' counsel sent an email memorializing many of their recommendations.  On March 29 and 30, 2023, Plaintiffs, CDCR, and the Special Master team discussed via email the classifications to receive the training and reached an agreement.

II.     Delivering the Training

CDCR has developed a slide show that presents the training module required under the February 27 order.  The presentation includes detailed descriptions of the history of the *Coleman* case, its

1

importance, CDCR's renewed commitment and its focus on patient care, and expectations for all CDCR staff.  The slide show will be narrated and will include several knowledge checks throughout the presentation.  CDCR expects final edits and narration to be completed by April 7, 2023.  CDCR will share the completed file with the Special Master and Plaintiffs and then upload the presentation to its Learning Management System (LMS).  Once the training is uploaded to LMS, staff will have 120 days to complete the training.  CDCR will report on the status of the training in its April 24, 2023 report.

   III.   Classifications to Receive the Training

The following classifications and staff will receive the finalized training.

| CLASSIFICATION |
| --- |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) |
| CHIEF PSYCHOLOGIST, CORRECTIONAL FACILITY |
| CLINICAL PSYCHOLOGY INTERN |
| CLINICAL SOCIAL WORKER (HEALTH/CORRECTIONAL FACILITY)-SAFETY |
| MENTAL HEALTH ADMINISTRATOR (SAFETY) |
| NURSE PRACTITIONER[1], CORRECTIONAL FACILITY |
| PROGRAM ASSISTANT (MENTAL DISABILITIES-SAFETY) |
| PROGRAM DIRECTOR (MENTAL DISABILTIES-SAFETY) |
| PSYCHOLOGIST-CLINICAL, CORRECTIONAL FACILITY |
| RECREATION THERAPIST, CORRECTIONAL FACILITY |
| SENIOR PSYCHIATRIST (SPECIALIST), CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) |
| SENIOR PSYCHIATRIST[2] (SUPERVISOR) |
| SENIOR PSYCHOLOGIST (HEALTH FACILITY) (SUPERVISOR) |
| SENIOR PSYCHOLOGIST, CORRECTIONAL FACILITY |
| SENIOR PSYCHOLOGIST, CORRECTIONAL FACILITY (SPECIALIST) |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) |
| SUPERVISING PSYCHIATRIC SOCIAL WORKER I, CORRECTIONAL FACILITY |
| SUPERVISING PSYCHIATRIC SOCIAL WORKER II, CORRECTIONAL FACILITY |
| SUPERVISING REHABILITATION THERAPIST |
| CORRECTIONAL OFFICER |
| CORRECTIONAL SERGEANT |
| CORRECTIONAL LIEUTENANT |
| CORRECTIONAL CAPTAIN |
| CORRECTOINAL ADMINISTRATOR |
| CORRECTIONAL COUNSELORS (I, II, AND III) |

---

[1] Includes Psychiatric Nurse Practitioners
[2] All psychiatrist classifications include both on-site and telepsychiatrists.

2

| |
|---|
| CHIEF EXECUTIVE OFFICERS HEALTH CARE |
| MEDICAL ASSISTANTS |
| PSYCHIATRIC TECHNICIANS |
| ALL NURSING STAFF |
| MEDICAL DOCTORS |
| WARDENS |
| ASSOCIATE WARDENS |
| CHIEF DEPUTY WARDENS |
| MENTAL HEALTH ADMINISTRATORS |
| MENTAL HEALTH HEADQUARTERS AND REGIONAL STAFF |
| DAI MENTAL HEALTH COMPLIANCE TEAM |
| SECRETARY |
| UNDERSECRETARIES |
| RECEIVER'S MEDICAL EXECUTIVE |
| HEALTH PROGRAM MANAGERS |
| HEALTH PROGRAM SPECIALISTS |
| MENTAL HEALTH SCHEDULERS |
| CCHCS IT STAFF INVOLVED IN DATA REMEDIATION OR CQIT |
| OFFICE OF INTERNAL AFFAIRS AGENTS |
| PAROLE SERVICES ASSOCIATES ASSIGNED TO INSTITUTIONS |
| HEALTH CARE POPULATION OVERSIGHT PROGRAM |