Rob A. Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                      Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO FILE AMENDED MONTHLY STAFFING VACANCY REPORTS FOR DECEMBER 2022 IN RESPONSE TO MARCH 17, 2023 ORDER [ECF NO. 7766]**<br><br>Judge: The Hon. Kimberly J. Mueller |

[4258483.1]    1

Stip. and Order Extend. Time to File Amended Reports under March 17 Order (2:90-cv-00520 KJM-DB (PC))

On March 17, 2023, the Court ordered Defendants to file an amended version of the monthly mental health staffing vacancy report filed February 9, 2023 (ECF No. 7717), which "shall report mental health vacancy data for positions allocated and filled under the 2009 Staffing Plan and modifications thereto separately from positions allocated and filled under the CDCR PIP Staffing Plan, and shall include vacancy data for the medical assistant classification." (ECF No. 7766.)  The Court has requested the amended reports so that it can correct the following statement from p. 2 lines 12-17 of the 2/28/23 order on staffing:

> As of December 2022, defendants have a total of 2,395.5 allocated mental health staff positions.  More than ten percent of those positions are vacant across all classifications; the vacancy rate among psychiatrists is eighteen percent, the vacancy rate among psychologists is thirty-three percent, the vacancy rate among social workers is thirty-one percent, the vacancy rate among recreation therapists is fourteen percent, and the vacancy rate among medical assistants is twenty-seven percent.

(ECF No. 7717 at 2:12-17.)

To respond to the Court's order for staffing data required to correct the February 28 order, Defendants need to prepare a revised report that separates out the staffing positions allocated under the 2009 Staffing Plan from those allocated under the PIP Staffing Plan.  The March 13, 2023 order requires Defendants to file this expanded report by March 24, 2023.  (ECF No. 7766 at 2.)  Defendants represent that they are working diligently to compile the data necessary to prepare the expanded report, but cannot complete this task within the five working days afforded under the March 17 order.  Defendants approached the Plaintiffs concerning their need for additional time to prepare and file the expanded report.  Specifically, Defendants requested a three business day extension of time, or until March 29, 2023, in which to file the amended vacancy report covering the month of December 2022.  Plaintiffs do not oppose this brief extension request.

/ / /

/ / /

/ / /

[4258483.1]

2

Stip. and Order Extend. Time to File Amended Reports under March 17 Order (2:90-cv-00520 KJM-DB (PC))

Accordingly, Defendants request that the Court extend the deadline for Defendants to file the amended staff vacancy reports required under the March 17 order to March 29, 2023.

**IT IS SO STIPULATED**.

Dated:  March 24, 2023

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*ATTORNEYS FOR DEFENDANTS*

Dated:  March 24, 2023

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated:  March 24, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Jenny Yelin*
JENNY YELIN
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED:  March 20, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[4258483.1]   3

Stip. and Order Extend. Time to File Amended Reports under March 17 Order (2:90-cv-00520 KJM-DB (PC))