Gregg McLean Adam, Bar No. 203436
  gregg@majlabor.com
**MESSING ADAM & JASMINE LLP**
165 North Redwood Drive, Suite 206
San Rafael, CA 94903
Telephone:  415.266.1800
Facsimile:   415.266.1128

Attorneys for Amicus Curiae California
Correctional Peace Officers' Association

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>The Hon. Kimberly J. Mueller |

PLEASE TAKE NOTICE that MESSING ADAM & JASMINE LLP has changed its address for service of notices and documents in the above-captioned action. The new address is as follows:

> MESSING ADAM & JASMINE LLP
> 165 North Redwood Drive, Suite 206
> San Rafael, CA 94903

All notices and documents regarding the action should be sent to the above address. All other contact information, such as email, phone number, and fax number, remains unchanged.

DATED:  April 3, 2023         MESSING ADAM & JASMINE LLP

                              By: _____
                                  Gregg McLean Adam
                                  Attorneys for Amicus Curiae California
                                  Correctional Peace Officers' Association