MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. 2:90-cv-00520-KJM-DB <br><br> **STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2022** <br><br> Judge: Hon. Deborah Barnes |

[4264623.1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2022 to Defendants via e-mail on March 1, 2023. The parties completed their meet and confer process on April 3, 2023. The parties have resolved all disputes regarding fees and costs for the Fourth Quarter of 2022, with an agreement to reduce claimed amounts to a total of $1,104,158.99 calculated at a rate of $237.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $1,104,158.99 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from April 1, 2023 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: April 4, 2023

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: April 4, 2023

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____, 2023

Honorable Deborah Barnes
United States Magistrate Judge

[4264623.1]

1

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2022

## Coleman v. Newsom
## Fourth Quarter of 2022
## October 1, 2022 through December 31, 2022
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $1,127,527.50 | $1,088,064.03 | $9,168.55 |
| **Fees on Fees, 489-5** | $7,157.40 | $6,906.90 | $19.51 |
| **Totals** | **$1,134,684.90** | **$1,094,970.93** | **$9,188.06** |
| **Claimed Total:** |  | **$1,143,872.96** |  |
| **Settled Total:** |  | **$1,104,158.99** |  |

4224140

**Coleman v. Newsom**
**Fourth Quarter of 2022**
**October 1, 2022 through December 31, 2022**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adam Dean | 11.80 | 11.80 | $237.00 | $2,796.60 | $2,698.72 |
| Alex Gourse | 35.30 | 33.10 | $237.00 | $7,844.70 | $7,570.14 |
| Amit Rao | 18.50 | 17.90 | $237.00 | $4,242.30 | $4,093.82 |
| Amy Xu | 106.10 | 104.00 | $237.00 | $24,648.00 | $23,785.32 |
| Arielle Tolman | 200.60 | 200.10 | $237.00 | $47,423.70 | $45,763.87 |
| Averi Suk | 33.20 | 33.20 | $237.00 | $7,868.40 | $7,593.01 |
| Brenda Munoz | 185.30 | 185.30 | $237.00 | $43,916.10 | $42,379.04 |
| Cara E. Trapani | 240.30 | 240.20 | $237.00 | $56,927.40 | $54,934.94 |
| Ellen T. Brancart | 306.40 | 299.00 | $237.00 | $70,863.00 | $68,382.80 |
| Emma Lower | 1.70 | 0.00 | $237.00 | $0.00 | $0.00 |
| Ernest Galvan | 47.20 | 46.90 | $237.00 | $11,115.30 | $10,726.26 |
| F. Gail LaPurja | 56.10 | 52.60 | $237.00 | $12,466.20 | $12,029.88 |
| Fely F. Villadelgado | 108.50 | 44.50 | $237.00 | $10,546.50 | $10,177.37 |
| Gay C. Grunfeld | 4.10 | 0.00 | $237.00 | $0.00 | $0.00 |
| Ginger Jackson-Gleich | 188.70 | 187.10 | $237.00 | $44,342.70 | $42,790.71 |
| Gregorio Z. Gonzalez | 196.10 | 126.70 | $237.00 | $30,027.90 | $28,976.92 |
| Hannah Potter | 262.30 | 239.20 | $237.00 | $56,690.40 | $54,706.24 |
| Jenny S. Yelin | 160.30 | 160.00 | $237.00 | $37,920.00 | $36,592.80 |
| Jessica L. Winter | 177.90 | 174.80 | $237.00 | $41,427.60 | $39,977.63 |
| Julie de Vaulx | 341.80 | 337.00 | $237.00 | $79,869.00 | $77,073.59 |
| Kara J. Janssen | 0.20 | 0.00 | $237.00 | $0.00 | $0.00 |
| Linda H. Woo | 26.10 | 24.90 | $237.00 | $5,901.30 | $5,694.75 |
| Lindsay Newfeld | 13.10 | 13.10 | $237.00 | $3,104.70 | $2,996.04 |
| Lisa Ells | 227.40 | 223.90 | $237.00 | $53,064.30 | $51,207.05 |
| Luke Weizenberg | 345.40 | 333.70 | $237.00 | $79,086.90 | $76,318.86 |
| Marc Shinn-Krantz | 290.00 | 285.10 | $237.00 | $67,568.70 | $65,203.80 |
| Megan Rich | 21.10 | 20.90 | $237.00 | $4,953.30 | $4,779.93 |
| Michael L. Freedman | 0.60 | 0.00 | $237.00 | $0.00 | $0.00 |
| Michael S. Nunez | 159.40 | 156.10 | $237.00 | $36,995.70 | $35,700.85 |
| Michael W. Bien | 38.50 | 38.40 | $237.00 | $9,100.80 | $8,782.27 |
| Penny M. Godbold | 0.30 | 0.00 | $237.00 | $0.00 | $0.00 |
| Sanjana Srinivasan | 350.30 | 305.40 | $237.00 | $72,379.80 | $69,846.51 |
| Sarah A. Corkum | 209.90 | 200.80 | $237.00 | $47,589.60 | $45,923.96 |
| Teya Khalil | 353.40 | 333.30 | $237.00 | $78,992.10 | $76,227.38 |
| Thomas Nolan | 80.70 | 80.60 | $237.00 | $19,102.20 | $18,433.62 |
| Yesi Murillo | 132.60 | 129.10 | $237.00 | $30,596.70 | $29,525.82 |
| **Total** | **4931.20** | **4638.70** | | **$1,099,371.90** | **$1,060,893.88** |

4224140

**Coleman v. Newsom**
**Fourth Quarter of 2022**
**October 1, 2022 through December 31, 2022**
Monitoring Fees, 489-3

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alondra Diaz-Saavedra | 10.40 | 10.40 | $237.00 | $2,464.80 | $2,378.53 |
| Amber Norris | 1.30 | 1.30 | $237.00 | $308.10 | $297.32 |
| Audrey Lim | 2.10 | 2.10 | $237.00 | $497.70 | $480.28 |
| Dewi Zarni | 6.90 | 6.90 | $237.00 | $1,635.30 | $1,578.06 |
| Donald Specter | 6.30 | 6.30 | $237.00 | $1,493.10 | $1,440.84 |
| Ilian Meza Pena | 8.70 | 8.70 | $237.00 | $2,061.90 | $1,989.73 |
| Isabel Avila Breach | 6.50 | 6.50 | $237.00 | $1,540.50 | $1,486.58 |
| Margot Mendelson | 1.20 | 1.20 | $237.00 | $284.40 | $274.45 |
| Sara Norman | 1.20 | 1.20 | $237.00 | $284.40 | $274.45 |
| Sophie Mishara | 3.00 | 3.00 | $237.00 | $711.00 | $686.12 |
| Steve Fama | 63.60 | 63.60 | $237.00 | $15,073.20 | $14,545.64 |
| Tania Amarillas | 7.60 | 7.60 | $237.00 | $1,801.20 | $1,738.16 |
| **Total** | **118.80** | **118.80** | | **$28,155.60** | **$27,170.15** |

**GRAND TOTAL** $1,127,527.50 $1,088,064.03

4224140

**Coleman v. Newsom**
**Fourth Quarter of 2022**
**October 1, 2022 through December 31, 2022**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $849.80 | $849.80 |
| Outside Copying/Scanning | $2,253.23 | $2,253.23 |
| Transcription | $1,818.90 | $1,818.90 |
| Telephone | $31.60 | $31.60 |
| Postage and Delivery | $1,707.22 | $1,707.22 |
| Research (Westlaw/Lexis/PACER/Fees/Articles) | $867.16 | $867.16 |
| Travel | $1,496.94 | $1,496.94 |
| **Total** | **$9,024.85** | **$9,024.85** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Postage | $143.70 | $143.70 |
| **Total** | **$143.70** | **$143.70** |

**GRAND TOTAL** $9,168.55

4224140

**Coleman v. Newsom**
**Fourth Quarter of 2022**
**October 1, 2022 through December 31, 2022**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Linda H. Woo | 5.40 | 5.40 | $237.00 | $1,279.80 | $1,235.01 |
| Lisa Ells | 22.20 | 22.20 | $237.00 | $5,261.40 | $5,077.25 |
| **Total** | **27.60** | **27.60** | | **$6,541.20** | **$6,312.26** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.40 | 1.40 | $237.00 | $331.80 | $320.19 |
| Margot Mendelson | 1.20 | 1.20 | $237.00 | $284.40 | $274.45 |
| **Total** | **2.60** | **2.60** | | **$616.20** | **$594.64** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$7,157.40** | **$6,906.90** |

4224140

**Coleman v. Newsom**
**Fourth Quarter of 2022**
**October 1, 2022 through December 31, 2022**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Postage and Delivery | $19.51 | $19.51 |
| **Total** | **$19.51** | **$19.51** |

| | |
|---|---:|
| **GRAND TOTAL** | **$19.51** |

4224140