| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias, SBN 321994<br>Carson R. Niello, SBN 329970<br>1676 N. California Blvd., Suite 620<br>Walnut Creek, California 94596<br>Telephone: 925-746-8460<br>Facsimile: 925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>       Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION[1] OF MICHAEL HEWITT IN COMPLIANCE WITH MARCH 13, 2023 ORDER**<br><br>Judge:   Hon. Kimberly J. Mueller |

---

[1] The Court's March 13, 2023 order states: "all counsel and all principals who participate in preparation of briefing, presentation of evidence, or oral argument on the pending motion must file an affidavit attesting they have read" the documents set forth in the order. Eastern District Local Rule 101 states that an "affidavit" includes a declaration prepared in accordance with federal law. *See* 28 U.S.C. § 1746.

1 | I, Michael Hewitt, attest that I have read all documents listed in the Court's March 13, 2023 order as required by that order.  ECF 7757.

4 | I declare under penalty of perjury that the foregoing is true and correct.  Executed in Orange, California on April 5, 2023.

```
                        /s/ Michael Hewitt
                        MICHAEL HEWITT
```