| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS, SBN 321994<br>CARSON R. NIELLO, SBN 329970<br>HANSON BRIDGETT LLP<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>    v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                      Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF ERRATA OF ECF NO. 7752** |

On March 13, 2023, the Court ordered that all counsel and witnesses who either submitted evidence on Plaintiffs' motion for clarification or who wish to be heard at argument review scores of orders and monitoring reports and file a certification they have done so. (ECF No. 7757.) The Court approved Defendants' request to allow Defendants' principals until April 6, 2023 to comply with the March 13 order and to make any corrections to their respective declarations as may be suggested by such review. (ECF No. 7773.) Defendants have filed the declarations as ordered, including a declaration by Stephen Cartwright, Psy.D. (ECF No. 7801.) Dr. Cartwright's declaration identifies amendments to clarify statements in two paragraphs in his March 2

1

declaration.  (ECF No. 7801 at 2-3.)  On April 7, 2023, Defendants filed an Amended Declaration of Steven Cartwright, Psy.D., in Support of Defendants' Opposition to Plaintiffs' Motion in Response to December 29, 2022 Order Re Dr. Golding's Second Whistleblower Report (ECF No. 7721).  (ECF No. 8702.)  This notice of errata conforms Defendants' March 2, 2023 opposition with Dr. Cartwright's amended declaration as follows:

> ECF No. 7752, Page 14, lines 5 through 9 are amended to read, "The clarification order that Plaintiffs seek would not resolve the parties' actual disputes, which are: (1) the appropriate scope of each provisionally approved key indicator; (2) whether the underlying business rule ensures that indicators properly measure the most salient and material provisions of the Program Guide and Compendium; and (3) whether certain proposed changes to indicators are reasonable modifications, attempts to expand the remedial scope beyond the Program Guide and Compendium, or disguised requests for entirely new indicators.  (Decl. Cartwright, ¶ 13.)."

Dated: April 7, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*
HANSON BRIDGETT LLP

Dated:  April 7, 2023

*/s/ Paul Mello*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

2