UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No. 2:90-cv-0520 KJM DB P<br><br>ORDER AMENDING FEBRUARY 28, 2023 ORDER AT ECF NO. 7742 |

       As required by court order, ECF No. 7766, defendants have filed an amended version of the monthly mental health staffing vacancy report they originally filed February 9, 2023, ECF No. 7717. *See* ECF No. 7788. After review and good cause appearing, the court amends its February 28, 2023 order, ECF No. 7742, at lines 12-17 to read as follows:

       As of December 2022, defendants have a total of 2,017.4 mental health staff positions allocated under their 2009 Staffing Plan.[1] ECF No. 7788 at 5-9. More than ten percent of those positions are vacant across all classifications except recreation therapists: the vacancy rate among psychiatrists is fifteen percent, the vacancy rate among psychologists is thirty-one percent, the

---

[1] The court assumes without deciding these allocations are derived from correct application of the staffing ratios in the 2009 Staffing Plan, as modified by subsequent court orders, to the existing population of mentally ill inmates at each level of care in CDCR's Mental Health Services Delivery System (MHSDS).

1

vacancy rate among social workers is twenty-five percent, the vacancy rate among recreation therapists is nine percent, and the vacancy rate among medical assistants is twenty-nine percent. *Id*. In all other respects, the February 28, 2023 order remains unchanged.

IT IS SO ORDERED.

DATED: April 7, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE