DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING THIRD-LEVEL DATA REMEDIATION DISPUTES**<br><br>Judge: Hon. Kimberly J. Mueller |

[4270734.2]

On April 10, 2023, Defendants filed objections to the Special Master's Report and Recommendations Regarding Third-Level Data Remediation Disputes. *See* ECF No. 7805.

The Order of Reference emphasizes the importance of Plaintiffs' input in the remedial process. *See* ECF No. 640 at 2-3 (Dec. 11, 1995). Accordingly, Plaintiffs request that the Court grant leave to Plaintiffs to respond to Defendants' objections. Defendants raise several new arguments and propose compromises that they never previously raised in the data dispute resolution process. Defendants' objections are also procedurally improper, as they do not adhere to the data remediation dispute resolution process filed with the Court. *See* Decl. of Kathleen Allison in Resp. to Apr. 19, 2022 Order, ECF No. 7556-2 at 3 (requiring any party that disagrees with the Special Master's recommendations to "file a ***motion*** objecting to the Special Master's report") (emphasis added). Plaintiffs seek an opportunity to address these new developments and demonstrate why Defendants' objections to the Special Master's recommendations lack merit, and why an order adopting the Special Master's proposed resolutions to the pending data disputes is warranted.

Accordingly, Plaintiffs request that the Court grant until April 24, 2023, for Plaintiffs to respond to Defendants' objections.

DATED: April 13, 2023        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Cara E. Trapani*
    Cara E. Trapani

Attorneys for Plaintiffs