1    DONALD SPECTER – 083925      MICHAEL W. BIEN – 096891
    STEVEN FAMA – 099641       ERNEST GALVAN – 196065

2    MARGOT MENDELSON – 268583    LISA ELLS – 243657
    PRISON LAW OFFICE         THOMAS NOLAN – 169692

3    1917 Fifth Street            JENNY S. YELIN – 273601
    Berkeley, California  94710-1916    MICHAEL S. NUNEZ – 280535

4    Telephone:   (510) 280-2621      AMY XU – 330707
                               CARA E. TRAPANI – 313411

5    CLAUDIA CENTER – 158255      MARC J. SHINN-KRANTZ – 312968
    DISABILITY RIGHTS EDUCATION    ALEXANDER GOURSE – 321631

6    AND DEFENSE FUND, INC.      GINGER JACKSON-GLEICH – 324454
    Ed Roberts Campus          ADRIENNE PON HARROLD – 326640

7    3075 Adeline Street, Suite 210     ARIELLE W. TOLMAN – 342635
    Berkeley, California  94703-2578    ROSEN BIEN

8    Telephone:   (510) 644-2555      GALVAN & GRUNFELD LLP
                               101 Mission Street, Sixth Floor

9                                 San Francisco, California  94105-1738
                                Telephone:   (415) 433-6830

10   Attorneys for Plaintiffs

11

12                 UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

14

15   RALPH COLEMAN, et al.,        Case No. 2:90-CV-00520-KJM-DB

16          Plaintiffs,         **DECLARATION OF ERNEST**
                        **GALVAN IN SUPPORT OF**

17       v.               **PLAINTIFFS' MOTION TO REJECT**
                        **DEFENDANTS' PLAN TO PROVIDE**

18   GAVIN NEWSOM, et al.,        **MINIMUM TREATMENT**
                        **STANDARDS FOR PSYCHIATRIC**

19         Defendants.        **INPATIENT PROGRAMS (ECF NO.**
                        **7787) AS INADEQUATE TO REMEDY**

20                                 **DEFENDANTS' EIGHTH**
                        **AMENDMENT VIOLATIONS**

21

22                           Judge:   Hon. Kimberly J. Mueller

23

24

25

26

27

28   [4272129.2]

1    I, Ernest Galvan, declare:

2    1.    I am an attorney duly admitted to practice before this Court. I am a partner

3  in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I

4  have personal knowledge of the facts set forth herein, and if called as a witness, I could

5  competently so testify. I make this declaration based in support of Plaintiffs' Notice of

6  Motion and Motion to Reject Defendants' Plan to Provide Minimum Treatment Standards

7  for Psychiatric Inpatient Programs (ECF No. 7787) as Inadequate to Remedy Defendants'

8  Eighth Amendment Violations.

9    2.    Attached hereto as **Exhibit A** is a true and correct copy of a document

10  received in my office by email on April 13, 2023, from Deputy Attorney General Namrata

11  Kotwani, titled California Department of State Hospitals Governing Body Report,

12  Department of State Hospitals – Coalinga, Coleman 2684 Report, July 1, 2022-

13  December 31, 2022.

14    3.    Attached hereto as **Exhibit B** is a true and correct copy of document titled

15  "Memorandum, Minimum Offered Treatment," dated June 18, 2020. My office received

16  this document as part of Defendants' production to the Special Master in advance of the

17  Special Master's tour of the PIP programs.

18    4.    Attached hereto as **Exhibit C** is a true and correct copy of an email received

19  in my office on February 2, 2023, followed by one of its attachments with the filename

20  "Responses All 221227.pdf."

21    I declare under penalty of perjury under the laws of the United States of America

22  that the foregoing is true and correct, and that this declaration is executed at San Francisco,

23  California this 17th day of April, 2023.

24

25    */s/ Ernest Galvan*
_____

26    Ernest Galvan

27

28    [4272129.2]

DECL. OF ERNEST GALVAN ISO PLS' MOT. TO REJECT DEFS.' PLAN TO PROVIDE MIN. TREATMENT
STDS. FOR PIPs (ECF NO. 7787) AS INADEQUATE TO REMEDY DEFS.' 8TH AMEND. VIOLATIONS

# Exhibit A

| | |
|---|---|
| **From:** | Namrata Kotwani |
| **To:** | Coleman Team - RBG Only |
| **Cc:** | Elise Thorn; Damon McClain; "Paul B. Mello (Pmello@hansonbridgett.com)"; Samantha Wolff (SWolff@hansonbridgett.com); David Casarrubias; Laurel O'Connor; ajackson@hansonbridgett.com; Nina Raddatz; Kent, Kristopher@DSH-S; brent.reden@dsh.ca.gov; Karen Jeffers |
| **Subject:** | Coleman - DSH CQI Reports (July 2022 - December 2022) |
| **Date:** | Thursday, April 13, 2023 10:45:35 AM |
| **Attachments:** | DSH-C Coleman GB Report - 7.1.22-12.31.22.pdf <br> DSH-A Coleman Governing Body Report (Jul - Dec 2022).pdf <br> DSH-P Coleman Governing Body Report (July-Dec 2022).pdf |

[EXTERNAL MESSAGE NOTICE]

Good morning:

Please find DSH's CQI Reports for ASH, CSH, & PSH (July 2022 - December 2022) attached.

Thank you,

Namrata

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



California Department of
**State Hospitals**

# **Governing Body Report**

July 1, 2022 –
December 31, 2022

Department of State Hospitals - Coalinga

## **Coleman – 2684 Report**

**Department of State Hospitals-Coalinga**
**Governing Body Report**
**Coleman – 2684 Report**
**July 1, 2022 – December 31, 2022**

| Contents | Page |
|---|---|

1   Quality Improvement Plan ........................................................................... 2

2   About DSH-Coalinga .................................................................................. 2

3   Executive Summary: Seclusion, Restraints, and Enhanced Observations ........................ 3

4   Executive Summary: Incidents ..................................................................... 5

5   Executive Summary: Medication .................................................................... 8

6   Executive Summary: Treatment Hours .............................................................. 9

7   Executive Summary: Management Indicators ...................................................... 11

8   Detailed Report: Use of Restraints ............................................................... 12

9   Detailed Report: Use of Seclusion ................................................................ 14

10  Detailed Report: Use of Enhanced Observation ................................................... 16

11  Detailed Report: Incidents of Aggression ........................................................ 17

12  Detailed Report: Incidents of Rules Violations (RVR) ............................................ 21

13  Detailed Report: Incidents of Suicide Attempts/Suicide ........................................ 21

14  Detailed Report: Medications – Use of Clozapine ................................................ 22

15  Detailed Report: Use of Involuntary Medications ................................................ 22

16  Detailed Report: Treatment Hours ................................................................ 23

17  Detailed Report: Management Indicators – Staffing Allocations and Vacancies ................. 26

# 1  Quality Improvement Plan

The purpose of the Quality Improvement Program (QIP) is to ensure the safety of, preserve the rights of, and continuously improve and evaluate the quality of therapeutic and rehabilitation services provided. DSH Policy Directive 9000 Quality Improvement Program describes strategies, processes, tools, and a governance structure that hospitals use to plan, prioritize, develop, implement, and evaluate quality improvement initiatives and sustain improvement.

The QIP aims to assess, improve, and monitor the quality of patient care. Department of State Hospitals (DSH) maintains an ongoing QIP based on objective data that describe performance improvement, quality assurance, clinical risk management, clinical outcomes, incident management and regulatory compliance activities. The QIP is administered and supported by standardized committee functions, documentation, and reporting processes.

The Model for QIP starts with defining the problem, then moves to identifying the solution, followed by implementing the solution, and finally to assess for the desired outcome.

The Governing Body shall, in the exercise of its overall responsibility, assign to the Executive Director, as a representative of the Governing Body, reasonable authority to develop a plan and implement mechanisms to assess and improve the quality of the DSH facility's governance, management, clinical and support processes, and to ensure the provision of patient care. The quality improvement plans shall be updated at least annually and submitted to the Governing Body for review and approval.

# 2  About DSH-Coalinga

## 2.1  Overview of DSH-Coalinga PC 2684 Program

Department of State Hospitals-Coalinga (DSH-C) provides Intermediate Care Facility (ICF) psychiatric care to California Department of Corrections and Rehabilitation (CDCR) inmate-patients under the terms of a memorandum of understanding (MOU) with CDCR and in accordance with Coleman court orders. Currently there are a total of 50 beds designated as PC 2684 beds for patient care. At DSH-C, Program 7 provides care for the PC 2684 patients.

The MOU and joint policies define the process of referral of PC 2684 patients, the acceptance process to DSH-C, and the discharge process of PC 2684 patients to either parole or return to CDCR. All ICF PC 2684 referrals are sent to DSH-C's Admission Discharge Unit (ADU) for processing and coordinating referrals, admissions and bed management transfers in and out of the facility. The Medical Director reviews all transfer packets and approves them for admission to DSH-C. It is a priority to identify those patients appropriate for the least restrictive housing alternative for admission to DSH-C.

All PC 2684 patients receive a medical history and physical, a psychiatric assessment, a psychological admission assessment (with risk assessments for danger to self and danger to others), a social work assessment, and a rehabilitation therapy assessment. The medical and psychiatric assessments must be completed in less than twenty-four hours. An initial nursing assessment is completed in eight (8) hours or less.

The ICF 2684 treatment unit has multidisciplinary teams (Psychiatrist, Psychologist, Social Worker, Rehabilitation Therapist, and Level of Care (LOC) Staff). Individualized treatment plans address each patient's reason for referral and the expected treatment goals. Treatment modalities include individual therapy, group therapy (e.g., substance abuse treatment, Cognitive Behavior Therapy (CBT), Dialectical Behavior Therapy (DBT), medication and symptom management, and others). Psychiatric sick call for the management of urgent conditions is held seven (7) days a week on all ICF units. PC 2684 patients receive medical care from DSH-C physicians and surgeons. Medical sick call is held every day, seven days a week on all ICF treatment units.

A comprehensive utilization review process (defined in the MOU and joint policy) has been implemented at DSH-C. Patients who have achieved treatment goals either return to CDCR at a recommended level of care or discharge to parole.

## 3  Executive Summary: Seclusion, Restraints, and Enhanced Observations

### 3.1  Executive Summary
DSH-C utilizes behavioral seclusion or restraint only to ensure the safety of patients, staff, or visitors when the use of less intrusive measures poses a greater risk of injury, primarily during a psychiatric emergency.

### 3.2  Use of Restraints
Five-point restraint, also known as full bed restraint (FBR), is the application of belts and cuffs to the patient's wrists, ankles, and waist, including a waist belt that is fastened to a bed in a room designated for full bed restraints.  Belts and Cuffs, also known as wrist-to-waist restraints are any combination of restraints fastened around the patient's wrists, waist and/or ankles to limit the range of motion of arms and legs.  Seclusion and restraint is not used as punishment, retaliation, or for the convenience of staff.

#### 3.2.1  Analysis
There were two (2) incidents for this reporting period which is an increase from the previous reporting period (January 1, 2022, to June 30, 2022) which had no incidents. The two (2) incidents that resulted in the use of restraints involved two (2) unique patients. One (1) patient had one (1) incident in August. One (1) patient had one (1) incident in December. These incidents occurred on the AM shift.

#### 3.2.2  Recommendations
- Continue to train and implement Trauma-Informed Care (TIC) principles.
- Monitor the Kardex and Preference Plans to ensure relevant information is provided.
- Continue to review future incidents of restraints to ensure least restrictive measures were utilized.
- The Treatment Support Committee will continue to review all incidents of patients in restraints for more than four (4) hours, patients who have two (2) or more incidents of

restraints within seven (7) consecutive days and patients with four (4) or more incidents in 30 days.
- Continue to review incidents of restraints in the Program Review Committee.

## 3.3  Use of Seclusion

Seclusion is the involuntary confinement of a patient alone in a room or an area from which the patient is physically prevented from leaving. Seclusion within the State Hospital requires a medical staff order. Seclusion also does not describe "time-out" strategies, wherein a patient agrees to remain in an unlocked room or area and maintains the choice to leave.

### 3.3.1  Analysis

The five (5) incidents that resulted in the use of seclusion involved five unique patients. One (1) incident occurred in July on the PM shift. Three (3) incidents occurred in September, two (2) on the AM shift, and one (1) on PM shift. One (1) incident occurred in November on the AM shift. The five (5) incidents for the current reporting period are an increase of one (1) incident from the previous reporting period (January 1, 2022, to June 30, 2022) having four (4) incidents.

### 3.3.2  Recommendations
- Continue to train and implement Trauma-Informed Care principles.
- Continue to monitor the Kardex and Preference Plans to ensure relevant information is provided.
- Continue to review each incident of seclusion to ensure least restrictive measures were utilized.
- Continue to review incidents of Seclusion in the Program Review Committee.
- Continue to develop patient safety plans as clinically indicated.

## 3.4  Use of Enhanced Observations

One-to-one, two-to-one, Line of Sight (LOS), and Q15 minute checks are all considered types of enhanced observation.

### 3.4.1  Analysis

There was a total of 75 enhanced observation episodes totaling 3446.1 hours in the current reporting period (July 1, 2022, to December 31, 2022) compared to 33 episodes totaling 916.833 hours in the previous reporting period (January 1, 2022, to June 30, 2022) representing an increase of 42 episodes and increase of 2529.266 hours in comparison. 1:1 intervention comprised the highest frequency of utilization with 44 episodes and 1006.783 hours. Q15 totaled 18 episodes and 1718.067 hours. LOS totaled 13 episodes and 721.250 hours. There were no instances of 2:1 during this reporting period.

Enhanced Observations are categorized according to patient behavior and/or type of reason. Categories include Danger to Self (DTS), Danger to Others (DTO), Falls Risk, Medical, and Other (Danger from Others (DFO), DTO/DTS, and DTO/DFO. Medical was noted to be the most frequent reason utilized for a patient's placement on enhanced observation, followed by Danger to self. Last review period it was the converse.

**3.4.2** Recommendations
- Continue to complete suicide risk assessments as outlined in policy.
- Ensure treatment teams are using enhanced observations as clinically indicated with a physician's order to stabilize patients.
- The Enhanced Observation Committee will continue to review patients on enhanced observation longer than seven (7) days and as clinically indicated.
- Continue to review reduction/safety plans.

# 4  Executive Summary: Incidents

## 4.1  Executive Summary

The Unit 21 patient treatment program focuses on psychiatric stabilization for successful reintegration back to CDCR. Patients that are treated within DSH-C are being admitted from various referring levels of care and custody which results in a mixture of psychiatric acuity. During this reporting period, the following incident categories were analyzed within this report:
- Aggressive act to self
- Aggressive act to another patient (physical) (contact or contact attempted)
- Aggressive Act to Staff – Physical
- Rules Violations (RVR)
- Suicide
- Suicide Attempt

## 4.2  Aggressive act to self

Self-inflicted act with or without injuries and without suicidal intent. For example, burns, head banging, cutting, hunger strike, insertion/ingestion of foreign bodies or potentially toxic substances.  This classification is not used for water intoxication.

**4.2.1** Analysis

There was an increase of five Aggressive Acts to Self during this period. There was one (1) incident during the previous reporting period (January 1, 2022 – June 30, 2022) and six (6) this reporting period (July 1, 2022 – December 31, 2022). In all six (6) incidents, patients required S2 – Minor First Aid. Although there was an increase of aggressive acts to self this reporting period; there were three months where there were zero aggressive acts to self.

**4.2.2** Recommendations
- Continue with assessments and treatment interventions designed to prevent self-injurious behavior.
- Continue to support patients with psychological and emotional distress through treatment modalities such as group attendance to address dynamic risk factors.
- Continue to monitor patient medication compliance.
- Continue to discuss patients at high risk during change of shifts.
- Continue to analyze future incidents by time and method of occurrence.

## 4.3 Aggressive act to another patient (physical) (contact or contact attempted)

Hitting, biting, pushing, kicking, spitting, gassing or the throwing of other items, or similar acts directed against another patient to cause potential or actual injury.

Aggressive Act – Physical Contact: physical contact was made.

Aggressive Act – Physical Contact Attempted: Physical movement attempting to assault without making contact. This may also include lunging without making physical contact.

### 4.3.1 Analysis

This reporting period (July 1, 2022, to December 31, 2022), there were no incidents of Aggressive Acts to Another Patient – Physical. This is a decrease from the previous reporting period (January 1, 2022, to June 30, 2022), in which there were three (3).

### 4.3.2 Recommendations

- Continue updating violent risk assessments and treatment interventions designed to prevent aggressive acts to others.
- Incidents and data will continue to be reviewed by Treatment Teams, Program Review Committee, Treatment Support Committee, and Data Management Unit.
- Continue to monitor patient medication compliance.
- Continue to ensure Preference Plans and the Kardex are updated with relevant information.
- Continue to develop patient safety plans as clinically indicated.

## 4.4 Aggressive act to staff (physical) (contact or contact attempted)

Hitting, biting, pushing, kicking, spitting, gassing or the throwing of other items, or similar acts directed against staff to cause potential or actual injury.

Aggressive Act – Physical Contact: physical contact was made

Aggressive Act – Physical Contact Attempted: Physical movement attempting to assault without making contact. This may also include lunging without making physical contact.

### 4.4.1 Analysis

There were four (4) Aggressive Act to Staff – Physical during this reporting period compared to five (5) from the previous reporting period (January 1, 2022 - June 30, 2022). The four (4) incidents involved four (4) unique aggressors. Only one (1) of the four (4) incidents is listed as Physical Contact Made and resulted in one (1) staff member requiring S2 – Minor First Aid, the remainder resulted in S1 – No Treatment.

### 4.4.2 Recommendations

- Continue updating violent risk assessments and treatment interventions designed to prevent aggressive acts to others.
- Incidents and data will continue to be reviewed by Treatment Teams, Program Review Committee, Treatment Support Committee, and Data Management Unit.

- Continue to monitor patient medication compliance.
- Continue to develop patient safety plans as clinically indicated.
- Continue to ensure Preference Plans and the Kardex are updated with relevant information.

## 4.5  Incidents of Rules Violations (RVR)

**4.5.1**  Analysis

There was a total of one (1) Rule Violation Report (RVR) generated for this reporting period (July 1, 2022, to December 31, 2022) which is two less than last reporting period (January 1, 2022, to June 30, 2022). A total of one (1) RVR with Mental Health Assessment (MHA) was completed.

**4.5.2**  Recommendations
- Continue to ensure RVR's are processed as outlined in Policy Directive 3602.

## 4.6  Suicide

A self-inflicted injury resulting in death.

**4.6.1**  Analysis

During the current reporting period and last two (2) reporting periods, there were no suicides.

**4.6.2**  Recommendations
- Continue to follow current safety standards and assessment of patient. Create a Reduction/Safety plan as clinically indicated.

## 4.7  Suicide Attempt

Patient's behavioral acts with suicidal intent such as cutting, attempted hanging, ingestion of foreign bodies or potentially toxic substances.

**4.7.1**  Analysis

During the current reporting period (July 1, 2022, to December 31, 2022), there was one (1) suicide attempt which is an increase of one (1) from the last reporting period (January 1, 2022, to June 30, 2022) which had no suicide attempts.

**4.7.2**  Recommendations
- Continue to follow current safety standards and reviewing the Columbia-Suicide Severity Rating Scale (C-SSRS), a questionnaire used for suicide assessment, at admission, as well as monthly or as clinically indicated.

PC2684 Incidents: July – December 2022, broken down by length of time to Incident

| LOS at Incident | Aggression | | Medical | | Other | | Self-Harm | | Total | Pt Days | Pt Count | Controlled for Population* | % of All SIRs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - 7 Days | 7 | 12.3% | 5 | 41.7% | 6 | 14.3% | 4 | 33.3% | 22 | 186 | 25 | 118.280 | 17.9% |
| 7 - 14 Days | 1 | 1.8% | 0 | 0.0% | 2 | 4.8% | 0 | 0.0% | 3 | 171 | 27 | 17.544 | 2.4% |
| 14 - 21 Days | 1 | 1.8% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 182 | 26 | 5.495 | 0.8% |
| 21 - 28 Days | 4 | 7.0% | 1 | 8.3% | 2 | 4.8% | 0 | 0.0% | 7 | 182 | 26 | 38.462 | 5.7% |
| 35 - 42 Days | 4 | 7.0% | 0 | 0.0% | 4 | 9.5% | 0 | 0.0% | 8 | 150 | 22 | 53.333 | 6.5% |
| 42 - 49 Days | 1 | 1.8% | 0 | 0.0% | 1 | 2.4% | 0 | 0.0% | 2 | 134 | 20 | 14.925 | 1.6% |
| 56 - 63 Days | 2 | 3.5% | 0 | 0.0% | 1 | 2.4% | 0 | 0.0% | 3 | 124 | 20 | 24.194 | 2.4% |
| 77 - 84 Days | 2 | 3.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 2 | 148 | 22 | 13.514 | 1.6% |
| 84 - 90 Days | 2 | 3.5% | 1 | 8.3% | 4 | 9.5% | 0 | 0.0% | 7 | 129 | 22 | 54.264 | 5.7% |
| >90 Days | 33 | 57.9% | 5 | 41.7% | 22 | 52.4% | 8 | 66.7% | 68 | 1918 | 27 | 35.454 | 55.3% |
| **Total** | **57** | 46.3% | **12** | 9.8% | **42** | 34.1% | **12** | 9.8% | **123** | | | | |

- This is a table of all incidents by our PC2684 population during the reporting period, broken down into 4 categories.
  - Aggression = (Verbal/Physical/Sexual/Attempts/Peer/Staff/Visitors)
  - Medical = (Injury/Falls/Medical Events/Seizure/Water-Intox)
  - Self-Harm = (Threats/Gestures/Ideations/Attempts/Completions)
  - Other = catchall for other incidents (Contraband/Elopement/Criminal/Etc)
- These data are further broken down by the week of the incident since they moved to DSH-Coalinga.
- Blue percentages are the % of incidents at each week. For example, 10% of PC2684 aggression happens in the first 7 days of admission, 41% of aggression happens from patients here > 90 Days.
- 'Controlled for population' represents the % of patients who have at least one incident in that weekly category.
- '% of all SIRs' – represents each weekly category and their % of all incidents. (E.g. 7% of all incidents occur in the first 7 days)

# 5  Executive Summary: Medication

## 5.1  Executive Summary

The rate of STAT medication usage for this reporting period is considered acceptable as reducing further may result in assaults or self-injury. STAT medication is appropriately used for an acute intervention when other interventions are ineffective. DSH-C's formulary is extensive. Medications that are non-formulary can be approved if they are continuations or clinically indicated.

## 5.2  Use of Medication (Emergency and Non-Emergency)

**5.2.1**  Clozapine

Patients started and maintained on Clozapine.

5.2.1.1  Analysis
- DSH-C is consistently starting and maintaining patients on Clozaril.
- The Psychiatrists on the 2684 unit are experienced at using Clozaril and the Psychopharmacology Resource Network group is available if additional support is needed.

Patients started on Clozapine while at DSH.

| Medical record number of patient | Number of incidents prior to initiation of Clozapine | Date Clozapine initiated | Post initiation of Clozapine | | |
|---|---|---|---|---|---|
| | | | Number of incidents within first 30 days | Number of incidents 31-60 days | Number of incidents 61-90 days |
| 120032680 | 0 | 8/12/22 | 2 | 0 | 0 |
| 120032698 | 0 | 8/12/22 | 1 | 0 | 2 |

5.2.1.2  Recommendations
- Continue appropriate use of Clozaril.

## 5.3  Involuntary Use of Medication (Emergency and Non-Emergency)

Ordered and administered STAT medications.

**5.3.1**  Analysis
- Data shows that PC2602 petitions are made infrequently.
- DSH-C values voluntary adherence to treatment.
- DSH-C is providing ongoing training and mentorship to psychiatrists on involuntary medication orders to ensure that doctors promptly submit and renew these orders, when appropriate.
- STAT medications are used infrequently and only when voluntary compliance is not possible.

**5.3.2**  Recommendations
- Continue to provide mentorship and training on involuntary medication orders.
- Continue to work towards voluntary adherence when possible.

# 6  Executive Summary: Treatment Hours

## 6.1  Executive Summary

Central Program/Mall Services in concert with the Social Work, Psychology and Rehabilitation Therapy departments, have made several important contributions to improve clinical services to the CDCR patient population.  This has been accomplished through individual, program, and

multi-departmental efforts. During this period, Clinical & Program staff have focused on ensuring patients are offered 20 hours of treatment groups per patient, per week.

Summary of Treatment Hours

All patients will be offered, on average, 20 hours of treatment each week.  Of the 20 hours of offered treatment, at least 10 hours will be core treatment consisting of Core Groups, Individual Therapy or Clinical Contacts (as defined below).

Newly admitted patients within the last 30 days will not be counted within the "Average Number of Treatment Hours" table.  There will be a separate table titled "Newly Admitted Patients" recording hours of treatment for patients during the first 30 days following admission to the hospital.

Patients with higher clinical needs where 20 hours of group per week is not clinically indicated, will have the justification within his/her treatment plan along with objectives and interventions to assist the patient in attending groups.  These outliers will be excluded from the "Average Number of Treatment Hours" table but will have monthly treatment plan audits and will be described in the analysis portion of this report.


## 6.2  Definitions

**Core Group Hours** – consists of therapeutic groups that focus on meeting treatment expectations, educating patients regarding psychiatric and psychological disorders and/or specific skills for managing those disorders.  This includes but is not limited to groups focused on mental health education, symptom management, coping skills, social skills, relaxation, stress management, anger management, substance recovery, life skills and problem solving. These groups follow a specific lesson plan or group protocol with specific objectives for each weekly session and are documented in My Activity Participation Plan (MAPP) Module in WaRMSS.

**Supplemental Group Hours** – are leisure activities that may increase or promote prosocial activities and positive leisure engagement that do not have a lesson plan or specific objectives. During these groups (e.g., Bingo, Movie Groups, Bowling or courtyard activities, exercise groups) staff will provide informal structure. These groups are recorded in the Supplemental Activities Module in WaRMSS.

**Individual Therapy** – Any therapeutic session where one clinician (Psychiatrist, Psychologist, Social Work, or Rehabilitation Therapist) meets with one (1) patient for more than 15 minutes. These sessions are goal directed and have specific desired outcomes. These sessions are part of the patient's treatment plan and are re-occurring.  These sessions are recorded in WaRMSS.

**Clinical Contacts** – Unscheduled clinical contact where one (1) staff member meets with one (1) patient to address a patient's unpredictable needs or provide informal education. This type of contact is recorded in WaRMSS. Staff must also document the session within the medical record.

10

**DSH Treatment Group Audit** – a tool that is utilized by supervising clinicians to evaluate the quality of clinical skills utilized within the group setting.

## 6.3  Analysis

This reporting period (July 1, 2022, to December 31, 2022) the weekly core group hours per patient ranged from 8.22 to 12.37. The weekly number of hours per patient attended varied from 6.1 to 9.25.

During this reporting period, Supplemental Group hours fluctuated between 28.28 to 46.31 with an average of 40.9 hours scheduled. The weekly number of hours per patient attended fluctuated between 5.11 and 9.62.

The weekly number of hours per patient attended Clinical Contacts during the months of July to September ranged from 0.38 to 1.67, as October to December shows none. During the months of July to September, 15 patients attended Clinical Contacts.

Overall, the number of patients who received individual therapy decreased in comparison to the last reporting period. The monthly patient delivered treatment metric decreased from four (4) patients delivered during the previous report to three (3) this period.

DSH-C consistently met the expectation of offering on average, 20 hours of treatment each week, per patient.  Of the 20 hours of offered treatment, at least 10 hours consisted of Core Groups, Individual Therapy or Clinical Contacts, and the remaining hours were supplemental groups. Break week was effective December 17, 2022, which impacted core group offerings for the month of December to 8.78 hours and supplemental offerings to 41.3 hours during this review period.

## 6.4  Recommendations

- Continue to improve the facilitator provider hours by clinical staff.
- Develop a plan to maintain offering 10 hours of core groups during break week.
- Continue to provide short-term active treatment and increase patient engagement.
- Continue to offer appropriate groups based upon the current population.
- Explore ways to increase group participation and offering during modified programming.
- Continue to review group offerings on a weekly basis.
- Continue to follow Centers for Disease Control and Prevention (CDC) and California Department of Public Health (CDPH) guidelines for COVID-19 transmission-based precautions and testing.

# 7  Executive Summary: Management Indicators

## 7.1  Executive Summary

Management Indicators include a review and analysis of staffing, admissions, discharges, and length of stays. During the review period, staffing was consistently maintained to meet the court

ordered minimums and patient acuity needs. DSH-C continues to recruit for all disciplines who serve the patient population. DSH-C saw a decrease in length of stay for the CDCR patient population compared to the last reporting period. DSH-C continues to review and implement Quality Improvement efforts with Utilization Management, Quality Council and Patient Satisfaction Surveys.

## 7.2  Staffing, admissions, discharges, and length of stay

### 7.2.1 Analysis
Staffing for nursing positions has remained consistent in this reporting period. Clinical staffing ratios remain appropriate. There was an increase of eight (8) in overall admissions and a decrease of seven (7) in discharges from the previous reporting period. There was a decrease in our average length of stay during this review period, compared to our previous review period.

### 7.2.2 Recommendations
- Continue our current Utilization Management process which includes Utilization Management Committee and retrospective/concurrent/continued stay reviews.
- Continue to follow CDC and CDPH guidelines for COVID-19 transmission-based precautions and testing.

# 8  Detailed Report: Use of Restraints

## 8.1  Use of Restraints Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
| | Formula=(Incidents/Patient Days) * 1000 | 552 | 628 | 630 | 621 | 647 | 811 |
| 8.1 | Use of restraints | | | | | | |
| 8.1. | Number of restraint episodes | 0 | 1 | 0 | 0 | 0 | 1 |
| | Rate 8.1.1 | 0 | 1.59 | 0 | 0 | 0 | 1.23 |
| 8.1. | Total hours in restraint | 0 | 3.967 | 0 | 0 | 0 | 3.583 |
| | Rate 8.1.2 | 0 | 6.316 | 0 | 0 | 0 | 4.418 |
| 8.1. | Average time in restraints | 0 | 3.967 | 0 | 0 | 0 | 3.583 |

## 8.2  Use of Restraints – # of Restraint Episodes Initiated by Day of Week

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 8.2 Use of restraints by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 1 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 1 |

## 8.3  Use of Restraints – # of Restraint Episodes Initiated by Shift

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 8.3 Use of Restraints by Shift: | | | | | | |
| AM | 0 | 1 | 0 | 0 | 0 | 1 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 8.4  Use of Restraints – DSH 2684 Restraint Audit Tool (Rev 06/2021)

| Audit Plan:    100% Audit per month | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
| Number of Audits Conducted | N/A | 1 | N/A | N/A | N/A | 1 |
| 8.4 Use of Restraints % Compliance | % | % | % | % | % | % |
| 1. The Interdisciplinary note described specific behavior demonstrated by the patient that was imminently dangerous to self or others. | N/A | 100% | N/A | N/A | N/A | 100% |
| 2. Each State hospital shall comply with 42 C.F.R. § 483.360(f), requiring assessments by a physician or licensed clinical professional of any patient placed in restraints within one hour, and | N/A | 100% | N/A | N/A | N/A | 100% |
| 2a. The order was obtained within 15 minutes from the initiation of restraints. | N/A | 100% | N/A | N/A | N/A | 100% |
| 2b. The RN conducted an assessment within 15 minutes of the initiation of restraints and documented in the IDN, and | N/A | 100% | N/A | N/A | N/A | 100% |
| 2c. The Physician conducted a face-to-face evaluation of the patient in restraints within one hour from the initiation of restraints, the note described specific behavior that was imminently dangerous to self or others and was documented in the Physician Progress Note. | N/A | 100% | N/A | N/A | N/A | 100% |
| 3. The IDN described specific, less-restrictive interventions that were tried prior to the use of restraints or there is clinical justification when less-restrictive interventions were not used. | N/A | 100% | N/A | N/A | N/A | 100% |
| 4. Restraints are not used in the absence of, or as an alternative to, active treatment. | N/A | 100% | N/A | N/A | N/A | 100% |
| 4a. There is a Focus of Hospitalization that targets the behavior that required the patient to be placed in restraints | N/A | 100% | N/A | N/A | N/A | 100% |
| 4b. There is a linked objective | N/A | 100% | N/A | N/A | N/A | 100% |
| 4c. There is at least one linked intervention (any formal group, individual therapy, or behavioral intervention) for | N/A | 100% | N/A | N/A | N/A | 100% |

13

Department of State Hospitals-Coalinga
Governing Body Report - Coleman – 2684 Report

| | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| the target behavior that required the patient to be placed in restraints | | | | | | |
| 5. The patient was released from restraints as soon as the violent or dangerous behavior that created the emergency was no longer displayed and the patient met the release criteria on the restraints order. | N/A | 100% | N/A | N/A | N/A | 100% |

## 8.5  Additional Comments

No additional comments.

# 9  Detailed Report: Use of Seclusion

## 9.1  Use of Seclusion Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
| | Formula=(Incidents/Patient Days) * 1000 | 552 | 628 | 630 | 621 | 647 | 811 |
| 9.1 | Use of seclusion | | | | | | |
| 9.1.1 | Number of seclusion episodes | 1 | 0 | 3 | 0 | 1 | 0 |
| | Rate 9.1.1 | 1.81 | 0 | 4.762 | 0 | 1.546 | 0 |
| 9.1.2 | Total hours in seclusion | 2.083 | 0 | 14.083 | 0 | 6.233 | 0 |
| | Rate 9.1.2 | 3.77 | 0 | 22.354 | 0 | 9.634 | 0 |
| 9.1 | Average time in seclusion | 2.08 | 0 | 4.694 | 0 | 6.233 | 0 |

## 9.2  Use of Seclusion – # of Seclusion Episodes Initiated by Day of Week

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 9.2 Use of seclusion by Day of Week: | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 3 | 0 | 1 | 0 |
| Wednesday | 1 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 9.3  Use of Seclusion – # of Seclusion Episodes Initiated by Shift

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 9.3 Use of Seclusion by Shift: | | | | | | |
| AM | 0 | 0 | 2 | 0 | 1 | 0 |
| PM | 1 | 0 | 1 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 9.4  Use of Seclusion – DSH 2684 Seclusion Audit Tool (Rev 06/2021)

| Audit Plan:    100% Audit per month | | | | | | |
|---|---|---|---|---|---|---|
| **Report for Hospital: Months** | Jul | Aug | Sept | Oct | Nov | Dec |
| **Number of Audits Conducted:** | 1 | N/A | 3 | N/A | 1 | N/A |
| 9.4 Use of Seclusion % Compliance | % | % | % | % | % | % |
| 1. The Interdisciplinary note described specific behavior demonstrated by the patient that was imminently dangerous to self or others. | 100% | N/A | 100% | N/A | 100% | N/A |
| 2. Each State hospital shall comply with 42 C.F.R. § 483.360(f), requiring assessments by a physician or licensed clinical professional of any patient placed in seclusion within one hour, and | | | | | | |
| 2a. The order was obtained within 15 minutes from the initiation of seclusion. | 100% | N/A | 100% | N/A | 100% | N/A |
| 2b. The RN conducted an assessment within 15 minutes of the initiation of seclusion and documented in the IDN, and | 100% | N/A | 100% | N/A | 100% | N/A |
| 2c. The Physician conducted a face-to-face evaluation of the patient in seclusion within one hour from the initiation of seclusion, the note described specific behavior that was imminently dangerous to self or others and was documented in the Physician Progress Note. | 100% | N/A | 100% | N/A | 100% | N/A |
| 3. The IDN described specific, less-restrictive interventions that were tried prior to the use of seclusion or there is clinical justification when less-restrictive interventions were not used. | 100% | N/A | 100% | N/A | 100% | N/A |
| 4. Seclusion is not used in the absence of, or as an alternative to, active treatment. | | | | | | |
| 4a. There is a Focus of Hospitalization that targets the behavior that required the patient to be placed in seclusion | 100% | N/A | 67% | N/A | 100% | N/A |
| 4b. There is a linked objective | 100% | N/A | 67% | N/A | 100% | N/A |
| 4c. There is at least one linked intervention (any formal group, individual therapy, or behavioral intervention) for the target behavior that required the patient to be placed in seclusion | 100% | N/A | 67% | N/A | 100% | N/A |
| 5. The patient was released from seclusion as soon as the violent or dangerous behavior that created the emergency was no longer displayed and the patient met the release criteria on the seclusion order. | 100% | N/A | 100% | N/A | 100% | N/A |

## 9.5  Additional Comments

For the one treatment plan audited in September 2022 found not to be in compliance for questions #4a-4c, the treatment plan could not be updated due to the patient's expedited discharge the day following the Seclusion event.

# 10  Detailed Report: Use of Enhanced Observation

## 10.1  Use of Enhanced Observation Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
| | Formula=(Incidents/Patient Days) * 1000 | 552 | 628 | 630 | 621 | 647 | 811 |
| **10.1** | **Use of Enhanced Observation** | | | | | | |
| **10.1.1** | Total number of episodes of 1-1 observation | 2 | 7 | 9 | 11 | 11 | 4 |
| | Rate 10.1.1 | 3.623 | 11.146 | 14.286 | 17.713 | 17.002 | 4.932 |
| **10.1.2** | Total hours on 1-1 | 29.417 | 205.067 | 242.650 | 145.133 | 223.867 | 160.650 |
| | Rate 10.1.2 | 53.291 | 326.539 | 385.159 | 233.709 | 346.007 | 198.088 |
| **10.1.3** | Average hours on 1-1 | 14.708 | 29.295 | 26.961 | 13.194 | 20.352 | 40.162 |
| **10.1.4** | Total number of episodes of 2-1 observation | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 10.1.4 | 0 | 0 | 0 | 0 | 0 | 0 |
| **10.1.5** | Total hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 10.1.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| **10.1.6** | Average hours on 2-1 | 0 | 0 | 0 | 0 | 0 | 0 |
| **10.1.7** | Total number of episodes of Q15 min observation | 2 | 6 | 4 | 3 | 2 | 1 |
| | Rate 10.1.7 | 3.623 | 9.554 | 6.349 | 4.831 | 3.091 | 1.233 |
| **10.1.8** | Total hours on Q15 min | 305 | 728 | 287.050 | 109.450 | 218.417 | 69.750 |
| | Rate 10.1.8 | 552.536 | 1159.873 | 455.635 | 176.248 | 337.584 | 86.005 |
| **10.1.9** | Average hours on Q15 min | 152.5 | 121.4 | 71.762 | 36.483 | 109.208 | 69.750 |
| **10.1.10** | Total number of episodes of line of sight observation | 2 | 5 | 1 | 1 | 2 | 2 |
| | Rate 10.1.10 | 3.623 | 7.962 | 1.587 | 1.610 | 3.091 | 2.466 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10.1.11 | Total hours on line of sight observation | 124.483 | 154.500 | 44.333 | 17.233 | 176.150 | 204.550 |
| | Rate 10.1.11 | 225.513 | 246.019 | 70.370 | 27.751 | 272.257 | 252.219 |
| 10.1.12 | Average hours on line of sight observation | 62.242 | 30.900 | 44.333 | 17.233 | 88.075 | 102.275 |

## 10.2 Use of Enhanced Observation by Type and Reason

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 10.2 Episodes of Enhanced Observation by **Type and Reason**: | | | | | | |
| 1:1 / LOS - Medical | 1 | 5 | 6 | 11 | 10 | 3 |
| 1:1 / LOS - Danger to Self | 2 | 3 | 2 | 0 | 2 | 1 |
| 1:1 / LOS - Danger to Others | 0 | 1 | 1 | 1 | 1 | 1 |
| 1:1 / LOS - Other | 1 | 3 | 1 | 0 | 0 | 1 |
| 2:1 - Medical | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - Danger to Self | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - Danger to Others | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:1 - Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Q15 Minute Obs. – Medical | 0 | 0 | 0 | 0 | 1 | 0 |
| Q15 Minute Obs. – Danger to Self | 2 | 3 | 2 | 1 | 0 | 0 |
| Q15 Minute Obs. – Danger to Others | 0 | 1 | 1 | 2 | 1 | 1 |
| Q15 Minute Obs. – Other | 0 | 2 | 1 | 0 | 0 | 0 |

## 10.3 Additional Comments

No additional comments.

# 11 Detailed Report: Incidents of Aggression

## 11.1 Incidents (Aggression) Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
| | Formula=(Incidents/Patient Days) * 1000 | 552 | 628 | 630 | 621 | 647 | 811 |
| **11.1** | **Incident reports** | | | | | | |
| 11.1.1 | Number of incidents of aggressive act to self | 0 | 3 | 1 | 0 | 2 | 0 |
| | Rate 11.1.1 | 0 | 4.78 | 1.59 | 0 | 3.09 | 0 |
| 11.1.2 | Number of incidents of aggressive act to another patient (physical) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 11.1.2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11.1.3 | Number of incidents of aggressive act to staff (physical) | 1 | 0 | 1 | 0 | 1 | 1 |
| | Rate 11.1.3 | 1.81 | 0 | 1.59 | 0 | 1.55 | 1.23 |

## 11.2 Incidents (Aggressive Act to Self) by Day of Week

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 11.2 # of incidents of aggressive act to self (SS) | | | | | | |
| Sunday | 0 | 1 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 1 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 1 | 0 |
| Wednesday | 0 | 1 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 1 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 1 | 0 | 0 | 0 |

## 11.3 Incidents (Aggressive Act to Peers) by Day of Week

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 11.3 # of incidents of aggressive act to Peers (A2) | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 0 |

## 11.4 Incidents (Aggressive Act to Staff) by Day of Week

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 11.4 # of incidents of aggressive act to Staff (A4) | | | | | | |
| Sunday | 0 | 0 | 0 | 0 | 0 | 0 |
| Monday | 0 | 0 | 0 | 0 | 0 | 0 |
| Tuesday | 0 | 0 | 0 | 0 | 1 | 0 |
| Wednesday | 0 | 0 | 0 | 0 | 0 | 0 |
| Thursday | 0 | 0 | 0 | 0 | 0 | 0 |
| Friday | 0 | 0 | 0 | 0 | 0 | 0 |
| Saturday | 0 | 0 | 0 | 0 | 0 | 1 |

## 11.5 Incidents (Aggressive Act to Self) by Shift

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 11.5 # of incidents of aggressive act to self (SS) | | | | | | |
| AM | 0 | 2 | 0 | 0 | 1 | 0 |
| PM | 0 | 1 | 1 | 0 | 1 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 11.6 Incidents (Aggressive Act to Peers) by Shift

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 11.6 # of incidents of aggressive act to peers (A2) | | | | | | |
| AM | 0 | 0 | 0 | 0 | 0 | 0 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 11.7 Incidents (Aggressive Act to Staff) by Shift

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 11.7 # of incidents of aggressive act to staff (A4) | | | | | | |
| AM | 0 | 0 | 0 | 0 | 1 | 1 |
| PM | 0 | 0 | 0 | 0 | 0 | 0 |
| NOC | 0 | 0 | 0 | 0 | 0 | 0 |

## 11.8 Incidents by Location – Aggressive Act to Self by Location

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 11.8 # of incidents of aggressive act to self (SS) | | | | | | |
| Bedroom | 0 | 2 | 0 | 0 | 1 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 1 | 0 | 0 | 0 | 0 |
| Day hall | 0 | 0 | 1 | 0 | 1 | 0 |

## 11.9 Incidents by Location – Aggressive Act to Peers by Location

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 11.9 # of incidents of aggressive act to peers (A2) | | | | | | |
| Bedroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 0 |
| Day hall | 0 | 0 | 0 | 0 | 0 | 0 |

## 11.10 Incidents by Location – Aggressive Act to Staff by Location

| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| 11.10 # of incidents of aggressive act to staff (A4) | | | | | | |
| Bedroom | 0 | 0 | 0 | 0 | 1 | 0 |
| Bathroom | 0 | 0 | 0 | 0 | 0 | 0 |
| Quiet Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Dining Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Group Room | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Unit | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Hallway | 0 | 0 | 0 | 0 | 0 | 1 |
| Day hall | 0 | 0 | 0 | 0 | 0 | 0 |

## 11.11 Additional Comments

No additional comments.

## 12 Detailed Report: Incidents of Rules Violations (RVR)

### 12.1 Incidents of Rules Violations Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
| | Formula= (Incidents/Patient Days) * 1000 | 552 | 628 | 630 | 621 | 647 | 811 |
| 12.1 | RVR | | | | | | |
| 12.1 | Number of patients receiving at least one RVR during the month | 0 | 0 | 0 | 0 | 0 | 1 |
| | Rate 12.1.1 | 0 | 0 | 0 | 0 | 0 | 1.233 |
| 12.1 | Number of patients provided MH Assessments during month per Title 15 and DOM | 0 | 0 | 0 | 0 | 0 | 1 |

### 12.2 Additional Comments

No additional comments.

## 13 Detailed Report: Incidents of Suicide Attempts/Suicide

### 13.1 Incidents of Suicide/Suicide Attempts Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
| | Formula=(Incidents/Patient Days) * 1000 | 552 | 628 | 630 | 621 | 647 | 811 |
| 13.1 | Suicide Attempt/Suicide | | | | | | |
| 13.1 | Number of Suicide Attempts | 0 | 1 | 0 | 0 | 0 | 0 |
| | Rate 13.1.1 | 0 | 1.592 | 0 | 0 | 0 | 0 |
| 13.1 | Number of Suicides | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rate 13.1.2 | 0 | 0 | 0 | 0 | 0 | 0 |

### 13.2 Additional Comments

No additional comments.

# 14 Detailed Report: Medications – Use of Clozapine

## 14.1 Use of Clozapine Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
| | Formula=(Incidents/Patient Days) * 1000 | 552 | 628 | 630 | 621 | 647 | 811 |
| **14.1** | **Use of Clozapine** | | | | | | |
| **14.1.1** | Number of maintenance / maintained | 0 | 2 | 2 | 0 | 0 | 0 |
| | rate 14.1.2 | 0 | 3.185 | 3.175 | 0 | 0 | 0 |

## 14.2 Additional Comments

No additional comments.

# 15 Detailed Report: Use of Involuntary Medications

## 15.1 Use of Involuntary Medications Summary Table

| Outcome Measure Indicator # | Patient days: | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
| | Formula=(Incidents/Patient Days) * 1000 | 552 | 628 | 630 | 621 | 647 | 811 |
| **15.1** | **Use of Involuntary Medications** | | | | | | |
| **15.1.1** | Number of Stat medications ordered for psych reasons | 0 | 0 | 3 | 0 | 2 | 1 |
| | Rate 15.1.1 | 0 | 0 | 4.761 | 0 | 3.091 | 0.123 |
| **15.1.2** | Number of new admits on PC 2602 | 0 | 1 | 0 | 0 | 0 | 0 |
| | Rate 15.1.2 | 0 | 1.592 | 0 | 0 | 0 | 0 |
| **15.1.3** | Number of PC 2602 initiated for current patients | 0 | 0 | 1 | 2 | 1 | 0 |
| | Rate 15.1.3 | 0 | 0 | 1.587 | 3.220 | 1.545 | 0 |
| **15.1.4** | Number of PC 2602 renewed for current patients | 0 | 1 | 0 | 0 | 0 | 0 |
| | Rate 15.1.4 | 0 | 1.592 | 0 | 0 | 0 | 0 |

## 15.2 Additional Comments

No additional comments.

Department of State Hospitals-Coalinga
Governing Body Report - Coleman – 2684 Report

# 16 Detailed Report: Treatment Hours

## 16.1 Average # of Treatment Hours

| 16.1 Group Therapy ICF | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
| **Core Group Hours - ICF** | | | | | | |
| Average number of hours per patient offered Core Groups per week | 10.74 | 11.71 | 10.45 | 10.89 | 12.37 | 8.22 |
| Average number of hours per patient attended Core Groups per week | 7.94 | 8.96 | 8.8 | 8.16 | 9.25 | 6.1 |
| **Supplemental Group Hours -** | | | | | | |
| Average number of hours per patient offered Supplemental Groups per week | 46.31 | 28.28 | 41.2 | 44.70 | 43.60 | 41.3 |
| Average number of hours per patient attended Supplemental Groups per week | 9.42 | 7.28 | 7.81 | 9.06 | 5.11 | 9.62 |
| **Clinical Contacts -** | | | | | | |
| Average number of hours per patient attended Clinical Contacts per week | 0.69 | 1.67 | 0.38 | 0 | 0 | 0 |
| Number of patients attending Clinical Contacts | 5 | 14 | 5 | 0 | 0 | 0 |
| **Individual Therapy –** | | | | | | |
| Average number of hours per patient attended Individual Therapy per week | 0 | 0.11 | 0 | 0.45 | 0.46 | 0.56 |
| Number of patients attending individual therapy | 0 | 1 | 0 | 2 | 2 | 3 |
| **Total Hours of Treatment -** | | | | | | |
| Total average hours of treatment per patient per week | 18.05 | 18.02 | 16.99 | 17.67 | 14.82 | 14.39 |

## 16.2 Newly Admitted Patients Treatment Hours

| 16.2 Group Therapy ICF | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
| **Core Group Hours - ICF** | | | | | | |
| Average number of hours per patient offered Core Groups per week | 7.54 | 5.8 | N/A | 3.96 | 2.8 | 1.95 |
| Average number of hours per patient attended Core Groups per week | 6.68 | 4.9 | N/A | 3.73 | 1.8 | 1.4 |
| **Supplemental Group Hours -** | | | | | | |
| Average number of hours per patient offered Supplemental Groups per week | 21.64 | 24 | N/A | 16.36 | 24.68 | 19.74 |
| Average number of hours per patient attended Supplemental Groups per week | 6.28 | 4.48 | N/A | 2.81 | 2.13 | 3.52 |
| **Clinical Contacts -** | | | | | | |
| Average number of hours per patient attended Clinical Contacts per week | .07 | .23 | N/A | 0 | 0 | 0 |
| Number of patients attending Clinical Contacts | 1 | 1 | N/A | 0 | 0 | 0 |

| Individual Therapy – | | | | | | |
|---|---|---|---|---|---|---|
| Average number of hours per patient attended Individual Therapy per week | 0 | 0 | N/A | 0 | 0 | 0 |
| Number of patients attending individual therapy | 0 | 0 | N/A | 0 | 0 | 0 |
| **Total Hours of Treatment -** | | | | | | |
| Total average hours of treatment per patient per week | 13.03 | 9.61 | N/A | 6.54 | 3.93 | 4.92 |

*Treatment = At least 10 hours of Core Treatment (Core groups, Individual Therapy and Clinical Contacts) and additional supplemental treatment to equal at least 20 hours per week.*

## 16.3 Treatment Group Observation Audit Data

| Audit Plan:   10% Audit per month | | | | | | |
|---|---|---|---|---|---|---|
| **Report for Hospital: Months** | Jul | Aug | Sept | Oct | Nov | Dec |
| **Number of Audits Conducted:** | 0 | 1 | 0 | 1 | 1 | 2 |
| **9.4 Treatment Group % Compliance** | % | % | % | % | % | % |
| **1.** Session starts and ends within five minutes of designated times. | N/A | 100% | N/A | 0% | 100% | 100% |
| **2.** Prior session material is reviewed as relevant. | N/A | 100% | N/A | 0% | 100% | 100% |
| **3.** Equipment is counted and utilized safely. | N/A | N/A | N/A | 100% | 100% | 100% |
| **4.** Co-provider was actively engaged. | N/A | 100% | N/A | 100% | 100% | 100% |
| **5.** The facilitator's style and structure for the group attempts to engage all participants. | N/A | 100% | N/A | 100% | 100% | 100% |
| 6. Preplanning is apparent. | N/A | 100% | N/A | 100% | 100% | 100% |
| **7.** Facilitator introduces topics or treatment activities. | N/A | 100% | N/A | 100% | 100% | 100% |
| **8.** Facilitator maintains therapeutic boundaries. | N/A | 100% | N/A | 100% | 100% | 100% |
| **9.** Facilitator demonstrates group management skills. | N/A | 100% | N/A | 100% | 100% | 100% |
| **10.** Facilitator maintains professionalism. | N/A | 100% | N/A | 100% | 100% | 100% |
| **11.** Facilitation of the group allows room for the expression of individual differences and cultural diversity. | N/A | 100% | N/A | 100% | 100% | 100% |
| **12.** Facilitator gives feedback to group participants. | N/A | 100% | N/A | 100% | 100% | 100% |
| **13.** Facilitator identifies and utilizes participant's strengths. | N/A | 100% | N/A | 100% | 100% | 100% |
| 14. The facilitation of the group and the content of the activities accommodate limitations of the participants. | N/A | 100% | N/A | 100% | 100% | 100% |
| **15.** Facilitator checks for learning. | N/A | 100% | N/A | 100% | 100% | 100% |
| **16.** When asked, facilitator can explain the purpose and the therapeutic benefits of the group. | N/A | 100% | N/A | 100% | 100% | 100% |
| **17.** Facilitator brings closure to the group. | N/A | 100% | N/A | 100% | 100% | 100% |

## 16.4 2684 Treatment Plan Audit Data

| Audit Plan:   20% Audit per month plus 100% of patients excluded from Treatment Hours table | | | | | | |
|---|---|---|---|---|---|---|
| Report for Hospital: Months | Jul | Aug | Sept | Oct | Nov | Dec |
| Number of Audits Conducted: | 4 | 4 | 4 | 4 | 4 | 4 |
| 9.4 Treatment Group % Compliance | % | % | % | % | % | % |
| 1. The treatment plan was finalized as per policy. | 100% | 100% | 100% | 100% | 100% | 100% |
| 2. The patient's age is accurately documented. | 100% | 100% | 100% | 100% | 100% | 100% |
| 3. Current group attendance percentage is listed under current interventions/clinical summary. | 50% | 50% | 50% | 75% | 75% | 100% |
| 4. The course of hospitalization section contains information about the patient's current status as it relates to treatment. | 100% | 100% | 100% | 100% | 100% | 100% |
| 5. Focus statements are written for each identified area of treatment. | 100% | 100% | 100% | 100% | 100% | 100% |
| 6. Each focus statement has a corresponding objective. | 100% | 100% | 100% | 100% | 100% | 100% |
| 7. Each objective is measurable. | 100% | 100% | 100% | 75% | 75% | 100% |
| 8. Each objective has at least one intervention. | 100% | 100% | 100% | 100% | 100% | 100% |
| 9. There is a plan for patient transfer to CDCR. | 75% | 100% | 100% | 100% | 100% | 100% |
| 10. Treatment outcome expectations based on reason for referral is addressed. | 100% | 100% | 100% | 100% | 100% | 100% |
| 11. The violence risk assessment is current and integrated into the treatment plan as clinically indicated. | 100% | 75% | 50% | 75% | 100% | 100% |
| 12. The suicide risk assessment is current and integrated into the treatment plan as clinically indicated. | 100% | 100% | 100% | 100% | 100% | 100% |
| 13. Other risk factors are identified and integrated into the treatment plan as clinically indicated. | 100% | 75% | 100% | 75% | 100% | 75% |
| 14. There is a summary of treatment progress including groups taken. | 75% | 50% | 50% | 25% | 0% | 0% |
| 15. Updated patient progress toward each treatment outcome expectation is documented. | 75% | 100% | 100% | 100% | 100% | 100% |
| 16. If the patient was not offered 20 hours of treatment* per week in the previous month, is there a focus statement, objective and one or more interventions addressing increasing the patient's treatment hours? | 0% | 0% | 0% | 0% | 100% | N/A |
| 17. If the treatment team recommended that the patient receive individual therapy, did the patient receive individual therapy? | N/A | N/A | N/A | N/A | 100% | N/A |
| 18. If the patient attended less than 40% of his/her treatment hours on average in the previous month, is there a focus statement, objective and one or more interventions addressing increasing the patient's group attendance. | 100% | N/A | 0% | N/A | 100% | N/A |

25

Department of State Hospitals-Coalinga
Governing Body Report - Coleman – 2684 Report

## 16.5 Additional Comments

Clinical Chiefs/Supervisors and Program Management met in January 2023 to discuss audit data and compliance and develop strategies to achieve 100% in all categories in the Treatment Plan Audit.

# 17 Detailed Report: Management Indicators – Staffing Allocations and Vacancies

## 17.1 Management Indicators (Staffing and Census) Data – Staffing Allocations

| Program-Wide | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Administration** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Executive Director | | 50 | 1 | 1 | 0 | 0 | |
| Clinical Administrator | | 50 | 1 | 1 | 0 | 0 | |
| Hospital Administrator | | 50 | 1 | 1 | 0 | 0 | |
| Nurse Administrator | | 50 | 1 | 1 | 0 | 0 | |
| Medical Director | | 50 | 1 | 0 | 1 | 0 | Acting |
| Chief Psychiatry | | 50 | 1 | 1 | 0 | 0 | |
| Program Director | | 50 | 1 | 1 | 0 | 0 | |
| Program Assistant | | 50 | 1 | 1 | 0 | 0 | |
| Nursing Coordinator | | 50 | 1 | 1 | 0 | 0 | |
| **Supervision** | | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Unit Supervisor | | 50 | 1 | 1 | 0 | 0 | |
| Supervising Psychologist | | 50 | 1 | 1 | 0 | 0 | |
| Supervising Social Worker | | 50 | 1 | 1 | 0 | 0 | |
| Supervising Rehabilitation Therapist | | 50 | 1 | 1 | 0 | 0 | |
| Senior Psychiatrist | | 50 | 1 | 1 | 0 | 0 | |
| **Level of Care (ICF)** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Nurse Practitioner | | 50 | 1 | 1 | 0 | 0 | |
| HSS | | 50 | 1 | 1 | 0 | 0 | |
| Sr Psych Tech | 1:08 | 50 | 3 | 3 | 0 | 0 | |
| Registered Nurse | 1:08 | 50 | 7 | 7 | 0 | 0 | |
| Psych Tech | 1:08 | 50 | 30 | 30 | 0 | 0 | |
| **Clinical Staff** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Psychiatrist | 1:30 | 50 | 2 | 2 | 0 | 0 | |
| Tele-psychiatrist | 1:30 | 50 | 2 | 2 | 0 | 0 | |
| Psychologist | 1:30 | 50 | 2 | 2 | 0 | 0 | |
| Social Worker | 1:30 | 50 | 2 | 2 | 0 | 0 | |

| Rehab Therapist | 1:30 | 50 | 2 | 2 | 0 | 0 | |
| **Hospital Police** | Staffing Ratio | Patient Census | Total Positions | Filled Positions | Vacant Positions | Contract Positions | Comments |
| Police Sergeant | | 50 | 1 | 1 | 0 | 0 | |
| Police Officer | | 50 | 11 | 11 | 0 | 0 | |

## 17.2 Management Indicators (Staffing and Census) Data – Patient Census Data

| Management Indicators Patient Census | | | | | | |
|---|---|---|---|---|---|---|
| | Jul | Aug | Sept | Oct | Nov | Dec |
| Average daily census | 17.8 | 20.3 | 21.0 | 20 | 21.6 | 26.2 |
| Average length of stay | 180 | 170 | 206 | 159 | 110 | N/A |
| Median length of stay | 209 | 103 | 206 | 187 | 110 | N/A |
| Admission per month | 4 | 8 | 1 | 1 | 4 | 5 |
| Discharges per month | 3 | 3 | 2 | 3 | 1 | 0 |

## 17.3 Additional Comments

Clinical staffing is adjusted based upon the census of the patient population yet remains at 1:30 ratio. Due to the patient census being below 30, one clinical treatment team was provided during this review period. Coverage needs on the unit are provided by the float or overtime process. Any coverage needs at the program level are provided through the out of class process.

***END OF REPORT***

Submitted By:


Brandon Price_____
Executive Director

# Exhibit B

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## MEMORANDUM

**Date:**     06-18-2020

**To:**       All CMF-PIP Staff

**From:**     Kristen Meyers, Psy.D.
              Clinical Administrator (A)

**Subject:**   Minimum Offered Treatment

This memorandum establishes the minimum number of required offered treatment contacts per week for PIP patients.

Each patient shall be offered individual treatment in a confidential setting. To be considered a clinical contact, the patient must be seen in a confidential setting. A patient may only be seen in a non-confidential setting if the patient refuses a confidential clinical contact OR the patient is placed on Temporary Medical Isolation that requires confinement to quarters or isolation.

Group therapy hours offered will be accomplished through a combination of psychology, social work, rehabilitation therapy, and nursing structured treatment groups. Group therapy minimums are in addition to the unstructured out of cell time we continue to provide to patients. If the Interdisciplinary Treatment Team determines that a patient cannot participate in the required group therapy minimums, a rationale shall be documented in the patient's Acute/ICF Master Treatment Plan along with specific goals and interventions to assist the patient in being able to participate in the minimum requirements.

**ICF Program**
Mental Health Primary Clinician: One individual face-to-face contact per week
Rehabilitation Therapist: two cell front/dorm front contacts per week, individual face-to-face contacts as
              clinically indicated
Group therapy: 15 hours per week

**Acute Program**
Mental Health Primary Clinician: One individual face-to-face contact per week
Rehabilitation Therapist: two cell front/dorm front contacts per week, individual face-to-face contacts as
              clinically indicated
Group therapy: 10 hours per week

Minimum psychiatry contacts are addressed in a separate memo.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758

# Exhibit C

| From: | Weber, Nicholas@CDCR |
|---|---|
| To: | Lisa Ells; Coleman Team - RBG Only; Coleman Special Master; Steve Fama; Elise Thorn; Namrata Kotwani; Damon McClain (Damon.McClain@doj.ca.gov); Paul B. Mello; Samantha Wolff; Thind, Sundeep@CDCR; Hockerson, Dillon@CDCR |
| Cc: | Mehta, Amar@CDCR |
| Subject: | RE: Coleman - Plans to Address Special Master"s First and Second Recommendation from 29th Round Part A [IMAN-DMS.FID12440] |
| Date: | Thursday, February 2, 2023 5:20:01 PM |
| Attachments: | Responses_All_221227.pdf<br>Florida Email Response.pdf<br>Policies.zip |

[EXTERNAL MESSAGE NOTICE]

Hi Lisa,

CDCR reached out to all state correctional agencies via an online secretary to secretary list. CDCR asked the following questions:

1.  Please provide the contact information for the person completing the survey
2.  How many patients are in your acute/non-acute mental health inpatient settings?
3.  What is their average length of stay?
4.  How many hours of structured treatment are offered to those patients each week?
5.  Can CDCR be provided with your department's policy language?
6.  How are the treatment hours measured?  What cutoff is considered passing/acceptable care?
7.  Additional comments?

The complete response is attached in PDF "Responses_All_221227", except for Florida which responded by email, also attached.  CDCR also spoke to Texas.  CDCR received policies from Wyoming, Delaware, Missouri, Florida, and Massachusetts.  The policies are attached.  CDCR received responses from twenty-two agencies (via the survey, email, or phone conversations), although three reported to have no inpatient care (Arkansas, Hawaii, and Montana).   The list of agencies is below, along with their answer to question 4 regarding amount of structured treatment offered.

|  | Correctional Department | Answer to Q4 |
|---|---|---|
| 1 | Massachusetts Dept. of Corrections | 10-15 |
| 2 | Arizona Department of Corrections, Rehabilitation and Re-Entry | 8 |
| 3 | Arkansas Department of Corrections | n/a no inpatient program |
| 4 | Connecticut Department of Correction | 10-20 |
| 5 | Delaware Dept. of Corrections | 9-10 |
| 6 | Hawaii Department of Public Safety | n/a no inpatient program |
| 7 | Maine - Intensive Mental Health Unit | No answer |
| 8 | Louisiana Department of Public Safety and Corrections | 10 |
| 9 | Maryland Dept. Public Safety and Correctional Services | 4-5 |
| 10 | Missouri Department of Corrections | 14-20 |
| 11 | Montana Department of Corrections | n/a no inpatient program |
| 12 | Nebraska Department of Correctional Services | Varies based on acuity |
| 13 | New York State Department of Corrections and Community | 20 |

| | Supervision | |
|---|---|---|
| 14 | Pennsylvania Department of Corrections | 10 |
| 15 | Rhode Island Department of Corrections | 10 |
| 16 | South Carolina Department of Corrections | 4 |
| 17 | Vermont Department of Corrections | No minimums |
| 18 | West Virginia/PSIMED Corrections | 5 acute, 10 ICF |
| 19 | Wisconsin Dept. of Corrections | No answer |
| 20 | Wyoming Department of Corrections | 15 |
| 21 | Florida Dept. of Corrections | 10 |
| 22 | Texas Dept. of Corrections | No minimums |

Please let me know if you have any questions.


Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA  95811-7243


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Thursday, February 2, 2023 8:46 AM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Damon McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>
**Cc:** Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman - Plans to Address Special Master's First and Second Recommendation from 29th Round Part A [IMAN-DMS.FID12440]

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Nick,

We look forward to discussing these proposals later today. In the meantime, we have the following initial questions about the survey Defendants discuss in Attachment A:

- How many "correctional settings" did CDCR initially contact as part of the survey?
- How was the survey conducted (i.e., via email, phone, combination)? Please provide us a copy of any written survey.
- Were the surveyed institutions limited to state prison systems or did you also include federal systems and/or state psychiatric hospitals as well?
- Please list the eighteen states that responded to your survey, and clarify if Texas and New York are among those 18.
- Of the 18 responding correctional systems, which provide inpatient care directly within their system as opposed to sending patients out to other hospital facilities?
- Please list which states correspond to each of the following responses (referenced at page 4 of the Attachment):
  - 2 States offer more than 15 hours of structured programming per week
  - 6 States offer 10-15 hours of structured treatment per week
  - 4 States offer less than 10 hours of structured treatment per week
  - 6 States offer no minimums for structured treatment per week

We understand you may not have answers to all of these questions on the call today but would appreciate if you would follow up in writing with the answers.

Thanks
Lisa

---

**From:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>
**Sent:** Friday, January 13, 2023 6:09 PM
**To:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Damon McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>
**Cc:** Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** Coleman - Plans to Address Special Master's First and Second Recommendation from 29th Round Part A

[EXTERNAL MESSAGE NOTICE]

All,

In response to the court January 6, 2023 order, please find attached CDCR's plans in response to the

Special Master's first and second recommendation from his May 17, 2022 monitoring report.

Thanks.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA  95811-7243


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# #1

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Tuesday, December 13, 2022 11:22:00 AM |
| **Last Modified:** | Tuesday, December 13, 2022 11:29:11 AM |
| **Time Spent:** | 00:07:11 |
| **IP Address:** | 76.173.22.217 |

Page 1

## Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Hawaii/Department of Public Safety** |
| Name: | **Gavin Takenaka** |
| Title: | **Corrections Health Care Administrator** |
| Email: | **gavin.k.takenaka@hawaii.gov** |
| Phone: | **8085871252** |

## Q2

How many patients are in your acute/non-acute mental health inpatient settings?

None. Our department does not operate inpatient settings. We transfer those in need of hospital inpatient level care to the state hospital.

## Q3

What is their average length of stay?

N/A

## Q4

How many hours of structured treatment are offered to those patients each week?

N/A

## Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

N/A.

---

**Q7**                                                    **Respondent skipped this question**

Additional Comments (optional)

---

# #2

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Tuesday, December 13, 2022 12:22:30 PM |
| **Last Modified:** | Tuesday, December 13, 2022 12:37:55 PM |
| **Time Spent:** | 00:15:25 |
| **IP Address:** | 168.166.80.207 |

Page 1

### Q1

Please provide the contact information for the person completing this survey.

State/Agency: **Missouri Department of Corrections**

Name: **Scott O'Kelley**

Email: **scott.o'kelley@doc.mo.gov**

Phone: **5735262686**

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

219

### Q3

What is their average length of stay?

approximately 1 year

### Q4

How many hours of structured treatment are offered to those patients each week?

varies by program and level of acuity, approximately 14-20 hours per week

### Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**IS12-3.6%20Mental%20Health%20Units%20Eff%2011-22-20.docx (38.6KB)**

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

Participants are currently measured by required hours of clinical (masters level and above) contact, but does not take into account groups and other interactions with techs or other support workers.

---

**Q7**

Additional Comments (optional)

We currently have five inpatient mental health units, each targeting specific needs: moderate to serious functional impairment (female), severe functional impairment (male), serious functional impairment (male), high-security serious functional impairment (male), and intellectually/developmentally disordered.

---

# #3

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Tuesday, December 13, 2022 1:23:45 PM |
| **Last Modified:** | Tuesday, December 13, 2022 1:51:51 PM |
| **Time Spent:** | 00:28:06 |
| **IP Address:** | 198.182.163.117 |

---

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Intensive Mental Health Unit- Maine** |
| Name: | **Brooke Sheehan** |
| Title: | **Behavioral Health Director** |
| Email: | **BSheehan@wellpath.us** |
| Phone: | **207-273-5543** |

---

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

26-29

---

### Q3

What is their average length of stay?

Varies- some residents for life (sentenced), others for a few months/years (safe keepers from jails)

---

### Q4

How many hours of structured treatment are offered to those patients each week?

The unit specializes in treatment opposed to stabilization- as far as we know we are the only program located in a correctional facility that does all of the things that we do. The unit has BH staff present 7 days a week and correctional staff have extra MH experience/ training.

---

### Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

---

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

We maintain a daily schedule and maintain monthly tabulation of how many participants attend as well as how many groups are run.

---

**Q7**

Additional Comments (optional)

Please do not hesitate to contact myself, or my unit manager, Evan Touchette at 207-624-1256.

---

# #4

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Tuesday, December 13, 2022 4:01:04 PM |
| **Last Modified:** | Tuesday, December 13, 2022 4:39:46 PM |
| **Time Spent:** | 00:38:41 |
| **IP Address:** | 165.189.255.62 |

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Wisconsin DOC** |
| Name: | **Kevin Kallas, MD** |
| Title: | **Mental Health Director** |
| Email: | **kevin.kallas@wisconsin.gov** |
| Phone: | **608-240-5114** |

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

340 beds. This is at the Wisconsin Resource Center (WRC), which has a level of care that is somewhere in between inpatient and residential. So it is hard to separate out the two. WRC is operated by the state's Department of Health Services rather than Department of Corrections.

### Q3

What is their average length of stay?

About 300 days

### Q4

How many hours of structured treatment are offered to those patients each week?

Don't know.

### Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

Don't know.

---

**Q7**

Additional Comments (optional)

For complete information, a good contact person at WRC would be Sue DeHaan (Director). Her email address is Suzanne.DeHaan@dhs.wisconsin.gov.

---

# #5

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Wednesday, December 14, 2022 2:05:18 PM |
| **Last Modified:** | Wednesday, December 14, 2022 2:43:24 PM |
| **Time Spent:** | 00:38:06 |
| **IP Address:** | 159.105.22.0 |

Page 1

## Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Vermont Department of Corrections** |
| Name: | **Annie Ramniceanu** |
| Title: | **Director of Addiction and Mental Health Systems** |
| Email: | **annie.ramniceanu@vermont.gov** |
| Phone: | **18027982460** |

## Q2

How many patients are in your acute/non-acute mental health inpatient settings?

Point in time data for 12/6/22
Incarcerated individuals identifying as female house in female facility:  1 in Acute; 9 in Residential
Incarcerated individuals identifying as male house in male facility: 6 in Acute; 21 in Residential

## Q3

What is their average length of stay?

The average would not provide you with meaningful data. VT P & P requires that an individual be provided with the clinically appropriate level of care for as long as is medically necessary

## Q4

How many hours of structured treatment are offered to those patients each week?

In both structured treatment is dependent on acuity and clinical presentation.  In the acute MH units - medical /medication stabilization is first order.  Behavioral/ psychotherapeutic treatment plan is commensurate with capacity to engage and clinical objectives which they must also agree with.  In the residential unit the same approach is taken. It is also dependent on the milieu.  There is not necessarily a set schedule of rote curriculum for everyone.

**Q5**                                                        **Respondent skipped this question**

Can CDCR be provided with your department's policy
language? Please upload or send to
Amar.Mehta@cdcr.ca.gov

---

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

Not sure what is meant by passing/ acceptable care. Treatment plans are individualized and developed in collaboration with patient. Patients can refuse treatment and do. VT law only allows for involuntary hospital level of care when and if the clinical and statutory criteria are met for a "person in need of treatment." All treatment attempts and refusals are documented.

---

**Q7**                                                        **Respondent skipped this question**

Additional Comments (optional)

# #6

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Wednesday, December 14, 2022 2:28:10 PM |
| **Last Modified:** | Wednesday, December 14, 2022 2:47:37 PM |
| **Time Spent:** | 00:19:26 |
| **IP Address:** | 104.129.198.222 |

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Arizona Department of Corrections, Rehabilitation and Re-Entry** |
| Name: | **Bobbie Pennington** |
| Title: | **Mental Health Director** |
| Email: | **Bpennington@azadc.gov** |
| Phone: | **602-255-2472** |

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

101

### Q3

What is their average length of stay?

77 days

### Q4

How many hours of structured treatment are offered to those patients each week?

8

### Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

They are not currently measured. Passing/acceptable is if the incarcerated individuals are offered group activities daily and individual counseling 1x week, for non-watch patients. Watch patients are seen daily.

---

**Q7**                                                    **Respondent skipped this question**

Additional Comments (optional)

---

# #7

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Thursday, December 15, 2022 7:13:35 AM |
| **Last Modified:** | Thursday, December 15, 2022 7:58:51 AM |
| **Time Spent:** | 00:45:16 |
| **IP Address:** | 129.71.207.101 |

---

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **West Virginia/PSIMED Corrections** |
| Name: | **Gregory** |
| Title: | **Rodgers** |
| Email: | **grodgers@psimedinc.com** |
| Phone: | **3044427213** |

---

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

Acute: 30
Non-Acute: 16

---

### Q3

What is their average length of stay?

Acute: 9 - 18 months
Non-Acute: 3 months

---

### Q4

How many hours of structured treatment are offered to those patients each week?

Acute: 5 encounters
Non-Acute: 10 encounters

---

### Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

---

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

Treatment hours tracked via encounter numbers, not total actual hours with patients.

Acceptable care is based on the patients' treatment goals and progress towards goals.  There is no minimum or maximum number of hours are therapists are expected to reach/avoid

---

**Q7**                                                    **Respondent skipped this question**

Additional Comments (optional)

---

# #8

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Thursday, December 15, 2022 7:49:10 AM |
| **Last Modified:** | Thursday, December 15, 2022 8:00:31 AM |
| **Time Spent:** | 00:11:21 |
| **IP Address:** | 159.247.3.230 |

Page 1

## Q1

Please provide the contact information for the person completing this survey.

| State/Agency: | **CT Department of Correction** |
|---|---|
| Name: | **Thomas Kocienda, Psy.D.** |
| Title: | **Director of Behavioral Health Services** |
| Email: | **thomas.kocienda@ct.gov** |
| Phone: | **860-841-5861** |

## Q2

How many patients are in your acute/non-acute mental health inpatient settings?

54 in acute care/inpatient
570 non-acute severely mentally ill (sub-acute, intensive MH services) across entire CTDOC

## Q3

What is their average length of stay?

Information will need to be calculated. Expectation is to be approximately 14 days average length of stay, but as a unified jail/prison system, this statistic does not adequately represent the clinical acuity/need for treatment as jail length of stay could be less than 24 hours, while prison, or admissions from intensive services could last many weeks.

## Q4

How many hours of structured treatment are offered to those patients each week?

acute/inpatient - approximately 2-4 hours per day depending on operational demands M-F

## Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

Minimum psychiatry encounters are 2 face to face encounters per week (M-F)

Behavioral Health clinicians have same expectation (2 individual clinical encounters per week M-F, and group therapy as clinically appropriate given patient acuity) with treatment planning specific to inmate clinical needs…which can be more frequent as indicated.

Additionally, clinical rounds are conducted daily in all infirmaries

---

**Q7**                                                    **Respondent skipped this question**

Additional Comments (optional)

---

# #9

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Thursday, December 15, 2022 8:52:04 AM |
| **Last Modified:** | Thursday, December 15, 2022 9:27:06 AM |
| **Time Spent:** | 00:35:02 |
| **IP Address:** | 167.21.141.30 |

Page 1

## Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Delaware DOC** |
| Name: | **Thomas Aiello** |
| Title: | **Reentry Program Coordinator** |
| Email: | **thomas.aiello@delaware.gov** |
| Phone: | **3028575417** |

## Q2

How many patients are in your acute/non-acute mental health inpatient settings?

Statewide:
Male Residential Treatment Unit = 45
Female Residential Treatment Unit = 22

## Q3

What is their average length of stay?

We do not currently track this data.

## Q4

How many hours of structured treatment are offered to those patients each week?

Each individual that is assessed to need a BH5 level of care (in need of inpatient level of care) is offered 10 hours of out of cell structured treatment per week. Those who are assessed to need BH4 level of care (in need of partial hospitalization program) are offered 9 hours of structured treatment per week.

**Q5**

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**policy_11-F-03.pdf (177.6KB)**

---

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

Offered and accepted hours of structured treatment are tracked in the EHR and separate Excel logs as backup documentation.

---

**Q7**                                                      **Respondent skipped this question**

Additional Comments (optional)

---

# #10

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Thursday, December 15, 2022 9:22:20 AM |
| **Last Modified:** | Thursday, December 15, 2022 9:27:41 AM |
| **Time Spent:** | 00:05:20 |
| **IP Address:** | 163.116.147.39 |

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Wyoming Department of Corrections** |
| Name: | **Beth Mathews** |
| Title: | **Health Services Program Specialist** |
| Email: | **beth.mathews@wyo.gov** |
| Phone: | **307-777-3377** |

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

Currently 18. There are 26 beds in the pod.

### Q3

What is their average length of stay?

Some stay years and some go out after a few weeks. We do not track the ALS.

### Q4

How many hours of structured treatment are offered to those patients each week?

Approximately 15 hours, held in group fashion.

### Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**4-313%20IM%20Mental%20Health%20Services.pdf (62.9KB)**

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

The program is more dependent on stability and if they can manage in General Population than a measurement of treatment hours.

**Q7**

Additional Comments (optional)

Our pod accommodates both acute and chronic patients. Many will never be able to function in General Population.

# #11

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Wednesday, December 14, 2022 9:08:52 AM |
| **Last Modified:** | Thursday, December 15, 2022 11:20:41 AM |
| **Time Spent:** | Over a day |
| **IP Address:** | 161.7.43.9 |

## Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Montana Department of Corrections** |
| Name: | **Steffani Turner** |
| Title: | **Behavioral Health Services Manager** |
| Email: | **steffani.turner@mt.gov** |
| Phone: | **406-444-1547** |

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

MT DOC does not have mental health inpatient settings

### Q3

What is their average length of stay?

**Respondent skipped this question**

### Q4

How many hours of structured treatment are offered to those patients each week?

**Respondent skipped this question**

### Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

### Q6

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

**Respondent skipped this question**

**Q7**

Additional Comments (optional)

While MTDOC does not have this level of care, we do recognize it as a need and continue to assess how this need can be met.

# #12

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Friday, December 16, 2022 7:52:56 AM |
| **Last Modified:** | Friday, December 16, 2022 8:01:24 AM |
| **Time Spent:** | 00:08:27 |
| **IP Address:** | 161.11.160.60 |

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **New York State Department of Corrections and Community Supervision** |
| Name: | **Bryan Hilton** |
| Title: | **Associate Commissioner** |
| Email: | **Bryan.Hilton@DOCCS.NY.GOV** |
| Phone: | **(518) 485-0010** |

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

The Office of Mental Health (OMH) Operates the impatient hospital.  Incarcerated Individuals custody is transferred to Central New York Psychiatric Center (CNYPC).  Approximately they have 150 out 208.

### Q3

What is their average length of stay?

90 days – 120 days

### Q4

How many hours of structured treatment are offered to those patients each week?

Twenty hours a week of structured treatment.  Then additional hours for unstructured training.

### Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

Individually assessed.  No set limit.  About their progress and stabilized to return to a correctional facility.

---

**Q7**                                                      **Respondent skipped this question**

Additional Comments (optional)

---

# #13

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Friday, December 16, 2022 12:04:03 PM |
| **Last Modified:** | Friday, December 16, 2022 12:08:52 PM |
| **Time Spent:** | 00:04:48 |
| **IP Address:** | 199.249.187.37 |

---

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Pennsylvania Department of Corrections** |
| Name: | **Palukuri Reddy, MD** |
| Title: | **Chief of Psychiatry** |
| Email: | **preddy@pa.gov** |
| Phone: | **717-728-5311** |

---

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

| Inpatient unit | Capacity | Ave % of Occupancy | Average Length of Stay |
|---|---|---|---|
| Male (Acute/Sub Acute) * | 35 | 70-75 | 2 mo. To 4 mo. |
| Female* | 09 | 40-60 | 2 mo. To 3 mo. |
| Male Long-term (FTC) | 90 | 70-80 | 3 mo. To 12 mo. |

    *Services provided by Contract Vendor.

---

### Q3

What is their average length of stay?

Noted above.

---

### Q4

How many hours of structured treatment are offered to those patients each week?

Groups are offered by Nursing Psychology, Clinical Social workers, Counselors and Activity therapists.
10 hours of Activities / Recreation – Unstructured Groups
10 hours of Therapeutic - Structured groups

---

**Q5**                                             **Respondent skipped this question**

Can CDCR be provided with your department's policy
language? Please upload or send to
Amar.Mehta@cdcr.ca.gov

---

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

Patient attendance and engagement during the group is considered acceptable. There are not cut offs, it is individualized care and progress is assessed by the treatment team on monthly basis.

---

**Q7**                                             **Respondent skipped this question**

Additional Comments (optional)

---

# #14

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Monday, December 19, 2022 10:23:46 AM |
| **Last Modified:** | Monday, December 19, 2022 11:30:51 AM |
| **Time Spent:** | 01:07:05 |
| **IP Address:** | 158.123.59.254 |

---

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Rhode Island Department of Corrections** |
| Name: | **Caitlin Bouchard** |
| Title: | **Acting Clinical Director** |
| Email: | **caitlin.bouchard@doc.ri.gov** |
| Phone: | **401-462-3348** |

---

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

In our residential treatment unit (RTU), our 'inpatient' unit, we house 8-10 SPM/SMI patients.  There are currently 8 residents.

---

### Q3

What is their average length of stay?

4-6 months.  The unit operates under phase structure and the patient completes four treatment phases before being transitioned into a lower care level.

---

### Q4

How many hours of structured treatment are offered to those patients each week?

At minimum, they receive 10 structured out of cell hours per week, and 10 unstructured out of cell hours/week.  Structured included group therapy; psycho education/life skills groups; Start Now programming; individual therapy and psycho occupational therapy.

---

### Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

---

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

Treatment hours are measured by amount of out-of-cell treatment contact offered and each patient weekly.  The cutoff for acceptable care is at least 10 hours of structured programming time must be offered to each patient.

---

**Q7**                                                    **Respondent skipped this question**

Additional Comments (optional)

---

# #15

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Monday, December 19, 2022 1:46:14 PM |
| **Last Modified:** | Monday, December 19, 2022 1:47:43 PM |
| **Time Spent:** | 00:01:29 |
| **IP Address:** | 150.208.0.252 |

Page 1

## Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Arkansas Department of Corrections** |
| Name: | **Cindy Murphy** |
| Title: | **Communications Director** |
| Email: | **cindy.murphy@arkansas.gov** |

## Q2

How many patients are in your acute/non-acute mental health inpatient settings?

We do not have a mental health inpatient program.

## Q3

What is their average length of stay?

**Respondent skipped this question**

## Q4

How many hours of structured treatment are offered to those patients each week?

**Respondent skipped this question**

## Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

## Q6

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

**Respondent skipped this question**

**Q7**                                                    Respondent skipped this question

Additional Comments (optional)

# #16

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Tuesday, December 20, 2022 6:28:11 AM |
| **Last Modified:** | Tuesday, December 20, 2022 6:30:06 AM |
| **Time Spent:** | 00:01:55 |
| **IP Address:** | 167.7.248.164 |

---

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **South Carolina Department of Corrections** |
| Name: | **Stephanie Skewes, PsyD** |
| Title: | **Assistant Deputy Director, Behavioral Health** |
| Email: | **skewes.stephanie@doc.sc.gov** |
| Phone: | **803-896-1864** |

---

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

Capacity: 82
Current count: 31

---

### Q3

What is their average length of stay?

Approximately 3-4 months.

---

### Q4

How many hours of structured treatment are offered to those patients each week?

Due to staffing/physical plant limitations, approximately 4
hours of structured time is offered.

---

### Q5

Can CDCR be provided with your department's policy
language? Please upload or send to
Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

---

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

Structured treatment hours are by a qualified mental health professional, mental health officer, or activity therapist. Per our oversight panel, 15-20 hours is expected.

---

**Q7**                                                    **Respondent skipped this question**

Additional Comments (optional)

---

# #17

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Thursday, December 22, 2022 9:33:17 AM |
| **Last Modified:** | Thursday, December 22, 2022 9:56:44 AM |
| **Time Spent:** | 00:23:26 |
| **IP Address:** | 164.119.5.179 |

---

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Nebraska Department of Correctional Services** |
| Name: | **Alex Timperley** |
| Title: | **Legislative Coordinator** |
| Email: | **alex.timperley@nebraska.gov** |
| Phone: | **(402) 479-5712** |

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

Approximately 50

### Q3

What is their average length of stay?

For acute the average is approximately 10 days and for subacute the average is approximately 3-4 weeks.

### Q4

How many hours of structured treatment are offered to those patients each week?

Varies based on the acuity level

### Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

Hours are based on the acuity level and functionality of the individual.

---

**Q7**                                                                    **Respondent skipped this question**

Additional Comments (optional)

---

# #18

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Thursday, December 22, 2022 10:08:05 AM |
| **Last Modified:** | Thursday, December 22, 2022 10:26:19 AM |
| **Time Spent:** | 00:18:13 |
| **IP Address:** | 167.102.136.34 |

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **MD Dept. Public Safety and Correctional Services** |
| Name: | **Dr. Lynda Bonieskie** |
| Title: | **Director of Mental Health** |
| Email: | **lynda.bonieskie@maryland.gov** |
| Phone: | **443.468.0319** |

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

We have three (3) mental health units, with a bed capacity of 225

### Q3

What is their average length of stay?

I do not have this data

### Q4

How many hours of structured treatment are offered to those patients each week?

4-5 hours

### Q5                                    **Respondent skipped this question**

Can CDCR be provided with your department's policy
language? Please upload or send to
Amar.Mehta@cdcr.ca.gov

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

Time out of cell in both structured (group) unstructured time

---

**Q7**

Additional Comments (optional)

None

---

# #19

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Thursday, December 22, 2022 3:41:49 PM |
| **Last Modified:** | Thursday, December 22, 2022 3:44:22 PM |
| **Time Spent:** | 00:02:32 |
| **IP Address:** | 159.39.101.2 |

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **Louisiana Department of Public Safety and Corrections** |
| Name: | **Blake LeBlanc** |
| Title: | **Director of Mental Health** |
| Email: | **blake.leblance3@la.gov** |
| Phone: | **225-202-8079** |

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

155 in 25 separate units

### Q3

What is their average length of stay?

1 month

### Q4

How many hours of structured treatment are offered to those patients each week?

10

### Q5

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**Respondent skipped this question**

**Q6**

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

They are offered Therapeutic treatment groups, nursing groups, and recreation time

---

**Q7**                                                    **Respondent skipped this question**

Additional Comments (optional)

---

# #20

`COMPLETE`

| | |
|---|---|
| **Collector:** | Web Link 1 (Web Link) |
| **Started:** | Tuesday, December 27, 2022 9:23:00 AM |
| **Last Modified:** | Tuesday, December 27, 2022 9:31:14 AM |
| **Time Spent:** | 00:08:14 |
| **IP Address:** | 170.63.67.26 |

Page 1

### Q1

Please provide the contact information for the person completing this survey.

| | |
|---|---|
| State/Agency: | **MA DOC** |
| Name: | **Kayoon Addison** |
| Title: | **Director of Behavioral Health** |
| Email: | **Kayoon.Addisn@doc.state.ma.us** |
| Phone: | **508-958-5130** |

### Q2

How many patients are in your acute/non-acute mental health inpatient settings?

MED RTU – 122; MAX RTU: 28. TOTAL RTU: 150 (based on end of Nov 2022 data). BMU:10; STP:19. TOTAL STU: 29.

### Q3

What is their average length of stay?

STP & BMU: ranges from 30/60 days to 4+years (pending DDU sanction as well as clinical need)
RTU MED & MAX: 6 mo to 2-3 years pending clinical need

RTU  FEMALE FACILITY  (7/22 – 9/22) = AV 790 DAYS
RTU MED MALE ( 7/22 – 9/22) = AV 1060.50 DAYS
RTU MAX (7/22 -9/22) = AV 489 DAYS

**Q4**

How many hours of structured treatment are offered to those patients each week?

STU (BMU & STP)

Inmates in an STU are scheduled for fifteen (15) hours of structured out-of-cell activity per week, with no fewer than ten (10) hours offered, and ten (10) hours per week of unstructured out-of-cell activity offered, including exercise but excluding showers, absent Exigent Circumstances.

RTU (MED & MAX)

Within thirty (30) calendar days of the inmate's placement in the RTU, the treatment team develops an Initial Treatment Plan, which shall be documented in the inmate's medical record. While individual members of the treatment team may complete specific items of the treatment plan, approval of the treatment plan shall occur during a multi-disciplinary team meeting. RTU treatment plans may be reviewed at any time, but at minimum, every ninety (90) days during a multi-disciplinary treatment team review meeting. The inmate is requested to participate in the multi-disciplinary treatment team meeting and is afforded the opportunity to give input into the inmate's treatment goals and assigned treatment interventions. The inmate is requested to sign the treatment plan; refusal to sign shall be documented in the treatment plan. The treatment plan shall determine the inmate's level of clinical monitoring and frequency and modality of treatment interventions. Each treatment plan reflects a target goal or clear clinical discussion that directly identifies specific treatment requirements for completion of the RTU program.

---

**Q5**

Can CDCR be provided with your department's policy language? Please upload or send to Amar.Mehta@cdcr.ca.gov

**103%20DOC%20650%20MH%20Services%20Policy.pdf (1MB)**

---

## Q6

How are the treatment hours measured? What cutoff is considered passing/acceptable care?

**RTU – MAX & MEDIUM:**

RTU inmates who participate in programming may earn seven and a half (7.5) days of earned good time each month based upon successful compliance with the elements of their Individualized Treatment Plans. Such elements shall include one or more of the following: attendance and participation in structured group or individual activities; absence of threatening or injurious behavior directed at self or others; quality of interactions with staff and peers; work assignments; educational programming. There shall be no limit to the number of months that an inmate is eligible to receive earned good time credits, as some inmates may require such programming and support in the RTU environment for an extended period of time. Each inmate's daily attendance shall be recorded in the IMS Program/Attendance screen for the purpose of tracking the inmate's program participation for the purpose of determining the inmate's performance rating and the award of earned good time credits. At the end of each month, the RTU Coordinator shall convene a treatment team meeting with designated staff to assess each RTU inmate's compliance with the inmate's individualized treatment plan. RTU staff shall assess whether the inmate's degree of compliance was satisfactory, unsatisfactory, or incomplete. The RTU Coordinator shall enter each inmate's performance rating into the IMS Program/Attendance screen no later than the first business day of the following month. The final earned good time credit rating for each inmate who receives earned good time credits shall be determined by the facility Director of Treatment and shall be entered into IMS by the sixth day of the following month. The site Deputy Superintendent of Reentry, shall monitor the implementation of this process on a regular basis to ensure that the earned good time credits are entered in an accurate and timely manner in accordance with 103 CMR 410, Sentence Deductions

Framingham – RTU Female facility: 12 standing groups and 3 drop-in groups each week. Patients receive EGT if they attend 80% of groups and if they have NO unexcused absences. If they have an unexcused absence they lose good time for the month.

 OCCC – RTU Med Security Male facility: Minimum of 3 hours weekly.  The number of groups offered weekly can range from 12-16 based on staffing. Patients receive EGT for 80% attendance and we also consider BAU placement related to fight tickets that might negate the good time.

NCCI: This cycle we have everyone with at least 3.5 up to 15 available if someone were to take all the groups.


**SPECIFCALLY TO MAX RTU**

The Maximum Security RTU Phase System reinforces each inmate's responsibility for his behavior and assists in assignment of the type of staff monitoring and supervision required based on the clinical/behavioral needs of each inmate. The Phase System also encourages inmates to achieve an overall improved level of functioning by increasing and reducing privileges in accordance with the inmate's clinical and behavioral stability. The treatment team will assign individualized programming and privileges based upon inmate's phase. Phase advancement or reduction is determined by the clinical treatment team taking into account the inmate's clinical and behavioral progress and stability and input from correctional staff. Incentives at each phase level will be earned rapidly when an inmate engages in appropriate and pro-social behavior. Consequences for engaging in problematic behavior, such as poor group attendance or chronic disruptive behavior, could result in a loss of privileges (i.e., return to a lower phase). Phase reductions and/or loss of privileges may be used in place of DOC disciplinary sanctions. Time frames set forth in this document are minimum standards and based upon an inmate who exhibits optimal adjustment to all phases of the RTU. It is anticipated that some inmates will progress rapidly through the phase system while others will require extended periods of time in some or all phases of the program.

SBCC – RTU MAX SECURITY MALE facility: SBCC historically has expected a minimum of 3 hours or groups to be attended weekly. When fully staffed it allows for 12 clients per group and offering as many hours/groups as this would allow for. As for the EGT we expect 80% attendance and compliance with the rules of the institution, so the inmates are expected to remain D-report free.

**STP**

As a general matter, all STP inmates will be scheduled for at least fifteen (15) hours of out-of-cell structured programming each week and offered at least ten (10) hours of out-of-cell unstructured programming. Structured programming will include mental health

programming, education, and other programming led by a staff member. Unstructured time will include indoor and outdoor recreation, visits, and other activities. Unstructured time will not include activities of daily living (e.g., showers). The specific programming provided is determined by the STP Phase System. When an inmate is admitted to the STP, the Treatment Team will determine the phase that is most appropriate for the inmate based on the inmate's clinical presentation and recent behavior. The inmate will then move through the phase system, as determined by the Treatment Team. Advancement through phases is dependent upon the inmate's active participation in programming (80% involvement) and their behavior on the unit (*no problematic incident reports and no disciplinary reports).

BMU

As a general matter, all BMU participants will be scheduled for at least fifteen (15) hours of out-of-cell structured programming each week and at least ten (10) hours of out-of-cell unstructured time.

Structured programming will include mental health programming, education, activity groups and other programming led by a staff member.  Unstructured time will include recreation, visits, and other activities.  Unstructured time will not include activities of daily living (i.e., showers). The specific programming provided is determined by the BMU Phase System. When an inmate is admitted to the BMU, the Treatment Team will determine the phase that is most appropriate for the inmate based on the inmate's clinical presentation and recent behavior. Inmates who were awaiting BMU placement in a RHU will be placed in a phase consistent with the individual's behavioral stability over the time prior to transfer to the BMU. When clinically indicated for inmates who have a DDU sanction with less time remaining on their sanction than the amount of time required to progress through the phase system, The Treatment Team may develop alternative time frames to allow the inmate to progress through all the phases.

## Q7

Additional Comments (optional)

If helpful, happy to share additional documentation related to our specialized treatment units.