DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF MICHAEL S. NUNEZ IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REJECT DEFENDANTS' PLAN TO RECRUIT AND RETAIN PSYCHIATRIC INPATIENT PROGRAM STAFF (ECF NO. 7787) AS NON-COMPLIANT WITH COURT'S ORDERS**<br><br>Judge: Hon. Kimberly J. Mueller |

[4270376.3]

I, Michael S. Nunez, declare:

1.      I am an attorney duly admitted to practice before this Court.  I am senior counsel in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiffs' Notice of Motion and Motion to Reject Defendants' Plan to Recruit and Retain Psychiatric Inpatient Program Staff (ECF No. 7787) as Non-Compliant with Court's Orders.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a table comparing mental health staffing rates in the Psychiatric Inpatient Programs at the three institutions where Defendants shifted management of the Psychiatric Inpatient Programs from DSH to CDCR in 2017—CHCF, CMF, and SVSP. Teya Khalil, a paralegal at my firm, prepared the chart under my direction and supervision. To create the chart, she gathered data from Exhibit B of Defendants' Monthly Mental Health Staffing Vacancy Reports for February 2023 (ECF 7789, filed March 30, 2023).  Ms. Khalil calculated the total percent of positions filled for each type of mental health position.  For psychiatry, she added the total number of filled psychiatry positions in each Psychiatric Inpatient Program ("PIP"), which includes chief psychiatrist, senior psychiatrist, site staff psychiatrist, site registry psychiatrist, telepsychiatrist, and psychiatric nurse practitioner positions.  She then divided this sum by the total number of allocated psychiatrist positions for that PIP, which includes allocated supervisory staff and line staff.  For psychology, she divided the total number of filled psychology staff positions in each PIP, which includes supervisory, clinical, and registry staff positions, by the total number of allocated staff for each of these three PIPs. For the social worker, recreation therapist, and medical assistant categories, she followed the same process, dividing the number of filled positions (including supervisory and registry staff) at each PIP by the number of allocated positions in each category for each PIP.

3.      Ms. Khalil then computed the overall number of allocated mental health positions at each PIP and the overall fill rate for all mental health positions.  Ms. Khalil

1  used Excel's sum function to add up all allocated positions across all mental health staffing

2  categories (psychiatrists, psychologists, social workers, recreation therapists, and medical

3  assistants) at each PIP, which she listed in the "Allocated Total" row in her spreadsheet.

4  To compute the total number of filled mental health positions at each PIP, she used Excel's

5  sum function to add up all filled positions across all these same mental health staffing

6  categories at each PIP, which she listed in the "filled total" row in the spreadsheet. She

7  divided this "Filled Total" by the "Allocated Total" to get a "Filled Total %" for each PIP,

8  which is the total percentage of mental health positions filled out of all allocated mental

9  health staffing positions at that PIP.

10      4.      Attached hereto as **Exhibit B** is a true and correct copy of a letter from

11  CDCR Attorney Nicholas Weber dated February 9, 2023, sent to Plaintiffs' counsel and

12  the Special Master. Page 2 of this letter discusses the closure of seventeen inpatient beds at

13  CMF PIP due to staffing shortages.

14      5.      Attached hereto as **Exhibit C** is a true and correct copy of an email from

15  Mr. Weber dated March 9, 2023 wherein he confirmed that Defendants would use a

16  modified, stripped down SRASHE at CMF PIP.  I attended a meet and confer with

17  Defendants on March 9, 2023 at which Defendants discussed their intention to use the

18  shorter SRASHE form at CMF temporarily due to the severe staffing shortages, because

19  filling out all fields in the standard SRASHE form was taking too much time away from

20  clinical care for the remaining clinicians, who were struggling to see all of their patients.

21      6.      Attached hereto as **Exhibit D** is a true and correct copy of a letter from

22  Sevrine A. Banks, Program Manager, Centralized Program Flex Unit, California

23  Department of Public Health to Samantha Chastain  at the CMF-CTC dated January 10,

24  2023. The letter discusses a waiver from Title 22 Licensing standards granted to CMF PIP

25  by the California Department of Public Health.

26      7.      Attached hereto as **Exhibit E** is a true and correct copy of a Letter from

27  Edwin Hoffmark, HFEM II, District Manager State Facilities Section, California

28  Department of Public Health, to Joti Bolina at CHCF dated September 27, 2021

[4270376.3]                                          2

1  concerning a waiver from Title 22 licensing standards granted to CHCF PIP by the
2  California Department of Public Health.

3      8.      Attached hereto as **Exhibit F** is a true and correct copy of a letter from
4  Mr. Weber dated February 24, 2023.  The letter discusses the waivers from licensing
5  requirements that the California Department of Public Health has granted to Defendants'
6  PIPs and discusses Defendants' intention to incorporate the practices permitted pursuant to
7  those waivers into its PIP treatment policies going forward.

8      9.      Attached hereto as **Exhibit G** is a true and correct copy of a letter from
9  Mr. Weber dated January 13, 2023.  The letter encloses Defendants' preliminary PIP
10  staffing recruitment and retention plans in accordance with the Court's January 6, 2023
11  Order, ECF No. 7697.

12      10.      Attached hereto as **Exhibit H** is a true and correct copy of a document
13  entitled California Correctional Health Care Services Mental Health Recruitment and
14  Retention Strategies Coleman Responses (February 2023).  I received this document as an
15  attachment to an email from Mr. Weber dated March 6, 2023.

16      11.      Attached hereto as **Exhibit I** is a true and correct copy of a six-page untitled
17  document.  This document was attached to the same email containing Exhibit H that I
18  received from Mr. Weber on March 6, 2023.  Exhibit I contains tables and bar charts that
19  depict the appointment and separations of psychiatrists, psychologists, and social workers
20  – other than supervisory staff – at CHCF PIP, CMF PIP, and SVSP PIP in 2022.

21      12.      Attached hereto as **Exhibit J** is a true and correct copy of an email that I
22  received from Mr. Weber on March 9, 2023.  The email explains that the document in
23  Exhibit I, referenced above, does not include the appointments and separations of
24  supervisory psychiatrists, psychologists, and social workers because Defendants did not
25  track appointments or separations of supervisory psychiatrists, psychologists, or social
26  workers at CHCF PIP, CMF PIP, or SVSP PIP in 2022.

27      13.      Attached hereto as **Exhibit K** is a true and correct copy of a chart comparing
28  the overall mental health vacancy rates by type of mental health clinician across the three

1   Lift and Shift PIPs ("L&S PIPs") with the overall mental health vacancy rate by same type

2   of clinician across CDCR non-PIP institutions.  Ms. Khalil created this chart under my

3   supervision.  Ms. Khalil added up the total number of positions allocated for each type of

4   mental health clinician across all three Lift and Shift PIPs, and the total number of

5   positions filled for each type of mental health clinician across all three Lift and Shift PIPs,

6   and calculated a fill rate for each type of clinician across all three PIPs to produce columns

7   showing the overall psychiatry, psychology, social worker, and recreational therapist fill

8   rates in the "Filled" rows under the column titled "L&S PIPs Total."  Since there are no

9   medical assistant (MA") positions allocated to any of these PIPs, she could not complete

10  this calculation for MAs, and the cell in the "Filled MA%" row under the "L&S PIPs

11  Total" column shows an undefined value.  She also summed the number of positions

12  allocated and summed the number of positions filled across all five staffing categories and

13  across all three Lift and Shift PIPs, which enabled her to calculate the total percentage of

14  filled mental health staffing positions across all three PIPs, called "L&S PIPs Total %" in

15  the chart.  Finally, Ms. Khalil pulled the overall fill rate in February 2023 for each staffing

16  category (psychiatrists, psychologists, social workers, and recreation therapists) across all

17  of the non-PIP institutions in CDCR from Exhibit A of Defendants' Monthly Mental

18  Health Staffing Vacancy Reports (March 30, 2023), ECF No. 7789.  She used Excel to

19  calculate the difference between these overall institution fill rates and the overall Lift and

20  Shift PIP rates for each type of mental health clinician.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

[4270376.3]

4

14.     Attached hereto as **Exhibit L** is a true and correct copy of the Mental Health Services Delivery System (MHSDS) Management Information Summary (MIS) Report dated January 23, 2023, which is enclosure 6b to Defendants' monthly data reports.  It is the most recent MIS report that Defendants have produced to Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 17th day of April, 2023.

*/s/ Michael S. Nunez*
Michael S. Nunez

# Exhibit A

| CHCF PIP | | | CMF PIP | | | SVSP PIP | | |
|---|---|---|---|---|---|---|---|---|
| Allocated | MHMDs | 36 | Allocated | MHMDs | 31.7 | Allocated | MHMDs | 13.2 |
| | Psyl | 47.7 | | Psyl | 42.1 | | Psyl | 19.3 |
| | SW | 31.1 | | SW | 26.4 | | SW | 12 |
| | RecT | 31.85 | | RecT | 27.55 | | RecT | 11.2 |
| | MA | 0 | | MA | 0 | | MA | 0 |
| | **Total** | **146.65** | | **Total** | **127.75** | | **Total** | **55.7** |
| Filled | MHMDs | 23.92 | Filled | MHMDs | 21.03 | Filled | MHMDs | 9.71 |
| | Psyl | 26.62 | | Psyl | 17.23 | | Psyl | 13.44 |
| | SW | 16.68 | | SW | 8.14 | | SW | 8.84 |
| | RecT | 21.91 | | RecT | 16.58 | | RecT | 11 |
| | MA | 0.81 | | MA | 0 | | MA | 0 |
| | **Total** | **89.94** | | **Total** | **62.98** | | **Total** | **42.99** |
| | **Total %** | **61.33%** | | **Total %** | **49.30%** | | **Total %** | **77.18%** |
| | Overall Vacancy Rate (1 - Total %) | **38.67%** | | Overall Vacancy Rate (1 - Total %) | **50.70%** | | Overall Vacancy Rate (1 - Total %) | **22.82%** |

# Exhibit B

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                        GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



February 9, 2023

Special Master Lopes
Pannone Lopes Devereaux and O'Gara LLC
Northwoods Office Park, Suite 215N
1301 Atwood Avenue
Johnston, RI 02919

VIA EMAIL

Special Master Lopes:

I write regarding crisis and inpatient bed closures and tele-psychiatry office space.

1.  Mission Changes

There are no Enhanced Outpatient Program or mental health segregation unit mission changes scheduled at this time.

2.  Crisis and Inpatient Beds

The following is a list of closed or scheduled to be closed crisis beds or inpatient beds.

| Institution | Deactivation | Cells | Reason | Activation Date |
|---|---|---|---|---|
| **PVSP MHCB** | February 19, 2019 | 6 | CTC Repair | Fall 2023 |
| **CMF PIP** | April 29, 2019 | 17 | Staffing | TBD |
| **CCWF MHCB** | November 8, 2021 | 12 | Suicide Prevention | TBD |
| **SVSP C5/C6 PIP** | February 2023 | 10 | ADA Retrofits | April 2023 |
| **HDSP MHCB** | March 6, 2023 | 10 | Flooring | Dec. 6, 2023 |

a.  Pleasant Valley State Prison Crisis Bed

Pleasant Valley State Prison's Correctional Treatment Center and crisis bed closed on February 19, 2019 due to roof damage as a result of rain storms.  As a result of the damage, the interior of the building was severely damaged.  The work was temporarily stalled during much of 2020 due to COVID 19.  The two outstanding projects are the fire alarm system and the nursing call station. The fire alarm project is awaiting state fire marshal review while the nursing call station was delayed.  The tentative reactivation date of January 23, 2023 was not met.  Construction continues on medical staff area renovations, repairs to the nursing call station, the fire alarm project, and other fire life safety projects.  The last of those projects is scheduled to be completed in fall 2023.

Special Master Lopes
Page 2

      b.   California Medical Facility Psychiatric Inpatient Program

Due to staffing vacancies, California Medical Facility (CMF) Psychiatric Inpatient Program (PIP), has taken seventeen beds offline. Nine of those beds have been offline since April 2019. In addition, CMF PIP took down eight dorm beds in unit A3, in order to achieve physical distancing due to COVID 19. Two were taken down in April 2020 and an additional six in October 2020. Those beds now remain offline due to staffing.

      c.   Central California Women's Facility Mental Health Crisis Bed

On November 8, 2021 CDCR deactivated the crisis bed at Central California Women's Facility (CCWF) for suicide prevention retrofits. Female patients in need of crisis bed services will be referred and transferred to California Institution for Women's crisis bed or Walker unit during the time CCWF is offline. The project was initially scheduled to end on May 1, 2022, but was pushed to September 1, 2022 due to delivery delays for plumbing items and a pending determination from the State Fire Marshall on the type of glazing needed. The State Fire Marshall has also refused to certify the building over disputes on the type of cell door and an issue with the sprinkler system. CDCR has now received approval for temporary occupancy while these new issues are resolved. CDCR is now in the process of assigning staff to the unit for reactivation.

      d.   SVSP PIP C5/C6 ADA Retrofits

In February 2023, CDCR began ADA retrofits of several cells in SVSP PIP's C5 and C6. The project will require both units to deactivate ten beds each for four weeks, one housing unit at a time so that no more than ten beds will be deactaivated at a time. The project will be complete by April 2023.

   3.   Telepsychiatry Office Space

CDCR currently operates one hundred three telepsychiatry offices at six locations.

| Location | Number of Offices |
|---|---|
| Elk Grove, CA | 16 Offices |
| San Quentin, CA | 15 Offices |
| Rancho Cucamonga, CA | 29 Offices |
| Diamond Bar, CA | 16 Offices |
| Santa Ana, CA | 22 Offices |
| Fresno, CA | 5 Offices |
| SUBTOTAL | 103 Offices |

Special Master Lopes
Page 3


Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs

# Exhibit C

| From: | Weber, Nicholas@CDCR |
|---|---|
| To: | Jenny Yelin; Lisa Ells; Coleman Team - RBG Only; Coleman Special Master; Steve Fama; Elise Thorn; v_Namrata.Kotwani@doj.ca.gov; Paul B. Mello; Samantha Wolff; Thind, Sundeep@CDCR; Hockerson, Dillon@CDCR; Damon McClain (Damon.McClain@doj.ca.gov) |
| Cc: | Laura Ceballos; Bunn, Albert@CDCR; Mehta, Amar@CDCR; Steven Cartwright |
| Subject: | RE: Coleman - Revision to the Master Treatment Plan [IMAN-DMS.FID12440] |
| Date: | Thursday, March 9, 2023 7:43:59 PM |

**[EXTERNAL MESSAGE NOTICE]**

Hi Jenny,

We agree that we'll check back in three months on the need for continued use of the CMF SRASHE. We'll also run a query in about three months to check on whether the outpatient CMF MTP was misused and report our results.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA 95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Jenny Yelin <JYelin@rbgg.com>
**Sent:** Thursday, March 9, 2023 4:22 PM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Lisa Ells <LElls@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master <colemanspecialmaster@pldlaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Damon McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>

**Cc:** Ceballos, Laura@CDCR <Laura.Ceballos@cdcr.ca.gov>; Bunn, Albert@CDCR <Albert.Bunn@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Cartwright, Steven@CDCR <Steven.Cartwright@cdcr.ca.gov>
**Subject:** RE: Coleman - Revision to the Master Treatment Plan [IMAN-DMS.FID12440]

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Nick

As discussed at today's meeting, we consent to use of the revised SRASHE form with the same limitations and caveats as the MTP revision--only at CMF and only for a period of 3 months. Please notify us as soon as possible if CDCR will seek to continue its use at CMF beyond three months so that we can meet and confer prior to the expiration of that time period. Otherwise, we expect that CDCR will revert to the standard SRASHE at CMF after the 3 month period elapses.

We do not yet have a position on the proposed revision to the MTP used in the PIPs. Please send us the finalized proposal when it is ready.

Finally, in light of CDCR's representation that there is no way to prevent non-CMF users in EHRS from using these modified forms, we request that CDCR report to us at the end of the three month period whether any (and how many) staff not at CMF used either the modified MTP or the modified SRASHE form in violation of policy.

Jenny

---

**From:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>
**Sent:** Tuesday, March 7, 2023 4:49 PM
**To:** Jenny Yelin <JYelin@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Damon McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>
**Cc:** Laura Ceballos <laura.ceballos@cdcr.ca.gov>; Bunn, Albert@CDCR <Albert.Bunn@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Steven Cartwright <Steven.Cartwright@cdcr.ca.gov>
**Subject:** RE: Coleman - Revision to the Master Treatment Plan [IMAN-DMS.FID12440]

[EXTERNAL MESSAGE NOTICE]

Thanks Jenny,

We will circle back to this group in three months' time if continued use of the modified MTP is required.

Please also see attached the revision to the SRASHE for your review, structured similarly to the MTP document we circulated last week.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA  95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Jenny Yelin <JYelin@rbgg.com>
**Sent:** Monday, March 6, 2023 3:11 PM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Lisa Ells <LElls@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Damon McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>
**Cc:** Ceballos, Laura@CDCR <Laura.Ceballos@cdcr.ca.gov>; Bunn, Albert@CDCR <Albert.Bunn@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Cartwright, Steven@CDCR <Steven.Cartwright@cdcr.ca.gov>
**Subject:** RE: Coleman - Revision to the Master Treatment Plan [IMAN-DMS.FID12440]

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear all,

Thank you for the meeting today. We appreciate the additional information and context you provided regarding the proposed revision to the MTP for use on a temporary basis at CMF.  We

consent to use of the revised form on a limited basis, only at CMF, and only for a period of 3 months.  Please notify us as soon as possible if CDCR will seek to continue its use at CMF beyond three months so that we can meet and confer prior to the expiration of that time period.  Otherwise, we expect that CDCR will revert to the standard MTP at CMF after the 3 month period elapses.

Jenny

**From:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>
**Sent:** Monday, March 6, 2023 9:37 AM
**To:** Lisa Ells <LElls@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Damon McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>
**Cc:** Laura Ceballos <laura.ceballos@cdcr.ca.gov>; Bunn, Albert@CDCR <Albert.Bunn@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Steven Cartwright <Steven.Cartwright@cdcr.ca.gov>
**Subject:** RE: Coleman - Revision to the Master Treatment Plan [IMAN-DMS.FID12440]

[EXTERNAL MESSAGE NOTICE]

Lisa,

I'm sorry I missed this on Friday afternoon. Attached is a revised MTP document.  The only changes to it start at page 20 of the PDF where we added fields to capture whether the patient was present/refused to attend the IDTT in the revised MTP. We also added, for reference, pages that are unchanged by this plan beginning at page 23.

Also attached is a modified CMF Suicide Risk Evaluation which we would also like to discuss with your team this afternoon.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA  95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the

intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Friday, March 3, 2023 3:24 PM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Coleman Team - RBG Only
<ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master
<colemanspecialmaster@pldlaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn
<Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Paul B.
Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Thind,
Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Hockerson, Dillon@CDCR
<Dillon.Hockerson@cdcr.ca.gov>; Damon McClain (Damon.McClain@doj.ca.gov)
<Damon.McClain@doj.ca.gov>
**Cc:** Ceballos, Laura@CDCR <Laura.Ceballos@cdcr.ca.gov>; Bunn, Albert@CDCR
<Albert.Bunn@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Cartwright,
Steven@CDCR <Steven.Cartwright@cdcr.ca.gov>
**Subject:** RE: Coleman - Revision to the Master Treatment Plan [IMAN-DMS.FID12440]

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you
> recognize the sender and know the content is safe.

Nick,
I understand that these are no longer the most current version of the documents Defendants are
proposing, and that we are discussing on Monday.  Please send us the correct documents ASAP so
we can be prepared for that discussion.
Lisa

---

**From:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>
**Sent:** Thursday, March 2, 2023 2:50 PM
**To:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master
<colemanspecialmaster@pldolaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn
<Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Paul B.
Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Thind,
Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Hockerson, Dillon@CDCR
<Dillon.Hockerson@cdcr.ca.gov>; Damon McClain (Damon.McClain@doj.ca.gov)
<Damon.McClain@doj.ca.gov>
**Cc:** Laura Ceballos <laura.ceballos@cdcr.ca.gov>; Bunn, Albert@CDCR <Albert.Bunn@cdcr.ca.gov>;
Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Steven Cartwright
<Steven.Cartwright@cdcr.ca.gov>
**Subject:** Coleman - Revision to the Master Treatment Plan

> [EXTERNAL MESSAGE NOTICE]

All,

In an effort to improve job satisfaction amid the staffing issues at CMF, CDCR has streamlined its EHRS IDTT Master Treatment Plan (MTP) documentation to remove non-essential fields and ensure staff are spending more time providing direct patient care.  A copy of the current MTP is attached organized by sections removed or edited from the old form and sections added to the new form. CDCR will first roll out the new MTP at CMF's outpatient and MHCB programs effective immediately. CDCR will monitor the new MTP at CMF to ensure it is working before rolling the new MTP out statewide.

Please let me know if you have any questions.


Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA  95811-7243


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Exhibit D

State of California—Health and Human Services Agency
## California Department of Public Health



**TOMÁS J. ARAGÓN, M.D., Dr.P.H.**
*State Public Health Officer & Director*

**GAVIN NEWSOM**
*Governor*

Jan 10, 2023

Samantha Chastain
CALIFORNIA MEDICAL FACILITY - CORRECTIONAL TREATMENT CENTER
1600 California Dr
Vacaville, CA 95696

**APPROVAL OF PROGRAM FLEXIBILITY**

Dear Samantha Chastain,

This letter is in response to the request submitted by **CALIFORNIA MEDICAL FACILITY - CORRECTIONAL TREATMENT CENTER** for program flexibility for California Code of Regulations T22 DIV5 CH12 ART4-79747(a)(3).

The alternative means of compliance with T22 DIV5 CH12 ART4-79747(a)(3) include

California Medical Facility is proposing the following alternative concept be considered in response to the considerable low staffing rates for mental health staff within the PIP. Acute mental health patients with anticipated lengths of stay greater than 30 days, the Individual Treatment Plan will be reviewed and updated often and when clinically indicated, but no less often than every 14 days, weekends and holidays excepted. In addition, if clinically warranted, the psychiatrist/physician contact will conform to approved program flexibility for acute patients, and patients will be seen for 1:1 clinical contacts and/or group treatment as indicated by the treatment plan for each individual inmate-patient. Additionally, the CTC will ensure daily monitoring and tracking mechanisms via automated registry remain in place to ensure compliance.

Your request for program flexibility of **T22 DIV5 CH12 ART4-79747(a)(3)** is approved under the following conditions:



1. The facility will provide leadership oversight for patients admitted to acute mental medical services and make decisions in the best interest of the patients.

2. The facility will ensure acute mental health patients with anticipated lengths of stay greater than 30 days, the Individual Treatment Plan will be reviewed and updated often and when clinically indicated, but no less often than every 14 days, weekends and holidays excepted.

3. The facility will ensure that in addition to the every 14 day Individual Treatment Plan, or sooner if clinically warranted, the psychiatrist/physician contact will conform to approved program flexibility for acute patients, and patients will be seen for 1:1 clinical contacts and/or group treatment as indicated by the treatment plan for each individual patient.

4. The facility will ensure daily monitoring and tracking mechanisms via automated registry remain in place to ensure compliance with the aforementioned parameters in this flex.

5. The facility will notify California Department of Public Health for any requested changes to these approval conditions.

Either this letter or a true copy thereof shall be posted immediately adjacent to the facility's license.

This approval shall remain in effect from Dec 20, 2022 until Jun 30, 2023.

**NOTE:** The Department may revoke the program flexibility if the licensee does not comply with the conditions set forth in the approval or if the department determines the proposed alternative does not adequately meet the intent of the regulations.

If you have any questions, please contact Centralized Program Flex Unit at (916) 323-5053 or by email at CentralizedProgramFlex@cdph.ca.gov.

Sincerely,

Sevrine A. Banks, Program Manager
Centralized Program Flex Unit



# Exhibit E




State of California—Health and Human Services Agency

California Department of Public Health

**TOMÁS J. ARAGÓN, MD, DRPH**
*Director and State Public Health Officer*

**GAVIN NEWSOM**
*Governor*

September 27, 2021

Joti Bolina
California Health Care Facility - Stockton
7707 Austin Rd
Stockton, CA. 95215

**APPROVAL OF PROGRAM FLEXIBILITY**

Dear Joti Bolina:

This letter is in response to the request submitted by California Health Care Facility - Stockton for program flexibility for California Code of Regulations Title 22 (CCR) section T22 DIV5 CH12 ART3-79601(a)(6).

The alternative means of compliance with Title 22 CCR section T22 DIV5 CH12 ART3-79601(a)(6) include compliance with the conditions set forth in the following section. The facility may provide health progress notes in the follow schedule listed below.

Your request for program flexibility of Title 22 CCR T22 DIV5 CH12 ART3-79601(a)(6) is approved under the following conditions:

1.  For inmate-patients admitted under the Mental Health Treatment program, designated as acute, with an anticipated length of stay of 10 days or less, program flexibility is not provided.

2.  For inmate-patients admitted under the Mental Health Treatment program, designated as acute, with an anticipated length of stay greater than 30 days, a progress note shall be written as a minimum of every three (3) days or as the inmate-patient's condition requires for the first 30 days. If the inmate-patient's condition is determined to be stable, a progress note shall be written at a minimum of every seven (7) days or as the inmate-patient's condition requires. At a minimum, a daily nursing note shall be written.

3.  For inmate-patients admitted under the Mental Health Treatment program, designated as non-acute, with an anticipated length of stay greater than 30 days, a progress note shall be written as a minimum of every three (3) days or as the inmate-patient's condition requires for the first 30 days. If the inmate-patient's condition is determined to be stable, a progress note shall be written at a minimum of every seven (7) days or as the inmate-patient's condition requires. At a minimum, a daily nursing note shall be written.

4.  For inmate-patients admitted primarily for medical services and have an expected length of stay of 30 days or less, after the admission examination is

---

Licensing and Certification Program, State Facilities Section
685 E. Carnegie Drive, Suite 210, San Bernardino, CA
Phone:  (855) 804-4205
Internet Address: www.cdph.ca.gov



State of California—Health and Human Services Agency
California Department of Public Health
Case 2:90-cv-00520-KJM-SCR Document 1-1 Filed 04-11-01 Page 25 of 85




completed, a progress note shall be completed every seven (7) days if the inmate-patient is determined to be stable. If the inmate-patient is determined not to be stable, a progress note shall be completed every three (3) days.

5.  For inmate-patients admitted primarily for medical services with an anticipated length of stay of greater than 30 days and who have been determined to be stable, a progress note shall be completed every seven (7) days for the first 30 days and then if the inmate-patient continues to be stable, a progress note shall be written every fourteen (14) days or as the inmate-patient's condition requires. At a minimum, a daily nursing note shall be written.

6.  A list of inmate-patients receiving medical/mental health treatment services shall be maintained for those determined to meet criteria for a minimum of every seven (7) day and/or fourteen (14) day notes, as appropriate. A random monthly audit shall be conducted by the Clinical Director or designee to ensure compliance with this Program Flex.

7.  For all inmate-patients, should the inmate-patient have any sudden or marked adverse changes in signs, symptoms or behavior exhibited, the provider will document more often as needed. A progress note shall be written by the clinician following each contact of service.

8.  Nursing staff shall document on each inmate-patient as required by policy and notify the attending provider in compliance with CCR Title 22 Section 79627, and Nursing Services General Requirements.

Either this letter or a true copy thereof shall be posted immediately adjacent to the facility's license.

This approval shall remain in effect from 09/22/2021 until 11/19/2022.

**NOTE:** The Department may revoke the program flexibility if the licensee does not comply with the conditions set forth in the approval or if the department determines the proposed alternative does not adequately meet the intent of the regulations.

If you have any questions, please contact Edwin Hoffmark, HFEM II at (855) 804-4205 or by email at Edwin.Hoffmark@cdph.ca.gov.

Sincerely,

*Karen Eggleston HFEM I*

Edwin Hoffmark, HFEM II, District Manager
State Facilities Section



# Exhibit F

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



February 24, 2023

Lisa Ells
Rosen Bien Galvan and Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, A 94105

VIA EMAIL

Lisa,

Thank you for meeting with Defendants regarding CDCR's proposal for treatment minimums in
its Psychiatric Inpatient Programs (PIP). During our February 17, 2023 meet and confer,
Plaintiffs requested copies of requests for and approvals of licensing program flexibilities from
the California Department of Public Health. Attached to this email is a zip file containing
program flexibility requests pertaining to California Code of Regulation Title 22 section
79601(a)(6). The zip file is organized by PIP and includes subfolders containing the program
flexibility requests and approvals dating back to 2015. CDCR regularly renews the requested
program flexibilities.

Current program flexibilities are also publicly available on the California Department of Public
Health's public website:
https://www.cdph.ca.gov/Programs/CHCQ/LCP/CalHealthFind/Pages/SearchResult.aspx
By selecting a "Facility Type" of "Correctional Treatment Center," the website will display a
page containing the numerous CDCR institutions operating under a Correctional Treatment
Center license.

Lisa Ells
Page 2



The information displayed in Cal Health Find comes from data recorded in the federal Automated Survey Processing Environment (ASPEN) system and

Institution by institution detail can be gathered by clicking on the links.  The webpages include licensing and program flexibility information, among other items, as well as details on any complaints lodged with the California Department of Public Health over the past three years.

CDCR PIPs have maintained the program flexibility to Title 22 section 79601(a)(6) for years, dating back before the 2017 lift and shift.  Defendants' program flexibility requests have consistently been found reasonable by the California Department of Public Health.

Although CDCR PIPs deviate from Title 22's requirement for a progress note to be entered every three days by "the attending physician," CDCR supplements patient care by requiring a psychologist or social worker to provide twice weekly contacts for acute or weekly contacts for intermediate patients for the duration of their stay.  This ensures that patients are seen by a mental health provider multiple times each week while in a PIP.  CDCR intends to adopt this long-standing model as its policy going forward.

CDCR has modified the proposed frequency of IDTTs in the table below.  CDCR has removed the requirement for the second IDTT to be held within ten days of admission.  Instead, CDCR's policy will align with Title 22's requirement on treatment planning and require an initial IDTT within seventy-two hours and routine follow up IDTTs every seven days for acute and every thirty days for intermediate patients. (See CCR Title 22 section 79747(a)(1) and (a)(3) requiring

Lisa Ells
Page 3

an initial plan within "72 hours following the patient's admission" and "updated plans no less often than every seven (7) days…for acute…and every thirty (30) days for nonacute mental health patients.")

### CDCR Recommendations for APP Weekly Treatment Frequency

| IDTT | MHMD Contacts | MH Clinical Contacts | Unstructured Programming | Structured Programming |
|---|---|---|---|---|
| 1st IDTT held within 72 hours of arrival<br><br>Routine IDTTs every 7 days thereafter | Initial Evaluation occurs within 24 hours of arrival<br><br>Every 3 Days for the first 30 days<br><br>At least 1X per calendar week thereafter for stable patients | Initial MH assessment occurs within 10 days of arrival<br><br>At least 2x per calendar week | Based on individualized clinical assessment and treatment planning by the Interdisciplinary Treatment Team, updated based on clinical progress as per the standard of care. | Based on individualized clinical assessment and treatment planning by the Interdisciplinary Treatment Team, updated based on clinical progress as per the standard of care. |

### CDCR Recommendations for ICF Treatment Frequency

| IDTT | MHMD Contacts | MH Clinical Contacts | Unstructured Programming | Structured Programming |
|---|---|---|---|---|
| 1st IDTT held within 72 hours of arrival<br><br>Routine IDTTs every 30 days thereafter | Initial Evaluation occurs within 24 hours of arrival<br><br>Every 3 Days for the first 30 days<br><br>At least 1X per calendar week thereafter for stable patients | Initial MH assessment occurs within 10 days of arrival<br><br>At least 1x per calendar week | Based on individualized clinical assessment and treatment planning by the Interdisciplinary Treatment Team, updated based on clinical progress as per the standard of care. | Based on individualized clinical assessment and treatment planning by the Interdisciplinary Treatment Team, updated based on clinical progress as per the standard of care. |

/

/

/

/

/

Lisa Ells
Page 4


CDCR reserves the right to make further changes to this model in advance of the parties' March 13, 2023 joint status report.  CDCR is committed to providing sufficient notice of those change in advance of that filing deadline.  If you would like to further meet and confer regarding this letter or any other part of CDCR's proposal, please let me know.


Sincerely,

Nick Weber

*/s/ Nick Weber*

Attorney
CDCR
Office of Legal Affairs

# Exhibit G

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



January 13, 2023

Special Master Lopes                          Lisa Ells
Pannone Lopes Devereaux and O'Gara LLC        Rosen Bien Galvan and Grunfeld LLP
Northwoods Office Park, Suite 215N            101 Mission Street, Sixth Floor
1301 Atwood Avenue                            San Francisco, A 94105
Johnston, RI 02919

VIA EMAIL

Plaintiffs and Special Master Lopes,

On January 6, 2023, the court ordered Defendants to serve on "Plaintiffs and the Special Master such plans, if any, as they have developed to address the issues covered by the first and second recommendations in the Special Master's  May 17, 2022 Twenty-Ninth Monitoring Round Report on CDCR PIPs" within seven days.  (ECF No. 7697 at 3.)  Attached are the preliminary plans addressing the frequency and amount of treatment in CDCR's Psychiatric Inpatient Programs (PIP) (Attachment A) as well as steps taken to address staffing deficiencies in those programs (Attachments B-D).

The court's January 6 order states that, per the Special Master's representation, "productive discussions with [Secretary Allison] had stalled."  (Id.)  Defendants disagree with that assessment.  Conversations had continued through December 2022 and although resolution was not reached by the time a declaration was due, CDCR remained willing to continue to meet and confer.  As outlined below, discussions on PIP treatment had been delegated to Drs. Mehta and Metzner and their respective colleagues since November 2022.  And discussions pertaining to PIP staffing had not even begun, let alone stalled, between the Special Master and CDCR as those conversations were expected to continue through the end of February 2023.

On August 29, 2022 the court required the Special Master and former CDCR secretary Kathleen Allison[1] to meet and confer regarding the first and second recommendations from the Special Master's May 17, 2022 monitoring round report.  (ECF No. 7608 at 6.)  Specifically, the court gave the Special Master and Secretary Allison until December 29, 2022 to discuss the second recommendation, regarding the frequency and amount of care provided in PIPs, and until February 28, 2023 to discuss the first recommendation regarding PIP staffing.

During the October 11, 2022 second level data remediation dispute meeting the Special Master and Secretary Allison agreed to discuss the PIP order at their next biweekly meeting scheduled for October 25, 2022.  That matter was not added to the agenda on October 25, 2022 and was

---

[1] Kathleen Allison retired on December 27, 2022 and the Governor has appointed Jeff Macomber as the new CDCR secretary.

Page 2

instead taken up during the November 8, 2022 second level data remediation dispute meeting. During that meeting, the Special Master informed Secretary Allison that the discussion should be referred to Drs. Mehta and Metzner and that the two could later come back to the Special Master and Secretary to report their progress.

On November 22, 2022, Dr. Mehta provided Dr. Metzner with a proposal for PIP treatment. They met, along with Brett Johnson, Kerry Hughes, and Kerry Walsh from the Special Master team on November 23, 2022. Dr. Mehta followed up with Dr. Metzner on November 29, 2022 regarding their November 23 discussions. On December 6, 2022 CDCR sought a follow up meeting which was ultimately scheduled for December 16, 2022.

While CDCR does not believe these discussions "stalled," CDCR remains disappointed by the Special Master's experts' refusal to provide any clinical or correctional policies, practices, studies, or articles from other similar systems to support the Special Master team's recommendations. To date, CDCR has mainly received only verbal representations of how other, mostly non-correctional systems operate, which CDCR has not been able to independently verify. As noted in its proposal, CDCR has sought out and obtained information from other state correctional systems on practices in their mental health inpatient programs.

CDCR remains committed to developing an evidence based plan and its proposal is consistent with community and correctional standards for inpatient mental health care. To the extent that the Special Master team has any documentation to support their position, CDCR requests it so that it can be used to inform the upcoming meet and confer and CDCR's final plans.

Sincerely,

Nick Weber

*/s/ Nick Weber*

Attorney
California Department of Corrections and Rehabilitation
Office of Legal Affairs

# ATTACHMENT A

**Proposal - Treatment Frequency in PIP**

**Background**

On August 29, 2022 the Court ordered the California Department of Corrections and Rehabilitation (CDCR) to respond to the Special Master's 2021 Inpatient Care Report regarding the need to "develop minimum standards for the provision of structured therapeutic activities, unstructured out of cell activities, treatment planning and individual treatment consistent with a psychiatric inpatient level of care, and shall develop plans to provide such structured therapeutic activities, unstructured out of cell activities, treatment planning, and individual treatment consistent with the established minimum standards. CDCR shall also develop and implement a system for tracking and reporting adherence to the standards developed."

The following provides an outline of standards for therapeutic treatment in CDCR's Psychiatric Inpatient Programs (PIP), consistent with the standards codified in California Code of Regulations Title 22. Information pertaining to other correctional settings nationwide with regard to treatment provided within their inpatient programs is also provided. Information herein outlines CDCR's position on standards for treatment frequency and out of cell time, which recognizes the Treatment Team's ability to individualize programming and treatment to address the needs of each patient. The summary includes CDCR's position pertaining to the current treatment offered in CDCR's PIP locations and suggestions for additional quality assurance.

**The Issue**

The Special Master recommended in his May 2022 monitoring report that CDCR develop minimum treatment standards for patients receiving care within its PIPs. (ECF No. 7555.) Title 22, Chapter 7-Mental Health Treatment Program-Individual Treatment Plan states that individual treatment plans must:

- Be developed as soon as possible, but no later than 72 hours following the inmate-patient's admission.
- Be based on a comprehensive assessment of the patient's physical, mental, emotional and social needs.
- Be reviewed and updated as often as indicated, but no less often than every seven (7) calendar days, weekends and holidays excepted, for acute mental health inmate-patients and every thirty calendar (30) days for non-acute mental health inmate-patients.

Additionally, Chapter 7-Mental Health Treatment Program-Services notes the following:

- Mental health treatment programs shall provide and conduct organized therapeutic social, recreational and vocational activities in accordance with the interests, abilities and needs of the inmate-patient, and will include the opportunity for exercise.
- Mental health rehabilitation therapy services shall be designed by and provided under the direction of a recreational therapist, an occupational therapist, a psychiatrist, a clinical psychologist, a licensed clinical social worker, a licensed marriage, family, and child counselor, or a psychiatric mental health nurse.

Title 22 does not provide any other guidance or requirements for the number of treatment hours a patient shall receive in either the Acute or Non-Acute inpatient settings.

A review of the Department of State Hospitals Policy Directive 3607-DSH Treatment Planning Policy-CDCR Patients in DSH Inpatient Programs (2017) indicates the following with regard to Assessment and Individual Treatment Planning:

> "The assessment process includes the patient's perceptions of needs, preferences, and goals, as well as their perceptions of the quality of life, functional skills, services desired, and how his spiritual and emotional needs can be met while receiving services. The Individual Development Treatment Team (IDTT) uses this information as a basis for identifying and prioritizing treatment needs.
>
> "The plan identifies behavioral goals and objectives to address both problems and strengths; the interventions and services that will be made or provided; a review of the patient's ability to maintain the LRH designation provided by CDCR and the criteria for discharge. The plan also identifies behavioral goals that lead to observable, measurable objectives to meet the discharge criteria."

Neither Title 22 nor DSH Policy Directive 3607 require setting treatment minimums for patients or otherwise indicate that doing so is a standard practice, and instead indicate that treatment provided should be individualized to the patient's treatment needs, goals, and preparedness for discharge.

**Proposal**
CDCR understands the importance of ensuring that all patients have access to out of cell time for recreation, exercise, socialization, therapeutic groups, and individual contacts as well as unstructured leisure time. It is also crucial to consider the importance of individualized treatment for patients of this severity; there is no one-size-fits-all number of hours that correlates with treatment success. PIP locations have a responsibility for offering a variety of both clinical and non-clinical out of cell opportunities that treatment teams can then incorporate into personalized treatment schedules based on a patient's individual treatment needs. Patient ability to attend or tolerate out of cell time is dependent on their current functioning and impact from their mental health symptoms.

Based on a review of DSH policies, Title 22 and survey responses from eighteen other state correctional departments, CDCR is proposing the following with regard to Weekly Treatment Frequency in APP and ICF PIP locations:

### APP Weekly Treatment Frequency

| IDTT | MHMD Contacts | MH Clinical Contacts | Unstructured Programming | Structured Programming |
|---|---|---|---|---|
| 1st IDTT held within 72 hours of arrival<br><br>2nd IDTT held no later than 10 calendar days<br><br>Routine IDTT's continue every 30 days | Initial Evaluation occurs within 24 hours of arrival<br><br>At least 2X per calendar week | Every 3 Days for the first 30 days<br><br>Then at least 1X per calendar week | Based on individualized clinical assessment and treatment planning by the Interdisciplinary Treatment Team, updated based on clinical progress as per the standard of care. | Based on individualized clinical assessment and treatment planning by the Interdisciplinary Treatment Team, updated based on clinical progress as per the standard of care. |

**ICF Treatment Frequency**

| IDTT | MHMD Contacts | MH Clinical Contacts | Unstructured Programming | Structured Programming |
|------|---------------|---------------------|--------------------------|------------------------|
| 1st IDTT held within 72 hours of arrival<br><br>2nd IDTT held no later than 10 calendar days<br><br>Routine IDTT's continue every 30 days | Initial Evaluation occurs within 24 hours of arrival<br><br>At least 1X per calendar week | Initial MH assessment occurs within 10 days of arrival<br><br>Every 3 Days for the first 30 days<br><br>Then at least 1X per calendar week | Based on individualized clinical assessment and treatment planning by the Interdisciplinary Treatment Team, updated based on clinical progress as per the standard of care. | Based on individualized clinical assessment and treatment planning by the Interdisciplinary Treatment Team, updated based on clinical progress as per the standard of care. |

**Inpatient Treatment Comparisons**

CDCR contacted correctional settings across the US to inquire about their inpatient mental health programs and services provided to patients. The responses received generally indicated that programs are providing treatment to patients based on the recommendations made by the treatment teams. Some programs have treatment minimums, but within those responses, a wide range of structured treatment hours is provided.

Joseph Penn, MD, Director of Mental Health Services for the Texas Department of Criminal Justice provided the following information:

- 1670 Inpatient Mental Health Beds (2020 population for all Texas prisons -154,000)
- Inpatient beds are single cell, multi-person and dorms
- Treatment hours are determined by the treatment team based on the patient's goals, functional abilities, etc.
- Treatment hour minimums are not identified in their policies
- Length of stay varied, some patients were treated indefinitely within the inpatient programs

Li-Wen Lee, MD, Associate Commissioner for the Division of Forensic Services in New York provided the following:

- Central New York Psychiatric Center provides all inpatient mental health treatment to incarcerated persons in New York (inpatient treatment is NOT provided in the correctional facilities)
- Joint Commission Accredited
- Median length of stay is 132 days
- Patients are offered up to 20 hours of programming weekly (7 days)
  - Both formal and informal programming (no set number of hours for each)
  - Activities offered both on and off the ward/unit

- ▪ On Ward: medication education, symptom management, health teaching, individual counseling, social rehabilitation groups
- ▪ Off Ward: recovery and wellness focused: Therapeutic, educational, and psychosocial modalities are used in a group setting to present and discuss information, resources, skills, and techniques related to physical and mental health and personal, social, and vocational development.

Eighteen other state correctional programs responded to a request from CDCR for information pertaining to their inpatient programs. Only three of the 18 states indicated they have minimums identified for the number of hours that should be offered to patients. All of the other states indicated they either don't measure the number of hours and/or rely on the treatment team to assign treatment based on the patient's goals and clinical needs.

- • 2 States offer more than 15 hours of structured programming per week
- • 6 States offer 10-15 hours of structured treatment per week
- • 4 States offer less than 10 hours of structured treatment per week
- • 6 States offer no minimums for structured treatment per week

CDCR consulted with DSH regarding treatment offerings for CDCR patients in their programs. DSH responded that for the first 30 days, patients are assessed by their treatment teams and then assigned to programming based on those treatment needs. After 30 days, DSH aims to schedule patients for 20 hours of programming, with at least 10 of those hours as Core (structured groups, clinical contacts, etc). DSH acknowledges that not all patients are appropriate for 20 hours of programming even after the initial 30 days of assessment. In response, the treatment team is required to document when either the patient is unable to have a schedule of 20 hours or if they attend less than 40% of their offered programming. In consultation with DSH they indicated that a minimum number of treatment hours for patients in APP was not appropriate given the level of acuity of patients in those settings. CDCR also notes that DSH patients who are both custodially and clinically appropriate for the Unlocked Dorm setting are able to accept and attend programming at that rate. CDCR also notes that the requirement for EOP programming is 10 hours per week. One of the Higher Level of Care considerations for referral to an inpatient setting is 50% or more treatment refusal of those 10 scheduled hours.

**Summary**

Treatment teams must be able to recommend and create individualized programs suitable to the functioning of the patient and work towards the specific treatment goals, rather than base a patient's out of cell time on an arbitrary minimum untethered from any patient's individual needs. This approach is consistent with standard practices in inpatient settings such as the DSH Policy Directive 3607, as well as state licensing standards under Title 22, to ensure the autonomy required for treatment teams to clinically determine the appropriate type and number of hours per week each patient needs to work towards their goals for inpatient treatment.

CDCR has also taken the time and initiative to consult with other correctional programs throughout the U.S. to identify standards regarding treatment provided to patients within mental health inpatient settings. Overwhelmingly, the feedback received indicates that only three of the eighteen states responding indicated they have a minimum number of treatment hours offered to their patients. To this

end, asking CDCR to create minimum standards for treatment hours "consistent with the established minimum standards" is not only irrelevant but impossible, because such a standard does not exist. (ECF No. 7608 at 2, quoting ECF No. 7555 at 164-165.)

It is worth noting that patients treated in the PIPs will have widely varying levels of functioning. Some patients may have such severe symptomatology or adjustments to medication that their ability to benefit from groups is minimal to none. They may in fact only disrupt the experience of other, higher-functioning patients in the group who are ready to benefit from their engagement with peers. Given the high acuity of this population, the symptoms and side effects may vary heavily day to day, or even dose to dose.

It also important to note that patients are often sent to CDCR PIPs for treatment due to an inability to engage in the 10 hours of treatment provided in the outpatient EOP programs.  As outlined in this proposal, CDCR PIP locations are already providing both clinical and non-clinical treatment hours to patients in both Acute and ICF settings without a standardized minimum requirement in place.  As a result, the PIPs are utilizing their unique physical layouts and space to provide treatment to patients in their programs.  This also enables them to utilize their space flexibly based on treatment needs, acuity, and specialized clinical skill sets, all to the benefit of patients. CDCR has also provided information for existing means for monitoring both clinical and unstructured activity hours and reviewed plans from the PIPs on their individual use of space.  Finally, CDCR plans to further monitor the quality of treatment provided by developing a Quality Management policy for the PIPs that will include tracking and monitoring of the quality and frequency of treatment.

# ATTACHMENT B

**CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES**

**Human Resources
Strategies Implemented for PIP Staffing
January – December 2022**

California Correctional Health Care Services' Human Resources program closely partnered with the Mental Health program throughout the past year is support of staffing levels at the PIPs. As a component of these efforts, HR developed and implemented several efforts designed to increase staffing levels and retain current workforce:

- Implementation of the PIP pay differential. These efforts were additionally supported by specific marketing campaigns broadcasting the increased salary that included, but were not limited to:
  - Social media campaigns touting the PIP pay differential; advertisement of the PIP pay differentials on all Clinical Social Worker, Psychologist, and Psychiatrist job postings; email blasts, professional website banners, and ads in professional E-newsletters, guides, and organizational websites.
  - Development of specialized recruitment flyer for Mental Health candidates emphasizing incentives of joining the PIP.
- Development of onsite Hiring Events that provided PIP candidates with the opportunity to apply, interview, and accept contingent job offers in a one-day, streamlined process. These were held throughout the state to attract a larger candidate pool for PIP vacancies.
- Established vendor contract to enhance recruitment efforts for PIP classifications through the creation of recruitment videos, email campaigns, and additional outreach efforts.
- Added Clinical Social Worker and Psychologist classifications to Merritt Hawkins recruitment contract.
- Redirected hiring process for Clinical Social Workers and Psychologists from institutions to headquarters' Centralized Hiring Unit.
  - Hired 6 Clinical Social Workers, 3 Psychologists, 5 Psychiatrists, and 2 Primary Care Providers in PIPs. Another 8 Primary Care Providers, 2 Clinical Social Workers, and 2 Psychologists hires in process.
- Recruitment efforts in support of PIP:
  - Secured a dedicated page on the Psych Times Home Page to promote the Mental Health Program and opportunities for Psychiatrists in inpatient, outpatient, and telehealth settings.
  - Promotion of the PIP program and PIP job opportunities at Mental Health Conferences nationwide.
  - Increased job postings for PIP Clinical Social Workers, Psychologists, and Psychiatrists across a variety of professional platforms.
  - Redesign of marketing creative for Clinical Social Workers, Psychologists, and Psychiatrists to keep fresh marketing look and maintain appeal.
  - Internal emails blasts launched in support of PIP additional appointments also referred to as dual appointments. The additional appointment process allows current permanent full-time employees to provide vacancy coverage.

# ATTACHMENT C

**PAY DIFFERENTIAL 455**
**PSYCHIATRIC INPATIENT PROGRAM MENTAL HEALTH CLINICIANS**
**RECRUITMENT AND RETENTION DIFFERENTIAL – BARGAINING UNITS 16, 18, 19,**
**AND EXCLUDEDS**

Established: 05/01/22

| CLASS TITLE | CLASS CODE | CBID | RATE | EARNINGS ID | DEPARTMENT |
|---|---|---|---|---|---|
| **Rank and File:** | | | | | |
| Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 9758 | R16 | 15% of monthly base pay | 8CHC | Department of Corrections and Rehabilitation - Psychiatric Inpatient Programs at:<br><br>California Health Care Facility, California Medical Facility, San Quentin State Prison, California Institution for Women, Salinas Valley State Prison |
| Senior Psychiatrist (Specialist), Correctional and Rehabilitative Services (Safety) | 9759 | | | | |
| Psychiatric Technician (Safety) | 8253 | R18 | | | |
| Senior Psychiatric Technician (Safety) | 8252 | | | | |
| Rehabilitation Therapist, State Facilities (Music-Safety) | 8321 | R19 | | | |
| Rehabilitation Therapist, State Facilities (Occupational-Safety) | 8323 | | | | |
| Rehabilitation Therapist, State Facilities (Recreation-Safety) | 8324 | | | | |
| Rehabilitation Therapist, State Facilities (Art-Safety) | 8420 | | | | |
| Psychologist-Clinical, Correctional Facility | 9283 | | | | |
| Recreation Therapist, Correctional Facility | 9286 | | | | |
| Senior Psychologist, Correctional Facility (Specialist) | 9287 | | | | |
| Clinical Social Worker (Health/Correctional Facility)-Safety | 9872 | | | | |
| **Excluded:** | | | | | |
| Chief Psychiatrist, Correctional and Rehabilitative Services (Safety) | 9774 | M16 | | | |
| Senior Psychiatrist (Supervisor), Correctional and Rehabilitative Services (Safety) | 9761 | S16 | | | |
| Supervising Rehabilitation Therapist | 8316 | S19 | | | |
| Senior Psychologist, Correctional Facility (Supervisor) | 9288 | | | | |
| Supervising Psychiatric Social Worker I, Correctional Facility | 9291 | | | | |
| Senior Psychologist (Health Facility) (Supervisor) | 9831 | | | | |
| Chief Psychologist, Correctional Facility | 9859 | | | | |
| Supervising Psychiatric Social Worker I | 9867 | | | | |

| CRITERIA |
|---|
| • Effective May 1, 2022, employees in the above classes, employed within the California Department of Corrections and Rehabilitation and who are physically located at and assigned to the specific locations/program areas listed above, shall receive this pay differential. |
| • Only employees who provide direct patient care, treating patients in-person, on grounds or at a facility more than 50% of the pay period, are eligible for this pay differential. |
| • Employees who do not provide direct patient care, or who provide services via telemedicine and telepsychiatry more than 50% of the pay period do not qualify for this pay differential. |
| • This differential shall not be subject to the grievance or arbitration processes. |
| • The State reserves the discretion to adjust or terminate this pay differential by providing a 30-day notice to the exclusive representative of each unit impacted. |
| • This pay differential is in addition to any other pay differentials that the above classes may be receiving. |

| IF APPLICABLE, SHOULD PAY DIFFERENTIAL BE: | |
|---|---|
| PRO RATED | Yes |
| SUBJECT TO QUALIFYING PAY PERIOD | Yes |
| ALL TIME BASES AND TENURE ELIGIBLE | Yes/No* |
| SUBJECT TO PERS DEDUCTION | No |

| INCLUSION IN RATE TO CALCULATE THE FOLLOWING BENEFIT PAY | |
|---|---|
| OVERTIME | Yes/No (FLSA) |
| IDL | Yes |
| EIDL | Yes |
| NDI | Yes |
| LUMP SUM VACATION | Yes |
| LUMP SUM SICK | Yes |
| LUMP SUM EXTRA | Yes |

*Retired Annuitants are not eligible unless appointed under Government Code Section 21232.

# ATTACHMENT D

**Weber, Nicholas@CDCR**

| | |
|---|---|
| **From:** | Bentz, Melissa@CDCR |
| **Sent:** | Thursday, April 21, 2022 7:00 PM |
| **To:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Coleman Team - RBG Only; Steve Fama |
| **Cc:** | Paul B. Mello; Sam Wolff (swolff@hansonbridgett.com); Elise Thorn; Damon McClain; Namrata Kotwani; Neill, Jennifer@CDCR; Weber, Nicholas@CDCR; Hockerson, Dillon@CDCR; Thind, Sundeep@CDCR |
| **Subject:** | Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates |

Special Master Lopes and Plaintiffs' counsel,

CDCR has been working diligently to improve mental health staffing at our institutions. As part of this effort, CDCR recently noticed the unions about a 15% pay differential for civil service psychologists, social workers, psychiatrists, psychiatric technicians, and rehabilitation/recreation therapists physically working in one of CDCR's five Psychiatric Inpatient Programs (PIPs). The proposal also expands the previously established on-site civil service psychiatrist retention bonuses at to civil service psychologists, expands the bonuses to all institutions, and expands the number of allowable $5,000 bonuses. Previously, a $5,000 bonus was available after completion of 6, 24, 60, and 84 months of state service. The new proposal would allow bonuses at 3, 6, 9, 12, 24, 60, and 84 months. CDCR proposed an effective date of May 1, 2022 for both proposals. However, that date is contingent upon the completion of union negotiations and is thus subject to change.

In addition to the pay differential in the PIPs and the expansion of bonuses, CDCR has also entered into a new contract for registry psychiatrists, psychologists, psychiatric nurse practitioners, social workers, and recreational/rehabilitation therapists. Below is a chart comparing the current contract rates with the new contract rates. The new registry contract will go into effect on May 1, 2022.

| Old Contract Tiers: 16-00467[1] | | | | | | New Contract Tiers: 21-00147[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tiers** | **PSYT** | **PSYL** | **PNP** | **LCSW** | **RT** | **Tiers** | **PSYT** | **PSYL** | **PNP** | **LCSW** | **RT** |
| Tier 1 | $ 265.00 | $ 90.00 | $ 136.00 | $ 64.00 | $ 57.00 | Tier 1 | $ 265.00 | $ 140.00 | $ 128.00 | $ 103.00 | $ 92.00 |
| Tier 2 | $ 285.00 | $ 100.00 | N/A | $ 73.00 | $ 79.00 | Tier 2 | $ 285.00 | $ 153.00 | $ 136.00 | $ 113.00 | $ 100.00 |
| Tier 3 | $ 316.00 | $ 120.00 | N/A | $ 86.00 | N/A | Tier 3 | $ 316.00 | $ 168.00 | $ 141.00 | $ 128.00 | $ 115.00 |
| Tier 4 | $ 340.00 | $ 140.00 | | | | Tier 4 | $ 340.00 | $ 193.00 | | | |
| Tier 5 | $ 365.00 | $ 155.00 | | | | Tier 5 | $ 365.00 | $ 200.00 | | | |
| Tier 6 | $ 390.00 | | | | | Tier 6 | $ 390.00 | | | | |
| Tier 7 | $ 415.00 | | | | | Tier 7 | $ 415.00 | | | | |
| Tier 8 | $ 440.00 | | | | | Tier 8 | $ 440.00 | | | | |

Notes:

All rates include the hourly rates and overhead charges. New rates are effective 5/1/2022.

[1] Overhead rates in contract number 16-00467 are as follows: Psychiatrist (PSYT) $65.00, Psychologist (PSYL) $15.00/$25.00, Psychiatric Nurse Practitioner (PNP) $30.00, Licensed Clinical Social Worker (LCSW) $18.00, Recreation Therapist (RT) $12.00.

[2] Overhead rates in contract number 21-00147 are as follows: Psychiatrist (PSYT) $65.00, Psychologist (PSYL) $38.00, Psychiatric Nurse Practitioner (PNP) $30.00, Licensed Clinical Social Worker (LCSW) $38.00, Recreation Therapist (RT) $25.00.

CDCR believes the implementation of these proposals will help increase mental health staffing at the PIPs and elsewhere and hopes to see results from these proposals soon.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

# Exhibit H

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

**California Correctional Health Care Services**
**Mental Health Recruitment and Retention Strategies**
**Coleman Responses (February 2023)**

In 2022, California Correctional Health Care Services (CCHCS) Human Resources (HR) in partnership with the Mental Health Program, expanded many of its recruitment campaigns. While maintaining its established digital presence, HR continues to seek ways to further promote mental health career opportunities and increase candidate awareness with innovative campaigns bridging multiple efforts and reaching multi-generational candidates. However, demands nationwide for mental health providers has greatly impacted the ability for the State to hire what has become an increasingly competitive resource. Prior to the pandemic, the mental health care provider workforce was already strained with current health care demands. In 2017, the Bureau of Labor Statistics (BLS) predicted the supply of behavior health care workers by 2030 with a 20 percent decrease in available Psychiatrists and a 3 percent increase in demand. While the BLS did predict an increased number of available Psychologists and Social Workers, this was accompanied by a predicted additional growth in demand of 5 percent and 12 percent, respectively, and a 13 percent increase in demand for mental health counselors. In 2023, with the impact of increased telework availability, the increased retirement rates of available providers, and the increased need for mental health care, the competition for these valuable employees has only grown.

In addition, the qualifications of candidate pools continue to impact the ability to fill positions at a rate that mitigates the high turnover. While robust recruitment efforts continue to attract candidates, the majority of applicants continue to be unlicensed Clinical Social Workers (CSW) and Psychologists that require supervision from a licensed provider. Increased vacancies impact the ability to provide the required supervision, which hinders the ability to hire unlicensed providers. However, despite these impacts, CCHCS utilizes multiple resources to ensure coverage of these critical positions. Through its Registry contracts and use of Psychiatric Nurse Practitioners, CCHCS' overall fill rate for Psychiatrist positions is 92 percent with 22 institutions filled at or above 90 percent. While Registry availability is more challenging for Psychologists and CSWs, with the addition of Registry coverage, CCHCS has a total percentage filled of 61 percent and 68 percent, respectively.

**<u>Marketing:</u>**
CCHCS HR continues to have a presence at national, regional, and local events; implement social media and promotional media events; and expand its creative presence. (See attached Mental Health Recruitment Activities)

> **New Marketing Efforts -** Given the expansion of various virtual platforms and our integrated media presence, HR is increasing its marketing efforts on social media and digital radio advertising. Through a development of campaigns designed to "lift the veil" on correctional health care, HR is creating a series of marketing pushes centered on mental health employees and their career opportunities in correctional health. Additional efforts will celebrate the diversity of the mental health workforce and target cohort groups identified as those committed to serving the underserved.

HR is in process of establishing a partnership with Doximity, the online social network site that is used by 80 percent of all Physicians for both job searches and workflow tools. Access to this platform is designed ensure that CCHCS' recruitment messages reach both active and passive candidates. Additionally, HR is in process of securing a 3-month partnership with the National Commission on Correctional Health Care to engage visitors to their web site via a new Web Retargeting tool.  Once in place, this tool will allow CCHCS to increase visibility and further brand itself as a leader in correctional health care by retargeting this niche audience with messaging across the internet.

**Advertising -** Current marketing efforts focus on expanded digital campaigns in lieu of both digital and print marketing for CSW, Psychologists, and Psychiatrists, with an emphasis on the new pay differentials available to those approved classifications in Inpatient settings and increased sign on bonuses.  Efforts are tailored to ensure saturation of branding and career opportunities across professional journals, organizational websites, and recruitment platforms such as LinkedIn, Indeed, and National Health Career Network and has expanded to include ZipRecruiter.

**I Heart Media –** HR is working directly with the Mental Health Program to develop a campaign with I Heart Media designed to target groups of individuals based on key demographics for identified Mental Health professionals. Digital display advertisements (cell phone, computer, tablet) will direct candidates to job postings for various vacancies across the program. If successful, future advertisement efforts may be expanded to include:
- Digital streaming (both TV and radio)
- Podcast ad placement
- Social Media placements

**Direct Mailers/Emails -** A geo-targeted direct mail and email campaign for Psychiatrists was implemented in January 2023 and continued into late February. A similar email campaign is currently in development for CSWs with plans for release in March to over 7,000 Social Workers across California. This will be closely followed by an additional geo-targeted campaign for Psychologists with plans for release in April/May. (See attached Psychiatrist and CSW Flyer)

**Promotion of correctional health care career options to alumni and graduating students -** HR has partnered closely with the Mental Health Program to establish partnerships with educational entities identified by the Program. HR is currently identifying recruitment pushes at several of these educational organizations to introduce their students to correctional health care via a series of "Meet the Experts" virtual seminars designed to provide students an opportunity to meet with Mental Health clinicians and market job opportunities to alum through affiliated career centers.

**Enhanced Recruitment -** Engaged with Merritt Hawkins, a national leader in health care recruiting, to aid in filling the current Psychiatrist vacancies.  The Psychiatrist Inpatient vacancies have been identified as a priority hiring objective and the contractor is actively seeking candidates. Additionally, HR expanded the scope of the Merritt Hawkins recruitment contract to add Psychologists and CSWs with an emphasis on Inpatient care. Additionally, CCHCS has contracted with an external vendor to supplement its ongoing recruitment efforts for CSW, Psychologist, and Psychiatrist classifications. This includes proposals for third party advertising via Facebook, Google, and Instagram in addition to the creation of marketing videos, geo-targeted advertising, drip email campaigns, and digital recruitment brochures.



**Professional Partnership** - HR has begun partnering with professional organizations to promote correctional health care. In its inaugural effort, CCHCS partnered with PsychTimes to secure a dedicated page on the PsychTimes Home Page promoting the Mental Health Program and opportunities for Psychiatrists in Inpatient, Outpatient, and Telehealth settings. This was further bolstered with an in-feature interview with Dr. Mehta, "Behind Bars: An Insider's Perspective on Correctional Psychiatry," in addition to advertisements in e-newsletters, banner advertisements across landing pages, and links to all social media accounts. (See attached PsychTimes article)

**Virtual Recruitment** - CCHCS purchased its first online virtual recruiting platform in 2022. The platform secures CCHCS its own presence in the world of virtual recruitment rather than being dependent upon other professional organizations' or educational recruiting events. Initial efforts testing the platform were successful and HR is expanding these efforts to Mental Health in 2023. These virtual events and information sessions will be held on a statewide, regional, or institutional level and will be tailored for specific educational cohorts or mental health professionals. Additionally, the platform serves to expand candidate attraction to remote geographical locations, where prior efforts required in-person, on-site events.

**Candidate Engagement** - CCHCS utilizes a streamlined, white-glove hiring approach that focused on maintaining candidate engagement and rapid hiring for CSW, Psychologist, and Psychiatrist candidates. This is further augmented by a Psychiatrist focused recruitment page hosted on CCHCS' career site. The page provides Psychiatrist candidates an at-a-glance review of the various benefits, career paths, and compensation scales for Psychiatrist, in addition to providing a direct line to recruiters.


## Hiring Events:

Starting in January 2022, CCHCS HR implemented end-to-end recruitment and hiring events to help fill growing vacancies throughout the department. The hiring events allows prospective candidates to submit job applications, take civil service exams, be interviewed, process Live Scan fingerprint checks, and extended tentative job offers in a one-day, streamlined process. Please note, clinicians are still required to complete the Credentialing process. Marketing efforts drove over 1,750 Mental Health, Nursing, and Administrative candidates to these events. HR and hiring managers partnered to interview 1,364 candidates across a range of healthcare and support positions, with almost 1,000 jobs offered on-site, and 69 percent of those offered have started. Given the remarkable success of these events, CCHCS HR has already calendared its 2023 events and held its first event on January 18 - 19, 2023 and the second event being held on February 28 – March 2, 2023 (See attached 2023 Statewide Hiring Events schedule).

In April 2023, HR will implement a targeted Mental Health recruitment campaign in addition to general marketing campaigns for each of these events. Focused mental health recruitment efforts will occur on professional platforms and their local affiliated organizations, associated educational organizations, and defined media sources with direct messaging to mental health providers. Held at locations central to the communities that live near the institutions, these events are a proactive solution to expand awareness of career pathways within the institutions, increasing candidate pipeline, and convenient/immediate hiring.



**Federal Student Loan Forgiveness/Human Resources Services Agency:**

CCHCS continues to promote available student loan forgiveness programs administered by the Human Resources Services Agency (HRSA), through the U.S. Department of Health and Human Services, as a key component of our marketing and recruitment literature. The program has the added benefit of requiring that accepted applicants provide a two-year employment commitment to work in underserved areas (Health Professional Shortage Areas (HPSA), as defined by HRSA). This opportunity is open to all employees who provide health care, however, due to limited federal funding, only Mental Health care providers at the following locations have the possibility to receive the majority of these grants:

| Institution | Mental Health HPSA Score |
|---|---|
| Avenal State Prison | 24 |
| California Correctional Institution | 21 |
| Calipatria State Prison | 12 |
| Centinela State Prison | 12 |
| Chuckawalla Valley State Prison | 15 |
| Correctional Training Facility | 12 |
| High Desert State Prison | 6 |
| Ironwood State Prison | 21 |
| Kern Valley State Prison | 18 |
| Pelican Bay State Prison | 24 |
| Salinas Valley State Prison | 15 |
| Sierra Conservation Center | 12 |
| Substance Abuse Treatment Facility | 21 |
| Valley State Prison | 15 |
| Wasco State Prison | 15 |

**Public Service Loan Forgiveness** - CCHCS employees may be eligible to apply for this program (see attached)

**Federal Loan Repayment Programs -** Supported by the National Health Service Corps (NHSC), Federal Loan Repayment Programs (FLRP) provides loan repayment grants to licensed clinicians in qualifying



Primary Care, Mental Health, and Dental classifications. CCHCS has been participating in the FLRPs since 2008. To receive a grant, clinicians must commit to working at an NHSC-approved site within a Health Professional Shortage Area (HPSA) for two years (primary NHSC program) or three years (SUD Workforce program).

- The HPSA scores are calculated using a formula that considers a multitude of factors, including the population-to-provider ratio. Separate scores are calculated for primary care, mental health, and dental professional areas.
- Historically, the higher the HPSA score the more likely a clinician working at that site is to receive a grant, with priority given to those working at sites possessing a competitive score. Competitive scores are those that are higher than the cut-off scores, which are calculated by NHSC and can change from year to year.
- Clinicians in qualifying classifications working at any NHSC-approved and SUD) certified site, regardless of the site score, may be eligible to apply for the SUD Workforce Loan Repayment Program (all CCHCS' NHSC sites are SUD certified). Qualifying CCHCS classifications include Physicians, Nurse Practitioners, Physician Assistants, Psychiatrists, Psychologists, CSWs, Registered Nurses, and Pharmacists. Award preference is given to clinicians working within the SUD Program who have SUD Licensure/Certification and/or DATA 2000 Waivers.
- Awards are determined by NHSC and are limited by the availability of federal funding. As of December 31, 2021, CCHCS has 16 approved Mental Health sites. Awards are determined by pre-defined HPSA which takes into account the number of clinicians available compared to the patient population. HR submitted its data for the annual 2022 review, with expected updated results from NHSC in March 2023.


**Visa Hiring Initiatives:**

CCHCS provides clinical employees that are hard-to-recruit with visa support for both non-citizen and non-permanent resident status by sponsoring the legal and filing fees on behalf of the applicant. Non-citizens and non-permanent residents must be able to be licensed in the state of California by the appropriate licensing board and, depending on the profession, must be board-eligible or board certified.

HR advertises H1B visa sponsorships with all third-party vacancy postings as a non-monetary benefit on all marketing materials and flyers used during professional conferences and recruitment events and also will specifically list the following for all hard-to-recruit classification posted via electronic professional platforms such as LinkedIn 'Dedicated assistance with visa sponsorship." (See attached Visa Sponsorship flyer)

> **J-1 Waiver** - The J-1 Waiver allows those on a student visa to avoid the burdens and hassles of leaving the country at the conclusion of their education. CCHCS works with fourth year residents to review employment options and verify visa status. Once a tentative employment offer is made, CCHCS will begin the waiver process.

> **H-1B Visa** - The H-1B visa is a non-immigrant visa that allows United States employers to hire foreign workers in specialty occupations that require theoretical or technical expertise in specialized fields, including, but not limited to, medicine. We routinely secure H-1Bs or transfer sponsorship of an existing H-1B to CCHCS. H-1Bs are also necessary for J-1 Waiver candidates.



**TN Visa** - The TN visa is part of the North American Free Trade Agreement and enables Canadian and Mexican citizens to enter the United States to engage in certain professional activities on a temporary basis. CCHCS sponsorship of this visa is limited to certain medical and mental health classifications.

**National Interest Waiver** - National Interest Waiver (NIW) petitions are streamlined visa process for those willing to work on behalf of an underserved population. CCHCS will sponsor an NIW petition for select candidates depending on their profession and our organizational needs. In most cases, the individual must work in a HPSA for a defined period of time.

## Hiring Above Minimum (HAM) Advertising:

Due to the Department's difficulty in recruiting Mental Health classifications, HR communicates via job posting that salaries are negotiable based on experience. During the hiring process, HR submits candidates interested in a higher than minimum starting salary into the HAM approval process. In order to be eligible, a candidate must meet both established criteria: extraordinary qualifications and the position must have a documented history of recruitment difficulties. The ability to be given a HAM is included on all advertisements and job postings for the Mental Health classifications. (See sample job advertisement attached) Rather than use the State's terminology, HR markets the HAM process to candidates using standard recruitment language (e.g., depending upon experience).

A process has been developed to ensure flexibility with salary offers for these competitive positions as a seamless part of the candidate engagement process. CCHCS has delegated approval for HAM requests, however State departments must be mindful of how HAMs are advertised and communicated. All Mental Health classifications are eligible for a HAM, if HAM criteria are met. The contingent offer is extended, and the candidate has the opportunity to review the contingent offer letter which displays the starting salary (minimum salary). If the candidate does not agree with the starting salary, discussion regarding the HAM and the required criteria will deem whether a HAM is applicable for that candidate. If the candidate meets the criteria, HR will submit the documentation for approval.

## College Student Outreach

CCHCS HR routinely engages with college students via our electronic HandShake (mobile-enabled) platform that is routinely used by college students and alumni. Mental Health's use of this platform has proven successful and future plans for further use are in development. In addition, HR attends in person career fairs and information secessions offered at California colleges and universities. Lastly, HR also engages with high schools to promote CCHCS careers and the benefits and stability of employment with CCHCS. HR plans to expand outreach to this younger demographic group to develop future candidate pools.

The MH Program supports a Psychologist Internship program at CIM, CIW, CMC, RJD, SAC, SQ, and VSP. HR recommends expanding this program to additional institutions. Once this program is expanded and positions are hired, a campaign for direct outreach and marketing to students will be initiated, which will include information to students regarding CCHCS' generous visa program, especially as it related to student visas.

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

CCHCS Workforce Development Unit
MH Recruitment Activities
November 2022 – February 2023

**Print & Digital Advertisements**
- Psychiatrist
  - Psych Times E-Newsletter – November 4
  - Psych Times Website – November 7
  - Psych Times E-Newsletter – November 17
  - Psych Times Website – December 5
  - Psych Times E-Newsletter – December 22
  - Psych Times E-Newsletter – January 3
  - Psych Times CCHCS Spotlight Page Promo E-Blast – January 10
  - American Medical Association Psychiatry E-Blast – January 10
  - American Medical Association Psychiatry E-Blast – January 25
  - American Medical Association Psychiatry Mailer – February 6
  - Nevada Psychiatric Association Psychopharmacology Update Program Guide – Feb 15
  - American Medical Association Psychiatry E-Blast – February 9
  - American Medical Association Psychiatry E-Blast – February 22
- Psychologist
  - CA Psychological Association Website – November 1
  - Military Officers Association of America Magazine – December 10
  - CA Psychological Association Website – February 1
- Clinical Social Worker
  - Social Work Today E-Newsletter – November 1
  - Council on Social Work Education Annual Meeting Conference Guide – November 10
  - Social Work Today Website – February 1

**Social Media**
- Council on Social Work Education Annual Meeting (event announcement) – November 3
- Corporate Gray Virtual Military Friendly Job Fair (event announcement) – November 9
- RecruitMilitary National Virtual Career Fair (event announcement) – November 15
- Northern CA Psychiatric Society Annual Career Fair (event announcement) – January 14
- Nevada Psychiatric Association Psychopharmacology Update (event announcement) – Feb 8
- Nevada Psychiatric Association Psychopharmacology Update (exhibit day 1/conference day 2 promotion) – February 16

**Events**
- Corporate Gray Virtual Military Friendly Job Fair – November 16
- RecruitMilitary National Virtual Career Fair – November 22
- Northern CA Psychiatric Society Annual Career Fair – January 21 in South SF, CA
- Nevada Psychiatric Association Psychopharmacology Update – February 16-17 in Las Vegas, NV



*Please note due to posting cycles, jobs posted in November (for example) were live part of November and Part of December.*

**Job Postings**
- Psychiatrist
    - November/December – CHCF PIP, CMF PIP, and SVSP PIP
        - American Psychiatric Association
        - LinkedIn
        - National Health Care Career Network
        - YourMembership Career Network
    - December/January – ASP, CHCF, CHCF PIP, CMF PIP, and SVSP PIP
        - American Psychiatric Association
        - LinkedIn
        - National Healthcare Career Network
        - PracticeLink
        - YourMembership Career Network
    - January/February – CHCF IP/OP, CMC, CMF IP/OP, NKSP, SVSP IP/OP, and Statewide IP/OP
        - American Psychiatric Association
        - LinkedIn
        - National Healthcare Career Network
        - PracticeLink (Statewide IP/OP only)
        - YourMembership Career Network
- Psychologist
    - November/December – CMF, CTF, and MCSP
        - American Psychological Association
        - Corporate Gray
        - Handshake
        - LinkedIn
        - National Healthcare Career Network
        - YourMembership Career Network
    - December/January – CHCF, CMF, COR, CTF, MCSP, NKSP, and SATF
        - American Psychological Association
        - Handshake
        - LinkedIn
        - National Healthcare Career Network
        - YourMembership Career Network
    - January/February – CHCF IP/OP, CMF IP/OP, MCSP, SVSP IP/OP, and SATF
        - American Psychological Association
        - Indeed
        - LinkedIn
        - National Healthcare Career Network
        - YourMembership Career Network



- Clinical Social Worker
  - November/December – Statewide IP/OP
    - Handshake
    - Social Work Today
  - December/January – CHCF, CHCF PIP, CMF, CMF PIP, CTF, MCSP, SATF, and SVSP
    - Handshake
    - Indeed
    - LinkedIn
    - National Association of Black Social Workers
    - National Association of Social Workers
    - National Healthcare Career Network
    - Social Work Today
  - January/February – CHCF IP/OP, CMF IP/OP, MCSP, RJD, and SATF
    - Indeed
    - LinkedIn
    - National Association of Black Social Workers
    - National Association of Social Workers
    - National Healthcare Career Network
    - YourMembership Career Network

**Job Postings – ZipRecruiter (Launched beginning February 2023)**
- Psychiatrist – CHCF IP/OP, CMF IP/OP, CIM, CIW, KVSP, NKSP, RJD, SATF, and VSP
- Psychologist – ASP, CCI, CHCF IP/OP, CIM, CMC, CMF IP/OP, COR, LAC, SAC, CEN, CCWF, HDSP, MCSP, NKSP, SVSP IP/OP, SCC, SATF, WSP, CRC, RJD, and PBSP
- Clinical Social Worker – ASP, CCI, CHCF IP/OP, CMF IP/OP, CIM, CIW, LAC, MCSP, PBSP, RJD, SATF, SOL, SVSP IP/OP, and WSP
- Recreation Therapist – CHCF IP/OP, CMF IP/OP, COR, MCSP, and SATF

**If you're dedicated to elevating mental health care...**

## YOU BELONG HERE.

**No disability evaluations. No benzodiazepines. No stimulants. No insurance companies.**

- Appreciation Bonus up to $35k for professionals newly hired with the State of CA
- 40-hour workweek with flexible schedules, including 4/10s
- Generous paid time off and holiday schedule
- Multiple locations throughout CA
- 401(k) and 457(b) plans (tax defer up to $45k – $60k per year)

- Additional 15% stipend (of base salary) for clinicians within an inpatient unit
- Visa sponsorship opportunities
- Paid malpractice insurance, license, and DEA renewal
- State of CA retirement that vests in five years (visit www.CalPERS.ca.gov for retirement formulas)

 

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

# PSYCHIATRISTS | INPATIENT OUTPATIENT

**$285,948 – $343,596**
annual salary (Board Certified)

**$278,616 – $333,912**
annual salary (Board Eligible)

Submit your CV to **CentralizedHiringUnit@cdcr.ca.gov** or apply online at **www.cchcs.ca.gov**.

Salary depending on experience.



# If it's in your nature to nurture...
# YOU BELONG HERE.

## Clinical Social Workers
### Inpatient | Outpatient

**$89,040 – $113,244**
annual salary (Licensed)

**$82,764 – $105,612**
annual salary (Pre-Licensed)



Clinical Social Workers providing care within an inpatient unit, receive a 15% Stipend of their annual salaries. Inpatient Units within our health system include:
• California Health Care Facility – Stockton
• California Institution for Women – Corona
• California Medical Facility – Vacaville
• Salinas Valley State Prison – Soledad
• San Quentin State Prison – San Quentin

As a leader in correctional health care, California Correctional Health Care Services provides comprehensive mental health care to the diverse patient populations within the California Department of Corrections and Rehabilitations' facilities throughout California.

Here, you'll enjoy a stable, secure environment while working collaboratively with a team of mental health clinicians committed to providing optimal care.

Plus, with locations throughout California, you're sure to find one that's perfect for you.

In return for your efforts, you'll receive great State of CA benefits, including:

☐ 40-hour workweek with flexible schedules

☐ Generous paid time off and holiday schedule

☐ State of CA retirement that vests in five years (see www.CalPERS.ca.gov for retirement formulas)

☐ Robust 401(k) and 457(b) savings plans

☐ Free on-site, in-person CEUs

☐ And much more

**LEARN MORE**





EOE

EARN 1.5 CME CREDITS

**PSYCHOSOMATICS**
Anti-NMDA Receptor Encephalitis

CONFERENCE INSIDER
Clearing "Brain Fog" in Long COVID

**PSYCHIATRIC COMMUNITIES**
Issues in Correctional Psychiatry


PER
gotoper.com

# Psychiatric Times™

Peer-Reviewed    Practice-Oriented

July 2022 • Vol. XXXIX, No. 07

JULY 2022

THE VOICE OF PSYCHIATRY

# New 988 Suicide Hotline
## Hope or Hype?

❯❯ Leah Kuntz



The National Suicide Prevention Lifeline is getting an upgrade. On July 16, 2022, the Lifeline will change from its previous number (800-273-8255) to just 3 digits: 988. Although the old number will remain available for calls, individuals may call, text, or chat 988, where they will be connected with trained counselors.[1] CONTINUED ON PAGE 9

---

NEUROPSYCHIATRY    FROM THE EDITOR

# Psychiatric Pharmacogenomics: The Evidence Base

❯❯ John J. Miller, MD

Research in the field of pharmacogenomics has grown exponentially over the past 2 decades, resulting in a vast literature exploring the impact of gene variations on medications' pharmacokinetics and pharmacodynamics. In tandem with this growth, there has been an increase of interest in using pharmacogenomic testing (PGx) to inform prescribing decisions and to help recognize and address the role of genetics in medication management. It has been proposed that addressing genetic variations in patients by individualizing prescribing can maximize treatment benefit and reduce desirable outcomes. However, this proliferation of resources and options can be confusing and, without proper science, can lead clinicians down incorrect and even dangerous paths.

The 3 pillars of knowledge for rational medication prescribing are pharmacokinetics, pharmacodynamics, and pharmacogenomics. One of the greatest pioneers in psychiatric pharmacogenomics was David A. Mrazek, MD, during his tenure at the Mayo Clinic College of Medicine and Science in Rochester, Minnesota. Mrazek authored a textbook[1] CONTINUED ON PAGE 6

## ISSUE HIGHLIGHTS

**OUTCOMES & ADVANCES**
Exploring Effect Sizes
Randall F. Moore, MD, JD

**MOOD DISORDERS**
8 Key Issues in MDD
Sydney Zisook, MD

Medical World News®

WELL-BEING CHECK-UP
Making Connections
Margie Balfour, MD, PhD;
and Sgt Jason Winsky

COMPLETE CONTENTS, PAGE 6



VISIT US ONLINE **PsychiatricTimes.com**

# Psychiatric Communities

JULY 2022                                                                                          www.psychiatrictimes.com

## CLINICAL CONVERSATIONS

# Behind Bars: An Insider's Perspective on Correctional Psychiatry

» Heidi Anne Duerr, MPH; and Amar Mehta, MD

Approximately 2 million people are in prisons and jails in the United States, and it has been estimated that about one-third (or more) receive mental health care while within the system. Although movies and the media like to portray a dismal and scary situation, the truth about correctional psychiatry is far from that. In fact, care in these facilities can rival the best care in other institutions, and the field may present unique career opportunities while addressing issues that often lead to burnout.

So what is it like to practice psychiatry behind bars? *Psychiatric Times*™ invited **Amar Mehta, MD**, deputy director of the statewide mental health program at the California Department of Corrections and Rehabilitation, to share insight and experiences.

*Psychiatric Times*™: **According to some estimates, as many as 37% and 44% of individuals in state and federal prisons and jails, respectively, have received a mental health disorder diagnosis. Based on your experience, are these numbers accurate? What are the most common diagnoses in your facilities?**

Amar Mehta, MD: California, the state with the highest population, now has about 100,000 inmates in the state prison system. That's the second highest number behind Texas and roughly equivalent to the lowest 22 states combined. Almost exactly one-third of the inmates, 33% (31,873 of 96,270), are currently receiving regular, ongoing mental health treatment. That is just a single slice in time, of course, as there are always patients cycling through the system. We try to be as accessible as possible to anyone who wants to tackle these often long-standing issues while incarcerated.

According to some studies, about 65% of prison inmates have a substance use disorder, with another 20% were under the influence of drugs or alcohol at the time of their crime. We know there is a large nexus between substance use disorders and other mental illnesses, especially trauma, and we work hard to identify and treat as many as we can while we have the shared opportunity with these patients.

There also is a high prevalence of mood and anxiety disorders, sometimes related to their situation but very often predating their incarceration and without being recognized.

There are also…psychotic disorders, although we make every effort to treat people with primary, pervasive, and chronic psychotic disorders who are nonviolent in hospital settings over prison settings.

There are also personality disorders, of course, with a wide range of estimates.

*PT:* **How often do individuals arrive with a diagnosis versus receive a diagnosis after incarceration?**

Mehta: All inmates are initially transferred through one of our reception centers for classification and assignment, and they are all screened for mental illness in that process. About 23% to 33% screen into mental health care from that initial step, and that roughly correlates with our total prevalence of psychiatric disorders in the whole prison population (33%). Although a substantial proportion of these individuals had mental health involvement prior to their arrival, for many patients this is their first opportunity to address those issues with the attention they deserve.

*PT:* **Does mental health stigma continue into the correctional psychiatry system? What role does psychoeducation play in this setting?**

Mehta: Although stigma has decreased throughout American society in the last couple of decades, there are still misconceptions and biases about mental illness and it still may be perceived as a weakness rather than an illness.

Many groups in prison culture don't allow their peers to receive these services, no matter how much they may be suffering. Mental health staff have worked to be nonjudgmental, nonthreatening, and approachable while providing services like skills-based groups for people that do not officially belong to the mental health program.

Psychoeducation is a key part of all mental health treatment, but perhaps more than ever in this

cohort. Many of our patients have not previously encountered accurate information about mental illness, and this socioeconomic group is chronically underserved in many areas of health care, especially mental health. Thus, psychoeducation is an important part of both treatment and educating the general prison population to recognize signs and symptoms that could benefit from help.

*PT:* **What issues are involved in discharge planning?**

Mehta: Every institution has a prerelease coordinator, and there are many factors that must be considered (eg, medical illnesses, substance abuse treatment, other mental health disorders, etc).

Arranging services in every county for all of these can be daunting for a trained professional, let alone an inmate-patient. Thus there are many groups that participate in this process in California, such as the Council on Criminal Justice and Behavioral Health, Department of Health Care Services CalAIM [California Advancing and Innovating Medi-Cal] Justice-Involved Advisory Workgroup, and California Behavioral Health Planning Council. All work in conjunction with community agencies, although resources are always woefully inadequate to meet all the needs of these patients.

> The fact is that these patients have a huge capacity to improve their lives, far more than the average person. The work done with them in a clinical setting echoes throughout their families and communities and can be some of the most rewarding work for clinicians.

*PT:* **What are the top treatment challenges in correctional psychiatry today, and how do they differ from those in mainstream psychiatry?**

Mehta: Health care staffing is a nationwide—and indeed, worldwide—issue. Severe shortages throughout the country make hiring an extremely competitive environment, with special challenges in overcoming the stigma of prison work.

Case 2:90-cv-00520-KJM-SCR     Document 7813-1     Filed 04/17/23     Page 61 of 85

JULY 2022

Psychiatric
Communities

PSYCHIATRIC TIMES™  31
www.psychiatrictimes.com

The fact is that these patients have a huge capacity to improve their lives, far more than the average person. The work that is done with them in a clinical setting echoes throughout their families and communities and can be some of the most rewarding work for clinicians. Although some illnesses are deeply rooted and slow to change, this is the perfect place for our patients to work on these issues and their mental health.

In addition, limits imposed on correctional psychiatry by conventions and inertia can make it harder to remain nimble and keep up with the most advanced treatment modalities, including telepsychiatry and emerging psychopharmacological and technological breakthroughs.

*PT:* **It sounds as though these challenges can be overwhelming. How do you address them?**
Mehta: Quite simply: Through focused, targeted battles. We have made huge strides in establishing the largest correctional telepsychiatry program in the country, and we work hard every day to ensure that our well-trained physicians can practice psychiatry to the fullness of their abilities.

*PT:* **Some of the complaints and struggles from psychiatric clinicians revolve around coverage of care, including psychopharmacology. Are these experiences similar in correctional care settings?**
Mehta: One of the best things about working in prison is the focus of attention we are able to bring to the treatment of relevant symptoms. Because our patients have fully state-sponsored health care, our physicians do not have to seek authorization from insurance companies. Laboratory testing is at the discretion of the provider, including [obtaining] blood levels for a very wide variety of medications.

Due to the volume of patients in our system, there are collective bargaining agreements for certain medications. However, the formulary is robust. In addition, nonformulary medications do not require a specific external approval process, and their use is largely left up to the provider to determine clinical appropriateness.

Some specific medications are restricted, such as benzodiazepines primarily prescribed for catatonia, but this can also be seen as a benefit because of the challenges faced by providers in the community.

*PT:* **In some ways, correctional settings may have advantages compared with practicing in the general community.**

## Mehta: There are a few myths in correctional psychiatry that need to be addressed.

**1.** **"People in prisons are bad people, and they deserve bad things happening to them. Criminals don't matter as long as they're locked up, and we can just forget about them."**
At least 95% of all inmates in the United States will be released back into the community. And we incarcerate a lot of people. So whatever happens to them while they are in custody or a correctional setting, they will take that experience back out into the general public.

We need to be setting up these individuals with the best chance to succeed after their release. Currently, the United States has depressingly high rates of reoffending and that is a failure on all of our parts as a society. These individuals can succeed if given the right resources; we could have less crimes committed and less people in prisons. Mental health treatment is a great first step toward making that kind of change a reality.

**2.** **"It's too dangerous to work in a prison."**
I have worked in emergency departments, inpatient hospitals, outpatient clinics, jails, and prisons in multiple states. Patients in prisons tend to be much more stable than their counterparts in jails because they have been sentenced and have been in custody for some time.

This comparison extends to emergency departments as well, to a degree; some inmates will, of course, require treatment at the level of an emergency department at some point, but long periods of decompensation without recognition are rarer with so many eyes on the patient at all times.

Inpatient hospitals may have patients with mental illness who are violent, and these situations generally are handled by health care staff, possibly augmented by security guards. Alternatively, they can transfer the patient. Prisons have trained custody officers throughout the facility who monitor the environment at all times and respond immediately to emergencies to protect staff and other inmates. Plus, outpatient clinics have a huge volume of patients pass through at any given time, while prisons represent a relatively stable population for defined periods of time.

**3.** **"Only bad doctors go to work in prisons."**
As prison salaries have become more competitive due to the need for quality health care, highly qualified physicians have increasingly turned to correctional health care settings for their careers. Dedicated and caring providers with a sense of social justice and the desire to help those that need it the most have found long-term, stable jobs at our prisons. Many clinicians are double or triple board certified, and they are committed to the impact they can make by serving this population.

**What are other benefits of working in a correctional setting? What attracted you to the field and practice setting?**
Mehta: One big advantage is that no patient in our system is ever completely lost to follow-up. They have the right to refuse treatment, but as long as they participate, they are in a constantly monitored setting with good communication about their level of functioning. Similarly, if laboratory testing is required, it will happen promptly or you will be informed of any refusal promptly. This allows for rapid decisions on titrations and next steps. Relationships with the patient are not complicated by disability evaluations, barriers from insurance coverage, or friction from many common controlled substances.

Incarcerated individuals are disproportionately representative of severely underserved populations, and these settings also house the highest concentration of severely mentally ill patients in the United States. Prisons constitute a tightly controlled environment that drastically reduces the variables that can drive a community provider crazy, which I definitely like. I am part of a huge team of like-minded colleagues that work together toward the same goals, and we have stable and equal compensation, good benefits, and a very accommodating work-life balance.

*PT:* **Thank you for sharing your insights. Is there anything else you want to share with readers?**
Mehta: Being a psychiatrist for patients in prison is a great way to challenge yourself and achieve the job satisfaction that can only come from knowing your work is critically important. You can elevate your practice of medicine to the highest levels with patients that appreciate your time and effort and stand to benefit a huge amount from your help.

**Dr Mehta** *is deputy director of the Statewide Mental Health Program at the California Department of Corrections and Rehabilitation in Sacramento. Previously, he was the statewide chief of telepsychiatry and directly treated patients in the correctional system for more than 6 years. Dr Mehta is a board-certified physician in adult, child and adolescent, and forensic psychiatry, as well as addiction medicine.*

Do you have experiences in correctional psychiatry or other unique areas in psychiatry you would like to share? We'd like to hear about them! Send proposals to PTEditor@mmhgroup.com. ❑

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

**California Correctional Health Care Services**
**2023 Statewide Hiring Events**

California Correctional Health Care Services, Human Resources is pleased to announce its list of hiring events and support activities for the 2023 calendar year. Each of the proposed events will be implemented in conjunction with CDCR efforts, with all co-marketing opportunities (social media, digital and print media, community collaboration, etc.) explored in tandem with CDCR. In addition to broad-scale marketing, CCHCS is implementing a Mental Health (MH) focused advertising effort on identified platforms to drive MH candidates to applicable hiring events.

**January - February 2023**
Development of updated marketing materials and hiring event hardware
Development of Mental Health-focused marketing calendar
Development of Hiring Event marketing calendar

**RJD – January 18th & 19th**
California Center for the Arts, Escondido

**CHCF and CMF (Inpatient [IP]/Outpatient [OP]) – February 28th – March 2nd**
CCHCS Headquarters, Elk Grove

**March 2023**
Implementation of internal marketing to organization

**May 2023**
**CTF/SVSP (IP/OP) - May 10, 2023**
CSU Monterey Bay Event City Center

**COR/PVSP/ASP/SATF/NKSP/KSP/WSP– May 24th & 25th**
Tulare Ag Center

**June 2023**
**CHCF (IP/OP)/MCSP/SCC**
Location TBD

**September 2023**
**LAC/CCI – September**
Location TBD

**September2023**
Hanford Community Outreach

**October 2023**
**SAC/SQ/CMF (IP/OP)/SOL – October 24 – 26th**
Sunrise Banquet Hall – Vacaville

# Public Service Loan Forgiveness Program

Open to all CCHCS and CDCR classifications regardless of work site, the PSLF Program forgives the remaining balance on your Direct Loans after you have made 120 qualifying monthly payments under a qualifying repayment plan while concurrently working full-time for a qualifying employer (CCHCS and CDCR are qualifying employers).

**To learn more about the PSLF Program, visit:**
https://studentaid.gov/manage-loans/forgiveness-cancellation/public-service

Additionally, until October 31, 2022, individuals may apply for the Limited PSLF Waiver, under which eligible individuals could receive credit for payments that previously did not qualify for PSLF.

**To learn more about the Limited PSLF Waiver, visit:**
https://studentaid.gov/announcements-events/pslf-limited-waiver

Please note, the PSLF is a U.S. Department of Education (DOE) program. CCHCS/CDCR is only able to complete employment verifications and does not review or approve applications, nor verify eligibility.

To request employment verification (CCHCS employees) send the form to the Transactions & Benefits team at **m_CCHCSHQHRQuestions@cdcr.ca.gov** (please allow several business days for this to be completed).

For those interested in the Limited PSLF Waiver, we encourage you to utilize the online Help Tool by October 31, 2022, as you may still be able to participate even if the verified form is submitted after the deadline.

**For additional details or questions about the PSLF Program, please visit the program website (link above) or contact the U.S. DOE.**



# Have you heard the news?

Fully licensed, registered, or certified health professionals working in the Integrated Substance Use Disorder Treatment (ISUDT) Program in eligible CCHCS/CDCR classifications can **apply to receive up to $250,000 in loan repayment** in exchange for a six year full-time service commitment.

The Health Resources and Services Administration (HRSA) recently launched a brand new loan repayment program **— the Substance Use Disorder Treatment and Recovery Loan Repayment Program (STAR LRP) —** to expand support in combating the nation's opioid crisis. To qualify, you must work within an ISUDT Program at a location that is STAR LRP-approved.

## Eligible CCHCS/CDCR Classifications:

- Certified Nursing Assistant
- Clinical Social Worker
- Dental Hygienist
- Dentist
- Licensed Vocational Nurse
- Medical Assistant
- Nurse Practitioner

- Occupational Therapist
- Pharmacist
- Physician
- Physician Assistant
- Psychiatrist
- Psychologist
- Registered Nurse

## Eligible Locations:

- Avenal State Prison
- California City Correctional Facility
- California Correctional Center
- California Correctional Institution
- California Health Care Facility
- California Institution for Women
- California Men's Colony
- California Rehabilitation Center
- California State Prison, Corcoran
- California State Prison, Los Angeles County
- California State Prison, Sacramento
- Calipatria State Prison
- Centinela State Prison
- Central California Women's Facility
- Chuckawalla Valley State Prison

- Correctional Training Facility
- Folsom State Prison
- High Desert State Prison
- Ironwood State Prison
- Kern Valley State Prison
- Mule Creek State Prison
- North Kern State Prison
- Pelican Bay State Prison
- Pleasant Valley State Prison
- Salinas Valley State Prison
- Sierra Conservation Center
- Substance Abuse Treatment Facility
- Valley State Prison
- Wasco State Prison

**Apply now!** Applications are due by July 22, 2021 at 7:30 p.m. ET (4:30 p.m. PT) To learn more about this program and to apply, please visit the STAR LRP website. For questions about CDCR site eligibility statuses, please contact the Workforce Development Unit at MedCareers@cdcr.ca.gov.



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

Powered by Google Translate

**JOBCENTRAL**
The Career Hub for Psychiatry

EMPLOYERS     JOB SEEKERS     ABOUT US     SIGN-IN OR CREATE ACCOUNT

AMERICAN
PSYCHIATRIC
ASSOCIATION

Correctional Health Care Services | Location | 200 mi/320 km | Search 🔍

---

# Staff Psychiatrist IP/OP

★ ⋖ 🖶

Spotlight   Preferred

**California Correctional Health Care Services**

Vacaville, California, United States **(On-Site)**

17 days ago

**Apply Now**

### Description

**Staff Psychiatrist**
**Inpatient/Outpatient**
**California Medical Facility**
**$285,948 - $343,596** annual salary (Board Certified)
**$278,616 - $333,912** annual salary (Board Eligible)
*Depending on Experience*

California Correctional Health Care Services (CCHCS) is seeking proactive, knowledgeable psychiatrists to join our multidisciplinary teams. Within the California Department of Corrections and Rehabilitation's adult correctional facilities, you will find like-minded professionals committed to providing optimal care and honing advanced psychopharmacological skills.

In return for your efforts, we offer true career balance with all of the stability and benefits found in employment with the State of California:

- Appreciation Bonus of up to $35,000 for clinicians newly hired with the State of CA
- Psychiatrists providing care within the Psychiatric Inpatient Unit receive an additional 15% Stipend of Base Pay ($42,888 - $51,540 Board Certified; $41,796 - $50,088 Board Eligible)
- 40-hour workweek with flexible schedules
- Generous paid time off and holiday schedule
- State of California retirement that vests in 5 years (visit CalPERS.ca.gov for retirement formulas)
- Robust 401(k) and 457(b) retirement plans (tax defer up to $45,000 - $60,000 per year)
- Dedicated assistance with visa sponsorship
- Paid insurance, license, and DEA renewal
- Relocation assistance for those new to State of CA service

We currently have both inpatient and outpatient opportunities at California Medical Facility, located

### Job Information

**Job ID:** 68107085

**Workplace Type:** On-Site

**Location:**
Vacaville, California, United States

**Company Name For Job:** California Correctional Health Care Services

**Position Title:** Staff Psychiatrist IP/OP

**Position Type:** Inpatient Psychiatrist, Outpatient Psychiatrist, Psychiatrist

**Job Type:** Full-Time

**Salary:** $278,616.00 - $343,596.00 (Yearly Salary)

**View your connections at California Correctional Health Care Services**

in LinkedIn

## ADDITIONAL INCENTIVES FOR CCHCS/CDCR
# Mental Health Clinicians

## APPRECIATION BONUS

**Appreciation Bonus of up to $35,000** for clinicians newly hired with the State of California and providing in-person patient care; up to $10,000 for clinicians providing care via telehealth services.

### ELIGIBLE CLASSIFICATIONS

- Chief Psychiatrist
- Sr. Psychiatrist (Supervisor)
- Sr. Psychiatrist (Specialist)
- Staff Psychiatrist
- Chief Physician
- Chief Psychologist
- Sr. Psychologist (Supervisor)
- Sr. Psychologist (Specialist)
- Clinical Psychologist

## 15% STIPEND OF BASE SALARY

Clinicians providing in-person care, within one of our **Psychiatric Inpatient Units receive additional 15% Stipend** (of base salary).

### ELIGIBLE CLASSIFICATIONS

- Chief Psychiatrist
- Sr. Psychiatrist (Supervisor)
- Sr. Psychiatrist (Specialist)
- Staff Psychiatrist
- Chief Psychologist
- Sr. Psychologist (Supervisor)
- Sr. Psychologist (Specialist)
- Clinical Psychologist
- Supervising Psychiatric Social Worker I
- Sr. Psychiatric Technician
- Psychiatric Technician
- Clinical Social Worker
- Recreation Therapist

### INPATIENT UNIT LOCATIONS

- California Health Care Facility | Stockton
- California Institution for Women | Corona
- California Medical Facility | Vacaville
- Salinas Valley State Prison | Soledad
- San Quentin State Prison | San Quentin

Learn more and apply online at **www.cchcs.ca.gov/careers**.



 EOE

Rev 11.22

# If you want to transform lives...

## You belong here.



**Senior Psychologists**
(SUPERVISOR)
$139,992 – $149,868

**Senior Psychologists**
(SPECIALIST)
$125,460 – $146,796

**Clinical Psychologists**
(LICENSED)
$125,244 – $139,812

**Clinical Psychologists**
(PRE-LICENSED)
$106,104 – $115,332

Some of the great State employee benefits include:

- 40-hour workweek
- State of California retirement that vests in five years (visit CalPERS.ca.gov for retirement formulas)
- Generous paid vacation and holiday schedule
- 401(k) and 457(b) plans (tax defer up to $45k – $60k per year)
- Paid CEUs with paid time off to attend

With locations throughout California, there's one that's right for you. Take the first step and submit your CV:

**CentralizedHiringUnit@cdcr.ca.gov** or apply online at **www.cchcs.ca.gov**.





CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

EOE

Rev 2.23

# RECREATION THERAPISTS

## $84,672 – $99,660 annually

Therapists providing care within one of our Psychiatric Inpatient Units receive an additional **15% Stipend of Base Pay ($12,700 – $14,949)**



California Correctional Health Care Services/California Department of Corrections and Rehabilitation is seeking dedicated Recreation Therapists with a keen interest in assisting adult men and women attain the skills and emotional stability to succeed once they return to the community.

In these key positions, you will lead, instruct, and encourage patients in both individual and group physical, social, or cultural activities; plan treatment goals for specific patients; prepare clinical notes for inclusion in medical files; and coordinate recreational therapy efforts with patients' mental health/medical clinical plans and other clinical team members.

## SPECIAL REQUIREMENTS

Current certification or eligibility from the California Board of Recreation and Parks Certification, Inc. (CBRPC) and/or the National Council for Therapeutic Recreation Certification, Inc. (NCTRC).

Graduation from an accredited college or university with a Bachelor's degree (minimum) in recreation therapy, recreation and leisure studies, or any specialization acceptable for certification or eligibility by the CBRPC or NCTRC.

## BENEFITS

- Comprehensive medical, dental, and vision coverage
- Free on-site CEUs
- State of California pension that vests in five years (visit www.CalPERS.ca.gov for retirement formulas)
- Generous paid time off, including 11 holidays per year
- 401(k) and 457(b) retirement plans

## CONTACT US

With locations throughout California, you're sure to find your perfect fit.

Contact us today:
**MedCareers@cdcr.ca.gov** or
**(877) 793-4473**

You may also apply online at
**www.cchcs.ca.gov**



 EOE

Rev 1/23




CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

The following FAQs are designed to provide you with general information as it relates to the relocation reimbursement process. Mental Health classifications include Psychiatrists, Psychiatric Nurse Practitioners, Clinical Psychologists, and Clinical Social Workers appointed to a Mental Health position.

## What is relocation reimbursement?

- Relocation reimbursement is a process by which the department reimburses employees hired into hard-to-recruit positions for moving costs incurred when taking a job with the State. As our candidates are recruited both nationwide and throughout California, we strive to make the process as easy as possible, understanding that many of our candidates must relocate their residence to join us. There are two main steps to the process:
  1. Requesting relocation reimbursement authorization and
  2. Requesting the actual relocation reimbursement.

## How do I request relocation reimbursement authorization?

- Your assigned Centralized Hiring Unit analyst (CHA) will provide you with the CDC 996 Form (Request and Authorization to Issue Relocation Packet). This form should be completed and returned to your assigned CHA as soon as possible as this will initiate the request process.
- Authorization for relocation reimbursement may take four to six weeks and must be approved prior to your start date so it is imperative that these forms are completed and returned to your CHA at the beginning of your hiring process.

## What if I am moving from out of state?

- Out of state moves require three quotes from licensed commercial moving companies.
- These quotes should be sent to your CHA along with the CDC 996.

## What If I am moving within California?

- You are not required to obtain written quotes when moving within California. You will receive an approved listing of moving carriers contracted through the State of California from which to choose after you are authorized for reimbursement.

## Can I have more than one move date?

- You are entitled to one move by a commercial carrier from a single location at origin to a single location at the destination.
- Any split pickup or split delivery charges by the carrier will be the responsibility of the employee.

## What items are eligible for reimbursement?

- The State will only pay for the movement of household goods.
- Household goods include but are not limited to furniture, clothing, musical instruments, household appliances, foods, other items usual or necessary for the maintenance of a household (tools, lawn mower, etc.) and miscellaneous, (books, dishes, linens, etc.).

## What happens after my request is authorized?

- Upon authorization, you will receive a detailed moving and relocation package which includes the STD 255 Form (Moving Service Authorization) from your assigned processor in our Accounting Services Branch.
- Remember, any moving expenses incurred prior to approval are the responsibility of the employee.

## Will I be reimbursed for mileage?

- Yes, you will be reimbursed at six cents per mile, one way, and one time.

## Can I be reimbursed for my family member's moving expenses?

- No, separate travel expenses of family members are not reimbursable.

## After I am authorized, how do I file for reimbursement?

- After you have moved, complete and submit STD 262A Form (Travel Expense Claim) with receipts (e.g. moving company and mileage) and any other supporting documents required to authorize payment and submit these to your assigned processor from the Accounting Services Branch that sent you your authorization. Remember to include your CHA on the email so that we can follow up on your behalf.
- Claims for reimbursement must be submitted no later than six months after your start date. Reimbursement will not be issued prior to your start date.

## Is there a dollar limit on the amount that can be reimbursed?

- The standard amount allowable for relocation reimbursement is $1,000.00. Requests over the allowable amount must receive additional approvals.

## Who do I contact if I have questions about the reimbursement process?

- Your designated CHA and your assigned processor from the Accounting Services Branch will be available to answer questions.

## Are relocation payments subject to taxes?

- Yes, relocation reimbursement is taxable and reportable income.

## If I leave state service, will I have to repay any reimbursements?

- If an employee whose travel and moving expenses have been paid does not continue their employment with the State for a period of two years, they shall repay the following percentage of the amount received as reimbursement:
  - 100% if employed less than 6 months.
  - 75% if employed 6 months, but less than 12 months.
  - 50% if employed 12 months, but less than 18 months.
  - 25% if employed 18 months, but less than 2 years.

For additional questions, please contact **CentralizedHiringUnit@cdcr.ca.gov**

# Exhibit I





Note:
Appointments include New to State, Reinstatement, Promotion, Demotion, and External Hire from another Dept.
Separations include Voluntary Resignation, Retirement, Promotion and Other (External Transfer out of Dept, Termination/Separation w/o Fault, Death, and AWOL).

**California Correctional Health Care Services**
**Staff Psychiatrist - PIP Locations**
**January 2022 - December 2022**

| Location | Appointed 2022 | Separated 2022 |
|---|---|---|
| CHCF-PIP | - | - |
| CMF-PIP | 2.00 | 2.00 |
| SVSP-PIP | - | 1.00 |
| Total | 2.00 | 3.00 |





Note:
Appointments include New to State, Reinstatement, Promotion, Demotion, and External Hire from another Dept
Separations include Voluntary Resignation, Retirement, Promotion and Other (External Transfer out of Dept, Termination/Separation w/o Fault, Death, and AWOL)

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

California Correctional Health Care Services
Clinical Psychologist - PIP Locations
January 2022 - December 2022

| Location | Appointed 2022 | Separated 2022 |
|----------|----------------|----------------|
| CHCF-PIP | 1.00 | - |
| CMF-PIP | 1.00 | 1.00 |
| SVSP-PIP | 3.00 | 1.00 |
| Total | 5.00 | 2.00 |





Note:
Appointments include New to State, Reinstatement, Promotion, Demotion, and External Hire from another Dept
Separations include Voluntary Resignation, Retirement, Promotion and Other (External Transfer out of Dept, Termination/Separation w/o Fault, Death, and AWOL)

**California Correctional Health Care Services**
**Clinical Social Worker - PIP Locations**
**January 2022 - December 2022**

| Location | Appointed 2022 | Separated 2022 |
|----------|----------------|----------------|
| CHCF-PIP | 5.00 | 3.00 |
| CMF-PIP | 3.00 | 1.00 |
| SVSP-PIP | 1.00 | 2.00 |
| Total | 9.00 | 6.00 |

# Exhibit J

| | |
|---|---|
| **From:** | Weber, Nicholas@CDCR |
| **To:** | Lisa Ells; Coleman Team - RBG Only; Coleman Special Master; Steve Fama; Elise Thorn; v_Namrata.Kotwani@doj.ca.gov; Hockerson, Dillon@CDCR; Thind, Sundeep@CDCR; Paul B. Mello; Samantha Wolff; David C. Casarrubias; Damon McClain (Damon.McClain@doj.ca.gov) |
| **Subject:** | RE: Coleman - PIP Staffing Information [IMAN-DMS.FID12440] |
| **Date:** | Thursday, March 9, 2023 11:42:43 AM |

---

> [EXTERNAL MESSAGE NOTICE]

Lisa,

Regarding your first two request, CCHCS HR is not currently tracking appointment and separation data for supervisors or recreational therapists.

Regarding your third question, you ask whether "the Mental Health 12 Month Trending Report Jan 2022 – Dec 2022 Charts document does not show internal CDCR transfers either into or out of the PIPs." That is correct. Lateral transfers within CDCR are not captured in this report. Separations include voluntary, retirement, promotion, or "other" (external transfer out of the department, termination/separation without fault, death, AWOL.)

Regarding your fourth question, CCHCS HR does track employees coming from non-PIP programs into PIP programs, but not the opposite (PIP to non-PIP). CCHCS HR also does not track self-demoted supervisors to line staff seeking the pay differential. However, no known instances of this has occurred.

Regarding your fifth question, "applied classification" means the classification the individual applied to. In this data set, an LCSW applied for a psychologist positon at a PIP because the LCSW met the minimum qualifications for a psychologist.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA 95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Lisa Ells <LElls@rbgg.com>

**Sent:** Wednesday, March 8, 2023 6:08 PM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; Damon McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>
**Subject:** RE: Coleman - PIP Staffing Information [IMAN-DMS.FID12440]

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Nick,

Thanks for this information.  We did not see information addressing a few of our requests from the meet and confer, however, and also had a few points of clarification on the data you provided.

1. Could you please provide us with the appointment and separation data for the PIP supervisory psychiatrist, psychologist, and clinical social worker positions for the 2022 calendar year?  It appears you have only provided that information for the line staff positions.
2. Could you please provide us with the appointment and separation data for PIP rec therapists (including line staff and, if applicable, supervisory positions) for the 2022 calendar year?
3. Could you please confirm that the Mental Health 12 Month Trending Report Jan 2022 – Dec 2022 Charts document does not show internal CDCR transfers either into or out of the PIPs ?  That is our understanding based on the definitions in the document of "appointments" and "separations".
4. Assuming our read is correct, we understand that internal CDCR transfers into the PIPs are captured in the Non-PIP to PIP Transfers Drill Data chart.  Is that accurate?  If so, it does not appear that we have information on the number of transfers out of the PIPs to the Non-PIPs. Please provide us with that information.  This would include information on whether any of the clinicians who transferred into the PIPs later transferred back out to a non-PIP during 2022.  We'd also appreciate the information we requested about whether any supervisory staff "self-demoted" to line staff positions in order to receive the 15% pay differential.
5. Also on the Non-PIP to PIP Transfers Drill Data chart, could you please clarify what the "applied classification" column refers to?  We are confused why LCSWs would be classified as psychologists.   Please explain.

Thanks very much,
lisa

---

**From:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>
**Sent:** Monday, March 6, 2023 9:16 AM

**To:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; Damon McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>
**Subject:** Coleman - PIP Staffing Information

[EXTERNAL MESSAGE NOTICE]

All,

Attached are the staffing information discussed at our February 24, 2023 meet and confer. Please let me know if you have any questions.


Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA  95811-7243


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Exhibit K

| | CHCF PIP | | | CMF PIP | | | SVSP PIP | | L&S PIPs Total | Total% Filled Institution | Differential Between PIP Total % Filled and Inst. % Filled |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allocated | MHMDs | 36 | Allocated | MHMDs | 31.7 | Allocated | MHMDs | 13.2 | 80.9 | | |
| | Psyl | 47.7 | | Psyl | 42.1 | | Psyl | 19.3 | 109.1 | | |
| | SW | 31.1 | | SW | 26.4 | | SW | 12 | 69.5 | | |
| | RecT | 31.85 | | RecT | 27.55 | | RecT | 11.2 | 70.6 | | |
| | MA | 0 | | MA | 0 | | MA | 0 | 0 | | |
| | Total | 146.65 | | Total | 127.75 | | Total | 55.7 | 330.1 | | |
| Filled | MHMDs | 23.92 | Filled | MHMDs | 21.03 | Filled | MHMDs | 9.71 | 54.66 | | |
| | MHMD% | 66.44% | | MHMD% | 66.34% | | MHMD% | 73.56% | 67.56% | 85% | 17.44% |
| | Psyl | 26.62 | | Psyl | 17.23 | | Psyl | 13.44 | 57.29 | | |
| | Psyl% | 55.81% | | Psyl% | 40.93% | | Psyl% | 69.64% | 52.51% | 66% | 13.49% |
| | SW | 16.68 | | SW | 8.14 | | SW | 8.84 | 33.66 | | |
| | SW% | 53.63% | | SW% | 30.83% | | SW% | 73.67% | 48.43% | 71% | 22.57% |
| | RecT | 21.91 | | RecT | 16.58 | | RecT | 11 | 49.49 | | |
| | RecT% | 68.79% | | RecT% | 60.18% | | RecT% | 98.21% | 70.10% | 89% | 18.90% |
| | MA | 0.81 | | MA | 0 | | MA | 0 | 0.81 | | |
| | MA% | #DIV/0! | | MA% | #DIV/0! | | MA% | #DIV/0! | #DIV/0! | | |
| | Total | 89.94 | | Total | 62.98 | | Total | 42.99 | 195.91 | | |
| | Total % | 61.33% | | Total % | 49.30% | | Total % | 77.18% | 59.35% | | |

# Exhibit L

# MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS)
## MANAGEMENT INFORMATION SUMMARY (MIS) REPORT
1/25/2023

| Level of Care | Housing Program | MALES | | | FEMALES | | |
|---|---|---|---|---|---|---|---|
| | | Capacity | Census[1] | Awaiting Placement[2] | Capacity | Census[1] | Awaiting Placement[2] |
| **Correctional Clinical Case Management System (CCCMS)** | | **24,650** | **22,853** | | **2,250** | **1,721** | |
| CCCMS | Reception Center (RC) | | 2,036 | | | 157 | |
| | General Population (GP) | | 19,175 | | | 1,477 | |
| | Enhanced Outpatient Program (EOP) | | 52 | | | 0 | |
| | Mental Health Crisis Bed (MHCB) | | 2 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 0 | | | 0 | |
| | Specialized Medical Beds Housing | | 474 | | | 23 | |
| | Administrative Segregation Unit (ASU) | | 312 | | | 47 | |
| | Condemned | | 115 | | | 9 | |
| | Long Term Restricted Housing Unit (LTRH)[6] | 130 | 85 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 0 | | | 0 | |
| | Psychiatric Services Unit (PSU) | | 0 | | | 0 | |
| | Security Housing Unit (SHU) | | 0 | | | 8 | |
| | Short Term Restricted Housing Unit (STRH)[6] | 1,125 | 602 | | | 0 | |
| **Enhanced Outpatient Program (EOP)** | | **6,465** | **6,600** | | **225** | **149** | |
| EOP | Reception Center (RC) | | 166 | | | 1 | |
| | General Population (GP) | | 268 | | | 24 | |
| | Enhanced Outpatient Program (EOP) | 5,708 | 5,135 | | 195 | 101 | |
| | Mental Health Crisis Bed (MHCB) | | 5 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 10 | | | 0 | |
| | Specialized Medical Beds Housing | | 259 | | | 4 | |
| | Administrative Segregation Unit (ASU) | 585 | 491 | 38 | 20 | 12 | 0 |
| | Condemned | | 64 | | | 0 | |
| | Long Term Restricted Housing cases with (LTRH) | | 0 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 2 | | | 0 | |
| | Psychiatric Services Unit (PSU) | 172 | 156 | 13 | 10 | 7 | 1 |
| | Security Housing Unit (SHU) | | 0 | | | 0 | |
| | Short Term Restricted Housing Unit (STRH) | | 44 | | | 0 | |

| Level of Care[7] | Capacity | Census[1] | Awaiting Placement[2] | Capacity | Census[1] | Awaiting Placement[2] |
|---|---|---|---|---|---|---|
| **Mental Health Crisis Bed (MHCB)[7]** | **377** | **216** | **11** | **41** | **12** | **1** |
| **Psychiatric Inpatient Programs:** | | | | | | |
| **Intermediate Care Facility (ICF)** | **1,061** | **692** | **95** | | | |
| Low Custody | 370 | 127 | 7 | | | |
| Atascadero State Hospital (ASH) | 256 | 73 | 1 | | | |
| Coalinga State Hospital (CSH) | 50 | 24 | 3 | | | |
| California Medical Facility (CMF) | 64 | 30 | 3 | | | |
| High Custody | 691 | 565 | 88 | | | |
| California Health Care Facility (CHCF) | 331 | 255 | 36 | | | |
| CMF Single Cells | 94 | 60 | 12 | | | |
| CMF Multi Cells | 20 | 17 | 7 | | | |
| SVPP Single Cells [8] | 202 | 195 | 23 | | | |
| Salinas Valley Psychiatric Program (SVPP) Multi Cells [8] | 44 | 38 | 10 | | | |
| **Acute Psychiatric Program (APP)** | **419** | **285** | **10** | | | |
| CHCF | 201 | 83 | 2 | | | |
| CMF | 218 | 202 | 8 | | | |
| **Psychiatric Inpatient Program (PIP)** | **52** | **41** | **4** | **75** | **34** | **2** |
| California Institution for Women (CIW) | | | | 45 | 30 | 1 |
| Patton State Hospital (PSH) | | | | 30 | 4 | 1 |
| SQ | 40 | 18 | 0 | | | |
| SQ (Non-condemned) | 0 | 16 | 2 | | | |
| MH Flex Institution(s)/Program(s)[7] | 12 | 7 | 2 | | | |
| **Penal Code 2974s (Parolees)[5]** | | | **1** | | | |
| Metro State Hospital (MSH) | | 0 | | | | |
| Napa State Hospital (NSH) | | 1 | | | | |
| Patton State Hospital (PSH) | | 0 | | | | |
| **TOTALS (excluding Parolees)** | **33,024** | **30,687** | **171** | **2,591** | **1,916** | **4** |

| | Total Capacity | Total Census[1] | Total Awaiting Placement[2] | Total Over Timeframes[3] | % MHSDS | % CDCR[4] |
|---|---|---|---|---|---|---|
| CCCMS | 26,900 | 24,574 | | | 75.37% | 25.70% |
| EOP | 5,903 | 6,037 | | | 18.52% | 6.31% |
| EOP-ASU/NDS/STRH | 605 | 549 | 38 | 16 | 1.68% | 0.57% |
| EOP-PSU/LTRH/SHU | 182 | 163 | 14 | 0 | 0.50% | 0.17% |
| MHCB | 418 | 228 | 12 | 0 | 0.70% | 0.24% |
| PSYCHIATRIC INPATIENT | 1,607 | 1,052 | 111 | 21 | 3.23% | 1.10% |
| **GRAND TOTAL** | **35,615** | **32,603** | **175** | **37** | **100.00%** | **34.09%** |

[1] Census sources: EDS for CCCMS, EOP; HEART for MHCB; RIPA reports for ICF, APP, and PIP programs.

[2] Awaiting Placement = The sum of inmates waiting to be placed in a bed at a specific level of care. Those awaiting placement to ICF, APP, and PIP include referrals that have been custodially reviewed by HCPOP and are awaiting bed availability, inpatient program acceptance, or transfer to the inpatient program as of the reporting date (based on the Referrals to Inpatient Programs Application (RIPA)).

[3] Total Over Timeframes = The number of referrals that are beyond Mental Health Program Guide transfer timeframes: EOP-ASU includes cases in non-hubs waiting > 30 days, PSU includes cases with an original CSR endorsement date > 60 days, MHCB includes referrals > 24 hours, Psychiatric Inpatient includes Intermediate referrals > 30 days and Acute referrals > 10 days.

[4] CDCR pop as of 1/18/23 (OISB). Based on Total In-State Institution Population and Out of State (COCF).

[5] Census numbers are tracked and updated by Department of State Hospital (DSH).

[6] LTRH and STRH capacity numbers obtained from the PMU Weekly Population Summary Report dated January 6, 2023.

[7] MH beds flexed to Acute and/or ICF at institutions that do not have a PIP program.

[8] Census and Awaiting Placement counts include PC 1370 patients.