| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>AMY XU – 330707<br>CARA E. TRAPANI – 313411<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>GINGER JACKSON-GLEICH – 324454<br>ADRIENNE PON HARROLD – 326640<br>ARIELLE W. TOLMAN – 342635<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REJECT DEFENDANTS' PLAN TO RECRUIT AND RETAIN PSYCHIATRIC INPATIENT STAFF (ECF NO. 7787) AS NON-COMPLIANT WITH COURT'S ORDERS**<br><br>Judge: Hon. Kimberly J. Mueller |

[4270981.2]

I, Lisa Ells, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration based in support of Plaintiffs' Notice of Motion and Motion to Reject Defendants' Plan to Recruit and Retain Psychiatric Inpatient Staff (ECF No. 7787) as Non-Compliant With Court's Orders.

2. On May 19, 2022, I attended a meeting with Defendants and members of the Special Master team. At the meeting, counsel for CDCR reported that the expanded retention bonuses CDCR announced on April 21, 2022 via an email from Melissa Bentz to the Special Master and Plaintiffs' counsel are available to all eligible CDCR mental health clinicians – not just those who work in CDCR's Psychiatric Inpatient Programs. The April 21, 2022 email in question can be found as Attachment D to **Exhibit L** to the declaration of Michael Nunez, filed concurrently herewith.

3. On February 24, 2023, I attended a meeting with Defendants and members of the Special Master team. At the meeting, CDCR staff reported that the federal student loan forgiveness program discussed in Defendants' Plan to Recruit and Retain Psychiatric Inpatient Staff ("the Plan") became available to newly hired CDCR mental health clinicians no later than 2015. At that same meeting, CDCR staff reported that sponsorship of Visa applications for new CDCR clinicians discussed in the Plan began around 2009 or 2010.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 17th day of April, 2023.

                                                    */s/ Lisa Ells*
                                                    Lisa Ells