1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 KJM DB P

12                 Plaintiff,

13          v.                                  ORDER

14    GAVIN NEWSOM, et al.,

15                 Defendants.

16

17

18          The matter of payment of the special master has been referred to this court by the district

19    court. The court has reviewed the bill for services provided by the Special Master in the above-

20    captioned case through the month of March 2023.

21          Good cause appearing, IT IS HEREBY ORDERED that:

22                 1.  The Clerk of the Court is directed to pay to

23                     Pannone Lopes Devereaux & O'Gara LLC
                       Attn:  Matthew A. Lopes, Jr., Esq., Special Master
24                     Northwoods Office Park, Suite 215N
                       1301 Atwood Avenue
25                     Johnston, RI  02919

26

27    the amount of $974,242.98 as payment of the statement attached to this order; and

28                                              1

1          2.  A copy of this order shall be served on the financial department of this court.

2     DATED: April 19, 2023                    /s/ DEBORAH BARNES
3                                              UNITED STATES MAGISTRATE JUDGE

/cole23.mar

2

| | |
|---|---|
| **RALPH COLEMAN, et al.,** : | |
| **Plaintiffs,** : | |
| : | **No. Civ. S-90-0520 LKK JFM P** |
| **v.** : | |
| : | |
| **EDMUND G. BROWN, JR., et al.** : | |
| **Defendants.** : | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through March 31, 2023.

Matthew A. Lopes, Jr., Special Master
        Services                            $21,606.00
        Disbursements              $20,929.95

                         Total amount due          $42,535.95

Kerry F. Walsh, J.D., Deputy Special Master
        Services                            $45,000.00
        Disbursements              $     0.00

                         Total amount due          $45,000.00

Kristina M. Hector, J.D.
        Services                            $41,014.00
        Disbursements              $     0.00

                         Total amount due          $41,014.00

Steven W. Raffa, J.D.
        Services                            $46,835.50
        Disbursements              $     0.00

                         Total amount due          $46,835.50

Regina M. Costa, MSW., J.D.
        Services                            $42,498.00
        Disbursements              $     0.00

                         Total amount due          $42,498.00

LaTri-c-ea McClendon-Hunt, J.D.
        Services                            $38,728.00
        Disbursements              $     0.00

                         Total amount due          $38,728.00

Michael F. Ryan, Jr.
     Services                             $43,028.50
     Disbursements                 $     0.00

                         Total amount due        $43,028.50

Michael A. Milas
     Services                             $43,522.00
     Disbursements                 $     0.00

                         Total amount due        $43,522.00

Mario R. McClain, Jr.
     Services                             $44,462.00
     Disbursements                 $     0.00
                         Total amount due        $44,462.00

Alison A. Tate
     Services                             $50,454.50
     Disbursements                 $     0.00

                         Total amount due        $50,454.50

Mitchell J. Young
     Services                             $39,386.00
     Disbursements                 $     0.00

                         Total amount due        $39,386.00

Rachel Gribbin
     Services                             $23,085.00
     Disbursements                 $     0.00

                         Total amount due        $23,085.00

Lana L. Lopez
     Services                             $34,428.00
     Disbursements                 $     0.00

                         Total amount due        $34,428.00

Sofia A. Millham
     Services                             $28,842.00
     Disbursements                 $     0.00

                         Total amount due        $28,842.00

4

Kerry C. Hughes, M.D.
  Services        $45,175.00
  Disbursements      $  0.00

        Total amount due   $45,175.00

Jeffrey L. Metzner, M.D.
  Services        $19,550.00
  Disbursements      $  0.00

        Total amount due   $19,550.00

Mary Perrien, Ph.D.
  Services        $ 3,775.00
  Disbursements      $ 586.40

        Total amount due   $ 4,361.40

Patricia M. Williams, J.D.
  Services        $51,275.00
  Disbursements      $ 1,032.81

        Total amount due   $52,307.81

Henry A. Dlugacz, MSW, J.D.
  Services        $20,250.00
  Disbursements      $  0.00

        Total amount due   $20,250.00

Lindsay M. Hayes
  Services        $14,650.00
  Disbursements      $  0.00

        Total amount due   $14,650.00

Timothy A. Rougeux
  Services        $27,636.00
  Disbursements      $  0.00

        Total amount due   $27,636.00

Maria Masotta, Psy.D.
  Services        $ 3,125.00
  Disbursements      $  0.00

        Total amount due   $ 3,125.00

Karen Rea PHN, MSN, FNP
    Services                            $22,725.00
    Disbursements               $     0.00

                       Total amount due         $22,725.00

James F. DeGroot, Ph.D.
    Services                            $  6,972.50
    Disbursements               $     0.00

                       Total amount due         $6,972.50

Brian J. Main, Psy.D.
    Services                            $38,649.00
    Disbursements               $  4,947.68

                       Total amount due         $43,596.68

Sharen Barboza, PhD.
    Services                            $12,600.00
    Disbursements               $     0.00

                       Total amount due         $12,600.00

Daniel F. Potter, PhD.
    Services                            $47,475.00
    Disbursements               $     0.00

                       Total amount due         $47,475.00

Brett L. Johnson, M.D.
    Services                            $43,496.73
    Disbursements               $  3,406.44

                       Total amount due         $46,903.17

Alberto F. Caton
    Services                            $18,236.00
    Disbursements               $     0.00

                       Total amount due         $18,236.00

Marcus R. Patterson, PsyD.
    Services                            $20,157.50
    Disbursements               $  4,702.47

                       Total amount due         $24,859.97

6

**TOTAL AMOUNT TO BE REIMBURSED**                        **$974,242.98**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master