DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. 2:90-CV-00520-KJM-DB <br><br> **NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141** <br><br> Judge: Hon. Kimberly J. Mueller |

[4273882.1]

NOTICE OF PLS.' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 141, Plaintiffs have submitted to the Court by electronic mail: (1) Plaintiffs' Request to File Plaintiffs' Confidential Key of CDCR Psychiatric Inpatient Program Patients ("Request"), (2) a Proposed Order Granting Plaintiffs' Request to File Key of CDCR Psychiatric Inpatient Program Patients Under Seal ("Proposed Order"), and (3) Plaintiffs' Confidential Key of CDCR Psychiatric Inpatient Program Patients Referenced in the Declaration of Dr. Pablo Stewart (ECF No. 7812-2) ("Confidential Key").

The Request, Confidential Key, and the accompanying Proposed Order were provided to the Court by electronic mail and served on counsel for Defendants and the Office of the Special Master by electronic mail on April 19, 2023, pursuant to Local Rule 141.

DATED: April 19, 2023

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Arielle W. Tolman*
Arielle W. Tolman

Attorneys for Plaintiffs