UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On January 6, 2023, the court invited the United States Attorney General to once again participate in this case to address two ongoing serious constitutional violations, mental health staffing levels and suicide prevention, as well as any other issues identified by the court or implicated by this action. *See generally*, January 6, 2023 Order, ECF No. 7699. The Attorney General accepted the court's invitation and appeared in this action through Deputy Chief Kerry K. Dean. *See* ECF Nos. 7723, 7713. The court has issued three enforcement orders and served courtesy copies of all those orders on Deputy Chief Dean. On April 17, 2023, plaintiffs filed two motions regarding staffing levels and minimum treatment standards in the California Department of Corrections and Rehabilitation (CDCR) Psychiatric Inpatient Programs (PIPs). ECF Nos. 7812, 7813. The court has approved the briefing schedule for those motions as stipulated to by the parties, ECF No. 7758. *See* March 17, 2023 Order, ECF No. 7765.

/////

This action is at a critical juncture and the court continues to invite such additional participation as the United States Attorney General may deem warranted in the interests of the United States. *See* ECF No. 7699 at 4-5. To that end, the court will by this order set requirements for service of certain pleadings on the United States and time frames for briefing by the United States.

1. Plaintiffs shall forthwith serve courtesy copies of their April 17, 2023 motions, ECF Nos. 7812 and 7813, and their replies for said motions on the United States Attorney General. Defendants shall serve courtesy copies of their oppositions to plaintiffs' motions on the United States Attorney General. Any response by the United States to those motions shall be filed by May 23, 2023, one week after the deadline for submission of plaintiffs' reply brief.

2. The Clerk of the Court shall serve a courtesy copy of the court's March 27, 2023 order, ECF No. 7786, on the United States Attorney General. The United States is invited to file briefing as it deems warranted. Any opening brief on issues related to contempt proceedings related to compliance with inpatient transfer timelines will be most helpful to the court if filed on or before September 22, 2023, and any closing brief if filed thirty-one days after the close of the proceedings.

All documents required to be served on the United States shall be served on:

> Kerry K. Dean, Deputy Chief
> United States Department of Justice
> Civil Rights Division
> Special Litigation Section
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530

IT IS SO ORDERED.

DATED: April 19, 2023.

CHIEF UNITED STATES DISTRICT JUDGE