1  Gregg McLean Adam, Bar No. 203436
     gregg@majlabor.com
2  **MESSING ADAM & JASMINE LLP**
   165 North Redwood Dr., Suite 206
3  San Rafael, California 94903
   Telephone:    415.266.1800
4  Facsimile:    415.266.1128

5  Leanne M. Kent, Bar No. 260825
     Leanne.Kent@ccpoa.org
6  **CALIFORNIA CORRECTIONAL PEACE
   OFFICERS' ASSOCIATION**
7  755 Riverpoint Drive, Suite 200
   West Sacramento, CA 95605-1634
8  Telephone:    916.340.2959
   Facsimile:    916.374.1824

9
   Attorneys for Amicus Curiae California
10 Correctional Peace Officers' Association

11                    **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

13

| 14  RALPH COLEMAN, et al.,        | Case No. 2:90-cv-00520-KJM-DB       |
|------------------------------------|--------------------------------------|
| 15           Plaintiffs,           | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| 16      v.                         |                                      |
| 17  GAVIN NEWSOM, et al.,          | The Hon. Kimberly J. Mueller         |
| 18           Defendants.           |                                      |

19         TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF

20 RECORD:

21         PLEASE TAKE NOTICE that Leanne M. Kent is replacing David Allen Sanders as

22 counsel with California Correctional Peace Officers' Association on behalf of Amicus Curiae

23 California Correctional Peace Officers' Association in the above-captioned action.

24         Ms Kent should be added to and Mr. Sanders removed from the service list for this action.

25 Ms Kent's contact information is as follows:

26

27

28

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

00135423-1

NOTICE OF SUBSTITUTION OF COUNSEL

1  Leanne M. Kent (California Bar No. 260825)
   California Correctional Peace Officers' Association
2  755 Riverpoint Drive, Suite 200
   West Sacramento, CA 95605-1634
3  Telephone:   916.372.6060
   Facsimile:    916.340.9393
4  Email:         Leanne.Kent@ccpoa.org

5  Gregg McLean Adam of Messing Adam & Jasmine LLP remains as counsel of record for

6  Amicus Curiae California Correctional Peace Officers' Association.

8  DATED:  April 21, 2023         CALIFORNIA CORRECTIONLA PEACE OFFICERS'
                                  ASSOCIATION

11                                By:      */s/ Leanne M. Kent*
                                           Leanne M. Kent
12                                         Attorneys for Amicus Curiae  California
                                           Correctional Peace Officers' Association