Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:  925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DEFENDANTS' UPDATE RE MANDATORY TRAINING PER FEBRUARY 27, 2023 ORDER**<br><br>Judge:   Hon. Kimberly J. Mueller |

      Following the parties' February 9, 2023 Stipulation Re: Parties' Agreements in Light of Second Golding Report, this court issued an order on February 27, 2023 requiring Defendants to, among other things, "provide the court with documentation making the training mandatory as well as the schedule for deployment of the training throughout CDCR, along with other updates regarding the matters covered by the parties' stipulation." Feb. 27, 2023 Order at 5:5-8 (ECF 7740). Defendants provide the following update in response.

      In consultation with Plaintiffs' counsel and the Special Master team, Defendants developed the mandatory training required by the February 27, 2023 order. *See* ECF 7790. The mandatory on-the-job training (OJT) – entitled "Coleman Overview - Online - OJT" – was uploaded to

CDCR's Learning Management System (LMS) on April 10, 2023, and all staff who are required to attend the training were automatically enrolled in the course and received an enrollment notification via email from LMS.  (Declaration of Nicholas Weber Supp. Defs.' Update re: Mandatory Training (Decl. Weber), Ex. A.)  The LMS is an online training portal which allows employees to complete the required training on their own schedule, but mandates completion by August 8, 2023 (120 days from the date of enrollment).  (*Id.*)  Employees cannot skip ahead in the training, and the training includes five mandatory quiz questions interspersed throughout the fifty-five slide training to ensure participation and understanding.  (Decl. Weber, ¶ 3.)

On April 10, 2023, the Deputy Director of Labor Relations, Performance Management, and Staff Development Units, and the Deputy Director of Peace Officer Selection and Employee Development issued a memorandum describing the mandatory training and listing the staff classifications who are required to complete the training.  (Decl. Weber, Ex. A.)  This memorandum was sent to all CDCR and CCHCS Extended Executive Staff, who were asked to disseminate the information to all individuals who are required to complete the training.  (*Id*.)  The memorandum makes clear that it is the responsibility of each respective Hiring Authority to ensure staff compliance with the training requirement, and notes that compliance reports will be provided to the Hiring Authorities on a weekly basis to enable them to monitor training completions.  (*Id.*)

DATED: April 21, 2023

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: ____*/s/ Elise Owens Thorn*____
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

19531546.1

DEFS.' UPDATE RE MANDATORY TRAINING

-2-

Case No. 2:90-CV-00520- KJM-DB

| | | |
|---|---|---|
| 1 | DATED: April 21, 2023 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: _/s/ Samantha Wolff_ |
| 4 | | PAUL B. MELLO |
| 5 | | SAMANTHA D. WOLFF<br>Attorneys for Defendants |