Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF NICHOLAS WEBER IN SUPPORT OF DEFENDANTS' UPDATE RE MANDATORY TRAINING**<br><br>Judge:   Hon. Kimberly J. Mueller |

I, Nicholas Weber, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am employed by the California Department of Corrections and Rehabilitation's (CDCR) Office of Legal Affairs and I work on the *Coleman* class action. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Update re Mandatory Training Per February 27, 2023 Order.

2. On April 10, 2023, the Deputy Director of Labor Relations, Performance Management, and Staff Development Units, and the Deputy Director of Peace Officer Selection and Employee Development jointly issued a memorandum describing the mandatory training, as

required by the court's February 27, 2023 order, and listing the staff classifications who are required to complete the training. A true and correct copy of the April 10, 2023 memorandum is attached hereto as Exhibit A.

3. I am familiar with the mandatory training described in Exhibit A, as I assisted in the development of the training module and have taken the training. To ensure employee participation and understanding of the training, the module prohibits employees from skipping ahead in the training. The training also includes five mandatory quiz questions interspersed throughout the fifty-five slide training. The training is not noted as "completed" in the Learning Management System until the employee has listened to the entire training and passed the quiz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Carmichael, California on April 21, 2023.

*/s/ Nicholas Weber*
Nicholas Weber

# Exhibit A

DocuSign Envelope ID: 8AB94669-0150-4A42-8930-FA3BA73DD8FF

 

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

# MEMORANDUM

| | |
|---|---|
| **Date:** | April 10, 2023 |
| **To:** | California Correctional Health Care Services (CCHCS) Extended Executive Staff<br>California Department of Corrections and Rehabilitation (CDCR) Extended Executive Staff |
| **From:** | *Migdalia Siaca* — MIGDALIA SIACA, Deputy Director, Labor Relations, Performance Management and Staff Development Units     *Hillary Iserman* — HILLARY ISERMAN, Deputy Director, Peace Officer Selection and Employee Development |
| **Subject:** | **ANNOUNCEMENT OF NEW REQUIRED TRAINING – *COLEMAN* OVERVIEW** |

The purpose of this memorandum is to announce the implementation of a new On-the-Job Training (OJT) one-hour course titled *Coleman Overview – Online – OJT* (Course Code 11063651).

This course was developed to inform staff of the importance of compliance with court orders to provide adequate mental health care.

The California Correctional Health Care Services (CCHCS) and California Department of Corrections and Rehabilitation (CDCR) staff required to attend this training are identified in Attachment A. The identified staff will be automatically enrolled in the course in the Learning Management System (LMS) on April 10, 2023. The CCHCS Staff Development Unit (SDU) will be responsible for completing the enrollment of staff in the training. Local institutions (In-Service Training Offices and Training Coordinators) should not enroll any staff in the training.

Enrolled staff shall complete the training by August 8, 2023, which is 120 days from the date of enrollment in LMS. Within one business day of release of this memorandum, staff will receive an enrollment notification via email from LMS. The training may be accessed on the LMS training portal link by clicking <u>here</u> and selecting *Courses* on the Learner Dashboard.

It is the responsibility of each respective Hiring Authority to ensure staff compliance with the training requirement. Compliance reports will be generated and provided to the Hiring Authorities on a weekly basis in order to monitor training completions.

# MEMORANDUM

Page 2 of 2

We ask that you disseminate this information to the appropriate staff, including those individuals who are required to take the training. If you or your staff need assistance with accessing the course in LMS, please contact the following:

- For CCHCS staff, email the CCHCS LMS Support mailbox at CCHCSSDULMSTrainingHelp@cdcr.ca.gov.
- For CDCR staff, email the CDCR LMS Support mailbox at CDCRTrainingPortalSupport@cdcr.ca.gov.

If you have any questions regarding the information contained in this memorandum, please contact Maria Rocha, Chief, SDU, at (916) 691-3541.

Attachment

cc: Maria Rocha, Chief, SDU
    Stacie Calderon, Chief, Instructional Design and Training Support, Office of Training and Professional Development (OTPD)
    Alicia Stein, Staff Services Manager II, Evaluations and Learning Management System, OTPD
    Divya Golconda, Staff Services Manager I, LMS, SDU

## *Coleman Overview – Online – OJT* (Course Code 11063651)
### Staff Required to Attend Training

| |
|---|
| SECRETARY, CDCR |
| UNDERSECRETARIES, CDCR |
| ALL STATEWIDE MENTAL HEALTH HEADQUARTERS AND REGIONAL STAFF |
| ASSISTANT DEPUTY DIRECTORS, STATEWIDE MENTAL HEALTH PROGRAM |
| ASSOCIATE DEPUTY DIRECTORS, STATEWIDE MENTAL HEALTH PROGRAM |
| ASSOCIATE WARDENS |
| CAPTAINS, ADULT INSTITUTIONS |
| CCHCS INFORMATION TECHNOLOGY SERVICES DIVISION STAFF INVOLVED IN DATA REMEDIATION OR CONTINUOUS QUALITY IMPROVEMENT TOOL (CQIT) |
| CERTIFIED NURSING ASSISTANTS |
| CHIEF DEPUTY WARDENS |
| CHIEF EXECUTIVE OFFICERS, HEALTH CARE (SAFETY) |
| CHIEF PSYCHIATRISTS, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) |
| CHIEF PSYCHOLOGISTS, CORRECTIONAL FACILITY |
| CLINICAL PSYCHOLOGY INTERNS |
| CLINICAL SOCIAL WORKERS (HEALTH/CORRECTIONAL FACILITY) (SAFETY) |
| CORRECTIONAL COUNSELORS I |
| CORRECTIONAL COUNSELORS II |
| CORRECTIONAL COUNSELORS III |
| CORRECTIONAL LIEUTENANTS |
| CORRECTIONAL OFFICERS |
| CORRECTIONAL SERGEANTS |
| CCHCS CORRECTIONS SERVICES - HEALTH CARE PLACEMENT OVERSIGHT PROGRAM CUSTODY STAFF |
| CDCR DIVISION OF ADULT INSTITUTIONS - MENTAL HEALTH COMPLIANCE TEAM HEADQUARTERS AND REGIONAL STAFF |
| DEPUTY DIRECTOR, STATEWIDE MENTAL HEALTH PROGRAM |
| HEALTH PROGRAM MANAGERS I |
| HEALTH PROGRAM MANAGERS II |
| HEALTH PROGRAM MANAGERS III |
| HEALTH PROGRAM SPECIALISTS I |
| HEALTH PROGRAM SPECIALISTS II |
| MENTAL HEALTH OFFICE TECHNICIANS AND SCHEDULERS AT INSTITUTIONS |
| LICENSED VOCATIONAL NURSES, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |
| MEDICAL ASSISTANTS |
| MENTAL HEALTH ADMINISTRATORS |
| NURSE PRACTITIONERS, CORRECTIONAL FACILITY (INCLUDING PSYCHIATRIC NURSE PRACTITIONERS) |
| CDCR OFFICE OF INTERNAL AFFAIRS - HEADQUARTERS AND REGIONAL OFFICE SPECIAL AGENTS IN CHARGE; SENIOR SPECIAL AGENTS; AND SPECIAL AGENTS |
| PAROLE SERVICES ASSOCIATES ASSIGNED TO INSTITUTIONS |
| PHYSICIAN & SURGEONS, CORRECTIONAL FACILITY |
| PHYSICIAN AND SURGEONS, CORRECTIONAL FACILITY (INTERNAL MEDICINE/FAMILY PRACTICE) |
| PROGRAM ASSISTANTS (MENTAL DISABILITIES-SAFETY) |
| PROGRAM DIRECTORS (MENTAL DISABILITIES-SAFETY) |
| PSYCHIATRIC TECHNICIANS |
| PSYCHOLOGISTS-CLINICAL, CORRECTIONAL FACILITY |
| RECEIVER'S MEDICAL EXECUTIVES (SAFETY) |
| RECEIVER'S NURSE EXECUTIVES (SAFETY) |
| RECREATION THERAPISTS, CORRECTIONAL FACILITY |
| REGISTERED NURSES, CORRECTIONAL FACILITY |

DocuSign Envelope ID: 8AB94669-0150-4A42-8930-FA3BA73DD8FF

*Coleman Overview – Online – OJT* **(Course Code 11063651)**
**Staff Required to Attend Training**

| |
|---|
| SENIOR PSYCHIATRISTS (SPECIALIST), CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY)<br>• ON-SITE AND TELEPSYCHIATRISTS |
| SENIOR PSYCHIATRISTS (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY)<br>• ON-SITE AND TELEPSYCHIATRISTS |
| SENIOR PSYCHOLOGISTS (HEALTH FACILITY) (SUPERVISOR) |
| SENIOR PSYCHOLOGISTS, CORRECTIONAL FACILITY |
| SENIOR PSYCHOLOGISTS, CORRECTIONAL FACILITY (SPECIALIST) |
| STAFF PSYCHIATRISTS, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY)<br>• ON-SITE AND TELEPSYCHIATRISTS |
| SUPERVISING PSYCHIATRIC SOCIAL WORKERS I, CORRECTIONAL FACILITY |
| SUPERVISING PSYCHIATRIC SOCIAL WORKERS II, CORRECTIONAL FACILITY |
| SUPERVISING REGISTERED NURSES (SAFETY) |
| SUPERVISING REGISTERED NURSES II, CORRECTIONAL FACILITY |
| SUPERVISING REGISTERED NURSES III, CORRECTIONAL FACILITY |
| SUPERVISING REHABILITATION THERAPISTS |
| WARDENS |