DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S REGARDING THIRD-LEVEL DATA REMEDIATION DISPUTES [ECF NO. 7805]**<br><br>Judge: Hon. Kimberly J. Mueller |

[4275847.2]

1  On April 10, 2023, Defendants filed objections to the Special Master's Report and Recommendations Regarding Third-Level Data Remediation Disputes (hereafter "Report"), ECF No. 7755.  *See* ECF No. 7805.  On April 13, 2023, Plaintiffs requested that the Court grant leave to Plaintiffs to respond to Defendants' objections no later than April 24, 2023.  ECF No. 7809.  In an April 17, 2023 Minute Order, the Court granted Plaintiffs' request.  ECF No. 7810.  The Court required Plaintiffs to update the Court on whether any of the compromises Defendants propose in their objections "suggest a resolution of outstanding disputes acceptable to Plaintiffs and that meets with the approval of the Special Master." *Id.*

In light of the Court's Order, Plaintiffs approached Defendants on the afternoon of April 21, 2023, and proposed that the parties and Special Master team meet to discuss whether any of the disputes identified can be narrowed based on Defendants' proposed compromises.  Specifically, Plaintiffs requested a seven day extension of time, or until May 1, 2023, in which to file their response to Defendants' objections in order to provide sufficient time for the parties and the Special Master team to meaningfully discuss these issues.  Defendants do not oppose this extension request.

Accordingly, Plaintiffs request that the Court extend the deadline for Plaintiffs to file their Response to Defendants' Objections to the Special Master's Report and Recommendations Regarding Third-Level Data Remediation Disputes to May 1, 2023

**IT IS SO STIPULATED.**

DATED:  April 21, 2023          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Cara E. Trapani*
     Cara E. Trapani

Attorneys for Plaintiffs

[4275847.2]

1
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLS TO FILE RESP. TO DEFS' OBJS. TO SPECIAL MASTER THIRD-LEVEL DATA REPORT

DATED: April 21, 2023          HANSON BRTIDGETT LLP

By: */s/ Samantha D. Wolff*
Samantha D. Wolff

Attorneys for Defendants

## ORDER

Pursuant to the parties' stipulation, the deadline for Plaintiffs to file a Response to Defendants' Objections to the Special Master's Report and Recommendations Regarding Third-Level Data Remediation Disputes is extended by seven days, until May 1, 2023.

**IT IS SO ORDERED.**

DATED: _____, 2023

Honorable Kimberly J. Mueller
United States District Judge
[4275847.2]

2

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLS TO FILE RESP. TO DEFS' OBJS. TO SPECIAL MASTER THIRD-LEVEL DATA REPORT