DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENT UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge: Hon. Kimberly J. Mueller |

1   On April 19, 2023, Plaintiffs submitted to the Court by email a Request to File
2   Under Seal ("Request") a document entitled "Confidential Key of CDCR Psychiatric
3   Inpatient Program Patients Referenced in the Declaration of Dr. Pablo Stewart (ECF
4   No. 7812-2)" ("Confidential Key"). The Confidential Key contains confidential class
5   member information covered by the protective order in this case. The Request,
6   Confidential Key, and accompanying Proposed Order were served on Defendants in this
7   action by electronic mail on the same day pursuant to Local Rule 141.

   Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' Request to File
   Under Seal the Confidential Key of CDCR Psychiatric Inpatient Program Patients
   Referenced in the Declaration of Dr. Pablo Stewart (ECF No. 7812-2) is **GRANTED**.

DATED: April 24, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE