ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4431
  Fax:  (415) 703-5843
  E-mail:  Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:   925-746-8460
FACSIMILE:   925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>        Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF ANDREA CARTER IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO REJECT DEFENDANTS' PLAN TO RECRUIT AND RETAIN PSYCHIATRIC INPATIENT PROGRAM STAFF**<br><br>Judge:   Hon. Kimberly J. Mueller |

I, Andrea Carter, declare:

1. I am the Assistant Deputy Director of Human Resources at California Correctional Health Care Services (CCHCS). I have held this postion since May 2018. Under the direction of the Deputy Director, Human Resources Section (HR), the Assistant Deputy Director, HR has responsibility for the development, review, modification, monitoring, and implementation of policies, standards, and practices for the HR functions. I work closely with key CCHCS and Department of Corrections and Rehabilitation (CDCR) staff, and control agencies to expeditiously

-1-

Carter Decl. Supp. Defs.' Opp'n Pls.' Mot. Reject Defs.' Plan Recruit Retain PIP Staff   Case No. 2:90-CV-00520-KJM-DB

19573607.2

1. and effectively identify, select, secure, and retain appropriate staffing levels within the Health Care Delivery System statewide in order to provide adequate delivery of care.

2. CCHCS implemented a fifteen-percent pay differential for staff working in CDCR's psychiatric inpatient units (PIPs) in May 2022. CCHCS also amended retention bonuses for psychiatrists and expanded to include psychologists working in CDCR's institutions in May 2022. Even though these benefits became effective in May 2022, the pay differential and retention bonuses could not be advertised for psychiatrist-recruitment purposes until after the California Department of Human Resources issued a "pay letter" in July 2022. Similarly, the pay differential and retention bonuses could not be advertised for psychologists-recruitment purposes until after the California Department of Human Resources issued a separate "pay letter" in September 2022.

3. The fifteen-percent pay differential for staff working in the PIPs applies to recreational therapists working in those units.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on May 5, 2023.

/s/ *Andrea Carter*
Andrea Carter
*(original signature retained by attorney)*