Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4431
  Fax:  (415) 703-5843
  E-mail:  Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:     925-746-8460
Facsimile:      925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF ANGELA PONCIANO IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO REJECT DEFENDANTS' PLAN TO RECRUIT AND RETAIN PSYCHIATRIC INPATIENT PROGRAM STAFF**<br><br>Judge:    Hon. Kimberly J. Mueller |

I, Angela Ponciano, declare as follows:

1. I am currently employed as the Deputy Director of Business Services for California Correctional Health Care Services. I have held this position since November 2020. As the Deputy Director, I oversee the mental health registry network contract. I offer this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Reject Defendants' Plan to Recruit and Retain Psychiatric Inpatient Program Staff. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

-1-
Ponciano Decl. Supp. Defs.' Opp'n Pls.' Mot. Reject Defs.' Plan Recruit Retain PIP Staff    Case No. 2:90-CV-00520-KJM-DB

19573607.2

2. California Correctional Health Care Services entered into a new contract in May 2022, which resulted in increased rates for registry psychologists, social workers, and recreational/rehabilitation therapists.

3. In April 2023, California Correctional Healthcare Services amended the contract to raise registry rates for classifications at certain institutions, including psychologists working in the Psychiatric Inpatient Programs at Salinas Valley State Prison, California Health Care Facility, and California Medical Facility.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Lincoln, California on May 5, 2023.

/s/ *Angela Ponciano*
Angela Ponciano
*(original signature retained by attorney)*

-2-
Ponciano Decl. Supp. Defs.' Opp'n Pls.' Mot. Reject Defs.' Plan Recruit Retain PIP Staff     Case No. 2:90-CV-00520-KJM-DB

19573607.2