| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-4431<br>  Fax:  (415) 703-5843<br>  E-mail:  Namrata.Kotwani@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS, SBN 321994<br>CARSON R. NIELLO, SBN 329970<br>1676 N. CALIFORNIA BLVD., SUITE 620<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE:    925-746-8460<br>FACSIMILE:     925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF JASINDA MUHAMMAD IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO REJECT DEFENDANTS' PLAN TO RECRUIT AND RETAIN PSYCHIATRIC INPATIENT PROGRAM STAFF**<br><br>Judge:    Hon. Kimberly J. Mueller |

I, Jasinda Muhammad, declare:

1.    I am the Deputy Director of Human Resources for the California Department of Corrections and Rehabilitation's (CDCR) California Correctional Healthcare Services (CCHCS).  I have been in this position since January 31, 2018.  From 2013 to my current position, I was in the position of the Associate Director of Human Resources, and the Assistant Deputy Director of Human Resources for CCHCS within CDCR.  My job duties include the full responsibility and accountability for the overall planning, organizing,

-1-

Muhammad Decl. Supp. Defs.' Opp'n Pls.' Mot. Reject Defs.' Plan Recruit Retain PIP Staff    Case No. 2:90-CV-00520- KJM-DB

19573607.2

directing and managing all of the human resource functions for CCHCS. Those functions include, but are not limited to, classification and pay, compliance and oversight unit, executive recruitment and selection, and workforce development.

2. In 2022, CCHCS conducted thirteen on-site hiring events that allowed potential PIP candidates to take civil service exams, apply for vacancies, interview, accept a conditional employment offer, get fingerprinted, and complete pre-employment requirements in a single day. These thirteen events were held at thirteen different locations across the state in 2022, and the duration of each event ranged from two to four days. The primary focus of each of these events was to recruit and hire mental-health staff with a particular emphasis on hiring staff to work in the PIPs. CCHCS was able to hire 297 new PIP staff members as a result of the events held in 2022.

3. CCHCS has already conducted four more of these on-site hiring events in 2023, and they have resulted in the hiring of an additional twelve new PIP staff members so far this year. CCHCS is already planning to conduct seven additional on-site hiring events from May through October, and more events might be scheduled this year.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Plumas Lake, California on May 5, 2023.

/s/ *Jasinda Muhammad*
Jasinda Muhammad
*(original signature retained by attorney)*