| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-4431<br>  Fax:  (415) 703-5843<br>  E-mail:  Namrata.Kotwani@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS, SBN 321994<br>CARSON R. NIELLO, SBN 329970<br>1676 N. CALIFORNIA BLVD., SUITE 620<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE:   925-746-8460<br>FACSIMILE:    925-746-8490<br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.<br><br>        Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF KELLI JOHNSON IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO REJECT DEFENDANTS' PLAN TO RECRUIT AND RETAIN PSYCHIATRIC INPATIENT PROGRAM STAFF**<br><br>Judge:   Hon. Kimberly J. Mueller |

I, Kelli Johnson, declare:

1.  I work for California Correctional Health Care Services (CCHCS), as the Chief of Workforce Development and Talent Management, which is a division of CCHCS' human resources. In this role, my job duties include serving as the principle CCHCS policy advisor on matters related to workforce development, appointment laws and rules, data analytics and succession management.  I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

-1-

Johnson Decl. Supp. Defs.' Opp'n Pls.' Mot. Reject Defs.' Plan Recruit Retain PIP Staff   Case No. 2:90-CV-00520-KJM-DB

19573607.2

2.	A number of initiatives referenced in the California Department of Corrections and Rehabilitation's (CDCR) plan for staff recruitment in psychiatric inpatient units are relatively new and some are still in development.

3.	CCHCS has entered into a new contract with CPS HR Consulting—a recruitment consulting firm—that will assist with recruitment of psychiatrists, psychologists, social workers, and psychiatric nurses through a geo-targeted direct-email campaign, a digital ad campaign via Google, Facebook and Instagram, and the creation of ad displays and promotion videos.  The focus of this endeavor will be to recruit for CDCR's psychiatric inpatient units, and the goal is to have the campaign in place later this year.

4.	CCHCS first worked with I Heart Media in June 2022 on a general healthcare-recruitment initiative, but I Heart Media was engaged for the first time in April 2023, to create and implement a new ad campaign focused specifically on the mental-health practitioner demographic and the promotion of mental-health positions within CDCR.  That campaign utilizes digital ads, social media ads, and podcast ads.

5.	In January and February this year, CCHCS initiated its own geo-targeted direct mailing campaign focused on psychiatrist recruitment.  This new mailing campaign was expanded to clinical social workers in March, and is currently being expanded to include psychologists.

6.	CCHCS is currently working on a new initiative to contract with Doximity, which provides an online platform for recruiting physicians that is similar to LinkedIn.

7.	In May 2022, CCHCS first entered into a contract with HandShake, which provides a large and diverse early-talent recruitment system.  HandShake directly connects CCHCS recruiters with students and alumni across the country and provides a platform for posting ads for positions and for hosting online recruitment events.  In April 2023, CCHCS held its first HandShake event specifically aimed at recruiting for mental-health positions.  Two-hundred-fifty individuals responded to the event notice with an RSVP, and thirty-five individuals attended and participated in the event.

8.	In April 2023, CCHCS entered into a contract with Brazen Technologies.  This company will provide a virtual event platform and opportunities to market, meet, engage, and

-2-
Johnson Decl. Supp. Defs.' Opp'n Pls.' Mot. Reject Defs.' Plan Recruit Retain PIP Staff    Case No. 2:90-CV-00520-KJM-DB

19573607.2

interview candidates virtually.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sutter Creek, California on May 5, 2023.

/s/ *Kelli Johnson*
Kelli Johnson
*(original signature retained by attorney)*