1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorney General
     455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
     Telephone:  (415) 510-4431
7    Fax:  (415) 703-5843
     E-mail:  Namrata.Kotwani@doj.ca.gov
8  *Attorneys for Defendants*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

| | |
|---|---|
| 13 **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| 14                               Plaintiffs, | **DECLARATION OF NAMRATA KOTWANI IN SUPPORT OF** |
| 15 | **OPPOSITION TO PLAINTIFFS' MOTION TO REJECT DEFENDANTS'** |
| 16         v. | **PLAN TO PROVIDE MINIMUM TREATMENT STANDARDS FOR** |
| 17 **GAVIN NEWSOM, et al.,** | **PSYCHIATRIC INPATIENT PROGRAMS** |
| 18                               Defendants. | |
| 19 | Judge:        The Honorable Kimberly J. Mueller |

20

21        I, Namrata Kotwani, declare as follows:

22        1.        I am a Deputy Attorney General in the California's Attorney General's Office,

23 counsel of record for Defendants.  I am licensed to practice before all of the courts of the State of

24 California, and am admitted to practice before this Court.  I submit this declaration in support of

25 Defendants' Opposition to Plaintiffs' Motion to Reject Defendants' Plan to Provide Minimum

26 Treatment Standards For PIPs.  (ECF No. 7812.)  I have personal knowledge of the statements in

27 this declaration and could testify to them if called to do so.

28

2.      Attached as **Exhibit A** is a true and correct copy of an excerpt from National Commission on Correctional Health Care (NCCHC), *Standards for Mental Health Services in Correctional Facilities* (2015), including the glossary; Standard MH-D-05, Inpatient Psychiatric Care; Standard MH-G-02, Mental Health Programs and Residential Units; and Standard MH-G-03, Treatment Plans.

3.      Attached as **Exhibit B** is a true and correct copy of an excerpt from NCCHC's *Standards for Health Services in Prisons* (2018), including Standard P-F-03, Mental Health Services.

4.      Attached as **Exhibit C** is a true and correct copy of the Order Dissolving the Amended Consent Judgement and Dismissing the Underlying Action with Prejudice, Oct. 3, 2013, ECF No. 307, *United States v. California*, No. CV06-2667 GPS (Ex) (C.D. Cal.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of May, 2023, at Berkeley, California.


*/s/ Namrata Kotwani*
Namrata Kotwani

# EXHIBIT A

# Standards for Mental Health Services in Correctional Facilities

2015



National Commission on Correctional Health Care

# STANDARDS FOR MENTAL HEALTH SERVICES

# IN CORRECTIONAL FACILITIES

## 2015

These standards represent the official position of the National Commission on Correctional Health Care with respect to requirements for mental health services in correctional facilities. They do not necessarily represent the official position of supporting organizations or individuals represented on the National Commission on Correctional Health Care Board of Directors.

National Commission on Correctional Health Care

TABLE OF CONTENTS

Acknowledgments ........................................................................................................... v
Preface ........................................................................................................................... vii
2015 NCCHC Board Of Directors .............................................................................. viii
How To Use This Book ................................................................................................... x
Changes Made Since The Standards Were Last Published ......................................... xi
Additional Resources Online ...................................................................................... xii
Facilities Seeking Accreditation ................................................................................ xiii

SECTION A – GOVERNANCE AND ADMINISTRATION ............................................. 1

MH-A-01    Access To Care .............................................................................. 3
MH-A-02    Responsible Mental Health Authority ......................................... 5
MH-A-03    Clinical Autonomy .......................................................................... 7
MH-A-04    Administrative Meetings And Reports .......................................... 9
MH-A-05    Policies And Procedures .............................................................. 11
MH-A-06    Continuous Quality Improvement Program ................................ 14
MH-A-07    Emergency Response Plan ........................................................... 19
MH-A-08    Communication On Patients' Mental Health Needs ................... 21
MH-A-09    Privacy Of Care ........................................................................... 23
MH-A-10    Procedure In The Event Of An Inmate Death ............................ 24
MH-A-11    Grievance Mechanism For Mental Health Complaints ............. 26

SECTION B – SAFETY ............................................................................................... 29

MH-B-01    Infection Prevention And Control Program ............................... 31
MH-B-02    Patient Safety .............................................................................. 33
MH-B-03    Staff Safety .................................................................................. 35
MH-B-04    Federal Sexual Abuse Regulations ............................................. 36
MH-B-05    Response To Sexual Abuse ........................................................... 37

SECTION C – PERSONNEL AND TRAINING .......................................................... 39

MH-C-01    Credentials .................................................................................. 41
MH-C-02    Clinical Performance Enhancement ........................................... 43
MH-C-03    Training For Mental Health Staff ............................................... 45
MH-C-04    Mental Health Training For Correctional Officers ................... 48
MH-C-05    Medication Administration Training ........................................... 50
MH-C-06    Inmate Workers ........................................................................... 52
MH-C-07    Mental Health Staffing ............................................................... 54
MH-C-08    Mental Health Liaison ................................................................ 56

National Commission on Correctional Health Care
1145 W. Diversey Parkway, Chicago, IL 60614
www.ncchc.org

ISBN 978-0-929561-27-1

© 2015 National Commission on Correctional Health Care

SECTION D – MENTAL HEALTH CARE SERVICES AND SUPPORT .......................... 57

MH-D-01   Mental Health Pharmaceutical Operations .............................................. 59
MH-D-02   Medication Services................................................................................ 62
MH-D-03   Clinic Space, Equipment, And Supplies.................................................. 65
MH-D-04   Diagnostic Services................................................................................ 67
MH-D-05   Inpatient Psychiatric Care ...................................................................... 68

SECTION E – PATIENT CARE AND TREATMENT ........................................................ 71

MH-E-01   Information On Mental Health Services ................................................. 73
MH-E-02   Receiving Screening For Mental Health Needs...................................... 75
MH-E-03   Transfer Screening ................................................................................ 78
MH-E-04   Mental Health Assessment And Evaluation ........................................... 80
MH-E-05   Nonemergency Mental Health Care Requests And Services.................... 83
MH-E-06   Emergency Services................................................................................ 85
MH-E-07   Segregated Inmates ................................................................................ 86
MH-E-08   Patient Escort ........................................................................................ 89
MH-E-09   Continuity And Coordination Of Mental Health Care During Incarceration . 90
MH-E-10   Discharge Planning ................................................................................ 93

SECTION F – MENTAL HEALTH PROMOTION ............................................................ 95

MH-F-01   Mental Health Education And Self-Care ................................................. 97
MH-F-02   Healthy Lifestyle Education And Promotion............................................ 99

SECTION G – SPECIAL MENTAL HEALTH NEEDS AND SERVICES ...................... 101

MH-G-01   Basic Mental Health Services ................................................................ 103
MH-G-02   Mental Health Programs And Residential Units...................................... 104
MH-G-03   Treatment Plans .................................................................................... 107
MH-G-04   Suicide Prevention Program .................................................................. 109
MH-G-05   Patients With Alcohol And Other Drug Problems.................................... 113
MH-G-06   Behavioral Consultation......................................................................... 115
MH-G-07   Counseling And Care Of The Pregnant Inmate ....................................... 117

SECTION H – CLINICAL RECORDS............................................................................ 121

MH-H-01   Clinical Record Format And Contents..................................................... 123
MH-H-02   Confidentiality Of Clinical Records And Information ............................... 125
MH-H-03   Management Of Mental Health Information ............................................ 127
MH-H-04   Access To Custody Information .............................................................. 129

SECTION I – MEDICAL-LEGAL ISSUES .................................................................. 131

MH-I-01   Restraint And Seclusion......................................................................... 133
MH-I-02   Emergency Psychotropic Medication ...................................................... 135
MH-I-03   Forensic Information............................................................................... 137
MH-I-04   Informed Consent And Refusal Of Mental Health Care............................ 139
MH-I-05   Research ................................................................................................ 141
MH-I-06   Executions.............................................................................................. 143

APPENDICES ............................................................................................................ 145

Appendix A  NCCHC Mental Health Services Accreditation .......................................... 147
Appendix B  Becoming a Certified Correctional Health Professional.............................. 151

GLOSSARY ............................................................................................................... 153

INDEX ....................................................................................................................... 163

credential have demonstrated a foundation of expertise and their dedication to quality service delivery.

### Registered Nurse Certification (CCHP-RN)

Certification for registered nurses recognizes CCHPs who have demonstrated the knowledge required to deliver specialized nursing care to incarcerated populations. Correctional nurses are on the front lines of providing health care. Achieving the CCHP-RN shows that correctional nurses are an elite cadre of professionals who have chosen to practice in a demanding environment, and it helps support correctional nursing as a specialty.

### Advanced Certification (CCHP-A)

Certified Correctional Health Professionals are eligible to apply for advanced certification after three years in the certification program. The CCHP-Advanced certification recognizes CCHPs who have demonstrated excellence, commitment, and contribution to the field of correctional health care and their relative discipline or profession. Advanced certification requires the completion of a more detailed application and a passing score on a proctored essay examination.

### The Application and Examination

Persons interested in seeking basic, specialty, or advanced certification must submit an application. All professionals working in correctional health, including administrative and support staff, are eligible to participate in the CCHP program. Candidates are not required to have a clinical background. Applicants for the specialty and advanced programs must have current CCHP certification and meet additional criteria.

The proctored exams are offered several times throughout the year at NCCHC conferences and at regional sites across the country.

The basic CCHP exam measure a candidate's knowledge, understanding, and application of NCCHC standards; the basic legal principles for practicing in a correctional health care system; the ethical obligations of correctional health professionals; and the role of health care professionals in delivering care in the correctional environment. Specialty exams address these issues with a focus on the relative discipline. The CCHP-A exam measures the possession, application, and interpretation of knowledge necessary for professional practice in correctional health care. Some exam questions pertain to specific settings (jail, prison, or juvenile facility); others are more general. Recommended study materials are listed on the CCHP website and in the candidate handbooks.

### Learn More

Join the thousands of correctional health care professionals who have earned the distinction of CCHP. For complete information on certification, please visit www.ncchc.org/cchp or contact us at cchp@ncchc.org or 773-880-1460.

## GLOSSARY

ACCESS TO CARE means that, in a timely manner, a patient can be seen by a clinician, be given a professional clinical judgment, and receive care that is ordered.

ACTIVITIES OF DAILY LIVING generally refers to ambulation, bathing, dressing, feeding, and toileting. In the mental health field, guidance in accomplishing these tasks, rather than direct assistance, is sometimes required. In addition, decision making, keeping appointments, social interaction are common issues encompassed in this term when working with the seriously and persistently mentally ill.

ADMINISTRATIVE REVIEW is an assessment of correctional and emergency response actions surrounding an inmate's death. Its purpose is to identify areas where facility operations, policies, and procedures can be improved.

ADVERSE CLINICAL EVENT is defined as a physical or psychological injury caused by medical management rather than by the patient's disease or condition. A sizable proportion of adverse events in the community are the result of human error, whether the error occurs by omission (failing to do something that is supposed to be done, such as forgetting to check for indications of suicidal ideation during screening) or commission (doing something that is not supposed to be done). For example, incorrectly scoring a psychological test and switching two look-alike medications are potentially easy mistakes. Mis-scoring a psychological test and giving the wrong medication to patients during pill line administration are adverse clinical events.

CLINICAL ENCOUNTERS are interactions between patients and mental health care professionals that involve a treatment and/or an exchange of confidential information.

CLINICAL MORTALITY REVIEW is an assessment of the clinical care provided and the circumstances leading up to a death. Its purpose is to identify areas of patient care or system policies and procedures that can be improved.

CLINICAL PERFORMANCE ENHANCEMENT is the process of having a mental health professional's clinical work reviewed by another professional of at least equal training in the same general discipline, such as the review of the facility's psychiatrist by another psychiatrist.

CLINICAL RECORD refers either to the mental health record when it is separate from the medical record, or the integrated mental health and medical record. Either is acceptable, although the integrated record is preferable. The term refers to both hard copy and electronic records.

CLINICAL RESTRAINT is a therapeutic intervention initiated by medical or mental health staff to use devices designed to safely limit a patient's mobility. Custody restraint is not the same as clinically ordered restraint. When custody staff order the use of restraints, medical staff monitor the health status of inmates while in custody restraint and mental health staff respond to security or medical staff requests for consultation regarding the use of, or response to, restraint.

CLINICAL SECLUSION is a therapeutic intervention initiated by medical or mental health staff to use rooms designed to safely limit a patient's mobility. Communicable disease isolation is not considered seclusion for the purpose of this standard.

CLINICAL SETTING refers to an examination or treatment room appropriately supplied and equipped to address the patient's mental health care needs.

CLINICIAN'S CLINIC is a designated time and place for mental health specialists (e.g., neurologist, psychiatrist, psychologist, or neuropsychologist) to respond to mental health services requests.

COMPREHENSIVE HEALTH SUMMARIES are documents containing relevant health information including medical, dental, and mental health diagnoses, medications, significant chronic conditions, and pending health referrals.

CONTINUING PROFESSIONAL EDUCATION includes organized programs of study designed to keep mental health professionals current in clinical knowledge and skills.

CONTINUOUS QUALITY IMPROVEMENT. See Quality Improvement Studies.

CRITIQUES of drills or actual events document activities including response time, names, and titles of mental health staff and the roles and responses of all participants. The critique contains observations of appropriate and inappropriate staff response to the drill.

CUSTODY STAFF includes line security as well as correctional administration.

DAILY means 7 days per week including holidays.

DIAGNOSTIC SERVICES include biomedical and imaging services and results that are used to make clinical judgments. These diagnostic services may be provided by reference laboratories, hospital radiology and laboratory departments, public health agencies, private companies, or correctional facilities.

DIRECT PATIENT CARE CLINICIANS are all licensed practitioners providing the facility's mental health care including all *qualified mental health professionals*.

DISCHARGE PLANNING refers to the process of providing sufficient medications for short-term continuity upon release and arranging for necessary follow-up mental health services before the inmate's release to the community.

DRUG ENFORCEMENT AGENCY (DEA)-CONTROLLED SUBSTANCES are the medications that come under the jurisdiction of the federal Controlled Substances Act.

EMERGENCY MENTAL HEALTH CARE is care for an acute mental illness that cannot be deferred until the next scheduled mental health clinic or routine appointment.

EMERGENCY PSYCHOTROPIC MEDICATIONS are those given without the patient's consent and for specific, isolated circumstances to prevent immediate harm to self or others.

EXPOSURE CONTROL PLAN describes staff actions to be taken to eliminate or minimize exposures to pathogens.

EXTREME ISOLATION refers to situations in which inmates encounter staff or other inmates fewer than three times per day.

FORENSIC INFORMATION is physical or psychological data collected from an inmate that may be used against him or her in disciplinary or legal proceedings.

FORMULARY is a written list of prescription and nonprescription medications that are ordinarily available to authorized prescribers, including consultants, working for the facility.

HEALTH EDUCATION is information on preventing illness and maintaining a healthy lifestyle.

HEALTHY LIFESTYLE CHOICES are behavioral strategies and personal choices that encourage health and minimize development of chronic disease.

INDEPENDENT REVIEW is the assessment of a mental health professional's compliance with discipline-specific and community standards. The review includes an analysis of trends in a professional's clinical practice. This review may be conducted by someone who may or may not be directly employed by the institution, as long as the reviewing professional has not been previously involved in the care of the patient(s) involved.

INFORMED CONSENT is the agreement by a patient to a treatment, examination, or procedure after the patient receives the material facts about the nature, consequences, and risks of the proposed treatment, examination, or procedure; the alternatives to it; and the prognosis if the proposed action is not undertaken. Procedures include the administration of psychological tests, for which consent is to be obtained.

INTELLECTUAL FUNCTIONING ASSESSMENT includes inquiry into history of developmental and educational difficulties and, when indicated, referral for application of standardized psychological intelligence tools as appropriate.

INTRASYSTEM TRANSFERS are inmates being transferred from one facility to another within the same correctional authority's system.

MAN-DOWN DRILL is a simulated emergency affecting one individual who needs immediate medical or mental health intervention. It involves life-threatening situations commonly experienced in correctional settings (e.g., self-injury).

MASS DISASTER DRILL is a simulated emergency potentially involving mass disruption and/or multiple casualties that require triage by health and mental health staff. It frequently involves a natural disaster (e.g., tornado, flood, earthquake), an internal disaster (e.g., riot, arson, kitchen explosion), or external disaster (e.g., mass arrests, bomb threat, power outage).

MEDICATION

ACCOUNTING is the act of recording, summarizing, analyzing, verifying, and reporting medication usage.

ADMINISTERING MEDICATION is the act in which a single dose of an identified drug is given to a patient.

DISPENSING is the placing of one or more doses of a prescribed medication into containers that are correctly labeled to indicate the name of the patient, the contents of the container, and all other vital information.

DISPOSAL is (a) the destruction of medication on its expiration date or when retention is no longer necessary or suitable (e.g., upon discharge of the patient from the facility), or (b) the provision of medication to the former inmate upon discharge (in accordance with the continuity-of-care principle).

DISTRIBUTION is the system for delivering, storing, and accounting for medications from the source of supply to the nursing station or point where they are administered to the patient.

PROCURING is the act of ordering medications for the facility.

MENTAL HEALTH ADMINISTRATOR is a person who by virtue of education, experience, or certification (e.g., MD, DO, PhD, LCSW, LPC, MSN, MPH, MHA, FACHE, CCHP-MH) is capable of assuming responsibility for arranging all levels of mental health care and ensuring quality and accessible mental health services for inmates.

MENTAL HEALTH AGENCY is an agency or government entity (e.g., private vendor, community mental health center, hospital) that is permitted by federal, state, or local law to provide mental health services.

MENTAL HEALTH CLEARANCE is a clinical assessment of mental status before an individual is admitted into the facility. The mental health clearance may come from on-site mental health staff or may require sending the individual to an outside facility. The mental health clearance is to be documented in writing.

MENTAL HEALTH EDUCATION involves instructions on reducing relapses, using medication effectively, medication side effects, coping with stress, coping with problems and symptoms, building social supports advocating for effective treatments, and other information to help individuals develop personalized strategies to for managing mental illness and achieving goals.

MENTAL HEALTH LIAISON may be a correctional officer or other person who is not a qualified mental health professional who is instructed by the responsible mental health clinician in limited aspects of mental health care coordination. The mental health liaison generally carries out the following duties: reviews receiving screening forms for follow-up attention; reviews nonemergency mental health care requests as instructed by the responsible mental health clinician; helps to carry out clinicians' orders regarding such matters as housing and work assignments; and maintains patients' rights to privacy. The mental health liaison does not deliver direct mental health care.

MENTAL HEALTH PROGRAMS are organized outpatient interventions, time-limited or ongoing, that include individual or group interventions for inmates regardless of their housing assignment.

MENTAL HEALTH SERVICES are defined broadly to include the sum of all actions taken for the mental well-being of the inmate population, including a range of diagnostic, treatment, and follow-up services. Mental health services include the use of a variety of psychosocial, psychoeducational, and pharmacological therapies, either individual or group, including biological, psychological, and social, to alleviate symptoms, attain appropriate functioning, prevent relapse, and help patients to develop and pursue their personal recovery plans.

MENTAL HEALTH STAFF include *qualified health care professionals* who have received instruction and supervision in identifying and interacting with individuals in need of mental health services.

MENTAL HEALTH-TRAINED CORRECTIONAL STAFF are generally correctional officers or deputies assigned to specific roles in identifying and interacting with individuals in need of mental health services. These staff include but are not limited to officers who provide receiving screening in local jails, officers designated as mental health care liaisons, officers who administer or deliver mental health medication, and officers assigned to a mental health program. Mental health-trained correctional staff may also work general housing areas where they assist in the referral of inmates. Mental health-trained correctional staff must complete the required annual mental health training for correctional officers and should also complete additional instruction by the responsible mental health authority or a designated qualified mental health professional through a curriculum approved by the mental health authority regarding specific mental health-related activities.

MORTALITY REVIEW. See Clinical Mortality Review.

NEAR-MISS CLINICAL EVENT is an error in clinical activity without a consequential adverse patient outcome. For example, a testing error is corrected before it becomes part of the clinical record, or a wrong drug is dispensed but not administered to a patient.

NONCLINICAL STAFF include custody staff, unit/case managers, detail supervisors, teachers, and other facility staff who interact with inmates on a routine basis and may be asked to make accommodations for the special needs of inmates with mental health problems.

ORIENTATION

> IN-DEPTH ORIENTATION includes a full familiarization with the mental health services delivery system at the facility and focuses on the similarities and differences between providing mental health care in the community and in a correctional setting.

> INITIAL BASIC ORIENTATION, which is provided on the first day of employment, includes information necessary for the mental health staff member (e.g., full-time, part-time, consultant, student, per diem) to function safely in the institution.

PATIENT SAFETY SYSTEMS are practice interventions designed to prevent adverse or near-miss clinical events. For example, during administration of medications, use of a photo identification system helps to ensure that the right person receives the drug that was ordered.

PEER REVIEW. See Clinical Performance Enhancement.

POLICY is a facility's official position on a particular issue related to an its operations.

POSITION is a job filled by a specific staff member (e.g., secretary, psychologist, psychiatrist, nurse). A position has tasks that can usually be deferred until the staff member is available.

POST is a job defined by its location, time, and duties that can be filled interchangeably by different staff members (e.g., 7-3 infirmary nurse). Continuous coverage usually distinguishes a post from a position; a post has tasks that cannot usually be deferred.

PRESCRIBING CLINICIAN is a licensed individual authorized to write prescriptions.

PRESERVING PHYSICAL EVIDENCE means that such evidence is not contaminated or destroyed. It does not mean collecting or handling physical evidence.

PROCEDURE describes in detail, sometimes in sequence, how a policy is to be carried out.

PSYCHOLOGICAL AUTOPSY, sometimes referred to as a psychological reconstruction or postmortem, is a written reconstruction of an individual's life with an emphasis on mental health factors that may have contributed to the individual's death. It is usually conducted by a psychologist or other qualified mental health professional.

QUALIFIED HEALTH CARE PROFESSIONALS include physicians, physician assistants, nurses, nurse practitioners, dentists, mental health professionals, and others who by virtue of their education, credentials, and experience are permitted by law to evaluate and care for patients.

QUALIFIED MENTAL HEALTH PROFESSIONALS include psychiatrists, psychologists, psychiatric social workers, licensed professional counselors, psychiatric nurses, and others who by virtue of their education, credentials, and experience are permitted by law to evaluate and care for the mental health needs of patients.

QUALITY IMPROVEMENT COMMITTEE consists of mental health staff and others from various disciplines (e.g., medicine, nursing, health records, pharmacy). The committee designs quality improvement monitoring activities, discusses the results, and implements corrective action. Committee membership should be fluid, depending on the issues being addressed.

QUALITY IMPROVEMENT STUDIES

> OUTCOME QUALITY IMPROVEMENT STUDIES examine whether expected outcomes of patient care were achieved by (1) identifying a patient clinical care problem (e.g., frequent self-injury, need for clinical restraints), (2) conducting a baseline study, (3) developing and implementing a clinical corrective action plan, (4) restudying the problem to assess the effectiveness of the corrective action plan, (5) assessing whether the treatment plans were sufficient to address patients' underlying mental health problems, and (6) determining whether the frequency of follow-up was sufficient to provide patients with supportive interventions needed to manage reoccurring mental health problems.

> PROCESS QUALITY IMPROVEMENT STUDIES examine the effectiveness of the mental health care delivery process by (1) identifying a facility problem (e.g., delayed sick-call appointments, discontinuity of medications, lack of follow-up on abnormal lab values), (2) conducting a baseline study (e.g., task analysis, root cause, staffing plan), (3) developing and implementing a corrective action plan, and (4) restudying the problem to assess the effectiveness of the corrective action plan.

RECEIVING SCREENING is a process of structured inquiry and observation intended to prevent newly arrived inmates who pose a threat to their own or others' health, mental health, or safety from being admitted to the general population, and to get them rapid medical or mental health care.

REQUEST for mental health assistance refers to oral or written petitions for mental health services. These requests are to be documented.

RESIDENTIAL UNITS provide varying levels of care to meet the needs of the seriously mentally ill. These units can be of two types:

> ACUTE CARE RESIDENTIAL UNITS are located in dedicated housing areas and offer stabilization and programming as indicated for those who are psychotic, clinically unstable

(including acutely suicidal or at imminent risk of self-harm), or waiting for placement into an inpatient psychiatric setting. The goal of an around-the-clock acute care residential unit is to control psychotic symptoms, stabilize the patient, keep the patient safe, and improve activities of daily living.

NONACUTE CARE UNITS are short-term or permanent housing areas that provide services for those who are chronically mentally ill or experiencing situational stresses. Patients housed in such units typically require a lesser degree of mental health programming and supervision than acute care residential units. Examples of nonacute care units include transitional care units and step-down units.

RESPONDING TO MENTAL HEALTH SERVICES REQUESTS is the mental health evaluation and treatment of an ambulatory patient in a clinical setting by a qualified mental health professional.

RESPONSIBLE MENTAL HEALTH CLINICIAN refers to a single licensed mental health clinician who assumes the responsibility to direct the clinical care to patients.

RESTRAINT. See Clinical Restraint.

RESTRICTED LICENSES refers to licenses that have attached stipulations. Different state licensing boards refer to these modified licenses by various names including temporary, probation, stipulated order or agreement, practice restriction, institutional, restricted, disciplinary, provisional, limited, and conditional.

SAFE AND THERAPEUTIC ENVIRONMENT, as used in the acute care residential unit, and SAFE, THERAPEUTIC ENVIRONMENT AND MILIEU, as used in the nonacute care residential unit, are used to differentiate the expected degree of accommodation required in the usual correctional protocols and procedures so that incarceration itself does not negatively affect the mental health and functioning of patients. Such accommodations may include environmental enhancements such as paint colors or murals and areas for group interaction. Milieu refers to the nonverbal atmosphere in which social interaction takes place. Accommodations in this area may include the manner in which staff and patients greet each other or the use of a daily community meeting.

SECLUSION. See Clinical Seclusion.

SEGREGATED inmates are those isolated from the general population and who receive services and activities apart from other inmates. Facilities may refer to such conditions as administrative segregation, protective custody, disciplinary segregation, or a supermax tier. Some facilities, such as supermax or lockdown, have all inmates in a segregated status. For the purposes of this standard, the living and confinement conditions define the segregated status, not the reason an inmate was placed in segregation.

SELF-CARE refers to care for a mental health condition that can be treated by the inmate and may include over-the-counter medications, behavioral interventions, and personal choices.

SELF-MEDICATION PROGRAMS (also known as keep-on-person programs) permit responsible inmates to carry and administer their own medications.

SEXUAL ABUSE is a sexual act that is coercive or assaultive in nature and that involves the use or the threat of force.

SICK CALL. See Responding To Mental Health Services Requests.

SPECIALTY CARE means specialist-provided mental health care (e.g., psychiatry, psychology, neurology, neuropsychology, addiction medicine) provided at the facility, a specialty care clinic, or a specialist's office.

STAFF SAFETY refers to the health and well-being of staff who work in the facility. It is directly related to the administrative practices that ensure staff safety within the facility.

STAFFING PLAN lays out the full-time equivalent staff coverage required, lists current incumbents and vacancies, and addresses how full coverage will be accomplished if all positions are not filled (e.g., use of agency, temporary, or part-time staff). A staffing plan is a detailed schedule on which classifications of staff are assigned to *posts* and *positions* for the mental health care service.

STANDARD PRECAUTIONS combine the major features of universal precautions (designed to reduce the risk of transmission of bloodborne pathogens) and body secretion isolation (designed to reduce the transmission of pathogens from moist body substances) and apply them to all patients receiving care, regardless of their diagnosis or presumed infection status.

SUICIDAL

ACUTELY SUICIDAL (active) inmates are those who engage in self-injurious behavior or threaten suicide with a specific plan. These inmates should be placed on constant observation.

NONACUTELY SUICIDAL (potential or inactive) inmates are those who express current suicidal ideation (e.g., expressing a wish to die without a specific threat or plan) and/or have a recent prior history of self-destructive behavior. In addition, inmates who deny suicidal ideation or do not threaten suicide but demonstrate other concerning behavior (through actions, current circumstances, or recent history) indicating the potential for self-injury should be placed on suicide precautions and observed at staggered intervals not to exceed every 15 minutes (e.g., 5, 10, 7 minutes).

THRESHOLDS are the expected level of performance (of aspects of mental health care) established by the quality improvement committee.

TRAINING. See Orientation.

**TREATMENT PLAN** is a series of written statements specifying a patient's particular course of therapy and the roles of qualified mental health professionals in carrying it out. Such a plan is individualized, may be multidisciplinary, and is based on an assessment of the patient's needs. It contains a statement of short- and long-term goals as well as the methods by which those goals will be pursued. This includes consideration of cultural and language differences.

**TRIAGE** is the sorting and classifying of inmates' mental health requests to determine priority of need and the proper place for mental health care to be rendered.

**VIOLENT BEHAVIOR** is defined as expressive violence initiated as a result of an interpersonal altercation where the goal is to injure the other person, or as instrumental violence where the goal is to get something from the person (usually the result of criminal intent).

**WRITTEN AGREEMENT** means a contract, letter of agreement, or memorandum of understanding between the facility and the hospital, clinic, or specialist for the care and treatment of patients.

**WRITTEN INFORMATION** may take the form of a facility handbook, a handout, or postings in inmate housing areas.

## INDEX

Access to care, **3**, 17, 73

Accreditation, xiii, 147

Activities of daily living (ADL), 21, 52, 53, 104, 105

Addiction medicine, 68

Administrative meetings and reports, **9**

Administrative review, 24, 111

Administrative staff, 7

Adolescent, 38, 87, 116

Adverse event/outcome, 18, 33, 34

Alcohol and other drugs, 77, 81, **113**, 114, 118

   See also *Detoxification*

   See also *Drug use/abuse*

   See also *Intoxication and withdrawal*

Appointments, 3, 83, 84, 89, 91, 93, 140

Autonomy, See *Clinical autonomy*

Basic mental health services, 17, **103**

Behavioral consultation, **115**

Biohazard, 52, 65

Certified Correctional Health Professional, 45, 151

Chemical dependency, 77

   See also *Alcohol and other drugs*

Chronically mentally ill, 21, 103, 105, 106

Clearance, 75, 76

Clinic space, equipment, and supplies, **65**, 84

Clinical autonomy, **7**, 8

Clinical encounter, 23, 83, 92, 113, 123

Clinical guidelines, 113

Clinical performance enhancement, 17, 43, 44

Clinical records, 45, 52, 65, 66, 77, 80, 86, 91, **123**-128, 135

   Confidentiality, **125**, 126

   Format and contents, 123

   Retention, 127, 128

   Transfer, 78, 127

   See also *Mental health information*

Clinical setting, 83, 84, 87

Communicable diseases, 31, 37

Complaints, See *Grievances*

Confidentiality, 22, 23, 45, 56, 65, 82, 84, 89, **125**

Consent, 37, 123, 135, 139

   See also *Informed consent*

   See also *Refusal of care*

Continuity of care, 17, 69, 78, **90**, 91, 124, 127

Continuous quality improvement (CQI), 8, **14**, 25, 26, 34, 47, 91, 119, 136

   Outcome study, 15

   Process study, 15

Controlled substances, 59, 60, 114

Credentials, 5, 7, 17, **41**-43

Critiques, 19

Custody information, 129

Custody staff, 7, 16, 21, 48, 87, 89, 91, 94, 106, 112, 116, 133

DEA, See *Controlled substances*

Death, 14, 18, **24**, 25, 111, 112, 143

   See also *Mortality*

Detoxification, 63, 80

Developmentally disabled, 21, 73

Diagnostic services, 3, **67**, 90, 117

Diet, 99, 107

Disability/disabled, 21, 80, 115

Disaster, See *Emergency*

Discharge, 90, 94, 106

Discharge planning, **93**, 94

DNA, 138

Documentation, 50, 80, 86, 92, 103, 107, 117, 124, 135, 139

Drug enforcement agency (DEA), See *Controlled substances*

Drug use/abuse, 75, 80, 81, 113, 138

   See also *Alcohol and other drugs*

Education/training of custody staff, 34, 35, **48**-50, 76, 77, 104, 106, 109, 110, 113, 125, 134

Education/training of inmates, 53, 64, 93, 94, **97**-99, 106, 108, 115, 116

Education/training of mental health staff, 16, 19, 20, 31, 34, 35, 37, **45**, 46, 50, 83, 109, 134, 138

   See also *Orientation for staff*

Elderly, 87, 115

A bold page number indicates the page on which a standard addressing the topic appears.

**MH-D-05**
*essential*

## INPATIENT PSYCHIATRIC CARE

### Standard

Inpatient psychiatric hospitalizations and *specialty care* are provided to patients in need of these services.

### Compliance Indicators

1. Evidence demonstrates there is appropriate access to inpatient psychiatric hospitalization and specialist care when necessary.
2. Off-site facilities or mental health professionals provide a summary of the treatment given and any follow-up instructions, including specific instructions about the signs, symptoms, or conditions that require return to the hospital; this information accompanies the inmate on return to the facility.
3. For on-site specialty services used regularly for mental health care, there are appropriate licenses and certifications.
4. All aspects of the standard are addressed by written policy and defined procedures.

### Definitions

*Specialty care* means specialist-provided mental health care (e.g., psychiatry, psychology, neurology, neuropsychology, and addiction medicine) provided at the facility, a specialty care clinic, or a specialist's office.

*Written agreement* means a contract, letter of agreement, or memorandum of understanding between the facility and the hospital, clinic, or specialist for the care and treatment of patients.

### Discussion

The intent of this standard is that inmates have access to necessary inpatient psychiatric hospitalization and specialty services. Clinical need dictates the time required to receive the ordered service; in general, waiting times should not exceed average waiting times in community practice.

Specialty services provided on-site are in keeping with the legal requirements of the jurisdiction. Where certification, registration, licensure, or other authorization are to reflect those of equivalent community services, documentation of compliance by the facility is required.

It is recommended to obtain a *written agreement* with each community hospital or off-site specialty service used regularly for mental health care that outlines the terms of care to be provided. To ensure continuity, the responsible mental health authority anticipates and resolves problems in advance of the delivery of specialty

care. The responsible mental health authority addresses issues such as the commitment of the hospital, clinic, or specialist to see inmates in its facility; general expectations regarding waiting times for appointments or admissions; specifics about what patient information is transferred between the responsible mental health authority and the specialist; and the conditions and terms of payment.

To facilitate appropriate continuity of care, a summary from off-site providers should include their assessment, testing, or treatment completed; diagnosis and/or findings; and recommended treatment plan, including prescribed medications, patient instructions, and follow-up. For more information, see MH-E-9 Continuity and Coordination of Mental Health Care During Incarceration.

The responsible mental health authority works with the facility authority regarding the procedures transporting personnel follow while escorting patients for specialty care (see MH-E-08 Patient Escort). The responsible mental health authority ensures that the patient is transferred to the hospital or clinic with a summary of the mental health record, and that a summary of the specialty care is received and filed in the patient's mental health record in the facility (see MH-H-01 Clinic Record Format and Contents).

**MH-G-03**
*essential*

## TREATMENT PLANS

### Standard

Mental health services are provided according to individual *treatment plans*.

### Compliance Indicators

1. An individual treatment plan directs the mental health services needed for every patient on the mental health caseload and includes the treatment goals and objectives.
2. The responsible mental health clinician provides periodic reviews of individual treatment plans.
3. Individual treatment planning is initiated when the individual enters into treatment with a qualified mental health professional. Development of the treatment plan is undertaken in collaboration with the inmate when feasible.
4. Although a specific form for the treatment plan is recommended, documentation may vary in format provided that the required content is addressed.
5. Mental health treatment plans include, at a minimum:
   a. Frequency of follow-up for evaluation and adjustment of treatment modalities
   b. Adjustment of psychotropic medications, if indicated
   c. Referrals for psychological testing, medical testing, and evaluation, including blood levels for medication monitoring as required
   d. When appropriate, instructions about diet, exercise, personal hygiene, and adaptation to the correctional environment
   e. Documentation of treatment goals and objectives, interventions necessary to achieve those goals, and notation of clinical progress
6. All aspects of the standard are addressed by written policy and defined procedures.

### Definition

A *treatment plan* is a series of written statements specifying a patient's particular course of therapy and the roles of qualified mental health professionals in carrying it out. Such a plan is individualized, may be multidisciplinary, and is based on an assessment of the patient's needs. It contains a statement of short- and long-term goals as well as the methods by which those goals will be pursued. This includes consideration of cultural and language differences.

### Discussion

The intent of this standard is that mental health patients receive care tailored to their individual needs. A treatment plan identifies mental health services that the

patient should participate in, for example, brief counseling, individual or group therapy, substance abuse treatment, or self-help groups. A treatment plan is formulated and recorded when an individual enters into treatment and is updated as the patient's clinical condition warrants.

Mental health professionals involve the patient in the development of the treatment plan. A treatment plan includes relapse prevention and risk management strategies. For example, it describes signs and symptoms associated with relapse (e.g., auditory hallucinations), how the patient has averted past crises, and what can be done to avert future events.

Mental health professionals develop an individual treatment plan for inmates who express suicidal ideation. The plan addresses relapse prevention and initiates a risk management protocol. The risk management protocol describes signs, symptoms, and the circumstances under which the risk for suicide is likely to recur, how recurrence of suicidal thoughts can be avoided, and actions the patient or staff can take if suicidal thoughts do occur.

Inmates with intellectual or developmental disabilities need individualized treatment plans that focus on assistance for health education, informed consent, special housing arrangements, and adjustment to the correctional environment.

Mental health professionals follow appropriate practice guidelines such as those from the American Psychiatric Association or the American Psychological Association.

Mental health professionals can use any format to write a treatment plan; however, printed forms are recommended since they facilitate developing a comprehensive plan that is easily identifiable. At a minimum, each plan should document subjective, objective, assessment, and plan (SOAP) notations.

For patients with co-occurring mental health and substance abuse disorders, integrated treatment planning to address both disorders and their impact on each other is recommended. For inmates whose behavior presents challenges to the usual interventions, it is recommended that an integrated, multidisciplinary team (including correctional staff) be used to develop treatment plans.

# EXHIBIT B



National Commission
on Correctional Health Care

# Standards for Health Services in Prisons

## 2018

# STANDARDS FOR HEALTH SERVICES IN PRISONS

## 2018

These standards represent the official position of the National Commission on Correctional Health Care with respect to requirements for health services in prisons. They do not necessarily represent the official position of NCCHC supporting organizations or individuals serving on the NCCHC Board of Directors.

National Commission on Correctional Health Care



National Commission on Correctional Health Care
1145 W. Diversey Parkway, Chicago, IL 60614
www.ncchc.org

ISBN 978-0-929561-21-9

© 2018 National Commission on Correctional Health Care

National Commission on Correctional Health Care

**P-F-03**
*essential*

## MENTAL HEALTH SERVICES

**Standard**

Mental health services are available for all inmates who require them.

**Compliance Indicators**

1. Patients' mental health needs are addressed on-site or by referral to appropriate alternative facilities.
2. Outpatient services include, at a minimum:
   a. Identification and referral of inmates with mental health needs
   b. Crisis intervention services
   c. Psychotropic medication management, when indicated
   d. Individual counseling
   e. Group counseling and/or psychosocial/psychoeducational programs
   f. Treatment documentation and follow-up
3. When commitment or transfer to an inpatient psychiatric setting is clinically indicated:
   a. Required procedures are followed
   b. The transfer occurs in a timely manner
   c. The patient is safely housed and adequately monitored until the transfer occurs
4. Outpatients receiving mental health services are seen as clinically indicated and as prescribed in their individual treatment plans.
5. Mental health, medical, and substance abuse services are sufficiently coordinated such that patient management is appropriately integrated, medical and mental health needs are met, and the impact of these conditions on each other is adequately addressed.
6. All aspects of the standard are addressed by written policy and defined procedures.

**Discussion**

The responsible health authority must ensure that inmates with mental health problems maintain their best level of functioning while in custody.

In the correctional setting, as in most other environments, the immediate objective of mental health treatment is to alleviate symptoms of mental disorders and prevent relapses in order to sustain patients' ability to function safely in their environment. Mental health treatment is more than prescribing psychotropic medications. Treatment goals include self-understanding, self-improvement, and development of skills to cope with and overcome disabilities associated with various mental disorders.

Acute mental health residential units, when provided on-site, should be consistent with their defined scope of care to provide for patients who are psychotic, mentally unstable, or suicidal. These residential units should have continuous (24 hours a day, 7 days a week) coverage by mental health staff; orientation and training for correctional officers assigned to the unit; daily (7 days a week) patient evaluation by mental health staff; programming or appropriate therapies, if indicated; individual treatment plans; and housing in a safe and therapeutic environment conducive to symptom stabilization and maintenance of good personal hygiene.

Crisis intervention and provision of psychotropic medications are expected for inmates with short lengths of stay and in facilities that transfer inmates with serious mental health problems to other facilities. Facilities housing significant numbers of mental health patients with longer lengths of stay are expected to offer more extensive mental health programming.

The use of an integrated and multidisciplinary team (including correctional staff) to develop treatment plans for inmates displaying manipulative behavior can be effective. These treatment plans may include behavioral contracts with the patient to reinforce positive behavior.

Health staff should obtain necessary records from community mental health clinicians for patients treated previously in the community.

Ideally, individual counseling, group counseling, self-help groups, residential programs, and clinical management are coordinated. In any event, policy and procedures define the roles of the treatment team and the health care team, as well as the areas of mutual interest and collaboration. Community self-help initiatives such as Alcoholics Anonymous and Narcotics Anonymous may be an appropriate supplement or alternative to counseling provided by staff.

For further guidance in providing services, see NCCHC's *Standards for Mental Health Services in Correctional Facilities* and *Psychiatric Services in Correctional Facilities* (American Psychiatric Association).

National Commission on Correctional Health Care

**MH-G-02**
*essential*

**MENTAL HEALTH PROGRAMS AND RESIDENTIAL UNITS**

### Standard

When offered on-site, *mental health programs* or *residential units* meet the serious mental health needs of patients.

### Compliance Indicators

1. Mental health programs without a residential component, when provided on-site, are approved by the responsible mental health clinician and have, at a minimum:
   a. Defined goals
   b. Mental health staff of sufficient numbers and kind in keeping with program purposes
   c. Individual treatment plans
   d. Protocols for patient follow-up at least every 60 days
2. *Acute mental health residential units*, when provided on-site, are consistent with their defined scope of care to provide for patients who are psychotic, clinically unstable, acutely suicidal, or at imminent risk of self-harm, and have, at a minimum:
   a. Continuous (24 hours per day, 7 days per week) coverage by mental health staff assigned to the unit
   b. Orientation and training for correctional officers assigned to the unit
   c. Daily (7 days per week) patient evaluation by mental health staff
   d. Programming or appropriate therapies, if indicated
   e. Individual treatment plans
   f. Housing in a *safe and therapeutic environment* conducive to symptom stabilization and maintenance of good personal hygiene
3. Nonacute mental health residential units, when provided on-site, have, at a minimum:
   a. A defined scope of care
   b. Either programming or appropriate therapies (or both) to meet the mental health needs of patients on the units
   c. Mental health staff of sufficient numbers and kind in keeping with the purpose of the unit
   d. Individual treatment plans
   e. Orientation and training for correctional officers
   f. A clean, *safe, therapeutic environment and milieu*, including facilities for maintaining good personal hygiene with guidance in the *activities of daily living*, if needed
4. All aspects of the standard are addressed by written policy and defined procedures.

## Definitions

*Mental health programs* are organized outpatient interventions, time-limited or ongoing, that include individual or group interventions for inmates regardless of their housing assignment.

*Mental health residential units* provide varying levels of care to meet the needs of the seriously mentally ill. These units can be of two types:
1. *Acute care residential units* are located in dedicated housing areas and offer stabilization and programming as indicated for those who are psychotic, clinically unstable (including acutely suicidal or at imminent risk of self-harm), or waiting for placement into an inpatient psychiatric setting. The goal of an around-the-clock acute care residential unit is to control psychotic symptoms, stabilize the patient, keep the patient safe, and improve activities of daily living.
2. *Nonacute care units* are short-term or permanent housing areas that provide services for those who are chronically mentally ill or experiencing situational stresses. Patients housed in such units typically require a lesser degree of mental health programming and supervision than acute care residential units. Examples of nonacute care units include transitional care units and step-down units.

The terms *safe and therapeutic environment,* as used in the acute care residential unit, and *safe, therapeutic environment and milieu,* as used in the nonacute care residential unit, are used to differentiate the expected degree of accommodation required in the usual correctional protocols and procedures so that incarceration itself does not negatively affect the mental health and functioning of patients. Such accommodations may include environmental enhancements such as paint colors or murals and areas for group interaction. *Milieu* refers to the nonverbal atmosphere in which social interaction takes place. Accommodations in this area may include the manner in which staff and patients greet each other or the use of a daily community meeting.

*Activities of daily living* generally refers to ambulation, bathing, dressing, feeding, and toileting. In the mental health field, guidance in accomplishing these tasks, rather than direct assistance, is sometimes required. In addition, decision making, keeping appointments, and social interaction are common issues encompassed in this term when working with the seriously and persistently mentally ill.

## Discussion

The intent of this standard is to establish the principles and practices for mental health programs and residential units offered in correctional facilities. It does not refer to inpatient psychiatric hospitalization, which is described elsewhere (see MH-D-05 Inpatient Psychiatric Care and MH-E-06 Emergency Services).

Mental health programs such as drug education, assertiveness training, stress management, and anger management offer education and therapeutic strategies to address behavior problems. These programs follow guidelines developed by qualified mental health professionals and may be conducted by specially trained mental health staff. Educational videotapes and other supplemental therapeutic materials are often used.

Acute care residential units are for inmates who pose a serious risk to themselves or others, but who are not in immediate need of inpatient hospitalization. Management of an acute care residential unit should incorporate the following:

1. Mental health staffing should be sufficient to enable each resident to have daily contact with a qualified mental health professional who orders needed therapeutic interventions, coordinates patient care, and recommends discharge from the unit.
2. The staffing plan should address the number of patients, the severity of their illnesses, and the number of mental health staff to manage the level of care for each.
3. When clinically indicated, psychotropic medications should be made available.
4. Patients should have increased monitoring and attention, individual and group therapies, and psychosocial activities. Their environment should be clean, safe, and adequate for their needs.
5. Custody staff should receive specialized training that includes de-escalation skills and treatment team participation.

Nonacute care residential units are short-term or permanent housing areas that provide mental health services for chronically mentally ill patients or for inmates experiencing situational stress. Management of a nonacute care residential unit should incorporate the following:

1. Patients should receive mental health programming and supervision, but to a lesser degree than in an acute care residential unit.
2. Mental health treatment staff should have weekly case conferences to review patient progress, coordinate services, and propose modifications in treatment strategy where necessary. This does not require that every patient be discussed every week but rather that conferences are held every week and that specific patients are discussed as clinically indicated.
3. Treatment goals should be documented and focused on reducing or stabilizing symptoms, attaining appropriate functioning, preventing relapse, and supporting patients in developing and pursuing their personal recovery plans.
4. Custody staff should receive special training so that they can be active contributors to the therapeutic goals of the unit.

Placement in and discharge from residential units of care should be based on the responsible mental health clinician's judgment or on the recommendation of a mental health treatment team.

# EXHIBIT C



1  KAMALA D. HARRIS
   Attorney General of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  GEORGE PRINCE
   Deputy Attorney General
4  State Bar No. 133877
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone: (415) 703-5749
6     Fax:  (415) 703-5480
      E-mail:  George.Prince@doj.ca.gov
7  *Attorneys for Defendants*

8  JOCELYN SAMUELS
   Acting Assistant Attorney General
9  JONATHAN M. SMITH (DC Bar No. 396578)
   Chief, Special Litigation Section
10 BENJAMIN O. TAYLOE JR (DC Bar No. 422910)
   Deputy Chief, Special Litigation Section
11 WILLIAM G. MADDOX (DC Bar No. 421564)
   U.S. Department of Justice, Civil Rights Division
12    950 Pennsylvania Avenue, N.W.
      Washington, DC  20530
13    (202) 514-6255
   william.maddox@usdoj.gov
14
15 ANDRÉ  BIROTTE JR.
   United States Attorney for the Central District of
   California
16 TERRENCE M. JONES  (Cal. Bar No. 256603)
   Assistant United States Attorney
17    300 N. Los Angeles St., Rm. 7516
      Los Angeles, CA 90012
18    (213) 894-2879
   terrence.jones@usdoj.gov
19 *Attorneys for the United States*

20             FOR THE CENTRAL DISTRICT OF CALIFORNIA

21                       WESTERN DIVISION

22

23 | | |
   |---|---|
24 | **United States of America,** | Case No.:  CV06-2667 GPS (Ex) |
25 | Plaintiff, | **Order Dissolving the Amended Consent Judgment and Dismissing the Underlying Action with Prejudice** |
26 | **v.** | |
27 | **State of California, et al.,** | Hon. Audrey B. Collins |
28 | Defendants. | United States District Judge |

                                           (Test Case Number)

ORDER

The Court affirms that the Court's Monitor in this action, Mohammed El-Sabaawi, M.D., has found Napa State Hospital to be in substantial compliance with § I.H of the Amended Consent Judgment in this action, thus fulfilling the requirement of the Court's Order of October 10, 2012 that Napa "maintain substantial compliance with § I.H for at least two Monitor evaluations." (ECF No. 298 at 3: 7.)

For that reason, and on the basis that defendants have previously been found to be in compliance with all other compliance provisions of the Amended Consent Judgment of February 27, 2007 and the Consent Judgment of May 15, 2006, that preceded the Amended Consent Judgment, the Amended Consent Judgment is hereby dissolved and this action dismissed, with prejudice.

IT IS SO ORDERED.

Dated:  10/3/13

Hon. ~~Audrey B. Collins~~                     f
United States District Judge
United States District Court,
Central District, California

2