# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Ralph Coleman, et al. v. Gavin Newsom, et al.** | No. | **2:90-CV-00520- KJM-DB** |

I hereby certify that on May 5, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO REJECT DEFENDANTS' PLAN TO PROVIDE MINIMUM TREATMENT STANDARDS FOR PSYCHIATRIC INPATIENT PROGRAMS**

**DECLARATION OF AMAR MEHTA, M.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REJECT DEFENDANTS' PLAN TO PROVIDE MINIMUM TREATMENT STANDARDS FOR PSYCHIATRIC INPATIENT PROGRAMS**

**DECLARATION OF JOSEPH PENN MD IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO REJECT DEFENDANTS' PLAN TO PROVIDE MINIMUM TREATMENT STANDARDS FOR PSYCHIATRIC INPATIENT PROGRAMS**

**DECLARATION OF NAMRATA KOTWANI IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO REJECT DEFENDANTS' PLAN TO PROVIDE MINIMUM TREATMENT STANDARDS FOR PSYCHIATRIC INPATIENT PROGRAMS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 5, 2023, at Los Angeles, California.

| | |
|---|---|
| V. Thompson | /s/ *V. Thompson* |
| Declarant | Signature |

CF1997CS0003