# DECLARATION OF SERVICE BY E-MAIL and U.S. MAIL

Case Name:   **Coleman v. Newsom, et al.,**
No.:         **2:90-cv-00520 KJM-DB (PC)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **May 8, 2023,** I served the following documents, by transmitting true copies via **electronic mail**.

1. **Defendants' Memorandum In Opposition To Plaintiffs' Motion To Reject Defendants' Plan To Recruit And Retain Psychiatric Inpatient Program Staff and supporting declarations, ECF No. 7827 and 7827-1 through 7827-4,**

2. **Defendants' Memorandum In Opposition To Plaintiffs' Motion To Reject Defendants' Plan To Provide Minimum Treatment Standards For Psychiatric Inpatient Programs and supporting declarations, ECF Nos. 7828 and 7828-1 through 7828-4,**

|                  |                      |
|:----------------:|:--------------------:|
| K. Jeffers       | */s/ K. Jeffers*     |
| Declarant        | Signature            |

In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

**Kerry K. Dean, Deputy Chief**
**United States Department of Justice**
**Civil Rights Division**
**Special Litigation Section**
**950 Pennsylvania Avenue, N.W.**
**Washington, D.C. 20530**
**E-mail Address**: kerry.k.dean@usdoj.gov

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **May 8, 2023**, at Sacramento, California.

|                     |                           |
|:-------------------:|:-------------------------:|
| J. Ramire-Gracia    | */s/ J. Ramirez-Gracia*   |
| Declarant           | Signature                 |

CF1997CS0003
37151711.docz