Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:  925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 12, 2023 ORDER REGARDING THE SPECIAL MASTER'S REPORT AND RECOMMENDATION ON A FINAL PROPOSED TELEPSYCHIATRY POLICY** <br><br> Judge:   Hon. Kimberly J. Mueller |

On April 12, 2023, the Court entered an Order adopting the Special Master's Report and Recommendation on a Final Proposed Telepsychiatry Policy (hereafter, "April 12, 2023 Order"). ECF No. 7807. In reaching this decision, the Court refused to consider the substantive merits of Defendants' proposed final telepsychiatry policy and their objections to the Special Master's recommendation, and instead rejected said matters on procedural grounds – finding that Defendants should have filed a motion for modification instead. Defendants contend that this was an error.

As set forth in the Motion for Reconsideration, filed herewith, Defendants properly followed the stipulated procedure for proposing alterations to the Provisionally Approved Telepsychiatry Policy, which expressly provided the parties with the opportunity to meet and confer, propose alterations to the policy, and to submit their respective positions to the Special Master for review. ECF No. 6539. Further, in its March 27, 2020 order, the Court also ruled that the Provisionally Approved Telepsychiatry Policy "replaces all previous policies concerning CDCR's use of telepsychiatry and that it will be CDCR's operative telepsychiatry policy during the provisional period, unless and until otherwise modified upon the agreement of the parties and the Special Master." ECF No. 6539. In effect, the March 27, 2020 order superseded the Court's prior orders on this subject, dated October 10, 2017 and July 3, 2018.

A district court has the discretion and inherent authority to reconsider its prior orders. *Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993); *Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 817 (1988); FRCP 54(b). Further, the grounds for bringing such a motion are broad. Civil Local Rule 230(j)(3). Accordingly, in the attached Motion, Defendants are requesting that the Court reconsider its April 12, 2023 Order on the grounds that the Court's conclusion to reject Defendants' proposed final policy and objections to the Special Master's recommendation was made on erroneous grounds. The Court should have reviewed the substantive merits of these matters. Defendants therefore seek leave, consistent with the Court's December 24, 2020 Order, to file a motion for reconsideration.

Defendants notified Plaintiffs' counsel and the Special Master of their intent to seek reconsideration of the Court's April 12, 2023 order. The parties met and conferred on May 9, 2023, but were unable to resolve Defendants' concerns.

**CERTIFICATION**

In preparing this request, Defendants' counsel reviewed the following Court orders relevant to the issues in this filing, ECF Nos.: 5711, 5850, 6539, 6874, 7003, 7611, 7807.

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: May 9, 2023 | HANSON BRIDGETT LLP |
| | By: */s/ Samantha D. Wolff*<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>Attorneys for Defendants |
| DATED: May 9, 2023 | Rob Bonta<br>Attorney General of California<br><br>*/s/ Damon McClain*<br>Damon McClain<br>Supervising Deputy Attorney General<br>Attorneys for Defendants |