Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone: 925-746-8460
Facsimile: 925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Judge: Hon. Kimberly J. Mueller |

On May 9, 2023, Defendants filed a request for leave to file a Motion for Reconsideration of the Court's April 12, 2023 Order Regarding the Special Master's Report and Recommendation on a Final Proposed Telepsychiatry Policy (Motion for Reconsideration).

Good cause appearing, Defendants' request is granted and Defendants' Motion for Reconsideration, filed as an attachment to Defendants' request for leave, is deemed filed as of May 9, 2023.

IT IS SO ORDERED.

DATED: May ____, 2023

                                                     Kimberly J. Mueller
                                                     Chief United States District Judge