Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:    925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **DECLARATION OF SAMANTHA WOLFF IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 12, 2023 ORDER REGARDING THE SPECIAL MASTER'S REPORT AND RECOMMENDATION ON A FINAL PROPOSED TELEPSYCHIATRY POLICY** <br><br> Judge:   Hon. Kimberly J. Mueller |

I, Samantha D. Wolff, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hanson Bridgett LLP, attorneys of record for Defendants. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On May 8, 2023, I emailed Plaintiffs' counsel, as well as Special Master Lopes and

1  Deputy Special Master Kerry Walsh, to advise them of Defendants' intention to seek leave to file
2  a motion for reconsideration of the April 12, 2023 Order.  In this email, I also indicated Defense
3  counsel's availability to meet and confer on this issue if desired by either Plaintiffs' counsel or the
4  Special Master's team.  On May 9, 2023, Ernest Galvan, counsel for Plaintiffs, responded with his
5  availability to meet and confer.  Counsel for the parties then met and conferred via
6  videoconference on May 9, 2023.  Deputy Special Master Walsh also attended the meet and confer
7  discussion.  A true and correct copy of the email string between myself and Plaintiffs' counsel is
8  attached as **Exhibit A**.

9      3.    The parties were unable to resolve Defendants' concerns, and so Defendants
10  proceeded with filing their request for leave to file a motion for reconsideration.

11      I declare under penalty of perjury under the laws of the United States of America that the
12  foregoing is true and correct.

13      Executed on this 8th day of May, 2023, at Lafayette, California.

15                                             */s/ Samantha Wolff*
                                              Samantha D. Wolff

# Exhibit A

# Samantha Wolff

| | |
|---|---|
| **From:** | Samantha Wolff |
| **Sent:** | Tuesday, May 9, 2023 8:58 AM |
| **To:** | Ernest Galvan; Lisa Ells; Cara Trapani |
| **Cc:** | Matt Lopes; Kerry F. Walsh; Paul B. Mello; v_Damon.McClain@doj.ca.gov; v_Elise.Thorn@doj.ca.gov; v_Namrata.Kotwani@doj.ca.gov; Kaylen Kadotani; David C. Casarrubias |
| **Subject:** | RE: Coleman - Request for leave to seek reconsideration |

Thanks Ernie.  I will send a calendar invite momentarily and those who are available can join in.

Sam

**From:** Ernest Galvan <EGalvan@rbgg.com>
**Sent:** Tuesday, May 9, 2023 8:20 AM
**To:** Samantha Wolff <SWolff@hansonbridgett.com>; Lisa Ells <LElls@rbgg.com>; Cara Trapani <CTrapani@rbgg.com>
**Cc:** Matt Lopes <mlopes@pldolaw.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Paul B. Mello <Pmello@hansonbridgett.com>; v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; v_Elise.Thorn@doj.ca.gov <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>
**Subject:** [EXTERNAL] Re: Coleman - Request for leave to seek reconsideration

**EXTERNAL:** Use caution when opening attachments, links or responding to this e-mail.

That works.

Obtener Outlook para iOS

**De:** Samantha Wolff <SWolff@hansonbridgett.com>
**Enviado:** Tuesday, May 9, 2023 8:04:10 AM
**Para:** Ernest Galvan <EGalvan@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Cara Trapani <CTrapani@rbgg.com>
**Cc:** Matt Lopes <mlopes@pldolaw.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Paul B. Mello <Pmello@hansonbridgett.com>; v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>
**Asunto:** RE: Coleman - Request for leave to seek reconsideration

[EXTERNAL MESSAGE NOTICE]

How does 11:30 work?

**From:** Ernest Galvan <EGalvan@rbgg.com>
**Sent:** Tuesday, May 9, 2023 7:45 AM
**To:** Samantha Wolff <SWolff@hansonbridgett.com>; Lisa Ells <LElls@rbgg.com>; Cara Trapani <CTrapani@rbgg.com>
**Cc:** Matt Lopes <mlopes@pldolaw.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Paul B. Mello <Pmello@hansonbridgett.com>; v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; v_Elise.Thorn@doj.ca.gov <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>
**Subject:** [EXTERNAL] Re: Coleman - Request for leave to seek reconsideration

**EXTERNAL:** Use caution when opening attachments, links or responding to this e-mail.

I am available to confer after 10 am today.

Obtener Outlook para iOS

**De:** Samantha Wolff <SWolff@hansonbridgett.com>
**Enviado:** Monday, May 8, 2023 12:01:09 PM
**Para:** Lisa Ells <LElls@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Cara Trapani <CTrapani@rbgg.com>
**Cc:** Matt Lopes <mlopes@pldolaw.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Paul B. Mello <Pmello@hansonbridgett.com>; v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>
**Asunto:** Coleman - Request for leave to seek reconsideration

[EXTERNAL MESSAGE NOTICE]

Hello,

We write to let you know that Defendants will request leave to file a motion for reconsideration of the Court's April 12 order (adopting the Special Master's Report and Recommendation on a Final Proposed Telepsychiatry Policy) – ECF 7807. This request is based upon the fact that Defendants utilized the stipulated process for proposing Defendants' final telepsychiatry policy and objecting to the Special Master's report and recommendation, but the Court refused to entertain Defendants' policy changes based on its mistaken belief that they were outside the process. We believe this is clear error. (We intend to also note in our request that Defendants do not seek reconsideration of the proposed changes to the policy pertaining to work from home to the extent the court approves the parties' stipulation.)

Please let us know if you would like to meet and confer to discuss this further, though we do not believe additional discussion between the parties would resolve this concern. We intend to file the motion tomorrow, 5/9, though we could be available today or early in the day tomorrow to meet and confer if need be.

Thanks,
Sam

**Samantha Wolff**
**Partner**
Hanson Bridgett LLP
(415) 995-5020 Direct
(415) 995-3547 Fax
swolff@hansonbridgett.com





This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

3

Case 2:90-cv-00520-KJM-SCR     Document 7831-3     Filed 05/09/23     Page 6 of 6