No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

              Plaintiffs-Appellees,

    v.

**GAVIN NEWSOM, et al.,**

             Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:90-cv-00520 KJM-DB (PC)
The Honorable Kimberly J. Mueller, Judge

**REPRESENTATION STATEMENT**

                                                          ROB BONTA, State Bar No. 202668
                                                          Attorney General of California
                                                          MONICA N. ANDERSON, State Bar No. 182790
                                                          Senior Assistant Attorney General
                                                          DAMON MCCLAIN, State Bar No. 220909
                                                          Supervising Deputy Attorneys General
                                                         ELISE OWENS THORN, State Bar No.145931
                                                         Deputy Attorney General
                                                            1300 I Street, Suite 125
                                                           P.O. Box 944255
                                                          Sacramento, CA 94244-2550
                                                          Telephone: (916) 210-7 318
                                                          Fax: (916) 324-5205
                                                          E-mail: Elise.Thorn@doj.ca.gov
                                                     *Attorneys for Defendants-Appellants*

The undersigned represent the State Defendants-Appellants in this case—including Gavin Newsom, Governor of the State of California; Jeff Macomber, Secretary of the California Department of Corrections and Rehabilitation; Joe Stephenshaw, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation. Attached is a service list that shows the other parties that are directly interested in this appeal, along with their lead counsels' names, firms, addresses, telephone numbers, and email addresses. The party listing in the district court's docket includes numerous associated counsel for many parties, as well as additional intervenors, "interested parties," amici curiae, and "miscellaneous" individuals who are not included on the attached service list.

Date: May 11, 2023              Respectfully submitted,

                                                                                                            ROB BONTA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON MCCLAIN
Supervising Deputy Attorney General


**/s/ *Elise Owens Thorn***
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants-Appellants*

HANSON BRIDGETT LLP

**/s/ *Samantha D. Wolff***
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
DAVID C. CASARRUBIAS
*Attorneys for Defendants-Appellants*

2

*Service List*

| | |
|---|---|
| Michael Bien<br>Email: MBien@rbgg.com<br>Lisa Ells<br>Email: lells@rbgg.com<br>Rosen Bien Galvan & Grunfeld, LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>*Attorneys for Plaintiffs* | Donald Specter<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: dspecter@prisonlaw.com<br>*Attorneys for Plaintiffs* |
| Matthew A. Lopes, Jr.<br>Pannone Lopes & Devereaux LLC<br>1301 Atwood Avenue, Suite 215 N<br>Providence, RI 02919<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldw.com<br>*Special Master* | Paul B. Mello<br>Samantha D. Wolff<br>Laurel E. O'Connor<br>David C. Casarrubias<br>Hanson Bridgett LLP<br>1676 N. California Boulevard, Suite 620<br>Walnut Creek, CA 94596<br>Telephone: (925) 746-8460<br>Fax: (925) 746-8490<br>E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

3

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

                Plaintiffs-Appellees,

     v.

**GAVIN NEWSOM, et al.,**

                Defendants-Appellants.

## STATEMENT OF RELATED CASES

To the best of our knowledge, there are no related cases.

Date: May 11, 2023           Respectfully submitted,

                                            ROB BONTA STATE BAR NO. 202668
                                            Attorney General of California
                                            MONICA N. ANDERSON
                                            Senior Assistant Attorney General
                                            DAMON MCCLAIN
                                            Supervising Deputy Attorney General

                                            **_/s/ Elise Owens Thorn_**
                                            ELISE OWENS THORN
                                            Deputy Attorney General
                                            *Attorneys for Defendants-Appellants*

                                            HANSON BRIDGETT LLP

                                            **/s/ _Samantha D. Wolff_**
                                            PAUL B. MELLO
                                            SAMANTHA D. WOLFF
                                            LAUREL E. O'CONNOR
                                            DAVID C. CASARRUBIAS
                                            *Attorneys for Defendants-Appellants*