**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**TO:**        **CLERK, U.S. COURT OF APPEALS**

**FROM:**      **CLERK, U.S. DISTRICT COURT**

**SUBJECT:**   **NEW APPEALS DOCKETING INFORMATION**

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:90−CV−00520−KJM−DB** |
| USDC Judge: | **CHIEF DISTRICT JUDGE KIMBERLY J. MUELLER** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **RALPH COLEMAN vs. J. CLARK KELSO** |
| Type: | **CIVIL** |
| Complaint Filed: | **4/23/1990** |
| Appealed Order/Judgment Filed: | **4/12/2023** |
| Court Reporter Information: | **Jennifer Coulthard, Kimberly Bennett, Rachel Alvarez** |

FEE INFORMATION

**Fee Status: Paid on 5/11/2023 in the amount of $505.00**

Information prepared by: /s/  **K. Yin , Deputy Clerk**