DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-LEVEL DATA DISPUTES**<br><br>Judge: Hon. Kimberly J. Mueller |

On April 10, 2023, Defendants filed objections to the Special Master's March 9, 2023 Report and Recommendations Regarding Third-Level Data Remediation Disputes (ECF No. 7755 or "Third-Level Data Report"). *See* ECF No. 7805. Plaintiffs requested, and the Court granted, leave to respond to Defendants' objections by April 24, 2023. *See* Apr. 17, 2023 Minute Order, ECF No. 7810. The Court required Plaintiffs to update the Court on whether any of the compromises Defendants proposed in their objections "suggest a resolution of outstanding disputes acceptable to Plaintiffs and that meets with the approval of the Special Master." *Id.* In light of the Court's Order, the parties agreed to meet with the Special Master team to discuss whether any of the identified disputes could be narrowed based on Defendants' proposed compromises. *See* ECF No. 7820 at 2. The parties stipulated, and the Court ordered, a seven-day extension for Plaintiffs to respond to Defendants' objections until May 1, 2023. *See* Apr. 24, 2023 Minute Order, ECF No. 7821. Plaintiffs filed their response on May 1, 2023. *See* ECF No. 7825.

The parties met and conferred on April 27, 2023 and reached agreement on two of the four third-level data disputes before the Court, specifically the disputes pertaining to the "IDTT Staffing" indicator (patient attendance and psychiatric nurse practitioner (PNP) attendance). This stipulation memorializes the parties' agreements, which the Special Master has approved. The parties request that the Court approve these compromises.

**I.     IDTT STAFFING – PATIENT ATTENDANCE**

The parties agree that rather than modifying the existing IDTT Staffing indicator to measure patient attendance, Defendants will create a new indicator measuring whether patients are attending their IDTTs. The details and methodology of that indicator will be negotiated between the stakeholders during the data remediation process. Defendants commit to start creating the documentation for this new indicator as soon as the documentation stage is complete for the other provisionally approved indicators, and will work with Plaintiffs and the Special Master to complete the IDTT Patient Attendance indicator through the normal data remediation processes. The Special Master approved this compromise.

## II. IDTT STAFFING – PSYCHIATRY NURSE PRACTITIONER (PNP) PARTICIPATION

The parties agree that Defendants will revise the existing IDTT Staffing indicator methodology to count an IDTT as noncompliant if a PNP attends an IDTT for any patient above the CCCMS level of care.[1]  The Special Master approved this compromise.

**IT IS SO STIPULATED.**

DATED: May 16, 2023                    Respectfully submitted,

                                       ROSEN BIEN GALVAN & GRUNFELD LLP

                                       By: */s/ Cara E. Trapani*
                                              Cara E. Trapani

                                       Attorneys for Plaintiffs

DATED: May 16, 2023                    ROB BONTA
                                       Attorney General of California
                                       DAMON MCCLAIN
                                       Supervising Deputy Attorney General

                                       By:      */s/ Namrata Kotwani*
                                              NAMRATA KOTWANI
                                              Deputy Attorney General
                                              *Attorneys for Defendants*

---

[1] Although not central to resolving the dispute, Defendants are exploring the creation of a separate unusual events flag to measure when a PNP attends IDTTs at the EOP or higher levels of care.  This indicator would not be developed until after the end of data remediation.

DATED: May 16, 2023                           HANSON BRIDGETT LLP

By: _____/s/ Samantha Wolff_____
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants

## ORDER

Having reviewed this parties' stipulation, and good cause appearing, the Court approves the parties' agreements regarding the IDTT Staffing – Patient Attendance dispute, and the IDTT Staffing – Psychiatric Nurse Practitioner (PNP) Participation dispute. Accordingly, the Court deems these two disputes resolved.

**IT IS SO ORDERED.**

DATED: _____, 2023
_____
Honorable Kimberly J. Mueller
United States District Judge