DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,

    v.

GAVIN NEWSOM, et al.,

      Defendants.

Case No. 2:90-CV-00520-KJM-DB

**DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO REJECT DEFENDANTS' PLAN TO RECRUIT AND RETAIN PSYCHIATRIC INPATIENT PROGRAM STAFF (ECF NO. 7787) AS NON-COMPLIANT WITH COURT'S ORDERS**

Judge: Hon. Kimberly J. Mueller

[4293524.1]

I, Lisa Ells, declare:

1.    I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration based in support of Plaintiffs' Reply in Support of Motion to Reject Defendants' Plan to Recruit and Retain Psychiatric Inpatient Program Staff (ECF No. 7787) as Non-Compliant with Court's Orders.

2.    On April 21, 2022, CDCR announced via an email from its counsel, Melissa Bentz, to the Special Master and Plaintiffs' counsel certain compensation increases intended to address the PIP staffing shortage.

3.    On May 6, 2022, Cara Trapani, an attorney in my office who is also counsel for Plaintiffs, sent a letter to Defendants requesting additional information about the April 21 compensation increases, including how they compared to compensation in the community.  A true and correct copy of Ms. Trapani's letter, which includes as an exhibit Ms. Bentz's April 21 email referenced above, is attached hereto as **Exhibit A.**

4.    On May 19, 2022, I attended a meeting with Defendants and members of the Special Master team at which Ms. Bentz's April 21 email and Ms. Trapani's May 6 letter were discussed.  At that meeting, counsel for CDCR reported that they did not have the information necessary to address Plaintiffs' questions regarding how the newly announced compensation measures compared to pay in the community.

5.    On July 7, 2022, Ms. Trapani sent Ms. Bentz an email following up on Plaintiffs' request for additional information regarding how the April 21 compensation measures compared to the community, and on July 15, 2022, Ms. Bentz responded that she still did not have the information necessary to address Plaintiffs' question, but would continue to seek the information.  A true and correct copy of the email string containing Ms. Trapani's July 7 request and Ms. Bentz's July 15 response is attached hereto as **Exhibit B**.

6.    On May 12, 2023, I emailed CDCR's counsel requesting additional

1  information on the 2023 hiring gains discussed in Defendants' opposition to the pending

2  motion, as well as the April 2023 registry increases referenced in that brief and

3  Ms. Ponciano's related declaration, which were not part of Defendants' Plan and had not

4  previously been announced to Plaintiffs or the Special Master.

5      7.    On May 15, 2023, Ms. Bentz responded to my email providing further

6  information on both topics. A true and correct copy of the email string containing my

7  May 12 request and Ms. Bentz's May 15 response is attached hereto as **Exhibit C**.

8      8.    With her May 15, 2023 email, Ms. Bentz attached a report entitled "Mental

9  Health PIP Trending Report Jan 2022 – Apr 2023." A true and correct copy of that report

10 is attached hereto as **Exhibit D**.

11     9.    Also with her May 15, 2023 email, Ms. Bentz attached a report entitled

12 "CCHCS Hiring Events 5.5.2023." A true and correct copy of that report is attached

13 hereto as **Exhibit E**.

14     I declare under penalty of perjury under the laws of the State of California that the

15 foregoing is true and correct, and that this declaration is executed at San Francisco,

16 California this 16th day of May, 2023.

17

18                                     _____

19                                     Lisa Ells

20

21

22

23

24

25

26

27

28

[4293524.1]

2

DECL. OF LISA ELLS ISO PLS' REPLY ISO MOTION TO REJECT DEFS' PLAN TO RECRUIT AND RETAIN
PIP STAFF (ECF NO. 7787) AS NON-COMPLIANT WITH COURT'S ORDERS

# Exhibit A



**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**

101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Cara E. Trapani
Email: CTrapani@rbgg.com

May 6, 2022

<u>VIA ELECTRONIC MAIL ONLY</u>

Melissa Bentz
Office of Legal Affairs
California Department of Corrections and
Rehabilitation
melissa.bentz@cdcr.ca.gov

> Re:  *Coleman v. Newsom*: Plaintiffs' Questions Re: CDCR Plan to Implement
> PIP Pay Differential, Expand Bonuses, and Increase Registry Rates
> <u>Our File No. 0489-03</u>

Dear Melissa:

We write in response to your April 21, 2022 email, attached hereto as **Exhibit A**, in which you describe three proposals to increase compensation for CDCR clinical staff:

1. First, CDCR will implement a 15% pay differential for mental health staff in the Psychiatric Inpatient Units (PIPs) effective May 1, 2022, subject to union negotiations.

2. Second, CDCR will expand the on-site civil service psychiatrist retention bonus to civil service psychologists, expand the bonuses to all institutions, increase the number of allowable bonuses to $5,000, and expand the bonus timeframes to allow them at 3, 6, 9, 12, 24, 60, and 84 months. This plan was also set to go into effect on May 1, 2022, subject to union negotiations.

3. Third, CDCR entered into a new registry contract that was scheduled to go into effect on May 1, 2022. The new contract increases the contract rates for registry psychologists, social workers, and recreational/rehabilitation therapists at every tier. The rate for registry psychiatrists is unchanged. And the rates for psychiatric nurse practitioners go down in tier 1, but increase in tiers 2 and 3.

Melissa Bentz
May 6, 2022
Page 2

      We share CDCR's hope that implementing these proposals will help increase mental health staffing in the PIPs and elsewhere.  However, we have several questions about the proposals, detailed below.  We appreciate your anticipated prompt response.

1.     Did the three proposals go into effect as anticipated on May 1, 2022?  What changes, if any, resulted from the union negotiations?

2.     We understand the second proposal to mean that all civil service psychologists *and* all civil service psychiatrists at *all* institutions are eligible to receive a total bonus of $20,000 if they stay for one year, then another $5,000 bonus at the end of two, five, and seven years, respectively.  Is this correct?  Is the amount of each bonus discretionary (up to $5,000), or guaranteed to be $5,000 each time?

3.     Will the bonuses only be available to new hires, or will they also apply to current employees?

4.     By expanding bonuses to all institutions, does the new bonus structure eliminate any existing preferential bonuses for specific institutions, such as hard to hire locations?  If so, please provide details on what institutions will lose their enhanced bonuses.

5.     Is CDCR concerned that psychiatrists at institutions that had received additional bonuses will leave for other institutions now that the bonuses are equal everywhere?  Is CDCR aware of any such moves to date?  How will CDCR handle that, if it does occur?

6.     Did CDCR consider expanding bonuses to licensed clinical social workers (LCSWs)?  What was the rationale for not including them?

7.     How many LCSWs have left state service in the last year?  Has CDCR conducted exit surveys or interviews with those who have?  If so, was compensation cited as a factor?[1]

8.     Does CDCR's new bonus structure make CDCR's compensation for psychologists and psychiatrists competitive with rates in the community?

---

[1] A review of the *Coleman* monthly data shows that LCSW vacancy rates have increased dramatically in the last year.  After years of essentially full staffing, LCSW vacancies jumped from zero to approximately 13% in the span of a single year, from February 2021 to February 2022 (the most recent data provided).

Melissa Bentz
May 6, 2022
Page 3

9.    Is our understanding correct that the rates in the table titled "New Contract Tiers: 21-00147" specify the amount of money paid to the company that provides the worker? What is the rate that the worker actually receives under each tier for each category of clinician (are we correct that the "overhead rates" noted in the footnotes to the table indicate the amounts that the registry company takes off the top of each hourly rate)? Do the registry contracts specify a minimum amount per hour that must be paid to the clinician? If no, please explain. If yes, what are those amounts?

10.    How do the rates under the new registry contract compare to registry rates in the community?

11.    Who determines what tier a registry clinician is in? How is the determination made?

12.    Does CDCR anticipate the 15% pay differential for PIPs will result in EOP/ CCCMS/MHCB staff leaving their programs to work in the PIPs? Is CDCR aware of any such moves to date? How will CDCR handle that, if it does occur?

13.    Do the three proposals make CDCR's compensation significantly higher than the rates provided at DSH for clinicians treating *Coleman* patients? *See* June 28, 2007 Order, ECF No. 2301 (mandating pay parity between CDCR and DSH clinicians); *see also* Special Master's Labor Economist Report, ECF 6695 at 11 (finding "CDCR and the DSH defendants share[] the same labor market, and [have been] known to compete for psychiatrists" over the history of this case). If so, please provide details on Defendants' plan to achieve pay parity between CDCR and DSH clinicians.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Melissa Bentz
May 6, 2022
Page 4

14.      We understand from the recent 29th Round CMC Exit Call that providers in the
         "PIP Flex" unit believed they were not going to receive the 15% pay differential
         for mental health staff in the Psychiatric Inpatient Units (PIPs).  Is that correct?
         Will the increases apply to staff in any MHCB units where flex beds may be
         expanded under the pending draft statewide Flex Bed policy?  Why or why not?

                                        Sincerely,

                                        ROSEN BIEN
                                        GALVAN & GRUNFELD LLP

                                        */s/ Cara E. Trapani*

                               By:   Cara E. Trapani

CET:cg
cc:  *Coleman* Co-counsel          Adriano Hrvatin          Carrie Stafford
     *Coleman* Special Master Team  Paul Mello               Sundeep Thind
     Elise Thorn                    Samantha Wolff           Antonina Raddatz
     Namrata Kotwani                Nick Weber               Christine Ciccotti
     Damon McClain                  Dillon Hockerson         Kristopher Kent

# Exhibit A

From:     Melissa Bentz
To:       Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Coleman Team - RBG Only; Steve Fama
Cc:       Paul B. Mello; Sam Wolff (swolff@hansonbridgett.com); Elise Thorn; Damon McClain; Namrata Kotwani; Neill, Jennifer@CDCR; Nick Weber; Hockerson, Dillon@CDCR; Thind, Sundeep@CDCR
Subject:  Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates
Date:     Thursday, April 21, 2022 7:00:31 PM

[EXTERNAL MESSAGE NOTICE]

Special Master Lopes and Plaintiffs' counsel,

CDCR has been working diligently to improve mental health staffing at our institutions. As part of this effort, CDCR recently noticed the unions about a 15% pay differential for civil service psychologists, social workers, psychiatrists, psychiatric technicians, and rehabilitation/recreation therapists physically working in one of CDCR's five Psychiatric Inpatient Programs (PIPs). The proposal also expands the previously established on-site civil service psychiatrist retention bonuses at to civil service psychologists, expands the bonuses to all institutions, and expands the number of allowable $5,000 bonuses. Previously, a $5,000 bonus was available after completion of 6, 24, 60, and 84 months of state service. The new proposal would allow bonuses at 3, 6, 9, 12, 24, 60, and 84 months. CDCR proposed an effective date of May 1, 2022 for both proposals. However, that date is contingent upon the completion of union negotiations and is thus subject to change.

In addition to the pay differential in the PIPs and the expansion of bonuses, CDCR has also entered into a new contract for registry psychiatrists, psychologists, psychiatric nurse practitioners, social workers, and recreational/rehabilitation therapists. Below is a chart comparing the current contract rates with the new contract rates. The new registry contract will go into effect on May 1, 2022.

| Old Contract Tiers: 16-00467[1] | | | | | | New Contract Tiers: 21-00147[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tiers | PSYT | PSYL | PNP | LCSW | RT | Tiers | PSYT | PSYL | PNP | LCSW | RT |
| Tier 1 | $ 265.00 | $ 90.00 | $ 136.00 | $ 64.00 | $ 57.00 | Tier 1 | $ 265.00 | $ 140.00 | $ 128.00 | $ 103.00 | $ 92.00 |
| Tier 2 | $ 285.00 | $ 100.00 | N/A | $ 73.00 | $ 79.00 | Tier 2 | $ 285.00 | $ 153.00 | $ 136.00 | $ 113.00 | $ 100.00 |
| Tier 3 | $ 316.00 | $ 120.00 | N/A | $ 86.00 | N/A | Tier 3 | $ 316.00 | $ 168.00 | $ 141.00 | $ 128.00 | $ 115.00 |
| Tier 4 | $ 340.00 | $ 140.00 | | | | Tier 4 | $ 340.00 | $ 193.00 | | | |
| Tier 5 | $ 365.00 | $ 155.00 | | | | Tier 5 | $ 365.00 | $ 200.00 | | | |
| Tier 6 | $ 390.00 | | | | | Tier 6 | $ 390.00 | | | | |
| Tier 7 | $ 415.00 | | | | | Tier 7 | $ 415.00 | | | | |
| Tier 8 | $ 440.00 | | | | | Tier 8 | $ 440.00 | | | | |

Notes:

All rates include the hourly rates and overhead charges. New rates are effective 5/1/2022.

[1] Overhead rates in contract number 16-00467 are as follows: Psychiatrist (PSYT) $65.00, Psychologist (PSYL) $15.00/$25.00, Psychiatric Nurse Practitioner (PNP) $30.00, Licensed Clinical Social Worker (LCSW) $18.00, Recreation Therapist (RT) $12.00.

[2] Overhead rates in contract number 21-00147 are as follows: Psychiatrist (PSYT) $65.00, Psychologist (PSYL) $38.00, Psychiatric Nurse Practitioner (PNP) $30.00, Licensed Clinical Social Worker (LCSW) $38.00, Recreation Therapist (RT) $25.00.

CDCR believes the implementation of these proposals will help increase mental health staffing at the PIPs and elsewhere and hopes to see results from these proposals soon.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

# Exhibit B

| From: | Melissa Bentz |
|---|---|
| To: | Lisa Ells; Cara Trapani |
| Cc: | Paul B. Mello; Sam Wolff (swolff@hansonbridgett.com); Elise Thorn; Damon McClain; Namrata Kotwani; Neill, Jennifer@CDCR; Nick Weber; Hockerson, Dillon@CDCR; Thind, Sundeep@CDCR; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov); Nina Raddatz; Kent, Kristopher@DSH-S; Coleman Special Master Team; Coleman Team - RBG Only; Steve Fama |
| Subject: | RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429] [IMAN-DMS.FID6429] |
| Date: | Friday, July 15, 2022 9:34:12 AM |

> [EXTERNAL MESSAGE NOTICE]

Lisa and Cara,

CDCR does not have further information regarding how the PIP pay differentials and increased registry rates compare to pay in the community. I will continue to work with CCHCS to see if we can get that information. During the July 6th meet and confer, we talked about the PIP pay differentials and bonuses. I shared that the PIP pay differential and the bonuses for all employees who meet the criteria are effective as of May 1, 2022. However, the State Controller's Office cannot issue payment until a pay letter is received from CalHR. Additionally, CDCR cannot advertise the PIP pay differential or expanded bonuses until the pay letter is issued. To date, CDCR is still working with CalHR to get a pay letter that covers the criteria for the PIP pay differential and bonuses. We anticipate that the pay letter for the psychiatrists will be completed shortly. Upon receipt of the pay letter, the psychiatrists will receive pay retroactive to the effective date of May 1, 2022.

During the meet and confer, I also stated that negotiations are ongoing with AFSCME, which is the union that represents the psychologists and social workers. It is my understanding that CalHR cannot issue a pay letter until the negotiations are closed. The next meeting with AFSCME is on July 19th. If negotiations are completed after that discussion, CalHR will prepare a pay letter. As with the psychiatrists, eligible members of AFSCME who meet the criteria for either the PIP pay differential and/or the bonuses will receive pay retroactive to the effective date of May 1, 2022.

As stated in our filing referenced below, the effective date of the PIP pay differential and the bonuses is still May 1, 2022. The fact that additional steps must be taken after the effective date for payment to be issued does not change the effective date. Further, CDCR was clear in prior discussions that continuing union negotiations with AFSCME may delay payment under the PIP pay differential and the bonuses, but does not change the effective date. Given this, no clarification regarding the statement highlighted by Plaintiffs' below is necessary.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385
ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Thursday, July 14, 2022 4:03 PM
**To:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Cara Trapani <CTrapani@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com); Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov>; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429] [IMAN-DMS.FID6429]

> CAUTION: This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Melissa,

Given the lack of response, we will proceed with filing an update with the Court tomorrow by noon.

**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Tuesday, July 12, 2022 11:32 AM
**To:** Lisa Ells <LElls@rbgg.com>; Cara Trapani <CTrapani@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com); Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov>; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429] [IMAN-DMS.FID6429]

> [EXTERNAL MESSAGE NOTICE]

Lisa,

I am working on a response to the below. I cannot guarantee a response today, but we will talk internally and get back to you soon.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385
ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Tuesday, July 12, 2022 11:31 AM
**To:** Cara Trapani <CTrapani@rbgg.com>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com); Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov>; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429] [IMAN-DMS.FID6429]

> CAUTION: This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Melissa et al,

Could we please get a response today to this query from last week regarding the status of the PIP pay differential for LSCWs and psychologists? Given the representation in Defendants' pending objections filing stating those differentials went into effect on May 1, quoted below, it will be important to correct the record promptly if that is not accurate as the Court could rule on the objections at any time. Do Defendants intend to amend their filing? Please let us know today so we can assess whether we need to file something.

Lisa

**From:** Cara Trapani <CTrapani@rbgg.com>
**Sent:** Thursday, July 7, 2022 5:11 PM
**To:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com); Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Christine Ciccotti (Christine.Ciccotti@dsh.ca.gov) <Christine.Ciccotti@dsh.ca.gov>; Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; kristopher.kent@dsh.ca.gov; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429] [IMAN-DMS.FID6429]

Hi Melissa and all,

Following up on our conversation from the June 10 Data Meeting, do you have information about how the PIP pay differentials and increases in registry rates compare to rates in the community? Additionally, I understand that at yesterday's meet and confer regarding inpatient transfer timelines, Defendants explained that the pay differentials for psychologists and LCSWs in the PIPs have not gone into effect due to ongoing union negotiations. Is that correct? If so, please explain how that can be reconciled with the statement in Defendants' Objections from May 27, 2022 that "These considerable pay incentives went into effect on May 1, 2022." ECF No. 7559 at 2.

Thanks,

Cara Trapani



101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
ctrapani@rbgg.com
(Pronouns – she/her/hers)
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ctrapani@rbgg.com.

**From:** Cara Trapani
**Sent:** Friday, May 6, 2022 4:53 PM
**To:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>

**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Christine Ciccotti <Christine.Ciccotti@dsh.ca.gov>; Raddatz, Antonina@DSH-S <Antonina.Raddatz@dsh.ca.gov>; kristopher.kent@dsh.ca.gov; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates [IWOV-DMS.FID6429]

Hi Melissa and all,

Thanks for providing information about CDCR's proposals to increase mental health staff compensation. We have some questions about the proposals in the attached letter. This topic is on the agenda for next week's Data Meeting and we look forward to discussing it then.

Have a nice weekend,

Cara Trapani

[image]

101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
ctrapani@rbgg.com
**(Pronouns – she/her/hers)**
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ctrapani@rbgg.com.

**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Thursday, April 21, 2022 7:00 PM
**To:** Matt Lopes <mlopes@pldolaw.com>; Mohamedu Jones <mjones@pldolaw.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>
**Subject:** Coleman: PIP Pay Differential, Expansion of Bonuses, and Increase in Registry Rates

[EXTERNAL MESSAGE NOTICE]

Special Master Lopes and Plaintiffs' counsel,

CDCR has been working diligently to improve mental health staffing at our institutions. As part of this effort, CDCR recently noticed the unions about a 15% pay differential for civil service psychologists, social workers, psychiatrists, psychiatric technicians, and rehabilitation/recreation therapists physically working in one of CDCR's five Psychiatric Inpatient Programs (PIPs). The proposal also expands the previously established on-site civil service psychiatrist retention bonuses at to civil service psychologists, expands the bonuses to all institutions, and expands the number of allowable $5,000 bonuses. Previously, a $5,000 bonus was available after completion of 6, 24, 60, and 84 months of state service. The new proposal would allow bonuses at 3, 6, 9, 12, 24, 60, and 84 months. CDCR proposed an effective date of May 1, 2022 for both proposals. However, that date is contingent upon the completion of union negotiations and is thus subject to change.

In addition to the pay differential in the PIPs and the expansion of bonuses, CDCR has also entered into a new contract for registry psychiatrists, psychologists, psychiatric nurse practitioners, social workers, and recreational/rehabilitation therapists. Below is a chart comparing the current contract rates with the new contract rates. The new registry contract will go into effect on May 1, 2022.

| Old Contract Tiers: 16-00467[1] | | | | | | New Contract Tiers: 21-00147[2] | | | | | |
| Tiers | PSYT | PSYL | PNP | LCSW | RT | Tiers | PSYT | PSYL | PNP | LCSW | RT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tier 1 | $ 265.00 | $ 90.00 | $ 136.00 | $ 64.00 | $ 57.00 | Tier 1 | $ 265.00 | $ 140.00 | $ 128.00 | $ 103.00 | $ 92.00 |
| Tier 2 | $ 285.00 | $ 100.00 | N/A | $ 73.00 | $ 79.00 | Tier 2 | $ 285.00 | $ 153.00 | $ 136.00 | $ 113.00 | $ 100.00 |
| Tier 3 | $ 316.00 | $ 120.00 | N/A | $ 86.00 | N/A | Tier 3 | $ 316.00 | $ 168.00 | $ 141.00 | $ 128.00 | $ 115.00 |
| Tier 4 | $ 340.00 | $ 140.00 | | | | Tier 4 | $ 340.00 | $ 193.00 | | | |
| Tier 5 | $ 365.00 | $ 155.00 | | | | Tier 5 | $ 365.00 | $ 200.00 | | | |
| Tier 6 | $ 390.00 | | | | | Tier 6 | $ 390.00 | | | | |
| Tier 7 | $ 415.00 | | | | | Tier 7 | $ 415.00 | | | | |
| Tier 8 | $ 440.00 | | | | | Tier 8 | $ 440.00 | | | | |

Notes:
All rates include the hourly rates and overhead charges. New rates are effective 5/1/2022.

[1] Overhead rates in contract number 16-00467 are as follows: Psychiatrist (PSYT) $65.00, Psychologist (PSYL) $15.00/$25.00, Psychiatric Nurse Practitioner (PNP) $30.00, Licensed Clinical Social Worker (LCSW) $18.00, Recreation Therapist (RT) $12.00.

[2] Overhead rates in contract number 21-00147 are as follows: Psychiatrist (PSYT) $65.00, Psychologist (PSYL) $38.00, Psychiatric Nurse Practitioner (PNP) $30.00, Licensed Clinical Social Worker (LCSW) $38.00, Recreation Therapist (RT) $25.00.

CDCR believes the implementation of these proposals will help increase mental health staffing at the PIPs and elsewhere and hopes to see results from these proposals soon.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385
ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

# Exhibit C

| From: | Melissa Bentz |
|---|---|
| To: | Lisa Ells |
| Cc: | Nick Weber; Coleman Team - RBG Only; Coleman Special Master; Steve Fama; Elise Thorn; Namrata Kotwani; Hockerson, Dillon@CDCR; Thind, Sundeep@CDCR; Paul B. Mello; Sam Wolff (swolff@hansonbridgett.com); David Casarrubias; Damon McClain |
| Subject: | RE: Coleman - PIP Staffing Information [IMAN-DMS.FID12440] |
| Date: | Monday, May 15, 2023 2:29:32 PM |
| Attachments: | CCHCS Hiring Events 5.5.2023.pdf |
| | Mental Health PIP Trending Report Jan 2022 - Apr 2023.pdf |

[EXTERNAL MESSAGE NOTICE]

Lisa,

Below is a chart showing the registry rates amended in April 2023. Please note these increases were only for specific classifications at certain institutions as evidenced below.

| Psychiatry | | |
|---|---|---|
| | | |
| **Institution** | **Old Rate** | **New Rate** |
| CCWF | $275.00 | $300.00 |
| NKSP | $275.00 | $300.00 |
| WSP | $275.00 | $300.00 |
| KVSP | $275.00 | $300.00 |
| | | |
| **Psychology** | | |
| **Institution** | **Old Rate** | **New Rate** |
| CCI | $102.00 | $115.00 |
| LAC | $102.00 | $115.00 |
| ASP | $115.00 | $130.00 |
| CMC | $130.00 | $155.00 |
| CMF | $130.00 | $155.00 |
| CHCF | $130.00 | $155.00 |
| COR | $130.00 | $155.00 |
| HDSP | $130.00 | $155.00 |
| MCSP | $130.00 | $155.00 |
| NKSP | $130.00 | $155.00 |
| SAC | $130.00 | $155.00 |
| SATF | $130.00 | $155.00 |
| SVSP | $130.00 | $155.00 |
| WSP | $130.00 | $155.00 |
| CHCF Inpatient | $155.00 | $162.00 |
| CMF Inpatient | $155.00 | $162.00 |
| SVSP Inpatient | $155.00 | $162.00 |
| | | |
| **Licensed Clinical Social Worker** | | |
| **Institution** | **Old Rate** | **New Rate** |
| ASP | $65.00 | $75.00 |
| CCI | $65.00 | $75.00 |

| | | |
|---|---|---|
| MCSP | $65.00 | $75.00 |
| WSP | $65.00 | $75.00 |
| RJD | $75.00 | $90.00 |
| COR | $75.00 | $90.00 |
| SATF | $75.00 | $90.00 |

Per your request, I have attached information regarding hiring through on-site events so far in 2023. In addition to the events in the provided attached, CCHCS held a hiring event on May 11th a CSU Monterey Bay. As a result of that event, CCHCS extended an offer to one LCSW to work at the SVSP PIP. The potential hire's tentative start date is June 1st pending credentialing and pre-employment clearance.

I have also attached an updated MH PIP Trending report with information regarding appointments and separation for PIPs at CHCF, CMF, and SVSP from January 2022 to April 2023.

Please let me know if you have any questions.

Respectfully,

*Melissa C. Bentz*
Attorney III, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

---

**From:** Bentz, Melissa@CDCR
**Sent:** Monday, May 15, 2023 11:37 AM
**To:** Lisa Ells <LElls@rbgg.com>
**Cc:** Weber, Nicholas <Nicholas.Weber@cdcr.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Hockerson, Dillon <Dillon.Hockerson@cdcr.ca.gov>; Sundeep Thind (SUNDEEP.THIND@cdcr.ca.gov) <SUNDEEP.THIND@cdcr.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; David Casarrubias <DCasarrubias@hansonbridgett.com>; Damon McClain <Damon.McClain@doj.ca.gov>
**Subject:** RE: Coleman - PIP Staffing Information [IMAN-DMS.FID12440]

Lisa,

We are working to get you a response later today. Thanks.

Respectfully,

*Melissa C. Bentz*
Attorney III, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO
NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE
AUTHOR.

---

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Monday, May 15, 2023 11:34 AM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Coleman Team - RBG Only
<ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master
<colemanspecialmaster@pldolaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn
<Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>;
Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR
<Sundeep.Thind@cdcr.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff
<SWolff@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; Damon
McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>
**Subject:** RE: Coleman - PIP Staffing Information [IMAN-DMS.FID12440]

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you
> recognize the sender and know the content is safe.

Nick et al.,
We'd appreciate a response to this email today, as it is germane to Defendants' representations in
their PIP staffing plan opposition brief, and thus our reply brief.  Thank you.
Lisa

---

**From:** Lisa Ells
**Sent:** Friday, May 12, 2023 10:15 AM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Coleman Team - RBG Only
<ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master
<colemanspecialmaster@pldolaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn
<Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>;
Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR
<Sundeep.Thind@cdcr.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff
<SWolff@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; Damon
McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>
**Subject:** RE: Coleman - PIP Staffing Information [IMAN-DMS.FID12440]

Nick,

We were surprised to read in Defendants' opposition to our PIP staffing plan motion that Defendants implemented a registry pay increase for psychologists in April, as this was neither previewed in our meet and confer nor included in any iteration of Defendants' plan including the one filed with the Court on March 28.  We also did not receive any notification of this change via email prior to reading it in Defendants' brief.  There is not much information in Defendants' brief or Ms. Ponciano's declaration, although it appears that the contract increase applies to multiple classifications of staff (including psychologists) and is targeted at certain but not all institutions.  Could you please let us know what classifications and locations received the increase and what the amount of the increase was?  We would appreciate details about the increase in rates similar to that provided in Melissa's April 21, 2022 email, attached.

Defendants also reported in their opposition brief and Ms. Muhammad's declaration that 12 PIP staff members have been hired through on-site hiring events in 2023 so far.  Could you please let us know how many of those twelve were PIP psychologists, psychiatrists, social workers, or recreational therapists, and how many were hired for work at a Lift and Shift PIP?  Similarly, we have only received information on PIP staff separations through the end of 2022 during our meet and confer sessions, as that was the time period discussed in Defendants' preliminary plan.  Could you please provide us with updated information covering 2023 to date for the aforementioned four classifications?   It looks like both of these requests could be addressed via an updated version of this attached report that you sent us back in March.

Thanks in advance for your assistance.

Lisa

---

**From:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>
**Sent:** Monday, March 6, 2023 9:16 AM
**To:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; Damon McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>
**Subject:** Coleman - PIP Staffing Information

[EXTERNAL MESSAGE NOTICE]

All,

Attached are the staffing information discussed at our February 24, 2023 meet and confer. Please let me know if you have any questions.

Nick Weber
Attorney

Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA  95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Exhibit D



Note:
Appointments include New to State, Reinstatement, Promotion, Demotion, and External Hire from another Dept.
Separations include Voluntary Resignation, Retirement, Promotion and Other (External Transfer out of Dept, Termination/Separation w/o Fault, Death, and AWOL).

Page 1 of 6

**California Correctional Health Care Services**
**Staff Psychiatrist - PIP Locations**
**January 2022 - April 2023**

| Location | Appointed 2022 | Separated 2022 | Appointed 2023 | Separated 2023 |
|----------|----------------|----------------|----------------|----------------|
| CHCF-PIP | - | - | - | - |
| CMF-PIP | 2.00 | 2.00 | - | 1.00 |
| SVSP-PIP | - | 1.00 | - | - |
| Total | 2.00 | 3.00 | - | 1.00 |

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



Clinical Psychologist Appointment and Separation at PIP Locations
January 2022 - April 2023

Clinical Psychologist Separations by Type at PIP Locations
January 2022 - April 2023

Note:
Appointments include New to State, Reinstatement, Promotion, Demotion, and External Hire from another Dept
Separations include Voluntary Resignation, Retirement, Promotion and Other (External Transfer out of Dept, Termination/Separation w/o Fault, Death, and AWOL)

**California Correctional Health Care Services**
**Clinical Psychologist - PIP Locations**
**January 2022 - April 2023**

| Location | Appointed 2022 | Separated 2022 | Appointed 2023 | Separated 2023 |
|---|---|---|---|---|
| CHCF-PIP | 1.00 | - | 4.00 | - |
| CMF-PIP | 1.00 | 1.00 | - | 1.00 |
| SVSP-PIP | 3.00 | 1.00 | - | - |
| Total | 5.00 | 2.00 | 4.00 | 1.00 |

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

**Clinical Social Worker Appointment and Separation at PIP Locations**
**January 2022 - April 2023**

| | Appointments | Separations |
|---|---|---|
| CHCF-PIP | 5.00 | 4.00 |
| CMF-PIP | 3.00 | 2.00 |
| SVSP-PIP | 2.00 | 2.00 |

**Clinical Social Worker Separations by Type at PIP Locations**
**January 2022 - April 2023**

| | 2022 | 2023 |
|---|---|---|
| Voluntary Resignation | 4 | 1 |
| Promotion | 1 | 1 |
| Other | 1 | |

Note:
Appointments include New to State, Reinstatement, Promotion, Demotion, and External Hire from another Dept
Separations include Voluntary Resignation, Retirement, Promotion and Other (External Transfer out of Dept, Termination/Separation w/o Fault, Death, and AWOL)

**California Correctional Health Care Services**
**Clinical Social Worker - PIP Locations**
**January 2022 - April 2023**

| Location | Appointed 2022 | Separated 2022 | Appointed 2023 | Separated 2023 |
|---|---|---|---|---|
| CHCF-PIP | 5.00 | 3.00 | - | 1.00 |
| CMF-PIP | 3.00 | 1.00 | - | 1.00 |
| SVSP-PIP | 1.00 | 2.00 | 1.00 | - |
| Total | 9.00 | 6.00 | 1.00 | 2.00 |

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# Exhibit E

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

## CCHCS Human Resources Hiring Events
### as of May 5, 2023
### Summary

| EVENT DATES | ATTENDED | INTERVIEWED | JOB OFFERED | OFFERS PENDING | PIP CONFIRMED STARTED | PIP FUTURE START DATE | NON PIP CONFIRMED STARTED | NON PIP FUTURE START DATE | TOTAL CONFIRMED START DATE | PENDING HIRES | WITHDRAWALS | % HIRED FROM OFFER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January 19-20, 2023 (RJD) | 17 | 16 | 15 | 0 | 0 | 0 | 11 | 0 | 11 | 1 | 3 | 12% |
| February 28 - March 2, 2023 (CHCF, CMF) | 39 | 36 | 33 | 0 | 7 | 0 | 5 | 0 | 12 | 18 | 3 | 36% |
| April 5 - 6, 2023 (Regional Office) | 7 | 7 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 86% |
| April 11-13, 2023 (CIW) | 24 | 24 | 16 | 5 | 5 | 0 | 0 | 0 | 5 | 6 | 5 | 31% |
| **Total** | **87** | **83** | **70** | **5** | **12** | **0** | **16** | **0** | **28** | **31** | **11** | **40%** |

Notes:

**Interviewed:** Data may reflect duplicates if candidate applied to multiple locations.

**Offers Pending:** Candidates pending eligibility verification.

**Confirmed Started:** Employees who have started employment from January 1st through the date of the report.

**Future Start Date:** Employees with post start dates from the date of the report.

**Pending Hires:** Pre-employment process (i.e. pending TB, medical screening, documents, etc.)

**Withdrawals includes:** Candidates who withdrew, Candidates HR rescinded job offer, Candidates who declined job offer after event.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

## CCHCS Human Resources Hiring Events
## as of May 5, 2023
## by Classification

| CLASSIFICATION | INTERVIEWED | JOB OFFERED | OFFERS PENDING | PIP CONFIRMED STARTED | NON PIP CONFIRMED STARTED | PIP FUTURE START DATE | NON PIP FUTURE START DATE | TOTAL CONFIRMED START DATES | PENDING HIRES | WITHDRAWALS | % HIRED FROM OFFER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CNA | 10 | 8 | 0 | 3 | 2 | 0 | 0 | 5 | 1 | 2 | 23% |
| CSC | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0% |
| CSW | 14 | 11 | 4 | 0 | 0 | 0 | 0 | 0 | 10 | 1 | 0% |
| LAB ASST | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 100% |
| LVN | 13 | 11 | 0 | 0 | 4 | 0 | 0 | 4 | 6 | 1 | 36% |
| OA (T) | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0% |
| OT (T) | 8 | 8 | 0 | 0 | 2 | 0 | 0 | 2 | 4 | 2 | 25% |
| PSYCHOLOGIST | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0% |
| REC THERAPIST | 2 | 2 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 100% |
| RN | 30 | 24 | 1 | 9 | 4 | 0 | 0 | 13 | 9 | 2 | 54% |
| **Total** | **83** | **70** | **5** | **12** | **16** | **0** | **0** | **28** | **31** | **11** | **40%** |

**Notes:**

**Interviewed:** Data may reflect duplicates if candidate applied to multiple locations.

**Offers Pending:** Candidates pending eligibility verification.

**Confirmed Started:** Employees who have started employment from January 1st through the date of the report.

**Future Start Date:** Employees with post start dates from the date of the report.

**Pending Hires:** Pre-employment process (i.e. pending TB, medical screening, documents, etc.)

**Withdrawals Includes:** Candidates who withdrew, Candidates HR rescinded job offer, Candidates who declined job offer after event.

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

## CCHCS Human Resources Hiring Events
### as of May 5, 2023
### by Location

| LOCATION | INTERVIEWED | JOB OFFERED | OFFERS PENDING | PIP CONFIRMED STARTED | PIP FUTURE START DATE | NON PIP CONFIRMED STARTED | NON PIP FUTURE START DATE | TOTAL CONFIRMED START DATES | PENDING HIRES | WITHDRAWALS | % HIRED FROM OFFER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF | 26 | 23 | 0 | 4 | 0 | 4 | 0 | 8 | 12 | 3 | 35% |
| CIW | 14 | 8 | 1 | 5 | 0 | 0 | 0 | 5 | 1 | 2 | 63% |
| CMF | 10 | 10 | 0 | 3 | 0 | 1 | 0 | 4 | 6 | 0 | 40% |
| Regional Bakersfielt | 7 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0% |
| Regional Rancho | 10 | 8 | 4 | 0 | 0 | 0 | 0 | 0 | 5 | 3 | 0% |
| RJD | 16 | 15 | 0 | 0 | 0 | 11 | 0 | 11 | 1 | 3 | 73% |
| **Total** | **83** | **70** | **5** | **12** | **0** | **16** | **0** | **28** | **31** | **11** | **40%** |

**Notes:**

**Interviewed:** Data may reflect duplicates if candidate applied to multiple locations.

**Offers Pending:** Candidates pending eligibility verification.

**Confirmed Started:** Employees who have started employment from January 1st through the date of the report.

**Future Start Date:** Employees with post start dates from the date of the report.

**Pending Hires:** Pre-employment process (i.e. pending TB, medical screening, documents, etc.)

**Withdrawals includes:** Candidates who withdrew, Candidates HR rescinded job offer, Candidates who declined job offer after event.