DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENT UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge:  Hon. Kimberly J. Mueller |

[4294044.1]

On May 17, 2023, Plaintiffs submitted to the Court by email a Request to File Under Seal ("Request") a document entitled "Confidential Key of CDCR Psychiatric Inpatient Program Patients Referenced in the Declaration of Dr. Pablo Stewart (ECF No. 7838-1)" ("Confidential Key"). The Confidential Key contains confidential class member information covered by the protective order in this case. The Request, Confidential Key, and accompanying Proposed Order were served on Defendants in this action by electronic mail on the same day pursuant to Local Rule 141.

Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' Request to File Under Seal the Confidential Key of CDCR Psychiatric Inpatient Program Patients Referenced in the Declaration of Dr. Pablo Stewart (ECF No. 7838-1) is **GRANTED**.

DATED: June 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE