UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | No.  2:90-cv-0520 KJM DB P<br><br><br>ORDER |

  As required by the court's February 28, 2023 order, ECF No. 7742, defendants have for three consecutive months filed monthly vacancy reports identifying vacancy rates in psychiatrist, psychologist, clinical social worker, recreation therapist and medical assistant positions at each prison institution in the California Department of Corrections and Rehabilitation (CDCR) and systemwide, as well as the total number of vacant positions in each classification that must be filled to comply with the court's October 10, 2017 order, as modified, and the monthly fines that have accumulated under the February 28, 2023 order. *See* ECF Nos. 7789, 7824, 7849.  Each report shows an accumulation of fines that have exceeded $6,700,000.00 each month.  *See* ECF Nos. 7789 at 23 ($6,944,487.00 for February 2023), 7824 at 23 ($6,715,433.00 for March 2023), 7849 at 23 ($6,814,912.00 for April 2023).  Fines totaling $20,272,832.00 have accumulated to

/////

1

date. ECF No. 7849 at 23. In accordance with the February 28, 2023 order, the court will set this matter for hearing on findings of contempt and payment of accumulated fines. ECF No. 7742 at 7.

    To that end the parties will be directed to meet and confer and within twenty-one days of the filed date of this order propose to the court a proposed date not later than December 15, 2023 for hearing regarding contempt findings and payment of accumulated fines, a schedule for providing the court with their positions regarding the substance of the hearing, and a plan for the proceedings.

    In accordance with the above, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the filed date of this order the parties shall meet and confer and file a joint statement that includes a proposed date not later than December 15, 2023 for hearing on contempt findings and payment of accumulated fines, a schedule for providing the court with their positions regarding the subject matter of the hearing, and a plan for the proceedings.

2. The Clerk of the Court is directed to serve a courtesy copy of this order on:

> Kerry K. Dean, Deputy Chief
> United States Department of Justice
> Civil Rights Division
> Special Litigation Section
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530

DATED: June 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE