UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On May 11, 2023, as part of his comprehensive thirtieth round of monitoring in this action the Special Master filed a monitoring report on inpatient mental health care at the six psychiatric inpatient programs (PIPs) operated by the California Department of Corrections and Rehabilitation (CDCR) (hereafter Report). ECF No. 7833. Neither party has filed objections to the Report. In accordance with Paragraph C of the Order of Reference the report will, therefore, be adopted in full. *See* ECF No. 640 at 8.

The findings in the Report bear directly on plaintiffs' pending motions concerning defendants' plans for minimum treatment standards and recruitment and retention of staff in the PIPs. ECF Nos. 7812, 7813. In addition, in response to the court's invitation, ECF No. 7817, the United States Department of Justice (DOJ) has filed a brief setting out its views on plaintiffs' motions and discussing specific relief it has sought in comparable cases. Good cause appearing,

1

the parties will be granted a period of twenty-one days from the date of this order to file such amended or supplemental briefing, if any, as may be necessary in light of the findings adopted by this order or the DOJ response or both.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Special Master's Thirtieth Round Monitoring Report – Part A, ECF No. 7833, is ADOPTED in full; and
2. The parties are granted twenty-one days from the date of this order to file amended or supplemental briefing, as appropriate, in accordance with this order.

DATED: June 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2