MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. 2:90-cv-00520-KJM-DB <br><br> **STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2023** <br><br> Judge: Hon. Deborah Barnes |

[4310260.1]

1  Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2  Statement for the First Quarter of 2023 to Defendants via e-mail on May 12, 2023.  The
3  parties completed their meet and confer process on June 12, 2023.  The parties have
4  resolved all disputes regarding fees and costs for the First Quarter of 2023, with an
5  agreement to reduce claimed amounts to a total of $1,181,100.71 calculated at a rate of
6  $246.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

7  THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8  $1,181,100.71 plus interest is due and collectable as of forty-five days from the date of
9  entry of this Order.  Interest on these fees and costs will run from June 12, 2023 (31 days
10 after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by
11 28 U.S.C. § 1961.

12 IT IS SO STIPULATED.

14 DATED:  June 15, 2023

/s/ Elise Thorn
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

18 DATED:  June 15, 2023

/s/ Lisa Ells
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

22 IT IS SO ORDERED.
23 DATED:  _____, 2023

Honorable Deborah Barnes
United States Magistrate Judge

[4310260.1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS
FOR THE FIRST QUARTER OF 2023

## Coleman v. Newsom
## First Quarter of 2023
## January 1, 2023 through March 31, 2023
Summary of Fees and Costs

|  | CLAIMED FEES | SETTLED FEES | COSTS |
|---|---:|---:|---:|
| **Monitoring, 489-3** | $1,202,374.20 | $1,160,291.11 | $13,809.82 |
| **Fees on Fees, 489-5** | $7,232.40 | $6,979.26 | $20.52 |
| **Totals** | **$1,209,606.60** | **$1,167,270.37** | **$13,830.34** |
| **Claimed Total:** |  | $1,223,436.94 |  |
| **Settled Total:** |  | $1,181,100.71 |  |

4274545

**Coleman v. Newsom**
**First Quarter of 2023**
**January 1, 2023 through March 31, 2023**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adam Dean | 5.30 | 0.00 | $246.00 | $0.00 | $0.00 |
| Adrienne Harrold | 12.90 | 9.80 | $246.00 | $2,410.80 | $2,326.42 |
| Alex Gourse | 176.70 | 173.50 | $246.00 | $42,681.00 | $41,187.17 |
| Amit Rao | 26.40 | 26.00 | $246.00 | $6,396.00 | $6,172.14 |
| Amy Xu | 150.40 | 149.70 | $246.00 | $36,826.20 | $35,537.28 |
| Arielle Tolman | 214.50 | 213.80 | $246.00 | $52,594.80 | $50,753.98 |
| Averi Suk | 36.60 | 36.60 | $246.00 | $9,003.60 | $8,688.47 |
| Benjamin C. Hattem | 1.80 | 0.00 | $246.00 | $0.00 | $0.00 |
| Brenda Munoz | 96.20 | 96.20 | $246.00 | $23,665.20 | $22,836.92 |
| Cara E. Trapani | 276.40 | 276.30 | $246.00 | $67,969.80 | $65,590.86 |
| Ellen T. Brancart | 310.00 | 306.70 | $246.00 | $75,448.20 | $72,807.51 |
| Ernest Galvan | 123.70 | 122.80 | $246.00 | $30,208.80 | $29,151.49 |
| F. Gail LaPurja | 38.80 | 37.00 | $246.00 | $9,102.00 | $8,783.43 |
| Fely F. Villadelgado | 105.10 | 45.90 | $246.00 | $11,291.40 | $10,896.20 |
| Gay C. Grunfeld | 3.50 | 0.00 | $246.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 235.90 | 151.10 | $246.00 | $37,170.60 | $35,869.63 |
| Hannah Chartoff | 0.30 | 0.00 | $246.00 | $0.00 | $0.00 |
| Hannah Potter | 315.70 | 282.90 | $246.00 | $69,593.40 | $67,157.63 |
| Jenny S. Yelin | 210.90 | 210.50 | $246.00 | $51,783.00 | $49,970.60 |
| Julie de Vaulx | 360.60 | 355.60 | $246.00 | $87,477.60 | $84,415.88 |
| Kedra Chan | 0.40 | 0.00 | $246.00 | $0.00 | $0.00 |
| Linda H. Woo | 95.10 | 88.60 | $246.00 | $21,795.60 | $21,032.75 |
| Lindsay Newfeld | 12.70 | 12.70 | $246.00 | $3,124.20 | $3,014.85 |
| Lisa Ells | 313.50 | 309.40 | $246.00 | $76,112.40 | $73,448.47 |
| Luke Weizenberg | 297.10 | 290.30 | $246.00 | $71,413.80 | $68,914.32 |
| Marc Shinn-Krantz | 252.40 | 249.20 | $246.00 | $61,303.20 | $59,157.59 |
| Megan Rich | 20.80 | 20.80 | $246.00 | $5,116.80 | $4,937.71 |
| Michael L. Freedman | 0.20 | 0.00 | $246.00 | $0.00 | $0.00 |
| Michael S. Nunez | 187.80 | 185.80 | $246.00 | $45,706.80 | $44,107.06 |
| Michael W. Bien | 55.60 | 55.60 | $246.00 | $13,677.60 | $13,198.88 |
| Penny M. Godbold | 5.60 | 0.00 | $246.00 | $0.00 | $0.00 |
| Sanjana Srinivasan | 318.50 | 245.60 | $246.00 | $60,417.60 | $58,302.98 |
| Sarah A. Corkum | 307.30 | 295.30 | $246.00 | $72,643.80 | $70,101.27 |
| Teya Khalil | 316.10 | 304.50 | $246.00 | $74,907.00 | $72,285.26 |
| Thomas Nolan | 95.60 | 95.60 | $246.00 | $23,517.60 | $22,694.48 |
| Yesi Murillo | 125.10 | 113.10 | $246.00 | $27,822.60 | $26,848.81 |
| **Total** | **5105.50** | **4760.90** | | **$1,171,181.40** | **$1,130,190.05** |

4274545

**Coleman v. Newsom**
**First Quarter of 2023**
**January 1, 2023 through March 31, 2023**
Monitoring Fees, 489-3

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alondra Diaz-Saavedra | 8.90 | 8.90 | $246.00 | $2,189.40 | $2,112.77 |
| Audrey Lim | 11.70 | 11.70 | $246.00 | $2,878.20 | $2,777.46 |
| Dewi Zarni | 6.60 | 6.60 | $246.00 | $1,623.60 | $1,566.77 |
| Donald Specter | 3.10 | 3.10 | $246.00 | $762.60 | $735.91 |
| Ilian Meza Pena | 3.20 | 3.20 | $246.00 | $787.20 | $759.65 |
| Joshua Marin | 3.20 | 3.20 | $246.00 | $787.20 | $759.65 |
| Marie Berry | 2.40 | 2.40 | $246.00 | $590.40 | $569.74 |
| Sophie Mishara | 11.20 | 11.20 | $246.00 | $2,755.20 | $2,658.77 |
| Steve Fama | 76.50 | 76.50 | $246.00 | $18,819.00 | $18,160.34 |
| **Total** | **126.80** | **126.80** | | **$31,192.80** | **$30,101.06** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$1,202,374.20** | **$1,160,291.11** |

4274545

**Coleman v. Newsom**
**First Quarter of 2023**
**January 1, 2023 through March 31, 2023**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $2,466.20 | $2,466.20 |
| Outside Copying/Scanning | $1,722.19 | $1,722.19 |
| Transcription | $875.70 | $875.70 |
| Telephone | $8.90 | $8.90 |
| Postage and Delivery | $1,703.95 | $1,703.95 |
| Research (Westlaw/Lexis/PACER/Fees/Articles) | $1,391.90 | $1,391.90 |
| Expert Fees | $1,225.00 | $1,225.00 |
| Travel | $3,813.06 | $3,813.06 |
| **Total** | **$13,206.90** | **$13,206.90** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Postage | $466.48 | $466.48 |
| Translation Services | $136.44 | $136.44 |
| **Total** | **$602.92** | **$602.92** |

**GRAND TOTAL**   $13,809.82

4274545

**Coleman v. Newsom**
**First Quarter of 2023**
**January 1, 2023 through March 31, 2023**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Gay C. Grunfeld | 0.10 | 0.00 | $246.00 | $0.00 | $0.00 |
| Linda H. Woo | 5.00 | 5.00 | $246.00 | $1,230.00 | $1,186.95 |
| Lisa Ells | 22.70 | 22.70 | $246.00 | $5,584.20 | $5,388.75 |
| **Total** | **27.80** | **27.70** | | **$6,814.20** | **$6,575.70** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.70 | 1.70 | $246.00 | $418.20 | $403.56 |
| **Total** | **1.70** | **1.70** | | **$418.20** | **$403.56** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$7,232.40** | **$6,979.26** |

**Coleman v. Newsom**
**First Quarter of 2023**
**January 1, 2023 through March 31, 2023**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Postage and Delivery | $20.52 | $20.52 |
| **Total** | **$20.52** | **$20.52** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | **$20.52** |

4274545