ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
LAUREL E. O'CONNOR, SBN 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                         Plaintiffs,<br><br>         v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                         Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) file the attached reports capturing data concerning patient census, waitlists, and compliance with transfer timelines for inpatient mental health care in compliance with the Court's October 13, 2015 order. (ECF No. 5367.) Attached are letters from CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's May 19, 2017 order (ECF No. 5610): (1) DSH CDCR Patient Census and Waitlist Report (Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted May 1 Through May 31, 2023 Who Waited Beyond Program Guide Timelines (Exhibit B); (3) CDCR

1

1   Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of May 22,

2   2023 (Exhibit C); (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist

3   Report as of May 22, 2023 (Exhibit D); (5) Psychiatric Inpatient Programs Census Report as of

4   5/22/23 (Exhibit E); and (6) CDCR Inpatient Program Referrals: Compliance with Program

5   Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in May 2023

6   (Exhibit F).

7       The current compliance report at Exhibit F shows that of the 236 patients admitted to

8   inpatient programs in May 2023, 41 patients transferred beyond Program Guide timelines without

9   an exception.  Of those 41 patients, 19 patients were admitted to APP beds 1-2 days beyond

10  Program Guide timelines; 17 were admitted to APP beds 3-4 days beyond Program Guide

11  timelines; 6 were admitted to an APP bed 5-6 days beyond Program Guide timelines; and 1 was

12  admitted to an APP bed 9 days beyond Program Guide timelines.  As reflected in the attached

13  letter from CDCR, CDCR continues to monitor the inpatient transfer timelines and exceptions,

14  and will continue to review this information with the Special Master and with other stakeholders

15  in various settings.

16                                          **CERTIFICATION**

17      Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

18  ECF No. 5367 and ECF No. 5610.

19  / /

20  / /

21

22

23

24

25

26

27

28

Defs.' Census, Waitlists, and Transfer Timelines Compliance Reports (2:90-cv-00520 KJM-DB (PC))

1  Dated:  June 15, 2023                          Respectfully submitted,

2                                                 ROB BONTA
                                                  Attorney General of California
3                                                 DAMON MCCLAIN
                                                  Supervising Deputy Attorney General
4

5                                                 **/s/ *Elise Owens Thorn***
                                                  Elise Owens Thorn
6                                                 Deputy Attorney General
                                                  *Attorneys for Defendants*
7
                                                    *HANSON BRIDGETT LLP*
8

9                                                 **/s/ *Samantha D. Wolff***
                                                    *PAUL MELLO*
10                                                  *SAMANTHA D. WOLFF*
                                                    *Attorneys for Defendants*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

State of California – Department of State Hospitals                    Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



June 15, 2023

Damon McClain, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Thorn:

The California Department of State Hospitals (DSH) submits its monthly information on
patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental
health care.

The DSH CDCR Patient Census and Waitlist Report—as of May 29, 2023—is attached as
Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients
Admitted May 1, 2023 through May 31, 2023 Who Waited Beyond Program Guide
Timelines, is attached as Exhibit B.  These reports are based on data from the DSH Bed
Utilization Management Report.

The report attached as Exhibit A reflects data collected at a single point in time and, as a
result, should not be used for purposes outside of that report.  The report attached as
Exhibit B is the compliance report from DSH, which includes requested compliance data
for all DSH level-of-care referrals admitted to inpatient care in May 2023, for any inmate-
patient who waited beyond the timelines specified in the Mental Health Services Delivery
System Program Guide (2009 Revision) at 12-1-16.

19362599.2

June 15, 2023
Page Two

DSH records show that, as of May 31, 2023, there were no patients waiting beyond Program Guide transfer timelines.  Exhibit B shows that no patients were admitted to DSH Intermediate Care in May 2023 beyond Program Guide transfer timelines.  The supplemental report on DSH's pending waitlist, which was provided to the Special Master and Plaintiffs via e-mail, also shows that no patients were admitted to DSH in May 2023 beyond Program Guide transfer timelines.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

19362599.2

# Exhibit A

State of California

GAVIN NEWSOM, Governor

DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION 00520-KJM-DB   Document 7859   Filed 06/15/23   Page 7 of 28

Research Evaluation and Data Insights

1215 O Street

Sacramento, CA 95814



## DSH CDCR Patient Census and Waitlist Report

Data as of: 5/29/2023

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Total** | **-** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 61 | 0 | 0 | 0 | 195 | 7 | 2 | 4 | 13 |
| Coalinga | 50 | 36 | 0 | 0 | 0 | 14 | | | | |
| **Total** | **306** | **97** | **0** | **0** | **0** | **209** | **7** | **2** | **4** | **(Includes 0 Waiting >30 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 10 | 0 | 0 | 0 | 20 | 1 | 0 | 0 | 1 |
| **Total** | **30** | **10** | **0** | **0** | **0** | **20** | **1** | **0** | **0** | **(Includes 0 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

# Exhibit B

Research Evaluation and Data Insights

1215 O Street

Sacramento, CA 95814



### DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted May 1 through May 31, 2023 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[3]Including patients admitted who waited greater than 30 days from the referral received date to DSH for a change in level of care.

[4]Includes the total number of days admitted patients waited beyond 30 days from the referral received date to DSH for a change in level of care.

State of California

DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION Case 2:20-cv-02020-KJM-DB   Document 7859   Filed 06/15/23   Page 10 of 28

GAVIN NEWSOM, Governor

Research Evaluation and Data Insights

1215 O Street

Sacramento, CA 95814



## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted May 1 through May 31, 2023 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| No patients admitted with wait times exceeding 30 days | | | | | | | | |
| Total Number of Patients Waiting Over 30 Days | 0 | Total Number of Days All Patients | 0 | 0 | 0 | 0 | 0 | - |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                        GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



June 15, 2023

Damon McClain, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
         COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report, as of May 22, 2023, is attached as Exhibit C, the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report, as of May 22, 2023, is attached as Exhibit D, the Psychiatric Inpatient Programs Census Report, as of May 22, 2023, is attached as Exhibit E, and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in May 2023 is attached as Exhibit F. These reports are generated using data from CDCR's tracking software and the Referrals to Inpatient Programs Application.

The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.

The reports attached as Exhibit F are compliance reports from CDCR, which include requested compliance data for all referrals admitted to inpatient care in May 2023, and the identification of inmate-patients who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16. Exhibit F identifies those patients who transferred to an inpatient program beyond Program Guide timelines.

Since January 27, 2022, CDCR has been safely reopening the units in the California Health Care Facility's (CHCF) PIP. CHCF PIP reopened 23 beds for APP use in May (15 on May 8th and 8 on May 26th). The PIP is now operating at 75% capacity, with 383 of 514 beds available for use. Also, as I have indicated in my regular reports to the Court, the California Medical Facility's (CMF) PIP is operating with beds offline. As of May 31, 2023, the CMF PIP was operating at 88% capacity with 347 of 396 beds available (eight beds were previously offline in the locked dorms for social distancing and remain offline due to staffing; on October 27, 2022, 16 beds in the ICF standalone unit, previously offline for a retrofit project, were designated as COVID-19 isolation cells due to additional COVID-19 cases in the PIP and now remain offline due to staffing, 16 additional cells are offline for COVID-19 quarantine; and nine

June  15, 2023
Page 2

APP beds are offline due to staffing. CMF also began to cease admissions to 15 beds in their APP unit on P-2 beginning May 12, 2023, also due to staffing

While CDCR continues its work to address the effects of COVID-19 and to improve its bed capacity in the PIPs, it will continue to closely monitor inpatient referrals and admissions, and track all exceptions in detail and review this information with the Special Master in workgroups and with other stakeholders in various settings.

Sincerely,

/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

# Exhibit C

**CDCR Psychiatric Inpatient Programs (PIP)**
**Inpatient Patient Census and Waitlist Report**
**May 22, 2023**

| MALE INTERMEDIATE LOCKED DORM | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Medical Facility (CMF) | 64 | 25 | 1 | 0 | 0 | 38 | 1 | 0 | 1 | | 0 |
| Total | 64 | 25 | 1 | 0 | 0 | 38 | 1 | 0 | 1 | | 0 |

| MALE INTERMEDIATE HIGH CUSTODY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) Single Cell | 330 | 252 | 3 | 0 | 11 | 64 | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
| CMF Multi Cell | 20 | 16 | 0 | 0 | 0 | 4 | | | | |
| CMF Single Cell | 62 | 30 | 1 | 0 | 0 | 31 | | | | |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 29 | 0 | 0 | 0 | 15 | | | | |
| SVSP Single Cell | 202 | 190 | 3 | 0 | 0 | 9 | | | | |
| Total | 658 | 517 | 7 | 0 | 11 | 123 | 49 | 2 | 51 | 0 |

| MALE FLEX ACUTE PSYCHIATRIC PROGRAM & INTERMEDIATE CARE FACILITY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF | 202 | 94 | 9 | 0 | 5 | 94 | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
| CMF | 250 | 229 | 5 | 0 | 0 | 16 | | | | | |
| San Quentin (SQ) Condemned | 40 | 25 | 0 | 0 | 0 | 15 | | | | | |
| SQ Non-Condemned | 0 | 12 | 0 | 0 | 0 | -12 | | | | | |
| California Men's Colony | 12 | 10 | 0 | 0 | 0 | 2 | | | | | |
| Total | 504 | 370 | 14 | 0 | 5 | 115 | 32 | 3 | 35 | 2 | 0 |

| FEMALE HIGH CUSTODY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 39 | 2 | 0 | 0 | 4 | | | | | |
| Total | 45 | 39 | 2 | 0 | 0 | 4 | 5 | 1 | 6 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPs | 1271 | 951 | 24 | 0 | 16 | 280 | 87 | 6 | 93 | 2 | 0 |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient requiring APP or ICF level of care. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

*There are 2 APP referrals, waiting greater than 10 days, with no exceptions pending.

# Exhibit D

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 5/22/2023**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| | | **Male Flex Programs** | |
| PIP - California Medical Facility | 250 | No Score: | 3 |
| | | Level I: | 12 |
| | | Level II: | 56 |
| | | Level III: | 25 |
| | | Level IV: | 103 |
| | | **Total APP Census:** | **199** |
| | | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 13 |
| | | Level III: | 0 |
| | | Level IV: | 15 |
| | | **Total ICF Census:** | **30** |
| | | *Total ICF out of LRH:* | *15* |
| | | **Total APP/ICF Census:** | **229** |
| PIP - California Health Care Facility | 202 | No Score: | 2 |
| | | Level I: | 6 |
| | | Level II: | 18 |
| | | Level III: | 9 |
| | | Level IV: | 59 |
| | | **Total APP Census:** | **94** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **94** |
| PIP-San Quentin Condemned | 40 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 2 |
| | | **Total APP Census:** | **2** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 23 |
| | | **Total ICF Census:** | **23** |
| | | **Total APP/ICF Census:** | **25** |

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| PIP-San Quentin<br>Non-Condemned | N/A | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 2 |
| | | Level IV: | 9 |
| | | **Total APP Census:** | **12** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **12** |
| PIP-California Men's Colony | 12 | No Score: | 2 |
| | | Level I: | 0 |
| | | Level II: | 4 |
| | | Level III: | 0 |
| | | Level IV: | 4 |
| | | **Total APP Census:** | **10** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **10** |
| **Totals for Male Acute/Intermediate** | **504** | | **370** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| California Health Care Facility<br>Single Cell | 330 | No Score: | 2 |
| | | Level I: | 7 |
| | | Level II: | 44 |
| | | Level III: | 24 |
| | | Level IV: | 175 |
| | | **Total Census:** | **252** |
| | | *Total out of LRH:* | *97* |
| California Medical Facility<br>Single Cell | 62 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 2 |
| | | Level III: | 5 |
| | | Level IV: | 21 |
| | | **Total Census:** | **30** |
| | | *Total out of LRH:* | *8* |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| California Medical Facility<br>Multi Person Cells | 20 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 4 |
| | | Level III: | 1 |
| | | Level IV: | 10 |
| | | **Total Census:** | **16** |
| | | *Total out of LRH:* | *13* |
| Salinas Valley<br>Single Cell | 202 | No Score: | 4 |
| | | Level I: | 3 |
| | | Level II: | 32 |
| | | Level III: | 19 |
| | | Level IV: | 132 |
| | | **Total Census:** | **190** |
| | | PC 1370: | 7 |
| | | WIC 7301: | 1 |
| | | *Total out of LRH:* | *79* |
| Salinas Valley<br>Multi-person Cells | 44 | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 9 |
| | | Level III: | 3 |
| | | Level IV: | 16 |
| | | **Total Census:** | **29** |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *23* |
| **Totals for Male ICF High Custody** | **658** | | **517** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| California Medical Facility<br>Dorms | 64 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 13 |
| | | Level III: | 5 |
| | | Level IV: | 7 |
| | | **Total Census:** | **25** |
| | | *Total out of LRH:* | *13* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 4 |
| | | Level II: | 34 |
| | | Level III: | 7 |
| | | Level IV: | 12 |
| | | **Total Census:** | **57** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 29 |
| | | Level III: | 2 |
| | | Level IV: | 2 |
| | | **Total Census:** | **34** |
| **Totals for Male ICF Low Custody** | **370** | | **116** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I | 0 |
| | | Level II | 0 |
| | | Level III | 0 |
| | | Level IV | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 3 |
| | | Level II: | 5 |
| | | Level III: | 0 |
| | | Level IV: | 1 |
| | | **Total ICF Census:** | **9** |
| | | **Total APP/ICF Census Census:** | **9** |
| PIP-California Institution for Women | 45 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 2 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **2** |
| | | No Score: | 3 |
| | | Level I: | 8 |
| | | Level II: | 11 |
| | | Level III: | 6 |
| | | Level IV: | 9 |
| | | **Total ICF Census:** | **37** |
| | | *Total ICF out of LRH:* | *9* |
| | | **Total APP/ICF Census Census:** | **39** |
| **Totals for Female Acute/Intermediate** | **75** | | **48** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1607** | | **1051** |

♦ **Beds Occupied:** For each program, identify the total number of patients in the program and the total each custody level, i.e., Level I-IV.  Level 1 has placement score of 0-18; Level II 19 through 35; Level III 36-59; and Level IV 60 and above.  Patients with "no score" have not completed Reception Center Processing.  PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral.  WIC 7301 also do not have concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

♦ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity.  The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute Care.

♦ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR.  The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# Exhibit E

**CDCR Mental Health Crisis Bed**
***Coleman*** **Patient Census and Waitlist Report as of**
**May 22, 2023**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 377 | 273 | 36 | 68 | 19 | 16 | 0 |
| Female Programs | 41 | 21 | 0 | 20 | 1 | 1 | 0 |
| **Totals** | **418** | **294** | **36** | **88** | **20** | **17** | **0** |

Data Source: HCPOP Endorsements and Referrals Tracking (HEART)             CCHCS, Corrections Services, Compliance & Reporting Unit

# Exhibit F

| CDCR INPATIENT PROGRAM REFERRALS:<br>COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS<br>ADMITTED OR CLOSED IN MAY 2023 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 146 | 123 | 3 | 20 | 2 | 1 | 6 |
| Acute (APP) | 115 | 69 | 41 | 5 | 1 | 41 | 117 |
| TOTALS | 261 | 192 | 44 | 25 | 3 | 42 | 123 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP.  Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, on medical or Vitek holds and/or operational approved circumstances.

DETAIL OF APP OUT OF COMPLIANCE

| Referral Type | Referring Institution | CDCR Number | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | SAC | | | MHCB | 4/19/2023 | 4/19/2023 | 4/19/2023 | Acute / preliminary Single Cell | 04/19/2023 | PIP APP: CHCF | 04/19/2023 16:17 00 |
| APP | SAC | | | MHCB | 4/19/2023 | 4/19/2023 | 4/19/2023 | Acute / preliminary Single Cell | 04/19/2023 | PIP APP: CHCF | 04/19/2023 16:14 00 |
| APP | SAC | | | MHCB | 4/20/2023 | 4/20/2023 | 4/20/2023 | Acute / preliminary Unlocked Dorms | 04/20/2023 | PIP APP: VPP | 04/20/2023 14:58 00 |
| APP | LAC | | | MHCB | 4/20/2023 | 4/20/2023 | 4/20/2023 | Acute / preliminary Single Cell | 04/20/2023 | PIP APP: CHCF | 04/20/2023 16:31 00 |
| APP | RJD | | | MHCB | 4/19/2023 | 4/20/2023 | 4/20/2023 | Acute / preliminary Unlocked Dorms | 04/20/2023 | PIP APP: CHCF | 04/20/2023 08:52 00 |
| APP | COR | | | MHCB | 4/20/2023 | 4/21/2023 | 4/21/2023 | Acute / preliminary Single Cell | 04/21/2023 | PIP APP: VPP | 04/21/2023 11:58 00 |
| APP | NKSP | | | MHCB | 4/21/2023 | 4/24/2023 | 4/24/2023 | Acute / preliminary Single Cell | 04/24/2023 | PIP APP: VPP | 04/24/2023 08:55 00 |
| APP | SAC | | | MHCB | 4/20/2023 | 4/25/2023 | 4/25/2023 | Acute / preliminary Single Cell | 04/25/2023 | PIP APP: VPP | 04/25/2023 12:45 00 |
| APP | PBSP | | | MHCB | 4/24/2023 | 4/25/2023 | 4/25/2023 | Acute / preliminary Unlocked Dorms | 04/25/2023 | PIP APP: VPP | 04/25/2023 10:48 00 |
| APP | CMF | | | MHCB | 4/19/2023 | 4/25/2023 | 4/25/2023 | Acute / preliminary Locked Dorms | 04/25/2023 | PIP APP: CHCF | 04/25/2023 15:53 00 |
| APP | CMC | | | MHCB | 4/25/2023 | 4/26/2023 | 4/26/2023 | Acute / preliminary Single Cell | 04/26/2023 | PIP APP: CHCF | 04/26/2023 10:34 00 |
| APP | CMF | | | MHCB | 4/25/2023 | 4/26/2023 | 4/26/2023 | Acute / preliminary Unlocked Dorms | 04/26/2023 | PIP APP: VPP | 04/26/2023 10:55 00 |
| APP | SATF | | | MHCB | 4/20/2023 | 4/26/2023 | 4/26/2023 | Acute / preliminary Single Cell | 04/26/2023 | PIP APP: VPP | 04/26/2023 10:47 00 |
| APP | SATF | | | MHCB | 4/24/2023 | 4/26/2023 | 4/26/2023 | Acute / preliminary Unlocked Dorms | 04/26/2023 | PIP APP: VPP | 04/26/2023 10:41 00 |
| APP | WSP | | | MHCB | 4/25/2023 | 4/26/2023 | 4/26/2023 | Acute / preliminary Single Cell | 05/05/2023 | PIP APP: CHCF | 05/05/2023 10:52 00 |
| APP | NKSP | | | MHCB | 4/26/2023 | 4/26/2023 | 4/26/2023 | Acute / preliminary Locked Dorms | 05/05/2023 | PIP APP: SQ | 05/05/2023 15:24 00 |
| APP | SATF | | | MHCB | 4/24/2023 | 4/27/2023 | 4/27/2023 | Acute / preliminary Single Cell | 04/27/2023 | PIP APP: CHCF | 04/27/2023 16:17 00 |
| APP | KVSP | | | MHCB | 4/26/2023 | 4/27/2023 | 4/27/2023 | Acute / preliminary Single Cell | 04/27/2023 | PIP APP: VPP | 04/27/2023 15:09 00 |
| APP | LAC | | | MHCB | 4/20/2023 | 4/27/2023 | 4/27/2023 | Acute / preliminary Single Cell | 04/27/2023 | PIP APP: CHCF | 04/27/2023 09:40 00 |
| APP | KVSP | | | MHCB | 4/26/2023 | 4/28/2023 | 4/28/2023 | Acute / preliminary Single Cell | 04/28/2023 | PIP APP: CHCF | 04/28/2023 16:09 00 |
| APP | RJD | | | MHCB | 4/27/2023 | 4/28/2023 | 4/28/2023 | Acute / preliminary Single Cell | 04/28/2023 | PIP APP: VPP | 04/28/2023 13:34 00 |
| APP | MCSP | | | MHCB | 4/28/2023 | 4/28/2023 | 4/28/2023 | Acute / preliminary Unlocked Dorms | 04/28/2023 | PIP APP: VPP | 04/28/2023 15:12 00 |
| APP | SAC | | | MHCB | 5/2/2023 | 5/2/2023 | 5/2/2023 | Acute / preliminary Single Cell | 05/02/2023 | PIP APP: VPP | 05/02/2023 14:18 00 |
| APP | SAC | | | MHCB | 5/2/2023 | 5/2/2023 | 5/2/2023 | Acute / preliminary Unlocked Dorms | 05/02/2023 | PIP APP: CHCF | 05/02/2023 12:21 00 |
| APP | SATF | | | MHCB | 5/1/2023 | 5/3/2023 | 5/3/2023 | Acute / preliminary Single Cell | 05/04/2023 | PIP APP: CHCF | 05/04/2023 08:16 00 |
| APP | KVSP | | | MHCB | 5/3/2023 | 5/4/2023 | 5/4/2023 | Acute / preliminary Unlocked Dorms | 05/04/2023 | PIP APP: CMC | 05/04/2023 14:40 00 |
| APP | CIM | | | MHCB | 4/27/2023 | 5/4/2023 | 5/4/2023 | Acute / preliminary Single Cell | 05/04/2023 | PIP APP: VPP | 05/04/2023 16:03 00 |
| APP | RJD | | | MHCB | 5/4/2023 | 5/4/2023 | 5/4/2023 | Acute / preliminary Single Cell | 05/05/2023 | PIP APP: CMC | 05/05/2023 06:19 00 |
| APP | CIM | | | MHCB | 4/27/2023 | 5/4/2023 | 5/4/2023 | Acute / preliminary Single Cell | 05/04/2023 | PIP APP: VPP | 05/04/2023 16:14 00 |
| APP | CMF | | | MHCB | 5/10/2023 | 5/11/2023 | 5/11/2023 | Acute / preliminary Single Cell | 05/12/2023 | PIP APP: VPP | 05/12/2023 08:09 00 |
| APP | SAC | | | MHCB | 5/11/2023 | 5/11/2023 | 5/11/2023 | Acute / preliminary Single Cell / Acute / preliminary Single Cell | 05/15/2023 / 05/25/2023 | PIP APP: VPP / PIP APP: VPP | 05/11/2023 14:45 00 / 05/25/2023 10:21 00 |
| APP | SATF | | | MHCB | 5/4/2023 | 5/11/2023 | 5/11/2023 | Acute / preliminary Single Cell | 05/11/2023 | PIP APP: VPP | 05/11/2023 11:53 00 |
| APP | CMF | | | MHCB | 5/11/2023 | 5/12/2023 | 5/12/2023 | Acute / preliminary Single Cell | 05/22/2023 | PIP APP: CHCF | 05/22/2023 11:40 00 |
| APP | WSP | | | MHCB | 5/15/2023 | 5/16/2023 | 5/16/2023 | Acute / preliminary Locked Dorms | 05/23/2023 | PIP APP: VPP | 05/23/2023 13:50 00 |
| APP | CMF | | | MHCB | 5/11/2023 | 5/16/2023 | 5/16/2023 | Acute / preliminary Unlocked Dorms | 05/16/2023 | PIP APP: VPP | 05/16/2023 13:54 00 |
| APP | CHCF | | | MHCB | 5/12/2023 | 5/16/2023 | 5/16/2023 | Acute / preliminary Unlocked Dorms | 05/16/2023 | PIP APP: CHCF | 05/16/2023 11:11 00 |
| APP | SATF | | | MHCB | 5/15/2023 | 5/16/2023 | 5/16/2023 | Acute / preliminary Unlocked Dorms | 05/16/2023 | PIP APP: CHCF | 05/16/2023 13:01 00 |
| APP | CHCF | | | MHCB | 5/16/2023 | 5/18/2023 | 5/18/2023 | Acute / preliminary Unlocked Dorms | 05/18/2023 | PIP APP: CHCF | 05/18/2023 15:13 00 |
| APP | SAC | | | MHCB | 5/18/2023 | 5/18/2023 | 5/18/2023 | Acute / preliminary Unlocked Dorms | 05/18/2023 | PIP APP: CHCF | 05/18/2023 15:31 00 |
| APP | SAC | | | MHCB | 5/19/2023 | 5/19/2023 | 5/19/2023 | Acute / preliminary Single Cell | 05/19/2023 | PIP APP: CHCF | 05/19/2023 17:22 00 |
| APP | CMF | | | MHCB | 5/19/2023 | 5/19/2023 | 5/19/2023 | Acute / preliminary Unlocked Dorms | 05/19/2023 | PIP APP: VPP | 05/19/2023 16:54 00 |

| HCPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| PIP APP: CHCF | 04/27/2023 11:10 00 | PIP APP: CHCF | 05/04/2023 | PIP APP: CHCF | 05/05/2023 12 02 00 | | Admitted | 16 | N | 6 |
| PIP APP: VPP | 04/27/2023 12:17 00 | PIP APP: VPP | 04/28/2023 | PIP APP: VPP | 05/01/2023 15:47 00 | | Admitted | 12 | N | 2 |
| PIP APP: VPP | 04/27/2023 10:33 00 | PIP APP: VPP | 04/28/2023 | PIP APP: VPP | 05/01/2023 09:20 00 | | Admitted | 11 | N | 1 |
| PIP APP: CHCF | 04/27/2023 14:23 00 | PIP APP: CHCF | 04/28/2023 | PIP APP: CHCF | 05/01/2023 14:25 00 | | Admitted | 11 | N | 1 |
| PIP APP: CHCF | 04/27/2023 14:37 00 | PIP APP: CHCF | 04/28/2023 | PIP APP: CHCF | 05/01/2023 16 50 00 | | Admitted | 11 | N | 1 |
| PIP APP: CHCF | 04/28/2023 10:47 00 | PIP APP: CHCF | 05/01/2023 | PIP APP: CHCF | 05/02/2023 11 51 00 | | Admitted | 11 | N | 1 |
| PIP APP: VPP | 05/01/2023 10:10 00 | PIP APP: VPP | 05/04/2023 | PIP APP: VPP | 05/08/2023 16:49 00 | | Admitted | 14 | N | 4 |
| PIP APP: CHCF | 05/05/2023 12:17 00 | PIP APP: CHCF | 05/08/2023 | PIP APP: CHCF | 05/09/2023 12 08 00 | | Admitted | 14 | N | 4 |
| PIP APP: CHCF | 05/05/2023 10:29 00 | PIP APP: CHCF | 05/05/2023 | PIP APP: CHCF | 05/08/2023 12:18 00 | | Admitted | 13 | N | 3 |
| PIP APP: VPP | 05/05/2023 11 50 00 | PIP APP: VPP | 05/05/2023 | PIP APP: VPP | 05/08/2023 09:41 00 | | Admitted | 13 | N | 3 |
| PIP APP: CHCF | 05/05/2023 12:48 00 | PIP APP: CHCF | 05/10/2023 | PIP APP: CHCF | 05/11/2023 11:39 00 | | Admitted | 15 | N | 5 |
| PIP APP: VPP | 05/08/2023 15 50 00 | PIP APP: VPP | 05/09/2023 | PIP APP: VPP | 05/10/2023 10 53 00 | | Admitted | 14 | N | 4 |
| PIP APP: CHCF | 05/05/2023 12:19 00 | PIP APP: CHCF | 05/08/2023 | PIP APP: CHCF | 05/09/2023 14 09 00 | | Admitted | 13 | N | 3 |
| PIP APP: CHCF | 05/05/2023 13:45 00 | PIP APP: CHCF | 05/11/2023 | PIP APP: CHCF | 05/12/2023 15:29 00 | | Admitted | 16 | N | 6 |
| PIP APP: CHCF | 05/05/2023 10 53 00 | PIP APP: CHCF | 05/08/2023 | PIP APP: CHCF | 05/10/2023 11 59 00 | | Admitted | 14 | N | 4 |
| PIP APP: SQ | 05/05/2023 15:16 00 | PIP APP: SQ | 05/09/2023 | PIP APP: SQ | 05/10/2023 14:39 00 | | Admitted | 14 | N | 4 |
| PIP APP: VPP | 05/08/2023 12:59 00 | PIP APP: VPP | 05/09/2023 | PIP APP: VPP | 05/10/2023 14:21 00 | | Admitted | 13 | N | 3 |
| PIP APP: VPP | 05/08/2023 12:19 00 | PIP APP: VPP | 05/08/2023 | PIP APP: VPP | 05/09/2023 15 00 00 | | Admitted | 12 | N | 2 |
| PIP APP: VPP | 05/08/2023 16:38 00 | PIP APP: VPP | 05/10/2023 | PIP APP: VPP | 05/11/2023 16:17 00 | | Admitted | 14 | N | 4 |
| PIP APP: CHCF | 05/08/2023 15 08 00 | PIP APP: CHCF | 05/09/2023 | PIP APP: CHCF | 05/10/2023 14:35 00 | **EXCEPTION:** Out to Hospital; 1 day excepted; 1 day over Program Guide Timeframes | Admitted | 12 | N | 2 |
| PIP APP: VPP | 05/08/2023 14 04 00 | PIP APP: VPP | 05/09/2023 | PIP APP: VPP | 05/10/2023 18 05 00 | | Admitted | 12 | N | 2 |
| PIP APP: CHCF | 05/08/2023 15:30 00 | PIP APP: CHCF | 05/09/2023 | PIP APP: CHCF | 05/10/2023 10 08 00 | | Admitted | 12 | N | 2 |
| PIP APP: VPP | 05/09/2023 13:19 00 | PIP APP: VPP | 05/12/2023 | PIP APP: VPP | 05/15/2023 15 54 00 | | Admitted | 13 | N | 3 |
| PIP APP: VPP | 05/09/2023 12 09 00 | PIP APP: VPP | 05/12/2023 | PIP APP: VPP | 05/15/2023 15 54 00 | | Admitted | 13 | N | 3 |
| PIP APP: VPP | 05/09/2023 15:29 00 | PIP APP: VPP | 05/12/2023 | PIP APP: VPP | 05/15/2023 17:49 00 | | Admitted | 12 | N | 2 |
| PIP APP: VPP | 05/10/2023 12:33 00 | PIP APP: VPP | 05/15/2023 | PIP APP: VPP | 05/16/2023 15:39 00 | | Admitted | 12 | N | 2 |
| PIP APP: VPP | 05/10/2023 10:12 00 | PIP APP: VPP | 05/12/2023 | PIP APP: VPP | 05/15/2023 18:37 00 | | Admitted | 11 | N | 1 |
| PIP APP: CHCF | 05/11/2023 11:35 00 | PIP APP: CHCF | 05/12/2023 | PIP APP: CHCF | 05/15/2023 17 02 00 | | Admitted | 11 | N | 1 |
| PIP APP: VPP | 05/11/2023 12 04 00 | PIP APP: VPP | 05/12/2023 | PIP APP: VPP | 05/15/2023 18:40 00 | | Admitted | 11 | N | 1 |
| PIP APP: VPP | 05/18/2023 12:16 00 | PIP APP: VPP | 05/19/2023 | PIP APP: VPP | 05/22/2023 15:27 00 | | Admitted | 11 | N | 1 |
| PIP APP: CHCF 05/15/2023 14:11 00 PIP APP: VPP | 05/25/2023 10:21 00 | PIP APP: VPP | 05/26/2023 | PIP APP: VPP | 05/30/2023 15 56 00 | | Admitted | 19 | N | 9 |
| PIP APP: VPP | 05/17/2023 13 09 00 | PIP APP: VPP | 05/22/2023 | PIP APP: VPP | 05/23/2023 12:30 00 | | Admitted | 12 | N | 2 |
| PIP APP: CHCF | 05/22/2023 11:41 00 | PIP APP: CHCF | 05/23/2023 | PIP APP: CHCF | 05/23/2023 11 53 00 | | Admitted | 11 | N | 1 |
| PIP APP: VPP | 05/23/2023 13 50 00 | PIP APP: VPP | 05/26/2023 | PIP APP: VPP | 05/30/2023 12 50 00 | | Admitted | 14 | N | 4 |
| PIP APP: VPP | 05/25/2023 16 56 00 | PIP APP: VPP | 05/26/2023 | PIP APP: VPP | 05/30/2023 18:44 00 | | Admitted | 14 | N | 4 |
| PIP APP: CHCF | 05/25/2023 15:49 00 | PIP APP: CHCF | 05/30/2023 | PIP APP: CHCF | 05/30/2023 12:46 00 | | Admitted | 14 | N | 4 |
| PIP APP: SQ | 05/25/2023 11:47 00 | PIP APP: SQ | 05/26/2023 | PIP APP: SQ | 05/30/2023 13:27 00 | | Admitted | 14 | N | 4 |
| PIP APP: CHCF | 05/26/2023 10:48 00 | PIP APP: CHCF | 05/30/2023 | PIP APP: CHCF | 05/30/2023 12:46 00 | | Admitted | 12 | N | 2 |
| PIP APP: CHCF | 05/26/2023 14:39 00 | PIP APP: CHCF | 05/30/2023 | PIP APP: CHCF | 05/31/2023 15 03 00 | | Admitted | 13 | N | 3 |
| PIP APP: CHCF | 05/26/2023 11:21 00 | PIP APP: CHCF | 05/30/2023 | PIP APP: CHCF | 05/31/2023 15 06 00 | | Admitted | 12 | N | 2 |
| PIP APP: VPP | 05/25/2023 15:23 00 | PIP APP: VPP | 05/31/2023 | PIP APP: VPP | 05/31/2023 11:10 00 | | Admitted | 12 | N | 2 |

**TOTAL DAYS OUT OF COMPLIANCE**  117

DETAIL OF ICF OUT OF COMPLIANCE

| Referral Type | Referring Institution | CDCR Number | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | SQ | ▮ | ▮ | APP | 3/29/2023 | 4/3/2023 | 4/12/2023 | Unlocked Dorms<br>Unlocked Dorms | 04/12/2023<br>05/04/2023 | ICF-High  CHCF<br>ICF-High  CHCF | 04/12/2023 13 52 00<br>05/04/2023 14 05 00 |
| ICF | CHCF | ▮ | ▮ | APP | 3/28/2023 | 4/4/2023 | 4/4/2023 | Single Cell<br>Multi Person Cell | 04/04/2023<br>05/03/2023 | ICF-High  CHCF<br>ICF-High  CHCF | 04/04/2023 15 20 00<br>05/03/2023 15 33 00 |
| ICF | CHCF | ▮ | ▮ | APP | 1/19/2023 | 4/10/2023 | 4/10/2023 | Single Cell | 04/10/2023 | ICF-High  CHCF | 04/10/2023 13 42 00 |

| HCPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| ICF-High  SVPP (Single) ICF-High  CHCF | 04/21/2023 15 57 00 05/04/2023 14 05 00 | ICF-High  CHCF | 05/08/2023 | ICF-High  CHCF | 05/09/2023 12 33 00 | | Admitted | 36 | N | 6 |
| ICF-High  SVPP (Single) ICF-High  CHCF | 04/26/2023 11 08 00 05/03/2023 15 33 00 | ICF-High  CHCF | 05/05/2023 | ICF-High  CHCF | 05/05/2023 12 13 00 | EXCEPTION: Out to Hospital; 1 day excepted | Admitted | 31 | N | 1 |
| ICF-High  CHCF | 04/28/2023 14 40 00 | ICF-High  CHCF | 05/02/2023 | ICF-High  CHCF | 05/19/2023 19 17 00 | EXCEPTION: Medical Exception  9 days excepted | Admitted | 39 | N | 9 |

TOTAL DAYS OUT OF COMPLIANCE     6

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Newsom, et al.,**              No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on <u>June 15, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 15, 2023</u>, at Sacramento, California.

| T. Farster | */s/ T. Farster* |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>June 15, 2023</u>, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 15, 2023</u>, at Sacramento, California.

| I. Martinez | */s/ I. Martinez* |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

CF1997CS0003
37268933.docx