Rob A. Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
LAUREL E. O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                       Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                       Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PRE-HEARING DEADLINES UNDER JUNE 12 ORDER [ECF NO. 7856]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On June 12, 2023, the Court issued an order setting a hearing for September 29, 2023 for consideration of findings of contempt and payment of fines related to mental health staffing vacancies. The hearing and pre-hearing schedule hearing will be conducted on the same schedule ordered for the contempt proceedings related to compliance with inpatient transfer timelines set in the Court's March 27, 2023 order. (ECF No. 7786 at 1-2.) Both orders require the parties to disclose fact witnesses, as well as the subject of the anticipated testimony, sixty days prior to the hearing date and to disclose any expert witnesses as provided by Federal Rule of Civil Procedure 26(a)(2), including exchanging the reports required by that rule, no later than sixty days prior to the hearing date. These deadlines provide less than six weeks from the June 12 order for any

19681041.1 [4222782.1]

1

Stip. and Prop. Order Modifying Pre-Hearing Deadlines Under the June 12 Order (2:90-cv-00520 KJM-DB (PC))

experts to conduct the work needed to develop and support their opinions and prepare their reports. Given the nature and the seriousness of the contempt proceedings and the amount of fines in question, Defendants requested that Plaintiffs agree to continue the deadline for the disclosure of expert reports. Plaintiffs have agreed to Defendants' request.

Accordingly, the parties request that the Court modify the March 27 and the June 12 orders as follows:

1. The parties shall exchange any expert witness reports required by Federal Rule of Civil Procedure 26(a)(2) no later than August 31, 2023;

2. Expert witness depositions shall be completed within 14 days of disclosure;

3. Motions related to the admissibility of proposed expert testimony, if any, shall be filed not later than 7 days prior to the hearing; and

4. The deadline to disclose fact witnesses and expert witnesses, as well as the subject of the anticipated testimony shall remain unchanged.

All other deadlines under the March 27 and June 12 order shall remain unchanged. The parties agree to work together and consent to reasonable scheduling requests to complete the pre-hearing requirements in a timely manner.

**IT IS SO STIPULATED**.

//

//

19681041.1 [4222782.1]   2

Stip. and Prop. Order Modifying Pre-Hearing Deadlines Under the June 12 Order (2:90-cv-00520 KJM-DB (PC))

| | |
|---|---|
| Dated: June 20, 2023 | ROB A. BONTA<br>ATTORNEY GENERAL OF CALIFORNIA<br>DAMON MCCLAIN<br>SUPERVISING DEPUTY ATTORNEY GENERAL<br><br>*/s/ Elise Owens Thorn*<br>ELISE OWENS THORN<br>DEPUTY ATTORNEY GENERAL<br>*ATTORNEYS FOR DEFENDANTS* |
| Dated: June 20, 2023 | HANSON BRIDGETT LLP<br><br>*/s/ Samantha D. Wolff*<br>PAUL MELLO<br>SAMANTHA D. WOLFF<br>*Attorneys for Defendants* |
| Dated: June 20, 2023 | ROSEN BIEN GALVAN & GRUNFELD LLP<br><br>*/s/ Ernest Galvan*<br>ERNEST GALVAN<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

DATED: _____

                                            **CHIEF UNITED STATES DISTRICT JUDGE**

19681041.1 [4222782.1]                                    3

Stip. and Prop. Order Modifying Pre-Hearing Deadlines Under the June 12 Order (2:90-cv-00520 KJM-DB (PC))