Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
Laurel O'Connor, SBN 305478
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:  925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DEFENDANTS' NOTICE OF FILING OF UNMET NEEDS ASSESSMENT REPORT**<br><br>Judge:   Hon. Kimberly J. Mueller |

On September 13, 2021, this Court ordered Defendants to "undertake an assessment of whether there is unmet need for inpatient care, including acute care, intermediate care, and mental health crisis bed care, among members of the plaintiff class," and to do so "under the guidance and supervision of the Special Master who shall have final authority over the scope of and methodology for the study." (ECF 7305 at 15:27-16:3.) Defendants were further ordered to report to the Court on the outcome of that assessment within thirty days after its completion. (*Id.* at 16:4-5.) Defendants were subsequently ordered to file the written report with the Court by December 31, 2022. (ECF 7477.) That deadline has since been extended, at the request of the parties, to June 30, 2023. (ECF 7680.)

1    On May 16, 2023, Defendants distributed to Plaintiffs' counsel and the Special Master a
2 draft of the unmet bed needs assessment (UNA) report for their review and comment. The Special
3 Master's team identified concerns with respect to certain referrals, and accordingly, Defendants
4 met with members of the Special Master's team on two occasions and subsequently provided a
5 revised draft to the Special Master and Plaintiffs' counsel on June 8, 2023. Both Plaintiffs'
6 counsel and the Special Master provided written comments to the June 8, 2023 draft on June 15,
7 2023.
8    Attached as **Exhibit A** is a true and correct copy of a letter from CDCR's Office of Legal
9 Affairs, enclosing the following documents:
10    (1) CDCR's 2022/23 Unmet Needs Assessment cover report ("Cover Report"), which
11 explains the background of the 2022/23 Unmet Needs Assessment and responding to written
12 comment received from the Special Master and Plaintiffs' counsel. A true and correct copy of the
13 Cover Report is attached as **Exhibit B.**
14    (2) Plaintiffs' counsel's and the Special Master's comments to the draft 2022/23 Unmet
15 Needs Assessment Report (included as Enclosures A through E to Exhibit B).
16    (3) The 2022/23 Unmet Needs Assessment Report, a true and correct copy of which is
17 attached as **Exhibit C**.

19 DATED: June 30, 2023                ROB BONTA
                                       Attorney General of California

                                       By:      */s/ Damon McClain*
                                          DAMON MCCLAIN
                                          Supervising Deputy Attorney General
                                          *Attorneys for Defendants*

| | |
|---|---|
| DATED: June 30, 2023 | HANSON BRIDGETT LLP |

By: ___*/s/ Samantha D. Wolff*___
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants