# Exhibit A

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



June 30, 2023

Paul Mello, Esq.
Samantha Wolff, Esq.
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

RE: Unmet Needs Assessment Report

Dear Mr. Mello and Ms. Wolff:

On September 13, 2021, the court ordered Defendants to conduct an unmet needs assessment for inpatient beds. (ECF No. 7305.) Defendants were ordered to complete and file a report on the results of that study by June 30, 2023. (ECF No. 7680 at 4-5.) Enclosed for filing with the court are the following documents: (1) CDCR's 2022/23 Unmet Needs Assessment cover report explaining the background of the 2022/23 Unmet Needs Assessment and responding to written comments received from the Coleman Special Master and Plaintiffs' counsel; (2) correspondence from the Special Master and Plaintiffs' counsel; and (3) the 2022/23 Unmet Needs Assessment Report.

Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
California Department of Corrections and Rehabilitation
Office of Legal Affairs