| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | ERNEST GALVAN – 196065 |
| MARGOT MENDELSON – 268583 | LISA ELLS – 243657 |
| PRISON LAW OFFICE | JENNY S. YELIN – 273601 |
| 1917 Fifth Street | THOMAS NOLAN – 169692 |
| Berkeley, California  94710-1916 | MICHAEL S. NUNEZ – 280535 |
| Telephone:   (510) 280-2621 | AMY XU – 330707 |
| | CARA E. TRAPANI – 313411 |
| CLAUDIA CENTER – 158255 | MARC J. SHINN-KRANTZ – 312968 |
| DISABILITY RIGHTS EDUCATION | ALEXANDER GOURSE – 321631 |
| AND DEFENSE FUND, INC. | GINGER JACKSON-GLEICH – 324454 |
| Ed Roberts Campus | ADRIENNE PON HARROLD – 326640 |
| 3075 Adeline Street, Suite 210 | ARIELLE W. TOLMAN – 342635 |
| Berkeley, California  94703-2578 | ROSEN BIEN |
| Telephone:   (510) 644-2555 | GALVAN & GRUNFELD LLP |
| | 101 Mission Street, Sixth Floor |
| | San Francisco, California  94105-1738 |
| | Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **DECLARATION OF MICHAEL S. NUNEZ IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REJECT DEFENDANTS' PIP STAFF RECRUITMENT AND RETENTION PLAN** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |
| | Judge:  Hon. Kimberly J. Mueller |

I, Michael S. Nunez, declare:

1. I am an attorney duly admitted to practice before this Court. I am senior counsel in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Supplemental Memorandum in Support of Motion to Reject Defendants' PIP Staffing Recruitment and Retention Plan.

2. In May and early June 2023, counsel for Defendants provided Plaintiffs' counsel and the Special Master with additional information regarding the Suicide Risk Assessment and Self Harm Evaluation ("SRASHE") form and Master Treatment Plan used at CMF. On or about June 8, 2023, counsel for Defendants informed Plaintiffs' counsel and the Special Master that, due to extreme staffing shortages, Defendants planned to expand use of a shortened version of the SRASHE form, which Defendants have been using in CMF's outpatient and MHCB units since March 2023, to the CMF-PIP for at least three months. Counsel for Defendants also informed Plaintiffs' counsel and the Special Master that Defendants planned to continue using the shortened SRASHE form in CMF's outpatient and MHCB units for another three months. Finally, in May and early June, Defendants provided Plaintiffs' counsel and the Special Master with additional information and screen shots showing a truncated version of the Master Treatment Plan that Defendants plan to use in the CMF-PIP for a minimum of ninety days, again due to CMF's dire staffing deficiencies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Oakland, California this 30th day of June, 2023.

*/s/ Michael S. Nunez*
Michael S. Nunez