DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE OBJECTIONS TO DEFENDANTS' 2022-2023 UNMET NEEDS ASSESSMENT REPORT**<br><br>Judge: Hon. Kimberly J. Mueller |

On June 30, 2023, Defendants filed their final Report on their 2022-2023 Unmet Needs Assessment ("UNA"), along with Exhibits thereto. *See* ECF Nos. 7865, 7865-1, 7865-2, and 7865-3.

Defendants had previously shared two draft UNA reports with the Plaintiffs and the Special Master, on May 16, 2023 and June 8, 2023. Both the Plaintiffs and the Special Master provided extensive comments and recommendations regarding the Drafts. *See* ECF. No. 7865-2 at Enclosures A through E to Exhibit B. Plaintiffs' initial review of the UNA Report filed with the Court shows that while Defendants did make some changes based on the comments from the Plaintiffs and the Special Master, Defendants' changes were for the most part minor and only superficially addressed the concerns raised, and Defendants did not make changes in the Report in response to a number of the most significant concerns raised by the Plaintiffs. Plaintiffs therefore request leave to further analyze Defendants' 2022-2023 UNA Report and formally present their concerns and objections, as necessary, to the Court.

The Order of Reference emphasizes the importance of Plaintiffs' input in the remedial process. *See* ECF No 640 at 2-3 (Dec. 11, 1995). Accordingly, Plaintiffs request that the Court grant leave to Plaintiffs to respond to Defendants' UNA Report, and that that the Court grant Plaintiffs' thirty (30) days, or through August 1, 2023 to do so. Thirty days is appropriate given the length and complexity of the 2022-2023 UNA Report as filed, the many other competing demands of the case including the data remediation process, ongoing monitoring, preparation for the upcoming contempt proceedings, and Defendants'

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

experts' tours of CDCR prisons commencing this month, plus pre-scheduled vacations for the primary attorneys responsible for the UNA process and resulting report.

DATED: July 5, 2023

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Thomas Nolan
    Thomas Nolan

Attorneys for Plaintiffs