DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**JOINT STATEMENT REGARDING CONTEMPT PROCEEDINGS**<br><br>Judge: Hon. Kimberly J. Mueller |

The parties have met and conferred by e-mail in response to the Court's July 11, 2023 Order (ECF No. 7872). The parties agree that the Court should bifurcate the September 29, 2023 hearing to separate the inpatient transfer timelines issues from the staffing issues, and that the inpatient transfer issue should proceed first.

Respectfully submitted,

DATED: July 17, 2023  ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jenny S. Yelin*
    Jenny S. Yelin

Attorneys for Plaintiffs

DATED: July 17, 2023  ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: */s/ Damon McClain*
    DAMON MCCLAIN
    Supervising Deputy Attorney General

Attorneys for Defendants

DATED: July 17, 2023  HANSON BRIDGETT LLP

By: */s/ Samantha D. Wolff*
    PAUL B. MELLO
    SAMANTHA D. WOLFF

Attorneys for Defendants

19745783.1 [4323824.2]

1

JOINT STATEMENT REGARDING CONTEMPT PROCEEDINGS