DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>GAVIN NEWSOM, et al.,<br><br>           Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**JOINT REQUEST FOR PERMISSION TO FILE JOINT STATEMENT OF DISPUTES REGARDING DEFENDANTS' EXPERT TOURS**<br><br>Judge:  Hon. Kimberly J. Mueller |

[4325482.4] 19750570.1

CDCR's retained expert consultants, VRJS/Falcon, are in the process of conducting tours of prisons throughout CDCR, to assess the provision of mental health care systemwide. The tours commenced on July 10, with two tours scheduled each week, for 5-7 days at a time. Tours are currently scheduled through the end of August 2023, though Defendants project that the tours will continue until Spring 2024. Defendants have not agreed to suspend the tours, but have agreed to certain limitations on the scope of the tours pending the presentation of the parties' disputes to the Court.

Plaintiffs have raised several disputes regarding the tours, including, most significantly: (1) whether the expert consultants are permitted to conduct the tours to evaluate CDCR's Mental Health Services Delivery System absent court permission or whether the tours constitute impermissible discovery; (2) the timing, schedule, and scope of the tours; (3) what the expert consultants may observe during the tours, and under what circumstances; and (4) what disclosures must be provided to patients and what form of consent should be required to interview patients and observe their mental health treatment. Defendants have also raised as a dispute whether such disclosures and consent will become standard practice for all tours in this case going forward.

/ / /

The parties jointly request leave to present their respective positions about these disputes. The parties propose that they file a joint statement with their positions on each disputed issue, no later than Tuesday, July 25, and that the Court set a telephonic hearing on an expedited basis as soon as possible thereafter.

DATED: July 18, 2023         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Jenny S. Yelin
    Jenny S. Yelin

Attorneys for Plaintiffs

DATED: July 18, 2023         ROB BONTA
                             Attorney General of California
                             DAMON MCCLAIN
                             Supervising Deputy Attorney General

By: /s/ Damon McClain
    DAMON MCCLAIN
    Supervising Deputy Attorney General

Attorneys for Defendants

DATED: July 18, 2023         HANSON BRIDGETT LLP

By: /s/ Samantha D. Wolff
    PAUL B. MELLO
    SAMANTHA D. WOLFF

Attorneys for Defendants