# Exhibit A

# ELIZABETH FALCON

PsyD, CCHP-MH, MBA

CEO and Founder of Falcon, Inc.

efalcon@falconinc.com



Dr. Elizabeth Falcon is a nationally recognized expert who has spearheaded behavioral health program strategy and innovation for jails and prisons nationwide. With over 20 years of experience as a Correctional and Forensic Psychologist, she has developed, implemented, restructured, monitored, and managed jail and prison mental health programs in well over 200 facilities in 27 states. Dr. Falcon continues to lead field experts in the implementation of evidence-based models and best practices in correctional and community settings.

## CURRENT ROLE

### Senior Expert, CEO and Founder of Falcon, Inc.

Falcon Correctional and Community Services, Inc., Chicago, IL  (2017 - Present)

- Founder of the nationwide consulting and management firm Falcon Correctional and Community Services, Inc.
- Collaborate with correctional and community healthcare systems, promoting best practices in behavioral health of justice-involved individuals and those responsible for their custody and care
- Conduct needs assessments of current processes and operations, consulting with stakeholders and interdisciplinary teams, to arrive at models that represent best practices
- Work in partnership with government and community leaders including Departments of Corrections, Sheriffs Offices, County Commissioners, and Federal Agencies to advance mental health programs in jails and prisons, focusing on specific mental health challenges

## PREVIOUS ROLES

### Correctional/Forensic Mental Health Expert/IC

Independent Consultant for Jails & Prisons - Chicago, IL (2014 - 2017)

- Mental Health/Behavioral Health Program Development and Management
- Suicide Prevention Programs
- Segregation/ Solitary Confinement/ Special Management Inmates
- Specialized Mental Health Programs and Units (i.e. Reintegration/Re-entry Units, Restoration to Competency, Mental Health Unit Structural Design and "Built Environments" for Special Populations)
- Justice Architecture
- Correctional Mental Health Training and Education
- Community/ Reintegration Strategies and Programs
- Community Reintegration or Resource Centers
- Reintegration Training and Education



## PREVIOUS ROLES (continued)

### Director of Behavioral Health Services
California Forensic Medical Group (CFMG), Monterey, CA (2014-2016)

- Developed Behavioral Health program product offerings for jail and detention facilities
- Provided leadership and direction to behavioral health and re-entry services including in the following areas: Suicide Prevention Program Development, Standard of Care Practices, Evidenced-based Programming, and Policy Development

### Vice President - Behavioral Health/Psychiatric Programs
Correctional Healthcare Companies (CHC), Greenwood Village, CO  (2007 - 2014)

- Strategized and developed Behavioral Health program product offerings for correctional and community facilities
  - Tailored programming for special populations inside and outside correctional facilities (including Severely Mentally-Ill, Competency Restoration, Sexually Violent Predators, Substance Abuse, Outpatient, Inpatient, and Homeless Populations)
  - Developed staffing levels and matrices; Program design based on population demographics and RFP specifications
  - Developed behavioral health proposal language/templates from basic to comprehensive programs
  - Developed price points and budgets
- Provided leadership and direction to Behavioral Health Contract Managers strategically located in the U.S. for program implementation and oversight of 230 facilities company-wide, including all Jails, State Prisons, BOP, US Marshalls, and ICE Facilities:
  - Integration of all facilities into CHC Behavioral Health and Psychiatric Program Model
  - Expansion of best practices, development and standardization of policies, procedures, processes and program forms
  - Expansion of risk management and utilization/medication management practices
  - Analysis and restructure of suicide prevention systems
  - Accountability for mental health operations, contract, program and budget performance
  - Accountability for position control, and training of employees
  - Implementation and start-up of new programs; interviewing, hiring, training and orientation
  - Troubleshooting of problematic contracts/ programs
  - Monitoring and maintenance of contracts/ programs
  - Teamwork with Operations to address contractual and administrative issues
  - Teamwork with Corporate Psychiatric Directors
  - Coordination and (at times) provision of direct on-site service during coverage gaps
  - Coordination and (at times) provision of contractual behavioral health training
- Provided leadership and direction to CHC Behavioral Health Training Coordinators:



## PREVIOUS ROLES (continued)

- Developed and delivered company-wide training material to officers and healthcare staff in 230 facilities including, Suicide Prevention and Intervention Techniques, Crisis Management, Identification of Mental-Illness Upon Intake, Mental Health Intake Screening Tools in Jail Facilities, SOAPE/Documentation Requirements, The Mental Status Exam, Management of Health-Risk Inmates, Psychotropic Medications, Common Mental-Illnesses Found in Jail Facilities, and other topics as needed by the facilities
- Implemented company-wide implementation of evidence-based programming
    - Incorporation of Moral Reconation Therapy (MRT), an offender-focused, outcome and evidence-based curricula, into the CHC Behavioral Health Program Model and Product Offerings
    - Incorporation of focused aftercare and re-entry Change Models (Change Units and Change Centers) into the CHC Behavioral Health Program Model and Product Offerings
    - Execution of a company-wide, Change Model/MRT strategic initiative for customer retention and expansion
    - Strong interface and collaboration with community stakeholders in TX, NM, IL, AZ, and WI facilities
    - Demonstrated program effectiveness in reducing recidivism rates, increasing compliance to medication treatment, counseling sessions, decreasing misconduct and infractions, security buy-in to treatment, continuity of care, community partnerships, discharge planning, community reintegration and diversion
    - Proven results through outcome studies by an independent data analyst
    - Strengthened market position through product differentiation; Increased likelihood of contract wins and retention
- Provided leadership and direction to CHC's Community Division
    - Oversight and accountability for community behavioral health programming and contract budgets
    - Clinical consult and support to Clinical Director and Operations Director
- Provided Corporate Support
    - Marketing and Sales:  Focused training and support for Sales Team; Key representative and speaker in bid presentations
    - Medical Operations:  Team partnership in the delivery of behavioral healthcare and healthcare services
    - Human Resources:  Talent selection; New hire interviews, orientation, training and support; performance reviews
    - Legal/ Risk Management:  Corporate Mortality Reviews for suicides; Psychological Autopsies; Enforcement of corrective action plans; Enforcement of policies and procedures
    - Finance/Accounting:  Budget reviews, control and management; Assistance to cost accountants in developing program budget templates

### Director of Behavioral Health Services
#### Health Professionals, LTD (HPL), Peoria, IL  (2001 - 2007)

- Strategized, directed, developed, implemented and managed the Behavioral Health Program of over 180 Jail facilities in the Midwest
    - Designed and implemented Behavioral Health Programs in jails and prisons
    - Provided oversight of jail Behavioral Health Programs for adult/ juvenile, male and female offenders



## PREVIOUS ROLES (continued)

- Developed and standardized screening tools, program forms, policies, procedures and processes
- Hire/termination of, training, supervision and management of Mental Health Professionals and Psychologists
- Addressed systems breakdown and programmatic concerns
- Analyzed and restructured of suicide prevention systems
- Enforced standard of care practice while maintaining cost efficiencies
- Partnered with and provided clinical support to Operations Team in delivering comprehensive mental health and healthcare services
- Responsiveness, delivered customer service and routine interface with Facility Administration, State and County Officials
- Provision of direct clinical on-site work during urgent coverage needs

• Management and oversight of the Illinois Department of Corrections (IDOC) adult and juvenile prisons

- Provided leadership and direction of behavioral health services provided to 22 Adult State Prisons and 11 Juvenile Youth Centers
- Enforced and monitored IDOC Mental Health Institutional/ Administrative Directives and State Quality Improvement Initiatives
- Supervised and managed of Mental Health Professionals and Psychologists
- Provided program reviews and analysis
- Routine interface with IDOC Chief of Mental Health and State Administrative staff

• Provided Corporate Support and worked closely with Operations Team, Sales and Marketing, Human Resources, Legal and Risk Management, Finance and Training Departments

### Correctional/Forensic Psychology Fellowship

Isaac Ray Center-Rush Presbyterian Hospital, Cook County Jail, Chicago, IL (2001 - 2002)

• Provision of comprehensive behavioral health services to over 10,000 adult male and female offenders:
  - Developed and maintained comprehensive behavioral health program
  - Provision of Intake Assessments; Thorough Psychological Evaluations; Crisis Management; Suicide Prevention; Segregation Management; Treatment Planning; Medication Management; Individual Therapy; Group Therapy; Case Management and Discharge Planning
  - Provision of Outpatient Treatment, Intensive Outpatient Treatment; Intermediate and Inpatient/Acute Care Unit Placement
  - NGRI, Competency Evaluations, and Psychological Testing
  - Supervision of clinical interns
  - Assistant to Chief Psychologist

### Clinician/Intern

Cermak Health Services Hospital, Cook County Jail, Chicago, IL  (2000 - 2001)

• Provision of comprehensive mental health and behavioral health services to over 10,000 adult male and female offenders:
  - Intake Assessments; Thorough Psychological Evaluations; Crisis Management; Suicide Prevention; Segregation Management; Treatment Planning; Medication



## PREVIOUS ROLES (continued)

Management; Individual Therapy; Group Therapy; Case Management and Discharge Planning
- Case and Diagnostic Formulation
- Psychological Testing

### Adjunct Professor
Chicago State University, Chicago, IL  (2000 - 2001)

- Professor of Abnormal Psychology and Social Psychology to undergraduate level students

### Clinician/Extern
Bridgeview Extended Day School, Des Plaines, IL  (1999 - 2000)

- Provision of individual and group therapy to special needs children and their families

### Clinician/Extern
Chicago-Read State Psychiatric Hospital, Chicago, IL  (1998 - 1999)

- Provision of intensive mental health treatment for severely mentally-Ill female and male adults:
    - Psychological Testing
    - Case and Diagnostic Formulation
    - Treatment Planning/Medication Management

## EDUCATION

### Master of Business Administration (MBA) - Executive Program
Foster Business School - Bradley University (Peoria, IL) - 2006

### Fellowship - Correctional/Forensic Psychology
Isaac Ray-Rush Presbyterian Hospital, Cook County Jail (Chicago, IL) - 2002

### Doctor of Clinical Psychology (PsyD)
Illinois School of Professional Psychology (Chicago, IL) - 2001

### Master of Clinical Psychology (MS)
Illinois School of Professional Psychology (Chicago, IL) - 1999

### Bachelor of Science - Psychology (BS)
Bradley University (Peoria, IL) - 1994

## LICENSURES AND CERTIFICATIONS

### Clinical Psychologist - License # 071006701
State of Illinois

### Certified Correctional Health Professional – Mental Health (CCHP-MH)
National Commission on Correctional Health Care (NCCHC)

## AFFILIATIONS

International Corrections and Prison Association (ICPA)



## AFFILIATIONS (continued)

- National Commission on Correctional Health Cre (NCCHC)
- American Correctional Association (ACA)
- Correctional Leaders Association (CLA)
- Major Counties Sheriffs of America (MCSA)
- National Association of Counties (NACo)
- Large Urban County Caucus (LUCC)
- Florida Sheriffs Association (FSA)
- California State Sheriffs Association (CSSA)
- Uban Counties of California (UCC)
- Indiana Sheriffs Association (ISA)
- Sheriffs Association of Texas (SAT)
- Arizona Association of Counties (AAC)
- Acadamy of Architecture for Justice (AAJ)

## HIGHLIGHTS AND ACHIEVEMENTS

- Design and development of Correctional Behavioral Health Programs, Models and Product Offerings, standardization of services, practices, policies/procedures, and development and delivery of training curricula
- Development and delivery of training to healthcare and security staff in 230 facilities including, Suicide Prevention and Intervention Techniques, Crisis Management, Identification of Mental-Illness at Intake, Effective Mental Health Intake Screening Tools, and best practice models for healthcare and security
- Nationwide implementation of evidence-based programming for moderate to severely mentally-ill and segregated inmates in jails and prisons
- Nationwide implementation of evidence-based community reintegration models and change center models in jails
- Nationwide implementation of best-practice suicide prevention policies resulting in facilities' reduction in suicides and liability exposure
- Development and implementation of Restoration of Competency Programs
- Oversight and management of mental health services delivered to 230 jail and prison facilities
- Implementation, restructuring and maintenance of large mental health jail programs, some of which were under strict consent decrees, significantly raising level of care and reducing grievances and/or lawsuits
- Implementation of evidence-based programming in Statewide Juvenile Justice Facilities

## PUBLICATIONS, PRESENTATIONS, AND ARTICLES

Falcon, E. (2005). *Suicide Prevention and Intervention in Jail Settings. MO Sheriff's Association.* Presenter.

Falcon, E. (2005). *Suicide Prevention and Intervention in Jail Settings. OH Sheriff's*



## PUBLICATIONS, PRESENTATIONS, AND ARTICLES (continued)

Falcon, E. (2006). *Suicide Prevention and Intervention in Jail Settings.* WI Sheriff's Association. Presenter.

Falcon, E. (2006). *Suicide Prevention and Intervention in Jail Settings.* WI Sheriff's Association. Presenter.

Falcon, E. (2007, 2008, 2009). *Direction of CHC Behavioral Health Services.* CHC Annual Leadership Conference. Presenter.

Falcon, E. (2010). *The Suicidal Inmate: Static and Dynamic Risk Factors.* NCCHC Presenter.

Falcon, E. (November 2014). *The Importance of a Jail or Prison's Structural Layout in Managing High-Risk and Special Inmate Populations.* American Institute of Architects - Academy of Architecture for Justice (AIA-AAJ). Presenter.

Falcon, E. (October 2015). *Intervention and Management of High Risk Populations in a Jail Setting.* Correctional Management Group of Texas (CMIT) Annual Mental Health Conference. Presenter.

Falcon, E. (December 2015). *Vision, Mission, Values, and Strategic Direction of CMG Behavioral Health Services.* Correctional Medical Group Annual Leadership Conference (CMG). Presenter.

Falcon, E. (September 2016). *Solitary Confinement Mental Health, Neuroscience and the Physical Environment.* Academy of Neuroscience for Architecture at the Salk Institute (ANFA). Invited Speaker.

Falcon, E. (October 2016). *How to Identify and Properly House Inmates with a Mental Health Diagnosis.* The National Organization of Hispanics in Criminal Justice and Texas Criminal Justice Association (NOHC-TCJA). Speaker.

Falcon, E. (July 2017). *Return to Competency - Recent and Future Trends in Programming Design for the Incompetent Inmate.* NCCHC Mental Health Conference. Speaker.

Falcon, E. (July 2017). *Segregation and Its Psychological Effects on the Mentally-Ill Inmate.* NCCHC Mental Health Conference. Roundtable Facilitator.

Falcon, E. (November 2017). *Secure Mental Health and Return to Competency- Recent and Future Trends in Programs and Facility Design.* NCCHC Fall National Healthcare Conference. Speaker.

Falcon, E. (October 2017). *Creating a Therapeutic Environment in a Secure Setting.* The American Institute of Architects and Academy of Architects for Justice Fall Conference (AIA-AAJ). Panelist.

Falcon, E. (September 2017). Q&A with Elizabeth Falcon. *The National Sheriffs' Association, Sheriff and Deputy Magazine.*

Kirchner, R., Falcon, E., Hurt, L. (2014). *Creating behavior change and treating the seriously mentally - ill inmate: A correctional program at the Bernalillo County metropolitan detention center, Albuquerque, NM.* Bernalillo-Metropolitan Detention Center, New Mexico, Behavioral Health Program Publication: Cognitive Behavioral Treatment Review.

Falcon, E. (February 2018). *Protecting Your Jail- Part 1: Avoiding Costly Lawsuits and Saving Money by Advancing Your Suicide Prevention Program - Obtaining Practical, Useful Solutions.* The National Sheriffs' Association Conference. Presenter.



## PUBLICATIONS, PRESENTATIONS, AND ARTICLES (continued)

Falcon, E. (March 2018). *Protecting Your Jail- Part 1: Avoiding Costly Lawsuits and Saving Money by Advancing Your Suicide Prevention Program - Obtaining Practical, Useful Solutions.* The National Sheriffs' Association Webinar. Presenter.

Falcon, E. (June 2018). *Protecting Your Jail- Part 2: "Avoiding Costly Lawsuits and Saving Money by Advancing Your Suicide Prevention Program - Obtaining Practical, Useful Solutions.* The National Sheriffs' Association Conference. Presenter.

Falcon, E. (June 2018). *Roundtable Q&A: Examining Mental Health Challenges in Today's Jails.* Major Counties Sheriff Association. Presenter.

Falcon, E. (April 2018). *Creating a Best Practice Suicide Prevention System: One Jail's Model of Innovation* American Jail Association Conference. Presenter.

Falcon, E. (March 2018). *Protecting Your Jail- Part 1: Avoiding Costly Lawsuits and Saving Money by Advancing Your Suicide Prevention Program - Obtaining Practical, Useful Solutions.* The National Sheriffs' Association Webinar. Presenter.

Falcon, E. (August 2018). *From Dumping Grounds to an Effective Resocialization System: Lessons from Colorado DOC's Transformation of Restrictive Housing Practices.* American Correctional Association Conference. Presenter.

Falcon, E. (February 2019). *Avoiding the Litigation Storm: The How's and What's of Forecasting Suicide Risk at Intake.* The National Sheriffs' Association. Presenter.

Falcon, E. (June 2021) *Examining the Role of Mental Health in Criminal Justice with Dr. Elizabeth Falcon.* 360 Justice Podcast. Invited Guest and Presenter.

