# Exhibit B

| | |
|---|---|
| **From:** | Lisa Ells <LElls@rbgg.com> |
| **Sent:** | Tuesday, April 25, 2023 11:28 AM |
| **To:** | Kerry F. Walsh; Ambra S. Jackson; Matt Lopes; colemanspecialmaster@pldo.com; Michael W. Bien; Ernest Galvan; Donald Specter; Steve Fama |
| **Cc:** | v_Damon.McClain@doj.ca.gov; v_Elise.Thorn@doj.ca.gov; Paul B. Mello; Samantha Wolff; Kerry F. Walsh; Patricia M. Williams |
| **Subject:** | [EXTERNAL] RE: Coleman v. Newsom, E.D. Cal., Case No. 90-cv-00520 KJM [IMAN-DMS.FID12440] |

**EXTERNAL:** Use caution when opening attachments, links or responding to this e-mail.

Plaintiffs' counsel will as well, and we request the same notice.  Thank you.

**From:** Walsh Kerry F. <kwalsh@pldolaw.com>
**Sent:** Tuesday, April 25, 2023 11:26 AM
**To:** Ambra S. Jackson <AJackson@hansonbridgett.com>; Matt Lopes <mlopes@pldolaw.com>; colemanspecialmaster@pldo.com; Michael W. Bien <MBien@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Donald Specter <dspecter@prisonlaw.com>; Steve Fama <sfama@prisonlaw.com>
**Cc:** v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Patricia M. Williams <harconwil@gmail.com>
**Subject:** RE: Coleman v. Newsom, E.D. Cal., Case No. 90-cv-00520 KJM

[EXTERNAL MESSAGE NOTICE]

Thank you for your email.  Members from the Special Master's team will be attending all site visits with the defendants' expert group.  Please copy us on all notices of scheduled visits.  Thank you.

**Kerry F. Walsh, Partner**
kwalsh@pldolaw.com
P 401.824.5118  •  F 401.824.5123

**Pannone Lopes Devereaux & O'Gara LLC**
Northwoods Office Park  Suite 215 N
1301 Atwood Avenue, Johnston, RI 02919
www.pldolaw.com  •  Legal Disclaimer

**From:** Ambra S. Jackson <AJackson@hansonbridgett.com>
**Sent:** Friday, April 21, 2023 2:49 PM
**To:** Lopes Matthew <mlopes@pldolaw.com>; colemanspecialmaster@pldo.com; MBien@rbgg.com; LElls@rbgg.com; EGalvan@rbgg.com; dspecter@prisonlaw.com; sfama@prisonlaw.com; Walsh Kerry F. <kwalsh@pldolaw.com>
**Cc:** v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; v_Elise.Thorn@doj.ca.gov <Elise.Thorn@doj.ca.gov>; Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>
**Subject:** Coleman v. Newsom, E.D. Cal., Case No. 90-cv-00520 KJM

Hello:

1

Please see attached correspondence for the above-referenced matter. Should you have any questions, please do not hesitate to contact our office.

Thank you,
Ambra

---

**Ambra S. Jackson**
**Legal Secretary**
Hanson Bridgett LLP
(415) 995-6455 Direct
(415) 541-9366 Fax
AJackson@hansonbridgett.com

425 Market Street, 26th Floor
San Francisco, CA 94105

San Francisco | Sacramento | North Bay | East Bay | Los Angeles

---

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

This message was sent from outside the company. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

2