# Exhibit C

| | |
|---|---|
| **From:** | Samantha Wolff |
| **Sent:** | Tuesday, June 13, 2023 2:19 PM |
| **To:** | Kerry F. Walsh; Matt Lopes; colemanspecialmaster@pldolaw.com; MBien@rbgg.com; 'Ernest Galvan'; Lisa Ells ; Don Specter; Steven Fama |
| **Cc:** | Paul B. Mello; David C. Casarrubias; v_Damon.McClain@doj.ca.gov; v_Elise.Thorn@doj.ca.gov; v_Namrata.Kotwani@doj.ca.gov; Kaylen Kadotani; Carson R. Niello; Laurel E. O'Connor; v_Melissa.Bentz@cdcr.ca.gov; v_Nicholas.Weber@cdcr.ca.gov; Thind, Sundeep@CDCR; v_dillon.hockerson@cdcr.ca.gov |
| **Subject:** | Coleman - Defense expert tours |

Good afternoon,

We write to provide the dates for Defendants' experts' tours. A few things to note – first, there will be additional tours after August, but we are still working on those dates and we wanted to provide you the schedule for the next couple of months as soon as we could. Second, the dates below have been confirmed with the institutions, though it is possible they may change if the need should arise. We will, of course, provide as much advance notice as possible in the event of a schedule change. Finally, we will follow up with start times for the first day of each tour as soon as we have that detail nailed down.

**JULY**

SAC: July 10th-14th
CHCF: July 10th-16th
SVSP: July 17th-21st
SQ: July 17th-23rd
CMF: July 24th-28th

**AUGUST**

SAC: August 2nd-6th
CMF: August 5th-11th
CHCF: August 7th-11th
SQ: August 14th-18th
SVSP: August 19th-25th

Sincerely,
Sam

---

**Samantha Wolff**
**Partner**
Hanson Bridgett LLP
(415) 995-5020 Direct
(415) 995-3547 Fax
swolff@hansonbridgett.com





This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.