# Exhibit E

| | |
|---|---|
| **From:** | Michael W. Bien <MBien@rbgg.com> |
| **Sent:** | Thursday, June 22, 2023 12:12 PM |
| **To:** | Samantha Wolff; Kerry F. Walsh; Matt Lopes; Coleman Special Master; Ernest Galvan; Lisa Ells; Donald Specter; Steve Fama; Coleman Team - RBG Only; Margot Mendelson; Sara Norman |
| **Cc:** | Paul B. Mello; David C. Casarrubias; v_Damon.McClain@doj.ca.gov; v_Elise.Thorn@doj.ca.gov; v_Namrata.Kotwani@doj.ca.gov; Kaylen Kadotani; Carson R. Niello; Laurel E. O'Connor; v_Melissa.Bentz@cdcr.ca.gov; v_Nicholas.Weber@cdcr.ca.gov; Thind, Sundeep@CDCR; v_dillon.hockerson@cdcr.ca.gov |
| **Subject:** | [EXTERNAL] RE: Coleman - Defense expert tours |

**EXTERNAL:** Use caution when opening attachments, links or responding to this e-mail.

Samantha

We are still working on assigning attorneys to particular tours. We hope to have the information for July by early next week.

Plaintiffs' counsel does not consent to any interviews by defense experts, defense counsel or their agents of our clients.

It is possible that we would cooperate in defendants' efforts to obtain interviews if we are provided sufficient information to understand who will be doing the interviews and for what purpose. Right now, we don't know anything about defendants' current flock of experts and the purpose of their work and how they intend to use interviews as part of their study.

At minimum, we may permit interviews with incarcerated persons by defense experts when: 1) we are present for the interview and 2) we have had an opportunity to meet privately with the person to be interviewed in advance to explain to the client who the person is that wants to conduct the interview, the purpose of the interview and how the information provided can be used by defendants and whether or not it will be "confidential."

Any agreement on defendants' experts' tours would have to be mutual: that is, defendants will agree that plaintiffs' experts can undertake tours of the prisons and interview CDCR employees as part of their work (with defense counsel present).

Thanks.


Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission St. Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
(415) 439-9821 (cell)
mbien@rbgg.com
www.rbgg.com

**From:** Samantha Wolff <SWolff@hansonbridgett.com>
**Sent:** Thursday, June 22, 2023 8:41 AM
**To:** Kerry F. Walsh <kwalsh@pldolaw.com>; Matt Lopes <mlopes@pldolaw.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Michael W. Bien <MBien@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Donald Specter <dspecter@prisonlaw.com>; Steve Fama <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; v_dillon.hockerson@cdcr.ca.gov <dillon.hockerson@cdcr.ca.gov>
**Subject:** RE: Coleman - Defense expert tours

[EXTERNAL MESSAGE NOTICE]

Good morning,

For planning purposes, we were hoping to get a list of those who will be attending each tour for both the Plaintiffs and OSM team. Also for planning purposes, please advise whether Plaintiffs will permit Defendants' experts to interview class members.

Thanks,
Sam

---

**From:** Samantha Wolff
**Sent:** Tuesday, June 20, 2023 3:47 PM
**To:** Kerry F. Walsh <kwalsh@pldolaw.com>; Matt Lopes <mlopes@pldolaw.com>; colemanspecialmaster@pldolaw.com; MBien@rbgg.com; 'Ernest Galvan' <EGalvan@rbgg.com>; Lisa Ells <lells@rbgg.com>; Don Specter <dspecter@prisonlaw.com>; Steven Fama <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; v_Elise.Thorn@doj.ca.gov <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; v_Melissa.Bentz@cdcr.ca.gov <Melissa.Bentz@cdcr.ca.gov>; v_Nicholas.Weber@cdcr.ca.gov <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; v_dillon.hockerson@cdcr.ca.gov <dillon.hockerson@cdcr.ca.gov>
**Subject:** RE: Coleman - Defense expert tours

All,

As promised, we're following up to let you know that the start time for the first day of all tours listed below will be 9am. Start times on the other tour days will be determined once on site. Additionally, Defendants' experts would like to interview patients at each institution. Please advise whether Plaintiffs' counsel would object to these interviews (recognizing that if the interviews are permitted to proceed, that Plaintiffs' counsel may choose to be present during the interviews).

Thanks,
Sam

**From:** Samantha Wolff
**Sent:** Tuesday, June 13, 2023 2:19 PM
**To:** Kerry F. Walsh <kwalsh@pldolaw.com>; Matt Lopes <mlopes@pldolaw.com>; colemanspecialmaster@pldolaw.com; MBien@rbgg.com; 'Ernest Galvan' <EGalvan@rbgg.com>; Lisa Ells <lells@rbgg.com>; Don Specter <dspecter@prisonlaw.com>; Steven Fama <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; v_Elise.Thorn@doj.ca.gov <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; v_Melissa.Bentz@cdcr.ca.gov <Melissa.Bentz@cdcr.ca.gov>; v_Nicholas.Weber@cdcr.ca.gov <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; v_dillon.hockerson@cdcr.ca.gov <dillon.hockerson@cdcr.ca.gov>
**Subject:** Coleman - Defense expert tours

Good afternoon,

We write to provide the dates for Defendants' experts' tours. A few things to note – first, there will be additional tours after August, but we are still working on those dates and we wanted to provide you the schedule for the next couple of months as soon as we could. Second, the dates below have been confirmed with the institutions, though it is possible they may change if the need should arise. We will, of course, provide as much advance notice as possible in the event of a schedule change. Finally, we will follow up with start times for the first day of each tour as soon as we have that detail nailed down.

**JULY**

SAC: July 10th-14th
CHCF: July 10th-16th
SVSP: July 17th-21st
SQ: July 17th-23rd
CMF: July 24th-28th

**AUGUST**

SAC: August 2nd-6th
CMF: August 5th-11th
CHCF: August 7th-11th
SQ: August 14th-18th
SVSP: August 19th-25th

Sincerely,
Sam

---

**Samantha Wolff**
**Partner**
Hanson Bridgett LLP
(415) 995-5020 Direct
(415) 995-3547 Fax
swolff@hansonbridgett.com





3

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.