# Exhibit F

| | |
|---|---|
| **From:** | Samantha Wolff |
| **Sent:** | Friday, June 30, 2023 3:51 PM |
| **To:** | Michael W. Bien; Kerry F. Walsh; Matt Lopes; Coleman Special Master; Ernest Galvan; Lisa Ells; Donald Specter; Steve Fama; Coleman Team - RBG Only; Margot Mendelson; Sara Norman |
| **Cc:** | Paul B. Mello; David C. Casarrubias; v_Damon.McClain@doj.ca.gov; v_Elise.Thorn@doj.ca.gov; v_Namrata.Kotwani@doj.ca.gov; Kaylen Kadotani; Carson R. Niello; Laurel E. O'Connor; v_Melissa.Bentz@cdcr.ca.gov; v_Nicholas.Weber@cdcr.ca.gov; Thind, Sundeep@CDCR; v_dillon.hockerson@cdcr.ca.gov |
| **Subject:** | RE: Coleman - Defense expert tours |

Michael,

Thanks for your response to my email below. We look forward to receiving the information regarding who from your office will be attending the tours at your earliest convenience. We have already received that information from the Special Master's team and need your info to finalize our own staffing of the tours.

Regarding the issue of patient interviews, we understand your position to be that you would consent to such interviews provided that: (1) you better understand who will be conducting the interviews and for what purposes; (2) class counsel is present during the interviews; (3) class counsel is able to meet privately with the patient before the interview; and (4) any such agreement is mutual with respect to potential future tours by Plaintiffs' experts and possible interviews of CDCR staff. With that understanding, we respond to your points below.

First, we understand that the current plan is for all patient interviews at facilities will be conducted by one of the following Falcon Inc. experts: Dr. Elizabeth Falcon, Dr. Robin Timme, Dr. Joel Andrade, Dr. David Stephens, and Dr. Steven Helfand. Each of these experts is a doctorate-level psychologist with over 20-30 years' experience in corrections. Only one expert will interview each patient. The purpose of these interviews is to assist the Falcon team in evaluating CDCR's MHSDS. Part of their evaluation will involve an assessment of patient quality of care, and include patient interviews. The patients' honest feedback regarding their experiences receiving care at various levels would help the experts make that assessment and could provide valuable insights into patient perspectives.

Second, Defendants agree and understand that class counsel will be present during these interviews.

Third, we understand the concern that the patients need to be aware of the issues you raise (confidentiality, use of the interviews, etc.) and so we would propose that class counsel raise those issues at the very beginning of the interview *with the experts present*. Of course, we have no concerns if class counsel wishes to speak with their client in private after the interview concludes.

Fourth, Defendants agree that any agreement with respect to the State's experts' interviews of class members would be mutual, and that the same conditions would apply to any potential future tour(s) conducted by Plaintiffs' expert(s) and interviews they may wish to conduct with CDCR staff (e.g., defense counsel would first want to know who will interview their clients and the scope of the interviews; defense counsel will need to be present for any such interviews; etc.).

Finally, the State's experts are requesting to record these interviews to preserve the integrity of all patients' responses. An audio recording preserves the patient's response and message in their own words, which could arguably be lost by relying on notetaking. Similarly, bias could potentially result from notetaking by summarizing the patient's response through the lens of the interviewer. The patients' recorded interviews would of course be made available to class counsel as well.

1

Please let us know if these terms are agreeable, or if you have any further questions.

Sincerely,
Sam

---

**From:** Michael W. Bien <MBien@rbgg.com>
**Sent:** Thursday, June 22, 2023 12:12 PM
**To:** Samantha Wolff <SWolff@hansonbridgett.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Matt Lopes <mlopes@pldolaw.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Ernest Galvan <EGalvan@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Donald Specter <dspecter@prisonlaw.com>; Steve Fama <sfama@prisonlaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Sara Norman <snorman@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; v_Elise.Thorn@doj.ca.gov <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; v_Melissa.Bentz@cdcr.ca.gov <Melissa.Bentz@cdcr.ca.gov>; v_Nicholas.Weber@cdcr.ca.gov <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; v_dillon.hockerson@cdcr.ca.gov <dillon.hockerson@cdcr.ca.gov>
**Subject:** [EXTERNAL] RE: Coleman - Defense expert tours

**EXTERNAL:** Use caution when opening attachments, links or responding to this e-mail.

---

Samantha

We are still working on assigning attorneys to particular tours. We hope to have the information for July by early next week.

Plaintiffs' counsel does not consent to any interviews by defense experts, defense counsel or their agents of our clients.

It is possible that we would cooperate in defendants' efforts to obtain interviews if we are provided sufficient information to understand who will be doing the interviews and for what purpose. Right now, we don't know anything about defendants' current flock of experts and the purpose of their work and how they intend to use interviews as part of their study.

At minimum, we may permit interviews with incarcerated persons by defense experts when: 1) we are present for the interview and 2) we have had an opportunity to meet privately with the person to be interviewed in advance to explain to the client who the person is that wants to conduct the interview, the purpose of the interview and how the information provided can be used by defendants and whether or not it will be "confidential."

Any agreement on defendants' experts' tours would have to be mutual: that is, defendants will agree that plaintiffs' experts can undertake tours of the prisons and interview CDCR employees as part of their work (with defense counsel present).

Thanks.


Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP

2

101 Mission St. Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
(415) 439-9821 (cell)
mbien@rbgg.com
www.rbgg.com

---

**From:** Samantha Wolff <SWolff@hansonbridgett.com>
**Sent:** Thursday, June 22, 2023 8:41 AM
**To:** Kerry F. Walsh <kwalsh@pldolaw.com>; Matt Lopes <mlopes@pldolaw.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Michael W. Bien <MBien@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Donald Specter <dspecter@prisonlaw.com>; Steve Fama <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; v_dillon.hockerson@cdcr.ca.gov <dillon.hockerson@cdcr.ca.gov>
**Subject:** RE: Coleman - Defense expert tours

**[EXTERNAL MESSAGE NOTICE]**

Good morning,

For planning purposes, we were hoping to get a list of those who will be attending each tour for both the Plaintiffs and OSM team. Also for planning purposes, please advise whether Plaintiffs will permit Defendants' experts to interview class members.

Thanks,
Sam

---

**From:** Samantha Wolff
**Sent:** Tuesday, June 20, 2023 3:47 PM
**To:** Kerry F. Walsh <kwalsh@pldolaw.com>; Matt Lopes <mlopes@pldolaw.com>; colemanspecialmaster@pldolaw.com; MBien@rbgg.com; 'Ernest Galvan' <EGalvan@rbgg.com>; Lisa Ells <lells@rbgg.com>; Don Specter <dspecter@prisonlaw.com>; Steven Fama <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; v_Elise.Thorn@doj.ca.gov <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; v_Melissa.Bentz@cdcr.ca.gov <Melissa.Bentz@cdcr.ca.gov>; v_Nicholas.Weber@cdcr.ca.gov <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; v_dillon.hockerson@cdcr.ca.gov <dillon.hockerson@cdcr.ca.gov>
**Subject:** RE: Coleman - Defense expert tours

All,

As promised, we're following up to let you know that the start time for the first day of all tours listed below will be 9am. Start times on the other tour days will be determined once on site. Additionally, Defendants' experts would like to interview patients at each institution. Please advise whether Plaintiffs' counsel would object to these interviews

(recognizing that if the interviews are permitted to proceed, that Plaintiffs' counsel may choose to be present during the interviews).

Thanks,
Sam

---

**From:** Samantha Wolff
**Sent:** Tuesday, June 13, 2023 2:19 PM
**To:** Kerry F. Walsh <kwalsh@pldolaw.com>; Matt Lopes <mlopes@pldolaw.com>; colemanspecialmaster@pldolaw.com; MBien@rbgg.com; 'Ernest Galvan' <EGalvan@rbgg.com>; Lisa Ells <lells@rbgg.com>; Don Specter <dspecter@prisonlaw.com>; Steven Fama <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; v_Elise.Thorn@doj.ca.gov <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; v_Melissa.Bentz@cdcr.ca.gov <Melissa.Bentz@cdcr.ca.gov>; v_Nicholas.Weber@cdcr.ca.gov <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; v_dillon.hockerson@cdcr.ca.gov <dillon.hockerson@cdcr.ca.gov>
**Subject:** Coleman - Defense expert tours

Good afternoon,

We write to provide the dates for Defendants' experts' tours. A few things to note – first, there will be additional tours after August, but we are still working on those dates and we wanted to provide you the schedule for the next couple of months as soon as we could. Second, the dates below have been confirmed with the institutions, though it is possible they may change if the need should arise. We will, of course, provide as much advance notice as possible in the event of a schedule change. Finally, we will follow up with start times for the first day of each tour as soon as we have that detail nailed down.

**JULY**

SAC: July 10th-14th
CHCF: July 10th-16th
SVSP: July 17th-21st
SQ: July 17th-23rd
CMF: July 24th-28th

**AUGUST**

SAC: August 2nd-6th
CMF: August 5th-11th
CHCF: August 7th-11th
SQ: August 14th-18th
SVSP: August 19th-25th

Sincerely,
Sam

**Samantha Wolff**
**Partner**
Hanson Bridgett LLP
(415) 995-5020 Direct
(415) 995-3547 Fax
swolff@hansonbridgett.com





---

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.