| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>AMY XU – 330707<br>CARA E. TRAPANI – 313411<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>GINGER JACKSON-GLEICH – 324454<br>ADRIENNE PON HARROLD – 326640<br>ARIELLE W. TOLMAN – 342635<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF DONALD SPECTER IN SUPPORT OF JOINT STATEMENT RE DEFENDANTS' EXPERT TOURS**<br><br>Judge: Hon. Kimberly J. Mueller |

[4327852.3]

DECL. OF DONALD SPECTER IN SUPPORT OF JOINT STATEMENT RE DEFENDANTS' EXPERT TOURS

I, Donald Specter, declare:

1. I am an attorney licensed to practice in the State of California. I am the Executive Director of the Prison Law Office, and co-lead counsel for the Plaintiffs in this case. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge. I make this declaration based in support of Joint Statement Re Defendants' Expert Tours.

2. I represented Plaintiffs during Defendants' VRJS/Falcon expert tour at San Quentin State Prison ("SQ") on Friday July 21, 2023 and on Saturday July 22, 2023.

3. During the day on Thursday, July 20, I checked in with my colleague Jenny Yelin, who was in the prison accompanying the Falcon tour, about what time I would be expected to arrive the next morning. She told me that the defense counsel did not yet know what time the day would start. In the evening, Cara Trapani contacted me to let me know that I was expected to arrive at 8:00 a.m.

4. Defendants' experts Dr. Elizabeth Falcon (psychologist), Robert "Bob" Ochs (custody), and Dr. Joe Baskin (psychiatry) conducted the tour. Namrata Kotwani from the Attorney General's Office and Laurel O'Connor from Hanson Bridgett were present. On July 21, Deputy Special Master Kerry Walsh and the Special Master's psychiatry expert Dr. Jeff Metzner were there. On July 22, Tim Rougeaux, the Special Master's custody expert, was present. I was the only representative for Plaintiffs present.

5. During the tour on Friday July 21, I accompanied Defendants' experts as they observed or attempted to observe mental health treatment groups. I arrived at San Quentin at 8:00 a.m. I waited at the gate with others until the escort arrived at 8:15 a.m. Once inside the institution, we proceeded to H-Unit to observe an EOP treatment group. The EOP treatment group began at 9:06 a.m. Before the treatment group began, I was told that the ten patients in attendance were read the consent statement. All of the patients then present consented to Defendants' experts observing. Two other patients arrived after the group began. No one read the consent statement to the late arriving patients or asked them whether they consented to Defendants' expert observing the group. The group ended at

9:47 a.m. Defendants' experts were scheduled to attend another EOP treatment group at 10 a.m., but one of the patients in the group declined to consent to the observation, so we did not observe this group. Defendants were scheduled to observe an EOP process group at 11 a.m., but three of the patients in the group declined to consent to the observation, so we did not observe that group. We then left the institution at approximately 11:15.

6. On Saturday July 21, 2023, I arrived at San Quentin at 7:00 a.m. The experts did not observe any patient treatment on this day because the two treatment groups that we were scheduled to observe were cancelled due to insufficient staffing as a result of a closure of the Richmond-San Rafael bridge. The only tour activity that Defendants' experts completed at San Quentin on July 21 was touring the TTA with a licensed clinical social worker who described how patients are processed. We left the institution at approximately 8:15 a.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Berkeley, California this 25th day of July, 2023.

_____
Donald Specter