| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>AMY XU – 330707<br>CARA E. TRAPANI – 313411<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>GINGER JACKSON-GLEICH – 324454<br>ADRIENNE PON HARROLD – 326640<br>ARIELLE W. TOLMAN – 342635<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF THOMAS NOLAN IN SUPPORT OF PLAINTIFFS' POSITION STATEMENT RE: DEFENDANTS' EXPERT TOURS**<br><br>Judge: Hon. Kimberly J. Mueller |

[4327942.1]

I, Thomas Nolan, declare:

1. I am an attorney admitted to practice before this Court. I am an Of Counsel in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' position statement in the parties' Joint Statement Regarding Defendants' Expert Tours.

2. I represented Plaintiffs on four days of Defendants' Falcon expert tours at the Correctional Health Care Facility ("CHCF"), a prison located in Stockton, California. I observed the third through sixth days of the tour, on Wednesday July 12, Thursday July 13, Friday July 14, and Saturday July 15, 2023. Michael Bien observed the first two days.

3. At CHCF, Defendants sent three expert consultants from Falcon: Dr. David Stephens, a psychologist, Shirley Moore-Smeal, a security expert, and Brandy McDonald, a registered nurse. On July 12-14, 2023, Defendants sent one attorney, Melissa Bentz. On Saturday July 15, 2023, Defendants sent a different attorney, Sundeep Thind. On July 12-13, the Special Master had two members of his team present, Dr. Sharen Barboza, and Dr. Brett Johnson. On July 14, the Special Master's experts covering the tour were Dr. Brett Johnson and Karen Rea. On Saturday July 15, only Karen Rea attended for the Special Master team. I was the only representative for Plaintiffs for these four days.

4. My declaration is based on the contemporaneous electronic notes I took of the tours on my laptop and on a note pad.

5. During the tour, the experts split up to observe different activities. I was the only lawyer for plaintiffs on the tour and I was only able to observe one of them at a time.

6. I first learned of the start time for Wednesday July 12, 2023 from my colleague Michael Bien, who was covering the tour at CHCF on Monday July 10 and Tuesday July 11, 2023. He called me in the afternoon of July 11th to tell me the tour would start at 8:00 a.m. the next morning.

7. During the CHCF tour, I generally was not given the start time for the next day of the tour until the afternoon before, although I was told ahead of time that we were

likely to start early on Thursday. We were also not given any schedule for any day of the tour in advance, or even the morning of each day. That was unfortunate given the long breaks taken by the experts during parts of their tours. For example, on the first day I was on the tour, we spent from 11:30 a.m. to 1:30 p.m. in the conference rooms in an area of offices, not observing any activities. If I had known the daily schedule ahead of time, I could have planned to work on other matters during the breaks during the tour. For another example, on Friday, I had to ask another attorney in my office to cover a meeting with Defendants about new regulations being considered regarding segregation units, but it turned out I was waiting around in the conference room during that meeting.

8. As another example, on Thursday, I observed a suicide prevention training being given to CHCF staff. The training was off site in the administration building of a neighboring juvenile prison. It was about a five minute drive from CHCF. The suicide prevention training ended around 1:00 p.m. After the training, we returned to CHCF and stayed in the conference rooms where we were based there, not doing anything case related, until 3:30 p.m., when we left the prison. If I had known there would be no more observed activities after 1:00 p.m., I could have returned to my hotel room and done other work.

9. The tour at CHCF was originally planned to extend for seven full days, including Saturday and Sunday July 15-16. Ultimately, the final day of the tour, set for Sunday July 16, 2023 was cancelled. However, the cancellation was not confirmed to me and to members of the Special Master team until late in the afternoon on Friday July 14, 2023.

10. During the CHCF tour, there were a number of instances when staff or prisoners expressed confusion about the purpose of the tour, and about who the experts touring and interviewing them represented. A number of people asked us "are you Coleman?" when walking around the prison.

11. On the morning of July 12, 2023, when we arrived at the institution, we first went to an administrative area inside the prison that served as our base during the tour.

1   The Special Master's experts and I were shown to one conference room, and Defendants
2   and their experts were in another room.  There was a sign on the door of our room which
3   said "Coleman Tour."  In my experience, when CDCR staff or incarcerated people hear
4   that someone is from "Coleman," they assume that the person is either from the Special
5   Master's team, or else is a representative of plaintiffs' counsel.  Thus, the sign on the door
6   was misleading and confusing.  Eventually the sign was replaced.

7      12.   During the afternoon of July 12, 2023, between 2:05 p.m. and 2:50 p.m.,
8   Falcon expert Dr. David Stephens interviewed two psychologists and a social worker in the
9   B-6 unit clinical office area.  B-6 is an acute inpatient treatment unit.  At the beginning of
10  the interview, Melissa Bentz clearly explained that Dr. Stephens was hired by CDCR
11  Office of Legal Affairs.  However, the main psychologist who was being interviewed, and
12  who answered all of the questions for the three people being interviewed, turned to me
13  near the end of the interview to say he supported prisoner's rights, which made me think
14  he was confused and thought that the experts worked for Plaintiffs' counsel.  Melissa
15  Bentz explained again to him that the expert was hired by CDCR.  At another point during
16  the interview with the three clinicians, the social worker, Dr. Toussaint, asked "what is the
17  goal [of the review]?" and asked if there would be a written report.  However, no one
18  answered her questions.

19     13.   On Saturday July 15, 2023, during the early afternoon starting at around
20  12:10 p.m., I observed a treatment group led by two psychiatric technicians in unit B-6-B,
21  along with Shirley Moore-Smeal.  There were eight patients in the group, the two teachers,
22  and the three of us touring.  Melissa Bentz explained the purpose of the group and
23  Ms. Moore-Smeal introduced herself.  When I introduced myself I asked if people
24  consented to our being present.  A few people said yes, but most of the people in the group
25  simply did not respond.  I was concerned that class members may have felt pressure not to
26  object or speak up given the size of the group.  We proceeded with observation of the
27  group.
28  / / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 25th day of July, 2023.

_____
Thomas Nolan