| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | ERNEST GALVAN – 196065 |
| MARGOT MENDELSON – 268583 | LISA ELLS – 243657 |
| PRISON LAW OFFICE | JENNY S. YELIN – 273601 |
| 1917 Fifth Street | THOMAS NOLAN – 169692 |
| Berkeley, California  94710-1916 | MICHAEL S. NUNEZ – 280535 |
| Telephone:   (510) 280-2621 | AMY XU – 330707 |
| | CARA E. TRAPANI – 313411 |
| CLAUDIA CENTER – 158255 | MARC J. SHINN-KRANTZ – 312968 |
| DISABILITY RIGHTS EDUCATION | ALEXANDER GOURSE – 321631 |
| AND DEFENSE FUND, INC. | GINGER JACKSON-GLEICH – 324454 |
| Ed Roberts Campus | ADRIENNE PON HARROLD – 326640 |
| 3075 Adeline Street, Suite 210 | ARIELLE W. TOLMAN – 342635 |
| Berkeley, California  94703-2578 | ROSEN BIEN |
| Telephone:   (510) 644-2555 | GALVAN & GRUNFELD LLP |
| | 101 Mission Street, Sixth Floor |
| | San Francisco, California  94105-1738 |
| | Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **DECLARATION OF CARA E. TRAPANI IN SUPPORT OF JOINT STATEMENT RE DEFENDANTS' EXPERT TOURS** |
| v. | |
| GAVIN NEWSOM, et al., | Judge:  Hon. Kimberly J. Mueller |
| Defendants. | |

[4327530.1]

DECLARATION OF CARA E. TRAPANI ISO JOINT STATEMENT RE DEFENDANTS' EXPERT TOURS

I, Cara E. Trapani, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration based in support of Joint Statement Re Defendants' Expert Tours.

2. I represented Plaintiffs during Defendants' VRJS/Falcon expert tour at San Quentin State Prison ("SQ") on Wednesday, July 19, 2023, and for the evening session on Thursday July 20, 2023.

3. Defendants sent three expert consultants from VRJS/Falcon on the SQ tour: Dr. Elizabeth Falcon, Dr. Joseph Baskin, and Mr. Robert Ochs. Defendants also had two attorneys present: Namrata Kotwani of the Attorney General's Office and Laurel O'Connor of Hanson Bridgett. The Special Master had two members of his team present, Deputy Special Master Kerry Walsh and Dr. Jeffrey Metzner. I was the only representative for Plaintiffs.

4. On Tuesday, July 18, I learned from my colleague Arielle Tolman that the tour would start the following day at 7:00 a.m. During the day on Wednesday, July 19, Laurel O'Connor provided me with a printed "tentative" schedule for that day and the following day. My understanding is that no written schedule of events had been provided earlier in the tour.

5. The tour schedule stated that the tour would commence on Thursday, July 20, at 8:00 a.m., go until 1:00 p.m., and then reconvene from 5:30 p.m. to 8:30 p.m. My colleague Jenny Yelin and I agreed that she would attend the morning session and I would attend the evening session on July 20. At 8:04 p.m. on Wednesday, July 19, I received an e-mail from Laurel O'Connor informing me that the tour schedule for the following day had changed, and would now run from 7:30 a.m. until 1:30 p.m., and then from 5:30 p.m. until 7:15 p.m. A true and correct copy of that email is attached hereto as **Exhibit A**.

6. On July 20, I arrived at the institution at 5:25 p.m. for the 5:30 p.m. meeting time. The three experts arrived at approximately 5:45 p.m. The plan was to go and watch Recreational Therapy groups scheduled to begin at 6 p.m. When we arrived in the treatment building, there were no patients around, and the group rooms were empty. We waited for several minutes and the group did not start. Ms. O'Connor and Dr. Metzner then went upstairs to find out what was happening. When they returned, they informed us that the groups had been canceled. We left the institution at approximately 6:30 p.m. without observing any treatment.

7. During the tour on July 19, I accompanied the defense experts as they observed or attempted to observe several mental health treatment events, including group therapy, IDTTs for CCCMS patients, and IDTTs for patients in the PIP. The clinicians read the consent script Defendants had agreed to use on a temporary basis this week prior to the experts entering the room for these events, and the patients were given the opportunity to refuse the observation. Of the two PIP patients whose IDTTs the expert (Dr. Baskin) attempted to observe, one of them did not consent to the observation. Of the two CCCMS patients whose IDTTs the expert (Dr. Falcon) attempted to observe, one of them did not consent to the observation (the experts observed other CCCMS mainline IDTTs that were held in absentia). I also noted that at least some ASU patients must have refused to allow Dr. Baskin and Mr. Ochs to observe their IDTTs, because they were being held in an adjacent room to the CCCMS IDTTs, and I saw the experts and Deputy Special Master Kerry Walsh waiting in the hallway while IDTTs were going on. Prior to us observing the two EOP groups (both led by Recreational Therapists), clinicians read the script regarding consent to the entire group and asked for refusals in front of the other patients. No one refused to allow the observations.

8. During the tour on July 20, shortly after I arrived to the front gate at approximately 5:30 p.m., a member of the mental health staff for San Quentin arrived to escort the experts to the treatment building. She stated that she had arrived at the institution at 5:30 a.m. that morning in order to have time to complete her other work on

top of escorting the experts around the institution during the day. She requested information from Laurel O'Conner and Namrata Kotwani about the schedule for the following day and stated that Fridays were the days when she usually tele-works. Neither Ms. O'Conner, nor Ms. Kotwani knew what time the experts wished to start the following day. We later learned from Dr. Falcon that she wished to start the following day at 8:00 a.m.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 21 day of July, 2023.

*[signature]*
Cara E. Trapani

# Exhibit A

| | |
|---|---|
| **From:** | Laurel E. O"Connor |
| **To:** | Jeffrey Metzner; Kerry F. Walsh; Cara Trapani |
| **Cc:** | v_Namrata.Kotwani@doj.ca.gov |
| **Subject:** | Falcon Tour Time Slight Modification: SQSP 7/20 |
| **Date:** | Wednesday, July 19, 2023 8:04:43 PM |

**[EXTERNAL MESSAGE NOTICE]**

Good evening,

There are a two small modifications to tomorrow's schedule at SQSP. We anticipate that the early session will now end by 1:30 pm (instead of 1:00 pm) and the evening session will end by 7:15 pm (instead of 8:30 pm).

We still plan to meet at the gate at 7:30 am ahead of the 8:00 am meeting.

Kindly confirm receipt.

Thank you,

Laurel

**Laurel E. O'Connor**
**Senior Counsel**
Hanson Bridgett LLP
(925) 478-2023 Direct
LOConnor@hansonbridgett.com



1676 N. California Blvd., Suite 620
Walnut Creek, CA 94596

San Francisco | Sacramento | North Bay | East Bay | Los Angeles  

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.