ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
LAUREL O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **STIPULATION AND [PROPOSED] ORDER TO PERMIT VIDEOCONFERENCE ATTENDANCE AT AUGUST 10, 2023 PRE-HEARING STATUS CONFERENCE** <br><br> Judge: Hon. Kimberly J. Mueller |

On July 11, 2023, this Court issued an order setting this matter for a pre-hearing status conference on August 10, 2023 at 10:00 a.m. in Courtroom 3.  However, several counsel have pre-planned trips scheduled that will preclude in-person attendance at that time, and therefore request that this Court permit attendance at the August 10, 2023 pre-hearing status conference via videoconference.  The parties have conferred and jointly make this request to the Court.

IT IS SO STIPULATED.

DATED: July 27, 2023

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By:     */s/ Elise Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: July 27, 2023

HANSON BRIDGETT LLP

By:     */s/ Samantha Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
KAYLEN KADOTANI
DAVID C. CASARRUBIAS
CARSON R. NIELLO
*Attorneys for Defendants*

Dated: June 27, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

   */s/ Lisa Ells*
LISA ELLS
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

DATED: _____   _____
CHIEF UNITED STATES DISTRICT JUDGE