ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
LAUREL O'CONNOR, SBN 305478
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY MENTAL HEALTH STAFFING VACANCY REPORTS** |

On or before the last court day of each month, Defendants are required to file a monthly staffing vacancy report identifying vacancy rates at each CDCR institution and in the aggregate systemwide for the preceding month for all psychiatrist, psychologist, clinical social worker, recreational therapist, and medical assistant classifications. (*See* February 15 and August 22, 2018 orders (ECF Nos. 5786 at 4, 5886 at 3); and January 18, February 10, February 28, and March 17, 2023 orders (7504 at 6, 7704 at 2, 7742 at 5-7, and 7766 at 1-2). Beginning with the monthly staffing vacancy report filed March 31, 2023, Defendants began including a separate

chart of the fines accumulated for that month and, in subsequent months, a total of fines accumulated to date. (ECF No. 7742 at 6.)

Consistent with the foregoing orders, attached is a letter from the California Correctional Health Care Services setting submitting the following reports for CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Mental Health Staffing Positions for June 2023:  the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan (Exhibit A); the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan (Exhibit B); the statewide totals for all reported positions (Exhibit C); and separate chart of the fines accumulated for June 2023 calculated under the February 28, 2023 order (ECF No. 7742 at 6-7) (Exhibit D).

Dated: July 31, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

**/s/ *Elise Owens Thorn***
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated:  July 31, 2023

HANSON BRIDGETT LLP

**/s/ *Samantha D. Wolff***
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                                          GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



July 31, 2023

Damon McClain, Esq.
Elise O. Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE
        MENTAL HEALTH PROGRAM ALLOCATED AND FILLED
        MENTAL HEALTH STAFFING POSITIONS

Dear Mr. McClain and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits monthly reports identifying CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Mental Health Staffing Positions identifying the mental health staff vacancy rates at each CDCR institution and systemwide for June 2023.

In accordance with the Court's February 14, 2018 order, the psychiatry vacancy reports contain the same data as the Correctional Health Care Services Mental Health Institution Vacancies:  Summary by Institution by Classification.  Those reports also include the staffing allocation and fill rates for Chief Psychiatrists and Senior Psychiatrist Supervisor positions as required under the March 18, 2022 order (ECF No. 7504 at 6), data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Also, in accordance with the Court's February 15 and August 22, 2018 orders (ECF Nos. 5786 at 4, 5886 at 3), and January 18, February 10, February 28, and March 17, 2023 orders (7504 at 6, 7704 at 2, 7742 at 5-7, and 7766 at 1-2), the attached reports include the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan (Exhibit A), the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan (Exhibit B), the statewide totals for all the positions (Exhibit C), and  separate chart of the fines accumulated for June 2023 calculated under the February 28, 2023 order (ECF No. 7742 at 6-7)(Exhibit D).

Sincerely,

/s/ *Jasinda Muhammad*
JASINDA MUHAMMAD
Deputy Director, Human Resources
California Correctional Health Care Services

# Exhibit A

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Psychiatry Positions - June 2023

| Sites | Allocated June 2023[1] | | | | | Filled | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | Telepsych | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | Telepsych[4] | PNP[2,3] | Line Staff Total[6] | Line Staff Total %[5] | Total | Total % |
| ASP | 1.00 | 0.00 | 5.00 | 0.00 | 6.00 | 0.00 | 0% | 0.00 | - | 0.00 | 7.32 | 0.00 | 0.00 | 7.32 | 146% | 7.32 | 122% |
| CAL | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.75 | 0.00 | 0.75 | 150% | 0.75 | 150% |
| CCC | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0% |
| CCI | 1.00 | 0.00 | 3.50 | 1.00 | 5.50 | 0.00 | 0% | 0.00 | - | 2.00 | 1.98 | 2.25 | 0.00 | 6.23 | 138% | 6.23 | 113% |
| CCWF | 1.00 | 0.00 | 7.00 | 2.00 | 10.00 | 0.00 | 0% | 0.00 | - | 4.00 | 0.52 | 4.00 | 0.00 | 8.52 | 95% | 8.52 | 85% |
| CEN | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 200% | 1.00 | 200% |
| CHCF | 1.00 | 2.00 | 12.00 | 10.00 | 25.00 | 1.00 | 100% | 0.00 | 0% | 4.00 | 9.81 | 6.00 | 2.00 | 21.81 | 99% | 22.81 | 91% |
| CIM | 1.00 | 0.00 | 8.00 | 2.00 | 11.00 | 1.00 | 100% | 0.00 | - | 4.00 | 1.96 | 2.00 | 0.00 | 7.96 | 80% | 8.96 | 81% |
| CIW | 1.00 | 0.00 | 6.90 | 0.00 | 7.90 | 0.00 | 0% | 0.00 | - | 2.00 | 6.15 | 0.00 | 0.00 | 8.15 | 118% | 8.15 | 103% |
| CMC | 1.00 | 1.00 | 16.00 | 1.50 | 19.50 | 1.00 | 100% | 1.00 | 100% | 7.00 | 3.84 | 2.50 | 0.00 | 13.34 | 76% | 15.34 | 79% |
| CMF | 1.00 | 1.00 | 9.80 | 5.00 | 16.80 | 1.00 | 100% | 0.00 | 0% | 2.00 | 6.57 | 5.00 | 1.00 | 14.57 | 98% | 15.57 | 93% |
| COR | 1.00 | 1.00 | 6.00 | 6.00 | 14.00 | 1.00 | 100% | 0.00 | 0% | 1.50 | 2.99 | 6.38 | 0.00 | 10.87 | 91% | 11.87 | 85% |
| CRC | 1.00 | 0.00 | 5.50 | 0.00 | 6.50 | 1.00 | 100% | 0.00 | - | 5.00 | 0.16 | 0.00 | 0.00 | 5.16 | 94% | 6.16 | 95% |
| CTF | 1.00 | 0.00 | 3.00 | 0.00 | 4.00 | 1.00 | 100% | 0.00 | - | 2.00 | 1.85 | 0.00 | 0.00 | 3.85 | 128% | 4.85 | 121% |
| CVSP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.38 | 0.00 | 0.38 | 76% | 0.38 | 76% |
| FSP | 1.00 | 0.00 | 1.50 | 0.00 | 2.50 | 1.00 | 100% | 0.00 | - | 3.50 | 0.00 | 0.00 | 0.00 | 3.50 | 233% | 4.50 | 180% |
| HDSP | 1.00 | 0.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0% | 0.00 | - | 0.00 | 0.00 | 4.25 | 0.00 | 4.25 | 142% | 4.25 | 106% |
| ISP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.37 | 0.00 | 0.37 | 74% | 0.37 | 74% |
| KVSP | 1.00 | 0.00 | 4.00 | 3.50 | 8.50 | 1.00 | 100% | 0.00 | - | 1.00 | 0.23 | 5.00 | 0.89 | 7.12 | 95% | 8.12 | 96% |
| LAC | 1.00 | 1.00 | 10.00 | 1.00 | 13.00 | 1.00 | 100% | 0.00 | 0% | 6.00 | 2.86 | 1.00 | 1.43 | 11.29 | 103% | 12.29 | 95% |
| MCSP | 1.00 | 1.00 | 9.00 | 6.50 | 17.50 | 1.00 | 100% | 1.00 | 100% | 4.00 | 3.54 | 6.50 | 0.00 | 14.04 | 91% | 16.04 | 92% |
| NKSP | 1.00 | 0.00 | 6.00 | 4.00 | 11.00 | 0.00 | 0% | 0.00 | - | 0.00 | 5.97 | 3.25 | 0.00 | 9.22 | 92% | 9.22 | 84% |
| PBSP | 1.00 | 0.00 | 1.00 | 2.00 | 4.00 | 0.00 | 0% | 0.00 | - | 1.00 | 0.00 | 1.75 | 0.00 | 2.75 | 92% | 2.75 | 69% |
| PVSP | 1.00 | 0.00 | 2.00 | 0.50 | 3.50 | 1.00 | 100% | 0.00 | - | 1.00 | 1.17 | 0.50 | 0.00 | 2.67 | 107% | 3.67 | 105% |
| RJD | 1.00 | 1.00 | 14.00 | 2.00 | 18.00 | 1.00 | 100% | 1.00 | 100% | 7.50 | 6.15 | 2.00 | 0.00 | 15.65 | 98% | 17.65 | 98% |
| SAC | 1.00 | 1.00 | 15.50 | 0.00 | 17.50 | 1.00 | 100% | 1.00 | 100% | 15.25 | 2.64 | 0.00 | 0.00 | 17.89 | 115% | 19.89 | 114% |
| SATF | 1.00 | 1.00 | 5.00 | 11.00 | 18.00 | 0.00 | 0% | 0.00 | 0% | 1.00 | 0.85 | 10.50 | 1.00 | 13.35 | 83% | 13.35 | 74% |
| SCC | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 0.00 | 1.25 | 1.25 | 125% | 2.25 | 113% |
| SOL | 1.00 | 0.00 | 3.50 | 0.00 | 4.50 | 1.00 | 100% | 0.00 | - | 4.00 | 0.00 | 1.00 | 0.00 | 5.00 | 143% | 6.00 | 133% |
| SQ | 1.00 | 0.00 | 7.80 | 0.00 | 8.80 | 0.00 | 0% | 0.00 | - | 5.00 | 1.35 | 0.00 | 0.00 | 6.35 | 81% | 6.35 | 72% |
| SVSP | 1.00 | 1.00 | 2.80 | 5.50 | 10.30 | 1.00 | 100% | 0.00 | 0% | 0.00 | 3.58 | 5.56 | 0.00 | 9.14 | 110% | 10.14 | 98% |
| VSP | 1.00 | 0.00 | 0.00 | 7.00 | 8.00 | 0.00 | 0% | 0.00 | - | 0.00 | 1.29 | 5.65 | 0.00 | 6.94 | 99% | 6.94 | 87% |
| WSP | 1.00 | 0.00 | 7.50 | 4.00 | 12.50 | 0.00 | 0% | 0.00 | - | 2.00 | 6.70 | 4.00 | 0.00 | 12.70 | 110% | 12.70 | 102% |
| Telepsych[6] | 2.00 | 8.00 | 0.00 | 0.00 | 10.00 | 2.00 | 100% | 7.00 | 88% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 9.00 | 90% |
| NTTM[7] | 0.00 | 0.00 | 0.00 | 12.00 | 12.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 9.00 | 0.00 | 9.00 | 75% | 9.00 | 75% |
| TOTAL | 30.00 | 19.00 | 173.80 | 91.50 | 314.30 | 19.00 | 63% | 11.00 | 58% | 85.75 | 79.48 | 89.59 | 7.57 | 262.39 | 99% | 292.39 | 93% |

Footnote

1 Source: MH Staffing Memo January 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (June 2023)

4 Source: June 2023 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

6 Telepsych row displays the number of chiefs and seniors in telepsychiatry and are not assigned to specific institutions.

7 NTTM- Nighttime Telepsych Shift- Took 0.5 from all institutions.

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Psychology Positions - June 2023

| Sites | Allocated June 2023[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | Clinical Psyl % | Total | Total % |
| ASP | 2.00 | 1.00 | 2.00 | 10.00 | 15.00 | 2.00 | 100% | 1.00 | 100% | 2.00 | 100% | 5.00 | 0.70 | 57% | 10.70 | 71% |
| CAC | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0% | 0.00 | 0% |
| CAL | 0.00 | 1.00 | 0.00 | 4.00 | 5.00 | 0.00 | - | 1.00 | 100% | 0.00 | - | 4.00 | 0.00 | 100% | 5.00 | 100% |
| CCC | 0.00 | 1.00 | 0.00 | 4.00 | 5.00 | 0.00 | - | 0.00 | 0% | 0.00 | - | 0.00 | 0.00 | 0% | 0.00 | 0% |
| CCI | 2.00 | 2.00 | 2.00 | 13.50 | 19.50 | 1.00 | 50% | 2.00 | 100% | 2.00 | 100% | 8.00 | 0.00 | 59% | 13.00 | 67% |
| CCWF | 2.00 | 2.50 | 3.50 | 24.00 | 32.00 | 1.00 | 50% | 3.00 | 120% | 3.00 | 86% | 18.50 | 0.00 | 77% | 25.50 | 80% |
| CEN | 1.00 | 0.00 | 0.00 | 4.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 50% | 3.00 | 60% |
| CHCF | 2.00 | 4.65 | 5.40 | 41.25 | 53.30 | 1.00 | 50% | 5.00 | 108% | 2.00 | 37% | 3.00 | 5.95 | 22% | 16.95 | 32% |
| CIM | 2.00 | 2.00 | 2.00 | 19.50 | 25.50 | 0.00 | 0% | 0.00 | 0% | 2.00 | 100% | 20.00 | 0.00 | 103% | 22.00 | 86% |
| CIW | 2.00 | 1.50 | 3.50 | 16.90 | 23.90 | 2.00 | 100% | 2.00 | 133% | 2.00 | 57% | 16.00 | 0.91 | 100% | 22.91 | 96% |
| CMC | 2.00 | 6.50 | 6.50 | 45.00 | 60.00 | 2.00 | 100% | 6.50 | 100% | 6.50 | 100% | 25.50 | 0.51 | 58% | 41.01 | 68% |
| CMF | 2.00 | 5.25 | 6.10 | 37.55 | 50.90 | 1.00 | 50% | 4.00 | 76% | 4.00 | 66% | 11.50 | 2.17 | 36% | 22.67 | 45% |
| COR | 2.00 | 4.50 | 4.50 | 38.00 | 49.00 | 2.00 | 100% | 4.00 | 89% | 5.00 | 111% | 11.00 | 3.88 | 39% | 25.88 | 53% |
| CRC | 2.00 | 1.00 | 2.00 | 10.50 | 15.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 8.50 | 0.95 | 90% | 13.45 | 87% |
| CTF | 2.00 | 1.00 | 2.00 | 7.50 | 12.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 7.00 | 0.46 | 99% | 11.46 | 92% |
| CVSP | 0.00 | 1.00 | 0.00 | 3.50 | 4.50 | 0.00 | - | 1.00 | 100% | 0.00 | - | 1.00 | 1.16 | 62% | 3.16 | 70% |
| FSP | 1.00 | 1.00 | 2.00 | 5.00 | 9.00 | 1.00 | 100% | 1.00 | 100% | 2.00 | 100% | 5.00 | 0.00 | 100% | 9.00 | 100% |
| HDSP | 2.00 | 1.00 | 2.00 | 8.50 | 13.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 4.50 | 0.00 | 53% | 8.50 | 63% |
| ISP | 1.00 | 0.00 | 0.00 | 3.50 | 4.50 | 1.00 | 100% | 0.00 | - | 0.00 | - | 3.00 | 0.58 | 102% | 4.58 | 102% |
| KVSP | 2.00 | 3.00 | 4.00 | 22.00 | 31.00 | 1.00 | 50% | 3.00 | 100% | 4.00 | 100% | 15.50 | 1.55 | 78% | 25.05 | 81% |
| LAC | 2.00 | 6.00 | 6.50 | 41.00 | 55.50 | 2.00 | 100% | 5.50 | 92% | 6.00 | 92% | 26.00 | 0.00 | 63% | 39.50 | 71% |
| MCSP | 2.00 | 7.50 | 7.50 | 46.50 | 63.50 | 2.00 | 100% | 7.00 | 93% | 6.00 | 80% | 15.50 | 3.14 | 40% | 33.64 | 53% |
| NKSP | 2.00 | 2.00 | 2.00 | 33.00 | 39.00 | 1.00 | 50% | 0.00 | 0% | 2.00 | 100% | 7.50 | 1.78 | 28% | 12.28 | 31% |
| PBSP | 2.00 | 1.00 | 2.00 | 10.50 | 15.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 8.00 | 0.00 | 76% | 12.00 | 77% |
| PVSP | 2.00 | 1.00 | 2.00 | 7.50 | 12.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 6.00 | 0.00 | 80% | 10.00 | 80% |
| RJD | 2.00 | 8.00 | 8.00 | 51.00 | 69.00 | 2.00 | 100% | 9.00 | 113% | 6.00 | 75% | 33.50 | 3.40 | 72% | 53.90 | 78% |
| SAC | 2.00 | 8.50 | 7.50 | 55.50 | 73.50 | 2.00 | 100% | 7.00 | 82% | 8.00 | 107% | 30.50 | 7.54 | 69% | 55.04 | 75% |
| SATF | 2.00 | 6.50 | 6.50 | 43.50 | 58.50 | 2.00 | 100% | 3.00 | 46% | 3.00 | 46% | 15.00 | 0.00 | 34% | 23.00 | 39% |
| SCC | 2.00 | 1.00 | 2.00 | 3.50 | 8.50 | 1.00 | 50% | 1.00 | 100% | 1.00 | 50% | 1.00 | 0.00 | 29% | 4.00 | 47% |
| SOL | 2.00 | 1.00 | 2.00 | 8.50 | 13.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 6.50 | 0.00 | 76% | 10.50 | 78% |
| SQ | 2.00 | 4.10 | 4.60 | 27.30 | 38.00 | 1.00 | 50% | 3.00 | 73% | 2.00 | 43% | 25.75 | 1.62 | 100% | 33.37 | 88% |
| SVSP | 2.00 | 3.50 | 4.40 | 28.30 | 38.20 | 2.00 | 100% | 3.50 | 100% | 2.00 | 45% | 1.00 | 7.61 | 30% | 16.11 | 42% |
| VSP | 2.00 | 3.00 | 5.00 | 20.50 | 30.50 | 1.00 | 50% | 3.00 | 100% | 5.00 | 100% | 18.50 | 0.00 | 90% | 27.50 | 90% |
| WSP | 2.00 | 2.50 | 2.00 | 36.50 | 43.00 | 1.00 | 50% | 2.00 | 80% | 2.00 | 100% | 13.00 | 7.03 | 55% | 25.03 | 58% |
| TOTAL | 57.00 | 95.50 | 109.50 | 732.30 | 994.30 | 39.00 | 68% | 83.50 | 87% | 89.50 | 82% | 376.75 | 50.94 | 58% | 639.69 | 64% |

**Footnote**

1  Source:  MH Staffing Memo January 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2  Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

3  Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4  Source: Management Solutions Registry Report (June 2023)

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Clinical Social Worker Positions - June 2023

| Sites | Allocated June 2023[1] | | | Filled | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW | CSW | Allocated Total | Sup SW[2] | Sup SW % | CSW[2] | CSW Registry[3] | CSW % | Total | Total % |
| ASP | 1.00 | 12.50 | 13.50 | 1.00 | 100% | 11.00 | 0.00 | 88% | 12.00 | 89% |
| CAC | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | 0.00 | 0% | 0.00 | 0% |
| CAL | 0.00 | 1.00 | 1.00 | 0.00 | - | 1.00 | 0.00 | 100% | 1.00 | 100% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | 0.00 | 0% | 0.00 | 0% |
| CCI | 1.00 | 10.50 | 11.50 | 1.00 | 100% | 5.00 | 0.66 | 54% | 6.66 | 58% |
| CCWF | 1.50 | 17.50 | 19.00 | 1.00 | 67% | 15.00 | 0.00 | 86% | 16.00 | 84% |
| CEN | 0.00 | 1.00 | 1.00 | 0.00 | - | 1.00 | 0.00 | 100% | 1.00 | 100% |
| CHCF | 0.60 | 12.80 | 13.40 | 0.00 | 0% | 3.00 | 1.91 | 38% | 4.91 | 37% |
| CIM | 1.00 | 14.50 | 15.50 | 1.00 | 100% | 13.00 | 0.00 | 90% | 14.00 | 90% |
| CIW | 0.80 | 8.40 | 9.20 | 1.00 | 125% | 5.00 | 0.00 | 60% | 6.00 | 65% |
| CMC | 1.00 | 17.00 | 18.00 | 1.00 | 100% | 14.00 | 0.00 | 82% | 15.00 | 83% |
| CMF | 0.50 | 13.10 | 13.60 | 0.00 | 0% | 7.00 | 1.88 | 68% | 8.88 | 65% |
| COR | 1.00 | 16.00 | 17.00 | 1.00 | 100% | 12.00 | 3.25 | 95% | 16.25 | 96% |
| CRC | 1.00 | 14.50 | 15.50 | 1.00 | 100% | 11.00 | 0.83 | 82% | 12.83 | 83% |
| CTF | 1.00 | 7.50 | 8.50 | 1.00 | 100% | 6.00 | 0.00 | 80% | 7.00 | 82% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | 0.00 | 0% | 0.00 | 0% |
| FSP | 0.50 | 5.00 | 5.50 | 0.00 | 0% | 5.00 | 0.00 | 100% | 5.00 | 91% |
| HDSP | 0.50 | 4.00 | 4.50 | 1.00 | 200% | 5.00 | 0.00 | 125% | 6.00 | 133% |
| ISP | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | 0.00 | 0% | 0.00 | 0% |
| KVSP | 1.00 | 10.50 | 11.50 | 2.00 | 200% | 9.00 | 0.00 | 86% | 11.00 | 96% |
| LAC | 1.00 | 15.00 | 16.00 | 1.00 | 100% | 9.00 | 3.69 | 85% | 13.69 | 86% |
| MCSP | 1.00 | 24.00 | 25.00 | 1.00 | 100% | 13.00 | 0.00 | 54% | 14.00 | 56% |
| NKSP | 1.00 | 13.50 | 14.50 | 0.00 | 0% | 13.50 | 1.25 | 109% | 14.75 | 102% |
| PBSP | 0.00 | 3.50 | 3.50 | 0.00 | - | 1.00 | 0.00 | 29% | 1.00 | 29% |
| PVSP | 0.50 | 4.00 | 4.50 | 1.00 | 200% | 3.00 | 0.00 | 75% | 4.00 | 89% |
| RJD | 1.00 | 23.50 | 24.50 | 1.00 | 100% | 10.50 | 4.29 | 63% | 15.79 | 64% |
| SAC | 1.00 | 18.50 | 19.50 | 1.00 | 100% | 16.00 | 1.88 | 97% | 18.88 | 97% |
| SATF | 2.00 | 25.50 | 27.50 | 1.50 | 75% | 13.00 | 0.98 | 55% | 15.48 | 56% |
| SCC | 0.00 | 1.50 | 1.50 | 0.00 | - | 1.00 | 0.00 | 67% | 1.00 | 67% |
| SOL | 1.00 | 5.50 | 6.50 | 0.50 | 50% | 3.00 | 0.00 | 55% | 3.50 | 54% |
| SQ | 0.80 | 14.80 | 15.60 | 1.00 | 125% | 12.00 | 0.00 | 81% | 13.00 | 83% |
| SVSP | 0.70 | 13.80 | 14.50 | 1.00 | 143% | 3.00 | 3.43 | 47% | 7.43 | 51% |
| VSP | 1.00 | 14.00 | 15.00 | 1.00 | 100% | 12.00 | 0.00 | 86% | 13.00 | 87% |
| WSP | 1.00 | 16.50 | 17.50 | 1.00 | 100% | 16.00 | 0.00 | 97% | 17.00 | 97% |
| TOTAL | 24.40 | 363.40 | 387.80 | 23.00 | 94% | 249.00 | 24.05 | 75% | 296.05 | 76% |

Footnote

1  Source:  MH Staffing Memo January 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2  Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (June 2023)

**Division of Health Care Services**

**Statewide Mental Health Program**

**Allocated and Filled Recreation Therapist Positions - June 2023**

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| ASP | 0.00 | 1.00 | 0.00 | - |
| CAC | 0.00 | 0.00 | 0.00 | - |
| CAL | 0.00 | 0.00 | 0.00 | - |
| CCC | 0.00 | 0.00 | 0.00 | - |
| CCI | 3.50 | 1.00 | 1.26 | 65% |
| CCWF | 6.00 | 8.00 | 0.52 | 142% |
| CEN | 0.00 | 0.00 | 0.81 | - |
| CHCF | 22.65 | 20.00 | 0.70 | 91% |
| CIM | 6.00 | 4.00 | 0.00 | 67% |
| CIW | 6.40 | 5.00 | 1.02 | 94% |
| CMC | 24.50 | 17.50 | 0.00 | 71% |
| CMF | 20.95 | 15.00 | 0.83 | 76% |
| COR | 12.50 | 8.00 | 3.17 | 89% |
| CRC | 0.00 | 1.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 0.00 | 0.00 | - |
| HDSP | 1.50 | 2.00 | 0.00 | 133% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 8.50 | 5.00 | 0.97 | 70% |
| LAC | 18.50 | 15.00 | 0.00 | 81% |
| MCSP | 25.50 | 22.50 | 3.87 | 103% |
| NKSP | 4.00 | 2.00 | 0.00 | 50% |
| PBSP | 2.00 | 2.00 | 0.00 | 100% |
| PVSP | 1.00 | 1.00 | 0.00 | 100% |
| RJD | 27.50 | 28.00 | 1.52 | 107% |
| SAC | 27.00 | 29.50 | 0.00 | 109% |
| SATF | 20.50 | 15.00 | 0.52 | 76% |
| SCC | 0.00 | 1.00 | 0.00 | - |
| SOL | 1.50 | 1.00 | 0.00 | 67% |
| SQ | 9.80 | 7.00 | 1.72 | 89% |
| SVSP | 10.80 | 8.00 | 0.00 | 74% |
| VSP | 9.50 | 10.00 | 0.00 | 105% |
| WSP | 4.50 | 4.00 | 0.00 | 89% |
| TOTAL | 274.60 | 233.50 | 16.91 | 91% |

Footnote

Source:  MH Staffing Memo January 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009

1  Staffing Plan.

2  Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (June 2023)

## Division of Health Care Services
## Statewide Mental Health Program
### Allocated and Filled Medical Assistant Positions - June 2023

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|-------|-------------|-------------|----------------|------|
| ASP | 0.00 | 0.00 | 0.00 | - |
| CAC | 0.00 | 0.00 | 0.00 | - |
| CAL | 1.00 | 1.00 | 0.00 | 100% |
| CCC | 0.00 | 0.00 | 0.00 | - |
| CCI | 1.00 | 2.00 | 0.00 | 200% |
| CCWF | 2.00 | 2.00 | 0.97 | 149% |
| CEN | 0.00 | 0.00 | 0.00 | - |
| CHCF | 10.00 | 6.00 | 0.00 | 60% |
| CIM | 2.00 | 0.00 | 0.00 | 0% |
| CIW | 0.00 | 0.00 | 0.00 | - |
| CMC | 1.00 | 1.00 | 0.00 | 100% |
| CMF | 5.00 | 2.00 | 3.90 | 118% |
| COR | 6.00 | 7.00 | 0.50 | 125% |
| CRC | 0.00 | 0.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 0.00 | 0.00 | - |
| HDSP | 3.00 | 1.00 | 0.00 | 33% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 4.00 | 4.00 | 0.00 | 100% |
| LAC | 1.00 | 1.00 | 0.00 | 100% |
| MCSP | 7.00 | 4.00 | 0.00 | 57% |
| NKSP | 4.00 | 2.00 | 0.95 | 74% |
| PBSP | 2.00 | 1.00 | 0.00 | 50% |
| PVSP | 1.00 | 1.00 | 0.00 | 100% |
| RJD | 2.00 | 0.00 | 0.00 | 0% |
| SAC | 0.00 | 0.00 | 1.03 | - |
| SATF | 11.00 | 10.00 | 0.00 | 91% |
| SCC | 0.00 | 0.00 | 0.00 | - |
| SOL | 0.00 | 0.00 | 0.00 | - |
| SQ | 0.00 | 0.00 | 0.00 | - |
| SVSP | 6.00 | 0.00 | 0.88 | 15% |
| VSP | 7.00 | 5.00 | 0.00 | 71% |
| WSP | 4.00 | 4.00 | 0.00 | 100% |
| TOTAL | 80.00 | 54.00 | 8.23 | 78% |

Footnote

1 Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (June 2023)

# Exhibit B

Division of Health Care Services

Statewide Mental Health Program

PIP Allocated and Filled Psychiatry Positions - June 2023

| Sites | Allocated June 2023[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | Telepsych | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | Telepsych[4] | PNP[2,3] | Line Staff Total[6] | Line Staff Total %[5] | | |
| CHCF PIP | 1.00 | 2.00 | 33.00 | 0.00 | 36.00 | 2.00 | 200% | 0.00 | 0% | 13.00 | 12.11 | 0.00 | 0.00 | 25.11 | 76% | 27.11 | 75% |
| CIW PIP | 1.00 | 0.00 | 3.60 | 0.00 | 4.60 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 56% | 3.00 | 65% |
| CMF PIP | 1.00 | 2.00 | 28.70 | 0.00 | 31.70 | 1.00 | 100% | 0.00 | 0% | 7.00 | 11.45 | 0.00 | 0.00 | 18.45 | 64% | 19.45 | 61% |
| SQ PIP | 1.00 | 0.00 | 3.20 | 0.00 | 4.20 | 1.00 | 100% | 0.00 | - | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | 94% | 4.00 | 95% |
| SVSP PIP | 1.00 | 1.00 | 11.20 | 0.00 | 13.20 | 0.00 | 0% | 0.00 | 0% | 1.00 | 8.62 | 0.00 | 0.00 | 9.62 | 86% | 9.62 | 73% |
| TOTAL | 5.00 | 5.00 | 79.70 | 0.00 | 89.70 | 5.00 | 100% | 0.00 | 0% | 26.00 | 32.18 | 0.00 | 0.00 | 58.18 | 73% | 63.18 | 70% |

Footnote

Source:  MH Staffing Memo January 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief 1 and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (June 2023)

4 Source: June 2023 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

## Division of Health Care Services
## Statewide Mental Health Program
## PIP Allocated and Filled Psychology Positions - June 2023

| Sites | Allocated June 2023[1] | | | | | Filled | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | Clinical Psyl % | Total | Total % |
| CHCF PIP | 1.00 | 4.35 | 8.10 | 34.25 | 47.70 | 1.00 | 100% | 3.00 | 69% | 5.00 | 62% | 14.00 | 8.27 | 65% | 31.27 | 66% |
| CIW PIP | 1.00 | 0.50 | 2.50 | 3.60 | 7.60 | 1.00 | 100% | 1.00 | 200% | 2.00 | 80% | 2.00 | 0.00 | 56% | 6.00 | 79% |
| CMF PIP | 1.00 | 3.75 | 7.40 | 29.95 | 42.10 | 1.00 | 100% | 1.00 | 27% | 3.00 | 41% | 6.00 | 5.97 | 40% | 16.97 | 40% |
| SQ PIP | 1.00 | 0.40 | 2.40 | 3.20 | 7.00 | 1.00 | 100% | 1.00 | 250% | 1.00 | 42% | 3.00 | 0.00 | 94% | 6.00 | 86% |
| SVSP PIP | 1.00 | 1.50 | 5.60 | 11.20 | 19.30 | 1.00 | 100% | 2.00 | 133% | 3.00 | 54% | 4.00 | 4.74 | 78% | 14.74 | 76% |
| TOTAL | 5.00 | 10.50 | 26.00 | 82.20 | 123.70 | 5.00 | 100% | 8.00 | 76% | 14.00 | 54% | 29.00 | 18.98 | 58% | 74.98 | 61% |

Footnote

Source:  MH Staffing Memo January 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP
1 and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (June 2023)

## Division of Health Care Services
## Statewide Mental Health Program
## PIP Allocated and Filled Clinical Social Worker Positions - June 2023

| | Allocated June 2023[1] | | | Filled | | | | | | |
| Sites | Sup SW | CSW | Allocated Total | Sup SW[2] | Sup SW % | CSW[2] | CSW Registry[3] | CSW % | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|
| CHCF PIP | 1.90 | 29.20 | **31.10** | 2.00 | **105%** | 11.00 | 4.57 | **53%** | **17.57** | **56%** |
| CIW PIP | 0.20 | 3.60 | **3.80** | 1.00 | **500%** | 2.00 | 0.00 | **56%** | **3.00** | **79%** |
| CMF PIP | 1.50 | 24.90 | **26.40** | 0.00 | **0%** | 4.00 | 2.99 | **28%** | **6.99** | **26%** |
| SQ PIP | 0.20 | 3.20 | **3.40** | 0.00 | **0%** | 2.00 | 0.00 | **63%** | **2.00** | **59%** |
| SVSP PIP | 0.80 | 11.20 | **12.00** | 1.00 | **125%** | 7.00 | 0.98 | **71%** | **8.98** | **75%** |
| TOTAL | **4.60** | **72.10** | **76.70** | **4.00** | **87%** | **26.00** | **8.54** | **48%** | **38.54** | **50%** |

**Footnote**

1 Source:  MH Staffing Memo January 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (June 2023)

## Division of Health Care Services

## Statewide Mental Health Program

## PIP Allocated and Filled Recreation Therapist Positions - June 2023

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| CHCF PIP | 31.85 | 18.00 | 4.91 | 72% |
| CIW PIP | 3.60 | 4.00 | 0.00 | 111% |
| CMF PIP | 27.55 | 11.00 | 5.37 | 59% |
| SQ PIP | 3.20 | 3.00 | 0.00 | 94% |
| SVSP PIP | 11.20 | 11.00 | 0.00 | 98% |
| TOTAL | 77.40 | 47.00 | 10.28 | 74% |

**Footnote**

Source:  MH Staffing Memo January 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond
1  what is required by the 2009 Staffing Plan.

2  Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (June 2023)

4  Rehabilitation therapists are included in the fill rate for recreation therapists at CHCF PIP, CMF PIP, and SVSP PIP.

## Division of Health Care Services
## Statewide Mental Health Program
## PIP Allocated and Filled Medical Assistant Positions - June 2023

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|-------|--------------|--------------|----------------|------|
| CHCF PIP | 0.00 | 0.00 | 0.86 | - |
| CIW PIP | 0.00 | 0.00 | 0.00 | - |
| CMF PIP | 0.00 | 0.00 | 0.00 | - |
| SQ PIP | 0.00 | 0.00 | 0.00 | - |
| SVSP PIP | 0.00 | 0.00 | 0.00 | - |
| **TOTAL** | **0.00** | **0.00** | **0.86** | - |

**Footnote**

1 Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (June 2023)

**Exhibit C**

Division of Health Care Services
Statewide Mental Health Program
Total Allocated and Filled Psychiatry Positions - June 2023

| Staffing Plan | Allocated June 2023[1] | | | | | Filled | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Chief PsyT | Senior PsyT | Staff PsyT | Telepsych | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | Telepsych[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| 2009 Total | 30.00 | 19.00 | 173.80 | 91.50 | 314.30 | 19.00 | 63% | 11.00 | 58% | 85.75 | 79.48 | 89.59 | 7.57 | 262.39 | 99% | 292.39 | 93% |
| PIP Total | 5.00 | 5.00 | 79.70 | 0.00 | 89.70 | 5.00 | 100% | 0.00 | 0% | 26.00 | 32.18 | 0.00 | 0.00 | 58.18 | 73% | 63.18 | 70% |
| GRAND TOTAL | 35.00 | 24.00 | 253.50 | 91.50 | 404.00 | 24.00 | 69% | 11.00 | 46% | 111.75 | 111.66 | 89.59 | 7.57 | 320.57 | 93% | 355.57 | 88% |

Footnote

Source:  MH Staffing Memo January 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

1 Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (June 2023)

4 Source: June 2023 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

**Division of Health Care Services**

**Statewide Mental Health Program**

**Total Allocated and Filled Psychology Positions - June 2023**

| Staffing Plan | Allocated June 2023[1] | | | | | Filled | | | | | | | | | | Total % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | Clinical Psyl % | Total | Total % |
| 2009 Total | 57.00 | 95.50 | 109.50 | 732.30 | 994.30 | 39.00 | 68% | 83.50 | 87% | 89.50 | 82% | 376.75 | 50.94 | 58% | 639.69 | 64% |
| PIP Total | 5.00 | 10.50 | 26.00 | 82.20 | 123.70 | 5.00 | 100% | 8.00 | 76% | 14.00 | 54% | 29.00 | 18.98 | 58% | 74.98 | 61% |
| GRAND TOTAL | 62.00 | 106.00 | 135.50 | 814.50 | 1118.00 | 44.00 | 71% | 91.50 | 86% | 103.50 | 76% | 405.75 | 69.92 | 58% | 714.67 | 64% |

**Footnote**

Source: MH Staffing Memo January 2023 Statewide Mental Health Position Allocated with CCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF

1 PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (June 2023)

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Clinical Social Worker Positions - June 2023

| Staffing Plan | Allocated June 2023[1] | | | Filled | | | | | | |
| | Sup SW | CSW | Allocated Total | Sup SW[2] | Sup SW % | CSW[2] | CSW Registry[3] | CSW % | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|
| **2009 Total** | 24.40 | 363.40 | **387.80** | 23.00 | **94%** | 249.00 | 24.05 | **75%** | **296.05** | **76%** |
| **PIP Total** | 4.60 | 72.10 | **76.70** | 4.00 | **87%** | 26.00 | 8.54 | **48%** | **38.54** | **50%** |
| **GRAND TOTAL** | **29.00** | **435.50** | **464.50** | **27.00** | **93%** | **275.00** | **32.59** | **71%** | **334.59** | **72%** |

**Footnote**

Source:  MH Staffing Memo January 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated

1 in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (June 2023)

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Recreation Therapist Positions - June 2023

| Staffing Plan | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| 2009 Total | 274.60 | 233.50 | 16.91 | 91% |
| PIP Total | 77.40 | 47.00 | 10.28 | 74% |
| GRAND TOTAL | 352.00 | 280.50 | 27.19 | 87% |

Footnote

Source:  MH Staffing Memo January 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio
applied. PIP allocated positions are based on the number of positions in the Governor's 2022/23 budget and include the Flex
Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond
1  what is required by the 2009 Staffing Plan.

2  Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (June 2023)

| Division of Health Care Services<br>Statewide Mental Health Program<br>Total Allocated and Filled Medical Assistant Positions - June 2023 | | | | |
| --- | --- | --- | --- | --- |
| **Staffing Plan** | **Allocated MA** | **Filled MA[1]** | **MA Registry[2]** | **MA %** |
| **2009 Total** | 80.00 | 54.00 | 8.23 | **78%** |
| **PIP Total** | 0.00 | 0.00 | 0.86 | **-** |
| **GRAND TOTAL** | **80.00** | **54.00** | **9.09** | **79%** |

Footnote

1 Source: SCO Report 2023_06_30 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (June 2023)

# Exhibit D

| Class Title | Average Maximum Monthly Salary | Minimum | Allocated | 90% Minimum Compliance | Filled with Civil Service (CS) | Filled with Registry | Total Filled with CS and Registry | Below Minimum | Fine for June 2023 | Accumulated Fines To Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **Division of Health Care Services** **Statewide Mental Health Program** **June 2023 Fines** | | | | | | | | | | |
| Staff Psychiatrist[1] | $ 23,041 | 90% | 265.30 | 238.77 | 182.91 | 79.48 | 262.39 | -23.62 | $ - | $ 161,285 |
| Senior Psychiatrist (Supervisor) | $ 24,042 | 90% | 19.00 | 17.10 | 11.00 | 0.00 | 11.00 | 6.10 | $ 293,312 | $ 1,322,310 |
| Chief Psychiatrist[2] | $ 27,906 | 90% | 30.00 | 27.00 | 19.00 | 0.00 | 19.00 | 8.00 | $ 446,488 | $ 1,841,763 |
| Total Psychiatry Fine | | | | | | | | | $ 739,800 | $ 3,325,358 |
| Clinical Psychologist | $ 9,973 | 90% | 732.30 | 659.07 | 376.75 | 50.94 | 427.69 | 231.38 | $ 4,615,105 | $ 21,919,058 |
| Senior Psychologist (Specialist) | $ 10,869 | 90% | 109.50 | 98.55 | 89.50 | 0.00 | 89.50 | 9.05 | $ 196,729 | $ 1,027,121 |
| Senior Psychologist (Supervisor) | $ 11,210 | 90% | 95.50 | 85.95 | 83.50 | 0.00 | 83.50 | 2.45 | $ 54,929 | $ 388,987 |
| Chief Psychologist | $ 13,866 | 90% | 57.00 | 51.30 | 39.00 | 0.00 | 39.00 | 12.30 | $ 341,110 | $ 1,622,351 |
| Total Psychology Fine | | | | | | | | | $ 5,207,873 | $ 24,957,517 |
| Clinical Social Worker | $ 8,461 | 90% | 363.40 | 327.06 | 249.00 | 24.05 | 273.05 | 54.01 | $ 913,926 | $ 5,129,728 |
| Supervising Psychiatric Social Worker I | $ 8,192 | 90% | 24.40 | 21.96 | 23.00 | 0.00 | 23.00 | -1.04 | $ - | $ 226,755 |
| Total Clinical Social Worker Fine | | | | | | | | | $ 913,926 | $ 5,356,483 |
| Medical Assistant | $ 4,553 | 90% | 80.00 | 72.00 | 54.00 | 8.23 | 62.23 | 9.77 | $ 88,966 | $ 553,372 |
| Total Medical Assistant Fine | | | | | | | | | $ 88,966 | $ 553,372 |
| Recreation Therapist | $ 5,841 | 90% | 274.60 | 247.14 | 233.50 | 16.91 | 250.41 | -3.27 | $ - | $ 21,845 |
| Total Recreation Therapist Fine | | | | | | | | | $ - | $ 21,845 |
| **GRAND TOTAL** | | | | | | | | | $ 6,950,565 | $ 34,214,575 |

**Footnote**

1  Staff psychiatrist allocated includes civil service and telepsych.  Staff psychiatrist filled includes civil service, telepsych, and psychiatric nurse practitioner civil service.

2  Chief psychiatrist allocated and filled with civil service include telepsych.