| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Kaylen Kadotani, SBN 294114<br>Laurel O'Connor, SBN 305478<br>David C. Casarrubias, SBN 321994<br>Carson R. Niello, SBN 329970<br>1676 N. California Blvd., Suite 620<br>Walnut Creek, California 94596<br>Telephone: 925-746-8460<br>Facsimile: 925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DEFENDANTS' REQUEST FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' 2022-2023 UNMET NEEDS ASSESSMENT REPORT**<br><br>Judge:   Hon. Kimberly J. Mueller |

On June 30, 2023, Defendants filed CDCR's 2022/23 Unmet Needs Assessment Report. (ECF No. 7865-3.) On July 5, 2023, Plaintiffs sought leave to file objections and requested thirty days, or through August 1, 2023, to evaluate the report and file objections in light of the complexity of the report and competing case demands, including preparation for the upcoming contempt proceedings, among other reasons. (ECF No. 7870 at 2:19-3:2.) This Court granted Plaintiffs' request for leave on July 10, and ordered Plaintiffs to file their objections on or before August 1, 2023. (ECF No. 7871.)

Plaintiffs filed their Objections to Defendants' 2022-2023 Unmet Needs Assessment Report ("Plaintiffs' Objections") on August 1, 2023 (ECF No. 7900). Plaintiffs' Objections

include arguments not previously raised by Plaintiffs as well as a number of factual inaccuracies or misleading statements. To ensure a complete and correct record on this issue, Defendants respectfully request that they be granted leave to file a response to Plaintiffs' Objections, and that this Court afford them thirty days' time to do so, on or before September 4, 2023, for the same reasons expressed in Plaintiffs' request for leave – namely, the many competing demands of this case, particularly as the parties prepare for the upcoming contempt proceedings.

DATED: August 4, 2023

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By:    /s/ Elise Owens Thorn
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: August 4, 2023

HANSON BRIDGETT LLP

By:    /s/ Samantha Wolff
PAUL B. MELLO
SAMANTHA D. WOLFF