Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
Laurel O'Connor, SBN 305478
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:  925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CONTEMPT PROCEEDINGS REGARDING INPATIENT TRANSFER TIMELINES** <br><br> Judge:   Hon. Kimberly J. Mueller |

On March 27, 2023, this Court issued an order setting the hearing on contempt proceedings regarding Defendants' noncompliance with inpatient transfer timelines for September 29, 2023. (ECF No. 7786.)

In the months since the Court's order, Defendants reopened 40 PIP beds in May and June (*see* ECF Nos. 7859 at 11, 7874 at 10) and devoted additional staffing resources to this issue. As a result, Defendants' noncompliance rates have steadily declined. In fact, Defendants confidently predict that their upcoming filing for July will reflect *zero days out of compliance*.[1] The noncompliance data for April-July 2023 is set forth in the following chart:

| Month | Number of Referrals Out of Compliance | Total Days Out of Compliance | Exhibit F, ECF No. |
|---|---|---|---|
| April | 66 | 723 | 7811 |
| May | 74 | 553 | 7836 |
| June | 2 | 7 | 7874 |
| July | 0* | 0* | N/A* |

Defendants remain focused on meeting transfer timelines with the goal of transferring and admitting all referred patients to the proper inpatient bed within the Program Guide transfer timelines.

In light of this significant progress and Defendants' commitment to remain focused on this issue, the parties met and conferred about continuing the contempt hearing. The parties agree that a six-month continuance would give Defendants additional time to demonstrate sustained compliance. The parties have also agreed that during this six month period, they will meet and confer regarding Defendants' Least Restrictive Housing Policy and practices, including any proposed modifications from Plaintiffs, which Plaintiffs maintain could contribute to sustaining compliance with the Program Guide transfer timelines.

For all of the foregoing reasons, the parties request that this Court continue the contempt proceedings on the issue of Defendants' noncompliance with the inpatient transfer timelines from

---

[1] Defendants' Census, Waitlists, and Transfer Timelines Compliance Reports For Inpatient Mental Health Care, filed on the 15th of each month, reflect the data for the previous month. The data for July is due to be filed on August 15, 2023. At the time of this filing, the data is still being finalized but, upon internal review, it appears that Defendants were in total compliance on the transfer timelines in July with 0 referrals and 0 days out of compliance.

the currently scheduled September 29 hearing date to March 22, 2024 or a date convenient to the Court thereafter. The parties have conferred and jointly make this request to the Court.

     IT IS SO STIPULATED.

DATED: August 9, 2023

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: *s/ Elise Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: August 9, 2023

HANSON BRIDGETT LLP

By: *s/ Samantha Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
KAYLEN KADOTANI
DAVID C. CASARRUBIAS
CARSON R. NIELLO
*Attorneys for Defendants*

Dated: August 9, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

*s/ Lisa Ells*
LISA ELLS
*Attorneys for Plaintiffs*

     IT IS SO ORDERED.

DATED: _____

CHIEF UNITED STATES DISTRICT JUDGE