**CAED 435 (Rev. 04/18)**

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

*PLEASE Read Instruction Page (attached):*

FOR COURT USE ONLY
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | YOUR NAME | Elise Owens Thorn |
| 2 | EMAIL | Elise.Thorn@doj.ca.gov |
| 3 | PHONE NUMBER | (916) 210-7318 |
| 4 | DATE | August 10, 2023 |
| 5 | MAILING ADDRESS | Office of the Attorney General, P.O. Box 944255 |
| 6 | CITY | Sacramento |
| 7 | STATE | CA |
| 8 | ZIP CODE | 94244-2550 |
| 9 | CASE NUMBER | 2:90-cv-00520 KJM-DB |
| 10 | JUDGE | Kimberly J. Mueller |

**DATES OF PROCEEDINGS**
11. FROM 8/10/2023
12. TO 8/10/2023

13. CASE NAME: Coleman, et al. v. Newsom, et al.

**LOCATION OF PROCEEDINGS**
14. CITY Sacramento
15. STATE CA

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [✓] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Pre-Hearing Status Conference | 8/10/2023 | ECRO-Sacramento |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| Entire Status Conference | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [✓] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE: /s/ Elise Owens Thorn
20. DATE: August 10, 2023

PROCESSED BY
PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |