DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:    (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
ARIELLE W. TOLMAN – 342635
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND ORDER FOR EXTENSION FOR STATEMENT REGARDING DISCOVERY DISPUTE FOR CONTEMPT PROCEEDINGS**<br><br>Judge:   Hon. Kimberly J. Mueller |

[4337120.2]

1   After the August 10, 2023 Status Conference, the Court ordered the parties to meet

2  and confer and file a joint statement no later than 5:00 p.m. on August 11, 2023 about their

3  dispute regarding the time for Defendants to respond to Plaintiffs' written discovery

4  requests in anticipation of the September 29, 2023 contempt proceedings.  ECF No. 7909.

5  The parties jointly request an extension until August 14, 2023 at 5:00 p.m. to complete this

6  filing.  The parties are currently meeting and conferring in an attempt to resolve the dispute

7  regarding the timeframe for Defendants' response, and are hopeful they can avoid

8  requiring the Court's assistance with the dispute.  Two of the primary attorneys engaged in

9  the meet and confer process, Elise Thorn and Jenny Yelin, are out of the office for part or

10  all of the day on August 11, so it is not possible for the parties to complete the meet and

11  confer by the 5:00 p.m. deadline.  The parties have agreed to stay Plaintiffs' requested

12  August 14 deadline for the discovery responses in order to allow time for the parties to

13  complete the meet and confer process.

14

15  DATED:  August 11, 2023          ROSEN BIEN GALVAN & GRUNFELD LLP

16

17                                    By:          /s/ Jenny S. Yelin
                                                   Jenny S. Yelin
18

19                                    Attorneys for Plaintiffs

20

21  DATED:  August 11, 2023          ROB BONTA, ATTORNEY GENERAL OF
                                     CALIFORNIA
22

23                                    By:          /s/ Damon McClain
                                                   Damon McClain, Supervising Deputy
24                                                 Attorney General
25

26                                    Attorneys for Defendants

27

28

[4337120.2]

2

STIPULATION AND ORDER FOR EXTENSION FOR STATEMENT REGARDING DISCOVERY DISPUTE
FOR CONTEMPT PROCEEDINGS

**ORDER**

The parties are granted an extension until August 14, 2023 at 5:00 p.m. to file their joint statement regarding their dispute concerning the time for responses to written discovery served in connection with the September 29, 2023 proceedings.  *See* ECF No. 7909.

IT IS SO ORDERED.

DATED:  August 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[4337120.2]

STIPULATION AND ORDER FOR EXTENSION FOR STATEMENT REGARDING DISCOVERY DISPUTE
FOR CONTEMPT PROCEEDINGS