1   ROB A. BONTA, State Bar No. 202668
    Attorney General of California
2   DAMON MCCLAIN, State Bar No. 209508
    Supervising Deputy Attorney General
3   ELISE OWENS THORN, State Bar No. 145931
    NAMRATA KOTWANI, State Bar No. 308741
4   Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 210-7318
     Fax:  (916) 324-5205
7    E-mail:  Elise.Thorn@doj.ca.gov
    *Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
HANSON BRIDGETT LLP
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone:  (925) 746-8460
 Fax:  (925) 746-8490
 E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **JOINT REPORT ON DISCOVERY [ECF NO. 7766]** |
| **v.** | Judge:  The Hon. Kimberly J. Mueller |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

        After the August 10, 2023 Status Conference, the Court ordered the parties to meet and

confer and file a joint statement no later than 5:00 p.m. on August 11, 2023 about their dispute

regarding the time for Defendants to respond to Plaintiffs' written discovery requests in

anticipation of the September 29, 2023 contempt proceedings.  (ECF No. 7909.)  On August 11,

2023, the Court granted the parties' request to extend the deadline to complete the filing until

August 14, 2023 at 5:00 p.m.  (ECF No. 7915.)

        The parties met and conferred in an attempt to resolve their dispute regarding the timeframe

for Defendants' responses, and report the following details concerning Plaintiffs' written

discovery requests:

19828822.1 [4339211.1]                                    1

1.     On August 11, 2023, Defendants produced the report requested by Plaintiffs in their Request for Production of Documents and Plaintiffs agreed to withdraw their request.

2.     Defendants will respond by August 21, 2023, in writing to Plaintiffs' Request for Admissions, including any objections.

3.     Defendants will respond by August 21, 2023, in writing to Plaintiffs' Request for Answers to Interrogatories, interrogatory numbers 3, 4, 6, 7, and 9, including any objections.

4.     Plaintiffs agree to withdraw interrogatory request numbers 1, 2, and 8 because they concern the inpatient transfer timeline issues, without prejudice to renewing those requests at a later date.  Plaintiffs also agree to withdraw interrogatory request number 5 because it seeks information related to PIP staffing and the PIP staffing plan, without prejudice to renewing that request at a later date.

5.     Plaintiffs reserve the right to supplement the report submitted by Timothy T. Brown, Ph.D. after August 31, 2023, if Defendants supplement their discovery responses after August 21, 2023, or if at the close of discovery on August 29, 2023 there are outstanding discovery disputes related to information relevant to Dr. Brown's report.  Plaintiffs will provide notice of the need to supplement Dr. Brown's report based on any data or information received after August 21, 2023, including the reason therefor.

6.     Defendants have notified Plaintiffs that they will make every effort to produce responses by the August 21 date, but their ability to do so will turn, in part, on whether Defendants are able to gather the specific data requested by that date.

7.     Because Defendants have not committed to providing complete responsive information by August 21, Plaintiffs reserve the right to revisit the close of discovery date and/or the date for production of their staffing expert's report, and will make any such requests for modifications in the schedule to the Court if necessary.

8.     The parties agree to an expedited process for submitting any remaining disputes to the Court, including meeting and conferring within two days of Defendants' responses, and filing a joint letter brief within one day after their meet and confer.

1

2

Dated:  August 14, 2023

3

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

4

5

**/s/ *Elise Owens Thorn***
ELISE OWENS THORN

6

DEPUTY ATTORNEY GENERAL
*ATTORNEYS FOR DEFENDANTS*

7

Dated:  August 14, 2023

HANSON BRIDGETT LLP

8

9

**/s/ *Samantha D. Wolff***
PAUL MELLO

10

SAMANTHA D. WOLFF
*Attorneys for Defendants*

11

Dated:  August 14, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

12

13

**/s/ *Jenny S. Yelin***
JENNY S. YELIN

14

*Attorneys for Plaintiffs*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19828822.1 [4339211.1]

3