Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
Laurel O'Connor, SBN 305478
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.<br><br>  Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**NOTICE OF ERRATA**<br><br>Judge:   Hon. Kimberly J. Mueller |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On August 15, 2023, Defendants filed their Census, Waitlists, and Transfer Timelines Compliance Reports For Inpatient Mental Health Care. (ECF No. 7921.) There was an error in the number of flexed APP beds at CMC reported in Dr. Mehta's letter within Exhibit B of that document. The document should have reflected 10 flexed APP beds at CMC on July 25, 2023, *not* 8 APP beds as was initially reported.

19841733.1

Defendants respectfully submit this errata to correct this error. A corrected version of Dr. Mehta's letter is attached as **Exhibit A**.

DATED: August 21, 2023

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: _____/s/_____
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED:  August 21, 2023

HANSON BRIDGETT LLP

By: _____/s/_____
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants

19841733.1

2
NOTICE OF ERRATA

# EXHIBIT A

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



August 15, 2023

Damon McClain, Esq.
Elise O. Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

    The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

    The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report, as of July 31, 2023, is attached as Exhibit C, the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report, as of July 31, 2023, is attached as Exhibit D, the Psychiatric Inpatient Programs Census Report, as of July 31, 2023, is attached as Exhibit E, and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in July 2023 is attached as Exhibit F. These reports are generated using data from CDCR's tracking software and the Referrals to Inpatient Programs Application.

    The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.

    The reports attached as Exhibit F are compliance reports from CDCR, which include requested compliance data for all referrals admitted to inpatient care in July 2023. No patients admitted to an inpatient bed in July 2023 waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

    Since January 27, 2022, CDCR has been safely reopening the units in the California Health Care Facility's (CHCF) PIP. CHCF PIP reopened 13 beds for APP use in July. The PIP is now operating at 81% capacity, with 415 of 514 beds available for use. Also, as I have indicated in my regular reports to the Court, the California Medical Facility's (CMF) PIP is operating with beds offline. As of July 31, 2023, the CMF PIP was operating at 88% capacity with 347 of 396 beds available (eight beds were previously offline in the locked dorms for social distancing and remain offline due to staffing; on October 27, 2022, 16 beds in the ICF standalone unit, previously offline for a retrofit project, were designated as COVID-19 isolation cells due to additional COVID-19 cases in the PIP, 16 additional cells are offline for COVID-19 quarantine; and nine APP beds are offline due to staffing). Also, SVPP PIP is operating at 100% capacity, with all 246 beds available. Finally, in response to an increase in MHCB bed need,

August 15, 2023

Page 2

CDCR responded by flexing beds from APP to MHCB. Those included 10 APP beds at CMC on July 25, 2023, and 6 APP beds at SQ back on July 27, 2023.

      While CDCR continues its work to address the effects of COVID-19 and to improve its bed capacity in the PIPs, it will continue to closely monitor inpatient referrals and admissions, and track all exceptions in detail and review this information with the Special Master in workgroups and with other stakeholders in various settings.

Sincerely,

/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program