To: Judge Kimberly J. Mueller

From: ███████████, LCSW, ███████████████

Your Honor,

I am writing to you now as I believe you are the only person who is able to impact CDCR in their handling of providing care to prisoners for their mental health. And I think you have a genuine interest in the case, as you are overseeing the Coleman lawsuit. I think you should be aware of how the State leaders appear to be trying to make it so unattractive to continue work in prisons as a social worker that social workers will resign, simply so they can earn a fair wage.

I am a licensed Clinical social worker and have worked as a mental health clinician for nine years providing care to ███████████████████████. You probably know that the clinicians, therapists, in our state prisons, are made up of social workers and psychologists.

In the community social workers and psychologists usually have a pay disparity, with PhDs earning somewhat more. In CDCR the disparity has always been much greater. Despite this, many social workers have stayed and continued to do good work.

I am writing now due to the immediate humiliation to our profession shown during the current contract negotiations. (The State offered in past the same small percentage increase to clinicians, over my own 9 years in the prison.) This year, the State was made fully aware that social workers and psychologists do the same job and – while all of us could earn more in the community- the social workers remain vastly underpaid in contrast. The State has answered with an offer of 10% pay increase to psychologists and a 2.99% increase to social workers. This means that now the pay disparity will be much greater than it already was. It seems the State may be wanting social workers to leave their jobs at CDCR.

At the same time the State is boosting the pay of Bachelors' level Recreation Therapists by 9%. To be clear- this will mean the Recreation Therapist pay will be the same as social workers' pay. I value Recreation Therapists and am glad they are being valued by the State. I think this makes it clear how little they value the LCSWs.

I thank you for all you have done to try to help the situation for the prisoners.

Sincerely,
███████████
███████████, LCSW
███████████████████████

Phone: ███████████
Email personal: ███████████████
Email work: ███████████████████