Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4431
  Fax:  (415) 703-5843
  E-mail:  Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
LAUREL O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone: 925-746-8460
Facsimile: 925-746-8490
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                       Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                       Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**JOINT STATEMENT ON CURRENT COVID-19 RELATED EXCEPTIONS TO INPATIENT TRANSFER TIMELINES**<br><br>Judge:   Hon. Kimberly J. Mueller |

     On August 10, 2023, this Court issued a minute order requiring the parties to meet and confer and file a joint statement regarding whether any temporary exceptions to Program Guide transfer timelines to inpatient care based on COVID-19 remain in effect.  August 10, 2023 Minute Order, ECF No. 7910.  The parties submit the following statement in response.

     On December 15, 2017, the Court approved the Exceptions to Transfer Timelines Policy ("Policy") jointly submitted by the parties. *See* December 15, 2017 Order, ECF No. 5750. Defendants maintain that they continue to follow this Policy and do not currently assert any exceptions not otherwise permitted under this Policy.  This is consistent with the information

currently available to Plaintiffs' counsel.

At the start of the COVID-19 pandemic, the Court issued orders permitting Defendants to conduct COVID-19 screenings prior to transferring class members to inpatient care, and these orders remain in effect. October 24, 2022 Order, ECF No. 7635 at 5 ("The court's April 24, 2020 order represents a specific and necessary modification to account for the COVID-19 pandemic."); 6 (citing ECF No. 6730 at 6.); *see also* April 24, 2020 and May 7, 2020 Orders, ECF Nos. 6639 at 11; 6600 at 2. Such screenings are conducted in accordance with California Correctional Health Care Services' (CCHCS) COVID-19 Screening and Testing Matrix for Patient Movement, which was last revised on August 16, 2023, and continues to require this screening (attached hereto as Exhibit A).

From the onset of the COVID-19 pandemic through June 2022, CDCR's monthly inpatient report filing applied the "unusual circumstances" exception permitted under the Policy for patients who transferred beyond timelines due to various impacts of the pandemic, including systemic issues such as system-wide movement restrictions, large-scale quarantines, and patients on isolation due to a positive COVID-19 test.[1] Since July 2022, however, CDCR no longer applies the "unusual circumstances" exception for patients who transferred beyond timelines due to various impacts of the pandemic and has only applied a "medical hold" exception when a patient could not be transferred due to an active COVID-19 infection or was on a medical quarantined due to exposure.

So long as Defendants continue to adhere to their Exceptions to Transfer Timelines policy and do not apply the "unusual circumstances" exception to transfers that occurred beyond timelines due to various impacts of the pandemic, as described above, the Parties agree that no further court action is required.

///

///

///

---

[1] Plaintiffs reserve the right to challenge in any future enforcement proceeding Defendants' assertion of this exception to justify blanket COVID exceptions to the transfer timelines.

[4344217.1]19858046.3

2

JOINT STATEMENT ON CURRENT COVID-19 RELATED EXCEPTIONS (2:90-cv-00520 KJM-DB (PC))

**JOINT CERTIFICATION OF ORDERS REVIEWED**

Plaintiffs' and Defendants' counsel certify they have reviewed the following orders: ECF Nos. 5750; 6600; 6639; 6660; 6730; 6639; 7635; 7910.

Dated: August 24, 2023

ROB BONTA
Attorney General of California

By: /s/ Namrata Kotwani
DAMON MCCLAIN
Supervising Deputy Attorney General

NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

DATED: August 24, 2023

HANSON BRIDGET LLP

By: /s/ Samantha Wolff
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

DATED: August 24, 2023

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Alex Gourse
Alex Gourse
*Attorneys for Plaintiffs*