# EXHIBIT A

 

# COVID-19 SCREENING AND TESTING MATRIX FOR PATIENT MOVEMENT

1. Transfer-related COVID-19 screening consists of a verbal symptom questionnaire and temperature screening.

2. All COVID-19 testing may be performed by either point-of-care (POC) rapid antigen or PCR tests. Determination is at the discretion of the institution.

3. During transports, patients and staff are strongly encouraged to wear a state issued procedure mask or KN95 mask for the duration of the transport. Procedure masks and KN95 masks shall be available for patients and staff to wear at their discretion.

4. Patients who have active COVID-19 and those who have symptoms consistent with COVID-19, shall not be routinely transferred to other institutions until they have been determined to be non-contagious for COVID-19.

5. If a patient who is infected with COVID-19 or has symptoms consistent with COVID-19 has an urgent (non-routine) clinical need to transfer, the sending and receiving Chief Medical Executives shall collaboratively develop a plan to safely attend to the patient's health care needs.

| TYPE OF MOVEMENT | COVID-19 SCREENING AND TESTING STRATEGY |
|---|---|
| From jail to reception center | **Sending jail:**<br>• Do not transfer patients who are isolated due to active infection, are symptomatic, and/or quarantined due to exposure.<br>• Perform COVID-19 symptom screening on the day of transfer.<br>• If symptom screen negative, transfer the patient within 24 hours.<br>• Patients who are symptomatic during routine pre-transfer screening shall be tested for COVID-19, shall not be transferred, and shall be isolated per interim guidance.<br>• All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer.<br><br>**Receiving reception center:**<br>• Place all new arrivals on Jail Transfer Observation Status for a minimum of 7 days.<br>• Screen all new arrivals for COVID-19 upon arrival.<br>• Test all new arrivals for COVID-19 within 24 hours and again on day 7 prior to release from Jail Transfer Observation Status.<br>• Patients may be released from Jail Transfer Observation Status if asymptomatic and all COVID-19 tests are negative.<br>• Patients who are symptomatic and/or test positive shall be isolated as per interim guidance.<br>• Patients who refuse to test while on Jail Transfer Observation Status shall remain on Jail Transfer Observation Status at the reception center for an additional 7 days (14 days total). |
| From jail directly to Specialized Medical Beds (SMB) | • Advance authorization is required by the Director of Health Care Services or designee.<br>• The Intake Control Unit and HCPOP shall coordinate these moves and shall inform the receiving CEO, CME and CNE in advance.<br>• Place all new arrivals on Jail Transfer Observation Status for a minimum of 7 days.<br>• Screen all new arrivals for COVID-19 upon arrival.<br>• Test all new arrivals for COVID-19 within 24 hours and again on day 7 prior to release from Jail Transfer Observation Status.<br>• Patients may be released from Jail Transfer Observation Status if asymptomatic and all COVID-19 tests are negative.<br>• Patients who are symptomatic and/or test positive shall be isolated as per interim guidance.<br>• Patients who refuse to test while on Jail Transfer Observation Status shall remain on Jail Transfer Observation Status in the SMB for an additional 7 days (14 days total). |

| TYPE OF MOVEMENT | COVID-19 SCREENING AND TESTING STRATEGY |
|---|---|
| All movement from one institution to another and within the same institution | **Sending institution/Facility**<br>• Do not transfer patients who are isolated due to active infection, are symptomatic, and/or quarantined due to exposure.<br>• Perform COVID-19 symptom screening on the day of scheduled transfer.<br>• If symptom screen negative, transfer the patient within 24 hours.<br>• Patients who are symptomatic during pre-transfer screening shall be tested for COVID-19, shall not be transferred, and shall be isolated as per interim guidance.<br>• All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer.<br><br>**Receiving institution**<br>• Screen all patients for COVID-19 upon arrival.<br>• Patients who are symptomatic and those who decline symptom screening shall be tested for COVID-19 and shall be isolated as per interim guidance. |
| Transfer to DSH from CDCR | • Do not transfer patients who are isolated due to active infection, are symptomatic, and/or quarantined due to exposure.<br>• Perform COVID-19 symptom screening on the day of scheduled transfer.<br>• If the patient screens negative, transfer within 24 hours.<br>• Patients who are symptomatic shall be tested for COVID-19 and shall be isolated as per interim guidance.<br>• All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer. |
| OMHD paroles to DSH | • Perform COVID-19 symptom screening on the patient's departure date.<br>• Patients who are symptomatic shall be tested for COVID-19 and shall be isolated as per interim guidance until departure.<br>• All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer unless they are transferring a patient from isolation or quarantine, in which case the patient shall wear a procedure or KN95 mask and all staff shall wear N95 masks.<br>• Patients cannot be held beyond their parole date regardless of whether they agree to test or if they test positive. |
| DSH discharge to CDCR | **Sending DSH institution**<br>• Do not transfer patients who are isolated due to active infection, are symptomatic, and/or quarantined due to exposure.<br>• Screen for COVID-19 symptoms on the day of transfer.<br>• If symptom screen negative, transfer within 24 hours.<br>• If the patient is symptomatic, test for COVID-19 and isolate as per interim guidance.<br>• All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer.<br><br>**Receiving CDCR institution**<br>• Screen all patients for COVID-19 upon arrival.<br>• Patients who are symptomatic and those who decline symptom screen shall be tested for COVID-19 and isolated as per interim guidance. |

| TYPE OF MOVEMENT | COVID-19 SCREENING AND TESTING STRATEGY |
|---|---|
| To MCCF, ACP, CCTRP, MCRP, fire camp | <ul><li>Do not transfer patients who are isolated due to active infection or currently quarantined due to exposure.</li><li>Perform COVID-19 symptom screening on the day of scheduled transfer.</li><li>If symptom screen negative, transfer the patient within 24 hours.</li><li>Patients who are symptomatic shall not be transferred and shall be tested and isolated as per interim guidance.</li><li>All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer.</li></ul> |
| From one fire camp to another fire camp | <ul><li>Perform symptom screening on the day of transfer.</li><li>If symptom screen negative, may transfer same day to new camp without testing.</li><li>If symptom screen positive, transport to closest prison for COVID testing and isolation as per interim guidance.</li><li>All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer.</li></ul> |
| From MCCF, ACP, CCTRP, MCRP, CPMP, or fire camp to an institution | **Sending institution**<ul><li>All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer unless they are transferring a patient from isolation or quarantine, in which case the patient shall wear a procedure or KN95 mask and all staff shall wear N95 masks.</li></ul>**Receiving CDCR institution**<ul><li>Screen all patients for COVID-19 upon arrival.</li><li>Patients who are symptomatic and those who decline symptom screening shall be tested and isolated as per interim guidance.</li></ul> |
| From fire camp to a hospital emergency room or for admission | <ul><li>All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer. Once at the hospital, all shall abide by hospital's masking, screening, and testing procedures.</li></ul> |
| Parole, medical parole, PRCS release | <ul><li>All patients shall be screened for COVID-19 symptoms on the day of release.</li><li>Patients who screen positive shall be tested. If patient tests positive, manage as detailed as per the interim guidance until departure.</li><li>The results of testing shall be communicated to parole agent or probation officer.</li><li>Patients cannot be held beyond their parole date regardless of whether they agree to test or if they test positive.</li><li>All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer unless they are transferring a patient from isolation or quarantine, in which case the patient shall wear a procedure or KN95 mask and all staff shall wear N95 masks.</li></ul> |

| TYPE OF MOVEMENT | COVID-19 SCREENING AND TESTING STRATEGY |
|---|---|
| Out to court, same day return | Use videoconferencing to avoid out-to-court travel in all cases unless court refuses.<br><br>- Notify court in advance regarding any patients who are currently isolated or quarantined due to exposure. Plan will be determined in consultation with the court.<br>- All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer. |
| Out to court with at least one overnight stay in a jail | **Sending institution**<br>- Notify court in advance regarding any patients who are currently isolated or quarantined due to exposure. Plan will be determined in consultation with the court.<br>- All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer unless they are transferring a patient from isolation or quarantine, in which case the patient shall wear a procedure or KN95 mask and all staff shall wear N95 masks.<br><br>**Receiving CDCR Institution**<br>- All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer.<br>- Place all new arrivals on Jail Transfer Observation Status for a minimum of 7 days. Screen all new arrivals for COVID-19 upon arrival.<br>- Test all new arrivals for COVID-19 within 24 hours and again on day 7 prior to release from Jail Transfer Observation Status.<br>- Patients may be released from Jail Transfer Observation Status if asymptomatic and all COVID-19 tests are negative.<br>- Patients who are symptomatic and/or test positive shall be isolated as per interim guidance.<br>- Patients who refuse to test while on Jail Transfer Observation Status shall remain on Jail Transfer Observation Status at the institution for an additional 7 days (14 days total). |
| Out for clinical appointment, same day return | - Use "e-consult" and telemedicine whenever possible to avoid unnecessary offsite transportation.<br>- All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer. |
| Return from outside hospitalizations and emergency department visits | - All patients and transportation staff are encouraged to wear a procedure or KN95 mask during transfer unless they are transferring a patient with known or suspected COVID-19, in which case the patient shall wear a procedure or KN95 mask and all staff shall wear N95 masks.<br>- Screen all patients for COVID-19 upon return.<br>- If the patient screens positive, test for COVID-19 and isolate as per interim guidance. |

## ISOLATION AND QUARANTINE

### ISOLATION and QUARANTINE: GENERAL PRINCIPLES

Please refer to the Interim Guidance available on the Lifeline Public Health site for current isolation and quarantine guidelines.

Patients who are symptomatic and/or test positive in CDCR facilities shall be isolated as per Interim Guidance. Daily rounding on all patients is required during isolation.

Per the September 14, 2022 memorandum, "Quarantine Rounding and Test to Program Updates," during quarantine, daily rounding is only required for those patients 60 years and older who are in quarantine due to COVID-19 exposure. Primary Care Providers have the option of ordering rounding on patients less than 60 years old if the patient is high risk.

Jail Transfer Observation Status is a term used for new patient arrivals from county jails and for institutional returns from 'Out to Court' where the stay was greater than 24 hours.