SAMANTHA D. WOLFF
PARTNER
DIRECT DIAL (415) 995-5020
DIRECT FAX (415) 995-3547
E-MAIL swolff@hansonbridgett.com

HansonBridgett

August 31, 2023

Hon. Kimberly J. Mueller
United States District Court Judge
Eastern District of California

Re:   *Coleman v. Newsom, et al.*, EDCA Case No. 2:90-cv-00520-KJM-DB
      Defendants' Response to August 24, 2023 Minute Order (ECF No. 7925)

Dear Judge Mueller:

On August 24, 2023, the Court directed the parties to each file a concise Letter Brief regarding the Court's response to communications it receives from members of the public. *See* ECF No. 7925. This Order specifically relates to a recent letter the Court received from a Licensed Clinical Social Worker (LCSW) expressing dissatisfaction with LCSW salaries in California's state prisons. *See* ECF No. 7926. The Court has a standard practice for responding to such letters, which directs the correspondents to contact counsel for the parties. *See* ECF No. 7925.

Defendants believe the Court's standard practice is appropriate. Given the Court's jurisdiction over CDCR's mental health delivery system and its inherent authority to manage this proceeding and the docket, *see Thompson v. Gonzales*, No. 1:15-CV-301-LJO-EPG, 2016 WL 5404436, at *5 (E.D. Cal. Sept. 27, 2016), Defendants express no further opinion on what response, if any, is necessary.

Respectfully,

Samantha D. Wolff
Partner

19865747.3