# EXHIBIT B

| VOLUME 12:<br>MENTAL HEALTH SERVICES | Effective Date: | |
|---|---|---|
| **CHAPTER 8:** | Revision Date(s): | |
| | Supersedes: | |
| **12.08.100**<br>TELEMENTAL HEALTH PROGRAM | Attachments: | Yes ☐   No ☒ |
| | Director Approval: | |

**Purpose**  This policy ensures services provided by the Telemental Health Program comply with the California Department of Correction and Rehabilitation (CDCR) Mental Health Services Delivery System (MHSDS) Program Guidelines. Telemental health providers shall conduct care consistent with CDCR rules, regulations, policies, and Local Operating Procedures (LOP) of the institution(s) to which they provide services. This policy is intended to reflect best practices in a correctional setting (not constitutional requirements) and will be updated periodically to incorporate insights and lessons learned from experience, and to maintain consistency with evolving best practices and new advancements in care recommendations.

**Policy**  Telemental health enables psychologists and ~~Licensed~~ Clinical Social Workers (~~L~~CSW) to provide real-time evaluations and treatment to patients by utilizing videoconferencing to facilitate live communication between the psychologist, ~~L~~CSW, patient, and the patient's treatment team. Telemental health is designed to facilitate improved patient outcomes and thereby reduce the need for hospitalization and emergency services. Telemental health is a safe and efficient vehicle to increase access to ~~provide~~ care ~~to~~ for CDCR patients.

Telemental health provides mental health services to the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient (EOP) levels of care and may, under specified circumstances outlined in this policy and procedure, be utilized for higher levels of mental health care. On-site psychologists and ~~L~~CSWs shall remain the preferred method of care for the Mental Health Crisis Bed (MHCB) and Psychiatric Inpatient Program (PIP) programs. Telepsychologists and telesocial workers will work from within the State of California, be supervised by civil service telepsychology and telesocial work supervisors and will be assigned to caseloads at the institution(s) they serve. As appropriate, some telepsychologists and telesocial workers may be split between half-time allocations or may not be assigned to caseloads and may instead provide focused services such as assisting the Crisis Intervention Team, or short-term coverage during times when the assigned on-site psychologist or telepsychologist or on-site social worker or telesocial worker is unavailable to provide treatment to their assigned caseload.

### Equipment

Telemental health providers shall work in CDCR hubs or in home offices that meet the following requirements.

The telemental health provider shall be given the following equipment and resources:
- Computer, monitor, speaker, microphone, camera, and state cell phone.
- Computer access to all resources, or equivalent resources utilized by their on-site

- ~~psychiatrists~~<ins>counterparts</ins>, including the Electronic Health Records System.
- Internet access of sufficient speed and stability to allow a videoconference where the patient and telemental health services provider can be seen and heard clearly. Telemental health providers working from home must provide the same standard of internet access.

Telemental health providers working from home must provide a confidential space with their own office furniture. Telemental health providers will also have access to office space at a CDCR-operated hub should they prefer or need to work from the office. Each hub office will be a single, enclosed, and confidential space with a door, desk, and chair, as well as a full technological set-up. This office space will be sound-proofed, where possible.

Telemental health providers must onboard and begin their clinical assignments while working from the CDCR-operated hub. Prior to transitioning to work from home, telemental health providers must demonstrate appropriate use of the technology and workflow, adequate integration with their onsite team(s), and reliability and responsivity while working in the hub. Only once the telemental health supervisors, with input from local on-site supervisors, are fully satisfied with both the provider's performance while working in the hub and ability to function effectively from home will the transition be allowed.

Work from home is allowed only for civil service telemental health providers. It is not an available assignment for registry telemental health providers.

**Physical Environment**

The patient's interview room and environment shall allow for both the telemental health provider and the patient to be seen and heard clearly <ins>by each other</ins>. The patient's and telemental health provider's cameras shall be positioned to allow their faces to be clearly visible to each other. The telemental health provider shall also be able to clearly see the patient's body to assess for any signs of movement that may be clinically relevant. When indicated, the telemental health provider can request assistance from the tele~-~presenter, who shall receive appropriate training on how to assess for such physical signs. The telemental health administration and the institution receiving services shall ensure others are not able to enter the telemental health provider's or patient's rooms accidently or overhear conversations from inside or outside the rooms.

Seating and lighting should be adjusted to provide the clearest video and audio transmission, as well as to ensure the safety of the participants. Rooms for the telemental health provider and the patient shall be appropriately sound-proofed, when possible, or alternative mechanisms shall be utilized (for example, sound-cancelling devices) to ensure privacy. When possible, the tele~-~presenter should be seated closest to the door.

**Professional and Patient Identity <ins>and Informed Consent</ins>**

At the beginning of an initial appointment with a patient, the telemental health provider shall introduce themself and verify the patient's identity verbally and/or by having the patient show their CDCR-issued photo identification card on the video screen. At the beginning of the patient's first telemental health contact, the telemental health provider shall obtain informed consent for the method of treatment by, at a minimum, explaining the treatment modality, including a description of the role of the tele~-~presenter and a plan for a response to interruption in services.

**Participation in Interdisciplinary Treatment Teams, Meetings, and Huddles**

Telemental health providers must participate in the receiving institution's Interdisciplinary Treatment Teams (IDTT) meetings as required by their assigned clinical duties. To facilitate their participation, IDTT meetings that include a telemental health provider shall be held in a location with videoconference capabilities that allow for the telemental health provider's full participation when their patients are being reviewed.

In addition to IDTT meetings, telemental health providers shall participate to the same extent as on-site primary clinicians in all meetings and huddles relevant to the clinical care of their assigned patients.

**Refusals**

If a patient refuses treatment via telemental health, the patient's telemental health provider(s) may meet with the other members of the patient's treatment team to consider mental health reasons, behavioral issues, custodial issues, or any other relevant factors to determine whether telemental health is an appropriate delivery method for the patient. The treatment team shall work toward resolving any issues contributing to the patient's refusal of telemental health services. A member from the treatment team may utilize brief, focused cell-front discussions with the patient to determine the reasons for appointment refusals. If the patient requires a clinical contact, the telemental health provider may request a consultation from an on-site provider or conduct a cell-front telemental health contact, as clinically indicated.

If the treatment team is unable to resolve the patient's refusal of telemental health visits, a formal IDTT meeting shall be convened. During this IDTT meeting, the treatment team shall develop a plan to address the reasons for the patient's refusals. Contingency plans shall also be developed to provide on-site psychological care or social work services to the patient.

If the treatment team concludes telemental health is not an appropriate treatment modality for the patient due to refusals, the team shall report this finding to mental health leadership (Chief and/or Senior Psychologist Supervisor and Chief of Mental Health) of the institution receiving telemental health services, as well as the Chief of Telepsychology and Supervising Social Worker II. If it is determined that the patient is not appropriate for telemental health, the Chief of Telepsychology and telemental health Supervising Social Worker II will work with mental health leadership at the institution to ensure the patient has access to appropriate on-site mental health treatment.

**Contraindications for Telemental Health**

Patients shall not be entirely excluded from participation in telemental health services based solely on their level of care or diagnosis. If the patient's IDTT, telepsychologist and Chief of Telepsychology, or telesocial worker and telemental health Supervising Social Worker II, determine that the patient needs to be seen by an on-site psychologist or on-site LCSW, they will work with mental health leadership at the institution (Chief and/or Senior Psychologist Supervisor and Chief of Mental Health) to ensure the patient has an appropriate on-site psychologist and/or LCSW assigned. Similarly, if the treatment team determines that telemental health services are not appropriate for a patient, the team will work with mental health leadership to assign the patient to an on-site psychologist and/or LCSW.

### Telemental Health and Levels of Care

Telemental health providers will be assigned to CCCMS and EOP levels of care. ~~Whenever possible,~~ CDCR seeks to employ psychologists and ~~L~~CSWs who can deliver in-person, on-site treatment and care to patients in all inpatient facilities. CDCR will not use telemental health in lieu of on-site mental health providers at the inpatient levels of care for any reason other than a lack of availability of on-site mental health providers.

### Correctional Clinical Case Management Services and Enhanced Outpatient Program

Telemental health services may be utilized to treat patients at the CCCMS and EOP levels of care provided all other conditions pertaining to the CCCMS and EOP levels of care contained within this policy are followed.

### Mental Health Crisis Bed and Psychiatric Inpatient Program

The use of telemental health services in the MHCB and PIP levels of care is restricted to only circumstances when on-site care is not available and <ins>shall be used</ins> for the shortest duration of time as necessary.

### Clinical Emergency Management

If a clinical emergency arises during a telemental health session (for example, a suicidal, violent, or homicidal patient), the telemental health provider shall immediately notify the appropriate institution staff, as identified by the institution's LOP. The telemental health provider shall coordinate with institutional mental health leadership and follow local institutional protocol for managing such emergencies. This may include, but is not limited to, coordinating arrangements for the patient to be seen by an on-site psychologist or ~~L~~CSW, arrangements for safe holding, transport to an emergency triage area, communication with local emergency team members, and placing emergency orders as needed.

### MHCB and Psychiatric Inpatient Programs

In the event that a telemental health provider is needed in an MHCB or inpatient setting, the telemental health provider, to facilitate familiarity with the program and patients, shall participate in clinical staff meetings and case conferences, and coordinate patient care. On-site staff shall ensure that the telemental health services provider has the necessary and pertinent information about the patient and the unit for the ongoing assessment and treatment of the patient. Similar to on-site psychologists and ~~L~~CSWs, telepsychologists and telesocial workers shall be involved in treatment and discharge decisions.

In urgent cases when a patient requires seclusion and restraints, the nurse may notify the telepsychologist, who can place orders remotely, as appropriate. All other elements of seclusion and restraint protocol shall follow existing policies and procedures and all applicable laws and regulations, including the need for a backup physician (psychiatrist or medical provider) who can physically examine the patient within the mandated timeframes. In the event that a telepsychologist is contacted for seclusion and restraint, a psychiatrist shall also be consulted to assess for the need for emergency medication, as clinically indicated.

To ensure continuity of care, telemental health providers shall provide relevant clinical information during the hand-off to the on-call clinician to convey details regarding a new

admission, to coordinate patient care tasks that require follow up during after-hours coverage, or if they anticipate specific patient concerns. Telemental health and clinical staff, including nursing staff when needed, shall have access to each other to address patient needs.

### Site Visits

Telemental health providers are responsible for maintaining relationships with members of their assigned on-site treatment team through regular communication and by visiting institutions. Telemental health providers shall visit their assigned institution within 30 days of assignment and no less than annually thereafter. The telemental health provider will spend at least one day during each site visit at the facility. During this visit, the telemental health provider shall participate in the IDTT, meet with necessary health care staff, attend staff meetings if applicable on that day, and may see patients in person.

### Organizational Structure

All telemental health staff shall report as appropriate within the Telemental Health ~~Services~~ Program supervisory chain.

### Workflow Interruptions

In the event of technology or equipment failure, telemental health providers shall immediately notify their direct supervisor and mental health leadership at the institution (Chief and/or Senior Psychologist and Chief of Mental Health), as well as the Integrated Communications Technology Unit. The telemental health provider shall also make arrangements with institutional mental health leadership to ensure appropriate patient coverage based on patient need (for example, coverage by an on-site provider or rescheduling of appointments). Telemental health providers may also be redirected to another telemental health assignment when this occurs.

If a telemental health provider has a sustained interruption in technology or significant equipment malfunction, or if there are supervisory concerns that interfere with their ability to see <u>and treat</u> patients, they may be required to report to an office space in the hub.

### On-Call or After-Hours Coverage by Telemental Health Providers

Telemental health providers shall contribute to on-call or after-hours coverage as assigned, and their provision of services shall be in accordance with applicable California Correctional Health Care Services (CCHCS) Health Care Department Operations Manual (HCDOM) policies, statewide mental health policies, and applicable bargaining unit Memorandums of Understanding.

Telemental health providers are not required to travel to the institution where they are providing on-call or after-hours coverage. Therefore, institutions receiving on-call or after-hours coverage from the Telemental Health Program must provide a backup clinician. This backup clinician shall be within one hour of travel time to the facility in order to attend to incidents requiring an in-person presence if needed.

---

**Responsibilities**     The institution receiving telemental health shall be responsible for providing the following:

- Timely access for patients to the telemental health provider.
- A dedicated and appropriately clinically trained tele-presenter who facilitates the patient encounter from the originating site to the telemental health provider and is responsible for providing clinical support and coordination. Telepresenters are not required to be in the room with the patient for the entirety of an encounter, though may be requested to stay for part or all of an encounter at the telemental health provider's discretion. The tele-presenter shall be required to introduce themselves when they are in the room and explain that they are subject to the same confidentiality requirements as the telemental health provider and other treatment providers. Responsibilities include, but are not limited to, reviewing the patient health record prior to the appointment, facilitating the videoconferencing connection with the telemental health provider, assisting with on-site correspondence and care coordination, and remaining immediately available to the patient during the appointment. Tele-presenters shall be assigned from, but not limited to, position classifications in the following order of priority: medical assistant, certified nursing assistant, psychiatric technician assistant, psychiatric technician, licensed vocational nurse, registered nurse, clinical nurse specialist, nurse practitioner, rec/rehab therapist, social worker, psychologist, psychiatrist, or other physicians. When the tele-presenter is a nurse practitioner, social worker, psychologist or physician, the clinical contact shall be considered a joint appointment. In emergency circumstances, other non-custody classifications, such as Dental Assistants or Office Technicians, may be used.
- A backup tele-presenter when the primary tele-presenter is on leave or unavailable.
- Availability of appropriate clinical staff.
- Support staff responsible for scheduling appointments and processing clinical paperwork, as appropriate.
- An institutional contact list of important names and numbers for the telemental health provider. This includes, but is not limited, to the following:
    1. Laboratory
    2. Pharmacy
    3. Nursing station(s)
    4. Housing unit(s)
    5. Custody Health Care Access Unit staff
    6. Primary Clinician(s)
    7. Medical Provider(s)
    8. Mental Health Supervisor(s)
    9. Chief of Mental Health
    10. IT Department
    11. Chief and Senior Psychologist
    12. Chief Psychiatrist or Senior Psychiatrist Supervisor
    13. Scheduler
    14. Medical Records Supervisor
    15. Watch Commander

- The contact information for telemental health providers assigned to the institution made available to relevant onsite staff, including but not limited to telepresenters, onsite leadership, nursing, laboratory, and pharmacy staff.
- A confidential treatment space to facilitate patient encounters. This space shall include all equipment needed to facilitate the telemental health encounter, including, but not limited to a computer, phone, scanner, printer, desk, and chair.
- Caseload assignments and scheduled appointments for the telemental health

- provider.
- Maintenance of teleconferencing connectivity between institutions and telemental health providers.
- Confirmation that telemental health providers are appropriately privileged to provide clinical services to any licensed or inpatient units, when applicable.
- Audit reports for local compliance indicators.
- Organized tours for the telemental health providers during their initial visits to the institution.
- On-site clinical contingency plans and patient prioritization strategies to manage absences of telemental health providers.
- An LOP for telemental health services that shall be submitted to the Chief of Telepsychology, or designee, and Supervising Social Worker II for review and approval prior to local distribution or implementation. Any revisions of the LOP for telemental health shall be reviewed and approved by the Chief of Telepsychology, or designee, and Supervising Social Worker II prior to implementation at the institution. The LOP must be reviewed annually.
- Routine system tests to ensure that telemental health equipment is safe, operational, and secure.

**Compliance Indicators**

To be in compliance with this policy, the following requirements shall be met jointly by the Telemental Health Program and the institution receiving services:

1. Telemental health providers are provided with the appropriate equipment and resources.
2. Telemental health providers participate in the same manner as on-site providers in the receiving institutions' IDTTs and all meetings and huddles relevant to the clinical care of their assigned patients.
3. On-site staff and members of the treatment team communicate with the telemental health providers regarding any important patient issues and concerns related to patient care.
4. Telemental health providers have access to all necessary clinical information via the patient's health record.
5. Telemental health providers communicate any important patient issues and concerns related to patient care to the on-site staff and members of the treatment team.
6. Patients are notexcluded from participation in the Telemental Health Program based solely on their level of care or diagnosis.
7. Telemental health providers complete all documentation in the health record by the close of each business day.
8. Telemental health provider and patient identity are verified at the beginning of a mental health treatment videoconference.
9. Telemental health providers visit their receiving institutions as directed by this policy.
10. Ongoing mandatory trainings are completed for all telemental health providers.
11. Telemental health providers are privileged at each licensed or inpatient unit they serve.

**References**

- CDCR Mental Health Services Delivery System Program Guide, 2021 Revision
- CCHCS Health Care Department Operations Manual
- Bargaining Unit 19 Memorandum of Understanding

**Questions**    If you have any questions or need any additional information related to this policy, you may contact the policy unit via e-mail at: CDCR MHPolicyUnit@CDCR