# EXHIBIT C

| VOLUME 12:<br>MENTAL HEALTH SERVICES | Effective Date: | |
|---|---|---|
| CHAPTER 8: | Revision Date(s): | |
| | Supersedes: | |
| 12.08.100<br>TELEMENTAL HEALTH PROGRAM | Attachments: | Yes    No ☒ |
| | Director Approval: | |

**Purpose**

This policy ensures services provided by the Telemental Health Program comply with the California Department of Correction and Rehabilitation (CDCR) Mental Health Services Delivery System (MHSDS) Program Guidelines. Telemental health providers shall conduct care consistent with CDCR rules, regulations, policies, and Local Operating Procedures (LOP) of the institution(s) to which they provide services. This policy is intended to reflect best practices in a correctional setting (not constitutional requirements) and will be updated periodically to incorporate insights and lessons learned from experience, and to maintain consistency with evolving best practices and new advancements in care recommendations.

> **Commented [A1]:** The policy should define "telemental health providers." Presumably this refers to psychologists and social workers who remotely act as case managers for MHSDS caseload patients via videoconferencing technology.

**Policy**

Telemental health enables psychologists and Licensed Clinical Social Workers (LCSW) to provide real-time evaluations and treatment to patients by utilizing videoconferencing to facilitate live communication between the psychologist, LCSW, patient, and the patient's treatment team. Telemental health is designed to facilitate improved patient outcomes and thereby reduce the need for hospitalization and emergency services. Telemental health is a safe and efficient vehicle to provide care to CDCR patients.

Telemental health provides mental health services to the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient (EOP) levels of care and may, under specified short-term emergency circumstances outlined in this policy and procedure, be utilized for higher levels of mental health care. Telemental health supplements but does not replace on-site psychologists and LCSWs in the CCCMS and EOP programs. CCCMS and EOP patients shall receive care from a mix of on-site and telemental health providers. On-site psychologists and LCSWs shall remain the preferred method of care for the Mental Health Crisis Bed (MHCB) and Psychiatric Inpatient Program (PIP) programs. Telepsychologists and telesocial workers will work from within the State of California, be supervised by civil service telepsychology and social work supervisors and will be assigned to caseloads at the institution(s) they serve. Telepsychologists and telesocial workers shall be assigned to one institution, rather than splitting their time between several institutions. As appropriate, some telepsychologists and telesocial workers may not be assigned to caseloads and may instead provide focused services such ~~as assisting the Crisis Intervention Team, or~~ short-term coverage during times when the assigned on-site psychologist or telepsychologist or on-site social worker or telesocial worker is unavailable to provide treatment to their assigned caseload.

> **Commented [A2]:** CIT should be an on-site function, as discussed below

Telepsychologists and telesocial workers shall be licensed, and their licenses shall be current and valid in the State of California.

**Definitions**

**Telemental Health Providers** refers to psychologists and social workers who provide services remotely through video and audio connections, working primarily from CDCR hubs

and in some cases from home offices that meet CDCR's requirements for confidentiality and connectivity.

**Supplement**
The following term is defined for use in this policy only:
- Supplement means at least 1.0 personnel year (PY) equivalent on-site psychologist or LCSW shall be assigned for each CCCMS program and EOP per yard at each institution. The 1.0 PY equivalent is the minimum required under this policy. Depending on the population of the program, more than 1.0 PY equivalent on-site psychologist or LCSW may be required by the percentage limit on mental health clinicians who can be remote described below, and to ensure that patients have reasonable and prompt access to on-site services.
- Supplemental also means that in the EOP all patients may be assigned either an on-site psychiatrist or an on-site psychologist, but not both.
- Supplement also means that there shall be no all-virtual Interdisciplinary Treatment Team (IDTT) meetings. Each IDTT shall include an on-site psychiatrist or on-site Case Manager/Primary Clinician.
- Supplement also means that most Case Managers/Primary Clinicians shall be on-site. The mix of on-site and remote qualified mental health professionals shall be such that no more than 20% of Case Managers/Primary Clinicians shall be telemental health professionals in Enhanced Outpatient Programs (EOPs) and no more than 40% of Case Managers/Primary Clinicians shall be telemental health professionals in Correctional Clinical Case Management System (CCCMS) programs.

**Equipment**

Telemental health providers shall work in CDCR Hubs or in home offices that meet the following requirements.

The telemental health provider shall be given the following equipment and resources:
- Computer, monitor, speaker, microphone, camera, and state cell phone.
- Computer access to all resources, or equivalent resources utilized by on-site psychiatrists, including the Electronic Health Records System.
- Internet access of sufficient speed and stability to allow a videoconference where the patient and telemental health services provider can be seen and heard clearly. Telemental health providers working from home must provide the same standard of internet access.

Telemental health providers working from home must provide a confidential space with their own office furniture. Telemental health providers will also have access to office space at a CDCR-operated hub should they prefer or need to work from the office.

Each hub office will be a single, enclosed, and confidential space with a door, desk, and chair, as well as a full technological set-up. This office space will be sound-proofed, where possible.

Telemental health providers must onboard and begin their clinical assignments while working from the CDCR-operated hub. Prior to transitioning to work from home, telemental health providers must demonstrate appropriate use of the technology and workflow,

adequate integration with their onsite team(s), and reliability and responsivity while working in the hub. Only once the telemental health supervisors, with input from local on-site supervisors, are fully satisfied with both the provider's performance while working in the hub and ability to function effectively from home will the transition be allowed.

Work from home is allowed only for civil service telemental health providers. It is not an available assignment for registry telemental health providers.

**Physical Environment**

The patient's interview room and environment shall allow for both the telemental health provider and the patient to be seen and heard clearly. The patient's and telemental health provider's cameras shall be positioned to allow their faces to be clearly visible to each other. The telemental health provider shall also be able to clearly see the patient's body to assess for any signs of movement that may be clinically relevant. When indicated, the telemental health provider can request assistance from the tele-presenter, who shall receive appropriate training on how to assess for such physical signs. The telemental health administration and the institution receiving services shall ensure others are not able to enter the telemental health provider's or patient's rooms accidently or overhear conversations from inside or outside the rooms.

> **Commented [A3]:** Is the plan to require the use of telepresenter for all telemental health clinical encounters or would it be at the option of the telemental health professional? We would like to hear Defendants' thoughts about this issue at the upcoming meeting.

Seating and lighting should be adjusted to provide the clearest video and audio transmission, as well as to ensure the safety of the participants. Rooms for the telemental health provider and the patient shall be appropriately sound-proofed, when possible, or alternative mechanisms shall be utilized (for example, sound-cancelling devices) to ensure privacy. When possible, the tele-presenter should be seated closest to the door.

**Professional and Patient Identity and Informed Consent**

At the beginning of an initial appointment with a patient, the telemental health provider shall introduce themself and verify the patient's identity verbally and/or by having the patient show their CDCR-issued photo identification card on the video screen.

At the beginning of the patient's first telemental health contact, the telemental health provider shall obtain informed consent for the method of treatment by, at a minimum, explaining the treatment modality, including a description of the role of the tele-presenter and a plan for a response to interruption in services.

As part of the informed consent process, the patient shall specifically be told that (a) they have a right to refuse to receive telemental health services and to obtain in person treatment instead, and (b) that they should be aware that at times, telemental health services requires the presence of third party in the room with the patient, and that this can have a negative impact on the therapeutic alliance between the patient and their treating clinician, and could cause the patient to be less forthcoming about personal matters that they need to work through with their therapist.

**Participation in Interdisciplinary Treatment Teams, Meetings, and Huddles**

Telemental health providers must participate in the receiving institution's Interdisciplinary Treatment Teams (IDTT) meetings as required by their assigned clinical duties. To facilitate

their participation, IDTT meetings that include a telemental health provider shall be held in a location with videoconference capabilities that allow for the telemental health provider's full participation when their patients are being reviewed.

In addition to IDTT meetings, telemental health providers shall participate to the same extent as on-site primary clinicians in all meetings and huddles relevant to the clinical care of their assigned patients.

**Refusals**

If a patient refuses treatment via telemental health, the ~~patient's~~ patient shall be treated by an on-site provider to avoid a lapse in treatment. Patients shall have a right to refuse treatment via telemental health and to receive in—person treatment instead. After ensuring prompt on-site treatment, the telemental health provider(s) may ~~meet~~ also address the refusal by meeting with the other members of the patient's treatment team to consider mental health reasons, behavioral issues, custodial issues, or any other relevant factors related to the refusal. ~~to determine whether telemental health is an appropriate delivery method for the patient. The treatment team shall work toward resolving any issues contributing to the patient's refusal of telemental health services. A member from the treatment team may utilize brief, focused cell-front discussions with the patient to determine the reasons for appointment refusals. If the patient requires a clinical contact, the telemental health provider may request a consultation from an on-site provider or conduct a cell-front telemental health contact, as clinically indicated.~~

~~If the treatment team is unable to resolve the patient's refusal of telemental health visits, a formal IDTT meeting shall be convened. During this IDTT meeting, the treatment team shall develop a plan to address the reasons for the patient's refusals. Contingency plans shall also be developed to provide on-site psychological care or social work services to the patient.~~

~~If the treatment team concludes telemental health is not an appropriate treatment modality for the patient due to refusals,~~

If the patient refuses telemental health services, the team shall report this finding to mental health leadership (Chief and/or Senior Psychologist and Chief of Mental Health) of the institution receiving telemental health services, as well as the Chief of Telepsychology and Supervising Social Worker II. ~~If it is determined that the patient is not appropriate for telemental health, the Chief of Telepsychology and Supervising Social Worker II will work with~~ Mental health leadership at the institution ~~to~~ will ensure the patient has continued access to appropriate on-site mental health treatment.

> **Commented [A4]:** Class members should be given the right to refuse telemental health treatment. We believe such refusals will be unusual, as they have been with telepsychiatrists.

Cell Front
~~Contraindications for~~ Telemental Health

Telemental health may be used cell front when it is necessary for the psychologist or LCSW to speak with the patient and the patient does not attend the scheduled appointment. However, non-confidential telemental health contacts, including cell-front contacts, shall not be considered a Program Guide required clinical contact under any circumstance.

**Contraindications for Telemental Health**

Patients shall not be entirely excluded from participation in telemental health services based solely on their level of care or diagnosis, except that telemental health services shall generally only be used in EOP and CCCMS programs, as detailed in the sections below. If the patient's IDTT, the telepsychologist and Chief of Telepsychology, or telesocial worker and Supervising Social Worker II, determine that the patient needs to be seen by an on-site psychologist or on-site LCSW, they will work with mental health leadership at the institution (Chief and/or Senior Psychologist and Chief of Mental Health) to ensure the patient has an appropriate on-site psychologist and/or LCSW assigned. Similarly, if the treatment team determines that telemental health services are not appropriate for a patient, the team will work with mental health leadership to assign the patient to an on-site psychologist and/or LCSW.

**Telemental Health and Levels of Care**

Telemental health providers will be assigned to CCCMS and EOP levels of care. Whenever possible, CDCR seeks to employ psychologists and LCSWs who can deliver in-person, on-site treatment and care to patients in all inpatient facilities. CDCR will not use telemental health in lieu of on-site mental health providers at the inpatient levels of care for any reason other than a lack of availability of on-site mental health providers.

**Correctional Clinical Case Management Services and Enhanced Outpatient Program**

Telemental health services may be utilized to treat patients at the CCCMS and EOP levels of care provided all other conditions pertaining to the CCCMS and EOP levels of care contained within this policy are followed. Telemental health supplements but does not replace on-site mental health. All CCCMS and EOP facilities shall continue to be served by on-site psychologists and LCSWs in addition to telemental health.

In the EOP all patients shall be assigned either an on-site psychiatrist or an on-site Case Manager/Primary Clinician. In other words, no EOP patient shall have entirely telemental health care.

Most Case Managers/Primary Clinicians shall be on-site. The mix of on-site and remote qualified mental health professionals shall be such that no more than 15% of Case Managers/Primary Clinicians on EOP yards shall be telemental health professionals and no more than 30% of Case Managers/Primary Clinicians on CCCMS yards shall be telemental health professionals.

CDCR shall use all reasonable, good faith efforts to recruit and retain on-site psychologists and LCSWs to provide services at the CCCMS and EOP level of care. If a CCCMS or EOP program does not have the on-site psychologist and LCSW services required by this policy for 30 consecutive calendar days, that would not be consistent with this policy's objectives. In such a case, CDCR headquarters shall immediately provide notice via electronic mail to the Special Master and Coleman Plaintiffs' counsel. Within 60 calendar days from the provision of notice, CDCR headquarters shall also provide a plan to address the staffing issue or provide information regarding how that issue has been resolved.

**Mental Health Crisis Bed and Psychiatric Inpatient Program**

The use of telemental health services in the MHCB and PIP levels of care is restricted to only emergency circumstances when on-site care is not available and shall be used for the shortest duration of time as necessary.

CDCR shall use all reasonable, good faith efforts to recruit and retain on-site psychologists and LCSWs to provide in person services at the MHCB and PIP levels of care. If these good faith efforts are unsuccessful, mental health services may be provided via telemental health. If a psychologist or LCSW is required to serve in an MHCB or PIP via telemental health for greater than 14 consecutive calendar days, this would not be consistent with this policy's objective. In such a case, CDCR headquarters shall immediately provide notice via electronic mail to the Special Master and Coleman Plaintiffs' counsel. Within 16 calendar days from the provision of the notice, CDCR headquarters shall also provide a plan to address the staffing issue or provide information regarding how the staffing issue was resolved.

**Clinical Emergency Management**

If a clinical emergency arises during a telemental health session (for example, a suicidal, violent, or homicidal patient), the telemental health provider shall immediately notify the appropriate institution staff, as identified by the institution's LOP. The telemental health provider shall coordinate with institutional mental health leadership and follow local institutional protocol for managing such emergencies. This may include, but is not limited to, coordinating arrangements for the patient to be seen by an on-site psychologist or LCSW, arrangements for safe holding, transport to an emergency triage area, communication with local emergency team members, and placing emergency orders as needed.

**Clinical Encounters Where On Site Clinicians Must Be Employed**

The use of telemental health services for the following clinical tasks is restricted to only circumstances when on-site care is not available and for the shortest duration of time as necessary.

- CIT team membership and evaluations
- All care provided in RHUs
- Preparation of SRASHEs
- Initial Reception Center mental health assessments
- RVR mental health assessments
- PREA interviews.

CDCR shall use all reasonable, good faith efforts to recruit and retain on-site psychologists and LCSWs to provide the above listed services. If these good faith efforts are unsuccessful, these listed mental health services may be provided via telemental health. If a psychologist or LCSW is required to provide these services via telemental health for greater than 14 consecutive calendar days, this would not be consistent with this policy's objective. In such a case, CDCR headquarters shall immediately provide notice via electronic mail to the Special Master and Coleman Plaintiffs' counsel. Within 16 calendar days from the provision of the notice, CDCR headquarters shall also provide a plan to address the staffing issue or provide information regarding how the staffing issue was resolved

**MHCB and Psychiatric Inpatient Programs**

In the event that a telemental health provider is needed in an MHCB or inpatient setting, the telemental health provider, to facilitate familiarity with the program and patients, shall

participate in clinical staff meetings and case conferences, and coordinate patient care. On-site staff shall ensure that the telemental health services provider has the necessary and pertinent information about the patient and the unit for the ongoing assessment and treatment of the patient. Similar to on-site psychologists and LCSWs, telepsychologists and telesocial workers shall be involved in treatment and discharge decisions.

In urgent cases when a patient requires seclusion and restraints, the nurse may notify the telepsychologist, who can place orders remotely, as appropriate. All other elements of seclusion and restraint protocol shall follow existing policies and procedures and all applicable laws and regulations, including the need for a backup physician (psychiatrist or medical provider) who can physically examine the patient within the mandated timeframes. In the event that a telepsychologist is contacted for seclusion and restraint, a psychiatrist shall also be consulted to assess for the need for emergency medication, as clinically indicated.

To ensure continuity of care, telemental health providers shall provide relevant clinical information during the hand-off to the on-call clinician to convey details regarding a new admission, to coordinate patient care tasks that require follow up during after-hours coverage, or if they anticipate specific patient concerns. Telemental health and clinical staff, including nursing staff when needed, shall have access to each other to address patient needs.

**Site Visits**

Telemental health providers are responsible for maintaining relationships with members of their assigned on-site treatment team through regular communication and by visiting institutions. Telemental health providers shall visit their assigned institution within 30 days of assignment and no less than ~~annually~~twice a year thereafter. The telemental health provider will spend at least one day during each site visit at the facility. During this visit, the telemental health provider shall participate in the IDTT, meet with necessary health care staff, attend staff meetings if applicable on that day, and may see patients in person. The very first visit by a telemental health provider to a new institution shall be for a full work-week and the visit shall include a tour of the facility, interviews with staff, observation of groups, in person IDTT participation in different units and unit types, and any other orientation to the institution and its unique programs and missions that is deemed important by the Chief of Mental Health for the prison.

**Organizational Structure**

All telemental health staff shall report as appropriate within the Telemental Health Services Program supervisory chain.

**Workflow Interruptions**

In the event of technology or equipment failure, telemental health providers shall immediately notify their direct supervisor and mental health leadership at the institution (Chief and/or Senior Psychologist and Chief of Mental Health), as well as the Integrated Communications Technology Unit. The telemental health provider shall also make arrangements with institutional mental health leadership to ensure appropriate patient coverage based on patient need (for example, coverage by an on-site provider or rescheduling of appointments). Telemental health providers may also be redirected to another telemental health assignment when this occurs.

If a telemental health provider has a sustained interruption in technology or significant equipment malfunction, or if there are supervisory concerns that interfere with their ability to see and treat patients, they may be required to report to an office space in the hub.

**On-Call or After-Hours Coverage by Telemental Health Providers**

Telemental health providers shall contribute to on-call or after-hours coverage as assigned, and their provision of services shall be in accordance with applicable California Correctional Health Care Services (CCHCS) Health Care Department Operations Manual (HCDOM) policies, statewide mental health policies, and applicable bargaining unit Memorandums of Understanding.

Telemental health providers are not required to travel to the institution where they are providing on-call or after-hours coverage. Therefore, institutions receiving on-call or after-hours coverage from the Telemental Health Program must provide a backup clinician. This backup clinician shall be within one hour of travel time to the facility in order to attend to incidents requiring an in-person presence if needed.

**Responsibilities**  The institution receiving telemental health shall be responsible for providing the following:

- Timely access for patients to the telemental health provider.
- A dedicated and appropriately clinically trained tele-presenter who facilitates the patient encounter from the originating site to the telemental health provider and is responsible for providing clinical support and coordination. The tele-presenter shall be required to introduce themselves and explain that they are subject to the same confidentiality requirements as the telemental health provider and other treatment providers. Responsibilities include, but are not limited to, reviewing the patient health record prior to the appointment, assisting with on-site correspondence and care coordination, and remaining immediately available to the patient during the appointment. Tele-presenters shall be assigned from, but not limited to, position classifications in the following order of priority: medical assistant, certified nursing assistant, psychiatric technician assistant, psychiatric technician, licensed vocational nurse, registered nurse, clinical nurse specialist, nurse practitioner, rec/rehab therapist, social worker, psychologist, psychiatrist, or other physicians. When the tele-presenter is a nurse practitioner, social worker, psychologist or physician, the clinical contact shall be considered a joint appointment. In emergency circumstances, other non-custody classifications, such as Dental Assistants or Office Technicians, may be used.
- A backup tele-presenter when the primary tele-presenter is on leave or unavailable.
- Availability of appropriate clinical staff.
- Support staff responsible for scheduling appointments and processing clinical paperwork, as appropriate.
- An institutional contact list of important names and numbers for the telemental health provider. This includes, but is not limited, to the following:
    1. Laboratory
    2. Pharmacy
    3. Nursing station(s)
    4. Housing unit(s)
    5. Custody Health Care Access Unit staff

- 6. Primary Clinician(s)
- 7. Medical Provider(s)
- 8. Mental Health Supervisor(s)
- 9. Chief of Mental Health
- 10. IT Department
- 11. Chief and Senior Psychologist
- 12. Chief Psychiatrist or Senior Psychiatrist Supervisor
- 13. Scheduler
- 14. Medical Records Supervisor

- ~~The~~A contact ~~information for~~list of all telemental health providers ~~assigned to~~ with caseloads at the institution, to be made available to ~~relevant~~all onsite staff~~, including but not limited to telepresenters, onsite leadership, nursing, laboratory, and pharmacy staff~~.
- A confidential treatment space to facilitate patient encounters. This space shall include all equipment needed to facilitate the telemental health encounter, including, but not limited to a computer, phone, scanner, printer, desk, and chair.
- Caseload assignments and scheduled appointments for the telemental health provider.
- Maintenance of teleconferencing connectivity between institutions and telemental health providers.
- Confirmation that telemental health providers are appropriately privileged to provide clinical services to any licensed or inpatient units, when applicable.
- Audit reports for local compliance indicators.
- Organized tours for the telemental health providers during their initial visits to the institution.
- On-site clinical contingency plans and patient prioritization strategies to manage absences of telemental health providers.
- An LOP for telemental health services that shall be submitted to the Chief of Telepsychology, or designee, and Supervising Social Worker II for review and approval prior to local distribution or implementation. Any revisions of the LOP for telemental health shall be reviewed and approved by the Chief of Telepsychology, or designee, and Supervising Social Worker II prior to implementation at the institution. The LOP must be reviewed annually.
- Routine system tests to ensure that telemental health equipment is safe, operational, and secure.

**Compliance Indicators**

To be in compliance with this policy, the following requirements shall be met jointly by the Telemental Health Program and the institution receiving services:

1. Telemental health providers are provided with the appropriate equipment and resources.
2. Telemental health providers participate in the same manner as on-site providers in the receiving institutions' IDTTs and all meetings and huddles relevant to the clinical care of their assigned patients.
3. On-site staff and members of the treatment team communicate with the telemental health providers regarding any important patient issues and concerns related to patient care.

4. Telemental health providers have access to all necessary clinical information via the patient's health record.
5. Telemental health providers communicate any important patient issues and concerns related to patient care to the on-site staff and members of the treatment team.
6. Patients are ~~notexcluded~~ not excluded from participation in the Telemental Health Program based solely on their level of care or diagnosis.
7. Patients are given a clear informed consent for telemental health services which makes clear that they can choose to be treated only by on-site providers
8. Patients are told that when tele-presenters are employed, that can have some clinical consequences in terms of patient-therapist therapeutic alliance and in terms of the patients willingness to reveal highly personal information.
~~7.~~9. Telemental health providers complete all documentation in the health record by the close of each business day.
~~8.~~10. Telemental health provider and patient identity are verified at the beginning of a mental health treatment videoconference.
~~9.~~11. Telemental health providers visit their receiving institutions as directed by this policy.
~~10.~~12. Ongoing mandatory trainings are completed for all telemental health providers.
13. Telemental health providers are licensed, and their licenses are current and valid in the State of California.
~~11.~~14. Telemental health providers are privileged at each licensed or inpatient unit they serve.
15. Telemental health supplements but does not replace on-site mental health at the CCCMS and EOP levels of care.
16. No more than 20% of case managers in EOP units are remote telemental health providers
17. No more than 40% of case managers in CCCMS yards are remote telemental health providers.
18. Telemental health providers do not provide services in RHUs, serve on CIT teams, conduct SRASHEs, conduct RC initial mental health assessments, conduct PREA interviews or assessments, or complete mental health assessments and other tasks related to the RVR process.

**References**
- CDCR Mental Health Services Delivery System Program Guide, 2021 Revision
- CCHCS Health Care Department Operations Manual
- Bargaining Unit 19 Memorandum of Understanding

**Questions**  If you have any questions or need any additional information related to this policy, you may contact the policy unit via e-mail at: CDCR MHPolicyUnit@CDCR