# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| RALPH COLEMAN, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:90-CV-00520- KJM-DB |
| GAVIN NEWSOM, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                       .

Date:   09/06/2023

_____
*Attorney's signature*

Lawrence M. Cirelli, SBN 114710
*Printed name and bar number*
Hanson Bridgett LLP
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596

_____
*Address*

lcirelli@hansonbridgett.com
*E-mail address*

(925) 746-8460
*Telephone number*

(925) 746-8490
*FAX number*