| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>AMY XU – 330707<br>CARA E. TRAPANI – 313411<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>GINGER JACKSON-GLEICH – 324454<br>ADRIENNE PON HARROLD – 326640<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF MICHAEL NUNEZ IN SUPPORT OF PLAINTIFFS' STATEMENT IN THE JOINT REPORT REGARDING PIP STAFFING VACANCY RATE**<br><br>Judge: Hon. Kimberly J. Mueller |

[4352893.1]

DECLARATION OF MICHAEL NUNEZ IN SUPPORT OF PLAINTIFFS' STATEMENT IN THE JOINT REPORT REGARDING PIP STAFFING VACANCY RATE

I, Michael S. Nunez, declare:

1. I am an attorney duly admitted to practice before this Court. I am senior counsel in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Statement in the Joint Report Re: PIP Staffing Vacancy Rate.

2. On August 30, 2023, I attended a meeting with Defendants overseen by the Office of the Special Master. The meeting was held via video conference using Microsoft Teams. At that meeting, counsel for CDCR Melissa Bentz stated that Defendants do not believe the 10% maximum vacancy rate should apply to CDCR's PIPs because the CDCR PIPs should not be subject to any specific maximum vacancy rate. At that meeting, Ms. Bentz also stated that Defendants' position is that staffing levels are not an appropriate proxy for constitutionally adequate care. Defendants have not further explained their position to Plaintiffs or offered any evidence or justification for it, either at the August 30 meeting or at any time since that meeting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 7th day of September, 2023.

*/s/ Michael S. Nunez*
Michael S. Nunez

[4352893.1]

1

DECLARATION OF MICHAEL NUNEZ IN SUPPORT OF PLAINTIFFS' STATEMENT IN THE JOINT REPORT REGARDING PIP STAFFING VACANCY RATE