1  Rob Bonta, State Bar No. 202668
   Attorney General of California
2  Monica N. Anderson, State Bar No. 182970
   Senior Assistant Attorney General
3  Damon McClain, State Bar No. 209508
   Supervising Deputy Attorney General
4  Elise Owens Thorn, State Bar No. 145931
   Namrata Kotwani, State Bar No. 308741
5  Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 210-7318
     Fax: (916) 324-5205
8    E-mail: Elise.Thorn@doj.ca.gov
   *Attorneys for Defendants*

   Hanson Bridgett LLP
   Paul B. Mello, SBN 179755
   Samantha D. Wolff, SBN 240280
   Kaylen Kadotani, SBN 294114
   Laurel O'Connor, SBN 305478
   David C. Casarrubias, SBN 321994
   Carson R. Niello, SBN 329970
   1676 N. California Blvd., Suite 620
   Walnut Creek, California 94596
   Telephone:   925-746-8460
   Facsimile:   925-746-8490
   *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> GAVIN NEWSOM, et al. <br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **JOINT STATEMENT REGARDING PRESENTATION OF WITNESSES** <br><br> Judge:   Hon. Kimberly J. Mueller |

In its August 11, 2023 order, this Court instructed the parties to file, on or before September 8, 2023 at 12:00 p.m., "a detailed witness list that includes the order of witnesses and the anticipated time for each witness's testimony, inclusive of direct, cross-examination, and rebuttal." ECF No.7916 at 2:12-14. Accordingly, the parties have met and conferred and submit the following information in response to the Court's order.

/ / /

/ / /

/ / /

/ / /

**Witness Order and Length of Testimony**

The parties agree that witnesses shall be called in the following order, with their corresponding best estimate for the length of their testimony[1]:

1. **Dr. Erica Greulich**[2] (Defendants' expert)
   - Defendants' estimate for direct and redirect: 4 hours
   - Plaintiffs' estimate for cross examination: 90 minutes

2. **Jasinda Muhammad** (Defense witness)
   - Defendants' estimate for direct and redirect: 4 hours
   - Plaintiffs' estimate for cross examination: 60 minutes

3. **Angela Ponciano** (Defense witness)
   - Defendants' estimate for direct and redirect: 2 hours
   - Plaintiffs' estimate for cross examination: 60 minutes

4. **Toni Martello** (Defense witness)
   - Defendants' estimate for direct and redirect: 2 hours
   - Plaintiffs' estimate for cross examination: 60 minutes

5. **Amar Mehta** (Defense witness)
   - Defendants' estimate for direct and redirect: 3 hours
   - Plaintiffs' estimate for cross examination: 60 minutes

6. **Dr. Timothy Brown** (Plaintiffs' expert)
   - Plaintiffs' estimate for direct and redirect: 90 minutes
   - Defendants' estimate for cross examination: 3 hours

7. **Dr. Joseph Bick** (Plaintiffs' witness)
   - Plaintiffs' estimate for direct and redirect: 45 minutes

---

[1] Defendants previously proposed and requested that they be permitted to present direct witness testimony via declaration to ensure a fulsome and complete record. The Court rejected this request "absent a stipulation of the parties providing for a different mode of testimony for a specific witness or witnesses." ECF No. 7916 at 2:10-11. Plaintiffs' counsel advised Defendants on August 24, 2023 that they would not agree to any declarations for percipient witnesses.

[2] Both parties reserve the right to modify the order of their witnesses if necessary.

- Defendants' estimate for cross examination: 60 minutes

**8. Dr. Alexandra David** (Plaintiffs' witness)

- Plaintiffs' estimate for direct and redirect: 45 minutes
- Defendants' estimate for cross examination: 60 minutes

**9. Dr. Shelly Minor** (Plaintiffs' witness)

- Plaintiffs' estimate for direct and redirect: 45 minutes
- Defendants' estimate for cross examination: 60 minutes

**10. Dr. Kelley Francheschi** (Plaintiffs' witness)

- Plaintiffs' estimate for direct and redirect: 45 minutes
- Defendants' estimate for cross examination: 60 minutes

**11. Dr. Paul Burton** (Plaintiffs' witness)

- Plaintiffs' estimate for direct and redirect: 45 minutes
- Defendants' estimate for cross examination: 60 minutes

In light of the above time estimates, and inclusive of 10-minute opening statements per side, the parties estimate the total length of time for the staffing contempt proceeding to be: 34 hours, or approximately 6 court days consisting of 6 hours of testimony each day.

DATED: September 8, 2023

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

By: _____/s/ Elise Owens Thorn_____
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

| | | |
|---|---|---|
| 1 | DATED:  September 8, 2023 | HANSON BRIDGETT LLP |

By: ____*/s/ Samantha Wolff*____
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants

DATED:  September 8, 2023        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: ____*/s/ Jenny Yelin*____
Jenny Yelin
*Attorneys for Plaintiffs*