MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2023**<br><br>Judge: Hon. Deborah Barnes |

[4356150.1]

1   Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2   Statement for the Second Quarter of 2023 to Defendants via e-mail on August 11, 2023.
3   The parties completed their meet and confer process on September 8, 2023. The parties
4   have resolved all disputes regarding fees and costs for the Second Quarter of 2023, with an
5   agreement to reduce claimed amounts to a total of $1,191,210.77 calculated at a rate of
6   $246.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

7   THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8   $1,191,210.77 plus interest is due and collectable as of forty-five days from the date of
9   entry of this Order. Interest on these fees and costs will run from September 11, 2023 (31
10  days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by
11  28 U.S.C. § 1961.

12  IT IS SO STIPULATED.

14  DATED: September 11, 2023          */s/ Elise Thorn*
15                                      Elise Thorn
                                        Deputy Attorney General
16                                      Attorneys for Defendants

18  DATED: September 11, 2023          */s/ Lisa Ells*
19                                      Lisa Ells
                                        ROSEN BIEN GALVAN & GRUNFELD LLP
20                                      Attorneys for Plaintiffs

22  IT IS SO ORDERED.
23  DATED: _____, 2023

                                        _____
25                                      Honorable Deborah Barnes
                                        United States Magistrate Judge

[4356150.1]

1

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS
FOR THE SECOND QUARTER OF 2023

**Coleman v. Newsom**
**Second Quarter of 2023**
**April 1, 2023 through June 30, 2023**
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---:|---:|---:|
| **Monitoring, 489-3** | $1,198,807.20 | $1,156,848.97 | $28,237.14 |
| **Fees on Fees, 489-5** | $6,346.80 | $6,124.66 | $0.00 |
| **Totals** | **$1,205,154.00** | **$1,162,973.63** | **$28,237.14** |
| **Claimed Total:** |  | **$1,233,391.14** |  |
| **Settled Total:** |  | **$1,191,210.77** |  |

4274545

**Coleman v. Newsom**
**Second Quarter of 2023**
**April 1, 2023 through June 30, 2023**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 208.60 | 207.50 | $246.00 | $51,045.00 | $49,258.43 |
| Alex Gourse | 125.10 | 121.00 | $246.00 | $29,766.00 | $28,724.19 |
| Amit Rao | 19.70 | 19.10 | $246.00 | $4,698.60 | $4,534.15 |
| Amy Xu | 134.70 | 134.40 | $246.00 | $33,062.40 | $31,905.22 |
| Arielle Tolman | 303.70 | 303.10 | $246.00 | $74,562.60 | $71,952.91 |
| Averi Suk | 27.60 | 27.60 | $246.00 | $6,789.60 | $6,551.96 |
| Benjamin Bien-Kahn | 0.30 | 0.00 | $246.00 | $0.00 | $0.00 |
| Cara E. Trapani | 240.90 | 240.50 | $246.00 | $59,163.00 | $57,092.30 |
| Ellen T. Brancart | 105.70 | 105.00 | $246.00 | $25,830.00 | $24,925.95 |
| Erik Monek Anderson | 4.00 | 0.00 | $246.00 | $0.00 | $0.00 |
| Ernest Galvan | 76.80 | 76.80 | $246.00 | $18,892.80 | $18,231.55 |
| F. Gail LaPurja | 82.80 | 63.20 | $246.00 | $15,547.20 | $15,003.05 |
| Fely F. Villadelgado | 114.00 | 46.00 | $246.00 | $11,316.00 | $10,919.94 |
| Gay C. Grunfeld | 1.60 | 0.00 | $246.00 | $0.00 | $0.00 |
| Ginger Jackson-Gleich | 120.20 | 117.20 | $246.00 | $28,831.20 | $27,822.11 |
| Gregorio Z. Gonzalez | 277.30 | 184.80 | $246.00 | $45,460.80 | $43,869.67 |
| Hannah Chartoff | 4.10 | 0.00 | $246.00 | $0.00 | $0.00 |
| Hannah Potter | 326.50 | 294.40 | $246.00 | $72,422.40 | $69,887.62 |
| Jenny S. Yelin | 165.30 | 164.90 | $246.00 | $40,565.40 | $39,145.61 |
| Julie de Vaulx | 381.50 | 366.30 | $246.00 | $90,109.80 | $86,955.96 |
| Kara J. Janssen | 0.30 | 0.00 | $246.00 | $0.00 | $0.00 |
| Kedra Chan | 1.20 | 0.00 | $246.00 | $0.00 | $0.00 |
| Lindsay Newfeld | 15.80 | 15.80 | $246.00 | $3,886.80 | $3,750.76 |
| Lisa Ells | 231.80 | 226.90 | $246.00 | $55,817.40 | $53,863.79 |
| Luke Weitzenberg | 344.60 | 338.70 | $246.00 | $83,320.20 | $80,403.99 |
| Marc Shinn-Krantz | 14.30 | 12.80 | $246.00 | $3,148.80 | $3,038.59 |
| Megan Rich | 23.10 | 23.10 | $246.00 | $5,682.60 | $5,483.71 |
| Michael L. Freedman | 0.10 | 0.00 | $246.00 | $0.00 | $0.00 |
| Michael S. Nunez | 262.10 | 257.60 | $246.00 | $63,369.60 | $61,151.66 |
| Michael W. Bien | 40.90 | 40.90 | $246.00 | $10,061.40 | $9,709.25 |
| Penny M. Godbold | 13.60 | 13.60 | $246.00 | $3,345.60 | $3,228.50 |
| Sanjana Srinivasan | 422.70 | 349.10 | $246.00 | $85,878.60 | $82,872.85 |
| Sarah A. Corkum | 339.60 | 332.40 | $246.00 | $81,770.40 | $78,908.44 |
| Simran Surtani | 0.40 | 0.00 | $246.00 | $0.00 | $0.00 |
| Teya Khalil | 338.60 | 333.80 | $246.00 | $82,114.80 | $79,240.78 |
| Thomas Nolan | 94.10 | 94.10 | $246.00 | $23,148.60 | $22,338.40 |
| Victor Corona | 135.00 | 90.10 | $246.00 | $22,164.60 | $21,388.84 |
| Yesi Murillo | 128.90 | 120.20 | $246.00 | $29,569.20 | $28,534.28 |
| **Total** | **5127.50** | **4720.90** | | **$1,161,341.40** | **$1,120,694.46** |

**Coleman v. Newsom**
**Second Quarter of 2023**
**April 1, 2023 through June 30, 2023**
Monitoring Fees, 489-3

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alondra Diaz-Saavedra | 4.20 | 4.20 | $246.00 | $1,033.20 | $997.04 |
| Audrey Lim | 5.20 | 5.20 | $246.00 | $1,279.20 | $1,234.43 |
| Dewi Zarni | 9.90 | 9.90 | $246.00 | $2,435.40 | $2,350.16 |
| Donald Specter | 7.10 | 7.10 | $246.00 | $1,746.60 | $1,685.47 |
| Joshua Marin | 7.40 | 7.40 | $246.00 | $1,820.40 | $1,756.69 |
| Margot Mendelson | 1.80 | 1.80 | $246.00 | $442.80 | $427.30 |
| Marie Berry | 17.50 | 17.50 | $246.00 | $4,305.00 | $4,154.33 |
| Rita Lomio | 1.60 | 1.60 | $246.00 | $393.60 | $379.82 |
| Sara Norman | 3.30 | 3.30 | $246.00 | $811.80 | $783.39 |
| Sophie Mishara | 8.10 | 8.10 | $246.00 | $1,992.60 | $1,922.86 |
| Steve Fama | 82.80 | 82.80 | $246.00 | $20,368.80 | $19,655.89 |
| Tania Amarillas | 3.40 | 3.40 | $246.00 | $836.40 | $807.13 |
| **Total** | **152.30** | **152.30** | | **$37,465.80** | **$36,154.51** |

**GRAND TOTAL**                                                                                    **$1,198,807.20   $1,156,848.97**

**Coleman v. Newsom**
**Second Quarter of 2023**
**April 1, 2023 through June 30, 2023**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Outside Copying/Scanning | $1,651.21 | $1,651.21 |
| Transcription | $1,526.60 | $1,526.60 |
| Postage and Delivery | $1,670.31 | $1,670.31 |
| Research (Westlaw/Lexis/PACER/Fees/Articles) | $744.17 | $744.17 |
| Expert Fees | $15,995.12 | $15,995.12 |
| Travel | $5,927.27 | $5,927.27 |
| **Total** | **$27,514.68** | **$27,514.68** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Postage | $722.46 | $722.46 |
| **Total** | **$722.46** | **$722.46** |

**GRAND TOTAL** $28,237.14

**Coleman v. Newsom**
**Second Quarter of 2023**
**April 1, 2023 through June 30, 2023**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Linda H. Woo | 5.90 | 5.90 | $246.00 | $1,451.40 | $1,400.60 |
| Lisa Ells | 18.30 | 18.30 | $246.00 | $4,501.80 | $4,344.24 |
| **Total** | **24.20** | **24.20** | | **$5,953.20** | **$5,744.84** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.60 | 1.60 | $246.00 | $393.60 | $379.82 |
| **Total** | **1.60** | **1.60** | | **$393.60** | **$379.82** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$6,346.80** | **$6,124.66** |

4274545