# EXHIBIT A

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
September 13, 2023

Weekly Report of Population
As of Midnight September 13, 2023

## Total CDCR Population

| Population | Felon/ Other | Change Since Last Week | Change Since Last Year | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---:|---:|---:|---:|---:|---:|
| A. Total In-Custody/CRPP Supervision | 95,162 | -101 | -1,345 | | | |
|   I. In-State | 95,162 | -101 | -1,345 | | | |
|     (Men, Subtotal) | 91,386 | -107 | -1,423 | | | |
|     (Women, Subtotal) | 3,776 | +6 | +78 | | | |
|     1. Institution/Camps | 93,723 | -74 | +446 | 80,777 | 116.0 | 111,489 |
|       Institutions | 91,933 | -65 | +295 | 77,309 | 118.9 | 108,021 |
|       Camps(CIW and SCC) | 1,790 | -9 | +151 | 3,468 | 51.6 | 3,468 |
|     2. In-State Contract Beds | 177 | -16 | -1,803 | | | |
|       Community Prisoner Mother Program | 6 | 0 | -2 | | | |
|       California City Correctional Facility | 171 | -16 | -1,801 | | | |
|     3. Department of State Hospitals | 105 | -6 | -20 | | | |
|     4. CRPP Supervision | 1,157 | -5 | +32 | | | |
|       Alternative Custody Program | 119 | 0 | +52 | | | |
|       Custody to Community Treatment Reentry Program | 368 | +2 | -25 | | | |
|       Male Community Reentry Program | 617 | -6 | +7 | | | |
|       Medical Parole | 43 | -1 | 0 | | | |
|       Medical Reprieve Program | 10 | 0 | -2 | | | |
| B. Parole | 35,889 | -47 | -5,604 | | | |
|   Community Supervision | 34,434 | -44 | -5,596 | | | |
|   Interstate Cooperative Case | 1,455 | -3 | -8 | | | |
| C. Non-CDCR Jurisdiction | 749 | +6 | -123 | | | |
|   Other State/Federal Institutions | 229 | 0 | -15 | | | |
|   Out of State Parole | 499 | +10 | -92 | | | |
|   Out of State Parolee at Large | 19 | 0 | +1 | | | |
|   County Jail | 2 | 0 | -11 | | | |
| D. Other Populations | 7,676 | -59 | -721 | | | |
|   Temporary Release to Court and Hospital | 1,657 | +14 | +116 | | | |
|   Escaped | 196 | +1 | +1 | | | |
|   Parolee at Large | 5,823 | -74 | -838 | | | |
| Total CDCR Population | 139,476 | -201 | -7,793 | | | |

This report contains the latest available reliable population figures from SOMS. They have been carefully audited, but are preliminary, and therefore subject to revision.

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
September 13, 2023

Weekly Report of Population
As of Midnight September 13, 2023

## Weekly Institution Population Detail

| Institutions | Felon/Other | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---:|---:|---:|---:|
| Avenal State Prison (ASP) | 4,639 | 2,909 | 159.5 | 4,359 |
| Calipatria State Prison (CAL) | 2,735 | 2,308 | 118.5 | 3,433 |
| California Correctional Institution (CCI) | 1,698 | 1,508 | 112.6 | 2,243 |
| Central California Women's Facility (CCWF) | 2,430 | 1,990 | 122.1 | 2,952 |
| Centinela State Prison (CEN) | 2,798 | 2,308 | 121.2 | 3,433 |
| California Health Care Facility - Stockton (CHCF) | 2,322 | 2,953 | 78.6 | 2,953 |
| California Institution for Men (CIM) | 2,373 | 1,604 | 147.9 | 2,225 |
| California Institution for Women (CIW) | 978 | 1,281 | 76.3 | 1,743 |
| California Men's Colony (CMC) | 2,231 | 3,816 | 58.5 | 3,755 |
| California Medical Facility (CMF) | 2,216 | 2,318 | 95.6 | 2,760 |
| California State Prison, Corcoran (COR) | 3,523 | 3,115 | 113.1 | 4,503 |
| California Rehabilitation Center (CRC) | 2,838 | 1,822 | 155.8 | 2,654 |
| Correctional Training Facility (CTF) | 4,268 | 2,800 | 152.4 | 4,125 |
| Chuckawalla Valley State Prison (CVSP) | 2,098 | 1,738 | 120.7 | 2,603 |
| Folsom State Prison (FOL) | 2,881 | 2,065 | 139.5 | 3,021 |
| High Desert State Prison (HDSP) | 2,519 | 2,337 | 107.8 | 3,474 |
| Ironwood State Prison (ISP) | 3,118 | 2,200 | 141.7 | 3,275 |
| Kern Valley State Prison (KVSP) | 2,841 | 2,448 | 116.1 | 3,622 |
| California State Prison, Los Angeles County (LAC) | 2,592 | 2,300 | 112.7 | 3,400 |
| Mule Creek State Prison (MCSP) | 3,795 | 3,284 | 115.6 | 4,105 |
| North Kern State Prison (NKSP) | 3,558 | 2,694 | 132.1 | 4,011 |
| Pelican Bay State Prison (PBSP) | 1,528 | 2,380 | 64.2 | 3,153 |
| Pleasant Valley State Prison (PVSP) | 2,883 | 2,308 | 124.9 | 3,433 |
| RJ Donovan Correctional Facility (RJD) | 3,210 | 2,992 | 107.3 | 4,038 |
| California State Prison, Sacramento (SAC) | 1,835 | 1,828 | 100.4 | 2,547 |
| California Substance Abuse Treatment Facility (SATF) | 4,720 | 3,424 | 137.9 | 5,111 |
| Sierra Conservation Center (SCC) | 4,321 | 4,972 | 86.9 | 5,804 |
| California State Prison, Solano (SOL) | 3,677 | 2,594 | 141.8 | 3,866 |
| San Quentin State Prison (SQ) | 3,619 | 3,084 | 117.3 | 3,985 |
| Salinas Valley State Prison (SVSP) | 2,761 | 2,452 | 112.6 | 3,525 |
| Valley State Prison (VSP) | 3,380 | 1,961 | 172.4 | 2,931 |
| Wasco State Prison (WSP) | 3,338 | 2,984 | 111.9 | 4,447 |
| Institution Total | 93,723 | 80,777 | 116.0 | 111,489 |

As of April 7, 2023, the design capacity has officially been reduced by 403 beds due to the closure of Folsom Women's Facility on January 13, 2023.

As of April 15, 2023, the design capacity decreased an additional 1,690 beds due to the closure of Facility A at CRC and the deactivation of 1,132 of 1,142 beds in Facility D at CIM.

As of June 15, 2023, the design capacity decreased an additional 664 beds due to the closure of Facility D at California Correctional Institution.

As of June 30, 2023, the design capacity decreased an additional 1,896 beds.  California Correction Center has officially closed its 1,909 facility beds and deactivated 1,468 fire camp beds for a total of 3,377 beds.  Sierra Conservation Center reactivated the 1,468 fire camp beds.  High Desert State Prison activated 13 firehouse beds.

The design capacity increased by 100 beds when the Pine Grove Youth Conservation Camp was moved under Sierra Conservation Center.

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
September 13, 2023

```
                           Weekly Report of Population
                        As of Midnight September 13, 2023
```

## Notes

Felon/Other counts are felons, county contract boarders, federal boarders, state boarders, safekeepers, county diagnostic cases, Department of Mental Health boarders, and Division of Juvenile Justice boarders.

Interstate Cooperative Cases are parolees from other states being supervised in California.

Non-CDCR Jurisdiction are California cases being confined in or paroled to other states or jurisdictions.

Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the age of 21 who were committed to CDCR, had their sentence amended, and were incarcerated at the Division of Juvenile Justice for housing and program participation.

Other Population includes inmates temporarily out-to-court, inmates in hospitals, escapees, and parolees at large.