1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California  94710-1916
4  Telephone:   (510) 280-2621

5  CLAUDIA CENTER – 158255
   DISABILITY RIGHTS EDUCATION
6  AND DEFENSE FUND, INC.
   Ed Roberts Campus
7  3075 Adeline Street, Suite 210
   Berkeley, California  94703-2578
8  Telephone:   (510) 644-2555

   MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
   LISA ELLS – 243657
   JENNY S. YELIN – 273601
   THOMAS NOLAN – 169692
   MICHAEL S. NUNEZ – 280535
   AMY XU – 330707
   CARA E. TRAPANI – 313411
   MARC J. SHINN-KRANTZ – 312968
   ALEXANDER GOURSE – 321631
   GINGER JACKSON-GLEICH – 324454
   ADRIENNE PON HARROLD – 326640
   ROSEN BIEN
   GALVAN & GRUNFELD LLP
   101 Mission Street, Sixth Floor
   San Francisco, California  94105-1738
   Telephone:   (415) 433-6830

9
10 Attorneys for Plaintiffs

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14  RALPH COLEMAN, et al.,                 Case No. 2:90-CV-00520-KJM-DB

15          Plaintiffs,                    **DECLARATION OF ALEXANDER
                                           GOURSE IN SUPPORT OF
16      v.                                 PLAINTIFFS' MOTIONS *IN LIMINE***

17  GAVIN NEWSOM, et al.,                  Judge:   Hon. Kimberly J. Mueller

18          Defendants.

19

20

21

22

23

24

25

26

27

28

[4360513.1]

1    I, Alexander Gourse, declare:

2    1.    I am an attorney duly admitted to practice before this Court.  I am an

3    associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for

4    Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a

5    witness, I could competently so testify.  I make this declaration based in support of

6    Plaintiffs' Motions *in Limine*.

7    2.    Attached hereto as **Exhibit A** is a an excerpt of a true and correct copy of the

8    transcript of the August 28, 2023 deposition of Paul Burton, M.D., in which Dr. Burton

9    states he is employed by CDCR and his current position is Chief Psychiatrist at San

10    Quentin State Prison.

11    3.    Attached hereto as **Exhibit B** is an excerpt of a true and correct copy of the

12    transcript of the August 29, 2023 deposition of Alexandra David in which Dr. David states

13    she is employed by CDCR and her current position is Chief of Mental Health at California

14    Medical Facility.

15    4.    Attached hereto as **Exhibit C** is an excerpt of a true and correct copy of the

16    transcript of the August 18, 2023 deposition of Kelley Franceschi, Psy.D, in which

17    Dr. Franceschi states that she is employed by CDCR and her current title as of that date

18    was Chief of Mental Health at California State Prison-Sacramento.

19    5.    Attached hereto as **Exhibit D** is an excerpt of a true and correct copy of the

20    transcript of the August 25, 2023 deposition of Shelly Minor, Ph.D., in which Dr. Minor

21    states that she is employed by CDCR and her current title is Chief Psychologist for the

22    intermediate PIP program at California Health Care Facility.

23    I declare under penalty of perjury under the laws of the United States of America

24    that the foregoing is true and correct, and that this declaration is executed at San Francisco,

25    California this 15th day of September, 2023.

26

27    */s/ Alexander Gourse*
      Alexander Gourse

28

# Exhibit A

Deposition of

# Paul Burton, M.D.

August 28, 2023

Coleman

vs.

Newsom



www.aptusCR.com  |  866.999.8310

1          UNITED STATES DISTRICT COURT

2         EASTERN DISTRICT OF CALIFORNIA

3

    RALPH COLEMAN, et al.,

4

              Plaintiffs,

5                               CASE NO.
        vs.                     2:90-CV-00520-KJM-
6                               DB
    GAVIN NEWSOM, et al.,

7

              Defendants.

8    _____

9

10

11

12

13

14       REMOTE DEPOSITION OF PAUL BURTON, M.D.

15            Monday, August 28, 2023

16

17

18

19

20

21

22

23  Reported by:
    Layli Phillips
24  RPR, CRR, CSR No. 14402

25  Job No. 10126078

```
 1                UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF CALIFORNIA

 3

      RALPH COLEMAN, et al.,
 4
                    Plaintiffs,
 5                                        CASE NO.
         vs.                              2:90-CV-00520-KJM-
 6                                        DB
      GAVIN NEWSOM, et al.,
 7
                    Defendants.
 8    _____

 9

10

11

12

13

14         Remote Deposition of PAUL BURTON, M.D., taken

15   on behalf of Plaintiffs, beginning at 10:19 a.m. and

16   ending at 1:40 p.m., on Monday, August 28, 2023,

17   appearing remotely via Zoom before Layli Phillips, RPR,

18   CRR, Certified Shorthand Reporter No. 14402.

19

20

21

22

23

24

25
```

```
 1   REMOTE APPEARANCES:

 2

     For the Plaintiffs:
 3       ROSEN, BIEN, GALVAN & GRUNFELD LLP
         BY:  ADRIENNE HARROLD, ESQ.
 4            JENNY S. YELIN, ESQ.
         101 Mission Street, Sixth Floor
 5       San Francisco, California 94105
         (415) 433-6830
 6       aharrold@rbgg.com
         jyelin@rbgg.com
 7

 8   For the Defendants:
         HANSON BRIDGETT LLP
 9       BY:  DAVID C. CASARRUBIAS, ESQ.
         425 Market Street, 26th Floor
10       San Francisco, California 94105
         (415) 995-5893
11       dcasarrubias@hansonbridgett.com

12

13   ALSO PRESENT: VINCENT TAISAGUE, Aptus monitor
                   NICHOLAS O. WEBBER, ESQ., CDCR Office of
14                   Legal Affairs

15

16

17

18

19

20

21

22

23

24

25
```

**Paul Burton, M.D.**

```
 1                    I N D E X

 2

 3  WITNESS                              EXAMINATION

 4  PAUL BURTON, M.D.

 5       By Ms. Harrold                        6

 6

 7

 8

 9                  E X H I B I T S

10  Plaintiffs'                             PAGE

11   Exhibit 1      Defendants' Monthly Mental    26

12                  Health Staffing Vacancy Reports

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      A. Not that I'm aware of, no.

2      Q. Is there any reason you can think of as to why

3   you won't be able to answer my questions truthfully and

4   fully?

5      A. No.

6      Q. Great.

7         And lastly, we'll try to take breaks at least

8   once an hour, but if you need to take breaks sooner than

9   that, just let me know, and we can accommodate that.

10        If I have already asked a question when you ask

11  to take a break, please answer my question, and then

12  we'll break after that.

13        Does that make sense?

14     A. Yes, it does.

15     Q. Great.

16        So I would like to learn a little bit more

17  about your background.  For the record, can you please

18  state your current employer.

19     A. My current employer is the California

20  Department of Corrections and Rehabilitation,

21  specifically at San Quentin State Prison.

22     Q. And we can use the acronym CDCR, right?

23     A. (Nodding head.)

24     Q. Can you verbally say yes?

25     A. Yes.  I'm happy using the CDCR acronym.

1      Q. Great.  Thank you.

2          And what is your position?

3      A. My current position is chief psychiatrist at

4  San Quentin.

5      **Q. Are you the chief psychiatrist for both the**

6  **outpatient and inpatient PIP side of the institution?**

7      A. I was for many years.  Beginning in 2022, they

8  created a second chief psychiatrist position.  I believe

9  technically, I am the chief psychiatrist on the PIP pay

10 line, although at San Quentin we do things a little

11 differently, and both chiefs are involved in inpatient

12 and outpatient psychiatric services.

13         MS. HARROLD:  Okay.  And, Ms. Phillips, PIP is

14 an acronym, P-I-P.

15 BY MS. HARROLD:

16     **Q. Can you explain a bit more about -- so to make**

17 **sure I understand, you do have some -- you don't**

18 **currently have a role in the outpatient side?**

19     A. I'm involved in outpatient psychiatric services

20 on a daily basis.

21     **Q. You are.**

22         **And is there a second chief psychiatrist right**

23 **now?**

24     A. There is.  We have someone in an acting chief

25 psychiatrist position.

1    DECLARATION UNDER PENALTY OF PERJURY

2    Case Name: Coleman vs. Newsom

3    Date of Deposition: 08/28/2023

4    Job No.: 10126078

5

6            I, PAUL BURTON, M.D., hereby certify

7    under penalty of perjury under the laws of the State of

8    **California**            that the foregoing is true and correct.

9            Executed this **6th**    day of

10   **September**            , 2023, at **San Quentin, CA**        .

11

12

13

14            PAUL BURTON, M.D.

15

16   NOTARIZATION (If Required)

17   State of _____

18   County of _____

19   Subscribed and sworn to (or affirmed) before me on

20   this _____ day of _____, 20__,

21   by_____,    proved to me on the

22   basis of satisfactory evidence to be the person

23   who appeared before me.

24   Signature: _____ (Seal)

25

**Paul Burton, M.D.**

```
 1   DEPOSITION ERRATA SHEET

 2   Case Name: Coleman vs. Newsom
     Name of Witness: Paul Burton, M.D.
 3   Date of Deposition: 08/28/2023
     Job No.: 10126078
 4   Reason Codes:  1. To clarify the record.
                    2. To conform to the facts.
 5                  3. To correct transcription errors.
```

6   Page **39** Line **21** Reason **3**

7   From **CCCMS at EOP** to **CCCMS to EOP**

8   Page **44** Line **23** Reason **1**

9   From **physicians, but that** to **strike "but": physicians, that**

10  Page **47** Line **21** Reason **1**

11  From **physician** to **position**

12  Page **51** Line **21** Reason **1**

13  From **EKG, tests.** to **EKG test.**

14  Page **95** Line **11** Reason **1**

15  From **not like going forward,** to **not like, going forward**

16  Page **99** Line **20** Reason **3**

17  From **offices** to **Office of**

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24  Page _____ Line _____ Reason _____

25  From _____ to _____

**Page 114**

Paul Burton, M.D.

```
 1    DEPOSITION ERRATA SHEET

 2    Page _____ Line _____ Reason _____

 3    From _____ to _____

 4    Page _____ Line _____ Reason _____

 5    From _____ to _____

 6    Page _____ Line _____ Reason _____

 7    From _____ to _____

 8    Page _____ Line _____ Reason _____

 9    From _____ to _____

10    Page _____ Line _____ Reason _____

11    From _____ to _____

12    Page _____ Line _____ Reason _____

13    From _____ to _____

14    Page _____ Line _____ Reason _____

15    From _____ to _____

16    Page _____ Line _____ Reason _____

17    From _____ to _____

18    Page _____ Line _____ Reason _____

19    From _____ to _____

20    Page _____ Line _____ Reason _____

21    From _____ to _____

22    PB ____  Subject to the above changes, I certify that the
              transcript is true and correct
23    _____  No changes have been made. I certify that the
              transcript  is true and correct.

24           _____

25                 PAUL BURTON, M.D.
```

# Exhibit B

Deposition of

# Alexandra David, M.D.

August 29, 2023

Coleman

vs.

Newsom



www.aptusCR.com  |  866.999.8310

1          UNITED STATES DISTRICT COURT

2         EASTERN DISTRICT OF CALIFORNIA

3

4   RALPH COLEMAN, et al.,              )
                                        )
5                  Plaintiffs,          )
                                        ) Case No.:
6         v.                            ) 2:90-CV-
                                        ) 00520-KJM-DB
7   GAVIN NEWSOM, et al.,               )
                                        )
8                  Defendants.          )
    ─────────────────────────────────────)

9

10

11          REMOTE DEPOSITION OF

12          ALEXANDRA DAVID, M.D.

13                California

14         Tuesday, August 29, 2023

15

16

17

18

19   REPORTED BY:  ANNABELL ANDERSON
                   Certified Shorthand Reporter
20                 License No. 14143

21

22   Job No: 10126076

23

24

25

**Alexandra David, M.D.**

```
 1                    INDEX OF APPEARANCES

 2

 3    FOR THE PLAINTIFFS:

 4           ROSEN BIEN GALVAN & GRUNFELD LLP
             BY:  ALEXANDER GOURSE, Attorney at Law
 5           101 Mission Street, Sixth Floor
             San Francisco, California  94105
 6           (415) 433-6830
             agourse@rbgg.com
 7           (Appeared via Videoconference)

 8

 9    FOR THE DEFENDANTS AND DEPONENT:

10           HANSON BRIDGETT LLP
             BY:  DAVID C. CASARRUBIAS, Attorney at Law
11           425 Market Street, 26th Floor
             San Francisco, California  94105
12           (415) 995-5893
             dcasarrubias@hansonbridgett.com
13           (Appeared via Videoconference)

14

15    ALSO PRESENT:

16           Chris Landrum (Appeared via Videoconference)

17           Adrienne Harrold (Appeared via Videoconference)

18           Nicholas Weber (Appeared via Videoconference)

19

20

21

22

23

24

25
```

**Alexandra David, M.D.**

```
 1                            INDEX

 2                                                     PAGE

 3    EXAMINATION BY MR. GOURSE                           4

 4                        --oOo--

 5

 6                        EXHIBITS

 7
             (No exhibits marked on the record.)
 8

 9                        --oOo--

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Alexandra David, M.D.

```
1    Q.       Great.
2             All right.  So for the record, can you please
3    state your full name including the spelling?
4    A.       Alexandra, A-l-e-x-a-n-d-r-a, last name is
5    David, D-a-v-i-d.
6    Q.       And what is your current employer, Dr. David?
7    A.       CDCR.
8    Q.       And for the record, that is the California
9    Department of Corrections and Rehabilitation, correct?
10   A.       Yes, it is.  I'll try not to speak in acronyms.
11   Q.       No.  It's fine.  I just want to make sure we get
12   it on the record.  Thank you.
13            And what is your current title and/or position?
14   A.       Chief of mental health.
15   Q.       And is that at a particular institution?
16   A.       CMF, California Medical Facility.
17   Q.       How many years have you been employed with CDCR?
18   A.       It will be nine years on September 1st.
19   Q.       How long have you been chief of mental health at
20   CMF?
21   A.       Well, I've been in the new CEA-CMH position
22   since 7/14, but I've been chief of mental health for a
23   little over two years.
24   Q.       That's July 14th of this year?
25   A.       Yes.
```

Alexandra David, M.D.

```
1   DEPOSITION ERRATA SHEET

2   Case Name: Coleman vs. Newsom
    Name of Witness: Alexandra David, M.D.
3   Date of Deposition: 08/29/2023
    Job No.: 10126076
4   Reason Codes:  1. To clarify the record.
                   2. To conform to the facts.
5                  3. To correct transcription errors.

6   Page   4   Line   8   Reason   3

7   From ___M.D___ to PSY.D (my licunx needs to
                       change throughout)
8   Page  14   Line  16   Reason   3

9   From ___Draw___ to ___Jarrod___

10  Page  14   Line  17   Reason   3

11  From ___Touge___ to ___Tucci___

12  Page  23   Line  12   Reason   3

13  From ___Sebios___ to Ceballos (throughout doc)

14  Page  25   Line  10   Reason   3

15  From ___preferencus___ to ___referencus___

16  Page  52   Line   4   Reason   3

17  From ___questing___ to ___testing___

18  Page  52   Line  12   Reason   3

19  From ___U___ to ___youth___

20  Page  65   Line  19   Reason   3

21  From ___HIPPA___ to ___HCPOP___

22  Page  67   Line   1   Reason   3

23  From ___Our tour___ to ___R tower___

24  Page  68   Line  10   Reason   3

25  From ___really___ to ___rarely___
```

Alexandra David, M.D.

Coleman vs.<br/>Newsom

```
1   DEPOSITION ERRATA SHEET

2   Page  68  Line  17  Reason  3

3   From  our               to  R

4   Page  68  Line  18  Reason  3

5   From  mx                to  annex

6   Page  69  Line  21  Reason  1

7   From  "to patients"     to  "to PIP patients"

8   Page  74  Line  14  Reason  3

9   From  our gloats        to  case loads

10  Page  75  Line  7   Reason  3

11  From  sends us          to  census

12  Page  87  Line  7   Reason  3

13  From  criminal          to  criminogenic

14  Page  88  Line  5   Reason  3

15  From  IBTT              to  IDTT

16  Page  93  Line  2   Reason  3

17  From  enclosed          to  nosed

18  Page  97  Line  6   Reason  3

19  From  DTP               to  DDP

20  Page  ___ Line  ___  Reason  ___

21  From  _____           to  _____

22    ✓    Subject to the above changes, I certify that the
           transcript is true and correct
23  _____ No changes have been made. I certify that the
           transcript  is true and correct.

24         [signature]  PsyD

25         ALEXANDRA DAVID, ~~M.D.~~ PsyD
```

# Exhibit C

Deposition of

# Kelley Franceschi, Psy.D

August 18, 2023

Coleman

vs.

Newsom



www.aptusCR.com | 866.999.8310

Kelley Franceschi, Psy.D

```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF CALIFORNIA

 3

 4   RALPH COLEMAN, et al.,

 5            Plaintiffs,

 6         vs.            CASE NO. 2:90-CV-00520-KJM-DB

 7   GAVIN NEWSOM, et al.,

 8            Defendants.

 9   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

10

11

12                 DEPOSITION OF

13            KELLEY FRANCESCHI, Psy.D

14

15

16              August 18, 2023

17                 8:58 a.m.

18

19

20              Folsom, California

21

22

23

24         JENNIFER SCHUMACHER, CSR No. 9763

25              Job No. 10125861
```

```
 1                    APPEARANCES OF COUNSEL

 2

 3    For the Plaintiffs RALPH COLEMAN, et al.
      (Videoconference):
 4
           ROSEN, BIEN, GALVAN & GRUNFELD LLP
 5         BY:  JENNY S. YELIN, Esq.
                ALEXANDER GOURSE, Esq.
 6         101 Mission Street, Sixth Floor
           San Francisco, California 94105
 7         (415) 433-6830
           Jyelin@rbgg.com
 8

 9    For the Defendant GAVIN NEWSOM, et al.
      (Videoconference):
10
           STATE OF CALIFORNIA
11         OFFICE OF THE ATTORNEY GENERAL
           BY:  ELISE OWENS THORN, Esq.
12         1300 I Street, Suite 1200
           P.O. Box 944255
13         Sacramento, California 95814
           Elise.thorn@doj.ca.gov
14

15    Also Present (Videoconference):

16         Melissa Bentz, Esq., CDCR Office of Legal Affairs
           Chris Landrum, Aptus Monitor
17                          --oOo--

18

19

20

21

22

23

24

25
```

                                                              **Page 2**

Kelley Franceschi, Psy.D

1                    INDEX OF EXAMINATIONS

2    WITNESS: KELLEY FRANCESCHI, Psy.D

3    EXAMINATION                                    PAGE

4    By Ms. Yelin                                    5

5

6

7                        ---o0o---

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

www.aptusCR.com

Kelley Franceschi, Psy.D

```
 1   effect as if you were testifying in court.  Do you
 2   understand that?
 3        A.  Yes.
 4        Q.  Is there any reason that you are not able to
 5   give your best testimony today due to sleep,
 6   medications, any other substances?
 7        A.  No.
 8        Q.  Okay.  We will definitely be taking breaks.
 9   You should feel free to let us know if you need a break
10   at any point, or your attorneys, of course, will suggest
11   a break, and generally we will try and take breaks about
12   once an hour.  Just let us know if you need additional
13   breaks.  Okay?
14        A.  Yes.
15        Q.  So if there's a question pending, you'll have
16   to answer that question before we go on the break.  Do
17   you understand that part?
18        A.  Yes.
19        Q.  Great.  Okay.  So let's start.  What is your
20   current employer?
21        A.  My current employer is the California
22   Department of Corrections & Rehabilitation.
23        Q.  And what is your position?
24        A.  My position is chief psychologist.  I hold a
25   title of chief of mental health.
```

1    Q.  Great.  Thanks for clarifying that.  And how

2    many years have you worked with the Department of

3    Corrections?

4    A.  I've worked with the Department of Corrections

5    since 2005.  I don't know the math right now to know how

6    many years that is.

7    Q.  Almost 20 years, I guess.

8    A.  Okay.  Yeah, 18 years.

9    Q.  And for the purposes of the deposition today is

10    it okay with everyone if I refer to the California

11    Department of Corrections & Rehabilitation as CDCR?  We

12    all know what that means.  Okay.  Great.

13         How long have you been in the chief of mental

14    health position or have held that title?

15    A.  I've held the chief of mental health title

16    since April of 2021.  Yeah.

17    Q.  What was your title prior to April of 2021?

18    A.  Since 2013 I was the chief psychologist at the

19    CSP-SAC.

20    Q.  Do you hold any professional licenses?

21    A.  I hold a license, I'm a licensed psychologist

22    in the state of California.

23    Q.  Okay.  And when was that license granted,

24    approximately?

25    A.  Oh, it was right before Gigi was born.  2007.

**Kelley Franceschi, Psy.D**

```
 1                DECLARATION UNDER PENALTY OF PERJURY

 2   Case Name: Coleman vs. Newsom

 3   Date of Deposition: 08/18/2023

 4   Job No.: 10125861

 5

 6              I, KELLEY FRANCESCHI, PSY.D, hereby certify

 7   under penalty of perjury under the laws of the State of

 8   California              that the foregoing is true and correct.

 9              Executed this   28    day of

10   August            , 2023, at    1530                .

11

12                         DocuSigned by:

                         K Franceschi              8/28/2023

13                         1D3EB8FE04334AE...

14                            KELLEY FRANCESCHI, PSY.D

15

16   NOTARIZATION (If Required)

17   State of _____

18   County of _____

19   Subscribed and sworn to (or affirmed) before me on

20   this _____ day of _____, 20__,

21   by_____,    proved to me on the

22   basis of satisfactory evidence to be the person

23   who appeared before me.

24   Signature: _____ (Seal)

25
```

**Page 114**

**Kelley Franceschi, Psy.D**

```
 1   DEPOSITION ERRATA SHEET

 2   Case Name: Coleman vs. Newsom
     Name of Witness: Kelley Franceschi, Psy.D
 3   Date of Deposition: 08/18/2023
     Job No.: 10125861
 4   Reason Codes:  1. To clarify the record.
                    2. To conform to the facts.
 5                  3. To correct transcription errors.

 6   Page   8     Line   18     Reason   3

 7   From   2013                      to   2017

 8   Page   51    Line   6      Reason   3

 9   From   choosing to come          to   choosing not to come

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24   Page _____ Line _____ Reason _____

25   From _____ to _____
```

**Page 115**

1    DEPOSITION ERRATA SHEET

2    Page _____ Line _____ Reason _____

3    From _____ to _____

4    Page _____ Line _____ Reason _____

5    From _____ to _____

6    Page _____ Line _____ Reason _____

7    From _____ to _____

8    Page _____ Line _____ Reason _____

9    From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   _____ Subject to the above changes, I certify that the
         transcript is true and correct

23   _____ No changes have been made. I certify that the
         transcript  is true and correct.

24                        _____
                          KELLEY FRANCESCHI, PSY.D

25

Page 116

# Exhibit D

Case 2:90-cv-00520-KJM-SCR   Document 7948-1   Filed 09/15/23   Page 33 of 41

Volume 1                                                    Coleman vs.
Shelly Minor, Ph.D.                                             Newsom

1                UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF CALIFORNIA

3

4  RALPH COLEMAN, et al.,

5          Plaintiffs,

6      vs.                    No. 2:90-cv-00520-KJM-DB

7  GAVIN NEWSOM, et al.,

8          Defendants.
   _____
9

10

11

12

13

14

15          REMOTE VIDEOCONFERENCE DEPOSITION OF

16                 SHELLY MINOR, PH.D.

17               Friday, August 25, 2023

18              10:00 a.m. - 12:58 p.m.

19                      Volume 1

20

21

22

23

24       JODI L. BOSETTI, CSR No. 11316, RPR

25               JOB NO. 10126077

```
 1                    APPEARANCES OF COUNSEL

 2

 3    For Plaintiffs:

 4            ROSEN, BIEN, GALVAN & GRUNFELD, LLP
              BY:  ALEXANDER GOURSE
 5            BY:  JENNY S. YELIN
              BY:  ADRIENNE HARROLD
 6            Attorneys at Law
              101 Mission Street, Sixth Floor
 7            San Francisco, California 94105
              (415) 433-6830
 8            agourse@rbgg.com
              jyelin@rbgg.com
 9            aharrold@rbgg.com

10

11    For Defendants:

12            STATE OF CALIFORNIA
              OFFICE OF THE ATTORNEY GENERAL
13            BY:  NAMRATA KOTWANI
              Attorney at Law
14            1300 I Street, Suite 1200
              Sacramento, California 95814
15            (916) 445-9555
              namrata.kotwani@doj.ca.gov
16

17

18

19

20

21

22

23

24

25
```

```
 1                            INDEX

 2

 3   WITNESS                                    EXAMINATION

 4   SHELLY MINOR, PH.D.
     Volume 1
 5

 6

 7              BY MR. GOURSE                              4

 8

 9

10                          EXHIBITS

11   DEPOSITION                                      PAGE

12   Exhibit 1    June 2023 Mental Health Staffing    30
                  Vacancy Report
13
     Exhibit 2    Defendants' Monthly Mental Health   32
14                Staffing Vacancy Report

15

16

17

18

19

20

21

22

23

24

25
```

1 and truthfully?

2      A    No.

3      Q    Great.

4           Please let me know if you need to take a

5 break or, actually, when you want to take a break.  We

6 will definitely take breaks.  And I'm happy to

7 accommodate you if you want to take a break at a

8 particular time.  The only thing I would add to that

9 is that if there's a question pending when you take a

10 break, that you finish -- or that you answer the

11 question before you take a break.

12      A    Thank you.

13      Q    Great.

14           All right.  So, for the record, can you

15 please state your full name and can you spell it out,

16 please.

17      A    Shelly Minor, S-H-E-L-L-Y, M-I-N-O-R.

18      Q    Thank you.

19           And who is your current employer?

20      A    Department of Corrections and Rehabilitation.

21      Q    Thank you.

22           For purposes of this deposition, is everyone

23 okay if we just refer to the Department of Corrections

24 and Rehabilitation as CDCR?  Will everyone understand

25 that acronym?

1      A    Yes.

2      Q    **Thank you.**

3           **What is your current title and your current**

4    **position?**

5      A    My current title is the chief psychologist

6    for the intermediate PIP program.

7      Q    **And how long have you been in that position?**

8      A    Two and a half years.

9      Q    **Okay.  What was the position you held**

10   **immediately before the chief psychologist in the**

11   **intermediate care program?**

12     A    I was the chief of mental health, in that

13   position as a designation, up until the end of last

14   year.

15     Q    **What professional licenses do you hold?**

16     A    I'm a licensed clinical psychologist.

17     Q    **And when did you receive that license?**

18     A    2004.

19     Q    **Sorry, was that 2004?  I didn't catch all of**

20   **that.**

21     A    2004.

22          (Interruption by the court reporter.)

23   BY MR. GOURSE:

24     Q    **Do you have any noncurrent or expired**

25   **licenses?**

1   **kind of work do you do in your private practice?**

2        A    I work with patients in the community.

3        **Q    What other positions have you held since you**

4   **started working at CDCR?**

5        A    I've been a line staff, working directly with

6   the patients for 14 years in total.  I have been a

7   supervisor, activated the mental health crisis center

8   at CHCF, as well as a specialist activating CIT.  I

9   also worked as the executive director in the PIP prior

10  to rolling over to the chief psychologist and chief of

11  mental health position.

12       **Q    Thank you.**

13            **Can you clarify what years you were in a line**

14  **staff position?**

15       A    I was in a line staff position, including the

16  predoctoral internship, 2003, and became a supervisor

17  approximately 2014.  I went back to a line staff

18  position at PIP for two and a half more years in 2016,

19  and then came back to the department as a specialist

20  for PIP.

21       **Q    And how long have you been at CHCF?**

22       A    Since its first patient came, 2013.

23       **Q    2013?**

24       A    Yes.

25       **Q    And where were you before that, which**

```
1              DECLARATION UNDER PENALTY OF PERJURY

2    Case Name: Coleman vs. Newsom

3    Date of Deposition: 08/25/2023

4    Job No.: 10126077

5

6              I, SHELLY MINOR, PH.D., hereby certify

7    under penalty of perjury under the laws of the State of

8    California_____ that the foregoing is true and correct.

9              Executed this  28   day of

10   August_____, 2023, at  1530_____.

11

12

13              _____

14                   SHELLY MINOR, PH.D.

15

16   NOTARIZATION (If Required)

17   State of _____

18   County of _____

19   Subscribed and sworn to (or affirmed) before me on

20   this _____ day of _____, 20__,

21   by_____,   proved to me on the

22   basis of satisfactory evidence to be the person

23   who appeared before me.

24   Signature: _____ (Seal)

25
```

Case 2:90-cv-00520-KJM-SCR    Document 7948-1    Filed 09/15/23    Page 40 of 41

Volume 1                                                                    Coleman vs.
Shelly Minor, Ph.D.                                                              Newsom

```
1   DEPOSITION ERRATA SHEET

2   Case Name: Coleman vs. Newsom
    Name of Witness: Shelly Minor, Ph.D.
3   Date of Deposition: 08/25/2023
    Job No.: 10126077
4   Reason Codes:  1. To clarify the record.
                   2. To conform to the facts.
5                  3. To correct transcription errors.

6   Page ___8___ Line ___18___ Reason ___3___

7   From ___2013_____ to ___2017_____

8   Page __51___ Line ___6____ Reason ___3___

9   From __choosing to come_____ to __choosing not to come__

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24  Page _____ Line _____ Reason _____

25  From _____ to _____
```

Case 2:90-cv-00520-KJM-SCR    Document 7948-1    Filed 09/15/23    Page 41 of 41

Volume 1                                                                 Coleman vs.
Shelly Minor, Ph.D.                                                         Newsom

1   DEPOSITION ERRATA SHEET

2   Page _____ Line _____ Reason _____

3   From _____ to _____

4   Page _____ Line _____ Reason _____

5   From _____ to _____

6   Page _____ Line _____ Reason _____

7   From _____ to _____

8   Page _____ Line _____ Reason _____

9   From _____ to _____

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  _____ Subject to the above changes, I certify that the
         transcript is true and correct

23  _____ No changes have been made. I certify that the
         transcript  is true and correct.

24         /s/ Shelly Minor
         _____

25                      SHELLY MINOR, PH.D.