DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR JOINT REPORT REGARDING INPATIENT TRANSFER TIMELINES**<br><br>Judge:  Hon. Kimberly J. Mueller |

[4357662.3]

On August 11, 2023, the Court converted the previously scheduled enforcement proceedings on transfer timelines for inpatient care to a "hearing covering essential updates on defendants' progress toward compliance with this important component of the remedy." Order, Aug. 11, 2023, ECF No. 7916 at 3.  The Court ordered the parties to file a joint report regarding the inpatient transfer timeline issue by noon on September 19, 2023.  *Id.*

The parties have met and conferred and jointly request an extension of time until September 26, 2023 to file the joint report.  A one-week extension would allow counsel for both parties to have adequate time to prepare the joint report while also preparing for the contempt hearing regarding staffing and completing all of the other necessary day-to-day work in the case, including the ongoing data remediation process.  The parties also do not anticipate that the focused hearing on inpatient transfers will occur until at least 6 court days after the start of the contempt proceedings, in light of the proposed schedule for testimony.  *See* ECF No. 7941.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

As such, the parties do not believe that the requested extension will unduly delay the Court's ability to prepare for the hearing on inpatient transfer timelines, which this Court has signaled will immediately follow the staffing contempt proceedings.

DATED: September 14, 2023  Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Jenny S. Yelin*
    Jenny S. Yelin

Attorneys for Plaintiffs

DATED: September 14, 2023  ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA

By: /s/ *Elise Thorn*
    Elise Thorn

Attorneys for Defendants

## ORDER

The parties are granted an extension to September 26, 2023 to file the joint report regarding inpatient transfer timelines that is required by the Court's August 11, 2023 Order, ECF No. 7916.

IT IS SO ORDERED.

DATED: September 18, 2023

CHIEF UNITED STATES DISTRICT JUDGE