Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
LAUREL O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**JOINT LIST OF STIPULATED FACTS**<br><br>Date:   September 29, 2023<br>Time:   10:00am<br>Crtrm.:   3<br><br>Judge:   Hon. Kimberly J. Mueller |

The parties have met and conferred and agree to stipulate to the following facts for use at the staffing contempt hearing:

1. On June 13, 2002, the Court ordered that "Defendants shall maintain the vacancy rate among psychiatrists and case managers at a maximum of ten percent, including contracted services."

2. The term "case managers" refers collectively to psychologists and social workers, which are now referred to as "primary clinicians."

3. Defendants filed their mental health staffing plan on September 30, 2009 ("2009 Staffing Plan").

    4.     The 2009 Staffing Plan provides staffing ratios for the programs at each level of Defendants' Mental Health Services Delivery System (MHSDS) in CDCR that existed at that time as well as other ancillary programs.

    5.     In developing the 2009 Staffing Plan, for some programs, Defendants provided a comparison of the 2009 Staffing Plan ratios with a baseline of then-current estimated staff ratios as provided by the Mental Health Chiefs for each prison.

    6.     The table below shows the pre-existing baseline estimated average staff ratios in the second column and the 2009 Staffing Plan ratios in the third column. A "--" in the Baseline column indicates that Defendants had not provided baseline information in the 2009 Staffing Plan.

| Position | Level of Care | Then-Existing Ratios (Averages) | 2009 Staffing Plan Ratio |
|---|---|---|---|
| *Primary Clinician*[1] | CCCMS-GP | 1:94 | 1:97 |
| | CCCMS-RC Treatment | 1:66 | 1:80 |
| | CCCMS-ASU and Condemned Unit | 1:18 | 1:25 |
| | CCCMS-SHU | 1:33 | 1:50 |
| | EOP-GP | 1:21 | 1:26 |
| | EOP-RC | 1:21 | 1:18 |
| | EOP- ASU and Condemned Unit | 1:9 | 1:11 |
| | PSU | 1:12 | 1:12 |
| *Staff Psychiatrist* | CCCMS-GP | 1:315 | 1:280 |
| | CCCMS-RC Intake and Screening | -- | 1:33 |
| | CCCMS-RC Treatment | 1:301 | 1:200 |
| | CCCMS-ASU and Condemned Unit | 1:98 | 1:125 |
| | CCCMS-SHU | 1:149 | 1:200 |

[1] Primary clinicians perform the necessary case management functions for all outpatients in their caseloads including assessment, treatment planning, treatment, clinical monitoring, and clinical case reviews. They coordinate with institutional services that are considered helpful in maintaining or improving inmate-patient functioning. Primary clinicians screen institution referrals to the MHSDS, including those for crisis episodes. Social workers, psychologists and psychiatrists may be assigned as primary clinicians. Mental Health Services Delivery System Program Guide, Page 12-3-17, ECF No. 7333-1 at 50.

| Position | Level of Care | Then-Existing Ratios (Averages) | 2009 Staffing Plan Ratio |
|---|---|---|---|
| | EOP-GP | 1:99 | 1:120 |
| | EOP-RC | 1:99 | 1:120 |
| | EOP-ASU and Condemned Unit | 1:58 | 1:64 |
| | PSU | 1:64 | 1:64 |
| | MHCB | 1:8 | 2.5:25 |
| | MH-OHU | -- | 1:9 |
| | | | |
| *Senior Psychiatrist, Supervisor* | MHCB | 1:133 | 1:50 |
| | MH-OHU | -- | 1:150 |
| | | | |
| *Psychologist* | CCCMS-RC Intake and Screening | -- | 1:11 |
| | MHCB | 1:6 | 1.18:10 |
| | MH-OHU | -- | 1:4.37 |
| | | | |
| *Senior Psychologist, Supervisor* | CCCMS-GP | 1:1163 | 1:1200 |
| | CCCMS-RC Intake and Screening | -- | 1:200 |
| | CCCMS-RC Treatment | No existing standard | 1:960 |
| | CCCMS-ASU and Condemned Unit | 1:195 | 1:150 |
| | CCCMS-SHU | 1:648 | 1:300 |
| | EOP-GP | 1:160 | 1:150 |
| | EOP-RC | 1:160 | 1:175 |
| | EOP-ASU and Condemned Unit | 1:76 | 1:66 |
| | PSU | 1:76 | 1:64 |
| | MHCB | 1:59 | 1:50 |
| | MH-OHU | -- | 1:35 |
| | | | |
| *Licensed Clinical* | MHCB | 1:11 | 1:50 |

| Position | Level of Care | Then-Existing Ratios (Averages) | 2009 Staffing Plan Ratio |
|---|---|---|---|
| *Social Worker* | | | |
| *Supervising Psychiatric Social Worker* | CCCMS-GP | None | 1:1200 |
| | CCCMS-RC Treatment | None | 1:960 |
| *Recreational Therapist* | CCCMS-ASU and Condemned Unit | 1:476 | 1:150 |
| | CCCMS-SHU | 1:324 | 1:150 |
| | EOP-GP | 1:53 | 1:45 |
| | EOP-RC | 1:53 | 1:45 |
| | EOP- ASU and Condemned Unit | 1:53 | 1:45 |
| | PSU | 1:62 | 1:45 |
| | MHCB | 1:62 | 1.76:25 |
| | MH-OHU | -- | 1:10 |

7. On October 10, 2017, the Court ordered Defendants to fully implement their 2009 Staffing Plan, as modified, within one year.

8. On January 26, 2021, the Court approved modifications to the 2009 Staffing Plan that Defendants submitted to the Court on December 11, 2020. These modifications established the following ratio changes:

| Program | 2009 Staffing Plan | Dec. 2020 Staffing Plan |
|---|---|---|
| CCCMS GP, Off Mediations for At Least Six Months Staff Psychiatrist | 1:280 | 1:675 |
| CCCMS – Administrative Segregation Unit (ASU) and Condemned Unit, Off Medications for At Least Six Months Staff Psychiatrist | 1:125 | 1:303 |
| CCCMS—Segregated Housing Unit (SHU), Off Medications for At Least Six Months Staff Psychiatrist | 1:200 | 1:483 |

9. On January 26, 2021, the Court approved Defendants' proposed revisions to the 2009 Staffing Plan and proposed PNP policy for use of Psychiatric Nurse Practitioners in their mental health delivery system.

10. The allocated staff totals against which Defendants report their staffing vacancies have been adjusted since January 2021 to take into account the use of Psychiatric Nurse Practitioners to fill staff psychiatrist allocations, and to take into account the CCCMS-not-on-medication ratios.

11. The fill rates that Defendants calculated for psychiatrists include telepsychiatrists who work remotely.

12. Since 2018, on or before the last court day of each month, Defendants are required to file a monthly staffing vacancy report identifying vacancy rates at each CDCR institution and in the aggregate systemwide for the preceding month for psychiatrists.

13. In 2022, CDCR implemented a 15% pay increase for non-supervisory mental health staff working in the Psychiatric Inpatient Programs.

14. On December 2, 2022, the Court ordered the Special Master to report staffing vacancy rates, by institution and systemwide, for all psychologist classifications, all clinical social worker classifications, all recreational therapist classifications, and all medical assistant classifications.

15. On January 18, 2023, the Court ordered Defendants to report staffing vacancy rates

for all psychologist classifications, all clinical social worker classifications, all recreational therapist classifications, and all medical assistant classifications in their monthly staffing vacancy report.

16. On February 28, 2023, the Court ordered defendants to "identify in each monthly vacancy report the dollar amounts as required by this order," beginning with the monthly vacancy report filed on March 31, 2023. ECF No. 7742. The Court further stated that "[i]f fines accumulate for three consecutive months, the court will set a date for a hearing on findings of contempt and payment of fines that have accumulated on or after March 31, 2023." *Id.* On June 12, 2023, the Court set a hearing for "consideration of findings of contempt and requirement of payment of fines that have accumulated on or after March 31, 2023." ECF No. 7856.

17. Defendants' monthly staffing vacancy report for July 2023, filed with the Court on August 31, 2023, states as follows:

   a. **Psychiatrists.** Out of 320.30 psychiatrist positions allocated, including chief psychiatrists, senior psychiatrist supervisors, staff psychiatrists, and telepsychiatrists, 283.70 positions were reported filled, for a fill rate of 89%. A total of 36.6 positions in this category were reported as unfilled.

   b. **Psychologists.** Out of 1009.80 psychologist positions allocated, including chief psychologists, senior psychologist supervisors, senior psychologists specialists, and clinical psychologists, 628.93 positions were reported filled, for a fill rate of 62%. A total of 380.87 positions in this category were reported as unfilled.

   c. **Clinical Social Workers.** Out of 396.80 clinical social work positions allocated, including supervising social workers and clinical social workers, 290.95 positions were reported filled, for a fill rate of 73%. A total of 105.85 positions in this category were reported as unfilled.

   d. **Recreational Therapists.** Out of 281.10 recreational therapist positions allocated, 247.36 positions were reported filled, for a fill rate of 88%. A total of 33.74 positions in this category were reported as unfilled.

   e. **Medical Assistants.** Out of 86 medical assistant positions allocated, 58.28 positions were reported filled, for a fill rate of 68%. A total of 27.72 positions in this category were reported as unfilled.

18. As of July 31, 2023, the number of patients within each level of care in CDCR's MHSDS was as follows:

| Level of Care | Number of Patients as of 7/31/23 |
|---|---|
| CCCMS | 25,143 |
| EOP | 7,090 |
| MHCB | 265 |
| APP | 327 |
| ICF | 771 |
| *Total all Levels of Care* | 33,596 |

19. The total "cost" to the State to achieve 90% compliance with the staffing fill rates for psychiatrists, psychologists, social workers, recreation therapists, and medical assistants using only employees (not registry workers) for the months of February, March, April, May, June, and July 2023, calculated using the maximum monthly salary paid to civil service employees, would have been $34,826,920. The term "cost" is defined to include an estimate for vision, medical and dental benefits; retirement contributions; and Other Post-Employment Benefits. This assumes the State could find workers in the above classifications who would work at the prisons where vacancies exist. This also assumes that Defendants' data on filled and vacant positions and the costs of the salary and benefits noted above are accurate.

20. The total aggregate "registry cost" that the State would have incurred if Defendants had achieved 90% compliance with the staffing fill rates for psychiatrists, psychologists, social workers, recreational therapists, and medical assistants using only registry workers (not employees) to fill vacant line-staff positions for the months of February, March, April, May, June, and July would have been $46,932,121.30. The term "registry cost" is defined as the total cost to the State of California (or any agency or department thereof) to fill a vacant psychiatrist, psychologist, recreational therapist, social worker, and medical assistant position with a registry worker. This also assumes the State could find workers in the above classifications who would work at the prisons where vacancies exist. This also assumes that Defendants' data on filled and

vacant positions and the costs of filling the positions with registry workers is accurate.

21. Since the Court issued its February 28, 2023 Order regarding mental health staffing levels (ECF 7742), the State has achieved at least a 90% staffing fill rate statewide in the following positions during the following timeframes:

- Staff Psychiatry Positions: March 2023, April 2023, May 2023, June 2023
- Recreation Therapist Positions: March 2023, April 2023, May 2023, June 2023
- Supervisor Clinical Social Worker Positions: June 2023

22. Since the Court issues its February 28, 2023 Order regarding mental health staff levels (ECF 7742), the fill rate statewide has been below 90% for the following positions during the following timeframes:

- Chief Psychiatrist Positions: February 2023, March 2023, April 2023, May 2023, June 2023, July 2023
- Senior Psychiatrist Supervisor Positions: February 2023, March 2023, April 2023, May 2023, June 2023, July 2023
- Staff Psychiatry Positions: February 2023
- Chief Psychologist Positions: February 2023, March 2023, April 2023, May 2023, June 2023, July 2023
- Senior Psychologist Supervisor Positions: February 2023, March 2023, April 2023, May 2023, June 2023, July 2023
- Senior Psychologist Specialist Positions: February 2023, March 2023, April 2023, May 2023, June 2023, July 2023
- Staff Clinical Psychologist Positions: February 2023, March 2023, April 2023, May 2023, June 2023, July 2023
- Supervisor Clinical Social Worker Positions: February 2023, March 2023, April 2023, May 2023
- Staff Clinical Social Worker Positions: February 2023, March 2023, April 2023, May 2023, June 2023, July 2023
- Recreation Therapist Positions: February 2023, July 2023

- Medical Assistant Positions: February 2023, March 2023, April 2023, May 2023, June 2023, July 2023

23. The Program Guide mandates that patients within CDCR's MHSDS be seen at the following minimum frequencies based on their level of care:

| Program | Routine Primary Clinicians | Routine Psychiatrists | Routine IDTTs[2] | Scheduled Structured Therapeutic Activities |
|---|---|---|---|---|
| CCCMS RC | Every 90 days | Every 90 days if on psychiatric prescription medication | Annually | No set minimum |
| CCCMS GP | Every 90 days | Every 90 days if on psychiatric prescription medication | Annually | No set minimum |
| CCCMS STRH | Weekly | Every 90 days when indicated | Every 90 days | 90 minutes weekly |
| CCCMS LTRH | Weekly | Every 90 days when indicated | Every 90 days | 90 minutes weekly |
| EOP RC | Weekly | Monthly | Every 30 days | 5 hours/week |
| EOP | Weekly | Monthly | Every 90 days | 10 hours/week |
| EOP Mod | Weekly | Monthly | Monthly | No set minimum |
| EOP ASU Hub | Weekly | Monthly | Every 90 days | 10 hours/week |
| PSU | Weekly | Monthly | By day 60, day 120, then every 90 days thereafter for EOP patients in PSU. Monthly for EOP Mod patients in PSU. | 10 hours/week |
| MHCB | Daily | 2x Weekly | Every 7 days | No set minimum |

---

[2] Interdisciplinary Treatment Teams (IDTTs) shall generally be responsible for developing and updating treatment plans. This process shall include input from the patient and other pertinent clinical information that may indicate the need for a different level of care. Referrals to higher levels of care shall be considered when the patient's clinical condition has worsened or the patient is not benefiting from treatment services available at the current level of care. Consideration of appropriate level of care shall be documented by the IDTT on an Interdisciplinary Progress Notes, and shall include the justification for maintaining the current level of care or referral to a different level of care. Mental Health Services Delivery System Program Guide, Page 12-1-9, ECF No. 7333-1 at 12.

1   24.     Dr. Amar Mehta is the Deputy Director of the California Department of
2 Corrections and Rehabilitation's (CDCR) Statewide Mental Health Program.
3   25.     Dr. Toni Martello is the Assistant Deputy Director of Telemental Health Services
4 of CDCR's Statewide Mental Health Program.
5   26.     Jasinda Muhammad is the Deputy Director of Human Resources for California
6 Correctional Healthcare Services (CCHCS).
7   27.     Angela Ponciano is the Deputy Director for CCHCS Business Services.
8   28.     Joseph Bick, MD is the Director, Healthcare Services at CCHCS.
9   29.     Dr. Alexandra David is the Chief of Mental Health at the California Medical
10 Facility.
11  30.     Dr. Shelly Minor is a Chief Psychologist at the California Health Care Facility.
12  31.     Between April 2021 and September 2023, Kelley Franceschi was the Chief of
13 Mental Health at California State Prison - Sacramento.
14  32.     Dr. Paul Burton is a Chief Psychiatrist at San Quentin State Prison.
15  33.     Angela Reinhold is a Supervising Licensed Clinical Social Worker at California
16 Correctional Institution.

17 DATED: September 22, 2023                     ROB BONTA
                                                Attorney General of California
18
19
                                                By:      /s/ Damon McClain
20                                                 DAMON MCCLAIN
                                                   Supervising Deputy Attorney General
21                                                 ELISE OWENS THORN
                                                   Deputy Attorney General
22                                                 *Attorneys for Defendants*

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

DATED: September 22, 2023

HANSON BRIDGETT LLP

By:     */s/ Samantha Wolff*
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

DATED: September 22, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

By:     */s/ Jenny S. Yelin*
JENNY S. YELIN
*Attorneys for Plaintiffs*