Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
Laurel O'Connor, SBN 305478
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.<br><br>  Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF KAYLEN KADOTANI IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO LIMIT PLAINTIFFS' EXPERT TESTIMONY TO OPINIONS PREVIOUSLY AND PROPERLY DISCLOSED**<br><br>Date:     September 29, 2023<br>Time:     10:00 a.m.<br>Location: Courtroom 3, 15th Floor<br><br>Judge:    Hon. Kimberly J. Mueller |

I, Kaylen Kadotani, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am senior counsel with Hanson Bridgett LLP, attorneys of record for Defendants. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct excerpt from the Deposition of Timothy T. Brown, Ph.D., taken in this action on September 14, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of September, 2023, at San Francisco, California.

                                         */s/ Kaylen Kadotani*
                                         Kaylen Kadotani

19980362.1      Case No. 2:90-CV-00520- KJM-DB

DECL. OF KAYLEN KADOTANI IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO LIMIT PLAINTIFFS' EXPERT TESTIMONY TO OPINIONS PREVIOUSLY AND PROPERLY DISCLOSED

# EXHIBIT 1

# EXHIBIT 1

```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF CALIFORNIA
 3                         SACRAMENTO DIVISION
 4                              ---oOo---
 5
 6   RALPH COLEMAN, et al.,
 7               Plaintiffs,
 8   vs.                                   Case No.:
                                           2:90-CV-00520-KJM-DB
 9   GAVIN NEWSOM, et al.,
10               Defendants.
     _____/
11
        Remote Deposition Of
12
     TIMOTHY T. BROWN, Ph.D., MA
13
     Thursday, September 14, 2023
14
15              CERTIFIED COPY
16
17
18
19   STENOGRAPHICALLY REPORTED VIA ZOOM
     BY:  DEBORAH FUQUA, CSR #12948
20   CERTIFIED STENOGRAPHIC REPORTER
21
22
                     NOGARA REPORTING SERVICE
23              150 Sutter Street, P.O. Box 538
                San Francisco, California 94105
24                     (415) 398-1889
                  nogara.reporting@gmail.com
25
```

1    A.    I can't think of any other way.

2          So if I was -- if I was an employer and I find
3    that I can't hire engineers, I got to pay more.  And
4    then I start hiring engineers.  So it's the wage that's
5    moving.

6    Q.    Okay.  You said there's second-best
7    approaches.  That's why I'm asking this question.

8          What are --

9    A.    If you're doing forecasting, there might be
10   earlier data that's available.  But I don't know what
11   those would be, and it's a guess.  It's not definitive.
12   So you don't really know.  You have to have the -- you
13   have to have the wage data.

14   Q.    Have you seen any other studies in the
15   literature of whether there is an economic shortage of
16   psychiatrists?

17   A.    No, I have not.

18   Q.    What about with respect to psychologists?

19   A.    I have not.

20   Q.    So have we now -- have we covered all the --
21   from looking at the report and what's in the report, as
22   well as Exhibit 6, your analysis that you did of
23   Dr. Greulich's regression analysis, have we now covered
24   all of your opinions and the bases for those opinions?

25   A.    As of right -- my opinions as of right now,

1    yes.

2        Q.   And you're not -- you don't have any areas in

3    which you're thinking of examining that may result in

4    different opinions, as you sit here right now; is that

5    correct?

6        A.   That's correct.

7        Q.   Is there any information you requested but

8    haven't been provided?

9        A.   No.

10       Q.   Anything else you want to see?

11       A.   Want to see?

12       Q.   Yeah, any other information or documentation

13   that you'll like to have, and you don't have?

14       A.   That I don't have?

15       Q.   Yes.

16       A.   No.

17       Q.   Well, is there anything you have that you want

18   to examine in a different way than you already have?

19       A.   Is there anything that I want to examine in a

20   different way?

21       Q.   I'm asking that question because of the way

22   you answered the prior one.

23       A.   Right.  No, I don't think so.

24       Q.   Is there any additional information you

25   believe would assist you in developing your opinions

```
1   STATE OF CALIFORNIA     )
                            ) ss.
2   COUNTY OF MARIN         )
```

3        I, DEBORAH FUQUA, a Certified Shorthand

4   Reporter of the State of California, duly authorized to

5   administer oaths pursuant to Rule 30(b)(6) of the

6   Federal Code of Civil Procedure, do hereby certify that

7                  TIMOTHY T. BROWN, Ph.D.,

8   the witness in the foregoing deposition, was by me duly

9   sworn to testify the truth, the whole truth, and

10  nothing but the truth in the within entitled cause;

11  that said testimony of said witness was reported by me,

12  a disinterested person, via a web conferencing platform

13  and was thereafter transcribed under my direction into

14  typewriting and is a true and correct transcription of

15  said proceedings.

16       I further certify that I am not of counsel or

17  attorney for either or any of the parties in the

18  foregoing deposition and caption named, nor in any way

19  interested in the outcome of the cause named in said

20  caption.

21       Dated the 20th day of September, 2023.

24                                DEBORAH FUQUA

25                                CSR NO. 12948