ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
LAUREL O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:   925-746-8460
FACSIMILE:    925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **DECLARATION OF KAYLEN KADOTANI IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE WITNESS ANGELA REINHOLD AND ANY OTHER WITNESSES NOT TIMELY DISCLOSED BY PLAINTIFFS** <br><br> Date:      September 29, 2023 <br> Time:      10:00 a.m. <br> Location: Courtroom 3, 15th Floor <br><br> Judge:     Hon. Kimberly J. Mueller |

I, Kaylen Kadotani, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am senior counsel with Hanson Bridgett LLP, attorneys of record for Defendants. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. In accordance with the court's June 12, 2023 order (ECF No. 7856), the parties exchanged their respective witness lists on July 31, 2023 in advance of the September 29, 2023 hearing date.

3. On September 18, 2023, Plaintiffs issued witness subpoenas to four of the witnesses on their witness lists to appear to testify at the forthcoming enforcement proceedings on September 29, 2023.

4. Also on September 18, 2023, Plaintiffs issued a witness subpoena to Angela Reinhold, who was not previously disclosed by Plaintiffs.

5. I was informed by co-counsel that Defendants only received notice of Ms. Reinhold's subpoena from staff at the California Correctional Institution (CCI) after service was attempted on September 19, 2023.

6. Counsel for Plaintiffs made no attempt to notify Defendants about their plan to subpoena Ms. Reinhold, despite having sent Defense counsel subpoenas for four other CDCR staff members the same day the subpoena to Ms. Reinhold was served.

7. When asked why this witness was not included on Plaintiffs' witness lists, counsel for Plaintiffs confirmed via email that Ms. Reinhold was a "late witness disclosure." Later that evening, counsel for Plaintiffs circulated by email an *amended* witness list to reflect the inclusion of Ms. Reinhold, who is expected to testify about the "[i]mpact of recent changes in compensation." Plaintiffs have not sought to amend the parties' Joint Statement Regarding Presentation of Witnesses (ECF No. 7941), which informs the court of the order of witnesses and the anticipated time for each witness's testimony, inclusive of direct, cross-examination, and rebuttal.

8. I was subsequently informed by co-counsel that Ms. Reinhold had written to Plaintiffs' counsel previously, but that fact was also not disclosed by Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of September, 2023, at San Francisco, California.

/s/ *Kaylen Kadotani*
Kaylen Kadotani

19977987.1

Case No. 2:90-CV-00520- KJM-DB

DECL. OF KAYLEN KADOTANI IN SUPPORT OF DEFENDANTS' MIL TO EXCLUDE WITNESS ANGELA REINHOLD AND ANY OTHER WITNESSES NOT TIMELY DISCLOSED BY PLAINTIFFS