| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | ERNEST GALVAN – 196065 |
| MARGOT MENDELSON – 268583 | LISA ELLS – 243657 |
| MARISSA HATTON – 348678 | JENNY S. YELIN – 273601 |
| PRISON LAW OFFICE | THOMAS NOLAN – 169692 |
| 1917 Fifth Street | MICHAEL S. NUNEZ – 280535 |
| Berkeley, California 94710-1916 | AMY XU – 330707 |
| Telephone: (510) 280-2621 | CARA E. TRAPANI – 313411 |
| | MARC J. SHINN-KRANTZ – 312968 |
| CLAUDIA CENTER – 158255 | ALEXANDER GOURSE – 321631 |
| DISABILITY RIGHTS EDUCATION | GINGER JACKSON-GLEICH – 324454 |
| AND DEFENSE FUND, INC. | ADRIENNE PON HARROLD – 326640 |
| Ed Roberts Campus | ROSEN BIEN |
| 3075 Adeline Street, Suite 210 | GALVAN & GRUNFELD LLP |
| Berkeley, California 94703-2578 | 101 Mission Street, Sixth Floor |
| Telephone: (510) 644-2555 | San Francisco, California 94105-1738 |
| | Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **DECLARATION OF MARISSA HATTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO LIMIT THE TESTIMONY OF PLAINTIFF'S EXPERT, TIMOTHY T. BROWN, PH.D, MA** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |
| | Judge: Hon. Kimberly J. Mueller |

I, Marissa Hatton, declare as follows:

1. I am an attorney admitted to practice before this Court. I am employed by Prison Law Office, counsel of record for the Plaintiffs in this matter. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Timothy Brown, Ph.D., MA, taken on September 14, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of the document marked as Exhibit 6 during the deposition of Timothy Brown, Ph.D., MA, taken on September 14, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of September, 2023.

*Marissa K. Hatton*
Marissa K. Hatton
