UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

---o0o---

RALPH COLEMAN, et al.,

   Plaintiffs,

vs.          Case No.:
            2:90-CV-00520-KJM-DB
GAVIN NEWSOM, et al.,

   Defendants.
_____/

Remote Deposition Of

TIMOTHY T. BROWN, Ph.D., MA

Thursday, September 14, 2023

**CERTIFIED COPY**

STENOGRAPHICALLY REPORTED VIA ZOOM
BY:  DEBORAH FUQUA, CSR #12948
CERTIFIED STENOGRAPHIC REPORTER

NOGARA REPORTING SERVICE
150 Sutter Street, P.O. Box 538
San Francisco, California 94105
(415) 398-1889
nogara.reporting@gmail.com

I N D E X

                                              Page Number

EXAMINATION BY MR. CIRELLI .........   4

---o0o---

E X H I B I T S

Defendants'                                        Page Number

Exhibit 1    Notice of Deposition and ......  15
                Request for Production of
                Documents

Exhibit 2    Plaintiff's Rule 26(a)(2)(b) ..  25
                Disclosure of Timothy T.
                Brown, Ph.D, M.A.

Exhibit 3    Invoice from Tier One dated ...  34
                08/31/23 to Donald Specter

Exhibit 4    (No Exhibit 4 marked)

Exhibit 5    Defendants' Monthly Mental ....  52
                Health Staffing Vacancy
                Reports (Electronic File No. 29)

Exhibit 6    Further notes and opinions .... 132
                of Dr. Brown

1    A.  Not a permanent effect, no.

2    Q.  And why is it that -- just to close a loop on
3 this, why is it that you think COVID would not have a
4 permanent effect on the supply of these mental health
5 practitioners we've been talking about?

6    A.  Because labor markets are dynamic, and when
7 conditions change, labor markets change.

8    Q.  And COVID -- and the fact that COVID existed
9 wouldn't have an impact on those -- an additional
10 impact on those changes that would normally occur in
11 the labor market, in your view?

12   A.  Of course it would have an effect, but it
13 wouldn't have a permanent effect.

14   Q.  Why is that?

15   A.  Because, again, it's -- labor markets are
16 dynamic.

17   Q.  So I'm going to switch gears now and go to a
18 different topic and talk about your critiques of
19 Dr. Greulich's report.

20       And among those critiques are, with respect to
21 the regression analysis, the -- and you've memorialized
22 at least some of those issues in the document you sent
23 me earlier today, correct?

24   A.  Yeah.  These apply to the current report.

25   Q.  Yes, to the regression analysis as part of the

1  -- of Dr. Greulich's current report, the August 31st,
2  2023 report, right?
3       A.   Yes, yes.
4            MR. CIRELLI:  And so I'm going to go ahead and
5  mark as Exhibit 6, the, for lack of a better term,
6  memorandum that you -- it's a little over a page that
7  you've provided earlier today.
8            (Defendants' Exhibit 6 marked for
9            identification)
10           MR. CIRELLI:  Q.  And so I guess I -- I
11 haven't had a chance, to be honest, to study this.
12           So I'm going to ask you what are your
13 critiques with respect to Dr. Greulich's regression
14 analysis in the current report, that is, used in the
15 current report?
16      A.   So I teach this stuff for a living.  So just
17 -- this is -- this is -- this comes out of my lectures.
18           If there is a situation -- and I'm not
19 imputing any motivation when I say these things.  But
20 the ways that -- the things that will obscure a
21 relationship in a regression analysis, many of them are
22 present in this analysis.
23           So one is make the sample size as small as you
24 possibly can, thus makes your standard errors really
25 big.  Another one you do in a time-search thing is you

1  make it as short as possible because now you have less
2  variation.  Another thing you'll do is you try to
3  combine as many categories as possible instead of
4  separating them out.  And there's some various tests
5  you do to see if you combine or separate them.  And
6  that will also cause you to have not so much variation.
7           And the final thing you do is, if you can
8  somehow generate error in your T variable -- in this
9  case it would be imputation -- random measurement
10 error, which would occur when you impute the variable,
11 will attenuate or bias the estimate towards zero.
12 Whether it's positive or negative, it goes towards
13 zero.
14          So those three things together are a really
15 effective way to make sure that there is a small --
16 small parameter as possible and not a statistically
17 significant finding.
18     Q.   So what, with respect to those three things --
19 I think you just said three things -- what was used
20 that you disagree with and, in your opinion, what would
21 you use in its place?
22     A.   So --
23     Q.   We're talking about assumptions, right?
24     A.   No.  This is what was actually done.
25     Q.   Okay.

1    A.   So in terms of the wage categories, we're
2    putting together very different groups.  You separate
3    them.  You -- and the government has data on all these
4    individuals who are in there by prison, by category --
5    in some different departments, they have it by that.
6    So you have all that.  You have it for a very long
7    period of time.  And you don't have to impute those
8    wages; they are what they are.
9         Q.   They are what they are in --
10        A.   They're what people are actually paid, yeah.
11   They're what people are actually paid.  You have
12   100 percent reliable compensation data.
13        Q.   Okay.  So you separate the wage categories.
14             What else?
15        A.   You have a longer period of time that you look
16   at.
17        Q.   So what period of time was looked at?
18        A.   I think it was -- I have to look at the -- do
19   you have the document?  Is it in your list?
20        Q.   Do I have --
21        A.   I have to reference Dr. Greulich's report.
22        Q.   Oh, I don't have it in my list, but I can --
23   but I can get -- I can get David to send it to you.
24   Yes.
25        A.   Okay.  Great.

1       MR. CIRELLI:  So, David, can you put into the
2  chat the Rule 26(a)(2)(B) disclosure of Erica Greulich?
3  It's 136 pages, I think.
4       And I'm not going to mark this as an exhibit.
5  It was already -- it's in Exhibit Number 2 to
6  Dr. Greulich's deposition that was taken yesterday.
7       MS. HATTON:  While we're dealing with
8  documents, are you marking Dr. Brown's notes as an
9  exhibit?
10      MR. CIRELLI:  The ones that we're talking
11 about now?
12      MS. HATTON:  Yeah.
13      MR. CIRELLI:  They're Exhibit 6.
14      MS. HATTON:  Okay.  They are not in the chat.
15 So are they just --
16      MR. CIRELLI:  Oh, it's because they don't have
17 them.  It's what you emailed to me.  I haven't given
18 them to them yet.
19      (Defendants' Exhibit 6 marked for
20      identification)
21      MS. HATTON:  Got it.  Okay.  So just we're
22 working all off the same document that I emailed to
23 you?
24      MR. CIRELLI:  It's the document you emailed to
25 me that is a page and three lines on the next page.

1  And it's -- at the top, it's entitled "Problems with
2  Regression Analysis." And then it goes on to say, "It
3  is not set up to reasonably test whether wage changes
4  have been effective," et cetera.
5          MS. HATTON: Okay. Yep, I've got it. Thanks.
6          MR. CIRELLI: And while you're looking at her
7  report, I'm going to -- since I was on the phone with
8  demanding people, I'm going to go get a little bit more
9  coffee.
10         (Recess taken from 3:58 to 3:59 p.m.)
11         MR. CIRELLI: Q. Doctor, you found what you
12 needed, or are you still looking?
13    A.  I'm trying to get to the end of the -- I have
14 the document, so if you want to direct me to a
15 particular place.
16    Q.  Oh, so where the -- what the period of time is
17 that was used?
18    A.  Oh, right, right. Yes. Thank you.
19    Q.  So my question was -- we talked about wage
20 categories. And your critique of the regression
21 analysis done by Dr. Greulich is you would separate the
22 categories, and then you said you would use a longer
23 period of time. And my question was what period of
24 time was used?
25         And the next question is going to be and what

1  period of time, in your opinion, should have been used?

2  A. Right. So let me find the assumptions here.

3  Here we go.

4  It says semiannual data from January '18 to

5  December '22. That was the answer to your first

6  question.

7  Q. So it's January 2018 to what, December?

8  A. December '22.

9  Q. Okay.

10 A. So how long would I use? I would use as long

11 a period as data are available.

12 Q. And do you know how long a period data is

13 available?

14 A. I don't know, but I can't imagine that the

15 State disposes of records on this kind of thing. Could

16 end up going back pretty far. When I did work for the

17 DSS, we had a long period of data.

18 Q. Okay. So we've talked about you would use a

19 longer period of time and you would separate the wage

20 categories.

21 What other critique do you have with respect

22 to the regression analysis done by Dr. Greulich?

23 A. Oh, I wouldn't -- I wouldn't impute the CDCR

24 -- she's calling it a -- she is calling it a CDCR

25 salary. When I look at the document, it says "CDCR

1  salaries are imputed from CDCR salary database based on
2  pay scales, do not include benefits."
3          So imputation is what's going to generate a
4  bunch of measurement error, probably random measurement
5  error.
6      Q.  So what would you do differently?
7      A.  I'd use the actual salaries.  And benefits are
8  actually available.  A value of benefits are available
9  in -- the State has them for everybody.
10     Q.  What other criticisms do you have or you would
11 do differently with respect to regression analysis?
12     A.  I would -- let's see here.  I am looking at my
13 paper here.
14         I would -- the doctor uses a time trend.  I
15 would use time-fixed effects.  So each time period gets
16 its own parameter because time are going to have
17 different effects.  When you use a time trend, it
18 clicks up at whatever the parameter is year over year.
19 And a better way to do it is time-fixed effects.
20     Q.  And any specifics with respect to the
21 time-fixed effects that you would use just --
22     A.  I probably would -- at minimum, I would use
23 annual, but it depends on how finely the data is cut.
24 That would be reasonable to do a quarterly and a
25 monthly.  The more data is better.  So it's really --

1   it's going to be a function of how often the wages are
2   likely to change because we're looking at -- a lot of
3   the data is going to be repeated.
4        Q.   What other criticisms or critiques?
5        A.   So in terms of the time period, I would try
6   different time periods to see which one would be the
7   best estimates.  Those are the primary things.
8        Q.   When you say "different times periods," do you
9   have in mind what those different time periods you
10  would use would be?
11       A.   Sure.  You could use annual time periods.  You
12  could use semiannual like the doctor did, which is
13  quarterly.  You could use monthly.
14       Q.   Well, but you just said so you could use semi
15  and what the doctor did.
16            So are you saying that it's appropriate what
17  she did, but you would do more?
18       A.   I don't think it's appropriate.  I don't know
19  if it's appropriate because I don't know if the --
20  otherwise would chart.
21            But all of this together, this thing is
22  running off so few observations, and there's so little
23  variability.  And again, there's measurement error in
24  it.  So the expectation would be, and what I would
25  teach in my course, is that you are going to get much

1   smaller parameters than you normally would get, and
2   you're going to get very large standard errors.
3       And this is one of the techniques -- or one of
4   the sets of things that we do that would obscure any
5   actual parameter estimate being estimated from the
6   equation.
7   Q.  So you just said you don't know if the time
8   period she used is appropriate.
9       So do you know that it's inappropriate?
10  A.  When you -- when you run regression analyses,
11  one of the things you do are called "sensitivity
12  analysis."  And if you have the data to vary the -- how
13  often things are measured, then you use it and you see.
14      So I don't know.  This is -- this is -- this
15  analysis, I'm not surprised it's showing anything
16  because it has all these things that are -- like I've
17  already described, this is very much what I would
18  expect to see.
19  Q.  The results are what you would expect to see
20  because of --
21  A.  Because there's so few observations, the time
22  period is so short, the data are all -- various
23  categories are aggregated together.
24      It's not a reasonable separation in terms of
25  where the things are coming from.  The time trend is

1  included. It's running off of -- the degrees of
2  freedom are really tiny.
3      Q. Anything else with respect to the regression
4  analysis you would do differently?
5      A. And I would adjust for inflation. I think
6  that's all.
7      Q. And what inflation rate would you use?
8      A. The one that the State produces, the official
9  rate.
10     Q. Anything else?
11     A. Those are the primary things. If I was
12 actually going to sit down and design a study, there
13 probably would be additional things, but those are the
14 problems that I'm seeing with this analysis.
15     Q. Can you think of what those additional things
16 you would do would be or are?
17     A. Not off the top of my head. It would take
18 some thinking.
19     Q. And what you just described is that, in
20 essence -- I mean, have we covered what you have set
21 out in Exhibit 6 when you gave us this form, this --
22 earlier today?
23     A. Right now. And there also was -- the PIP
24 information is omitted. Yeah, that's it.
25     Q. You said the PIP-U information is omitted?

1         What specific PIP information are you
2    referring to?  I think I know, but I want to make sure
3    we got it right.
4         A.   I have to look in my report.  I want to state
5    it accurately.
6              It says CDR PIP facilities are not included in
7    the regression analysis.  This is on Page 9 in Roman
8    numerals, Page 98 of the pdf, 98 of 136.
9         Q.   Got it.
10             So have we now addressed all of your
11   criticisms or critiques with respect to Dr. Greulich's
12   regression analysis work?
13        A.   Those are the things I've thought of so far,
14   yeah.
15        Q.   Do you have any other criticisms of the
16   opinions and the bases for the opinions expressed by
17   Dr. Greulich in the August 31st, 2023 report?
18        A.   I -- what -- which page is this?
19        Q.   I'm not referring to a page.  I'm talking
20   about the report as a whole.  So I have the regression
21   analysis, right, and your critiques of that.  But the
22   report is more than just the regression analysis.
23             So my question is, with respect to the report
24   as a whole and her opinions and the bases for those
25   opinions, do you have any other critiques or

1    differences of opinion with Dr. Greulich?

2    A.  So far I've only thought about the regression
3    part.

4    Q. Does that mean in reading it, you haven't
5    identified any other areas where you would -- where you
6    have a difference of opinion?

7    A.  In reading it, a lot of it was similar to the
8    earlier report.  So there would be a lot of similar
9    criticisms, but I haven't sat down to think about
10   specifics of this particular report beyond the
11   regression model.

12   Q.  And those criticisms of the prior report are
13   what's already set out in your August 31st, 2013
14   report, Exhibit 2, right?

15   A.  Yes.

16   Q.  Do you have an understanding with respect to
17   the testimony given yesterday by Dr. Greulich in her
18   deposition?

19   A.  Sorry.  Say that again.

20   Q.  Do you have an understanding -- do you have an
21   understanding -- has anybody advised you of the
22   opinions or issues addressed and discussed during
23   Dr. Greulich's deposition yesterday?

24        That's a really bad question.  Let me try that
25   again.