**<u>Problems with Regression Analyses – It is not set up to reasonably test whether wage changes have been effective due to (1) too small a sample, (2) too short a time period, (3) too much aggregation, and (4) too much imputation of the key variable (measurement error)</u>**

**<u>Figures 20, 21, and 23 are based on regressions that use techniques that will tend to find no statistically significant relationships and produce biased parameters based on the following reasons (I am not imputing bad motivation to the analysts, only showing improper technique)</u>**

**<u>The following apply to the analyses in Appendix 2</u>**

1. All analyses use very aggregated data over a very short time period rather than less aggregated within-organization department-level or within-organization occupation category-level data over a longer time period (using less aggregated data across longer time periods allows for much larger sample sizes and more variability within the sample both within and across time periods). **<u>Using very aggregated data for a short time period reduces the sample size and data variability drastically, making it difficult to find statistically significant parameters</u>**. If we assume that the number of fixed effects for professions is 5 (LCSW, MD, PhD/PsyD, medical asst, rec therapist (5-1=4)), then the degrees of freedom are as follows: (45 – 11 = 34 df for Table A1), (41- 11 = 30 for Table A2), (45 – 14 = 29), (45 – 14 = 29 df for Table A3), (30-8 = 22 df for Table A4 (only 3 professions in the dataset), (27-8 = 19 df for Table A5). These small sample sizes guarantee larger confidence intervals relative to the confidence intervals that would be produced using larger sample sizes.
2. **<u>The main variable of interest, CDCR salaries, is a set of mean imputed salaries (resulting in random measurement error). Measurement error will bias the variable measured with error towards zero</u>** and to the extent it is correlated with other variables will bias the parameters of those other variables in difficult-to-predict directions.
3. The regression specifications use a time trend rather than time fixed effects, which will induce omitted variable bias, since each time period may have a different impact (via different year parameters) and a trend can only have an overall impact that is the same across each year (just increasing by the same magnitude each year).
4. **<u>All occupational groups are aggregated together in the same regression model, which is likely a specification error. Data on occupation groups should either be run separately or together with appropriate interaction terms</u>** (both approaches will yield the same set of parameters, but the latter approach will have more statistical power).
5. **<u>No adjustment for inflation</u>**. Inflation adjustment would not be needed if year fixed effects were used, but the current model assumes dollars from different years are the same.
6. **<u>No accounting for regional variation</u>** – Salary means for market salaries within California are available across within-state labor markets, which would provide more variability in the data—this is removed by only using state-wide or nation-wide salaries.
7. **<u>PIP information is omitted</u>**. This again reduces variability and reduces the probability of finding statistically significant parameters.

EXHIBIT
6
Timothy Brown, Ph.D
09-14-2023
Debbie Fuqua, CSR 12948

**Figure 22**
This is just raw data and does not report net hires. It is set up on a monthly basis, which is very noisy. It would look less noisy using semi-annual data and net hires. More important is the econometric model of net hires, which is subject to the same set of criticisms listed above.