1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  MARGOT MENDELSON – 268583
   MARISSA HATTON – 348678
3  PRISON LAW OFFICE
   1917 Fifth Street
4  Berkeley, California  94710-1916
   Telephone:   (510) 280-2621
5
   CLAUDIA CENTER – 158255
6  DISABILITY RIGHTS EDUCATION
   AND DEFENSE FUND, INC.
7  Ed Roberts Campus
   3075 Adeline Street, Suite 210
8  Berkeley, California  94703-2578
   Telephone:   (510) 644-2555
9

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
MAYA CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

10  Attorneys for Plaintiffs

11

12                  UNITED STATES DISTRICT COURT

13               EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| 16          Plaintiffs, | **DECLARATION OF ERNEST GALVAN** |
| 17      v. | |
| 18  GAVIN NEWSOM, et al., | Filed Concurrently with Plaintiffs' Opposition to Defendants' Motion In Limine to Exclude Witness Angela Reinhold |
| 19          Defendants. | |
| 20 | Date:    Sept. 29, 2023 |
| 21 | Time:    10:00 a.m.<br>Crtrm.: 3 |
| 22 | Judge:  Hon. Kimberly J. Mueller |

23

24

25

26

27

28

[4366955.1]

I, Ernest Galvan, declare:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion In Limine to Exclude Witness Angela Reinhold.

2.      On Friday, September 15, 2023, five of the attorneys representing Plaintiffs in this matter received an unsolicited email from Angela Reinhold, who identified herself as a clinical social worker employed by CDCR.  A true and correct copy of this email is attached as **Exhibit A**.

3.      Plaintiffs' counsel had had no contact with Ms. Reinhold prior to receiving this email, and Plaintiffs' counsel took no further action on September 15 in response to the email.

4.      On Monday, September 18, 2023, Plaintiffs issued a subpoena to compel Ms. Reinhold's appearance and testimony at the contempt hearing.  Using publicly available information, Plaintiffs identified the institution where Ms. Reinhold worked and arranged for service of the subpoena and a short cover letter explaining certain logistical matters relating to Ms. Reinhold's appearance and testimony.  Attached as **Exhibit B** is a true and correct copy of the cover letter and subpoena.

5.      Plaintiffs' process server served the subpoena and cover letter at approximately 11:30 a.m. the following day, September 19, 2023.  Plaintiffs' counsel did not contact Ms. Reinhold again at any point.

6.      Less than one hour after service had been completed, I received an email from counsel for Defendants stating that she had not received a copy of the subpoena from Plaintiffs' counsel and asking whether Plaintiffs were "attempting a late witness disclosure."  I responded "Yes, this is a late witness disclosure.  I meant to copy you on the letter—I am sorry if I failed to do that."  Attached as **Exhibit C** are true and correct copies of these emails.

1        7.     Later on September 19, I received an unsolicited voicemail from

2  Ms. Reinhold.  I promptly emailed Defendants' counsel about the voicemail and explained

3  that Plaintiffs' counsel would not be returning Ms. Reinhold's call unless Defendants'

4  counsel consented.  Defendants' counsel responded with an objection to Plaintiffs' "late

5  disclosure of Ms. Reinhold as a witness."  Attached as **Exhibit D** are true and correct

6  copies of these emails with Ms. Reinhold's phone number redacted.

7        8.     The following morning, on September 20, 2023, Plaintiffs provided

8  Defendants with an amended witness list for the staffing contempt proceedings that

9  included Ms. Reinhold.

10        9.     With the exception of another unsolicited email from Ms. Reinhold that

11  Plaintiffs' counsel received on September 21, 2023—on which Defendants' counsel was

12  cc'd and to which Plaintiffs' counsel did not respond—Plaintiffs' counsel have had no

13  further contact with Ms. Reinhold.  A true and correct copy of Ms. Reinhold's September

14  21 email is attached as **Exhibit E**.

15        10.    Plaintiffs currently estimate that they require 30 minutes of direct

16  examination of Ms. Reinhold.

17        I declare under penalty of perjury under the laws of the United States of America

18  that the foregoing is true and correct, and that this declaration is executed at San Francisco,

19  California this 26th day of September, 2023.

20

21                                       */s/ Ernest Galvan*

22                                         Ernest Galvan

23

24

25

26

27

28

# EXHIBIT A

## Greg Gonzalez

| | |
|---|---|
| **From:** | Jenny Yelin |
| **Sent:** | Friday, September 15, 2023 11:46 AM |
| **To:** | Coleman Team - RBG Only; Steve Fama; Donald Specter; Marissa Hatton |
| **Subject:** | FW: Judge Muller  Enforcement Hearing on 09/29 [IMAN-DMS.FID63117] |
| **Attachments:** | SWOC TA LETTER.docx; Recreation Therapist, Correctional Facility (9286) - CalHR.html; RecreationTherapistCF-O-C.pdf; PsychologistClinicalCF-O-C.pdf; Psychologist -Clinical, Correctional Facility (9283) - CalHR.html; ClinicalSocialWorkerHCFSafety-O-C.pdf; Clinical Social Worker (Health Facility) Series - CalHR.html; AFSCME 2620- BU 19 TENTATIVE AGREEMENT SUMMARY 8.3.2023 V2.docx _1_.pdf |

FYI

**From:** Reinhold, Angela <Angela.Reinhold@cdcr.ca.gov>
**Sent:** Friday, September 15, 2023 11:41 AM
**To:** Michael W. Bien <MBien@rbgg.com>; ells@rbgg.com; Jenny Yelin <JYelin@rbgg.com>; Michael Nunez <MNunez@rbgg.com>; Adrienne Harrold <aharrold@rbgg.com>
**Cc:** Bevil, Kishan@CDCR <Kishan.Bevil@cdcr.ca.gov>
**Subject:** FW: Judge Muller Enforcement Hearing on 09/29

[EXTERNAL MESSAGE NOTICE]

Good Afternoon All,

 I am reaching out to you after having received direction from Hon. Muller's staff in regards to the case listed below.

*2:90-cv-00520-KJM-DB*

> COLEMAN, ET AL., (Michael Bien) (Lisa Ells) (Jenny    v.    NEWSOM, ET AL., (Paul Mello) (Elise Thorn) (Damon
> Yelin) (Michael Nunez) (Adrienne Harrold)    (Samantha Wolff)

On behalf of all State Psychiatric Social Workers we are in dire need of your assistance.  Please read my email below along with the SWOC Letter, the BU 19 Agreement and the job descriptions attached (please note: the pay listed does not reflect the new contract increases where Psychologists will be receiving a 10% increase and Social Workers a 2.99% increase).  Social Workers are praying for equal pay for equal work which has not been allotted to us in over 13 years.  Please know that outside agencies are paying substantially more than the State system; Telework at Path Mental Health Services pays Social Workers $80 per hour and Psychologists $90 per hour which I believe is more in line with what is fair given our degrees.

Thank you for your time and I wish you all the best of luck on 09/29/2023.  I look forward to hearing from you.

Angela Reinhold, Supervising LCSW
Supervising Psychiatric Social Worker
Facility A, B-SNY and C yards
(661) 822-4402 Ext. 3038
Cell: (661) 221-1319
Angela.Reinhold@cdcr.ca.gov

"Challenges are gifts that force us to search for a new center of gravity. Don't fight them. Just find a new way to stand." - Oprah Winfrey

**From:** Casey Schultz <CSchultz@caed.uscourts.gov>
**Sent:** Friday, September 15, 2023 10:42 AM
**To:** Reinhold, Angela <Angela.Reinhold@cdcr.ca.gov>; Bevil, Kishan@CDCR <Kishan.Bevil@cdcr.ca.gov>
**Cc:** Patricia Andrews <pandrews@caed.uscourts.gov>
**Subject:** FW: Judge Muller Enforcement Hearing on 09/29

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

I have received your email. To ensure the court remains fair and impartial, the court can consider only what is presented by the parties in any given case. The court does not receive and cannot consider emails and/or letters submitted to chambers or chamber's staff but not filed in a case by the parties.

If you want the court to consider something in connection with an active case in this district, it will need to be filed on the docket for the specific case. The attorneys in a case are authorized filers. You can obtain the attorney's contact information from the docket.

If you have additional questions, please contact the Clerk's Office, 916.930.4000.



**Casey Schultz**, *Courtroom Clerk*
*for Chief Judge Kimberly J. Mueller*
United States District Court
Eastern District of California
501 I Street, Suite 4-200,
Sacramento, CA 95814
916.930.4193 (Phone)

**From:** Reinhold, Angela <Angela.Reinhold@cdcr.ca.gov>
**Sent:** Friday, September 15, 2023 10:09 AM
**To:** Patricia Andrews <pandrews@caed.uscourts.gov>; Casey Schultz <CSchultz@caed.uscourts.gov>
**Cc:** Bevil, Kishan@CDCR <Kishan.Bevil@cdcr.ca.gov>
**Subject:** FW: Judge Muller Enforcement Hearing on 09/29

**CAUTION - EXTERNAL:**

Good Morning,

I am following up with you regarding an email I sent last month (see below). You may not be aware of the contract agreement reached by AFSCME which has the potential of directly affecting the services provided by those represented under the Coleman lawsuit. Currently, those represented under the Coleman lawsuit are serviced by Psychiatrists, Psychologists, Social Workers and Recreational Therapists. In recent days, the union (AFSCME) which represents all disciplines reached an agreement which passed (please see BU 19 Agreement attached). This agreement is going to

cause a great disparity between disciplines which have the very real potential of causing thought represented under Coleman to be given substandard care and here's why:

  As things stand right now, Social Workers continue to be blatantly disregarded when it comes to Equal Pay for Equal Work which will inevitably affect the mental health care inmates receive within our prison setting.  Please know that within our prison system Social Workers perform the exact same job duties as Psychologists (Psychologists don't do psych testing and if asked over 95% of them don't remember how to do it so it doesn't get done).  Additionally, Rec. Therapists hold a Bachelor's Degree and as stated in the job description they literally play games with inmates.  Social Workers, on the other hand, performs clinical assessments, diagnoses and provides both individual and group therapy to treat mental health symptoms.  Additionally, social workers respond to suicidal inmates, assess them while in crisis and makes appropriate level of care decisions.

  In viewing the CalHR job descriptions, it appears that Social Workers don't have the section that Psychologist's job description does ("Typical Tasks").  Please know that our "Definition of Series" is essentially the same as the psychologist's "Typical Tasks" section.  I also believe that the Social Worker's job description is poorly written as we do the exact same job duties as Psychologists.

  I am reaching out in hopes that Judge Muller will have all the evidence needed to make a fair ruling and that for the first time in over 13 years Social Workers are shown the fairness that is desperately needed.

Please see the attached for a quick view as to the pay Social Worker's are receiving in the outside communities:  https://www.kaiserpermanentejobs.org/job/los-angeles/psychiatric-social-worker/641/51332761680

  If nothing changes, I am certain Social Workers will be looking at making career changes to agencies that pay more and do not place them in harms way as is currently the case for those serving the prison population.  Please know that as a Licensed Clinical Social Worker who has serviced this population for the past 10 years, I have always been proud to be able to provide mental health treatment to those who desperately need it and very rarely receive it when they are outside of prison.  As such, I have serviced all security leveled inmates and have been in situations that were quite scary, but have remained here because I felt I was making a difference and that my work was valued.  Although I still feel I am making a difference in the lives of the inmates within my institution, I no longer feel valued by the State of California and am therefore questioning the validity of my role within this system.  It is because of this that I write this email; I am certain every Social Worker within the state is feeling the same way so we are reaching out to you all for help that is desperately needed.  On behalf of all Psychiatric Social Workers within the prison setting, we pray this does not fall on deaf ears!

Thank you for your time.

Sincerely,
Angela Reinhold, LCSW

From: Angela Carrizales <angelam4344@yahoo.com>
Sent: Saturday, August 19, 2023 8:02:32 AM
To: pandrews@caed.uscourts.gov <pandrews@caed.uscourts.gov>
Subject: Judge Muller ruling in Sept

Good morning,
My name is Angela Reinhold; I'm a Supervising Psychiatric Social Worker in CDCR (California Department of Corrections and Rehabilitation).  I'm reaching out to you because I am certain that Judge Muller is extremely busy.
It is my understanding that Judge Muller is expected to make a ruling on pay increases for Psychologists in the prison system. She may not be aware that Social Workers perform the same tasks and carry the same workload as Psychologists in this setting. She also may not be aware of the fact that Social Workers have been passed over for pay increases for over 13 years and that the AFSCME Union has once again failed in providing support to Social Workers; so much so that  once this new contract is signed Recreational Therapists (a bachelor's degree level position) will be making

more than a Social Worker (a Master's degree level position) who is in charge of assessing and treating inmates with mental illness of various types while staying Coleman Compliant.

I will be the first to say, I believe my profession has made fair compensation difficult for us. I believe the reasoning is because anyone with a Bachelor's degree of any sort can be labeled a Social Worker in various organizations (Child Protective Services, Adult Protective Services and other various organizations for example). The title of Social Worker is misleading in regards to our education and what we do as professionals. In the field of Psychology, no one is able to call themselves a Psychologist unless they hold a doctorate degree in that field.

As a Social Worker in the prison setting, we hold Master's degrees in the field of Social Work. In order to be hired as a mental health therapist for our inmate population a person must have a Doctorate degree in psychology OR a Master's degree in Social Work.

Social Worker across the state are in an uproar over the lack of support for our profession and what we do for our state. I'm asking that you bring this to the attention of our fair judge. Every State Social Worker is praying for justice for our profession.

I am hoping this email finds you well and I pray your assistance in helping Social Workers get financial justice is heard by Judge Muller.

Thank you for your time,
Angela Reinhold, LCSW
Supervising Psychiatric Social Worker- CCI Prison

Get Outlook for iOS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**AFSCME**
Local 2620
We Make California Happen®

**August 4, 2023**

**Dear Social Work Colleagues,**

I write this letter with mixed emotions. You may have received the recent communication from our union regarding the Tentative Agreement (TA) reached by the negotiations team with the state. This TA was not what I was hoping for. I hope that you read this letter and, in the end, make your decision on whether you will vote yes or no to ratify this contract. This will be a lengthy letter since I will need to paint a picture for you about what happened during these negotiations.

First and foremost, I want to express my appreciation for the incredible team I had the privilege of working with during this process. Together, we learned a great deal and stood in strong support of social workers throughout these negotiations. My team members were instrumental in advocating for you when they believed I could do or say more. I am grateful for their dedication and commitment to our cause.

As you read on, keep in mind that your vote will determine what happens next. Your vote will hold considerable weight as it will determine the path forward. Approving this contract will grant us two years to prepare for what many members have been advocating for – the possibility of striking. Conversely, voting against the TA will compel the team to return to the state for further negotiations, which may escalate to a potential strike.

I have picked out several items that you are most likely interested in, which are mostly economic in nature:

1. Article 7.1 – General Salary Increase (GSI) + Article 20.1 – Contract Term
2. Article 7.18 – Special Salary Adjustment (SSA)
3. Article 7.13 – Clinical Supervision
4. Pay Differential 324 – (PD 324 – Retention Bonus)
5. Article 14.2 – Leave for Required Continuing Education (Pay $500)
6. Article 6.12 – Psychologist Additional Caseload
7. Article 6.11 – On-Call/Call Back for CDCR/CCHCS Exempt Employees

**1. Article 7.1 – General Salary Increase (GSI) + Article 20.1 – Contract Term**
Once we knew that we were offered 2%, 2%, & 2% for three years by the state, we agreed that we would work on securing a two-year agreement. In this TA, we secured a 3% GSI to be effective July 1, 2023, and a 2.5% GSI on July 1, 2024. The 3% will be retroactively paid once the contract has been ratified by the BU19 membership and the state legislature. Recall that our initial ask was 10% in year one and 10% in year two. We made several counters with the state, reducing that 20% ask several times. After several counters, it was clear that the state was willing to accept our two-year deal but made it clear that they would not move from 3% in year one or 2% in year two. Clearly, that changed because in year two, they are now offering 2.5%. Retroactive pay is also negotiable, and the state made it clear that if this contract were not to be tentatively agreed upon by the end of July, they would not entertain any clause that would allow retroactive pay in our contract. You may remember that our last contract was ratified a year later, and we all lost out on that money. Feeling the pressure, the team felt it was important to make this deal and have something to present to our members whether we agreed or not with the state.



Once the contract is ratified, both CalHR and the State Controller's office will need to make necessary payroll adjustments. This process may take some time, and we anticipate that by September/October, all members shall receive a separate paycheck or direct deposit to cover the amount owed back to July.

**2. Article 7.18 – Special Salary Adjustment (SSA)**
Social workers were not fairly treated in the Special Salary Adjustment (SSA) category. Social Workers in CDCR/CCHCS were offered a 2.67% increase for ASWs and 2.99% for LCSWs, while those Social Workers in other departments were granted a 3% SSA. The reason behind this .33%/.01% disparity remains unclear to me. When I asked for an explanation, I was informed that there is a pay difference between CSWs working in CDCR and those in other departments. However, it's worth noting that other classifications received a percentage increase across the board.

Moreover, it is essential to understand that this SSA will only increase the maximum salary range for the CSW classification. This means that those at the top of the range will receive the 3% immediately, while those near or below the top will gradually reach that new top figure.

In a previous email, I shared that my original request was for a one-time 55.19% SSA, and I made five counters to the state, starting from 55.19 and going down to 30%, 18%, 10%, 9%, and finally 5%. Unfortunately, the state did not entertain any of my counters. Despite the state's initial proposal giving RT and Psychology a 5% SSA, it eventually increased to 8% and then settled at 9.66% (RT) and 10% (Psychology). Throughout the negotiation process, we consistently questioned why social workers were receiving less, and the response was that SSA allocation is determined based on priorities set by departments, the CCHCS Receiver, CalHR, and the governor's office. Although the departments communicated their priorities to CalHR, the final approvals came from CalHR and the governor's office.

I fought tirelessly for the fair treatment of social workers throughout the negotiations. The team was supportive of my decisions, and in the end, they allowed me to counter the state alone, requesting the measly 5% SSA, which the state, once again, rejected.

Just like the General Salary Increase (GSI), the SSA is also retroactive to July 1, 2023. Therefore, you can expect this to be added to the GSI payment, which will be mentioned above, through your paycheck or direct deposit.

**3. Article 7.13 – Clinical Supervision**
I guess you can say this is a win for Social Workers. Those currently providing clinical supervision to ASWs will now enjoy a substantial $500 differential, a notable increase compared to the previous amount of $100. Additionally, those who supervise MSW interns (MSWi) will also be eligible to claim the $500 differential. The team countered the state several times on this article to ensure that LCSWs would not be mandated to provide clinical supervision, as the state's initial language could have been interpreted that way. We hope that the language is clear enough in this article and that you won't be denied if you choose to supervise an MSWi or ASW as a field instructor or clinical supervisor.

**4. Pay Differential 324 – (PD 324 – Retention Bonus)**
This addition to our contract is going to be difficult to outline, so bear with me. The state proposed this addition to us during the final two days of negotiations, and it required extensive effort on our part to reach the current

outcome. PD 324 will now be extended to include Social Workers under Class codes 9872 & 9877 in DSH and CDCR, as well as Psychologists in DSH.

The criteria for PD 324 will be similar to the current version, but with some modifications. As stated, the "employee must be treating patients in-person, on grounds, or at a facility for more than 50% of each qualifying period." Unfortunately, this means that many of our members who are currently teleworking will still be

excluded from this benefit. We understand that this may pose challenges for some members, and we are actively addressing this issue.

Rest assured that we are committed to keeping you informed and will organize town-hall meetings to further discuss PD 324 and gather data on who might not be receiving this pay differential. Your feedback and input are crucial as we work to navigate this complex addition to the contract.

Here goes the more difficult piece of PD 324 to explain:

A. The current PD 324 provided our CDCR psychologist counterparts with a $15,000 bonus if they were hired before 5/1/22 and met the eligibility criteria. This has changed in the new PD 324. Those hired before 8/1/2016 will be eligible for a $10,000 bonus payment if they meet the eligibility criteria, including social workers in DSH and CDCR [Appendix A – Eligibility Criteria].

B. Previously, if you met the eligibility criteria and were hired after 5/1/22, you would have qualified for a $5,000 payment after so many months of service (3, 6, 9…84) totaling up to $35,000. For the new PD 324, those hired after 8/1/16 will receive a bonus payment on their anniversary date of either 1, 2, 3, 4, 5, 6, or 7% of their base salary. The social worker will receive the percentage that corresponds with that year. So, for example, if you are going to hit your 6th year on September 1st, you will receive a 6% bonus payment of your base salary. Here is some math: if you are earning $9,437 a month before deductions, multiply that by 12 months, which will equal $113,244 [$113,244 x .06 = $6,795 Bonus Payment]. If you have other differentials, like the PIP 15% differential, do not multiply that number, because that is not your base pay. If you do not know what your base pay is due to having a differential, you may want to seek that information out by contacting your personnel specialist.

We are expecting there to be some challenges with PD 324. Please anticipate future town-hall meetings to discuss this further and to gather data on who is not receiving this pay differential.

**5. Article 14.2 – Leave for Required Continuing Education (Pay $500)**
You will no longer have to go through the hassle of using the Calaters system or jump through hoops to claim the $500 you are rightfully entitled to. Once the new contract is ratified, you will automatically receive this allowance, making the process smoother and more convenient for you.

For those who have already claimed a portion of the $500 from this fiscal year, there's no need to worry. You will likely receive the remaining amount owed to you. However, we understand that each HR department might handle things differently, leading to some uncertainty. If you encounter any issues or questions, please don't hesitate to let us know. Your valuable feedback will help us address any concerns and ensure a seamless

implementation of this benefit. Your satisfaction is our top priority, and we are dedicated to resolving any challenges that may arise during this process.

**6. Article 6.12 – Psychologist Additional Caseload**

Regrettably, there is yet another setback for social workers in this new article section. Despite our efforts to negotiate our inclusion, the state consistently rejected our proposal. Under this new provision, psychologists will be compensated with straight pay for any additional work beyond their regular caseload, subject to management authorization. It appears that the state's intention is to avoid the process of authorizing a second position or dual appointment. Unfortunately, social workers have been excluded from this benefit.

Considering the current challenges with staffing, one would assume that including social workers in this provision would be a priority. However, it seems that our efforts were not successful in convincing the state otherwise. Personally, I have numerous thoughts on this matter, but let me state that without this benefit, I may be less inclined to take on additional duties in the future. As for you, I leave the decision in your hands to consider how this may impact your own choices moving forward.

**7. Article 6.11 – On-Call/Call Back for CDCR/CCHCS Exempt Employees**

This is another benefit that has changed for those social workers that complete on-call assignments in CDCR/CCHCS. For those that do, you will now be compensated $10 for every hour you're on call. You will no longer be able to claim CTO. My understanding is that each institution might do this differently, but one example I can provide is someone who might be on call from 5pm Friday to 7am Monday Morning. If not called back to the institution, they would be paid $10 for every hour, which for this example, they will be paid 62 hours times $10, which equals $620. Nothing has changed with the Call Back section of this article.

**At ratification, ALL Social Worker's salary will increase by 3% due to the GSI and our pay ranges will see an increase of either 2.67%, 2.99%, or 3%. Those currently at the maximum of their salary range will be transitioned to the new maximum of their pay range at the time of ratification. For those who are still progressing towards reaching the top, you will reach that top at possibly a new later date. If the state combines the GSI and the SSA as stated above, the following changes are anticipated. Please note that the calculations provided below are approximate examples to illustrate the potential impact on our monthly salaries.**

**Clinical Social Worker (Health Facility)**
| | |
|---|---|
| A | $4,771 – $6,249 → $4,914 – $6,624 |
| S | $5,504 – $8,382 → $5,669 – $8,884 |
| T | $5,926 – $8,987 → $6,104 – $9,526 |
| U | $6,568 – $8,382 → $6,765 – $8,885 |
| V | $7,066 – $8,987 → $7,278 – $9,526 |

**Clinical Social Worker (Health/Correctional Facility)-Safety**
| | |
|---|---|
| A | $4,771 – $6,249 → $4,914 – $6,603 |
| P | $6,897 – $8,801 → $7,103 – $9,300 |
| Q | $7,420 – $9,437 → $7,643 – $10,002 |
| S | $5,504 – $8,382 → $5,669 – $8,885 |
| T | $5,926 – $8,987 → $6,103 – $9,526 |
| U | $6,568 – $8,382 → $6,765 – $8,885 |
| V | $7,066 – $8,987 → $7,278 – $9,526 |

**Social Work Associate**
$3,548 – $4,599 → $3,654 – $4,874

**Social Work Associate (Safety)**
$3,548 – $4,599 → $3,654 – $4,874

**Social Service Consultant III**
| | |
|---|---|
| A | $5,311 – $6,981 → $5,470 – $7,400 |
| S | $5,550 – $6,950 → $5,716 – $7,367 |

Local 2620

**AFSCME**
We Make California Happen®

**In Conclusion**

The crucial next step is voting. Now that you are fully informed about the stakes involved, your decision carries great significance. While I understand that this agreement may not fully meet your initial expectations, your vote will shape our collective future. Will you choose to vote "yes" and stand in unity with us as we strategize for the negotiations in 2025? This choice ensures that we proactively prepare our entire membership for potential strike action if needed. On an individual level, we must take measures to be financially prepared for any impacts on our pay during a strike, including the inability to use vacation/annual leave time to supplement our income. On the other hand, voting "no" would mean sending the negotiations team back to the table, possibly foregoing retroactive pay and the current state-offered proposals. A "no" vote signifies our commitment to the contract and readiness to take further action, including the possibility of a strike.

Your vote holds tremendous weight in determining the path we take on this journey. I urge you to vote thoughtfully, knowing that it will significantly impact our collective future. As for me, I have reached a decision, and I will be voting "**No**." This choice has not come without careful consideration, and I trust my gut feeling in this matter. Though it pains me to know that a "no" vote may result in a loss for our entire membership, I cannot overlook the disrespect shown to us social workers by the state.

**It is crucial to recognize that our union is not the one pitting us against our colleagues; it is the state's actions that have created this divide.** Whether this contract is ratified or not, my commitment remains firm—I will continue to fight for social workers. If the contract is ratified, the next two years will be dedicated to educating, preparing, and mobilizing our members to fight for the respect and fairness we expect and deserve from the state. Also, it is essential to understand that opting out of our union is not the remedy, as doing so would only grant the state more authority to ignore the needs of social workers.

I deeply respect your vote, regardless of your decision, I want to emphasize that our fight does not end with this contract's ratification. Our determination remains strong, and we will persistently advocate for the changes we demand. We will not shy away from raising our voices to those in power. We will also ensure that the those that need to know about our concerns will hear them and we will work to address them at every level possible.

Together, we will continue to be a force for positive change and stand united. I encourage all of you to openly share any questions, concerns, or feedback you may have. Also, I encourage you to get involved. We have many committees that would benefit from your participation. Your input is invaluable, and constructive feedback is highly welcomed. Additionally, if any of you have insights or strategies that we can implement, please don't hesitate to share them. Let's work together to create a stronger and more effective approach moving forward. Your engagement and active participation will play a crucial role in shaping our path ahead.

Thank You,

Eric Hernandez, LCSW
Social Work Occupational Chair
AFSCME Local 2620
Eric.Hernandez@afscmelocal2620.org

AFSCME
We Make California Happen

Appendix A – PD 324

Eligibility Criteria:

a) Employee must be treating patients in-person, on grounds or at a facility more than 50% of each qualifying pay period.

b) If the employee voluntarily terminates or is discharged prior to completing the consecutive qualifying pay periods required for eligibility for this differential, there will be no pro rata payment of those months served.

c) If an employee transfers to another location within their department without a break in service, the qualifying consecutive pay periods at each location shall be cumulative.

d) If an employee promotes without a break in service from a classification listed above to another classification listed above within their department the qualifying consecutive pay periods at CDCR/DSH shall be cumulative.

e) If an employee transfers or promotes to a different department, regardless of the classification, there will be no pro rata payment of those months served.

f) Management initiated redirections or changes in assignment will not disqualify the employee from receiving the pay differential.

g) For the purposes of counting qualifying time towards eligibility for payment of the pay differential, approved leaves of absence such as maternity/paternity leave, medical leave, FMLA or military leave shall not be considered a break in service or considered to break the consecutive month requirement.

h) If an employee promotes without a break in service from a classification listed above to another classification listed above within CDCR or DSH, the qualifying consecutive pay periods at CDCR or DSH, shall be cumulative.

i) Part-time and intermittent employees shall receive a pro rata share of the recruitment differential based on the total number of hours worked during the completion of each qualifying period.

j) The State reserves the discretion to adjust or terminate this differential by providing a 30-day notice to the exclusive representative of the unit impacted.

Top Navigation
Skip to main content
Skip Ribbon Commands
Turn off more accessible mode
Turn off Animations

Navigation Toggle    Search Toggle


California Department of Human Resources logo

- State Retirees
- ca.gov
- About Us
- Contact Us
- Newsroom
- CalHR Careers
- Newsroom

Search:    Search

Social - Facebook   Social - Twitter   Social - YouTube   LinkedIn Social - LinkedIn

◆

**You are leaving this website**

You are now leaving this website and being directed to the specific California government resource or website that you have requested. CalHR accepts no responsibility for

Stay Here    Redirect Me

print logo
Main Content Anchor

Navigation Toggle    hidden item

# Recreation Therapist, Correctional Facility (9286)

# Recreation Therapist, Correctional Facility

## California State Personnel Board Specification

- **Schematic Code:** TR54
- **Class Code:** 9286
- **Established:** 06/15/1993
- **Revised:** --
- **Title Changed:** --

## Definition

Under general direction, in a State correctional facility in the Department of Corrections, develop and implement a recreation therapy program; to maintain order and superv

## Typical Tasks

Leads, instructs, and encourages patients in a program of individual and group activities of a physical, social, and cultural nature such as indoor and outdoor games and spor programs for special occasions; with the therapeutic team, plans treatment goals for specific patients; assists in coordinating recreation therapy with other therapeutic progra musical activities, and instructs unit personnel in basic activity skills; observes patients' reactions and progress and records clinical notes to be included in medical files and the conduct of persons committed to the California Department of Corrections; prevents escapes and injury by these persons to themselves, others or to property; maintains s or illegal drugs.

## Minimum Qualifications

Education: Equivalent to graduation from a recognized college with major work in recreation or recreation therapy. The major must have included supervised field work. (R equivalent and completion of the required field work before they will be considered eligible for appointment.)

## Knowledge and Abilities

Knowledge of: Theory and practice of mental and physical rehabilitation of mentally, physically and developmentally disabled persons; therapeutic principles and technique and entertainment activities and providing leadership of these activities; basic pathology of diseases and disabilities resulting in psychological, physical or organic condition

Ability to: Provide leadership of various types of recreation and entertainment activities; interpret recreation therapy activities to staff, health care providers, patients, and ot accurately and adopt an effective course of action; establish and maintain cooperative interrelationships with individuals and groups.

## Special Personal Characteristics

Empathetic understanding of patients of a State correctional facility including physically, mentally and developmentally disabled persons; willingness to work in a State con

## Special Physical Characteristics

Case 2:90-cv-00520-KJM-SCR   Document 7966   Filed 09/26/23   Page 16 of 104

For ... positions ... is ... required to have sufficient strength, ... to perform ... careful ... physical, mental ... fellow employees or that of inmates.

Assignments may include/take responsibility for the supervision of inmates and/or the protection of personal and real property.

- Home
- Job Seekers
- State Employees
- HR Professionals
- State Retirees
- Conditions of Use
- Privacy Policy
- Accessibility
- Contact Us
- Download Document Readers
- CalHR Careers

CalHR logo
Copyright © 2023

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**



# RECREATION THERAPIST, CORRECTIONAL FACILITY

## Exam Code:  1RC05

**Department:** California Correctional Health Care Services and California Department of Corrections and Rehabilitation
**Exam Type:** Multi-Departmental, Open
**Final Filing Date:** Continuous

## CLASSIFICATION DETAILS

**Recreation Therapist, Correctional Facility (9286) –** $7,056 - $8,305 per month.

View the **Recreation Therapist, Correctional Facility** classification specification.

## APPLICATION INSTRUCTIONS

Final Filing Date: Continuous

Cutoff Date: Online, 24/7

**Who Should Apply:**

Applicants who meet the minimum qualifications as stated on this bulletin may apply for and take this examination.

Once you have taken this examination, you may not retake it for **six (6) months**.

**How To Apply:**

The link to connect to the Training and Experience Evaluation is located farther down on this bulletin in the "Taking the Examination" section.

**Special Testing Arrangements:**

If you require assistance or alternative testing arrangements due to a disability, please contact the testing department listed in the Contact Information section of this bulletin.

## MINIMUM QUALIFICATIONS

All applicants must meet the education and/or experience requirements as stated on this exam bulletin to be accepted into the examination. Part-time or full-time jobs, regardless of whether paid or volunteer positions, and inside or outside California state service will count toward experience.

**Recreation Therapist, Correctional Facility**

**Education:** Equivalent to graduation from a recognized college with major work in recreation or recreation therapy. The major must have included supervised field work. (Registration as a senior will admit applicants to the examination, but they must produce evidence of graduation or its equivalent and completion of the required field work before they will be considered eligible for appointment.)

**Special Personal Characteristics:**  Empathetic understanding of patients of a State correctional facility including physically, mentally, and developmentally disabled persons; willingness to work in a State correctional facility; alertness; keenness of observation; tact; patience; and emotional stability.

**Special Physical Characteristics:**  Persons appointed to this position must be reasonably expected to have and maintain sufficient strength, agility, and endurance to perform during stressful (physical, mental, and emotional) situations encountered on the job without compromising their health and well-being or that of their fellow employees or that of inmates.

**Applicants possessing the required license/certificate at the time of application must show the number, title, and expiration date on their Examination Application (Std. Form 678).**

## POSITION DESCRIPTION

**Recreation Therapist, Correctional Facility**

A Recreation Therapist, Correctional Facility, under general direction, in a State correctional facility, leads, instructs, and encourages patients in a program of individual and group activities of a physical, social, and cultural nature such as indoor and outdoor games and sports, dance, parties, dramatics, and special interest clubs; supervises entertainments and movies and assists in planning programs for special occasions; plans treatment goals for specific patients in conjunction with the therapeutic team; assists in coordinating recreation therapy with other therapeutic programs; coordinates the activities program of a group of patients, including simple crafts, games, social and musical activities, and instructs unit personnel in basic activity skills as assigned; observes patients' reactions and progress and records clinical notes to be included in medical files

and prepares reports; orders supplies and equipment and cares for equipment and facilities; maintains order and supervises the conduct of persons committed to the California Department of Corrections and Rehabilitation; prevents escapes and injury by these persons to themselves, others or to property; maintains security of working areas and work materials; inspects premises and searches inmates for contraband, such as weapons or illegal drugs; and other related duties.

Positions exist statewide.

## EXAMINATION SCOPE

This examination consists of the following components:

**Training and Experience Evaluation –** Weighted 100% of the final score.

The examination will consist solely of a **Training and Experience Evaluation.** To obtain a position on the eligible list, a minimum score of 70% must be received. Applicants will receive their score upon completion of the Training and Experience Evaluation process.

In addition to evaluating applicants' relative knowledge, skills, and ability, as demonstrated by quality and breadth of education and/or experience, emphasis in each examination component will be measuring competitively, relative to job demands, each applicant's:

**Knowledge of:**
1. Theory and practice of mental and physical rehabilitation of mentally, physically, and developmentally disabled persons;
2. Therapeutic principles and techniques of group and individual activities used in recreation therapy, and skill in their application;
3. Various types of recreation and entertainment activities and providing leadership of these activities;
4. Basic pathology of diseases and disabilities resulting in psychological, physical, or organic conditions of the patient.

**Ability to:**
1. Provide leadership of various types of recreation and entertainment activities;
2. Interpret recreation therapy activities to staff, health care providers, patients, and others;
3. Teach others basic activity skills;
4. Prepare reports and records to be included in medical files;
5. Analyze situations accurately and adopt an effective course of action;
6. Establish and maintain cooperative interrelationship with individuals and groups.

## ELIGIBLE LIST INFORMATION

A multi-departmental, open eligible list for the Recreation Therapist, Correctional Facility classification will be established for:

**California Correctional Health Care Services**

**California Department of Corrections and Rehabilitation**

The names of **successful** competitors will be merged onto the eligible list in order of final score regardless of examination date. Eligibility expires **twelve (12) months** after it is established. Applicants must then retake the examination to reestablish eligibility.

Veterans' Preference will be granted for this examination. In accordance with Government Codes 18973.1 and 18973.5, whenever any veteran, or widow or widower of a veteran achieves a passing score on an open examination, he or she shall be ranked in the top rank of the resulting eligible list.

Veterans' status is verified by the California Department of Human Resources (CalHR). Information on this program and the Veterans' Preference Application (Std. Form 1093) is available online. Additional information on veteran benefits is available at the Department of Veterans Affairs.

## EXAMINATION INFORMATION

Preview the Training and Experience Evaluation

## PREPARING FOR THE EXAMINATION

Here is a list of suggested resources to have available prior to taking the examination.

In an effort to streamline the examination process, please create a CalCareer Account with CalHR.  A CalCareer Account is a one stop shop for taking civil service examinations, applying for state jobs, and provides storage and organization for your documents and communications stemming from job opportunities, all in a paperless format.  To sign up for a CalCareer Account, or log in to your existing account, Click here.

**Employment History:** Employment dates, job titles, organization names and addresses, names of supervisors or persons who can verify your job responsibilities, and phone numbers of persons listed above.

**Education:** School names and addresses, degrees earned, dates attended, courses taken (verifiable on a transcript), persons or office who can verify education, and phone numbers of persons or offices listed above.

**Training:** Class titles, certifications received, names of persons who can verify your training, and phone numbers of persons listed above.

## TAKING THE EXAMINATION

Take the examination for the **Recreation Therapist, Correctional Facility** classification.

## TESTING DEPARTMENTS

California Correctional Health Care Services
California Department of Corrections and Rehabilitation

## CONTACT INFORMATION

If you have any technical or administrative questions concerning this examination bulletin, including provision of reasonable accommodation for this testing process, please contact:

California Correctional Health Care Services
Attn: Examination Services
8280 Longleaf Drive
Elk Grove, CA 95758

Phone: (916) 691-5894
Email:  CPHCSSelectionServices@cdcr.ca.gov
California Relay Service: 7-1-1 (TTY and voice)

TTY is a Telecommunications Device for the Deaf, and is reachable only from phones equipped with a TTY Device.

## EQUAL OPPORTUNITY EMPLOYER

The State of California is an equal opportunity employer to all, regardless of age, ancestry, color, disability (mental and physical), exercising the right of family care and medical leave, gender, gender expression, gender identity, genetic information, marital status, medical condition, military or veteran status, national origin, political affiliation, race, religious creed, sex (includes pregnancy, childbirth, breastfeeding, and related medical conditions), and sexual orientation.

## DIVERSITY, EQUITY, AND INCLUSION

The California Department of Corrections and Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS) are committed to building and fostering a diverse workplace. We believe cultural diversity, backgrounds, experiences, perspectives, and unique identities should be honored, valued, and supported. We believe all staff should be empowered. CDCR/CCHCS are proud to foster inclusion and representation at all levels of both Departments.

## DRUG-FREE STATEMENT

It is an objective of the State of California to achieve a drug-free State work place. Any applicant for State employment will be expected to behave in accordance with this objective, because the use of illegal drugs is inconsistent with the law of the State, the rules governing civil service, and the special trust placed in public servants.

## GENERAL INFORMATION

Examination and/or Employment Application (Std. Form 678) forms are available at CalHR, local offices of the Employment Development Department, and through your **CalCareer Account**.

If you meet the requirements stated on this examination bulletin, you may take this examination, which is competitive. Possession of the entrance requirements does not assure a place on the eligible list. Your performance in the examination described in this bulletin will be rated against a predetermined job-related rating, and all applicants who pass will be ranked according to their score.

CCHCS reserves the right to revise the examination plan to better meet the needs of the service, if the circumstances under which this examination was planned change. Such revision will be in accordance with civil service laws and rules and all applicants will be notified.

**General Qualifications:** Applicants must possess essential personal qualifications including integrity, initiative, dependability, good judgement, the ability to work cooperatively with others, and a state of health consistent with the ability to perform the assigned duties of the class. A medical examination may be required. In open examinations, investigation may be made of employment records and personal history and fingerprinting may be required.

**Eligible Lists:** Eligible lists established by competitive examination, regardless of date, must be used in the following order: 1) sub-divisional promotional, 2) departmental promotional, 3) multi-departmental promotional, 4) servicewide promotional, 5) departmental open, 6) open. When there are two lists of the same kind, the older must be used first. Eligible lists will expire in one to four years unless otherwise stated on the bulletin.

**High School Equivalence:** Equivalence to completion of the 12th grade may be demonstrated in any one of the following ways: 1) passing the General Education Development (GED) Test; 2) completion of 12 semester units of college-level work; 3) certification from the State Department of Education, a local school board, or high school authorities that the competitor is considered to have education equivalent to graduation from high school; or 4) for clerical and accounting classes, substitution of business college work in place of high school on a year-for-year basis.

This bulletin cancels and supersedes all previously issued bulletins.


**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**


# PSYCHOLOGIST – CLINICAL, CORRECTIONAL FACILITY
## Exam Code: 2RC54

**Department:** California Correctional Health Care Services and California Department of Corrections and Rehabilitation
**Exam Type:** Multi-Departmental, Open
**Final Filing Date:** Continuous

## CLASSIFICATION DETAILS

**Psychologist – Clinical, Correctional Facility (9283) –**

$8,842 - $9,611 per month (Unlicensed)
$10,437 - $11,651 per month (Licensed)

View the **Psychologist - Clinical, Correctional Facility** classification specification.

## APPLICATION INSTRUCTIONS

Final Filing Date: Continuous

Cutoff Date: Online, 24/7

**Who Should Apply:**

Applicants who meet the minimum qualifications as stated on this bulletin may apply for and take this examination.

Once you have taken this examination, you may not retake it for **six (6) months**.

**How To Apply:**

The link to connect to the Training and Experience Evaluation is located farther down on this bulletin in the "Taking the Examination" section.

**Special Testing Arrangements:**

If you require assistance or alternative testing arrangements due to a disability, please contact the testing department listed in the Contact Information section of this bulletin.

## MINIMUM QUALIFICATIONS

All applicants must meet the education and/or experience requirements as stated on this exam bulletin to be accepted into the examination. Part-time or full-time jobs, regardless of whether paid or volunteer positions, and inside or outside California state service will count toward experience.

**Psychologist – Clinical, Correctional Facility**

**License:** Possession of a valid license as a Psychologist issued by the California Board of Psychology and possession of an earned Doctorate Degree in Psychology from an educational institution meeting the criteria of Section 2914 of the Medical Board of California's Business and Professions Code.

Individuals who do not qualify for licensure by the California Board of Psychology or who are in the process of securing this license will be admitted into the examination and may be appointed, but must secure a valid license within three years of an appointment or the employment shall be terminated. For persons employed less than full time, an extension of a waiver of licensure may be granted for additional years proportional to the extent of part-time employment, as long as the person is employed without interruption in service, but in no case shall the waiver exceed five years.

(Unlicensed individuals who are recruited from outside the State of California and who qualify for licensure may take the examination and may be appointed for a maximum of two years, at which time licensure shall have been obtained or the employment shall be terminated. Additionally, they must take the licensure examination at the earliest possible date after the date of employment.)

Applicants who are within six months of receiving their degree will be admitted into the examination, but will not be eligible for appointment until receipt of the degree and completion of the internship.

**Special Personal Characteristics:** Empathetic understanding of patients of a State correctional facility; willingness to work in a State correctional facility; scientific and professional integrity; emotional stability; patience; alertness; tact; and keenness of observation.

**Special Physical Characteristics:** Persons appointed to this position must be reasonably expected to have and maintain sufficient strength, agility, and endurance to perform during stressful (physical, mental, and emotional) situations encountered on the job without compromising their health and well-being or that of their fellow employees or that of inmates.

Assignments may include sole responsibility for the supervision of inmates and/or the protection of personal and real property.

**Applicants possessing the required license/certificate at the time of application must show the number, title, and expiration date on their Examination Application (Std. Form 678).**

## POSITION DESCRIPTION

**Psychologist – Clinical, Correctional Facility**

A Psychologist – Clinical, Correctional Facility under general direction, in a State correctional facility or outpatient clinic in the California Department of Corrections and Rehabilitation, carries out difficult assignments in clinical psychology which involve the assessment and treatment of adults, program development and evaluation, clinical research, professional training, and consultation; maintains order and supervises the conduct of inmates; protects and maintains the safety of persons and property; and does other related work.

Positions exist statewide.

## EXAMINATION SCOPE

This examination consists of the following components:

**Training and Experience Evaluation –** Weighted 100% of the final score.

The examination will consist solely of a **Training and Experience Evaluation.** To obtain a position on the eligible list, a minimum score of 70% must be received. Applicants will receive their score upon completion of the Training and Experience Evaluation process.

In addition to evaluating applicants' relative knowledge, skills, and ability, as demonstrated by quality and breadth of education and/or experience, emphasis in each examination component will be measuring competitively, relative to job demands, each applicant's:

**Knowledge of:**
1. Psychological theories and research;
2. Principles, techniques, and problems in developing and coordinating a clinical psychological treatment program;
3. Principles, techniques, and treads in psychology with particular reference to normal and disordered behavior, human development motivation, personality learning, individual differences, adaptation, and social interaction;
4. Methods for the assessment and modification of human behavior;
5. Characteristics and social aspects of mental disorders and retardation;
6. Research methodology, program evaluation, institutional and social processes, and group dynamics;
7. Functions of psychologists in various mental health services;
8. Current trends in the field of mental health;
9. Professional training;
10. Community organization and allied professional services.

**Ability to:**
1. Plan, organize, and work in a specialized clinical psychological treatment program involving members of other treatment disciplines;
2. Provide professional consultation and program leadership;
3. Teach and participate in professional training;
4. Recognize situations requiring the creative application of technical skills;
5. Develop and evaluate creative approaches to the assessment, treatment, and rehabilitation of mental disorders, to the conduct of research, and to the development and direction of a psychological program;
6. Plan, organize, and conduct research, data analysis, and program evaluation;
7. Conduct assessment and psychological treatment procedures;
8. Secure the cooperation of professional and lay groups;
9. Analyze situations accurately and take effective action;
10. Communicate effectively.

## ELIGIBLE LIST INFORMATION

A multi-departmental, open eligible list for the Psychologist – Clinical, Correctional Facility classification will be established for:

**California Correctional Health Care Services**
**California Department of Corrections and Rehabilitation**

The names of **successful** competitors will be merged onto the eligible list in order of final score regardless of examination date. Eligibility expires **twelve (12) months** after it is established. Applicants must then retake the examination to reestablish eligibility.

Veterans' Preference will be granted for this examination. In accordance with Government Codes 18973.1 and 18973.5, whenever any veteran, or widow or widower of a veteran achieves a passing score on an open examination, he or she shall be ranked in the top rank of the resulting eligible list.

Veterans' status is verified by the California Department of Human Resources (CalHR). Information on this program and the Veterans' Preference Application (Std. Form 1093) is available online**.** Additional information on veteran benefits is available at the Department of Veterans Affairs.

## EXAMINATION INFORMATION

Preview the Training and Experience Evaluation

## PREPARING FOR THE EXAMINATION

Here is a list of suggested resources to have available prior to taking the examination.

In an effort to streamline the examination process, please create a CalCareer Account with CalHR.  A CalCareer Account is a one stop shop for taking civil service examinations, applying for state jobs, and provides storage and organization for your documents and communications stemming from job opportunities, all in a paperless format.  To sign up for a CalCareer Account, or log in to your existing account, Click here.

**Employment History:** Employment dates, job titles, organization names and addresses, names of supervisors or persons who can verify your job responsibilities, and phone numbers of persons listed above.

**Education:** School names and addresses, degrees earned, dates attended, courses taken (verifiable on a transcript), persons or office who can verify education, and phone numbers of persons or offices listed above.

**Training:** Class titles, certifications received, names of persons who can verify your training, and phone numbers of persons listed above.

## TAKING THE EXAMINATION

Take the examination for the **Psychologist – Clinical, Correctional Facility** classification.

## TESTING DEPARTMENTS

California Correctional Health Care Services
California Department of Corrections and Rehabilitation

## CONTACT INFORMATION

If you have any technical or administrative questions concerning this examination bulletin, including provision of reasonable accommodation for this testing process, please contact:

California Correctional Health Care Services
Attn: Examination Services
8280 Longleaf Drive
Elk Grove, CA 95758

Phone: (916) 691-5894
Email:  CPHCSSelectionServices@cdcr.ca.gov
California Relay Service: 7-1-1 (TTY and voice)

TTY is a Telecommunications Device for the Deaf, and is reachable only from phones equipped with a TTY Device.

## EQUAL OPPORTUNITY EMPLOYER

The State of California is an equal opportunity employer to all, regardless of age, ancestry, color, disability (mental and physical), exercising the right of family care and medical leave, gender, gender expression, gender identity, genetic information, marital status, medical condition, military or veteran status, national origin, political affiliation,

race, religious creed, sex (includes pregnancy, childbirth, breastfeeding, and related medical conditions), and sexual orientation.

## DIVERSITY, EQUITY, AND INCLUSION

The California Department of Corrections and Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS) are committed to building and fostering a diverse workplace. We believe cultural diversity, backgrounds, experiences, perspectives, and unique identities should be honored, valued, and supported. We believe all staff should be empowered. CDCR/CCHCS are proud to foster inclusion and representation at all levels of both Departments.

## DRUG-FREE STATEMENT

It is an objective of the State of California to achieve a drug-free State work place. Any applicant for State employment will be expected to behave in accordance with this objective, because the use of illegal drugs is inconsistent with the law of the State, the rules governing civil service, and the special trust placed in public servants.

## GENERAL INFORMATION

Examination and/or Employment Application (Std. Form 678) forms are available at CalHR, local offices of the Employment Development Department, and through your **CalCareer Account**.

If you meet the requirements stated on this examination bulletin, you may take this examination, which is competitive. Possession of the entrance requirements does not assure a place on the eligible list. Your performance in the examination described in this bulletin will be rated against a predetermined job-related rating, and all applicants who pass will be ranked according to their score.

CCHCS reserves the right to revise the examination plan to better meet the needs of the service, if the circumstances under which this examination was planned change. Such revision will be in accordance with civil service laws and rules and all applicants will be notified.

**General Qualifications:** Applicants must possess essential personal qualifications including integrity, initiative, dependability, good judgement, the ability to work cooperatively with others, and a state of health consistent with the ability to perform the assigned duties of the class. A medical examination may be required. In open examinations, investigation may be made of employment records and personal history and fingerprinting may be required.

**Eligible Lists:** Eligible lists established by competitive examination, regardless of date, must be used in the following order: 1) sub-divisional promotional, 2) departmental promotional, 3) multi-departmental promotional, 4) servicewide promotional,

5) departmental open, 6) open. When there are two lists of the same kind, the older must be used first. Eligible lists will expire in one to four years unless otherwise stated on the bulletin.

**High School Equivalence:** Equivalence to completion of the 12th grade may be demonstrated in any one of the following ways: 1) passing the General Education Development (GED) Test; 2) completion of 12 semester units of college-level work; 3) certification from the State Department of Education, a local school board, or high school authorities that the competitor is considered to have education equivalent to graduation from high school; or 4) for clerical and accounting classes, substitution of business college work in place of high school on a year-for-year basis.

This bulletin cancels and supersedes all previously issued bulletins.

Top Navigation Row 2
Skip Ribbon Commands
Skip to main Content
Turn off more accessible mode
Turn off Animations

Navigation Toggle | Search Toggle

California Department of Human Resources logo

- State Retirees
- ca.gov
- About Us
- Contact Us
- Newsroom
- CalHR Careers
- Newsroom
- CalHR Careers

Search | Search

Social - Facebook Social - Twitter Social - YouTube LinkedIn Social - LinkedIn

◆

**You are leaving this website**

You are now leaving this website and being directed to the specific California government resource or website that you have requested. CalHR accepts no responsibility for

Stay Here | Redirect Me

print logo
Main Content Anchor
Navigation Toggle | hidden item

# Psychologist -Clinical, Correctional Facility (9283)

# Psychologist -Clinical, Correctional Facility

## California State Personnel Board Specification

- **Schematic Code:** XL54
- **Class Code:** 9283
- **Established:** 06/15/1993
- **Revised:** 06/19/2007
- **Title Changed:** --

## Definition

Under general direction, in a State correctional facility or outpatient clinic in the Department of Corrections and Rehabilitation, to carry out difficult assignments in clinical research, professional training, and consultation; to maintain order and supervise the conduct of inmates; to protect and maintain the safety of persons and property; and to d

## Distinguishing Characteristics

This class is concerned with the clinical range of psychological services and concentrates on the psychological aspects of mental disability, its alleviation, change and study. minimum of supervision. Incumbents may review the work of Clinical Psychology Interns and Psychology Associates and give general advice and assistance to them, but th

## Typical Tasks

Applies psychological knowledge and techniques to the problems of mental and developmental disabilities in adult offenders in a correctional facility or clinic; conducts var selects, administrators, scores and interprets personality, intelligence, and other psychological tests; based on psychological tests and observations, case history, treatment pr discharge, and therapeutic activities; consults with medical personnel regarding the finding of medical examinations and evidence of organic disturbances related to behavio and potential for adjustment; initiates and develops new programs for the treatment, training, or rehabilitation of patients or inmates; evaluates and reports on current and ne facility or area or to other agencies and groups; on request, testifies as an expert witness in court proceedings; may work with community groups to develop supportive reso staff, and volunteers; may participate in interviews for the selection of personnel; initiates, designs, and reports on clinical psychological research and collaborates in other r analysis of data; maintains familiarity with professional developments and research; may write articles for publication; complies and analyzes statistics; maintains order and escapes and injury by these persons to themselves, others, or to property; maintains security of working areas and work materials; and inspects premises and searches inmate

## Minimum Qualifications

License: Possession of a valid license as a Psychologist issued by the California Board of Psychology and possession of an earned Doctorate Degree in Psychology from an Professions Code.

Individuals who do not qualify for licensure by the California Board of Psychology or who are in the process of securing this license will be admitted into the examination a terminated. For persons employed less than full time, an extension of a waiver of licensure may be granted for additional years proportional to the extent of part-time emplo years.

Case 2:90-cv-00520-KJM-SCR Document 7966-1 Filed 09/26/23 Page 31 of 104

(Upon meeting educational requirements or completion of CA requirements to 7966 a licensing examination, employed for a maximum they must take the licensure examination at the earliest possible date after the date of employment.)

- Home
- Job Seekers
- State Employees
- State HR Professionals
- State Retirees
- Main Content
- Career
- Career
- Newsroom
- CalHR Careers

Applicants who are within six months of receiving their degree will be admitted into the examination, but will not be eligible for appointment until receipt of the degree and

## Knowledge and Abilities

Knowledge of: Psychological theories and research; principles, techniques, and problems in developing and coordinating a clinical psychological treatment program; principles of development, motivation, personality learning, individual differences, adaptation, and social interaction; methods for the assessment and modification of human behavior; characteristics of institutional and social process, group dynamics; functions of psychologists in various mental health services; current trends in the field of mental health; professional training.

Ability to: Plan, organize, and work in a specialized clinical psychological treatment program involving members of other treatment discipline; provide professional consultation and application of technical skills; develop and evaluate creative approaches to the assessment, treatment, and rehabilitation of mental disorders, to the conduct of research, and to program evaluation; conduct assessment and psychological treatment procedures; secure the cooperation of professional and lay groups; analyze situations accurately and take

## Special Personal Characteristics

Empathetic understanding of patients of a State correctional facility; willingness to work in a State correctional facility; scientific and professional integrity; emotional stability.

## Special Physical Characteristics

Persons appointed to this position must be reasonably expected to have and maintain sufficient strength, agility, and endurance to perform during stressful (physical, mental, fellow employees or that of inmates.

Assignments may include sole responsibility for the supervision of inmates and/or the protection of personal and real property.

Link Back to Top

- Conditions of Use
- Privacy Policy
- Accessibility
- Contact Us
- Download Document Readers
- CalHR Careers

CalHR logo
Copyright � 2023



# CLINICAL SOCIAL WORKER (HEALTH/CORRECTIONAL FACILITY) - SAFETY
## Exam Code: 1RC07

**Department:** State of California
**Exam Type:** Servicewide, Open
**Final Filing Date:** Continuous

## CLASSIFICATION DETAILS

**Clinical Social Worker (Health/Correctional Facility) – Safety (9872) –**

$6,897 - $8,801 per month - This salary shall apply to positions at the Department of Corrections and Rehabilitation within Correctional Health Care Services Division and Adult institutions. (Unlicensed)

$7,420 - $9,437 per month - This salary shall apply to positions at the Department of Corrections and Rehabilitation within Correctional Health Care Services Division and Adult institutions. (Licensed)

$6,568 - $8,382 per month - This salary shall apply to positions within the California Department of State Hospitals. (Unlicensed)

$7,066 - $8,987 per month - This salary shall apply to positions within the California Department of State Hospitals. (Licensed)

View the **Clinical Social Worker (Health/Correctional Facility)- Safety** classification specification.

## APPLICATION INSTRUCTIONS

Final Filing Date: Continuous

**Who Should Apply:**

Applicants who meet the minimum qualifications as stated on this bulletin may apply for and take this examination.

Once you have taken this examination, you may not retake it for **six (6) months**.

**How To Apply:**

The link to connect to the Training and Experience Evaluation is located farther down on this bulletin in the "Taking the Exam" section.

**Special Testing Arrangements:**

If you require special testing arrangements due to a verified disability or medical condition, please contact the department listed in the Contact Information section of this bulletin.

## MINIMUM QUALIFICATIONS

All applicants must meet the education and/or experience requirements as stated on this exam bulletin to be accepted into the examination. Part-time or full-time jobs, regardless of whether paid or volunteer positions, and inside or outside California state service will count toward experience.

**Clinical Social Worker (Health/Correctional Facility) - Safety**

Possession of a valid license as a Licensed Clinical Social Worker issued by the California Board of Behavioral Science. [Individuals who do not qualify for licensure by the California Board of Behavioral Science may be admitted into the examination and may be appointed but must secure a valid license within four years of appointment; however, an individual can be employed only to the extent necessary to be eligible for licensure plus one year. An extension of the waiver may be granted for one additional year based on extenuating circumstances, as provided by Section 1277(e) of the Health and Safety Code. The time duration for unlicensed employment does not apply to active doctoral candidates in social work, social welfare, or social service, until the completion of such training.]

[Unlicensed individuals who are recruited from outside the State of California and who qualify for licensure may take the examination and may be appointed for a maximum of one year at which time licensure shall have been obtained or the employment shall be terminated; an extension of the waiver may be granted for an additional one year based on extenuating circumstances, as provided by Section 1277(e) of the Health and Safety Code. Individuals granted an additional one year based on extenuating circumstances may be appointed for a maximum of two years at which time licensure shall have been obtained or the employment shall be terminated. Additionally, they must take the licensure examination at the earliest possible date after the date of employment.] **And**

**Education:** Completion of a master's degree program from an accredited school of social work, approved by the Council on Social Work Education.

**Special Personal Characteristics:** An objective and empathic understanding of individuals with mental, developmental, or physical disabilities; flexibility to alter hours as needed; tolerance; tact; emotional stability; and respect for persons from diverse backgrounds.

**Special Physical Characteristics:** Persons appointed to this class are reasonably expected to have and maintain sufficient strength, agility, and endurance to perform during physically, mentally, and emotionally stressful situations encountered on the job without compromising their health and well-being or that of their fellow employees, patients, or incarcerated persons.

Assignments may include sole responsibility for the control of patients, clients, or incarcerated persons and the protection of personal and real property.

**Drug Testing Requirement:** Applicants for positions in this class are required to pass a drug-screening test. Testing of current employees who are applicants in an examination or who are transferring is permitted only if the person does not have a current appointment to a class for which drug testing is a requirement.

**Applicants possessing the required license/certificate at the time of application must show the number, title, and expiration date on their Examination Application (Std. Form 678).**

## POSITION DESCRIPTION

### Clinical Social Worker (Health/Correctional Facility) - Safety

A Clinical Social Worker (Health/Correctional Facility) - Safety, under general direction in a health or correctional facility, performs clinical social work with individuals with mental, physical, or developmental disabilities; conducts assessments and summarizes case information for use in diagnosis, treatment (level of care), and dispositional release; diagnoses and/or collaborates in the formulation of a diagnosis; develops, monitors, and modifies treatment plans in collaboration with the interdisciplinary treatment team; identifies and recommends appropriate services based on assessment and, where applicable, civil or penal code commitment; provides individual and group therapy as delineated in the treatment plan; provides suicide and crisis risk assessment and intervention; participates in risk assessment, evaluation, and recommendation for alternate level of care placement, for release to the community, or other case disposition (with consideration for the risk the patient presents to the community); coordinates discharge planning activities and acts as resource on accessing appropriate community support and services to be utilized upon release; responds to requests from clients/patients, family members, courts, and community agencies; provides social work services to family members and community agencies; consults with colleagues and other staff on behavior management treatment issues; prepares verbal and written social work reports and provides court testimony, as required by law and policy, which can be used in all legal jurisdictions; participates in professional meetings, committees,

training, and conferences; participates in research and Quality Assurance and Improvement (QA&I); maintains safety by assisting staff in inspecting facilities, or observing behavior to identify or intervene in security breaches that could lead to injuries or escape; and does other related work.

## EXAMINATION SCOPE

This examination consists of the following components:

**Training and Experience Evaluation –** Weighted 100% of the final score.

The examination will consist solely of a **Training and Experience Evaluation.** To obtain a position on the eligible list, a minimum score of 70% must be received. Applicants will receive their score upon completion of the Training and Experience Evaluation process.

In addition to evaluating applicants' relative knowledge, skills, and ability, as demonstrated by quality and breadth of education and/or experience, emphasis in each exam component will be measuring competitively, relative job demands, each applicant's:

**Knowledge of:**
1. Principles, procedures, techniques, trends, and literature of social work with particular reference to clinical social work;
2. Psycho/social aspects of mental and developmental and physical disabilities;
3. Community organization principles;
4. Scope and activities of public and private health and welfare agencies;
5. Characteristics of mental, developmental, and physical disabilities;
6. Current trends in mental health, public health and public welfare, and federal and State programs in these fields.

**Ability to:**
1. Utilize and effectively apply the required technical knowledge;
2. Establish and maintain the confidence and cooperation of persons contacted in the work;
3. Secure accurate psycho/social data and record such data systematically;
4. Prepare clear, accurate, and concise reports;
5. Work family and community agencies in preparation for discharge;
6. Develop and implement programs;
7. Provide professional consultation;
8. Analyze situations accurately and take effective action;
9. Communicate effectively.

## ELIGIBLE LIST INFORMATION

A servicewide, open eligible list for the Clinical Social Worker (Health/Correctional Facility) - Safety classification will be established for the State of California (all State of California departments, statewide).

The names of successful competitors will be merged onto the eligible list in order of final score regardless of exam date. Eligibility expires **twelve (12) months** after it is established. Applicants must then retake the examination to reestablish eligibility.

Veterans' Preference will be granted for this examination. In accordance with Government Codes 18973.1 and 18973.5, whenever any veteran, or widow or widower of a veteran achieves a passing score on an open examination, he or she shall be ranked in the top rank of the resulting eligible list.

Veterans' status is verified by the California Department of Human Resources (CalHR). Information on this program and the Veterans' Preference Application (Std. Form 1093) is available online. Additional information on veteran benefits is available at the Department of Veterans Affairs.

Career Credits are not granted in examinations administered on an open basis.

## EXAMINATION INFORMATION

**Preview of the Training and Experience Evaluation**

## PREPARING FOR THE EXAMINATION

Here is a list of suggested resources to have available prior to taking the exam.

In an effort to streamline the examination process, please create a CalCareer Account with CalHR. A CalCareer Account is a one stop shop for taking civil service examinations, applying for state jobs, and provides storage and organization for your documents and communications stemming from job opportunities, all in a paperless format. To sign up for a CalCareer Account, or log in to your existing account, Click here.

**Employment History:** Employment dates, job titles, organization names and addresses, names of supervisors or persons who can verify your job responsibilities, and phone numbers of persons listed above.

**Education:** School names and addresses, degrees earned, dates attended, courses taken (verifiable on a transcript), persons or office who can verify education, and phone numbers of persons or offices listed above.

**Training:** Class titles, certifications received, names of persons who can verify your training, and phone numbers of persons listed above.

## TAKING THE EXAMINATION

Take the **Clinical Social Worker (Health/Correctional Facility) examination**.

## TESTING DEPARTMENTS

State of California (all State of California departments)

## CONTACT INFORMATION

If you have any technical or administrative questions concerning this examination bulletin, including provision of reasonable accommodation for this testing process, please contact:

California Correctional Health Care Services
Attn: Examination Services
8280 Longleaf Drive
Elk Grove, CA 95758

Phone: (916) 691-5894
Email: CPHCSSelectionServices@cdcr.ca.gov
California Relay Service: 7-1-1 (TTY and voice)

TTY is a Telecommunications Device for the Deaf, and is reachable only from phones equipped with a TTY Device.

## EQUAL OPPORTUNITY EMPLOYER

The State of California is an equal opportunity employer to all, regardless of age, ancestry, color, disability (mental and physical), exercising the right of family care and medical leave, gender, gender expression, gender identity, genetic information, marital status, medical condition, military or veteran status, national origin, political affiliation, race, religious creed, sex (includes pregnancy, childbirth, breastfeeding, and related medical conditions), and sexual orientation.

## DRUG-FREE STATEMENT

It is an objective of the State of California to achieve a drug-free State work place. Any applicant for State employment will be expected to behave in accordance with this objective, because the use of illegal drugs is inconsistent with the law of the State, the rules governing civil service, and the special trust placed in public servants.

## GENERAL INFORMATION

Examination and/or Employment Application (Std. Form 678) forms are available at CalHR, local offices of the Employment Development Department, and through your **CalCareer Account.**

If you meet the requirements stated on this examination bulletin, you may take this examination, which is competitive. Possession of the entrance requirements does not assure a place on the eligible list. Your performance in the examination described in this bulletin will be rated against a predetermined job-related rating, and all applicants who pass will be ranked according to their score.

CalHR reserves the right to revise the examination plan to better meet the needs of the service, if the circumstances under which this examination was planned change. Such revision will be in accordance with civil service laws and rules and all applicants will be notified.

**General Qualifications:** Applicants must possess essential personal qualifications including integrity, initiative, dependability, good judgement, the ability to work cooperatively with others, and a state of health consistent with the ability to perform the assigned duties of the class. A medical examination may be required. In open examinations, investigation may be made of employment records and personal history and fingerprinting may be required.

**Eligible Lists:** Eligible lists established by competitive examination, regardless of date, must be used in the following order: 1) sub-divisional promotional, 2) departmental promotional, 3) multi-departmental promotional, 4) servicewide promotional, 5) departmental open, 6) open. When there are two lists of the same kind, the older must be used first. Eligible lists will expire in one to four years unless otherwise stated on the bulletin.

**High School Equivalence:** Equivalence to completion of the 12th grade may be demonstrated in any one of the following ways: 1) passing the General Education Development (GED) Test; 2) completion of 12 semester units of college-level work; 3) certification from the State Department of Education, a local school board, or high school authorities that the competitor is considered to have education equivalent to graduation from high school; or 4) for clerical and accounting classes, substitution of business college work in place of high school on a year-for-year basis.

This bulletin cancels and supersedes all previously issued bulletins.

Top Navigation Toggle
Skip to main content
Skip Ribbon Commands
Turn off more accessible mode
Skip to Pockets
Navigation Toggle    Search Toggle
State Employees
State Supervisors / Managers
CA.gov website

State HR Professionals
State Retirees
ca.gov
About Us
Main Content
Contact Us
SFL
Newsroom
CalHR Careers
Newsroom
Search    Search
CalHR Careers

Social - Facebook Social - Twitter Social - YouTube LinkedIn Social - LinkedIn

California Department of Human Resources logo

◆

**You are leaving this website**

You are now leaving this website and being directed to the specific California government resource or website that you have requested. CalHR accepts no responsibility for

Stay Here    Redirect Me

 print logo

Main Content Anchor

# Clinical Social Worker (Health Facility) Series

# Clinical Social Worker (Health Facility) Series

## California State Personnel Board Specification

Series established July 1, 2005

## Scope

Under general direction, in a health or correctional facility, to do clinical social work with individuals with mental, physical, or developmental disabilities, and their commun

Clinical Social Worker (Health Facility) Series Specification - Class Titles and Codes

| Schem Code | Class Code | Class |
|---|---|---|
| XP36 | 9877 | Clinical Social Worker (Health Facility) |
| XP35 | 9872 | Clinical Social Worker (Health/Correctional) Safety |

## Distinguishing Characteristics

Positions are responsible for maintaining safety by assisting staff in inspecting facilities, or observing behavior to identify or intervene in security breaches that could lead to Safety. The class of Clinical Social Worker (Health Facility) is used for positions performing clinical social work in a nonforensic setting.

## Definition of Series

Incumbents conduct assessments and summarize case information for use in diagnosis, treatment (level of care), and dispositional release; diagnose and/or collaborate in the treatment team; identify and recommend appropriate services based on assessment and, where applicable, civil or penal code commitment; provide individual and group the assessment, evaluation, and recommendation for alternate level of care placement, for release to the community, or other case disposition (with consideration for the risk the appropriate community support and services to be utilized upon release; respond to requests from clients/patients, family members, courts, and community agencies; provide Affairs only) and community agencies; consult with colleagues and other staff on behavior management treatment issues; prepare verbal and written social work reports and professional meetings, committees, training, and conferences; and participate in research and Quality Assurance and Improvement (QA&I).

## Minimum Qualifications

## Both Classes:

Possession of a valid license as a Licensed Clinical Social Worker issued by the California Board of Behavioral Science. [Individuals who do not qualify for licensure by the a valid license within four years of appointment; however, an individual can be employed only to the extent necessary to be eligible for licensure plus one year. An extension 1277(e) of the Health and Safety Code. The time duration for unlicensed employment does not apply to active doctoral candidates in social work, social welfare, or social se

[Unlicensed individuals who are recruited from outside the State of California and who qualify for licensure may take the examination and may be appointed for a maximum the waiver may be granted for an additional one year based on extenuating circumstances, as provided by Section 1277(e) of the Health and Safety Code. Individuals grant

Case 2:90-cv-00520-KJM-SCR   Document 7966-1   Filed 09/26/23   Page 40 of 104

The Navigator category - divisions Knowledge be terminated, within 18 months, must the clinical examination program, at loss of date after the date work, approved by the Council on Social Work Education.

- Home
- Job Seekers
- State Employees
- State Supervisors / Managers
- HR Professionals
- State Retirees
- Main Content
- CalBox
- About Us
- Contact Us
- Newsroom
- CalHR Careers

## Knowledge and Abilities

### Both Classes:

Knowledge of: Principles, procedures, techniques, trends, and literature of social work with particular reference to clinical social work; psycho/social aspects of mental and health and welfare agencies; characteristics of mental, developmental, and physical disabilities; current trends in mental health, public health and public welfare, and Federa

Ability and effectively apply the required technical knowledge; establish and maintain the confidence and cooperation of persons contacted in the work; secure ac family and community agencies in preparation for discharge; develop and implement programs; provide professional consultation; analyze situations accurately and take eff

## Special Personal Characteristics

### Both Classes:

An objective and empathic understanding of individuals with the mental, developmental, or physical disabilities; flexibility to alter hours as needed; tolerance; tact; emotion

## Special Physical Characteristics

### Clinical Social Worker (Health/Correctional Facility) ? Safety

Persons appointed to the class of Clinical Social Worker (Health/Correctional Facility) Safety are reasonably expected to have and maintain sufficient strength, agility, and e compromising their health and well-being or that of their fellow employees, patients, or inmates.

Assignments may include sole responsibility for the control of patients, clients, or inmates and the protection of personal and real property.

## Drug Testing Requirement

### Both Classes:

Applicants for positions in these classes are required to pass a drug-screening test. Testing of current employees who are applicants in an examination or who are transferrin

## Class History

Clinical Social Worker (Health Facility) Series History - Dates Established, Revised, and Title Changed

| Class | Date Established | Date Revised | Title Changed |
|---|---|---|---|
| Clinical Social Worker (Health Facility) | 07/01/2005 | -- | -- |
| Clinical Social Worker (Health/Correctional Facility) Safety | 07/01/2005 | -- | -- |

Link Back to Top

- Conditions of Use
- Privacy Policy
- Accessibility
- Contact Us
- Download Document Readers
- CalHR Careers

CalHR logo
Copyright � 2023

**AFSCME**
*We Make California Happen*

# TENTATIVE AGREEMENT SUMMARY

AFSCME Local 2620, Bargaining Unit (BU) 19 has reached a Tentative Agreement with the State of California. AFSCME Local 2620's goal from the start of negotiations was to fight for EVERY member of our union. The State had its "priorities" in negotiations and claimed that they had limited funds. Your bargaining team presented proposals and counter proposals that outlined our own priorities. During our last bargaining session, we faced critical decisions, as the State conveyed that they had no further room for movement.

At this critical juncture, two crucial matters were at risk: **1) retroactive pay to July 1, 2023, (for both General Salary increases and Special Salary Adjustments) and 2) not having our contract reviewed this year by the Legislature,** which would mean not receiving pay increases this year. We successfully negotiated both! Lastly, the team agreed to a two-year contract which included General Salary increases that would apply to all employees in our Bargaining Unit and Special Salary Adjustments that covers over 80% of employees in our bargaining unit. This achievement ensures our members receive salary increases this year, while we continue to FIGHT, ORGANIZE, and prepare for negotiations in 2025.

**Given the benefits of this agreement the AFSCME Local 2620 Negotiations Team is recommending a YES vote! We will explain the details of our tentative agreement at our town hall zoom meetings. Our Town Hall schedule is as follows:**

**Tuesday, August 8, 2023 at 7pm**
**Zoom Link:**
https://us06web.zoom.us/j/85162423637?pwd=TGlMVEZYcTFQaVk3MVhDY3JURS9HUT09

**Wednesday, August 9, 2023 at 7pm**
**Zoom Link:**
https://us06web.zoom.us/j/87393660716?pwd=QmVLVmFoMFhIeSs2cUJSbWZOSXdqQT09

**Thursday, August 10, 2023 at 7pm**
**Zoom Link:**
https://us06web.zoom.us/j/84585260171?pwd=UDM0aWJDTG1rRndHcWVxS3RETkdrQT09

## TENTATIVE AGREEMENT SUMMARY

| I. | GENERAL SALARY INCREASE | PERCENTAGE |
|---|---|---|
| | ALL MEMBERS – JULY 1, 2023 (Retroactive) | 3.00% |
| | ALL MEMBERS – JULY 1, 2024 | 2.50% |
| II. | SPECIAL SALARY ADJUSTMENT | PERCENTAGE |
| | RECREATION THERAPIST, CF (9286 A) | 9.63% |
| | RECREATION THERAPIST, CF (9286 P) | 9.66% |
| III. | SPECIAL SALARY ADJUSTMENT | PERCENTAGE |
| | REHABILITATION THERAPIST, STATE FACILITIES (RECREATION-SAFETY) (8324 A/P/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (RECREATION) (8312 A/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (OCCUPATIONAL) (8289 A/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (ART) (8414 A/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (ART SAFETY) (8420 A/P/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (DANCE) (8423 A/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (DANCE SAFETY) (8422 A/P/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (MUSIC) (8311 A/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (MUSIC SAFETY) (8321 A/P/S/U) | 8.00% |
| | REGISTERED DIETITIAN (2167) | 8.00% |
| | REGISTERED DIETITIAN (SAFETY) (2172) | 8.00% |
| | REGISTERED DIETITIAN, CORRECTIONAL FACILITY (9279) | 8.00% |
| | PRE-REGISTERED DIETITIAN (2168) | 8.00% |
| IV. | SPECIAL SALARY ADJUSTMENT | PERCENTAGE |
| | REHABILITATION THERAPIST, STATE FACILITIES (OCCUPATIONAL-SAFETY) (8323 P/S/U) | 6.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (OCCUPATIONAL-SAFETY) (8323 A) | 5.98% |
| | REHABILITATION SPECIALIST (9794) | 7.22% |
| | REHABILITATION ADMINISTRATOR I (SPECIALIST) (9796) | 7.63% |
| VI. | SPECIAL SALARY ADJUSTMENT | PERCENTAGE |

|  | BEHAVIOR SPECIALIST I (9823) | 5.00% |
|  | BEHAVIOR SPECIALIST II (9824) | 5.00% |
|  |  |  |
| **VII.** | **SPECIAL SALARY ADJUSTMENT** | **PERCENTAGE** |
|  | PHYSICIAN ASSISTANT, CORRECTIONAL FACILITY (8016) | 3.00% |
| **VIII.** | **SPECIAL SALARY ADJUSTMENT** | **PERCENTAGE** |
|  | OCCUPATIONAL THERAPIST, DMHDS (8204 A/S/U) | 2.50% |
|  | OCCUPATIONAL THERAPIST, CORRECTIONAL FACILITY (9280 A/P/Q) | 2.50% |
|  | OCCUPATIONAL THERAPIST (8288 A/S/U) | 2.50% |
|  | SENIOR VOCATIONAL REHABILITATION COUNSELOR (SAFETY) (9815) | 2.50% |
|  | SENIOR VOCATIONAL REHABILITATION COUNSELOR (9806) | 2.50% |
|  | SENIOR VOCATIONAL REHABILITATION COUNSELOR, QRP (9818) | 2.50% |
|  | PHARMACIST I, DMHDS (7659) | 2.50% |
|  | PHARMACIST I (7982) | 2.50% |
|  | INSPECTOR, BOARD OF PHARMACY (8876) | 2.50% |
|  | PHARMACEUTICAL CONSULTANT I, DHS (7975) | 2.50% |
|  | PHARMACEUTICAL CONSULTANT II, DHS (7994) | 2.50% |
| **IX.** | **SPECIAL SALARY ADJUSTMENT*** | **PERCENTAGE** |
|  | PSYCHOLOGIST (HEALTH FACILITY-EXPERIMENTAL) (9833) | 10.00% |
|  | SENIOR PSYCHOLOGIST (HEALTH FACILITY) (SPECIALIST) (9839) | 10.00% |
|  | PSYCHOLOGIST (HEALTH FACILITY-EDUCATIONAL) (9841) | 10.00% |
|  | PSYCHOLOGIST-CLINICAL, CORRECTIONAL FACILITY (9283) | 10.00% |
|  | SENIOR PSYCHOLOGIST, CORRECTIONAL FACILITY (SPECIALIST) (9287) | 10.00% |
|  | PSYCHOLOGY INTERNSHIP DIRECTOR (9842) | 10.00% |
|  | STAFF PSYCHOLOGIST -CLINICAL (9847) | 10.00% |
|  | PSYCHOLOGIST (HEALTH FACILITY-CLINICAL-SAFETY) (9873) | 10.00% |
|  | PSYCHOLOGIST (HEALTH FACILITY-CLINICAL) DMHDS (9878) | 10.00% |
|  | CONSULTING PSYCHOLOGIST (7620) | 10.00% |
|  | SEXUALLY VIOLENT PREDATOR EVALUATOR (7621) | 10.00% |
|  | PSYCHOLOGIST (9252) | 10.00% |
| **X.** | **SPECIAL SALARY ADJUSTMENT*** | **PERCENTAGE** |
|  | SOCIAL WORK ASSOCIATE (9871) | 3.00% |
|  | SOCIAL WORK ASSOCIATE (SAFETY) (9874) | 3.00% |

| | | |
|---|---|---|
| | PSYCHIATRIC SOCIAL WORKER (9870) | 3.00% |
| | CLINICAL SOCIAL WORKER (HEALTH/CORRECTIONAL FACILITY)-SAFETY (9872 S/T/U/V) | 3.00% |
| | CLINICAL SOCIAL WORKER (HEALTH FACILITY) (9877 A/S/T/U/V) | 3.00% |
| **XI.** | **SPECIAL SALARY ADJUSTMENT\*** | **PERCENTAGE** |
| | CLINICAL SOCIAL WORKER (HEALTH/CORRECTIONAL FACILITY)-SAFETY (9872 Q) | 2.99% |
| **XII.** | **SPECIAL SALARY ADJUSTMENT\*** | **PERCENTAGE** |
| | CLINICAL SOCIAL WORKER (HEALTH/CORRECTIONAL FACILITY)-SAFETY (9872 A/P) | 2.65% |
| **XIII.** | **Pay Differential 324 extended to Psychologists in DSH and Social Workers in both CDCR and DSH** | |
| | Those hired prior to 8/1/2016 will receive a one-time retention bonus of up to $10,000. Those hired within the last 7 years and those newly hired will receive a recruitment bonus. | |
| **XIV.** | **OTHER ECONOMIC CONCESSIONS GAINED** | |
| | Article 7.13 - Increase in intern/practicum student supervision from $100 per month to $500 per month | |
| | Article 14.2 - Payment upfront of $500 for continuing education related to licensing | |
| | Article 12.1 - Change in the reimbursement rate for travel for state business. | |
| | Article 12.8 - Increase in mass transit reimbursement and vanpool rider reimbursement from 75% to 100% | |
| | Article 15.15 - Change of language to compel the completion of two classification reviews a year. | |
| | Article 6.12 - Psychologists get to work additional caseloads for straight pay without the need for approval for a second position. | |
| | Article 12.10 - Increase in number of days granted to chaplains and NASL to maintain good standing. | |
| | Article 6.11 - Psychologist and Social Workers will now be paid $10.00 per hour for all assigned on call hours . | |
| | Article 14.2 - 12 CEU hours for Rehabilitation Therapist (Art, Music, Dance-Safety). | |

**\*Items IX to XII effective July 1, 2023, the maximum salary range for the following classes will increase by the percentages listed.**

# EXHIBIT B



101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Ernest Galvan
Email:  egalvan@rbgg.com

September 18, 2023

<u>VIA MESSENGER</u>

Angela Reinhold
LCSW
California Correctional Institution
24900 Highway 202
Tehachapi, CA 93561

> Re:  *Coleman v. Newsom*:  Letter to Witness (Explaining Subpoena and
> Confirming Appearance)
> <u>Our File No. 0489-03</u>

Dear Ms. Reinhold:

The attached subpoena requires that you appear and testify on September 29, 2023 at 10:00 a.m. in Courtroom 3 of the United States District Court, Eastern District of California, located at 501 "I" Street in Sacramento, California.  While we anticipate that the trial of this matter will have commenced by that time, your appearance in court may not be required until sometime shortly after that date.  Therefore, in order to minimize any inconvenience that service of this subpoena may cause you, we are willing to place you "on-call" so that you will not have to appear until your testimony is actually required.  Upon receipt of this subpoena, please sign and return the enclosed Acknowledgment of Service of Civil Subpoena and Agreement to Appear.

/ / /

/ / /

/ / /

/ / /

/ / /

[4360718.1]

Angela Reinhold
September 18, 2023
Page 2

Thank you in advance for your assistance and cooperation.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

*/s/ Ernest Galvan*

By:  Ernest Galvan

EG:gzg
Enclosures
cc:  Damon McClain        Lawrence Cirelli
     Elise Thorn          Namrata Kotwani
     Samantha Wolff       Laurel O'Connor
     Paul Mello           Kaylen Kadotani
     David Cassarubias    Carson Niello

## ACKNOWLEDGMENT OF SERVICE OF CIVIL SUBPOENA
## AND AGREEMENT TO APPEAR

I hereby acknowledge service of a Civil Subpoena requiring me to appear as a witness in the action entitled *Coleman v. Newsom*, Case No. 2:90-CV-00520-KJM-DB United States District Court, Eastern District of California, 501 "I" Street, in Sacramento, California, at 10:00 a.m. on September 29, 2023. In lieu of appearing at that time, I hereby agree to appear at the request of Rosen Bien Galvan & Grunfeld, LLP upon reasonable notice, which I understand will be at least twenty-four (24) hours.

Executed this _____ day of _____, _____, at _____, _____.

_____
*[Name]*
_____
Business telephone: _____
Home telephone: _____
Cell phone: _____
Other: _____

[4360718.1]

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| RALPH COLEMAN, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:90-CV-00520-KJM-DB |
| EDMUND G. BROWN, JR., et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Angela Reinhold

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Robert T. Matsui United States Courthouse<br>501 "I" Street<br>Sacramento, CA 95814 | Courtroom No.: 3, 15th Floor |
|---|---|---|
| | | Date and Time: 09/29/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    09/18/2023

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

/s/ Ernest Galvan
_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Ralph Coleman
_____ , who issues or requests this subpoena, are:

Ernest Galvan, 101 Mission Street, 6th Floor, San Francisco, CA 94105, egalvan@rbgg.com, (415) 433-6830

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action  (page 2)

Civil Action No.   2:90-CV-00520-KJM-DB

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Angela Reinhold

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**

The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**Greg Gonzalez**

---

**From:** POD@acelegal.com
**Sent:** Tuesday, September 19, 2023 12:04 PM
**To:** Greg Gonzalez
**Subject:** Delivery Confirmation for Control# 2232463 Ref# [IMAN-DMS.FID12440


[EXTERNAL MESSAGE NOTICE]

        ACE ATTORNEY SERVICE, INC.

ATTN: Greg Z. Gonzalez

CTRL:  2232463   ORDER DATE:  9/18/23   SERVICE TYPE: PDF PSD
CUST: 13574 ROSEN, BIEN, GALVAN & GRUNFELD LLP    REF: [IMAN-DMS.FID12440

PU: ROSEN, BIEN, GALVAN & GRUNFELD LLP  DL: Angela Reinhold
  101 MISSION STREET              24900 Highway 202
  SAN FRANCISCO   CA  94105          TEHACHAPI          TEHACH
  RM:SIXTH FLOOR


DEL DATE:  9/19/23   TIME: 11:29   SIGN: NICHOLAS HERNANDEZ

  CASE NUMBER:2:90-CV-00520
  CASE NAME:COLEMAN-v-BROWn
  DOCUMENTS:SUBPOENA TO APPEAR A
      SEP 29

# EXHIBIT C

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Ernest Galvan |
| **Sent:** | Tuesday, September 19, 2023 12:18 PM |
| **To:** | Elise Thorn; Greg Gonzalez; David C. Casarrubias; Coleman Team - RBG Only; Marissa Hatton |
| **Cc:** | Damon McClain; Namrata Kotwani; Samantha Wolff; Paul B. Mello; Lawrence M. Cirelli; Laurel E. O'Connor; Kaylen Kadotani; Carson R. Niello |
| **Subject:** | RE: 0489-3:  Subpoenas for Staffing Contempt Trial Witnesses [IMAN-DMS.FID63117] |

Yes, this is a late witness disclosure.  I meant to copy you on the letter-I am sorry if I failed to do that.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Tuesday, September 19, 2023 12:11 PM
**To:** Greg Gonzalez <GGonzalez@rbgg.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Marissa Hatton <mhatton@prisonlaw.com>
**Cc:** Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>; Lawrence M. Cirelli <lcirelli@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>
**Subject:** RE: 0489-3: Subpoenas for Staffing Contempt Trial Witnesses [IMAN-DMS.FID63117]

[EXTERNAL MESSAGE NOTICE]

Greg,

We just received the attached letter and subpoena issued to LCSW Angela Reinhold at CCI.  Ms. Reinhold is not on Plaintiffs' witness list for the September 29 hearing and the attorneys that Ernie's letter indicates were copied on the letter did not receive the letter.

Please let us know whether this is a mistake or whether Plaintiffs are attempting a late witness disclosure.

Thank you,

Elise Thorn

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**

Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-6648 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Greg Gonzalez <GGonzalez@rbgg.com>
**Sent:** Tuesday, September 19, 2023 8:07 AM
**To:** David C. Casarrubias <DCasarrubias@hansonbridgett.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Marissa Hatton <mhatton@prisonlaw.com>
**Cc:** Damon McClain <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>; Lawrence M. Cirelli <lcirelli@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>
**Subject:** RE: 0489-3: Subpoenas for Staffing Contempt Trial Witnesses [IMAN-DMS.FID63117]

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks, David!

Attached are versions of the subpoenas and letters with signed POSs.

## Greg Z. Gonzalez

*Senior Paralegal*
**ROSEN BIEN GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, CA 94105
Tel:  415.433.6830
Fax:  415.433.7104
ggonzalez@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ggonzalez@rbgg.com.

---

**From:** David C. Casarrubias <DCasarrubias@hansonbridgett.com>
**Sent:** Monday, September 18, 2023 6:09 PM
**To:** Greg Gonzalez <GGonzalez@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Marissa Hatton <mhatton@prisonlaw.com>
**Cc:** v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>; Lawrence M. Cirelli <lcirelli@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>
**Subject:** RE: 0489-3: Subpoenas for Staffing Contempt Trial Witnesses [IMAN-DMS.FID63117]

[EXTERNAL MESSAGE NOTICE]

Thank you, Greg.

All,

Please be advised that Dr. David will be on pre-approved time off and unavailable the week of October 9th. We appreciate you working with us to ensure that she is not called to testify between October 9-15.

If you have any questions or concerns, please let me know. We appreciate your courtesy and flexibility in working with Dr. David and her schedule.

-David

---

**From:** Greg Gonzalez <GGonzalez@rbgg.com>
**Sent:** Monday, September 18, 2023 4:23 PM
**To:** v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; v_Elise.Thorn@doj.ca.gov <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; Lawrence M. Cirelli <lcirelli@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Marissa Hatton <mhatton@prisonlaw.com>
**Subject:** [EXTERNAL] 0489-3: Subpoenas for Staffing Contempt Trial Witnesses [IMAN-DMS.FID63117]

**EXTERNAL:** Use caution when opening attachments, links or responding to this e-mail.

---

Counsel,

Please see attached subpoenas.

Thanks!

## Greg Z. Gonzalez

*Senior Paralegal*
**ROSEN BIEN GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, CA 94105
Tel: 415.433.6830
Fax: 415.433.7104
ggonzalez@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ggonzalez@rbgg.com.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT D

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Elise Thorn <Elise.Thorn@doj.ca.gov> |
| **Sent:** | Tuesday, September 19, 2023 4:47 PM |
| **To:** | Ernest Galvan; Greg Gonzalez; David C. Casarrubias; Coleman Team - RBG Only; Marissa Hatton |
| **Cc:** | Damon McClain; Namrata Kotwani; Samantha Wolff; Paul B. Mello; Lawrence M. Cirelli; Laurel E. O'Connor; Kaylen Kadotani; Carson R. Niello |
| **Subject:** | RE: 0489-3:  Subpoenas for Staffing Contempt Trial Witnesses [IMAN-DMS.FID63117] |

---

**[EXTERNAL MESSAGE NOTICE]**

Ernie,

Today we received notice that your service processor attempted service of a subpoena on Ms. Reinhold at CCI.  We had never heard of her until today.  To date, we have not received an amended witness disclosure from Plaintiffs or any of the required information concerning the scope of her anticipated testimony.  Defendants object to your late disclosure of Ms. Reinhold as a witness and reserve all objections as to her proposed testimony pending receipt and review of information concerning the scope of her testimony.  We will respond separately to your recent email forwarding Ms. Reinhold's voicemail.  Finally, please let me know if you plan on serving any other subpoenas so that we may alert the litigation coordinators at the institutions.

Sincerely,

Elise Thorn

---

**From:** Ernest Galvan <EGalvan@rbgg.com>
**Sent:** Tuesday, September 19, 2023 4:09 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Greg Gonzalez <GGonzalez@rbgg.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Marissa Hatton <mhatton@prisonlaw.com>
**Cc:** Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>; Lawrence M. Cirelli <lcirelli@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>
**Subject:** RE: 0489-3: Subpoenas for Staffing Contempt Trial Witnesses [IMAN-DMS.FID63117]

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Elise—please see the message below from Ms. Reinhold.  At the moment I consider her a represented party so I will not be returning her call, unless I receive your consent to do so.

## Hello Ernest Galvan,

Your Virtual Office Extension 223 has a new voicemail.

---

**New voicemail details:**

| | | |
|---|---|---|
| **Received from:** | ███████████ | REINHOLD,ANGELA |
| **Date/Time:** | Tuesday, September 19, 2023 3:50:06 PM | |

| | |
|---|---|
| **Duration:** | 47 Seconds |
| **VM Transcript:** | Hi, my name is Angela Reinhold, license clinical social worker at CCI Correctional Institution in Tatcha B. I received notice that I am being subpoenaed to appear and testify on September 29th at 10 a.m. in the United States District Court for the Coleman versus Newsom Court hearings. So I wanted to get more information, let you know that I received this. If you could please return my call. I'd greatly appreciate it. My number is area code ███████████ Thank you. |

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

---

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Tuesday, September 19, 2023 12:11 PM
**To:** Greg Gonzalez <GGonzalez@rbgg.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Marissa Hatton <mhatton@prisonlaw.com>
**Cc:** Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>; Lawrence M. Cirelli <lcirelli@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>
**Subject:** RE: 0489-3: Subpoenas for Staffing Contempt Trial Witnesses [IMAN-DMS.FID63117]

[EXTERNAL MESSAGE NOTICE]

Greg,

We just received the attached letter and subpoena issued to LCSW Angela Reinhold at CCI. Ms. Reinhold is not on Plaintiffs' witness list for the September 29 hearing and the attorneys that Ernie's letter indicates were copied on the letter did not receive the letter.

Please let us know whether this is a mistake or whether Plaintiffs are attempting a late witness disclosure.

Thank you,

Elise Thorn

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-6648 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Greg Gonzalez <GGonzalez@rbgg.com>
**Sent:** Tuesday, September 19, 2023 8:07 AM
**To:** David C. Casarrubias <DCasarrubias@hansonbridgett.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Marissa Hatton <mhatton@prisonlaw.com>
**Cc:** Damon McClain <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>; Lawrence M. Cirelli <lcirelli@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>
**Subject:** RE: 0489-3: Subpoenas for Staffing Contempt Trial Witnesses [IMAN-DMS.FID63117]

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks, David!

Attached are versions of the subpoenas and letters with signed POSs.

**Greg Z. Gonzalez**
*Senior Paralegal*
**ROSEN BIEN GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, CA 94105
Tel: 415.433.6830
Fax: 415.433.7104
ggonzalez@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ggonzalez@rbgg.com.

**From:** David C. Casarrubias <DCasarrubias@hansonbridgett.com>
**Sent:** Monday, September 18, 2023 6:09 PM
**To:** Greg Gonzalez <GGonzalez@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Marissa Hatton <mhatton@prisonlaw.com>
**Cc:** v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>; Lawrence M. Cirelli <lcirelli@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>
**Subject:** RE: 0489-3: Subpoenas for Staffing Contempt Trial Witnesses [IMAN-DMS.FID63117]

[EXTERNAL MESSAGE NOTICE]

Thank you, Greg.

All,

Please be advised that Dr. David will be on pre-approved time off and unavailable the week of October 9th. We appreciate you working with us to ensure that she is not called to testify between October 9-15.

If you have any questions or concerns, please let me know. We appreciate your courtesy and flexibility in working with Dr. David and her schedule.

-David

---

**From:** Greg Gonzalez <GGonzalez@rbgg.com>
**Sent:** Monday, September 18, 2023 4:23 PM
**To:** v_Damon.McClain@doj.ca.gov <Damon.McClain@doj.ca.gov>; v_Elise.Thorn@doj.ca.gov <Elise.Thorn@doj.ca.gov>; v_Namrata.Kotwani@doj.ca.gov <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>; David C. Casarrubias <DCasarrubias@hansonbridgett.com>; Lawrence M. Cirelli <lcirelli@hansonbridgett.com>; Laurel E. O'Connor <LOConnor@hansonbridgett.com>; Kaylen Kadotani <KKadotani@hansonbridgett.com>; Carson R. Niello <CNiello@hansonbridgett.com>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Marissa Hatton <mhatton@prisonlaw.com>
**Subject:** [EXTERNAL] 0489-3: Subpoenas for Staffing Contempt Trial Witnesses [IMAN-DMS.FID63117]

**EXTERNAL:** Use caution when opening attachments, links or responding to this e-mail.

---

Counsel,

Please see attached subpoenas.

Thanks!

## Greg Z. Gonzalez

*Senior Paralegal*
**ROSEN BIEN GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, CA 94105
Tel:  415.433.6830
Fax:  415.433.7104
ggonzalez@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ggonzalez@rbgg.com.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged

information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT E

**Greg Gonzalez**

| | |
|---|---|
| From: | Michael W. Bien |
| Sent: | Thursday, September 21, 2023 12:31 PM |
| To: | Coleman Team - RBG Only |
| Cc: | Marissa Hatton |
| Subject: | Fwd: Judge Muller  Enforcement Hearing on 09/29 |
| Attachments: | image001.jpg; SWOC TA LETTER.docx; RecreationTherapistCF-O-C.pdf; Recreation Therapist, Correctional Facility (9286) - CalHR.html; PsychologistClinicalCF-O-C.pdf; Psychologist -Clinical, Correctional Facility (9283) - CalHR.html; ClinicalSocialWorkerHCFSafety-O-C.pdf; Clinical Social Worker (Health Facility) Series - CalHR.html; AFSCME 2620- BU 19 TENTATIVE AGREEMENT SUMMARY 8.3.2023 V2.docx _1_.pdf |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Sent from my iPhone

Begin forwarded message:

> **From:** "Reinhold, Angela" <Angela.Reinhold@cdcr.ca.gov>
> **Date:** September 21, 2023 at 8:54:35 AM PDT
> **To:** "Michael W. Bien" <MBien@rbgg.com>, ells@rbgg.com, Jenny Yelin <JYelin@rbgg.com>, Michael Nunez <MNunez@rbgg.com>, Adrienne Harrold <aharrold@rbgg.com>
> **Cc:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>, Elise Thorn <Elise.Thorn@doj.ca.gov>, Nick Weber <Nicholas.Weber@cdcr.ca.gov>
> **Subject: RE: Judge Muller  Enforcement Hearing on 09/29**

[EXTERNAL MESSAGE NOTICE]

Good Morning,

Let me start off by saying thank you to Elise and Melissa for reaching out and speaking with me today via Teams.  Per your request, I am sending this email which I attempted to send to the judge and was instructed to send to the attorneys in the case.  I pray that everyone can come to an agreement that will result in improving the care to those we service.

Thank you,
Angela Reinhold, Supervising LCSW
Supervising Psychiatric Social Worker
Facility A, B-SNY and C yards
(661) 822-4402 Ext. 3038
Cell: (661) 221-1319
Angela.Reinhold@cdcr.ca.gov

"Challenges are gifts that force us to search for a new center of gravity.  Don't fight them.  Just find a new way to stand."  - Oprah Winfrey

**From:** Reinhold, Angela
**Sent:** Friday, September 15, 2023 11:41 AM
**To:** mbien@rbgg.com; ells@rbgg.com; jyelin@rbgg.com; mailto:mnunez@rbgg.com;
mailto:aharrold@rbgg.com
**Cc:** Bevil, Kishan@CDCR <Kishan.Bevil@cdcr.ca.gov>
**Subject:** FW: Judge Muller Enforcement Hearing on 09/29

Good Afternoon All,
 I am reaching out to you after having received direction from Hon. Muller's staff in regards to
the case listed below.

_2:90-cv-00520-KJM-DB_

|  |  |  |
|---|---|---|
| COLEMAN, ET AL., (Michael Bien) (Lisa Ells) (Jenny Yelin) (Michael Nunez) (Adrienne Harrold) | v. | NEWSOM, ET AL., (Paul Mello) (Elise Thorn) (Samantha Wolff) |

On behalf of all State Psychiatric Social Workers we are in dire need of your assistance. Please
read my email below along with the SWOC Letter, the BU 19 Agreement and the job
descriptions attached (please note: the pay listed does not reflect the new contract increases
where Psychologists will be receiving a 10% increase and Social Workers a 2.99%
increase). Social Workers are praying for equal pay for equal work which has not been allotted
to us in over 13 years. Please know that outside agencies are paying substantially more than
the State system; Telework at Path Mental Health Services pays Social Workers $80 per hour
and Psychologists $90 per hour which I believe is more in line with what is fair given our
degrees.

Thank you for your time and I wish you all the best of luck on 09/29/2023. I look forward to
hearing from you.

Angela Reinhold, Supervising LCSW
Supervising Psychiatric Social Worker
Facility A, B-SNY and C yards
(661) 822-4402 Ext. 3038
Cell: (661) 221-1319
Angela.Reinhold@cdcr.ca.gov

"Challenges are gifts that force us to search for a new center of gravity. Don't fight them. Just find a
new way to stand." - Oprah Winfrey

**From:** Casey Schultz <CSchultz@caed.uscourts.gov>
**Sent:** Friday, September 15, 2023 10:42 AM
**To:** Reinhold, Angela <Angela.Reinhold@cdcr.ca.gov>; Bevil, Kishan@CDCR <Kishan.Bevil@cdcr.ca.gov>
**Cc:** Patricia Andrews <pandrews@caed.uscourts.gov>
**Subject:** FW: Judge Muller Enforcement Hearing on 09/29

CAUTION: This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you
recognize the sender and know the content is safe.

Good morning,

I have received your email. To ensure the court remains fair and impartial, the court can consider only what is presented by the parties in any given case. The court does not receive and cannot consider emails and/or letters submitted to chambers or chamber's staff but not filed in a case by the parties.

If you want the court to consider something in connection with an active case in this district, it will need to be filed on the docket for the specific case. The attorneys in a case are authorized filers. You can obtain the attorney's contact information from the docket.

If you have additional questions, please contact the Clerk's Office, 916.930.4000.


**From:** Reinhold, Angela <Angela.Reinhold@cdcr.ca.gov>
**Sent:** Friday, September 15, 2023 10:09 AM
**To:** Patricia Andrews <pandrews@caed.uscourts.gov>; Casey Schultz <CSchultz@caed.uscourts.gov>
**Cc:** Bevil, Kishan@CDCR <Kishan.Bevil@cdcr.ca.gov>
**Subject:** FW: Judge Muller Enforcement Hearing on 09/29

<mark>CAUTION - EXTERNAL:</mark>


Good Morning,

  I am following up with you regarding an email I sent last month (see below). You may not be aware of the contract agreement reached by AFSCME which has the potential of directly affecting the services provided by those represented under the Coleman lawsuit. Currently, those represented under the Coleman lawsuit are serviced by Psychiatrists, Psychologists, Social Workers and Recreational Therapists. In recent days, the union (AFSCME) which represents all disciplines reached an agreement which passed (please see BU 19 Agreement attached). This agreement is going to cause a great disparity between disciplines which have the very real potential of causing thought represented under Coleman to be given substandard care and here's why:

  As things stand right now, Social Workers continue to be blatantly disregarded when it comes to Equal Pay for Equal Work which will inevitably affect the mental health care inmates receive within our prison setting. Please know that within our prison system Social Workers perform the exact same job duties as Psychologists (Psychologists don't do psych testing and if asked over 95% of them don't remember how to do it so it doesn't get done). Additionally, Rec. Therapists hold a Bachelor's Degree and as stated in the job description they literally play games with inmates. Social Workers, on the other hand, performs clinical assessments, diagnoses and provides both individual and group therapy to treat mental health symptoms. Additionally, social workers respond to suicidal inmates, assess them while in crisis and makes appropriate level of care decisions.
  In viewing the CalHR job descriptions, it appears that Social Workers don't have the section that Psychologist's job description does ("Typical Tasks"). Please know that our "Definition of Series" is essentially the same as the psychologist's "Typical Tasks" section. I also believe that the Social Worker's job description is poorly written as we do the exact same job duties as Psychologists.
  I am reaching out in hopes that Judge Muller will have all the evidence needed to make a fair ruling and that for the first time in over 13 years Social Workers are shown the fairness that is desperately needed.

Please see the attached for a quick view as to the pay Social Worker's are receiving in the outside communities: https://www.kaiserpermanentejobs.org/job/los-angeles/psychiatric-social-worker/641/51332761680

If nothing changes, I am certain Social Workers will be looking at making career changes to agencies that pay more and do not place them in harms way as is currently the case for those serving the prison population. Please know that as a Licensed Clinical Social Worker who has serviced this population for the past 10 years, I have always been proud to be able to provide mental health treatment to those who desperately need it and very rarely receive it when they are outside of prison. As such, I have serviced all security leveled inmates and have been in situations that were quite scary, but have remained here because I felt I was making a difference and that my work was valued. Although I still feel I am making a difference in the lives of the inmates within my institution, I no longer feel valued by the State of California and am therefore questioning the validity of my role within this system. It is because of this that I write this email; I am certain every Social Worker within the state is feeling the same way so we are reaching out to you all for help that is desperately needed. On behalf of all Psychiatric Social Workers within the prison setting, we pray this does not fall on deaf ears!

Thank you for your time.

Sincerely,
Angela Reinhold, LCSW

---

**From:** Angela Carrizales <angelam4344@yahoo.com>
**Sent:** Saturday, August 19, 2023 8:02:32 AM
**To:** pandrews@caed.uscourts.gov <pandrews@caed.uscourts.gov>
**Subject:** Judge Muller ruling in Sept

Good morning,
My name is Angela Reinhold; I'm a Supervising Psychiatric Social Worker in CDCR (California Department of Corrections and Rehabilitation). I'm reaching out to you because I am certain that Judge Muller is extremely busy.
It is my understanding that Judge Muller is expected to make a ruling on pay increases for Psychologists in the prison system. She may not be aware that Social Workers perform the same tasks and carry the same workload as Psychologists in this setting. She also may not be aware of the fact that Social Workers have been passed over for pay increases for over 13 years and that the AFSCME Union has once again failed in providing support to Social Workers; so much so that once this new contract is signed Recreational Therapists (a bachelor's degree level position) will be making more than a Social Worker (a Master's degree level position) who is in charge of assessing and treating inmates with mental illness of various types while staying Coleman Compliant.
I will be the first to say, I believe my profession has made fair compensation difficult for us. I believe the reasoning is because anyone with a Bachelor's degree of any sort can be labeled a Social Worker in various organizations (Child Protective Services, Adult Protective Services and other various organizations for example). The title of Social Worker is misleading in regards to our education and what we do as professionals. In the field of Psychology, no one is able to call themselves a Psychologist unless they hold a doctorate degree in that field.
As a Social Worker in the prison setting, we hold Master's degrees in the field of Social Work. In order to be hired as a mental health therapist for our inmate population a person must have a Doctorate degree in psychology OR a Master's degree in Social Work.
Social Worker across the state are in an uproar over the lack of support for our profession and what we do for our state. I'm asking that you bring this to the attention of our fair judge. Every State Social Worker is praying for justice for our profession.

I am hoping this email finds you well and I pray your assistance in helping Social Workers get financial justice is heard by Judge Muller.

Thank you for your time,
Angela Reinhold, LCSW
Supervising Psychiatric Social Worker- CCI Prison

Get Outlook for iOS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

AFSCME

Local 2620

We Make California Happen®

**August 4, 2023**

**Dear Social Work Colleagues,**

I write this letter with mixed emotions. You may have received the recent communication from our union regarding the Tentative Agreement (TA) reached by the negotiations team with the state. This TA was not what I was hoping for. I hope that you read this letter and, in the end, make your decision on whether you will vote yes or no to ratify this contract. This will be a lengthy letter since I will need to paint a picture for you about what happened during these negotiations.

First and foremost, I want to express my appreciation for the incredible team I had the privilege of working with during this process. Together, we learned a great deal and stood in strong support of social workers throughout these negotiations. My team members were instrumental in advocating for you when they believed I could do or say more. I am grateful for their dedication and commitment to our cause.

As you read on, keep in mind that your vote will determine what happens next. Your vote will hold considerable weight as it will determine the path forward. Approving this contract will grant us two years to prepare for what many members have been advocating for – the possibility of striking. Conversely, voting against the TA will compel the team to return to the state for further negotiations, which may escalate to a potential strike.

I have picked out several items that you are most likely interested in, which are mostly economic in nature:

        1. Article 7.1 – General Salary Increase (GSI) + Article 20.1 – Contract Term
        2. Article 7.18 – Special Salary Adjustment (SSA)
        3. Article 7.13 – Clinical Supervision
        4. Pay Differential 324 – (PD 324 – Retention Bonus)
        5. Article 14.2 – Leave for Required Continuing Education (Pay $500)
        6. Article 6.12 – Psychologist Additional Caseload
        7. Article 6.11 – On-Call/Call Back for CDCR/CCHCS Exempt Employees

**1. Article 7.1 – General Salary Increase (GSI) + Article 20.1 – Contract Term**
Once we knew that we were offered 2%, 2%, & 2% for three years by the state, we agreed that we would work on securing a two-year agreement. In this TA, we secured a 3% GSI to be effective July 1, 2023, and a 2.5% GSI on July 1, 2024. The 3% will be retroactively paid once the contract has been ratified by the BU19 membership and the state legislature. Recall that our initial ask was 10% in year one and 10% in year two. We made several counters with the state, reducing that 20% ask several times. After several counters, it was clear that the state was willing to accept our two-year deal but made it clear that they would not move from 3% in year one or 2% in year two. Clearly, that changed because in year two, they are now offering 2.5%. Retroactive pay is also negotiable, and the state made it clear that if this contract were not to be tentatively agreed upon by the end of July, they would not entertain any clause that would allow retroactive pay in our contract. You may remember that our last contract was ratified a year later, and we all lost out on that money. Feeling the pressure, the team felt it was important to make this deal and have something to present to our members whether we agreed or not with the state.

Once the contract is ratified, both CalHR and the State Controller's office will need to make necessary payroll adjustments. This process may take some time, and we anticipate that by September/October, all members shall receive a separate paycheck or direct deposit to cover the amount owed back to July.

**2. Article 7.18 – Special Salary Adjustment (SSA)**
Social workers were not fairly treated in the Special Salary Adjustment (SSA) category. Social Workers in CDCR/CCHCS were offered a 2.67% increase for ASWs and 2.99% for LCSWs, while those Social Workers in other departments were granted a 3% SSA. The reason behind this .33%/.01% disparity remains unclear to me. When I asked for an explanation, I was informed that there is a pay difference between CSWs working in CDCR and those in other departments. However, it's worth noting that other classifications received a percentage increase across the board.

Moreover, it is essential to understand that this SSA will only increase the maximum salary range for the CSW classification. This means that those at the top of the range will receive the 3% immediately, while those near or below the top will gradually reach that new top figure.

In a previous email, I shared that my original request was for a one-time 55.19% SSA, and I made five counters to the state, starting from 55.19 and going down to 30%, 18%, 10%, 9%, and finally 5%. Unfortunately, the state did not entertain any of my counters. Despite the state's initial proposal giving RT and Psychology a 5% SSA, it eventually increased to 8% and then settled at 9.66% (RT) and 10% (Psychology). Throughout the negotiation process, we consistently questioned why social workers were receiving less, and the response was that SSA allocation is determined based on priorities set by departments, the CCHCS Receiver, CalHR, and the governor's office. Although the departments communicated their priorities to CalHR, the final approvals came from CalHR and the governor's office.

I fought tirelessly for the fair treatment of social workers throughout the negotiations. The team was supportive of my decisions, and in the end, they allowed me to counter the state alone, requesting the measly 5% SSA, which the state, once again, rejected.

Just like the General Salary Increase (GSI), the SSA is also retroactive to July 1, 2023. Therefore, you can expect this to be added to the GSI payment, which will be mentioned above, through your paycheck or direct deposit.

**3. Article 7.13 – Clinical Supervision**
I guess you can say this is a win for Social Workers. Those currently providing clinical supervision to ASWs will now enjoy a substantial $500 differential, a notable increase compared to the previous amount of $100. Additionally, those who supervise MSW interns (MSWi) will also be eligible to claim the $500 differential. The team countered the state several times on this article to ensure that LCSWs would not be mandated to provide clinical supervision, as the state's initial language could have been interpreted that way. We hope that the language is clear enough in this article and that you won't be denied if you choose to supervise an MSWi or ASW as a field instructor or clinical supervisor.

**4. Pay Differential 324 – (PD 324 – Retention Bonus)**
This addition to our contract is going to be difficult to outline, so bear with me. The state proposed this addition to us during the final two days of negotiations, and it required extensive effort on our part to reach the current

**Local 2620**

**AFSCME**

**We Make California Happen**

outcome. PD 324 will now be extended to include Social Workers under Class codes 9872 & 9877 in DSH and CDCR, as well as Psychologists in DSH.

The criteria for PD 324 will be similar to the current version, but with some modifications. As stated, the "employee must be treating patients in-person, on grounds, or at a facility for more than 50% of each qualifying period." Unfortunately, this means that many of our members who are currently teleworking will still be

excluded from this benefit. We understand that this may pose challenges for some members, and we are actively addressing this issue.

Rest assured that we are committed to keeping you informed and will organize town-hall meetings to further discuss PD 324 and gather data on who might not be receiving this pay differential. Your feedback and input are crucial as we work to navigate this complex addition to the contract.

Here goes the more difficult piece of PD 324 to explain:

A. The current PD 324 provided our CDCR psychologist counterparts with a $15,000 bonus if they were hired before 5/1/22 and met the eligibility criteria. This has changed in the new PD 324. Those hired before 8/1/2016 will be eligible for a $10,000 bonus payment if they meet the eligibility criteria, including social workers in DSH and CDCR [Appendix A – Eligibility Criteria].

B. Previously, if you met the eligibility criteria and were hired after 5/1/22, you would have qualified for a $5,000 payment after so many months of service (3, 6, 9...84) totaling up to $35,000. For the new PD 324, those hired after 8/1/16 will receive a bonus payment on their anniversary date of either 1, 2, 3, 4, 5, 6, or 7% of their base salary. The social worker will receive the percentage that corresponds with that year. So, for example, if you are going to hit your 6th year on September 1st, you will receive a 6% bonus payment of your base salary. Here is some math: if you are earning $9,437 a month before deductions, multiply that by 12 months, which will equal $113,244 [$113,244 x .06 = $6,795 Bonus Payment]. If you have other differentials, like the PIP 15% differential, do not multiply that number, because that is not your base pay. If you do not know what your base pay is due to having a differential, you may want to seek that information out by contacting your personnel specialist.

We are expecting there to be some challenges with PD 324. Please anticipate future town-hall meetings to discuss this further and to gather data on who is not receiving this pay differential.

**5. Article 14.2 – Leave for Required Continuing Education (Pay $500)**
You will no longer have to go through the hassle of using the Calaters system or jump through hoops to claim the $500 you are rightfully entitled to. Once the new contract is ratified, you will automatically receive this allowance, making the process smoother and more convenient for you.

For those who have already claimed a portion of the $500 from this fiscal year, there's no need to worry. You will likely receive the remaining amount owed to you. However, we understand that each HR department might handle things differently, leading to some uncertainty. If you encounter any issues or questions, please don't hesitate to let us know. Your valuable feedback will help us address any concerns and ensure a seamless

AFSCME
We Make California Happen®

implementation of this benefit. Your satisfaction is our top priority, and we are dedicated to resolving any challenges that may arise during this process.

## 6. Article 6.12 – Psychologist Additional Caseload

Regrettably, there is yet another setback for social workers in this new article section. Despite our efforts to negotiate our inclusion, the state consistently rejected our proposal. Under this new provision, psychologists will be compensated with straight pay for any additional work beyond their regular caseload, subject to management authorization. It appears that the state's intention is to avoid the process of authorizing a second position or dual appointment. Unfortunately, social workers have been excluded from this benefit.

Considering the current challenges with staffing, one would assume that including social workers in this provision would be a priority. However, it seems that our efforts were not successful in convincing the state otherwise. Personally, I have numerous thoughts on this matter, but let me state that without this benefit, I may be less inclined to take on additional duties in the future. As for you, I leave the decision in your hands to consider how this may impact your own choices moving forward.

## 7. Article 6.11 – On-Call/Call Back for CDCR/CCHCS Exempt Employees

This is another benefit that has changed for those social workers that complete on-call assignments in CDCR/CCHCS. For those that do, you will now be compensated $10 for every hour you're on call. You will no longer be able to claim CTO. My understanding is that each institution might do this differently, but one example I can provide is someone who might be on call from 5pm Friday to 7am Monday Morning. If not called back to the institution, they would be paid $10 for every hour, which for this example, they will be paid 62 hours times $10, which equals $620. Nothing has changed with the Call Back section of this article.

**At ratification, ALL Social Worker's salary will increase by 3% due to the GSI and our pay ranges will see an increase of either 2.67%, 2.99%, or 3%. Those currently at the maximum of their salary range will be transitioned to the new maximum of their pay range at the time of ratification. For those who are still progressing towards reaching the top, you will reach that top at possibly a new later date. If the state combines the GSI and the SSA as stated above, the following changes are anticipated. Please note that the calculations provided below are approximate examples to illustrate the potential impact on our monthly salaries.**

**Clinical Social Worker (Health Facility)**
| | | |
|---|---|---|
| A | $4,771 – $6,249 → $4,914 – $6,624 |
| S | $5,504 – $8,382 → $5,669 – $8,884 |
| T | $5,926 – $8,987 → $6,104 – $9,526 |
| U | $6,568 – $8,382 → $6,765 – $8,885 |
| V | $7,066 – $8,987 → $7,278 – $9,526 |

**Clinical Social Worker (Health/Correctional Facility)-Safety**
| | | |
|---|---|---|
| A | $4,771 – $6,249 → $4,914 – $6,603 |
| P | $6,897 – $8,801 → $7,103 – $9,300 |
| Q | $7,420 – $9,437 → $7,643 – $10,002 |
| S | $5,504 – $8,382 → $5,669 – $8,885 |
| T | $5,926 – $8,987 → $6,103 – $9,526 |
| U | $6,568 – $8,382 → $6,765 – $8,885 |
| V | $7,066 – $8,987 → $7,278 – $9,526 |

**Social Work Associate**
$3,548 – $4,599 → $3,654 – $4,874

**Social Work Associate (Safety)**
$3,548 – $4,599 → $3,654 – $4,874

**Social Service Consultant III**
| | | |
|---|---|---|
| A | $5,311 – $6,981 → $5,470 – $7,400 |
| S | $5,550 – $6,950 → $5,716 – $7,367 |

**In Conclusion**

The crucial next step is voting. Now that you are fully informed about the stakes involved, your decision carries great significance. While I understand that this agreement may not fully meet your initial expectations, your vote will shape our collective future. Will you choose to vote "yes" and stand in unity with us as we strategize for the negotiations in 2025? This choice ensures that we proactively prepare our entire membership for potential strike action if needed. On an individual level, we must take measures to be financially prepared for any impacts on our pay during a strike, including the inability to use vacation/annual leave time to supplement our income. On the other hand, voting "no" would mean sending the negotiations team back to the table, possibly foregoing retroactive pay and the current state-offered proposals. A "no" vote signifies our commitment to the contract and readiness to take further action, including the possibility of a strike.

Your vote holds tremendous weight in determining the path we take on this journey. I urge you to vote thoughtfully, knowing that it will significantly impact our collective future. As for me, I have reached a decision, and I will be voting "**No**." This choice has not come without careful consideration, and I trust my gut feeling in this matter. Though it pains me to know that a "no" vote may result in a loss for our entire membership, I cannot overlook the disrespect shown to us social workers by the state.

**It is crucial to recognize that our union is not the one pitting us against our colleagues; it is the state's actions that have created this divide.** Whether this contract is ratified or not, my commitment remains firm—I will continue to fight for social workers. If the contract is ratified, the next two years will be dedicated to educating, preparing, and mobilizing our members to fight for the respect and fairness we expect and deserve from the state. Also, it is essential to understand that opting out of our union is not the remedy, as doing so would only grant the state more authority to ignore the needs of social workers.

I deeply respect your vote, regardless of your decision, I want to emphasize that our fight does not end with this contract's ratification. Our determination remains strong, and we will persistently advocate for the changes we demand. We will not shy away from raising our voices to those in power. We will also ensure that the those that need to know about our concerns will hear them and we will work to address them at every level possible.

Together, we will continue to be a force for positive change and stand united. I encourage all of you to openly share any questions, concerns, or feedback you may have. Also, I encourage you to get involved. We have many committees that would benefit from your participation. Your input is invaluable, and constructive feedback is highly welcomed. Additionally, if any of you have insights or strategies that we can implement, please don't hesitate to share them. Let's work together to create a stronger and more effective approach moving forward. Your engagement and active participation will play a crucial role in shaping our path ahead.

Thank You,

Eric Hernandez, LCSW
Social Work Occupational Chair
AFSCME Local 2620
Eric.Hernandez@afscmelocal2620.org

Appendix A – PD 324

Eligibility Criteria:

a) Employee must be treating patients in-person, on grounds or at a facility more than 50% of each qualifying pay period.

b) If the employee voluntarily terminates or is discharged prior to completing the consecutive qualifying pay periods required for eligibility for this differential, there will be no pro rata payment of those months served.

c) If an employee transfers to another location within their department without a break in service, the qualifying consecutive pay periods at each location shall be cumulative.

d) If an employee promotes without a break in service from a classification listed above to another classification listed above within their department the qualifying consecutive pay periods at CDCR/DSH shall be cumulative.

e) If an employee transfers or promotes to a different department, regardless of the classification, there will be no pro rata payment of those months served.

f) Management initiated redirections or changes in assignment will not disqualify the employee from receiving the pay differential.

g) For the purposes of counting qualifying time towards eligibility for payment of the pay differential, approved leaves of absence such as maternity/paternity leave, medical leave, FMLA or military leave shall not be considered a break in service or considered to break the consecutive month requirement.

h) If an employee promotes without a break in service from a classification listed above to another classification listed above within CDCR or DSH, the qualifying consecutive pay periods at CDCR or DSH, shall be cumulative.

i) Part-time and intermittent employees shall receive a pro rata share of the recruitment differential based on the total number of hours worked during the completion of each qualifying period.

j) The State reserves the discretion to adjust or terminate this differential by providing a 30-day notice to the exclusive representative of the unit impacted.



# RECREATION THERAPIST, CORRECTIONAL FACILITY

## Exam Code:  1RC05

**Department:** California Correctional Health Care Services and California Department of Corrections and Rehabilitation
**Exam Type:** Multi-Departmental, Open
**Final Filing Date:** Continuous

## CLASSIFICATION DETAILS

**Recreation Therapist, Correctional Facility (9286) –** $7,056 - $8,305 per month.

View the **Recreation Therapist, Correctional Facility** classification specification.

## APPLICATION INSTRUCTIONS

Final Filing Date: Continuous

Cutoff Date: Online, 24/7

**Who Should Apply:**

Applicants who meet the minimum qualifications as stated on this bulletin may apply for and take this examination.

Once you have taken this examination, you may not retake it for **six (6) months**.

**How To Apply:**

The link to connect to the Training and Experience Evaluation is located farther down on this bulletin in the "Taking the Examination" section.

**Special Testing Arrangements:**

If you require assistance or alternative testing arrangements due to a disability, please contact the testing department listed in the Contact Information section of this bulletin.

## MINIMUM QUALIFICATIONS

All applicants must meet the education and/or experience requirements as stated on this exam bulletin to be accepted into the examination. Part-time or full-time jobs, regardless of whether paid or volunteer positions, and inside or outside California state service will count toward experience.

**Recreation Therapist, Correctional Facility**

**Education:** Equivalent to graduation from a recognized college with major work in recreation or recreation therapy. The major must have included supervised field work. (Registration as a senior will admit applicants to the examination, but they must produce evidence of graduation or its equivalent and completion of the required field work before they will be considered eligible for appointment.)

**Special Personal Characteristics:**  Empathetic understanding of patients of a State correctional facility including physically, mentally, and developmentally disabled persons; willingness to work in a State correctional facility; alertness; keenness of observation; tact; patience; and emotional stability.

**Special Physical Characteristics:**  Persons appointed to this position must be reasonably expected to have and maintain sufficient strength, agility, and endurance to perform during stressful (physical, mental, and emotional) situations encountered on the job without compromising their health and well-being or that of their fellow employees or that of inmates.

**Applicants possessing the required license/certificate at the time of application must show the number, title, and expiration date on their Examination Application (Std. Form 678).**

## POSITION DESCRIPTION

**Recreation Therapist, Correctional Facility**

A Recreation Therapist, Correctional Facility, under general direction, in a State correctional facility, leads, instructs, and encourages patients in a program of individual and group activities of a physical, social, and cultural nature such as indoor and outdoor games and sports, dance, parties, dramatics, and special interest clubs; supervises entertainments and movies and assists in planning programs for special occasions; plans treatment goals for specific patients in conjunction with the therapeutic team; assists in coordinating recreation therapy with other therapeutic programs; coordinates the activities program of a group of patients, including simple crafts, games, social and musical activities, and instructs unit personnel in basic activity skills as assigned; observes patients' reactions and progress and records clinical notes to be included in medical files

and prepares reports; orders supplies and equipment and cares for equipment and facilities; maintains order and supervises the conduct of persons committed to the California Department of Corrections and Rehabilitation; prevents escapes and injury by these persons to themselves, others or to property; maintains security of working areas and work materials; inspects premises and searches inmates for contraband, such as weapons or illegal drugs; and other related duties.

Positions exist statewide.

## EXAMINATION SCOPE

This examination consists of the following components:

**Training and Experience Evaluation –** Weighted 100% of the final score.

The examination will consist solely of a **Training and Experience Evaluation.** To obtain a position on the eligible list, a minimum score of 70% must be received. Applicants will receive their score upon completion of the Training and Experience Evaluation process.

In addition to evaluating applicants' relative knowledge, skills, and ability, as demonstrated by quality and breadth of education and/or experience, emphasis in each examination component will be measuring competitively, relative to job demands, each applicant's:

**Knowledge of:**
1. Theory and practice of mental and physical rehabilitation of mentally, physically, and developmentally disabled persons;
2. Therapeutic principles and techniques of group and individual activities used in recreation therapy, and skill in their application;
3. Various types of recreation and entertainment activities and providing leadership of these activities;
4. Basic pathology of diseases and disabilities resulting in psychological, physical, or organic conditions of the patient.

**Ability to:**
1. Provide leadership of various types of recreation and entertainment activities;
2. Interpret recreation therapy activities to staff, health care providers, patients, and others;
3. Teach others basic activity skills;
4. Prepare reports and records to be included in medical files;
5. Analyze situations accurately and adopt an effective course of action;
6. Establish and maintain cooperative interrelationship with individuals and groups.

## ELIGIBLE LIST INFORMATION

A multi-departmental, open eligible list for the Recreation Therapist, Correctional Facility classification will be established for:

**California Correctional Health Care Services**

**California Department of Corrections and Rehabilitation**

The names of **successful** competitors will be merged onto the eligible list in order of final score regardless of examination date. Eligibility expires **twelve (12) months** after it is established. Applicants must then retake the examination to reestablish eligibility.

Veterans' Preference will be granted for this examination. In accordance with Government Codes 18973.1 and 18973.5, whenever any veteran, or widow or widower of a veteran achieves a passing score on an open examination, he or she shall be ranked in the top rank of the resulting eligible list.

Veterans' status is verified by the California Department of Human Resources (CalHR). Information on this program and the Veterans' Preference Application (Std. Form 1093) is available online**.** Additional information on veteran benefits is available at the Department of Veterans Affairs.

## EXAMINATION INFORMATION

Preview the Training and Experience Evaluation

## PREPARING FOR THE EXAMINATION

Here is a list of suggested resources to have available prior to taking the examination.

In an effort to streamline the examination process, please create a CalCareer Account with CalHR.  A CalCareer Account is a one stop shop for taking civil service examinations, applying for state jobs, and provides storage and organization for your documents and communications stemming from job opportunities, all in a paperless format.  To sign up for a CalCareer Account, or log in to your existing account, Click here.

**Employment History:** Employment dates, job titles, organization names and addresses, names of supervisors or persons who can verify your job responsibilities, and phone numbers of persons listed above.

**Education:** School names and addresses, degrees earned, dates attended, courses taken (verifiable on a transcript), persons or office who can verify education, and phone numbers of persons or offices listed above.

**Training:** Class titles, certifications received, names of persons who can verify your training, and phone numbers of persons listed above.

## TAKING THE EXAMINATION

Take the examination for the **Recreation Therapist, Correctional Facility** classification.

## TESTING DEPARTMENTS

California Correctional Health Care Services
California Department of Corrections and Rehabilitation

## CONTACT INFORMATION

If you have any technical or administrative questions concerning this examination bulletin, including provision of reasonable accommodation for this testing process, please contact:

California Correctional Health Care Services
Attn: Examination Services
8280 Longleaf Drive
Elk Grove, CA 95758

Phone: (916) 691-5894
Email: CPHCSSelectionServices@cdcr.ca.gov
California Relay Service: 7-1-1 (TTY and voice)

TTY is a Telecommunications Device for the Deaf, and is reachable only from phones equipped with a TTY Device.

## EQUAL OPPORTUNITY EMPLOYER

The State of California is an equal opportunity employer to all, regardless of age, ancestry, color, disability (mental and physical), exercising the right of family care and medical leave, gender, gender expression, gender identity, genetic information, marital status, medical condition, military or veteran status, national origin, political affiliation, race, religious creed, sex (includes pregnancy, childbirth, breastfeeding, and related medical conditions), and sexual orientation.

## DIVERSITY, EQUITY, AND INCLUSION

The California Department of Corrections and Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS) are committed to building and fostering a diverse workplace. We believe cultural diversity, backgrounds, experiences, perspectives, and unique identities should be honored, valued, and supported. We believe all staff should be empowered. CDCR/CCHCS are proud to foster inclusion and representation at all levels of both Departments.

## DRUG-FREE STATEMENT

It is an objective of the State of California to achieve a drug-free State work place. Any applicant for State employment will be expected to behave in accordance with this objective, because the use of illegal drugs is inconsistent with the law of the State, the rules governing civil service, and the special trust placed in public servants.

## GENERAL INFORMATION

Examination and/or Employment Application (Std. Form 678) forms are available at CalHR, local offices of the Employment Development Department, and through your **CalCareer Account**.

If you meet the requirements stated on this examination bulletin, you may take this examination, which is competitive. Possession of the entrance requirements does not assure a place on the eligible list. Your performance in the examination described in this bulletin will be rated against a predetermined job-related rating, and all applicants who pass will be ranked according to their score.

CCHCS reserves the right to revise the examination plan to better meet the needs of the service, if the circumstances under which this examination was planned change. Such revision will be in accordance with civil service laws and rules and all applicants will be notified.

**General Qualifications:** Applicants must possess essential personal qualifications including integrity, initiative, dependability, good judgement, the ability to work cooperatively with others, and a state of health consistent with the ability to perform the assigned duties of the class. A medical examination may be required. In open examinations, investigation may be made of employment records and personal history and fingerprinting may be required.

**Eligible Lists:** Eligible lists established by competitive examination, regardless of date, must be used in the following order: 1) sub-divisional promotional, 2) departmental promotional, 3) multi-departmental promotional, 4) servicewide promotional, 5) departmental open, 6) open. When there are two lists of the same kind, the older must be used first. Eligible lists will expire in one to four years unless otherwise stated on the bulletin.

**High School Equivalence:** Equivalence to completion of the 12th grade may be demonstrated in any one of the following ways: 1) passing the General Education Development (GED) Test; 2) completion of 12 semester units of college-level work; 3) certification from the State Department of Education, a local school board, or high school authorities that the competitor is considered to have education equivalent to graduation from high school; or 4) for clerical and accounting classes, substitution of business college work in place of high school on a year-for-year basis.

This bulletin cancels and supersedes all previously issued bulletins.

Top Navigation Menu
Skip to main content
Skip Ribbon Commands
Turn off more accessible mode
Turn off Animations
Navigation Toggle | Search Toggle

- Profile
- Job Seekers
- State Employees
- State Supervisors / Managers
- State HR Professionals

California Department of Human Resources logo CA.gov website

- State Retirees
- ca.gov
- About Us
- Contact Us
- Newsroom
- CalHR Careers

- About Us
- Contact Us
- Newsroom
- CalHR Careers

Search | Search

Social - Facebook  Social - Twitter  Social - YouTube  Social - LinkedIn

◆

**You are leaving this website**

You are now leaving this website and being directed to the specific California government resource or website that you have requested. CalHR accepts no responsibility for

Stay Here | Redirect Me

print logo
Main Content Anchor
Navigation Toggle  hidden item

# Recreation Therapist, Correctional Facility (9286)

# Recreation Therapist, Correctional Facility

## California State Personnel Board Specification

- **Schematic Code:** TR54
- **Class Code:** 9286
- **Established:** 06/15/1993
- **Revised:** --
- **Title Changed:** --

## Definition

Under general direction, in a State correctional facility in the Department of Corrections, develop and implement a recreation therapy program; to maintain order and superv

## Typical Tasks

Leads, instructs, and encourages patients in a program of individual and group activities of a physical, social, and cultural nature such as indoor and outdoor games and spor programs for special occasions; with the therapeutic team, plans treatment goals for specific patients; assists in coordinating recreation therapy with other therapeutic progra musical activities, and instructs unit personnel in basic activity skills; observes patients' reactions and progress and records clinical notes to be included in medical files and the conduct of persons committed to the California Department of Corrections; prevents escapes and injury by these persons to themselves, others or to property; maintains s or illegal drugs.

## Minimum Qualifications

Education: Equivalent to graduation from a recognized college with major work in recreation or recreation therapy. The major must have included supervised field work. (R equivalent and completion of the required field work before they will be considered eligible for appointment.)

## Knowledge and Abilities

Knowledge of: Theory and practice of mental and physical rehabilitation of mentally, physically and developmentally disabled persons; therapeutic principles and technique and entertainment activities and providing leadership of these activities; basic pathology of diseases and disabilities resulting in psychological, physical or organic condition

Ability to: Provide leadership of various types of recreation and entertainment activities; interpret recreation therapy activities to staff, health care providers, patients, and ot accurately and adopt an effective course of action; establish and maintain cooperative interrelationships with individuals and groups.

## Special Personal Characteristics

Empathetic understanding of patients of a State correctional facility including physically, mentally and developmentally disabled persons; willingness to work in a State con

## Special Physical Characteristics

Case 2:90-cv-00520-KJM-SCR Document 7966 Filed 09/26/23 Page 82 of 104

For various lengths of time in positions which require the use of, or the ability to have sustained strength, endurance, and/or agility to perform arduous tasks; physical, mental and fellow employees or that of inmates.

Assignments may include responsibility for the supervision of inmates and/or the protection of personal and real property.

Link to CHR

- Home
- Job Seekers
- State Employees
- HR Professionals
- State Retirees
- Conditions of Use
- Privacy Policy
- Accessibility
- Contact Us
- Download Document Readers
- CalHR Careers

CalHR logo

Copyright © 2023

 

# PSYCHOLOGIST – CLINICAL, CORRECTIONAL FACILITY
## Exam Code:  2RC54

**Department:** California Correctional Health Care Services and California Department of Corrections and Rehabilitation
**Exam Type:** Multi-Departmental, Open
**Final Filing Date:** Continuous

## CLASSIFICATION DETAILS

**Psychologist – Clinical, Correctional Facility (9283) –**

$8,842 - $9,611 per month (Unlicensed)
$10,437 - $11,651 per month (Licensed)

View the **Psychologist - Clinical, Correctional Facility** classification specification.

## APPLICATION INSTRUCTIONS

Final Filing Date: Continuous

Cutoff Date: Online, 24/7

**Who Should Apply:**

Applicants who meet the minimum qualifications as stated on this bulletin may apply for and take this examination.

Once you have taken this examination, you may not retake it for **six (6) months**.

**How To Apply:**

The link to connect to the Training and Experience Evaluation is located farther down on this bulletin in the "Taking the Examination" section.

**Special Testing Arrangements:**

If you require assistance or alternative testing arrangements due to a disability, please contact the testing department listed in the Contact Information section of this bulletin.

## MINIMUM QUALIFICATIONS

All applicants must meet the education and/or experience requirements as stated on this exam bulletin to be accepted into the examination. Part-time or full-time jobs, regardless of whether paid or volunteer positions, and inside or outside California state service will count toward experience.

**Psychologist – Clinical, Correctional Facility**

**License:** Possession of a valid license as a Psychologist issued by the California Board of Psychology and possession of an earned Doctorate Degree in Psychology from an educational institution meeting the criteria of Section 2914 of the Medical Board of California's Business and Professions Code.

Individuals who do not qualify for licensure by the California Board of Psychology or who are in the process of securing this license will be admitted into the examination and may be appointed, but must secure a valid license within three years of an appointment or the employment shall be terminated. For persons employed less than full time, an extension of a waiver of licensure may be granted for additional years proportional to the extent of part-time employment, as long as the person is employed without interruption in service, but in no case shall the waiver exceed five years.

(Unlicensed individuals who are recruited from outside the State of California and who qualify for licensure may take the examination and may be appointed for a maximum of two years, at which time licensure shall have been obtained or the employment shall be terminated. Additionally, they must take the licensure examination at the earliest possible date after the date of employment.)

Applicants who are within six months of receiving their degree will be admitted into the examination, but will not be eligible for appointment until receipt of the degree and completion of the internship.

**Special Personal Characteristics:**  Empathetic understanding of patients of a State correctional facility; willingness to work in a State correctional facility; scientific and professional integrity; emotional stability; patience; alertness; tact; and keenness of observation.

**Special Physical Characteristics:**  Persons appointed to this position must be reasonably expected to have and maintain sufficient strength, agility, and endurance to perform during stressful (physical, mental, and emotional) situations encountered on the job without compromising their health and well-being or that of their fellow employees or that of inmates.

Assignments may include sole responsibility for the supervision of inmates and/or the protection of personal and real property.

**Applicants possessing the required license/certificate at the time of application must show the number, title, and expiration date on their Examination Application (Std. Form 678).**

## POSITION DESCRIPTION

**Psychologist – Clinical, Correctional Facility**

A Psychologist – Clinical, Correctional Facility under general direction, in a State correctional facility or outpatient clinic in the California Department of Corrections and Rehabilitation, carries out difficult assignments in clinical psychology which involve the assessment and treatment of adults, program development and evaluation, clinical research, professional training, and consultation; maintains order and supervises the conduct of inmates; protects and maintains the safety of persons and property; and does other related work.

Positions exist statewide.

## EXAMINATION SCOPE

This examination consists of the following components:

**Training and Experience Evaluation –** Weighted 100% of the final score.

The examination will consist solely of a **Training and Experience Evaluation.** To obtain a position on the eligible list, a minimum score of 70% must be received. Applicants will receive their score upon completion of the Training and Experience Evaluation process.

In addition to evaluating applicants' relative knowledge, skills, and ability, as demonstrated by quality and breadth of education and/or experience, emphasis in each examination component will be measuring competitively, relative to job demands, each applicant's:

**Knowledge of:**
1. Psychological theories and research;
2. Principles, techniques, and problems in developing and coordinating a clinical psychological treatment program;
3. Principles, techniques, and treads in psychology with particular reference to normal and disordered behavior, human development motivation, personality learning, individual differences, adaptation, and social interaction;
4. Methods for the assessment and modification of human behavior;
5. Characteristics and social aspects of mental disorders and retardation;
6. Research methodology, program evaluation, institutional and social processes, and group dynamics;
7. Functions of psychologists in various mental health services;
8. Current trends in the field of mental health;
9. Professional training;
10. Community organization and allied professional services.

**Ability to:**
1. Plan, organize, and work in a specialized clinical psychological treatment program involving members of other treatment disciplines;
2. Provide professional consultation and program leadership;
3. Teach and participate in professional training;
4. Recognize situations requiring the creative application of technical skills;
5. Develop and evaluate creative approaches to the assessment, treatment, and rehabilitation of mental disorders, to the conduct of research, and to the development and direction of a psychological program;
6. Plan, organize, and conduct research, data analysis, and program evaluation;
7. Conduct assessment and psychological treatment procedures;
8. Secure the cooperation of professional and lay groups;
9. Analyze situations accurately and take effective action;
10. Communicate effectively.

## ELIGIBLE LIST INFORMATION

A multi-departmental, open eligible list for the Psychologist – Clinical, Correctional Facility classification will be established for:

**California Correctional Health Care Services**
**California Department of Corrections and Rehabilitation**

The names of **successful** competitors will be merged onto the eligible list in order of final score regardless of examination date. Eligibility expires **twelve (12) months** after it is established. Applicants must then retake the examination to reestablish eligibility.

Veterans' Preference will be granted for this examination. In accordance with Government Codes 18973.1 and 18973.5, whenever any veteran, or widow or widower of a veteran achieves a passing score on an open examination, he or she shall be ranked in the top rank of the resulting eligible list.

Veterans' status is verified by the California Department of Human Resources (CalHR). Information on this program and the Veterans' Preference Application (Std. Form 1093) is available online**.** Additional information on veteran benefits is available at the Department of Veterans Affairs.

## EXAMINATION INFORMATION

Preview the Training and Experience Evaluation

## PREPARING FOR THE EXAMINATION

Here is a list of suggested resources to have available prior to taking the examination.

In an effort to streamline the examination process, please create a CalCareer Account with CalHR.  A CalCareer Account is a one stop shop for taking civil service examinations, applying for state jobs, and provides storage and organization for your documents and communications stemming from job opportunities, all in a paperless format.  To sign up for a CalCareer Account, or log in to your existing account, Click here.

**Employment History:** Employment dates, job titles, organization names and addresses, names of supervisors or persons who can verify your job responsibilities, and phone numbers of persons listed above.

**Education:** School names and addresses, degrees earned, dates attended, courses taken (verifiable on a transcript), persons or office who can verify education, and phone numbers of persons or offices listed above.

**Training:** Class titles, certifications received, names of persons who can verify your training, and phone numbers of persons listed above.

## TAKING THE EXAMINATION

Take the examination for the **Psychologist – Clinical, Correctional Facility** classification.

## TESTING DEPARTMENTS

California Correctional Health Care Services
California Department of Corrections and Rehabilitation

## CONTACT INFORMATION

If you have any technical or administrative questions concerning this examination bulletin, including provision of reasonable accommodation for this testing process, please contact:

California Correctional Health Care Services
Attn: Examination Services
8280 Longleaf Drive
Elk Grove, CA 95758

Phone: (916) 691-5894
Email:  CPHCSSelectionServices@cdcr.ca.gov
California Relay Service: 7-1-1 (TTY and voice)

TTY is a Telecommunications Device for the Deaf, and is reachable only from phones equipped with a TTY Device.

## EQUAL OPPORTUNITY EMPLOYER

The State of California is an equal opportunity employer to all, regardless of age, ancestry, color, disability (mental and physical), exercising the right of family care and medical leave, gender, gender expression, gender identity, genetic information, marital status, medical condition, military or veteran status, national origin, political affiliation,

race, religious creed, sex (includes pregnancy, childbirth, breastfeeding, and related medical conditions), and sexual orientation.

## DIVERSITY, EQUITY, AND INCLUSION

The California Department of Corrections and Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS) are committed to building and fostering a diverse workplace. We believe cultural diversity, backgrounds, experiences, perspectives, and unique identities should be honored, valued, and supported. We believe all staff should be empowered. CDCR/CCHCS are proud to foster inclusion and representation at all levels of both Departments.

## DRUG-FREE STATEMENT

It is an objective of the State of California to achieve a drug-free State work place. Any applicant for State employment will be expected to behave in accordance with this objective, because the use of illegal drugs is inconsistent with the law of the State, the rules governing civil service, and the special trust placed in public servants.

## GENERAL INFORMATION

Examination and/or Employment Application (Std. Form 678) forms are available at CalHR, local offices of the Employment Development Department, and through your **CalCareer Account**.

If you meet the requirements stated on this examination bulletin, you may take this examination, which is competitive. Possession of the entrance requirements does not assure a place on the eligible list. Your performance in the examination described in this bulletin will be rated against a predetermined job-related rating, and all applicants who pass will be ranked according to their score.

CCHCS reserves the right to revise the examination plan to better meet the needs of the service, if the circumstances under which this examination was planned change. Such revision will be in accordance with civil service laws and rules and all applicants will be notified.

**General Qualifications:** Applicants must possess essential personal qualifications including integrity, initiative, dependability, good judgement, the ability to work cooperatively with others, and a state of health consistent with the ability to perform the assigned duties of the class. A medical examination may be required. In open examinations, investigation may be made of employment records and personal history and fingerprinting may be required.

**Eligible Lists:** Eligible lists established by competitive examination, regardless of date, must be used in the following order: 1) sub-divisional promotional, 2) departmental promotional, 3) multi-departmental promotional, 4) servicewide promotional,

5) departmental open, 6) open. When there are two lists of the same kind, the older must be used first. Eligible lists will expire in one to four years unless otherwise stated on the bulletin.

**High School Equivalence:** Equivalence to completion of the 12th grade may be demonstrated in any one of the following ways: 1) passing the General Education Development (GED) Test; 2) completion of 12 semester units of college-level work; 3) certification from the State Department of Education, a local school board, or high school authorities that the competitor is considered to have education equivalent to graduation from high school; or 4) for clerical and accounting classes, substitution of business college work in place of high school on a year-for-year basis.

This bulletin cancels and supersedes all previously issued bulletins.

Top Navigation menu
Skip Ribbon Commands
Skip to main content
Turn off more accessible mode
Turn off Animations
Navigation Toggle | Search Toggle

CA.gov website

California Department of Human Resources logo

- State Retirees
- ca.gov
- About Us
- Contact Us
- Newsroom
- CalHR Careers

State Employees
State Supervisors / Managers
State HR Professionals

State Retirees
ca.gov
Site Content
Newsroom
CalHR Careers

Newsroom

Search | Search

CalHR Careers | Search

Social - Facebook Social - Twitter Social - YouTube LinkedIn Social - LinkedIn



**You are leaving this website**

You are now leaving this website and being directed to the specific California government resource or website that you have requested. CalHR accepts no responsibility for

Stay Here | Redirect Me

print logo
Main Content Anchor
Navigation Toggle | hidden item

# Psychologist -Clinical, Correctional Facility (9283)

# Psychologist -Clinical, Correctional Facility

## California State Personnel Board Specification

- **Schematic Code:** XL54
- **Class Code:** 9283
- **Established:** 06/15/1993
- **Revised:** 06/19/2007
- **Title Changed:** --

## Definition

Under general direction, in a State correctional facility or outpatient clinic in the Department of Corrections and Rehabilitation, to carry out difficult assignments in clinical research, professional training, and consultation; to maintain order and supervise the conduct of inmates; to protect and maintain the safety of persons and property; and to d

## Distinguishing Characteristics

This class is concerned with the clinical range of psychological services and concentrates on the psychological aspects of mental disability, its alleviation, change and study. minimum of supervision. Incumbents may review the work of Clinical Psychology Interns and Psychology Associates and give general advice and assistance to them, but th

## Typical Tasks

Applies psychological knowledge and techniques to the problems of mental and developmental disabilities in adult offenders in a correctional facility or clinic; conducts var selects, administrators, scores and interprets personality, intelligence, and other psychological tests; based on psychological tests and observations, case history, treatment pr discharge, and therapeutic activities; consults with medical personnel regarding the finding of medical examinations and evidence of organic disturbances related to behavio and potential for adjustment; initiates and develops new programs for the treatment, training, or rehabilitation of patients or inmates; evaluates and reports on current and ne facility or area or to other agencies and groups; on request, testifies as an expert witness in court proceedings; may work with community groups to develop supportive reso staff, and volunteers; may participate in interviews for the selection of personnel; initiates, designs, and reports on clinical psychological research and collaborates in other r analysis of data; maintains familiarity with professional developments and research; may write articles for publication; complies and analyzes statistics; maintains order and escapes and injury by these persons to themselves, others, or to property; maintains security of working areas and work materials; and inspects premises and searches inmate

## Minimum Qualifications

License: Possession of a valid license as a Psychologist issued by the California Board of Psychology and possession of an earned Doctorate Degree in Psychology from an Professions Code.

Individuals who do not qualify for licensure by the California Board of Psychology or who are in the process of securing this license will be admitted into the examination a terminated. For persons employed less than full time, an extension of a waiver of licensure may be granted for additional years proportional to the extent of part-time emplo years.

(Clinical Psychologist who does not have a valid non-renewable license of California up to 7966 for licensure examination and appointed for a maximum they must take the licensure examination at the earliest possible date after the date of employment.)

Applicants who are within six months of receiving their degree will be admitted into the examination, but will not be eligible for appointment until receipt of the degree and

# Knowledge and Abilities

Knowledge of: Psychological theories and research; principles, techniques, and problems in developing and coordinating a clinical psychological treatment program; principi development motivation, personality learning, individual differences, adaptation, and social interaction; methods for the assessment and modification of human behavior; ch institutional and social process, group dynamics; functions of psychologists in various mental health services; current trends in the field of mental health; professional trainin

Ability to: Plan, organize, and work in a specialized clinical psychological treatment program involving members of other treatment discipline; provide professional consulta application of technical skills; develop and evaluate creative approaches to the assessment, treatment, and rehabilitation of mental disorders, to the conduct of research, and t program evaluation; conduct assessment and psychological treatment procedures; secure the cooperation of professional and lay groups; analyze situations accurately and ta

# Special Personal Characteristics

Empathetic understanding of patients of a State correctional facility; willingness to work in a State correctional facility; scientific and professional integrity; emotional stabi

# Special Physical Characteristics

Persons appointed to this position must be reasonably expected to have and maintain sufficient strength, agility, and endurance to perform during stressful (physical, mental, fellow employees or that of inmates.

Assignments may include sole responsibility for the supervision of inmates and/or the protection of personal and real property.

Link Back to Top

- Conditions of Use
- Privacy Policy
- Accessibility
- Contact Us
- Download Document Readers
- CalHR Careers

CalHR logo
Copyright � 2023



# CLINICAL SOCIAL WORKER (HEALTH/CORRECTIONAL FACILITY) - SAFETY

## Exam Code: 1RC07

**Department:** State of California
**Exam Type:** Servicewide, Open
**Final Filing Date:** Continuous

## CLASSIFICATION DETAILS

**Clinical Social Worker (Health/Correctional Facility) – Safety (9872) –**

$6,897 - $8,801 per month - This salary shall apply to positions at the Department of Corrections and Rehabilitation within Correctional Health Care Services Division and Adult institutions. (Unlicensed)

$7,420 - $9,437 per month - This salary shall apply to positions at the Department of Corrections and Rehabilitation within Correctional Health Care Services Division and Adult institutions. (Licensed)

$6,568 - $8,382 per month - This salary shall apply to positions within the California Department of State Hospitals. (Unlicensed)

$7,066 - $8,987 per month - This salary shall apply to positions within the California Department of State Hospitals. (Licensed)

View the **Clinical Social Worker (Health/Correctional Facility)- Safety** classification specification.

## APPLICATION INSTRUCTIONS

Final Filing Date: Continuous

**Who Should Apply:**

Applicants who meet the minimum qualifications as stated on this bulletin may apply for and take this examination.

Once you have taken this examination, you may not retake it for **six (6) months**.

**How To Apply:**

The link to connect to the Training and Experience Evaluation is located farther down on this bulletin in the "Taking the Exam" section.

**Special Testing Arrangements:**

If you require special testing arrangements due to a verified disability or medical condition, please contact the department listed in the Contact Information section of this bulletin.

## MINIMUM QUALIFICATIONS

All applicants must meet the education and/or experience requirements as stated on this exam bulletin to be accepted into the examination. Part-time or full-time jobs, regardless of whether paid or volunteer positions, and inside or outside California state service will count toward experience.

**Clinical Social Worker (Health/Correctional Facility) - Safety**

Possession of a valid license as a Licensed Clinical Social Worker issued by the California Board of Behavioral Science. [Individuals who do not qualify for licensure by the California Board of Behavioral Science may be admitted into the examination and may be appointed but must secure a valid license within four years of appointment; however, an individual can be employed only to the extent necessary to be eligible for licensure plus one year. An extension of the waiver may be granted for one additional year based on extenuating circumstances, as provided by Section 1277(e) of the Health and Safety Code. The time duration for unlicensed employment does not apply to active doctoral candidates in social work, social welfare, or social service, until the completion of such training.]

[Unlicensed individuals who are recruited from outside the State of California and who qualify for licensure may take the examination and may be appointed for a maximum of one year at which time licensure shall have been obtained or the employment shall be terminated; an extension of the waiver may be granted for an additional one year based on extenuating circumstances, as provided by Section 1277(e) of the Health and Safety Code. Individuals granted an additional one year based on extenuating circumstances may be appointed for a maximum of two years at which time licensure shall have been obtained or the employment shall be terminated. Additionally, they must take the licensure examination at the earliest possible date after the date of employment.] **And**

**Education:** Completion of a master's degree program from an accredited school of social work, approved by the Council on Social Work Education.

**Special Personal Characteristics:** An objective and empathic understanding of individuals with mental, developmental, or physical disabilities; flexibility to alter hours as needed; tolerance; tact; emotional stability; and respect for persons from diverse backgrounds.

**Special Physical Characteristics:** Persons appointed to this class are reasonably expected to have and maintain sufficient strength, agility, and endurance to perform during physically, mentally, and emotionally stressful situations encountered on the job without compromising their health and well-being or that of their fellow employees, patients, or incarcerated persons.

Assignments may include sole responsibility for the control of patients, clients, or incarcerated persons and the protection of personal and real property.

**Drug Testing Requirement:** Applicants for positions in this class are required to pass a drug-screening test. Testing of current employees who are applicants in an examination or who are transferring is permitted only if the person does not have a current appointment to a class for which drug testing is a requirement.

**Applicants possessing the required license/certificate at the time of application must show the number, title, and expiration date on their Examination Application (Std. Form 678).**

## POSITION DESCRIPTION

### Clinical Social Worker (Health/Correctional Facility) - Safety

A Clinical Social Worker (Health/Correctional Facility) - Safety, under general direction in a health or correctional facility, performs clinical social work with individuals with mental, physical, or developmental disabilities; conducts assessments and summarizes case information for use in diagnosis, treatment (level of care), and dispositional release; diagnoses and/or collaborates in the formulation of a diagnosis; develops, monitors, and modifies treatment plans in collaboration with the interdisciplinary treatment team; identifies and recommends appropriate services based on assessment and, where applicable, civil or penal code commitment; provides individual and group therapy as delineated in the treatment plan; provides suicide and crisis risk assessment and intervention; participates in risk assessment, evaluation, and recommendation for alternate level of care placement, for release to the community, or other case disposition (with consideration for the risk the patient presents to the community); coordinates discharge planning activities and acts as resource on accessing appropriate community support and services to be utilized upon release; responds to requests from clients/patients, family members, courts, and community agencies; provides social work services to family members and community agencies; consults with colleagues and other staff on behavior management treatment issues; prepares verbal and written social work reports and provides court testimony, as required by law and policy, which can be used in all legal jurisdictions; participates in professional meetings, committees,

training, and conferences; participates in research and Quality Assurance and Improvement (QA&I); maintains safety by assisting staff in inspecting facilities, or observing behavior to identify or intervene in security breaches that could lead to injuries or escape; and does other related work.

## EXAMINATION SCOPE

This examination consists of the following components:

**Training and Experience Evaluation –** Weighted 100% of the final score.

The examination will consist solely of a **Training and Experience Evaluation.** To obtain a position on the eligible list, a minimum score of 70% must be received. Applicants will receive their score upon completion of the Training and Experience Evaluation process.

In addition to evaluating applicants' relative knowledge, skills, and ability, as demonstrated by quality and breadth of education and/or experience, emphasis in each exam component will be measuring competitively, relative job demands, each applicant's:

**Knowledge of:**
1. Principles, procedures, techniques, trends, and literature of social work with particular reference to clinical social work;
2. Psycho/social aspects of mental and developmental and physical disabilities;
3. Community organization principles;
4. Scope and activities of public and private health and welfare agencies;
5. Characteristics of mental, developmental, and physical disabilities;
6. Current trends in mental health, public health and public welfare, and federal and State programs in these fields.

**Ability to:**
1. Utilize and effectively apply the required technical knowledge;
2. Establish and maintain the confidence and cooperation of persons contacted in the work;
3. Secure accurate psycho/social data and record such data systematically;
4. Prepare clear, accurate, and concise reports;
5. Work family and community agencies in preparation for discharge;
6. Develop and implement programs;
7. Provide professional consultation;
8. Analyze situations accurately and take effective action;
9. Communicate effectively.

## ELIGIBLE LIST INFORMATION

A servicewide, open eligible list for the Clinical Social Worker (Health/Correctional Facility) - Safety classification will be established for the State of California (all State of California departments, statewide).

The names of successful competitors will be merged onto the eligible list in order of final score regardless of exam date. Eligibility expires **twelve (12) months** after it is established. Applicants must then retake the examination to reestablish eligibility.

Veterans' Preference will be granted for this examination. In accordance with Government Codes 18973.1 and 18973.5, whenever any veteran, or widow or widower of a veteran achieves a passing score on an open examination, he or she shall be ranked in the top rank of the resulting eligible list.

Veterans' status is verified by the California Department of Human Resources (CalHR). Information on this program and the Veterans' Preference Application (Std. Form 1093) is available online**.** Additional information on veteran benefits is available at the Department of Veterans Affairs.

Career Credits are not granted in examinations administered on an open basis.

## EXAMINATION INFORMATION

**Preview of the Training and Experience Evaluation**

## PREPARING FOR THE EXAMINATION

Here is a list of suggested resources to have available prior to taking the exam.

In an effort to streamline the examination process, please create a CalCareer Account with CalHR. A CalCareer Account is a one stop shop for taking civil service examinations, applying for state jobs, and provides storage and organization for your documents and communications stemming from job opportunities, all in a paperless format. To sign up for a CalCareer Account, or log in to your existing account, Click here.

**Employment History:** Employment dates, job titles, organization names and addresses, names of supervisors or persons who can verify your job responsibilities, and phone numbers of persons listed above.

**Education:** School names and addresses, degrees earned, dates attended, courses taken (verifiable on a transcript), persons or office who can verify education, and phone numbers of persons or offices listed above.

**Training:** Class titles, certifications received, names of persons who can verify your training, and phone numbers of persons listed above.

## TAKING THE EXAMINATION

Take the **Clinical Social Worker (Health/Correctional Facility) examination**.

## TESTING DEPARTMENTS

State of California (all State of California departments)

## CONTACT INFORMATION

If you have any technical or administrative questions concerning this examination bulletin, including provision of reasonable accommodation for this testing process, please contact:

California Correctional Health Care Services
Attn: Examination Services
8280 Longleaf Drive
Elk Grove, CA 95758

Phone: (916) 691-5894
Email: CPHCSSelectionServices@cdcr.ca.gov
California Relay Service: 7-1-1 (TTY and voice)

TTY is a Telecommunications Device for the Deaf, and is reachable only from phones equipped with a TTY Device.

## EQUAL OPPORTUNITY EMPLOYER

The State of California is an equal opportunity employer to all, regardless of age, ancestry, color, disability (mental and physical), exercising the right of family care and medical leave, gender, gender expression, gender identity, genetic information, marital status, medical condition, military or veteran status, national origin, political affiliation, race, religious creed, sex (includes pregnancy, childbirth, breastfeeding, and related medical conditions), and sexual orientation.

## DRUG-FREE STATEMENT

It is an objective of the State of California to achieve a drug-free State work place. Any applicant for State employment will be expected to behave in accordance with this objective, because the use of illegal drugs is inconsistent with the law of the State, the rules governing civil service, and the special trust placed in public servants.

## GENERAL INFORMATION

Examination and/or Employment Application (Std. Form 678) forms are available at CalHR, local offices of the Employment Development Department, and through your **CalCareer Account.**

If you meet the requirements stated on this examination bulletin, you may take this examination, which is competitive. Possession of the entrance requirements does not assure a place on the eligible list. Your performance in the examination described in this bulletin will be rated against a predetermined job-related rating, and all applicants who pass will be ranked according to their score.

CalHR reserves the right to revise the examination plan to better meet the needs of the service, if the circumstances under which this examination was planned change. Such revision will be in accordance with civil service laws and rules and all applicants will be notified.

**General Qualifications:** Applicants must possess essential personal qualifications including integrity, initiative, dependability, good judgement, the ability to work cooperatively with others, and a state of health consistent with the ability to perform the assigned duties of the class. A medical examination may be required. In open examinations, investigation may be made of employment records and personal history and fingerprinting may be required.

**Eligible Lists:** Eligible lists established by competitive examination, regardless of date, must be used in the following order: 1) sub-divisional promotional, 2) departmental promotional, 3) multi-departmental promotional, 4) servicewide promotional, 5) departmental open, 6) open. When there are two lists of the same kind, the older must be used first. Eligible lists will expire in one to four years unless otherwise stated on the bulletin.

**High School Equivalence:** Equivalence to completion of the 12th grade may be demonstrated in any one of the following ways: 1) passing the General Education Development (GED) Test; 2) completion of 12 semester units of college-level work; 3) certification from the State Department of Education, a local school board, or high school authorities that the competitor is considered to have education equivalent to graduation from high school; or 4) for clerical and accounting classes, substitution of business college work in place of high school on a year-for-year basis.

This bulletin cancels and supersedes all previously issued bulletins.

Top Navigation Toggle
Skip to main content
Skip Ribbon Commands
Turn off more accessible mode
Skip to footer
Navigation Toggle   Search Toggle
Main Navigation Toggle



State Employees
State Supervisors / Managers
State HR Professionals

State Retirees
ca.gov

- About Us
- Contact Us
- Newsroom
- CalHR Careers

- Newsroom
- CalHR Careers

Search          Search

Social - Facebook  Social - Twitter  Social - YouTube   LinkedIn Social - LinkedIn

CA.gov website
California Department of Human Resources logo

◆

**You are leaving this website**

You are now leaving this website and being directed to the specific California government resource or website that you have requested. CalHR accepts no responsibility for

Stay Here    Redirect Me

print logo
Main Content Anchor

# Clinical Social Worker (Health Facility) Series

# Clinical Social Worker (Health Facility) Series

## California State Personnel Board Specification

Series established July 1, 2005

## Scope

Under general direction, in a health or correctional facility, to do clinical social work with individuals with mental, physical, or developmental disabilities, and their commun

Clinical Social Worker (Health Facility) Series Specification - Class Titles and Codes

| Schem Code | Class Code | Class |
|---|---|---|
| XP36 | 9877 | Clinical Social Worker (Health Facility) |
| XP35 | 9872 | Clinical Social Worker (Health/Correctional) Safety |

## Distinguishing Characteristics

Positions are responsible for maintaining safety by assisting staff in inspecting facilities, or observing behavior to identify or intervene in security breaches that could lead to Safety. The class of Clinical Social Worker (Health Facility) is used for positions performing clinical social work in a nonforensic setting.

## Definition of Series

Incumbents conduct assessments and summarize case information for use in diagnosis, treatment (level of care), and dispositional release; diagnose and/or collaborate in the treatment team; identify and recommend appropriate services based on assessment and, where applicable, civil or penal code commitment; provide individual and group the assessment, evaluation, and recommendation for alternate level of care placement, for release to the community, or other case disposition (with consideration for the risk the appropriate community support and services to be utilized upon release; respond to requests from clients/patients, family members, courts, and community agencies; provide Affairs only) and community agencies; consult with colleagues and other staff on behavior management treatment issues; prepare verbal and written social work reports and professional meetings, committees, training, and conferences; and participate in research and Quality Assurance and Improvement (QA&I).

## Minimum Qualifications

## Both Classes:

Possession of a valid license as a Licensed Clinical Social Worker issued by the California Board of Behavioral Science. [Individuals who do not qualify for licensure by the a valid license within four years of appointment; however, an individual can be employed only to the extent necessary to be eligible for licensure plus one year. An extension 1277(e) of the Health and Safety Code. The time duration for unlicensed employment does not apply to active doctoral candidates in social work, social welfare, or social se

[Unlicensed individuals who are recruited from outside the State of California and who qualify for licensure may take the examination and may be appointed for a maximum of the waiver may be granted for an additional one year based on extenuating circumstances, as provided by Section 1277(e) of the Health and Safety Code. Individuals grante

The Licensing requirement for Clinical Social Worker will be the completion of a ... examination within 7 ... which must be taken at first ... date after the ... work, approved by the Council on Social Work Education.

- Home
- Job Seekers
- State Employees
- State Supervisors / Managers
- HR Professionals
- State Retirees
- CalPERS
- About Us
- Contact Us
- Newsroom
- CalHR Careers

## Knowledge and Abilities

## Both Classes:

Knowledge of: Principles, procedures, techniques, trends, and literature of social work with particular reference to clinical social work; psycho/social aspects of mental and health and welfare agencies; characteristics of mental, developmental, and physical disabilities; current trends in mental health, public health and public welfare, and Federa

Ability to: Act ... and effectively apply the required technical knowledge; establish and maintain the confidence and cooperation of persons contacted in the work; secure ac family and community agencies in preparation for discharge; develop and implement programs; provide professional consultation; analyze situations accurately and take eff

## Special Personal Characteristics

## Both Classes:

An objective and empathic understanding of individuals with the mental, developmental, or physical disabilities; flexibility to alter hours as needed; tolerance; tact; emotion

## Special Physical Characteristics

## Clinical Social Worker (Health/Correctional Facility) ? Safety

Persons appointed to the class of Clinical Social Worker (Health/Correctional Facility) Safety are reasonably expected to have and maintain sufficient strength, agility, and e compromising their health and well-being or that of their fellow employees, patients, or inmates.

Assignments may include sole responsibility for the control of patients, clients, or inmates and the protection of personal and real property.

## Drug Testing Requirement

## Both Classes:

Applicants for positions in these classes are required to pass a drug-screening test. Testing of current employees who are applicants in an examination or who are transferrin

## Class History

Clinical Social Worker (Health Facility) Series History - Dates Established, Revised, and Title Changed

| Class | Date Established | Date Revised | Title Changed |
|---|---|---|---|
| Clinical Social Worker (Health Facility) | 07/01/2005 | -- | -- |
| Clinical Social Worker (Health/Correctional Facility) Safety | 07/01/2005 | -- | -- |

Link Back to Top

- Conditions of Use
- Privacy Policy
- Accessibility
- Contact Us
- Download Document Readers
- CalHR Careers

CalHR logo
Copyright � 2023

**AFSCME**

**Local 2620**

*We Make California Happen*

# TENTATIVE AGREEMENT SUMMARY

AFSCME Local 2620, Bargaining Unit (BU) 19 has reached a Tentative Agreement with the State of California. AFSCME Local 2620's goal from the start of negotiations was to fight for EVERY member of our union. The State had its "priorities" in negotiations and claimed that they had limited funds. Your bargaining team presented proposals and counter proposals that outlined our own priorities. During our last bargaining session, we faced critical decisions, as the State conveyed that they had no further room for movement.

At this critical juncture, two crucial matters were at risk: **1) retroactive pay to July 1, 2023, (for both General Salary increases and Special Salary Adjustments) and 2) not having our contract reviewed this year by the Legislature,** which would mean not receiving pay increases this year. We successfully negotiated both! Lastly, the team agreed to a two-year contract which included General Salary increases that would apply to all employees in our Bargaining Unit and Special Salary Adjustments that covers over 80% of employees in our bargaining unit. This achievement ensures our members receive salary increases this year, while we continue to FIGHT, ORGANIZE, and prepare for negotiations in 2025.

**Given the benefits of this agreement the AFSCME Local 2620 Negotiations Team is recommending a YES vote! We will explain the details of our tentative agreement at our town hall zoom meetings. Our Town Hall schedule is as follows:**

**Tuesday, August 8, 2023 at 7pm**
**Zoom Link:**
https://us06web.zoom.us/j/85162423637?pwd=TGlMVEZYcTFQaVk3MVhDY3JURS9HUT09

**Wednesday, August 9, 2023 at 7pm**
**Zoom Link:**
https://us06web.zoom.us/j/87393660716?pwd=QmVLVmFoMFhIeSs2cUJSbWZOSXdqQT09

**Thursday, August 10, 2023 at 7pm**
**Zoom Link:**
https://us06web.zoom.us/j/84585260171?pwd=UDM0aWJDTG1rRndHcWVxS3RETkdrQT09

## TENTATIVE AGREEMENT SUMMARY

| I. | GENERAL SALARY INCREASE | PERCENTAGE |
|---|---|---|
| | ALL MEMBERS – JULY 1, 2023 (Retroactive) | 3.00% |
| | ALL MEMBERS – JULY 1, 2024 | 2.50% |
| II. | SPECIAL SALARY ADJUSTMENT | PERCENTAGE |
| | RECREATION THERAPIST, CF (9286 A) | 9.63% |
| | RECREATION THERAPIST, CF (9286 P) | 9.66% |
| III. | SPECIAL SALARY ADJUSTMENT | PERCENTAGE |
| | REHABILITATION THERAPIST, STATE FACILITIES (RECREATION-SAFETY) (8324 A/P/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (RECREATION) (8312 A/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (OCCUPATIONAL) (8289 A/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (ART) (8414 A/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (ART SAFETY) (8420 A/P/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (DANCE) (8423 A/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (DANCE SAFETY) (8422 A/P/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (MUSIC) (8311 A/S/U) | 8.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (MUSIC SAFETY) (8321 A/P/S/U) | 8.00% |
| | REGISTERED DIETITIAN (2167) | 8.00% |
| | REGISTERED DIETITIAN (SAFETY) (2172) | 8.00% |
| | REGISTERED DIETITIAN, CORRECTIONAL FACILITY (9279) | 8.00% |
| | PRE-REGISTERED DIETITIAN (2168) | 8.00% |
| IV. | SPECIAL SALARY ADJUSTMENT | PERCENTAGE |
| | REHABILITATION THERAPIST, STATE FACILITIES (OCCUPATIONAL-SAFETY) (8323 P/S/U) | 6.00% |
| | REHABILITATION THERAPIST, STATE FACILITIES (OCCUPATIONAL-SAFETY) (8323 A) | 5.98% |
| | REHABILITATION SPECIALIST (9794) | 7.22% |
| | REHABILITATION ADMINISTRATOR I (SPECIALIST) (9796) | 7.63% |
| VI. | SPECIAL SALARY ADJUSTMENT | PERCENTAGE |

| | | |
|---|---|---|
| | BEHAVIOR SPECIALIST I (9823) | 5.00% |
| | BEHAVIOR SPECIALIST II (9824) | 5.00% |
| | | |
| VII. | SPECIAL SALARY ADJUSTMENT | PERCENTAGE |
| | PHYSICIAN ASSISTANT, CORRECTIONAL FACILITY (8016) | 3.00% |
| VIII. | SPECIAL SALARY ADJUSTMENT | PERCENTAGE |
| | OCCUPATIONAL THERAPIST, DMHDS (8204 A/S/U) | 2.50% |
| | OCCUPATIONAL THERAPIST, CORRECTIONAL FACILITY (9280 A/P/Q) | 2.50% |
| | OCCUPATIONAL THERAPIST (8288 A/S/U) | 2.50% |
| | SENIOR VOCATIONAL REHABILITATION COUNSELOR (SAFETY) (9815) | 2.50% |
| | SENIOR VOCATIONAL REHABILITATION COUNSELOR (9806) | 2.50% |
| | SENIOR VOCATIONAL REHABILITATION COUNSELOR, QRP (9818) | 2.50% |
| | PHARMACIST I, DMHDS (7659) | 2.50% |
| | PHARMACIST I (7982) | 2.50% |
| | INSPECTOR, BOARD OF PHARMACY (8876) | 2.50% |
| | PHARMACEUTICAL CONSULTANT I, DHS (7975) | 2.50% |
| | PHARMACEUTICAL CONSULTANT II, DHS (7994) | 2.50% |
| IX. | SPECIAL SALARY ADJUSTMENT* | PERCENTAGE |
| | PSYCHOLOGIST (HEALTH FACILITY-EXPERIMENTAL) (9833) | 10.00% |
| | SENIOR PSYCHOLOGIST (HEALTH FACILITY) (SPECIALIST) (9839) | 10.00% |
| | PSYCHOLOGIST (HEALTH FACILITY-EDUCATIONAL) (9841) | 10.00% |
| | PSYCHOLOGIST-CLINICAL, CORRECTIONAL FACILITY (9283) | 10.00% |
| | SENIOR PSYCHOLOGIST, CORRECTIONAL FACILITY (SPECIALIST) (9287) | 10.00% |
| | PSYCHOLOGY INTERNSHIP DIRECTOR (9842) | 10.00% |
| | STAFF PSYCHOLOGIST -CLINICAL (9847) | 10.00% |
| | PSYCHOLOGIST (HEALTH FACILITY-CLINICAL-SAFETY) (9873) | 10.00% |
| | PSYCHOLOGIST (HEALTH FACILITY-CLINICAL) DMHDS (9878) | 10.00% |
| | CONSULTING PSYCHOLOGIST (7620) | 10.00% |
| | SEXUALLY VIOLENT PREDATOR EVALUATOR (7621) | 10.00% |
| | PSYCHOLOGIST (9252) | 10.00% |
| X. | SPECIAL SALARY ADJUSTMENT* | PERCENTAGE |
| | SOCIAL WORK ASSOCIATE (9871) | 3.00% |
| | SOCIAL WORK ASSOCIATE (SAFETY) (9874) | 3.00% |

| | PSYCHIATRIC SOCIAL WORKER (9870) | 3.00% |
|---|---|---|
| | CLINICAL SOCIAL WORKER (HEALTH/CORRECTIONAL FACILITY)-SAFETY (9872 S/T/U/V) | 3.00% |
| | CLINICAL SOCIAL WORKER (HEALTH FACILITY) (9877 A/S/T/U/V) | 3.00% |
| **XI.** | **SPECIAL SALARY ADJUSTMENT\*** | **PERCENTAGE** |
| | CLINICAL SOCIAL WORKER (HEALTH/CORRECTIONAL FACILITY)-SAFETY (9872 Q) | 2.99% |
| **XII.** | **SPECIAL SALARY ADJUSTMENT\*** | **PERCENTAGE** |
| | CLINICAL SOCIAL WORKER (HEALTH/CORRECTIONAL FACILITY)-SAFETY (9872 A/P) | 2.65% |
| **XIII.** | **Pay Differential 324 extended to Psychologists in DSH and Social Workers in both CDCR and DSH** | |
| | Those hired prior to 8/1/2016 will receive a one-time retention bonus of up to $10,000. Those hired within the last 7 years and those newly hired will receive a recruitment bonus. | |
| **XIV.** | **OTHER ECONOMIC CONCESSIONS GAINED** | |
| | Article 7.13 - Increase in intern/practicum student supervision from $100 per month to $500 per month | |
| | Article 14.2 - Payment upfront of $500 for continuing education related to licensing | |
| | Article 12.1 - Change in the reimbursement rate for travel for state business. | |
| | Article 12.8 - Increase in mass transit reimbursement and vanpool rider reimbursement from 75% to 100% | |
| | Article 15.15 - Change of language to compel the completion of two classification reviews a year. | |
| | Article 6.12 - Psychologists get to work additional caseloads for straight pay without the need for approval for a second position. | |
| | Article 12.10 - Increase in number of days granted to chaplains and NASL to maintain good standing. | |
| | Article 6.11 - Psychologist and Social Workers will now be paid $10.00 per hour for all assigned on call hours . | |
| | Article 14.2 - 12 CEU hours for Rehabilitation Therapist (Art, Music, Dance-Safety). | |

**\*Items IX to XII effective July 1, 2023, the maximum salary range for the following classes will increase by the percentages listed.**