DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
MAYA CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S RESPONSE TO THE MAY 24, 2023 ORDER** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | Judge:  Hon. Kimberly J. Mueller |

1       On May 24, 2023, the Court issued an order regarding the Special Master's March 9, 2023 Report and Recommendations Regarding Third Level Data Remediation Disputes, wherein the Court referred the parties' dispute regarding the provisionally approved indicator entitled Transfer to STRH/LTRH within Timeframes (AC6) back to the Special Master for further consideration. ECF No. 7847 at 10. Specifically, the dispute revolves around how to assess compliance with STRH/LTRH transfer timelines where a patient remains in a non-mental health segregation unit for more than 30 days because of a temporary medical hold. *Id.* On August 8, 2023, the Special Master filed a response to the Court's May 24, 2023 Order, recommending that "[t]he medical hold exception in the existing indicator's documentation should be removed" and "[a]ll transfers to STRH and LTRH units that exceed 30 days should be scored as not satisfying the 30-day transfer business requirement." ECF No. 7907 at 15. On September 7, 2023, Defendants filed objections to the Special Master's Response to the May 24, 2023 Order. ECF No. 7939.

        On September 21, 2023, while drafting comments on Defendants' draft EOP and CCCMS Restricted Housing Unit ("RHU") policies, Plaintiffs located a September 22, 2016 memorandum entitled "Reasons for Retaining Inmates in Segregation," which is included in the Compendium of Custody-Related Remedial Requirements. *See* ECF No. 7333-2 at 5. The memorandum provides, *inter alia*, "that inmates shall not be housed or retained in segregated housing due to a medical hold …." Given this provision's relevance to the pending dispute regarding the Transfer to STRH/LTRH within Timeframes (AC6) indicator, and the Order of Reference's emphasis on the importance of Plaintiffs' input in the remedial process, *see* ECF No. 640 at 2-3, Plaintiffs request that the Court grant leave to Plaintiffs to file a short response to Defendants' September 7, 2023 objections.

        Plaintiffs alerted Defendants and the Special Master to the existence of this memorandum on September 21, 2023, as neither the parties, nor the Special Master, appear to have considered it in prior stages of the dispute resolution process. Defendants responded to Plaintiffs' notice later that same day and argued that the memorandum is not

1 relevant. Plaintiffs seek an opportunity to address the September 2016 memorandum's
2 relevance before this Court, and demonstrate why an order adopting the Special Master's
3 proposed resolution to the pending data dispute is warranted.
4   Accordingly, Plaintiffs request that the Court grant until October 3, 2023, for
5 Plaintiffs to respond to Defendants' objections.

7 DATED: September 26, 2023    Respectfully submitted,

     ROSEN BIEN GALVAN & GRUNFELD LLP

     By: */s/ Cara E. Trapani*
         Cara E. Trapani

     Attorneys for Plaintiffs