1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California  94710-1916
4  Telephone:   (510) 280-2621

5  CLAUDIA CENTER – 158255
   DISABILITY RIGHTS EDUCATION
6  AND DEFENSE FUND, INC.
   Ed Roberts Campus
7  3075 Adeline Street, Suite 210
   Berkeley, California  94703-2578
8  Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
MAYA CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

10  Attorneys for Plaintiffs

11

12                    UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,

16          Plaintiffs,

17      v.

18  GAVIN NEWSOM, et al.,

19          Defendants.

20

21

Case No. 2:90-CV-00520-KJM-DB

**NOTICE AND REQUEST FOR LEAVE TO WITHDRAW PLAINTIFFS' RESPONDING BRIEF FOR HEARING ON STAFFING [Dkt. 7967]**

Date:     September 29, 2023
Time:     10:00 a.m.
Crtrm.:   3

Judge:   Hon. Kimberly J. Mueller

22

23

24

25

26

27

28

[4367714.1]

Case No. 2:90-CV-00520-KJM-DB

NOTICE AND REQUEST FOR LEAVE TO WITHDRAW PLAINTIFFS' RESPONDING BRIEF FOR HEARING ON STAFFING [Dkt. 7967]

1    **PLEASE TAKE NOTICE** that Plaintiffs hereby request leave to withdraw

2  PLAINTIFFS' RESPONDING BRIEF FOR HEARING ON STAFFING [Dkt. 7967], filed

3  on September 26, 2023.  The reason for this request is that Plaintiffs' counsel inadvertently

4  filed the brief untimely under Local Rule 285(b), without requesting leave to file it

5  untimely.

6    Plaintiffs respectfully request that the brief be removed from the docket.

7  DATED:  September 27, 2023    Respectfully submitted,

8    ROSEN BIEN GALVAN & GRUNFELD LLP

9

10    By:  */s/ Ernest Galvan*

11    Ernest Galvan

12    Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4367714.1]    1    Case No. 2:90-CV-00520-KJM-DB

NOTICE AND REQUEST FOR LEAVE TO WITHDRAW PLAINTIFFS' RESPONDING BRIEF FOR HEARING
ON STAFFING [Dkt. 7967]