DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
MAYA CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' DESIGNATIONS FROM DEPOSITION OF DR. PAUL BURTON FOR HEARING ON STAFFING**<br><br>Date:　September 29, 2023<br>Time:　10:00 a.m.<br>Crtrm.:　3<br><br>Judge:　Hon. Kimberly J. Mueller |

[4367873.3]

PLAINTIFFS' DESIGNATIONS FROM DEPOSITION OF DR. PAUL BURTON FOR HEARING ON STAFFING

Plaintiffs hereby submit the following designations from the deposition of Paul Burton, M.D., pursuant to this Court's September 25, 2023 order (ECF No. 7961) following the parties' agreement that Dr. Burton's testimony for the upcoming staffing hearing, set to begin September 29, 2023, may be presented through deposition. Dr. Burton's deposition was taken on August 28, 2023, by counsel for Plaintiffs.

- 8:16-25:8
- 37:19-40:17
- 40:23-43:11
- 43:15-50:1
- 50:5-53:4
- 53:12-54:19
- 54:21-59:5
- 61:23-62:9
- 62:10-64:2
- 65:2-66:17
- 66:19-67:20
- 71:2-73:5
- 76:7-80:11
- 82:21-83:2
- 83:18-84:8
- 84:22-86:2
- 86:18-87:20
- 89:24-93:10
- 95:2-96:13
- 96:21-97:23
- 98:9-99:24

/ / /

/ / /

| | |
|---|---|
| 1 | 100:12-101:4 |
| 2 | 107:17-110:16 |

| | | |
|---|---|---|
| 3 | DATED: September 28, 2023 | Respectfully submitted, |
| 4 | | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 5 | | By: */s/ Adrienne Pon Harrold* |
| 6 | | Adrienne Pon Harrold |
| 7 | | Attorneys for Plaintiffs |