1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 210-7318
     Fax: (916) 324-5205
8    E-mail: Elise.Thorn@doj.ca.gov
   Attorneys for Defendants

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
LAUREL O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:   925-746-8460
FACSIMILE:   925-746-8490
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF SAMANTHA WOLFF IN SUPPORT OF DEFENDANTS' OBJECTION TO THE COURT'S APPOINTMENT OF DWIGHT STEWARD, PH.D., AS TECHNICAL ADVISOR**<br><br>Date:　　September 29, 2023<br>Time:　　10:00 a.m.<br>Location: Courtroom 3, 15th Floor<br><br>Judge:　　Hon. Kimberly J. Mueller |

I, Samantha D. Wolff, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hanson Bridgett LLP, attorneys of record for Defendants. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On July 31, 2023, Plaintiffs served their initial witness list in advance of the enforcement proceedings set to commence on September 29, 2023, a true copy of which is attached hereto as **Exhibit 1**. On this list, Plaintiffs disclosed Dwight Steward, Ph.D as a witness expected to testify about "[l]abor market factors affecting CDCR's ability to recruit and retain qualified mental health professionals."

3. On August 31, 2023, Plaintiffs served their Rule 26(a)(2)(B) expert disclosure and report of Timothy T. Brown, Ph.D. In his report, Dr. Brown analyzed Dr. Steward's May 29, 2020 report,[1] in connection with preparing the opinions he is expected to express at the forthcoming hearing. In doing so, Dr. Brown indicated his support for the methodologies and recommendations made by Dr. Steward.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of September, 2023, at Lafayette, California.

/s/ Samantha Wolff
Samantha D. Wolff

---

[1] Dr. Steward's report is entitled "An Analysis of Psychiatrist Employment Conditions and Compensation at the California Department of Corrections and Rehabilitation and the Department of State Hospitals."

# Exhibit 1

| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>AMY XU – 330707<br>CARA E. TRAPANI – 313411<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>GINGER JACKSON-GLEICH – 324454<br>ADRIENNE PON HARROLD – 326640<br>ARIELLE W. TOLMAN – 342635<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' LIST OF WITNESSES FOR INPATIENT TRANSFER AND STAFFING CONTEMPT HEARINGS**<br><br>Judge: Hon. Kimberly J. Mueller |

[4330429.1]

PLAINTIFFS' LIST OF WITNESSES FOR INPATIENT TRANSFER AND STAFFING CONTEMPT HEARINGS

Pursuant to this Court's orders dated March 27, 2023 and June 12, 2023 (ECF Nos. 7786 and 7856, respectively), Plaintiffs submit the following list of witnesses Plaintiffs may present at the contempt proceedings regarding inpatient transfer delays and staffing, slated to commence on September 29, 2023 at 10:00 a.m. in Courtroom No. 3. Plaintiffs reserve the right to supplement this list, including identifying rebuttal witnesses, as necessary.

<u>Witnesses Testifying on Both Inpatient Transfer and Staffing Issues</u>

1. Amar Mehta, MD, Deputy Director of the Statewide Mental Health Program for the California Department of Corrections and Rehabilitation ("CDCR") (Barriers to inpatient care. Exhaustion of available options to meet staffing requirements.)

2. Diana Toche, DDS, Undersecretary of Health Care Services for the CDCR (Barriers to inpatient care. Exhaustion of available options to meet staffing requirements.)

3. Joseph Bick, MD, Director, Healthcare Services at California Correctional Health Care Services (CCHCS) (Barriers to inpatient care. Exhaustion of available options to meet staffing requirements.)

4. Wendy Worrell, Ph.D., Mental Health Administrator of the CDCR Statewide Mental Health Services Delivery System (Barriers to inpatient care. Exhaustion of available options to meet staffing requirements.)

5. Alexandra David, Chief of Mental Health at CMF (Impact of salary structure on staffing shortages. Impact of PIP staffing shortages on inpatient transfer delays.)

6. Michael Hewitt, Psy.D., Mental Health Regional Administrator for Region IV of the CDCR MHSDS (Barriers to inpatient care. Exhaustion of available options to meet staffing requirements.)

7. Michael Golding, MD, Chief Psychiatrist, CDCR (Barriers to inpatient care. Exhaustion of available options to meet staffing requirements.)

8. Paul Burton, Chief Psychiatrist, SQ (Barriers to inpatient care. Exhaustion of available options to meet staffing requirements.)

9. Any other witness listed by Defendants.

<u>Witnesses Testifying on Inpatient Transfers Issue Only</u>

10. Pablo Stewart, M.D. (Role of inpatient care in correctional mental health. Removing barriers to access inpatient care.)

11. Gretchen Huntington, Chief Psychologist, Inpatient Referral Unit (Process for inpatient transfers, including transfers from CDCR PIPs to DSH.)

12. Brian Zollweg, PsyD, Department of State Hospitals (Process for referrals and transfers of *Coleman* patients to DSH.)

13. Tiffany Nguyen, Compliance Review Unit (Process for and reporting regarding inpatient transfers.)

14. Any other witness listed by Defendants.

<u>Witnesses Testifying on Staffing Issue Only</u>

15. Timothy T. Brown, Ph.D., Associate Adjunct Professor of Health Economics, University of California, Berkeley, Associate Director for Research, Berkeley Center for Health Technology (Labor market factors affecting CDCR's ability to recruit and retain qualified mental health professionals.)

16. Dwight D. Steward, Ph.D., Economist, Labor Researcher, EmployStats (Labor market factors affecting CDCR's ability to recruit and retain qualified mental health professionals. )

17. Shelly Minor, Chief Psychologist, CHCF (Mental health staffing at CHCF.)

18. Benjamin Hulkouer, Psychologist, CMF (Mental health staffing at CMF.)

/ / /

/ / /

/ / /

/ / /

19. Kelley Franceschi, Chief of Mental Health, SAC (Mental health staffing at SAC.)

20. Any other witness listed by Defendants.

DATED: July 31, 2023

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jenny S. Yelin*
Jenny S. Yelin

Attorneys for Plaintiffs

[4330429.1]

3

PLAINTIFFS' LIST OF WITNESSES FOR INPATIENT TRANSFER AND STAFFING CONTEMPT HEARINGS