Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
LAUREL O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone: 925-746-8460
Facsimile: 925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**JOINT STIPULATED EXHIBIT LIST**<br><br>Judge:   Hon. Kimberly J. Mueller |

The parties met and conferred and agreed to stipulate to the admissibility or authenticity of each other's proposed exhibits for use at the staffing contempt hearing. The parties' agreement on the authenticity and admissibility of each exhibit is reflected in the following charts:

### DEFENDANTS' EXHIBITS

| EXHIBIT ID | DESCRIPTION | AUTHENTIC | ADMISSIBLE |
|---|---|---|---|
| DEFS-001 | Budget Change Proposal 7061 (July 1) | Stipulated | Stipulated |
| DEFS-002 | Curriculum vitae for Amar Mehta, M.D. | Stipulated | Stipulated |
| DEFS-003 | Curriculum vitae for Toni Martello, M.D. | Stipulated | Stipulated |
| DEFS-004 | Exhibit 1 to the Declaration of T. Martello Regarding Defendants' Position on Telepsychiatry (ECF 7682-1, Ex. B at 157-164) | Stipulated | Disputed |

19991647.2

JOINT STIPULATED EXHIBIT LIST

| | | | |
|---|---|---|---|
| DEFS-005 | Secretariat Expert Report including the charts/tables and all attachments | Stipulated | Stipulated, for limited purpose to establish expert opinions and bases therefore. |
| DEFS-006 | California Department of Human Resources Summary of Collective Bargaining Agreement for bargaining unit 16 | Stipulated | Stipulated |
| DEFS-007 | California Department of Human Resources Summary of Collective Bargaining Agreement for bargaining unit 19 | Stipulated | Stipulated |
| DEFS-008 | California Department of Human Resources Summary of Collective Bargaining Agreement for bargaining unit 20 | Stipulated | Stipulated |
| DEFS-009 | 2023 MOU for bargaining unit 16 | Stipulated | Stipulated |
| DEFS-010 | 2023 MOU for bargaining unit 19 | Stipulated | Stipulated |
| DEFS-011 | 2023 MOU for bargaining unit 20 | Stipulated | Stipulated |
| DEFS-012 | CCHCS Coleman Filled Vacancy Charts, January 2013 – December 2022 | Stipulated | Stipulated |
| DEFS-013 | CCHCS Coleman Filled Vacancy Charts for 2023 | Stipulated | Stipulated |
| DEFS-014 | CCHCS Memorandum: July 2023 Statewide Mental Health Program Position Allocations | Stipulated | Stipulated |
| DEFS-015 | CCHCS Employees at Minimum and Maximum Salary Ranges – Summary July 2023 | Stipulated | Stipulated |
| DEFS-016 | Dr. Mehta's Power Point Presentation to the California District Attorneys' Association, April 2023 | Stipulated | Stipulated |
| DEFS-017 | 2017 mental health registry contract with Management Solutions and addenda | Stipulated | Stipulated |
| DEFS-018 | 2022 mental health registry contract with Management Solutions and addenda | Stipulated | Stipulated |
| DEFS-019 | Medical registry contract with Management Solutions and addenda | Stipulated | Stipulated |
| DEFS-020 | Summary compilation of registry contract tier rates | Stipulated | Stipulated |
| DEFS-021 | Biweekly report on registry hiring | Stipulated | Stipulated |
| DEFS-022 | Summary compilation of spending on mental health registry | Stipulated | Stipulated |
| DEFS-023 | Merritt Hawkins recruiting contract | Stipulated | Stipulated |
| DEFS-024 | Merritt Hawkins recruiting contract first amendment | Stipulated | Stipulated |
| DEFS-025 | Merritt Hawkins recruiting contract second amendment | Stipulated | Stipulated |
| DEFS-026 | August 21, 2023 Letter from Facility G I.A.C. at SATF to A. Banerjee, C.E.O. Health Care | Stipulated | Stipulated |

| | | | |
|---|---|---|---|
| | Services SATF re Proposal Implementing Telehealth For CCCMS Pilot Program | | |
| DEFS-027 | Dr. Mehta's May 2023 California Rehabilitation Oversight Board PowerPoint Presentation | Stipulated | Stipulated |

### **PLAINTIFFS' EXHIBITS**

| **EXHIBIT ID** | **DESCRIPTION** | **AUTHENTIC** | **ADMISSIBLE** |
|---|---|---|---|
| PL-001 | Receiver's Motion for Waiver of State Law, PLATA ECF No. 543 | Stipulated | Disputed |
| PL-002 | Appendix of Exhibits to Receiver's Motion for Waiver of State Law, PLATA ECF No. 544 | Stipulated | Disputed |
| PL-003 | Plata Order Re Receiver's Motion for A Waiver of State Law, Oct. 17, 2006, PLATA ECF No. 554 | Stipulated | Disputed |
| PL-004 | Receiver's Turnaround Plan of Action, Monthly Report, Oct. 2008 | Stipulated | Disputed |
| PL-005 | Plata Order Granting Receiver's Application for Order Waiving State Statutes, Regulations and Procedures Regarding Salary Grids for Receiver Executive Assignments, Nov. 3, 2008, PLATA ECF No. 1754 | Stipulated | Disputed |
| PL-006 | Defendants' Jan. 2017 Staffing Letter, ECF No. 5564 (Exhibit B pages 38-47 only) | Stipulated | Stipulated |
| PL-007 | Dwight Steward, An Analysis of Psychiatrist Employment Conditions and Compensation in CDCR and DSH, ECF No. 6695 | Stipulated | Disputed |
| PL-008 | Order, Jan. 27, 2021, ECF No. 7035 | Stipulated | Stipulated |
| PL-009 | Supp. Decl. of Amar Mehta ISO Motion to Modify Psychiatry Supervisor Allocation Formula (incl. exhibits), ECF Nos. 7288-1 and 7288-2 | Stipulated | Stipulated |
| PL-010 | Receiver's Response to the PLO's December 7, 2022, Questions Regarding Staffing, Dec. 21, 2022 | Stipulated | Disputed |
| PL-011 | Supp. Decl. of Amar Mehta ISO Defs' Response to SM's Recommendation on Final Proposed Telepsychiatry Policy, ECF No. 7702-2 | Stipulated | Stipulated |
| PL-012 | Decl. of Michael Nunez ISO Pls' PIP Staffing Motion (incl. attached exhibits), ECF No. 7813-1 | Stipulated | Disputed |
| PL-013 | CCHCS Primary Care Provider Vacancy/Coverage Report, May 1, 2023 | Stipulated | Disputed |
| PL-014 | Decl. of Andrea Carter ISO Defs' Opp. to Pls PIP Staffing Motion, ECF 7827-1 | Stipulated | Disputed |

| | | | |
|---|---|---|---|
| PL-015 | Decl. of Angela Ponciano ISO Defs' Opp. to Plaintiffs' Motion to Reject PIP Staffing Plan, ECF No. 7827-2 | Stipulated | Disputed |
| PL-016 | Decl. of Jasinda Muhammad ISO Defs' Opp. to Plaintiffs' Motion to Reject PIP Staffing Plan, ECF No. 7827-3 | Stipulated | Disputed |
| PL-017 | Decl. of Kelli Johnson ISO Defs' Opp to Pls' PIP Staffing Motion, ECF No. 7827-4 | Stipulated | Disputed |
| PL-018 | Reply Decl. of Lisa Ells ISO Pls' PIP Staffing Motion (incl. attached exhibits), ECF No. 7839-1 | Stipulated | Disputed |
| PL-019 | MHSDS Management Information Summary (MIS) Report, 6/26/23 | Stipulated | Disputed |
| PL-020 | Summary of Mental Health Population By Institution and Level of Care (H1), 7/31/2023 | Stipulated | Stipulated |
| PL-021 | CCHCS Monthly Staffing Report - Clinical Vacancy Coverage - Primary Care Provider - July 2023 | Stipulated | Disputed |
| PL-022 | CCHCS Recruitment and Retention Summary, July 2023 | Stipulated | Disputed |
| PL-023 | CCHCS Vacant Positions Overview, Sept. 2007 – June 2023 | Stipulated | Disputed |
| PL-024 | Rule 26 Report of Dr. Gruelich | Stipulated | Stipulated |
| PL-025 | Rule 26 Report of Dr. Brown | Stipulated | Stipulated, for limited purpose to establish expert opinions and bases therefore. |
| PL-026 | Parties' Joint Report on Telehealth M+C, ECF 7935 | Stipulated | Stipulated |
| PL-027 | Defs.' Monthly Vacancy Report Dec. 2022 (Amended), ECF 7788 | Stipulated | Stipulated |
| PL-028 | Defs.' Monthly Vacancy Report Jan. 2023, ECF 7744 | Stipulated | Stipulated |
| PL-029 | Defs.' Monthly Vacancy Report Feb. 2023, ECF 7789 | Stipulated | Stipulated |
| PL-030 | Defs.' Monthly Vacancy Report Mar. 2023, ECF 7824 | Stipulated | Stipulated |
| PL-031 | Defs.' Monthly Vacancy Report Apr. 2023, ECF 7849 | Stipulated | Stipulated |
| PL-032 | Defs.' Monthly Vacancy Report May 2023, ECF 7866 | Stipulated | Stipulated |
| PL-033 | Defs.' Monthly Vacancy Report Jun. 2023, ECF 7898 | Stipulated | Stipulated |
| PL-034 | Defs.' Monthly Vacancy Report Jul. 2023, ECF 7933 | Stipulated | Stipulated |

| | | | |
|---|---|---|---|
| PL-035 | Defs.' Monthly Vacancy Report Aug. 2023, ECF TBD[1] | TBD | TBD |
| PL-036 | CalHR and AFSCME Unit 19 Agreement (2020-2023) | Stipulated | Stipulated |
| PL-037 | CalHR Summary of 2020-23 Unit 19 Agreement | Stipulated | Stipulated |
| PL-038 | CalHR and UAPD BU 16 Tentative Agreement (4/27/23) | Stipulated | Stipulated |
| PL-039 | CalHR Summary of 4/27/23 BU 16 Tentative Agreement | Stipulated | Stipulated |
| PL-040 | CalHR and AFSCME Unit 19 Tentative Agreement (7/31/23) | Stipulated | Stipulated |
| PL-041 | CalHR summary of 7/31/23 AFSCME Unit 19 Tentative Agreement | Stipulated | Stipulated |
| PL-042 | LAO Analysis of Tentative Unit 16 Agreement | Stipulated | Stipulated |
| PL-043 | LAO Analysis of Tentative Unit 19 Agreement | Stipulated | Stipulated |
| PL-044 | Demonstrative exhibit showing psychologist vacancy rate over time | Stipulated | Stipulated |
| PL-045 | Demonstrative exhibit showing psychiatrist vacancy rate over time | Stipulated | Stipulated |
| PL-046 | Demonstrative exhibit showing social worker vacancy rate over time | Stipulated | Stipulated |
| PL-047 | Demonstrative exhibit showing RT vacancy rate over time | Stipulated | Stipulated |
| PL-048 | Demonstrative exhibit showing MA vacancy rate over time | Stipulated | Stipulated |
| PL-049 | Defs' Oct 2018 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-050 | Defs' Nov 2018 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-051 | Defs' Dec 2018 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-052 | Defs' Jan 2019 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-053 | Defs' Feb 2019 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-054 | Defs' Mar 2019 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-055 | Defs' Apr 2019 Monthly Data – Section 1b | Stipulated | Disputed |

---

[1] As of the time of this filing, this report does not yet exist.

| | | | |
|---|---|---|---|
| PL-056 | Defs' May 2019 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-057 | Defs' Jun 2019 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-058 | Defs' Jul 2019 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-059 | Defs' Aug 2019 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-060 | Defs' Sep 2019 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-061 | Defs' Oct 2019 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-062 | Defs' Nov 2019 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-063 | Defs' Dec 2019 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-064 | Defs' Jan 2020 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-065 | Defs' Feb 2020 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-066 | Defs' Mar 2020 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-067 | Defs' Apr 2020 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-068 | Defs' May 2020 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-069 | Defs' Jun 2020 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-070 | Defs' Jul 2020 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-071 | Defs' Aug 2020 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-072 | Defs' Sep 2020 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-073 | Defs' Oct 2020 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-074 | Defs' Nov 2020 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-075 | Defs' Dec 2020 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-076 | Defs' Jan 2021 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-077 | Defs' Feb 2021 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-078 | Defs' Mar 2021 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-079 | Defs' Apr 2021 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-080 | Defs' May 2021 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-081 | Defs' Jun 2021 Monthly Data – Section 1b | Stipulated | Disputed |
| PL-082 | Defs' Jul 2021 Monthly Data – Section 1b | Stipulated | Disputed |

| | | | | |
|---|---|---|---|---|
| 1 | PL-083 | Defs' Aug 2021 Monthly Data – Section 1b | Stipulated | Disputed |
| 2 | PL-084 | Defs' Sep 2021 Monthly Data – Section 1b | Stipulated | Disputed |
| 3 | PL-085 | Defs' Oct 2021 Monthly Data – Section 1b | Stipulated | Disputed |
| 4 | PL-086 | Defs' Nov 2021 Monthly Data – Section 1b | Stipulated | Disputed |
| 5 | PL-087 | Defs' Dec 2021 Monthly Data – Section 1b | Stipulated | Disputed |
| 6 | PL-088 | Defs' Jan 2022 Monthly Data – Section 1b | Stipulated | Disputed |
| 7 | PL-089 | Defs' Feb 2022 Monthly Data – Section 1b | Stipulated | Disputed |
| 8 | PL-090 | Defs' Mar 2022 Monthly Data – Section 1b | Stipulated | Disputed |
| 9 | PL-091 | Defs' Apr 2022 Monthly Data – Section 1b | Stipulated | Disputed |
| 10 | PL-092 | Defs' May 2022 Monthly Data – Section 1b | Stipulated | Disputed |
| 11 | PL-093 | Defs' Jun 2022 Monthly Data – Section 1b | Stipulated | Disputed |
| 12 | PL-094 | Defs' Jul 2022 Monthly Data – Section 1b | Stipulated | Disputed |
| 13 | PL-095 | Defs' Aug 2022 Monthly Data – Section 1b | Stipulated | Disputed |
| 14 | PL-096 | Defs' Sep 2022 Monthly Data – Section 1b | Stipulated | Disputed |
| 15 | PL-097 | Defs' Oct 2022 Monthly Data – Section 1b | Stipulated | Disputed |
| 16 | PL-098 | Defs' Nov 2022 Monthly Data – Section 1b | Stipulated | Disputed |
| 17 | PL-099 | MH HQ Memo re July 2023 Statewide Mental Health Program Position Allocations | Stipulated | Stipulated |
| 18 | PL-100 | Order re Coordinated Agreements in Coleman, Plata, + Perez (ECF 2247) | Stipulated | Disputed |
| 19 | PL-101 | DUTRA-GREULICH 07/17/23 Email re CMH Workforce Projections | Stipulated | Stipulated |
| 20 | PL-102 | DUTRA-GREULICH Emails | Disputed | Disputed |
| 21 | PL-103 | How do we measure shortages of dental hygenists – Brown, et al., January, 2007 | Disputed | Disputed |
| 22 | PL-104 | Compensating Wage Differentials in Labor Markets – Lavetti, et al., Summer 2023 | Disputed | Disputed |
| 23 | PL-105 | Health professional shortage areas and physician location decisions – Khoury, et al., 2020 | Disputed | Disputed |
| 24 | PL-106 | Is There a Doctor in the House? An Examination of the Physician Workforce in California Over the Past 25 Years – Coffman, et al., June, 2024 | Disputed | Disputed |

| | | | |
|---|---|---|---|
| PL-107 | Building the Future Behavioral Health Workforce – Coffman, et al., February, 2023 | Disputed | Disputed |
| PL-108 | California's Current and Future Behavioral Health Workforce – Coffman, et al., 2/12/2018 | Disputed | Disputed |
| PL-109 | Defendants' Notice of Submission of Plans to Provide Minimum Treatment Standards for PIP and Retain Staff – ECF 7787 | Stipulated | Stipulated |

DATED: September 28, 2023

ROB BONTA
Attorney General of California

By: */s/ Elise Owens Thorn*
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: September 28, 2023

HANSON BRIDGETT LLP

By: */s/ Samantha D. Wolff*
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

DATED: September 28, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jenny S. Yelin*
JENNY S. YELIN
*Attorneys for Plaintiffs*