DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
MAYA CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br>  Defendants. | Case No. 2:90-CV-00520-KJM-DB <br><br> **DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 3** <br><br> Date: September 29, 2023 <br> Time: 10:0 a.m. <br> Crtrm.: 3 <br><br> Judge: Hon. Kimberly J. Mueller |

I, Ernest Galvan, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion in Limine No. 3.

2. On August 31, 2023, Defendants' disclosed their expert witness, Dr. Erica

[4368692.1]

1 Greulich, pursuant to Rule 26(a)(B) of the Federal Rules of Civil Procedure. The
2 disclosure included Dr. Greulich's 119-page report.

3     3. On September 13, 2023, Plaintiffs' counsel took Dr. Greulich's deposition.

4     4. On September 28, 2023, at approximately 4:30 pm, Plaintiffs' counsel
5 received an email from Defendants' counsel stating that Defendants intend to use certain
6 demonstrative exhibits during the testimony of Dr. Greulich. The demonstrative exhibits,
7 which total 59 pages, were attached to this email. Defendants had not previously disclosed
8 any of these demonstrative exhibits.

9     I declare under penalty of perjury under the laws of the United States of America
10 that the foregoing is true and correct, and that this declaration is executed at San Francisco,
11 California this 28th day of September, 2023.

13                                                         */s/ Ernest Galvan*
14                                                         Ernest Galvan

[4368692.1]

2

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 3