```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
           BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

RALPH COLEMAN, et al.,           No. 2:90-cv-00520-KJM-DB

       Plaintiffs,

v.                               **MINUTES**

GAVIN NEWSOM, et al.,            Date: September 29, 2023

       Defendants.         Deputy Clerk: C. Schultz

_____/   Court Reporter: Kimberly Bennett

**Counsel for Plaintiffs**:

Ernest Galvan
Jenny Yelin
Lisa Ells
Alexander Gourse
Adrienne Pon Harrold
Michael Bien
(Attorney, Marissa Hatton, Prison Law Office)
(Greg Gonzalez, Paralegal Assisting Counsel)

**Counsel for Defendants**:

Paul Mello
Samantha Wolff
Lawrence Cirelli
Namrata Kotwani
Laurel O'Conner
Damon McClain
(Vikashni Pooni, Paralegal Assisting Counsel)

**ENFORCEMENT HEARING (Day 1):**

| | |
|---|---|
| 10:10 a.m. | Attorneys and support staff present as identified above.  The court and counsel discussed housekeeping matters. The court resolved Motions *in Limine.* The court and counsel discussed Plaintiffs' request to exclude witnesses. As stated on the record, the court ordered that testifying witnesses will be excluded from the courtroom until they have completed their testimony and are excused from these proceedings. |
| 10:30 a.m. | Mr. Mello presented opening statements on behalf of Defendants. |
| 10:40 a.m. | Mr. Galvan presented opening statements on behalf of Plaintiffs. |
| 10:50 a.m. | Defendants' Expert, Dr. Erica Greulich, sworn and testified on direct. Examination conducted by Mr. Cirelli. |
| 11:55 a.m. | All parties excused for a lunch break. |
| 12:55 p.m. | Court back in session.  All parties present. Mr. Cirelli continued the direct examination of Dr. Greulich. |
| 2:20 p.m. | All parties excused for an afternoon break. |
| 2:40 p.m. | Court back in session.  All parties present. Mr. Cirelli continued the direct examination of Dr. Greulich. |
| 4:10 p.m. | All parties excused for another afternoon break. |
| 4:30 p.m. | Court back in session. Cross examination of Dr. Greulich began. Examination conducted by Ms. Yelin. |
| 5:00 p.m. | All parties excused for evening recess. Enforcement Hearing (Day 2) set for October 3, 2023 at 9:00 a.m. |

**EXHIBITS**:

N/A

**TIME IN COURT:** 5 Hours, 5 Minutes