Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
Laurel O'Connor, SBN 305478
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:  925-746-8490
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS FOR DR. PAUL BURTON** <br><br> Judge:  Hon. Kimberly J. Mueller |

**OBJECTIONS**

Defendants hereby object to Plaintiffs' deposition designations for Dr. Paul Burton for use at trial as set forth below.

Defendants generally object to all of Plaintiffs' deposition designations to the extent Plaintiffs contend that Dr. Burton's testimony constitutes a party admission, or that he speaks on behalf of CDCR—he does not. Dr. Burton is not an officer, director, or managing agent of any of the Defendants, nor was he designated to testify on Defendants' behalf, or on behalf of any of them, for this proceeding. Fed. R. Civ. P. 30(b)(6) & 32(a)(3). His role is limited to that of a Chief Psychiatrist at San Quentin State Prison (San Quentin). ECF No. 7949-1, Ex. E at 9. He reports to

20000033.2

the Chief Executive Officer at San Quentin, who reports up the chain of command to headquarters. *See*, Aug. 28, 2023 Deposition of Paul Burton, M.D. at p. 18:12-14; *see*, *also*, ECF No. 7949-1, Ex. G. Notwithstanding his role which is limited to sharing oversight of psychiatry at one institution, Defendants anticipate that Plaintiffs will attempt to ascribe Dr. Burton's testimony to all of the Defendants in this case which is improper. Thus, while Defendants do not dispute that Dr. Burton is knowledgeable to speak on matters within his knowledge as they relate to his role at San Quentin, his testimony is improper as to statewide functions.

Separately, Defendants specifically object to Plaintiffs' designations for the below-referenced deposition excerpts as set forth below:

| **CITE** | **OBJECTION** | **RULING** |
|---|---|---|
| 17:22-18:10 | Inadmissible hearsay; in the alternative, Defendants move to strike the answer as non-responsive since none of the statements were attributed to Dr. Mehta. | ☐Sustained ☐Overruled |
| 40:25-41:18 | Lacks foundation; irrelevant; calls for speculation. | ☐Sustained ☐Overruled |
| 42:16-43:11 | Inadmissible hearsay; lacks foundation; irrelevant. The witness clarified at 43:12-14 that his entire response was based on unidentified third party hearsay. | ☐Sustained ☐Overruled |
| 45:5-24 | Inadmissible hearsay. | ☐Sustained ☐Overruled |
| 46:6-20 | Inadmissible hearsay. | ☐Sustained ☐Overruled |
| 46:25-47:23 | Inadmissible hearsay; irrelevant; lacks foundation; lacks personal knowledge. | ☐Sustained ☐Overruled |
| 48:25-49:18 | Inadmissible hearsay; irrelevant. | ☐Sustained ☐Overruled |
| 50:5-50:21 | Inadmissible hearsay; irrelevant; lacks foundation. | ☐Sustained ☐Overruled |
| 50:22-51:9 | Inadmissible hearsay; irrelevant; lacks foundation. | ☐Sustained ☐Overruled |
| 61:23-62:9 | Lacks foundation. | ☐Sustained ☐Overruled |
| 62:22-63:3 | Lacks foundation; speculative; lacks personal knowledge. | ☐Sustained ☐Overruled |

| | | |
|---|---|---|
| 71:2-21 | Lacks foundation; speculative; lacks personal knowledge. | ☐Sustained ☐Overruled |
| 83:18-84:8 | Lacks foundation; speculative; lacks personal knowledge. | ☐Sustained ☐Overruled |
| 84:22-86:2 | Lacks foundation; speculative; lacks personal knowledge. | ☐Sustained ☐Overruled |
| 86:18-87:20 | Lacks foundation; speculative; lacks personal knowledge. | ☐Sustained ☐Overruled |
| 89:24-91:8 | Lacks foundation; speculative; lacks personal knowledge. | ☐Sustained ☐Overruled |
| 95:16-96:13 | Inadmissible hearsay; leading; assumes facts not in evidence. | ☐Sustained ☐Overruled |
| 100:12-23 | Inadmissible hearsay; lacks foundation; assumes facts not in evidence. | ☐Sustained ☐Overruled |
| 107:17-109:11 | Lacks foundation; speculative. | ☐Sustained ☐Overruled |
| 109:12-110:16 | Inadmissible hearsay; lacks foundation; speculative; overbroad. The witness clarified at 109:24 that his response was based on what he's heard from unidentified third party hearsay. | ☐Sustained ☐Overruled |

## **COUNTER-DESIGNATIONS**

Defendants submit the following counter-designations from Dr. Burton's deposition pursuant to this Court's September 25, 2023 order (ECF No. 7961):

31:14-22

40:19-22

43:12-14

68:21-70:22

73:6-74:1

80:12-82:8

99:25-100:11

102:4-23

103:4-8

1       106:18-107:16

2       Additionally, Defendants will stipulate that the following designations can be admitted for
3   all purposes:

4       9:22-25

5       11:2-3

6       15:6-16

7       18:12-19

8       22:14-19

9       59:2-5

10      72:24-73:5

11  DATED: October 2, 2023                    ROB BONTA
                                              Attorney General of California
12

13
                                              By:    *s/ Elise Owens Thorn*
14                                                DAMON MCCLAIN
                                                  Supervising Deputy Attorney General
15                                                ELISE OWENS THORN
                                                  Deputy Attorney General
16                                                *Attorneys for Defendants*

17
    DATED: October 2, 2023                    HANSON BRIDGETT LLP
18

19
                                              By:    *s/ David C. Casarrubias*
20                                                LAWRENCE M. CIRELLI
21                                                PAUL B. MELLO
                                                  SAMANTHA D. WOLFF
22                                                LAUREL E. O'CONNOR
                                                  DAVID C. CASARRUBIAS
23                                                *Attorneys for Defendants*

24

25

26

27

28

20000033.2                                    4
DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFFS' DEPOSITION
                    DESIGNATIONS FOR DR. PAUL BURTON