DECLARATION UNDER PENALTY OF PERJURY

Case Name: Coleman vs. Newsom

Date of Deposition: 08/28/2023

Job No.: 10126078

I, PAUL BURTON, M.D., hereby certify under penalty of perjury under the laws of the State of **California** that the foregoing is true and correct. Executed this **6th** day of **September**, 2023, at **San Quentin, CA**.

_[signature]_

PAUL BURTON, M.D.

NOTARIZATION (If Required)

State of _____

County of _____

Subscribed and sworn to (or affirmed) before me on this ____ day of _____, 20__, by_____, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____ (Seal)

```
 1   DEPOSITION ERRATA SHEET

 2   Case Name: Coleman vs. Newsom
     Name of Witness: Paul Burton, M.D.
 3   Date of Deposition: 08/28/2023
     Job No.: 10126078
 4   Reason Codes:    1. To clarify the record.
                      2. To conform to the facts.
 5                    3. To correct transcription errors.
```

 6   Page __39__ Line __21__ Reason __3__

 7   From __CCCMS at EOP__ to __CCCMS to EOP__

 8   Page __44__ Line __23__ Reason __1__

 9   From __physicians, but that__ to __strike "but": physicians, that__

10   Page __47__ Line __21__ Reason __1__

11   From __physician__ to __position__

12   Page __51__ Line __21__ Reason __1__

13   From __EKG, tests.__ to __EKG test.__

14   Page __95__ Line __11__ Reason __1__

15   From __not like going forward,__ to __not like, going forward__

16   Page __99__ Line __20__ Reason __3__

17   From __offices__ to __Office of__

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24   Page _____ Line _____ Reason _____

25   From _____ to _____

```
1   DEPOSITION ERRATA SHEET
2   Page _____ Line _____ Reason _____
3   From _____ to _____
4   Page _____ Line _____ Reason _____
5   From _____ to _____
6   Page _____ Line _____ Reason _____
7   From _____ to _____
8   Page _____ Line _____ Reason _____
9   From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  PB /PB/ Subject to the above changes, I certify that the
            transcript is true and correct
23  _____ No changes have been made. I certify that the
            transcript is true and correct.
24
                          _____
25                              PAUL BURTON, M.D.
```