DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
AMY XU – 330707
CARA E. TRAPANI – 313411
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
MAYA CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GAVIN NEWSOM, et al.,<br><br>            Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF CARA E. TRAPANI IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S RESPONSE TO THE MAY 24, 2023 ORDER**<br><br>Judge: Hon. Kimberly J. Mueller |

[4369357.1]

I, Cara E. Trapani, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Response to Defendants' Objections to the Special Master's Response to the May 24, 2023 Order.

2. On September 21, 2023, while drafting comments on Defendants' draft EOP and CCCMS Restricted Housing Unit ("RHU") policies, my colleague Thomas Nolan brought to my attention a short, one-page remedial policy in the Compendium of Custody-Related Remedial Requirements entitled "Reasons for Retaining Inmates in Segregation, Removing Medical Hold from COMPSTAT" dated September 22, 2016. *See* ECF No. 7333-2 at 5. Seeing that the policy was relevant to the parties' pending dispute regarding the provisionally approved key indicator entitled Transfer to STRH [Short Term Restricted Housing]/LTRH [Long Term Restricted Housing] within Timeframes (AC6), on September 21 at approximately 5:02 p.m., I emailed a copy of the September 2016 Memorandum to Nicholas Weber and Melissa Bentz, counsel for Defendants, the Special Master, and members of the Special Master's team, as neither the parties, nor the Special Master, appeared to have considered this policy in prior stages of the dispute resolution process. My email explained Plaintiffs' position that the memorandum supported the Special Master's findings and recommendations as to this indicator, and requested that Defendants enter a stipulation agreeing to revise the indicator's documentation by removing the medical hold exception.

3. On September 21, 2023 at approximately 9:01 p.m., I received a responsive email from Mr. Weber explaining Defendants' position that they believed the September 2016 Memorandum was not relevant to the pending dispute and that Defendants did not agree to enter into any stipulation.

4. On September 26, 2023, I emailed Mr. Weber informing him of Plaintiffs'

1  intent to seek leave to file a response to Defendants' Objections to the Special Master's
2  Response to the May 24, 2023 Order in order to alert the Court to the September 2016
3  Memorandum.

4      5.    As of the date of this filing, the prorated suicide rate in CDCR for 2023 is
5  30.41 deaths per 100,000 people. To date in 2023, there have been 22 incarcerated people
6  who have died by suicide in CDCR. Of those, five suicides (23%) occurred in segregated
7  housing, and seven people (32%) were at the CCCMS level of care at the time of their
8  death.

9      6.    Ms. Yesenia Murillo, a paralegal employed at my firm working under my
10 direction and supervision, calculated these figures by using the methodology employed by
11 the Special Master's experts in their 2014 Suicide Report. *See* Report on Suicides
12 Completed in the California Department of Corrections and Rehabilitation, Jan. 1, 2014 –
13 Dec. 31, 2014, ECF No. 5428 at 1-6 (Mar. 29, 2016). In the report, the Special Master's
14 experts give the CDCR suicide rates for the years 1999 through 2014, calculated by
15 multiplying the number of suicides for the given year by 100,000 and then dividing this
16 number by the total in-custody population as of June 30 of that same year. *See id*. at 2.
17 Following this methodology, Ms. Murillo used the total in-custody population figure for
18 June 30, 2023 that is reported in CDCR's Monthly Total Population Report. Attached
19 hereto as **Exhibit 1** is a true and correct copy of the CDCR population report used for this
20 calculation, available at https://www.cdcr.ca.gov/research/wp-
21 content/uploads/sites/174/2023/07/Tpop1d2306.pdf, which shows that the total in-custody
22 population as of June 30, 2023 was 96,033 incarcerated people. To calculate the number
23 of suicides per year, Ms. Murillo, under my supervision, used CDCR's Suicide Death
24 Notifications, which Defendants regularly provide to Plaintiffs' counsel in this case.
25 Ms. Murillo used these same notices, plus reviews of patients' mental health records, to
26 determine the number of patients who were at the CCCMS level of care and the number of
27 patients who were in segregation at the time of their suicide deaths. To obtain the
28 projected suicide rate for 2023, Ms. Murillo first divided the number of suicides by 275,

the number of days that had elapsed in 2023 as of October 3, 2023.  She then multiplied the resulting number by 365, to find the projected number of suicides for 2023.  Ms. Murillo then multiplied this figure by 100,000 and divided the resulting figure by the total in-custody population as of June 30, 2023 (96,033 incarcerated people).

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Walnut Creek, California this 3rd day of October, 2023.

*/s/ Cara E. Trapani*
Cara E. Trapani

[4369357.1]

3

DECLARATION OF CARA E. TRAPANI IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S RESPONSE TO THE MAY 24, 2023 ORDER

# Exhibit 1

California Department of Corrections and Rehabilitation  
Division of Correctional Policy Research and Internal Oversight  
Office of Research  
July 1, 2023

Monthly Report of Population  
As of Midnight June 30, 2023

Total CDCR Population

| Population | Felon/Other | Change Since Last Month | Change Since Last Year | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---:|---:|---:|---:|---:|---:|
| A. Total In-Custody/CRPP Supervision | 96,033 | -285 | -1,146 | | | |
|   I. In-State | 96,033 | -285 | -1,146 | | | |
|     (Men, Subtotal) | 92,271 | -310 | -1,239 | | | |
|     (Women, Subtotal) | 3,762 | +25 | +93 | | | |
|     1. Institution/Camps | 94,081 | +102 | +76 | 80,677 | 116.6 | 111,168 |
|       Institutions | 92,392 | +110 | -73 | 77,309 | 119.5 | 107,700 |
|       Camps(CIW and SCC) | 1,689 | -8 | +149 | 3,368 | 50.1 | 3,468 |
|     2. In-State Contract Beds | 629 | -385 | -1,323 | | | |
|       Community Prisoner Mother Program | 6 | +1 | +2 | | | |
|       California City Correctional Facility | 623 | -386 | -1,325 | | | |
|     3. Department of State Hospitals | 115 | +3 | -3 | | | |
|     4. CRPP Supervision | 1,208 | -5 | +104 | | | |
|       Alternative Custody Program | 127 | -4 | +60 | | | |
|       Custody to Community Treatment Reentry Program | 383 | -4 | +33 | | | |
|       Male Community Reentry Program | 644 | +2 | +15 | | | |
|       Medical Parole | 45 | +1 | -2 | | | |
|       Medical Reprieve Program | 9 | 0 | -2 | | | |
| B. Parole | 36,195 | -113 | -7,630 | | | |
|   Community Supervision | 34,729 | -123 | -7,602 | | | |
|   Interstate Cooperative Case | 1,466 | +10 | -28 | | | |
| C. Non-CDCR Jurisdiction | 736 | -3 | -193 | | | |
|   Other State/Federal Institutions | 234 | -4 | -6 | | | |
|   Out of State Parole | 475 | +1 | -161 | | | |
|   Out of State Parolee at Large | 19 | 0 | -2 | | | |
|   DJJ-W&IC 1731.5(c) Institutions | 5 | 0 | -3 | | | |
|   County Jail | 3 | 0 | -21 | | | |
| D. Other Populations | 8,416 | -123 | +131 | | | |
|   Temporary Release to Court and Hospital | 1,648 | +21 | +209 | | | |
|   Escaped | 194 | 0 | -1 | | | |
|   Parolee at Large | 6,574 | -144 | -77 | | | |
| Total CDCR Population | 141,380 | -524 | -8,838 | | | |

This report contains the latest available reliable population figures from SOMS.  They have been carefully audited, but are preliminary, and therefore subject to revision.

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
July 1, 2023

Monthly Report of Population
As of Midnight June 30, 2023

## Monthly Institution Population Detail

| Institutions | Felon/Other | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---:|---:|---:|---:|
| Avenal State Prison (ASP) | 4,660 | 2,909 | 160.2 | 4,359 |
| Calipatria State Prison (CAL) | 2,633 | 2,308 | 114.1 | 3,433 |
| California Correctional Institution (CCI) | 1,628 | 1,508 | 108.0 | 2,243 |
| Central California Women's Facility (CCWF) | 2,395 | 1,990 | 120.4 | 2,952 |
| Centinela State Prison (CEN) | 2,765 | 2,308 | 119.8 | 3,433 |
| California Health Care Facility - Stockton (CHCF) | 2,334 | 2,953 | 79.0 | 2,953 |
| California Institution for Men (CIM) | 2,258 | 1,604 | 140.8 | 2,225 |
| California Institution for Women (CIW) | 973 | 1,281 | 76.0 | 1,743 |
| California Men's Colony (CMC) | 2,910 | 3,816 | 76.3 | 4,430 |
| California Medical Facility (CMF) | 2,082 | 2,318 | 89.8 | 2,777 |
| California State Prison, Corcoran (COR) | 3,334 | 3,115 | 107.0 | 4,503 |
| California Rehabilitation Center (CRC) | 3,146 | 1,822 | 172.7 | 2,654 |
| Correctional Training Facility (CTF) | 4,248 | 2,800 | 151.7 | 4,125 |
| Chuckawalla Valley State Prison (CVSP) | 2,215 | 1,738 | 127.4 | 2,603 |
| Folsom State Prison (FOL) | 2,958 | 2,065 | 143.2 | 3,021 |
| High Desert State Prison (HDSP) | 2,460 | 2,337 | 105.3 | 3,474 |
| Ironwood State Prison (ISP) | 3,196 | 2,200 | 145.3 | 3,275 |
| Kern Valley State Prison (KVSP) | 2,727 | 2,448 | 111.4 | 3,497 |
| California State Prison, Los Angeles County (LAC) | 2,588 | 2,300 | 112.5 | 3,100 |
| Mule Creek State Prison (MCSP) | 3,879 | 3,284 | 118.1 | 4,105 |
| North Kern State Prison (NKSP) | 3,771 | 2,694 | 140.0 | 4,011 |
| Pelican Bay State Prison (PBSP) | 1,599 | 2,380 | 67.2 | 3,153 |
| Pleasant Valley State Prison (PVSP) | 3,110 | 2,308 | 134.7 | 3,433 |
| RJ Donovan Correctional Facility (RJD) | 2,956 | 2,992 | 98.8 | 4,038 |
| California State Prison, Sacramento (SAC) | 1,717 | 1,828 | 93.9 | 2,259 |
| California Substance Abuse Treatment Facility (SATF) | 4,513 | 3,424 | 131.8 | 5,111 |
| Sierra Conservation Center (SCC) | 3,920 | 4,872 | 80.5 | 5,804 |
| California State Prison, Solano (SOL) | 3,575 | 2,594 | 137.8 | 3,866 |
| San Quentin State Prison (SQ) | 3,812 | 3,084 | 123.6 | 3,985 |
| Salinas Valley State Prison (SVSP) | 2,894 | 2,452 | 118.0 | 3,225 |
| Valley State Prison (VSP) | 3,174 | 1,961 | 161.9 | 2,931 |
| Wasco State Prison (WSP) | 3,651 | 2,984 | 122.4 | 4,447 |
| Institution Total | 94,081 | 80,677 | 116.6 | 111,168 |

As of April 7, 2023, the design capacity has officially been reduced by 403 beds due to the closure of Folsom Women's Facility on January 13, 2023.

As of April 15, 2023, the design capacity decreased an additional 1,690 beds due to the closure of Facility A at CRC and the deactivation of 1,132 of 1,142 beds in Facility D at CIM.

As of June 15, 2023, the design capacity decreased an additional 664 beds due to the closure of Facility D at California Correctional Institution.

As of June 30, 2023, the design capacity decreased an additional 1,896 beds. California Correction Center has officially closed its 1,909 facility beds and deactivated 1,468 fire camp beds for a total of 3,377 beds. Sierra Conservation Center reactivated the 1,468 fire camp beds. High Desert State Prison activated 13 firehouse beds.

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
July 1, 2023

Monthly Report of Population
As of Midnight June 30, 2023

---

### Notes

Felon/Other counts are felons, county contract boarders, federal boarders, state boarders, safekeepers, county diagnostic cases, Department of Mental Health boarders, and Division of Juvenile Justice boarders.

Interstate Cooperative Cases are parolees from other states being supervised in California.

Non-CDCR Jurisdiction are California cases being confined in or paroled to other states or jurisdictions.

Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the age of 21 who were committed to CDCR, had their sentence amended, and were incarcerated at the Division of Juvenile Justice for housing and program participation.

Other Population includes inmates temporarily out-to-court, inmates in hospitals, escapees, and parolees at large.