## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### BEFORE THE HONORABLE KIMBERLY J. MUELLER

RALPH COLEMAN, et al.,

      Plaintiffs,

v.

GAVIN NEWSOM, et al.,

      Defendants.

_____/

No. 2:90-cv-00520-KJM-DB

<u>MINUTES</u>

Date: October 3, 2023

Deputy Clerk: C. Schultz

Court Reporter: Kimberly Bennett

<u>**Counsel for Plaintiffs**</u>:

Lisa Ells
Marissa Hatton
Jenny Yelin
Alexander Gourse
Adrienne Pon Harrold
(Greg Gonzalez, Paralegal Assisting Counsel)

<u>**Counsel for Defendants**</u>:

Paul Mello
Samantha Wolff
Lawrence Cirelli
Elise Thorn
Namrata Kotwani
Laurel O'Conner
Damon McClain
(Vikashni Pooni, Paralegal Assisting Counsel)

**<u>ENFORCEMENT HEARING</u> (Day 2):**

| | |
|---|---|
| 9:10 a.m. | Attorneys and support staff present as identified above.  Cross examination of previously sworn Defense Expert, Dr. Erica Greulich, continued. Examination conducted by Ms. Hatton. |
| 9:40 a.m. | Redirect examination began. Examination conducted by Mr. Cirelli. |
| 9:50 a.m. | Witness excused subject to recall.  Defendants' witness, Jasinda Muhammad, sworn and testified on direct.  Examination conducted by Mr. Mello. |
| 10:35 a.m. | Witness and all parties excused for a morning break. |
| 10:50 a.m. | Court back in session.  Witness and all parties present.  Mr. Mello continued the direct examination of Ms. Muhmmad. |
| 11:40 a.m. | Cross examination began. Examination conducted by Ms. Yelin. |
| 12:00 p.m. | Witness and all parties excused for a lunch break. |
| 1:00 p.m. | Court back in session.  Witness and all parties present.  Ms. Yelin continued the cross examination of Ms. Muhammad. |
| 1:40 p.m. | Redirect examination began.  Examination conducted by Mr. Mello. |
| 1:45 p.m. | Recross examination began. Examination conducted by Ms. Yelin. |
| 1:50 p.m. | Witness excused. Defendant's witness, Angela Ponciano, sworn and testified on direct. Examination conducted by Mr. McClain. |
| 2:30 p.m. | Witness and all parties excused for an afternoon break. |
| 2:50 p.m. | Court back in session.  Witness and all parties present. Mr. McClain continued direct examination of Ms. Ponciano. |
| 3:10 p.m. | Cross examination began. Examination conducted by Ms. Yelin. |

3:40 p.m.    Redirect examination began.  Examination conducted
             by Mr. McClain.

3:45 p.m.    Witness excused. Defendant's witness, Dr. Toni
             Martello, sworn and testified on direct.
             Examination conducted by Ms. Wolff.

4:15 p.m.    All parties excused for a second afternoon break.

4:30 p.m.    Court back in session. Witness and all parties
             present. Direct examination of Dr. Martello
             continued.  Examination conducted by Ms. Wolff.

5:00 p.m.    All parties excused for evening recess. Enforcement
             Hearing (Day 3) set for October 4, 2023 at 9:00
             a.m.

**EXHIBITS**:

DEFS-001 through DEFS-003; DEFS-005 (limited purpose);

DEFS-006 through DEFS-027; PL-006 through; PL008 through PL009;

PL-011 through PL-012; PL-020; PL-024; PL-025 (limited purpose);

PL-026 through PL-099; PL-101; and PL-109


**TIME IN COURT**: 6 Hours