```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                  BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

RALPH COLEMAN, et al.,              No. 2:90-cv-00520-KJM-DB

       Plaintiffs,

v.                                  **MINUTES**

GAVIN NEWSOM, et al.,               Date: October 4, 2023

       Defendants.              Deputy Clerk: C. Schultz

                                    Court Reporter: Kimberly Bennett

_____/

**Counsel for Plaintiffs**:

Lisa Ells
Jenny Yelin
Marissa Hatton (afternoon proceedings)
Alexander Gourse
Adrienne Pon Harrold
(Greg Gonzalez, Paralegal Assisting Counsel)


**Counsel for Defendants**:

Paul Mello
Samantha Wolff
Lawrence Cirelli
Elise Thorn
Namrata Kotwani
Laurel O'Conner
Damon McClain
(Vikashni Pooni, Paralegal Assisting Counsel)

**ENFORCEMENT HEARING (Day 3):**

| Time | Event |
|---|---|
| 9:10 a.m. | Attorneys and support staff present as identified above.  The court and counsel discussed housekeeping matters. The parties' joint request as to scheduling was granted. The court directed the parties meet and confer and then consult with the Courtroom Deputy to find a time for the parties to present oral argument related to timelines for transferring inmates to higher levels of care. |
| 9:20 a.m. | Witness present. Direct examination of previously sworn defense witness, Dr. Toni Martello, continued. Examination conducted by Ms. Wolff. |
| 9:25 a.m. | Cross examination began.  Examination conducted by Ms. Ells. |
| 9:54 a.m. | Redirect examination began.  Examination conducted by Ms. Wolff. |
| 9:55 a.m. | Witness excused.  Defendants' witness, Dr. Amar Mehta, sworn and testified on direct.  Examination conducted by Mr. Mello. |
| 10:45 a.m. | Witness and all parties excused for a morning break. |
| 11:00 a.m. | Court back in session.  Witness and all parties present.  Direct examination of Dr. Amar Mehta continued. Examination conducted by Mr. Mello. |
| 12:00 p.m. | Witness and all parties excused for a lunch break. |
| 1:05 p.m. | Court back in session.  Witness and all parties present.  Direct examination of Dr. Amar Mehta continued. Examination conducted by Mr. Mello. |
| 1:10 p.m. | Cross examination began.  Examination conducted by Ms. Ells. |
| 1:55 p.m. | Redirect examination began. Examination conducted by Mr. Mello. |
| 2:00 p.m. | Witness excused.  Defense rested.  Plaintiffs' witness, Dr. Timothy Brown, sworn and testified on direct.  Examination conducted by Ms. Hatton. |
| 2:30 p.m. | All parties excused for an afternoon break. |

| | |
|---|---|
| 2:45 p.m. | Court back in session.  Witness and all parties present.  Direct examination of Dr. Brown continued. Examination conducted by Ms. Hatton. |
| 3:20 p.m. | Cross examination began.  Examination conducted by Mr. Cirelli. |
| 4:15 p.m. | Witness and all parties excused for an afternoon break. |
| 4:30 p.m. | Court back in session.  Witness and all parties present.  Cross examination of Dr. Brown continued. Examination conducted by Mr. Cirelli. |
| 4:40 p.m. | Redirect examination began. Examination conducted by Ms. Hatton. |
| 4:55 p.m. | Recross examination began. Examination conducted by Mr. Cirelli. |
| 5:00 p.m. | Witness excused. All parties excused for evening recess. Enforcement Hearing (Day 4) set for October 5, 2023 at 9:00 a.m. |

**EXHIBITS**:

N/A

**TIME IN COURT:** 6 Hours