**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-00520-KJM-DB |
| Plaintiffs, | |
| v. | **MINUTES** |
| GAVIN NEWSOM, et al., | Date: October 5, 2023 |
| Defendants. | Relief Deputy Clerk: M. Francel |
| _____/ | Court Reporter: Kimberly Bennett |

**Counsel for Plaintiffs**:

Lisa Ells
Marissa Hatton
Jenny Yelin
Alexander Gourse
Adrienne Pon Harrold
(Greg Gonzalez, Paralegal Assisting Counsel)

**Counsel for Defendants**:

Paul Mello
Samantha Wolff
Lawrence Cirelli
Elise Thorn
Namrata Kotwani
Laurel O'Conner
Damon McClain
David Casarrubias
(Vikashni Pooni, Paralegal Assisting Counsel)

**ENFORCEMENT HEARING (Day 4):**

| Time | Event |
|---|---|
| 9:00 a.m. | Attorneys and support staff present as identified above. Court and counsel discussed housekeeping matters. |
| 9:10 a.m. | Plaintiffs' witness, Dr. Alexandra David, sworn and testified on direct. Examination conducted by Mr. Gourse. |
| 10:00 a.m. | Cross examination began. Examination conducted by Mr. Casarrubias. |
| 10:15 a.m. | Redirect examination began. Examination conducted by Mr. Gourse. |
| 10:20 a.m. | Witness excused. Plaintiffs' witness, Kelley Francheschi, sworn and testified on direct. Examination conducted by Ms. Pon Harrold. |
| 10:40 a.m. | Witnesses and all parties excused for morning break. |
| 10:55 a.m. | Court back in session. Witness and all parties present. Direct examination of Plaintiffs' witness, Dr. Kelley Francheschi, continued. Examination conducted by Ms. Pon Harrold |
| 11:30 a.m. | Cross examination began. Examination conducted by Ms. Thorn. |
| 11:35 a.m. | Witness excused. Plaintiff's witness, Dr. Shelly Minor, sworn and testified on direct. Examination conducted by Mr. Gourse. |
| 12:00 p.m. | Witnesses and all parties excused lunch break. |
| 1:00 p.m. | Court back in session. Witness and all parties present. Direct examination of Plaintiffs' witness, Dr. Shelly Minor, continued. Examination conducted by Mr. Gourse. |
| 1:30 p.m. | Cross examination began. Examination conducted by Ms. Thorn. |
| 1:40 p.m. | Redirect examination began. Examination conducted by Mr. Gourse. |

| | |
|---|---|
| 1:45 p.m. | Witness excused.  Plaintiff's witness, Angela Reinhold, sworn and testified on direct. Examination conducted by Ms. Pon Harrold. |
| 2:25 p.m. | Cross examination began.  Examination conducted by Ms. Thorn. |
| 2:30 p.m. | Witness and all parties excused for an afternoon break. |
| 2:45 p.m. | Court back in session.  Witness and all parties present.  Cross examination of Plaintiffs' witness, Angela Reinhold, continued.  Examination conducted by Ms. Thorn. |
| 2:50 p.m. | Witness excused.  The court and counsel discussed housekeeping matters. After discussion with the parties, the court ordered the parties to meet and confer and file a joint exhibit list by October 6, 2023. The court SUBMITTED the matter of Dr. Burton receiving a fully marked up copy of the transcript.<br><br>As stated on the record, the court ORDERED the parties to file briefing, within fourteen (14) days. The court SET virtual oral argument for November 2, 2023 at 10:00 AM. |

**EXHIBITS**: None offered, nor admitted.

**TIME IN COURT**: 5 Hours