| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>LAWRENCE M. CIRELLI, SBN 114710<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>LAUREL O'CONNOR, SBN 305478<br>DAVID C. CASARRUBIAS, SBN 321994<br>CARSON R. NIELLO, SBN 329970<br>1676 N. CALIFORNIA BLVD., SUITE 620<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE:   925-746-8460<br>FACSIMILE:    925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　　　Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR AN ORDER MODIFYING THE BRIEFING SCHEDULE AND WAIVING ARGUMENT OR SHORTENING TIME TO HEAR DEFENDANTS' MOTION TO LIFT INJUNCTION HALTING VRJS/FALCON TOURS**<br><br>Judge:   Hon. Kimberly J. Mueller |

Defendants have filed a motion for administrative relief to expedite the ruling of their concurrently-filed Motion to Lift Injunction Halting the VRJS/Falcon Tours. Plaintiffs have opposed the Motion.

Having reviewed the parties' respective papers and for good cause appearing, the Court GRANTS Defendants' motion for administrative relief, as follows:

(1) The briefing on Defendants' Motion to Lift Injunction Halting the VRJS/Falcon Tours is modified and new deadlines are set as follows:

| | |
|---|---|
| Defendants' Motion: | October 10, 2023 |
| Plaintiffs' Opposition: | _____ |
| Defendants' Reply: | _____ |

(2) The court will rule on Defendants' Motion to Lift Injunction Halting the VRJS/Falcon Tours on the papers without oral argument following the submission of Defendants' Reply brief.

IT IS SO ORDERED.

Dated:_____    _____
                            HON. KIMBERLY J. MUELLER
                            CHIEF UNITED STATES DISTRICT JUDGE