Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
Laurel O'Connor, SBN 305478
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:  925-746-8490
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF ELIZABETH FALCON, PSY.D., IN SUPPORT OF DEFENDANTS' MOTION TO LIFT INJUNCTION HALTING VRJS/FALCON TOURS**<br><br>Judge:  Hon. Kimberly J. Mueller |

I, Elizabeth Falcon, Psy.D., declare as follows:

1. I am a Clinical, Correctional and Forensic Psychologist, and a Certified Correctional Healthcare Professional specializing in Mental Health (CCHP-MH). In October 2020, my company, Falcon, Inc. (Falcon), was engaged along with Voorhis Robertson Justice Services (VRJS) (together, VRJS/Falcon) by the State of California to perform a staffing analysis and study. The specific details relating to both my experience and the nature of VRJS/Falcon's retention and analysis are detailed in my declaration previously filed on July 24, 2023. ECF No. 7884.

2. In my July 24, 2023 declaration, I described the team of approximately 30 experts

that VRJS/Falcon recruited and retained to conduct the systemwide study of CDCR's Mental Health Services Delivery System, stating they have "hundreds of years of collective correctional experience and range in areas of expertise from behavioral health, psychiatry, security, operations, nursing, programming, staffing, and data analytics." ECF No. 7884[1] at 5:4-6. I explained that our experts are "nationally recognized leaders in the industry" and are "busy and are in extremely high demand, especially those with part-time and full-time jobs." *Id.* at 5:6, 11-12. I also described the impact that any substantial or indefinite delay would have on VRJS/Falcon's ability to complete our evaluation. Specifically, I stated: "VRJS/Falcon may potentially lose our expert pool as they may or may not be available following the delay." I now write to update the Court on the impact of the delays on VRJS/Falcon's evaluation.

3. The team of experts that VRJS/Falcon assembled are regarded as some of the best mental health and corrections experts in the United States. I am personally aware that these experts are in high demand for nationwide projects in our industry. Numerous reputable organizations and institutions are actively seeking out Falcon's experts for work on other projects. Our experts are frequently approached and recruited due to their proven track record and expertise.

4. I have well-founded concerns that the current delays have already led to their recruitment for other assignments. In fact, several experts have already asked to be assigned to other Falcon work. We have not reassigned them due to our concern that the tours could resume unexpectedly. However, the fact that they are inquiring with us indicates their interest in exploring potential projects elsewhere within the industry.

5. I believe that any further delays into the future will likely result in losing these experts to other industry projects. Furthermore, the longer the delay persists, especially as we approach the end of the year and the holiday season, the more significant the impact will be as I anticipate experts will seek out work (and income) elsewhere. Although VRJS/Falcon's original plan accounted for some delays, this prolonged delay puts experts at risk of being lost before the

---

[1] Page numbers for ECF documents refer to the page number assigned by the ECF system and noted at the top of the page.

study is completed.

6. The delay in conducting facility studies and the potential loss of experts at this stage have significant implications for the evaluation process. While recruiting other experts is an option, it would entail extensive training that has already been provided to our existing group. The VRJS/Falcon experts assigned to the study have not only been trained in the Program Guide and workflows but have also gained experience and partially evaluated the system through extensive health record reviews. Replacing a significant proportion of experts would result in a loss of specific expertise in CDCR behavioral health practices and documentation. The insights and recommendations provided by the experts who have gone through the entire study without disruption are crucial for identifying opportunities to enhance the effectiveness of the program. Losing these experts could result in a less comprehensive and thorough evaluation overall.

7. Additionally, the significant delay in conducting facility studies has forced the VRJS/Falcon team to undergo continued training to retain previously assessed information and prevent loss of knowledge. Further delays in conducting facility studies will inevitably require more time to re-orient the expert team and re-evaluate items that have already been assessed.

8. VRJS/Falcon experts are currently doing all we can to complete other non-tour work (i.e., chart reviews, data collection and review, etc.). Although our expert team can perform reviews of inmate health records and agency policies off-site, facility studies allow our experts to observe the behavioral health program in action, interact with staff, and directly assess the environment. This holistic evaluation provides a more comprehensive understanding of how the program functions and its impact on patients, rather than just relying on non-tour data alone. The further delays in collecting data from the prison tours could create a disconnect with the other non-tour data collected, leading to fragmented data sets that lack context, incomplete information, an inability to capture evolving conditions, limited perspective, and missed opportunities for follow-up investigations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Peoria, Illinois on October 10, 2023.

1
2                                                     */s/ Elizabeth Falcon*
                                                      Elizabeth Falcon, PsyD, CCHP-MH, MBA
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

20022503.4                              4            Case No. 2:90-CV-00520- KJM-DB
DECL. FALCON RE DEFS.' MOT. TO LIFT STAY