UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

      To date, resolution of the parties' disputes that arise in the ongoing data remediation effort have been resolved through a three-level dispute resolution process developed by the Special Master and former California Department of Rehabilitations and Corrections [CDCR] Secretary Kathleen Allison. ECF Nos. 7556, 7556-2. The process takes a minimum of six weeks before unresolved disputes move to the Special Master for recommendations to the court, and the parties have thirty days thereafter to file a motion objection to such recommendations. ECF No. 7556-2. The Special Master's first report and recommendations (report) on disputes that required submission to the court was filed March 9, 2023. ECF No. 7755. The report included recommendations on four disputes. *Id*. at 15. It shows that "[p]laintiffs first raised questions and concerns" as to one of the issues in the report on February 25, 2022, and that discussions at Step One and Step Two of the Dispute Resolution Process continued until December 20, 2022. *Id*. at

/////

1

16-17. The other three were the subject of meetings at Step One and Step Two of the Dispute Resolution Process, for two months in October and November 2022. *Id*. at 21, 24, 28.

The court has expected the data remediation process to be complete by the end of this year. *See* April 29, 2022 Minute Order, ECF No. 7541. Based on the Special Master's responses to the court's inquiry, the court understands that data remediation for the original list of provisionally approved continuous quality improvement tool (CQIT) indicators will be substantially completed by the year-end deadline, with remediation of outstanding placeholder indicators perhaps trailing into early 2024. At this point, to ensure more timely dispute resolution, the court finds it necessary to modify the original dispute resolution process, which imposed a mechanism that has become clear is too cumbersome and unwieldy, to allow for timely and effective presentation of disputes to the court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the dispute resolution process for data remediation set out in ECF No. 7556-2 is modified as follows:

1. Discussion of all disputes identified at Step One of the Dispute Resolution Process, ECF No. 7556-2 at 2, shall be conducted so they are completed within two weeks of the time the dispute is initially raised. All parties shall take all steps necessary to ensure that persons with full decision-making authority and required subject matter expertise are at the BRMR meetings during which such discussions are held.

2. Step Two of the Dispute Resolution Process, ECF No. 7556-2 at 2-3, is removed.

3. Step Three of the Dispute Resolution Process, ECF No. 7556-2 at 3, is modified as follows:

a. For any dispute that remains unresolved at the end of a two-week discussion period, the Special Master shall within seven days thereafter provide the parties with a proposed written resolution of the dispute, including a brief statement of reasons for the proposed resolution and the date on which the proposed resolution was delivered to the parties.

b. Any party shall have seven days after delivery of the Special Master's written decision to file an objection with the court seeking an alternative resolution. Any objection shall be accompanied by a copy of the Special Master's proposed resolution and brief statement of

2

reasons for the objection.  Any response by another party to an objection shall be filed within seven days thereafter.  Objections will be submitted on the papers without oral argument.

     c.  Any resolution proposed by the Special Master and not objected to in accordance with paragraph 3(b) will become final at the end of the seven-day period for filing objections.

     4.  This modification applies to all future disputes and all disputes that are currently moving through the dispute process.

DATED: October 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE