UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On October 6, 2023, the parties filed a second amended joint exhibit list setting out their agreement on the authenticity of admissibility of all proposed exhibits for the staffing contempt hearing that began September 29, 2023.  ECF No. 8002.  The parties filed the second amended joint exhibit list the day after conclusion of the presentation of evidence.  *See* ECF No. 8000.  To clarify the record, the court issues the following order confirming which exhibits were admitted at hearing, which exhibits were not admitted because they were not moved into evidence, and one exhibit on which the court defers a decision regarding admissibility.

Each exhibit on the second amended joint exhibit list that the parties stipulated to as both authentic and admissible was admitted at hearing:  DEFS-001 through DEFS-003, inclusive; DEFS-005 for limited purpose to establish expert opinions and bases therefore; DEFS-006 through DEFS-027; PL-006; PL-008; PL-009; PL-011; PL012; PL-020; PL-024 for limited purpose to establish expert opinions and bases therefore; PL-026 through PL-048, inclusive; PL-099; PL-101; and PL-109 are ADMITTED.

1

1        Neither party moved to admit the following exhibits:  PL-001 through PL-005, inclusive; PL-007; PL-010; PL-013 through PL-019, inclusive; PL-021 through PL-023; PL-100; PL-102; PL-103 through PL-108.  These exhibits thus are NOT a part of the record.

         The court sustained plaintiffs' objection to DEFS-004 at hearing; DEFS-004 is NOT ADMITTED.

         The court overruled defendants' objection to exhibits PL-049 through PL-098, inclusive, at hearing; PL-049 through PL-098, inclusive, are ADMITTED.

         The court DEFERS ruling on the admissibility of PL-110 pending a further report from the parties or briefing on its admissibility in closing briefs.

         **IT IS SO ORDERED.**

DATED:  October 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE