1   ROB BONTA, State Bar No. 202668
Attorney General of California
2   MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
3   DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
5   Deputy Attorneys General
 1300 I Street, Suite 125
6   P.O. Box 944255
 Sacramento, CA 94244-2550
7   Telephone:  (916) 210-7318
 Fax:  (916) 324-5205
8   E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*
9

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
LAUREL O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:   925-746-8460
FACSIMILE:   925-746-8490
*Attorneys for Defendants*

10              **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12                  **SACRAMENTO DIVISION**

13

14   RALPH COLEMAN, et al.,

15              Plaintiffs,

16        v.

17   GAVIN NEWSOM, et al.

18              Defendants.

19

Case No. 2:90-CV-00520- KJM-DB

**DECLARATION OF CARSON R. NIELLO
IN SUPPORT OF DEFENDANTS'
MOTION TO STRIKE HEARSAY
TESTIMONY**

Judge:    Hon. Hon. Kimberly J. Mueller

20

21

22

23

24

25

26

27

28

20052010.1

I, Carson R. Niello, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am an associate with Hanson Bridgett LLP, attorneys of record for Defendants.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a witness, I could and would competently testify to the matters stated herein.

2.      On Monday, October 16, 2023, in accordance with the Court's October 11, 2023 Order (ECF No. 8006), I emailed Ms. Jenny Yelin, Ms. Lisa Ells, Ms. Adrienne Harrold, and Mr. Ernest Galvan, counsel for Plaintiffs, to meet and confer regarding Defendants' plan to file a motion to strike portions of testimony elicited during the evidentiary hearing.  As an attachment to the email, I included a chart listing the testimony and grounds for Defendants' planned motion to strike.

3.      On Tuesday, October 17, 2023, Ms. Yelin responded to my email and indicated that Plaintiffs reviewed the chart and did not agree that any of the testimony could be stricken.

4.      Attached as **Exhibit A** is a true and correct copy of the October 16-17, 2023 email exchange between myself and Ms. Yelin, including the attachment to my October 16 email.

5.      Attached as **Exhibit B** is a true and correct copy of the portions of the October 5, 2023 hearing transcript highlighting the testimony Defendants seek to have stricken.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of October, 2023, at Sacramento, California.


      *s/ Carson R. Niello*
      Carson R. Niello

DECL. OF CARSON NIELLO IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE HEARSAY TESTIMONY