# EXHIBIT E

# APPENDIX 1



PL-013.001



# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
## Primary Care Provider Vacancy / Coverage Report
### May 01, 2023

| Institution | Total Authorized Positions at Institutions | Telemedicine Positions Redirected from Institutions | Total Authorized Positions | Filled with PCP Onsite (No Telemed) | % Filled by Civil Service Onsite | Civil Service Vacancies Onsite | TM Budgeted by Institution | Telemedicine Coverage | % Filled by Civil Service & Telemedicine | Civil Service Vacancies | Filled with Registry (FTE) | Total % Filled | Net Adjusted Vacancies | Candidates in Pipeline | Pending Civil Service Hires | Registry Open Orders | Pending Registry Hires | Projected Fill Rate w/ Pending Hires |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 10.50 | 0.00 | 10.50 | 9.50 | 90.48% | 1.00 | 0.00 | 0.00 | 90.48% | 1.00 | 1.00 | 100.00% | 0.00 | - | 1.00 | 1.00 | - | 109.52% |
| CAC | 4.00 | 0.00 | 4.00 | 4.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | - | - | - | - | 100.00% |
| CAL | 5.50 | 0.00 | 5.50 | 4.50 | 81.82% | 1.00 | 0.00 | 1.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | 1.00 | - | - | - | 100.00% |
| CCI | 8.50 | 1.00 | 9.50 | 6.50 | 76.47% | 2.00 | 0.00 | 2.00 | 89.47% | 1.00 | 0.50 | 94.74% | 0.50 | - | - | 3.00 | - | 94.74% |
| CCWF | 11.00 | 0.00 | 11.00 | 10.00 | 90.91% | 1.00 | 0.00 | 0.00 | 90.91% | 1.00 | 3.75 | 125.00% | (2.75) | - | - | - | - | 125.00% |
| CEN | 5.50 | 1.00 | 6.50 | 3.00 | 54.55% | 2.50 | 0.00 | 2.00 | 76.92% | 1.50 | 0.00 | 76.92% | 1.50 | - | - | 1.50 | - | 76.92% |
| CHCF | 36.00 | 0.00 | 36.00 | 33.00 | 91.67% | 3.00 | 0.00 | 0.00 | 91.67% | 3.00 | 3.00 | 100.00% | 0.00 | 2.00 | - | - | - | 100.00% |
| CHCF-PIP | 0.00 | 0.00 | 0.00 | 0.00 | n/a | 0.00 | 0.00 | 0.00 | n/a | 0.00 | 0.00 | n/a | 0.00 | - | - | - | - | n/a |
| CIM | 15.00 | 0.00 | 15.00 | 17.00 | 113.33% | (2.00) | 0.00 | 0.00 | 113.33% | (2.00) | 0.00 | 113.33% | (2.00) | - | - | - | - | 113.33% |
| CIW | 6.50 | 0.00 | 6.50 | 6.00 | 92.31% | 0.50 | 0.00 | 0.00 | 92.31% | 0.50 | 0.00 | 92.31% | 0.50 | - | - | 0.50 | 0.50 | 100.00% |
| CMC | 12.50 | 0.00 | 12.50 | 11.00 | 88.00% | 1.50 | 0.00 | 1.00 | 96.00% | 0.50 | 1.00 | 104.00% | (0.50) | - | - | - | - | 104.00% |
| CMF | 13.70 | 0.00 | 13.70 | 11.00 | 80.29% | 2.70 | 0.00 | 1.00 | 87.59% | 1.70 | 0.50 | 91.24% | 1.20 | - | 3.00 | 1.70 | - | 113.14% |
| CMF-PIP | 8.80 | 0.00 | 8.80 | 6.00 | 68.18% | 2.80 | 0.00 | 0.00 | 68.18% | 2.80 | 0.00 | 68.18% | 2.80 | - | - | 1.80 | - | 68.18% |
| COR | 11.50 | 1.00 | 12.50 | 9.00 | 78.26% | 2.50 | 0.00 | 3.00 | 96.00% | 0.50 | 0.00 | 96.00% | 0.50 | - | - | 0.50 | - | 96.00% |
| CRC | 7.50 | 0.00 | 7.50 | 6.00 | 80.00% | 1.50 | 0.00 | 0.00 | 80.00% | 1.50 | 1.00 | 93.33% | 0.50 | - | 1.50 | - | - | 113.33% |
| CTF | 9.50 | 2.00 | 11.50 | 8.00 | 84.21% | 1.50 | 0.00 | 2.00 | 86.96% | 1.50 | 0.00 | 86.96% | 1.50 | - | - | 1.50 | - | 86.96% |
| CVSP | 5.00 | 0.50 | 5.50 | 1.00 | 20.00% | 4.00 | 1.00 | 2.00 | 72.73% | 1.50 | 1.00 | 90.91% | 0.50 | 1.00 | 1.00 | - | - | 109.09% |
| FSP | 8.00 | 0.00 | 8.00 | 8.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | - | - | - | - | 100.00% |
| HDSP | 5.50 | 1.00 | 6.50 | 5.00 | 90.91% | 0.50 | 0.00 | 1.00 | 92.31% | 0.50 | 1.00 | 107.69% | (0.50) | - | - | 1.00 | - | 107.69% |
| ISP | 2.50 | 3.00 | 5.50 | 1.00 | 40.00% | 1.50 | 0.00 | 3.00 | 72.73% | 1.50 | 1.00 | 90.91% | 0.50 | - | - | 0.50 | - | 90.91% |
| KVSP | 8.00 | 1.00 | 9.00 | 6.00 | 75.00% | 2.00 | 0.00 | 3.60 | 106.67% | (0.60) | 0.00 | 106.67% | (0.60) | - | - | 1.00 | - | 117.78% |
| LAC | 10.50 | 0.00 | 10.50 | 8.00 | 76.19% | 2.50 | 0.00 | 0.00 | 76.19% | 2.50 | 2.50 | 100.00% | 0.00 | 1.00 | - | - | - | 100.00% |
| MCSP | 16.50 | 0.00 | 16.50 | 14.00 | 84.85% | 2.50 | 0.00 | 0.00 | 84.85% | 2.50 | 0.00 | 84.85% | 2.50 | - | 1.00 | 2.50 | 2.50 | 106.06% |
| NKSP | 11.50 | 1.00 | 12.50 | 11.00 | 95.65% | 0.50 | 0.00 | 1.00 | 96.00% | 0.50 | 0.50 | 100.00% | 0.00 | - | - | - | - | 100.00% |
| PBSP | 4.00 | 1.00 | 5.00 | 2.00 | 50.00% | 2.00 | 0.00 | 2.00 | 80.00% | 1.00 | 1.00 | 100.00% | 0.00 | 1.00 | - | 1.00 | - | 100.00% |
| PVSP | 6.00 | 0.00 | 6.00 | 5.00 | 83.33% | 1.00 | 0.00 | 1.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | - | - | - | - | 100.00% |
| RJD | 16.00 | 0.00 | 16.00 | 16.50 | 103.13% | (0.50) | 0.00 | 0.00 | 103.13% | (0.50) | 0.00 | 103.13% | (0.50) | - | - | - | - | 103.13% |
| SAC | 6.50 | 1.00 | 7.50 | 7.00 | 107.69% | (0.50) | 0.00 | 1.00 | 106.67% | (0.50) | 1.00 | 120.00% | (1.50) | - | - | - | - | 120.00% |
| SATF | 15.00 | 2.50 | 17.50 | 11.00 | 73.33% | 4.00 | 0.00 | 3.00 | 80.00% | 3.50 | 1.50 | 88.57% | 2.00 | - | 2.00 | - | - | 100.00% |
| SCC | 6.00 | 1.00 | 7.00 | 6.00 | 100.00% | 0.00 | 0.00 | 1.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | - | - | - | - | 100.00% |
| SOL | 8.50 | 2.00 | 10.50 | 5.00 | 58.82% | 3.50 | 0.00 | 2.00 | 66.67% | 3.50 | 0.00 | 66.67% | 3.50 | 1.00 | 0.50 | 1.50 | 0.75 | 78.57% |
| SQ | 13.00 | 1.00 | 14.00 | 11.40 | 87.69% | 1.60 | 0.00 | 2.00 | 95.71% | 0.60 | 1.00 | 102.86% | (0.40) | 0.50 | 1.00 | - | - | 110.00% |
| SVSP | 8.70 | 1.00 | 9.70 | 5.00 | 57.47% | 3.70 | 0.00 | 2.00 | 72.16% | 2.70 | 3.00 | 103.09% | (0.30) | - | - | - | - | 103.09% |
| SVSP-PIP | 3.30 | 0.00 | 3.30 | 1.00 | 30.30% | 2.30 | 0.00 | 0.00 | 30.30% | 2.30 | 2.25 | 98.48% | 0.05 | - | - | - | - | 98.48% |
| VSP | 8.50 | 2.00 | 10.50 | 7.00 | 82.35% | 1.50 | 0.00 | 2.00 | 85.71% | 1.50 | 1.00 | 95.24% | 0.50 | - | 0.50 | - | - | 100.00% |
| WSP | 10.50 | 1.50 | 12.00 | 8.00 | 76.19% | 2.50 | 0.00 | 2.00 | 83.33% | 2.00 | 4.00 | 116.67% | (2.00) | - | - | - | - | 116.67% |
| TOTALS | 339.50 | 24.50 | 364.00 | 283.40 | 83.48% | 56.10 | 1.00 | 40.60 | 89.29% | 39.00 | 31.50 | 97.94% | 7.50 | 7.50 | 12.50 | 18.00 | 3.75 | 102.40% |

| Compliance | # by Civil Service Onsite | # by Civil Service & Telemed | # by Civil Service, Telemed, & Registry | # of Pending Civil Service Hires | # of Pending Registry Hires | Projected # if Candidates and Registry Hired |
|---|---|---|---|---|---|---|
| ≥ 90% | 12.00 | 18.00 | 29.00 | 9.00 | 0.50 | 31.00 |
| 80% - 90% | 9.00 | 9.00 | 3.00 | 3.00 | 2.50 | 1.00 |
| < 80% | 14.00 | 8.00 | 3.00 | 0.50 | 0.75 | 3.00 |
| n/a | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |

**19 Delegated Institutions**
**13 Institutions Receiving 15% Pay Differential**