DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
MARISSA HATTON – 348678
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF ERRATA RE: ECF NO. 8020**<br><br>Judge:   Hon. Kimberly J. Mueller |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On October 19, 2023, Plaintiffs filed their Request for Judicial Notice in Support of Plaintiffs' Closing Brief Regarding Staffing Contempt (ECF No. 8020).  Plaintiffs inadvertently failed to include a certification of orders reviewed.

/ / /

/ / /

/ / /

/ / /

/ / /

1    Plaintiffs respectfully submit this errata to correct this error.  A corrected version of
2 the Request for Judicial Notice in Support of Plaintiffs' Closing Brief Regarding Staffing
3 Contempt is attached as **Exhibit 1**.

5  DATED: October 20, 2023   Respectfully submitted,

   ROSEN BIEN GALVAN & GRUNFELD LLP

   By: */s/ Adrienne Pon Harrold*
   Adrienne Pon Harrold

   Attorneys for Plaintiffs