| | |
|---|---|
| ROB BONTA, State Bar No. 202668 | PAUL B. MELLO, State Bar No. 179755 |
| Attorney General of California | SAMANTHA D. WOLFF, State Bar No. 240280 |
| MONICA N. ANDERSON, State Bar No. 182970 | KAYLEN KADOTANI, State Bar No. 294114 |
| Senior Assistant Attorney General | DAVID C. CASARRUBIAS, State Bar No. 321994 |
| DAMON MCCLAIN, State Bar No. 209508 | CARSON R. NIELLO, State Bar No. 329970 |
| Supervising Deputy Attorney General | HANSON BRIDGETT LLP |
| ELISE OWENS THORN, State Bar No. 145931 | 1676 N. California Boulevard, Suite 620 |
| NAMRATA KOTWANI, State Bar No. 308741 | Walnut Creek, CA 94596 |
| Deputy Attorneys General | Telephone: (925) 746-8460 |
|  1300 I Street, Suite 125 | Fax: (925) 746-8490 |
|  P.O. Box 944255 | E-mail: PMello@hansonbridgett.com |
|  Sacramento, CA 94244-2550 | *Attorneys for Defendants* |
|  Telephone: (916) 210-7318 | |
|  Fax: (916) 324-5205 | |
|  E-mail: Elise.Thorn@doj.ca.gov | |
| *Attorneys for Defendants* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' REQUEST FOR LEAVE TO FILE *EX PARTE* APPLICATION TO EXTEND THE DEADLINE TO FILE OBJECTIONS TO THE SPECIAL MASTER'S OCTOBER 18, 2023 DATA REMEDIATION REPORTS REQUIRED UNDER THE OCTOBER 11, 2023 ORDER [ECF NO. 8008]** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Defendants request leave of Court to file the enclosed ex parte application for an order extending their time to respond to the Special Master's October 18, 2023 Data Remediation Reports as required by the Court's October 11, 2023 order modifying the data remediation dispute resolution process. (ECF No. 8008.) Defendants have attempted unsuccessfully to obtain the agreement of the Special Master and Plaintiffs for a short extension of the deadlines. Because objections to all five of the October 18 reports must be filed within 5 working days of receipt of the reports, Defendants require a short extension of the deadlines and need to file this request

immediately so that the Court has time to consider the request and act on it in advance of the deadlines.

Accordingly, Defendants request leave to file the attached *ex parte* application to extend the deadlines for Defendants to file objections to the five October 18 data remediation reports.

## CERTIFICATION

In preparing this request, Defendants' counsel reviewed the following Court orders relevant to the issues in this filing, ECF Nos.: 7003 and 8008.

Dated: October 20, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS
*Attorneys for Defendants*