| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS, SBN 321994<br>CARSON R. NIELLO, SBN 329970<br>1676 N. California Blvd., Suite 620<br>Walnut Creek, California 94596<br>Telephone: 925-746-8460<br>Facsimile: 925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>        Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Kimberly J. Mueller |

[PROPOSED] ORDER

18995858.1

On October 20, 2023, Defendants filed a request for leave to file an ex parte application for an order extending their time to respond to the Special Master's October 18, 2023 Data Remediation Reports as required by the Court's October 11, 2023 order modifying the data remediation dispute resolution process.  (ECF No. 8008.)

Good cause appearing, Defendants' request is granted and Defendants shall file the *ex parte* application for an order extending the time to respond to the Special Master's October 18, 2023 Data Remediation Reports as required by the Court's October 11, 2023 order modifying the data remediation dispute resolution process on or before October 23, 2023.

IT IS SO ORDERED.

DATED:  October ___, 2023

Kimberly J. Mueller
Chief United States District Judge