Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-4431
  Fax: (415) 703-5843
  E-mail:  Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone:  (925) 746-8460
  Fax:  (925) 746-8490
  E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF ELISE OWENS THORN IN SUPPORT OF *EX* PARTE APPLICATION EXTEND THE DEADLINE TO FILE OBJECTIONS TO THE SPECIAL MASTER'S OCTOBER 18, 2023 DATA REMEDIATION REPORTS REQUIRED UNDER THE OCTOBER 11, 2023 ORDER [ECF NO. 8008]** |

**DECLARATION OF ELISE OWENS THORN**

I, Elise Owens Thorn, declare as follows:

1.  I am a Deputy Attorney General in the California's Attorney General's Office, counsel of record for Defendants. I am licensed to practice before all of the courts of the State of California, and am admitted to practice before this Court. I submit this declaration in support of Defendants' *Ex Parte* Application to Extend The Deadline To File Objections To The Special Master's October 18, 2023 Data Remediation Reports Required Under The October 11, 2023 Order [ECF No. 8008]. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2.  On October 12, 2023, at 7:48 a.m., I sent an e-mail to Deputy Special Master Kerry Walsh, notifying him that Defendants would like to discuss the timelines imposed by the October 11 order on the data remediation dispute resolution process. During the meeting later that day, Defendants raised concerns about the new timeframe for the dispute resolution process and how it would impact pending disputes. Nothing was communicated to Defendants that the Special Master would be submitting all five pending disputes at once within six days.

3.  On October 13, 2023, I received an e-mail from Deputy Special Master Walsh with notice that the Special Master team would "like to take a few minutes at the beginning of next Tuesday's BRMR meeting to discuss the revised dispute resolution process contained in Judge Mueller's order this week." During the October 17 BRMR meeting, the Special Master team described the new process but did not disclose that they would be dropping all five pending disputes on Defendants the following day.

4.  Late in the afternoon of October 18, 2023, Defendants received five separate e-mails, each enclosing the Special Master's proposed resolution to one of five pending data remediation disputes.

5.  On October 19, 2023, during a regularly scheduled meeting with deputy Special Master Kerry Walsh and other members of the Special Master's team, I advised them of Defendants' surprise that five reports were dropped on the same date and raised the concern that Defendants would have a difficult time preparing and filing all five objections within the ensuing

1

four working days.  I asked whether the Special Master would agree to a stipulated extension of time and was told that he could not approve or join in a stipulation, but that he would not file anything opposing a request to extend the deadline to file the objections.

6. Also on October 19, 2023, I contacted Plaintiffs' counsel and advised them that Defendants require a modified schedule to respond to the five October 18 data remediation reports and asked whether they had some time to discuss a proposed stipulation that staggers the response deadlines.  Plaintiffs responded that they were not available on that day to discuss the proposed extension and asked me to send them the "type of schedule you are envisioning/proposing."  I sent over a proposed draft stipulation within two hours.  Attached as Exhibit A is a true and correct copy of my e-mail exchange with Plaintiffs' counsel Jenny Yelin and the draft proposed stipulation.

7. On October 20, 2023, Plaintiffs' counsel advised me that they could only agree to extend the objection deadlines to October 30 provided their responsive deadline was extended to November 13.  *See* Exhibit A.  When I advised that the October 30 deadline does not really add much time given the weekend and asked whether Plaintiffs would be willing to shorten the overall timeframes and stipulate to filing objections by no later than 11/6/23 and filing responses seven days later by 11/13/23, Plaintiffs' counsel advised that they could not agree to that schedule.

8. Defendants have multiple team members who must weigh in and approve the objections before they may be filed.  Dr. Steven Cartwright, Defendants' lead on data remediation issues, is on vacation through Monday, October 23.  Given the numerous other filings that are due over the next month, in addition to the other work that continues for data remediation and other Coleman requirements, even working diligently to prepare response to all five of the October 18 reports, Defendants cannot complete this task within the seven days afforded under the October 11 order.

9. The requested extension of the objection deadlines is made in good faith and is not intended to delay the proceedings and will not prejudice any party to these proceedings.

///

1     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on this 20th day of October, 2023, at Sacramento, California.

                                            ***/s/ Elise Owens Thorn***
                                            Elise Owens Thorn

DECL. OF ELISE THORN ISO EX PARTE APPLICATION TO EXTEND DEADLINES -00520 KJM-DB (PC))

19387675.5

# EXHIBIT A

| | |
|---|---|
| **From:** | Elise Thorn |
| **To:** | "Lisa Ells"; Jenny Yelin; Ernest Galvan; Ginger Jackson-Gleich; Adrienne Harrold |
| **Cc:** | Damon McClain; Namrata Kotwani; Samantha Wolff (SWolff@hansonbridgett.com); Paul B. Mello |
| **Subject:** | RE: Coleman - Request to Meet and Confer Re Data Remediation Objections Under October 11 Order |
| **Date:** | Friday, October 20, 2023 2:02:00 PM |

Ok – so October 30 deadline for objections is your line in the sand?  Is there any reason for your refusal to agree on a longer period of time?  I just want to be clear in my declaration.

Thanks,

Elise

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Friday, October 20, 2023 1:56 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Jenny Yelin <JYelin@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Adrienne Harrold <aharrold@rbgg.com>
**Cc:** Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff (SWolff@hansonbridgett.com) <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>
**Subject:** RE: Coleman - Request to Meet and Confer Re Data Remediation Objections Under October 11 Order

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

We cannot agree to that.

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Friday, October 20, 2023 1:54 PM
**To:** Lisa Ells <LElls@rbgg.com>; Jenny Yelin <JYelin@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Adrienne Harrold <aharrold@rbgg.com>
**Cc:** Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff (SWolff@hansonbridgett.com) <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>
**Subject:** RE: Coleman - Request to Meet and Confer Re Data Remediation Objections Under October 11 Order [IMAN-DMS.FID63117]

[EXTERNAL MESSAGE NOTICE]

Lisa,

Unfortunately October 30 does not really add much time given the weekend.  We would be willing to shorten the overall timeframes and stipulate to filing objections by no later than 11/6/23 and filing responses seven days later by 11/13/23.

Elise

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Friday, October 20, 2023 1:26 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Jenny Yelin <JYelin@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Adrienne Harrold <aharrold@rbgg.com>
**Cc:** Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff (SWolff@hansonbridgett.com) <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>
**Subject:** RE: Coleman - Request to Meet and Confer Re Data Remediation Objections Under October 11 Order [IMAN-DMS.FID63117]

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Elise,

We will agree to a 5 day extension of Defendants' objections, through October 30, in exchange for a similar extension for our responses, through November 13.
Lisa

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Thursday, October 19, 2023 4:55 PM
**To:** Jenny Yelin <JYelin@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Adrienne Harrold <aharrold@rbgg.com>
**Cc:** Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Samantha Wolff (SWolff@hansonbridgett.com) <SWolff@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>
**Subject:** RE: Coleman - Request to Meet and Confer Re Data Remediation Objections Under October 11 Order [IMAN-DMS.FID63117]

[EXTERNAL MESSAGE NOTICE]

Jenny,

Attached for your consideration is a draft stipulation and [proposed] order extending the deadline to file objections to the October 18 data remediation reports. We selected the extended due dates to stagger the filings. We would like to get something on file with the Court early tomorrow. Please let me know whether you will agree to the proposed stipulation or provide any suggested revisions. I am available early tomorrow morning to discuss this is needed.

Thank you,

Elise

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-6648 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Jenny Yelin <JYelin@rbgg.com>
**Sent:** Thursday, October 19, 2023 2:05 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Lisa Ells <LElls@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Adrienne Harrold <aharrold@rbgg.com>
**Cc:** Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>
**Subject:** RE: Coleman - Request to Meet and Confer Re Data Remediation Objections Under October 11 Order [IMAN-DMS.FID63117]

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Elise,
We are not available to discuss today. Please send us what type of schedule you are envisioning/proposing, and we will respond tomorrow or schedule a time to speak tomorrow.
Thanks,
Jenny

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Thursday, October 19, 2023 11:49 AM
**To:** Lisa Ells <LElls@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Jenny Yelin <JYelin@rbgg.com>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Adrienne Harrold <aharrold@rbgg.com>
**Cc:** Damon McClain <Damon.McClain@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>
**Subject:** Coleman - Request to Meet and Confer Re Data Remediation Objections Under October 11 Order

[EXTERNAL MESSAGE NOTICE]

Good morning. Defendants require a modified schedule to respond to the 5 data remediation reports the Special Master dropped on us yesterday. Do any of you have a few moments today to discuss a proposed stipulation that

staggers the response deadlines? I can be reached at 808-551-6068.

Thank you,

Elise

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-6648 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Rob A. Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
Laurel O'Connor, SBN 305478
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE OBJECTIONS TO THE SPECIAL MASTER'S OCTOBER 18, 2023 DATA REMEDIATION REPORTS REQUIRED UNDER THE OCTOBER 11, 2023 ORDER [ECF NO. 8008]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On October 11, 2023, the Court modified the data remediation dispute resolution process to ensure more timely dispute resolution. (ECF No. 8008.) The Order provides that the modification was needed because the dispute resolution process has become "too cumbersome and unwieldy, to allow for timely and effective presentation of disputes to the court." (*Id.* at 2.)

The modified dispute resolution process was modified to: (1) limit the discussion of all disputes identified at Step One of the Dispute Resolution Process, ECF No. 7556-2 at 2, so they are completed within two weeks of the time the dispute is initially raised; (2) remove Step Two of

the Dispute Resolution Process, ECF No. 7556-2 at 2-3; and (3) limit the time and ability to meet and confer to resolve disputes following the two-week discussion period. (ECF No. 8008 at 2.)

This request focuses on the modified process in Step 3 that requires the Special Master to provide the parties with a proposed written resolution of the dispute within seven days of the end of the two-week discussion period from Step One. The parties then have seven days from receipt of the Special Master's proposed written resolution to file an objection with the court seeking an alternative resolution. Any response by another party to an objection shall be filed within seven days thereafter. (*Id.*)

The October 11 order also provides that the modified process applies to all future disputes and all disputes that are currently moving through the dispute process. (*Id.*) The Special Master apparently understood the Court's October 11 to mean that the Special Master had to submit the proposed written resolution for any pending dispute to the parties within seven days from the date the order was entered. On October 18, the Special Master submitted proposed written resolution reports for five separate indicators. Under the modified proposal the parties' objections to all five reports are due on October 25, providing the parties barely five business days to prepare and file objections to five proposed written resolutions.

The parties have met and conferred and agree that additional time is needed to respond to all five of the proposed written resolutions. Accordingly, the parties jointly request that the Court extend the seven-day deadline to file objections to the five reports submitted on October 18 so that the objections are due on a staggered basis as follows:

1. Objections to the October 18 proposed written resolution for AC5 - Confidential Groups are due on or before October 25, 2023;

2. Objections to the October 18 proposed written resolution for AC7.1 and 7.4 (medical hold exceptions for transfers to CCCMS or EOP) are due on or before October 30, 2023;

3. Objections to the October 18 proposed written resolution for AC5 - Core Groups are due on or before November 3, 2023;

4. Objections to the October 18 proposed written resolution for the PIP Max Custody Placeholder dispute are due on or before November 8, 2023; and

1      5.    Objections to the October 18 proposed written resolution for AC2.1 EOP Contacts

2 Weekly vs. Seven day dispute are due on or before November 13, 2023.

3     Consistent with the October 11 order and the modified process, any response by another

4 party to an objection shall be filed within seven days of the above deadlines.

5     **IT IS SO STIPULATED**.

6 Dated: October 19, 2023      ROB A. BONTA
        ATTORNEY GENERAL OF CALIFORNIA
7         DAMON MCCLAIN
        SUPERVISING DEPUTY ATTORNEY GENERAL

8

        */s/ Elise Owens Thorn*
9         NAMRATA KOTWANI
        DEPUTY ATTORNEY GENERAL
10         *ATTORNEYS FOR DEFENDANTS*

11 Dated: October 19, 2023      HANSON BRIDGETT LLP

12

        */s/ Samantha D. Wolff*
13         PAUL MELLO
        SAMANTHA D. WOLFF
14         *Attorneys for Defendants*

15 Dated: October 19, 2023      ROSEN BIEN GALVAN & GRUNFELD LLP

16

        */s/ Jenny Yelin*
17         JENNY YELIN
        *Attorneys for Plaintiffs*

18 **IT IS SO ORDERED.**

19 DATED:

20         **CHIEF UNITED STATES DISTRICT JUDGE**

20053643.1 [3905252.1]      3

Stip. and [Prop.] Order for EOT to File Objections to 10/18/23 Data Remed. Reports (2:90-cv-00520 KJM-DB (PC))