ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: 925-746-8460
FACSIMILE: 925-746-8490
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **[PROPOSED] ORDER** <br><br> Judge: Hon. Kimberly J. Mueller |

On October 20, 2023, Defendants filed an *ex parte* application for an order extending their time to respond to the Special Master's October 18, 2023 Data Remediation Reports as required by the Court's October 11, 2023 order modifying the data remediation dispute resolution process. (ECF No. 8008.)

Good cause appearing, Defendants' request is granted and the deadlines to file objections to the Special Master's October 18 reports on data remediation disputes are extended under the following schedule:

1. Objections to the October 18 proposed written resolution for AC5 - Confidential Groups are due on or before October 25, 2023;

2. Objections to the October 18 proposed written resolution for AC7.1 and 7.4

(medical hold exceptions for transfers to CCCMS or EOP) are due on or before October 30, 2023;

    3.    Objections to the October 18 proposed written resolution for AC5 - Core Groups are due on or before November 3, 2023;

    4.    Objections to the October 18 proposed written resolution for the PIP Max Custody Placeholder dispute are due on or before November 8, 2023; and

    5.    Objections to the October 18 proposed written resolution for AC2.1 EOP Contacts Weekly vs. Seven day dispute are due on or before November 13, 2023.

Consistent with the October 11 order and the modified process, any response by another party to an objection shall be filed within seven days of the above deadlines.

IT IS SO ORDERED.

DATED: October ___, 2023

Kimberly J. Mueller
Chief United States District Judge