1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 KJM DB P

12                 Plaintiff,

13          v.                                  ORDER

14    GAVIN NEWSOM, et al.,

15                 Defendants.

16

17

18          The matter of payment of the Special Master has been referred to this court by the district

19    court. The court has reviewed the bill for services provided by the Special Master in the above-

20    captioned case through the month of September 2023.

21          Good cause appearing, IT IS HEREBY ORDERED that:

22             1.  The Clerk of the Court is directed to pay to

23                 Pannone Lopes Devereaux & O'Gara LLC
                   Attn:  Matthew A. Lopes, Jr., Esq., Special Master
24                 Northwoods Office Park, Suite 215N
                   1301 Atwood Avenue
25                 Johnston, RI  02919

26

27    the amount of $913,528.62 as payment of the statement attached to this order; and

28                                                1

1          2.  A copy of this order shall be served on the financial department of this court.

2    Dated:  October 24, 2023

3

4                                                                                    _____
                                                                                     DEBORAH BARNES
5                                                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9    /cole23.sep

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                  2

| | |
|---|---|
| **RALPH COLEMAN, et al.,** : | |
|     **Plaintiffs,** : | |
|       : | **No. Civ. S-90-0520 LKK JFM P** |
| **v.** : | |
|       : | |
| **EDMUND G. BROWN, JR., et al.** : | |
|     **Defendants.** : | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through September 30, 2023.

Matthew A. Lopes, Jr., Special Master
          Services                   $26,227.00
          Disbursements        $15,439.87

                               Total amount due         $41,666.87

Kerry F. Walsh, J.D., Deputy Special Master
          Services                   $32,145.00
          Disbursements        $      0.00

                               Total amount due         $32,145.00

Kristina M. Hector, J.D.
          Services                   $37,247.50
          Disbursements        $      0.00

                               Total amount due         $37,247.50

Steven W. Raffa, J.D.
          Services                   $52,452.00
          Disbursements        $      0.00

                               Total amount due         $52,452.00

Regina M. Costa, MSW., J.D.
          Services                   $41,760.00
          Disbursements        $      0.00

                               Total amount due         $41,760.00

LaTri-c-ea McClendon-Hunt, J.D.
          Services                   $33,205.50
          Disbursements        $      0.00

                               Total amount due         $33,205.50

Michael F. Ryan, Jr.
      Services                      $43,710.00
      Disbursements           $      0.00

                      Total amount due         $43,710.00

Michael A. Milas
      Services                      $39,997.00
      Disbursements           $      0.00

                      Total amount due         $39,997.00

Mario R. McClain, Jr.
      Services                      $41,195.50
      Disbursements           $      0.00

                      Total amount due         $41,195.50

Alison A. Tate
      Services                      $50,525.00
      Disbursements           $      0.00

                      Total amount due         $50,525.00

Mitchell J. Young
      Services                      $37,435.50
      Disbursements           $      0.00

                      Total amount due         $37,435.50

Rachel Gribbin
      Services                      $18,962.00
      Disbursements           $0.00

                      Total amount due         $18,962.00

Lana L. Lopez
      Services                      $29,602.00
      Disbursements           $      0.00

                      Total amount due         $29,602.00

Sofia A. Millham
      Services                      $26,087.00
      Disbursements           $      0.00

                      Total amount due         $26,087.00

4

Kerry C. Hughes, M.D.
        Services                                    $51,650.00
        Disbursements                               $  3,485.69

                            Total amount due                    $55,135.69

Jeffrey L. Metzner, M.D.
        Services                                    $ 7,300.00
        Disbursements                               $    783.59

                            Total amount due                    $ 8,083.59

Mary Perrien, Ph.D.
        Services                                    $13,300.00
        Disbursements                               $ 1,078.18

                            Total amount due                    $14,378.18

Patricia M. Williams, J.D.
        Services                                    $53,500.00
        Disbursements                               $ 3,395.21

                            Total amount due                    $56,895.21

Henry A. Dlugacz, MSW, J.D.
        Services                                    $23,221.00
        Disbursements                               $      0.00

                            Total amount due                    $23,221.00

Lindsay M. Hayes
        Services                                    $28,868.00
        Disbursements                               $ 3,022.70

                            Total amount due                    $31,890.70

Timothy A. Rougeux
        Services                                    $15,392.50
        Disbursements                               $      0.00

                            Total amount due                    $15,392.50

Maria Masotta, Psy.D.
        Services                                    $ 5,025.00
        Disbursements                               $ 2,190.99

                            Total amount due                    $ 7,215.99

5

Karen Rea PHN, MSN, FNP
     Services                              $22,325.00
     Disbursements                $     0.00

                    Total amount due           $22,325.00

James F. DeGroot, Ph.D.
     Services                              $ 2,300.00
     Disbursements                $     0.00

                    Total amount due           $ 2,300.00

Brian J. Main, Psy.D.
     Services                              $22,653.00
     Disbursements                $ 1,876.77

                    Total amount due           $24,529.77

Sharen Barboza, PhD.
     Services                              $20,699.00
     Disbursements                $   804.80

                    Total amount due           $21,503.80

Daniel F. Potter, PhD.
     Services                              $39,925.00
     Disbursements                $     0.00

                    Total amount due           $39,925.00

Brett L. Johnson, M.D.
     Services                              $38,958.47
     Disbursements                $     0.00

                    Total amount due           $38,958.47

Alberto F. Caton
     Services                              $   423.00
     Disbursements                $     0.00

                    Total amount due           $   423.00

Marcus R. Patterson, PsyD.
     Services                              $24,375.00
     Disbursements                $   925.80

                    Total amount due           $25,300.80

**TOTAL AMOUNT TO BE REIMBURSED**                    **$913,528.62**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master