IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs

vs.                              No. 2:90-CV-0520 KJM DB

GAVIN NEWSOM, et al.,
    Defendants

## SPECIAL MASTER'S NOTICE OF ERRATA REGARDING ECF NO. 7954

The Special Master's Report and Recommendation Regarding Third-Level Data Remediation Dispute Regarding Timely Compliance Methodology (TCM Report), ECF No. 7954, requires revisions to: (1) the list of indicators subject to the timely compliance methodology (TCM) dispute, (2) references throughout the Report to the number of indicators subject to the dispute and corresponding revisions to footnote 7.  Specifically, the Special Master revised the TCM Report by removing indicator SC8.7 from the list of indicators subject to the dispute.[1]  Moreover, references throughout the TCM Report to the "26" indicators subject to the dispute were updated to reflect 25 indicators based on the removal of SC8.7 from the TCM indicator list.

---

[1] In an October 6, 2023 email, defense counsel noted defendants' belief that SC8.7 was not part of the TCM dispute.  The Special Master's data team thereafter reviewed its records and met with counsel for the parties to determine whether SC8.7 was properly included in the list of TCM indicators.  After this review and these discussions with the parties and his data team, the Special Master concluded that SC8.7 should be removed from the list of indicators subject to the TCM dispute.

1

(1) <u>The List of Indicators Subject to the TCM Dispute</u>

On pages 11-12, the Report lists the indicators subject to the TCM dispute. In the amended version of the TCM Report, item 24 on page 12 ("SC8.7: Timely RVR MH Assessment Request") has been deleted.

Similarly, SC8.7 has been deleted from the list of indicators included in footnote 7.

(2) <u>References Throughout the Report to the Number of Indicators Subject to the TCM Dispute and Corresponding Revisions to Footnote 7</u>

The Report refers to the "26" TCM indicators on pages 4, 6, 7, 8 (footnote 7), 9, 11, 12, 13, 19 (footnote 19), 26, 32, 34, and 35. The corrected version of the Report revises "26" to "25" in each instance. Similarly, on pages 4, 6, 7, and 12, the corrected version of the TCM Report revises the percent of the total number of provisionally approved key indicators that are subject to the TCM dispute from 17 percent to 16 percent based on the removal of SC8.7.

Finally, the removal of SC8.7 required the following revision to footnote 7:

> As reflected in the parties' position statements, the TCM dispute originally involved 19 provisionally approved key indicators. Since that time, ~~two~~ one of the original 19 indicators (AC2 ~~and SC8~~) ~~have been~~ was split into two indicators, resulting in a total of ~~21~~ 20 TCM indicators.

An amended version of the TCM Report is attached hereto.

Respectfully submitted,

*/s/ Matthew A. Lopes, Jr.*

Matthew A. Lopes, Jr.
Special Master

October 24, 2023

2