ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-4431
  Fax: (415) 703-5843
  E-mail: Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF AMAR MEHTA, M.D. IN SUPPORT OF DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S PROPOSED RESOLUTION OF DATA REMEDIATION DISPUTE ON AC7.1 (TIMELY TRANSFER TO EOP) AND AC7.4 (TIMELY TRANSFER TO CCCMS) – SUSPENDING EVENTS** |

1

Decl. Mehta ISO Defendants' Objections to the Special Master's Proposed Resolution of Data Remediation Dispute
(2:90-cv-00520 KJM-DB (PC))

19900160.1

# DECLARATION OF AMAR MEHTA, M.D.

I, Amar Mehta, M.D., declare:

1. I am the Deputy Director of the Statewide Mental Health Program for the California Department of Corrections and Rehabilitation (CDCR). Prior to this position, I was the Statewide Chief of Telepsychiatry. I have worked in CDCR since July 2013, during which time I have also served as a staff telepsychiatrist, site director for residency training, institutional clinical lead, and acting statewide Chief of Psychiatry. After medical school and internship, I attended residency in adult Psychiatry, and completed fellowships in both Child & Adolescent Psychiatry and Forensic Psychiatry. I am Board-certified in the 4 specialties of Adult, Child & Adolescent, and Forensic Psychiatry, as well as Addiction Medicine. I submit this declaration in support of Defendants' Objections to the Special Master's Proposed Resolution of Data Remediation Dispute on the AC7.1 (Timely Transfer to EOP) and AC7.4 (Timely Transfer to CCCMS) data indicators. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. The Health Care Department Operations Manual (HCDOM) outlines the delivery of medical and dental care provided to all CDCR patients.[1]

3. The HCDOM requires that a medical hold be lifted before a mental health transfer can be initiated. *See* HCDOM, 3.1.9(c)(3)(G)(3).[2]

4. Before each transfer takes place, a Receiving and Release Nurse is required to review contraindications to transfer, which are then discussed with the patient's care team. *Id.* at 3.1.9(c)(3)(A)(2)(a)-(b). The primary care physician may then initiate a hold, if necessary. *Id.* at 3.1.9(c)(3)(A)(2)(b). The patient is then transferred when the primary care team and mental health together determine the optimal timing and destination. *Id.* at 3.1.9(c)(3)(G)(3).

5. I believe that a patient's treatment team is in the best position to determine whether it is in the patient's interest to place a medical hold that suspends mental health transfers

---

[1] *See* California Correctional Health Care Services, Health Care Department Operations Manual, https://cchcs.ca.gov/hcdom/ (last visited Oct. 24, 2023).
[2] HCDOM, Health Care Transfer, 3.1.9, *available at* https://cchcs.ca.gov/wp-content/uploads/sites/60/HC/HCDOM-ch03-art1.9.pdf.

2

Decl. Mehta ISO Defendants' Objections to the Special Master's Proposed Resolution of Data Remediation Dispute (2:90-cv-00520 KJM-DB (PC))

19900160.1

if the patient requires medically necessary healthcare services, and it is medically prudent to provide these services at the institution where the patient is currently housed. *See* HCDOM, 1.2.14, Appendix 1(b)(1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of October, 2023, at San Francisco, California.

*/s/ Amar Mehta*
Amar Mehta

3

Decl. Mehta ISO Defendants' Objections to the Special Master's Proposed Resolution of Data Remediation Dispute (2:90-cv-00520 KJM-DB (PC))

19900160.1