Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-4431
  Fax: (415) 703-5843
  E-mail: Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF NICHOLAS WEBER IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S OCTOBER 18, 2023 PROPOSED RESOLUTION OF DATA REMEDIATION DISPUTE: AC2.1 (TIMELY PC CONTACTS) – DEFINITION OF "WEEKLY"** |

1

Weber Decl. ISO Objections To Resolution Re: Timely "Weekly" PC Contacts (2:90-CV-00520 KJM-DB (PC))

19387675.5

**DECLARATION OF NICHOLAS WEBER**

I, Nicholas Weber, declare as follows:

1. I am an attorney with the California Department of Corrections and Rehabilitation's Office of Legal Affairs. I am licensed to practice before all of the courts of the State of California. I submit this declaration in support of Defendants' Objections to the Special Master's Proposed Resolution of Data Remediation Dispute: Timely PC Contacts ―Definition of PIP―Definition of Weekly. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. Attached as Exhibit A is a true and correct copy of an e-mail that I received dated September 7, 2023, from California Department of Corrections and Rehabilitation Secretary Jeff Macomber to Special Master Matthew Lopes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of October, 2023, at Carmichael, California.

*/s/ Nicholas Weber*
Nicholas Weber

1

Weber Decl. ISO Objections To Resolution Re: Timely "Weekly" PC Contacts  (2:90-CV-00520 KJM-DB (PC))

19387675.5

# Exhibit A

# Elise Thorn

| | |
|---|---|
| **From:** | Macomber, Jeff@CDCR <Jeffrey.Macomber@cdcr.ca.gov> |
| **Sent:** | Thursday, September 7, 2023 5:08 PM |
| **To:** | Lopes Matthew (mlopes@pldolaw.com) |
| **Cc:** | Walsh Kerry F.; Bentz, Melissa@CDCR; Weber, Nicholas@CDCR |
| **Subject:** | Weekly Clinical Contacts Dispute |

Matty, thank you for meeting last week to discuss the Level 2 dispute items. During that conversation, you urged me to consider taking the issue of "weekly" PC contacts back to Level 1 to see if your team, Plaintiffs' counsel, and my staff could come to an agreement on some exceptions to the proposed 7 day interpretation of "weekly." Your experts seemed open to exceptions or timeline suspensions for issues such as holidays, staff vacations, or illness.

After some reflection, I do not think taking this issue back to Level 1 would be fruitful. My staff and I agree that it is appropriate to have flexibility around holidays, vacations, illness, and other days off that occur in the regular course of business and your experts agreed. There may also be other instances where we agree that it is appropriate to reschedule a contact to a later date even if it is beyond the 7 day timeline. However, it would be impossible to operationalize all of these appropriate exceptions or suspension with a hard 7 day timeline. That is a primary reason we maintain our interpretation that "weekly" PC contacts are required once every week. I support Mental Health's interpretation of this Program Guide requirement and believe it is best for the system and the patients.  Thanks again. Jeff