1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
3 | DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
4 | ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
5 | Deputy Attorneys General
   455 Golden Gate Avenue, Suite 11000
6 | San Francisco, CA  94102-7004
   Telephone:  (415) 510-4431
7 | Fax:  (415) 703-5843
   E-mail:  Namrata.Kotwani@doj.ca.gov
8 | *Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
HANSON BRIDGETT LLP
   1676 N. California Boulevard, Suite 620
   Walnut Creek, CA 94596
   Telephone:  (925) 746-8460
   Fax:  (925) 746-8490
   E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DECLARATION OF AMAR MEHTA, M.D. IN SUPPORT OF DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S PROPOSED RESOLUTION OF DATA REMEDIATION DISPUTE: AC2.1 (TIMELY PC CONTACTS) – DEFINITION OF "WEEKLY"** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

1

19900160.1

**DECLARATION OF AMAR MEHTA, M.D.**

I, Amar Mehta, M.D., declare:

1.      I am the Deputy Director of the Statewide Mental Health Program for the California Department of Corrections and Rehabilitation (CDCR). Prior to this position, I was the Statewide Chief of Telepsychiatry. I have worked in CDCR since July 2013, during which time I have also served as a staff telepsychiatrist, site director for residency training, institutional clinical lead, and acting statewide Chief of Psychiatry. After medical school and internship, I attended residency in adult Psychiatry, and completed fellowships in both Child & Adolescent Psychiatry and Forensic Psychiatry. I am Board-certified in the 4 specialties of Adult, Child & Adolescent, and Forensic Psychiatry, as well as Addiction Medicine. I submit this declaration in support of Defendants' Objections to the Special Master's Proposed Resolution of Data Remediation Dispute on the AC2.1 (Timely PC Contacts) —Definition of "Weekly."   I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2.      I have reviewed the Special Master's October 18, 2023 *Proposed Resolution of Data Remediation Dispute: AC2.1 (Timely PC Contacts) – Definition of "Weekly."*

3.      Under CDCR's long-standing scheduling system, enhanced outpatient (EOP) patients are scheduled for a mental health primary clinician (PC or MHPC) contact at least once every calendar week.  This is consistent with other healthcare settings.

4.      There is no clinical reason to change the definition of weekly from calendar week to every seven days. The Special Master's experts have agreed that no sudden or sharp increase in risk occurs between days seven and eleven, as the seven-day requirement itself is a general recommendation that is not based on evidence or research.

5.      CDCR's interpretation of weekly for the purposes of clinical contacts aligns with how the parties have agreed to operationalize AC5 – Treatment Offered, which measures whether ten hours of structured treatment are offered each calendar week.  Although there are multiple AC5 disputes, the stakeholders, including the Special Master's data expert, have already agreed that the structured treatment requirement is measured per calendar week (Monday to Sunday).  Also, the stakeholders have agreed that MHPC caseload groups and routine one-on-one contacts

2

19900160.1

1    are both counted to fulfill the calendar weekly structured treatment requirement in AC5.

2    Attached as Exhibit A-1 is a true and correct copy of CDCR's Structured Treatment glossary

3    page, agreed to by data remediation stakeholders, defining structured treatment to include "all

4    mental health appointments other than IDTTs, screens, evaluations, and consults."

5         6.    If "weekly" means every seven days, then an MHPC caseload group occurring on

6    a Monday would require every patient on that caseload to be seen on Monday for every following

7    week.  In fact, with an every-seven-day definition of weekly, every week every patient would

8    need to be seen on the same day or sooner than in the prior week.  This leads to earlier and earlier

9    appointments in an attempt to meet timelines.  Eventually, every patient would be scheduled for a

10   Monday contact, and any distribution over the week would result in contacts considered "late."

11   Any single day that the clinician was out for sickness, vacation, regular day off, or any other

12   reason would automatically result in a missed appointment.

13        7.    The stakeholders have routinely interpreted a week as a calendar week for multiple

14   indicators in data remediation. Amongst those indicators are those requiring weekly phone calls,

15   shower access, audits of crisis bed records, and out-of-cell time.  There is no justification for

16   treating weekly clinical contacts any differently.

17        8.    Attached as Exhibit A-2 is a true and correct copy of CDCR's stakeholder

18   approved definitions for timeframes used in the indicator's business rules.

19        9.    Attached as Exhibit B is a true and correct copy CDCR's Key Performance

20   Indicator documentation and its underlying business rule for [SP15.2] - MHCB Out of Cell

21   Activities – Phone Calls, which measures whether phone calls were offered once per week.  This

22   indicator was remediated as of June 26, 2023.

23        10.   Attached as Exhibit C is a true and correct copy of CDCR's Key Performance

24   Indicator documentation and its underlying business rule for RH14 – ASU and PSU Shower

25   Access.  This indicator was remediated as of March 29, 2023.

26        11.   Attached as Exhibit D is a true and correct copy of CDCR's Key Performance

27   Indicator documentation and its underlying business rule for SP15.4 - MHCB Out of Cell

28   Activities – Showers.  This indicator was remediated as of June 26, 2023.

1     12.     Attached as Exhibit E is a true and correct copy of CDCR's Key Performance

2 Indicator documentation and its underlying business rule for SP14 - records audited for MHCB

3 Records with Rationale for Limited Issue.

4     13.     Attached as Exhibit F is a true and correct copy of CDCR's Key Performance

5 Indicator documentation and its underlying business rule for RH12- ASU & PSU Out of Cell

6 Time Offered.  This indicator was remediated as of January 23, 2023.

7     I declare under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.

9     Executed on this 27th day of October, 2023, at San Fransisco, California.

10

11                                         */s/ Amar Mehta*

12                                         Amar Mehta

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. Mehta ISO Objections to the Prop. Resol. Re Weekly PC Contacts (2:90-cv-00520 KJM-DB (PC))

19900160.1

# Exhibit A-1



# Structured Treatment

Published 7/8/2022

## Effective date: 1/1/2022

## Policy

**OTHER TREATMENT ACTIVITIES, MHPG (2018) Chapter 4: Enhanced Outpatient Program 12-4-9**

1. Group therapy and psycho-educational groups provide inmate-patients with an opportunity to express, explore, and resolve issues with the assistance of clinical staff and other inmate- patient group participants who have similar problems or experiences. Psycho-educational groups focus on cognitive/behavioral skill building as a means of improving inmate-patient interpersonal skills and problem solving abilities.
2. Individual therapy provides inmate-patients with the opportunity to discuss personal problems that may not be adequately addressed in a group setting.
3. Recreational and occupational therapies provide inmate-patients with supervised recreational activities or exercise programs designed to reduce stress, improve self- esteem and physical health, foster positive interpersonal interactions, and promote the constructive use of leisure time. Occupational or recreational therapy is counted as structured activity only if an appropriate clinician (an occupational therapist, recreational therapist, LPT, or other qualified professional) is present and supervising the activity. Unsupervised routine exercise is available for all inmate-patients and is not counted as a therapeutic activity.

4. Work and educational programs may provide rehabilitative services through institutional programming designed to help inmate-patients improve vocational and educational functioning. Work and education assignments can constitute up to four hours of structured activity per week if they are identified as such in the inmate-patient's treatment plan. The treatment plan must indicate how it is believed the inmate-patient benefits from particular vocational and/or educational activities.

## STRUCTURED THERAPEUTIC ACTIVITY (4/21/2011)

The purpose of this memorandum is to clearly define treatment that meets criteria for scheduled structured therapeutic activities according to the Mental Health Services Delivery System Program Guide, 2009 Revision. Currently, mental health staff count only prescheduled therapeutic activities towards treatment requirements. Effective immediately, in addition to scheduled treatment appointment, any documented treatment shall be counted toward weekly treatment
requirements for structured therapeutic activities. Examples of structured therapeutic activities may include but are not limited to the
following activities. These must be documented in the Unit Health Record.

- Cell front interactions
- Pre-release planning
- Recreational interactions
- Self-advocacy instructions
- Daily living skills instructions
- Social skills instructions

**Structured Treatment Includes:**
- All mental health appointments other than IDTTs, screens, evaluations, and consults
- All custody DRP (Division of Rehabilitative Programs) groups, except library services.
- All nursing-led therapeutic groups (NLTG)

- Up to 4 hours total per week from a non-voluntary job, industry, or education assignment.  Job, industry, and education hours are determined by daily attendance data entered into SOMS.  Instances where an assignment was not attended due to an unexcused absence are counted as refused treatment whereas instances where an assignment was not attended due to an excused absence or a security issue are counted as cancelled treatment.

## **EHRS appointment:**

See below page for lists of mental health appointments in EHRS, the treatment categories of the appointment and whether or not the appointment is considered as structured treatment.



### MH EHRS Appointments

cdcr.sharepoint.com

Structured Treatment Treatment Categories Assignment Group Treatment MH PreRelease MH Structured Tx PC Contact PSY Contact  Assignment Education MH Assignment Education MH Assignment Work Work Return to the top of the page Group Treatment...

## Deprecated: Structured Tx                 See all

## Deprecated: Non-Structured tx and assessments (does not count towards structured treatment hours)                 See all

| > | Title ∨ | Comment |
|---|---------|---------|
| > | Category : GROUP_TREATMENT (7) | |
| > | Category : INDIV_THRPY (1) | |
| > | Category : MH_PreRelease (2) | |
| > | Category : OTHER_CLINICAL (6) | |
| > | Category : PC_CONTACT (9) | |
| > | Category : PSY_CONTACT (9) | |

| > | Title ∨ | Comment |
|---|---------|---------|
| > | Category : DC_FU (5) | |
| > | Category : IDTT (7) | |
| > | Category : INVALID_APPT_REASON (1) | |
| > | Category : MH_Eval (30) | |
| > | Category : MH_PREA (1) | |
| > | Category : NON_ENCOUNTER (10) | |
| > | Category : OTHER_CLINICAL (19) | |
| > | Category : PC_Initial (2) | |
| > | Category : SRE (1) | |
| > | Category : UnspecifiedMH (7) | |

# CAPC approval date

11/18/2021

 Like     479 Views     Save for later

# Exhibit A-2



# Timeframes

Published 9/7/2021

## Allowed timeframes (Windows)

Using consistent language to specify the allowed time frame(s) for a sequence of actions to consider compliant with respect to business requirements is critical to the development of concise documentation for how many business rules should operate. Typically these timeframe(s) are expressed as relative to a business rule's trigger date and time (date). Interval notation provides a succinct and unambiguous way to describe such windows.

For example, a timeframe of [0,24) hours means that the rule target event must be completed sometime between the trigger date (time = 0) and before the start of the 24th hour after the trigger date.

A timeframe of [0,24] hours on the other hand, means that the target event must be completed sometime between the trigger date and by the end of the 24th hour after the trigger date.

Timeframes with negative values indicate that the target event can occur prior to the trigger date. For example, an ASU Pre-screen timeframe of [-1440,0) minutes means that the ASU prescreen must be completed no more than 24 hours (as measured in minutes) prior to arrival to ASU.

In cases where two different units of time are used, the time unit is described within the interval. For example, a rule that requires a target event to be completed from 1 calendar day before through 72 hours after the trigger event would have a timeframe of [-1 calendar day, 72 hours].

## Units of time (duration)

Below is the definition for each unit of time used in this documentation. Following that are examples of what these mean in practice.

- Minute = a full minute beginning at 00 seconds and ending at 59 seconds, inclusive
- Hour = a full hour beginning at 00 minutes and ending at 59 minutes, inclusive.
- Calendar day = a full day beginning 00:00 and ending 23:59, inclusive
- Business/Working day = a full day that is not a Saturday, Sunday, or state holiday, beginning 00:00 and ending 23:59, inclusive.
- Week = a full week beginning Monday 00:00 and ending Sunday 23:59, inclusive.
- Month = a full calendar month beginning on the first of the month at 00:00 and ending on the last day of the month at 23:59, inclusive.
- Quarter = beginning on the first day of the calendar quarter at 00:00 and ending on the last day of the calendar quarter at 23:59, inclusive.
- Year = a full calendar year beginning on the first day of the year at 00:00 and ending on the last day of the year at 23:59, inclusive.

## Due Dates

The date and time the target event is due, based on the business rule's allowed timeframe(s).

**Single Due Date**

A business rule that has a single due date can are described using a single timeframe calculated as follows: given a trigger date, which is the date and time the rule was triggered (e.g., Friday at 09:15), and a timeframe of **x units**, where **units** is the unit of time used to describe the business rule timeframe and **x** is the number of units (e.g., 2 calendar days, 1 week, 24 hours), the due date is the end of the xth full unit after the trigger date.

Therefore, if the rule uses a timeframe of "1 week" we use the week unit whereas if it says "7 calendar days", we use the calendar day unit. Likewise, if the rule says "1 working day", we use the working day unit whereas if it says "24 hours", we use the hour unit. There can be quite a difference between each of these time frames.

The examples below show what the due date would be for a rule with a trigger date of 2015, June 5, 09:15 (a Friday), and different time frames. (Note: there were no state holidays in June of 2015 and 2016 is leap year)

| Due dates based on the same trigger datetime and different time frames. | | |
|---|---|---|
| **Trigger datetime** | **Time Frame** | **Due Date** |
| **Friday, June 5, 09:15** | **(0, 60 minutes]** | **Friday, June 5, 10:15:59** |
| **Friday, June 5, 09:15** | **(0, 1 hour]** | **Friday, June 5, 10:59** |
| **Friday, June 5, 09:15** | **(0, 24 hours]** | **Saturday, June 6, 09:59** |
| **Friday, June 5, 09:15** | **(0, 1 calendar day]** | **Saturday, June 6, 23:59** |
| **Friday, June 5, 09:15** | **(0, 1 working day]** | **Monday, June 8, 23:59** |

| Friday, June 5, 09:15 | (0, 7 calendar days] | Friday, June 12, 23:59 |
|---|---|---|
| Friday, June 5, 09:15 | (0, 1 week] | Sunday, June 14, 23:59 |
| Friday, June 5, 09:15 | (0, 7 working days] | Tuesday, June 16, 23:59 |
| Friday, June 5, 09:15 | (0, 30 calendar days] | July 5, 23:59 |
| Friday, June 5, 09:15 | (0, 1 month] | July 31, 23:59 |
| 2015 Friday, June 5, 09:15 | (0, 365 calendar days] | 2016 June 4, 23:59 |
| 2015 Friday, June 5, 09:15 | (0, 1 year] | 2016 December 31, 23:59 |

## Sequences of Due Dates

Business rules that have a set of due dates may be described using a set of timeframes relative to a single trigger, or a sequence of event triggers.

## Rolling Due Date

A rolling appointment requirement can be described as follows: Appointments of type X will occur every (0, 30 calendar days] this means appointments of type X need to occur no more than 30 calendar days apart. The triggers for this rule are the date and time of the last seen appointment.

In this case, the allowed timeframe for the rule would be expressed as "Every (0, 30 calendar days]".

Like    79 Views    Save for later

# Exhibit B

# MHCB Out of Cell Activities – Phone Calls

Published 6/16/2023

## <u>Summary</u>

Percentage of MHCB patients who were offered phone calls according to policy.

---

| Numerator | Denominator |
|---|---|
| The response to the following question from the audit in the denominator:<br>**<u>MHCB Phone Calls:</u>**<br>• Of those, how many patients have documentation in the 114-A identifying a phone call was offered at least once per week? | The response to the following question in the <u>Privileges - Hayes Item 14</u> audit of the review period:<br>**<u>MHCB Phone Calls:</u>**<br>• How many patients who have had an initial IDTT are NOT restricted from phone calls (due to clinical reason) by the clinical team? |

## <u>Component Business Rules</u>

<u>MHCB Privileges-Phone Calls</u>.

## <u>Reporting Location</u>

The institution and placement where the audits were completed.

## <u>Pop-up</u>

<u>Click here for general pop up information</u>

KPI-specific pop-up information:

11. **<u>Date:</u>** the date the auditor entered into the CQIT application.

12. **<u>Count:</u>** number entered into the numerator question. Clicking on the number will direct the user to the specific audit on audit report.

13. **<u>Details:</u>** Audit date, Sub Area and the score the auditor entered into the CQIT application.

**Quick List: CDCR**
**MHCB Out of Cell Activities – Phone Calls from 4/01/23 thru 4/30/23**
**Placement: ASU,ASU EOP Hub,Condemned,IN_TRANSIT,Institution**
**Wide,LTRH,MHCB,ML,ML CCCMS,ML EOP,PSU,RC,RC CCCMS,RC**
**EOP,SHU,STRH**
**Data last refreshed 5/19/2023 1:10:00 AM**

|  | Measurements | Count | Compliance |
|---|---|---|---|
| MHCB Out of Cell Activities – Phone Calls | 3 | 1.5 | 100% |
| MHCB Out of Cell Activities – Phone Calls | 3 | 1.5 | 100% |

**Details**

| Audit | Placement | Inst | Date | Count | Details |
|---|---|---|---|---|---|
| MHCB Out of Cell Activities – Phone Calls (2) | MHCB | | 4/3/2023 12:00:00 AM | 3 | Test Record. Audit Date: 04/03/2023 Score: 3/3 |
| | MHCB | | 4/10/2023 12:00:00 AM | 0 | Test Record. Audit Date: 04/10/2023 Score: 0/0 |

## Release Note

Release Note 64.

## Additional Information

Refer to the Comprehensive Continuous Quality Improvement Audits Guidebook (04.27.2023) for additional information on how the audit is conducted, including sampling requirements.
For internal use only: Item #SP15.2

Question Versions
- Denominator question **after** May 10, 2023 2:08PM: 'How many patients who have had an initial IDTT are NOT restricted from phone calls (due to clinical reason) by the clinical team?'
- Denominator question **prior to** May 10 2023 2:08PM: 'How many patients who have had initial IDTT are NOT restricted from phone calls (due to clinical reason) by the clinical team?'

## Rationale

None.

## Known Issues

None found.

## Potential limitations

Global CQIT limitations

Custody auditors rely on the MH issue order listing activities allowed that is located at the Cell front and do not have access to patient records in EHRS.

## Verification

Verification testing implemented in production as of 6/5/23.

## FAQs

None.

---

CAPC approval date

4/20/2023

| MHCB Out of Cell Activities - Phone Calls (1219072) |
|---|
| **Category**<br>Suicide Prevention |
| **Business Rule**<br>• MHCB Privileges – Phone Calls |
| **Effective Period**<br>Effective 2023-05-01 to present. |
| **First Release Date**<br>5/6/2023 |
| **Latest Release Date**<br>5/6/2023 |

| Links |
|---|
| [Performance Report](#) |

| SPO Version | Version # |
|---|---|
| Previous | 0.1 |
| Approved by CAPC | 1.0 |
| Verified | 2.0 |
| Current | 3.0 |

EDA Result

🔥 Like     👁 52 Views     🔖 Save for later

# MHCB Privileges – Phone Calls

Published 6/16/2023

| Business Rule (MHCB Privileges - Phone Calls/1219072) |
| --- |
| **Effective Period**<br>Effective 2001-01-01 to present. |
| **First Release Date:**<br>5/6/2023 |
| **Latest Release Date:**<br>5/6/2023 |

| Links |
| --- |
| KPI Link: MHCB Out of Cell Activities – Phone Calls |
| Workflow Link |
| On Demand Homepage Link |

| SPO Version | Version # |
| --- | --- |
| Previous | 0.1 |
| Approved by CAPC | 1.0 |
| Verified | 2.0 |

| Current | 4.0 |
|---------|-----|

## Overview

Measurement of eligible patients in the MHCB that were offered phone calls.

---

## Policy

**MEMO: Mental Health Crisis Bed Privileges Revision 2/14/2017**

This memorandum supersedes the memorandum dated June 23, 2016, titled "Mental Health Crisis Bed Privileges" (attached). The purpose of this memorandum is to ensure privileges are provided to all inmate-patients (IPs) admitted to the Mental Health Crisis Bed (MHCB) units only. Privileges shall not apply to Alternative Housing settings. Effective immediately, all MHCB units shall provide the privileges, as documented below, to IPs admitted to the MHCB unit. The Interdisciplinary Treatment Team (IDTT) shall review and update privileges at every IDTT meeting. Following the initial IDTT, the primary clinician in conjunction with the psychiatrist and recreational therapist may consider additional privileges or removal of privileges based on changes to the IPs treatment goals and mental health status. Any restrictions of privileges shall be specifically noted by the MHCB IDTT and the rationale for restriction shall be documented on the treatment plan. Within one business day of the decision, restrictions shall be communicated to custody and nursing staff. For institutions not yet using the Electronic Health Records System (EHRS), mental health staff shall complete a CDC Form 128-C, Chrono Medical, Psych., Dental, also known as an "Informational Chrono." For institutions using the EHRS, staff will complete the Mental Health Inpatient Issue Order which is configured to print a requisition in the MHCB for custody and nursing review.

### Out-of-Cell Activity

IPs admitted to the MHCB shall attend out-of-cell activities consistent with their custody designation unless specifically restricted by the MHCB IDTT. Any restrictions of out-of-cell activities shall be determined by the MHCB IDTT, ordered in the healthcare record, and the rationale for restriction documented on the treatment plan. Restrictions shall be communicated to custody and nursing staff via a CDC Form 128-C or a printed requisition from the EHRS within one business day of the decision.

### Telephone Access

IPs housed in the MHCB Program shall be entitled to utilize the IP telephone, in accordance with his/her assigned privilege group unless specifically restricted by the MHCB IDTT. Any restrictions on phone calls shall be determined by the MHCB IDTT, ordered in the healthcare record, and the rationale for restriction documented on the treatment plan. Restrictions shall

be communicated to custody and nursing staff via a CDC Form 128-C or a printed requisition from the EHRS within one business day of the decision. Otherwise, pursuant to regulations in the California Code of Regulations, Title 15, Sections 3044 (g)(3)(C), (h)(2)(C), and (i)(2)(A)4, telephone calls shall only be allowed on an emergency basis as determined by institution/facility staff. All phone calls and their offerings shall be documented on the CDC Form 114-A, Inmate Segregation Record (Rev.10/99).

**Documentation of Privileges Received**

Each time an IP receives or participates in out-of-cell activities and/or receives an identified privilege, custody staff shall be responsible for noting the occurrence on the CDC Form 114-A, Inmate Segregation Record to provide proof of practice. All offerings of out-of-cell activities and/or privileges refused by an IP shall be notated on the CDC Form 114-A as well.

MEMO: REVISED RESTRICTED HOUSING, RECEPTION CENTERS, PSYCHIATIRC INPATIENT PROGRAM PHONE CALLS 4/13/2020

This memorandum is in response to the Coronavirus (COVID-19) and current allowable phone call privileges for inmates housed in restricted housing, Reception Centers (RCs), and Psychiatric In-Patient Programs (PIPs). The Division of Adult Institutions (DAI) recognizes the need for inmates to be able to maintain communication with family and friends and is taking proactive measures in an effort to assist inmates with increased communication.

This memorandum is to provide direction in regards to providing inmates housed in restricted housing, RCs, and PIPs the ability to make phone calls above their current privilege group. Wardens are directed to implement these additional phone call privileges. Institutions will utilize the current inmate phone equipment that already exists. Precautions are to be taken for both staff and inmate safety to include procedures to limit risk of exposure and transmittal of illness from inmate to inmate as phone calls are provided.

General strategies for providing all restricted housing, RC and PIP inmates' phone calls will need to be tailored by each respective institution based on physical plant design along with taking the following recommendations into consideration:

- All Non-Disciplinary Segregation (NDS) inmates will be allowed to make a phone call at least once a week (currently NDS A inmates are permitted one phone call a week, and NDS B inmates are permitted one phone call a month)
- All other inmates in restricted housing units will be allowed to make a phone call at least once every week (currently no phone calls are permitted)
- C status inmate will be allowed to make a phone call at least once every week
- RC inmates will be provided at least one phone call a week (currently one phone call within first seven days of arrival and one phone call per month afterwards)
- PIP inmates will be allowed to make at least one phone call a week unless restricted by the Interdisciplinary Treatment Team with clinical justification documented in the health record

As a result of COVID-19, the Office of Correctional Education, the Division of Rehabilitative Programs (ORP) classes, and Visiting have been temporarily closed. Correctional staff assigned to the Office of Correctional Education, DRP, or visiting positions as an example may be redirected to help facilitate the phone calls in the RCs, restricted housing units, and PIPs.

This policy memorandum will remain in effect until this COVID-19 crisis is no longer in effect or rescinded.

**MEMO:  COVID-19 QUARANTINE AND TEST-TO-PROGRAM UPDATES 9/14/2022**
**Test-to-Program for Residents who are in COVID Quarantine (revised process)**

Asymptomatic patients in exposure-related COVID-19 quarantine will be eligible to program, if:
- They have no COVID related symptoms
- They consent to POC COVID testing on days 1, 3, 5, and 7 of the quarantine period
- Each POC COVID test is negative
- They consistently wear at least a procedure mask while out of their housing cell

The test-to-program option shall not apply to residents who are in movement-related quarantine. Asymptomatic residents who test negative for COVID shall, while masked, be eligible for all routine programing including but not limited to work, school, in-person visiting, religious services, library, canteen, yard and health care appointments including mental health groups and ISUDT programing. Test to program does not apply to overnight family visiting.

Full implementation of the Test-to-Program initiative is dependent upon staff resources to complete the testing as determined by the Warden and CEO.

Residents who are asymptomatic and refuse testing shall receive S time until which time they are cleared from quarantine status or elect to comply with the COVID testing-to-program process.

Testing shall remain optional but strongly encouraged. Should a patient decline to test, he/she shall be limited to in-wing, cohorted activities until they are released from quarantine. Arrangements shall be made to accommodate essential clinical care.

**Access to Health Care**
All patients regardless of COVID quarantine status shall have access to routine, urgent, and emergent medical care. Appropriate precautions (facial coverings, using well-ventilated spaces, etc.) shall be taken to minimize risks to the employee and resident population.

## **Rule Population**
All MHCB patients.

**Trigger**
Completion of Privileges – Hayes Item 14.

**Exception**
None.

**Fulfillment**
Completion of Privileges – Hayes Item 14.

**Time Frame**
N/A.

**Release Note**
Release Note 64.

**Rationale**
None.

**Known Issues**
None.

**Potential limitations**
Global CQIT limitations

**Additional Info**
Refer to the Comprehensive Continuous Quality Improvement Audits Guidebook (04.27.2023) for additional information on how the audit is conducted, including sampling requirements. For internal use only: Item #SP15.2

**Verification**
Verification testing implemented in production as of 6/5/23.

**FAQs**
None.

**Approval Date**

4/20/2023

Like     Save for later

# Exhibit C

# ASU & PSU Shower Access

Published 9/12/2023

## Summary

Percentage of eligible inmates reviewed in ASU, ASU EOP hub, STRH, PSU and ASU/PSU overflow housing units who were offered at least three showers in a week.

| Numerator | Denominator |
|---|---|
| **For ASU, ASU EOP Hub, PSU, SHU, and Condemned**<br>From the Denominator, the total of the number of "YES" responses to the following question from CQIT Audit: Out of Cell Time and Showers [ASU, ASU EOP Hub, PSU, SHU and Condemned] audit:<br><br>Was the patient offered showers on at least three different days within the same week audited?<br><br>**For Out of Cell Time and Showers [STRH]**<br>From the Denominator, the total of the number of "YES" responses to the following question from CQIT Audit: Out of Cell Time and Showers [STRH] audit:<br><br>Was the inmate offered showers on at least three different days within the same week audited?<br><br>**For Out of Cell Time and Showers [STRH RC, STRH Female, LTRH]**<br>From the Denominator, the total of the number of "YES" response to the following question from | **For ASU, ASU Hub, PSU, SHU, and Condemned**<br>The number of completed CQIT Audit: Out of Cell Time and Showers [ASU, ASU EOP Hub, PSU, SHU and Condemned] audits during the on-site review period.<br><br>**For Out of Cell Time and Showers [STRH]**<br>The number of completed CQIT Audit: Out of Cell Time and Showers [STRH] audits completed during the on-site review period.<br><br>**For Out of Cell Time and Showers [STRH RC, STRH Female, LTRH]**<br>The number of completed CQIT Audit: Out of Cell Time and Showers [STRH RC, STRH Female, LTRH] audits completed during the on-site review period. |

CQIT Audit: Out of Compliance and Showers [ASU, RC, STRH Female, LTRH] audits:

Was the inmate offered showers on at least three different days within the same week audited?

## Component Business Rules
ASU & PSU Showers Offered

## Reporting Location
The institution and placement where the CQIT audit was conducted.

## Pop-up
Click here for general pop-up information.
KPI-specific pop-up information:

11. The date can be the trigger date, due date, or fulfillment date.
12. Percentage of completed ASU and PSU showers.
13. Details: Date of the audit, Sub Area where the audit was conducted, and CDCR # of the patient.

### Quick List: CDCR
### ASU and PSU Showers from 3/01/22 thru 8/31/23
### Placement: ASU,ASU EOP Hub,Condemned,LTRH,PSU,RC,SHU,STRH
### Data last refreshed 9/10/2023 8:25:00 PM

| | Measurements | Percentage | Compliance |
|---|---|---|---|
| ASU and PSU Showers | 31 | 1.0 | 100% |
| Out of Cell Time and Showers | 31 | 1.0 | 100% |

**Details**

| Audit | Placement | Inst | Date | Percentage | Details |
|---|---|---|---|---|---|
| Out of Cell Time and Showers (31) | ASU EOP Hub | CMF | 8/10/2022 12:00:00 AM | 1 | Audit Date: 08/10/2022 Sub Area: M-3. Is the patient in MHSDS? Yes. CDCR # AF5246 |
| | ASU EOP Hub | CMF | 8/10/2022 12:00:00 AM | 1 | Audit Date: 08/10/2022 Sub Area: I-3. Is the patient in MHSDS? Yes. CDCR # AM4455 |
| | ASU EOP Hub | CMF | 8/10/2022 12:00:00 AM | 1 | Audit Date: 08/10/2022 Sub Area: I-3. Is the patient in MHSDS? Yes. CDCR # AN9346 |

**Release Note**
[Release Note 59](#).

## Additional Information

Refer to the most recent version of the [Comprehensive Continuous Quality Improvement Audits Guidebook](#) for additional information on how the audit is conducted, including sampling requirements. Archived versions of the guidebook can be found here: [Archived Guidebooks](#).

For internal use only: Item #RH14.

## Rationale

None.

## Known Issues

None found.

## Potential Limitations

[Global CQIT Limitations](#)

## Verification

Verified on synthetic data only.
Verification testing implemented in production as of April 27, 2023.

## FAQs

---

## CAPC approval date

12/29/2022

| ASU & PSU Showers Offered (1215836) |
|---|
| **Category**<br>Restricted Housing |
| **Business Rule** [ASU & PSU Showers Offered](#) |
| **Effective Period:** |

# ASU & PSU Showers Offered

Published 9/12/2023

| ASU Showers Offered |
| --- |
| **Effective Period**<br>03-03-2023 to present. |
| **First Release Date:**<br>01-03-2023. |
| **Latest Release Date:**<br>01-03-2023. |

| Links |
| --- |
| KPI Link |
| Workflow Link |
| On Demand Homepage Link |

| SPO Version | Version # |
| --- | --- |
| Previous | 0.1 |
| Approved by CAPC | 0.2 |
| Verified | 2.0 |
| Current | 5.0 |

## Overview

Measurement of eligible inmates reviewed in ASU, ASU EOP hub, STRH, PSU and ASU/PSU overflow housing units who are eligible for and were offered at least three showers in a week.

**Policy**

**Title 15 section 3343 Conditions of Segregated Housing:**

(g) Personal Cleanliness. Inmates assigned to ASU or SPHU, shall be provided the means to keep themselves clean and well-groomed. Haircuts will be provided as needed. Showering and shaving shall be permitted at least three times a week. Clothing, bedding, linen, and other laundry items shall be issued and exchanged no less often than is provided for general population inmates.

**Rule Population**
All patients that are in ASU, ASU EOP Hub, STRH, PSU and ASU/PSU overflow.

**Trigger**
CQIT on-site audit: CQIT Audit: Out of Cell Time and Shower for ASU, ASU EOP Hub, PSU and Condemned, CQIT Audit: Out of Cell Time and Showers (STRH Male) and CQIT Audit: Out of Cell Time and Showers (STRH-RC, Female-STRH, LTRH)

**Exception**
None.

**Suspending Events**
None.

**Fulfillment**
Completion of on-site CQIT audit:  CQIT Audit:  Out of Cell Time and Shower for ASU, ASU EOP Hub, PSU and Condemned CQIT Audit: Out of Cell Time and Showers (STRH Male) and CQIT Audit: Out of Cell Time and Showers (STRH-RC, Female-STRH, LTRH)

**Time Frame**
N/A.

**Release Note**
Release Note 59.

**Rationale**
None.

**Known Issues**
None found.

**Potential limitations**
Global CQIT Limitations

## Additional Information

Refer to the most recent version of the Comprehensive Continuous Quality Improvement Audits Guidebook for additional information on how the audit is conducted, including sampling requirements. Archived versions of the guidebook can be found here: Archived Guidebooks.

For internal use only: Item #RH14.

## Verification

Verified on synthetic data only.
Verification testing implemented in production as of April 27, 2023.

## FAQs

---

## CAPC approval date

12/29/2022

Like          43 Views          Save for later

# ASU & PSU Showers Offered

Published 9/12/2023

| ASU Showers Offered |
| --- |
| **Effective Period**<br>03-03-2023 to present. |
| **First Release Date:**<br>01-03-2023. |
| **Latest Release Date:**<br>01-03-2023. |

| Links |
| --- |
| KPI Link |
| Workflow Link |
| On Demand Homepage Link |

| SPO Version | Version # |
| --- | --- |
| Previous | 0.1 |
| Approved by CAPC | 0.2 |
| Verified | 2.0 |
| Current | 5.0 |

## Overview

Measurement of eligible inmates reviewed in ASU, ASU EOP hub, STRH, PSU and ASU/PSU overflow housing units who are eligible for and were offered at least three showers in a week.

**Policy**

**Title 15 section 3343 Conditions of Segregated Housing:**

(g) Personal Cleanliness. Inmates assigned to ASU or SPHU, shall be provided the means to keep themselves clean and well-groomed. Haircuts will be provided as needed. Showering and shaving shall be permitted at least three times a week. Clothing, bedding, linen, and other laundry items shall be issued and exchanged no less often than is provided for general population inmates.

**Rule Population**
All patients that are in ASU, ASU EOP Hub, STRH, PSU and ASU/PSU overflow.

**Trigger**
CQIT on-site audit: CQIT Audit: Out of Cell Time and Shower for ASU, ASU EOP Hub, PSU and Condemned, CQIT Audit: Out of Cell Time and Showers (STRH Male) and CQIT Audit: Out of Cell Time and Showers (STRH-RC, Female-STRH, LTRH)

**Exception**
None.

**Suspending Events**
None.

**Fulfillment**
Completion of on-site CQIT audit:  CQIT Audit:  Out of Cell Time and Shower for ASU, ASU EOP Hub, PSU and Condemned CQIT Audit: Out of Cell Time and Showers (STRH Male) and CQIT Audit: Out of Cell Time and Showers (STRH-RC, Female-STRH, LTRH)

**Time Frame**
N/A.

**Release Note**
Release Note 59.

**Rationale**
None.

**Known Issues**
None found.

**Potential limitations**
Global CQIT Limitations

## Additional Information

Refer to the most recent version of the Comprehensive Continuous Quality Improvement Audits Guidebook for additional information on how the audit is conducted, including sampling requirements. Archived versions of the guidebook can be found here: Archived Guidebooks.

For internal use only: Item #RH14.

## Verification

Verified on synthetic data only.
Verification testing implemented in production as of April 27, 2023.

## FAQs

---

## CAPC approval date

12/29/2022

Like        43 Views        Save for later

03-03-2023

| **First Release Date:** |
| 01-03-2023 |

| **Latest Release Date:** |
| 01-03-2023 |

| **Links** |
| --- |
| [Performance Report](Performance%20Report) |

| SPO Version | Version # |
| --- | --- |
| Previous | 0.1 |
| Approved by CAPC | 2.1 |
| Verified | 3.0 |
| Current | 8.0 |

EDA Result

🔥 Like          👁 76 Views          🔖 Save for later

# Exhibit D

# MHCB Out of Cell Activities - Showers

Published 6/19/2023

## Summary

Percentage of MHCB patients who were offered showers according to policy.

| Numerator | Denominator |
|---|---|
| The response to the following question from the audit in the denominator:<br>**MHCB Shower:**<br>&bull; Of those, how many patients were offered a shower at least three (3) times per week? | The response to the following question in the Privileges - Hayes Item 14 audit during the review period:<br>**MHCB Showers**<br>&bull; How many MHCB patients were reviewed? |

## Component Business Rules

MHCB Privileges – Showers.

## Reporting Location

The institution and placement where the audits were completed.

## Pop-up

Click here for general pop up information

KPI-specific pop-up information:

11. **Date:** the date the auditor entered into the CQIT application.

12. **Count:** number entered into the numerator question. Clicking on the number will direct the user to the specific audit on audit report.

13. **Details:** Audit date, Sub Area and the score the auditor entered into the CQIT application.

**Quick List: CDCR**
**MHCB Out of Cell Activities - Showers from 4/01/23 thru 4/30/23**
**Placement: ASU,ASU EOP Hub,Condemned,IN_TRANSIT,Institution**
**Wide,LTRH,MHCB,ML,ML CCCMS,ML EOP,PSU,RC,RC CCCMS,RC**
**EOP,SHU,STRH**
**Data last refreshed 5/19/2023 1:10:00 AM**

|  | Measurements | Count | Compliance |
|---|---|---|---|
| MHCB Out of Cell Activities - Showers | 3 | 1.5 | 100% |
| MHCB Out of Cell Activities - Showers | 3 | 1.5 | 100% |

**Details**

| Audit | Placement ⇕ | Inst ⇕ | Date ⑪ ⇕ | Count ⑫ ⇕ | Details ⑬ |
|---|---|---|---|---|---|
| ⊟ MHCB Out of Cell Activities - Showers (2) | MHCB | | 4/3/2023 12:00:00 AM | 3 | Test Record. Audit Date: 04/03/2023 Score: 3/3 |
| | MHCB | | 4/10/2023 12:00:00 AM | 0 | Test Record. Audit Date: 04/10/2023 Score: 0/0 |

**Release Note**
Release Note 64 .

**Additional Information**
Refer to the Comprehensive Continuous Quality Improvement Audits Guidebook (04.27.2023) for additional information on how the audit is conducted, including sampling requirements. For internal use only: Item #SP15.4

**Rationale**
None.

**Known Issues**
None found.

**Potential limitations**
Global CQIT limitations

**Verification**
Verification testing implemented in production as of 6/7/23.

**FAQs**

None.

---

## CAPC approval date

4/20/2023

| MHCB Out of Cell Activities - Showers (1219068) |
|---|
| **Category**<br>Suicide Prevention |
| **Business Rule**<br>• MHCB Privileges - Showers |
| **Effective Period**<br>Effective 2023-05-01 to present. |
| **First Release Date**<br>6-12-2023 |
| **Latest Release Date**<br>6-12-2023 |

| Links |
|---|
| Performance Report |

| SPO Version | Version # |
|---|---|
| Previous | 0.1 |
| Approved by CAPC | 1.0 |
| Verified | 2.0 |

Current    3.0

EDA Result

🔥 Like    👁 50 Views    🔖 Save for later

# MHCB Privileges - Showers

| Business Rule (MHCB Privileges - Showers/1219068) |
| --- |
| **Effective Period**<br>Effective 2001-01-01 to present. |
| **First Release Date:**<br>6-12-2023 |
| **Latest Release Date:**<br>6-12-2023 |

| Links |
| --- |
| KPI Link: MHCB Out of Cell Activities - Showers |
| Workflow Link |
| On Demand Homepage Link |

| SPO Version | Version # |
| --- | --- |
| Previous | 0.1 |
| Approved by CAPC | 1.0 |
| Verified | 2.0 |

| Current | 3.0 |
|---|---|

# Overview

Measurement of patients in the MHCB that were offered showers.

---

# Policy

**MEMO: Mental Health Crisis Bed Privileges Revision 2/14/2017**

This memorandum supersedes the memorandum dated June 23, 2016, titled "Mental Health Crisis Bed Privileges" (attached). The purpose of this memorandum is to ensure privileges are provided to all inmate-patients (IPs) admitted to the Mental Health Crisis Bed (MHCB) units only. Privileges shall not apply to Alternative Housing settings. Effective immediately, all MHCB units shall provide the privileges, as documented below, to IPs admitted to the MHCB unit. The Interdisciplinary Treatment Team (IDTT) shall review and update privileges at every IDTT meeting. Following the initial IDTT, the primary clinician in conjunction with the psychiatrist and recreational therapist may consider additional privileges or removal of privileges based on changes to the IPs treatment goals and mental health status. Any restrictions of privileges shall be specifically noted by the MHCB IDTT and the rationale for restriction shall be documented on the treatment plan. Within one business day of the decision, restrictions shall be communicated to custody and nursing staff. For institutions not yet using the Electronic Health Records System (EHRS), mental health staff shall complete a CDC Form 128-C, Chrono Medical, Psych., Dental, also known as an "Informational Chrono." For institutions using the EHRS, staff will complete the Mental Health Inpatient Issue Order which is configured to print a requisition in the MHCB for custody and nursing review.

## Out-of-Cell Activity

IPs admitted to the MHCB shall attend out-of-cell activities consistent with their custody designation unless specifically restricted by the MHCB IDTT. Any restrictions of out-of-cell activities shall be determined by the MHCB IDTT, ordered in the healthcare record, and the rationale for restriction documented on the treatment plan. Restrictions shall be communicated to custody and nursing staff via a CDC Form 128-C or a printed requisition from the EHRS within one business day of the decision.

## Documentation of Privileges Received

Each time an IP receives or participates in out-of-cell activities and/or receives an identified privilege, custody staff shall be responsible for noting the occurrence on the CDC Form 114-A, Inmate Segregation Record to provide proof of practice. All offerings of out-of-cell activities and/or privileges refused by an IP shall be notated on the CDC Form 114-A as well.

**MEMO: COVID-19 QUARANTINE AND TEST-TO-PROGRAM UPDATES 9/14/2022**

**Test-to-Program for Residents who are in COVID Quarantine (revised process)**
Asymptomatic patients in exposure-related COVID-19 quarantine will be eligible to program, if:

- They have no COVID related symptoms
- They consent to POC COVID testing on days 1, 3, 5, and 7 of the quarantine period
- Each POC COVID test is negative
- They consistently wear at least a procedure mask while out of their housing cell

The test-to-program option shall not apply to residents who are in movement-related quarantine. Asymptomatic residents who test negative for COVID shall, while masked, be eligible for all routine programing including but not limited to work, school, in-person visiting, religious services, library, canteen, yard and health care appointments including mental health groups and ISUDT programing. Test to program does not apply to overnight family visiting.

Full implementation of the Test-to-Program initiative is dependent upon staff resources to complete the testing as determined by the Warden and CEO.

Residents who are asymptomatic and refuse testing shall receive S time until which time they are cleared from quarantine status or elect to comply with the COVID testing-to-program process.

Testing shall remain optional but strongly encouraged. Should a patient decline to test, he/she shall be limited to in-wing, cohorted activities until they are released from quarantine. Arrangements shall be made to accommodate essential clinical care.

**Access to Health Care**
All patients regardless of COVID quarantine status shall have access to routine, urgent, and emergent medical care. Appropriate precautions (facial coverings, using well-ventilated spaces, etc.) shall be taken to minimize risks to the employee and resident population.

## **Rule Population**
All MHCB patients.

## **Trigger**
Completion of Privileges – Hayes Item 14.

## **Exception**
None.

## **Fulfillment**
Completion of Privileges – Hayes Item 14.

**Time Frame**
N/A.

**Release Note**
Release Note 64.

**Rationale**
None.

**Known Issues**
None found.

**Potential limitations**
Global CQIT limitations

**Additional Info**
Refer to the Comprehensive Continuous Quality Improvement Audits Guidebook (04.27.2023) for additional information on how the audit is conducted, including sampling requirements. For internal use only: Item #SP15.4

**Verification**
Verification testing implemented in production as of 6/7/23.

**FAQs**
None.

<span style="color:darkred">**Approval Date**</span>

4/20/2023

 Like       Save for later

# Exhibit E



# MHCB Records with Rationale for Limited Issue

**Summary**

Percentage of records audited for MHCB Records with Rationale for Limited Issue.

---

| Numerator | Denominator |
|---|---|
| Number of "Yes" responses to the following question in CQIT: Limited Issue Observation from the denominator:<br>• For every day the patient was on limited issue, NOT including today, is there a Progress note justifying limited issue? | Number of completed CQIT: Limited Issue Observation |

**Component Business Rules**

MHCB Records with Rationale for Limited Issue

**Reporting Location**

The institution and area where CQIT: Limited Issue Observation were completed.

**Pop-up**

Click here for general pop up information

KPI specific pop up information: TBD

**Release Note**

Release Note 55.0

**Additional information**

Refer to the CQIT Guidebook (Version 6.30.22) for additional information on how the audit is conducted, including sampling requirements.

For internal use only: Item #SP14

**Rationale**

None.

**Known Issues**

None.

**Potential limitations**

Global CQIT limitations

**Verification**

Data verified beginning August 1, 2022

**FAQs**

None

---

## CAPC approval date

8/31/2021

| MHCB Records with Rationale for Limited Issue (1215151) |
| --- |
| **Category** |
| Quality of Care, Patient Care |
| MHCB Records with Rationale for Limited Issue |

| Links |
| --- |

Performance Report

| SPO Version | Version # |
|---|---|
| Previous | 0.7 |
| To BRMR | 0.8 |
| To Stakeholder Review | 1.1 |
| Approved by CAPC | 2.1 |
| Verified | 3.0 |
| Current | |

EDA Result

Like    180 Views    Save for later

# MHCB Records with Rationale for Limited Issue

Draft saved 4/7/2023

| MHCB Records with Rationale for Limited Issue |
| --- |
| **Effective Period**<br>1-1-2000 to present |
| **First Release Date:**<br>n/a |
| **Latest Release Date:**<br>8-25-2022 |

| Links |
| --- |
| MHCB Records with Rationale for Limited Issue |
| Workflow Link |
| On Demand Homepage Link |

| SPO Version | Version # |
| --- | --- |
| Previous | 0.1 |
| To BRMR | 0.2 |
| To Stakeholder Review | 1.1 |

| | |
|---|---|
| Approved by CAPC | 3.0 |
| Verified | 4.0 |
| Current | |

# Overview

Measurement of MHCB records audited in which a clear rationale is documented and updated every calendar day (not including today) for limited issue.

---

## Policy

### Memo: LEVEL OF OBSERVATION AND PROPERTY FOR PATIENTS IN MENTAL HEALTH CRISIS BEDS. Dated 3/15/2016

All orders shall detail what specific items may be issued to a patient. Staff shall ensure all patients are provided with the clothing, bedding and allowable items permitted at the patient's level of observation.

If fewer items are granted than specified in this memorandum, a rationale shall be provided detailing the patient's unique risk factors and clinical need, and updated at least every 24 hours while allowable items are limited. General statements of risk and/or providing minimal items without justification are not acceptable. As the level of observation or individual risk decreases, clothing, bedding, and other allowable items must be restored and provided as soon as possible after the determination has been made that the level of risk has decreased.

### MHPG page Chapter 10 Suicide Prevention and Response 12-10-16

A clinician, when writing orders, can utilize these guidelines for furniture and clothing and/or make modifications based on clinical judgment, with documentation of justification. The IDTT shall review all decisions regarding furniture, clothing, and other materials. No modification is allowed for the interval of staff checks for Suicide Precaution.

### Rule Population

Patients in MHCB with limited issue.

### Trigger

CQIT on-site audit.

## Exception

None.

## Suspending Events

None.

## Fulfillment

Completion of CQIT Audit: Limited Issue Observation

## Time Frame

N/A.

## Release Note

Release Note 55.0

## Rationale

None.

## Known Issues

None.

## Potential limitations

Global CQIT limitations

## Additional Information

Refer to the CQIT Guidebook (Version 6.30.22) for additional information on how the audit is conducted, including sampling requirements.

For internal use only: Item #SP14

## Verification

## FAQs

None

# CAPC approval date

8/31/2021

Like     103 Views     Save for later

**Exhibit F**

# ASU & PSU Out of Cell Time Offered

## Summary

Percentage of eligible inmates in ASU, ASU EOP hub, PSU and ASU/PSU overflow housing units offered 10 or more hours of out of cell time.

| Numerator | Denominator |
|---|---|
| The sum of the number of "yes" response entered in the following question in CQIT Audit: Out of Cell Time and Shower for ASU, ASU EOP Hub, PSU, SHU, and Condemned audits from the denominator<br><br>• Was the requirement for 10 hours or more of out of cell time over at least three different days met (if the inmate was in the housing unit for a full seven-day week period and there was no documented safety or security issues that would have prevented the institution staff from offering out of cell/yard time)? | The sum of the number of completed CQIT Audit: Out of Cell Time and Shower for ASU, ASU EOP Hub, PSU, SHU, and Condemned audits in ASU, ASU EOP Hub, PSU, SHU, and Condemned area during the review period. |

## Component Business Rules
ASU & PSU Out of Cell Time Offered

## Reporting Location
The institution and placement where CQIT Audit: Out of Cell Time and Shower for ASU, ASU EOP Hub, PSU, SHU, and Condemned were completed.

**Pop-up**

[Click here for general pop-up information](#)

KPI-specific pop-up information:
1. Date: the "Start date" the auditor entered into the CQIT application.
2. Percentage: 1 =  audit pass. 0 = audit fail. Clicking on the number will direct the user to the specific audit on audit report.
3. Details: Audit date, the Sub Area, answer to "Is the patient in MHSDS", and the CDCR# of the patient audited. Clicking on the CDCR# will bring the user to the Patient Placement History page of the patient.



Screenshot taken on 1/20/2023

**Release Note**

[Release Note 56.0](#)

**Additional Information**

Refer to the [Comprehensive Continuous Quality Improvement Audits Guidebook (Version 03.02.2023)](#) for additional information on how the audit is conducted, including sampling requirements.

For internal use only: RH12.

**Rationale**

None.

**<u>Known Issues</u>**

None found.

**<u>Potential limitations</u>**

None.

**<u>Verification</u>**

Data verified beginning of August 1, 2022.

**<u>FAQs</u>**

None

---

## CAPC approval date

12/29/2022

| ASU & PSU Out of Cell Time Offered (203992) |
|---|
| **<u>Category</u>**<br>Restricted Housing |
| **<u>Business Rule</u>**<br>• ASU & PSU Out of Cell Time Offered |
| **<u>Effective Period</u>**<br>05-01-2022 to present. |
| **<u>First Release Date</u>**<br>09-19-2022. |
| **<u>Latest Release Date</u>**<br>09-19-2022. |

| Links |
|---|

| SPO Version | Version # |
|---|---|
| Previous | 0.1 |
| Approved by CAPC | 1.0 |
| Verified | 2.0 |
| Current | 4.0 |

EDA Result

🔥 Like     🔖 Save for later

## Out of Cell Time and Showers [STRH RC, STRH Female, LTRH]

a) General Instructions:
- Audit all patients with designated housing STRH RC, STRH Female, and LTRH.
- Count "R" refused times as offered when the amount of time refused is recorded on the 114-A. Refused time ("R") is only counted if the in and out times are documented on the 114-A. If the in and out time is not documented, count as "0."
- Review 20 114-As that meet the following eligibility criteria (if less than 20, audit all) per housing unit program to ensure all patients have been offered the minimally required yard and showers, noting any exceptions or deficiencies.
- Only review the 114-As of patients who have been in the housing unit for a full seven-day week period. Audit the prior 4 weeks. For each week, identify how many were there for the entire week (Monday 12:00 AM – Sunday 11:59 PM).
- Enter results for each patient's 114-A reviewed
- Source documentation for safety or security issues: utilize the PSR (Program Status Report) to determine whether there were safety or security issues that


38

would have prevented the institution staff from offering out of cell/yard time (e.g., heat alert, fog recall, etc.). If any PSRs were documented in the audited time period, please include that information with applicable dates in the Comments box. Note: there is no safety or security reasons for not offering showers.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - CDCR #
  - Start Date
  - Sub Area

b) Standardized Questions:
1. Was the requirement for 13.5 hours or more of out of cell time over at least three different days met (if the patient was in the housing unit for a full seven-day week period and there was no documented safety or security issues that would have prevented the institution staff from offering out of cell/yard time)?
   - Ensure each patient was in the housing unit for a full seven-day week period, there was no documented safety or security issues that would have prevented institution staff from offering out of cell/yard time, and was offered at least 10 hours of yard and 3.5 hours of additional out of cell activities. Patients under heat alert may be offered additional out of cell activities to fulfill the 13.5.
2. Was the inmate offered showers on at least three different days within the same week audited?