DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S SEPTEMBER 21, 2023 REPORT RE THIRD LEVEL DATA REMEDIATION DISPUTE ON THE TIMELY COMPLIANCE METHODOLOGY [ECF 8025]**<br><br>Judge:   Hon. Kimberly J. Mueller |

[4382985.2]

Case No. 2:90-CV-00520-KJM-DB

PLS.' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFS.' OBJECTIONS TO SPECIAL MASTER 09/21/23 REPORT RE 3D LEVEL DATA REMEDIATION DISPUTE TIMELY COMPLIANCE METHODOLOGY [ECF 8025]

1   On September 21, 2023, the Special Master filed a Report and Recommendation Regarding a Third Level Data Remediation Dispute Regarding Timely Compliance Methodology.  *See* ECF No. 7954.  On October 24, 2023, the Special Master filed a Notice of Errata and an Amended Report and Recommendation, which adjusted the number of indicators affected by this dispute from 26 to 25 (in light of the Special Master's decision to remove SC8.7 from the list of affected indicators).  *See* ECF No. 8033; 8033-1.  As explained in the amended Report and Recommendation, the Special Master determined that the "patient-wise methodology" he recommends for remediation of the identified indicators (in addition to Defendants' proposed methodology) "is best suited to transparently and accurately report the number and percentage of patients who received Program Guide-compliant mental health care for these indicators."  *See* ECF No. 8033-1 at 6.  On October 23, 2023, Defendants filed Objections to the Special Master's September 21, 2023 Report.  *See* ECF No. 8025.

Plaintiffs now seek leave to respond to the objections filed by Defendants in order to address Defendants' mischaracterizations of this dispute, including, *inter alia*, those misrepresentations suggesting that the Special Master unfairly changed his position over the course of the dispute.  *See, e.g.*, ECF No. 8025 at 3–4 ("the Special Master has now endorsed a new and vague methodology"); *id.* at 6 ("The Special Master's presentation of his proposed methodology has undergone numerous iterations, including changes in pre-calculations, summary statistic calculations, and ad-hoc calculations."); *id.* at 7 ("The role of the degree-of-impact statistic has changed repeatedly and is still not clearly defined.").

Accordingly, Plaintiffs request that the Court grant until November 14, 2023, for Plaintiffs to respond to Defendants' objections.

/ / /

/ / /

/ / /

/ / /

/ / /

# CERTIFICATION

Plaintiffs' counsel certifies that she reviewed the following Orders relevant to this filing: ECF Nos. 7556, 7556-2.

DATED: November 1, 2023

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ginger Jackson-Gleich*
Ginger Jackson-Gleich

Attorneys for Plaintiffs

[4382985.2]

2

Case No. 2:90-CV-00520-KJM-DB

PLS.' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFS.' OBJECTIONS TO SPECIAL MASTER 09/21/23 REPORT RE 3D LEVEL DATA REMEDIATION DISPUTE TIMELY COMPLIANCE METHODOLOGY [ECF 8025]