| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>GINGER JACKSON-GLEICH – 324454<br>ADRIENNE PON HARROLD – 326640<br>AMY XU – 330707<br>MAYA E. CAMPBELL – 345180<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GAVIN NEWSOM, et al.,<br><br>            Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF JENNY S. YELIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S PROPOSED RESOLUTION OF DATA REMEDIATION DISPUTE: PLACEHOLDER - PIP - MAX CUSTODY REVIEW**<br><br>Judge:  Hon. Kimberly J. Mueller |

[4384621.2]

DECLARATION OF JENNY S. YELIN

I, Jenny S. Yelin, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration based in support of Plaintiffs' Response to Defendants' Objections to the Special Master's Proposed Resolution of Data Remediation Dispute: Placeholder - PIP - Max Custody Review.

2. On June 23, 2023, I received an email from Melissa Bentz, an attorney in CDCR's Office of Legal Affairs. A true and correct copy of the June 23, 2023 email from Ms. Bentz is attached hereto as **Exhibit A**. The email states that Defendants "Current Inpatient Census report" is "an older report and not one that has or will be reviewed in data remediation."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 3rd day of November, 2023.

*/s/ Jenny S. Yelin*
Jenny S. Yelin

[4384621.2]

2

DECLARATION OF JENNY S. YELIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S PROPOSED RESOLUTION OF DATA REMEDIATION DISPUTE: PLACEHOLDER - PIP - MAX CUSTODY REVIEW

# Exhibit A

| | |
|---|---|
| Subject: | RE: Coleman: Question regarding San Quentin inpatient census; 489-03 [IMAN-DMS.FID12440] |
| Date: | 6/23/2023 2:18 PM |
| From: | "Bentz, Melissa@CDCR" <Melissa.Bentz@cdcr.ca.gov> |
| To: | "Amy Xu" <AXu@rbgg.com>, "Weber, Nicholas@CDCR" <Nicholas.Weber@cdcr.ca.gov>, "Hockerson, Dillon@CDCR" <Dillon.Hockerson@cdcr.ca.gov>, "Thind, Sundeep@CDCR" <Sundeep.Thind@cdcr.ca.gov> |
| Cc: | "Coleman Team - RBG Only" <ColemanTeam-RBGOnly@rbgg.com>, "Steve Fama" <sfama@prisonlaw.com>, "Coleman Special Master" <colemanspecialmaster@pldolaw.com> |

Amy,

CDCR is looking into any potential issues with the Current Inpatient Census report. We have not received any notice of bugs or issues from users until your email. Mental Health will review the Current Inpatient Census report, but it is an older report and not one that has or will be reviewed in data remediation. However, the Census (CQIT) report has been reviewed in BRMR as part of RH22; Number of EOP-CCCMS Patients in ASU. The programming on this report is complete and it is now in verification. We recommend that Plaintiffs' counsel use the Census (CQIT) report if trying to gather census data.

Respectfully,

*Melissa C. Bentz*
Attorney III, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

**From:** Amy Xu <AXu@rbgg.com>
**Sent:** Thursday, June 22, 2023 2:22 PM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>
**Subject:** Coleman: Question regarding San Quentin inpatient census; 489-03 [IMAN-DMS.FID12440]

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear all,

We hope you can help us understand potential discrepancies in the On Demand inpatient census data for the San Quentin PIP. As of today, the "Current Inpatient Census" On Demand report shows that there are only five patients at the Acute and ICF levels of care at San Quentin. This is a significant change from data in the same On Demand report within the last few months which has typically shown the San Quentin PIP census hovering around 30-40 patients.

However, the San Quentin PIP census numbers from the "Current Inpatient Census" On Demand data do not match up with other On Demand reports showing inpatient census numbers, such as those labeled "Census (CQIT)," "Census," and "Current_Census." As an example, the "Census (CQIT)" report shows that there are currently 33 patients at the Acute/ICF level of care at San Quentin.

Please provide us with an accurate current census of the San Quentin PIP and let us know what On Demand report, if any, we should use to obtain this information. We would also appreciate an explanation as to why there are discrepancies between the census numbers generated by these various reports, including how the "Current Inpatient Census" On Demand data is obtained.

Thank you.

Amy Xu
(She/her)


ROSEN BIEN
GALVAN & GRUNFELD LLP

101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
axu@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at axu@rbgg.com.