DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF JENNY S. YELIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S PROPOSED RESOLUTION OF DATA REMEDIATION DISPUTE ON AC7.1 (TIMELY TRANSFER TO EOP) AND AC7.4 (TIMELY TRANSFER TO CCCMS) – SUSPENDING EVENTS**<br><br>Judge: Hon. Kimberly J. Mueller |

[4385746.1]

1  DECLARATION OF JENNY S. YELIN

2  I, Jenny S. Yelin, declare:

3  1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration based in support of Plaintiffs' Response to Defendants' Objections to Special Master's Proposed Resolution of Data.

2. Attached hereto as **Exhibit A** is a true and correct copy of an e-mail exchange I had with Nicholas Weber, an attorney in the CDCR Office of Legal Affairs, on October 31, 2023 through November 2, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 3rd day of November, 2023.

*/s/ Jenny S. Yelin*
Jenny S. Yelin

[4385746.1]

2

DECLARATION OF JENNY S. YELIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S PROPOSED RESOLUTION OF DATA

# Exhibit A

# Jenny Yelin

| | |
|---|---|
| **From:** | Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov> |
| **Sent:** | Thursday, November 2, 2023 4:57 PM |
| **To:** | Jenny Yelin; Michael Ryan; Thind, Sundeep@CDCR; Melissa Bentz; Coleman Team - RBG Only; Elise Thorn; Ginger Jackson-Gleich; Lisa Ells |
| **Cc:** | Matt Lopes; Kerry F. Walsh; Henry D. Dlugacz; Dan Potter; Kirby, Melissa@CDCR; Worrell, Wendy; Steven Cartwright; Lemonds, Christine@CDCR; Nguyen, Tiffany@CDCR; Leung, Pak Yan@CDCR; Sofia Millham; Toche, Diana@CDCR; Mehta, Amar@CDCR |
| **Subject:** | RE: Coleman: Special Master's Proposed Resolution to Pending Data Remediation Dispute: AC7.1 (Timely Transfer to EOP)/AC7.4 (Timely Transfer to CCCMS) - suspending events [IMAN-DMS.FID12440] |

[EXTERNAL MESSAGE NOTICE]

Jenny,

Given your compressed timeframe, it is difficult to make commitments on full the scope of an agreement without seeing the entirety of Plaintiffs' proposal.  If Plaintiffs are willing, please provide us the written proposal so that we can review it in total with your other requests.


Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA  95811-7243


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Jenny Yelin <JYelin@rbgg.com>
**Sent:** Thursday, November 2, 2023 2:47 PM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Michael Ryan <mryan@pldolaw.com>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Lisa Ells <LElls@rbgg.com>
**Cc:** Matt Lopes <mlopes@pldolaw.com>; Walsh Kerry F. <kwalsh@pldolaw.com>; Henry D. Dlugacz <hdlugacz@blhny.com>; Dan Potter <dpotter@alumni.brown.edu>; Kirby, Melissa@CDCR <Melissa.Kirby@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Cartwright, Steven@CDCR <Steven.Cartwright@cdcr.ca.gov>; Lemonds, Christine@CDCR <Christine.Lemonds@cdcr.ca.gov>; Nguyen, Tiffany@CDCR <Tiffany.Nguyen@cdcr.ca.gov>; Leung, Pak Yan@CDCR <PakYan.Leung@cdcr.ca.gov>; Millham, Sofia A. <smillham@pldolaw.com>; Toche, Diana@CDCR <Diana.Toche@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>

**Subject:** RE: Coleman: Special Master's Proposed Resolution to Pending Data Remediation Dispute: AC7.1 (Timely Transfer to EOP)/AC7.4 (Timely Transfer to CCCMS) - suspending events [IMAN-DMS.FID12440]

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Nick,

Please first respond to the threshold question we posed below—are Defendants open to the concept of medical hold exception language that is court-adopted and explicitly incorporated into the Program Guide? I do not see that issue addressed in your email. If you confirm that you accept that condition, we will send you proposed language.

Thanks
Jenny

**From:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>
**Sent:** Thursday, November 2, 2023 2:28 PM
**To:** Jenny Yelin <JYelin@rbgg.com>; Michael Ryan <mryan@pldolaw.com>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Lisa Ells <LElls@rbgg.com>
**Cc:** Matt Lopes <mlopes@pldolaw.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Henry D. Dlugacz <hdlugacz@blhny.com>; Dan Potter <dpotter@alumni.brown.edu>; Kirby, Melissa@CDCR <Melissa.Kirby@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Steven Cartwright <Steven.Cartwright@cdcr.ca.gov>; Lemonds, Christine@CDCR <Christine.Lemonds@cdcr.ca.gov>; Nguyen, Tiffany@CDCR <Tiffany.Nguyen@cdcr.ca.gov>; Leung, Pak Yan@CDCR <PakYan.Leung@cdcr.ca.gov>; Sofia Millham <smillham@pldolaw.com>; Toche, Diana@CDCR <Diana.Toche@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman: Special Master's Proposed Resolution to Pending Data Remediation Dispute: AC7.1 (Timely Transfer to EOP)/AC7.4 (Timely Transfer to CCCMS) - suspending events [IMAN-DMS.FID12440]

> [EXTERNAL MESSAGE NOTICE]

Jenny,

I understand your position, however as Defendants have explained, there are significant differences between the populations covered by the PIP/MHCB exceptions and those in dispute today. The existing exceptions policies are for the most acute patients in CDCR often in need of urgent or emergent crisis care whereas today our dispute centers on the ninety-six percent of the MHSDS population endorsed for transfer to and between outpatient programs.

Defendants will need more detail regarding what policy modifications Plaintiffs are proposing. Please provide your written proposal so that we can meet and confer.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA  95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Jenny Yelin <JYelin@rbgg.com>
**Sent:** Thursday, November 2, 2023 8:22 AM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Michael Ryan <mryan@pldolaw.com>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Lisa Ells <LElls@rbgg.com>
**Cc:** Matt Lopes <mlopes@pldolaw.com>; Walsh Kerry F. <kwalsh@pldolaw.com>; Henry D. Dlugacz <hdlugacz@blhny.com>; Dan Potter <dpotter@alumni.brown.edu>; Kirby, Melissa@CDCR <Melissa.Kirby@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Cartwright, Steven@CDCR <Steven.Cartwright@cdcr.ca.gov>; Lemonds, Christine@CDCR <Christine.Lemonds@cdcr.ca.gov>; Nguyen, Tiffany@CDCR <Tiffany.Nguyen@cdcr.ca.gov>; Leung, Pak Yan@CDCR <PakYan.Leung@cdcr.ca.gov>; Millham, Sofia A. <smillham@pldolaw.com>; Toche, Diana@CDCR <Diana.Toche@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman: Special Master's Proposed Resolution to Pending Data Remediation Dispute: AC7.1 (Timely Transfer to EOP)/AC7.4 (Timely Transfer to CCCMS) - suspending events [IMAN-DMS.FID12440]

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Nick.

Our proposal, as we have explained previously, including at the April 27, 2023 dispute resolution meeting, would be a medical hold exception modeled very closely on the court-adopted exceptions used in the MHCB and PIP transfer contexts (with appropriate edits to the language to make it applicable to this context). The exception would need to be submitted to the Court for adoption, and would modify the existing PG provisions regarding transfers to CCCMS and EOP programs. As we have stated previously, we are not open to Defendants' proposal to have a policy memo issued that is not part of the Program Guide.

If you are interested in discussing this proposal, we will send you draft language for the exception.

Jenny

**From:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>
**Sent:** Wednesday, November 1, 2023 1:08 PM
**To:** Jenny Yelin <JYelin@rbgg.com>; Michael Ryan <mryan@pldolaw.com>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Lisa Ells <LElls@rbgg.com>
**Cc:** Matt Lopes <mlopes@pldolaw.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Henry D. Dlugacz <hdlugacz@blhny.com>; Dan Potter <dpotter@alumni.brown.edu>; Kirby, Melissa@CDCR <Melissa.Kirby@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Steven Cartwright <Steven.Cartwright@cdcr.ca.gov>; Lemonds, Christine@CDCR <Christine.Lemonds@cdcr.ca.gov>; Nguyen, Tiffany@CDCR <Tiffany.Nguyen@cdcr.ca.gov>; Leung, Pak Yan@CDCR <PakYan.Leung@cdcr.ca.gov>; Sofia Millham <smillham@pldolaw.com>; Toche, Diana@CDCR

<Diana.Toche@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman: Special Master's Proposed Resolution to Pending Data Remediation Dispute: AC7.1 (Timely Transfer to EOP)/AC7.4 (Timely Transfer to CCCMS) - suspending events [IMAN-DMS.FID12440]

[EXTERNAL MESSAGE NOTICE]

Jenny,

Thank you for your email. As you are aware, the parties have met several times over the past year in attempts to resolve the medical hold suspending event dispute. On December 6, 2022, Defendants circulated a written proposal to resolve a similar dispute for the CCCMS RHU transfer process in which they offered to issue a policy memorandum to RHU clinicians memorializing the expectation that they work collaboratively with local medical staff when medical holds prevent transfers. During the December 8, 2022 dispute resolution meeting, Plaintiffs did not accept Defendants' offer. To date, Defendants have not received any reasonable counteroffer from Plaintiffs.

In order to participate in a meaningful meet and confer, Plaintiffs must provide Defendants a written proposal to resolve the medical hold dispute. Defendants will make themselves available to meet if Plaintiffs can provide them with such a proposal.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA  95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Jenny Yelin <JYelin@rbgg.com>
**Sent:** Tuesday, October 31, 2023 4:09 PM
**To:** Michael Ryan <mryan@pldolaw.com>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Elise Thorn <elise.thorn@doj.ca.gov>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Lisa Ells <LElls@rbgg.com>
**Cc:** Matt Lopes <mlopes@pldolaw.com>; Walsh Kerry F. <kwalsh@pldolaw.com>; Henry D. Dlugacz <hdlugacz@blhny.com>; Dan Potter <dpotter@alumni.brown.edu>; Kirby, Melissa@CDCR <Melissa.Kirby@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Cartwright, Steven@CDCR <Steven.Cartwright@cdcr.ca.gov>; Lemonds, Christine@CDCR <Christine.Lemonds@cdcr.ca.gov>; Nguyen, Tiffany@CDCR <Tiffany.Nguyen@cdcr.ca.gov>; Leung, Pak Yan@CDCR <PakYan.Leung@cdcr.ca.gov>; Millham, Sofia A. <smillham@pldolaw.com>
**Subject:** RE: Coleman: Special Master's Proposed Resolution to Pending Data Remediation Dispute: AC7.1 (Timely Transfer to EOP)/AC7.4 (Timely Transfer to CCCMS) - suspending events [IMAN-DMS.FID12440]

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear All,

We notice in Defendants' Objections to the Special Master's Proposed Resolution of Data Remediation Dispute on AC7.1 and AC7.4 – Suspending Events, Defendants state, "the Special Master's suggested resolution creates a direct conflict between the HCDOM and the Program Guide and presents Defendants with an unnecessary Catch-22." ECF No. 8040 at 5. As we have offered for other transfer timeline indicators, Plaintiffs are willing to meet and confer with Defendants to develop a mutually-agreeable medical hold exception to the EOP and CCCMS transfer timelines. This would obviate the need for the Court to resolve this dispute, and would remove any purported conflict between the HCDOM and the Program Guide. Please let us know no later than 5 pm Thursday, November 2, whether you would like to discuss this resolution with us, so we can make a determination about whether and how to respond to Defendants' objections on Friday.

Best,

Jenny

---

**From:** Ryan, Jr., Michael F. <mryan@pldolaw.com>
**Sent:** Wednesday, October 18, 2023 4:03 PM
**To:** Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Jenny Yelin <JYelin@rbgg.com>
**Cc:** Matt Lopes <mlopes@pldolaw.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Henry D. Dlugacz <hdlugacz@blhny.com>; Dan Potter <dpotter@alumni.brown.edu>; Kirby, Melissa@CDCR <Melissa.Kirby@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Steven Cartwright <Steven.Cartwright@cdcr.ca.gov>; Lemonds, Christine@CDCR <Christine.Lemonds@cdcr.ca.gov>; Nguyen, Tiffany@CDCR <Tiffany.Nguyen@cdcr.ca.gov>; Leung, Pak Yan@CDCR <PakYan.Leung@cdcr.ca.gov>; Sofia Millham <smillham@pldolaw.com>
**Subject:** Coleman: Special Master's Proposed Resolution to Pending Data Remediation Dispute: AC7.1 (Timely Transfer to EOP)/AC7.4 (Timely Transfer to CCCMS) - suspending events

[EXTERNAL MESSAGE NOTICE]

Colleagues:

As required by the Court's October 11, 2023 Order (ECF No. 8008), attached is the Special Master's proposed resolution to the pending data remediation dispute regarding AC7.1 – Timely Transfers to EOP and AC7.4 – Timely Transfers to CCCMS (suspending events).

Thank you.


**Michael F. Ryan, Jr., Senior Counsel**
mryan@pldolaw.com
P 401.824-5100 • F 401.824.5123

---

**Pannone Lopes Devereaux & O'Gara LLC**
Northwoods Office Park Suite 215 N
1301 Atwood Avenue, Johnston, RI 02919
www.pldolaw.com • Legal Disclaimer