1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 210-7318
     Fax: (916) 324-5205
8    E-mail: Elise.Thorn@doj.ca.gov
   Attorneys for Defendants

   HANSON BRIDGETT LLP
   LAWRENCE M. CIRELLI, SBN 114710
   PAUL B. MELLO, SBN 179755
   SAMANTHA D. WOLFF, SBN 240280
   KAYLEN KADOTANI, SBN 294114
   LAUREL O'CONNOR, SBN 305478
   DAVID C. CASARRUBIAS, SBN 321994
   CARSON R. NIELLO, SBN 329970
   1676 N. CALIFORNIA BLVD., SUITE 620
   WALNUT CREEK, CALIFORNIA 94596
   TELEPHONE:   925-746-8460
   FACSIMILE:   925-746-8490
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520- KJM-DB |
| Plaintiffs, | **RESPONSE RE ORDER TO FILE UPDATED SALARY SCHEDULE** |
| v. | |
| GAVIN NEWSOM, et al. | Judge: Hon. Kimberly J. Mueller |
| Defendants. | |

On November 2, 2023, this Court ordered Defendants to submit an updated salary schedule within one week. (ECF No. 8050.) As defense counsel indicated during a hearing held before this Court on November 7, 2023, the State Controller's Office has not yet updated the salary schedule to reflect salary increases that will come into effect as a result of the recently-negotiated collective bargaining agreements affecting mental health providers.[1] Defendants currently estimate that the salary schedule will be finalized by the end of December 2023. Defendants will file the updated

---

[1] Defendants note that regardless of when the salary schedule is updated, all pay increases will be retroactive to July 2023.

1  salary schedule with this Court within three business days of it becoming finalized.  In the
2  meantime, Defendants prepared an estimated salary schedule reflecting their best projections of
3  the anticipated salary increases.  Defendants note that this estimated salary schedule is subject to
4  change based on the official calculations.  A true and correct copy of Defendants' estimated salary
5  schedule is attached as **Exhibit A.**

DATED: November 9, 2023

ROB BONTA
Attorney General of California

By: _____/s/ Elise Owens Thorn_____
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: November 9, 2023

HANSON BRIDGETT LLP

By: _____/s/ Samantha Wolff_____
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*