# Exhibit A



## Estimated Psychiatrist, Psychologist, Social Worker, Recreation Therapist, & Medical Assistant Salary Ranges
As of: 11/7/2023

| Class Codes | Ranges | Class Title | Minimum Salary | Maximum Salary | Alternate Range Criteria | | | CBID |
|---|---|---|---|---|---|---|---|---|
| 9758 | | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | | | | | | R16 |
| | A | | $ 13,209.75 | $ 18,124.91 | 444 | 448 | | |
| | B | | $ 13,592.91 | $ 18,650.21 | 444 | 448 | | |
| | P | | $ 23,914.54 | $ 28,660.78 | 444 | 448 | | |
| | Q | | $ 24,543.87 | $ 29,491.99 | 444 | 448 | | |
| 9759 | | Senior Psychiatrist (Specialist), Correctional and Rehabilitative Services (Safety) | | | | | | R16 |
| | A | | $ 13,592.91 | $ 18,650.21 | 444 | 448 | | |
| | B | | $ 13,918.39 | $ 19,093.11 | 444 | 448 | | |
| | P | | $ 24,151.44 | $ 30,095.57 | 444 | 448 | | |
| | Q | | $ 24,762.23 | $ 30,964.89 | 444 | 448 | | |
| 9761 | | Senior Psychiatrist (Supervisor), Correctional and Rehabilitative Services (Safety) | | | | | | S16 |
| | A | | $ 13,021.26 | $ 18,386.53 | 448 | 444 | | |
| | B | | $ 13,988.43 | $ 18,822.22 | 448 | 444 | | |
| | P | | $ 25,710.86 | $ 30,555.98 | 448 | 444 | | |
| | Q | | $ 26,263.97 | $ 31,288.31 | 448 | 444 | | |
| 9774 | | Chief Psychiatrist, Correctional and Rehabilitative Services (Safety) | | | | | | M16 |
| | A | | $ 15,147.18 | $ 18,958.18 | 444 | 448 | | |
| | B | | $ 15,883.63 | $ 19,223.92 | 444 | 448 | | |
| | P | | $ 26,961.28 | $ 32,601.56 | 444 | 448 | | |
| | Q | | $ 27,478.34 | $ 33,417.32 | 444 | 448 | | |
| | S | | $ 23,763.13 | $ 31,047.29 | 444 | 448 | | |
| | T | | $ 24,214.27 | $ 31,822.88 | 444 | 448 | | |
| | U | | $ 25,675.84 | $ 31,047.29 | 444 | 448 | | |
| | V | | $ 26,170.24 | $ 31,822.88 | 444 | 448 | | |
| 9283 | | Psychologist-Clinical, Correctional Facility | | | | | | R19 |
| | A | | $ 6,776.47 | $ 9,808.38 | 448 | 449 | | |
| | P | | $ 10,017.99 | $ 10,889.26 | 448 | 449 | | |
| | Q | | $ 11,825.12 | $ 13,200.58 | 448 | 449 | | |
| 9287 | | Senior Psychologist, Correctional Facility (Specialist) | | | | | | R19 |
| | A | | $ 7,440.41 | $ 10,769.17 | 448 | | | |
| | P | | $ 11,845.52 | $ 13,859.99 | 448 | | | |
| 9288 | | Senior Psychologist, Correctional Facility (Supervisor) | | | | | | S19 |
| | A | | $ 7,423.21 | $ 10,232.02 | 448 | | | |
| | P | | $ 12,015.98 | $ 12,863.67 | 448 | | | |
| 9859 | | Chief Psychologist, Correctional Facility | | | | | | S19 |
| | A | | $ 8,179.23 | $ 11,287.77 | 448 | 471 | 40 | |
| | P | | $ 14,793.89 | $ 15,781.66 | 448 | 471 | 40 | |
| | S | | $ 11,840.88 | $ 15,029.76 | 448 | 471 | 40 | |
| | U | | $ 14,089.37 | $ 15,029.76 | 448 | 471 | 40 | |
| 7374 | | Medical Assistant | | | | | | R20 |
| | | | $ 3,708.49 | $ 4,877.17 | | | | |
| 9872 | | Clinical Social Worker (Health/Correctional Facility)-Safety | | | | | | R19 |
| | A | | $ 4,914.13 | $ 6,436.47 | 471 | 450 | 448 | |
| | P | | $ 7,292.16 | $ 9,305.25 | 471 | 450 | 448 | |
| | Q | | $ 7,871.11 | $ 10,010.74 | 471 | 450 | 448 | |
| | S | | $ 5,669.12 | $ 8,633.46 | 471 | 450 | 448 | |
| | T | | $ 6,103.78 | $ 9,256.61 | 471 | 450 | 448 | |
| | U | | $ 6,765.04 | $ 8,633.46 | 471 | 450 | 448 | |
| | V | | $ 7,496.32 | $ 9,534.31 | 471 | 450 | 448 | |
| 9291 | | Supervising Psychiatric Social Worker I, Correctional Facility | | | | | | S19 |
| | A | | $ 5,210.77 | $ 6,525.05 | 448 | | | |
| | P | | $ 8,831.22 | $ 10,350.47 | 448 | | | |
| 9292 | | Supervising Psychiatric Social Worker II, Correctional Facility | | | | | | S19 |
| | A | | $ 5,716.50 | $ 7,158.50 | 448 | | | |
| | P | | $ 9,425.53 | $ 10,942.72 | 448 | | | |
| 9286 | | Recreation Therapist, Correctional Facility | | | | | | R19 |
| | A | | $ 3,959.32 | $ 5,178.84 | 047 | 448 | | |
| | F | | $ 3,299.43 | $ 4,315.70 | 047 | 448 | | |
| | P | | $ 7,969.74 | $ 9,380.48 | 047 | 448 | | |

Note: These are estimates and subject to change based on CalHR's official calculations.