Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
LAUREL O'CONNOR, SBN 305478
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF WENDY WORRELL, Psy.D. IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S OCTOBER 13, 2023 DATA REMEDIATION STATUS REPORT (ECF NO. 8011)** |

1
Decl. Worrell, Psy.D. ISO Defs.' Obj. to 10/13/23 Status Report on Data Remediation (2:90-cv-00520 KJM-DB (PC))

19376383.4

**DECLARATION OF WENDY WORRELL, Psy.D.**

I, Wendy Worrell, Psy.D., declare as follows:

1. I am currently employed as the Mental Health Administrator for Quality Management and Informatics for the California Department of Corrections and Rehabilitation's (CDCR) Statewide Mental Health Program. I have held this position since July 1, 2022. Since first joining CDCR in August of 2000, I have also held the positions of Staff Psychologist, Senior Psychologist Supervisor, and Chief of Mental Health. I make this declaration in support of Defendants' Objections to the Special Master's October 13, 2023 Data Remediation Status Report (Report). (ECF No. 8011.) I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. In my capacity as Mental Health Administrator, I assist Dr. Steven Cartwright with oversight of Defendants' data remediation efforts. I participate in all stages of validation and verification, including data analysis, planning, change management, reporting, and monitoring. I attend meetings related to data remediation to ensure that CDCR's efforts align with the requirements of Court orders on data remediation and the objectives of the data remediation project—documentation, validation, and verification of the mental health reporting system. I work with the team to develop a comprehensive plan that outlines the scope, timelines, and resources required for data remediation. Through ongoing reporting and monitoring, I track the progress of data remediation efforts and identify areas for further improvement.

3. I am very familiar with the status of data remediation, including the chronology of data remediation and the status of the topics identified in the October 13 Report.

4. In their September 2021 and April 2022 data remediation activation schedules, Defendants identified contingencies that could delay the data remediation process. (ECF Nos. 7334 at 8 and 7523-1 at 3-4.) Nearly every contingency listed in CDCR's September 2021 and April 2022 activation schedules has occurred. These include updates resulting from data remediation to the CQI Guidebook and other audits, receiving an ill-defined list of initial indicators, major disagreements—some of which involve dispute resolution, the need for policy creation or revision, a then-untested verification process that eventually required revision,

1

Decl. Worrell, Psy.D. ISO Defs.' Obj. to 10/13/23 Status Report on Data Remediation (2:90-cv-00520 KJM-DB (PC))

19376383.4

revisions to the indicator documentation components, the onboarding of new staff, sporadic delays in meetings, disruptions to continuous flow, never continually reaching the full speed envisioned by the data activation schedule, gaps or delays in stakeholder feedback, extensive exploratory data analysis requests, internal disagreements, minor disagreements between stakeholders, and unusual or unexpected issues discovered during programming of indicators.

5.   In September 2022, CDCR estimated that those original 148 indicators listed in the Special Master's 2021 Report included a total of 497 components (KPI pages, data elements, business rules, glossary terms, and associated reports) that required completion and sign off to ensure remediation.  During the data remediation process, some indicators were decommissioned and removed from the list, while other indicators were split into multiple indicators to audit all of the requirements or capture all of the data recommended by the stakeholders.  The stakeholders also agreed to add several new indicators.  With the various revisions agreed to by all stakeholders, the number of indicators, based on the provisionally approved key indicators and excluding placeholder indicators, is currently 178.

6.   The Special Master has recommended the creation of eighty-six additional indicators, including new indicators and the extended indicators referenced in the Special Master's June 14, 2023 letter, bringing the total indicators to 264 as of November 9, 2023.  It is expected that these figures will increase even more as CDCR works through the complexities of the new and extended indicators.

7.   The table below presents the impact the various contingencies discussed above have had on estimated timelines.

| Data Remediation Step | April 2022 Plan | Actual Time |
|---|---|---|
| Documentation Prep | 4 Weeks | 4 Weeks |
| Pre-Stakeholder Review | 1 Week | 1.28 Weeks |
| Stakeholder Feedback | 1 Week | 1.14 Weeks |
| Pre-BRMR Meeting | 1 Week | 3 Weeks |

| | | |
|---|---|---|
| BRMR Meeting | 2 Weeks | 8 Weeks |
| Change Advisory and Prioritization Committee | 1 Week | 1.14 Weeks |
| Programming | 2 Weeks | 3.57 Weeks |
| Verification | 6 Weeks | 7.7 Weeks |
| Remediation | 1 Week | 7 Weeks |
| TOTAL | 19 Weeks | 36.83 Weeks |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of November, 2023, at El Dorado Hills, California.

/s/ *Wendy Worrell*
Wendy Worrell, Psy.D.

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Newsom, et al.,**          No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on November 13, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S OCTOBER 13, 2023 DATA REMEDIATION STATUS REPORT (ECF NO. 8011)

DECLARATION OF WENDY WORRELL, Psy.D. IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S OCTOBER 13, 2023 DATA REMEDIATION STATUS REPORT (ECF NO. 8011)

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 13, 2023, at Los Angeles, California.

| Lois E. Smith | /s/Lois E. Smith |
|---|---|
| Declarant | Signature |

CF1997CS0003
66376489.docx