1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 510-4431
7   Fax:  (415) 703-5843
    E-mail:  Namrata.Kotwani@doj.ca.gov
8  Attorneys for Defendants

   PAUL B. MELLO, State Bar No. 179755
   SAMANTHA D. WOLFF, State Bar No. 240280
   DAVID C. CASARRUBIAS, State Bar No. 321994
   HANSON BRIDGETT LLP
    1676 N. California Boulevard, Suite 620
    Walnut Creek, CA 94596
    Telephone:  (925) 746-8460
    Fax:  (925) 746-8490
    E-mail:  PMello@hansonbridgett.com
   Attorneys for Defendants

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

SACRAMENTO DIVISION

12

13

| | |
|---|---|
| 14  **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| 15  Plaintiffs, | **DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES** |
| 16  v. | **COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| 17  **GAVIN NEWSOM, et al.,** | |
| 18  Defendants. | |
| 19 | |

20

21      Defendants California Department of Corrections and Rehabilitation (CDCR) and

22  Department of State Hospitals (DSH) file the attached reports capturing data concerning patient

23  census, waitlists, and compliance with transfer timelines for inpatient mental health care in

24  compliance with the Court's October 13, 2015 order.  (ECF No. 5367.)  Attached are letters from

25  CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's

26  May 19, 2017 order (ECF No. 5610):  (1) DSH CDCR Patient Census and Waitlist Report

27  (Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted

28  October 1 Through October 31, 2023 Who Waited Beyond Program Guide Timelines (Exhibit B);

1

(3); CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of October 30, 2023 (Exhibit C); (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of October 30, 2023 (Exhibit D); (5) Psychiatric Inpatient Programs Census Report as of 10/30/23 (Exhibit E); (6) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in October 2023 (Exhibit F); and (7) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Rescinded, Rejected or Paroled/Discharged in October 2023 (Exhibit G).

The current compliance report at Exhibit F shows that of the 199 patients admitted to inpatient programs in October 2023, one patient transferred beyond the Program Guide timeline by 3 days due to a medical hold. As reflected in the attached letter from CDCR, CDCR continues to monitor the inpatient transfer timelines and exceptions, and will continue to review this information with the Special Master and with other stakeholders in various settings.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 5367 and ECF No. 5610.

Dated: November 15, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Namrata Kotwani*
Namrata Kotwani
Deputy Attorney General
*Attorneys for Defendants*

2

State of California – Department of State Hospitals                         Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



November 15, 2023

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

The California Department of State Hospitals (DSH) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

The DSH CDCR Patient Census and Waitlist Report—as of October 30, 2023—is attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted October 1, 2023 through October 31, 2023 Who Waited Beyond Program Guide Timelines, is attached as Exhibit B.  These reports are based on data from the DSH Bed Utilization Management Report.

The report attached as Exhibit A reflects data collected at a single point in time and, as a result, should not be used for purposes outside of that report.  The report attached as Exhibit B is the compliance report from DSH, which includes requested compliance data for all DSH level-of-care referrals admitted to inpatient care in October 2023, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

19362599.2

November 15, 2023
Page Two

DSH records show that, as of October 30, 2023, there were no patients waiting beyond Program Guide transfer timelines.  Exhibit B shows that no patients were admitted to DSH Intermediate Care in October 2023 beyond Program Guide transfer timelines.  The supplemental report on DSH's pending waitlist, which was provided to the Special Master and Plaintiffs via e-mail, also shows that no patients were admitted to DSH in October 2023 beyond Program Guide transfer timelines.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

19362599.2

# EXHIBIT A

State of California

GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION** Case 2:90-cv-00520-KJM-DB   Document 8067   Filed 11/15/23   Page 6 of 27

Research Evaluation and Data Insights

1215 O Street

Sacramento, CA 95814



### DSH CDCR Patient Census and Waitlist Report

Data as of: 10/30/2023

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Total** | **-** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 59 | 0 | 0 | 0 | 197 | | | | |
| Coalinga | 50 | 42 | 0 | 0 | 0 | 8 | | | | **13** |
| **Total** | **306** | **101** | **0** | **0** | **0** | **205** | **7** | **3** | **3** | **(Includes 0 Waiting >30 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 8 | 0 | 0 | 0 | 22 | | | | **0** |
| **Total** | **30** | **8** | **0** | **0** | **0** | **22** | **0** | **0** | **0** | **(Includes 0 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH.  When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization.  This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

# EXHIBIT B

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION** Case 2:20-cv-01970-JM-DB  Document 8067  Filed 11/15/23  Page 8 of 27

Research Evaluation and Data Insights

1215 O Street

Sacramento, CA 95814



## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted October 1 through October 31, 2023 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[3]Including patients admitted who waited greater than 30 days from the referral received date to DSH for a change in level of care.

[4]Includes the total number of days admitted patients waited beyond 30 days from the referral received date to DSH for a change in level of care.

Research Evaluation and Data Insights

1215 O Street

Sacramento, CA 95814



**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted October 1 through October 31, 2023 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| No patients admitted with wait times exceeding 30 days | | | | | | | | |
| Total Number of Patients Waiting Over 30 Days | 0 | Total Number of Days All Patients | 0 | 0 | 0 | 0 | 0 | - |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



November 15, 2023

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Kotwani:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report, as of October 30, 2023, is attached as Exhibit C, the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report, as of October 30, 2023, is attached as Exhibit D, the Psychiatric Inpatient Programs Census Report, as of October 30, 2023, is attached as Exhibit E, the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in October 2023 is attached as Exhibit F, the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Rescinded, Rejected or Paroled/Discharged in October 2023 is attached as Exhibit G. These reports are generated using data from CDCR's tracking software and the Referrals to Inpatient Programs Application.

The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.

The reports attached as Exhibit F are compliance reports from CDCR, which include requested compliance data for all referrals admitted to inpatient care in October 2023, and the identification of inmate-patients who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16. Exhibit F identifies those patients who transferred to an inpatient program beyond Program Guide timelines.

Since January 27, 2022, CDCR has been safely reopening the units in the California Health Care Facility's (CHCF) PIP. CHCF PIP is currently operating at 81% capacity, with 415 of 514 beds available for use. Also, as I have indicated in my regular reports to the Court, the California Medical Facility's (CMF) PIP is operating with beds offline. As of October 31, 2023, the CMF PIP was operating at 88% capacity with 347 of 396 beds available (eight beds were previously offline in the locked dorms for social distancing and remain offline due to staffing; on October 27, 2022, 16 beds in the ICF standalone unit, previously offline for a retrofit project, were designated as COVID-19 isolation cells due to additional COVID-19 cases in the PIP; 16

November 15, 2023
Page 2

additional cells are offline for COVID-19 quarantine; and nine APP beds are offline due to staffing). Finally, the SVPP PIP is operating at 99% capacity with two beds offline at a time for the suicide-resistant retrofit project leaving 244 of 246 beds available for use. CMC's 10 APP beds continue to flex at this time for MHCB use and the 10 APP beds at SQ for non-condemned patients have also been flexed for use for the condemned population due to anticipated need.

While CDCR continues to improve its bed capacity in the PIPs, it will continue to closely monitor inpatient referrals and admissions, and track all exceptions in detail and review this information with the Special Master in workgroups and with other stakeholders in various settings.

Sincerely,

/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

# EXHIBIT C

**CDCR Psychiatric Inpatient Programs (PIP)**
Case 2:90-cv-00520-KJM-DB   Document 806   Filed 11/15/23   Page 13 of 27
**Coleman Patient Census and Waitlist Report as of**
**October 30, 2023**

| MALE INTERMEDIATE LOCKED DORM | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Medical Facility (CMF) | 64 | 31 | 3 | 0 | 0 | 30 | 3 | 0 | 3 | | 0 |
| **Total** | **64** | **31** | **3** | **0** | **0** | **30** | **3** | **0** | **3** | | **0** |

| MALE INTERMEDIATE HIGH CUSTODY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) Single Cell | 330 | 250 | 8 | 2 | 11 | 59 | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
| CMF Multi Cell | 20 | 19 | 1 | 0 | 0 | 0 | | | | |
| CMF Single Cell | 62 | 23 | 1 | 0 | 0 | 38 | | | | |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 32 | 5 | 0 | 0 | 7 | | | | |
| SVSP Single Cell | 202 | 179 | 2 | 5 | 0 | 16 | | | | |
| **Total** | **658** | **503** | **17** | **7** | **11** | **120** | **21** | **4** | **25** | **0** |

| MALE FLEX ACUTE PSYCHIATRIC PROGRAM & INTERMEDIATE CARE FACILITY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF | 202 | 105 | 2 | 1 | 7 | 87 | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
| CMF | 250 | 172 | 15 | 0 | 0 | 63 | | | | | |
| San Quentin (SQ) Condemned | 40 | 24 | 0 | 0 | 0 | 16 | | | | | |
| SQ Non-Condemned | 0 | 2 | 0 | 0 | 0 | -2 | | | | | |
| California Men's Colony | 1 | 0 | 0 | 0 | 0 | 1 | | | | | |
| **Total** | **493** | **303** | **17** | **1** | **7** | **165** | **13** | **5** | **18** | **0** | **0** |

| FEMALE HIGH CUSTODY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 32 | 2 | 0 | 0 | 11 | 2 | 0 | 2 | 0 | 0 |
| **Total** | **45** | **32** | **2** | **0** | **0** | **11** | **2** | **0** | **2** | **0** | **0** |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTALS - ALL PIPs** | **1260** | **869** | **39** | **8** | **18** | **326** | **39** | **9** | **48** | **0** | **0** |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient requiring APP or ICF level of care.  The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (i.e a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

# EXHIBIT D

**CDCR Mental Health Crisis Bed**
*Coleman* **Patient Census and Waitlist Report as of**
**October 30, 2023**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 388 | 299 | 27 | 62 | 21 | 8 | 1 |
| Female Programs | 41 | 13 | 1 | 27 | 2 | 2 | 0 |
| **Totals** | **429** | **312** | **28** | **89** | **23** | **10** | **1** |

# EXHIBIT E

Monday, 10/30/2023
Time: 04:30 PM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 10/30/2023**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| | | **Male Flex Programs** | |
| PIP - California Medical Facility | 250 | No Score: | 0 |
| | | Level I: | 6 |
| | | Level II: | 40 |
| | | Level III: | 22 |
| | | Level IV: | 80 |
| | | **Total APP Census:** | **148** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 4 |
| | | Level III: | 1 |
| | | Level IV: | 19 |
| | | **Total ICF Census:** | **24** |
| | | *Total ICF out of LRH:* | *9* |
| | | **Total APP/ICF Census:** | **172** |
| PIP - California Health Care Facility | 202 | No Score: | 11 |
| | | Level I: | 2 |
| | | Level II: | 25 |
| | | Level III: | 15 |
| | | Level IV: | 52 |
| | | **Total APP Census:** | **105** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **105** |
| PIP-San Quentin Condemned | 40 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 2 |
| | | **Total APP Census:** | **2** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 22 |
| | | **Total ICF Census:** | **22** |
| | | **Total APP/ICF Census:** | **24** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| PIP-San Quentin | N/A | No Score: | 0 |
| Non-Condemned | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 2 |
| | | **Total APP Census:** | **2** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **2** |
| PIP-California Men's Colony | 1 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **0** |
| **Totals for Male Acute/Intermediate** | **493** | | **303** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| California Health Care Facility | 330 | No Score: | 8 |
| Single Cell | | Level I: | 5 |
| | | Level II: | 41 |
| | | Level III: | 26 |
| | | Level IV: | 170 |
| | | **Total Census:** | **250** |
| | | *Total out of LRH:* | *90* |
| California Medical Facility | 62 | No Score: | 0 |
| Single Cell | | Level I: | 1 |
| | | Level II: | 4 |
| | | Level III: | 5 |
| | | Level IV: | 13 |
| | | **Total Census:** | **23** |
| | | *Total out of LRH:* | *7* |

CCHCS, Corrections Services, Compliance & Reporting Unit
Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| California Medical Facility<br>Multi Person Cells | 20 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 7 |
| | | Level III: | 1 |
| | | Level IV: | 11 |
| | | **Total Census:** | **19** |
| | | *Total out of LRH:* | *10* |
| Salinas Valley<br>Single Cell | 202 | No Score: | 3 |
| | | Level I: | 7 |
| | | Level II: | 31 |
| | | Level III: | 17 |
| | | Level IV: | 121 |
| | | **Total Census:** | **179** |
| | | PC 1370: | 6 |
| | | WIC 7301: | 1 |
| | | *Total out of LRH:* | *71* |
| Salinas Valley<br>Multi-person Cells | 44 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 4 |
| | | Level III: | 3 |
| | | Level IV: | 23 |
| | | **Total Census:** | **32** |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *20* |
| **Totals for Male ICF High Custody** | **658** | | **503** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| California Medical Facility<br>Dorms | 64 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 14 |
| | | Level III: | 6 |
| | | Level IV: | 10 |
| | | **Total Census:** | **31** |
| | | *Total out of LRH:* | *13* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 4 |
| | | Level II: | 32 |
| | | Level III: | 8 |
| | | Level IV: | 15 |
| | | **Total Census:** | **59** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 26 |
| | | Level III: | 7 |
| | | Level IV: | 8 |
| | | **Total Census:** | **42** |
| **Totals for Male ICF Low Custody** | **370** | | **132** |

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 4 |
| | | Level III: | 1 |
| | | Level IV: | 1 |
| | | **Total ICF Census:** | **8** |
| | | **Total APP/ICF Census:** | **8** |
| PIP-California Institution for Women | 45 | No Score: | 3 |
| | | Level I: | 1 |
| | | Level II: | 2 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **6** |
| | | No Score: | 2 |
| | | Level I: | 7 |
| | | Level II: | 6 |
| | | Level III: | 3 |
| | | Level IV: | 8 |
| | | **Total ICF Census:** | **26** |
| | | *Total ICF out of LRH:* | *4* |
| | | **Total APP/ICF Census:** | **32** |
| **Totals for Female Acute/Intermediate** | **75** | | **40** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1596** | | **978** |

♦ **Beds Occupied:** For each program, identify the total number of patients in the program and the total each custody level, i.e., Level I-IV.  Level 1 has placement score of 0-18; Level II 19 through 35; Level III 36-59; and Level IV 60 and above.  Patients with "no score" have not completed Reception Center Processing.  PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral.  WIC 7301 also do not have concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

♦ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity.  The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute Care.

♦ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR.  The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# EXHIBIT F

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN OCTOBER 2023 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 120 | 107 | 0 | 13 | 0 | 0 | 0 |
| Acute (APP) | 98 | 91 | 1 | 6 | 1 | 0 | 0 |
| TOTALS | 218 | 198 | 1 | 19 | 1 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP.  Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).
[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, on medical or Vitek holds and/or operational approved circumstances.

| Referral Type | Referring Institution | CDCR Number | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CIW | ███ | ███ | MHCB | 10/4/2023 | 10/12/2023 | 10/12/2023 | Acute / preliminary Single Cell | 10/12/2023 | PIP Female APP: CIW | 10/12/2023 15:40:00 |

| HCPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| PIP Female APP: CIW | 10/12/2023 15:40:00 | PIP Female APP: CIW | 10/16/2023 | PIP Female APP: CIW | 10/25/2023 11 09 00 | **EXCEPTION:** Medical Hold; 3 days excepted | Admitted | 13 | N | 3 |

| TOTAL DAYS OUT OF COMPLIANCE | 0 |
|---|---|

# EXHIBIT G

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS RESCINDED, REJECTED, OR PAROLED/DISCHARGED IN OCTOBER 2023 | | | | | | |
|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Rescinded, Rejected, or Paroled/Discharged Referrals | Patients Rescinded, Rejected, or Paroled/Discharged Within Program Guide Timeframes[1] | Patients Rescinded, Rejected, or Paroled/Discharged Outside Program Guide Timeframes | Exceptions to Program Guide Timeframes[2] | Referrals Past Timeframes w/o Exceptions | Total Days Out of Compliance |
| Intermediate (ICF) | 13 | 13 | 0 | 0 | 0 | 0 |
| Acute (APP) | 6 | 5 | 1 | 1 | 0 | 0 |
| TOTALS | 19 | 18 | 1 | 1 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP.  Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, on medical or Vitek holds and/or operational approved circumstances.

PROGRAM GUIDE COMPLIANCE TIMEFRAMES

Case 2:90-cv-00520-KJM-DB ROUND OF OBSERVE EXAMINED DIS-CHARGED DEPERRANTS 13067 AND INTERMEDIATE CARE FACILITY Page 27 of 27

OCTOBER 2023

| Report Month | Referral Type | CDCR Number | Last Name | Referring LOC | IDTT Referral Date | Date Referral Sent to MH IRU (Program Guide Timeframes Start) | Referral Status | Referral Status Date | Conference Outcome | Days from Referral to MH IRU and Referral Status | Within Program Guide Timeframes | Days over Program Guide Timeframes | Exception Applied? | Exception Reason (if applicable) | Exception Notes | Exception Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023-10 | APP | ▓▓▓ | ▓▓▓ | MHCB | 9/21/2023 | 9/22/2023 | Rescinded | 10/11/2023 | | 19 | N | 9 | Y | **EXCEPTION:** Medical Hold; 9 days excepted | | 9 |

| | |
|---|---|
| **TOTAL DAYS OUT OF COMPLIANCE** | **0** |