Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-4431
  Fax: (415) 703-5843
  E-mail: Namrata.Kotwani@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Laurel E. O'Connor, State Bar No. 305478
David C. Casarrubias, State Bar No. 321994
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF ERRATA** |

　　　The California Department of Corrections and Rehabilitation (CDCR) files each month its monthly information on patient census and waitlists for inpatient mental health care ("Inpatient Census and Waitlist Report"). In October 2023, while validating data, CDCR discovered four instances where applicable exceptions were not properly applied to certain transfers, leading to an over-count of days when Defendants were out of compliance:

- **November 2022**: CDCR reported that a transfer was three days late after an exception applied for eight days, when the exception applied to the entire eleven-day period;

1

- **December 2022**: CDCR reported that a transfer was eleven days late after an exception applied for 21 days, when the exception applied for 31 days and the transfer took place one day late;

- **April 2023**: CDCR reported that a transfer was three days late after an exception applied for two days, when the exception applied for three days and the transfer took place two days late; and

- **May 2023**: CDCR reported that a transfer was one day late after an exception applied for one day, when the exception applied for two days.

Accordingly, Defendants are filing a revised copy of Exhibit F for ECF Nos. 7684 (December 2022 Inpatient Census and Waitlist Report); 7701 (November 2022 Inpatient Census and Waitlist Report); 7836 (April 2023 Inpatient Census and Waitlist Report); and 7859 (May 2023 Inpatient Census and Waitlist Report).

Dated: November 15, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/S/ *Namrata Kotwani*
Namrata Kotwani
Deputy Attorney General
*Attorneys for Defendants*

2

Defs.' Notice of Errata of ECF No. 7266 (2:90-cv-00520 KJM-DB (PC))