CAED 435 (Rev. 04/18)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

PLEASE *Read Instruction Page* (attached):

FOR COURT USE ONLY
DUE DATE:

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| Elise Owens Thorn | Elise.Thorn@doj.ca.gov | (916) 210-7318 | November 30, 2023 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| Office of the Attorney General, P.O. Box 944255 | Sacramento | CA | 94244-2550 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 2:90-cv-00520 KJM-DB | Kimberly J. Mueller | 11. FROM 11/07/2023 | 12. TO 11/07/2023 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Coleman, et al. v. Newsom, et al. | 14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**
☐ APPEAL No.    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL    ☑ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | HEARING | 11/07/23 | Kimberly Bennett |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| Entire Status Conference | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☑ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| /s/ Elise Owens Thorn | |

| 20. DATE | PHONE NUMBER |
|---|---|
| November 30, 2023 | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |