# EXHIBIT A



101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Alexander Gourse
Email:  AGourse@rbgg.com

June 30, 2023

<u>VIA ELECTRONIC MAIL ONLY</u>

Special Master Matthew Lopes, Jr.
mlopes@pldolaw.com

      Re:    *Coleman v. Newsom*: Plaintiffs' Comments on Draft Thirtieth Round DSH
             Monitoring Report
             <u>Our File No. 489-3</u>

Dear Special Master Lopes:

      Thank you for inviting Plaintiffs to comment on your Draft Thirtieth Round
Monitoring Report – Part B, on the Inpatient Mental Health Care Programs at the
California Department of State Hospitals (hereafter "Draft Report").  Plaintiffs strongly
support the Draft Report's conclusion that care for *Coleman* class members at DSH,
while better than in the CDCR PIPs, is inadequate due to inadequate staffing at
Atascadero State Hospital and a lack of individual therapy, among other problems.
Plaintiffs also share your concern, expressed in the report, about the low rate of referrals
to DSH from CDCR and "the resultant low *Coleman* patient censuses at the hospitals"—
especially at ASH.  Draft Report at 4.  Finally, Plaintiffs greatly appreciate the Draft
Report's recommendations that DSH take all necessary steps to prioritize the
identification and referral of appropriate *Coleman* patients to DSH; that DSH-Atascadero
(ASH) take all necessary steps to comply with the DSH staffing plan, including by
limiting key clinical staffing vacancies to no more than 10 percent; and that DSH take all
necessary steps to provide class members with sufficient group and individual therapy.
Below are a few brief suggestions that we believe would further strengthen the Draft
Report.

/ / /

/ / /

/ / /

[4317138.3]

Special Master Matthew Lopes, Jr.
June 30, 2023
Page 2

I.    **Identify and Emphasize the Relationship Between the Low *Coleman* Patient Numbers at DSH and the Deficiencies in CDCR's Least Restrictive Housing (LRH) System, As Discussed in the Thirtieth Round PIP Monitoring Report (ECF No. 7833).**

The Draft Report finds that "the patient census at DSH-Atascadero reached new historic lows during the review period, with only 67 *Coleman* patients occupying the hospital's 256 *Coleman*-designated beds."  Draft Report at 13.  It also states that "the precipitous drop in the *Coleman* census at [ASH] occurred simultaneously with Defendants' apparent 'backsliding on timely transfer of [ICF] referrals to the PIPs'," *id.* at 14 (quoting ECF 7833 at 45)."  *Id.* at 14.  But the Report says little about *causes* of these problems – even though the Thirtieth Round PIP Monitoring Report included extensive findings about CDCR's dysfunctional Least Restrictive Housing system and the resulting inefficient use of Defendants' inpatient bed supply.  *See, e.g.*, ECF No. 7833 at 89-90, 93-94, 143-44, 155-56, 203, 218, 224-25, 240.

While we appreciate the significant efficiencies and other benefits gained by the Special Master's decision to submit separate Thirtieth Round reports for DSH and the PIPs, the referral and transfer process between CDCR and DSH is inherently interconnected.  The Draft Report should be more clear about the relationship between CDCR's deficient LRH system and the low census numbers at DSH.  It should do so not simply to reiterate the findings in the Thirtieth Round PIP Report, but rather to inform and provide context for the Draft Report's recommendations relating to greater utilization of *Coleman* beds at DSH.  *See, e.g.*, Draft Report at 62 (recommending that DSH "take all necessary steps to prioritize the identification and referral of appropriate *Coleman* patients to DSH").  Indeed, given the deeply intertwined nature of the inter-agency referral and transfer process that allows (or, increasingly commonly, denies) class members access to the court-ordered DSH beds, we urge the Special Master to change his recommendation to require *all* Defendants – not just DSH – to take "all necessary steps to prioritize the identification and referral of all appropriate Coleman patients to DSH, eliminate any barriers to admission to DSH hospitals, and end any underutilization of Coleman-designated beds."  *Id.*  We are concerned that by limiting the recommendation solely to DSH, the roots of this complex, chronic problem cannot be properly addressed and remediated, given the longstanding problems the Special Master repeatedly has identified with CDCR's precursor policies and procedures that give rise to DSH referrals in the first instance.

/ / /

/ / /

[4317138.3]

Special Master Matthew Lopes, Jr.
June 30, 2023
Page 3


## II.    Clarify The Significance of the Inaccurate Information Found in Certain Initial Psychiatric Evaluations.

The Draft Report states, without further detail, that "several initial psychiatric evaluations reported that the patient was admitted under PC 1370 (Incompetent to Stand Trial), rather than PC 2684; regrettably, this was important, as the laws governing the treatment of patients under these statutes varied." Draft Report at 26. Please explain the significance. Were patients denied treatment of one kind or another as a result of psychiatrists' inaccurate assumptions about the legal basis for admission to DSH? Did it delay care or have some other deleterious effect?

## III.    Analyze Whether the Lower Number of Incidents Involving the Use of Seclusion or Restraints is Simply a Product of Lower Census Numbers.

The Draft Report notes that ASH used restraints and/or seclusion "dramatically" fewer times than in the prior reporting period. Draft Report at 51. The Report elsewhere notes the similarly dramatic reduction in the number of *Coleman* patients at ASH since the previous monitoring period. *See id.* at 4 (noting that the *Coleman* population at ASH "decreased by 51 percent"). Was the dramatic decrease in seclusion and/or restraint incidents driven solely but the underutilization of ASH beds? Were there other discernible causes or explanations, such as a change in practice or policy?

## IV.    Report on Whether Milestone Credits Earned at DSH are Being Accurately Calculated.

Plaintiffs previously asked that the Special Master team report on whether CDCR is properly calculating Milestone Completion Credits for class members who should have earned credits while at ASH. *See* Email from Plaintiffs to Special Master Team re Upcoming DSH Tours, March 12, 2023. The Draft Report states only that DSH offers opportunities to earn milestone credits and then provides "data to CDCR, which calculated patients' milestone credits." Draft Report at 57. Plaintiffs understand that the current Draft Report is based on documentation provided by DSH, not CDCR. If it is not feasible to report on CDCR's calculation of milestone credits for *Coleman* class members at DSH in this Draft Report, Plaintiffs request that your team report on this issue in the next CDCR monitoring report.

## V.    Resume In-Person Tours of DSH Facilities During the Thirty-First Round.

The Draft Report indicates that your team does not intend to resume in-person tours of DSH facilities in the next monitoring round—even though DSH failed to provide adequate information and/or documentation in response to the Special Master's requests during the Thirtieth Round. *See* Draft Report at 61. Paper tours can only be effective if

[4317138.3]

Special Master Matthew Lopes, Jr.
June 30, 2023
Page 4


the papers on which they are based are accurate and complete.  The Court has authorized
you to decide whether to conduct in-person or paper tours, and to switch between these
options without seeking further leave from the Court.  *See* ECF No. 7608 at 2.  In light of
DSH's failure to respond in full to your requests for information during the Thirtieth
Round, and the serious problems identified in the Draft Report and concomitant
recommendations for remedial court orders, Plaintiffs urge that the Special Master Team
resume in-person tours of DSH facilities during the Thirty-First Round.


                                        Sincerely,

                                        ROSEN BIEN
                                        GALVAN & GRUNFELD LLP

                              By:   Alexander Gourse

cc:     *Coleman* Special Master Team
        *Coleman* Defendants
        *Coleman* Co-counsel


[4317138.3]

# EXHIBIT B

**ROB BONTA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public:  (916) 445-9555
Telephone:  (916) 210-6488
Facsimile:  (916) 324-5205
E-Mail:  Elise.Thorn@doj.ca.gov

June 30, 2023

**VIA ELECTRONIC MAIL ONLY**
Matthew A. Lopes, Jr.
Special Master
Pannone Lopes Devereaux & O'Gara, LLC
Northwoods Office Park
1301 Atwood Avenue, Suite 215 N
Johnston, RI 02919

RE:    *Coleman v. Newsom, et al.*
       Response and Objections to the Thirtieth Round Monitoring Report – Part B: Special
       Master's Monitoring Report on the Inpatient Mental Health Care Programs at the
       California Department of State Hospitals

Dear Mr. Lopes:

   Defendants are in receipt of the draft Thirtieth Round Monitoring Report of the
Special Master on the Inpatient Mental Health Care Programs at the California Department of
State Hospitals, dated May 31, 2023 (Report).  The Report provides findings on the nineteen
focused monitoring areas for the inpatient programs and individual clinical case reviews.  Based
on such findings, the Report makes the following three recommendations for orders:

   1.  In keeping with patients' needs, and the findings of the UNA study, DSH shall
   take all necessary steps to prioritize the identification and referral of all
   appropriate Coleman patients to DSH, eliminate any barriers to their admission to
   DSH hospitals, and end any underutilization of Coleman-designated beds;

   2.  That DSH-Atascadero undertake all necessary steps to comply with the DSH
   Staffing Plan to reduce its staffing vacancies to no more than ten percent for the
   disciplines of psychiatry, psychology, social work, and rehabilitation therapy; and

   3. That all DSH hospitals take the necessary steps to provide patients with
   sufficient group and individual therapy

   With respect to the first recommendation, DSH is already taking all necessary and
required steps under current policies to prioritize the identification and referral of

19692836.2

Matthew A. Lopes, Jr.
June 30, 2023
Page 2

appropriate *Coleman* patients to DSH.  Although the census in all of the DSH programs is currently low, there are no findings that suggest that patients who qualify for treatment in DSH are not being appropriately referred and admitted to the DSH programs.

Defendants below raise points of clarification and comments concerning the draft Report and request that the Report and the recommendations be revised based on this input and any further data and discussions with DSH.

## I.    Findings and Recommendations Related to Staffing

The Report recommends the Court order that "DSH-Atascadero undertake all necessary steps to comply with the DSH Staffing Plan to reduce its staffing vacancies to no more than ten percent for the disciplines of psychiatry, psychology, social work, and rehabilitation therapy."  Report at 61.  DSH is already taking the steps identified in the DSH Staffing Plan to reduce staffing vacancies; there is no current order and no basis to impose an order that DSH maintain a ninety percent fill rate for its staff in *Coleman* programs.

### A.  DSH is following its Staffing Plan and taking significant steps to address staffing retention and recruitment.

The DSH Staffing Plan includes efforts for DSH to transition from a 1:35 staffing ratio to a 1:30 staffing ratio for each of its units serving *Coleman*-class patients.  DSH implemented this change in July 2021 as proposed and as noted in the Report ("all three institutions satisfied the 1:30 staff-to-patient staffing ratio" during the monitoring period").  Report at 8.   DSH continues to offer internship, fellowship, and residency programs as noted in the Staffing Plan.

DSH has multiple efforts underway (non-salary related) to increase recruitment of individuals to mental health classifications, including launching significant marketing campaigns and offering a loan repayment opportunity for psychiatrists in partnership with the Department of Healthcare Access and Information (HCAI).  DSH has contracted with Cooperative Personnel Services-HR to design and implement significant research and surveys to launch tailored digital and e-mail marketing campaigns and virtual career fairs for some of its hard to recruit and retain classifications, including psychiatrists, psychologists, registered nurses, and psychiatric technicians.  The 2022/23 Budget Act allocated $7 million dollars to HCAI to implement a psychiatrist educational loan repayment program.[1]  DSH and HCAI are in the process of designing and developing this loan repayment program with the goal of launching it by the end of the calendar year.

---

[1] Budget Act of 2022, AB-179 (2002), Item 4140-101-0001 § 130.15, *available at* https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=202120220AB179 (referring to Provision 15 in Department of Health Care Access and Information Budget).

Matthew A. Lopes, Jr.
June 30, 2023
Page 3

DSH has successfully implemented the new Residency Program at DSH-Napa in partnership with St. Joseph Medical Center that was included in the Staffing Plan. The residency program will train additional psychiatrists for the DSH system. The first cohort of 7 residents began the program in July 2021 and the second cohort of 7 residents started in July 2022. Another 7 residents will start in July 2023. When fully implemented in July 2024, it is anticipated that 28 psychiatry residents will be in training in this program.

The 2023-24 Governor's Budget includes additional funding to for the development and implementation of pipeline, recruitment, and retention initiatives to sustain and grow DSH's psychiatric workforce. The Budget Change Proposal[2] requests a total of 7.0 positions in fiscal year (FY) 2023-24 and ongoing; and General Fund (GF) of $6.5 million in FY 2023-24, $7.1 million in FY 2024-25, $7.3 million in FY 2025-26, $7.7 million in FY 2026-27 and $8.3 million in FY 2027-28. The purpose of this is to add residencies and fellowships, and offer clinical rotations as a means to improve recruitment and retention of psychiatrists.

DSH has also successfully negotiated recruitment and retention bonuses for psychiatric technicians with the California Association of Psychiatric Technicians and for Psychiatrists with the Union of American Physicians and Dentist (UAPD). Effective this year, the bonuses include $400 per month for Psychiatric Technicians and Senior Psychiatric Technicians at DSH-Atascadero, and $200 per month for Psychiatric Technicians and Senior Psychiatric Technicians at every facility except for Patton.[3] The Psychiatrist bonuses of $20,000 became effective in 2021 and are paid in $5,000 increments at 6, 24, 60, and 84 months of employment.[4]

In addition to the efforts identified in the DSH Staffing Plan, the State is in negotiations with various labor unions regarding new labor contracts, including the UAPD and the American Federation of State, County, and Municipal Employees (whose membership includes psychologists, social workers, and rehabilitation therapists). Because these negotiations are confidential, Defendants will not know the outcome pertaining to salaries or benefits that will impact the mental health staff classifications.

---

[2] Dep't of State Hospitals, DF-46, *Budget Change Proposal* (2023), *available at* esd.dof.ca.gov/Documents/bcp/2324/FY2324_ORG4440_BCP6472.pdf.

[3] Legislative Analysts Office, *MOU Fiscal Analysis: Bargaining Unit 18 (Psychiatric Technicians)* (2022), *available at* https://lao.ca.gov/Publications/Report/4617.

[4] California Department of Human Resources, PL 22-25, *Pay Differential 324 Department Of Corrections and Rehabilitation –Mental Health Recruitment Retention Bonus – Bargaining Units 16, 19, and Excludeds* (2022) §§ 14.324.1-3, *available at* https://www.calhr.ca.gov/Pay%20Differentials%20Library/Pay_Differential_324.pdf.

Matthew A. Lopes, Jr.
June 30, 2023
Page 4

**B. Findings in the Draft Report that support the recommendation are based on a standard that does not apply to the DSH Staffing Plan.**

The Report appears to assess the adequacy of DSH staffing based on the June 2002 (ECF No. 1383) and March 2022 (ECF No. 7504) orders that require CDCR to maintain a ninety percent fill rate for certain mental health staff classifications. The Report's second recommendation is based on the Special Master's findings and concerns with DSH-Atascadero's reported vacancies above ten percent for the four disciplines of psychiatry, psychology, social work, and rehabilitation therapy. (Report at 58.) However, the DSH Staffing Plan does not require that DSH must maintain a ninety percent fill rate for all allocated positions. (ECF No. 7078-1.) The order approving the DSH Staffing Plan is likewise silent as to this requirement. (ECF No. 7108.) While the order approved the plan "provisionally," there is nothing in the Report or predecessor reports that would support a finding that the DSH staffing fill rates reported result in inadequate care or that the orders that apply to CDCR's staffing plans should apply with equal force to the DSH Staffing Plan. There are no findings that the DSH staffing allocation methodology is similar or comparable to the methodology CDCR uses to develop staffing allocations.

DSH staffing levels should be assessed based on actual caseloads and not on the number of available beds. Adoption of the second recommendation would result in a misallocation of scarce resources to empty beds.

**II. Findings and Recommendations Related to Quality of Care Issues**

The Report includes various findings that criticize DSH for providing inadequate care and a recommendation that "all DSH hospitals take the necessary steps to provide patients with sufficient group and individual therapy." (Report at 61.) The Report does not cite to any scientific standards or authority that support this position. The criticisms do not demonstrate systemic issues and ignore the existing policies that set forth the required treatment for inpatient mental health care.

**A. DSH provides sufficient group therapy.**

DSH provides *Coleman* class members with sufficient group therapy as required under the Program Guide and mental health policies and regulations. DSH has taken concrete steps to increase treatment hours over the past several years, following the impacts of COVID on off-unit treatment services. The DSH Governing Body Reports for July - December 2022 demonstrate that as centralized treatment services reopen, core and supplemental treatment hours offered and delivered are expected to increase. At DSH-Atascadero, providing centralized treatment services remains challenging due to repeated COVID-19 surges and the redirection of Recovery Mall Services (RMS) program staff to address COVID-19 quarantine and isolation staffing needs. However, as COVID-19 surges subside over time, DSH-Atascadero continues to look for opportunities to increase both core and supplemental groups in the centralized areas. As reflected in the July – December 2022 Governing Body Report, some centralized groups and services

Matthew A. Lopes, Jr.
June 30, 2023
Page 5

reopened, including Education and the Music Room. The library reopened with scheduled time slots by program and the gymnasium and main courtyard re-opened for 30-minute unit sessions. Recent progress in 2023 has been the transition of substance abuse treatment back to a centralized program and the restart of NA/AA meetings with community self-help entities. RMS also has developed plans to reopen the Arts and Crafts center to offer rehabilitation and healthy living groups this coming quarter. As DSH-Atascadero continues to recover from COVID-19, additional off-unit treatment programming for *Coleman* patients will be more readily available.

*Coleman* patients' post-discharge status supports the adequacy of treatment provided. Of the 74 *Coleman* patients discharged to a lower level of care during the monitoring period, 12 were admitted to a MHCB within 30 days of discharge. Only 4 of those patients were admitted to the MHCB due to genuine psychiatric distress and of those 4, only one was admitted to an acute level of care and only one was admitted to Intermediate level of care at DSH-Atascadero. The other eight patients who were admitted to the MHCB within 30 days of discharge were determined to use the MHCB for secondary gain, had safety concerns, and/or had difficulty adjusting to prison due to spending prolonged time in a state hospital setting.

**B. Criticisms of individual treatment issues represent differing clinical opinions but are not evidence of inadequate care or systemic lack of access to care.**

The Report includes a clinical review of nineteen patients treated in DSH programs during the monitoring period. (Report at 116 -223.) Many of the criticisms concern individual treatment issues that represent differing clinical opinions between the Special Master's experts and DSH clinicians. Such opinions are not evidence of inadequate care or a systemic lack of access to care. The Report assesses the census based on a monthly average at the three hospitals: 80 at DSH-Atascadero (Report at 16); 22 at DSH-Coalinga (Report at 16); and 7.5 at DSH-Patton (Report at 17). But the total number of *Coleman* patients actually treated at DSH during the reporting period was 192. These 19 patients reviewed are only a very small subset of the total number of patients treated—not a statistically representative sample, and these differing opinions do not demonstrate that care was demonstrably inadequate. Indeed, the criticisms lodged do not identify that any patient decompensated or suffered an adverse mental health outcome as a result of the purported criticisms or inadequacies.

**C. Findings on inadequate treatment are not supported by mental health policies or standards of care.**

The Report states that the lack of individual therapy resulted in patients not receiving adequate treatment. (Report at 22.) There is no requirement to provide individual therapy in the Program Guide, in Title 22, or in any other mental health policy applicable to the DSH programs that treat *Coleman* class members. The DSH Staffing Plan does not contain any such requirement and the Report and any predecessor reports do not provide any scientific, academic or legal authority to support the Report's criticisms of DSH treatment on this basis. This finding is not consistent with evidence-based psychiatric or psychological treatment standards. DSH practitioners utilize individual treatment when clinically indicated. Patients receive individual

Matthew A. Lopes, Jr.
June 30, 2023
Page 6

therapy only when clinicians believe treatment objectives will be met through individual therapy. The Report does not provide any psychiatric or scientific support that individual therapy is the default standard of care. Utilizing group therapy over individual therapy after the application of sound clinical judgment is not a violation of the Eighth Amendment or evidence of inadequate care.

The Report references the DSH governing-body reports to support a finding that Defendants are required to offer 20 hours of treatment to *Coleman* patients. In fact, as part of the development of the DSH continuous quality improvement process, DSH and the Special Master's experts and monitors did not designate minimum individual treatment hours, nor was there any agreement that behavioral plans were a requirement or a prerequisite to a finding of adequate treatment. This is consistent with Defendants' previously-stated position that the DSH governing-body reports that reference the provision of 20 hours of treatment show that *Coleman* patients are offered and attend a varied amount of weekly group treatment and supplemental activities.

The Report fails to provide a rationale for the statement that a "lack of individual therapy resulted in patients not receiving adequate treatment," and the criticisms lodged do not identify that any patient decompensated or suffered an adverse mental health outcome as a result any of the purported criticisms or inadequacies.

**D. Minimum treatment standards are based on individualized plans.**

The Report contains a finding that DSH-Atascadero provided inadequate treatment based on data reported by DSH. (Report at 22.) DSH believes that the data reported was in error and corrects that data now.

First, the weekly treatment hours provided at DSH-Atascadero (DSH-A) were based on incomplete or incorrect data using the formula "# of Treatment Hours/# of Patients/# of Weeks." This formula did not accurately account for patients admitted and/or discharged during the reporting period, but rather, calculated the rate for every *Coleman* patient treated during the entire reporting period. This misrepresented the total offered and attended treatment hours per week. A correction has been provided which demonstrates the average Weekly Treatment Hours using each week's average hours, then averaging them. The weekly data table breakdown did not change. Per the corrected calculation, DSH-A patients were offered a weekly average of 7.5 hours of core groups and attended 5.5 hours. Patients were offered an average of 5.9 supplemental hours per week and attended 5.7. Patients were offered and attended a weekly average of 0.9 individual treatment hours. The total offered treatment hours averaged 14.3 hours per week. Total attended hours averaged 12.1 hours per week. Treatment hours provided on *Coleman* designated housing units have been consistently offered.

Further, the DSH-Atascadero Coleman Governing Body Report for July 1, 2022 – December 31, 2022 indicates that the total average treatment hours offered per patient per week was 21.16 hours for patients past 30 days of admission. Average hours attended per patient per

Matthew A. Lopes, Jr.
June 30, 2023
Page 7

week was 10.68. Total average hours of treatment per patient per week offered ranged from a low of 15.39 in August to a high of 26.28 hours in December. Average core group hours offered per patient per week ranged from 5.29 hours in December to 9.95 hours in August. December core group hours were low due to the 2-week term break; however, those core group hours were offset by 20.97 average supplemental hours offered during December.

In addition to the statements regarding DSH-Atascadero treatment hours, the Report states, "DSH-Patton provided 19 core groups and seven supplemental group activities to patients, but did not provide data reflecting weekly, per patient data as requested." (Report at 23.)  DSH submitted the same data for Patton as for the other hospitals.  Based on the data provided to the monitors on the Coleman SharePoint site, DSH-Patton offered an average of 9.69 hours of core groups per patient per week and delivered an average of 7.76 core group hours per patient per week.  Patients were offered an average of 1.79 supplemental hours per patient per week and delivered an average of 1.70.  Individual therapy averaged 3.83 hours offered and 2.97 hours delivered per week. Clinical contact hours averaged 3.94 offered and 3.94 delivered per week.

Per the DSH-Patton July – December 2022 Governing Body Report, the average core group hours offered per patient per week ranged from a  8.86 hours in July to  14.54 hours in November and averaged greater than 10 hours per week offered overall for the six-month review period. Clinical Contacts and Individual Therapy hours further increased the overall average of core treatment offered. Total average treatment hours per patient per week ranged from 9.81 hours in July to 30.49 hours in November.  DSH-Patton plans to continue training staff on capturing supplemental group hours and encouraging consistent use of  rosters to capture supplemental activities.

The DSH-Coalinga July – December 2022 Governing Body Report shows that the average weekly core group hours per patient offered were above 10 hours per week throughout the review period with the exception of December, when an average of 8.22 core group hours were offered. The hospital experienced a COVID-19 outbreak during December 2022, which may have reduced core group offerings. DSH-Coalinga offered a high number of supplemental activity hours, ranging from an average of 28.28 to 46.31 hours per patient per week during each month of the review period. Total average attended treatment hours per patient per week ranged from 14.39 to 18.05 across the six-month period. Per the Governing Body Report, Central Program/Mall Services in concert with the Social Work, Psychology, and Rehabilitation Therapy Departments worked jointly to improve clinical services to offer Coleman patients 20 hours of treatment and supplemental activities per week.

DSH welcomes the opportunity to confer with the Special Master to discuss what appears to be discrepancies between the DSH treatment hours offered data and the treatment data presented in the Report—so the parties may understand the sources of these differences.  DSH requests that the Special Master's final report note the above corrections.

Matthew A. Lopes, Jr.
June 30, 2023
Page 8

### F.  There is no requirement that every patient have a behavioral treatment plan.

The Report criticizes DSH programs for not having behavior plans for *Coleman* class members.  (Report at 33.)  But as with other criticisms, the Report does not provide any authority for such a requirement for every patient.  DSH agrees that in some instances, based on the treatment team's discretion, a behavioral plan may be clinically indicated, such as with recurrent self-injurious behavior that has not responded to other treatment plans.

## III.   The Report Mischaracterizes Suicide Risks

The Report summarizes three cases that allegedly involved an inadequate assessment of suicide risk.  (Report at 42-44.)  The three cases identified in the Report do not include any suicide attempts or serious self-injury that occurred at DSH or within 30 days of discharge back to CDCR.  DSH requests that the Report clarify the reporting of these issues and provide additional factual bases for the purported findings.

## IV.   Inpatient Referral and Admission Process

The Report recommends that the Court enter an order requiring that DSH "take all necessary steps to prioritize the identification and referral of all appropriate Coleman patients to DSH, eliminate any barriers to their admission to DSH hospitals, and end any underutilization of Coleman-designated beds." (Draft Report at 61.)  DSH beds are appropriately used for APP and ICF patients who qualify for placement and treatment in the unlocked dorm setting.  Those patients' qualifications are based on thorough assessments and vetting under current policies that govern placement in DSH.  The steps under the referral process are used to manage inpatient referrals and admissions to DSH. CDCR refers patients to DSH as based on CDCR clinical input. And DSH conducts a thorough chart review of the patient and previous hospitalizations in accordance with the MOU and Policy Directive 3601: Referral, Admission and Movement.  The "barriers" identified in the Report are based on current policies and procedures and that comport with *Coleman* court orders.  Any changes to the current process would require significant policy modifications.

/ /

/ /

Matthew A. Lopes, Jr.
June 30, 2023
Page 9


**V.    DSH Request to Meet and Confer**

As with the 29th Round Report, DSH has questions concerning the Report's findings and recommendations.  On June 6, 2023, DSH counsel requested a meeting between DSH clinical staff and your experts to discuss the Report to better understand some of the conclusions in the Report.  That request was denied with the advisory that a meeting can be scheduled to discuss DSH's concerns and questions after DSH submits written comments to the Report.  Defendants appreciate the opportunity to meet with you and your team to address issues raised by the Report.


                                    Sincerely,

                                    */s/ Elise Owens Thorn*

                                    ELISE OWENS THORN
                                    Deputy Attorney General

                         For    ROB BONTA
                                    Attorney General


cc:  *Coleman* Plaintiffs' Counsel

# EXHIBIT C

# Trial Processes for DSH Review of Coleman Patients

From:   Kent, Kristopher@DSH-S
To:     ColemanTeam-RBGOnly@rbgg.com, colemanspecialmaster@pldo.com, Matt Lopes
Cc:     Reden, Brent@DSH-S, Caballero, Michael@DSH-S, Elise.Thorn@doj.ca.gov, Damon McClain, Namrata Kotwani, Paul B. Mello, Samantha Wol
        Jennifer@CDCR, Bentz, Melissa@CDCR, Laurel E. O'Connor
Sent:   10/6/2023 12:34:49 PM
Attach  Trial Processes for DSH Review of Coleman Patients.10.4.23.pdf
ments:

Hello All,

Over the past several years, DSH and CDCR have worked together to provide extra reviews of Coleman patients beyond the reviews done under the current inpatient referral process to ensure that all patients who are suitable for DSH admission are reviewed and that none are overlooked. Based on these reviews, DSH and CDCR have developed two trial process changes outlined in the attached document. DSH and CDCR plan to implement these process changes immediately. The attached document provides the details on these plans. DSH and CDCR think these changes are consistent with the MOU and will monitor these changes for at least six months to see if they result in increased admissions to DSH. Thanks, Kris

Kristopher Kent
Attorney IV
Department of State Hospitals
Legal Division
1215 O street, MS5 ***Please note new address***
Sacramento, CA 95814
Work Mobile: (916) 584-2248 **Please Note: I am working remotely. Please direct calls to this number**
Fax: (916) 651-3852
Email: Kristopher.Kent@dsh.ca.gov
Web: https://www.dsh.ca.gov
CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. DO NOT DISCLOSE THIS EMAIL TO OTHERS. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

State of California – Department of State Hospitals                                    Gavin Newsom, Governor



# **Trial Processes for DSH Review of Coleman Patients**

## New Referrals from Different Level of Care (CCCMS, EOP, MHCB, and APP)

- Review every referral with an LRH of Unlocked Dorms regardless of clinical housing recommendation. This will increase the pool of referrals DSH reviews and may lead to increase in admissions to DSH.

  - Process for all new ICF referrals:
    - CDCR will send ALL referrals that HCPOP identifies as having an LRH for unlocked dorms to DSH as endorsements.
    - All referrals sent to DSH will have an outcome (accept/rescind/reject)

## CDCR and DSH Utilization Review:  Out of LRH Referrals From an ICF Setting

- Every 30-45 days, CDCR IRU will select and review in collaboration with DSH a set number of patients out of LRH (for Unlocked Dorms) to determine if certain patients are indicated for an unlocked dorm setting
- The number of patients, in a PIP-ICF program, being reviewed would be approximately 40-50 for each 30-45 day review period to help ensure a continued and sustained review of patients out of LRH
- CDCR IRU will provide a regular list of out-of-LRH patients weekly to DSH PMU
- DSH PMU will conduct and provide case reviews to CDCR IRU at least two business days before the scheduled joint LRH review meeting.
- This process may lead to shorter stays in the PIPs for those clinically indicated patients with an LRH of Unlocked Dorm and an increase in admissions to the state hospital. Consequently, this may also improve bed availability at CDCR ICF PIPs.
- Additionally, this joint review could include patients with a single-cell chrono that was given due to their fragility from a severe mental illness and determine if they could be housed and treated in a state hospital (if the single-cell chrono was not due to severe in-cell violence and custody and the treatment team agrees with its removal)

State of California – Department of State Hospitals                          Gavin Newsom, Governor

- DSH reviews should not replace treatment team decision-making to refer a patient to their LRH
- If there is a disagreement between DSH and IRU to refer, a referral can still be made if IRU and the treatment team think the patient is ready for LRH step-down
- IRU will communicate with the PIPs when DSH reviews a patient and determines the patient is appropriate for ULD.  IRU will request that the team refer the patient through the regular referral process.
- Prior review by DSH to determine appropriateness for ULD, will not preclude a patient from future reviews for appropriateness for movement to ULD or referral by the treatment team to ULD.

After CDCR and DSH implement the review process, they will monitor the process to determine its effectiveness.  If the reviews assist in identifying increased numbers of individuals who are initially admitted to a DSH bed or who step down from a PIP, then these processes will be made permanent.

# EXHIBIT D

| From: | Thind, Sundeep@CDCR |
|---|---|
| To: | Coleman Team - RBG Only; Coleman Special Master; Steven Fama |
| Cc: | Mehta, Amar@CDCR; Cartwright, Steven@CDCR; Weber, Nicholas@CDCR; Bentz, Melissa@CDCR; Hockerson, Dillon@CDCR; Ceballos, Laura@CDCR; Bunn, Albert@CDCR |
| Subject: | Coleman- Notice RE Temporary Modification to CMF PIPS Master Treatment Plan |
| Date: | Thursday, May 18, 2023 3:29:33 PM |
| Attachments: | Official PIP MTP 5.15.23.pdf |
|  | CMF PIP MTP mock up 5.2.23.pdf |

All,

CDCR would like to temporarily modify its master treatment plan at California Medical Facility's (CMF) Psychiatric Inpatient Program (PIP), as outlined by the "CMF PIP MTP Mockup 5.2.23" document attached above. This would be done in the same way the Master Treatment plan revision for CMF outpatient and MHCB was implemented.

CDCR has attached its Official PIP Master Treatment Plan above so you can compare our proposed modifications with it. Please provide us with any feedback no later than June 1, 2023.  If you would like to discuss further, we are happy to set up a meet and confer, so please feel free to provide some dates and times that would work for your offices to meet with us.

Thank you,

*Sundeep Thind*
Attorney
Office of Legal Affairs, CDCR
Work Cell: (916) 215-4043
Email:  Sundeep.Thind@cdcr.ca.gov

*Pronouns – She, her, hers*

**CONFIDENTIALITY NOTICE**: This communication with its contents may contain confidential and/or legally privileged information including, but not limited to, the attorney/client privilege and/or the attorney work product doctrine. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

This message was sent from outside the company. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

CDCR Official PIP Master Treatment Plan

5/15/23



CDCR Official PIP Master Treatment Plan
5/15/23



CDCR Official PIP Master Treatment Plan
5/15/23



CDCR Official PIP Master Treatment Plan
5/15/23



CDCR Official PIP Master Treatment Plan

5/15/23



CDCR Official PIP Master Treatment Plan

5/15/23



CDCR Official PIP Master Treatment Plan
5/15/23

## Planned Treatment Frequency

### Individual Contacts

| | |
|---|---|
| Psychiatrist | |
| Psychologist | |
| Social Worker | |
| Rehab./Rec. Therapist | |

### Psychological Testing

| | |
|---|---|
| Psychologist | |

### Pre-Release Planning

| | |
|---|---|
| Social Worker | |

### Group Hours

| | |
|---|---|
| Clinical Group Hours | |
| Pre-Release Planning | |

Total Individual
Contacts per Week

---

Pre-Release Planning

Total Individual
Contacts per Week

Total Group Hours per
Week

---

## Psychosocial Screening

### Coping
- Effective
- Ineffective

### Stressors
- Body image
- Condition
- Diagnosis
- Divorce
- Family death
- Family illness
- Family problems
- Finances
- Hospitalization
- Housing Change
- Loss of Job
- New Court Order
- Sexual orientation
- Surgery/Procedure
- Unknown cause
- Other:

### Emotional Needs Requiring Support
- Anger
- Anxiety
- Fear
- Hopelessness
- Sadness
- Other:

## Hope

**What gives you hope or comfort when you're feeling sad or hopeless?**

CDCR Official PIP Master Treatment Plan

5/15/23

Patient Encounter Information
IDTT Information
Risk Factors/Behavioral Alerts
Clinical Summary & Case Formulation
Problem History
MH Safety Plan (Master Treatment Plan
Current Treatment Plan
Max Custody Treatment Plan Specifics
Planned Treatment Frequency
Spirituality and Hope
Safety Concerns of Self/Other Harm
Inmate-Patient Strengths and Needs
Goal Setting with Patient
Transfer and Discharge Recommendat
Restrictions
MH Inpatient Housing Review
IPOC Indicator Acute/ICF MTP
Preferred Learning Style

## Spiritual

**Do You Receive Comfort From Spiritual Practices**

- ○ Yes
- ◉ No

**Religious Preference**

- ☑ None
- ☐ Agnostic
- ☐ Atheist
- ☐ Asatru/Odinist
- ☐ Buddhist
- ☐ Catholic
- ☐ Christian
- ☐ Earth religions
- ☐ Hindu
- ☐ Jehovah Witness
- ☐ Jewish
- ☐ LDS/Mormon
- ☐ Muslim
- ☐ Native American
- ☐ Protestant
- ☐ Rastafarian
- ☐ Satanist
- ☐ Sikh
- ☐ Other:

**Clergy/Chaplain Services**

- ○ Yes
- ○ No

**Spiritual Advisor/Minister to be Notified**

- ○ Yes
- ○ No

**Name of Spiritual Advisor/Minister**

**Spiritual Advisor/Minister Phone Number**

**Spiritual Reading Materials**

**What additional care, treatment, or services can your team provide to assist you with meeting your emotional and spiritual needs?**

Problem History
MH Safety Plan (Master Treatment Plan
Current Treatment Plan
Max Custody Treatment Plan Specifics
Planned Treatment Frequency
Spirituality and Hope
Safety Concerns of Self/Other Harm
Inmate-Patient Strengths and Needs
Goal Setting with Patient
Transfer and Discharge Recommendat
Restrictions
MH Inpatient Housing Review
IPOC Indicator Acute/ICF MTP
Preferred Learning Style

## Cultural

**Cultural Identification**

I/P is a caucaasian female per her report on her father's side I/P is Portugese

**Relevant Cultural Issues**

Segoe UI 9 **B** U *I* S

Patient Encounter Information
IDTT Information
Risk Factors/Behavioral Alerts
Clinical Summary & Case Formulation
Problem History
MH Safety Plan (Master Treatment Plan
Current Treatment Plan
Max Custody Treatment Plan Specifics
Planned Treatment Frequency
Spirituality and Hope
Safety Concerns of Self/Other Harm
Inmate-Patient Strengths and Needs
Goal Setting with Patient
Transfer and Discharge Recommendat
Restrictions
MH Inpatient Housing Review
IPOC Indicator Acute/ICF MTP
Preferred Learning Style

## Safety/Victimization Concerns

**Do you have any safety concerns/enemy concerns?**

Segoe UI 9 **B** U *I* S

test....

sdfsjdfl;sdjkfs;adlfj

If you need to edit this section, you must complete a new PowerForm based on the patient's Developmental Disabilities Program (DDP) Designation:

For patients with a DDP 1, DDP 2, or DDP 3 designation - MH DDP Victimization Query PowerForm

For patients that do not have a DDP designation - MH Victimization Query PowerForm

These PowerForms are available on the AdHoc menu.

**Result(s) of Victimization Query**

Testing Form

CDCR Official PIP Master Treatment Plan

5/15/23



CDCR Official PIP Master Treatment Plan

5/15/23



CDCR Official PIP Master Treatment Plan
5/15/23



CDCR Official PIP Master Treatment Plan
5/15/23



CDCR Official PIP Master Treatment Plan
5/15/23



CDCR Official PIP Master Treatment Plan

5/15/23



CDCR Official PIP Master Treatment Plan

5/15/23





















**Deferment of Transfer to Least Restrictive Housing Environment:**

☐ Concerns regarding victimization
☐ Command hallucinations/internal stimuli that severely impact functioning and result in behaviors that are violent and/or disruptive
☐ Presence of delusions that result in behaviors that are violent and/or disruptive
☐ Documented pattern of intimidation of lower-functioning patients
☑ Documented pattern of agitation, disruptive, and difficult to re-direct behavior
☐ Documented violent incidents within one year of referral, taking into account how recent, the type, and severity of the violent incident(s)
☐ Specialized treatment (e.g. DBT) in which the patient is participating is not available in the hospitals that offer a less restrictive housing environment
☐ Requires time-limited testing (e.g. neuropsychological testing) and/or specific time-limited treatment (2 months or less)
☐ Significant history of aggression in a less restrictive housing environment
☐ Is unable to negotiate the complexities of a less restrictive housing environment due to functional capacity

*Provide clinical rationale and specific example for each choice in section above.*

patient becomes agitated with open setting, which triggers self harm.

---

**Planned Treatment Frequency**

**Individual Contacts**

| | |
|---|---|
| Psychiatrist | Every 48 hours |
| Psychologist | Every 72 hours |
| Social Worker | Once a week |
| Rehab./Rec. Therapist | Once a week |

**Psychological Testing**

| | |
|---|---|
| Psychologist | None |

**Pre-Release Planning**

| | |
|---|---|
| Social Worker | None |

**Group Hours**

| | |
|---|---|
| Clinical Group | 12 |
| Pre-Release Planning | 5 |

---

| Total Individual Contacts per Week | 8 |
|---|---|
| Total Group Hours per Week | 17 |

**Transfer/Discharge to:**

☐ No change   ☐ MHCB   ☐ Parole/Release
☐ Non-MHSDS   ☐ Acute
☐ CCCMS   ☐ ICF
☐ EOP   ☐ PIP

**Discharge Plan/Criteria/Reason for Retention/Comments:**



# EXHIBIT E

**STATE OF CALIFORNIA**
Budget Change Proposal - Cover Sheet
DF-46 (REV 10/20)

| Fiscal Year 2023-24 | Business Unit 5225 | Department California Department of Corrections and Rehabilitation | | Priority No. |
|---|---|---|---|---|

| Budget Request Name 5225-320-BCP-2023-MR | Program 4660–Mental Health Services - Adult | Subprogram 4660014-Mental Health Other-Adult |
|---|---|---|

**Budget Request Description**
Expansion of the Statewide Tele-Mental Health Program

**Budget Request Summary**
The California Department of Corrections and Rehabilitation and California Correctional Health Care Services request 85.0 positions and $11.0 million General Fund in 2023-24, 144.0 positions and $17.3 million General Fund in 2024-25, and 144.0 positions and $16.8 million General Fund in 2025-26 and ongoing to expand the use of Tele-Mental Health services to include psychology and social work in addition to psychiatry.

| Requires Legislation ☐ Yes   ☒ No | Code Section(s) to be Added/Amended/Repealed |
|---|---|

| Does this BCP contain information technology (IT) components? ☒ Yes   ☐ No  *If yes, departmental Chief Information Officer must sign.* | Department CIO Cheryl Larson | Date 5/12/2023 |
|---|---|---|

**For IT requests, specify the project number, the most recent project approval document (FSR, SPR, S1BA, S2AA, S3SD, S4PRA), and the approval date.**

Project No.    Project Approval Document:

Approval Date:

**If proposal affects another department, does other department concur with proposal?** ☐ Yes ☐ No
*Attach comments of affected department, signed and dated by the department director or designee.*

| Prepared By Amar Mehta | Date 5/12/2023 | Reviewed By Duane Reeder | Date 5/12/2023 |
|---|---|---|---|
| Department Director Diana Toche | Date 5/12/2023 | Agency Secretary Jeff Macomber | Date 5/12/2023 |

**Department of Finance Use Only**

**Additional Review:** ☐ Capital Outlay ☐ ITCU ☐ FSCU ☐ OSAE ☐ Dept. of Technology

| PPBA Allison Hewitt | Date submitted to the Legislature 5/12/2023 |
|---|---|

**A. Budget Request Summary**

The California Department of Corrections and Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS) request 85.0 positions and $11.0 million General Fund in 2023-24, 144.0 positions and $17.3 million General Fund in 2024-25, and 144.0 positions and $16.8 million General Fund in 2025-26 and ongoing to expand the use of Tele-Mental Health (TMH) services to include psychology and social work in addition to psychiatry.

This request includes funding to establish dedicated TMH management, supervisory oversight, administrative support, tele-presenters, research staff, and information technology (IT) support to help optimize and improve the expanded program, along with purchasing TMH equipment.

**B. Background/History**

*Coleman v. Newsom* is a class action lawsuit filed in 1990, in which the plaintiffs alleged that defendants (CDCR) provided an unconstitutional level of Mental Health Care to inmate-patients. In 1995, following a trial before the magistrate judge, the District Court found CDCR in violation of their Eighth Amendment duty to provide California's mentally ill incarcerated individuals with access to adequate mental health care and appointed a Special Master to monitor CDCR's compliance with court-ordered relief.

On February 28, 2023, the court ordered that CDCR address inadequate mental health staffing levels in California's prisons. The order requires CDCR to comply with staffing ratios in the 2009 Staffing Plan and the maximum ten percent vacancy rate from the court's June 13, 2002, order. CDCR has already implemented a successful tele-psychiatry program that has improved access to mental health care services and reduced staffing shortages. Expanding this program to include tele-psychology and tele-social work will further improve the delivery of mental health care services in the prison system.

Secure videoconferencing improves access to care, enabling patients at institutions to meet with tele-psychiatrists with support from onsite tele-presenters. Tele-psychiatrists are located across the state to allow access to candidate pools that otherwise would not be able to serve the CDCR population. These successes can be built upon by expanding TMH services to include psychologists and social workers.

In addition, the Statewide Mental Health Program (SMHP) is governed by its own court-approved policy with detailed rules and reporting requirements and is responsible for expanding services through a number of court-approved initiatives. While TMH clinicians can assist institutions, they do not significantly decrease the workload of onsite supervisors, who must continue to attend committees, liaise with other disciplines, and perform regular duties. Tele-psychiatry maintains internal control over the clinical and operational support supervision of all tele-psychiatrists, allowing supervisors to respond quickly to obstacles and hurdles and maintain relationships with providers they have recruited. The Statewide Telepsychiatry Program (STP) hired and retained over 90 civil service psychiatrists, crediting the separate supervisory structure as a key component to hiring and retaining a stable group of clinicians to see patients.

Expanding TMH services to include psychologists and social workers will greatly benefit CDCR in improving the delivery of mental health care services to patients while meeting court-ordered requirements. With the proper operational support structure and oversight, CDCR can build upon the success of the STP to further improve the Statewide Mental Health Program and provide an additional opportunity to support recruitment and retention of hard-to-fill clinical positions.

**Resource History**
*(Dollars in thousands)*

| Program Budget | PY – 4 | PY – 3 | PY – 2 | PY-1 | PY | CY |
|---|---|---|---|---|---|---|
| Authorized Expenditures* | $221,886 | $211,507 | $233,436 | $214,800 | $224,524 | $224,712 |
| Actual Expenditures* | $217,173 | $203,939 | $205,887 | $179,654 | $154,414 | $151,957 |
| Authorized Positions* | 1,213.5 | 1,156 | 1,282.5 | 1,178.3 | 1,231 | 1,233 |
| Filled Positions* | 1,164.25 | 1,090.55 | 1,102.85 | 954.85 | 810.2 | 788.78 |
| Vacancies* | 49.25 | 65.45 | 179.65 | 223.45 | 420.8 | 444.22 |

\* Mental Health program Psychologist and Social Worker positions only.

## C. State Level Consideration

To comply with federal court orders resulting from *Coleman v. Newsom*, CDCR is mandated to provide a constitutionally adequate level of mental health care to the incarcerated population, with a fill rate of at least 90 percent for specified clinical positions, including psychiatrists, psychologists, and licensed clinical social workers. CDCR has implemented a number of strategic and innovative recruitment and outreach efforts, but achieving a 90 percent fill-rate for these clinical positions has proven challenging for the Department. Additionally, recent trends in the labor market have resulted in a nationwide shortage of mental health clinicians, including psychologists and licensed social workers.

The STP was developed to improve patient care while helping with the recruitment and retention of psychiatrist positions, and its recent growth has significantly improved patients' access to mental health care services. Building on the success of the STP, adding tele-psychology and tele-social work services will enhance the core components of the mental health system and help CDCR fill these hard-to-fill classifications.

## D. Justification

To improve access to mental health services for incarcerated individuals, CDCR and CCHCS are requesting 85.0 positions and $11.0 million General Fund starting in fiscal year 2023-24 and 144.0 positions and $16.8 million ongoing to provide the necessary staffing to operationalize the expansion of the Tele-Mental Health Program to include psychology and social work components. As a part of this proposal, CDCR/CCHCS will redirect 100 existing psychologist and clinical social worker positions to serve in the Tele-Mental Health Program. The resources requested in this BCP will serve as the operational, supervisory, and administrative support for the redirected positions in providing tele-mental health services.

Developing and implementing tele-psychology and tele-social work will require focused effort by the Department as well as the level of additional resources requested. The STP, which was initiated in 2014-15, required significant coordination to develop, implement, and expand to its current staffing level. For instance, expanding CDCR's night shift program from two part-time doctors at 10 institutions to 12 doctors covering all facilities, seven nights a week, took almost two years of planning, hiring, and coordination by a team of senior supervising psychiatrists with support from two chief psychiatrists. CDCR expects developing and implementing tele-psychology and tele-social work to be similarly challenging, necessitating more supervisory resources to develop policies, procedures, coordinate with institutions and IT, hire and train line staff, and address any bumps in the road as CDCR integrates these new services into CDCR's existing infrastructure.

**Tele-Mental Health Leadership, Recruitment, and Integration**

As CDCR and CCHCS expands its STP to include tele-psychology and tele-social work, it will be crucial to hire a team of professionals to support, manage, and supervise the development and implementation of services necessary to facilitate daily operations.

Tele-presenters (medical assistants [MAs]) play an important role in providing technical and onsite support for the tele-psychology and tele-social work services. MAs will be calculated at a 1:1 ratio to psychologists and social workers providing teleservices and will be managed by Supervising Registered Nurse (SRN) IIs, which are calculated at a 1:12 ratio. These MAs will help facilitate TMH services at the institution, ensuring that the technology is working properly and that sessions can proceed smoothly. They will help prepare patients for their appointments, alert the provider to any remarkable patient issues observed, and ensure that the necessary equipment is in place. In addition, MAs will be responsible for confirming the scheduling of TMH sessions, ensuring patients attend their appointments, coordinating care between the TMH providers and onsite mental health staff, and helping to ensure patients receive appropriate follow-up care as needed.

To support TMH, CDCR will need to hire an Assistant Deputy Director (ADD) that will be responsible for overseeing the program's expansion and ensuring that it meets the needs of CDCR's incarcerated population. This position will require extensive knowledge and experience in tele-health, as well as strong leadership and communication skills to coordinate with various stakeholders and agencies.

In addition, two Chief Psychologists, six Senior Psychologist Supervisors, one Supervising Psychiatric Social Worker (SPSW) II, and three SPSW Is will support the ADD and provide supervision for the mental health clinicians within TMH. This team is responsible for enforcing policy, procedures, and training requirements. They will also coordinate with institutions and IT to sort out daily logistics necessary to deliver mental health services. Additionally, they will be responsible for all hiring and training of line staff to ensure the program is implemented smoothly.

Similar to the STP, although the existing line staff fall under existing on-site supervisory positions, the supervisory structure for on-site psychologists and social workers cannot be transferred or shared with off-site counterparts. As TMH expands, proper operational support structure and oversight are needed to ensure its success. A separate supervisory structure is necessary to manage day-to-day operations, oversee quality control, provide clinical supervision, coordinate institutional assignments, and more. The roles of tele-health supervisors and onsite supervisors are largely independent of one another, as TMH has its own duties and functions, with significant coordination costs that onsite supervisors cannot manage.

The Senior Psychologist Supervisor and Supervising Psychiatric Social Worker I positions requested were calculated based on a ratio of 1:12 line staff psychologists and social workers providing tele-services. Chief Psychologist and Supervising Psychiatric Social Worker II positions were calculated based on a ratio of 1:4 supervisory psychologist and social worker positions. Additionally, a Senior Psychologist Supervisor or Supervising Psychiatric Social Worker I position were allocated when the number of line staff full-time equivalents (FTEs) reached half of the ratio, in order to maintain appropriate supervision. For example, 6 FTEs (50 percent of the ratio of 12:1) would result in the first additional Senior or Supervising allocation, and 12 + 6 = 18 FTEs would result in a second Senior or Supervising allocation. Similarly, a Chief position will be allocated when the number of Seniors reaches half of the ratio; for example, 2 FTEs (50 percent of the ratio of 4:1) would result in the first Chief position, and 4 + 2 = 6 FTEs would result in the second Chief position.

Given that CDCR/CCHCS are redirecting 100 line staff psychologists and social workers (66-77 psychologists and 30-41 social workers), utilizing the ratios described above results in a need for 6 Senior Psychologists and 3 Supervising Social Worker Is. Based on the first line supervisory numbers, CDCR/CCHCS are requesting 2 Chief Psychologists and 1 Supervising Psychiatric Social Worker II.

The 1 Research Data (RD) Supervisor I, 1 RD II, 1 RD Specialist I, and 1 RD Analyst II positions requested all play a critical role in maintaining and updating CDCR's OnDemand data reports for compliance, PowerBI reports for operations, and end-user support needed to train and orient new TMH staff. Reporting requirements for a new TMH program will be significant and will require a slightly different set of benchmarks to measure additional axes such as connection strength, dropped calls, bandwidth infrastructure, etc. These experts can ensure that the data is accurately collected and analyzed to generate comprehensive reports to track progress for CDCR and the court and identify areas for improvement. Additionally, they can assist in the development of training materials and user manuals for new TMH staff, ensuring that they are properly oriented and effectively using the technology and systems necessary for their work. The RD Supervisor I & II will provide leadership and oversight for the analytical team, spending the majority of their time in coordination and supervision activities. The RD Specialist I will develop and utilize research methodology and techniques to improve data collection and analysis, while the RD Analyst II will perform a variety of tasks including complex and specific research and data subset analysis needed to support these efforts and include outliers. By working together, these positions can ensure that CDCR's TMH program has the necessary data and systems to support successful implementation and improvements.

### Tele-Mental Health Operational Support

The implementation of a TMH program in a correctional facility is a complex process that involves the integration of many moving parts. The expansion of services requires the addition of many new positions, the modification of existing systems and infrastructure, the development of new policies and procedures, and the coordination of various stakeholders across multiple locations. These changes require careful planning, organization, and management to ensure a successful implementation. To address the growth of the TMH program, CDCR requires positions for administrative support, which will allow the TMH clinicians to focus on critical clinical work. The SMHP needs to ensure operational and administrative support for the new tele-health structure. This provides consistent oversight for support staff and ensures sustainable long-term supervision of line staff.

The TMH program requires support across all program areas to ensure its success. Staff will provide analytical support, develop policies and procedures, and assist with hiring. They will create timelines, provide logistical expertise, and design ongoing maintenance for project sustainability. This team will monitor and audit adherence to TMH services, conduct complex data analysis, and lead targeted improvement projects as a subject matter expert on scheduling and mental health services logistics. Utilizing project management tools, CDCR will enhance and expand TMH services. With continued growth of TMH, the Staff Service Manager (SSM) III will oversee an existing SSM II, and one additional SSM II who will manage two SSM Is, and a Health Program Specialist (HPS) II. One SSM I will oversee the tele-psychology program and the other will oversee the tele-social worker program. One HPS I and three Staff Services Analyst (SSA)/Associate Governmental Program Analysts (AGPAs) will be assigned to each team and provide support to the TMH program, Chief Psychologists, and Supervising Psychiatric Social Worker II positions. (See Workload Analysis for details).

Resource Request for Tele-Mental Health:

- ADD Psychiatrist – 1.0
- Chief Psychologist – 2.0 (1.0 Budget Year [BY], 1.0 BY+1)
- Senior Psychologist Supervisor – 6.0 (3.0 BY, 3.0 BY+1)
- SPSW I – 3.0 (2.0 BY, 1.0 BY+1)
- SPSW II – 1.0
- MA – 100.0 (50.0 BY, 50.0 BY+1)
- SRN II – 8.0 (4.0 BY, 4.0 BY+1)
- RD Supervisor I – 1.0
- RD Supervisor II – 1.0
- RD Analyst II – 1.0

- RD Specialist I – 1.0
- SSM III – 1.0
- SSM II – 1.0
- SSM I – 2.0
- HPS II – 1.0
- HPS I – 2.0
- SSA/AGPA – 6.0

**TMH Information Technology Positions and Equipment**

The CCHCS Information Technology Services Division (ITSD) supports approximately 18,000 employees statewide at all correctional institutions, 14 remote administrative offices, 1 Central Fill Pharmacy, 1 Health Records Center, and headquarters offices. The ITSD services align with the Receiver's Turnaround Plan of Action, Goal 5 – Establish Medical Support Infrastructure, by providing technology support for health care administration in a correctional setting. To support the growth of the Tele-Mental Health Program, CCHCS ITSD requests additional positions be established to provide operations support as follows.

One tele-health support position at the IT Specialist I level is required to support network connectivity and the tele-health video communications systems and solutions. The resource will support tele-health video conferencing systems (Cisco Unified Call Manager), Cisco DX80 monitors and Cisco Webex systems, equipment services, hardware, and software solutions statewide. This position will provide first and second level enterprise-wide IT tele-health support and provision, troubleshoot tele-health communication equipment, and train and assist the customers in the use of tele-health hardware and software across the enterprise.

- Currently the tele-health program is supporting 850 tele-health carts and accounts across the enterprise with 11 positions at a current ratio of 77:1.
- Tele-health expects to add approximately 200 additional carts and accounts bringing the total number to 1,050 carts and accounts. With the additional positions the ratio of support would be 104:1.
- Without the additional ITSD position, the ratio would be 113:1 for these new positions. This would result in longer wait times for service and provisioning requests and longer issue-resolution times, which may impact the ability of the SMHP to deliver patient care using these critical tele-health video conferencing systems.

In addition, an ITSD support position at the IT Associate level is needed in the customer support center to provide first and second level centralized enterprise IT support for the additional positions requested. This position will resolve the first and second tier account issues, installs, and software application maintenance needs. Support and maintenance will also be provided for the IT desktop equipment, such as laptops and associated peripherals and provide enterprise-wide technology solutions in support of the mission of the SMHP.

**ITSD Services Hardware/Software Request**

In addition to the staffing described above, ITSD requires additional hardware and software for the program to operate effectively, as shown below.

| Item | Unit Cost One Time | Unit Cost ongoing | FY 23/24[1] | FY 24/25[2] | FY 25/26[3] | FY 26/27[4] | FY 27/28 and ongoing[5] |
|------|------|------|------|------|------|------|------|
| Cisco DX80 Monitors | $2,500 | $500 | $250,000 | $300,000 | $100,000 | $100,000 | $100,000 |
| Smart Net Total Care | $375 | $375 | $37,500 | $75,000 | $75,000 | $75,000 | $75,000 |
| Call Manager Licensing | $150 | $150 | $15,000 | $30,000 | $30,000 | $30,000 | $30,000 |
| Call Manager Software Support | $40 | $40 | $4,000 | $8,000 | $8,000 | $8,000 | $8,000 |
| Webex Meeting License | $250 | $250 | $25,000 | $50,000 | $50,000 | $50,000 | $50,000 |
| Webex Meeting Audio License | $180 | $180 | $18,000 | $36,000 | $36,000 | $36,000 | $36,000 |
| EHRS Licensing | $1,500 | $1,500 | $75,000 | $150,000 | $150,000 | $150,000 | $150,000 |
| Microsoft Licensing | Varies | Varies | $30,942 | $63,840 | $69,720 | $76,692 | $84,361 |
| Total | | | $455,442 | $712,840 | $518,720 | $525,692 | $533,361 |

[1]FY 23/24 includes 100 one-time costs.

[2]FY 24/25 includes 100 one-time cost and 100 ongoing costs (from FY 23/24).

[3]FY 25/26 includes 200 ongoing costs (from FY 23/24 & 24/25).

[4]FY 26/27 includes 200 ongoing costs (from FY 23/24 - 25/26).

[5]FY 27/28 includes 200 ongoing costs (from FY 23/24 - 26/27).

Resource Request:
- IT Associate – 1.0
- IT Specialist I – 1.0

**Human Resources Positions**

CCHCS HR is responsible for headquarters, regional, and institutional recruitment and hiring processes, while delivering innovative HR solutions and services that attract and serve a diverse and highly qualified workforce. HR is also responsible for providing support and guidance to departmental programs and institutions on HR related issues. This HR request is for 4.0 positions that will be established to focus on mental health recruiting and hiring initiatives.

To meet the increased need for the SMHP, HR must expand all mental health clinical recruitment and hiring campaigns to fill current vacancies as well as all mental health positions within this request. HR continues to seek ways to further promote mental health career opportunities and increase candidate awareness with innovative campaigns bridging multiple efforts and reaching multi-generational candidates. However, demands nationwide for mental health providers have greatly impacted the ability for the State to hire what has become an increasingly competitive resource.

In order to compete for candidates in an already strained and competitive workforce, HR has established an end-to-end recruitment and hiring experience to help fill growing vacancies throughout the department. These focused hiring events allow prospective candidates to submit job applications, participate in on-line civil service examinations, and in-person or virtual interviews. If successful, candidates are live-scanned, extended tentative job offers, and given instructions and assistance to begin the credentialling process. HR has expanded this concept and has begun hosting modified hiring events that start at the interview stage. In order to accommodate candidate's schedules, HR posts job advertisements inviting candidates to schedule interviews based on their convenience/availability including virtual or in-person interviews.

Based on the increasing workload, HR is requesting permanent funding for positions to maintain and support mental health program recruitment and hiring initiatives including the new TMH program, while addressing current staffing deficiencies and ensuring the SMHP workload demands are met efficiently, accurately, and timely. HR requests SSA/AGPA and Personnel Technician (PT) II positions to manage the recruitment process to fill vacant positions, post job announcements, analyze

personnel actions, and initiate and complete "Requests for Personnel Actions" in order to establish, recruit, fill, reclassify and redirect positions in accordance with state and departmental laws, rules, processes, procedures, and perform other duties as required. The Personnel Specialist (PS) position will be responsible for the personnel transactions of an assigned roster and is responsible for the processing of attendance and payroll for employees in a variety of bargaining units, as well as excluded employees. The PS is also responsible for interpreting and applying the personnel related laws, rules, regulations, policies, and memoranda of understanding, and performing salary determinations.

Without these positions, HR will experience challenges meeting the recruitment needs and high demands of the SMHP initiatives, in addition to continued implementation of the TMH program. Approval of this request is necessary to ensure HR continues to provide prompt and consistent services, critical to the Department's mission.

Resource Request:

- SSA/AGPA – 2.0
- PT II – 1.0
- PS – 1.0

## E. Outcomes and Accountability

The expansion of TMH services is critical to meeting the mental health needs of CDCR patients. The requested supervisory and support staff will enable the department to sustain and improve the quality of mental health care services provided remotely. Additionally, the implementation of tele-psychology and tele-social work services will greatly enhance the capacity to deliver comprehensive mental health care to patients, including access to evidence-based treatment modalities. The recruitment and retention efforts will ensure adequate staffing levels to support patient care with the benefit of helping CDCR/CCHCS meet court-mandated fill rates. Furthermore, the research studies conducted with the support of the requested research positions will provide valuable data on the effectiveness of TMH services in an incarcerated setting, enabling the department to continuously improve its services and demonstrate accountability to the court. Ultimately, the requested staff will facilitate the development and implementation of a sustainable and effective TMH program that meets the mental health needs of CDCR patients.

## F. Analysis of All Feasible Alternatives

### Alternative #1

Approve 85.0 positions and $11.0 million General Fund in 2023-24, 144.0 positions and $17.3 million General Fund in 2024-25, and 144.0 positions and $16.8 million General Fund in 2025-26 and ongoing expand the use of tele-Mental Health (TMH) services to include psychology and social work in addition to psychiatry. This request includes funding to establish a dedicated TMH program including clinical management and supervisory oversight, tele-presenters, operational oversight and support, HR resources, IT resources and equipment, and establishes ratios by which to adjust supervisory positions and tele-presenters as TMH authority changes.

**Pros:**

- Supports recruitment and retention of clinical positions.

- Tele-psychologists and tele-social workers will be able to focus on providing patient mental health care without the potential need to perform ad-hoc supervisory functions.

- Appropriate supervisory span of control.

- Appropriate clinical and operational support and leadership positions.

- Resources necessary to provide sustainable structure for department to maximize the opportunity to improve recruitment and retention.

**Cons:**

- Requires General Fund support.

**Alternative #2**

Do not approve any positions requested in this proposal.

**Pros:**

- No impact on the General Fund.

**Cons:**

- CDCR will be unable to improve access to mental health services for incarcerated individuals and provide appropriate clinical care to the entire incarcerated population.

- Continues challenges and delays to recruit and retain mental health clinicians.

## G. Implementation Plan

Upon approval of the 2023 Budget Act, CDCR will advertise and recruit for the 35.0 positions that exclude the MAs. The remaining 50.0 MAs will be established, advertised, and recruited upon the hiring of the clinicians.

Starting July 2024, CDCR will advertise and recruit the 9.0 additional positions that exclude the MAs. The remaining 50.0 MAs will be established, advertised, and recruited for upon the hiring of the clinicians.

## H. Supplemental Information

Attachment A – TMH Workload Analysis
Attachment B – IT Workload Analysis
Attachment C – HR Workload Analysis

Court orders available upon request: ECF No.7741, ECF No.7742, and ECF No.7743

## I. Recommendation

Alternative #1 - Approve request for 85.0 positions and $11.0 million General Fund in 2023-24, 144.0 positions and $17.3 million General Fund in 2024-25, and 144 positions and $16.8 million General Fund in 2025-26 and ongoing to expand the use of TMH services to include psychology and social worker in addition to psychiatry. This request includes funding to establish a dedicated TMH program including management and supervisory oversight, tele-presenters, operational oversight and support, HR resources, IT resources and equipment and establish ratios by which to adjust supervisory positions as TMH authority changes.

# BCP Fiscal Detail Sheet

BCP Title: Expansion of the Statewide Tele-Mental Health Program

BR Name: 5225-320-BCP-2023-MR

Budget Request Summary

## Personal Services

| Personal Services | FY23 Current Year | FY23 Budget Year | FY23 BY+1 | FY23 BY+2 | FY23 BY+3 | FY23 BY+4 |
|---|---|---|---|---|---|---|
| Positions - Permanent | 0.0 | 85.0 | 144.0 | 144.0 | 144.0 | 144.0 |
| **Total Positions** | **0.0** | **85.0** | **144.0** | **144.0** | **144.0** | **144.0** |
| Salaries and Wages Earnings - Permanent | 0 | 6,452 | 10,357 | 10,357 | 10,357 | 10,357 |
| **Total Salaries and Wages** | **$0** | **$6,452** | **$10,357** | **$10,357** | **$10,357** | **$10,357** |
| Total Staff Benefits | 0 | 3,429 | 5,600 | 5,600 | 5,600 | 5,600 |
| **Total Personal Services** | **$0** | **$9,881** | **$15,957** | **$15,957** | **$15,957** | **$15,957** |

## Operating Expenses and Equipment

| Operating Expenses and Equipment | FY23 Current Year | FY23 Budget Year | FY23 BY+1 | FY23 BY+2 | FY23 BY+3 | FY23 BY+4 |
|---|---|---|---|---|---|---|
| 5301 - General Expense | 0 | 35 | 54 | 54 | 54 | 54 |
| 5302 - Printing | 0 | 9 | 10 | 10 | 10 | 10 |
| 5304 - Communications | 0 | 14 | 14 | 14 | 14 | 14 |
| 5306 - Postage | 0 | 3 | 3 | 3 | 3 | 3 |
| 5320 - Travel: In-State | 0 | 40 | 56 | 56 | 56 | 56 |
| 5322 - Training | 0 | 12 | 19 | 19 | 19 | 19 |
| 5324 - Facilities Operation | 0 | 34 | 34 | 34 | 34 | 34 |
| 5326 - Utilities | 0 | 1 | 1 | 1 | 1 | 1 |
| 5340 - Consulting and Professional Services - External | 0 | 5 | 5 | 5 | 5 | 5 |
| 5340 - Consulting and Professional Services - Interdepartmental | 0 | 2 | 2 | 2 | 2 | 2 |
| 5346 - Information Technology | 0 | 207 | 415 | 421 | 428 | 430 |
| 5368 - Non-Capital Asset Purchases - Equipment | 0 | 714 | 745 | 250 | 250 | 250 |
| 539X - Other | 0 | 2 | 3 | 3 | 3 | 3 |
| **Total Operating Expenses and Equipment** | **$0** | **$1,078** | **$1,361** | **$872** | **$879** | **$888** |

## Total Budget Request

| Total Budget Request | FY23 Current Year | FY23 Budget Year | FY23 BY+1 | FY23 BY+2 | FY23 BY+3 | FY23 BY+4 |
|---|---|---|---|---|---|---|
| **Total Budget Request** | **$0** | **$10,959** | **$17,318** | **$16,829** | **$16,836** | **$16,844** |

## Fund Summary

### Fund Source

| Fund Source | FY23 Current Year | FY23 Budget Year | FY23 BY+1 | FY23 BY+2 | FY23 BY+3 | FY23 BY+4 |
|---|---|---|---|---|---|---|
| State Operations - 0001 - General Fund | 0 | 10,959 | 17,318 | 16,829 | 16,836 | 16,844 |
| **Total State Operations Expenditures** | **$0** | **$10,959** | **$17,318** | **$16,829** | **$16,836** | **$16,844** |
| **Total All Funds** | **$0** | **$10,959** | **$17,318** | **$16,829** | **$16,836** | **$16,844** |

## Program Summary

### Program Funding

| Program Funding | FY23 Current Year | FY23 Budget Year | FY23 BY+1 | FY23 BY+2 | FY23 BY+3 | FY23 BY+4 |
|---|---|---|---|---|---|---|
| 4670 - Dental and Mental Health Services Administration-Adult | 0 | 4,300 | 5,316 | 5,306 | 5,306 | 5,308 |
| 4650012 - Medical Administration-Adult | 0 | 1,278 | 1,525 | 1,331 | 1,338 | 1,343 |
| 4650014 - Medical Other-Adult | 0 | 899 | 1,790 | 1,782 | 1,782 | 1,782 |
| 4660014 - Mental Health Other-Adult | 0 | 4,482 | 8,687 | 8,410 | 8,410 | 8,410 |
| **Total All Programs** | **$0** | **$10,959** | **$17,318** | **$16,829** | **$16,836** | **$16,844** |

# Personal Services Details

## Positions

| Positions | FY23 Current Year | FY23 Budget Year | FY23 BY+1 | FY23 BY+2 | FY23 BY+3 | FY23 BY+4 |
|---|---|---|---|---|---|---|
| 1303 - Personnel Spec (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 1401 - Info Tech Assoc (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 1402 - Info Tech Spec I (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 4800 - Staff Svcs Mgr I (Eff. 07-01-2023) | 0.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| 4801 - Staff Svcs Mgr II (Supvry) (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 4802 - Staff Svcs Mgr III (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 5161 - Pers Techn II (Spec) (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 5393 - Assoc Govtl Program Analyst (Eff. 07-01-2023) | 0.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 |
| 5731 - Research Data Analyst II (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 5734 - Research Data Supvr I (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 5737 - Research Data Supvr II (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 5742 - Research Data Spec I (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 7374 - Medical Assistant (Eff. 07-01-2023) | 0.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| 7374 - Medical Assistant (Eff. 07-01-2024) | 0.0 | 0.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| 8239 - Receiver's Med Exec (Safety) (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 8336 - Hlth Program Spec II (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 8338 - Hlth Program Spec I (Eff. 07-01-2023) | 0.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| 9288 - Sr Psychologist - CF (Supvr) (Eff. 07-01-2023) | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| 9288 - Sr Psychologist - CF (Supvr) (Eff. 07-01-2024) | 0.0 | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| 9291 - Supvng Psych Soc Worker I - CF (Eff. 07-01-2023) | 0.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| 9291 - Supvng Psych Soc Worker I - CF (Eff. 07-01-2024) | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 9292 - Supvng Psych Soc Worker II - CF (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 9318 - Supvng Registered Nurse II - CF (Eff. 07-01-2023) | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| 9318 - Supvng Registered Nurse II - CF (Eff. 07-01-2024) | 0.0 | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| 9859 - Chief Psychologist - CF (Eff. 07-01-2023) | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| 9859 - Chief Psychologist - CF (Eff. 07-01-2024) | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| **Total Positions** | **0.0** | **85.0** | **144.0** | **144.0** | **144.0** | **144.0** |

## Salaries and Wages

| Salaries and Wages | FY23 Current Year | FY23 Budget Year | FY23 BY+1 | FY23 BY+2 | FY23 BY+3 | FY23 BY+4 |
|---|---|---|---|---|---|---|
| 1303 - Personnel Spec (Eff. 07-01-2023) | 0 | 61 | 61 | 61 | 61 | 61 |
| 1401 - Info Tech Assoc (Eff. 07-01-2023) | 0 | 78 | 78 | 78 | 78 | 78 |
| 1402 - Info Tech Spec I (Eff. 07-01-2023) | 0 | 97 | 97 | 97 | 97 | 97 |
| 4800 - Staff Svcs Mgr I (Eff. 07-01-2023) | 0 | 183 | 183 | 183 | 183 | 183 |
| 4801 - Staff Svcs Mgr II (Suprvy) (Eff. 07-01-2023) | 0 | 100 | 100 | 100 | 100 | 100 |
| 4802 - Staff Svcs Mgr III (Eff. 07-01-2023) | 0 | 115 | 115 | 115 | 115 | 115 |
| 5161 - Pers Techn II (Spec) (Eff. 07-01-2023) | 0 | 58 | 58 | 58 | 58 | 58 |
| 5393 - Assoc Govtl Program Analyst (Eff. 07-01-2023) | 0 | 621 | 621 | 621 | 621 | 621 |
| 5731 - Research Data Analyst II (Eff. 07-01-2023) | 0 | 81 | 81 | 81 | 81 | 81 |
| 5734 - Research Data Supvr I (Eff. 07-01-2023) | 0 | 91 | 91 | 91 | 91 | 91 |
| 5737 - Research Data Supvr II (Eff. 07-01-2023) | 0 | 100 | 100 | 100 | 100 | 100 |
| 5742 - Research Data Spec I (Eff. 07-01-2023) | 0 | 85 | 85 | 85 | 85 | 85 |
| 7374 - Medical Assistant (Eff. 07-01-2023) | 0 | 2,561 | 2,561 | 2,561 | 2,561 | 2,561 |
| 7374 - Medical Assistant (Eff. 07-01-2024) | 0 | 0 | 2,561 | 2,561 | 2,561 | 2,561 |
| 8239 - Receiver's Med Exec (Safety) (Eff. 07-01-2023) | 0 | 384 | 384 | 384 | 384 | 384 |
| 8336 - Hlth Program Spec II (Eff. 07-01-2023) | 0 | 93 | 93 | 93 | 93 | 93 |
| 8338 - Hlth Program Spec I (Eff. 07-01-2023) | 0 | 170 | 170 | 170 | 170 | 170 |
| 9288 - Sr Psychologist - CF (Supvr) (Eff. 07-01-2023) | 0 | 435 | 435 | 435 | 435 | 435 |
| 9288 - Sr Psychologist - CF (Supvr) (Eff. 07-01-2024) | 0 | 0 | 435 | 435 | 435 | 435 |
| 9291 - Supvng Psych Soc Worker I - CF (Eff. 07-01-2023) | 0 | 223 | 223 | 223 | 223 | 223 |
| 9291 - Supvng Psych Soc Worker I - CF (Eff. 07-01-2024) | 0 | 0 | 112 | 112 | 112 | 112 |
| 9292 - Supvng Psych Soc Worker II - CF (Eff. 07-01-2023) | 0 | 119 | 119 | 119 | 119 | 119 |
| 9318 - Supvng Registered Nurse II - CF (Eff. 07-01-2023) | 0 | 619 | 619 | 619 | 619 | 619 |
| 9318 - Supvng Registered Nurse II - CF (Eff. 07-01-2024) | 0 | 0 | 619 | 619 | 619 | 619 |
| 9859 - Chief Psychologist - CF (Eff. 07-01-2023) | 0 | 178 | 178 | 178 | 178 | 178 |
| 9859 - Chief Psychologist - CF (Eff. 07-01-2024) | 0 | 0 | 178 | 178 | 178 | 178 |
| **Total Salaries and Wages** | **$0** | **$6,452** | **$10,357** | **$10,357** | **$10,357** | **$10,357** |

## Staff Benefits

| Staff Benefits | FY23 Current Year | FY23 Budget Year | FY23 BY+1 | FY23 BY+2 | FY23 BY+3 | FY23 BY+4 |
|---|---|---|---|---|---|---|
| 5150450 - Medicare Taxation | 0 | 94 | 151 | 151 | 151 | 151 |
| 5150500 - OASDI | 0 | 120 | 120 | 120 | 120 | 120 |
| 5150600 - Retirement - General | 0 | 1,434 | 2,323 | 2,323 | 2,323 | 2,323 |
| 5150800 - Workers' Compensation | 0 | 249 | 405 | 405 | 405 | 405 |

| Staff Benefits | FY23 Current Year | FY23 Budget Year | FY23 BY+1 | FY23 BY+2 | FY23 BY+3 | FY23 BY+4 |
|---|---|---|---|---|---|---|
| 5150820 - Other Post-Employment Benefits (OPEB) Employer Contributions | 0 | 153 | 249 | 249 | 249 | 249 |
| 5150900 - Staff Benefits - Other | 0 | 1,379 | 2,352 | 2,352 | 2,352 | 2,352 |
| **Total Staff Benefits** | **$0** | **$3,429** | **$5,600** | **$5,600** | **$5,600** | **$5,600** |

Total Personal Services

| | FY23 Current Year | FY23 Budget Year | FY23 BY+1 | FY23 BY+2 | FY23 BY+3 | FY23 BY+4 |
|---|---|---|---|---|---|---|
| Total Personal Services | | $9,881 | $15,957 | $15,957 | $15,957 | $15,957 |
| **Total Personal Services** | **$0** | **$9,881** | **$15,957** | **$15,957** | **$15,957** | **$15,957** |

# Attachment A

**California Department of Corrections and Rehabilitation**
**California Correctional Health Care Services**
**Statewide Telepsychiatry Program**

**Workload Assumptions**

| | |
|---|---|
| Work-hours per person per year* | 1776 |

Daytime Shift

| | |
|---|---|
| Days in Work Year | 260 |
| Weeks in Work Year | 52 |
| Months in Work Year | 12 |

24/7 Services

| | |
|---|---|
| Hours in Work Day | 24 |
| Days in Work Year | 236 |
| Weeks in Work Year | 52 |
| Months in Work Year | 12 |

Assumptions

| |
|---|
| The requested PY resources are to accommodate new workload requirements set forth by court orders as described in the Finance Letter narrative (dates). |
| This is not an expansion of existing work previously established, but rather new tasks related to the addition of activities to the workload. |

| | |
|---|---|
| For class specific assumptions, see individual tabs. | |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

## Classification: Assistant Deputy Director RME (Clinical)

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| *Specific Task* | | | |
| Participates in local process development team efforts to assess and improve processes of care related to medication management, and TMH services; including gender minority, serves as subject matter expert to policy development and/or improvements based on current tele-mental health research. | 1.0 | 420.0 | 420.0 |
| Assists in the achievement of state compliance with Coleman court orders and works to accurately measure and improve the quality and access of TMH services to patients. Develops assessment tools to analyze quality assurance and quality improvement and reports on tele-mental health practice and performance trends. | 3.0 | 52.0 | 156.0 |
| Monitors statewide mental health staffing levels, including line staff Psychiatrist, Psychologist, and Social Worker classifications. Works to improve statewide staffing and more specifically to address staffing shortages via implementation of TMH, as well as compensatory measures, recruitment strategies, and contract and bargaining unit negotiations. | 2.0 | 52.0 | 104.0 |
| Directs administrative operations and clinical oversight of the TMH program, collaborates with all institutions to assess the institutional needs for TMH services and implements new services or additional services when indicated. | 1.0 | 420.0 | 420.0 |
| Acts on behalf of the Deputy Director, Statewide Mental Health Program in meetings, policy development and procedures, project coordination, administrative functions within the Executive Office, CDCR, health care providers, and the public on mental health care issues. | 1.0 | 260.0 | 260.0 |
| Supervises hubs or home-based treatment, recruits highly capable candidates, recruits, trains, and supervises Chief Psychiatrists and other supervisors in the TMH program, conducts probationary and annual performance evaluations on direct reports, and evaluates and provides feedback to employees under their supervision. | 1.0 | 260.0 | 260.0 |
| Serves as a tele-mental health subject matter expert in executive and staff meetings and trainings; and statewide mental health program committees and workgroups to ensure proper protocols and standards are maintained. Serves as a resource/consultant to other mental health care executives and subordinate staff for case reviews and appeals regarding psychiatric care and/or treatment plans. | 8.0 | 52.0 | 416.0 |
| Participates in Continuing Medical Education. | 24.0 | 2.0 | 48.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **2,084.0** |
| **TOTAL POSITIONS PROJECTED** | | | **1.2** |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

**Classification: Chief Psychologist**

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
| --- | --- | --- | --- |
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| *Specific Task* | | | |
| Oversee the Tele-psychology program and Senior Psychologist Supervisors. Provide supervision of the development, delivery, and monitoring of specialized mental health training programs. Ensure supervision of the clinical work of psychologists occurs in areas such as program operation and evaluation, in order to provide direction for specific clinical psychology programs, ensure compliance with professional standards of practice, license maintenance requirements, American Psychological Association (APA) ethical guidelines, and laws and regulations applied to the practice of psychology, using Mental Health Services Delivery System (MHSDS) program guidelines, professional standards of practice, APA ethical guidelines, laws and regulations applied to the practice of psychology, communication skills, organization skills. | 30.0 | 52.0 | 1560.0 |
| Oversees recruitment and hiring of TMH staff. Provides oversight of personnel issues within the department. Participates in screening and hiring interviews of various applicants for TMH positions. Coordinate the training, proctorship, orientation, and supervision of new state employees, to ensure that all employees learn the knowledge and skills (e.g., criminal behavior, substance abuse, major mental illnesses) to work within their scope of practice and fully function in their position, understand the safety and security procedures they need to follow, understand the use of the MHSDS program guidelines. | 17.0 | 12.0 | 204.0 |
| Participate in supervisory meetings, Mental Health related committees, medical staff committees to provide mental health expertise in relation to the MHSDS, learn new departmental and institutional policies and procedures, share information between institutional programs, using knowledge of the mental health program's function and procedures, communication skills, understanding of group dynamics, organizational change process, and an understanding of the department's organization, chain of command, and protocol. Coordinate implementation of TMH program, including expansion activities and night shift telepsychology. | 15.0 | 52.0 | 780.0 |
| Consult with mental health subject matter experts, medical, and custody regarding inmates involved with MHSDS, program planning, implementation, and evaluation in order to assess the impact of specialized mental health training to provide information to and solicit information from others about the purpose, implementation, and activities of mental health programs. | 15.0 | 52.0 | 780.0 |
| Responsible for training reports and correspondence with management. Perform program evaluation studies on new and/or existing training programs in order to determine their effectiveness at meeting program guidelines and departmental needs, provide information to court monitors and the chain of command, make changes as part of a quality management program, identify problems and needs, recommend changes and improvements. | 10.0 | 12.0 | 120.0 |
| Participate in Continuing Education and other activities required to maintain licensure to practice. | 16.0 | 2.0 | 32.0 |
| Plan mandated mental health programs training and other special programs in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of Local Operating Procedures (LOPs), professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical), organizational skills, communication skills. | 15.0 | 12.0 | 180.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **3656.0** |
| **TOTAL POSITIONS PROJECTED** | | | **2.1** |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

**Classification: Senior Psychologist Supervisor**

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| *Specific Task* | | | |
| Provides administrative program management including oversight of implementation and monitoring of tele-mental Health Program (TMH) requirements, statewide policies and procedures. Works collaboratively with statewide institutions to coordinate delivery of a comprehensive and integrated tele-psychology program. Assists TMH and institutional leadership with the implementation and maintenance of mental health services via tele communication. | 46.0 | 52.0 | 2392.0 |
| Supervises tele-psychologists within the tele-mental health department. Perform program evaluation studies on new and/or existing training programs in order to determine their effectiveness at meeting program guidelines and departmental needs, provide information to court monitors and the chain of command, make changes as part of a quality management program, identify problems and needs, recommend changes and improvements. Coordinate implementation of TMH program, including expansion activities and night shift tele-psychology. | 86.0 | 52.0 | 4472.0 |
| Oversees recruitment and hiring of TMH staff. Provides oversight of personnel issues within the department. Participates in screening and hiring interviews of various applicants for TMH positions. Coordinates and organizes training and orientation for TMH employees. Responsible for training reports and correspondence with management. | 23.0 | 12.0 | 276.0 |
| Assist with the coordination of personnel matters to ensure that allocated staff resources are utilized efficiently. Completes probationary and annual performance evaluations. Evaluates staff performance and takes or recommends appropriate action based on audits of staff's casework activities. | 11.0 | 12.0 | 132.0 |
| Participation in statewide and local trainings, and in Continuing Education and other activities required to maintain licensure to practice. Provides direct patient care if necessary. Consults with professional personnel on the technical aspects of research design and analysis of data; maintains familiarity with professional developments and research. | 15.0 | 2.0 | 30.0 |
| Prepares and/or reviews medical records and patient case reports when necessary. Advises staff of appropriate treatment techniques for specific cases. Participates in Interdisciplinary Treatment Team planning sessions and case reviews as needed. Confers with physicians, nurses, and medical assistants regarding patient status and medications. Responds to emergencies and provides emergency tele-psychological evaluation and treatment when necessary. Provides evaluation and treatment to patients when necessary. | 46.0 | 52.0 | 2392.0 |
| Conducts workgroups; participate in/conducts statewide planning meetings and conferences; identify needs related to Specialized TMH Training, Clinical Psychologist training needs and quality improvement efforts. Participate in supervisory meetings, Mental Health related committees, medical staff committees. | 18.0 | 52.0 | 936.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **10,630.00** |
| **TOTAL POSITIONS PROJECTED** | | | **6.0** |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

### Classification: Supervising Psychiatric Social Worker I

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| *Specific Task* | | | |
| Provides administrative program management including oversight of implementation and monitoring of tele-mental Health Program (TMH) requirements, statewide policies and procedures. Works collaboratively with statewide institutions to coordinate delivery of a comprehensive and integrated tele-social work program. Assists TMH and institutional leadership with the implementation and maintenance of mental health services via tele communication, including expansion activities and night shift tele-social work. | 25.0 | 52.0 | 1300.0 |
| Supervises tele social workers within the tele-mental health department. Coordinates with headquarters, statewide and institutional departmental teams on quality management and quality improvement initiatives. | 25.0 | 52.0 | 1300.0 |
| Oversees recruitment and hiring of TMH staff. Provides oversight of personnel issues within the department. Participates in screening and hiring interviews of various applicants for TMH positions. Coordinates and organizes training and orientation for TMH employees. Responsible for training reports and correspondence with management. | 4.0 | 12.0 | 48.0 |
| Assist with the coordination of personnel matters to ensure that allocated staff resources are utilized efficiently. Completes probationary and annual performance evaluations. Evaluates staff performance and takes or recommends appropriate action based on audits of staff's casework activities. | 2.0 | 12.0 | 24.0 |
| Regional oversight of Pre-Release program and coordination with local treatment teams and clinical providers to ensure clinical contacts are completed for continuity of care. | 13.0 | 52.0 | 676.0 |
| Schedule and facilitate Coordinated Clinical Assessment Team (CCAT) with community provider for MHSDS patients. | 7.0 | 52.0 | 364.0 |
| Facilitate and schedule tele-mental health appointments between patient and community case managers and/or providers. | 7.0 | 52.0 | 364.0 |
| Monitor factors impacting release and release dates and communicate with case managers as changes occur. | 4.0 | 52.0 | 208.0 |
| Obtain release of information when records are needed by providers outside of normal processes established with county behavioral health departments. | 3.0 | 52.0 | 156.0 |
| Participation in statewide and local trainings, and in Continuing Education and other activities required to maintain licensure to practice. Provides direct patient care if necessary. Consults with professional personnel on the technical aspects of research design and analysis of data; maintains familiarity with professional developments and | 5.0 | 2.0 | 10.0 |
| Conduct workgroups; participate in/conducts statewide planning meetings and conferences; identify needs related to Specialized TMH Training, Clinical Social Work training needs and quality improvement efforts. | 16.0 | 52.0 | 832.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **5282.0** |
| **TOTAL POSITIONS PROJECTED** | | | **3.0** |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

**Classification:  Supervising Psychiatric Social Worker II**

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
| --- | --- | --- | --- |
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| *Specific Task* | | | |
| Oversee the Tele-social work program and Supervising Psychiatric Social Worker I. Ensures supervision of the development, delivery, and monitoring of specialized mental health training programs occurs. Provide direction for specific clinical social work programs, ensure compliance with professional standards of practice, license maintenance requirements, and laws and regulations applied to the practice of social work, using MHSDS program guidelines, professional standards of practice. Coordinate implementation of TMH program, including expansion activities and night shift tele-social work. | 12.0 | 52.0 | 624.0 |
| Oversees recruitment and hiring of TMH staff. Provides oversight of personnel issues within the department. Participates in screening and hiring interviews of various applicants for TMH positions. Coordinate the training, proctorship, orientation, and supervision of new state employees to ensure that all employees learn the knowledge and skills they need to work within their scope of practice and fully function in their position, understand the safety and security procedures they need to follow, understand the use of the MHSDS program guidelines. | 9.0 | 12.0 | 108.0 |
| Participate in supervisory meetings, TMH related committees, medical staff committees to provide mental health expertise in relation to the MHSDS, learn new departmental and institutional policies and procedures, share information between institutional programs, using knowledge of the mental health program's function and procedures, communication skills, understanding of group dynamics, organizational change process, and an understanding of the department's organization, chain of command, and protocol. | 10.0 | 52.0 | 520.0 |
| Design and develop quality management training tools. Responsible for quality reporting and audits. | 8.0 | 12.0 | 96.0 |
| Perform program evaluation studies on new and/or existing training programs in order to determine their effectiveness at meeting program guidelines and departmental needs, provide information to court monitors and the chain of command, make changes as part of a quality management program, identify problems and needs, recommend changes and improvements. | 2.0 | 12.0 | 24.0 |
| Participate in Continuing Education and other activities required to maintain licensure to practice. | 7.0 | 2.0 | 14.0 |
| Manage SW Pre-Release Program and supervise Regional Supervising Psychiatric Social Worker Is. Oversee coordination with local treatment teams and clinical providers to ensure clinical contacts are completed for continuity of care. | 5.0 | 52.0 | 260.0 |
| Oversee coordination with local treatment teams and clinical providers to ensure clinical contacts are completed for continuity of care. | 1.0 | 52.0 | 52.0 |
| Ensure tele-mental health appointments are scheduled between patient and community case managers and/or providers. | 1.0 | 52.0 | 52.0 |
| Monitor factors impacting release and release dates and communicate with case managers as changes occur. | 1.0 | 52.0 | 52.0 |
| Provides high level reports, administrative documents related to pre-release activities and status updates/recommendations to executive management. | 1.0 | 52.0 | 52.0 |
| Plan mandated mental health programs training and other special programs in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of Local Operating procedures (LOPs), professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical), organizational skills, communication skills. | 6.0 | 12.0 | 72.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **1926.0** |
| **TOTAL POSITIONS PROJECTED** | | | **1.1** |

**California Correctional Health Care Services**
**Program Area: Nursing**
**Issue: Tele-Mental Health Program**

## Classification:  Medical Assistant

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Training (Basic Life Support) | 400.0 | 0.5 | 200.0 |
| Training (Mandatory Annual Training) | 3200.0 | 1.0 | 3200.0 |
| Facilitating tele-mental encounters via videoconferencing (while tele-mental health clinician is doing assessments). | 1000.0 | 52.0 | 52000.0 |
| Conducting initial observations and recording patient's condition; then reporting findings to Tele-psychiatrist. | 500.0 | 52.0 | 26000.0 |
| Observing patient behavior during and after encounter with telepsychiatry and reporting to Tele-psychiatrist. | 500.0 | 52.0 | 26000.0 |
| Documenting clinical observations in chart (including obtaining vital signs, height, weight). | 500.0 | 52.0 | 26000.0 |
| Collaborating with tele-mental health clinicians on facilitating appropriate treatment to patient. | 500.0 | 52.0 | 26000.0 |
| Testing to ensure telepsychiatry equipment is in working condition at beginning of every shift. | 70.0 | 52.0 | 3640.0 |
| Collaborating with local nursing staff to meet clinical needs of the patient (including beginning & end of shift sign-outs). | 70.0 | 52.0 | 3640.0 |
| Assisting patient with physical care, including activities of daily living, ensuring patient safety. | 100.0 | 52.0 | 5200.0 |
| Monitor patient on suicide watch until appropriate relief arrives and documents all activities related to the suicide watch assignments. | 100.0 | 12.0 | 1200.0 |
| Contacting local staff in the event of emergency issues, and transferring appropriate clinical information and documentation. | 100.0 | 52.0 | 5200.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **178280.0** |
| **TOTAL POSITIONS PROJECTED** | | | **100.4** |

**California Correctional Health Care Services**
**Program Area: Nursing**
**Issue: Tele-Mental Health Program**

## Classification:  Supervising Registered Nurse II

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Administratively supervises medical assistants (MAs) facilitating tele-mental encounters via videoconferencing, testing to ensure tele-psychiatry equipment is in working condition at beginning of every shift, observing patient behavior during and after encounter with tele-psychiatry and reporting to the tele-psychiatrist, conducting initial observations and recording patient's condition and reporting findings to Tele-psychiatrist, collaborating with local staff to meet clinical needs of the patient (including beginning & end of shift sign-outs), and documenting clinical observations in chart (including obtaining vital signs, height, weight). | 100.0 | 52.0 | 5200.0 |
| Administratively supervises MAs assisting patients with physical care including activities of daily living, ensuring patient safety, monitoring patients on suicide watch until | 60.0 | 52.0 | 3120.0 |
| Manages personnel functions including timesheets, performance evaluations, probation reports, Equal Employment Opportunity (EEO) and Employee Relations Office (ERO) complaints, etc. | 54.0 | 52.0 | 2808.0 |
| Training new MAs in required duties such as taking vital signs, using the electronic health record system (EHRS), providing updated clinical data to physicians, and other nursing duties. | 60.0 | 52.0 | 3120.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **14248.0** |
| **TOTAL POSITIONS PROJECTED** | | | **8.0** |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

## Classification: Research Data Supervisor I

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Apply personnel management, supervision, and training principles to effectively oversee the work activities of employees to ensure the unit operates smoothly and supports the newly created tele-mental health program and efforts to recruit and retain more mental health providers. | 10.0 | 52.0 | 520.0 |
| Work and coordinate with interdisciplinary teams to conduct studies and research projects. | 8.0 | 52.0 | 416.0 |
| Review and edit written reports for accuracy, completeness, and compliance with applicable laws and regulations. | 6.0 | 52.0 | 312.0 |
| Review the work of subordinate staff and provide constructive feedback from the perspective of a supervisor. | 6.0 | 52.0 | 312.0 |
| Plan, organize, and manage a research function in compliance with departmental policies and regulations. | 3.0 | 52.0 | 156.0 |
| Use problem-solving techniques and processes to identify and resolve issues related to the completion of work assignments. | 3.0 | 52.0 | 156.0 |
| Manage workload and assignments of others to meet work unit and project objectives and deadlines. | 2.0 | 52.0 | 104.0 |
| Delegate work to staff to ensure work projects are completed on time and within budget. | 1.0 | 52.0 | 52.0 |
| Apply leadership principles and methods to motivate and maintain the productivity of work unit staff members in accomplishing program objectives. | 1.0 | 52.0 | 52.0 |
| TOTAL HOURS PROJECTED ANNUALLY | | | 2080.0 |
| TOTAL POSITIONS PROJECTED | | | 1.2 |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

### Classification: Research Data Supervisor II

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Provides overarching support to the tele-mental health program by identifying new data points that are not yet measured and considering how to capture that data. This includes internal metrics that can assist in targeting efforts to recruit and retain more mental health providers. | 8.0 | 52.0 | 416.0 |
| Supervises staff responsible for carrying out the work of the analytics unit including providing research guidance on research design, advanced statistical analyses and interpretations of results, developing and presenting findings, and identifying additional ways that data can be used to inform and guide the departmental decision making process. | 7.0 | 52.0 | 364.0 |
| Establishes and maintains project priorities and timelines, managing a complex program and developing and effectively using all available resources. | 4.0 | 52.0 | 208.0 |
| Plans and manages a research function, including overseeing the work activities of employees to ensure the unit operates. | 4.0 | 52.0 | 208.0 |
| Provides oversight on projects, ensuring that end products or services are delivered on schedule, within the established budget, and in compliance with applicable laws. Review and edit written reports, using interdisciplinary teams effectively in the conduct of studies. | 3.0 | 52.0 | 156.0 |
| Acts as technical expert to senior management, program supervisors, and departmental employees on data analysis and development of data management and reporting methods. | 3.0 | 52.0 | 156.0 |
| Delegates work to staff to ensure work projects are completed on time and within budget, and review the work of subordinate staff. | 3.0 | 52.0 | 156.0 |
| Objectively identify all facts and implications related to a situation before drawing conclusions and determining courses of action. | 2.0 | 52.0 | 104.0 |
| Utilizes project management techniques to manage the progress of programs and project activities to ensure that project timelines and schedules are appropriately established, modified, and adhered to. | 1.5 | 52.0 | 78.0 |
| Develops standard operating procedures and policies related to the conducting of human resource-related business analytics. | 1.0 | 52.0 | 52.0 |
| Ensures adequate cross training to ensure that all staff have the capabilities they need to be maximally effective in their analytical work. | 1.0 | 52.0 | 52.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **1950.0** |
| **TOTAL POSITIONS PROJECTED** | | | **1.1** |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

## Classification: Research Data Analyst II

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Developing and writing programs to track and analyze tele-mental Health Program productivity. | 7.0 | 52.0 | 364.0 |
| Developing program tools to assess with utilization and allocation of tele-mental health program resources. | 6.0 | 52.0 | 312.0 |
| Creating programs that track, analyze, and generate reports submitted to the courts on technical quality of tele-mental health program. | 6.0 | 52.0 | 312.0 |
| Creating programs that track, analyze, and generate reports submitted to the courts on the participation of tele-mental Health Program in Interdisciplinary Treatment Team meetings. | 5.0 | 52.0 | 260.0 |
| Providing statistical analysis and generating reports on clinical equivalence of tele-mental health program versus onsite psychiatry. | 4.0 | 52.0 | 208.0 |
| Developing both qualitative and quantitative measures of tele-mental Health Program versus onsite psychiatry. | 3.0 | 52.0 | 156.0 |
| Coordinating the creation of reports submitted to the court. | 2.0 | 52.0 | 104.0 |
| Designing, planning, and implementing quality improvement projects on data gathering and reporting. | 2.0 | 52.0 | 104.0 |
| Organizing and strategizing for upcoming tele-mental health program needs. | 0.5 | 52.0 | 26.0 |
| TOTAL HOURS PROJECTED ANNUALLY | | | 1846.0 |
| TOTAL POSITIONS PROJECTED | | | 1.0 |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

### Classification: Research Data Specialist I

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
| --- | --- | --- | --- |
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Collaborating with IT, CCHCS Quality Management and other discipline related to tele-mental Health Program improvement. | 50.0 | 5.0 | 250.0 |
| Creating and maintaining Power BI reports. | 30.0 | 6.0 | 180.0 |
| Enhancing current Power BI reports. | 30.0 | 6.0 | 180.0 |
| Fulfilling data request from internal and external stakeholders with detailed methodology, validation and verification. | 30.0 | 6.0 | 180.0 |
| Developing scripts, stored procedures, and triggers for development, applying bug fixes and managing SQL database. | 25.0 | 6.0 | 150.0 |
| Maintaining applications, reports and tools ensuring they reach maximum efficiency and function under satisfactory conditions. | 25.0 | 6.0 | 150.0 |
| Reviewing test writing results and documenting findings. | 20.0 | 6.0 | 120.0 |
| Validating and verifying changes to ensure system changes meet requirements and specifications and that it fulfills its intended purpose. | 18.0 | 5.0 | 90.0 |
| Designing, planning, and implementing quality improvement projects on data gathering and reporting. | 15.0 | 5.0 | 75.0 |
| Monitoring, triaging, addressing and resolving ticket from Service Now and statewide communication. | 15.0 | 6.0 | 90.0 |
| Enhancing the Business Rules Methodology Review (BRMR) Share point site. | 8.0 | 6.0 | 48.0 |
| Attending and participating in BRMR related meetings. | 7.0 | 6.0 | 42.0 |
| Coordinating, preparing, tracking and reviewing indicators for BRMR meeting. | 7.0 | 6.0 | 42.0 |
| Enhancing current reports by adding "about this report" to all MH reports. | 7.0 | 6.0 | 42.0 |
| Monitoring, triaging, addressing and resolving ticket from Service Now Incidents. | 7.0 | 6.0 | 42.0 |
| Monitoring, triaging, addressing and resolving ticket from Service Now Task. | 7.0 | 6.0 | 42.0 |
| Participating in internal team meetings. | 7.0 | 6.0 | 42.0 |
| Coordinating, creating, tracking and preparing statewide webinars and training. | 3.0 | 6.0 | 18.0 |
| Professional growth. | 3.0 | 5.0 | 15.0 |
| TOTAL HOURS PROJECTED ANNUALLY | | | 1798.0 |
| TOTAL POSITIONS PROJECTED | | | 1.0 |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

## Classification:  HPS II

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
| --- | --- | --- | --- |
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Tracking, reporting, and monitoring of TMH strategic goals. Reviewing reports, briefing documents, and presenting materials to Mental Health leadership, Office of Legal Affairs and the Coleman court. | 3.0 | 52.0 | 156.0 |
| Leading teams and managing special projects and initiatives, including quality improvement initiatives, and other TMH service projects. | 3.0 | 52.0 | 156.0 |
| Monitoring, auditing, and reporting on adherence to TMH requirements. | 1.0 | 52.0 | 52.0 |
| Utilizing project management tools to lead TMH improvement projects. Reporting on  timelines, updating stakeholders on goals and benchmarks, providing logistical expertise, and designing ongoing maintenance for project sustainability. | 1.0 | 52.0 | 52.0 |
| Conducting complex reviews and detailed data analysis of TMH services performance and outcome measures. Conducting statistical analysis reports, feasibility studies and proposals in support of TMH improvement projects. | 2.0 | 52.0 | 104.0 |
| Leading HPS Is who produce and track measures to determine efficacy of TMH initiatives, policies/procedures, and making recommendations of new initiatives. | 2.0 | 52.0 | 104.0 |
| Lead TMH policy and procedure development efforts. Tracking status, corresponding with internal and external stakeholders. Develop streamline processes to expedite implementation. Develop labor negotiation tools and assist with inquiries related to TMH and SMHP litigation. | 20.0 | 52.0 | 1040.0 |
| Attend all staff meetings and TMH workgroups. | 1.0 | 52.0 | 52.0 |
| Attending internal and external training courses. | 4.0 | 12.0 | 48.0 |
| Traveling to institutions to assist assessment of current and future TMH services. | 6.0 | 12.0 | 72.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **1836.0** |
| **TOTAL POSITIONS PROJECTED** | | | **1.0** |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

## Classification:  SSM III

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
| --- | --- | --- | --- |
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Oversees TMH and SMHP functions and operational support teams and directly supervises SSM IIs, HPS IIs and support staff. Develops implementation plans to effectively respond to emerging priorities. | 13.0 | 52.0 | 676.0 |
| Monitor data validation review related to TMH and SMHP. | 2.0 | 52.0 | 150.0 |
| Participate in strategic planning and process improvement activities relating to TMH and SMHP, including development and evaluation of policies, procedures, and protocols critical to improving the quality of mental health services. | 5.0 | 52.0 | 260.0 |
| Oversight of design, planning, and implementing quality improvement projects specifically relating to TMH and SMHP. | 4.0 | 52.0 | 208.0 |
| Reporting TMH workgroup outcomes across disciplines and to executive Leadership. | 2.0 | 52.0 | 104.0 |
| Leading, organizing, and participating in TMH workgroup activities. | 2.0 | 52.0 | 104.0 |
| Participating in and co-facilitating internal team meetings. | 2.0 | 52.0 | 104.0 |
| Performance evaluations, staff development and team building. | 1.0 | 52.0 | 200.0 |
| Coordinate, track, review materials and participate in statewide webinars and training related to TMH. | 1.0 | 52.0 | 52.0 |
| Provide oversight related to the planning, development, and ongoing maintenance of TMH and SMHP programs to ensure high-quality work is delivered within required timelines. | 1.0 | 52.0 | 52.0 |
| Direct department wide assignments of the most sensitive, complex, and/or confidential nature. Provides recommendations and feedback to CEA, executive leadership, Office of Legal Affairs, and the Coleman Court. | 3.0 | 52.0 | 156.0 |
| Assess program needs and recommend specific actions to facilitate organizational effectiveness and promote workforce excellence. | 2.0 | 52.0 | 104.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **2170.0** |
| **TOTAL POSITIONS PROJECTED** | | | **1.2** |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

## Classification:  SSM II

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Oversee Teams of SSM Is and support staff within the TMH Operational Support Section. Coordinate activities, projects, implementation of TMH program, policies, procedures, and continuous improvement activities, including TMH support related to gender minority related services, policies and procedures, litigation data analytics,  Electronic Health Record System, Quality Management/Utilization Management. | 15.0 | 52.0 | 780.0 |
| Reporting workgroup outcomes across disciplines, TMH clinicians, executive leadership and legal. | 1.0 | 52.0 | 52.0 |
| Coordinating TMH efforts between SSM IIIs, CEAs, Headquarters clinicians, institutions, and HPS II. | 1.0 | 52.0 | 52.0 |
| Directs program development through statistical analyses, research, and program implementation. | 2.0 | 52.0 | 104.0 |
| Provides oversight related to the planning, development, implementation, and on-going maintenance to ensure high quality work is delivered within timelines. | 1.0 | 52.0 | 52.0 |
| Ensures program is consistent and in-line with the policies and procedures of the TMH and the Department. | 2.0 | 52.0 | 104.0 |
| Organizes and directs the most efficient and effective courses of action in the identification of assessed issues, needs, corrective actions, and improvements for TMH. | 2.0 | 52.0 | 104.0 |
| Oversees staff development, implementation, and on-going maintenance of specialized policy, planning, and system assistance related to program operations; determining impacted and affected program activities. | 4.0 | 52.0 | 208.0 |
| Directs program needs and provides oversight and supervision to SSM Is and analytical teams. | 3.0 | 52.0 | 156.0 |
| Leading, organizing, and participating in workgroup activities for TMH and related operational functions. | 2.0 | 52.0 | 104.0 |
| Participating in and co-facilitating internal team meetings. | 2.0 | 52.0 | 104.0 |
| Performance evaluations and team building. | 1.0 | 52.0 | 52.0 |
| Monitoring audits and reviewing reports for Tele MH services including gender minority, Electronic Health Records System, Quality Management/Utilization Management. | 2.0 | 52.0 | 104.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **1976.0** |
| **TOTAL POSITIONS PROJECTED** | | | **1.1** |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

## Classification:  SSM I

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
| --- | --- | --- | --- |
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Overseeing a team of HPSs and AGPAs for the 3 TMH program areas (PSYL, SW). Coordinating activities, managing workload, projects, implementation of TMH program, policies, procedures, and continuous improvement activities. | 40.0 | 52.0 | 2080.0 |
| Reporting workgroup outcomes across disciplines and TMH clinicians. | 2.0 | 52.0 | 104.0 |
| Leading, organizing, and participating in workgroup activities for TMH. | 6.0 | 52.0 | 312.0 |
| Participating in and cofacilitating internal team meetings. | 4.0 | 52.0 | 208.0 |
| Providing supervisory guidance to staff. | 4.0 | 52.0 | 208.0 |
| Designing, planning, and implementing quality improvement projects for TMH. | 4.0 | 52.0 | 208.0 |
| Assisting staff with determining the methodologies and requirements needed to deliver relevant and quality training and for developing and maintaining relationships with key business partners needed to support critical training activities. | 4.0 | 52.0 | 208.0 |
| Performance evaluations, staff development and team building. | 4.0 | 52.0 | 208.0 |
| Monitoring audits and reviewing reports/documents for Tele MH services, including policies and procedures, EHRS, UM/QM, TMH gender minority services. | 4.0 | 52.0 | 208.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **3,744.0** |
| **TOTAL POSITIONS PROJECTED** | | | **2.1** |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

## Classification: Health Program Specialist I

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
| --- | --- | --- | --- |
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Tracking, reporting, and monitoring of TMH strategic goals. | 16.0 | 52.0 | 832.0 |
| Special projects and TMH operational support activities, including, quality improvement initiatives. | 16.0 | 52.0 | 832.0 |
| Monitoring, auditing, and reporting on adherence to TMH requirements. | 4.0 | 52.0 | 208.0 |
| Utilizing project management tools to support improvement projects in order to enhance TMH services. Creating timelines, updating stakeholders on goals and benchmarks, providing logistical expertise, and designing ongoing maintenance for TMH sustainability. | 2.0 | 52.0 | 104.0 |
| Preparing TMH reports, briefing documents, and presenting materials to Mental Health leadership and the Coleman court. | 4.0 | 52.0 | 208.0 |
| Conducting targeted improvement projects as TMH subject matter expert on TMH scheduling, mental health services logistics, and expansion initiatives. | 5.0 | 52.0 | 260.0 |
| Providing detailed statistical analysis reports, feasibility studies and proposals in support of TMH improvement projects. | 5.0 | 52.0 | 260.0 |
| Conducting complex and detailed data analysis of TMH services performance and outcome measures. | 5.0 | 52.0 | 260.0 |
| Producing and tracking measures to determine efficacy of TMH initiatives and making recommendations for future initiatives. | 4.0 | 52.0 | 208.0 |
| Attend staff meetings and TMH workgroups. | 4.0 | 52.0 | 208.0 |
| Attending internal and external training courses. | 3.0 | 52.0 | 156.0 |
| TOTAL HOURS PROJECTED ANNUALLY | | | 3536.0 |
| TOTAL POSITIONS PROJECTED | | | 2.0 |

**California Department of Corrections and Rehabilitation**
**Division of Health Care Services**
**Program Area: SMHP**
**Issue: Tele-Mental Health Program**

## Classification:  AGPA

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
| --- | --- | --- | --- |
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| Tracking, reporting, and monitoring of TMH strategic goals. | 40.0 | 52.0 | 2080.0 |
| Assist with preparing and editing TMH reports and briefing documents that will be presented to Mental Health leadership and the Coleman court. | 20.0 | 52.0 | 1040.0 |
| Providing detailed analysis reports, in support of improvement projects for TMH services including gender minority, policies, Electronic Health Record System, Quality Management/Utilization Management, and data analytics. | 20.0 | 52.0 | 1040.0 |
| Conducting data analysis of TMH services performance and outcome measures. | 20.0 | 52.0 | 1040.0 |
| Producing and tracking measures to determine efficacy of TMH expansion initiatives and making recommendations for future TMH expansion of new initiatives. | 10.0 | 52.0 | 520.0 |
| Attend staff meetings and TMH workgroups. | 15.0 | 52.0 | 780.0 |
| Support improvement projects in order to enhance TMH services. Tracking timelines, updating stakeholders on goals and benchmarks, providing logistical expertise, and designing ongoing maintenance for project sustainability. | 15.0 | 52.0 | 780.0 |
| Assist with TMH policy development, editing, and review. Assist with inquiries related to various litigation pertaining to TMH and SMHP. | 10.0 | 52.0 | 520.0 |
| Attending internal and external training courses. | 6.0 | 52.0 | 312.0 |
| Provides support to executive leadership. | 60.0 | 52.0 | 3120.0 |
| TOTAL HOURS PROJECTED ANNUALLY | | | 11232.0 |
| TOTAL POSITIONS PROJECTED | | | 6.3 |

# Attachment B

**California Department of Corrections and Rehabilitation**
**California Correctional Health Care Services**
**Statewide Telepsychiatry Program**

## Workload Assumptions

| Work-hours per person per year* | 1776 |
|---|---|

Daytime Shift

| Days in Work Year | 260 |
|---|---|
| Weeks in Work Year | 52 |
| Months in Work Year | 12 |

24/7 Services

| Hours in Work Day | 24 |
|---|---|
| Days in Work Year | 236 |
| Weeks in Work Year | 52 |
| Months in Work Year | 12 |

Assumptions

| The requested PY resources are to accommodate new workload requirements set forth | |
|---|---|
| by court orders as described in the Finance Letter narrative (dates). | |
| This is not an expansion of existing work previously established, | |
| but rather new tasks related to the addition of activities to the workload. | |

| For class specific assumptions, see individual tabs. | |
|---|---|

**California Correctional Health Care Services**
**Program Area: ITSD Customer Support Center**
**Issue: Tele-Mental Health Program**

**Classification: Information Technology Associate (ITSD MH Support) for OPS**

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| *Specific Task* | | | |
| Network connectivity. | 0.8 | 100.0 | 75.0 |
| Account management. | 0.3 | 75.0 | 18.8 |
| Procurement (Major Equipment). | 2.0 | 5.0 | 10.0 |
| Develops work plans, proposals and reporting. | 5.0 | 5.0 | 25.0 |
| Provides special services to customers and other department units. | 3.0 | 4.0 | 12.0 |
| Troubleshoots Equipment/malfunction. | 0.8 | 1185.0 | 888.8 |
| Basic training. | 0.5 | 50.0 | 25.0 |
| Detailed training. | 2.0 | 1.5 | 3.0 |
| Testing network, peripherals. | 0.3 | 280.0 | 70.0 |
| Software management. | 0.3 | 50.0 | 12.5 |
| Hardware management. | 0.5 | 110.0 | 55.0 |
| Deploy Telehealth/psych cart (Region 1) | 5.5 | 6.0 | 33.0 |
| Deploy Telehealth/psych cart (Region 2) | 12.0 | 6.0 | 72.0 |
| Deploy Telehealth/psych cart (Region 3) | 12.0 | 10.0 | 120.0 |
| Deploy Telehealth/psych cart (Region 4) | 22.0 | 7.0 | 154.0 |
| Documentation. | 1.0 | 38.0 | 38.0 |
| Asset management (general duties). | 0.3 | 300.0 | 75.0 |
| Answer incoming calls for enterprise support. | 0.2 | 500.0 | 100.0 |
| Service Now ticket create/move /change. | 0.2 | 1000.0 | 150.0 |
| Provisioning. | 0.3 | 200.0 | 50.0 |
| Product research. | 2.0 | 4.0 | 8.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **1995.0** |
| **TOTAL POSITIONS PROJECTED** | | | **1.1** |

**California Correctional Health Care Services**
**Program Area: ITSD Infrastructure**
**Issue: Tele-Mental Health Program**

**Classification: Information Technology Specialist I for Telehealth**

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| *Specific Task* | | | |
| Connecting network. | 1.0 | 100.0 | 100.0 |
| Managing accounts. | 0.5 | 80.0 | 40.0 |
| Procuring telehealth equipment and peripherals. | 2.0 | 10.0 | 20.0 |
| Developing work plans, proposals and reporting. | 5.0 | 5.0 | 25.0 |
| Providing special services to customers and other department units. | 1.0 | 15.0 | 15.0 |
| Troubleshooting equipment and malfunction. | 0.5 | 750.0 | 375.0 |
| Conducting basic training. | 1.0 | 40.0 | 40.0 |
| Conducting detailed training. | 1.0 | 10.0 | 10.0 |
| Testing network and telehealth peripherals. | 0.5 | 150.0 | 75.0 |
| Managing software. | 0.5 | 60.0 | 30.0 |
| Managing hardware. | 0.5 | 60.0 | 30.0 |
| Deploying telehealth equipment (Region 1). | 12.0 | 13.0 | 156.0 |
| Deploying telehealth equipment (Region 2). | 12.0 | 13.0 | 156.0 |
| Deploying telehealth equipment (Region 3). | 12.0 | 13.0 | 156.0 |
| Deploying telehealth equipment (Region 4). | 12.0 | 13.0 | 156.0 |
| Documenting. | 2.0 | 40.0 | 80.0 |
| Managing assets (general duties). | 0.3 | 300.0 | 75.0 |
| Answering incoming calls. | 0.2 | 500.0 | 100.0 |
| Creating, moving, and updating Solution Center Tickets. | 0.5 | 500.0 | 250.0 |
| Provisioning. | 0.5 | 100.0 | 50.0 |
| Researching products. | 1.0 | 25.0 | 25.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **1964.0** |
| **TOTAL POSITIONS PROJECTED** | | | **1.1** |

# Attachment C

Attachment C

**California Department of Corrections and Rehabilitation**
**California Correctional Health Care Services**
**Statewide Telepsychiatry Program**

**Workload Assumptions**

| Work-hours per person per year * | 1776 |
|---|---|

Daytime Shift

| Days in Work Year | 260 |
|---|---|
| Weeks in Work Year | 52 |
| Months in Work Year | 12 |

24/7 Services

| Hours in Work Day | 24 |
|---|---|
| Days in Work Year | 236 |
| Weeks in Work Year | 52 |
| Months in Work Year | 12 |

Assumptions

| The requested PY resources are to accommodate new workload requirements set forth | |
|---|---|
| by court orders as described in the Finance Letter narrative (dates). | |
| This is not an expansion of existing work previously established, | |
| but rather new tasks related to the addition of activities to the workload. | |

| For class specific assumptions, see individual tabs. | |
|---|---|

California Correctional Health Care Services
Human Resources

**Classification:  Associate Governmental Program Analyst**

| ACTIVITY / TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| *Specific Task* | | | |
| Provides hiring support to headquarters, regional and institutions for Tele-Mental, mental health programs, and institution vacancies to mental health positions by guiding candidates through the recruitment and hiring process as the principal point of contact for all hiring-related activities. This includes communicating to candidate on location(s) of interest, ensuring completion of pre-interview documentation, establishing interview dates, assessing interview questions, screening applications, verifying valid licensure/certification, establishing livescan appointments, ensuring completion of pre-hire documentation, including credentialing and compiling of hiring packet, and follow up. | 18.0 | 100.0 | 1,800.0 |
| Provides hiring support at all hiring events which includes set up at the event, assists candidates with exams, interviews, pre-employment, livescan and tentative offer.  Prepares all hiring paperwork at the event to ensure quick hires and follows up for completion of hires from these events. | 26.0 | 3.5 | 91.0 |
| Ensures hires are progressing appropriately. Coordinates with candidate, hiring programs, credentialing unit, livescan unit, etc. to ensure progress, determining impacts and formulating solutions, and escalates issues to management, as needed. | 15.0 | 100.0 | 1,500.0 |
| Main point of contact for leads which may not result in interview for assigned classification. Communicates with candidates via telephone and email regarding employment inquiries. | 1.0 | 25.0 | 25.0 |
| Coordinates departmental subject matter experts for conferences, interview panel members, local job fairs, and other recruitment events. | 1.0 | 30.0 | 30.0 |
| Produces ad hoc reports for program and executive management regarding mental health and Event hiring data and individual hiring status. | 0.5 | 12.0 | 6.0 |
| Consults and regularly follows up to determine the effectiveness of recruiting plans. Compiles and analyzes the data pertaining to mental health recruitment activities, outreach efforts, and educational partnerships. Makes recommendations to management in regards to establishing recruiting requirements. | 0.5 | 65.0 | 32.5 |
| Works directly with headquarters, regional offices and institutions hiring programs and other Human Resources (HR) programs to address any questions or concerns regarding hiring process. Communicates to programs regarding status of hires and/or candidate pools.  Works towards process improvements and streamlining of hiring timelines through teamwork with programs. | 0.5 | 100.0 | 50.0 |
| Develops social-media recruitment tools, including updating the CCHCS social media pages and accounts in conjunction with Graphic Designers, in addition to other social media strategies to provide referrals to CCHCS recruitment website or other strategies. | 4.0 | 7.5 | 30.0 |
| Requests/posts job ads on the California Department of Human Resources and California Correctional Health Care Services job posting sites and other employment sites as required. Ensures advertisements are posted correctly and free from error. | 0.5 | 15.0 | 7.5 |
| Maintains and develops graphics for social media recruitment platforms such as Facebook, CareerArc, and LinkedIn. Conducts associated research on a monthly basis (image searches, ensures adherence to State of California social media policies, maintains company and career pages, coordination of targeted digital campaigns, and research on best practices). | 5.0 | 12.0 | 60.0 |
| Continues process improvements and streamlining of hiring timelines to expedite hires. | 5.0 | 3.0 | 15.0 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **3,647.0** |
| **TOTAL POSITIONS PROJECTED** | | | **2.1** |

**Note:** Column C- task assumptions are derived either by:

Number of tasks, per institution, per month, per year (Row 9)

Number of tasks, per training (Row 10)

Number of tasks per month (Rows= 11-14, 16)

Number of classes plus new classes (Row= 15)

**California Correctional Health Care Services**
**Human Resources**

## Classification:  Personnel Technician II (Specialist)

| ACTIVITY /TASK | PROJECTED ONGOING WORKLOAD | | |
|---|---|---|---|
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| *Specific Task* | | | |
| Downloads data from California Correctional Health Care Services (CCHCS) exam platform (HODES) to include in clinical/non-clinical  report.  Download State Restriction of Appoint (E2) report and enter E2s into Examination Certification Online System (ECOS).  Audits E2s. | 1.0 | 500.0 | 500.0 |
| Responds to applicant inquiries regarding exam related information.  Prepares notices of exam results and mail to candidates.  Assists analysts with testing online exams in HODES. Updates exam bulletins and organizes electronic exam materials. | 4.0 | 50.0 | 200.0 |
| Prepares ECOS postings for all mental health classifications, initiates and completes the certification process. Provides information to candidates regarding list eligibility and the certification process.  Completes changes to the on-line system as requested by candidates. | 2.0 | 175.0 | 350.0 |
| Analyzes applicants experience and education from the state application or Statement of Qualifications.  Contacts candidates for additional information if needed and verify valid licensure and or certifications.  Utilizes resource materials to ensure applicable state rules are applied to each exam/certification process. | 3.0 | 150.0 | 450.0 |
| Assists with the exam and certification process at all hiring events including candidate prescreening, attending all events and setting up and taking down the event venue. | 30.0 | 3.5 | 105.0 |
| Provides support to Human Resources staff and California Correctional Health Care Services institution Field Liaison Analysts, screen incoming calls and refers analytical questions to the appropriate analyst; sort, file and track incoming mental health applications and mail correspondence.  Reconciles error reports and audit system processes. | 2.0 | 63.0 | 126.0 |
| Americans with Disability Acts compliance functions. | 1.0 | 0.3 | 0.3 |
| **TOTAL HOURS PROJECTED ANNUALLY** | | | **1,731.3** |
| **TOTAL POSITIONS PROJECTED** | | | **1.0** |

**Note:** Column C- task assumptions are derived either by:

Number of tasks, per institution, per month, per year (Row 9)
Number of tasks, per training (Row 10)
Number of tasks per month (Rows= 11-14, 16)
Number of classes plus new classes (Row= 15)

California Correctional Health Care Services
Human Resources

## Classification:  Personnel Specialist

| ACTIVITY TASK | PROJECTED ONGOING WORKLOAD | | |
| --- | --- | --- | --- |
| | HOURS TO COMPLETE TASK | NUMBER OF TASKS PER YEAR | NUMBER OF HOURS PER YEAR |
| *Specific Activity* | | | |
| Makes independent decisions on salary determination based on civil service laws and rules - including specific mental health pay differentials that must be reviewed and applied based on eligibility criteria. | 2.00 | 125 | 250.0 |
| Keys appointment transactions on the Personnel Action Request (PAR) and Employee Action Requests via the State Controllers computer system ensuring that all information is accurate and complete. . | 0.75 | 125 | 93.8 |
| Keys separation transactions on the PAR form via the State Controllers computer system.  Prepare and process timely lump sum calculations and payments for separating employees to avoid penalties. | 3.00 | 25 | 75.0 |
| Keys all miscellaneous pay transactions such as overtime, shift pay, On-Call/Callback, Psychiatrist of the Day, Holiday Pay and Out of Class pay.  Keys all miscellaneous employment transactions on the PAR such as locked in pay differentials, range changes, tenure changes, time base changes, and leave of absences. | 0.50 | 600 | 300.0 |
| Processes all benefit documents for employees including health, dental, vision, life insurance, flex-elect and Consolidated Omnibus Budget Reconciliation Act (COBRA).  Processes and monitors Catastrophic Time Banks, Family Medical Leave Act, State Disability Insurance, Non Industrial Disability Insurance, and Temporary Disability. | 2.50 | 250 | 625.0 |
| Maintains attendance records and reconciles monthly payroll with received timesheets to ensure payroll is accurate.  Audits time sheets against employees leave and ensures that time off is reflected in the California Leave Accounting System.  Sets up accounts receivables if employee has insufficient time to cover ableness. | 8.00 | 26 | 208.0 |
| Maintains and files all employee related documents in the Official Personnel File.  Files all payroll documents in accordance with the Department of General Services retention schedule. | 1.00 | 52 | 52.0 |
| Processes garnishments and levies, researches and monitors collections, prepares salary advances and ensures collection, process and monitor accounts receivables to ensure timely collection.  Updates and maintains all Salary Advance and Accounts Receivable information in Business Information System. | 3.00 | 52 | 156.0 |
| TOTAL HOURS PROJECTED ANNUALLY | | | 1,759.8 |
| TOTAL POSITIONS PROJECTED | | | 1.0 |

**Note:** Column C- task assumptions are derived either by:
Number of tasks, per institution, per month, per year (Row 9)
Number of tasks, per training (Row 10)
Number of tasks per month (Rows= 11-14, 16)
Number of classes plus new classes (Row= 15)