Rob Bonta
Attorney General of California
Monica N. Anderson
Senior Assistant Attorney General
Damon G. McClain - 209508
Supervising Deputy Attorney General
Iram Hasan – 320802
Corinna Arbiter – 273074
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3793
  Fax:  (415) 703-5480
  E-mail:  Iram.Hasan@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello - 179755
Samantha D. Wolff – 240280
  425 Market Street, 26th Floor
  San Francisco, CA 94015
  Telephone: (415) 777-3200
  Facsimile: (415) 541-9366
  E-mail: pmello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>        Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>        Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>        Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>        Defendants. | Case No. 4:01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**Defendants' December 2023 Quarterly Status Report in Response to February 10, 2014 and March 25, 2022 Orders** |

The State submits this quarterly status report in response to this Court's February 10, 2014 order (ECF No. 2766/5060)[1] to reduce CDCR's adult prison population to 137.5 percent of design capacity, and March 25, 2022 order reducing the frequency of these reports from monthly to quarterly (ECF No. 3795/7515). Exhibit A provides statewide and prison-specific population data, including the current design capacity, population, and population as a percentage of design capacity. Page three of Exhibit A also includes a summary of recent closures and their impact on design capacity. Exhibit B provides updates on population reduction measures, including those Defendants implemented in response to the February 10, 2014 order, and the durability of those measures. Defendants first informed this Court that CDCR's adult prison population was below the 137.5 percent population cap on February 17, 2015 (ECF No. 2838/5278), and have complied with that cap for almost nine years.

As a result of prison and facility closures that were first announced on December 6, 2022,[2] CDCR's institutional design capacity has reduced from 81,962 in January 2023, to 75,530 as of December 6, 2023. (Ex. B at 3.)

As of December 6, 2023, 91,429 incarcerated people are housed in the State's adult institutions, occupying approximately 121.0 percent of institutional design capacity. (Ex. A at 2.[3]) None are housed in out-of-state facilities.[4]

///

///

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.) and *Coleman v. Newsom*, No. 2:90-cv-00520-KJM-DB (E.D. Cal.). Docket citations to this Court's orders cite to the docket number of *Plata* first, and *Coleman* second.

[2] *See* Cal. Dep't Corr. & Rehabilitation, *California Department of Corrections and Rehabilitation Announces the Planned Closure of Chuckawalla Valley State Prison* (Dec. 6, 2022), https://www.cdcr.ca.gov/news/2022/12/06/california-department-of-corrections-and-rehabilitation-announces-the-planned-closure-of-chuckawalla-valley-state-prison/.

[3] The data in Exhibit A is taken from CDCR's December 6, 2023 weekly population report, available on CDCR's website at https://www.cdcr.ca.gov/research/2023-weekly-total-population-reports-tpop1-archive/.

[4] This statistic concerns incarcerated people in out-of-state contract beds, and does not include those housed in other states under interstate compact agreements.

| | | |
|---|---|---|
| 1 | Dated: December 15, 2023 | ROB BONTA |
| 2 | | Attorney General of California |

/s/ Iram Hasan
DAMON G. MCCLAIN
Supervising Deputy Attorney General
IRAM HASAN
CORINNA ARBITER
Deputy Attorneys General
*Attorneys for Defendants*

Dated: December 15, 2023

HANSON BRIDGETT LLP

/s/ Paul Mello
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

SF2007200670