| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>Lawrence M. Cirelli, SBN 114710<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias, SBN 321994<br>Carson R. Niello, SBN 329970<br>1676 N. California Blvd., Suite 620<br>Walnut Creek, California 94596<br>Telephone: 925-746-8460<br>Facsimile: 925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DEFENDANTS' SUBMISSION OF UPDATED SALARY SCHEDULES**<br><br>Judge: Hon. Kimberly J. Mueller |

On November 2, 2023, this Court ordered Defendants to submit an updated salary schedule. ECF No. 8050. Defendants informed the Court on November 9, 2023, that the State Controller's Office had not yet updated the salary schedule to reflect salary increases that would be coming into effect as a result of recently-negotiated collective bargaining agreements affecting mental healthcare providers. ECF No. 8063 at 1:22-24. Defendants indicated they would file the updated salary schedule within three days of it becoming finalized, and this Court issued an order requiring the same. *Id.* at 1:25-2:1; ECF No. 8066 at 5:22-23.

Defendants are informed that the final pay letter issued on December 14, 2023, and that the salary schedule was updated on December 15, 2023. Accordingly, Defendants attach a true and

1 | correct copy of the updated salary schedule as **Exhibit A.** As noted in Defendants' prior filing, all
2 | pay increases are retroactive to July 2023. ECF No. 8063 at fn. 1.

DATED: December 18, 2023

ROB BONTA
Attorney General of California

By: _____/s/ Elise Owens Thorn_____
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: December 18, 2023

HANSON BRIDGETT LLP

By: _____/s/ Samantha Wolff_____
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*