# Exhibit A

**PSYCHIATRIST, PSYCHOLOGIST, SOCIAL WORKER, RECREATION THERAPIST & MEDICAL ASSISTANT**
Salary Ranges
As of: 12/15/2023

| Class Codes | Ranges | Class Title | Minimum Salary | Maximum Salary | Alternate Range Criteria | | | CBID |
|---|---|---|---|---|---|---|---|---|
| 9758 | | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | | | | | | R16 |
| | A | | $ 13,210 | $ 18,125 | 444 | 448 | | |
| | B | | $ 13,593 | $ 18,650 | 444 | 448 | | |
| | P | | $ 23,915 | $ 28,661 | 444 | 448 | | |
| | Q | | $ 24,544 | $ 29,492 | 444 | 448 | | |
| 9759 | | Senior Psychiatrist (Specialist), Correctional and Rehabilitative Services (Safety) | | | | | | R16 |
| | A | | $ 13,593 | $ 18,650 | 444 | 448 | | |
| | B | | $ 13,918 | $ 19,093 | 444 | 448 | | |
| | P | | $ 24,151 | $ 30,096 | 444 | 448 | | |
| | Q | | $ 24,762 | $ 30,965 | 444 | 448 | | |
| 9761 | | Senior Psychiatrist (Supervisor), Correctional and Rehabilitative Services (Safety) | | | | | | S16 |
| | A | | $ 13,021 | $ 18,387 | 444 | 448 | | |
| | B | | $ 13,988 | $ 18,822 | 444 | 448 | | |
| | P | | $ 25,711 | $ 30,556 | 444 | 448 | | |
| | Q | | $ 26,264 | $ 31,288 | 444 | 448 | | |
| 9774 | | Chief Psychiatrist, Correctional and Rehabilitative Services (Safety) | | | | | | M16 |
| | A | | $ 15,147 | $ 18,958 | 444 | 448 | | |
| | B | | $ 15,884 | $ 19,224 | 444 | 448 | | |
| | P | | $ 26,961 | $ 32,602 | 444 | 448 | | |
| | Q | | $ 27,478 | $ 33,417 | 444 | 448 | | |
| | S | | $ 23,763 | $ 31,047 | 444 | 448 | | |
| | T | | $ 24,214 | $ 31,823 | 444 | 448 | | |
| | U | | $ 25,676 | $ 31,047 | 444 | 448 | | |
| | V | | $ 26,170 | $ 31,823 | 444 | 448 | | |
| 9283 | | Psychologist-Clinical, Correctional Facility | | | | | | R19 |
| | A | | $ 6,160 | $ 9,809 | 448 | 449 | | |
| | P | | $ 9,107 | $ 10,889 | 448 | 449 | | |
| | Q | | $ 10,750 | $ 13,201 | 448 | 449 | | |
| 9287 | | Senior Psychologist, Correctional Facility (Specialist) | | | | | | R19 |
| | A | | $ 6,764 | $ 10,769 | 448 | | | |
| | P | | $ 10,769 | $ 13,860 | 448 | | | |
| 9288 | | Senior Psychologist, Correctional Facility (Supervisor) | | | | | | S19 |
| | A | | $ 7,423 | $ 11,255 | 448 | | | |
| | P | | $ 12,016 | $ 14,150 | 448 | | | |
| 9859 | | Chief Psychologist, Correctional Facility | | | | | | S19 |
| | A | | $ 8,179 | $ 13,546 | 448 | 471 | | |
| | P | | $ 14,794 | $ 18,938 | 448 | 471 | | |
| | S | | $ 11,841 | $ 18,036 | 448 | 471 | | |
| | U | | $ 14,089 | $ 18,036 | 448 | 471 | | |
| 7374 | | Medical Assistant | | | | | | R20 |
| | | | $ 3,566 | $ 4,690 | | | | |
| 9872 | | Clinical Social Worker (Health/Correctional Facility)-Safety | | | | | | R19 |
| | A | | $ 4,914 | $ 6,607 | 448 | 450 | 471 | |
| | P | | $ 7,104 | $ 9,305 | 448 | 450 | 471 | |
| | Q | | $ 7,643 | $ 10,011 | 448 | 450 | 471 | |
| | S | | $ 5,669 | $ 8,892 | 448 | 450 | 471 | |
| | T | | $ 6,104 | $ 9,535 | 448 | 450 | 471 | |
| | U | | $ 6,765 | $ 8,892 | 448 | 450 | 471 | |
| | V | | $ 7,278 | $ 9,535 | 448 | 450 | 471 | |
| 9291 | | Supervising Psychiatric Social Worker I, Correctional Facility | | | | | | S19 |
| | A | | $ 5,211 | $ 7,292 | 448 | | | |
| | P | | $ 8,831 | $ 11,566 | 448 | | | |
| 9292 | | Supervising Psychiatric Social Worker II, Correctional Facility | | | | | | S19 |
| | A | | $ 5,717 | $ 7,637 | 448 | | | |
| | P | | $ 9,426 | $ 12,346 | 448 | | | |
| 9286 | | Recreation Therapist, Correctional Facility | | | | | | R19 |
| | A | | $ 4,340 | $ 5,678 | 047 | 448 | | |
| | F | | $ 3,617 | $ 4,732 | 047 | 448 | | |
| | P | | $ 7,970 | $ 9,380 | 047 | 448 | | |