Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**PARTIES' JOINT REPORT AND REQUEST IN RESPONSE TO NOVEMBER 16, 2023 ORDER ON PROPOSED RESOLUTIONS FOR DATA REMEDIATION DISPUTES (ECF NO. 8069)**<br><br>Judge: The Hon. Kimberly J. Mueller |

     On November 16, 2023, the Court entered an order addressing the Special Master's five October 18, 2023 proposals to resolve pending data remediation disputes. (ECF No. 8069.) The order deferred a decision on two of the data remediation disputes, the Special Master's Proposed Resolution of Data Remediation Dispute on AC7.1 (Timely Transfer to EOP) and AC7.4 (Timely Transfer to CCCMS) – Suspending Events, and the Special Master's Proposed Resolution of Data Remediation Dispute: AC2.1 (Timely PC Contacts) – Definition of "Weekly." (*Id.* at 21-22.) The Court directed the parties to resume discussions on the issues for a period of thirty days and

[4407030.1]
1

to file a short joint statement informing the court of the status of the disputes at the end of the thirty-day period. (*Id.*)

I. **RESOLUTION OF DATA REMEDIATION DISPUTE: AC2.1 (TIMELY PC CONTACTS) – DEFINITION OF "WEEKLY"**

CDCR interprets weekly to mean once per calendar week, while the Special Master interprets it to mean every seven-calendar days. To resolve the dispute, the Special Master proposed that "weekly" contacts occur once per calendar week, but not to exceed ten days between contacts. CDCR proposed instead that "weekly" contacts occur once per calendar week, but not to exceed 11 days between contacts. The parties discussed both proposals during two meet and confer sessions. Ultimately, in the spirit of compromise, CDCR accepted the Special Master's proposal.

The accepted proposal is that the definition of "weekly" in this context means that clinical contacts shall occur at least once per calendar week, but not to exceed ten days between contacts. Because Defendants still have concerns about the feasibility of this rule in practice, CDCR reserves the right to monitor how this rule works for clinicians and patients in the field and to request revisions in the future, if necessary.

II. **REPORT ON THE STATUS OF DATA REMEDIATION DISPUTE ON AC7.1 (TIMELY TRANSFER TO EOP) AND AC7.4 (TIMELY TRANSFER TO CCCMS) – SUSPENDING EVENTS**

The Court deferred further consideration of the Special Master's proposed resolution for suspending events in indicators AC7.1 and AC7.4 for a period of thirty days to afford the parties time to meet and confer to develop proposed exceptions to the Program Guide timelines for transfer to CCCMS and EOP levels of care that comport with other court-approved exceptions to Program Guide transfer timelines and avoid unnecessary conflict with relevant provisions of the HCDOM. (ECF No. 8069 at 17.)

The parties met and conferred to develop proposed exceptions but were unable to reach an agreement on terms for a medical hold exception. The parties request that the Court resolve the data remediation dispute based on the parties' positions and briefing filed in November in response to the Special Master's proposed resolution. (ECF Nos. 8040 and 8052.)

As an alternative, Plaintiffs propose that the Court refer the dispute over the specific language of a medical hold exception to the data dispute resolution process so that the Special Master can make a recommendation of appropriate language. Defendants do not agree that this alternative proposal is appropriate given that this dispute has already been fully briefed and is currently pending before the Court for decision.

Dated: December 18, 2023

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

*Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: December 18, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

*JENNY S. YELIN*
*Attorneys for Plaintiffs*

[4407030.1]

3