1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | RALPH COLEMAN, et al.,                    No. 2:90-cv-0520 KJM DB P
12 |        Plaintiff,
13 |    v.                                     ORDER
14 | GAVIN NEWSOM, et al.,
15 |        Defendants.
16
17

18    The matter of payment of the Special Master has been referred to this court by the district
19 court. The court has reviewed the bill for services provided by the Special Master in the above-
20 captioned case through the month of November 2023.
21    Good cause appearing, IT IS HEREBY ORDERED that:
22      1. The Clerk of the Court is directed to pay to
23         Pannone Lopes Devereaux & O'Gara LLC
           Attn: Matthew A. Lopes, Jr., Esq., Special Master
24         Northwoods Office Park, Suite 215N
           1301 Atwood Avenue
25         Johnston, RI  02919
26
27 the amount of $846,339.23 as payment of the statement attached to this order; and
28

1

2. A copy of this order shall be served on the financial department of this court.

Dated: December 18, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole23.nov

| | | |
|---|---|---|
| 1 | RALPH COLEMAN, et al.,       : | |
| 2 |     Plaintiffs,       : | No. Civ. S-90-0520 LKK JFM P |
| 3 | v.       : | |
| 4 | EDMUND G. BROWN, JR., et al.       :<br>    Defendants. | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through November 30, 2023.

Matthew A. Lopes, Jr., Special Master
    Services                                $19,824.00
    Disbursements                    $29,612.40

                      Total amount due                  $49,436.40

Kerry F. Walsh, J.D., Deputy Special Master
    Services                                $34,620.00
    Disbursements                    $      0.00

                      Total amount due                  $34,620.00

Kristina M. Hector, J.D.
    Services                                $30,150.50
    Disbursements                    $      0.00

                      Total amount due                  $30,150.50

Steven W. Raffa, J.D.
    Services                                $30,707.00
    Disbursements                    $      0.00

                      Total amount due                  $30,707.00

Regina M. Costa, MSW, J.D.
    Services                                $37,394.00
    Disbursements                    $      0.00

                      Total amount due                  $37,394.00

LaTri-c-ea McClendon-Hunt, J.D.
    Services                                $25,826.50
    Disbursements                    $      0.00

                      Total amount due                  $25,826.50

Michael F. Ryan, Jr.
    Services                                                $32,947.00
    Disbursements                            $     0.00

                      Total amount due                    $32,947.00

Michael A. Milas
    Services                                                $36,098.50
    Disbursements                            $     0.00

                      Total amount due                    $36,098.50

Mario R. McClain, Jr.
    Services                                                $32,313.00
    Disbursements                            $     0.00

                      Total amount due                    $32,313.00

Alison A. Tate
    Services                                                $33,767.00
    Disbursements                            $     0.00

                      Total amount due                    $33,767.00

Mitchell J. Young
    Services                                                $34,174.50
    Disbursements                            $     0.00

                      Total amount due                    $34,174.50

Rachel Gribbin
    Services                                                $17,941.00
    Disbursements                            $     0.00

                      Total amount due                    $17,941.00

Lana L. Lopez
    Services                                                $27,037.00
    Disbursements                            $     0.00

                      Total amount due                    $27,037.00

Sofia A. Millham
    Services                                                $23,921.00
    Disbursements                            $     0.00

                      Total amount due                    $23,921.00

Kerry C. Hughes, M.D.
    Services                              $44,175.00
    Disbursements                 $      0.00
                    Total amount due              $44,175.00

Jeffrey L. Metzner, M.D.
    Services                              $ 6,600.00
    Disbursements                 $      0.00
                    Total amount due              $ 6,600.00

Mary Perrien, Ph.D.
    Services                              $10,325.00
    Disbursements                 $      0.00
                    Total amount due              $10,325.00

Patricia M. Williams, J.D.
    Services                              $40,550.00
    Disbursements                 $ 3,697.64
                    Total amount due              $44,247.64

Henry A. Dlugacz, MSW, J.D.
    Services                              $22,750.00
    Disbursements                 $      0.00
                    Total amount due              $22,750.00

Lindsay M. Hayes
    Services                              $35,846.00
    Disbursements                 $ 5,382.78
                    Total amount due              $41,228.78

Timothy A. Rougeux
    Services                              $21,925.50
    Disbursements                 $      0.00
                    Total amount due              $21,925.50

Maria Masotta, Psy.D.
    Services                              $16,884.00
    Disbursements                 $ 1,203.06
                    Total amount due              $18,087.06

Karen Rea PHN, MSN, FNP
    Services                                                  $21,632.50
    Disbursements                                   $     0.00
                        Total amount due                      $21,632.50

James F. DeGroot, Ph.D.
    Services                                                  $ 2,950.00
    Disbursements                                   $     0.00
                        Total amount due                      $ 2,950.00

Brian J. Main, Psy.D.
    Services                                                  $10,592.00
    Disbursements                                   $ 2,602.91
                        Total amount due                      $13,194.91

Sharen Barboza, Ph.D.
    Services                                                  $20,965.00
    Disbursements                                   $ 1,506.09
                        Total amount due                      $22,471.09

Daniel F. Potter, Ph.D.
    Services                                                  $49,725.00
    Disbursements                                   $     0.00
                        Total amount due                      $49,725.00

Brett L. Johnson, M.D.
    Services                                                  $52,516.00
    Disbursements                                   $ 2,098.33
                        Total amount due                      $54,614.33

Alberto F. Caton
    Services                                                  $ 6,627.00
    Disbursements                                   $     0.00
                        Total amount due                      $ 6,627.00

Marcus R. Patterson, PsyD.
    Services                                                  $18,920.00
    Disbursements                                   $   532.02
                        Total amount due                      $19,452.02

**TOTAL AMOUNT TO BE REIMBURSED**                **$846,339.23**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master