1  MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
2  LISA ELLS – 243657
   ROSEN BIEN GALVAN &
3  GRUNFELD LLP
   101 Mission Street, Sixth Floor
4  San Francisco, California  94105-1738
   Telephone:    (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

5

6  CLAUDIA CENTER – 158255
   DISABILITY RIGHTS EDUCATION
7  AND DEFENSE FUND, INC.
   Ed Roberts Campus
8  307 Adeline Street, Suite 210
   Berkeley, California  94703-2578
9  Telephone:    (510) 644-2555

10  Attorneys for Plaintiffs

11

12              UNITED STATES DISTRICT COURT

13             EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,

16          Plaintiffs,

17      v.

18  GAVIN NEWSOM, et al.,

19          Defendants.

Case No. 2:90-cv-00520-KJM-DB

**STIPULATION AND [PROPOSED]
ORDER CONFIRMING ATTORNEYS'
FEES AND COSTS FOR THE THIRD
QUARTER OF 2023**

Judge:   Hon. Deborah Barnes

20

21

22

23

24

25

26

27

28

[4408272.1]

1    Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly

2 Statement for the Third Quarter of 2023 to Defendants via e-mail on November 17, 2023.

3 The parties completed their meet and confer process on December 19, 2023.  The parties

4 have resolved all disputes regarding fees and costs for the Third Quarter of 2023, with an

5 agreement to reduce claimed amounts to a total of $1,255,685.01 calculated at a rate of

6 $246.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

7    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that

8 $1,255,685.01 plus interest is due and collectable as of forty-five days from the date of

9 entry of this Order.  Interest on these fees and costs will run from December 18, 2023

10 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by

11 28 U.S.C. § 1961.

12    IT IS SO STIPULATED.

13

14 DATED:  December 21, 2023          /s/ Elise Thorn
                                                    Elise Thorn
15                                                  Deputy Attorney General
16                                                  Attorneys for Defendants

17

18 DATED:  December 21, 2023          /s/ Lisa Ells
                                                    Lisa Ells
19                                                  ROSEN BIEN GALVAN & GRUNFELD LLP
20                                                  Attorneys for Plaintiffs

21

22    IT IS SO ORDERED.

23 DATED:  _____, 2023

24
                                                    _____
25                                                  Honorable Deborah Barnes
                                                    United States Magistrate Judge
26

27

28
[4408272.1]
                                                    1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS
FOR THE THIRD QUARTER OF 2023

**Coleman v. Newsom**
**Third Quarter of 2023**
**July 1, 2023 through September 30, 2023**
Summary of Fees and Costs

|  | CLAIMED FEES | SETTLED FEES | COSTS |
|---|---|---|---|
| **Monitoring, 489-3** | $1,247,662.80 | $1,197,756.29 | $52,945.74 |
| **Fees on Fees, 489-5** | $5,190.60 | $4,982.98 | $0.00 |
| **Totals** | **$1,252,853.40** | **$1,202,739.27** | **$52,945.74** |
| **Claimed Total:** |  | **$1,305,799.14** |  |
| **Settled Total:** |  | **$1,255,685.01** |  |

4391780

**Coleman v. Newsom**
**Third Quarter of 2023**
**July 1, 2023 through September 30, 2023**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 259.50 | 254.30 | $246.00 | $62,557.80 | $60,055.49 |
| Alex Gourse | 386.20 | 381.30 | $246.00 | $93,799.80 | $90,047.81 |
| Amit Rao | 19.60 | 19.60 | $246.00 | $4,821.60 | $4,628.74 |
| Amy Xu | 127.60 | 125.40 | $246.00 | $30,848.40 | $29,614.46 |
| Arielle Tolman | 87.20 | 87.00 | $246.00 | $21,402.00 | $20,545.92 |
| Averi Suk | 49.90 | 47.50 | $246.00 | $11,685.00 | $11,217.60 |
| Cara E. Trapani | 220.30 | 217.60 | $246.00 | $53,529.60 | $51,388.42 |
| Caroline E. Jackson | 0.10 | 0.00 | $246.00 | $0.00 | $0.00 |
| Darcy Edmundson | 293.60 | 220.80 | $246.00 | $54,316.80 | $52,144.13 |
| Ernest Galvan | 187.20 | 186.40 | $246.00 | $45,854.40 | $44,020.22 |
| F. Gail LaPurja | 131.10 | 96.30 | $246.00 | $23,689.80 | $22,742.21 |
| Fely F. Villadelgado | 117.90 | 53.90 | $246.00 | $13,259.40 | $12,729.02 |
| Gay C. Grunfeld | 3.30 | 0.00 | $246.00 | $0.00 | $0.00 |
| Ginger Jackson-Gleich | 188.50 | 181.20 | $246.00 | $44,575.20 | $42,792.19 |
| Gregorio Z. Gonzalez | 269.60 | 150.70 | $246.00 | $37,072.20 | $35,589.31 |
| Hazel Stange | 7.60 | 0.00 | $246.00 | $0.00 | $0.00 |
| Jenny S. Yelin | 350.80 | 347.60 | $246.00 | $85,509.60 | $82,089.22 |
| Julie de Vaulx | 212.50 | 206.90 | $246.00 | $50,897.40 | $48,861.50 |
| Kara J. Janssen | 1.00 | 0.00 | $246.00 | $0.00 | $0.00 |
| Karen E. Stilber | 0.50 | 0.00 | $246.00 | $0.00 | $0.00 |
| Kedra Chan | 1.00 | 0.00 | $246.00 | $0.00 | $0.00 |
| Linda H. Woo | 0.40 | 0.00 | $246.00 | $0.00 | $0.00 |
| Lindsay Newfeld | 12.10 | 9.30 | $246.00 | $2,287.80 | $2,196.29 |
| Lisa Ells | 290.80 | 286.60 | $246.00 | $70,503.60 | $67,683.46 |
| Luke Weitzenberg | 98.70 | 95.00 | $246.00 | $23,370.00 | $22,435.20 |
| Luma Khabbaz | 1.60 | 0.00 | $246.00 | $0.00 | $0.00 |
| Maya Campbell | 19.80 | 3.50 | $246.00 | $861.00 | $826.56 |
| Megan Rich | 31.30 | 30.00 | $246.00 | $7,380.00 | $7,084.80 |
| Michael L. Freedman | 0.20 | 0.00 | $246.00 | $0.00 | $0.00 |
| Michael S. Nunez | 158.20 | 150.40 | $246.00 | $36,998.40 | $35,518.46 |
| Michael W. Bien | 157.50 | 156.40 | $246.00 | $38,474.40 | $36,935.42 |
| Nathalie C. Welch | 1.70 | 0.00 | $246.00 | $0.00 | $0.00 |
| Penny M. Godbold | 1.90 | 0.00 | $246.00 | $0.00 | $0.00 |
| Sanjana Srinivasan | 399.10 | 343.80 | $246.00 | $84,574.80 | $81,191.81 |
| Sarah A. Corkum | 123.50 | 116.10 | $246.00 | $28,560.60 | $27,418.18 |
| Sherry Zhu | 56.60 | 32.90 | $246.00 | $8,093.40 | $7,769.66 |
| Simran Surtani | 34.70 | 34.30 | $246.00 | $8,437.80 | $8,100.29 |
| Teya Khalil | 413.60 | 353.90 | $246.00 | $87,059.40 | $83,577.02 |
| Thomas Nolan | 199.50 | 195.90 | $246.00 | $48,191.40 | $46,263.74 |
| Van Swearingen | 0.30 | 0.00 | $246.00 | $0.00 | $0.00 |
| Victor Corona | 219.10 | 171.40 | $246.00 | $42,164.40 | $40,477.82 |
| Yesi Murillo | 186.10 | 182.30 | $246.00 | $44,845.80 | $43,051.97 |
| **Total** | **5321.70** | **4738.30** | | **$1,165,621.80** | **$1,118,996.92** |

4391780

**Coleman v. Newsom**
**Third Quarter of 2023**
**July 1, 2023 through September 30, 2023**
Monitoring Fees, 489-3

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alondra Diaz-Saavedra | 1.60 | 1.60 | $246.00 | $393.60 | $377.86 |
| Audrey Lim | 9.30 | 9.30 | $246.00 | $2,287.80 | $2,196.29 |
| Claudi Cesena | 21.30 | 21.30 | $246.00 | $5,239.80 | $5,030.21 |
| Dewi Zarni | 9.10 | 9.10 | $246.00 | $2,238.60 | $2,149.06 |
| Donald Specter | 29.50 | 29.50 | $246.00 | $7,257.00 | $6,966.72 |
| Emilio Bustamante | 11.50 | 11.50 | $246.00 | $2,829.00 | $2,715.84 |
| Joshua Marin | 4.60 | 4.60 | $246.00 | $1,131.60 | $1,086.34 |
| Margot Mendelson | 0.80 | 0.80 | $246.00 | $196.80 | $188.93 |
| Marie Berry | 2.20 | 2.20 | $246.00 | $541.20 | $519.55 |
| Marissa Hatton | 183.20 | 183.20 | $246.00 | $45,067.20 | $43,264.51 |
| Sophie Mishara | 5.20 | 5.20 | $246.00 | $1,279.20 | $1,228.03 |
| Steve Fama | 55.20 | 55.20 | $246.00 | $13,579.20 | $13,036.03 |
| **Total** | **333.50** | **333.50** | | **$82,041.00** | **$78,759.37** |

**GRAND TOTAL**                                                    **$1,247,662.80  $1,197,756.29**

4391780

**Coleman v. Newsom**
**Third Quarter of 2023**
**July 1, 2023 through September 30, 2023**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $4,086.60 | $4,086.60 |
| Outside Copying/Scanning | $3,845.36 | $3,845.36 |
| Transcription | $8,429.44 | $8,429.44 |
| Postage and Delivery | $1,304.43 | $1,304.43 |
| Research (Westlaw/Lexis/PACER/Fees/Articles) | $1,468.27 | $1,468.27 |
| Filing Fees | $231.75 | $231.75 |
| Expert Fees | $2,800.00 | $2,800.00 |
| Travel | $10,314.97 | $10,314.97 |
| **Total** | **$32,480.82** | **$32,480.82** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| Transcription | $3,605.61 | $3,605.61 |
| In-House Postage | $84.39 | $84.39 |
| Expert Fees | $16,200.00 | $16,200.00 |
| Travel | $574.92 | $574.92 |
| **Total** | **$20,464.92** | **$20,464.92** |

**GRAND TOTAL**                                        **$52,945.74**

4391780

**Coleman v. Newsom**
**Third Quarter of 2023**
**July 1, 2023 through September 30, 2023**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|---|---|---|---|---|
| F. Gail LaPurja | 0.10 | 0.00 | $246.00 | $0.00 | $0.00 |
| Linda H. Woo | 4.20 | 4.20 | $246.00 | $1,033.20 | $991.87 |
| Lisa Ells | 15.30 | 15.30 | $246.00 | $3,763.80 | $3,613.25 |
| **Total** | **19.60** | **19.50** | | **$4,797.00** | **$4,605.12** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|---|---|---|---|---|
| Ashley Kirby | 1.60 | 1.60 | $246.00 | $393.60 | $377.86 |
| **Total** | **1.60** | **1.60** | | **$393.60** | **$377.86** |

| | | | | | |
|------|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$5,190.60** | **$4,982.98** |