| | | |
|---|---|---|
| 1 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641 |
| 2 | LISA ELLS – 243657<br>ROSEN BIEN GALVAN & | PRISON LAW OFFICE<br>1917 Fifth Street |
| 3 | GRUNFELD LLP<br>101 Mission Street, Sixth Floor | Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 |
| 4 | San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 | |
| 5 | | |
| 6 | | CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC. |
| 7 | | Ed Roberts Campus<br>307 Adeline Street, Suite 210 |
| 8 | | Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 |
| 9 | | |
| 10 | Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | RALPH COLEMAN, et al., | Case No. 2:90-cv-00520-KJM-DB |
| 16 | Plaintiffs, | **STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2023** |
| 17 | v. | |
| 18 | GAVIN NEWSOM, et al., | |
| 19 | Defendants. | Judge:  Hon. Deborah Barnes |

[4408272.1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2023 to Defendants via e-mail on November 17, 2023. The parties completed their meet and confer process on December 19, 2023. The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2023, with an agreement to reduce claimed amounts to a total of $1,255,685.01 calculated at a rate of $246.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $1,255,685.01 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 18, 2023 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: December 21, 2023

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: December 21, 2023

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: December 21, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[4408272.1]

1
STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS
FOR THE THIRD QUARTER OF 2023