Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:    925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE PARTIES' TIME TO RESPOND TO THE SPECIAL MASTER'S THIRTIETH ROUND REPORT PART C**<br><br>Judge:  Hon. Kimberly J. Mueller |

On December 22, 2023, the Special Master filed the Thirtieth Round Monitoring Report – Part C: Special Master's Monitoring Report on the California Department of Corrections and Rehabilitation's Institutions with Enhanced Outpatient Programs Compliance with Provisionally Approved Plans, Policies, and Protocols ("Report"). (ECF No. 8095.) The parties' responses to this Report are due ten days later, on New Year's Day. (ECF No. 640.) Due to the holiday, the deadline is automatically extended to the next business day, January 2, 2024. Fed. R. Civ. P. 6(a)(1)(C). Defendants are working diligently but cannot prepare a timely and fulsome response to the Report without a brief extension of time, as client representatives who would otherwise assist with providing information necessary to the response are off work in light of the holidays.

1    Defendants approached Plaintiffs and requested that Plaintiffs agree to a 10-day extension
2  of time, up to and including January 12, 2024, for the parties to file responses or objections to the
3  Report.  Plaintiffs are amenable to that proposal.  The parties further agreed that each party will
4  have until February 1, 2024, to file responses to the other party's objections or responses to the
5  Report if they determine such a response is necessary.

6    Accordingly, the parties request that the court extend the deadline to file responses or
7  objections to the Report to January 12, 2024, and order that any responses to the objections or
8  responses be filed by February 1, 2024.

9    **IT IS SO STIPULATED.**

10  DATED: December 26, 2023        ROB BONTA
                                    Attorney General of California
11
12
                                    By:     */s/ Damon McClain*
13                                      DAMON MCCLAIN
                                        Supervising Deputy Attorney General
14                                      ELISE OWENS THORN
                                        Deputy Attorney General
15                                      *Attorneys for Defendants*

16
    DATED: December 26, 2023        HANSON BRIDGETT LLP
17
18
                                    By:     */s/ Samantha Wolff*
19                                      LAWRENCE M. CIRELLI
                                        PAUL B. MELLO
20                                      SAMANTHA D. WOLFF
21                                      *Attorneys for Defendants*
22
23  DATED:  December 26, 2023        ROSEN BIEN GALVAN & GRUNFELD LLP
24
                                    By:     */s/ Jenny Yelin*
25                                      Jenny Yelin
26                                      *Attorneys for Plaintiffs*
27
28  / / /

20255751.1                               2                    Case No. 2:90-CV-00520- KJM-DB
STIP. & PROP. ORDER EXTENDING TIME TO RESPOND TO 30TH ROUND REPORT PART C

1  **IT IS SO ORDERED.**

2  DATED:

3  Hon. Kimberly J. Mueller
   CHIEF UNITED STATES DISTRICT JUDGE