| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>Lawrence M. Cirelli, SBN 114710<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias, SBN 321994<br>Carson R. Niello, SBN 329970<br>1676 N. California Blvd., Suite 620<br>Walnut Creek, California 94596<br>Telephone: 925-746-8460<br>Facsimile: 925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**STIPULATION AND ORDER EXTENDING THE PARTIES' TIME TO RESPOND TO THE SPECIAL MASTER'S THIRTIETH ROUND REPORT, PART B**<br><br>Judge: Hon. Kimberly J. Mueller |

On December 15, 2023, the Special Master filed the Thirtieth Round Monitoring Report – Part B: Special Master's Monitoring Report on the Inpatient Mental Health Care Programs at the California Department of State Hospitals ("Report"). (ECF No. 8085.) The parties' responses to this Report are due ten days later, on Christmas Day. (ECF No. 640.) Due to the holiday, the deadline automatically is extended to the next business day, December 26, 2023. Fed. R. Civ. P. 6(a)(1)(C). Defendants are working diligently but cannot prepare a timely and fulsome response to the Report that is supported by declarations without a brief extension of time. Client representatives who would otherwise act as declarants are off work in light of the upcoming holiday.

1  Defendants approached Plaintiffs regarding their need for additional time. Specifically,
2  Defendants requested that Plaintiffs agree to a nine-day extension, up to and including January 4,
3  2024, for the parties to file responses or objections to the Report. Plaintiffs are amenable to that
4  proposal. The parties further agreed that each party will have until January 23, 2024, to file
5  responses to the other party's objections or responses to the Report if they determine such a
6  response is necessary.

7  Accordingly, the parties request that the Court extend the deadline for the parties to file
8  their responses or objections to the Report to January 4, 2024, and order that any responses to the
9  objections or responses must be filed by January 23, 2024.

10  ///

13  ///

16  ///

19  ///

22  ///

25  ///

28  ///

**IT IS SO STIPULATED.**

DATED: December 21, 2023

    ROB BONTA
    Attorney General of California

By:    */s/ Damon McClain*
    DAMON MCCLAIN
    Supervising Deputy Attorney General
    ELISE OWENS THORN
    Deputy Attorney General
    *Attorneys for Defendants*

DATED: December 21, 2023

    HANSON BRIDGETT LLP

By:    */s/ Samantha D. Wolff*
    LAWRENCE M. CIRELLI
    PAUL B. MELLO
    SAMANTHA D. WOLFF
    *Attorneys for Defendants*

DATED: December 21, 2023

    ROSEN BIEN GALVAN & GRUNFELD LLP

By:    */s/ Jenny Yellin*
    *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: December 26, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE