1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California  94710-1916
4  Telephone:   (510) 280-2621

5  CLAUDIA CENTER – 158255
   DISABILITY RIGHTS EDUCATION
6  AND DEFENSE FUND, INC.
   Ed Roberts Campus
7  3075 Adeline Street, Suite 210
   Berkeley, California  94703-2578
8  Telephone:   (510) 644-2555

9

10

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
GINGER JACKSON-GLEICH – 324454
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

11   Attorneys for Plaintiffs

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15   RALPH COLEMAN, et al.,                Case No. 2:90-CV-00520-KJM-DB

16              Plaintiffs,                **OBJECTIONS TO DEFENDANTS'
                                            REPLY BRIEF RE MOTION TO
17         v.                              EXCLUDE PIP MAX CUSTODY
                                            PLACEHOLDER INDICATOR FROM
18   GAVIN NEWSOM, et al.,                 CQIT AND ENFORCE SETTLEMENT**

19              Defendants.                Judge:   Hon. Kimberly J. Mueller

20

21

22

23

24

25

26

27

28
     [4411444.1]

1    Plaintiffs hereby object to Defendants' December 26, 2023 Reply Brief regarding

2    their Motion to Exclude PIP Max Custody Placeholder Indicator from CQIT and Enforce

3    Settlement (ECF No. 8100), and request that the Court strike or disregard their filing.  The

4    Court's November 16, 2023 Order clearly directed Defendants to "bring an appropriate

5    motion focusing for the court the question whether this policy should be included in

6    CQIT…within fourteen days" of the Order, and required Plaintiffs to oppose the motion

7    fourteen days after the motion.  ECF No. 8069 at 13; *see also id.* at 21.  The Court made

8    clear that it "may seek additional input from the Special Master as necessary to resolve the

9    motion, and that it would "defer resolution of this objection pending resolution of

10   defendants' motion." *Id*. at 13.

11   The Order very clearly did not authorize Defendants to file a Reply to Plaintiffs'

12   Opposition to their Motion, and was clear that the Court would resolve the issue based on

13   the Motion, Opposition, and any additional input sought from the Special Master.  The

14   Order plainly superseded the normal motion practice procedures in Local Rule 230 by

15   providing for a streamlined motion procedure, omitting both a Reply brief and a motion

16   hearing, which normally a moving party must notice.  E.D. Cal. L.R. 230(b).[1]

17   Defendants' Reply was improper and unauthorized.  The Court should strike it

18   and/or disregard it in ruling on Defendants' motion.

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25

26

27

28

---

[1] Before filing these objections, Plaintiffs requested that Defendants withdraw their Reply brief.  Defendants were not willing to do so, and argued that their Reply was permitted because the Order mentions "motion practice," which includes a Reply brief under the local rules.  Plaintiffs disagree with this interpretation.

[4411444.1]

OBJECTIONS TO DEFENDANTS' REPLY BRIEF RE MOTION TO EXCLUDE PIP MAX CUSTODY
PLACEHOLDER INDICATOR FROM CQIT AND ENFORCE SETTLEMENT

**CERTIFICATION**

Plaintiffs' counsel certifies that she reviewed the following orders in preparing this filing: ECF Nos. 8069.

DATED:  December 27, 2023

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Jenny S. Yelin*

Jenny S. Yelin

Attorneys for Plaintiffs

[4411444.1]

3

OBJECTIONS TO DEFENDANTS' REPLY BRIEF RE MOTION TO EXCLUDE PIP MAX CUSTODY
PLACEHOLDER INDICATOR FROM CQIT AND ENFORCE SETTLEMENT