1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 210-7318
     Fax: (916) 324-5205
8    E-mail: Elise.Thorn@doj.ca.gov
   Attorneys for Defendants

   HANSON BRIDGETT LLP
   LAWRENCE M. CIRELLI, SBN 114710
   PAUL B. MELLO, SBN 179755
   SAMANTHA D. WOLFF, SBN 240280
   KAYLEN KADOTANI, SBN 294114
   DAVID C. CASARRUBIAS, SBN 321994
   CARSON R. NIELLO, SBN 329970
   1676 N. CALIFORNIA BLVD., SUITE 620
   WALNUT CREEK, CALIFORNIA 94596
   TELEPHONE:   925-746-8460
   FACSIMILE:   925-746-8490
   Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520- KJM-DB |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING THE PARTIES' TIME TO RESPOND TO THE SPECIAL MASTER'S THIRTIETH ROUND REPORT PART C** |
| v. | |
| GAVIN NEWSOM, et al. | |
| Defendants. | Judge:   Hon. Kimberly J. Mueller |

On December 22, 2023, the Special Master filed the Thirtieth Round Monitoring Report – Part C: Special Master's Monitoring Report on the California Department of Corrections and Rehabilitation's Institutions with Enhanced Outpatient Programs Compliance with Provisionally Approved Plans, Policies, and Protocols ("Report"). (ECF No. 8095.) The parties' responses to this Report are due ten days later, on New Year's Day. (ECF No. 640.) Due to the holiday, the deadline is automatically extended to the next business day, January 2, 2024. Fed. R. Civ. P. 6(a)(1)(C). Defendants are working diligently but cannot prepare a timely and fulsome response to the Report without a brief extension of time, as client representatives who would otherwise assist with providing information necessary to the response are off work in light of the holidays.

 Defendants approached Plaintiffs and requested that Plaintiffs agree to a 10-day extension of time, up to and including January 12, 2024, for the parties to file responses or objections to the Report. Plaintiffs are amenable to that proposal. The parties further agreed that each party will have until February 1, 2024, to file responses to the other party's objections or responses to the Report if they determine such a response is necessary.

 Accordingly, the parties request that the court extend the deadline to file responses or objections to the Report to January 12, 2024, and order that any responses to the objections or responses be filed by February 1, 2024.

**IT IS SO STIPULATED.**

DATED: December 26, 2023

ROB BONTA
Attorney General of California

By: */s/ Damon McClain*
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: December 26, 2023

HANSON BRIDGETT LLP

By: */s/ Samantha Wolff*
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

DATED: December 26, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jenny Yelin*
Jenny Yelin
*Attorneys for Plaintiffs*

/ / /

1     **IT IS SO ORDERED.**

2 DATED: December 27, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE