| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Paul B. Mello, State Bar No. 179755<br>Samantha D. Wolff, State Bar No. 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias, SBN 321994<br>Carson R. Niello, SBN 329970<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF C. KLEIN IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S THIRTIETH ROUND MONITORING REPORT – PART B: SPECIAL MASTER'S MONITORING REPORT ON THE INPATIENT MENTAL HEALTH CARE PROGRAMS AT THE CALIFORNIA DEPARTMENT OF STATE HOSPITALS** |

I, C. Klein, M.D. declare as follows:

1. I am the Acting Associate Medical Director for the California Department of State Hospitals (DSH), Clinical Operations. I have worked for DSH since July 2017, during which time I have also served as Chief of Forensics at Napa State Hospital and Assistant Medical Director in Clinical Operations. I am a psychiatrist, Board Certified in General, Addiction, and Forensic Psychiatry. Prior to my time in DSH, I worked in State Hospitals in New York, Washington D.C., and Virginia. I submit this declaration in support of Defendants' objections to

1

Klein Decl. ISO Objections to 30th Round Monitoring Report – Part B  (2:90-cv-00520 KJM-DB (PC))

18684149.1

1  the Special Master's December 15, 2023 thirtieth round monitoring report on the DSH inpatient
2  mental health programs.  I have personal knowledge of the statements in this declaration and
3  could testify to them if called to do so.
4         2.   As the Assistant Medical Director, I am assigned to oversee hospitals' Forensic
5  Services, specialty programs and projects statewide, and the expansion of academic affiliations
6  and continuing education for physicians across the state (to achieve a number of goals, including
7  the establishment of a psychiatrists' pipeline for recruitment and retention).
8         3.   I am familiar with the DSH Staffing Plan for *Coleman* dated March 11, 2021 (ECF
9  No. 7078-1), and the steps DSH has taken to improve and maintain its staffing levels under that
10 plan.
11        4.   DSH has multiple efforts underway (non-salary related) to increase recruitment of
12 individuals to mental health classifications, including launching significant marketing campaigns.
13 DSH continues to offer internship, fellowship, and residency programs as noted in the Staffing
14 Plan.
15        5.   DSH has contracted with Cooperative Personnel Services-HR to design and
16 implement significant research and surveys to launch tailored digital and e-mail marketing
17 campaigns and virtual career fairs for some of its hard to recruit and retain classifications,
18 including psychiatrists, psychologists, registered nurses, and psychiatric technicians.
19        6.   DSH has successfully implemented the new residency program referenced in its
20 Staffing Plan at DSH-Napa in partnership with St. Joseph Medical Center.  The residency
21 program will train additional psychiatrists for the DSH system.  The first cohort of seven
22 residents began the program in July 2021, and the second cohort of seven residents started in July
23 2022.  Another seven residents started in July 2023.  When fully implemented in July 2024, DSH
24 expects that twenty-eight psychiatry residents will be in training in this program.
25        7.   The 2023 Budget Act includes additional funding for the development and
26 implementation of pipeline, recruitment, and retention initiatives to sustain and grow DSH's
27 psychiatric workforce.  These initiatives go beyond what is included in the DSH Staffing Plan.
28 The Budget Change Proposal included a total of 7.0 positions in fiscal year (FY) 2023-24 and

Klein Decl. ISO Objections to 30th Round Monitoring Report – Part B  (2:90-cv-00520 KJM-DB (PC))

2

18684149.1

1  ongoing; and funding through the General Fund (GF) of $6.5 million in FY 2023-24, $7.1 million in FY 2024-25, $7.3 million in FY 2025-26, $7.7 million in FY 2026-27 and $8.3 million in FY 2027-28 and ongoing. The purpose of this funding is to add residencies and fellowships, and offer clinical rotations as a means to improve recruitment and retention of psychiatrists.

8. The State has successfully negotiated recruitment and retention pay differentials for psychiatric technicians with the California Association of Psychiatric Technicians and for Psychiatrists with the Union of American Physicians and Dentist (UAPD). Effective in 2022, the bonuses include $400 per month for Psychiatric Technicians and Senior Psychiatric Technicians at DSH-Atascadero, and $200 per month for Psychiatric Technicians and Senior Psychiatric Technicians at every facility except for Patton. Psychiatrist bonuses of $20,000 became effective in 2021 and payable in $5,000 increments at 6, 24, 60, and 84 months of employment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on January 4, 2024.

/s/ C. Klein
CAROLINA A. KLEIN, M.D.
*(original signature retained by attorney)*

3

Klein Decl. ISO Objections to 30th Round Monitoring Report – Part B  (2:90-cv-00520 KJM-DB (PC))

18684149.1