Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF JANINE WALLACE IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S THIRTIETH ROUND MONITORING REPORT – PART B: SPECIAL MASTER'S MONITORING REPORT ON THE INPATIENT MENTAL HEALTH CARE PROGRAMS AT THE CALIFORNIA DEPARTMENT OF STATE HOSPITALS** |

1

Wallace Decl. ISO Defs.' Objections to 30TH Round Monitoring Report (2:90-cv-00520 KJM-DB (PC))

19376383.4

**DECLARATION OF JANINE WALLACE**

I, Janine Wallace, declare as follows:

1. I am currently employed as the Executive Director of the Department of State Hospitals (DSH) at Patton State Hospital (DSH-Patton). I have held this position since December 2, 2019. I have been employed by DSH since July 2005. I make this declaration in support of Defendants' objections to the Special Master's December 15, 2023 thirtieth round monitoring report on the DSH inpatient mental health programs. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. In my position as the Executive Director for DSH-Patton, I oversee and am familiar with the provision of patient treatment, including the Intermediate Care Facilities (ICF) psychiatric care to California Department of Corrections and Rehabilitation (CDCR) patients under the terms of a memorandum of understanding with CDCR, under PC 2682, and in accordance with *Coleman* court orders.

3. I have reviewed the Special Master's thirtieth round monitoring report on the DSH programs. In response to criticisms regarding the adequacy of treatment hours provided to patients, I summarize below the nature of the mental health treatment DSH-Patton makes available to *Coleman* patients, including core group offerings and supplemental activities. Core offerings consist of psychoeducation and group therapy focused on meeting treatment goals and includes topics such as Understanding Mental Health, Morning Focus, Coping Skills, Anger Management, Self Help: Self Maintenance, Seeking Safety, Journal Therapy, Therapeutic Community, Dual Recovery, Leisure Education, Gardening and Choices. Supplemental activities include Alcoholics/Narcotics Anonymous, leisure activities (Board games, Journal writing, Coloring, Bingo, Sport activities, Talent shows) and religious activities. DSH-Patton plans to continue training staff on capturing supplemental group hours and encouraging consistent use of rosters to capture supplemental activities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Wallace Decl. ISO Defs.' Objections to 30TH Round Monitoring Report (2:90-cv-00520 KJM-DB (PC))

19376383.4

Executed on this 4th day of January, 2024, at Patton, California.

*Janine Wallace*
Janine Wallace

2

Wallace Decl. ISO Defs.' Objections to 30TH Round Monitoring Report (2:90-cv-00520 KJM-DB (PC))

19376383.4