| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Paul B. Mello, State Bar No. 179755<br>Samantha D. Wolff, State Bar No. 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias, SBN 321994<br>Carson R. Niello, SBN 329970<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                         Plaintiffs,<br>    v.<br>**GAVIN NEWSOM, et al.,**<br>                         Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF JASON BLACK IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S THIRTIETH ROUND MONITORING REPORT – PART B: SPECIAL MASTER'S MONITORING REPORT ON THE INPATIENT MENTAL HEALTH CARE PROGRAMS AT THE CALIFORNIA DEPARTMENT OF STATE HOSPITALS** |

1

Black Decl. ISO Objections to 30TH Round Monitoring Report – Part B (2:90-cv-00520 KJM-DB (PC))

19376383.4

**DECLARATION OF JASON BLACK**

I, Jason Black, declare as follows:

1. I am currently employed as the Executive Director of the Department of State Hospitals (DSH) at Atascadero (DSH-Atascadero). I have held this position since December 2019. I have been employed by DSH since 1996. I make this declaration in support of Defendants' objections to the Special Master's December 15, 2023 thirtieth round monitoring report on the DSH inpatient mental health programs. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. In my position as the Executive Director for DSH-Atascadero, I oversee and am familiar with the provision of patient treatment, including the Intermediate Care Facilities (ICF) psychiatric care to California Department of Corrections and Rehabilitation (CDCR) patients under the terms of a memorandum of understanding with CDCR, under PC 2682, and in accordance with *Coleman* court orders.

3. I have reviewed the Special Master's thirtieth round monitoring report on the DSH programs. In response to criticisms regarding the adequacy of treatment hours provided to patients, DSH-Atascadero continues to work to improved and maintain mental health treatment services available to patients.

4. At DSH-Atascadero, providing centralized treatment services, remains challenging due to repeated COVID-19 surges and the redirection of Recovery Mall Services (RMS) program staff to address COVID-19 quarantine and isolation staffing needs. However, as COVID-19 surges subside, DSH-Atascadero continues to look for opportunities to increase both core and supplemental groups in the centralized areas. For example, as reflected in the July – December 2022 Governing Body Report, some centralized groups and services reopened, including Education and the Music Room. The library reopened with scheduled time slots by program and the gymnasium and main courtyard re-opened for 30-minute unit sessions. Recent progress in 2023 has included the transition of substance abuse treatment back to a centralized program and the restart of NA and AA meetings with community self-help entities. RMS also has developed

1

Black Decl. ISO Objections to 30TH Round Monitoring Report – Part B (2:90-cv-00520 KJM-DB (PC))

19376383.4

plans to reopen the Arts and Crafts center to offer rehabilitation and healthy living groups this coming quarter.

5. As DSH-Atascadero continues to recover from the pandemic, additional off-unit treatment programming for *Coleman* patients will be more readily available.

6. The DSH-Atascadero Coleman Governing Body Report for July 1, 2022 – December 31, 2022 indicates that the total average treatment hours offered per patient per week was 21.16 hours for patients past 30 days of admission. Average hours attended per patient per week was 10.68. Total average hours of treatment per patient per week offered ranged from a low of 15.39 in August to a high of 26.28 hours in December. Average core group hours offered per patient per week ranged from 5.29 hours in December to 9.95 hours in August. December core group hours were low due to the 2-week term break; however, those core group hours were offset by 20.97 average supplemental hours offered during December.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of January, 2024, at Atascadero, California.

*Jason Black*
Jason Black