ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF JOSE PEREZ IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S THIRTIETH ROUND MONITORING REPORT – PART B: SPECIAL MASTER'S MONITORING REPORT ON THE INPATIENT MENTAL HEALTH CARE PROGRAMS AT THE CALIFORNIA DEPARTMENT OF STATE HOSPITALS** |

1

Perez Decl. ISO Objections to 30TH Round Monitoring Report – Part B (2:90-cv-00520 KJM-DB (PC))

19376383.4

I, Jose Perez, declare as follows:

1. I am currently employed as the Clinical Administrator of the Department of State Hospitals (DSH) at Coalinga (DSH-Coalinga). I have held this position since February 17, 2017. I have been employed by DSH since December 12, 2005 . I make this declaration in support of Defendants' objections to the Special Master's December 15, 2023 thirtieth round monitoring report on the DSH inpatient mental health programs. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. In my position as the Clinical Administrator for DSH-Coalinga, I oversee and am familiar with the provision of patient treatment, including the Intermediate Care Facilities (ICF) psychiatric care to California Department of Corrections and Rehabilitation (CDCR) patients under the terms of a memorandum of understanding with CDCR, under PC 2682, and in accordance with *Coleman* court orders.

3. DSH-Coalinga offers core group treatment and supplemental activities to *Coleman* patients. Core group treatment consists of group therapy focused on topics such as managing mental illness, substance abuse treatment, changing your thinking, managing anger, dialectical behavior therapy- based groups and medication education. Supplemental activities include recreational therapy groups that are held throughout the unit, in the art center, the gymnasium, and the music center. These supplemental activities include a variety of groups offered by rehabilitation therapists, psychiatric technicians, and various other staff members. Supplemental activities on unit include Cinema appreciation, game hour, current events, popcorn social, and movie night. Off unit groups include: Catholic services, Islamic services, various other spiritual services, sports yard, gymnasium groups, library time, and music center offerings.

4. The DSH-Coalinga July – December 2022 Governing Body Report shows that the average weekly core group hours per patient offered were above 10 hours per week throughout the review period with the exception of December, when an average of 8.22 core group hours were offered.

5. DSH-Coalinga experienced a COVID-19 outbreak during December 2022, which likely reduced core group offerings. DSH-Coalinga offered a high number of supplemental

1

Perez Decl. ISO Objections to 30TH Round Monitoring Report – Part B (2:90-cv-00520 KJM-DB (PC))

19376383.4

activity hours, ranging from an average of 28.28 to 46.31 hours per patient per week during each month of the review period. Total average attended treatment hours per patient per week ranged from 14.39 to 18.05 across the six-month period. Per the Governing Body Report, Central Program/Mall Services in concert with the Social Work, Psychology, and Rehabilitation Therapy Departments worked jointly to improve clinical services and to offer Coleman patients 20 hours of treatment and supplemental activities per week.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of January, 2024, at Coalinga, California.

*/s/ Jose Perez*
Jose Perez

2

Perez Decl. ISO Objections to 30TH Round Monitoring Report – Part B (2:90-cv-00520 KJM-DB (PC))

19376383.4