Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF AMAR MEHTA, M.D. IN SUPPORT OF DEFENDANTS' PORTION OF THE PARTIES' JOINT STATEMENT REGARDING TOUR DISPUTE** |

I, Amar Mehta, declare as follows:

1. I am the Deputy Director of the Statewide Mental Health Program for the California Department of Corrections and Rehabilitation (CDCR). Prior to this position, I was the Statewide Chief of Telepsychiatry. I have worked in CDCR since July 2013, during which time I have also served as a staff telepsychiatrist, site director for residency training, institutional clinical lead, and acting statewide Chief of Psychiatry. After medical school and internship, I attended residency in adult Psychiatry, and completed fellowships in both Child & Adolescent Psychiatry and Forensic Psychiatry. I am Board-certified in the 4 specialties of Adult, Child & Adolescent,

and Forensic Psychiatry, as well as Addiction Medicine. I submit this declaration in support of Defendants' motion to lift the temporary stay halting the VRJS/Falcon tours. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. As Deputy Director of the Statewide Mental Health Program, I supervise and am regularly apprised of the different components of the Mental Health Services Delivery System (MHSDS), including the various mental health programs available at each prison facility throughout the state. In addition to my role as Deputy Director, I also regularly work on the *Coleman* class action as part of CDCR's Mental Health leadership team, and I am familiar with the status of the litigation.

3. CDCR operates a large and complex mental-health system, which includes 33 prison facilities throughout the state, 28 of which provide mental health care to the patient population. Depending on patient needs, the mental-health system provides various levels of mental health treatment to promote individual functioning within the clinically least restrictive environment—consistent with safety and security needs of both the patient and the institution.

4. While some institutions have similar facilities and layouts, no two prisons are alike, and numerous factors ultimately make each institution uniquely different. Specifically, institutions vary in terms of the patient populations and acuities, mental health and custody leadership, the levels of mental health care provided, layouts and facilities (site and facility plans), staffing vacancies, services offered—including groups and educational and vocational opportunities, geographic location, proximity to other institutions or medical facilities, and staff culture.

5. Even where institutions may appear similar in other ways, such as design or site and facility plans, they are unique in other ways, including differences in leadership structure and staffing vacancies. For example, many institutions in Region III (Kings, Tulare, Inyo, Kern, Ventura, and Los Angeles Counties) do not currently have a Chief Psychiatrist. At these facilities, the Chief Psychologist/Chief of Mental Health works with regional psychiatrists to cover the various requirements and support the mental health staff. Other institutions have dramatically different structural and physical layouts. Namely, San Quentin State Prison (SQSP)

is known for atypical construction; Correctional Training Facility (CTF), Correctional Rehabilitation Center (CRC), California Medical Facility (CMF), California Men's Colony (CMC), California Institution for Men (CIM), California Institution for Women (CIW), and California Health Care Facility (CHCF) are also all examples of highly unique layouts.

6.  Institutions also provide different levels of mental health care and treat different security levels, which also make each facility distinctive with their own successes and challenges. For example, every facility treats patients in the Correctional Clinical Case Management System level of care; but not every facility provides the intermediate-inpatient level of care, which is currently only provided at CDCR's licensed Psychiatric Inpatient Programs at Salinas Valley State Prison (SVSP), CHCF, CMF, SQSP, and CIW. Similarly, not every facility provides an Enhanced Outpatient Program (EOP), Long-Term Restricted Housing (LTRH), or Mental Health Crisis Beds (MHCB). As a result of these differences, facilities have different yards and buildings within yards in use at any given time, which changes the density and flow of the patient population. This, naturally, causes ripple effects throughout the character of the institution by changing compliance factors. For instance, depending on the security level and level of mental health care provided, patients may need to travel through multiple security gates that require varying levels of screening. These variances establish different challenges for each institution and can manifest in widely different Program Guide compliance metrics.

7.  Weather and geography also vary dramatically among institutions. Weather affects patients directly (e.g., being on "heat medications" limits the amount of time a patient can spend outside when temperatures increase) and indirectly (e.g., temperature changes may affect willingness to wait in line for medical pass or attend treatment or group therapy). In addition, some institutions have factors such as coccidioidomycosis ("Valley Fever") – a fungi that is endemic in certain geographical areas but not others – that impacts which patients are eligible for transfer to those institutions. Valley Fever can also lead to disparate levels of Program Guide compliance given the impact it can have on the way mental health treatment is delivered at an affected institution.

8. The geographic location of other nearby prisons also changes the dynamics of an institution. For example, the following institutions are extremely close in proximity: CTF and SVSP; CMF and Solano State Prison (SOL); and Folsom State Prison (FSP) and Sacramento State Prison (SAC). But other institutions, including High Desert State Prison (HDSP), Pelican Bay State Prison (PBSP), CMC, and California Correction Institution (CCI), are geographically isolated. This causes differences based on the ease with which an institution can get additional staff to respond to an emergency, or to send a patient to a nearby MHCB because of enemy concerns or other clinically appropriate reason.

9. Institutions also vary in terms of the educational and vocational opportunities available to incarcerated persons. Attached as **Exhibit A** is a Division of Rehabilitative Programs (DRP) matrix that illustrates the various educational, vocational, and other programs available at different institutions. And the availability of other services, groups, and educational opportunities may vary widely from institution to institution due to the availability of volunteers.

10. Each of these factors make institutions uniquely distinct in terms of their compliance with Program Guide requirements. They each face disparate challenges and have unique successes. Consequently, each institution must be evaluated individually in order to ascertain a true and accurate picture of the care being provided systemwide. Indeed, this is likely the reason the Special Master's team tours each institution throughout CDCR's MHSDS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th of January, 2024, at San Quentin, California.

*/s/ Amar Mehta*
Amar Mehta, M.D.

# Exhibit A

# DRP PROGRAM MATRIX

| | Traditional Education (ABE/ASE) | Alternative Education (ABE/ASE) | Post-Secondary & Continuing Education (College/Elearning) | Peer Literacy Mentor Program | Auto Body | Auto Mechanics | Building Maintenance | Construction 101 | Carpentry | Computer Coding | Computer Coding (CalPIA) | Computer Related Technology (OSRT) | Cosmetology | Electronics | Electrical | Heating, Ventilation & Air Conditioning | Landscaping (Seed) | Machine Shop | Masonry | Painting (Industrial) | Plumbing | Roofing | Sheet Metal | Small Engine Repair | Welding | Library Services | Physical Education Services | Transitions | SUD Outpatient | Life Skills (CB2) | CB Interventions for Sex Offenders (CBI-SO) | California Reentry and Enrichment (CARE) Grants | Victim Impact Grants | Innovative Programming Grants | Offender Mentor Certification Program | Step Down Program | Arts-In-Corrections | California Identification Program |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACADEMIC | | | | CAREER TECHNICAL EDUCATON | | | | | | | | | | | | | | | | | | | | | OTHER PROGRAMS | | | COGNITIVE BEHAVIORAL INTERVENTIONS | | | GRANTS | | | OTHER PROGRAMS | | | |
| Hours / Day | 2 | 2 | V | V | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 2 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6.5 | 6.5 | 2 | 2 | 2 | V | | | | V | 4-6 | N/A | N/A |
| Days / Week | 5 | 1 day + 4 I.S. | V | V | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 3 | 3 | V | | | | 5 | 5 | N/A | N/A |
| Pgm Length | V | V | V | V | 1692hr | 3345hr | 1124hr | 251hr | 1842hr | 720hr | 720hr | 621hr | 1765hr | 1810hr | 1810hr | 1710hr | 2000hr | 1000hr | 1319hr | 1370hr | 1776hr | 1200hr | 1510hr | 875hr | 2285hr | N/A | V | 75hr | 14W | 7M | 8M | | | | 12M | 2Y | N/A | N/A |
| ASP | X | | X | X | X | X | X | | X | | | X | | X | X | X | | X | X | X | | | | X | X | X | X | X | X | X | | | X | X | | | X | X |
| CAC | X | | X | X | | | | | | | | X | | X | | | | | | | | | | | | X | X | X | X | X | | X | | X | | | X | X |
| CAL | X | | X | X | X | X | | | X | | | X | | X | X | X | | | | | | | | | | X | X | X | X | X | | X | X | | | | X | X |
| CCI | X | | X | X | X | X | X | X | X | | | X | | X | | X | | | | X | | | | | X | X | X | X | X | X | | X | X | X | X | | X | X |
| CCWF | X | X | X | X | X | | X | X | | X | X | X | | | | X | | | | | | | | | | X | X | X | X | X | | X | X | X | X | | X | X |
| CEN | X | X | X | X | X | X | X | | | | | X | | X | X | X | | | | X | | X | X | | | X | X | X | X | X | | X | | X | | | X | X |
| CHCF | X | X | X | X | | | | | | | | X | | | | | | | | | | | | | | X | X | X | X | X | | X | X | X | | | X | X |
| CIM | X | | X | X | | | X | | X | | | X | | X | | | | X | | X | | X | | | X | X | X | X | X | X | | X | | X | | | X | X |
| CIW | X | X | X | X | | | | X | | | X | X | | | | | | | | | | | | | | X | X | X | X | X | | X | | X | | | X | X |
| CMC | X | | X | X | | X | X | | | | | X | | X | X | | | X | | | | | X | | | X | X | X | X | X | | X | | X | | | X | X |
| CMF | X | | X | X | | | | | | | | X | X | | | | | | | | | | | | | X | X | X | X | X | | X | | X | | | X | X |
| COR | X | X | X | X | | X | | | | | | X | | X | | | X | | | | X | | | | X | X | X | X | X | X | | X | | X | X | X | X | X |
| CRC | X | | X | X | X | X | | X | | | | X | | X | X | X | | | | X | | | | | | X | X | X | X | X | | X | | X | | | X | X |
| CTF | X | | X | X | X | X | X | X | X | | | X | | X | X | X | | X | | X | | | X | | X | X | X | X | X | X | | X | X | X | | | X | X |
| CVSP | X | | X | X | X | X | X | | X | X | | X | | | X | X | | X | X | | | | | | X | X | X | X | X | X | | X | | X | | | X | X |
| FSP | X | X | X | X | | X | X | X | X | | | X | | X | X | | | X | | X | | | | | X | X | X | X | X | X | | X | | X | | | X | X |
| HDSP | X | | X | X | X | | X | | | | | X | | | | | | | | X | | | | | | X | X | X | X | X | | X | | X | | | X | X |
| ISP | X | | X | X | X | X | X | | X | X | | X | X | X | | | | X | | X | | | | | X | X | X | X | X | X | | X | | X | | | X | X |
| KVSP | X | | X | X | | X | | | | | | X | | X | X | | | X | | X | | | | | X | X | X | X | X | X | | X | | X | | | X | X |
| LAC | X | | X | X | | | | | | | | X | | X | X | | | X | X | X | | | | | | X | X | X | X | X | | X | | X | | | X | X |
| MCSP | X | | X | X | | X | | | | X | | X | | X | | X | | | | | | | | | X | X | X | X | X | X | | X | X | X | | | X | X |
| NKSP | X | X | X | X | | | | | | | | | | X | | | | | | | | X | | | | X | X | X | X | X | | | | | | | X | X |
| PBSP | X | | X | X | | X | | | | | | X | | | X | | | | | | | | | | | X | X | X | X | X | | X | | X | | X | X | X |
| PVSP | X | | X | X | X | X | X | | X | | | X | | X | | X | | | | | | | X | | X | X | X | X | X | X | | X | | X | | | X | X |
| RJD | X | X | X | X | | | | | X | | | X | | X | | X | | X | | | | | | | X | X | X | X | X | X | | X | | X | | | X | X |
| SAC | X | X | X | X | | X | | | | | | X | | X | | | | | | X | | | | | X | X | X | X | X | X | | X | | X | | | X | X |
| SATF | X | | X | X | X | X | | X | | | | X | | X | X | | | X | X | | | | | | X | X | X | X | X | X | X | X | X | | | | X | X |
| SCC | X | X | X | X | X | X | X | | | | | X | | | | | | | X | | | | | | X | X | X | X | X | X | | X | | | | | X | X |
| SOL | X | | X | X | | X | | X | X | X | | X | | | X | | | | X | | | X | | | X | X | X | X | X | X | | X | X | X | X | | X | X |
| SQ | X | X | X | X | | X | | | | | | X | | | | | | X | | X | X | | | | | X | X | X | X | X | | X | | X | | | X | X |
| SVSP | X | X | X | X | X | | X | X | | | | X | | X | | X | | | | | | | | | X | X | X | X | X | X | | X | | X | | | X | X |
| VSP[1] | X | | X | X | X | X | | | X | X | | X | X | | | X | | | X | | | | X | | X | X | X | X | X | X | | X | X | X | | | X | X |
| WSP | X | X | X | X | | | | | | | | X | | | | | | | | X | | | | | | X | X | X | X | X | | | | | | | X | X |

[1] America's Job Center of California (AJCC)
I.S. – Independent Study
V – Varies

Printed On: 2/15/2023

**DIVISION OF REHABILITATIVE PROGRAMS**
**GRANT SUMMARY**

| Institution | | California Reentry and Enrichment (CARE) Grants | Victim Impact Grants | Innovative Programming Grants |
|---|---|---|---|---|
| Avenal State Prison | ASP | | 1. Prison From the Inside-Out | 1. Community Justice Center |
| | ASP | | | 2. Insight Garden |
| California City Correctional Center | CAC | 1. CSU Fresno | | 1. Alliance California Traditional Arts |
| | CAC | 2. Healing Dialogue and Action | | 2. Marley's Mutts Dog Rescue (MMDR) |
| | CAC | 3. Reevolution | | |
| | CAC | 4 The Freedom to Choose Project | | |
| California Correctional Institution | CCI | 1. Alliance California Traditional Arts | 1. Place4Grace | 1. The Catalyst Foundation |
| | CCI | 2. Envisioning Justice Solutions | | |
| | CCI | 3. The Catalyst Foundation | | 2. The Actors Gang Prison Project |
| California Health Care Facility | CHCF | 1. Insight Garden | 1. The Lionheart Foundation | 1. CARE (Concerned About Recovery Education) |
| | CHCF | 2. Prison of Peace | | 2. Peacemakers Alliance |
| California Institution for Men | CIM | 1. Healing Dialogue and Action | | 1. Just Us 4 Youth's |
| California Institution for Women | CIW | 1. Healing Dialogue and Action | 1. The Freedom to Choose Project | 1. Center for Gender & Justice (Envisioning Justice Solutions) |
| | CIW | 2. Hustle 2.0 | | 2. Just Detention International |
| | CIW | 3. Reevolution | | |
| | CIW | 4. Reevolution | | |
| | CIW | 5. Success Stories | | |
| California Medical Facility | CMF | 1. GRIP | 1. THF Restorative Justice | 1. California Reentry Institute |
| | CMF | 2. Inside Circle | | 2. Center for Council (Community Partners) |
| | CMF | 3. Insight Garden | | 3. Paws For Life |
| California Men's Colony | CMC | | | 1. Freedom to Choose |
| | CMC | | | 2. Timelist Group |
| California Rehabilitation Center | CRC | 1. Just Detention International (Mindfulness Program) | | 1. Epidaurus, DBA Amity Foundation |
| | CRC | 2. Just Detention International | | 2. Just Detention International |
| | CRC | 3. Prison Yoga Project | | |
| | CRC | 4. Reevolution | | |
| | CRC | 5. Success Stories | | |

**DIVISION OF REHABILITATIVE PROGRAMS**
**GRANT SUMMARY**

| Institution | | California Reentry and Enrichment (CARE) Grants | Victim Impact Grants | Innovative Programming Grants |
|---|---|---|---|---|
| California State Prison Corcoran | COR | 1. Creative Acts | | 1. Hustle 2.0 |
| | COR | 2. Hustle 2.0 | | 2. UC Santa Barbara |
| | COR | 3. Prison of Peace | | |
| | COR | 4. Success Stories | | |
| California State Prison Los Angeles County | LAC | | | 1. Jail Guitar Doors |
| | LAC | | | 2. March On Foundation |
| California State Prison Sacramento | SAC | 1. Prison of Peace | | 1. Compassion Prison Project |
| | SAC | 2. Prison Yoga Project | | |
| | SAC | 3. Red Ladder Theater Company | | |
| California State Prison Solano | SOL | 1. Hustle 2.0 | 1. National Institute of Canine Service and Training | 1. C.R.O.P |
| | SOL | 2. Inside Circle | | 2. KALW |
| | SOL | 3. Peacemakers Alliance | | 3. Prison Yoga Project |
| | SOL | 4. Red Ladder Theater Company | | |
| California Substance Abuse Treatment Facility | SATF | 1. Hustle 2.0 | 1. ReEvolution | |
| | SATF | 2. Prison of Peace | | |
| | SATF | 3. Reevolution | | |
| | SATF | 4. The Freedom to Choose Project | | |
| Calipatria State Prison | CAL | 1. Prison Education Project | 1. Getting Out by Going In | |
| | CAL | 2. Prison of Peace | | |
| | CAL | 3. Success Stories | | |
| | CAL | 4. The Catalyst Foundation | | |
| | CAL | 5. Unlock Tomorrow | | |
| Centinela State Prison | CEN | 1. Jail Guitar Doors | | 1. Prison Arts Collective |
| | CEN | 2. Success Stories | | |
| Central California Women's Facility | CCWF | 1. Center for Gender & Justice | 1. Enneagram Prison Project | 1. Choices for Freedom |
| | CCWF | 2. CSU Fresno | | 2. Impact Justice |
| | CCWF | 3. Healing Dialogue and Action | | 3. Little Angel's Service Dogs |
| | CCWF | 4. Prison of Peace | | |
| | CCWF | 5. Success Stories | | |
| | CCWF | 6. The Freedom to Choose Project | | |

**DIVISION OF REHABILITATIVE PROGRAMS**
**GRANT SUMMARY**

| Institution | | California Reentry and Enrichment (CARE) Grants | Victim Impact Grants | Innovative Programming Grants |
|---|---|---|---|---|
| Chuckawalla Valley State Prison | CVSP | 1. Prison Education Project | | 1. Prison Education Project |
| | CVSP | 2. Success Stories | | |
| Correctional Training Facility | CTF | 1. Success Stories | 1. GRIP Training Institute | 1. Awareness Into Domestic Abuse |
| | CTF | 2. The Ahimsa Collective | | |
| | CTF | 3. The Transformative Justice Center | | |
| Folsom State Prison | FSP | 1. Hustle 2.0 | | 1. Root and Rebound (R&R) |
| | FSP | 2. Peacemakers Alliance | | 2. Prison Arts Collective |
| | FSP | 3. The Freedom the Choose Project | | |
| High Desert State Prison | HDSP | 1. Prison of Peace | | 1. Center for Restorative Justice Works |
| | HDSP | 2. The Catalyst Foundation | | |
| Ironwood State Prison | ISP | 1. Prison of Peace | | 1. ReEvolution |
| Mule Creek State Prison | MCSP | 1. Prison Yoga Project | 1. Prison From the Inside-Out | 1. Tender Loving Canines |
| Pelican Bay State Prison | PBSP | 1. Prison of Peace | | 1. Envisioning Justice Solutions |
| | PBSP | 2. The Catalyst Foundation | | |
| | PBSP | 3. The Place4Grace | | |
| Pleasant Valley State Prison | PVSP | 1. Prison of Peace | | 1. CSU Fresno |
| | PVSP | | | 2. TRF |
| R J Donovan Correctional Facility | RJD | | | 1. Community Partners |
| Salinas Valley State Prison | SVSP | 1. Prison of Peace | | 1. Defy Ventures |
| | SVSP | 2. The Catalyst Foundation | | |
| San Quentin State Prison | SQ | 1. Hustle 2.0 | | 1. Boundless Freedom Project |
| | SQ | 2. Prison Yoga Project | | |
| | SQ | 3. Red Ladder Theater Company | | |
| Valley State Prison | VSP | 1. Actors' Gang | The Legacy Outreach | 1. New Beginning at Circle T Ranch |
| | VSP | 2. CSU Fresno | | |
| | VSP | 3. Healing Dialogue | | |
| | VSP | 4. Hustle 2.0 | | |
| | VSP | 5. Red Ladder Theater Company | | |