ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:   925-746-8460
FACSIMILE:   925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520- KJM-DB |
| Plaintiffs, | **DECLARATION OF JOEL T. ANDRADE, PHD, IN SUPPORT OF DEFENDANTS' PORTION OF JOINT STATEMENT RE TOUR DISPUTE** |
| v. | |
| GAVIN NEWSOM, et al. | |
| Defendants. | Judge:    Hon. Kimberly J. Mueller |

I, Joel T. Andrade, PhD, LICSW, CCHP-MH., declare as follows:

1.    I am a Clinical, Correctional and Forensic Social Worker, a Certified Correctional Health Professional (CCHP), and a Certified Correctional Healthcare Professional specializing in Mental Health (CCHP-MH). I have over 25 years of clinical and administrative experience in correctional healthcare. I have a PhD and MSW in Clinical Social Work with a concentration in Forensics from Boston College. I am licensed as a Licensed Independent Clinical Social Worker (LICSW) in Massachusetts.

2.    I worked as a frontline mental health professional for over 15 years providing

1

mental health services in the Massachusetts Department of Correction.  This included working at the reception center and at the state's forensic hospital.  At the forensic hospital I conducted clinical assessments specific to an individual's risk for future violence or suicide and provided expert witness testimony in approximately 400 cases as to the individual's need for hospitalization within the strict custody of the forensic hospital.    For five years, I was the clinical director overseeing all mental health services within the Massachusetts Department of Correction.  During this time, we implemented a mental health classification system, established a definition of Serious Mental Illness (SMI), and developed and implemented several mental health units as alternatives to placement in restrictive housing for individuals with SMI.  I was also fortunate to be able to design, implement and manage the Behavior Management Unit (BMU) for individuals designated as SMI due to significant functional impairment secondary to a personality disorder.

3.    I then worked in leadership positions within the clinical operations department of a correctional healthcare company.  In this capacity I worked with 19 Departments of Correction and several large county jails to develop, implement, monitor and manage correctional mental health programs.  This included being onsite at over 200 state prisons and approximately 10 county jail facilities.

4.    I am a Member of the American Correctional Association (ACA), National Association of Social Workers (NASW), the National Organization of Forensic Social Workers (NOFSW), and the World Professional Association for Transgender Health (WPATH).

5.    I have provided over 100 educational presentations, seminars and webinars at conferences and for professional organizations to include the following: American Psychiatric Association (APA); American Academy for Psychiatry and Law (AAPL); National Commission on Correctional Healthcare (NCCHC); American Correctional Association (ACA); American College of Correctional Physicians (ACCP); National Organization of Forensic Social Workers (NOFSW); and the Association for the Treatment and Prevention of Sexual Abuse (ATSA).

6.    I am a former NCCHC Board Member and currently either the Chair or a Member of the following committees:

a.   **NCCHC:** Committee on Systemic Racism in Correctional Healthcare (Chair); Education Committee (member); Board of Trustees-Certified Correctional Healthcare Professionals (member); Young Professionals Committee (member and former Chair).

b.   **ACA:** ACA Delegate Assembly (representing Mental Health); Behavioral Health Committee (member); and Facilities and Design Committee (member).

7.   I am the author of peer-reviewed journal articles and book chapters, to include the following topics: applying the recovery model in correctional settings; violence risk assessment and risk management; alternatives to segregation and restrictive housing; psychopathy; suicide risk assessment and intervention; self-injurious behavior; and the evaluation and treatment of those who sexually offend. I am also the editor of *The Handbook of Violence Risk Assessment: A Practical Guide for Mental Health Professionals*.

8.   In 2021, I was the inaugural recipient of the Edward A. Harrison Award for Excellence in Correctional Health Care Leadership from the National Commission on Correctional Health Care.  Attached as Exhibit A is a true and correct copy of my curriculum vitae.

9.   I am a Senior Expert, Principal, and Vice President at Falcon, Inc.  In this capacity, I work with jurisdictions to evaluate correctional healthcare and operational systems, and assist these jurisdictions in improving care.

10.   I am a member of the leadership team conducting the systemwide study of mental health services provided by the California Department of Corrections and Rehabilitation (CDCR). I have been informed that there are two issues to be considered by the Court including: (1) allowing our team to visit all 28 facilities in which mental health services are provided, as well as the pace of these visits, and (2) whether we will be allowed to observe 1:1 assessments and treatment encounters.

11.   To conduct a comprehensive systemwide study, it is my opinion that all 28 CDCR facilities in which mental health services are provided should be visited and studied, and that these

visits should be conducted on a schedule that allows all to be completed within approximately 9 to 12 months. Our initial plan required that some sites be visited over two separate weeks; however, this has been modified to be at each site for no more than one week. For facilities with more levels of care and higher levels of care, the number of days onsite will be longer, whereas facilities with fewer levels of care will require less days onsite. As such, visiting all facilities at a pace of no more than three per month will accomplish the goal of visiting all 28 facilities over a 9-to-12-month period. Conducting this review within such a timeframe allows for all experts to assess and analyze information in real-time, and to remain engaged in the process. If we are required to further reduce the pace of our tours to five days per month of touring (which equates to one facility per month, and in some cases of facilities with three or fewer levels of care, two facilities per month), it would extend the length of the site visits to at least 22 months in order to see all 28 facilities. This slow pace not only extends the time it will take to complete these tours unnecessarily, but does so at the cost of ensuring continuity of the assessment and the ability to make timely points of comparison across various domains and study components. This remains true regardless of whether the experts visit 10 or 28 institutions – the information obtained while onsite should be synthesized in six-to-nine-month period to make comparisons most relevant and informative, and reflective of the concurrent practices at each facility.

12.    In July 2023, I lead a team of Falcon experts assigned to California State Prison, Sacramento (SAC). Along with three of my colleagues, we spent five days on site before the Court issued a directive to pause our facility studies. Although we were able to accomplish a great deal while onsite by observing the routine functioning of the facility, as well as observing clinically rich activities such as group therapy and Inter-Disciplinary Treatment Team (IDTT) meetings, we were precluded from speaking with patients in the Mental Health Services Delivery System (MHSDS) and from observing individual clinical encounters. Additionally, as we attempted to observe group therapy and IDTTs, there was often interruption and extensive periods of time waiting to see if we would be allowed to observe certain clinical interactions. This resulted in our team not gaining some information to evaluate the facility. As such, it is my

1    opinion that the five facilities that were visited in July should be re-visited.

2        13.    Based on our review of documents to date, it is very clear that each facility has its

3    own areas of strength and weaknesses.  By observing services at a select number of facilities, it

4    will not be possible to opine on how such services are provided at a facility that was not visited.

5    Our ability to review policies and statewide documents, such as the Program Guide, allows us to

6    opine on whether such policies support high-quality care, but without seeing the delivery at each

7    facility, the conclusions would be limited.  Direct observation is common practice in correctional

8    healthcare and healthcare in general.  For example, I am not aware of any accrediting body, inside

9    or outside of corrections, that would accredit or deny accreditation to a facility that was not visited

10   and extensively reviewed in-person.  While I understand that we are not an accrediting body, our

11   methodology to study the large and extensive mental health system within CDCR is influenced by

12   those methodologies used by accrediting bodies, and would greatly benefit from visiting each

13   facility.   Additionally, issues such as physical plant, staffing levels, geographic location, and

14   facility culture, vary widely between the 28 CDCR facilities we propose to visit; therefore, the

15   mental health care that is delivered at each facility could vary widely as well.

16       14.    It is also my opinion that the clinical members of our team should be allowed to

17   observe 1:1 assessment and treatment interventions.  Direct observation of the delivery of clinical

18   services is a routine part of clinical training, and in fact, direct observation of clinical practice is

19   typically required by medical training programs.  The authors of a 2011 article[1] in the journal

20   *Medical Teacher* state the following:

21           The organizations that accredit training programs in the United
             States, including the Liaison Committee on Medical Education
22           (LCME) and the Accreditation Council for Graduate Medical
             Education (ACGME) require supervisors to observe medical
23           trainees with patients as part of the training program.

24

25       15.    Observing such clinical contact to evaluate the quality of care provided is routine in

26   _____

27   [1] https://www.researchgate.net/profile/Eric-
     Holmboe/publication/46576750_Twelve_tips_for_implementing_tools_for_direct_observation_of_medical_trainees'_
     clinical_skills_during_patient_encounters/links/0912f51152a0fa2c64000000/Twelve-tips-for-implementing-tools-for-
28   direct-observation-of-medical-trainees-clinical-skills-during-patient-encounters.pdf

clinical practice.  For example, NCCHC is an accreditation body that evaluates healthcare services provided within correctional settings.  NCCHC has several sets of standards to include prison standards, jail standards, juvenile standards, mental health standards and opioid treatment program (OTP) standards.  The NCCHC Prison Standards includes language as to how NCCHC accreditation surveyors evaluate a system.  On page xiv, under the header "PRISONS SEEKING ACCREDITATION" it states the following:

> The compliance indicators listed in each standard are the same measures used by accreditation surveyors when they come on-site. Compliance may be verified through health record reviews, observation, interviews, and other information-gathering methods.

As noted in the above, observation is a critical component of the review.

16.     It is also important that direct observation be allowed at each level of care across all facilities.  The combination of visiting all 28 facilities, and observing all clinical services that are provided, will allow our team of experts to provide meaningful opinions regarding the delivery of mental health services at each level of care at each facility.

17.     In my experience, I have been the clinical provider of services for many patients who were observed by outside consultants, experts, and accrediting bodies.  These patients often suffered from serious mental illness, and often were presenting with acute symptoms at the time of the observation.  As the patient's clinician, I had the obligation to ensure that no harm was done to the patient.  In these instances, I can only recall requesting that one patient not be observed as I felt the patient may experience an exacerbation of symptoms due to the observation.  In the dozens of other instances, I did not feel that the observation would be harmful.  In those instances, the patient agreed to the direct observation by the outside consultant or expert, and there were no negative outcomes.

18.     The experts who will be observing services are all highly experienced clinicians who have an ethical obligation to not cause harm and would terminate an observation if they felt as though there would be some negative effect on the patient.  For example, when observing a group therapy session at SAC in July 2023, I terminated my observation when a patient became

1  fixated on plaintiff's counsel who was also observing.  Additionally, each patient will receive
2  information as to the purpose of the observation and will provide verbal informed consent.  In
3  cases when the patient does not provide such consent, the clinical interaction will not be observed.
4  In my experience, patients are typically accommodating and have no problem allowing outside
5  clinical consultants and experts to directly observe their clinical interaction.

6          19.      Direct observation allows for accounting of brief and meaningful interactions that
7  often cannot be gleaned from chart reviews, policies, dashboards or other data sources.  Direct
8  observation can identify strengths and areas that need improvement within mental healthcare
9  delivery at an individual level that can be expanded upon at a system-level.  Direct observation
10 provides contextual information that should be integrated with other data to form accurate
11 conclusions about an entire system.

12         I declare under penalty of perjury under the laws of the United States of America that the
13 foregoing is true and correct.  Executed in Bridgewater, Massachusetts on January 17, 2024.

15 */s/ Joel T. Andrade*
   Joel T. Andrade, PhD, LICSW, CCHP-MH

# Exhibit A

# Joel T. Andrade, Ph.D., LICSW, CCHP-MH

617.620.3664
155 N. Wacker Dr., Suite 4250, Chicago, IL 60606
jandrade@falconinc.com

---

## EDUCATION

Doctor of Philosophy in Clinical Social Work, Boston College Graduate School of Social Work**,** Chestnut Hill, MA, April 2009.
> **Dissertation Title:** *Psychosocial Precursors of Psychopathy in a Psychiatric Sample: A Structural Equation Model Analysis*.
> **Dissertation Chair**: Thomas O'Hare, Ph.D.

Master of Clinical Social Work, Boston College Graduate School of Social Work, Chestnut Hill, MA, May 1998, with a concentration in Forensic Social Work.

Bachelor of Arts in Psychology and Social & Rehabilitation Services, Assumption College, Worcester, MA, May 1996.

**Licensure/Certifications**
Licensed Independent Clinical Social Worker—Massachusetts & Florida
MA License Number—110161
FL License Number—13904

## FUNDED RESEARCH

R01 MH095230 (Principal Investigator: Jennifer Johnson, Brown University)
Role: **Co-Principal Investigator**                             7/1/11 – 6/30/14
NIH/NIMH                                                        $360,587 (DC Yr1)
***Effectiveness of Interpersonal Therapy for men and women prisoners with major depression***
- To conduct the first fully-powered effectiveness study of major depressive disorder in an incarcerated population, along with cost and pilot implementation data.

**Research Fellowship**
9/2002-8/2003: Boston College Graduate School of Social Work/Cash & Counseling Program.  Principal Investigator: Kevin Mahoney
- Worked as a member of a team conducting initial interviews regarding the Cash and Counseling program with health administrators in all 50 States.
- Worked as a member of a team to create a database to analyze data gathered from interviews.

**Professional Experience**

**Falcon, Inc.**
Chicago, Illinois
**Vice President and Senior Expert**
July 2022 to Present

- Collaborate with correctional and community healthcare systems, developing and implementing best practices in behavioral health for justice-involved individuals and those responsible for their custody and care
- Consulting in the United States and internationally regarding innovative approaches to improving outcomes for individuals and systems
- Apply advanced understanding of behavioral principles to architectural planning and design, including justice facilities and community-based facilities designed to deflect individuals from the justice system
- Conduct needs assessments of current processes and operations, consulting with stakeholders and interdisciplinary teams, to arrive at models that represent progressive and humanistic ideals for justice-involved individuals
- Develop and implement educational workshops and training

**Centurion, LLC**
Vienna, Virginia
**Vice President of Behavioral Health Services**
March 2022 to July 2022
Senior Director of Behavioral Health Services
March 2020 to March 2022
Director of Clinical Operations—Mental Health
March 2015 to March 2020

- Provide clinical supervision to statewide mental health directors for Centurion and MHM contracts nationwide.
- Develop treatment programs, staff training modules, and group psychoeducational curriculum for clinical staff.
- Develop policies and procedures related to clinical operations for all contracts.
- Monitor compliance of contracts based on the contract and national standards (NCCHC, ACA).
- Provide consultation and training for all Centurion contracts in the areas of psychopathy; violence risk assessment and risk management; suicide risk assessment; creating alternative treatment units to segregation; applying the recovery model in corrections; clinical evaluation; forensic issues; sex offender treatment; treatment of depression in corrections; gender dysphoria, etc.
- Direct and oversee the treatment of all inmates diagnosed with gender dysphoria in the Massachusetts Department of Correction (2015-2018).
- Conduct statistical analysis for company-wide research projects.
- Provide individualized behavior management consultation for behaviorally disturbed inmates.
- Provide individualized consultations for transgender inmates and patients with Gender Dysphoria.
- Provide clinical support during implementation phase of a contract and when needed thereafter.

**MHM Correctional Services, Inc.**
Norton, Massachusetts
Program Manager & Director of Clinical Programs
March 2010 to March 2015

- Direct and oversee statewide mental health services provided to the Massachusetts Department of Correction Prisons and medical and mental health services at Bridgewater State Hospital.
- Clinical and administrative oversight of over 350 clinical staff including social workers, psychiatrists, psychologists, nurse practitioners, nurses, and internists.
- Ensure compliance with accrediting bodies such as the American Correctional Association (ACA), the National Commission on Correctional Health Care (NCCHC), and the Joint Commission (TJC).
- Conduct clinical evaluations for complex cases.
- Develop behavior management plans as required for inmates or patients who engage in significant self-injurious and/or violent behavior.
- Supervise the criteria development and process management for all residential and special mental health programs throughout the Massachusetts Department of Correction.
- Implement and manage the Mental Health Classification designation process.
- Develop, approve and maintain policies and procedures specific to mental health services.

**MHM Correctional Service, Inc.**
Vienna, Virginia
Clinical Operations Specialist
August 2008 to March 2010

- Develop treatment programs, staff training modules, and group psychoeducational curriculum for all MHM contracts nationwide.
- Develop policies and procedures related to clinical operations for all MHM contracts nationwide.
- Provide clinical support for medical directors, CQI managers and psychologists.
- Provide consultation and training for all MHM contracts in the areas of violence risk assessment and risk management; suicide risk assessment; clinical evaluation; forensic issues; sex offender issues; psychopathy; etc.
- Conduct statistical analysis for company-wide research projects and present findings at conferences and meetings.
- Provide behavior management consultation for behaviorally disturbed inmates.

**Bridgewater State Hospital**
Bridgewater, MA
Clinical Risk Assessment Coordinator
September 2007-April 2009

- Conduct violence risk assessment evaluations, including the administration of risk assessment tools such as the HCR-20, and PCL-R or PCL:SV for high-risk patients being considered for transfer from Bridgewater State Hospital (maximum-security forensic hospital) to a less secure setting.

**Bridgewater State Hospital**
Bridgewater, MA
Admission Coordinator
July 2003-August 2008
- In 2003 standardized and wrote the admission criteria for patients being admitted to Bridgewater State Hospital from county and state correctional facilities.
- Provide clinical consultation to all State and County correctional facilities in the State of Massachusetts regarding inmates that may require inpatient hospitalization at Bridgewater State Hospital.

**Bridgewater State Hospital**
Bridgewater, MA
Director of the Intensive Treatment Unit
  September 2002-August 2008
- Provide clinical and administrative oversight of the Intensive Treatment Unit at Bridgewater State Hospital.
- Conducted violence risk assessment evaluations and provided expert witness testimony in over 400 commitment and dangerousness hearings throughout the Commonwealth of Massachusetts.
- Provide clinical administrative services for a group of patients on the Maximum-Security Admissions unit, which includes initial diagnostic assessments, treatment planning, crisis intervention, violence risk assessments, suicide risk assessments, etc.
- Member of several hospital committees including: Seclusion and Restraint Task Force; Seclusion and Restraint Performance Improvement Team; Violence Reduction Performance Improvement Team; De-escalation Performance Improvement Team; Administrative Segregation Legislative Work Group; Forensic Training Committee; JCAHO Assessment Chapter Committee; and Self-Injurious Behavior Performance Improvement Team.
- Chair of the Law & Mental Health Training Committee (2003 to 2008).

**Sexual Disorders Clinic—Community Health Link**
Worcester, MA
Director of Assessment
January 2004-October 2007
- In conjunction with the clinical director, developed a laboratory for physiological and psychological assessment. Evaluations included penile plethysmography, psychopathy assessments, and other clinical evaluations.
- Research topics include: Comorbid Mental Illness, Psychopathy Among Sex Offenders, and Violence Risk Assessment among Sex Offenders.

**New England Forensic Associates (NEFA)**
Arlington, MA
Laboratory Consultant
July 2005-September 2006
- Oversee physiological and psychological assessments conducted in the laboratory. These include the following: Penile Plethysmograph, Abel Assessment for Sexual Interest, and Millon Clinical Multiaxial Inventory—III.

- NEFA is an outpatient treatment and assessment clinic for individuals with sexually related disorders.

**Bridgewater State Hospital—Correctional Medical Services**
Bridgewater, MA
Forensic Clinical Social Worker
April 1999-October 2002

- Conduct violent risk assessment evaluations and provide expert witness testimony in civil commitment hearings and forensic recommitment hearings.
- Clinical administration, initial diagnostic assessments, treatment planning, crisis intervention, suicide risk assessments.
- Long term individual and group psychotherapy with committed patients.
- Discharge planning to Department of Correction facilities, Department of Mental Health facilities, and community based agencies.


**Stoughton Youth Commission/ Boston College Graduate School of Social Work**
Stoughton, MA
Clinical Supervisor
September 2001-January 2003

- Provide clinical supervision for Master's level Clinical Social Workers and Social Work Interns.
- Conduct group trainings and seminars on topics including: administering psychosocial assessments with adolescents and families, working with at-risk populations, engaging clients in court ordered treatment, and conducting suicide and violence risk assessments

**South Shore Mental Health---Crisis Intervention Team**
Quincy, MA
Crisis Clinician
June 1999-September 2001

- Conduct psychiatric crisis evaluations for acutely distressed adults, adolescents, children, couples, and families.
- Assess for violence risk and suicide risk, as well as acute psychiatric distress.
- Present clinical information to third party payer and advocate for the level of care needed to effectively treat the individual.

**Massachusetts Correctional Institute-Concord—Correctional Medical Services**
Concord, MA
Forensic Clinical Social Worker
June 1998-April 1999

- Conduct initial intake assessments immediately after sentencing, provide crisis intervention for acutely at risk inmates, conduct suicide and institutional violence risk assessments, and provide long-term individual therapy.
- Case management and treatment planning of a caseload of 50 to 75 mentally ill incarcerated men.
- Oversee clinical services at Northeastern Correctional Center, which is the minimum-security facility associated with MCI-Concord.

Joel T. Andrade, Ph.D., LICSW, CCHP-MH                                      6

**Clinical Internships**
**1997-1998, Bridgewater State Hospital**               Bridgewater, MA
**1996-1997, Barron Assessment and Counseling Center**  Jamaica Plain, MA
**1995-1996, Auburn Youth & Family Services**           Auburn, MA
**1994-1995, Department of Social Services**            Worcester, MA


## TEACHING EXPERIENCE
**2007-2010—Adjunct Faculty—Bridgewater State University, Department of Social Work**
- Introduction to Social Research
- Research: Evaluating Practice (2007 and 2010)
- Human Behavior in the Social Environment I
- Human Behavior in the Social Environment III: DSM-IV-TR

**2004 – Teaching Assistant – Boston College Graduate School of Social Work.**
- Introductory research methods and statistics course

Joel T. Andrade, Ph.D., LICSW, CCHP-MH                                                                7

## PUBLICATIONS

### Peer-Reviewed Journals

Johnson, J. E., Stout, R. L., Miller, T., R., Zlotnick, C., Cerbo, L. A., **Andrade, J. T.**, Nargiso, J., Bonner, J., Wiltsey-Stirman, S. (2019).  Randomized effectiveness trial of group interpersonal psychotherapy (IPT) for prisoners with major depression.  *Journal of Consulting and Clinical Psychology, 87*(4), 392-406.

Johnson, J. E., Miller, T. R., Stout, R. L., Zlotnick, C., Cerbo, L., **Andrade, J. T.**, Wiltsey-Stirman, S. (2016).  Study protocol: Hybrid Type I cost-effectiveness and implementation study of interpersonal psychotherapy (IPT) for men and women prisoners with major depression. *Contemporary Clinical Trials, 47, 266-274.*

**Andrade, J.T.**  (2008).  The inclusion of antisocial behavior in the construct of psychopathy: A review of the research.  *Aggression & Violent Behavior, 13, 328-335.*

Kayser, K., Watson, L.E., & **Andrade, J.T.**  (2007).  Cancer as a "We-Disease": Examining the process of coping from a relational perspective.  *Families, Systems & Health, 25*(4), 404-418.

**Andrade, J.T.**, Vincent, G.M., & Saleh, F.M.  (2006).  Juvenile sex offenders: A complex population.  *Journal of Forensic Sciences, 51*(1), 163-167.

### Books

**Andrade, J.T.** (Editor, 2009).  *Handbook of Violence Risk Assessment and Treatment: New Approaches for Mental Health Professionals*.  New York: Springer Publishing.

### Book Chapters

Pinals, D.A. & **Andrade, J.T.** (2015).  Recovery in Correctional Settings: Challenges and Opportunities.  In Trestman, R.L., Appelbaum, K.L., & Metzner, J.L. (Eds.), *The Oxford Textbook of Correctional Psychiatry*.  New York: Oxford University Press.

**Andrade, J.T.** (2009).  Psychopathy: Assessment, treatment, and risk management. In **J.T. Andrade** (Ed.), *Handbook of violence risk assessment and treatment: New approaches for mental health professionals.* pp. 241-290.  New York: Springer Publishing.

**Andrade, J.T.**, O'Neill, K., & Diener, R.  (2009).  Violence risk assessment and risk management: A historical overview and clinical application, In **J.T. Andrade** (Ed.), *Handbook of violence risk assessment and treatment: New approaches for mental health professionals.*  pp. 3-39.  New York: Springer Publishing.

**Blog Posts**

**Andrade, J.T.** (2017, June 22). Mental Health Units as Alternatives to Segregation
It Can Be Done [Vera Institute Blog Post]. Retrieved from
https://www.vera.org/blog/addressing-the-overuse-of-segregation-in-u-s-prisons-
and-jails/mental-health-units-as-alternatives-to-segregation-it-can-be-done

**Webinars:**

**Andrade, J.T.**, Muse, M., Ha, M., & McBride, D. (2023, May 17). Lived Experience:
The Need for Anti-Racism Work in Correctional Health Care Webinar. National
Commission of Correctional Health Care. Retrieved from:
https://www.ncchc.org/event/lived-experience-the-need-for-anti-racism-work-in-
correctional-health-care/

**Andrade, J.T.**, Steever, J., & Oransky, M. (2020, November 10). *Working with
Transgender Youth & Adults: Medical, Mental Health, and Legal Updates.*
National Commission on Correctional Health Care. Retrieved from:
https://www.ncchc.org/working-with-transgender-youth-and-adults

**Andrade, J.T.** (2019, April 30). *Understanding Psychopathy: From Clinical Lore to
Evidence-Based Outcomes.* National Commission on Correctional Health Care.
Retrieved from: https://www.ncchc.org/understanding-psychopathy-from-clinical-
lore-to-evidence-based-outcomes

**Andrade, J.T.** (2019, April 30). *Psychopathy: Providing Treatment and Managing Risk.*
National Commission on Correctional Health Care. Retrieved from:
https://www.ncchc.org/blog/ce-webinar-psychopathy-providing-treatment-and-
managing-risk

**Andrade, J.T.** (2018, May 31). *Medical and Mental Health Professionals' Role in
Segregation: Creating Policies to Ensure Quality Care.* National Commission on
Correctional Health Care. Retrieved from: https://www.ncchc.org/medical-and-
mental-health-professionals-role-in-segregation

**Other Publications**

Muse, M., **Andrade, J.T.**, & Wolfe, C. (2023). Addressing Racism in Correctional Health
Care. *CorrectCare, 37*(2), 5,18.

**Andrade, J.T.** (2015). Providing Care for Incarcerated Psychopathic Patients. *CorrDocs,
18*(2), 8-9.

**Andrade, J. T.**, Wilson, J. S., Franko, E., Deitsch, J., & Barboza, S. E. (December, 2014).
Developing the Evidence Base for Reducing Chronic Inmate Self-Injury:
Outcome Measures for Behavior Management. *Corrections Today.*

Joel T. Andrade, Ph.D., LICSW, CCHP-MH                                                                                    9

**Andrade, J.T.**, & Saleh, F.M.  (Winter, 2007).  Book Review: Patrick C.J (Editor).
     Handbook of   Psychopathy.  Guilford Press 2006. *American Society for
     Adolescent Psychiatry Newsletter.*

**Andrade, J.T.** & Saleh, F.M.  (Winter, 2005).  Juvenile psychopathy: What do we know?
     *American Society for Adolescent Psychiatry Newsletter.*

**Andrade, J.T.**  (February 29, 2000).  The reality of racism in America today [Letter to
     the Editor] The Boston Globe.

## Conference Presentations

Andrade, J.T., Rice, B., Timme, R., & Stephens, D. (2023, October). *Constitutional Adequacy and Correctional Behavioral Health: Clinical and Legal Considerations.* Presented at the National Conference on Correctional Health Care. Las Vegas, NV.

Andrade, J.T., & Muse, M. (2023, October). *"13th": Film Screening and Discussion of the "Slavery Loophole.* Sponsored by the NCCHC Committee on Systemic Racism in Correctional Healthcare. Presented at the National Conference on Correctional Health Care. Las Vegas, NV.

Andrade, J.T. (2023, April). *Correctional Health Care is Public Health Care: A Focus on Mental Health.* Presented at New Hampshire Hospital Virtual Grand Rounds.

Andrade, J.T. (2023, April). *Understanding Psychopathy: From Clinical Lore to Evidence Based Outcomes.* (Pre-Conference Seminar). Presented at the National Commission on Correctional Health Care Spring Conference. New Orleans, LA.

Andrade, J.T. & Timme, R. (2023, April). *Rethinking Suicide Risk, Prevention, and Intervention.* Presented at the National Commission of Correctional Health Care Spring Conference on Correctional Health Care. New Orleans, LA.

Andrade, J.T. & Muse, M. (2023, April). *Tackling Systemic Racism in Correctional Health Care: An Open Forum.* Presented at the National Commission of Correctional Health Care Spring Conference on Correctional Health Care. New Orleans, LA.

Andrade, J.T. (2022, April). *Understanding Psychopathy: From Clinical Lore to Evidence Based Outcomes.* (Pre-Conference Seminar). Presented at the National Commission on Correctional Health Care Spring Conference. Atlanta, GA.

Andrade, J.T., Renberg, I., & Penn, J. (2022, April). *Gender Dysphoria: A Clinical and Legal Update.* Presented at the National Commission on Correctional Health Care Spring Conference. Atlanta, GA.

Andrade, J.T. & Muse, M. (2022, April). *Tackling Systemic Racism in Correctional Health Care: An Open Forum.* Presented at the National Commission on Correctional Health Care Spring Conference. Atlanta, GA.

Andrade, J.T. (2021, November). *Understanding Psychopathy: From Clinical Lore to Evidence Based Outcomes.* Presented at the National Conference on Correctional Health Care. Chicago, IL.

Andrade, J.T. & Titus, T. (2021, November). *Nursing Assessment and Interventions When Caring for the Suicidal Patient.* Presented at the National Conference on Correctional Health Care. Chicago, IL.

Raúl Villalobos, R., Villalobos, J., Escobar, A., Baumann, C., McIntyre, J., Fether, H., Mahoum-Nassar, M., Rahaman, D., Voisard, J., & Andrade, J.T. (2021, November). *Go From Good to Great: Insights From NCCHC Programs and Facilities of the Year.* Panel Discussion at the National Conference on Correctional Health Care. Chicago, IL.

Andrade, J.T. & Raak, J.  (2021, April).  *Suicide Risk Assessment and Intervention: Individualized Assessment and Individualized Interventions.* Presented at the National Commission on Correctional Health Care Annual Conference: New Orleans, LA (Virtual Conference).

Andrade, J.T.  (2020, November).  *Psychopathy: Treatment and Risk Management in a Correctional Setting.*  Presented at the National Commission on Correctional Health Care Annual Conference: Virtual Conference.

Andrade, J.T.  (November 2020).  *Managing stress and anxiety within correctional settings during a global pandemic*.  Presented at the Mid-Atlantic States Correctional Association, Virtual Meeting.

Andrade, J.T.  & Killingsworth, D.  (2020, July).  *Managing Stress, Anxiety and Trauma Response to the COVID-19 Global Pandemic.*  Presented at the National Commission on Correctional Health Care Summer Mental Health Conference: Las Vegas, NV (Virtual Conference).

Andrade, J.T.  & Kearns, J.D.  (2020, July).  *Suicide Risk Assessment and Prevention: A Look Toward the Future.*  Presented at the National Commission on Correctional Health Care Summer Mental Health Conference: Las Vegas, NV (Virtual Conference).

Andrade, J.T.  (2020, May).  *Gender Dysphoria: Developing a Successful Program in the Correctional Environment.*  Presented at the National Commission on Correctional Health Care Spring Conference: Atlanta, GA (Virtual Conference).

Andrade, J.T.  & Kearns, J.D.  (2020, May).  *Suicide Risk Assessment and Prevention: A Look Toward the Future.*  Presented at the National Commission on Correctional Health Care Spring Conference: Atlanta, GA (Virtual Conference).

Andrade, J.T., & Marshall, T.  (2020, January). *Gender Dysphoria: A Clinical and Legal Update.*  Presented at the American Correctional Association Winter Conference. San Diego, CA.

Andrade, J.T., Cadreche, M., Kearns, J.D, & Stokes, C.  (2020, January).  *Suicide Prevention and Intervention: A Clinical Update.*  Presented at the American Correctional Association Winter Conference. San Diego, CA.

Andrade, J.T., & Fagan, T.  (2019, October).  *Beyond Good and Evil: The Soul of the Psychopath.*  Pre-Conference Seminar presented at the National Commission on Correctional Health Care Annual Conference: Fort Lauderdale, FL.

Joel T. Andrade, Ph.D., LICSW, CCHP-MH                                                                  12

Andrade, J.T.  (2019, October).  *Psychopathy: Treatment and Risk Management in a Correctional Setting.*  Presented at the National Commission on Correctional Health Care Annual Conference: Fort Lauderdale, FL.

Andrade, J.T., Cadreche, M., Kearns, J.D, & Stokes, C.  (2019, August).  *Suicide Prevention and Intervention: A Clinical Update.*  Presented at the American Correctional Association Summer Conference. Boston, MA.

Andrade, J.T., & Fagan, T.  (2019, April).  *Beyond Good and Evil: The Soul of the Psychopath.*  Pre-Conference Seminar presented at the National Commission on Correctional Health Care Spring Conference: Nashville, TN.

Andrade, J.T.  (2019, April).  *Gender Dysphoria in Corrections: Clinical and Legal Considerations.*  Presented at the National Commission on Correctional Health Care Spring Conference: Nashville, TN.

Andrade, J.T., & Wilson, J.S.  (2018, October).  *Solitary Confinement:  A History of Problems and a Look Towards Solutions.*  Presented at the National Commission on Correctional Health Care Annual Conference: Las Vegas, NV.

Andrade, J.T.  (2018, October).  *Crisis Treatment Planning for the Suicidal and the Non-suicidal Patient.*  Presented at the National Commission on Correctional Health Care Annual Conference: Las Vegas, NV.

Barboza, S.E., Andrade, J.T., & Wilson, J.S. (2018, October).  *Trauma in the Practice of Correctional Medicine.*  Presented at the American College of Correctional Physicians Annual Conference.  Las Vegas, NV.

Andrade, J.T., & Kearns, J.D.  (2018, August).  *Neurocognitive Disorders in Correctional Environments: An Introduction to the Problem.* Presented at the American Correctional Association Summer Conference. Minneapolis, MN.

Andrade, J.T., Garvey, K., & Penn, J.  (2018, August). *Gender Dysphoria: A New Challenge for Corrections and Timely Solutions.*  Presented at the American Correctional Association Summer Conference. Minneapolis, MN.

Wilson, J.S. & Andrade, J.T.  (2018, March).  *Evidence-Based Approaches to Safety Promotion and Harm Prevention for Patients in Isolation.*  Presented at the American College of Correctional Physicians Spring Conference.  Houston, TX.

Fagan, T., Fleming, M., & Andrade, J.T.  (2017, November).  *Building an Ethics Toolbox: Strategies for Correctional Health Professionals.*  Presented at the National Commission on Correctional Health Care Annual Conference: Chicago, IL.

Wilson, J.S. & Andrade, J.T.  (2017, November).  *Evidence-Based Approaches to Safety Promotion and Harm Prevention for Patients in Isolation.*  Presented at the American College of Correctional Physicians Annual Conference.  Chicago, IL.

Garvey, K., & Andrade, J.T.  (2017, October).  *"Tax Dollars at Work": Treating Inmates with Gender Dysphoria.*  Presented at the American Academy of Psychiatry and the Law: Denver, CO.

Andrade, J.T.  (2017, July).  *Psychopathy: Providing Treatment and Managing Risk.* Presented at the National Commission on Correctional Mental Health Care Summer Conference: Las Vegas, NV.

Andrade, J.T.  (2017, July).  *Serious Mental Illness and Segregation: Recommendations for a System that Works.*  Presented at the National Commission on Correctional Mental Health Care Summer Conference: Las Vegas, NV.

Andrade, J.T., Peterson, M.S., & Norcliffe, N.  (2017, April).  *Mental Health Units as an Alternative to Segregation for SMI Inmates.*  Presented at the National Commission on Correctional Health Care Spring Conference: Atlanta, GA.

Fagan, T., Fleming, M., & Andrade, J.T.  (2017, April).  *Building an Ethics Toolbox: Strategies for Correctional Health Professionals.*  Presented at the National Commission on Correctional Health Care Spring Conference: Atlanta, GA.

Andrade, J.T.  (2017, February).  *Violence Risk Assessment in Forensic Settings: An Update on the Research Literature.*  Presented at the American Correctional Association Winter Conference.  San Antonio, TX.

Andrade, J.T. & Fagan, T.  (2016, October).  *Beyond Good and Evil: The Soul of the Psychopath.*  Presented at the National Commission on Correctional Health Care Mental Health Conference: Las Vegas, NV.

Andrade, J.T. (2016, October).  *The Science of Violence Risk Assessment.*  Presented at the National Commission on Correctional Health Care Mental Health Conference: Las Vegas, NV.

Andrade, J.T. (2016, August).  *The Science of Suicide Risk Assessment Prevention in Correctional Settings.*  Presented at the American Correctional Association Summer Conference.  Boston, MA.

Turney, A., Williams, K., Boyd, B., Fleming, M.C., & Andrade, J.T.  (2016, August). *Effective Management of Self-Injurious Behavior in the Correctional Health Care Setting.*  Presented at the American Correctional Association Summer Conference.  Boston, MA.

Andrade, J.T.  (2016, July).  *Serious Mental Illness and Segregation: How Massachusetts Resolved This Litigation.*  Presented at the National Commission on Correctional Health Care Mental Health Conference: Boston, MA.

Andrade, J.T. & Garvey, K. (2016, July). *Gender Dysphoria: Recommendations for a Successful Program.* Presented at the National Commission on Correctional Health Care Mental Health Conference: Boston, MA.

Andrade, J.T. (2016, July). *Continuous Quality Improvement.* Roundtable Discussion at the National Commission on Correctional Health Care Mental Health Conference: Boston, MA.

Andrade, J.T. (2016, April). *Continuous Quality Improvement: Motivating and Measuring Change.* Preconference Workshop presented at the National Commission on Correctional Health Conference: Nashville, TN.

Andrade, J.T. (2015, October). *Gender Dysphoria: Developing and Implementing a Successful Program in the Correctional Environment.* Presented at the National Commission on Correctional Health Conference: Dallas, TX.

Andrade, J.T. (2015, October). *Continuous Quality Improvement: Strategies and Techniques to Improve Patient Care.* Preconference Workshop presented at the National Commission on Correctional Health Conference: Dallas, TX.

Andrade, J.T., & Neitlich, D. (2015, April). *Psychopathy: Providing Treatment and Managing Risk.* Presented at the National Commission on Correctional Health Conference: New Orleans, LA.

Andrade, J.T. (2015, April). *Continuous Quality Improvement: Strategies and Techniques to Improve Patient Care.* Preconference Workshop presented at the National Commission on Correctional Health Conference: New Orleans, LA.

Metzner, J., & Andrade, J.T., (2014, December). *Serious Mental Illness and Segregation: Recommendations for a System That Works.* Presented at the NYS Correctional Medical and Behavioral Health Care Workshop: Albany, NY.

Andrade, J.T., Wilson, J., & Franko, E. (2014, December). *Measuring Effectiveness of Behavior Management: Individual- and Unit-Based Outcome Data.* Pennsylvania Forensic Rights and Treatment Conference/Drexel University, Grantsville, PA

Andrade, J.T., & Metzner, J. (2014, July). *Serious Mental Illness and Segregation: Recommendations for a System That Works.* Presented at the National Commission on Correctional Health Care Mental Health Conference: Denver, CO.

Andrade, J.T., & Diener, R.B. (2014, July). *Gender Dysphoria: Clinical and Legal Aspects.* Presented at the National Commission on Correctional Health Care Mental Health Conference: Denver, CO.

Andrade, J.T. (2014, July). *Serious Mental Illness and Segregation: Clinical and Legal Aspects.* Roundtable discussion at the National Commission on Correctional Health Care Mental Health Conference: Denver, CO.

Andrade, J.T. (2014, July). *Gender Dysphoria and Correctional Mental Health.* Roundtable discussion at the National Commission on Correctional Health Care Mental Health Conference: Denver, CO.

Andrade, J.T. & Wilson, J.S. (2014, January). *Measuring Effectiveness of Behavior Management: Individual- and Unit-Based Outcome Data.* Presented at the American Correctional Association Winter Conference. Tampa, FL.

Andrade, J.T. (2013, July). *DSM-5: From Gender Identity Disorder to Gender Dysphoria.* Roundtable discussion at the National Commission on Correctional Mental Health Conference: Las Vegas, NV.

Wilson, J.S, Andrade, J.T., & Barboza, S.E. (2013, July). *Behavior Management Strategies for Individual and Group Programs.* Presented at the National Commission on Correctional Health Care Mental Health Conference: Las Vegas, NV.

Andrade, J.T., O'Neill, K., & Neitlich, D.P. (2013, July). *Segregation and Serious Mental Illness: Creating a System to Ensure Quality Care and Minimize Clinical and Legal Risks.* Presented at the National Commission on Correctional Health Care Mental Health Conference: Las Vegas, NV.

Andrade, J.T., Diener, R.B., Cohen-Kettenis, P., Levine, S.B., & Zucker, K. (2013, March) *Trends, Uncertainties, and Controversies in the Treatment of the Transgendered.* A symposium presented at the 166th American Psychiatric Association Annual Meeting. San Francisco, CA.

Andrade, J.T. (2013, April). *Alternatives to Long-Term Segregation for Inmates with Serious Mental Illness.* Presented at the Society of Correctional Physicians Spring Conference. Denver, CO.

Andrade, J.T., Bissonnette, L., Holowecki, C., O'Neill, K. (2013, January). *An Intensive Treatment Unit for Female Offenders in Massachusetts.* Presented at the American Correctional Association Winter Conference. Houston, TX.

Andrade, J.T., Neitlich, D.P., & Deitsch, J. (2013, January). *Maintaining a Correctional mental Health System to Ensure Quality Care and Minimize Clinical and Legal Risks.* Presented at the American Correctional Association Winter Conference. Houston, TX.

Andrade, J.T. (2012, October). *The Treatment of Psychopathic Offenders within a Correctional Setting: The Behavior Management Unit in Massachusetts.* Presented at the National Commission on Correctional Health Conference: Las Vegas, NV.

Andrade, J.T. & Franko, E.  (2012, July).  *Continuous Quality Improvement (CQI) to Improve Patient Care and Clinical Efficiencies, Successfully Defend Against Litigation, and more...*  Presented at the National Commission on Correctional Mental Health Conference: Chicago, IL.

Andrade, J.T.  (2012, May).  *Treatment of Problematic Behavior in a Correctional Setting: An Analysis of Behavioral outcomes.*  Presented at the National Commission on Correctional Health Conference: San Antonio, TX.

Andrade, J.T., & O'Neill, K.  (2012, March).  *The Behavior Management Unit: An Alternative to  Long-Term Segregation.*  Presented at the Academic & Health Policy Conference on Correctional Health: Atlanta, GA.

Andrade, J.T., & Neitlich, D.P.  (2012, March).  *A Descriptive Analysis of 2,000 Incidents of Self-Injurious Behavior.*  Presented at the Academic & Health Policy Conference on Correctional Health: Atlanta, GA.

Andrade, J.T. (2011, July).  *Alternatives to Long-Term Segregation for Inmates with Serious Mental Illness: Outcomes of Secure Treatment Units in Massachusetts.*  Presented at the National Commission on Correctional Health Care Mental Health Conference: Las Vegas, NV.

Andrade, J.T., Diener, R.B., & O'Neill, K (2011, July).  *Gender Identity Disorder: A Correctional Mental Health Perspective.*  Presented at the National Commission on Correctional Health Care Mental Health Conference: Las Vegas, NV.

Masotta, M., & Andrade, J.T.  (2011, March).  *Suicide and Self-Harm Risk Assessment within Correctional Settings: Avoiding Common Pitfalls.*  Presented at the Academic & Health Policy Conference on Correctional Health: Boston, MA.

Andrade, J.T. & O'Neill, K.L. (2011, March).  *Alternatives to Segregation for Inmates with Serious Mental Illness.*  Presented at the Academic & Health Policy Conference on Correctional Health: Boston, MA.

Andrade, J.T., O'Neill, K.L., Hallett, A., & Mulvey, R.  (2010, November).  *A Collaborative Training Model for Behavior Management Units.*  International Association of Correctional Trainers: Boston, MA.

Andrade, J.T.  (2010, July).  *Behavior Management Interventions.*  Roundtable discussion at the National Commission on Correctional Health Care Mental Health Conference: Boston, MA.

Andrade, J.T.  (2010, July).  *Behavior Management Strategies That Won't Reinforce Inmate Self-Injury.*  Presented at the National Commission on Correctional Health Care Mental Health Conference: Boston, MA.

Barboza, S.E., Andrade, J.T., Wilson, J.S. (2010, April). *Ending It All: Data Informed Suicide Prevention.* Presented at the National Commission on Correctional Health Care Conference: Nashville, TN.

Wilson, J.S., Barboza, S.E., & Andrade, J.T. (2009, December). *Ending It All: What the Data Tell Us About Suicide Prevention.* Presented at the Academic & Health Policy Conference on Correctional Health Linking Best Practices to Best Evidence: Fort Lauderdale, FL.

Andrade, J.T. (2009, June). *Psychopathy in Correctional Settings: Assessment & Risk Management.* Presented at the Michigan Sheriffs' Association 2009 Summer Conference: Frankenmuth, MI.

Andrade, J.T. & Barboza, S.E. (2009, April). *Taking A Chance on Change: Treating Offenders in Restricted Housing.* Presented at the Mental Health in Corrections Consortium 2009 Symposium: Kansas City, MO.

Andrade, J.T. (2009, March). *The Institutional Treatment of Psychopathy.* Presented at the American Correctional Health Services Association Conference: Orlando, FL.

Andrade, J.T., Weiner, L., Mitchell., L., Zakai, A. (2008, September). *Roundtable Discussion: Mental Health Treatment within Maximum-Security Institutions and Segregation.* Presented at the National Institute of Corrections Conference: Leominster, MA.

Andrade, J.T. & Terry, A. (2008, March). *Workshop: Violence Risk Assessment in Youthful Populations.* Presented at the American Society for Adolescent Psychiatry Annual Conference: Boston, MA.

Andrade, J.T. (2007, October). *Assessment of Inpatient Aggression and Violent Behavior.* Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Miami, FL.

Dwyer, R.G., Saleh, F.M., Vincent, G.M., & Andrade, J.T. (2007, October). *Assessing and Treating Violent Women: What Do We Know?* Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Miami, FL.

Andrade, J.T., & O'Neill, K. (2007, April). *The Forensic Assessment of Malingering.* Presented at the National Organization of Forensic Social Work Conference: Las Vegas, NV.

Andrade, J.T. (2007, April). *Juvenile Psychopathy: Assessment, Treatment, and Risk Management.* Presented at the National Organization of Forensic Social Work Conference: Las Vegas, NV.

Andrade, J.T. (2007, March). *Psychopathy within a Correctional Setting: Assessment, Treatment, and Risk Management.* Presented at the University of  Massachusetts

Joel T. Andrade, Ph.D., LICSW, CCHP-MH                                                                18

Correctional Health Program Academic and Health Policy  Conference; Quincy, MA.

Saleh, F.M., & Andrade, J.T. (2006, October).  *Clinical and Ethical Consideration in People with Gender Identity Disorder.*  Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Chicago, IL.

Andrade, J.T., & Saleh, F.M.  (2006, October).  *Measurement of Treatment Outcome in Paraphilic Patients.*  Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Chicago, IL.

Andrade, J.T., & O'Neill, K.  (2006, July).  *Beyond a Reasonable Doubt: Violence Risk Assessment and Expert Witness Testimony in Massachusetts.*  Presented at the National Organization of Forensic Social Work Conference: Chicago, IL.

Andrade, J.T.  (2006, July).  *The Psychopathic Personality: Historical and Current Perspectives*.  Presented at the National Organization of Forensic Social Work Conference: Chicago, IL.

Saleh, F.M., Kenan, J., Dwyer, R.G., & Andrade, J.T.  (2006, March).  *Workshop: Evaluation and Treatment of Adolescent Sex Offenders.*  Presented at the American Society for Adolescent Psychiatry Annual Conference: Miami, FL.

Andrade, J.T., Vincent, G.M., & Saleh, F.M.  (2005, October). *Meta-analysis of Psychopathy and Sex Offending: Preliminary Findings.*  Presented at the American Academy of Psychiatry and the Law Annual Conference: Montreal, Canada.

Andrade, J.T., & Saleh, F.M.  (2005, October).  *The Penile Plethysmograph in the Assessment and Treatment of Sexually Offending Behavior.*  Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Montreal, Canada.

Kayser, K., Watson, L., & Andrade, J.T.  (2005, May).  *How couples talk about their coping with breast cancer: A relational-cultural perspective.*  Paper Presented as the Advances in Couples' Coping and Stress Research: Psychosocial and Clinical Perspectives Conference: Milan, Italy.

Andrade, J.T., & Peebles, J.L.  (2005, April).  *The Relationship Between Psychopathy and Sexual Aggression: A Review.*  Presented at the National Organization of Forensic Social Work Conference: New Orleans, LA.

Andrade, J.T. & Caratazzola, P.  (2005, April).  *The Assessment of Violent Offenders: Implications of the MacArthur Violence Risk Assessment Data and Its Application to Forensic Social Work Practice.*  Presented at the National Organization of Forensic Social Work Conference: New Orleans, LA.

Andrade, J.T. (2005, March).  *Therapy with Juvenile Sexual Offenders.*  Presented at the American Society for Adolescent Psychiatry Annual Conference: Houston, TX.

Guidry, L. & Andrade, J.T.  (2004, October).  *Comorbid Mental Illness Among Paraphilic Sex Offenders: Clinical Implications.*  Poster Presented at the Association for the Treatment of Sexual Abusers Annual Conference: Albuquerque, NM.

Andrade, J.T., Guidry, L., Saleh, F., Vincent, G.M. & Berlin, F.  (2004, October).  *Comorbid Mental Illness Among Sex Offenders: A Pilot Study.*  Presented at the American Academy of Psychiatry and the Law Annual Conference: Scottsdale, AZ.

Andrade, J.T. & Saleh, F.M.  (2004, October).  *Self-Injurious Behavior Among Incarcerated Individuals.*  Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Scottsdale, AZ.

Andrade, J.T., Vincent., G.M., & Saleh, F.M.  (2004, October).  *Psychopathy Among Sex Offenders:  A Systematic Review.*  Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Scottsdale, AZ.

Kayser, K., & Watson, L., & Andrade, J.T.  (2004, May).  *Cancer as a "We-Disease:" A Relational Perspective of the Process of Coping.*  Paper presented at the Fourth International Conference on Social Work in Health and Mental Health: Quebec City, Canada.

**Reviewer Scholarly Journals**
Journal of Correctional Health Care
Journal of Forensic Social Work
Personality and Individual Difference
Journal of Clinical Psychology
Clinical Psychology Review
Scandinavian Journal of Psychology
Journal of Forensic Sciences

**Reviewer Books**
Columbia University Press—Forensic

**DSM 5**
- Expert rater for DSM 5 Workgroup on Personality Disorders
- One of approximately 100 international experts who provided input on the proposed Antisocial/Psychopathic type and the proposed DSM-5 trait model
- Provided expert ratings on the clinical and behavioral traits of Antisocial Personality Disorder and Borderline Personality Disorder

**Memberships**
- National Association of Social Workers (NASW)

- National Organization of Forensic Social Workers (NOFSW)
- National Commission on Correctional Health Care (NCCHC)
- American Correctional Association (ACA)
- World Professional Association for Transgender Health (WPATH)

**Boards and Committees**
- 2017-Present: Member of the American Correctional Association Behavioral Health Committee
- 2017-2023: Chair of the National Commission on Correctional Health Care Young Professionals Committee
- 2019-Present: Member of the Academy of Correctional Healthcare Professionals
- 2019-Present: Member of the NCCHC Education Committee
- 2021-Present: Co-Chair of the NCCHC Committee on Systemic Racism
- 2021-2023: NCCHC Board of Representatives
- 2022-Present: Certified Correctional Healthcare Professional Board of Trustees
- 2022-Present: American Correctional Association Delegate Assembly, Mental Health Representative (2-year elected term)

**Awards Received**
- 2021 NCCHC Edward A. Harrison Award of Excellence in Correctional Health Care Leadership