Rob A. Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 210-7318
　Fax: (916) 324-5205
　E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
Laurel E. O'Connor, SBN 305478
Hanson Bridgett LLP
　1676 N. California Boulevard, Suite 620
　Walnut Creek, CA 94596
　Telephone: (925) 746-8460
　Fax: (925) 746-8490
　E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**PARTIES' JOINT REPORT IN RESPONSE TO JANUARY 5, 2024 MINUTE ORDER ON DEFENDANTS' MARCH 4, 2021 ON-SITE PSYCHIATRY SUPERVISOR PROPOSAL (ECF NO. 8107)**<br><br>Judge: The Hon. Kimberly J. Mueller |

**INTRODUCTION**

On April 13, 2022, the parties filed a joint report notifying the Court of their resolution of certain disputes concerning staffing issues pending Defendants' implementation of Defendants' March 4, 2021 On-Site Psychiatry Supervisor Proposal. (ECF No. 7526.) The parties' joint report provided for an 18-month period for Defendant California Department of Corrections and Rehabilitation (CDCR) to implement the criteria for allocating Chief Psychiatrist and Senior Psychiatrist Supervisor positions contained in the March 4, 2021 Proposal. (*Id.* at 2.) The parties presented several potential next steps at the end of the 18-month period, including the submission of a stipulation or a proposed briefing schedule to address any remaining disagreements regarding

allocations for psychiatric supervisors, and the option to enter into a new agreement or seek further relief from the Court as appropriate. (*Id.*)

On January 5, 2024, the Court entered a minute order that requires the parties to file by January 19, 2024, a joint update on the status of allocations for psychiatric supervisors. (ECF No. 8107.)

The parties agree that CDCR has allocated positions pursuant to the criteria in the On-Site Supervisor Proposal. (ECF No. 7250-3.) While Plaintiffs remain tentatively amenable to the Proposal, they maintain that the current staffing rates do not allow them to fully evaluate whether the On-Site Supervisor Proposal is adequate or requires further revision. Plaintiffs seek an additional 18-month trial period to better assess the revised allocations. Defendants do not object to an additional trial period.

Following the renewed 18-month trial period, the parties will report back to the Court on the status of the Proposal, including whether any disagreements remain regarding allocations for psychiatric supervisors, and the option to enter into a new agreement or seek further relief from the Court as appropriate.

Dated: January 19, 2024

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

Dated: January 19, 2024

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: January 19, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Alex Gourse*
ALEX GOURSE
*Attorneys for Plaintiffs*

CF1997CS0003
19939071.1 [4423861.1]

2