1   Rob Bonta, State Bar No. 202668
    Attorney General of California
2   Monica N. Anderson, State Bar No. 182970
    Senior Assistant Attorney General
3   Damon McClain, State Bar No. 209508
    Supervising Deputy Attorney General
4   Elise Owens Thorn, State Bar No. 145931
    Namrata Kotwani, State Bar No. 308741
5   Deputy Attorneys General
      455 Golden Gate Avenue, Suite 11000
6     San Francisco, CA  94102-7004
      Telephone:  (415) 510-4431
7     Fax:  (415) 703-5843
      E-mail:  Namrata.Kotwani@doj.ca.gov
8   *Attorneys for Defendants*

    HANSON BRIDGETT LLP
    Paul B. Mello, SBN 179755
    Samantha D. Wolff, SBN 240280
    Kaylen Kadotani, SBN 294114
    David C. Casarrubias, SBN 321994
      1676 N. California Boulevard, Suite 620
      Walnut Creek, CA 94596
      Telephone:  (925) 746-8460
      Fax:  (925) 746-8490
      E-mail:  PMello@hansonbridgett.com
    *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF ERRATA** |

The California Department of Corrections and Rehabilitation (CDCR) submits monthly reports identifying allocated and filled mental health staffing positions at each CDCR institution and systemwide. These reports also include a separate chart of the fines related to staff vacancies, calculated as per the Court's February 28, 2023 Order (ECF No. 7742 at 5-7), styled as Exhibit D.

For each class of vacancies, the fines accumulate according to a formula set by the Court—the average maximum monthly salary for each class multiplied by the vacancy rate beyond the 10% rate allowed by the Court. (*Id.* at 5-6.) The average maximum monthly

1

salary for each class was provided in the February 28 Order and was based on the salary schedules filed previously by Defendants. (*Id.* at 5, n. 4 (citing ECF No. 7727).) The fines calculated for Defendants' November 2023 reports were not calculated using the average maximum monthly salary figures set in the Court's February 28 Order, but rather using the average maximum monthly salaries calculated using the updated salary schedule filed with the Court on December 18, 2023. (ECF No. 8089). Accordingly, Defendants are now providing a corrected version of Exhibit D for the November 2023 Monthly Staffing Vacancy Reports (ECF No. 8104), which revises the accumulated fines to align with the average maximum monthly salary for each class provided in the Court's February 28 Order. (ECF No. 7742 at 5-6.)

Dated: January 22, 2024                              Respectfully submitted,

                                                     ROB BONTA
                                                     Attorney General of California
                                                     DAMON MCCLAIN
                                                     Supervising Deputy Attorney General


                                                     /s/ *NAMRATA KOTWANI*
                                                     Namrata Kotwani
                                                     Deputy Attorney General
                                                     *Attorneys for Defendants*

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



January 22, 2024

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE
       MENTAL HEALTH PROGRAM ALLOCATED AND FILLED
       MENTAL HEALTH STAFFING POSITIONS

Dear Mr. McClain and Ms. Kotwani:

    The California Department of Corrections and Rehabilitation (CDCR) submits monthly reports identifying allocated and filled mental health staffing positions at each CDCR institution and systemwide. These reports also include a separate chart of the fines related to staff vacancies, calculated as per the Court's February 28, 2023 Order (ECF No. 7742 at 5-7), styled as Exhibit D.

    For each class of vacancies, the fines accumulate according to a formula set by the Court—the average maximum monthly salary for each class multiplied by the vacancy rate beyond the 10% rate allowed by the Court. (*Id.* at 5-6.) The average maximum monthly salary for each class was provided in the February 28 Order and was based on the salary schedules filed previously by Defendants. (*Id.* at 5, n. 4 (citing ECF No. 7727).) The fines calculated for Defendants' November 2023 reports were not calculated using the average maximum monthly salary figures set in the Court's February 28 Order, but rather using the average maximum monthly salaries calculated using the updated salary schedule filed with the Court on December 18, 2023. (ECF No. 8089). Accordingly, Defendants are now providing a corrected version of Exhibit D for the November 2023 Monthly Staffing Vacancy Reports (ECF No. 8104), which revises the accumulated fines to align with the average maximum monthly salary for each class provided in the Court's February 28 Order. (ECF No. 7742 at 5-6.)

Sincerely,

/s/ *Jasinda Muhammad*
JASINDA MUHAMMAD
Deputy Director, Human Resources
California Correctional Health Care Services

# EXHIBIT A

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Psychiatry Positions - November 2023

| Sites | Allocated November 2023[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | Telepsych | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | Telepsych[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[6] | | |
| ASP | 1.00 | 0.00 | 5.50 | 0.00 | 6.50 | 0.00 | 0% | 0.00 | - | 0.00 | 6.38 | 0.00 | 0.00 | 6.38 | 116% | 6.38 | 98% |
| CAL | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.25 | 0.00 | 0.25 | 50% | 0.25 | 50% |
| CCI | 1.00 | 0.00 | 2.50 | 1.00 | 4.50 | 0.00 | 0% | 0.00 | - | 2.00 | 1.92 | 1.00 | 0.00 | 4.92 | 141% | 4.92 | 109% |
| CCWF | 1.00 | 0.00 | 5.00 | 4.00 | 10.00 | 0.00 | 0% | 0.00 | - | 4.00 | 0.99 | 4.00 | 0.00 | 8.99 | 100% | 8.99 | 90% |
| CEN | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 200% | 1.00 | 200% |
| CHCF | 1.00 | 2.00 | 12.50 | 10.00 | 25.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 7.66 | 5.25 | 1.00 | 17.91 | 80% | 18.91 | 74% |
| CIM | 1.00 | 0.00 | 8.00 | 2.00 | 11.00 | 0.00 | 0% | 0.00 | - | 4.00 | 2.94 | 2.00 | 0.00 | 8.94 | 89% | 8.94 | 81% |
| CIW | 1.00 | 0.00 | 6.90 | 0.00 | 7.90 | 0.00 | 0% | 0.00 | - | 3.00 | 5.05 | 0.00 | 0.00 | 8.05 | 117% | 8.05 | 102% |
| CMC | 1.00 | 1.00 | 16.00 | 1.50 | 19.50 | 1.00 | 100% | 1.00 | 100% | 7.00 | 5.67 | 2.50 | 0.00 | 15.17 | 87% | 17.17 | 88% |
| CMF | 1.00 | 1.00 | 9.80 | 5.00 | 16.80 | 1.00 | 100% | 0.00 | 0% | 2.00 | 6.82 | 5.22 | 1.00 | 15.04 | 102% | 16.04 | 95% |
| COR | 1.00 | 1.00 | 6.00 | 6.50 | 14.50 | 0.00 | 0% | 0.00 | 0% | 1.50 | 3.37 | 6.00 | 0.00 | 10.87 | 87% | 10.87 | 75% |
| CRC | 1.00 | 0.00 | 4.50 | 0.00 | 5.50 | 1.00 | 100% | 0.00 | - | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 111% | 6.00 | 109% |
| CTF | 1.00 | 0.00 | 3.50 | 0.00 | 4.50 | 1.00 | 100% | 0.00 | - | 2.00 | 1.65 | 0.00 | 0.00 | 3.65 | 104% | 4.65 | 103% |
| CVSP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.25 | 0.00 | 0.25 | 50% | 0.25 | 50% |
| FSP | 1.00 | 0.00 | 1.50 | 0.00 | 2.50 | 1.00 | 100% | 0.00 | - | 3.50 | 0.00 | 0.00 | 0.00 | 3.50 | 233% | 4.50 | 180% |
| HDSP | 1.00 | 0.00 | 1.50 | 4.00 | 6.50 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 3.25 | 0.00 | 3.25 | 59% | 4.25 | 65% |
| ISP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.25 | 0.00 | 0.25 | 50% | 0.25 | 50% |
| KVSP | 1.00 | 0.00 | 3.50 | 5.00 | 9.50 | 1.00 | 100% | 0.00 | - | 1.00 | 0.35 | 5.00 | 1.92 | 8.27 | 97% | 9.27 | 98% |
| LAC | 1.00 | 1.00 | 11.00 | 1.00 | 14.00 | 1.00 | 100% | 0.00 | 0% | 5.00 | 4.47 | 0.50 | 1.25 | 11.22 | 94% | 12.22 | 87% |
| MCSP | 1.00 | 1.00 | 9.00 | 6.50 | 17.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 3.39 | 6.50 | 0.00 | 13.89 | 90% | 14.89 | 85% |
| NKSP | 1.00 | 0.00 | 6.50 | 4.00 | 11.50 | 0.00 | 0% | 0.00 | - | 0.00 | 6.80 | 3.00 | 0.00 | 9.80 | 93% | 9.80 | 85% |
| PBSP | 1.00 | 0.00 | 2.00 | 2.00 | 5.00 | 0.00 | 0% | 0.00 | - | 1.00 | 0.00 | 2.00 | 0.00 | 3.00 | 75% | 3.00 | 60% |
| PVSP | 1.00 | 0.00 | 2.00 | 0.50 | 3.50 | 1.00 | 100% | 0.00 | - | 1.00 | 0.75 | 0.50 | 0.00 | 2.25 | 90% | 3.25 | 93% |
| RJD | 1.00 | 1.00 | 14.50 | 2.00 | 18.50 | 1.00 | 100% | 1.00 | 100% | 7.50 | 4.73 | 2.00 | 0.00 | 14.23 | 86% | 16.23 | 88% |
| SAC | 1.00 | 1.00 | 18.50 | 0.00 | 20.50 | 1.00 | 100% | 1.00 | 100% | 13.00 | 2.63 | 0.00 | 0.00 | 15.63 | 84% | 17.63 | 86% |
| SATF | 1.00 | 1.00 | 4.50 | 11.00 | 17.50 | 0.00 | 0% | 0.00 | 0% | 1.00 | 1.30 | 9.89 | 0.00 | 12.19 | 79% | 12.19 | 70% |
| SCC | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 0.00 | 1.44 | 1.44 | 144% | 2.44 | 122% |
| SOL | 1.00 | 0.00 | 3.50 | 0.00 | 4.50 | 1.00 | 100% | 0.00 | - | 4.00 | 0.00 | 0.83 | 0.00 | 4.83 | 138% | 5.83 | 130% |
| SQ | 1.00 | 0.00 | 9.30 | 0.00 | 10.30 | 0.00 | 0% | 0.00 | - | 7.50 | 0.66 | 0.00 | 0.00 | 8.16 | 88% | 8.16 | 79% |
| SVSP | 1.00 | 1.00 | 2.80 | 5.50 | 10.30 | 1.00 | 100% | 0.00 | 0% | 0.00 | 3.48 | 5.11 | 0.00 | 8.59 | 103% | 9.59 | 93% |
| VSP | 1.00 | 0.00 | 0.50 | 7.00 | 8.50 | 0.00 | 0% | 0.00 | - | 0.00 | 0.82 | 6.25 | 0.00 | 7.07 | 94% | 7.07 | 83% |
| WSP | 1.00 | 0.00 | 6.50 | 5.00 | 12.50 | 0.00 | 0% | 0.00 | - | 2.00 | 7.04 | 4.00 | 0.00 | 13.04 | 113% | 13.04 | 104% |
| Telepsych[6] | 2.00 | 8.00 | 0.00 | 0.00 | 10.00 | 1.00 | 50% | 5.00 | 63% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 6.00 | 60% |
| NTTM[7] | 0.00 | 0.00 | 0.00 | 12.00 | 12.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 9.34 | 0.00 | 9.34 | 78% | 9.34 | 78% |
| TOTAL | 30.00 | 19.00 | 178.80 | 97.00 | 324.80 | 17.00 | 57% | 8.00 | 42% | 86.00 | 78.87 | 84.89 | 6.61 | 256.37 | 93% | 281.37 | 87% |

Footnote

1 Source:  MH Staffing Memo July 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2023)

4 Source: November 2023 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

6 Telepsych row displays the number of chiefs and seniors in telepsychiatry and are not assigned to specific institutions.

7 NTTM- Nighttime Telepsych Shift- Took 0.5 from all institutions.

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Psychology Positions - November 2023

| Sites | Allocated November 2023[1] | | | | | Filled | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | Clinical Psyl % | Total | Total % |
| ASP | 2.00 | 1.50 | 2.00 | 11.50 | 17.00 | 2.00 | 100% | 1.00 | 67% | 2.00 | 100% | 5.50 | 0.87 | 55% | 11.37 | 67% |
| CAC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - | 0.00 | - | 0.00 | 0.00 | - | 0.00 | - |
| CAL | 0.00 | 1.00 | 0.00 | 4.00 | 5.00 | 0.00 | - | 1.00 | 100% | 0.00 | - | 3.00 | 0.00 | 75% | 4.00 | 80% |
| CCI | 2.00 | 2.00 | 2.00 | 12.50 | 18.50 | 1.00 | 50% | 2.00 | 100% | 2.00 | 100% | 7.50 | 0.00 | 60% | 12.50 | 68% |
| CCWF | 2.00 | 2.50 | 3.50 | 24.50 | 32.50 | 2.00 | 100% | 2.00 | 80% | 3.00 | 86% | 14.50 | 0.00 | 59% | 21.50 | 66% |
| CEN | 1.00 | 0.00 | 0.00 | 4.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 50% | 3.00 | 60% |
| CHCF | 2.00 | 5.15 | 5.90 | 42.75 | 55.80 | 1.00 | 50% | 4.00 | 78% | 4.00 | 68% | 5.00 | 5.28 | 24% | 19.28 | 35% |
| CIM | 2.00 | 2.50 | 2.00 | 21.50 | 28.00 | 1.00 | 50% | 1.00 | 40% | 1.00 | 50% | 20.00 | 0.00 | 93% | 23.00 | 82% |
| CIW | 2.00 | 1.50 | 3.50 | 15.90 | 22.90 | 1.00 | 50% | 2.00 | 133% | 3.00 | 86% | 16.00 | 0.65 | 105% | 22.65 | 99% |
| CMC | 2.00 | 6.50 | 7.00 | 46.50 | 62.00 | 2.00 | 100% | 5.50 | 85% | 6.00 | 86% | 23.00 | 2.10 | 54% | 38.60 | 62% |
| CMF | 2.00 | 4.75 | 6.10 | 36.55 | 49.40 | 1.00 | 50% | 2.00 | 42% | 4.00 | 66% | 10.50 | 1.63 | 33% | 19.13 | 39% |
| COR | 2.00 | 4.50 | 4.50 | 39.50 | 50.50 | 2.00 | 100% | 4.50 | 100% | 4.00 | 89% | 10.00 | 5.15 | 38% | 25.65 | 51% |
| CRC | 2.00 | 1.00 | 2.00 | 9.50 | 14.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 8.50 | 0.78 | 98% | 13.28 | 92% |
| CTF | 2.00 | 1.00 | 2.00 | 8.00 | 13.00 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 5.00 | 0.46 | 68% | 9.46 | 73% |
| CVSP | 0.00 | 1.00 | 0.00 | 3.50 | 4.50 | 0.00 | - | 1.00 | 100% | 0.00 | - | 1.00 | 0.98 | 57% | 2.98 | 66% |
| FSP | 1.00 | 1.00 | 2.00 | 5.00 | 9.00 | 1.00 | 100% | 1.00 | 100% | 2.00 | 100% | 5.00 | 0.00 | 100% | 9.00 | 100% |
| HDSP | 2.00 | 1.50 | 2.00 | 14.00 | 19.50 | 1.00 | 50% | 1.00 | 67% | 2.00 | 100% | 4.50 | 0.00 | 32% | 8.50 | 44% |
| ISP | 1.00 | 0.00 | 0.00 | 4.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 50% | 3.00 | 60% |
| KVSP | 2.00 | 3.00 | 4.00 | 23.50 | 32.50 | 1.00 | 50% | 3.00 | 100% | 3.00 | 75% | 17.50 | 0.00 | 74% | 24.50 | 75% |
| LAC | 2.00 | 6.50 | 6.50 | 43.00 | 58.00 | 2.00 | 100% | 5.50 | 85% | 7.00 | 108% | 25.50 | 0.42 | 60% | 40.42 | 70% |
| MCSP | 2.00 | 7.50 | 7.50 | 47.00 | 64.00 | 2.00 | 100% | 6.00 | 80% | 7.00 | 93% | 12.50 | 3.00 | 33% | 30.50 | 48% |
| NKSP | 2.00 | 2.50 | 2.00 | 35.00 | 41.50 | 1.00 | 50% | 0.00 | 0% | 2.00 | 100% | 7.50 | 1.97 | 27% | 12.47 | 30% |
| PBSP | 2.00 | 1.50 | 2.00 | 13.00 | 18.50 | 1.00 | 50% | 1.00 | 67% | 2.00 | 100% | 8.00 | 0.00 | 62% | 12.00 | 65% |
| PVSP | 2.00 | 1.00 | 2.00 | 8.50 | 13.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 6.00 | 0.00 | 71% | 10.00 | 74% |
| RJD | 2.00 | 8.50 | 8.00 | 53.50 | 72.00 | 2.00 | 100% | 9.00 | 106% | 7.00 | 88% | 33.50 | 4.43 | 71% | 55.93 | 78% |
| SAC | 2.00 | 8.50 | 7.50 | 57.00 | 75.00 | 1.00 | 50% | 7.00 | 82% | 6.00 | 80% | 29.50 | 5.89 | 62% | 49.39 | 66% |
| SATF | 2.00 | 6.00 | 6.00 | 43.00 | 57.00 | 2.00 | 100% | 4.00 | 67% | 3.00 | 50% | 14.00 | 0.00 | 33% | 23.00 | 40% |
| SCC | 2.00 | 1.00 | 2.00 | 3.00 | 8.00 | 1.00 | 50% | 1.00 | 100% | 1.00 | 50% | 1.00 | 0.00 | 33% | 4.00 | 50% |
| SOL | 2.00 | 1.00 | 2.00 | 8.50 | 13.50 | 2.00 | 100% | 0.00 | 0% | 2.00 | 100% | 6.00 | 0.00 | 71% | 10.00 | 74% |
| SQ | 2.00 | 4.60 | 4.60 | 30.80 | 42.00 | 0.00 | 0% | 3.00 | 65% | 2.00 | 43% | 23.75 | 1.09 | 81% | 29.84 | 71% |
| SVSP | 2.00 | 3.50 | 4.40 | 28.30 | 38.20 | 1.00 | 50% | 3.50 | 100% | 2.00 | 45% | 0.00 | 7.53 | 27% | 14.03 | 37% |
| VSP | 2.00 | 3.50 | 5.00 | 21.50 | 32.00 | 2.00 | 100% | 3.00 | 86% | 5.00 | 100% | 18.50 | 0.00 | 86% | 28.50 | 89% |
| WSP | 2.00 | 3.00 | 2.00 | 40.50 | 47.50 | 1.00 | 50% | 2.00 | 67% | 2.00 | 100% | 13.00 | 6.86 | 49% | 24.86 | 52% |
| TOTAL | 57.00 | 99.00 | 110.00 | 759.30 | 1025.30 | 39.00 | 68% | 79.00 | 80% | 90.00 | 82% | 359.25 | 49.09 | 54% | 616.34 | 60% |

Footnote

1 Source:  MH Staffing Memo July 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (November 2023)

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Clinical Social Worker Positions - November 2023

| Sites | Allocated November 2023[1] | | | Filled | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW | CSW | Allocated Total | Sup SW[2] | Sup SW % | CSW[2] | CSW Registry[3] | CSW % | Total | Total % |
| ASP | 1.50 | 14.50 | 16.00 | 1.00 | 67% | 9.00 | 0.00 | 62% | 10.00 | 63% |
| CAC | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | 0.00 | - | 0.00 | - |
| CAL | 0.00 | 1.00 | 1.00 | 0.00 | - | 2.00 | 0.00 | 200% | 2.00 | 200% |
| CCI | 1.00 | 9.50 | 10.50 | 1.00 | 100% | 5.00 | 0.00 | 53% | 6.00 | 57% |
| CCWF | 1.50 | 18.00 | 19.50 | 1.00 | 67% | 17.00 | 0.00 | 94% | 18.00 | 92% |
| CEN | 0.00 | 1.00 | 1.00 | 0.00 | - | 1.00 | 0.00 | 100% | 1.00 | 100% |
| CHCF | 0.60 | 14.30 | 14.90 | 0.00 | 0% | 2.00 | 1.68 | 26% | 3.68 | 25% |
| CIM | 1.00 | 14.50 | 15.50 | 1.00 | 100% | 14.00 | 0.00 | 97% | 15.00 | 97% |
| CIW | 0.80 | 7.90 | 8.70 | 1.00 | 125% | 4.00 | 2.34 | 80% | 7.34 | 84% |
| CMC | 1.00 | 17.50 | 18.50 | 0.00 | 0% | 12.00 | 0.00 | 69% | 12.00 | 65% |
| CMF | 0.50 | 13.10 | 13.60 | 0.00 | 0% | 5.00 | 2.51 | 57% | 7.51 | 55% |
| COR | 1.00 | 16.50 | 17.50 | 1.00 | 100% | 8.00 | 3.71 | 71% | 12.71 | 73% |
| CRC | 1.00 | 14.00 | 15.00 | 1.00 | 100% | 11.00 | 0.95 | 85% | 12.95 | 86% |
| CTF | 1.00 | 7.50 | 8.50 | 1.00 | 100% | 6.00 | 0.00 | 80% | 7.00 | 82% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | 0.00 | 0% | 0.00 | 0% |
| FSP | 1.00 | 4.50 | 5.50 | 0.00 | 0% | 3.00 | 0.00 | 67% | 3.00 | 55% |
| HDSP | 1.00 | 7.50 | 8.50 | 1.00 | 100% | 5.00 | 0.00 | 67% | 6.00 | 71% |
| ISP | 0.00 | 1.00 | 1.00 | 0.00 | - | 0.00 | 0.00 | 0% | 0.00 | 0% |
| KVSP | 1.00 | 11.50 | 12.50 | 2.00 | 200% | 9.00 | 0.00 | 78% | 11.00 | 88% |
| LAC | 1.00 | 16.00 | 17.00 | 1.00 | 100% | 12.50 | 2.70 | 95% | 16.20 | 95% |
| MCSP | 1.00 | 24.00 | 25.00 | 1.00 | 100% | 12.00 | 0.76 | 53% | 13.76 | 55% |
| NKSP | 1.00 | 14.50 | 15.50 | 1.00 | 100% | 11.50 | 1.06 | 87% | 13.56 | 87% |
| PBSP | 0.00 | 4.50 | 4.50 | 0.00 | - | 3.00 | 0.00 | 67% | 3.00 | 67% |
| PVSP | 1.00 | 4.50 | 5.50 | 0.00 | 0% | 4.00 | 0.00 | 89% | 4.00 | 73% |
| RJD | 1.00 | 24.00 | 25.00 | 2.00 | 200% | 9.50 | 3.58 | 55% | 15.08 | 60% |
| SAC | 1.00 | 19.00 | 20.00 | 1.00 | 100% | 16.00 | 2.11 | 95% | 19.11 | 96% |
| SATF | 1.50 | 25.00 | 26.50 | 1.50 | 100% | 13.00 | 2.24 | 61% | 16.74 | 63% |
| SCC | 0.00 | 1.50 | 1.50 | 0.00 | - | 1.00 | 0.00 | 67% | 1.00 | 67% |
| SOL | 1.00 | 6.50 | 7.50 | 0.50 | 50% | 2.50 | 0.00 | 38% | 3.00 | 40% |
| SQ | 0.80 | 16.80 | 17.60 | 1.00 | 125% | 11.00 | 0.74 | 70% | 12.74 | 72% |
| SVSP | 0.70 | 13.80 | 14.50 | 1.00 | 143% | 3.00 | 1.75 | 34% | 5.75 | 40% |
| VSP | 1.00 | 14.00 | 15.00 | 1.00 | 100% | 14.00 | 0.00 | 100% | 15.00 | 100% |
| WSP | 1.00 | 17.50 | 18.50 | 1.00 | 100% | 15.50 | 0.24 | 90% | 16.74 | 90% |
| TOTAL | 25.90 | 376.40 | 402.30 | 23.00 | 89% | 241.50 | 26.37 | 71% | 290.87 | 72% |

**Footnote**

Source:  MH Staffing Memo July 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been
1  allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2  Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (November 2023)

## Division of Health Care Services
## Statewide Mental Health Program
### Allocated and Filled Recreation Therapist Positions - November 2023

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|-------|------------------|------------------|------------------|--------|
| ASP | 0.00 | 1.00 | 0.00 | - |
| CAC | 0.00 | 0.00 | 0.00 | - |
| CAL | 0.00 | 0.00 | 0.00 | - |
| CCI | 3.50 | 1.00 | 2.68 | 105% |
| CCWF | 6.00 | 9.00 | 0.00 | 150% |
| CEN | 0.00 | 0.00 | 0.23 | - |
| CHCF | 24.65 | 18.00 | 1.30 | 78% |
| CIM | 10.00 | 4.00 | 0.00 | 40% |
| CIW | 6.40 | 6.00 | 0.00 | 94% |
| CMC | 25.50 | 19.50 | 0.98 | 80% |
| CMF | 20.95 | 14.50 | 0.81 | 73% |
| COR | 12.50 | 9.00 | 2.54 | 92% |
| CRC | 0.00 | 1.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.50 | 1.00 | 0.00 | 200% |
| HDSP | 4.00 | 3.00 | 0.00 | 75% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 9.00 | 6.00 | 1.04 | 78% |
| LAC | 19.50 | 12.00 | 3.64 | 80% |
| MCSP | 25.50 | 21.50 | 1.33 | 90% |
| NKSP | 4.50 | 2.00 | 0.00 | 44% |
| PBSP | 4.00 | 2.00 | 0.00 | 50% |
| PVSP | 1.00 | 2.00 | 0.00 | 200% |
| RJD | 28.00 | 30.00 | 0.00 | 107% |
| SAC | 29.00 | 30.50 | 0.00 | 105% |
| SATF | 19.50 | 12.00 | 2.56 | 75% |
| SCC | 0.00 | 1.00 | 0.00 | - |
| SOL | 1.00 | 1.00 | 0.00 | 100% |
| SQ | 10.30 | 7.00 | 1.80 | 85% |
| SVSP | 10.80 | 8.00 | 0.00 | 74% |
| VSP | 10.00 | 10.00 | 0.00 | 100% |
| WSP | 5.50 | 3.00 | 0.00 | 55% |
| TOTAL | 291.60 | 235.00 | 18.91 | 87% |

Footnote

Source:  MH Staffing Memo July 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio
applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009
1 Staffing Plan.

2 Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2023)

### Division of Health Care Services
### Statewide Mental Health Program
### Allocated and Filled Medical Assistant Positions - November 2023

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| ASP | 0.00 | 0.00 | 0.00 | - |
| CAC | 0.00 | 0.00 | 0.00 | - |
| CAL | 1.00 | 1.00 | 0.00 | 100% |
| CCI | 1.00 | 2.00 | 0.00 | 200% |
| CCWF | 4.00 | 2.00 | 0.00 | 50% |
| CEN | 0.00 | 0.00 | 0.88 | - |
| CHCF | 10.00 | 7.00 | 0.00 | 70% |
| CIM | 2.00 | 1.00 | 0.00 | 50% |
| CIW | 0.00 | 0.00 | 0.00 | - |
| CMC | 2.00 | 1.00 | 0.00 | 50% |
| CMF | 5.00 | 2.00 | 3.08 | 102% |
| COR | 6.00 | 5.00 | 0.00 | 83% |
| CRC | 0.00 | 0.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 0.00 | 0.00 | - |
| HDSP | 4.00 | 1.00 | 0.00 | 25% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 5.00 | 5.00 | 0.00 | 100% |
| LAC | 1.00 | 1.00 | 0.00 | 100% |
| MCSP | 7.00 | 4.00 | 0.65 | 66% |
| NKSP | 4.00 | 2.00 | 0.84 | 71% |
| PBSP | 2.00 | 1.00 | 0.00 | 50% |
| PVSP | 1.00 | 1.00 | 0.00 | 100% |
| RJD | 2.00 | 0.00 | 0.00 | 0% |
| SAC | 0.00 | 0.00 | 0.89 | - |
| SATF | 11.00 | 8.00 | 0.83 | 80% |
| SCC | 0.00 | 0.00 | 0.00 | - |
| SOL | 0.00 | 0.00 | 0.00 | - |
| SQ | 0.00 | 0.00 | 0.00 | - |
| SVSP | 6.00 | 0.00 | 1.02 | 17% |
| VSP | 7.00 | 7.00 | 0.83 | 112% |
| WSP | 5.00 | 8.00 | 0.00 | 160% |
| TOTAL | 86.00 | 59.00 | 9.02 | 79% |

Footnote

1 Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (November 2023)

# EXHIBIT B

Division of Health Care Services
Statewide Mental Health Program
PIP Allocated and Filled Psychiatry Positions - November 2023

| Sites | Allocated November 2023[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | Telepsych | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | Telepsych[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| CHCF PIP | 1.00 | 2.00 | 33.00 | 0.00 | 36.00 | 1.00 | 100% | 1.00 | 50% | 13.00 | 9.60 | 0.00 | 0.00 | 22.60 | 68% | 24.60 | 68% |
| CIW PIP | 1.00 | 0.00 | 3.60 | 0.00 | 4.60 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 56% | 3.00 | 65% |
| CMF PIP | 1.00 | 2.00 | 28.70 | 0.00 | 31.70 | 1.00 | 100% | 0.00 | 0% | 7.00 | 10.87 | 0.00 | 0.00 | 17.87 | 62% | 18.87 | 60% |
| SQ PIP | 1.00 | 0.00 | 3.20 | 0.00 | 4.20 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 63% | 3.00 | 71% |
| SVSP PIP | 1.00 | 1.00 | 11.20 | 0.00 | 13.20 | 0.00 | 0% | 0.00 | 0% | 1.00 | 7.03 | 1.00 | 0.00 | 9.03 | 81% | 9.03 | 68% |
| TOTAL | 5.00 | 5.00 | 79.70 | 0.00 | 89.70 | 4.00 | 80% | 1.00 | 20% | 25.00 | 27.50 | 1.00 | 0.00 | 53.50 | 67% | 58.50 | 65% |

Footnote

Source: MH Staffing Memo July 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and

1 senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2023)

4 Source: November 2023 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

## Division of Health Care Services
### Statewide Mental Health Program
### PIP Allocated and Filled Psychology Positions - November 2023

| Sites | Allocated November 2023[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | Clinical Psyl % | Total | Total % |
| CHCF PIP | 1.00 | 4.35 | 8.10 | 34.25 | 47.70 | 1.00 | 100% | 3.00 | 69% | 7.00 | 86% | 12.00 | 10.57 | 66% | 33.57 | 70% |
| CIW PIP | 1.00 | 0.50 | 2.50 | 3.60 | 7.60 | 1.00 | 100% | 1.00 | 200% | 2.00 | 80% | 2.00 | 0.00 | 56% | 6.00 | 79% |
| CMF PIP | 1.00 | 3.75 | 7.40 | 29.95 | 42.10 | 0.00 | 0% | 2.00 | 53% | 4.00 | 54% | 5.00 | 7.59 | 42% | 18.59 | 44% |
| SQ PIP | 1.00 | 0.40 | 2.40 | 3.20 | 7.00 | 1.00 | 100% | 1.00 | 250% | 1.00 | 42% | 3.00 | 0.00 | 94% | 6.00 | 86% |
| SVSP PIP | 1.00 | 1.50 | 5.60 | 11.20 | 19.30 | 1.00 | 100% | 2.00 | 133% | 4.00 | 71% | 5.00 | 4.77 | 87% | 16.77 | 87% |
| TOTAL | 5.00 | 10.50 | 26.00 | 82.20 | 123.70 | 4.00 | 80% | 9.00 | 86% | 18.00 | 69% | 27.00 | 22.93 | 61% | 80.93 | 65% |

**Footnote**

Source: MH Staffing Memo July 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and

1 CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (November 2023)

## Division of Health Care Services
## Statewide Mental Health Program
### PIP Allocated and Filled Clinical Social Worker Positions - November 2023

| Sites | Allocated November 2023[1] | | | Filled | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Sup SW | CSW | Allocated Total | Sup SW[2] | Sup SW % | CSW[2] | CSW Registry[3] | CSW % | Total | Total % |
| CHCF PIP | 1.90 | 29.20 | 31.10 | 1.00 | 53% | 11.00 | 6.77 | 61% | 18.77 | 60% |
| CIW PIP | 0.20 | 3.60 | 3.80 | 1.00 | 500% | 2.00 | 0.00 | 56% | 3.00 | 79% |
| CMF PIP | 1.50 | 24.90 | 26.40 | 1.00 | 67% | 2.00 | 1.94 | 16% | 4.94 | 19% |
| SQ PIP | 0.20 | 3.20 | 3.40 | 0.00 | 0% | 2.00 | 0.00 | 63% | 2.00 | 59% |
| SVSP PIP | 0.80 | 11.20 | 12.00 | 1.00 | 125% | 7.00 | 0.90 | 71% | 8.90 | 74% |
| TOTAL | 4.60 | 72.10 | 76.70 | 4.00 | 87% | 24.00 | 9.61 | 47% | 37.61 | 49% |

Footnote

Source:  MH Staffing Memo July 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the

1  aggregate above and beyond what is required by the 2009 Staffing Plan.

2  Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (November 2023)

## Division of Health Care Services
## Statewide Mental Health Program
## PIP Allocated and Filled Recreation Therapist Positions - November 2023

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| CHCF PIP | 31.85 | 18.00 | 3.29 | 67% |
| CIW PIP | 3.60 | 4.00 | 0.00 | 111% |
| CMF PIP | 27.55 | 10.00 | 8.59 | 67% |
| SQ PIP | 3.20 | 3.00 | 0.00 | 94% |
| SVSP PIP | 11.20 | 10.00 | 0.00 | 89% |
| TOTAL | 77.40 | 45.00 | 11.88 | 73% |

**Footnote**

Source:  MH Staffing Memo July 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond

1 what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2023)

4 Rehabilitation therapists are included in the fill rate for recreation therapists at CHCF PIP, CMF PIP, and SVSP PIP.

## Division of Health Care Services

## Statewide Mental Health Program

## PIP Allocated and Filled Medical Assistant Positions - November 2023

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| CHCF PIP | 0.00 | 0.00 | 2.61 | - |
| CIW PIP | 0.00 | 0.00 | 0.00 | - |
| CMF PIP | 0.00 | 0.00 | 0.00 | - |
| SQ PIP | 0.00 | 0.00 | 0.00 | - |
| SVSP PIP | 0.00 | 0.00 | 0.00 | - |
| **TOTAL** | **0.00** | **0.00** | **2.61** | **-** |

**Footnote**

1 Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (November 2023)

# EXHIBIT C

Division of Health Care Services
Statewide Mental Health Program
Total Allocated and Filled Psychiatry Positions - November 2023

| Staffing Plan | Allocated November 2023[1] | | | | | Filled | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | Telepsych | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | Telepsych[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| 2009 Total | 30.00 | 19.00 | 178.80 | 97.00 | 324.80 | 17.00 | 57% | 8.00 | 42% | 86.00 | 78.87 | 84.89 | 6.61 | 256.37 | 93% | 281.37 | 87% |
| PIP Total | 5.00 | 5.00 | 79.70 | 0.00 | 89.70 | 4.00 | 80% | 1.00 | 20% | 25.00 | 27.50 | 1.00 | 0.00 | 53.50 | 67% | 58.50 | 65% |
| GRAND TOTAL | 35.00 | 24.00 | 258.50 | 97.00 | 414.50 | 21.00 | 60% | 9.00 | 38% | 111.00 | 106.37 | 85.89 | 6.61 | 309.87 | 87% | 339.87 | 82% |

Footnote

1  Source:  MH Staffing Memo July 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2  Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (November 2023)

4  Source: November 2023 Telepsychiatry Provider List

5  Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

**Division of Health Care Services**
**Statewide Mental Health Program**
**Total Allocated and Filled Psychology Positions - November 2023**

| Staffing Plan | Allocated November 2023[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | Clinical Psyl % | Total | Total % |
| 2009 Total | 57.00 | 99.00 | 110.00 | 759.30 | 1025.30 | 39.00 | 68% | 79.00 | 80% | 90.00 | 82% | 359.25 | 49.09 | 54% | 616.34 | 60% |
| PIP Total | 5.00 | 10.50 | 26.00 | 82.20 | 123.70 | 4.00 | 80% | 9.00 | 86% | 18.00 | 69% | 27.00 | 22.93 | 61% | 80.93 | 65% |
| GRAND TOTAL | 62.00 | 109.50 | 136.00 | 841.50 | 1149.00 | 43.00 | 69% | 88.00 | 80% | 108.00 | 79% | 386.25 | 72.02 | 54% | 697.27 | 61% |

**Footnote**

Source: MH Staffing Memo July 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP 1 and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (November 2023)

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Clinical Social Worker Positions - November 2023

| Staffing Plan | Allocated November 2023[1] | | | Filled | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Sup SW | CSW | Allocated Total | Sup SW[2] | Sup SW % | CSW[2] | CSW Registry[3] | CSW % | Total | Total % |
| **2009 Total** | 25.90 | 376.40 | **402.30** | 23.00 | **89%** | 241.50 | 26.37 | **71%** | **290.87** | **72%** |
| **PIP Total** | 4.60 | 72.10 | **76.70** | 4.00 | **87%** | 24.00 | 9.61 | **47%** | **37.61** | **49%** |
| **GRAND TOTAL** | 30.50 | 448.50 | **479.00** | 27.00 | **89%** | 265.50 | 35.98 | **67%** | **328.48** | **69%** |

**Footnote**

1 Source: MH Staffing Memo July 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2023)

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Recreation Therapist Positions - November 2023

| Staffing Plan | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| 2009 Total | 291.60 | 235.00 | 18.91 | 87% |
| PIP Total | 77.40 | 45.00 | 11.88 | 73% |
| GRAND TOTAL | 369.00 | 280.00 | 30.79 | 84% |

**Footnote**

Source: MH Staffing Memo July 2023 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond

1 what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2023)

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Medical Assistant Positions - November 2023

| Staffing Plan | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| 2009 Total | 86.00 | 59.00 | 9.02 | 79% |
| PIP Total | 0.00 | 0.00 | 2.61 | - |
| GRAND TOTAL | 86.00 | 59.00 | 11.63 | 82% |

**Footnote**

1 Source: SCO Report 2023_12_01 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (November 2023)

# EXHIBIT D

| | Division of Health Care Services Statewide Mental Health Program November 2023 Fines | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Class Title** | **Average Maximum Monthly Salary** | **Minimum** | **Allocated** | **90% Minimum Compliance** | **Filled with Civil Service (CS)** | **Filled with Registry** | **Total Filled with CS and Registry** | **Below Minimum** | **Fine for November 2023** | **Accumulated Fines To Date** |
| Staff Psychiatrist[1] | $ 23,041 | 90% | 275.80 | 248.22 | 177.50 | 78.87 | 256.37 | -8.15 | $ - | $ 161,285 |
| Senior Psychiatrist (Supervisor) | $ 24,042 | 90% | 19.00 | 17.10 | 8.00 | 0.00 | 8.00 | 9.10 | $ 437,564 | $ 3,125,460 |
| Chief Psychiatrist[2] | $ 27,906 | 90% | 30.00 | 27.00 | 17.00 | 0.00 | 17.00 | 10.00 | $ 558,110 | $ 4,576,502 |
| Total Psychiatry Fine | | | | | | | | | $ 995,674 | $ 7,863,247 |
| Clinical Psychologist | $ 9,973 | 90% | 759.30 | 683.37 | 359.25 | 49.09 | 408.34 | 275.03 | $ 5,485,748 | $ 47,778,050 |
| Senior Psychologist (Specialist) | $ 10,869 | 90% | 110.00 | 99.00 | 90.00 | 0.00 | 90.00 | 9.00 | $ 195,642 | $ 2,168,366 |
| Senior Psychologist (Supervisor) | $ 11,210 | 90% | 99.00 | 89.10 | 79.00 | 0.00 | 79.00 | 10.10 | $ 226,442 | $ 1,285,787 |
| Chief Psychologist | $ 13,866 | 90% | 57.00 | 51.30 | 39.00 | 0.00 | 39.00 | 12.30 | $ 341,110 | $ 3,272,435 |
| Total Psychology Fine | | | | | | | | | $ 6,248,942 | $ 54,504,638 |
| Clinical Social Worker | $ 8,461 | 90% | 376.40 | 338.76 | 241.50 | 26.37 | 267.87 | 70.89 | $ 1,199,559 | $ 10,881,658 |
| Supervising Psychiatric Social Worker I | $ 8,192 | 90% | 25.90 | 23.31 | 23.00 | 0.00 | 23.00 | 0.31 | $ 5,079 | $ 231,834 |
| Total Clinical Social Worker Fine | | | | | | | | | $ 1,204,639 | $ 11,113,491 |
| Medical Assistant | $ 4,553 | 90% | 86.00 | 77.40 | 59.00 | 9.02 | 68.02 | 9.38 | $ 85,414 | $ 1,239,873 |
| Total Medical Assistant Fine | | | | | | | | | $ 85,414 | $ 1,239,873 |
| Recreation Therapist | $ 5,841 | 90% | 291.60 | 262.44 | 235.00 | 18.91 | 253.91 | 8.53 | $ 99,647 | $ 243,453 |
| Total Recreation Therapist Fine | | | | | | | | | $ 99,647 | $ 243,453 |
| GRAND TOTAL | | | | | | | | | $ 8,634,317 | $ 74,964,701 |

**Footnote**

1 Staff psychiatrist allocated includes civil service and telepsych.  Staff psychiatrist filled includes civil service, telepsych, and psychiatric nurse practitioner civil service.

2 Chief psychiatrist allocated and filled with civil service include telepsych.