UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al, | |
| Defendants. | |

On February 28, 2023, the court set a schedule of fines to start accumulating on paper. February 28, 2023 Order, ECF No. 7742. The fines were to be calculated using average maximum civil service salary rates for each of the mental health classifications covered by the court's prior orders and the maximum vacancy rate; the court ordered the state to begin including these fines in a separate chart with monthly vacancy reports they were required to file, beginning with the next report then due on March 31, 2023.[1] *Id.* at 5-7. As required by court order, November 15, 2023 Order, ECF No. 8066, at 5, defendants have now filed the new salary

/////

---

[1] Since March 2018 the state has filed monthly reports identifying psychiatrist vacancy rates at each CDCR prison and systemwide. *See* February 15, 2018 Order, ECF No. 5786, at 5. On January 18, 2023, the court expanded this monthly reporting requirement to include fill or vacancy rates for all psychologist, clinical social worker, recreation therapist, and medical assistant classifications. January 18, 2023 Order, ECF No. 7704.

1

schedule for the mental health classifications at issue, which is effective as of December 15, 2023. ECF Nos. 8089, 8089-1.

Good cause appearing, beginning with the next monthly vacancy report and going forward defendants shall calculate all monthly fines using the formula in the court's February 28, 2023 order and the following average maximum monthly salary for each class,[2] as follows:

- Staff Psychiatrist: $23,732.00
- Senior Psychiatrist (Specialist): $24,701.00
- Senior Psychiatrist (Supervisor): $24,763.25
- Chief Psychiatrist: $28,742.63
- Clinical Psychologist: $11,299.67
- Senior Psychologist (Specialist): $12,314.50
- Senior Psychologist (Supervisor): $12,702.50
- Chief Psychologist: $17,139.00
- Medical Assistant: $4,690.00
- Clinical Social Worker: $8,968.14
- Supervising Psychiatric Social Worker I: $9,429.00
- Supervising Psychiatric Social Worker II: $9,991.50
- Recreation Therapist: $6,596.67

Defendants' January 22, 2024 Notice of Errata, ECF No. 8114, is accepted and defendants' December 29, 2023 status report, ECF No. 8104, is deemed amended in accordance with that Notice.

IT IS SO ORDERED.

DATED: January 22, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

---

[2] These salary calculations are based on the salary schedules filed December 18, 2023, ECF No. 8089-1.