| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>ADRIENNE PON HARROLD – 326640<br>AMY XU – 330707<br>ADRIENNE SPIEGEL – 330482<br>BENJAMIN W. HOLSTON – 341439<br>MAYA E. CAMPBELL – 345180<br>LUMA KHABBAZ – 351492<br>JARED MILLER – 353641<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFFS**<br><br>Judge: Hon. Kimberly J. Mueller |

[4427697.1]

NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFFS

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs wish to associate Jared Miller as additional counsel on this case. The undersigned hereby requests to be added to the docket's list of attorneys to be noticed. Copies of all pleadings, papers, and notices should be served/noticed as follows:

> Jared Miller
> ROSEN BIEN GALVAN & GRUNFELD LLP
> 101 Mission Street, Sixth Floor
> San Francisco, CA  94105-1738
> Telephone:   (415) 433-6830
> Facsimile:    (415) 433-7104
> Email:  jmiller@rbgg.com

DATED:  January 26, 2024               Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jared Miller*
    Jared Miller

Attorneys for Plaintiffs

[4427697.1]

1

NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFFS