1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California  94710-1916
4  Telephone:   (510) 280-2621

5  CLAUDIA CENTER – 158255
   DISABILITY RIGHTS EDUCATION
6  AND DEFENSE FUND, INC.
   Ed Roberts Campus
7  3075 Adeline Street, Suite 210
   Berkeley, California  94703-2578
8  Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

11  Attorneys for Plaintiffs

12

13                   UNITED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15

16  RALPH COLEMAN, et al.,

17          Plaintiffs,

18      v.

19  GAVIN NEWSOM, et al.,

20          Defendants.

Case No. 2:90-CV-00520-KJM-DB

**NOTICE OF ASSOCIATION OF
COUNSEL FOR PLAINTIFFS**

Judge:  Hon. Kimberly J. Mueller

21

22

23

24

25

26

27

28

[4427695.1]

NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFFS

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs wish to associate Benjamin W. Holston as additional counsel on this case.  The undersigned hereby requests to be added to the docket's list of attorneys to be noticed.  Copies of all pleadings, papers, and notices should be served/noticed as follows:

> Benjamin W. Holston
> ROSEN BIEN GALVAN & GRUNFELD LLP
> 101 Mission Street, Sixth Floor
> San Francisco, CA  94105-1738
> Telephone:    (415) 433-6830
> Facsimile:    (415) 433-7104
> Email:  bholston@rbgg.com

DATED:  January 26, 2024            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Benjamin W. Holston*
     Benjamin W. Holston

Attorneys for Plaintiffs