**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

    **vs.**                                 **No. 2:90-CV-0520 KJM DB**

**GAVIN NEWSOM, et al.,**
    **Defendants**
_____/


**SPECIAL MASTER'S**
**REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF AND FOR**
**INCREASE IN COMPENSATION**


Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the Special Master requests the appointment of J. David Dawdy, M.A.; Kerry Eudy, J.D., Ph.D; John S. Wilson, Ph.D, CCHP-MH, CPHQ; Mr. Darrin Bell; Ms. Lynn Bissonnette; and Ms. Cristina Irizarry to the Special Master's staff.  The reasons for this request are set forth in the accompanying memorandum.

Mr. Dawdy, Dr. Wilson, Dr. Eudy are to be compensated at the rate of three hundred eighty dollars ($380.00) per hour for their work as experts, and at the rate of one hundred forty dollars ($140.00) per hour for travel, plus reasonable expenses.

Ms. Bissonnette, and Mr. Bell are to be compensated at the rate of three hundred thirty dollars ($330.00) per hour for their work as monitors, and at the rate of one hundred forty dollars ($140.00) per hour for travel, plus reasonable expenses.

Ms. Irizarry is to be compensated at the rate of two hundred twenty-five dollars ($225.00) per hour for her work as a paralegal and one hundred forty dollars ($140.00) per hour for travel, plus reasonable expenses.

As discussed in the accompanying memorandum, the Special Master also requests increases in compensation rates for himself and his existing staff, as follows:

- Special Master:             $390.00/hour
- Deputy Special Master:      $380.00/hour
- Expert:                     $380.00/hour
- Monitor:                    $330.00/hour
- Paralegal:                  $225.00/hour
- Travel (for all staff):     $140.00/hour

Respectfully submitted,


*/s/ Matthew A. Lopes, Jr.*

Matthew A. Lopes, Jr.
Special Master

February 15, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

**RALPH COLEMAN, et al.,**
     **Plaintiffs,**

     **vs.**                           **No. 2:90-CV-0520 KJM DB**

**GAVIN NEWSOM, et al.,**
     **Defendants.**

**MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S
REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF AND FOR
INCREASE IN COMPENSATION**

In accordance with paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, on the retention of experts, assistants, and administrative support staff, the Special Master submits herewith his request for the Court's approval of the appointments of J. David Dawdy, M.A.; Kerry Eudy, J.D., Ph.D; John S. Wilson, Ph.D, CCHP-MH, CPHQ; Darrin Bell; Lynn Bissonnette; and Cristina Irizarry to the Special Master's staff. The *curricula vitae* of these six persons are annexed hereto as Exhibits A through F, respectively. The Special Master requests these additions to his staff in order to fill the staffing void created by the retirement of two staff members[1] and to enhance his capacity to efficiently and expeditiously fulfill his various duties and responsibilities.

---

[1] Mr. Steve Raffa, Esq., a monitor with 14 years of experience monitoring California's prisons, retired in December 2023. In addition, Dr. Jim Degroot, one of the Special Master's clinical experts, will retire effective February 29, 2024. Finally, as of the time of this writing, two monitors have taken leaves of absence due to medical issues. These losses further compound the strain on the Special Master's resources and the need to hire additional staff members.

The Special Master also requests increases in compensation rates for himself and his staff, many of whom are currently compensated at rates that have not been adjusted since they were established nearly 19 years ago.

## I.    Request for Additional Staff

In addition to his duties associated with monitoring compliance with the Program Guide in CDCR institutions,[2] the Special Master also has a continuing obligation to monitor CDCR mental health headquarters and the department's suicide prevention efforts,[3] coordinate with the *Armstrong* Court Expert and *Plata* Receiver, and monitor the treatment provided to class members in Department of State Hospitals (DSH) facilities and the CDCR psychiatric inpatient programs.[4]  The Special Master is also overseeing CDCR's remediation of its mental health data systems.  In addition, the Special Master is supervising Court-ordered Meet and Confers between the parties regarding a variety of critical remedial subjects[5] and providing guidance to

---

[2] During calendar year 2023, the Special Master conducted a total of 27 on-site monitoring tours of defendants' institutions and programs (inclusive of on-site tours of CDCR's PIPs, but excluding paper reviews of CIW-PIP, SQ-PIP, and the DSH hospitals).

[3] During calendar year 2023, the Special Master's suicide prevention expert conducted 24 suicide prevention audits of CDCR institutions (inclusive of CDCR's PIPs).

[4] *See* ECF No. 6441 at 7 ("The work of the Special Master is divided into several areas: he and his team are monitoring at CDCR Headquarters, they are monitoring delivery of mental healthcare at institutions in the field, they are supervising ongoing work in the All-Parties Workgroup, they are preparing for and participating in settlement discussions supervised by Judge Drozd, and they are staying abreast of ongoing litigation activity before this court.").

[5] During 2023, the Special Master supervised at least 17 Meet and Confers between the parties on topics including the following: mental health staffing, suicide prevention, telepsychiatry and tele-mental health, least restrictive housing, programming for patients with personality disorders, and CDCR's proposed overhaul of regulations and policies governing restricted housing units.

defendants' regarding their proposed revisions to regulations and policies related to the delivery of mental health services.[6]

The Special Master previously noted that the "sheer volume of docket entries" in *Coleman* "speaks to the litigiousness of the case, which clearly has an impact on the volume of work required at any given time." ECF No. 6461 at 7 (noting there were more than 6,400 docket entries as of early 2020). The same observation can certainly be made today, with now more than 8,100 docket entries in this case.[7]

In addition, the Special Master's report writing responsibilities have grown considerably in recent years, putting further strain on his existing resources. Since the time the current Special Master was appointed in October 2007, he has filed approximately 74 substantive reports with the Court. Tellingly, more than a third of those substantive reports (26, or 35 percent) have been filed in the last three calendar years alone. The increase in report-writing responsibilities has required the Special Master to shift resources away from on-site monitoring to report writing in order to ensure timely production and submission of these reports to the Court. Relatedly, between the time of this writing and March 15, 2024, the Special Master is required by court order to file a "report on the outcome" of the parties' meet and confer

---

[6] During 2023, the Special Master and his team reviewed and provided comments on approximately 24 new or revised policies, procedures, and memos.

[7] The Special Master notes that CDCR recently received authorization to add six new attorney positions and 8 administrative support positions to bolster the Office of Legal Affairs (OLA)'s class action division. *See* Budget Request 5225-081-BCP-2022-GB ("Class Action Lawsuit Staff"), available at https://esd.dof.ca.gov/Documents/bcp/2223/FY2223_ORG5225_BCP5062.pdf (last access February 8, 2024) (requesting $2.3 million ongoing to support the creation of six new attorney positions and eight new administrative support positions within OLA's class action team); *see also* 2022-2023 State Budget – Department of Corrections and Rehabilitation at CR 5, available at https://ebudget.ca.gov/2022-23/pdf/Enacted/GovernorsBudget/5210/5225.pdf (last accessed February 8, 2024).

regarding CDCR's Telemental Health Policy, including "with his report…a proposed Telemental Health Services Policy for the court's approval."  ECF No. 8087 at 2.  The Special Master is also required, by March 15, 2024, to "inform the court whether the March 31, 2024 deadline [for completion of data remediation] will be met."  ECF No. 8121 at 5.  During the same time period, the Special Master will be finalizing and preparing to file his suicide prevention expert's 6th Re-Audit Report on CDCR's suicide prevention practices.  Finally, with the final institutional tour of the Thirtieth Round scheduled to conclude in March 2024, the Special Master is actively preparing the last installment of the Thirtieth Round Monitoring Report, covering CDCR's 3CMS institutions.

As alluded to, the Special Master continues to supervise defendants' ongoing data remediation process, which the Special Master recently described as "one of the most complex and challenging projects the mastership has undertaken in the long history of this case."  ECF No. 7863 at 7.  At present, data remediation requires multiple members of the Special Master's staff to prepare for and participate in up to five hours of Business Rule Methodology Review (BRMR) meetings per week; conduct focused reviews of the documentation underlying the provisionally approved key indicators; and submit written recommendations for resolving data remediation related disputes.  The frequency and length of meetings related to the data remediation process has required the Special Master to shift resources away from on-site monitoring of the prisons toward responsibilities related to data remediation.[8]

---

[8] During calendar year 2023, the data remediation stakeholders held approximately 78 BRMR meetings.  On average, 26.5 attendees represented defendants, 3.1 attendees represented plaintiffs' counsel, and 6.5 attendees were members of the Special Master's team.

Finally, beginning in the summer of 2023, defendants retained a team of 30 experts ("Falcon experts") to "conduct a broader, systemwide study of the mental healthcare delivery to more fully understand how services are delivered, the quality of care delivered, and how Program Guide requirements are conducted on site." ECF No. 7884-2 at 4. The Falcon experts' evaluation included on-site tours of CDCR's institutions scheduled to run consecutive weeks, including weekends and some evenings. Importantly, the five Falcon experts' tours that occurred in July 2023[9] were scheduled concurrently with the Special Master's 30th Round Monitoring tours of CDCR's institutions. In order to devote sufficient staff to cover the Falcon experts' tours, the Special Master was forced to remove experts and monitors from scheduled 30th Round tours. In addition, the Special Master had to postpone one 30th Round institutional tour due to lack of available expert staff to cover both the 30th Round tour and the Falcon experts' tours. Based on the Special Master's experience with the Falcon experts' tours thus far, it is clear that any resumption of the Falcon tours will be yet another immediate and significant strain on the Special Master's resources.

The above referenced workloads, projects, and responsibilities do not include the daily issues and litigation matters that comprise an essential part of the Special Master's duties in addition to what is occurring in the institutions and CDCR mental health headquarters. Moreover, the Special Master's need to attend to multiple, complex court-ordered responsibilities and special projects simultaneously has not changed. As the Court noted in a January 7, 2020 Order: "At this critical juncture, none of those critical tasks can give way in favor of others." ECF No. 6441 at 7. The appointment of additional staff would help to to fill

---

[9] The Falcon experts toured San Quentin State Prison, California Medical Facility, California State Prison at Sacramento, Salinas Valley State Prison, and Correctional Health Care Facility in July 2023.

the void created by the loss of staff, alleviate the strain on his existing resources, and ensure continuous full and simultaneous coverage of all current and ongoing projects.

For the foregoing reasons, the Special Master requests that the following individuals be appointed to his staff.[10]

**J. David Dawdy, M.A.**

Mr. Dawdy has worked as a mental health professional in the Michigan Department of Corrections for over 20 years.  Since 2014, he has served as the Mental Health Director where he is responsible for the management and oversight of the delivery of mental health care to incarcerated persons and parolees.  During his tenure with the department, Mr. Dawdy has served in several positions, starting out as a psychologist in 2002 and advancing over the years to Mental Health Services Manager and Assistant Mental Health Director prior to assuming his current position of Mental Health Director.  In his current role, Mr. Dawdy is responsible for supervising and managing over 400 staff; managing the budget and spending for the mental health department; developing and maintaining information systems; and developing, updating, and implementing policies and procedures, among other duties.

Mr. Dawdy earned his Master of Arts in Clinical Psychology from Wheaton College in Wheaton, Illinois.  He earned his Bachelor of Arts in Psychology from Greenville College in Greenville, Illinois, where he graduated with honors.

As a mental health executive with over 20 years of experience in the delivery of correctional mental health care for the Michigan Department of Corrections, Mr. Dawdy has a background which prepares him to readily assist the Special Master, with minimal time needed

---

[10] The parties have had an opportunity to review these candidates and report no objections to date.

for learning the operations of the CDCR.  Accordingly, the Special Master asks that Mr. Dawdy

be appointed to his staff as a clinical expert.  Mr. Dawdy's *curriculum vitae* is attached as

Exhibit A.

**Kerry Eudy, J.D., Ph.D.**

Dr. Eudy is a forensic psychologist who would be an asset to the Special Master's team

of mental health experts.  Dr. Eudy currently serves as the Director of Forensic Evaluations for

Court Clinics and Director of Pre-Arraignment 18a's at Centurion Forensic Health Services in

Massachusetts.  Centurion Forensic Health Services, formerly MHM/Forensic Health Services, is

a national provider of health care services to government agencies in a variety of patient settings,

including correctional facilities.  In her director positions, Dr. Eudy is responsible for the

management of court clinic contracts and the quality of all court clinic services.  She is also

responsible for hiring, training, supervising, and managing a team of forensic psychologists,

qualified social workers, and specialty court clinicians who conduct forensic evaluations for

Massachusetts courts and Veteran, Drug, and Mental Health courts, among her other duties.

Prior to working in her current capacity as director, for almost ten years Dr. Eudy worked

for MHM/Forensic Health Services as a forensic evaluator.  Pre-dating her tenure with

MHM/Forensic Health Services, Dr. Eudy performed her work as a Forensic Psychology Post-

doctoral Fellow in the Worcester State Hospital Court Evaluation Unit, MCI-Concord State

Prison, Bridgewater State Hospital, and Boston Municipal Court.

Dr. Eudy presently serves as a member of the Massachusetts Designated Forensic

Professionals Training and Certification Committee.  Dr. Eudy earned her Doctor of Philosophy

in Clinical Psychology from Pacific Graduate School in Psychology in Palo Alto, California.

Accordingly, the Special Master asks that Dr. Eudy be appointed to his staff as a clinical expert. Dr. Eudy's *curriculum vitae* is attached as Exhibit B.

**John S. Wilson, Ph.D, CCHP-MH, CPHQ**

Dr. Wilson is a licensed clinical psychologist whose experience in correctional mental health care would provide valuable assistance to the Special Master. Since 2006 to the present, Dr. Wilson has served in various roles at Centurion/MHM Services, an organization dedicated to correctional health care. At Centurion/MHM Services, Dr. Wilson has served in the roles of Senior Clinical Operations Specialist, Vice President of Clinical Development, and Vice President of Behavioral Health Services. Dr. Wilson currently serves as a Consultant for Special Projects. In his role as Consultant for Special Projects, Dr. Wilson's projects include comprehensive review of suicide causes, trends, and prevention structure in a state correctional system, comprehensive behavioral health training in suicide prevention, suicide precautions, and crisis intervention in a state correctional system, and clinical reviews of service delivery at select correctional institutions.

Prior to his tenure with Centurion/MHM Services, from 2004 to 2006, Dr. Wilson served as a licensed clinical psychologist and psychology supervisor at Southwestern Virginia Mental Health Institute in Marion, Virginia. From 1997 to 2004, he served as a chief psychologist and clinical assistant professor and licensed/associate psychologist at the Central New York Psychiatric Center, Mohawk Valley Psychiatric Center, and the State University of New York, Upstate Medical University in New York state.

Dr. Wilson earned his Doctor of Psychology from Duke University in Durham, North Carolina, in 1996. Dr. Wilson also holds a master degree in Clinical Psychology from Duke University. He has published several articles related to correctional health care.

Dr. Wilson's experience in correctional mental health care, suicide prevention, and behavioral health services will provide valuable assistance to the Special Master in monitoring, analyzing, and reporting to the Court on the treatment being provided to class members in the inpatient mental health programs and in CDCR prisons.  Accordingly, the Special Master asks that Dr. Wilson be appointed to his staff as a clinical expert.  Dr. Wilson's *curriculum vitae* is attached as Exhibit C.

**Darrin A. Bell**

Mr. Bell is a former Deputy Sheriff with the Fulton County Sheriffs' Department in Atlanta, Georgia, where he retired in 2009 after a 21-year career with the department.  During his tenure with the sheriff's department, Mr. Bell's responsibilities included working with federal court monitors appointed pursuant to a consent decree to oversee implementation of the court-ordered remedy, which included the delivery of medical and mental health care.

Since 2009, Mr. Bell has worked as a Project Manager for Global Protective Services in Atlanta, Georgia.  Mr. Bell would assist the Special Master with on-site prison monitoring and on special issues and projects, as required.  Accordingly, the Special Master asks that Mr. Bell be appointed to his staff as a monitor.  Mr. Bell's *curriculum vitae* is attached as Exhibit D.

**Lynn Bissonnette**

Ms. Bissonnette's expertise is drawn from a long and distinguished career which spanned 32 years in the field of corrections for the Commonwealth of Massachusetts.  Throughout her career with the Massachusetts Department of Correction (MADOC), Ms. Bissonnette served in a variety of positions, starting out as a correction officer in 1983 and transitioning and promoting over the years to Employment Service Coordinator, Supervising Correction Counselor, Deputy

Superintendent of Operations and Security, and Superintendent, among working in other positions throughout her time with the department.

During her tenure with MADOC, Ms. Bissonnette served 22 years as a Superintendent of three MADOC institutions including Southeastern Correctional Center, an ACA-accredited 1,200-bed medium security facility for male offenders; North Central Correctional Institution, an ACA-accredited 1,021-bed medium security facility for male offenders; and MCI Framingham, a 684-bed medium security facility for female offenders.  In her role as Superintendent, among other accomplishments, she led five successful ACA audits, developed procedures for PREA compliance, implemented the Prison Service Dog Training Program, opened a minimum security unit to support incarcerated person reentry, opened an Intensive Treatment Unit for patients in need of emergent mental health care and behavioral management, and developed trauma-informed care procedures and practices.

After her retirement from MADOC in 2016, for approximately six years Ms. Bissonnette served as an adjunct professor of Justice Studies at Lasell College in Newton, Massachusetts, where she taught graduate and undergraduate criminal justice courses in person and online. Following that, for close to two years, she worked as a consultant for Wellpath Recovery Solutions, a provider of medical and mental health care to local and state providers in correctional facilities, inpatient and residential treatment facilities, forensic treatment facilities, and civil commitment centers.  As part of her responsibilities for Wellpath Recovery Solutions, Ms. Bissonnette conducted operational and security audits.  Since 2020, Ms. Bissonnette has worked as a consultant on the Great Wardens Task Force for Just Detention International, a health and human rights organization whose mission is to end sexual abuse in all forms of detention.

Ms. Bissonnette earned her Master of Science in Criminal Justice from Westfield State College in Westfield, Massachusetts.  She earned her Bachelor of Arts from Emmanuel College in Boston, Massachusetts.  Ms. Bissonnette's considerable experience and expertise in the area of management of both mental health and custodial matters in the correctional setting would provide needed assistance to the Special Master at this time.  Accordingly, the Special Master asks that Ms. Bissonnette be appointed to his staff as a monitor.  Ms. Bissonnette's *curriculum vitae* is attached as Exhibit E.

**Cristina Irizarry**

Ms. Irizarry has worked as a legal administrative assistant for Pannone Lopes Devereaux and O'Gara in Johnston, Rhode Island for over six years.  In her tenure, she has served as a legal administrative assistant for various practice areas within the firm including Trusts and Estates, Government Affairs Strategies, and Special Masterships.

Ms. Irizarry earned a Bachelor of Arts in Justice Studies from Rhode Island College in 2017.  She earned an Associate in Science in Paralegal Studies from the Community College of Rhode Island in 2010.  Her years of experience will provide valuable assistance to the Special Master in reducing the current workload of his monitors, alleviating the strain on his existing resources, and enhancing his capacity to monitor, evaluate, and report on the mental health care being provided to CDCR inmates in the inpatient programs and in the prisons.  Accordingly, the Special Master asks that Ms. Irizarry be appointed to his staff as a paralegal.  Ms. Irizarry's *curriculum vitae* is attached as Exhibit F.

## II.    **Request for Increase in Compensation Rates**

The Special Master also requests increases in compensation rates for himself and the experts and monitors that comprise his team.  The dynamic and labor intensive nature of the

duties of the mastership outlined above require that the Special Master maintain his ability to recruit and retain staff with commensurate skills and experience.  Yet, as of the time of this writing, compensation rates for the Special Master, Deputy Special Masters, and experts have not been adjusted in nearly 19 years.  *See* March 4, 2005 Order, ECF No. 1653 at 2.  Similarly, the compensation rate for monitors has not been adjusted in more than 13 years.  *See* June 17, 2010 Order, ECF No. 3858.[11]

In the intervening years, these hourly rates have fallen deeply out of step with expert and monitor compensation rates in similar cases both nationally and in California.  As was the case at the time the Special Master's, Deputy Special Masters' and experts' compensation rates were set in 2005, nearly all members of the Special Master's staff "are currently working on this case at hourly rates substantially lower than those of their professional peers."  ECF No. 1648 at 7.

This imbalance is present in comparison to the rates afforded monitors, experts and counsel performing comparable duties in *Coleman*'s companion cases such as *Armstrong v. Newsom* and also as compared to the rates at which the Special Master's experts are compensated in analogus matters in other jurisdiction across the country.  By way of comparison, compensation rates for the Court Expert's team in *Armstrong v. Newsom* range from $300.00 to

---

[11] As of the time of this writing, compensation rates for the Special Master and his staff are as follows:

- Special Master:            $260.00/hour
- Deputy Special Master:     $250.00/hour
- Expert:                    $250.00/hour
- Monitor:                   $235.00/hour
- Paralegal:                 $190.00/hour
- Travel:                    $90.00/hour

$900.00 per hour.  Order for Payment granting Motion for Disbursement of Funds, *Armstrong v. Newsom,* No. 4:94-cv-02307 (N.D. Cal.), ECF No. 3575-1 at 1-5 (filed Feb. 13, 2024).[12]  Hourly rates for *Armstrong* plaintiffs' counsel, who perform significant monitoring services in that case, range from $450.00 to $1,525.00 per hour.  *E.g.,* Stip. Order Confirming Undisputed Attorney Fees and Costs for Third Quarter of 2023, *Armstrong v. Newsom,* No. 94-2307 (N.D. Cal.), ECF No. 3551 at 6.[13]

In recent years,[14] some of the Special Master's clinical experts' hourly rates for expert work in comparable matters has ranged from $315/hour - $600/hour.  In addition, *Coleman* is unique in that travel time is compensated at a significantly reduced hourly rate.  Compensation for travel time is often paid at the full hourly rate in other comparable matters.  *See, e.g.*, Appendix C to Declaration of Dr. Joseph Penn MD, attached to Special Master's Report and

---

[12] Specifically, *Armstrong* Court Expert Edward Swanson is compensated at the rate of $900 per hour.  The *Armstrong* Court Expert's staff are compensated as follows: August Gugelmann: $750 per hour; Audrey Barron: $675 per hour.  *Armstrong*, ECF No. 3575-1 at 1-5.  In addition, the *Armstrong* Court Expert recently retained the services of Rick Wells and Rich Kirkland as consultants at the rate of $300 per hour.  *Armstrong*, ECF No. 3483 at 2 (filed May 15, 2023).

[13] Between the fourth quarter of 2022 and the third quarter of 2023, the average hourly rate for *Armstrong* timekeepers performing monitoring services at Rosen Bien Galvan and Grunfeld (inclusive of non-attorney staff) ranged from $447.60/hour to $491.44/hour.  During the same time period, the average hourly rate for *Armstrong* timekeepers performing monitoring services at the Prison Law Office (inclusive of non-attorney staff) ranged from $396.29/hour to $447.35/hour.  *See* [Proposed] Stipulated Orders Confirming Undisputed Attorneys Fees for the Fourth Quarter of 2022, First Quarter of 2023, Second Quarter of 2032, and Third Quarter of 2023, *Armstrong v. Newsom*,  No. 4:94-cv-02307 (N.D. Cal.), ECF Nos. 3474 at 6, 3486 at 6, 3503 at 6, and 3551 at 6.

[14] In addition, Dr. Erica Greulich and Dr. Jessica Dutra, the experts retained by defendants during the October 2023 enforcement proceedings, were compensated at the rate of $675 per hour; their associates were compensated hourly rates ranging from $385 per hour - $425 per hour.  *See* ECF No. 8013 at 43.  Plaintiffs' labor economy expert retained for the October 2023 proceedings, Dr. Timothy Brown, was compensated at the rate of $300/hour.  Finally, had the Court appointed Dr. Dwight Steward as technical advisor in 2023, Dr. Steward would have been compensated at the rate of $725/hour.  ECF No. 7965 at 2.

Recommendation on a Final Telepsychiatry Policy, ECF No. 7682-1 at 228 (indicating Dr.

Penn's travel time would be compensated at $1,000.00 per hour for "out-of-town" cases).[15]

Accordingly, the Special Master requests that the following compensation rates apply

for himself and his staff:

- Special Master:             $390.00/hour

- Deputy Special Master:      $380.00/hour

- Expert:                     $380.00/hour

- Monitor:                    $330.00/hour

- Paralegal:[16]              $225.00 hour

- Travel (for all staff):     $140.00/hour

The Special Master notes that the hourly rates requested above in all cases result in

hourly rates that are lower than what would be required to bring existing rates in line with

---

[15] For reference, defendants' psychiatry expert, Dr. Joseph Penn, reports his fee schedule as follows:

(A) Review of depositions, records, report, or other data......................500.00 pr/hr
(B) Conference with attorney or others as required..............................500.00 pr/hr
(C) Psychiatric consultation with written report....................................500.00 pr/hr
(D) Research ..................................................................................500.00 pr/hr
(E) Deposition – testimony ............................................................1,000.00 pr/hr
(F) Testimony in court ...................................................................1,000.00 pr/hr

II. Billing for out-of-town cases will be $4,000.00 for a minimum of 4 hours and $8,000.00 for 8 hours per day, and will include any/all travel time. Any additional time will be billed at $1000.00 per hour. Travel expenses, meals and accommodations will be computed at actual rate.

ECF No. 7682-1 at 228.

[16] *See* ECF No. 6313 at 1 (October 8, 2019 order appointing two paralegals to the Special Master's staff to be compensated at the rate of $190 per hour).

inflation (through December 2023) since the time the respective rates were set.[17]  The Special

Master also notes that he is maintaining existing practice whereby travel time is compensated at

a substantially reduced hourly rate.

      The Special Master further notes that he met with counsel for the parties multiple times

in advance of filing this request to inform them of his intent to request increased compensation

rates and solicit their input, if any.  These discussions were cordial and professional and the

Special Master appreciates counsels' time and consideration.


                              Respectfully Submitted,


                              */s/ Matthew A. Lopes, Jr.*

                              Matthew A. Lopes, Jr.
                              Special Master

February 15, 2024

---

[17] Using the Bureau of Labor Statistics (BLS) Consumer Price Index (CPI) inflation calculator (available at https://www.bls.gov/data/inflation_calculator.htm), the Special Master's rate of $260.00/hour adjusted for inflation since March 2005 is $412.59/hour; the Deputy Special Masters' and experts' rate of $250.00/hour adjusted for inflation since March 2005 is $396.72/hour; the monitors' rate of $235/hour adjusted for inflation since June 2010 is $330.72/hour; the paralegal rate of $190/hour adjusted for inflation since October 2019, *see supra* note 16, is $226.47; and the travel rate of $90.00/hour adjusted for inflation since March 2005 is $142.82/hour.  The Court may want to consider annual adjustments to the compensation rates requested herein tied to the CPI.

# EXHIBIT A

# J. David Dawdy

**Mental Health Director**

2040 Tekonsha Rd SE
Grand Rapids, MI 49506

616-550-8566
jdaviddawdy@gmail.com

**MENTAL HEALTH | ADMINISTRATION | PUBLIC SPEAKING**

## QUALIFICATION SUMMARY

High performing Mental Health Executive with over 20 years progressive experience contributing to organizational success through high-level strategy and the implementation of operational excellence. Strong track record of inspiring effective cross-functional collaboration and innovative problem solving in a high-stakes setting.  Confident in ability to generate buy-in for impactful change using data and relationship capital.  Committed to continuous improvement and lifelong learning.

## KEY SKILLS

| | | |
|---|---|---|
| ✓ Problem Solving | ✓ Team Building | ✓ Innovating |
| ✓ Leadership | ✓ Decision Making | ✓ Motivated |
| ✓ Optimist | ✓ Dependable | ✓ Visionary |

## RELEVANT PROFESSIONAL EXPERIENCE

**Mental Health Director**                                           March 2014 to present
Michigan Department of Corrections                                            Lansing, MI
Oversee the delivery of mental health, substance use disorder, and sexual abuse prevention programs and treatment for prisoners and parolees.

- Responsible to write, review, update all relevant policy, procedure, and program goals, working with managers to implement and maintain guidelines.
- Train and collaborate with various provider and administrative entities who work with prisoners returning to the community.
- Supervise and manage over 400 staff, including assistant mental health directors, unit supervisors, qualified mental health professionals and administrative support staff in all administrative and clinical duties.
- Oversee and manage budget and spending of $52 million for MDOC Mental Health Services.
- Maintain and help develop information systems that can be used to make data driven decisions, assessment of needs, determining resource requirements, bed space, and treatment materials.

**Assistant Mental Health Director**                              January 2013 - March 2014
Michigan Department of Corrections                                            Ionia, MI
Oversaw the delivery of mental health, substance use disorder, and sexual abuse prevention programs and treatment for prisoners and parolees for the SouthWest Region of the MDOC.

- Provide direct clinical and administrative supervision and management to Unit Supervisors who work at specific prison sites.
- Plan and coordinate regionally for delivery of mental health services to prisoners.
- Work with the Human Resource Office in the recruitment, hiring, evaluations, corrective actions and payroll processing of staff .

**Mental Health Services Manager**                    Sept 2003 - January 2013
Michigan Department of Corrections                              Ionia, MI
Supervised a large team of mental health professionals in an outpatient setting, providing treatment, evaluation and crisis response to prisoners.

- Plan, organize, evaluate, and direct multi-disciplinary treatment team.
- Provide direct treatment services to mentally ill prisoners
- Provided outpatient individual and group therapy for prisoners.
- Participated in multi-disciplinary treatment team assessment and planning.

**Psychologist**                                        Sept 2002- Sept 2003
Michigan Department of Corrections                              Ionia, MI

- Provided outpatient individual and group therapy for prisoners.
- Participated in multi-disciplinary treatment team assessment and planning.
- Assessed and evaluated prisoners for mental health issues and disorders.

## ADDITIONAL EXPERIENCE

**Therapist/Clinician**
Wedgwood Youth Services
Served as a treatment team leader and therapist to adolescents in a residential treatment setting.

**Workshops and Presentations**
- Corrections Mental Health Overview:
        Community Mental Health Association of Michigan, (CMHAM) Oct 2018
- Re-Entry Needs of Prisoners:
        Improving Outcomes Conference 2019, CMHAM
- Medication Assisted Treatment Overview
        CMHAM Spring Conference 2020
-ACEs and the Justice-Involved Population   CMHAM Fall Conference 2021
        What they Need and How to Help:    East Coast Symposium Fall 2022
                                            Cape Cod Symposium Fall 2022
-Risk-Needs-Responsivity, a New Paradigm for Behavioral Health: 2023
        American Correctional Association, National Commission on Corrections Healthcare
**Training Certifications:**
-How Being Trauma-Informed Improves Criminal Justice Responses (SAMHSA)
-AMSR: Assessing and Managing Suicide Risk (Zero Suicide Institute)
-QPR: Question, Persuade, Refer (Suicide awareness/prevention)

## EDUCATION

MA, Clinical Psychology.  LLP          Wheaton College        Wheaton, IL

BA, Psychology, Departmental Honors    Greenville College     Greenville, IL

# EXHIBIT B

**KERRY EUDY, J.D., Ph.D.**
27 Gilbert St.
Newton, MA 02465
(617) 909-3101 (home/cell)
eudykerry@gmail.com

## LICENSURE

*Massachusetts Designated Forensic Psychologist-current*
*Massachusetts Licensed Attorney- License #666396*
*Massachusetts Licensed Psychologist – License # 8926*
*Massachusetts Licensed Real Estate Broker – License #148442*
*California Licensed Attorney- License # 220903(inactive status)*

## EDUCATION

**Ph.D.**      **Pacific Graduate School of Psychology**, Palo Alto, CA
               Doctor of Philosophy in Clinical Psychology (APA accredited)
               Joint J.D./Ph.D. program with Golden Gate University School of Law.

**M.S.**       Master of Science in Clinical Psychology

**J.D**.       **Golden Gate University School of Law**, San Francisco, CA
               Doctor of Jurisprudence; Graduated **Highest Honors**

**M.A.**       **St. Mary's University,** San Antonio, TX
               Master of Arts in Clinical Psychology

**B.A**.       **Trinity University,** San Antonio, TX
               Bachelor of Arts in Psychology

## CURRENT COMMITTEES

11/19 – Present      **Massachusetts Designated Forensic Professionals Training and Certification Committee**
                     Committee Member

- Appointed by the Assistant Commissioner of Forensic as a member of the 7 member panel of forensic psychologist responsible for DFP standards, policies, and procedures; training; and reviewing forensic evaluations for DFP appointments and remediation.

## CLINICAL EXPERIENCE

10/13 – Present     **Centurion Forensic Health Services, LLC**
(Formerly known as MHM/Forensic Health Services)-MA
<u>Director of Forensic Evaluations for Court Clinics</u>

- Manage the court clinic contracts between the Department of Mental Health and Centurion FHS, LLC for the Northeast, Central/Metro-Boston, and the Southeast Area.   Responsible for managing the overall quality of all court clinic services. Responsible for recruiting, hiring, training, supervising and managing a staff of approximately 60 employees including Designated Forensic Psychologists, Qualified Social Workers who conduct forensic evaluations for MA courts; and Specialty Court Clinicians who conduct evaluations for Veteran, Drug, and Mental Health courts.

10/13- Present     **Centurion Forensic Health Services, LLC**
(Formerly known as MHM/Forensic Health Services)-MA
<u>Director of Pre-Arraignment 18a's</u>

- Facilitate the statewide after-hours 18a Forensic Evaluation Protocol contract between Centurion FHS, LLC, DMH (Department of Mental Health) and MBHP (Massachusetts Behavioral Health Partnership).  Responsible for hiring, training, and supervision of Designated Forensic Psychologists. Duties also include conducting forensic evaluations for new arrests in police custody who are in need of further hospitalization prior to arraignment.

09/07- 07/17     **Forensic Health Services**-Boston, MA
(Formerly known as MHM and presently dba Centurion Forensic Health Services, LLC)
<u>Boston Municipal Court- Forensic Evaluator</u>
- Conduct court ordered forensic evaluations for the Boston Municipal Court and surrounding areas pursuant to the provisions of Massachusetts General Laws.

09/06 – 8/07     **University of Massachusetts Medical School**, Worcester, MA
<u>Forensic Psychology Post-doctoral Fellow</u>

- ***Worcester State Hospital/Court Evaluation Unit (9/06-2/07)***- Conducting forensic evaluations on court ordered adult inpatients with severe mental illness. Responsible for forensic assessment, interviewing, and comprehensive forensic report writing.

- ***MCI-Concord State Prison (9/06-2/07)*** - Conducting neuropsychological evaluations on the adult male population

- ***Bridgewater State Hospital (3/07-8/07)*** - Conducting forensic evaluations on adult males with severe mental illness court ordered to the strict security of Bridgewater State Hospital. Responsible for forensic assessment, interviewing, consultation, risk assessment, testifying and comprehensive forensic report writing.

- ***Boston Municipal Court (3/07-8/07)***-Court ordered outpatient forensic evaluations for the Boston Municipal Court pursuant to the provisions of M.G.L. Chpt. 123 § 35 and §15(a).

08/05 - 08/06      **University of Massachusetts Medical School**, Worcester, MA
<u>Clinical Psychology Intern</u>

- ***Bridgewater State Hospital (8/05-3/06)*** - Individual therapist and case administrator for culturally diverse adult male forensic inpatient population on the maximum security unit. Responsible for crisis intervention, treatment planning, treatment implementation, and discharge planning for individuals with severe mental illness, substance abuse issues, and criminal histories.  Responsibilities also included co-leading an Anger Management group and psychological/ neuropsychological assessment of the forensic inpatient population, including the detection of malingering.  Consultation also provided to the multidisciplinary teams and Forensic Evaluators.

- ***Worcester State Hospital/Court Evaluation Unit***- Conducting forensic evaluations on court ordered adult inpatients with severe mental illness. Responsible for forensic assessment, interviewing, and comprehensive forensic report writing to the courts.

- ***Community Health Link***- Individual therapist for the severely mentally ill culturally diverse outpatient population.  Crisis Stabilization Unit clinician responsible for conducting diagnostic assessment, risk evaluations, and crisis intervention for patients on the crisis stabilization unit. Linked patients with available resources in the

community. Provided continuity of care within and across settings by following clients from hospital discharge to the community and acting as primary therapist.

- ***MCI-Framingham (3/06-8/06)*** Responsibilities will include providing individual therapy, group therapy, consultation, and psychological/neurological assessment of women prisoners suffering from severe psychopathology.

11/04 - 03/05        **Citywide Case Management Forensics**, San Francisco, CA
                     <u>Case Manager</u>

- Supervisor:  Kathleen Connolley, LCSW, Barbara Havassy, Ph.D., Director Providing individual and group treatment of persons with co-occurring mental and substance use disorders who have entered the criminal justice system.  Responsibilities include providing comprehensive treatment services and advocating for chronically mentally ill forensic population in court.  In addition, responsible for assistance in obtaining stable housing, SSI and Medi-Cal benefits, crisis intervention and money management skills.

08/02 - 12/03        **Golden Gate Conditional Release Program**, San Francisco, CA
                     <u>Therapist Trainee.</u>

- Supervisor: Shelly Stolesen, Ph.D., Mark Naas, Psy.D.  Student therapist working in an outpatient program with individuals who were deemed Not Guilty by Reason of Insanity (NGI's) or Mentally Disordered Offenders (MDO's) .  Responsible for conducting individual and group psychotherapy with an adult ethnically diverse population suffering from Paranoid Schizophrenia, Schizoaffective disorder, and Substance Dependence.  Duties include treatment planning and implementation, neurological/ psychological assessment, and intakes.  Responsible for conducting a legal group, co-leading a dual diagnosis group, co-leading a recovery group, leading check in groups, and smoking cessation group.

09/01 - 06/02        **Kurt and Barbara Gronowski Clinic**, Palo Alto, CA
                     <u>Therapist.</u>

- Supervisor: Donald Woods, Ph.D.
  Student therapist in a community-based outpatient clinic. Responsible for conducting individual psychotherapy with an adult ethnically diverse population presenting with a wide range of complaints.  Duties include intake assessment, treatment planning and implementation, DSM-IV diagnosis, progress reports, termination reports, case conference presentation, and screening assessment.  Empirically based cognitive behavior therapy modality was used.

10/98 – 05/99       **University of Colorado Health Sciences Center**
                    **Addiction Research and Treatment Services (ARTS),** Denver, CO
                    <u>Study Co-Coordinator</u>

- Supervisor: Leslie Amass, Ph.D.
  Co-Coordinator for Children of Drug Abuse study examining behavioral consequences of parental drug abuse.  Organizing and implementing studies at Vine Street Center, including Internal Review Board Proposal and Subject Consent Forms.  Co-Supervising collection and administration of various self-report instruments.

11/97 – 06/97       **University of Colorado Health Sciences Center**
                    **Addiction Research and Treatment Services (ARTS),** Denver, CO
                    <u>Therapist</u>

- Supervisor: Leslie Amass, Ph.D.
  Primary individual and group therapist for phase II medication trial for cocaine addiction sponsored by Schering-Plough Research institute. Individual and group therapist for study analyzing buprenorphine/naloxone vs. methadone treatment for opiate addiction.  Subject assessment and screening using Structured Clinical Interview for DSM-IV, Mini-Mental State Exam, Addiction Severity Index and other structured instruments. Data recording and maintenance.

01/97 – 06/97       **San Antonio State Hospital,** San Antonio, TX
                    <u>Psychology Trainee,</u> Research Unit

- Intern assisting in verbal task group with chronic schizophrenic patients. Assessment, and administration of new assessments testing cognitive

functioning.

06/96 – 11/96          **Audie Murphy VA Hospital,** San Antonio, TX
                       <u>Psychology Trainee,</u> Day Treatment Center

- Supervisor: John Smith, Ph.D.
  Co-facilitator of group therapy sessions with patients reflecting a range
  of psychiatric disorders.  Individual counseling; intake assessment;
  treatment planning; and occupational, recreational and relaxation
  therapy assistant.

06/94 – 05/95          **Our Friend's Place**, Dallas, TX
                       <u>Milieu Therapist</u>

- Supervised abused and neglected adolescent females with mental
  illness in a group home.  Duties include, individual therapy, planning,
  assessing and implementing treatment plans for residents; budgeting
  and coordinating recreational activities, job and public school
  placement of residents, and working with non-profit organizations to
  ensure residents' needs were met.

**RESEARCH EXPERIENCE**

06/04 - 08/04          **Brigham and Women's Hospital**, **Apnea Positive Pressure Long-Term**
06/05 – Present        **Efficacy Study (APPLES)** Newton, MA
                       <u>Neuropsychology Psychometrician</u>

- Supervisor: Denise Clark, RpsgT, David Tholamander, Ph.D.
  Administration of neurocognitive measures in a multi-center study
  initiated by the National Heart, Lung, and Blood Institute to assess the
  long-term effectiveness of nasal continuous positive airway pressure
  therapy for obstructive sleep apnea syndrome.  Neuropsychological
  measures include: the WASI, the CogScreen, Symbol Digit Coding,
  Psychomotor Vigilance Task, Buschke Verbal Selective Reminding Test,
  Sustained Working Memory Test, Paced Auditory Serial Addition Task,
  Hamilton Depression Inventory, the MINI, Beck Depression Inventory,
  and the Profile of Mood States.

11/03 – 6/05          **Stanford University Sleep Clinic, Apnea Positive Pressure Long-Term Efficacy Study (APPLES)** Stanford, CA
                      <u>Neuropsychology Psychometrician</u>

- Supervisor: David Tholamander,Ph.D.,  Eileen Leary, Rspgt
  Administration of neurocognitive measures in a multi-center study initiated by the National Heart, Lung, and Blood Institute to assess the long-term effectiveness of nasal continuous positive airway pressure therapy for obstructive sleep apnea syndrome.


02/04 – 06/05         **San Francisco Public Defender's Office and University of California San Francisco**
                      <u>Research Assistant</u>

- Supervisor: Jennifer Johnson, Esq. and Dale Mc Niel, Ph.D.
  Research design, data collection, survey design, and analysis of mentally ill clients in the criminal justice system involved in Behavioral Health Court.


09/03 - 12/03         **California Forensic Assessment Project,** San Francisco, CA
                      <u>Research Assistant</u>

- Supervisor: Carolyn Hellreich, Ph.D.
  Scoring psychological assessments and data collection for individual in Conditional Release Programs in California.


09/00 - 05/03         **Pacific Graduate School of Psychology,** Palo Alto, CA
                      <u>Research Group Member:</u>

- Supervisor:  Bruce Bongar, Ph.D., ABPP
  Literature reviews and analysis of surveys and archival data regarding suicide, standards of care in psychotherapy, and violent predators.


01/03 – 05/03         **Pacific Graduate School of Psychology,** Palo Alto, CA
                      <u>Research Assistant</u>

- Supervisor: Wendy Packman, Ph.D., J.D.
  Research development for Gaucher disease study. Development of survey to assess the quality of life for individuals diagnosed with

Gaucher disease.

11/97 – 05/99          **University of Colorado Health Sciences Center**
                       **Addiction Research and Treatment Services (ARTS),** Denver, CO
                       Professional Research Assistant/ Therapist

- Supervisor: Leslie Amass, Ph.D.
  Collection and recording of research data.  Intake and follow-up
  assessments.  Individual, group, and couple therapy. Subject inclusion/
  exclusion screening.  Subject recruitment.  Administration of Diagnostic
  Interview Schedule (DIS, Axis II), Addiction Severity Index, Beck
  Depression Inventory, Michigan Alcoholism Screening Test, Fagerstrom
  Test for  Nicotine Dependence, AIDS Knowledge and Attitudes, Drug
  Use Questionnaire, and DSM-IV Substance Related Disorders.

01/97 – 06/97          **San Antonio State Hospital, Research Unit,** San Antonio
                       Psychology Trainee,

- Assisted in developing and testing measures of practical problem
  solving. Data collection. Subject recruitment.

05/93 – 08/93          **Trinity University,** San Antonio
                       Research Assistant

- Supervisor: Lincoln Craton, Ph.D.
  Assisted in designing and conducting experiments in infant perception.
  Data collection. Manuscript preparation.

**LEGAL EXPERIENCE**

1/03 – 5/04            **San Francisco Public Defender's Office -Behavioral Health Court**
                       **Volunteer Attorney** (Jennifer Johnson, Supervisor)

- Volunteer attorney working with attorney Jennifer Johnson on felony
  cases and Behavioral Health Court cases.  As a volunteer attorney
  responsibilities include advocating for clients with a major mental
  disorder, developing the protocol for Behavioral Health Court,
  interviewing witnesses, investigating, and maintaining the database of

all BHC clients.

08/02 – 01/03     **San Francisco Public Defender's Office**
                  Legal Intern (Linda Colfax, Supervisor)

- Intern for attorney and Research Unit.  Assignments included research and writing 995 motions, motions to sever, and motions to suppress. As a certified law student, responsible for interviewing clients and representing indigent defendants.

01/02 - 05/02     **Northern California Innocence Project**
                  Legal Intern (Linda Colfax, Supervisor)

- Investigating, researching, and managing cases of post-conviction inmates claiming factual innocence. Weekly meetings with attorney to discuss development of cases and case law.  Duties included interviewing witnesses, client communication, and case analysis.

01/01- 08/02      **Baker Sports Management**, Mill Valley
                  Legal Assistant (Steve Baker, Esq.)

- Responsible for researching legal and financial issues concerning pro-football clients.  Organizing, charting and analyzing data.  Planning and coordinating events.

08/00 – 08/01     **Law office of Michael J. Lowy,** Palo Alto
                  Law Clerk (Michael J. Lowy, Esq.)

- Investigating and researching case law and statutory regulations. Responsible for writing legal memoranda and motions regarding family law issues, including divorce settlement, discovery, and child case matters.

## PUBLICATIONS/PRESENTATIONS

Packman, W., Crosbie, T.W. Behnken, M., Eudy, K., & Packman, S. (2010). Living with Gaucher Disease: Emotional health, psychosocial needs and concerns of individuals with Gaucher disease. *American Journal of Medical Genetics.* Part A. 152. 2002-10. doi: 10.1002/Ajmg.A.33527.

Packman, W., Andalibian, H., Eudy, K., Howard, B., & Bongar, B. (2009). Legal and ethical risk management with behavioral emergencies. In P.M. Kleepsies (Ed.), Behavioral emergencies:  An evidence-based resource for evaluating and managing risk of suicide, violence, and victimization (pp. 405 – 430).  American Psychological Association. doi: 10.1037/11865-018.

Eudy, K. & Packer, I. (2007). Speedy trial act of 1974. *Journal of the American Academy of Psychiatry and the Law Online*, 35(3), 393-395. url: http://jaapl.org/content/35/3/393.abstract

Eudy, K., Milner, M., Packman, W. (2006). *The Utility of the HCR-20 in Predicting Restoration of Sanity Outcomes in California*. Poster presentation at The American Psychology and Law Society Conference.

Howe, L., Milner, M., Eudy, K., Packman, W., Bongar, B. (2006).  Medical-Legal aspects of treating suicidal schizophrenic patients.  In *Suicide in Schizophrenia.*  Tatarelli, R., Pompili, M., Girardi, P., Editors.  NY:  Nova Editorial Inc. Chapter in preparation.

Milner, M., Eudy, K., Packman, W. (2004). *Neuropsychological Characteristics of Domestic Violence Offenders:  Implications for Treatment.* Poster presentation at The American Psychology and Law Society Conference.

## TEACHING EXPERIENCE

| | |
|---|---|
| 09/07 – 12/07 | **Northeastern University,** Boston, MA<br>**Adjunct Professor** |
| | Responsible for teaching Psychology and the Law to 75 psychology undergraduate students. |
| 10/2003 | **Pacific Graduate School of Psychology**, Palo Alto, CA<br>**Lecturer for Introduction to Forensic Psychology,** |
| | Lecture on criminal process, psychological treatment and legal basis of the criminally mentally ill (Not Guilty By Reason of Insanity and Mentally Disordered Offenders), Conditional Release Programs and Risk Assessment. |
| 01/03 - 05/03 | **Pacific Graduate School of Psychology**, Palo Alto, CA<br>**Peer Supervisor** |
| | Assisting second year psychology students in clinical interviewing techniques. Duties included role playing therapy sessions on video and providing feedback to students. |

## ACADEMIC HONORS AND AWARDS

Highest Honors Graduate Golden Gate Law School
Witkins Award (Solving Legal Problems)

California Jurisprudence Award (Innocence Project)
Anthony Pagano Dean's Merit Scholarship
Helen & John Gorfinkel Scholarship
California Jurisprudence Award (Wills and Trusts)
PGSP Fellowship Award
Janet Beuler Scholarship
Paul S. Jordan Law Scholarship
Appellate Advocacy Semifinalist
Moot Court Board Candidate
Law Review invitee
Dean's List Golden Gate University School of Law


**AFFILIATIONS /CERTIFICATIONS**

| | |
|---|---|
| 2006 - Present | Member, Massachusetts State Bar |
| 2004 - 2005 | ABA Criminal Justice section |
| 2003 - 2005 | Member, San Francisco Bar |
| 2002 - Present | Member, California State Bar (inactive) |
| 2002 - 2007 | American Psychological Association (Student Member) |
| 2002 - 2007 | APA Law and Psychology Division 41 |
| 2001 - 2006 | American Bar Association |
| 2001 - 2005 | ABA Health Law section |
| 2001 - 2002 | Student Bar Association -3rd year Representative |
| 1999 - 2000 | Certified Addictions Counselor I: State of Colorado Alcohol and Drug Abuse Division. |

# EXHIBIT C

**JOHN S. WILSON, PhD, CCHP-MH, CPHQ**

New York State License No. 013440 (inactive) and Virginia Commonwealth License No. 0810003367

**WORK EXPERIENCE**

**Consultant for Special Projects, Centurion** (semi-retired)                     2022-present
  Recent projects include (a) comprehensive review of suicide causes, trends, and prevention infrastructure in a large state correctional system, (b) comprehensive behavioral health training in suicide prevention, suicide precautions, and crisis intervention in a moderate-sized state correctional system; and (c) clinical reviews of service delivery at select prisons

**Vice President Behavioral Health Services, Centurion**                     2020-2022
**Vice President Clinical Development, Centurion/MHM Services**                     2014-2020
**Senior Clinical Operations Specialist, Centurion/MHM Services**                     2006-2014
  Centurion and MHM Services, Inc., Vienna & Sterling, VA

**Licensed Clinical Psychologist / Psychology Supervisor**                     2004-2006
  Southwestern Virginia Mental Health Institute, Marion, VA

**Adjunct Faculty Instructor**                     2004
  Virginia Polytechnic Institute and State University

**Chief Psychologist and Clinical Assistant Professor** *and*                     2003-2004
**Licensed/Associate Psychologist and Clinical Assistant Professor**                     1997-2003
  Central New York Psychiatric Center, Marcy, NY
  Mohawk Valley Psychiatric Center, Utica, NY
  State University of New York, Upstate Medical University, Syracuse, NY

**Litigation Legal Assistant**                     1983-1991
  Debevoise & Plimpton, New York, NY, and Washington, DC

**EDUCATION**

Ph.D. (Clinical Psychology), **Duke University**                     May 1996
  Dissertation:     Attachment and motivation in schizotypy                     May 1995
  APA-approved Internship, Federal Correctional Institution, Butner, NC                     1995-1996
  Clinic Coordinator, Duke Psychology Clinic, Durham NC                     1994-1995

M.A. (Clinical Psychology), **Duke University**                     Dec 1993

**University of Maryland**, College Park, MD                     1989-1991
  28 credit hours of undergraduate psychology courses

B.A. (Liberal Arts), **St. John's College**, Annapolis, MD                     May 1981

**PUBLICATIONS**

Yasmeen, S., Stuewig, J. B., Wilson, J. S., Tangney, J. P., Schrader, S. W., Loya, J. M., Barboza, S. E., Berry, D., & Wiser, A. (2023).  Escalation of suicidal spectrum behaviors during incarceration. *Criminal Justice and Behavior, 50*, 766-782.

Boren, E. A., Folk, J. B., Loya, J. M., Tangney, J. P., Barboza, S. E., & Wilson, J. S. (2018).  The suicidal inmate:  A comparison of inmates who attempt versus complete suicide. *Suicide and Life Threatening Behavior, 48,* 570-579.

Folk, J. B., Loya, J. M., Alexoudis, E. A., Tangney, J. P., Wilson, J. S., & Barboza, S. E. (2018).

1

Differences between inmates who attempt suicide and who die by suicide: Staff-identified psychological and treatment-related risk factors. *Psychological Services, 15*, 349-356.

Disabato, D. J., Folk, J. B., Wilson, J., Barboza, S., Daylor, J., & Tangney, J. (2016). Psychometric validation of a simplified form of the PICTS for low-reading level populations. *Journal of Psychopathology and Behavioral Assessment, 38, 456-464.*

Folk, J. B., Disabato, D. J., Daylor, J. M., Tangney, J. P., Barboza, S., Wilson, J. S., Bonieskie, L, & Holwager, J. (2016). Effectiveness of a self-administered intervention for criminal thinking: Taking a Chance on Change. *Psychological Services, 13,* 272-282.

Andrade, J. R., Wilson, J. S., Franko, E., Deitsch, J., & Barboza, S. E. (2014). Developing the evidence base for reducing chronic inmate self-injury: Outcome measures for behavior management. *Corrections Today, 76*, 30-35.

Barboza, S. & Wilson, J. S. (2013). Your patient is my patient: The need for integrated medical-mental health care for inmates with serious mental illness. *CorrDocs*, 17 (5).

Barboza, S. & Wilson, J. S. (2011). Behavior management plans decrease inmate self-injury. *Corrections Today*, 73 (5).

Wilson, J. & Barboza, S. (2010). The Looming Challenge of Dementia in Corrections. *CorrectCare*, *24*, 12-14.

Wilson, J. S., Ermshar, A. L., & Welsh, R. K. (2006). Stalking as paranoid attachment: A typological and dynamic model. *Attachment and Human Behavior, 8,* 139-157.

Bridges, M. R., Wilson, J. S., & Gacono, C. B. (1998). A Rorschach investigation of defensiveness, self-perception, interpersonal relations, and affective states in incarcerated pedophiles. *Journal of Personality Assessment, 70*, 365-385.

Wilson, J. S., & Costanzo, P. R. (1996). A preliminary study of attachment, attention, and schizotypy in early adulthood. *Journal of Social and Clinical Psychology, 15,* 231-260.

Wilson, J. S., Stocking, V. B., & Goldstein, D. (1994). Gender differences in motivation for course selection: Academically talented students in an intensive summer program. *Sex Roles, 31,* 349-367.

## PRESENTATIONS AND WORKSHOPS

Wilson, J. S., & Reedy, S. A. *Suicide Assessment, Suicide Precautions, Crisis Planning, and Crisis Intervention Tools: Theory and Practice for Reducing Suicide Risk.* Provided to behavioral health professionals in the Kansas Department of Corrections, August 2023.

Wilson, J. S., & Fields, B. *Clinically Ordered Restraints: Essential Considerations.* Webinar provided to Centurion medical, psychiatric, and behavioral health leadership, April 2023.

Wilson, J. S., & Mull, A. H. *The Potential Pitfalls of PREA: Exploring the Ethical and Legal Challenges of PREA Documentation.* Presented at the National Commission on Health Care Conference, October 2021, Chicago.

Andrade, J. T., Kearns, J. D., & Wilson, J. S. *Suicide Awareness and Prevention.* May 2021. Training workshop presented to Georgia Department of Corrections remotely.

Andrade, J. & Wilson, J. *Suicide Risk Assessment and Prevention in Corrections: A Fresh Look toward the Future.* January 2021. Training workshop presented to Tennessee Department of Correction remotely.

Wilson, J. *Crisis Interventions and Treatment Planning for the Suicidal Patient.* Pima County Adult

Detention Center, March 2021, Tucson, AZ.

Sheptock, J. & Wilson, J.  *Discovering the Data to Understand the Problem:  Functional Assessment in Behavior Management Planning*.  Arizona Department of Corrections, Rehabilitation & Reentry, March 2021.

Andrade, J., Hunter, R., Renberg, I. & Wilson, J.  *Ethical Considerations in Correctional Mental Health: Involuntary Medication*.  Georgia Department of Corrections, August 2020.

Wilson, J. S. & Reedy, S.  *Forensic Writing Workshop IV:  Quarterly Court Reports*.  Training workshop provided to MHM CONREP, September 2016, southern and northern California regions.

Wilson, J. S. & Reedy, S.  *Forensic Writing Workshop III:  Progress Notes*.  Training workshop provided to MHM CONREP, June 2016, southern and northern California regions.

Wilson, J. S. & Reedy, S.  *Forensic Writing Workshop II:  The Treatment Plan*.  Training workshop provided to MHM CONREP, March 2016, southern and northern California regions.

Folk, J. B., Boren, E., A., Loya, J. M., Tangney, J. P., Barboza, S. E., & Wilson, J. S.  *Who dies by suicide in correctional facilities? A comparison of inmates who attempt vs. complete suicide*.  Workshop presented to the Georgia Department of Corrections, March 2016, Forsyth, GA

Wilson, J. S. *Forensic Writing Workshop I: Beyond Clinical Documentation*.  Training workshop provided to MHM CONREP, December 2015, southern and northern California regions.

Disabato, D. J., Folk, J. B., Wilson, J., Barboza, S., Daylor, J., & Tangney, J.  *Psychometric validation of a simplified form of the PICTS in low-reading level populations*.  Paper presented at the Annual Meeting of the American Society of Criminology, November 2015, Washington, DC.

Wilson, J.S.  *Diet, Diabetes, and Dementia:  What the Connections Tell Us about Treatment*.  Workshop presented at the NCCHC National Conference on Correctional Health Care, October 2015, Dallas, TX.

Wilson, J.S.  *Treatment of Dementia:  What Do the Outcome Data Teach Us?*  Workshop presented at the NCCHC Spring Conference on Correctional Health Care, April 2015, New Orleans, LA.

Marsh, R. J., and Wilson, J. S.  *Excess Morbidity and Mortality in Serious Mental Illness:  Pathways and Prevention*.  Workshop presented at the American Correctional Association Winter Conference, January 2015, Long Beach, CA

Wilson, J. S., Andrade, J. T., & Franko, E.  *Measuring Effectiveness of Behavior Management:  Individual- and Unit-Based Outcome Data*.  Drexel University 22nd Annual Forensic Rights & Treatment Conference, December 2014, Hershey, PA.

Wilson, J. S. *Excess Morbidity and Mortality in Serious Mental Illness: Pathways and Prevention*. Drexel University 22nd Annual Forensic Rights & Treatment Conference, December 2014, Hershey, PA.

Barboza, S. and Wilson, J.  *Creating an Evidence Base:  Measuring Outcomes of Mental Health Treatment in Corrections*.  NCCHC Correctional Mental Health Care Conference, July 2014, Denver, CO.

Barboza, S. and Wilson, J.  *Hazardous Duty: The Invisible Effects of Working in Corrections*.  ACHSA Conference, March 2014, New Orleans, LA.

Wilson, J.  *Ethical and Legal Foundations for Involuntary Medication*.  Pennsylvania County Correctional Association Fall Conference, October 2013, Harrisburg, PA.

Wilson, J., Barboza, S., and Andrade, J.  Behavior Management Strategies for Individual and Group

3

Programs.  NCCHC Correctional Mental Health Care Conference, July 2013, Las Vegas, NV.

Wilson, J.  *Ethical and Legal Foundations for Involuntary Medication*.  Drexel University 20th Annual Forensic Rights & Treatment Conference, November 2012, Hershey, PA.

Wilson, J.  *Advanced Suicide Assessment, Assessment and Ethics*.  Workshop provided to the Michigan Department of Corrections, December 2011, Women's Huron Valley Correctional Facility, MI.

Wilson, J.  *Remembering our Future:  Addressing the Looming Challenge of Dementia in Corrections*. Presentation provided to the Aging Prisoners Forum, Fordham University, October 2011, New York, NY.

Barboza, S. & Wilson, J. S.  *Evidence for the Efficacy of Behavioral Interventions in Reducing Self-Injury*.  Workshop presented at National Commission on Correctional Health Care Conference, May, 2011, Phoenix, AZ.

Barboza, S. & Wilson, J. S.  *Let's Get Practical:  Real Answers to Inmate Self-Injury*.  Workshop presented at North American Association of Wardens and Superintendents Conference, April, 2011, Baton Rouge, LA.

Barboza, S. & Wilson, J. S.  *Real Results: Successful Reduction in Self-Injury in Correctional Settings*. Workshop presented at American Correctional Health Services Association Conference, April, 2011, Orlando, FL

Barboza, S. E. & Wilson, J. S. *Behavior Management: Effective Reduction in Self-Injury*. Workshop presented at American Correctional Association Conference, January 2011, San Antonio TX.

Wilson, J.S. *Advanced Suicide Assessment, Prevention and Intervention*.  Workshop provided to the Michigan Department of Corrections, December 2010, Women's Huron Valley Correctional Facility, MI.

Pages, B. J. & Wilson, J. S.  *The Challenges of Correctional Psychiatry*.  US Psychiatric and Mental Health Congress, November 2010, Kissimmee FL.

Wilson, J. *Advanced Suicide Assessment, Prevention and Intervention*.  Workshop provided to the Georgia Department of Corrections, Tift College, June 2010, Forsyth, GA.

Wilson, J.S. & Barboza, S. E.  *Addressing the Rising Prevalence of Dementia in Inmate Populations*.  Pre-Conference Seminar, NCCHC Updates in Correctional Healthcare, April 2010, Nashville TN.

Wilson, J.S.; Barboza, S.; & Andrade, J.  *Ending It All:  Data Informed Suicide Prevention*. Presentation at Updates in Correctional Healthcare, NCCHC sponsored, April, 2010, Nashville, TN.

Barboza, S.E., & Wilson, J. S.  *In Search of Solutions:  Does Behavior Management Work?*  American Correctional Health Services Association Conference, March 2010, Portland, OR.

Barboza, S.E., & Wilson, J. S.  *Bringing Recovery inside the Walls.*  CMHS National GAINS Center Conference, March 2010, Orlando, FL.

Wilson, J.S.; Barboza, S.; & Andrade, J.  *Ending It All:  Data Informed Suicide Prevention*. Presentation at Third Annual Academic & Health Policy Conference on Correctional Health, December 2009, Fort Lauderdale, FL.

Wilson, J. S.  *Remembering our Future:  Addressing the Rising Prevalence of Dementia in Inmate Populations*.  National Conference on Correctional Health Care Mental Health Conference, October

4

2009, Orlando FL.

Wilson, J. S. *Chemical Restraints and Emergency Medication in Correctional Settings*. American Correctional Health Services Association Conference, March 2009, Orlando, FL.

Wilson, J. S. *Dusk or Twilight? When are Emergency Medications Chemical Restraints?* 16th Annual Forensic Rights & Treatment Conference, December 2008, Grantville, PA.

Wilson, J. S., & Andrade, J. T. *Behavior Management Interventions Workshop*. Massachusetts Department of Correction, Bridgewater, MA, October 2008.

Wilson, J. S. & Pages, B. J. *Addressing Sleep Disturbance in Correctional Setting.* Indiana Department of Corrections Conference, Unlock the Mystery, June 2008, Indianapolis, IN.

Wilson, J. S. & Barboza, S. *Autonomy, Safety, and Connection: Ethical Challenges in Working with Self-Injurious Inmates*. Presentation at Mental Health in Corrections Consortium Symposium, April 2008, Kansas City, MO.

Wilson, J. S., & Smith, H. *When Ordinary Interventions Don't Work: Behavior and Risk Management with the Self-Injurious Inmate*. National Conference on Correctional Health Care Mental Health Conference, July 2007, Las Vegas, NV.

Wilson, J. S. *Introduction to Behavioral Management Training*. In-house training provided at Southwestern Virginia Mental Health Institute, February 2006, Marion, VA.

Wilson, J. S. *Recent Developments in the Assessment of Psychopathy with the PCL-R*. Presented at the 16th Annual Conference on Psychology in the Public Sector, Western State Hospital, October 2005, Staunton, VA.

Wilson, J. S. *The Assessment of Psychopathy with Hare's Psychopathy Checklist-Revised (PCL-R) and Psychopathy Checklist: Screening Version (PCL:SV).* Provided to the New York Office of Mental Health, August 2004, Marcy, NY.

Wilson, J. S. *Introduction to the HCR-20 Risk Assessment Guide.* Provided to Wende Correctional Facility, Clinton Correctional Facility, Five Points Correctional Facility, and Bedford Hills Correctional Facility, June - September 2003.

Wilson, J. S. *Suicide Assessment and Prevention*, *Behavioral Writing*, and *Behavioral Analysis, Diagnosis, and Management of High Risk Behaviors*. Three training modules presented at annual regional department meetings and inpatient team training at Central New York Psychiatric Center, May-June 2003, Marcy, NY.

Wilson, J.S. Behavioral management of self-injurious behaviors in psychopaths. In P. Donovick (Chair), *Psychologists and prisons: Who are we and who are they?* Symposium conducted at the annual meeting of the *Eastern Psychological Association,* April 2003, Baltimore, MD

Wilson, J. S. *Introduction to Risk Assessment: The PCL-R and HCR-20*. Forensic Psychiatric Fellowship, Central New York Psychiatric Center, February 2003, Marcy, NY.

Wilson, J. S. *Antisocial Self-Injurious Behavior.* Elmira Correctional Facility, February 2003, Elmira, NY.

*Fundamentals of Risk Assessment: Principles and Practicalities.* Binghamton Psychiatric Center, February 2003, Binghamton, NY.

Wilson, J. S. *Psychopathy as a Taxon within the Narcissistic-Paranoid Spectrum.* Forensic Psychiatric Fellowship, Central New York Psychiatric Center, January 2003, Marcy, NY.

Wilson, J. S. *Behavioral Management for Self-Injurious Behaviors in the Outpatient Setting.* New York State Department of Correctional Services, December 2002, Albany, NY.

Wilson, J. S. *Borderline Personality Disorder and Antisocial Self-Injurious Behavior.* In-service training for ward staff treating female patients, Central New York Psychiatric Center, November 2002, Marcy, NY.

Wilson, J. S. *The Role of Psychological Testing in Clinical and Forensic Practice.* Forensic Psychiatric Fellowship, Central New York Psychiatric Center, June 2002, Marcy, NY.

Wilson, J. S. *Suicide: Assessment and Prevention*. Insight House (residential and outpatient substance abuse treatment facility), Utica NY, November 2000; Mohawk Valley Psychiatric Center annual training, Utica NY, March and May, 2000.

Wilson, J. S. *Psychopathic Patients: Treatment and Risk Management.* York Street Clinic, Mohawk Valley Psychiatric Center, March 1999, Utica, NY.

Wilson, J.S. & Dunsmore, J.C.  Attachment, schizotypy, and the Rorschach Inkblot Method.  In M.R. Bridges (Chair), *Attachment and the Rorschach Inkblot Method*.  Symposium conducted at the *Society for Personality Assessment*, March, 1999.  New Orleans, LA.

Wilson, J. S. *Shame, Rage, and Paranoia: Assessment of Attachment Disturbances in Sexual Aggression*.  Presented at the annual meeting of the Society for Personality Assessment, 1998, Boston, MA

Wilson, J. S. *The DSM-IV and Assessment of Axis II Disorders.* Public Service Workshops Program, July 1998, Rockefeller College, University at Albany.

Wilson, J. S., & Dunsmore, J. C.  Intergenerational patterns of adult attachment.  Poster presented at the biennial meeting of the *Society for Research in Child Development*, 1997, Washington, DC.

Stocking, V. B., Wilson, J. S., & Goldstein, D.  Academically talented adolescents in an intensive summer program:  What's important?  Presented at the annual meeting of the *American Educational Research Association*, 1995, San Francisco, CA.

Wilson, J. S., Godfrey, J. J., Stocking, V. B., Howell, A. M., & Goldstein, D.  Correlates of anxiety: Talented students' expectations, motivations, and experiences in an intensive academic program. Presented at the fifth annual *Esther Katz Rosen Symposium on the Psychological Development of Gifted Children*, 1995, University of Kansas, Lawrence, KS.

Wilson, J. S., Stocking, V. B., & Goldstein, D.  Stress, resilience, and academic competence in ethnically diverse high achieving early adolescents.  Poster presented at the biennial meeting of the *Society for Research in Child Development*, 1995, New Orleans, LA.

Wilson, J. S., Stocking, V. B., & Goldstein, D.  Resilience and competence in an ethnically diverse sample of high-achieving early adolescents.  Presented at the fourth annual *Esther Katz Rosen Symposium on the Psychological Development of Gifted Children*, 1994, University of Kansas, Lawrence, KS.

Wilson, J. S., Stocking, V. B., Howell, A. M., & Goldstein, D.  Why study during the summer? Expectations and experiences of talented students in an intensive academic program.  Presented at the annual meeting of the *American Educational Research Association,* 1994, New Orleans, LA.

Wilson, J. S., Stocking, V. B., & Goldstein, D.  Academically talented students in an intensive summer program:  Reasons for course selection.  Presented at the third annual *Esther Katz Rosen Symposium on the Psychological Development of Gifted Children*, 1993, University of Kansas, Lawrence, KS.

**AWARDS AND HONORS:**

Dissertation Research Award, American Psychological Association, 1994
Grant-in-Aid of Research, Sigma Xi, the Scientific Research Society, 1994
Sigma Xi, Associate Member, 1994
Von Broch Scholarship, Duke Talent Identification Program, 1992-1993
Silver Medal for Senior with Highest Standing, St. John's College, 1981

**OTHER TEACHING EXPERIENCE:**

**Guest Lecturer**, Hamilton College, Clinton, NY, 1998 - 2003:
Lectures on Antisocial Personality Disorder in Abnormal Psychology and Introductory Psychology classes.

**Instructor**, Duke University, 1993-1994:
Personality Theory
Cognitive Psychology: Introduction and Survey

**Teaching Fellow**, Duke University, 1993:
Statistics and Data Analysis in the Social Sciences

**Teaching Assistantship**, Duke University, 1991
Health Psychology

**Teacher**, House of Little People, 1982-1983
Pre-school teaching in Spanish Harlem, New York (2 to 5 year olds)

# EXHIBIT D

# DARRIN A. BELL

4132 Reid Rd

Douglasville, GA  30344

Cell (404) 290-2928                    dbell1266@gmail.com

---

### Objective

To contribute to your organization by utilizing my unique combination of security management, customer service expertise, instructor training, law enforcement, military and life experiences and intimate knowledge in having a cohesive workplace environment.

---

### Professional Experience

#### Global Protective Services, Atlanta, Georgia

2009 - Present

- <u>Project Manager</u>
  Coordinates between officers and clients to ensure that standards are not only being met, but exceeded. Develops and institutes measures needed to insure not only are clients protected but staff is highly motivated and trained to excel and make both company and client look good.

#### 4RASUL ENTERPRISES, Atlanta, Georgia

2008 – 2012

- <u>Head of Security</u>
  Provide and maintain security protocol; enforce Federal and State laws.  Conducted any and all investigations into employee misconduct that could lead to criminal prosecution.

#### TACTICAL SECURITY CONSULTANTS, INCORPORATED, Atlanta, Georgia

2000 – 2016

* <u>Senior Security Advisor</u>
  Responsible for advising clients on security needs and issues.  Coordinates and implements training for associates and clients to achieve maximum professional results.

# Darrin A. Bell

## FULTON COUNTY SHERIFF'S DEPARTMENT, Atlanta, Georgia

1988 – 2009

- ### Deputy Sheriff (Retired)

  Maintain the Fulton County Jail; provide services as directed by the Court; enforce Federal and State laws, and provide a wide range of educational services to the community to prevent and reduce crime.

* ### Narcotics/Fugitive Investigator

  Performed undercover investigative work for narcotics and counterfeit operations at both local and federal level. Spent time working either with or for several different task forces, local and federal, doing my tenure.

* ### Academy Trainer

  Conducted training classes both at the regional academy and off-site to various agencies in various aspects of law enforcement; to include, but not limited to, self- defense, search and seizure, management, supervision, drugs, undercover operations, officer survival.  Primary strengths include knowledge and practical applications in search warrants and affidavits, domestic violence, jail training, inmate rights, police ethics and investigations, report writing, civil and constitutional rights, officer survival, and defensive tactics, impact weapons (O.C., ASP, Orcutt Police Nunchaku {OPN}, less-lethal force weapons (TASER), use of force issues and protocols.  I have completed my Instructor Training, all Supervision modules and all Management modules

* ### Field Training Officer (F.T.O.)

  Served as trainer to new officers or those in need of refresher training in areas of warrant service and execution, narcotics and undercover operations, officer survival, use of force, impact and non-lethal weapons, report writing.

* ### Juvenile Transition Officer

  Developed and implemented Policies and Procedures for the housing of Juveniles in an Adult Detention Facility.

* ### Executive Assistant to the Chief Jailer

  Liaison between Administration, Line Staff and Court Monitors for the development and upkeep of Constitutionally approved procedures.  Assigned to Federal Monitor to oversee implementation of procedures. Monitored Medical and Mental Health Staff to assure National Committee and Correctional Health Care (NCCHC) Compliance.

2

# Darrin A. Bell

## UNITED STATES AIR FORCE

1983 – 1988 (Honorable Discharge)

---

EDUCATION/CERTIFICATIONS

High School Diploma, D.M. Therrell, Atlanta, GA, 1983

United States Air Force Training, Mississippi and Texas, 1983

Honorable Discharge, USAF, Robins AFB, GA, 1988

Georgia Peace Officer's Standards and Training (POST) Certification, 1989

Georgia (POST) Field Training Officer, 1991

Georgia (POST) Instructor Training, 1995

Georgia (POST) Specialized Instructor, Defensive Tactics, 1996

Georgia (POST) Supervision Training, 1999

Georgia (POST) Jailer, 1999

Georgia (POST) Management Training, 2001

# EXHIBIT E

**LYNN BISSONNETTE**
**2 Walton Road**
**Harwich, Massachusetts 02645**
**(774) 573-9246 (cell)**

**PROFESSIONAL EXPERIENCE**

---

### *Consultant*

Great Wardens Task Force
March 2020- Present

Just Detention International Great Wardens Project
1900 L Street NW, Suite 601
Washington, DC 20036

---

### *Consultant*

Wellpath Recovery Solutions, LLC (Correct Care Solutions)
1283 Murfreesboro Road, S. 500
Nashville, TN 37217

December 2017- October 2019

Conducted operational and security audits. Operations policy and procedure development.  Assisted with drafting request for response for state medical and mental health contract.

---

### *Adjunct Professor*

Lasell College
Justice Studies
1844 Commonwealth Avenue
Newton, MA  02466

 September 2013- May 2019

Taught graduate and undergraduate criminal justice courses both in person and online.

---

### *Superintendent*
September 2003 – October 2015

Massachusetts Department of Correction
MCI Framingham
99 Loring Drive, P.O. Box 9007
Framingham, MA 01704

Chief Administrative Officer of an ACA-accredited, 684-bed medium security facility for female offenders.  Led the facility through 3 successful ACA audits.  Developed trauma informed care,

procedures and practices.  Opened an Intensive Treatment Unit for inmates in need of emergent mental health care and behavior management.  Developed procedures for PREA compliance.

### *Superintendent*
June, 1996 – September, 2003

Massachusetts Department of Correction
North Central Correctional Institution
500 Colony Road, P.O. Box 466
Gardner, MA 01440

Chief Administrative Officer of an ACA-accredited, 1,021-bed medium security facility for male offenders.  Led the facility through 2 successful ACA audits.  Implemented the Prison Service Dog Training Program.  Opened a minimum security unit to support prisoner reentry.

### *Superintendent*
July, 1993 - June, 1996

Massachusetts Department of Correction
Southeastern Correctional Center
12 Administration Road
Bridgewater, MA 02324

Chief Administrative Officer of a 1,200 bed medium security facility for male offenders.  Included the operation of an Addiction Center for civilly committed, chronic substance abusers, and a 100 bed minimum security unit.


### *Deputy Superintendent of Operations and Security*
January, 1992 - July, 1993

Massachusetts Department of Correction
MCI-Framingham
P.O. Box 9007
Framingham, MA 01701

Command management position in a medium security facility for 530 female offenders (sentenced inmates, awaiting trial, and bail detainees).  Responsible for Security, Health and Safety, Maintenance, Food Services, and Unit Management.

### *Deputy Superintendent of Operations and Security*
June, 1991 - January, 1992

Massachusetts Department of Correction
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

Command management position of accredited high medium security facility for 660 male offenders.  Responsible for Security, Food Services, Maintenance, and Unit Management.  Served as Deputy Superintendent of a 240 bed Treatment Center for the Sexually Dangerous in conjunction with the Department of Mental Health.

### *Deputy Superintendent of Programs and Treatment*
September, 1990 - June 1991

Massachusetts Department of Correction
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

Command management position of accredited high medium security facility for 660 male offenders. Responsible for Classification, Programs, Treatment, Education, Industries, Records, Segregation, and Unit Management.

### *Unit Manager*
August, 1989 - September, 1990

Massachusetts Department of Correction
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

### *Supervising Correction Counselor*
October, 1987 - August, 1989

Massachusetts Department of Correction
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324


### *Unit Administrator (Acting)*
August, 1986 - May, 1987

Massachusetts Department of Correction
MCI-Framingham
P.O. Box 9007
Framingham, MA 01701

### *Employment Service Coordinator*
November, 1985 - October, 1987

Massachusetts Department of Correction
MCI-Framingham
P.O. Box 9007
Framingham, MA 01701

### *Correction Officer*
September, 1983 - November, 1985

Massachusetts Department of Correction
MCI-Framingham
P.O. Box 9007
Framingham, MA 01701

**EDUCATION**

---

Master of Criminal Justice
Westfield State College
Westfield, MA
Satellite Campus: State Police Academy, Framingham, MA

Bachelor of Arts
Emmanuel College
Boston, MA

**ASSOCIATIONS/AWARDS**

---

Board of Directors, Guide Dog Foundation 2012–2018
Board of Directors, America's Vet Dogs 2012-2018
Board of Overseers, Lasell College 2012-2014
American Correctional Association Member since 1993
MA Department of Correction's "Superintendent of the Year" - 2003 and 2006
Correctional Association of Massachusetts' (CAM) "Jim Justice Award for Excellence" - 2006

# EXHIBIT F

### CRISTINA IRIZARRY

#### PHONE # 401-999-0193 E-MAIL: CRISTINA.IRIZARRY@YAHOO.COM

## PROFESSIONAL EXPERIENCE

*June 2020 – Present*
*Pannone, Lopes, Devereaux & O'Gara LLC - Johnston, R.I.*
*Legal Administrative Assistant/Government Affairs Strategies and Services Assistant*
*Special Masterships Practice*

• Draft meeting agendas and arranging travel for a team comprised of over 30 staff including contractors.

• Schedule weekly video and in person meetings for various matters.

• Responsible for submitting conflicts checks, creating letters of engagement, and recording contracts for new and existing clients.

• Open new client files in LMS.

• Perform various research and administrative tasks for two class actions comprised of over 20,000 incarcerated individuals, and clients.

• Take meeting minutes for weekly meetings.

• Maintain calendars and/or timekeeping for four attorneys and three staff members.

• Create invoices and handle all case billing for my assigned attorneys.

• Create and maintain spreadsheets.

• Research potential clients.

• Create, edit, and send daily status reports to clients.

• Submit rankings in Advokit and monitor new legislation with the team.

• Attend and organize political fundraisers.

*April 2017 – June 2020*
*Pannone, Lopes, Devereaux & O'Gara LLC - Johnston, R.I.*
*Legal Administrative Assistant*
*Estate Planning and Administration / Estate Litigation Practice*

• Assisted attorneys from the RI and Florida office schedule client estate signings.

• Drafted and assembled estate documents including POA's, healthcare proxies, will's and

assisted with the editing of revocable trusts for the state of RI and Florida.

• Traveled to client signing's acting as the notary at hospice, residential homes and hospitals for clients that needed emergency estate documents drafted.

• Attended probate court hearings to assist clients with Spanish translation.

• Managed calendars both for Florida and RI cases to ensure deadlines were met.

• Assisted with medicare applications, meeting deadlines, providing supporting documents and arranging delivery of said documents via certified mail to the Department of Human Services.

• Responded to over 20 daily inquiries from clients and financial advisors.

• Navigated and researched client cases utilizing the Judicial Portal, E-file motions and submit attorney entry of appearances with the court.

• Created client invoices and opened new client files using the LMS software.

*March 2015 – February 2017*
*American Arbitration Association - East Providence, R.I.*
*Case Administrator*

• Handled the toll-free line for parties that were Pro Se.

• Explained the arbitration/mediation process.

• Drafted arbitrator/mediator list with their coinciding biographies for party selection.

• Handled discovery, motions and disclosures submitted for arbitrator appointment.

• Maintained a court calendar for arbitration hearings.

• Handled preliminary scheduling orders, conflicts of interest forms, preliminary telephone hearing's for expedited large complex cases, and consumer arbitration class action suit filings.

• Invited mediator's/arbitrators from the AAA roster after researching the contract and supporting documents for required arbitrator specifications submitted by the parties'.

• Researched information for case files.

• Regularly formed agendas regarding my hundred plus case load to look for outflow and/or inflow case patterns.
• Organized a pet charity drive for local animal shelters in need.

*August 1998-March 2007*
*Division of Motor Vehicles Operator Control, Cranston, R.I.*
*Senior Suspension Clerk/ Spanish Interpreter*

• Trained new hires on office procedures and out of state license suspension laws.

• Updated and processed motorist's sensitive personal data and driving records.

• Assisted statewide municipalities with court file preparation.

• Schedule and set up court calendar for parties involved with the license suspension case file.

• Processed incoming license clearance forms and orders of rescind to process for reinstatement, or send out correspondence for requested license requirement status.

• Answered a very busy multi-line phone system and was able and ready to accommodate unanticipated exorbitant workloads.

• Collected and processed time slips when supervisor was unavailable.

• Resolved problems related to erroneous codes, duplicate suspensions, and many other obstacles that may come up pertaining to Rhode Island's out of state 'Driving Under the Influence' and 'Driving after license is Suspended/Revoked', motor vehicle infractions.

• Served as the liaison for Rhode Island to handle all out of state division of motor vehicle infractions.

## LANGUAGES

Fluent in Spanish/English

**Accomplishments**:        2004' RI Court certified Spanish Interpreter.

                           2016' Certified for the OZ Conflict Resolution Training.

*Skills Utilized:*

*Well versed in Word, Excel, Prism, Outlook, Net Documents, and LMS.*

## *EDUCATION*

*B.A. in Justice Studies*

*Rhode Island College - Providence, R.I.*

*2014 to 2017*

**Associate in Science (Paralegal Studies)**

*Community College of RI - Providence, R.I.*

*2008 to 2010*

***Internship at the RI Department of Corrections Adult Probation & Parole Pawtucket Office***

*2015-2016*