Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:    925-746-8460
Facsimile:    925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **DEFENDANTS' REQUEST TO FILE RESPONSE TO THE SPECIAL MASTER'S REQUEST FOR APPOINTMENT OF ADDITIONAL STAFF AND INCREASED COMPENSATION** <br><br> Judge:  Hon. Kimberly J. Mueller |

On February 25, 2024, the Special Master filed a request for the appointment of additional staff and increased compensation. The Special Master's request seeks to expand his team of monitors and experts and significantly increase his [and his team's] hourly rates. Given that the Special Master's team's bills for 2023 totaled $10,334,786.04, this request to further expand the team and increase their hourly rates would have a serious financial impact on the State. While the Special Master previously informed Defendants that he intended to expand his team and was considering rate increases, Defendants were not informed of the magnitude or the specifics of the increases sought. Defendants request ten days' time to closely review and consider the Special Master's request, and to file a response setting forth their position. This request is consistent with

20325092.1

1

DEFENDANTS' REQUEST TO FILE RESPONSE TO THE SPECIAL MASTER'S REQUEST FOR APPOINTMENT OF ADDITIONAL STAFF AND INCREASED COMPENSATION

the Court's orders permitting the parties to prepare and file objections to the Special Master's previous requests for the appointment of additional staff and increased compensation. (*See* ECF Nos. 1028 and 4958.)

DATED: February 15, 2024

ROB BONTA
Attorney General of California

By: */s/ Damon McClain*
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: February 15, 2024

HANSON BRIDGETT LLP

By: */s/ Carson Niello*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS
CARSON R. NIELLO
*Attorneys for Defendants*

20325092.1

2

DEFENDANTS' REQUEST TO FILE RESPONSE TO THE SPECIAL MASTER'S REQUEST FOR APPOINTMENT OF ADDITIONAL STAFF AND INCREASED COMPENSATION