| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias, SBN 321994<br>Carson R. Niello, SBN 329970<br>1676 N. California Blvd., Suite 620<br>Walnut Creek, California 94596<br>Telephone:   925-746-8460<br>Facsimile:    925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.<br><br>          Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**NOTICE OF ERRATA RE: ECF NO. 8138**<br><br>Judge:   Hon. Kimberly J. Mueller |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On February 26, 2024, Defendants filed their Response to the Special Master's Request for Additional Staff and Increased Compensation (ECF No. 8031.) Defendants inadvertently failed to include a certification of orders reviewed.

Defendants respectfully submit this errata to correct this error. A corrected version of Defendants' Response to the Special Master's Request for Additional Staff and Increased Compensation is attached as **Exhibit A**.

DATED: February 27, 2024

ROB BONTA
Attorney General of California

By: /s/ Elise Owens Thorn
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: February 27, 2024

HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*