DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>GAVIN NEWSOM, et al.,<br><br>   Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REQUEST FOR ADDITIONAL STAFF AND INCREASED COMPENSATION**<br><br>Judge: Hon. Kimberly J. Mueller |

[4446366.1]

Case No. 2:90-CV-00520-KJM-DB

PLAINTIFFS' REQUEST FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REQUEST FOR ADDITIONAL STAFF AND INCREASED COMPENSATION

1   On February 15, 2024, the Special Master filed a Request for the Appointment of
2   Additional Staff and for Increase in Compensation. *See* ECF No. 8130. On February 26,
3   2024, the Defendants filed an objection to the Special Master's request, asking that the
4   Court both deny the Special Master's request and order that the Special Master present a
5   plan to reduce the number of team members and set forth short-term and long-term
6   timelines for compliance. *See* ECF No. 8138.

7   The Order of Reference emphasizes the importance of Plaintiff's input in the
8   remedial process. *See* ECF No. 640 at 2-3 (Dec. 11, 1995). Accordingly, Plaintiffs now
9   seek leave to respond to Defendants' objections. Defendants make several arguments that
10  overstate Defendants' progress in reaching compliance, undersell the Special Master
11  team's duties in helping to improve the quality of Defendants' care, and mischaracterize
12  the applicability of the safeguards recommended by the Department of Justice. In
13  particular, Defendants' claim that the growth of the Special Master's team "ignores the
14  direction of the case and Defendants' substantial progress toward a sustainable remedy,"
15  ECF No. 8138 at 4, sits in stark contrast to the Special Master's most recent monitoring
16  report that "paint[s] a bleak picture of defendants' progress toward a durable remedy,
17  driven in large part by the reverberating impact of the ongoing mental health staffing
18  crisis" at CDCR. Special Master's Thirtieth Round Monitoring Report – Part C, ECF No.
19  8095 at 1. In addition, Defendants' request to this Court to order the Special Master to
20  "develop a plan to streamline his team and establish the safeguards identified in the DOJ
21  memo," ECF No. 8138 at 12, is procedurally improper, as it appears that Defendants are
22  attempting to seek other relief from this Court in the guise of a response to the Special
23  Master's request. *See* December 23, 2020 Order, ECF No. 7003 at 2 (giving requirements
24  when a party seeks relief from the Court).
25  / / /
26  / / /
27  / / /
28  / / /

[4446366.1]

1    Case No. 2:90-CV-00520-KJM-DB

PLAINTIFFS' REQUEST FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REQUEST FOR ADDITIONAL STAFF AND INCREASED COMPENSATION

Accordingly, Plaintiffs request that the Court grant until March 13, 2024, for Plaintiffs to respond more fully to Defendants' objections.

## CERTIFICATION

Plaintiffs' counsel certifies that he reviewed the following orders in preparing this filing: ECF Nos. 640, 7003.

DATED: February 28, 2024

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jared Miller*
    Jared Miller

Attorneys for Plaintiffs

[4446366.1]

2

Case No. 2:90-CV-00520-KJM-DB

PLAINTIFFS' REQUEST FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REQUEST FOR ADDITIONAL STAFF AND INCREASED COMPENSATION