| | | |
|---|---|---|
| 1 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065 |
| 2 | MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE | LISA ELLS – 243657<br>JENNY S. YELIN – 273601 |
| 3 | 1917 Fifth Street<br>Berkeley, California  94710-1916 | THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535 |
| 4 | Telephone:   (510) 280-2621 | MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631 |
| 5 | CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION | ADRIENNE PON HARROLD – 326640<br>AMY XU – 330707 |
| 6 | AND DEFENSE FUND, INC.<br>Ed Roberts Campus | ADRIENNE SPIEGEL – 330482<br>BENJAMIN W. HOLSTON – 341439 |
| 7 | 3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578 | MAYA E. CAMPBELL – 345180<br>LUMA KHABBAZ – 351492 |
| 8 | Telephone:   (510) 644-2555 | JARED MILLER – 353641<br>ROSEN BIEN |
| 9 | | GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor |
| 10 | | San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |
| 11 | Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| 17 | Plaintiffs, | **NOTICE OF WITHDRAWAL OF ATTORNEYS ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND REQUEST TO REMOVE NAMES FROM ELECTRONIC SERVICE LIST** |
| 18 | v. | |
| 19 | GAVIN NEWSOM, et al., | |
| 20 | Defendants. | Judge:  Hon. Kimberly J. Mueller |

[4447670.1]

Case No. 2:90-CV-00520-KJM-DB

NOTICE OF WITHDRAWAL OF ATTORNEYS ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND REQUEST TO REMOVE NAMES FROM ELECTRONIC SERVICE LIST

1    PLEASE TAKE NOTICE that the below-listed attorneys, previously associated
2 with Rosen Bien Galvan & Grunfeld LLP ("RBGG"), no longer work on this case. We
3 request that they be removed from the electronic service list in this case.

4    • Ginger Jackson-Gleich

5    • Cara Trapani

6    • Arielle Tolman

8    RBGG attorneys listed on the above caption page remain as co-counsel for
9 Plaintiffs. Please continue to direct pleadings, motions, notices, correspondence, and other
10 papers relating to this case to the above-captioned attorneys.

12 DATED: March 7, 2024            Respectfully submitted,

                                   ROSEN BIEN GALVAN & GRUNFELD LLP

                                   By: */s/ Lisa Ells*
                                       Lisa Ells

                                   Attorneys for Plaintiffs

[4447670.1]

Case No. 2:90-CV-00520-KJM-DB

NOTICE OF WITHDRAWAL OF ATTORNEYS ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND
REQUEST TO REMOVE NAMES FROM ELECTRONIC SERVICE LIST