DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:  (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:  (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR JOINT REPORT PER ECF NO. 8066** |
| v. | |
| GAVIN NEWSOM, et al., | Judge:  Hon. Kimberly J. Mueller |
| Defendants. | |

20594924.1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR JOINT REPORT PER ECF NO. 8066

1    On November 15, 2023, the Court set a hearing on April 26, 2024 regarding "issues related to enforcement of remedial requirements for timely transfer to inpatient care and the status of defendants' compliance with the court's October 11, 2023 Order, ECF No. 8009, regarding compliance with required staffing levels in the CDCR PIPs."  Order, Nov. 15, 2023, ECF No. 8066 at 5.  The Court ordered the parties to meet and confer under the supervision of the Special Master regarding revisions to Defendants' Least Restrictive Housing policy and other steps to enhance class members' access to DSH, as well as development of programs for class members with personality disorders, and ordered the parties to file a joint report about these topics and Defendants' compliance with PIP staffing requirements on April 12, 2024.  *Id.*

    Plaintiffs request a one-week extension of time until April 19, 2024 to file the joint report, and Defendants do not oppose this request.  Both lead attorneys from Plaintiffs' counsel with direct responsibility for the issues to be covered by the joint report will be unavailable due to family obligations during the week of the current deadline.

/ / /

20594924.1
2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR JOINT REPORT PER ECF NO. 8066

A one-week extension would allow counsel for both parties to have adequate time to negotiate, coordinate, and jointly prepare the ordered report.

DATED:  March 12, 2024          ROSEN BIEN GALVAN & GRUNFELD LLP

                                By:  */s/ Jenny S. Yelin*
                                     Jenny S. Yelin

                                Attorneys for Plaintiffs

DATED:  March 12, 2024          HANSON BRIDGETT LLP

                                By:  */s/ Samantha Wolff*
                                     Samantha Wolff

                                Attorneys for Defendants

DATED:  March 12, 2024          ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA

                                By:  */s/ Elise Thorn*
                                     Elise Thorn

                                Attorneys for Defendants

## [PROPOSED] ORDER

The parties are granted an extension to April 19, 2024 to file the joint report that is required by the Court's November 15, 2023 Order, ECF No. 8066.

IT IS SO ORDERED.

DATED:  _____, 2024      _____
                                Kimberly J. Mueller
                                Chief United States District Judge