| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>DAMON G. MCCLAIN - 209508<br>Supervising Deputy Attorney General<br>CORINNA ARBITER - 273074<br>Deputy Attorney General<br>  600 W. Broadway, Suite 1800<br>  San Diego, CA 92101<br>  Telephone: (619) 321-5799<br>  Fax: (619) 645-2061<br>  E-mail: Corinna.Arbiter@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO - 179755<br>SAMANTHA D. WOLFF – 240280<br>DAVID C. CASARRUBIAS-3219994<br>CARSON NIELLO - 329970<br>  425 Market Street, 26th Floor<br>  San Francisco, CA 94015<br>  Telephone: (415) 777-3200<br>  Facsimile: (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                      Plaintiffs,<br>v.<br>**GAVIN NEWSOM, et al.,**<br>                      Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br>                      Plaintiffs,<br>v.<br>**GAVIN NEWSOM, et al.,**<br>                      Defendants. | Case No. 4:01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**Defendants' March 2024 Quarterly Status Report in Response to February 10, 2014 and March 25, 2022 Orders** |

The State submits this quarterly status report in response to this Court's February 10, 2014 order (ECF No. 2766/5060)[1] to reduce CDCR's adult prison population to 137.5 percent of design capacity, and March 25, 2022 order reducing the frequency of these reports from monthly to quarterly (ECF No. 3795/7515). Exhibit A provides statewide and prison-specific population data, including the current design capacity, population, and population as a percentage of design capacity. Exhibit B provides updates on population reduction measures, including those Defendants implemented in response to the February 10, 2014 order, and the durability of those measures. Defendants first informed this Court that CDCR's adult prison population was below the 137.5 percent population cap on February 17, 2015 (ECF No. 2838/5278), and have complied with that cap for over nine years.

As a result of prison and facility closures that were first announced on December 6, 2022,[2] CDCR's institutional design capacity is 75,530 as of March 13, 2024. (Ex. B at 2.)

As of March 13, 2024, 90,331 incarcerated people are housed in the State's adult institutions, occupying approximately 119.6% of institutional design capacity. (Ex. A at 1.[3]) None are housed in out-of-state facilities.[4]

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.) and *Coleman v. Newsom*, No. 2:90-cv-00520-KJM-DB (E.D. Cal.). Docket citations to this Court's orders cite to the docket number of *Plata* first, and *Coleman* second.

[2] *See* Cal. Dep't Corr. & Rehabilitation, *California Department of Corrections and Rehabilitation Announces the Planned Closure of Chuckawalla Valley State Prison* (Dec. 6, 2022), https://www.cdcr.ca.gov/news/2022/12/06/california-department-of-corrections-and-rehabilitation-announces-the-planned-closure-of-chuckawalla-valley-state-prison/.

[3] The data in Exhibit A is taken from CDCR's March 13, 2024, weekly population report, available on CDCR's website at Tpop1d240306.pdf (ca.gov).

[4] This statistic concerns incarcerated people in out-of-state contract beds, and does not include those housed in other states under interstate compact agreements.

Dated: March 15, 2024

ROB BONTA
Attorney General of California

*/s/ Corinna S. Arbiter*
DAMON G. MCCLAIN
Supervising Deputy Attorney General
CORINNA ARBITER
Deputy Attorney General
*Attorneys for Defendants*

Dated: March 15, 2024

HANSON BRIDGETT LLP

*/s/Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

SF2007200670

# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| Case Name: | **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284** | Nos. |
| |     Coleman, et al. v. Newsom, et al. | 2:90-cv-00520-KJM-DB |
| |     USDC, Eastern District of California, Case No. 2:90-cv-00520-KJM-DB | 4:01-cv-01351-JST |
| |     Plata, et al. v. Newsom, et al. | |
| |     USDC, Northern District of California, Case No. 4:01-cv-01351-JST | |

I hereby certify that on <u>March 15, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANTS' MARCH 2024 QUARTERLY STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 AND MARCH 25, 2022 ORDERS; EXHIBITS A AND B

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 15, 2024</u>, at San Diego, California.

| | |
|---|---|
| C. Krystof | /s/ C. Krystof |
| Declarant | Signature |

SF2007200670
84443228.docx