Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7318
  Fax:  (916) 324-5205
  E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, State Bar No. 294114
David C. Casarrubias, State Bar No. 321994
Carson R. Niello, State Bar No. 329970
Hanson Bridgett LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone:  (925) 746-8460
  Fax:  (925) 746-8490
  E-mail:  PMello@hansonbridgett.com
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

Defendants California Department of Corrections and Rehabilitation (CDCR) and

Department of State Hospitals (DSH) file the attached reports capturing data concerning patient

census, waitlists, and compliance with transfer timelines for inpatient mental health care in

compliance with the Court's October 13, 2015 order.  (ECF No. 5367.)  Attached are letters from

CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's

May 19, 2017 Order (ECF No. 5610):  (1) DSH CDCR Patient Census and Waitlist Report

(Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted

February 1 through February 29, 2024 Who Waited Beyond Program Guide Timelines (Exhibit

B); (3); CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of February 26, 2024 (Exhibit C); (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of February 26, 2024 (Exhibit D); (5) Psychiatric Inpatient Programs Census Report as of 2/26/2024 (Exhibit E); (6) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in February 2024 (Exhibit F); and (7) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Rescinded, Rejected or Paroled/Discharged in February 2024 (Exhibit G).

The current compliance report at Exhibit F shows that of the 247 patients referred to inpatient programs in February 2024, 214 were admitted to an inpatient program within Program Guide transfer timelines, and the remaining 27 referrals were either rescinded or rejected.  As reflected in the attached letter from CDCR, CDCR continues to monitor the inpatient transfer timelines and exceptions, and will continue to review this information with the Special Master and with other stakeholders in various settings.

## CERTIFICATION OF ORDERS

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 5367 and ECF No. 5610.

19009732.1

1    Dated: March 15, 2024                          Respectfully submitted,

2                                                    ROB BONTA
                                                     Attorney General of California
3                                                    DAMON MCCLAIN
                                                     Supervising Deputy Attorney General
4

5                                                    **_/s/ Elise Owens Thorn_**
                                                     Elise Owens Thorn
6                                                    Deputy Attorney General
                                                     *Attorneys for Defendants*
7

8                                                    *HANSON BRIDGETT LLP*

9                                                    **_/s/ Paul B. Mello_**
                                                     *PAUL B. MELLO*
10                                                   *SAMANTHA D. WOLFF*
                                                     *DAVID C. CASARRUBIAS*
11                                                   *Attorneys for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Monthly Reports on Inpatient Mental Health Care  (2:90-cv-00520 KJM-DB (PC))

19009732.1

State of California – Department of State Hospitals                    Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



March 15, 2024

Damon McClain, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
       COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Thorn:

The California Department of State Hospitals (DSH) submits its monthly information on
patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental
health care.

The DSH CDCR Patient Census and Waitlist Report—as of February 26, 2024—is
attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report,
Patients Admitted February 1, 2024 through February 29, 2024 Who Waited Beyond
Program Guide Timelines, is attached as Exhibit B.  These reports are based on data
from the DSH Bed Utilization Management Report[1].

The report attached as Exhibit A reflects data collected at a single point in time and, as a
result, should not be used for purposes outside of that report.  The report attached as
Exhibit B is the compliance report from DSH, which includes requested compliance data
for all DSH level-of-care referrals admitted to inpatient care in February 2024, for any
inmate-patient who waited beyond the timelines specified in the Mental Health Services
Delivery System Program Guide (2009 Revision) at 12-1-16.

---

[1] These reports are based on data collected as of the last business Monday of the month.

19362599.2

March 15, 2024
Page Two

DSH records show that, as of February 26, 2024, there was one patient waiting beyond Program Guide transfer timelines for admission to DSH due to the patient's CDCR housing unit being quarantined.  Exhibit B shows that no patients were admitted to DSH Intermediate Care in February 2024 beyond Program Guide transfer timelines.  The supplemental report on DSH's pending waitlist, which was provided to the Special Master and Plaintiffs via e-mail, also shows that two patients were admitted to DSH in February 2024 beyond Program Guide transfer timelines because their units were on quarantine status.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

19362599.2

# Exhibit A



## DSH CDCR Patient Census and Waitlist Report

Data as of: 2/26/2024

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| **Total** | **-** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 87 | 0 | 0 | 0 | 169 | | | | |
| Coalinga | 50 | 43 | 0 | 0 | 0 | 7 | | | | 17 |
| **Total** | **306** | **130** | **0** | **0** | **0** | **176** | **9** | **8** | **0** | **(Includes 1 Waiting >30 Days)[7]** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 2 | 0 | 0 | 0 | 28 | | | | 3 |
| **Total** | **30** | **2** | **0** | **0** | **0** | **28** | **3** | **0** | **0** | **(Includes 0 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

[7]Patient is an ICF to ICF housing transfer who was scheduled to be admitted the week of 2/12. His CHCF unit was placed on quarantine and transportation was canceled. The quarantine was lifted and the housing transfer occurred on 2/28/24.

# Exhibit B

1215 O Street

Sacramento, CA 95814



## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted February 1 through February 29, 2024 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| No patients admitted with wait times exceeding 30 days | | | | | | | | |
| Total Number of Patients Waiting Over 30 Days | 0 | Total Number of Days All Patients | 0 | 0 | 0 | 0 | 0 | - |

State of California
RESEARCH EVALUATION & DATA INSIGHTS
1215 O Street
Sacramento, CA 95814

Case 2:90-cv-00520-KJM-SCR    Document 8158    Filed 03/15/24    Page 10 of 26

GAVIN NEWSOM, Governor



**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted February 1 through February 29, 2024 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[3]Including patients admitted who waited greater than 30 days from the referral received date to DSH for a change in level of care.

[4]Includes the total number of days admitted patients waited beyond 30 days from the referral received date to DSH for a change in level of care.

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



March 15, 2024

Damon McClain, Esq.
Elise O. Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
       COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report, as of February 26, 2024, is attached as Exhibit C; the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report, as of February 26, 2024, is attached as Exhibit D; the Psychiatric Inpatient Programs Census Report, as of February 26, 2024, is attached as Exhibit E; the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in February 2024 is attached as Exhibit F; and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Rescinded, Rejected or Paroled/Discharged in February 2024 is attached as Exhibit G. These reports are generated using data from CDCR's tracking software and the Referrals to Inpatient Programs Application.

The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.

The report attached as Exhibit F is a compliance report from CDCR, which includes requested compliance data for all referrals admitted to inpatient care in February 2024, and the identification of inmate-patients who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16. Exhibit F shows that no patients were transferred to an inpatient program beyond Program Guide timelines.

Since January 27, 2022, CDCR has been safely reopening the units in the California Health Care Facility's (CHCF) PIP. CHCF PIP is currently operating at 81% capacity, with 415 of 514 beds available for use. Also, as I have indicated in my regular reports to the Court, the California Medical Facility's (CMF) PIP is operating with beds offline. As of February 29, 2024, the CMF PIP was operating at 86% capacity with 341 of 396 beds available (On October 27, 2022, 16 beds in the ICF standalone unit, previously offline for a retrofit project, were designated as COVID-19 isolation cells due to additional COVID-19 cases in the PIP; 16 additional cells are offline for COVID-19 quarantine; and 23 APP beds are offline due to

March 15, 2024
Page 2

staffing). Finally, the SVPP PIP is operating at 93% capacity with sixteen beds offline at a time for the suicide-resistant retrofit project leaving 230 of 246 beds available for use. CMC's 10 APP beds continue to flex at this time for MHCB use. Finally, six beds continue to flex at SQ for statewide MHCB use.

While CDCR continues to improve its bed capacity in the PIPs, it will continue to closely monitor inpatient referrals and admissions, and track all exceptions in detail and review this information with the Special Master in workgroups and with other stakeholders in various settings.

Sincerely,

/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

# Exhibit C

| MALE INTERMEDIATE LOCKED DORM | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Medical Facility (CMF) | 64 | 44 | 3 | 0 | 0 | 17 | 2 | 1 | 3 | | 0 |
| **Total** | **64** | **44** | **3** | **0** | **0** | **17** | **2** | **1** | **3** | | **0** |

| MALE INTERMEDIATE HIGH CUSTODY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) Single Cell | 330 | 241 | 4 | 3 | 0 | 82 | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
| CMF Multi Cell | 20 | 15 | 1 | 0 | 0 | 4 | | | | |
| CMF Single Cell | 62 | 26 | 2 | 0 | 0 | 34 | | | | |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 35 | 3 | 0 | 0 | 6 | | | | |
| SVSP Single Cell | 202 | 176 | 2 | 15 | 0 | 9 | | | | |
| **Total** | **658** | **493** | **12** | **18** | **0** | **135** | **17** | **5** | **22** | **0** |

| MALE FLEX ACUTE PSYCHIATRIC PROGRAM & INTERMEDIATE CARE FACILITY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF | 202 | 83 | 4 | 2 | 0 | 113 | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
| CMF | 250 | 177 | 5 | 0 | 0 | 68 | | | | | |
| San Quentin (SQ) Condemned | 34 | 28 | 0 | 1 | 0 | 5 | | | | | |
| SQ Non-Condemned | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| California Men's Colony | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| **Total** | **486** | **288** | **9** | **3** | **0** | **186** | **14** | **3** | **17** | **0** | **0** |

| FEMALE HIGH CUSTODY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 30 | 1 | 0 | 0 | 14 | 2 | 0 | 2 | 0 | 0 |
| **Total** | **45** | **30** | **1** | **0** | **0** | **14** | **2** | **0** | **2** | **0** | **0** |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTALS - ALL PIPs** | **1253** | **855** | **25** | **21** | **0** | **352** | **35** | **9** | **44** | **0** | **0** |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient requiring APP or ICF level of care. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

*There are 12 redlined SVSP Single Cell beds that are undergoing ADA retrofit modifications.

# Exhibit D

**CDCR Mental Health Crisis Bed**
*Coleman* **Patient Census and Waitlist Report as of**
**February 26, 2024**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 395 | 296 | 22 | 77 | 17 | 17 | 0 |
| Female Programs | 41 | 11 | 1 | 29 | 0 | 0 | 0 |
| **Totals** | **436** | **307** | **23** | **106** | **17** | **17** | **0** |

# Exhibit E

Monday, 2/26/2024
Time: 04:30 PM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 02/26/2024**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| | | **Male Flex Programs** | |
| PIP - California Medical Facility | 250 | No Score: | 1 |
| | | Level I: | 11 |
| | | Level II: | 40 |
| | | Level III: | 25 |
| | | Level IV: | 81 |
| | | **Total APP Census:** | **158** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 8 |
| | | Level III: | 1 |
| | | Level IV: | 10 |
| | | **Total ICF Census:** | **19** |
| | | *Total ICF out of LRH:* | *12* |
| | | **Total APP/ICF Census:** | **177** |
| PIP - California Health Care Facility | 202 | No Score: | 11 |
| | | Level I: | 4 |
| | | Level II: | 18 |
| | | Level III: | 11 |
| | | Level IV: | 39 |
| | | **Total APP Census:** | **83** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **83** |
| PIP-San Quentin Condemned | 34 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 1 |
| | | **Total APP Census:** | **1** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 7 |
| | | Level III: | 0 |
| | | Level IV: | 20 |
| | | **Total ICF Census:** | **27** |
| | | **Total APP/ICF Census:** | **28** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| PIP-San Quentin | N/A | No Score: | 0 |
| Non-Condemned | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **0** |
| PIP-California Men's Colony | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **0** |
| **Totals for Male Acute/Intermediate** | **486** | | **288** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| California Health Care Facility | 330 | No Score: | 11 |
| Single Cell | | Level I: | 2 |
| | | Level II: | 46 |
| | | Level III: | 20 |
| | | Level IV: | 162 |
| | | **Total Census:** | **241** |
| | | *Total out of LRH:* | *96* |
| California Medical Facility | 62 | No Score: | 1 |
| Single Cell | | Level I: | 0 |
| | | Level II: | 4 |
| | | Level III: | 4 |
| | | Level IV: | 17 |
| | | **Total Census:** | **26** |
| | | *Total out of LRH:* | *7* |

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| California Medical Facility | 20 | No Score: | 0 |
| Multi Person Cells | | Level I: | 0 |
| | | Level II: | 4 |
| | | Level III: | 1 |
| | | Level IV: | 10 |
| | | **Total Census:** | **15** |
| | | *Total out of LRH:* | *6* |
| Salinas Valley | 202 | No Score: | 1 |
| Single Cell | | Level I: | 3 |
| | | Level II: | 32 |
| | | Level III: | 22 |
| | | Level IV: | 118 |
| | | **Total Census:** | **176** |
| | | PC 1370: | 10 |
| | | WIC 7301: | 1 |
| | | *Total out of LRH:* | *73* |
| Salinas Valley | 44 | No Score: | 1 |
| Multi-person Cells | | Level I: | 2 |
| | | Level II: | 8 |
| | | Level III: | 4 |
| | | Level IV: | 20 |
| | | **Total Census:** | **35** |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *24* |
| **Totals for Male ICF High Custody** | **658** | | **493** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| California Medical Facility | 64 | No Score: | 2 |
| Dorms | | Level I: | 4 |
| | | Level II: | 19 |
| | | Level III: | 7 |
| | | Level IV: | 12 |
| | | **Total Census:** | **44** |
| | | *Total out of LRH:* | *19* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 12 |
| | | Level II: | 39 |
| | | Level III: | 13 |
| | | Level IV: | 22 |
| | | **Total Census:** | **86** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 6 |
| | | Level II: | 22 |
| | | Level III: | 4 |
| | | Level IV: | 11 |
| | | **Total Census:** | **43** |
| **Totals for Male ICF Low Custody** | **370** | | **173** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I | 0 |
| | | Level II | 0 |
| | | Level III | 0 |
| | | Level IV | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I | 0 |
| | | Level II | 2 |
| | | Level III | 0 |
| | | Level IV | 0 |
| | | **Total ICF Census:** | **2** |
| | | **Total APP/ICF Census:** | **2** |
| PIP-California Institution for Women | 45 | No Score: | 0 |
| | | Level I | 1 |
| | | Level II | 3 |
| | | Level III | 2 |
| | | Level IV | 0 |
| | | **Total APP Census:** | **6** |
| | | No Score: | 3 |
| | | Level I | 5 |
| | | Level II | 2 |
| | | Level III | 2 |
| | | Level IV | 12 |
| | | **Total ICF Census:** | **24** |
| | | *Total ICF out of LRH:* | *3* |
| | | **Total APP/ICF Census:** | **30** |
| **Totals for Female Acute/Intermediate** | **75** | | **32** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1589** | | **986** |

♦ **Beds Occupied:** For each program, identify the total number of patients in the program and the total each custody level, i.e., Level I-IV.  Level 1 has placement score of 0-18; Level II 19 through 35; Level III 36-59; and Level IV 60 and above.  Patients with "no score" have not completed Reception Center Processing.  PC 1370 patients are considered incompetent to stand trial and do not have a concurrent ICF referral.  WIC 7301 also do not have concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

♦ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity.  The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute Care.

♦ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR.  The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

# Exhibit F

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN FEBRUARY 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 146 | 128 | 0 | 18 | 0 | 0 | 0 |
| Acute (APP) | 95 | 86 | 0 | 9 | 0 | 0 | 0 |
| TOTALS | 241 | 214 | 0 | 27 | 0 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, on medical or Vitek holds and/or operational approved circumstances.

# Exhibit G

**REFERRALS RESULTING IN RESCIND, REJECTION, OR PAROLE IN**
**FEBRUARY 2024**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referral Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU | Referral Status | Rescind Date | Paroled or Discharge Date | CCAT Date | CCAT Outcome | Rescind Reason | Reject Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CHCF | ▓ | ▓ | MHCB | 1/29/2024 | 1/30/2024 | Rejected | | | 2/2/2024 | Accept | | Does not meet referral criteria |
| APP | SAC | ▓ | ▓ | MHCB | 2/22/2024 | 2/22/2024 | Rejected | | | 2/27/2024 | Accept | | Does not meet referral criteria |
| APP | MCSP | ▓ | ▓ | MHCB | 2/16/2024 | 2/16/2024 | Rejected | | | 2/21/2024 | Accept | | Does not meet referral criteria |
| APP | CIW | ▓ | ▓ | MHCB | 1/30/2024 | 1/30/2024 | Rejected | | | 2/2/2024 | Accept | | Does not meet referral criteria |
| APP | SAC | ▓ | ▓ | MHCB | 2/5/2024 | 2/6/2024 | Rescinded | 2/6/2024 | | | | Current LOC is clinically indicated | |
| APP | CMF | ▓ | ▓ | MHCB | 2/1/2024 | 2/5/2024 | Rescinded | 2/9/2024 | | | | Current LOC is clinically indicated | |
| APP | SAC | ▓ | ▓ | MHCB | 2/14/2024 | 2/14/2024 | Rescinded | 2/15/2024 | | | | APP referral changed to ICF | |
| APP | COR | ▓ | ▓ | MHCB | 2/15/2024 | 2/16/2024 | Rescinded | 2/21/2024 | | | | APP referral changed to ICF | |
| APP | SAC | ▓ | ▓ | MHCB | 2/20/2024 | 2/20/2024 | Rescinded | 2/21/2024 | | | | Current LOC is clinically indicated | |
| ICF | CMC | ▓ | ▓ | MHCB | 2/1/2024 | 2/2/2024 | Rejected | | | 2/8/2024 | Accept | | Does not meet referral criteria |
| ICF | SATF | ▓ | ▓ | MHCB | 2/1/2024 | 2/6/2024 | Rejected | | | 2/13/2024 | Accept | | Does not meet referral criteria |
| ICF | SQ | ▓ | ▓ | EOP-GP | 2/14/2024 | 2/21/2024 | Rejected | | | 2/29/2024 | Accept | | Does not meet referral criteria |
| ICF | CHCF | ▓ | ▓ | MHCB | 1/19/2024 | 1/24/2024 | Rejected | | | 2/6/2024 | Accept | | Does not meet referral criteria |
| ICF | CMF | ▓ | ▓ | MHCB | 1/25/2024 | 1/26/2024 | Rejected | | | 2/2/2024 | Accept | | Does not meet referral criteria |
| ICF | COR | ▓ | ▓ | EOP-GP | 1/23/2024 | 1/31/2024 | Rejected | | | 2/8/2024 | Accept | | Does not meet referral criteria |
| ICF | RJD | ▓ | ▓ | MHCB | 1/25/2024 | 2/1/2024 | Rescinded | 2/1/2024 | | | | ICF referral changed to APP | |
| ICF | MCSP | ▓ | ▓ | EOP-GP | 1/18/2024 | 1/19/2024 | Rescinded | 2/2/2024 | | | | ICF referral changed to APP | |
| ICF | CMF | ▓ | ▓ | EOP-GP | 1/24/2023 | 1/25/2023 | Rescinded | 2/6/2024 | | | | Positive response to current medication & treatment | |
| ICF | LAC | ▓ | ▓ | MHCB | 1/29/2024 | 1/30/2024 | Rescinded | 2/7/2024 | | | | Current LOC is clinically indicated | |
| ICF | RJD | ▓ | ▓ | MHCB | 2/1/2024 | 2/2/2024 | Rescinded | 2/8/2024 | | | | ICF referral changed to APP | |
| ICF | COR | ▓ | ▓ | MHCB | 1/26/2024 | 2/1/2024 | Rescinded | 2/9/2024 | | | | Positive response to current medication & treatment | |
| ICF | CMF | ▓ | ▓ | APP | 1/25/2024 | 2/5/2024 | Rescinded | 2/13/2024 | | | | Current LOC is clinically indicated | |

**REFERRALS RESULTING IN RESCIND, REJECTION, OR PAROLE IN**
**FEBRUARY 2024**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU | Referral Status | Rescind Date | Paroled or Discharge Date | CCAT Date | CCAT Outcome | Rescind Reason | Reject Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | MCSP | ███ | ███ | EOP-GP | 2/1/2024 | 2/2/2024 | Rescinded | 2/14/2024 | | | | Current LOC is clinically indicated | |
| ICF | RJD | ███ | ███ | EOP-GP | 2/12/2024 | 2/16/2024 | Rescinded | 2/23/2024 | | | | ICF referral changed to APP | |
| ICF | SATF | ███ | ███ | EOP-GP | 2/14/2024 | 2/20/2024 | Rescinded | 2/26/2024 | | | | ICF referral changed to APP | |
| ICF | SAC | ███ | ███ | EOP-GP | 2/14/2024 | 2/26/2024 | Rescinded | 2/27/2024 | | | | Current LOC is clinically indicated | |
| ICF | LAC | ███ | ███ | MHCB | 2/27/2024 | 2/27/2024 | Rescinded | 2/29/2024 | | | | ICF referral changed to APP | |