MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2023**<br><br>Judge: Hon. Deborah Barnes |

[4455946.1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2023 to Defendants via e-mail on February 13, 2024. The parties completed their meet and confer process on March 15, 2024. The parties have resolved all disputes regarding fees and costs for the Fourth Quarter of 2023, with an agreement to reduce claimed amounts to a total of $1,171,128.21 calculated at a rate of $246.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $1,171,128.21 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from March 15, 2024 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: March 18, 2024

/s/ Elise Thorn
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: March 18, 2024

/s/ Lisa Ells
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____, 2024

_____
Honorable Deborah Barnes
United States Magistrate Judge

[4455946.1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS
FOR THE FOURTH QUARTER OF 2023

# Coleman v. Newsom
## Fourth Quarter of 2023
### October 1, 2023 through December 31, 2023
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $1,165,252.80 | $1,118,642.71 | $41,384.61 |
| **Fees on Fees, 489-5** | $6,617.40 | $6,352.71 | $16.81 |
| **Appeal of 4/12/23 Order re Telepsychiatry Policy, 23-15755, 489-31** | $4,870.80 | $4,675.97 | $55.40 |
| **Totals** | **$1,176,741.00** | **$1,129,671.39** | **$41,456.82** |

| | | |
|---|---|---|
| **Claimed Total:** | | $1,218,197.82 |
| **Settled Total:** | | $1,171,128.21 |

4391780

**Coleman v. Newsom**
**Fourth Quarter of 2023**
**October 1, 2023 through December 31, 2023**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 252.90 | 252.60 | $246.00 | $62,139.60 | $59,654.02 |
| Adrienne Spiegel | 65.90 | 65.30 | $246.00 | $16,063.80 | $15,421.25 |
| Alex Gourse | 152.70 | 149.00 | $246.00 | $36,654.00 | $35,187.84 |
| Amy Xu | 94.20 | 94.20 | $246.00 | $23,173.20 | $22,246.27 |
| Angela Laureano | 26.80 | 26.00 | $246.00 | $6,396.00 | $6,140.16 |
| Averi Suk | 29.00 | 29.00 | $246.00 | $7,134.00 | $6,848.64 |
| Benjamin Bien-Kahn | 0.30 | 0.00 | $246.00 | $0.00 | $0.00 |
| Cara E. Trapani | 30.60 | 30.60 | $246.00 | $7,527.60 | $7,226.50 |
| Caroline E. Jackson | 0.10 | 0.00 | $246.00 | $0.00 | $0.00 |
| Darcy Edmundson | 347.40 | 338.30 | $246.00 | $83,221.80 | $79,892.93 |
| Erik Monek Anderson | 1.90 | 0.00 | $246.00 | $0.00 | $0.00 |
| Ernest Galvan | 79.90 | 79.70 | $246.00 | $19,606.20 | $18,821.95 |
| F. Gail LaPurja | 125.00 | 116.90 | $246.00 | $28,757.40 | $27,607.10 |
| Fely F. Villadelgado | 92.50 | 42.50 | $246.00 | $10,455.00 | $10,036.80 |
| Gay C. Grunfeld | 0.60 | 0.00 | $246.00 | $0.00 | $0.00 |
| Ginger Jackson-Gleich | 248.20 | 245.20 | $246.00 | $60,319.20 | $57,906.43 |
| Gregorio Z. Gonzalez | 227.80 | 152.50 | $246.00 | $37,515.00 | $36,014.40 |
| Hazel Stange | 1.60 | 0.00 | $246.00 | $0.00 | $0.00 |
| Jenny S. Yelin | 229.00 | 229.00 | $246.00 | $56,334.00 | $54,080.64 |
| Julie de Vaulx | 257.90 | 255.10 | $246.00 | $62,754.60 | $60,244.42 |
| Linda H. Woo | 1.00 | 0.00 | $246.00 | $0.00 | $0.00 |
| Lindsay Newfeld | 12.30 | 12.30 | $246.00 | $3,025.80 | $2,904.77 |
| Lisa Ells | 316.70 | 314.40 | $246.00 | $77,342.40 | $74,248.70 |
| Luma Khabbaz | 119.80 | 118.80 | $246.00 | $29,224.80 | $28,055.81 |
| Marc Shinn-Krantz | 291.90 | 285.80 | $246.00 | $70,306.80 | $67,494.53 |
| Mari Tanabe | 1.90 | 0.00 | $246.00 | $0.00 | $0.00 |
| Maya Campbell | 83.80 | 82.60 | $246.00 | $20,319.60 | $19,506.82 |
| Megan Rich | 17.90 | 17.90 | $246.00 | $4,403.40 | $4,227.26 |
| Michael L. Freedman | 2.10 | 0.00 | $246.00 | $0.00 | $0.00 |
| Michael S. Nunez | 118.30 | 117.60 | $246.00 | $28,929.60 | $27,772.42 |
| Michael W. Bien | 110.30 | 109.70 | $246.00 | $26,986.20 | $25,906.75 |
| Penny M. Godbold | 0.60 | 0.00 | $246.00 | $0.00 | $0.00 |
| Sanjana Srinivasan | 408.30 | 365.10 | $246.00 | $89,814.60 | $86,222.02 |
| Sherry Zhu | 320.30 | 314.00 | $246.00 | $77,244.00 | $74,154.24 |
| Simran Surtani | 31.00 | 31.00 | $246.00 | $7,626.00 | $7,320.96 |
| Teya Khalil | 385.20 | 347.40 | $246.00 | $85,460.40 | $82,041.98 |
| Thomas Nolan | 59.60 | 59.60 | $246.00 | $14,661.60 | $14,075.14 |
| Victor Corona | 217.50 | 206.80 | $246.00 | $50,872.80 | $48,837.89 |
| Yesi Murillo | 26.00 | 25.80 | $246.00 | $6,346.80 | $6,092.93 |
| **Total** | **4788.80** | **4514.70** | | **$1,110,616.20** | **$1,066,191.57** |

4391780

**Coleman v. Newsom**
**Fourth Quarter of 2023**
**October 1, 2023 through December 31, 2023**
Monitoring Fees, 489-3

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Audrey Lim | 9.00 | 9.00 | $246.00 | $2,214.00 | $2,125.44 |
| Dewi Zarni | 8.50 | 8.50 | $246.00 | $2,091.00 | $2,007.36 |
| Donald Specter | 32.10 | 32.10 | $246.00 | $7,896.60 | $7,580.74 |
| Emilio Bustamante | 7.80 | 7.80 | $246.00 | $1,918.80 | $1,842.05 |
| Joshua Marin | 6.70 | 6.70 | $246.00 | $1,648.20 | $1,582.27 |
| Marissa Hatton | 111.20 | 111.20 | $246.00 | $27,355.20 | $26,260.99 |
| Sophie Mishara | 2.10 | 2.10 | $246.00 | $516.60 | $495.94 |
| Steve Fama | 44.70 | 44.70 | $246.00 | $10,996.20 | $10,556.35 |
| **Total** | **222.10** | **222.10** | | **$54,636.60** | **$52,451.14** |

**GRAND TOTAL** $1,165,252.80 $1,118,642.71

4391780

**Coleman v. Newsom**
**Fourth Quarter of 2023**
**October 1, 2023 through December 31, 2023**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $2,097.40 | $2,097.40 |
| Outside Copying/Scanning | $1,626.55 | $1,626.55 |
| Transcription | $3,459.80 | $3,459.80 |
| Postage and Delivery | $1,571.66 | $1,571.66 |
| Research (Westlaw/Lexis/PACER/Fees/Articles) | $1,826.75 | $1,826.75 |
| Witness Fees | $859.25 | $859.25 |
| Travel | $13,306.01 | $13,306.01 |
| **Total** | **$24,747.42** | **$24,747.42** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| Transcription | $1,067.20 | $1,067.20 |
| In-House Postage | $58.47 | $58.47 |
| Expert Fees | $13,525.00 | $13,525.00 |
| Travel | $1,986.52 | $1,986.52 |
| **Total** | **$16,637.19** | **$16,637.19** |

**GRAND TOTAL** $41,384.61

4391780

**Coleman v. Newsom**
**Fourth Quarter of 2023**
**October 1, 2023 through December 31, 2023**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ernest Galvan | 5.00 | 5.00 | $246.00 | $1,230.00 | $1,180.80 |
| Linda H. Woo | 7.50 | 7.30 | $246.00 | $1,795.80 | $1,723.97 |
| Lisa Ells | 11.60 | 11.60 | $246.00 | $2,853.60 | $2,739.46 |
| Thomas Nolan | 0.10 | 0.00 | $246.00 | $0.00 | $0.00 |
| **Total** | **24.20** | **23.90** | | **$5,879.40** | **$5,644.23** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.90 | 1.90 | $246.00 | $467.40 | $448.70 |
| Margot Mendelson | 1.10 | 1.10 | $246.00 | $270.60 | $259.78 |
| **Total** | **3.00** | **3.00** | | **$738.00** | **$708.48** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$6,617.40** | **$6,352.71** |

4391780

**Coleman v. Newsom**
**Fourth Quarter of 2023**
**October 1, 2023 through December 31, 2023**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Postage and Delivery | $16.81 | $16.81 |
| **Total** | **$16.81** | **$16.81** |

| | | |
|---|---|---:|
| **GRAND TOTAL** | | **$16.81** |

4391780

**Coleman v. Newsom**
**Fourth Quarter of 2023**
**October 1, 2023 through December 31, 2023**
Fees on Appeal of 4/12/23 Order re Telepsychiatry Policy 23-15755, 489-31

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 9.30 | 9.30 | $246.00 | $2,287.80 | $2,196.29 |
| Ernest Galvan | 1.80 | 1.80 | $246.00 | $442.80 | $425.09 |
| Gregorio Z. Gonzalez | 1.80 | 1.80 | $246.00 | $442.80 | $425.09 |
| Lisa Ells | 3.90 | 3.90 | $246.00 | $959.40 | $921.02 |
| Michael W. Bien | 3.00 | 3.00 | $246.00 | $738.00 | $708.48 |
| **Total** | **19.80** | **19.80** | | **$4,870.80** | **$4,675.97** |

**GRAND TOTAL**  $4,870.80   $4,675.97

4391780

**Coleman v. Newsom**
**Fourth Quarter of 2023**
**October 1, 2023 through December 31, 2023**
Costs on Appeal of 4/12/23 Order re Telepsychiatry Policy 23-15755, 489-31

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying and Printing | $55.40 | $55.40 |
| **Total** | **$55.40** | **$55.40** |

| | | |
|---|---|---:|
| **GRAND TOTAL** | | **$55.40** |

4391780