| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>LAWRENCE M. CIRELLI, SBN 114710<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS, SBN 321994<br>CARSON R. NIELLO, SBN 329970<br>1676 N. CALIFORNIA BLVD., SUITE 620<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE: 925-746-8460<br>FACSIMILE: 925-746-8490<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**NOTICE OF UNAVAILABILITY AND REQUEST TO BE EXCUSED; ORDER**<br><br>Judge: Hon. Kimberly J. Mueller |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that California Department of Corrections and Rehabilitation (CDCR) Secretary Jeff Macomber, CDCR Staff Counsel Nicholas Weber, and Dr. Leidner will be unavailable for the March 28 status conference, and Secretary Macomber will be unavailable for the March 29 mediation, due to pre-planned family travel that week. Defendants request that both Secretary Macomber and Mr. Weber be excused from the Status Conference set for March 28 (*see* ECF No. 8152); that Dr. Leidner be permitted to attend the Status Conference remotely, and that Secretary Macomber be excused from the mediation on March 29 (*see* ECF No. 8147 at 8:18-19; *see also* 8146).

20627680.1

NOTICE OF UNAVAILABILITY AND REQUEST TO BE EXCUSED; ORDER

On March 12, 2024, Defendants informed the mediator, Mr. Saltiel, and Plaintiffs' counsel of Secretary Macomber's unavailability on March 29. Both Mr. Saltiel and Mr. Bien indicated that they did not object to Secretary Macomber's absence on March 29 (but Mr. Saltiel did note that Defendants should obtain relief from the court, which Defendants had planned to do).

Principals representing Defendants with full authority and similar knowledge as Messrs. Macomber and Weber will be present in their stead on both March 28 (including Dr. Toche, Jennifer Neill, and Dr. Cartwright) and 29 (Ms. Neill and David Sapp). Dr. Leidner is able to attend the Status Conference remotely. Secretary Macomber can also be available by phone as the need arises at mediation on March 29.

Secretary Macomber did not previously bring his unavailability to the court's attention, having intended to raise it through his counsel with Mr. Saltiel at the parties' first discussion on March 12, 2024.

In light of Secretary Macomber, Mr. Weber, and Dr. Leidner's unavailability due to pre-planned vacations, and the fact that individuals with full authority and knowledge will be present in their stead, Defendants respectfully request that Secretary Macomber and Mr. Weber be excused from the Status Conference on March 28, that Dr. Leidner be permitted to attend remotely, and that Secretary Macomber be excused from the mediation on March 29.

Defendants informed Plaintiffs' counsel of these individuals' unavailability, and Plaintiffs' counsel indicated that they do not object to Defendants' request to excuse Secretary Macomber and Mr. Weber from attending the March 28 Status Conference, nor do they object to Dr. Leidner attending the Status Conference remotely. Plaintiffs' counsel also do not object to the request to excuse Secretary Macomber from attending mediation on March 29.

DATED: March 13, 2024

ROB BONTA
Attorney General of California

By: _____/s/ Elise Owens Thorn_____
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

20627680.1

2

NOTICE OF UNAVAILABILITY AND REQUEST TO BE EXCUSED; ORDER

DATED: March 13, 2024                                  HANSON BRIDGETT LLP

By: ___/s/ Samantha Wolff___
     LAWRENCE M. CIRELLI
     PAUL B. MELLO
     SAMANTHA D. WOLFF
     *Attorneys for Defendants*

## ORDER

GOOD CAUSE APPEARING, Secretary Macomber and Nicholas Weber are excused from appearing at the March 28, 2024 Status Conference.

Dr. Leidner is excused from attending the March 28, 2024 Status Conference in person. While the court disfavors hybrid proceedings, in this instance it grants Dr. Leidner's request to appear remotely on the condition that Dr. Leidner make arrangements in advance with Courtroom Deputy Casey Schultz to appear by video conference.

Secretary Macomber is excused from attending the March 29, 2024 mediation in-person on the condition that he remain available to the Ninth Circuit Mediator Mr. Saltiel by telephone for the duration of the mediation and that he provide to the court and the mediator beforhand the phone number where he can be reached.

IT IS SO ORDERED.

DATED:   March 21, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE