ROB A. BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME UNDER THE DECEMBER 15, 2023 ORDER TO RESPOND TO THE SPECIAL MASTER'S MARCH 21, 2024 REPORT AND PROPOSED TELEMENTAL HEALTH POLICY (ECF NO. 8087)**<br><br>Judge: The Hon. Kimberly J. Mueller |

[4258483.1]   1

Stip. and Prop. Order Extend. Time to Respond to March 21 Report (2:90-cv-00520 KJM-DB (PC))

1    On December 15, 2023, the Court ordered the Special Master to file a short report and
2 proposed policy on telemental health and limited the time the parties have to review and respond
3 to the report and proposed policy to fourteen days.  (ECF No. 8087.)  At the Special Master's
4 request, the Court extended the deadline for the Special Master to file the report and proposed
5 policy.  (ECF No. 8151.)  On March 21, 2024, the Special Master filed a thirty-nine page report,
6 accompanied by a red-lined proposed policy and multiple exhibits.  (ECF No. 8165.)

7    The parties seek a two-week extension of the fourteen-day deadline to respond to the report
8 and the proposed policy.  The parties require additional time to respond because they were not
9 provided a draft report or the proposed policy before they were filed on March 21, the parties
10 have multiple filing deadlines over the next thirty-days, and there are multiple scheduled court
11 proceedings next week and in the month of April the parties must prepare for and attend.
12 Scheduled deadlines over the next thirty days include the following: 3/25/24 - file mediation
13 statements; 3/28/24 - attend status conference; 3/29/24 – attend mediation; 3/29/24  - file monthly
14 staffing vacancy reports; 4/2/24  - file response to report on suicide prevention; 4/4/24 - file
15 response to the March 21 report on telemental health; 4/12/24 - file joint statement on issues for
16 the 4/26/24 status conference; 4/15/24 - file monthly inpatient reports; and 4/26/24 – attend status
17 conference.

18    Defendants approached Plaintiffs concerning the need for additional time to respond to the
19 March 21 report and proposed policy and they agreed to stipulate to the requested extension of
20 time.
21 / /
22 / /
23 / /

[4258483.1]                                             2

Accordingly, the parties request that the Court extend the deadline to respond to the Special Master's March 21 report and proposed telemental health policy to April 18, 2024.

**IT IS SO STIPULATED**.

Dated: March 22, 2024

> ROB A. BONTA
> ATTORNEY GENERAL OF CALIFORNIA
> DAMON MCCLAIN
> SUPERVISING DEPUTY ATTORNEY GENERAL
>
> **/s/ Elise Owens Thorn**
> ELISE OWENS THORN
> DEPUTY ATTORNEY GENERAL
> *ATTORNEYS FOR DEFENDANTS*

Dated: March 22, 2024

> HANSON BRIDGETT LLP
>
> **/s/ Samantha D. Wolff**
> PAUL MELLO
> SAMANTHA D. WOLFF
> *Attorneys for Defendants*

Dated: March 22, 2024

> ROSEN BIEN GALVAN & GRUNFELD LLP
>
> **/s/ Ernest Galvan**
> ERNEST GALVAN
> *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: _____

**CHIEF UNITED STATES DISTRICT JUDGE**

[4258483.1]

3

Stip. and Prop. Order Extend. Time to Respond to March 21 Report (2:90-cv-00520 KJM-DB (PC))