ROB A. BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7318
Fax: (916) 324-5205
E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
HANSON BRIDGETT LLP
1676 N. California Boulevard, Suite 620
Walnut Creek, CA 94596
Telephone: (925) 746-8460
Fax: (925) 746-8490
E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>Plaintiffs,<br>**v.**<br>**GAVIN NEWSOM, et al.,**<br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br>**AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME UNDER THE DECEMBER 15, 2023 ORDER TO RESPOND TO THE SPECIAL MASTER'S MARCH 21, 2024 REPORT AND PROPOSED TELEMENTAL HEALTH POLICY (ECF NO. 8087)**<br>Judge: The Hon. Kimberly J. Mueller |

On December 15, 2023, the Court ordered the Special Master to file a short report and proposed policy on telemental health and limited the time the parties have to review and respond to the report and proposed policy to fourteen days. (ECF No. 8087.) At the Special Master's request, the Court extended the deadline for the Special Master to file the report and proposed policy. (ECF No. 8151.) On March 21, 2024, the Special Master filed a thirty-nine page report, accompanied by a red-lined proposed policy and multiple exhibits. (ECF No. 8165.)

This stipulation supersedes the March 22, 2024 stipulation the parties submitted to extend the deadline to respond to the Special Master's report. (ECF No. 8166.) On March 29, 2024, the

parties met with the court-appointed Ninth Circuit mediator to discuss issues related to staffing. Issues relating to telemental health are inter-related to staffing and, therefore, the parties request that the deadline to respond to the Special Master's Report and Proposed Telemental Health Policy be extended to two weeks following the end of the referral to the mediator.

**IT IS SO STIPULATED**.

Dated: March 29, 2024

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

***/s/ Elise Owens Thorn***
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*ATTORNEYS FOR DEFENDANTS*

Dated: March 29, 2024

HANSON BRIDGETT LLP

***/s/ Samantha D. Wolff***
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: March 29, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

***/s/ Jenny Yelin***
*JENNY YELIN*
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED:

**CHIEF UNITED STATES DISTRICT JUDGE**