1    ROB BONTA, State Bar No. 202668
     Attorney General of California
2    MONICA N. ANDERSON, State Bar No. 182970
     Senior Assistant Attorney General
3    DAMON MCCLAIN, State Bar No. 209508
     Supervising Deputy Attorney General
4    ELISE OWENS THORN, State Bar No. 145931
     NAMRATA KOTWANI, State Bar No. 308741
5    Deputy Attorneys General
       1300 I Street, Suite 125
6      P.O. Box 944255
       Sacramento, CA 94244-2550
7      Telephone: (916) 210-7318
       Fax: (916) 324-5205
8      E-mail: Elise.Thorn@doj.ca.gov
     Attorneys for Defendants

     PAUL B. MELLO, State Bar No. 179755
     SAMANTHA D. WOLFF, State Bar No. 240280
     KAYLEN KADOTANI, State Bar No. 294114
     DAVID C. CASARRUBIAS, State Bar No. 321994
     CARSON R. NIELLO, State Bar No. 329970
     HANSON BRIDGETT LLP
       1676 N. California Boulevard, Suite 620
       Walnut Creek, CA 94596
       Telephone: (925) 746-8460
       Fax: (925) 746-8490
       E-mail: PMello@hansonbridgett.com
     Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF ERRATA OF DEFENDANTS' MONTHLY MENTAL HEALTH STAFFING VACANCY REPORTS (ECF NO. 8142)** |

The California Department of Corrections and Rehabilitation (CDCR) submits monthly reports identifying allocated and filled mental health staffing positions at each CDCR institution and systemwide. On February 29, 2024, Defendants filed the staffing vacancy reports for the month of January 2024. (ECF No. 8142.) Plaintiffs called attention to a counting error in the total allocated positions reflected in the reports filed on February 29. In addition, Defendants noted some data that was inadvertently omitted from the reports. Defendants describe below the omissions in the reports filed at ECF No. 8142, and attach amended reports.

1

Beginning in January 2024, CDCR allocated new telemental health positions. The reporting of January 2024 allocated positions included thirty new telepsychologist positions and twenty new telesocial worker positions designated as "telePsyl" and "teleCSW" in the reports titled *Statewide Mental Health Program Allocated and Filled Psychology Positions - January 2024*, and *Statewide Mental Health Program Allocated and Filled Clinical Social Worker Positions - January 2024*. (ECF No. 8142 at 6-7.) Although the reports identified the new positions, they were not added to the "Total Allocated Positions" column. Correcting the reports to include the newly reported positions in the total allocated positions column changes the total allocated and total filled data to 1064.30 allocated psychologists and 425.80 clinical social workers, and fill rates from 61% to 59% for psychologists and from 74% to 70% for clinical social workers.

The January 29 reports also inadvertently left off a row in the reports identifying the positions allocated in January for the telemental health supervisors. That row is included in the amended reports.

Finally, the reports were amended to reflect a Chief Psychologist and Supervising Psychiatric Social Worker I position allocated in January 2024 to begin recruitment activities prior to the position authority release in July 1, 2024.

Attached is a letter from the California Correctional Health Care Services setting submitting the following amended reports: the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan (Exhibit A), the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan (Exhibit B), the statewide totals for all the positions (Exhibit C), and separate chart of the fines accumulated for February 2024 calculated under the January 23, 2024 order (ECF No. 8116 at 2)(Exhibit D).

1    Dated: March 29, 2024                          Respectfully submitted,

2                                                   ROB BONTA
                                                    Attorney General of California
3                                                   DAMON MCCLAIN
                                                    Supervising Deputy Attorney General
4

5                                                   _/s/ **Elise Owens Thorn**_
                                                    Elise Owens Thorn
6                                                   Deputy Attorney General
                                                    *Attorneys for Defendants*
7

8                                                   HANSON BRIDGETT LLP

9                                                   _/s/ **Samantha D. Wolff**_
                                                    PAUL B. MELLO
10                                                  SAMANTHA D. WOLFF
                                                    DAVID C. CASARRUBIAS
11                                                  *Attorneys for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



March 29, 2024

Damon McClain, Esq.
Elise O. Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE
       MENTAL HEALTH PROGRAM ALLOCATED AND FILLED
       MENTAL HEALTH STAFFING POSITIONS

Dear Mr. McClain and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) filed the staffing vacancy reports for the month of January 2024 on February 29, 2024. (ECF No. 8142.) Those reports inadvertently omitted some data. Attached are amended staffing reports for January 2024 that address the omissions from the reports issued in February 2024.

Beginning in January 2024, CDCR allocated new telemental health positions. The reporting of January 2024 allocated positions included the thirty new telepsychologist positions and the twenty new telesocial worker positions designated as "telePsyl" and "teleCSW" in the reports submitted as Exhibit A but did not include those positions in the reports titled Statewide Mental Health Program Allocated and Filled Psychology Positions - January 2024 , under "Allocated and Filled Psychology Positions," and Statewide Mental Health Program Allocated and Filled Clinical Social Worker Positions - January 2024, under "Allocated and Filled Social Worker Positions. (ECF No. 8142 at 6-7.) Although Defendants reported the new positions, the positions were not added to the "Total Allocated Positions" column.

The January 29 reports also inadvertently left off a row in the reports identifying the positions allocated in January for the telemental health supervisors.

Finally, a Chief Psychologist and Supervising Psychiatric Social Worker I position was allocated in January 2024 to begin recruitment activities prior to the position authority release in July 1, 2024.

Attached are the following amended reports for January 2024:  the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan (Exhibit A), the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan (Exhibit B), the statewide totals for all the positions (Exhibit C), and  separate chart of the fines accumulated for January 2024 calculated under the January 23, 2024 order (ECF No. 8116 at 2)(Exhibit D).

Sincerely,

/s/ *Jasinda Muhammad*
JASINDA MUHAMMAD
Deputy Director, Human Resources
California Correctional Health Care Services

# Exhibit A

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Psychiatry Positions - January 2024

| Sites | Allocated January 2024[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[6] | Line Staff Total %[5] | | |
| ASP | 1.00 | 0.00 | 5.00 | 0.00 | 6.00 | 0.00 | 0% | 0.00 | - | 0.00 | 6.48 | 0.00 | 0.00 | 6.48 | 130% | 6.48 | 108% |
| CAL | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.38 | 0.00 | 0.38 | 75% | 0.38 | 75% |
| CCI | 1.00 | 0.00 | 2.50 | 1.00 | 4.50 | 0.00 | 0% | 0.00 | - | 2.00 | 2.27 | 1.00 | 0.00 | 5.27 | 151% | 5.27 | 117% |
| CCWF | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 4.00 | 0.97 | 3.28 | 0.00 | 8.25 | 87% | 8.25 | 79% |
| CEN | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 200% | 1.00 | 200% |
| CHCF | 1.00 | 2.00 | 12.50 | 10.00 | 25.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 6.90 | 5.50 | 1.00 | 17.40 | 77% | 18.40 | 72% |
| CIM | 1.00 | 0.00 | 8.00 | 2.00 | 11.00 | 0.00 | 0% | 0.00 | - | 3.00 | 2.65 | 1.00 | 0.00 | 6.65 | 60% | 6.65 | 60% |
| CIW | 1.00 | 0.00 | 7.40 | 0.00 | 8.40 | 0.00 | 0% | 0.00 | - | 3.00 | 4.24 | 0.00 | 0.00 | 7.24 | 98% | 7.24 | 86% |
| CMC | 1.00 | 1.00 | 14.50 | 2.50 | 19.00 | 0.00 | 0% | 0.00 | 0% | 6.00 | 6.24 | 2.50 | 0.00 | 14.74 | 87% | 14.74 | 78% |
| CMF | 1.00 | 1.00 | 10.30 | 5.00 | 17.30 | 1.00 | 100% | 0.00 | 0% | 2.00 | 7.57 | 5.33 | 1.00 | 15.90 | 104% | 16.90 | 98% |
| COR | 1.00 | 1.00 | 6.00 | 6.50 | 14.50 | 0.00 | 0% | 0.00 | 0% | 1.50 | 4.38 | 6.00 | 0.00 | 11.88 | 95% | 11.88 | 82% |
| CRC | 1.00 | 0.00 | 4.50 | 0.00 | 5.50 | 1.00 | 100% | 0.00 | - | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 111% | 6.00 | 109% |
| CTF | 1.00 | 0.00 | 3.00 | 0.00 | 4.00 | 1.00 | 100% | 0.00 | - | 1.00 | 2.25 | 0.00 | 0.00 | 3.25 | 108% | 4.25 | 106% |
| CVSP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.25 | 0.00 | 0.25 | 50% | 0.25 | 50% |
| FSP | 1.00 | 0.00 | 1.50 | 0.00 | 2.50 | 1.00 | 100% | 0.00 | - | 3.50 | 0.00 | 0.00 | 0.00 | 3.50 | 233% | 4.50 | 180% |
| HDSP | 1.00 | 0.00 | 1.00 | 4.00 | 6.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 3.13 | 0.00 | 3.13 | 63% | 4.13 | 69% |
| ISP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.25 | 0.00 | 0.25 | 50% | 0.25 | 50% |
| KVSP | 1.00 | 0.00 | 4.00 | 5.00 | 10.00 | 1.00 | 100% | 0.00 | - | 1.00 | 0.45 | 5.00 | 1.98 | 8.43 | 94% | 9.43 | 94% |
| LAC | 1.00 | 1.00 | 12.50 | 1.00 | 15.50 | 1.00 | 100% | 0.00 | 0% | 5.00 | 4.79 | 0.50 | 1.36 | 11.65 | 86% | 12.65 | 82% |
| MCSP | 1.00 | 1.00 | 9.00 | 6.50 | 17.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 4.31 | 5.50 | 0.00 | 13.81 | 89% | 14.81 | 85% |
| NKSP | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 0.00 | 6.92 | 3.00 | 0.00 | 9.92 | 104% | 9.92 | 94% |
| PBSP | 1.00 | 0.00 | 2.00 | 2.00 | 5.00 | 0.00 | 0% | 0.00 | - | 1.00 | 0.00 | 2.27 | 0.00 | 3.27 | 82% | 3.27 | 65% |
| PVSP | 1.00 | 0.00 | 2.00 | 0.50 | 3.50 | 1.00 | 100% | 0.00 | - | 1.00 | 1.03 | 0.90 | 0.00 | 2.93 | 117% | 3.93 | 112% |
| RJD | 1.00 | 1.00 | 14.50 | 2.00 | 18.50 | 1.00 | 100% | 1.00 | 100% | 7.25 | 4.67 | 2.00 | 0.00 | 13.92 | 84% | 15.92 | 86% |
| SAC | 1.00 | 1.00 | 18.00 | 0.00 | 20.00 | 1.00 | 100% | 1.00 | 100% | 13.00 | 2.89 | 0.00 | 0.00 | 15.89 | 88% | 17.89 | 89% |
| SATF | 1.00 | 1.00 | 6.50 | 11.00 | 19.50 | 0.00 | 0% | 0.00 | 0% | 1.00 | 1.72 | 10.00 | 0.00 | 12.72 | 73% | 12.72 | 65% |
| SCC | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 0.00 | 1.07 | 1.07 | 107% | 2.07 | 104% |
| SOL | 1.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | 100% | 5.00 | 100% |
| SQ | 1.00 | 1.00 | 9.80 | 0.00 | 11.80 | 0.00 | 0% | 0.00 | 0% | 8.50 | 0.63 | 0.00 | 0.00 | 9.13 | 93% | 9.13 | 77% |
| SVSP | 1.00 | 1.00 | 2.80 | 5.50 | 10.30 | 1.00 | 100% | 0.00 | 0% | 0.00 | 3.30 | 5.00 | 0.00 | 8.30 | 100% | 9.30 | 90% |
| VSP | 1.00 | 0.00 | 1.00 | 7.00 | 9.00 | 0.00 | 0% | 0.00 | - | 0.00 | 1.50 | 6.00 | 0.00 | 7.50 | 94% | 7.50 | 83% |
| WSP | 1.00 | 1.00 | 7.50 | 5.00 | 14.50 | 1.00 | 100% | 0.00 | 0% | 2.00 | 8.52 | 4.00 | 0.00 | 14.52 | 116% | 15.52 | 107% |
| Telepsych[6] | 2.00 | 8.00 | 0.00 | 0.00 | 10.00 | 2.00 | 100% | 7.00 | 88% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 9.00 | 90% |
| NTTM[7] | 0.00 | 0.00 | 0.00 | 12.00 | 12.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 10.00 | 0.00 | 10.00 | 83% | 10.00 | 83% |
| TOTAL | 30.00 | 21.00 | 182.30 | 98.00 | 331.30 | 18.00 | 60% | 9.00 | 43% | 83.75 | 84.68 | 82.78 | 6.41 | 257.62 | 92% | 284.62 | 86% |

Footnote

1 Source: MH Staffing Memo January 2024 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (January 2024)

4 Source: January 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

6 Telepsych row displays the number of chiefs and seniors in telepsychiatry and are not assigned to specific institutions.

7 NTTM- Nighttime Telepsych Shift- Took 0.5 from all institutions.

**Division of Health Care Services**
**Statewide Mental Health Program**
**Allocated and Filled Psychology Positions - January 2024**

| Sites | Allocated January 2024[1] | | | | | | Filled | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | Total | Total % |
| ASP | 2.00 | 1.00 | 2.00 | 10.50 | 0.00 | 15.50 | 2.00 | 100% | 2.00 | 200% | 1.00 | 50% | 5.50 | 0.69 | 0.00 | 6.19 | 59% | 11.19 | 72% |
| CAC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - |
| CAL | 0.00 | 1.00 | 0.00 | 4.00 | 0.00 | 5.00 | 0.00 | - | 1.00 | 100% | 0.00 | - | 3.00 | 0.00 | 0.00 | 3.00 | 75% | 4.00 | 80% |
| CCI | 2.00 | 1.50 | 2.50 | 11.50 | 0.00 | 17.50 | 1.00 | 50% | 2.00 | 133% | 2.00 | 80% | 7.50 | 0.00 | 0.00 | 7.50 | 65% | 12.50 | 71% |
| CCWF | 2.00 | 3.00 | 3.50 | 22.50 | 3.00 | 34.00 | 2.00 | 100% | 2.00 | 67% | 3.00 | 86% | 14.50 | 0.00 | 0.00 | 14.50 | 57% | 21.50 | 63% |
| CEN | 1.00 | 0.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 50% | 3.00 | 60% |
| CHCF | 2.00 | 5.15 | 5.90 | 40.75 | 3.00 | 56.80 | 1.00 | 50% | 4.00 | 78% | 4.00 | 68% | 6.00 | 6.32 | 0.00 | 12.32 | 28% | 21.32 | 38% |
| CIM | 2.00 | 2.50 | 3.00 | 21.50 | 0.00 | 29.00 | 1.00 | 50% | 1.00 | 40% | 1.00 | 33% | 19.00 | 0.00 | 0.00 | 19.00 | 88% | 22.00 | 76% |
| CIW | 2.00 | 2.00 | 3.50 | 17.40 | 0.00 | 24.90 | 1.00 | 50% | 2.00 | 100% | 2.00 | 57% | 15.00 | 0.97 | 0.00 | 15.97 | 92% | 20.97 | 84% |
| CMC | 2.00 | 6.50 | 7.00 | 46.00 | 0.00 | 61.50 | 2.00 | 100% | 5.50 | 85% | 7.00 | 100% | 20.50 | 4.51 | 0.00 | 25.01 | 54% | 39.51 | 64% |
| CMF | 2.00 | 5.25 | 6.10 | 37.55 | 0.00 | 50.90 | 1.00 | 50% | 1.00 | 19% | 4.00 | 66% | 10.50 | 1.88 | 0.00 | 12.38 | 33% | 18.38 | 36% |
| COR | 2.00 | 5.00 | 5.00 | 39.00 | 0.00 | 51.00 | 2.00 | 100% | 4.50 | 90% | 5.00 | 100% | 9.00 | 6.84 | 0.00 | 15.84 | 41% | 27.34 | 54% |
| CRC | 2.00 | 1.00 | 2.00 | 9.50 | 0.00 | 14.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 9.50 | 0.00 | 0.00 | 9.50 | 100% | 13.50 | 93% |
| CTF | 2.00 | 1.00 | 2.00 | 7.50 | 0.00 | 12.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 6.00 | 0.39 | 0.00 | 6.39 | 85% | 10.39 | 83% |
| CVSP | 0.00 | 1.00 | 0.00 | 3.50 | 0.00 | 4.50 | 0.00 | - | 1.00 | 100% | 0.00 | - | 1.00 | 1.04 | 0.00 | 2.04 | 58% | 3.04 | 68% |
| FSP | 2.00 | 1.00 | 2.00 | 4.50 | 0.00 | 9.50 | 2.00 | 100% | 1.00 | 100% | 1.00 | 50% | 5.00 | 0.00 | 0.00 | 5.00 | 111% | 9.00 | 95% |
| HDSP | 2.00 | 1.50 | 2.50 | 10.50 | 3.00 | 19.50 | 1.00 | 50% | 1.00 | 67% | 2.00 | 80% | 4.50 | 0.00 | 0.00 | 4.50 | 33% | 8.50 | 44% |
| ISP | 1.00 | 0.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 3.00 | 0.00 | 0.00 | 3.00 | 75% | 4.00 | 80% |
| KVSP | 2.00 | 3.50 | 4.50 | 23.50 | 3.00 | 36.50 | 1.00 | 50% | 2.00 | 57% | 3.00 | 67% | 16.00 | 0.00 | 0.00 | 16.00 | 60% | 22.00 | 60% |
| LAC | 2.00 | 7.00 | 7.00 | 43.50 | 3.00 | 62.50 | 2.00 | 100% | 5.50 | 79% | 7.00 | 100% | 26.75 | 0.49 | 0.00 | 27.24 | 59% | 41.74 | 67% |
| MCSP | 2.00 | 7.50 | 7.50 | 47.00 | 0.00 | 64.00 | 2.00 | 100% | 7.00 | 93% | 7.00 | 93% | 10.50 | 2.91 | 0.00 | 13.41 | 29% | 29.41 | 46% |
| NKSP | 2.00 | 2.00 | 2.00 | 27.50 | 3.00 | 36.50 | 1.00 | 50% | 0.00 | 0% | 1.00 | 50% | 6.50 | 0.96 | 0.00 | 7.46 | 24% | 9.46 | 26% |
| PBSP | 2.00 | 1.50 | 2.50 | 11.00 | 2.00 | 19.00 | 1.00 | 50% | 1.00 | 67% | 2.00 | 80% | 8.00 | 0.00 | 0.00 | 8.00 | 62% | 12.00 | 63% |
| PVSP | 2.00 | 1.00 | 2.00 | 8.00 | 0.00 | 13.00 | 1.00 | 50% | 0.00 | 0% | 2.00 | 100% | 6.00 | 0.00 | 0.00 | 6.00 | 75% | 9.00 | 69% |
| RJD | 2.00 | 8.50 | 8.00 | 54.00 | 0.00 | 72.50 | 2.00 | 100% | 9.00 | 106% | 7.00 | 88% | 33.50 | 4.14 | 0.00 | 37.64 | 70% | 55.64 | 77% |
| SAC | 2.00 | 8.00 | 7.00 | 53.50 | 3.00 | 73.50 | 1.00 | 50% | 8.00 | 100% | 7.00 | 100% | 28.50 | 6.71 | 0.00 | 35.21 | 62% | 51.21 | 70% |
| SATF | 2.00 | 7.00 | 7.00 | 49.50 | 0.00 | 65.50 | 3.00 | 150% | 4.00 | 57% | 3.00 | 43% | 15.00 | 1.28 | 0.00 | 16.28 | 33% | 26.28 | 40% |
| SCC | 2.00 | 1.00 | 2.00 | 3.50 | 0.00 | 8.50 | 1.00 | 50% | 1.00 | 100% | 1.00 | 50% | 1.00 | 0.00 | 0.00 | 1.00 | 29% | 4.00 | 47% |
| SOL | 2.00 | 1.00 | 2.00 | 9.50 | 0.00 | 14.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 4.00 | 0.00 | 0.00 | 4.00 | 42% | 8.00 | 55% |
| SQ | 2.00 | 5.60 | 5.10 | 31.80 | 2.00 | 46.50 | 0.00 | 0% | 3.00 | 54% | 2.00 | 39% | 23.75 | 1.20 | 0.00 | 24.95 | 74% | 29.95 | 64% |
| SVSP | 2.00 | 4.00 | 4.90 | 29.30 | 0.00 | 40.20 | 2.00 | 100% | 3.50 | 88% | 2.00 | 41% | 1.00 | 11.58 | 0.00 | 12.58 | 43% | 20.08 | 50% |
| VSP | 2.00 | 3.50 | 5.00 | 19.50 | 2.00 | 32.00 | 2.00 | 100% | 3.00 | 86% | 5.00 | 100% | 18.50 | 0.00 | 0.00 | 18.50 | 86% | 28.50 | 89% |
| WSP | 2.00 | 3.00 | 2.00 | 38.00 | 3.00 | 48.00 | 1.00 | 50% | 2.00 | 67% | 2.00 | 100% | 13.00 | 9.32 | 0.00 | 22.32 | 54% | 27.32 | 57% |
| TeleMH[7] | 2.00 | 3.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | 0% |
| TOTAL | 60.00 | 105.50 | 115.50 | 743.30 | 30.00 | 1054.30 | 41.00 | 68% | 80.00 | 76% | 89.00 | 77% | 353.50 | 61.23 | 0.00 | 414.73 | 54% | 624.73 | 59% |

Footnote

1 Source:  MH Staffing Memo January 2024 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (January 2024)

5 Source: January 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

7 TeleMH row displays the number of chiefs and seniors in telepsychology and are not assigned to specific institutions.

**Division of Health Care Services**
**Statewide Mental Health Program**
**Allocated and Filled Clinical Social Worker Positions - January 2024**

| Sites | Allocated January 2024[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| ASP | 0.00 | 1.00 | 14.50 | 0.00 | 15.50 | 0.00 | - | 1.00 | 100% | 9.00 | 0.00 | 0.00 | 9.00 | 62% | 10.00 | 65% |
| CAC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - |
| CAL | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 200% | 2.00 | 200% |
| CCI | 0.00 | 1.00 | 6.00 | 2.00 | 9.00 | 0.00 | - | 1.00 | 100% | 5.00 | 0.00 | 0.00 | 5.00 | 63% | 6.00 | 67% |
| CCWF | 0.00 | 1.50 | 19.50 | 0.00 | 21.00 | 0.00 | - | 1.00 | 67% | 18.00 | 0.00 | 0.00 | 18.00 | 92% | 19.00 | 90% |
| CEN | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 1.00 | 100% |
| CHCF | 0.00 | 0.60 | 12.30 | 2.00 | 14.90 | 0.00 | - | 0.00 | 0% | 3.00 | 1.68 | 0.00 | 4.68 | 33% | 4.68 | 31% |
| CIM | 0.00 | 1.00 | 13.50 | 0.00 | 14.50 | 0.00 | - | 1.00 | 100% | 14.00 | 0.00 | 0.00 | 14.00 | 104% | 15.00 | 103% |
| CIW | 0.00 | 0.80 | 8.90 | 0.00 | 9.70 | 0.00 | - | 1.00 | 125% | 7.00 | 1.94 | 0.00 | 8.94 | 100% | 9.94 | 102% |
| CMC | 0.00 | 1.00 | 15.00 | 2.00 | 18.00 | 0.00 | - | 1.00 | 100% | 11.00 | 0.00 | 0.65 | 11.65 | 69% | 12.65 | 70% |
| CMF | 0.00 | 0.50 | 12.60 | 2.00 | 15.10 | 0.00 | - | 0.00 | 0% | 5.00 | 1.72 | 0.00 | 6.72 | 46% | 6.72 | 45% |
| COR | 0.00 | 1.00 | 16.00 | 2.00 | 19.00 | 0.00 | - | 1.00 | 100% | 8.00 | 4.99 | 0.00 | 12.99 | 72% | 13.99 | 74% |
| CRC | 0.00 | 1.00 | 14.50 | 0.00 | 15.50 | 0.00 | - | 1.00 | 100% | 11.00 | 0.88 | 0.00 | 11.88 | 82% | 12.88 | 83% |
| CTF | 0.00 | 1.00 | 7.50 | 0.00 | 8.50 | 0.00 | - | 1.00 | 100% | 6.00 | 0.00 | 0.00 | 6.00 | 80% | 7.00 | 82% |
| CVSP | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0% |
| FSP | 0.00 | 1.00 | 4.00 | 0.00 | 5.00 | 0.00 | - | 0.00 | 0% | 4.00 | 0.00 | 0.00 | 4.00 | 100% | 4.00 | 80% |
| HDSP | 0.00 | 1.00 | 7.50 | 0.00 | 8.50 | 0.00 | - | 1.00 | 100% | 5.00 | 0.00 | 0.00 | 5.00 | 67% | 6.00 | 71% |
| ISP | 0.00 | 0.00 | 1.50 | 0.00 | 1.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0% |
| KVSP | 0.00 | 1.00 | 12.50 | 0.00 | 13.50 | 0.00 | - | 2.00 | 200% | 10.00 | 0.00 | 0.00 | 10.00 | 80% | 12.00 | 89% |
| LAC | 0.00 | 1.00 | 19.50 | 0.00 | 20.50 | 0.00 | - | 1.00 | 100% | 14.50 | 1.94 | 0.00 | 16.44 | 84% | 17.44 | 85% |
| MCSP | 0.00 | 1.00 | 22.00 | 2.00 | 25.00 | 0.00 | - | 1.00 | 100% | 10.00 | 0.77 | 0.43 | 11.20 | 47% | 12.20 | 49% |
| NKSP | 0.00 | 1.00 | 14.00 | 0.00 | 15.00 | 0.00 | - | 1.00 | 100% | 11.50 | 1.20 | 0.00 | 12.70 | 91% | 13.70 | 91% |
| PBSP | 0.00 | 1.00 | 5.00 | 0.00 | 6.00 | 0.00 | - | 0.00 | 0% | 3.50 | 0.00 | 0.00 | 3.50 | 70% | 3.50 | 58% |
| PVSP | 0.00 | 1.00 | 4.50 | 0.00 | 5.50 | 0.00 | - | 1.00 | 100% | 1.00 | 0.00 | 0.65 | 1.65 | 37% | 2.65 | 48% |
| RJD | 0.00 | 1.00 | 23.50 | 2.00 | 26.50 | 0.00 | - | 2.00 | 200% | 8.50 | 6.15 | 0.00 | 14.65 | 57% | 16.65 | 63% |
| SAC | 0.00 | 1.00 | 19.00 | 0.00 | 20.00 | 0.00 | - | 1.00 | 100% | 14.00 | 2.15 | 0.00 | 16.15 | 85% | 17.15 | 86% |
| SATF | 0.00 | 1.50 | 25.50 | 3.00 | 30.00 | 0.00 | - | 1.50 | 100% | 15.00 | 2.26 | 0.00 | 17.26 | 61% | 18.76 | 63% |
| SCC | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 1.00 | 50% | 1.00 | 50% |
| SOL | 0.00 | 1.00 | 7.50 | 0.00 | 8.50 | 0.00 | - | 0.50 | 50% | 2.50 | 0.00 | 0.00 | 2.50 | 33% | 3.00 | 35% |
| SQ | 0.00 | 0.80 | 18.80 | 0.00 | 19.60 | 0.00 | - | 1.00 | 125% | 11.00 | 0.91 | 0.00 | 11.91 | 63% | 12.91 | 66% |
| SVSP | 0.00 | 0.70 | 10.80 | 3.00 | 14.50 | 0.00 | - | 1.00 | 143% | 3.00 | 2.15 | 0.00 | 5.15 | 37% | 6.15 | 42% |
| VSP | 0.00 | 1.00 | 15.00 | 0.00 | 16.00 | 0.00 | - | 1.00 | 100% | 13.00 | 0.00 | 0.00 | 13.00 | 87% | 14.00 | 88% |
| WSP | 0.00 | 1.50 | 19.00 | 0.00 | 20.50 | 0.00 | - | 1.00 | 67% | 14.50 | 0.18 | 0.00 | 14.68 | 77% | 15.68 | 76% |
| TeleMH[6] | 1.00 | 3.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | 0% |
| TOTAL | 1.00 | 29.90 | 374.90 | 20.00 | 425.80 | 0.00 | 0% | 25.00 | 84% | 242.00 | 28.92 | 1.73 | 272.65 | 69% | 297.65 | 70% |

Footnote

1 Source:  MH Staffing Memo January 2024 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (January 2024)

4 Source: January 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

6 TeleMH row displays the number of supervisor I and supervisor II in telesocial work and are not assigned to specific institutions.

### Division of Health Care Services
### Statewide Mental Health Program
### Allocated and Filled Recreation Therapist Positions - January 2024

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| ASP | 0.00 | 1.00 | 0.00 | - |
| CAC | 0.00 | 0.00 | 0.00 | - |
| CAL | 0.00 | 0.00 | 0.00 | - |
| CCI | 3.00 | 1.00 | 2.09 | 103% |
| CCWF | 6.50 | 10.00 | 0.00 | 154% |
| CEN | 0.00 | 0.00 | 0.00 | - |
| CHCF | 25.15 | 19.00 | 1.89 | 83% |
| CIM | 10.00 | 4.00 | 0.00 | 40% |
| CIW | 6.90 | 8.00 | 0.00 | 116% |
| CMC | 26.00 | 19.50 | 1.00 | 79% |
| CMF | 20.95 | 13.50 | 1.02 | 69% |
| COR | 13.00 | 10.00 | 2.59 | 97% |
| CRC | 0.00 | 1.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 1.00 | 0.00 | - |
| HDSP | 4.00 | 3.00 | 0.00 | 75% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 10.00 | 8.00 | 1.10 | 91% |
| LAC | 21.50 | 12.00 | 3.75 | 73% |
| MCSP | 25.50 | 21.50 | 1.19 | 89% |
| NKSP | 4.00 | 2.00 | 0.00 | 50% |
| PBSP | 4.50 | 1.00 | 0.00 | 22% |
| PVSP | 1.00 | 2.00 | 0.00 | 200% |
| RJD | 29.50 | 31.00 | 0.00 | 105% |
| SAC | 27.00 | 30.50 | 0.00 | 113% |
| SATF | 23.50 | 12.00 | 3.49 | 66% |
| SCC | 0.00 | 1.00 | 0.00 | - |
| SOL | 1.50 | 1.00 | 0.00 | 67% |
| SQ | 13.80 | 7.00 | 2.17 | 66% |
| SVSP | 12.30 | 8.00 | 0.00 | 65% |
| VSP | 10.00 | 11.00 | 0.00 | 110% |
| WSP | 5.50 | 2.00 | 0.00 | 36% |
| TOTAL | 305.10 | 241.00 | 20.29 | 86% |

Footnote

Source:  MH Staffing Memo January 2024 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009

1  Staffing Plan.

2  Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (January 2024)

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Medical Assistant Positions - January 2024

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| ASP | 0.00 | 0.00 | 0.00 | - |
| CAC | 0.00 | 0.00 | 0.00 | - |
| CAL | 1.00 | 1.00 | 0.59 | 159% |
| CCI | 3.00 | 2.00 | 0.00 | 67% |
| CCWF | 7.00 | 3.00 | 0.00 | 43% |
| CEN | 0.00 | 1.00 | 0.55 | - |
| CHCF | 15.00 | 7.00 | 0.00 | 47% |
| CIM | 2.00 | 1.00 | 0.00 | 50% |
| CIW | 0.00 | 0.00 | 0.00 | - |
| CMC | 5.00 | 1.00 | 0.00 | 20% |
| CMF | 7.00 | 3.00 | 2.60 | 80% |
| COR | 8.00 | 6.00 | 0.00 | 75% |
| CRC | 0.00 | 0.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 0.00 | 0.00 | - |
| HDSP | 7.00 | 1.00 | 0.97 | 28% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 8.00 | 4.00 | 0.00 | 50% |
| LAC | 4.00 | 1.00 | 0.00 | 25% |
| MCSP | 9.00 | 4.00 | 1.02 | 56% |
| NKSP | 7.00 | 4.00 | 0.97 | 71% |
| PBSP | 4.00 | 1.00 | 0.00 | 25% |
| PVSP | 1.00 | 1.00 | 0.00 | 100% |
| RJD | 4.00 | 0.00 | 0.37 | 9% |
| SAC | 3.00 | 0.00 | 0.99 | 33% |
| SATF | 14.00 | 10.00 | 2.27 | 88% |
| SCC | 0.00 | 0.00 | 0.00 | - |
| SOL | 0.00 | 0.00 | 0.00 | - |
| SQ | 2.00 | 0.00 | 0.00 | 0% |
| SVSP | 9.00 | 0.00 | 1.19 | 13% |
| VSP | 9.00 | 7.00 | 0.09 | 79% |
| WSP | 8.00 | 8.00 | 0.00 | 100% |
| TOTAL | 137.00 | 66.00 | 11.61 | 57% |

Footnote

1 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (January 2024)

# Exhibit B

Division of Health Care Services
Statewide Mental Health Program
PIP Allocated and Filled Psychiatry Positions - January 2024

| Sites | Allocated January 2024[1] | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | | |
| CHCF PIP | 1.00 | 2.00 | 33.00 | 0.00 | 36.00 | 1.00 | 100% | 1.00 | 50% | 13.00 | 8.06 | 0.00 | 0.00 | 21.06 | 64% | 23.06 | 64% |
| CIW PIP | 1.00 | 0.00 | 3.60 | 0.00 | 4.60 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 56% | 3.00 | 65% |
| CMF PIP | 1.00 | 2.00 | 28.70 | 0.00 | 31.70 | 1.00 | 100% | 0.00 | 0% | 7.00 | 10.24 | 0.00 | 0.00 | 17.24 | 60% | 18.24 | 58% |
| SQ PIP | 1.00 | 0.00 | 3.20 | 0.00 | 4.20 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 63% | 3.00 | 71% |
| SVSP PIP | 1.00 | 1.00 | 11.20 | 0.00 | 13.20 | 1.00 | 100% | 0.00 | 0% | 1.00 | 6.17 | 0.22 | 0.00 | 7.39 | 66% | 8.39 | 64% |
| TOTAL | 5.00 | 5.00 | 79.70 | 0.00 | 89.70 | 5.00 | 100% | 1.00 | 20% | 25.00 | 24.47 | 0.22 | 0.00 | 49.69 | 62% | 55.69 | 62% |

Footnote

Source:  MH Staffing Memo January 2024 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief 1 and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (January 2024)

4 Source: January 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

**Division of Health Care Services**

**Statewide Mental Health Program**

**PIP Allocated and Filled Psychology Positions - January 2024**

| | Allocated January 2024[1] | | | | | | Filled | | | | | | | | | | | | |
| Sites | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF PIP | 1.00 | 4.35 | 8.10 | 34.25 | 0.00 | 47.70 | 1.00 | 100% | 3.00 | 69% | 7.00 | 86% | 13.00 | 11.42 | 0.00 | 24.42 | 71% | 35.42 | 74% |
| CIW PIP | 1.00 | 0.50 | 2.50 | 3.60 | 0.00 | 7.60 | 1.00 | 100% | 1.00 | 200% | 2.00 | 80% | 3.00 | 0.00 | 0.00 | 3.00 | 83% | 7.00 | 92% |
| CMF PIP | 1.00 | 3.75 | 7.40 | 29.95 | 0.00 | 42.10 | 0.00 | 0% | 2.00 | 53% | 3.00 | 41% | 4.00 | 9.39 | 0.00 | 13.39 | 45% | 18.39 | 44% |
| SQ PIP | 1.00 | 0.40 | 2.40 | 3.20 | 0.00 | 7.00 | 1.00 | 100% | 1.00 | 250% | 1.00 | 42% | 3.00 | 0.00 | 0.00 | 3.00 | 94% | 6.00 | 86% |
| SVSP PIP | 1.00 | 1.50 | 5.60 | 11.20 | 0.00 | 19.30 | 1.00 | 100% | 2.00 | 133% | 4.00 | 71% | 5.00 | 5.77 | 0.00 | 10.77 | 96% | 17.77 | 92% |
| TOTAL | 5.00 | 10.50 | 26.00 | 82.20 | 0.00 | 123.70 | 4.00 | 80% | 9.00 | 86% | 17.00 | 65% | 28.00 | 26.58 | 0.00 | 54.58 | 66% | 84.58 | 68% |

**Footnote**

Source:  MH Staffing Memo January 2024 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been
1 allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (January 2024)

5 Source: January 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

**Division of Health Care Services**

**Statewide Mental Health Program**

**PIP Allocated and Filled Clinical Social Worker Positions - January 2024**

| Sites | Allocated January 2024[1] | | | | | Filled | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | | |
| CHCF PIP | 0.00 | 1.90 | 29.20 | 0.00 | 31.10 | 0.00 | - | 1.00 | 53% | 11.00 | 6.92 | 0.00 | 17.92 | 61% | 18.92 | 61% |
| CIW PIP | 0.00 | 0.20 | 3.60 | 0.00 | 3.80 | 0.00 | - | 1.00 | 500% | 2.00 | 0.00 | 0.00 | 2.00 | 56% | 3.00 | 79% |
| CMF PIP | 0.00 | 1.50 | 24.90 | 0.00 | 26.40 | 0.00 | - | 1.00 | 67% | 3.00 | 1.71 | 0.00 | 4.71 | 19% | 5.71 | 22% |
| SQ PIP | 0.00 | 0.20 | 3.20 | 0.00 | 3.40 | 0.00 | - | 0.00 | 0% | 2.00 | 0.00 | 0.00 | 2.00 | 63% | 2.00 | 59% |
| SVSP PIP | 0.00 | 0.80 | 11.20 | 0.00 | 12.00 | 0.00 | - | 1.00 | 125% | 7.00 | 0.98 | 0.00 | 7.98 | 71% | 8.98 | 75% |
| TOTAL | 0.00 | 4.60 | 72.10 | 0.00 | 76.70 | 0.00 | - | 4.00 | 87% | 25.00 | 9.61 | 0.00 | 34.61 | 48% | 38.61 | 50% |

**Footnote**

Source: MH Staffing Memo January 2024 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP
1 and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (January 2024)

4 Source: January 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

## Division of Health Care Services
## Statewide Mental Health Program
## PIP Allocated and Filled Recreation Therapist Positions - January 2024

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| CHCF PIP | 31.85 | 17.00 | 3.61 | 65% |
| CIW PIP | 3.60 | 4.00 | 0.00 | 111% |
| CMF PIP | 27.55 | 11.00 | 10.20 | 77% |
| SQ PIP | 3.20 | 3.00 | 0.00 | 94% |
| SVSP PIP | 11.20 | 10.00 | 0.00 | 89% |
| TOTAL | 77.40 | 45.00 | 13.81 | 76% |

**Footnote**

Source:  MH Staffing Memo January 2024 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond

1 what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (January 2024)

4 Rehabilitation therapists are included in the fill rate for recreation therapists at CHCF PIP, CMF PIP, and SVSP PIP.

## Division of Health Care Services

## Statewide Mental Health Program

## PIP Allocated and Filled Medical Assistant Positions - January 2024

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|-------|------|------|------|------|
| CHCF PIP | 0.00 | 0.00 | 2.81 | - |
| CIW PIP | 0.00 | 0.00 | 0.00 | - |
| CMF PIP | 0.00 | 0.00 | 0.00 | - |
| SQ PIP | 0.00 | 0.00 | 0.00 | - |
| SVSP PIP | 0.00 | 0.00 | 0.00 | - |
| **TOTAL** | **0.00** | **0.00** | **2.81** | **-** |

**Footnote**

1 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (January 2024)

# Exhibit C

Division of Health Care Services
Statewide Mental Health Program
Total Allocated and Filled Psychiatry Positions - January 2024

| Staffing Plan | Allocated January 2024[1] | | | | | Filled | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| 2009 Total | 30.00 | 21.00 | 182.30 | 98.00 | 331.30 | 18.00 | 60% | 9.00 | 43% | 83.75 | 84.68 | 82.78 | 6.41 | 257.62 | 92% | 284.62 | 86% |
| PIP Total | 5.00 | 5.00 | 79.70 | 0.00 | 89.70 | 5.00 | 100% | 1.00 | 20% | 25.00 | 24.47 | 0.22 | 0.00 | 49.69 | 62% | 55.69 | 62% |
| GRAND TOTAL | 35.00 | 26.00 | 262.00 | 98.00 | 421.00 | 23.00 | 66% | 10.00 | 38% | 108.75 | 109.15 | 83.00 | 6.41 | 307.31 | 85% | 340.31 | 81% |

**Footnote**

Source:  MH Staffing Memo January 2024 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

1 Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (January 2024)

4 Source: January 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

Division of Health Care Services
Statewide Mental Health Program
Total Allocated and Filled Psychology Positions - January 2024

| Staffing Plan | Allocated January 2024[1] | | | | | | Filled | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | Total | Total % |
| 2009 Total | 60.00 | 105.50 | 115.50 | 743.30 | 30.00 | 1054.30 | 41.00 | 68% | 80.00 | 76% | 89.00 | 77% | 353.50 | 61.23 | 0.00 | 414.73 | 54% | 624.73 | 59% |
| PIP Total | 5.00 | 10.50 | 26.00 | 82.20 | 0.00 | 123.70 | 4.00 | 80% | 9.00 | 86% | 17.00 | 65% | 28.00 | 26.58 | 0.00 | 54.58 | 66% | 84.58 | 68% |
| GRAND TOTAL | 65.00 | 116.00 | 141.50 | 825.50 | 30.00 | 1178.00 | 45.00 | 69% | 89.00 | 77% | 106.00 | 75% | 381.50 | 87.81 | 0.00 | 469.31 | 55% | 709.31 | 60% |

**Footnote**

1 Source: MH Staffing Memo January 2024 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (January 2024)

5 Source: January 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

| | Allocated January 2024[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Staffing Plan | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| 2009 Total | 1.00 | 29.90 | 374.90 | 20.00 | 425.80 | 0.00 | 0% | 25.00 | 84% | 242.00 | 28.92 | 1.73 | 272.65 | 69% | 297.65 | 70% |
| PIP Total | 0.00 | 4.60 | 72.10 | 0.00 | 76.70 | 0.00 | - | 4.00 | 87% | 25.00 | 9.61 | 0.00 | 34.61 | 48% | 38.61 | 50% |
| GRAND TOTAL | 1.00 | 34.50 | 447.00 | 20.00 | 502.50 | 0.00 | 0% | 29.00 | 84% | 267.00 | 38.53 | 1.73 | 307.26 | 66% | 336.26 | 67% |

Footnote

Source:  MH Staffing Memo January 2024 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF

1 PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (January 2024)

4 Source: January 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Recreation Therapist Positions - January 2024

| Staffing Plan | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| 2009 Total | 305.10 | 241.00 | 20.29 | 86% |
| PIP Total | 77.40 | 45.00 | 13.81 | 76% |
| GRAND TOTAL | 382.50 | 286.00 | 34.10 | 84% |

**Footnote**

1  Source:  MH Staffing Memo January 2024 Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2  Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (January 2024)

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Medical Assistant Positions - January 2024

| Staffing Plan | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| 2009 Total | 137.00 | 66.00 | 11.61 | 57% |
| PIP Total | 0.00 | 0.00 | 2.81 | - |
| GRAND TOTAL | 137.00 | 66.00 | 14.42 | 59% |

**Footnote**

1 Source: SCO Report 2024_02_02 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (January 2024)

# Exhibit D

| Class Title | Average Maximum Monthly Salary | Minimum | Allocated | 90% Minimum Compliance | Filled with Civil Service (CS) | Filled with Registry | Total Filled with CS and Registry | Below Minimum | Fine for January 2024 | Accumulated Fines To Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **Division of Health Care Services**<br>**Statewide Mental Health Program**<br>**January 2024 Fines** | | | | | | | | | | |
| Staff Psychiatrist[1] | $ 23,732 | 90% | 280.30 | 252.27 | 172.94 | 84.68 | 257.62 | -5.35 | $ - | $ 161,285 |
| Senior Psychiatrist (Supervisor) | $ 24,763 | 90% | 21.00 | 18.90 | 9.00 | 0.00 | 9.00 | 9.90 | $ 490,312 | $ 3,967,411 |
| Chief Psychiatrist[2] | $ 28,743 | 90% | 30.00 | 27.00 | 18.00 | 0.00 | 18.00 | 9.00 | $ 517,367 | $ 5,611,237 |
| Total Psychiatry Fine | | | | | | | | | $ 1,007,680 | $ 9,739,932 |
| Clinical Psychologist[3] | $ 11,300 | 90% | 773.30 | 695.97 | 353.50 | 61.23 | 414.73 | 281.24 | $ 6,355,838 | $ 60,397,069 |
| Senior Psychologist (Specialist) | $ 12,315 | 90% | 115.50 | 103.95 | 89.00 | 0.00 | 89.00 | 14.95 | $ 368,204 | $ 2,782,859 |
| Senior Psychologist (Supervisor)[4] | $ 12,703 | 90% | 105.50 | 94.95 | 80.00 | 0.00 | 80.00 | 14.95 | $ 379,805 | $ 1,871,372 |
| Chief Psychologist[5] | $ 17,139 | 90% | 60.00 | 54.00 | 41.00 | 0.00 | 41.00 | 13.00 | $ 445,614 | $ 4,139,668 |
| Total Psychology Fine | | | | | | | | | $ 7,549,461 | $ 69,190,969 |
| Clinical Social Worker[6] | $ 8,968 | 90% | 394.90 | 355.41 | 243.73 | 28.92 | 272.65 | 82.76 | $ 1,484,407 | $ 13,650,840 |
| Supervising Psychiatric Social Worker I[7] | $ 9,429 | 90% | 29.90 | 26.91 | 25.00 | 0.00 | 25.00 | 1.91 | $ 36,019 | $ 267,852 |
| Supervising Psychiatric Social Worker II[8] | $ 9,992 | 90% | 1.00 | 0.90 | 0.00 | 0.00 | 0.00 | 0.90 | $ 17,985 | $ 17,985 |
| Total Clinical Social Worker Fine | | | | | | | | | $ 1,538,410 | $ 13,936,677 |
| Medical Assistant | $ 4,690 | 90% | 137.00 | 123.30 | 66.00 | 11.61 | 77.61 | 45.69 | $ 428,572 | $ 1,701,088 |
| Total Medical Assistant Fine | | | | | | | | | $ 428,572 | $ 1,701,088 |
| Recreation Therapist | $ 6,597 | 90% | 305.10 | 274.59 | 241.00 | 20.29 | 261.29 | 13.30 | $ 175,471 | $ 528,561 |
| Total Recreation Therapist Fine | | | | | | | | | $ 175,471 | $ 528,561 |
| **GRAND TOTAL** | | | | | | | | | $ 10,699,594 | $ 95,097,227 |

**Footnote**

1 Staff psychiatrist allocated includes civil service and telepsych.  Staff psychiatrist filled includes civil service, telepsych, and psychiatric nurse practitioner civil service.

2 Chief psychiatrist allocated and filled with civil service include telepsych.

3 Clinical psychologist allocated includes civil service and telepsychologist.  Clinical psychologist filled includes civil service and telepsychologist.

4 Senior psychologist (sup) allocated and filled with civil service include telem.

5 Chief psychologist allocated and filled with civil service include telem.

6 Clinical social worker allocated includes civil service and telesocial worker.  Clinical social worker filled includes civil service and telesocial worker.

7 Supervising psychiatric social worker I allocated and filled with civil service include telem.

8 Supervising psychiatric social worker II allocated and filled with civil service include telem.