1   ROB BONTA, SBN 202668
    Attorney General of California
2   MONICA N. ANDERSON, SBN 182970
    DAMON MCCLAIN, SBN 209508
3   Supervising Deputy Attorney General
    ELISE OWENS THORN, SBN 145931
4   NAMRATA KOTWANI, SBN 308741
    Deputy Attorneys General
5     1300 I Street, Suite 125
      P.O. Box 944255
6     Sacramento, CA 94244-2550
      Telephone: (916) 210-7318
7     Fax: (916) 324-5205
      E-mail: Elise.Thorn@doj.ca.gov
8   Attorneys for Defendants

    HANSON BRIDGETT LLP
    PAUL B. MELLO, SBN 179755
    SAMANTHA D. WOLFF, SBN 240280
    KAYLEN KADOTANI, SBN 294114
    DAVID C. CASARRUBIAS, SBN 321994
    CARSON R. NIELLO, SBN 329970
      1676 N. CALIFORNIA BLVD., SUITE 620
      WALNUT CREEK, CALIFORNIA 94596
      TELEPHONE: 925-746-8460
      FACSIMILE: 925-746-8490
    Attorneys for Defendants

9

10                          UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12                              SACRAMENTO DIVISION

13

14

15  RALPH COLEMAN, et al.,              Case No. 2:90-CV-00520- KJM-DB

16          Plaintiffs,                 **DECLARATION OF HEATHER STAHL
                                        IN SUPPORT OF DEFENDANTS'
17      v.                              OBJECTIONS TO SPECIAL MASTER'S
                                        REPORT ON HIS EXPERT'S SIXTH RE-
    GAVIN NEWSOM, et al.                AUDIT AND UPDATE OF SUICIDE
18                                      PREVENTION PRACTICES IN THE
          Defendants.                   PRISONS OF THE CALIFORNIA
19                                      DEPARTMENT OF CORRECTIONS AND
                                        REHABILITATION**
20

21                                      Judge:    Hon. Kimberly J. Mueller

22

23          I, Heather Stahl, Ph.D., declare as follows:

24          1.      I am a Senior Psychologist Specialist at the California Department of Corrections

25  and Rehabilitation ("CDCR") and Regional SPRFIT Coordinator for Region 2 of the Statewide

26  Suicide Prevention Unit. I have personal knowledge of the facts set forth herein, except as to those

27  stated on information and belief and, as to those, I am informed and believe them to be true. If

28  called as a witness, I could and would competently testify to the matters stated herein.

2.     I am familiar with the Coleman Class Action, the existing Program Guide policies, and CDCR's efforts to develop and maintain a durable suicide prevention program in connection with court-ordered remediation in this matter. The Special Master's expert in suicide prevention practices, Lindsay Hayes, has conducted several audits of the suicide prevention practices in CDCR prisons.

3.     In my role at as the SPRFIT Coordinator for Region 2 at CDCR, I conduct on-site audits of Region 2 institutions to evaluate compliance with statewide suicide prevention and response policies. I have conducted on-site audits of the following institutions: Salinas Valley State Prison (SVSP), California Men's Colony (CMC), California Health Care Facility (CHCF), and Central California Women's Facility (CCWF).

4.     Prior to Lindsay Hayes' visit to CCWF in November 2023, the CCWF crisis bed had only recently been open. The unit had been closed from November 8, 2021 until October 13, 2023.

5.     These on-site audits are conducted using a standardized audit tool that contains all of Mr. Hayes's nineteen Suicide Prevention Audit Checklist measures. Following on-site suicide prevention audits at CDCR institutions, I prepare and submit reports to the SPRFIT Committee that include data from all nineteen items on Mr. Hayes's Suicide Prevention Audit Checklist.

6.     On February 9, 2023, I conducted an on-site audit of SVSP's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit A** is a true and correct copy of the February 28, 2023 report that summarizes all findings from this on-site audit.

7.     On March 14, 2023, I conducted an on-site audit of CMC's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit B** is a true and correct copy of the April 12, 2023 report that summarizes all findings from this on-site audit.

8.     On March 29, 2023, I conducted an on-site audit of CHCF's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit C** is a true and correct copy of the April 15, 2023 report that summarizes all findings from this on-site audit.

20672550.1

9.      On June 14, 2023, I conducted an on-site audit of CMC's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit D** is a true and correct copy of the July 6, 2023 report that summarizes all findings from this on-site audit.

10.     On June 28, 2023, I conducted an on-site audit of SVSP's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit E** is a true and correct copy of the July 6, 2023 report that summarizes all findings from this on-site audit.

11.     On June 29, 2023, I conducted an on-site audit of the SVSP PIP's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit F** is a true and correct copy of the July 11, 2023 report that summarizes all findings from this on-site audit.

12.     On November 2, 2023, I conducted an on-site audit of CHCF's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit G** is a true and correct copy of the November 15, 2023 report that summarizes all findings from this on-site audit.

13.     On December 21, 2023, I conducted an on-site audit of the SVSP PIP's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit H** is a true and correct copy of the December 28, 2023 report that summarizes all findings from this on-site audit.

14.     On January 16, 2024, I conducted an on-site audit of the CHCF's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit I** is a true and correct copy of the January 26, 2024 report that summarizes all findings from this on-site audit.

15.     On February 22, 2024, I conducted an on-site audit of CCWF's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit J** is a true and correct copy of the February 26, 2024 report that summarizes all findings from this on-site audit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _30_ day of March, 2024 at _Fresno_, California.

DECLARATION OF HEATHER STAHL ISO DEFENDANTS' OBJECTIONS TO REPORT ON SIXTH RE-AUDIT

1

2                                 /s/ _____

                            HEATHER STAHL

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF HEATHER STAHL ISO DEFENDANTS' OBJECTIONS TO REPORT ON SIXTH RE-AUDIT

# Exhibit A

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

# MEMORANDUM

| | |
|---|---|
| **Date:** | February 28, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | Heather Stahl, Ph.D.<br>Senior Psychologist Specialist<br>HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **Salinas Valley State Prison - HQ SPRFIT COORDINATOR REVIEW** |

On February 9, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator for Region II conducted a review at Salinas Valley State Prison (SVSP). I was accompanied by Region II Mental Health Compliance Team (MHCT) Lieutenants, Frank Hodson and Ruben Loza, as well as the Region II nurse consultant, Patty Gonzales. All were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be provided to the Statewide SPRFIT committee for review and follow-up.

Should you have any questions or require further clarification, please contact me at (916) 956-3406 or heather.stahl@cdcr.ca.gov

## Institutional Updates

It is important to understand this report in the context of SVSP's dire staffing shortages.  SVSP does not currently have a designated SPRFIT Coordinator, and the Chief of Mental Health has been covering the duties of the SPRFIT Coordinator since early 2022.   SVSP Mental Health leadership has developed a program and treatment hierarchy to triage treatment services. Below is the current staffing and program and treatment hierarchy utilized during this critical time.

**Current Functional Vacancies:**

| Position | Vacancy Rate | Allocation |
|---|---|---|
| Sr. Psychologist Supervisor | 50% | 1.75 of 3.5 filled (1 supervisor on .25 modified duty) |
| Supervising Psychiatric Social Worker | 0% | 1.0 of 1.0 filled |
| LCSW | 100% | 1.0 of 5.0 filled (1 QM specialist reporting to CEO) |
| Psychologist | 66% | 9.5 of 27.95 filled |
| OT | 59% | 9.0 of 17.0 filled (2 Ots out on medical leave) |

The current vacancy rate does not illustration the full impact on the Mental Health Primary Clinician (MHPC) caseloads or the need for Office Technician (OT) schedulers to follow the hierarchy correctly.

**Current MHPC Caseloads:**

| Current MHPC Caseloads | |
|---|---|
| **CCCMS** | |
| **Yard** | **Caseload to Clinican Ratio** |
| Alpha Yard | 370 : 1  MHPC |
| Bravo Yard | 194 : 0 - No available MHPC to assign |
| Charlie Yard | 121 : 0 - No available MHPC to assign |
| Delta Yard | 358 : 1  MHPC |
| **EOP** | |
| Alpha Yard | 141 : 1 MHPC |
| Delta Yard | 106 : 1 MHPC |
| **ASU CCCMS & EOP** | |
| ASU- Z9 | 47 : 1 MHPC |
| ASU- Z9 | 48 : 1 MHPC |

**Program Acuity Hierarchy:**

1.   MHCB and alternatively housed patients pending a MHCB or PIP transfer

   2. ASU-EOP

   3. ASU-CCCMS

   4. Mainline EOP

   5. Mainline CCCMS

**Treatment Activity Hierarchy:**

   1. Emergent referrals including emergency Suicide Risk Evaluations

   2. Discharge Follow-ups

   3. Urgent Referrals

   4. Referrals to DSH/PIP including individual contacts

   5. 72 hour SRASHE post DSH/MHCB discharge

   6. SRMP Contacts-Individual or group

   7. RVRs

   8. New Arrival Primary Clinician

   9. New Arrival IDTT

   10. Level of Care Reviews and IDTT

   11. 90 Day Follow up SRASHEs

   12. Routine Referrals

   13. Weekly 1:1 PC groups

   14. 90 Day IDTT EOP and annual for CCCMS

   15. Clinical Groups (not required for CCCMS)

## Section I:  Restricted Housing Unit

**Second Watch Partnership Huddle**: Partnership huddle was not observed due to conflicting priorities during the visit.

**Psychiatric Technician (PT) Rounds:** Psych Tech rounds were observed during second watch.  The psych tech achieved direct line of sight with each patient and documented in real time after each encounter utilizing a laptop positioned on a rolling cart.  The PT made sure to observe the condition of the cell.  He asked open ended questions and provided each patient time to express concerns if needed. He asked routine and relevant questions that assessed for current mental health stability, including but not limited to suicidal ideation, homicidal ideation, sleep, appetite and medication compliance.

**Intake Cells:** During the time of the review, SVSP has ten designated intake cells (100-110) located in Z9.

There were five patients on the 72 hour intake status and they were appropriately housed in an intake cell.  Each occupied intake cell had a sign on the door which noted the patient's arrival date, end date and whether an electronic appliance was provided. Three of the five patients were observed or indicated they had an entertainment appliance.  Custody staff reported the three

who did not have an appliance were waiting for staff to distribute the tablets which occurred once a week. Z9 staff were advised to provide patient's with radios until a tablet could be secured. Suicide Prevention posters in both English and Spanish language were posted on the wall in the ASU unit.

**Entertainment appliance**: During tier walks, inmates on 72-hour and 21-day intake status were observed or asked if they had an entertainment appliance. One-hundred percent of patients on 21 intake status reported they had a radio and/or a tablet.

**ASU Screening (Pre-placement):** ASU Pre-placement screenings were unable to be observed.

A review of On Demand Performance Report indicated that SVSP was 95% compliant for completing ASU Pre-placements within required timeframes during January 2023.

**70.3 ASU Pre-Screens**

**95%** (55) ▲

A review of On Demand Performance Report indicated that SVSP was 96% compliant for completing ASU Screening Questionnaires within required timeframes during January 2023.

**70.4 ASU GP Screens**

**100%** (2) ▲

**Welfare Check Completion (Guard One):** During the review, I observed an officer conduct guard one checks. He was observed looking into each cell prior to moving on to the next cell.

## Section II: Inpatient Units

**Suicide-resistant cells:** SVSP has one licensed MHCB consisting of 10 beds. All MHCB cells are retrofitted in compliance with statewide policy. The census was seven on the day of my visit.

**Interdisciplinary Treatment Teams (IDTT):** One routine IDTT was observed. All required members were in attendance and active participants. The primary clinician presented a clinical summary, observation and issue orders were reviewed and treatment planning and treatment progress were discussed.

**Quality of Safety Planning**: Per memorandum *Temporary Suspension of Chart Audits and Update to the Chart Audit Tool* dated April 11, 2022, all CAT audits (except #13 Supervisory Review of MHCB/PIP Discharge Safety Plans) were suspended. Memorandum *Update to Optional Suspension of Chart Audits* dated October 24, 2022 indicated that 100% of clinicians needed to be audited in quarter three for CAT #7 Suicide Risk Evaluations that Meet Audit Criteria. However, a subsequent directive sent by e-mail from HQ Mental Health Quality Management on October 31, 2022 indicated that due to an IT issue with the CAT data entry platform, data was not to be submitted until the issue was resolved. On December 6, 2022, HQ MH QM sent an email indicating the IT issue was resolved and institutions could resume submitting CAT audit data. Additionally, it was noted that only 50% of clinicians needed to be audited for CAT #7. No CAT # 7 data was available.

**Suicide Watch and Suicide Precaution:** There were seven patients housed in the MHCB at the time of the on-site review. There were no patients on a suicide watch and two patients were on suicide precaution status.

A review of the Mental Health Observation Reporting Tool indicated that from January 1 to January 31, 2023, SVSP was at 97.3% compliance for timely completion of suicide precaution rounds and at 87.6% compliance for timely completion of suicide watch rounds for patients housed in the MHCB.

**Observation and Issue Orders:** Issue orders on the doors were reviewed for all patients in the MHCB while onsite. All patients had up to date orders posted on the door and the property allowed matched the level of observation. Tier walks indicated patients had property and clothing in compliance with statewide policy. Documentation was reviewed for patients housed in the MHCB. The review indicated that there was not adequate clinical justification documented for the observation level and limited issue.

**Timelines for Suicide Risk Evaluations:** Timeliness of completion of SREs is reviewed in Sections VII and VIII. A review of the Appointments Report in the On Demand Performance Report, (filtered for Suicide Risk Evaluation for treatment category), indicated there were 14 appointments from January 1, 2023 to January 31, 2023 for the MHCB. Eleven were identified as being completed in a confidential setting. Three were completed cell front due to the patient refusing.

**Privileges:** A review of 144-As for all seven MHCB patients indicated that patients were being offered RT yard, showers and phone calls.

**Clinical Discharge Follow-Ups:**
A review of the On Demand Performance Report for January 2023 indicated that SVSP was 94% compliant for completion of 5 Day Follow Ups.



**MHCB Supervisor Review of Discharging Safety Plans:** A review of On Demand Performance Report indicated there were six patients discharged from the MHCB that were referred for danger to self and did not transfer to a higher level of care. Supervisory review of the discharge safety plans has been challenging for SVSP due to the current and persistent staffing crisis and not having a MHCB Supervisor. A MHCB Supervisor is scheduled to start at the end of March 2023.

On February 2, 2023, an email from HQ MH QM indicated that CAT 13 (MHCB/PIP: Supervisory Review of MHCB/PIP Discharge Safety Plans) has been paused so that the Suicide Prevention team can roll out the new safety planning training. At this time, this pause has not been lifted.

## Section III: Alternative Housing

SVSP's local operating procedure (LOP) 411, Housing of Inmate-Patients Pending MHCB Transfer/Release (Alternate Housing) designates cells in D2 A-Pod cells 105-110 as the first

priority for alternative housing, as required by statewide policy. During the onsite review, there were no patients in alternative housing.

From January 1 to January 31, 2023, there were 54 referrals to MHCB. A review of On Demand indicated SVSP was 100% compliant for timely transfers to MHCB for all referrals during this time.



## Section IV: Suicide Risk Management Program (SRMP)

SVSP's LOP 401 *Suicide Risk Management Program* addresses the SRMP. At the time of this review, On Demand report noted 48 patients were included in the program which includes 16 that are categorized as *currently in the program* and 26 categorized as *being placed in the program*. There were no patients met criteria but were not included.

## Section V: Discharge Custody Checks

SVSP began utilizing the SPRFIT Reboot tools in January 2023 and identified the Discharge Custody Checks as an improvement project. Staff met on February 1, 2023 to discuss a new process. The process will include the CIT staff completing all 5 days of the follow ups when possible. The MHPC's will collect the 7497s each day when discontinued and place in a designated binder at the front entrance. An AGPA or designee will pick up the forms daily and scan and email to the HCAU AW as well as audit the forms. The mental health deficiencies will be provided to the CMH for follow up and the HCAU AW will follow up with custody deficiencies.

SVSP most recent completed internal audits of Discharge Custody Checks (MH-7497s) for January 2023.

### Custody Inpatient Discharge Checks Audit

| | MEASUREMENT AREA | # Pass | # Fail | # Total | % Compliance |
|---|---|---|---|---|---|
| 1 | Section I Complete | 37 | 13 | 50 | 74.0% |
| 2 | Section II Complete | 67 | 39 | 106 | 63.2% |
| 3 | Checks Discontinued After At Least 24 Hours | 40 | 10 | 50 | 80.0% |
| 4 | Checks Discontinued After No More Than 72 Hours | 40 | 10 | 50 | 80.0% |
| 5 | Section III Complete | 30 | 20 | 50 | 60.0% |
| 6 | 1st Entry Upon Arrival to Unit Complete | 28 | 22 | 50 | 56.0% |
| 7 | 30-Minute Checks | 25 | 25 | 50 | 50.0% |
| 8 | Supervisor Review | 17 | 33 | 50 | 34.0% |
| | Overall Compliance for All Audit Elements | 284 | 172 | 456 | 62.3% |

The Region II MHCT Lieutenants were informed of the compliance results for review and follow up.

## Section VI: Local SPRFIT Committee

SVSP's LOP 400 *Suicide Prevention* addresses institutional suicide prevention and response procedures and identifies the procedures to initiate when inmate-patients report bad news during various settings.

The HQ SPRFIT Coordinator reviewed SVSP's monthly SPRFIT minutes over the last three months. There was participation of all members, including custody, nursing and mental health and quorum was achieved in all minutes reviewed. SVSP began to utilize the Reboot process and format in January.  January minutes were uploaded and reviewed. The minutes included identified areas of improvement work, system surveillance, discussion regarding priorities and project pipeline.   Due to COVID 19 precautions and SVSP not having a designated SPRFIT Coordinator, the Inmate Family Council (IFC) and Inmate Advisory Council (IAC) meetings have not been attended since September 2021.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals.

|  | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Emergent MHPC Consult | 104 | 3.4 | 95% |
| Urgent MHPC Consult | 29 | 23.5 | 41% |

Three out of the 104 Emergent MHPC Consult orders were completed timely during the month of January.  One order was placed at 1954 hours due to results of the ASU Prescreen and the patient was subsequently placed in alternative housing and a SRASHE was completed the next morning.  The other two patients were seen for CITs and the SRASHE was completed timely, however the SRASHE orders were not placed.  Seventeen of the 29 Urgent MHPC Consults were not completed within the 24-hour timeframe.  None of the urgent consults that were delinquent had an identified reason selected as danger to self or self harm behavior.

## Section VIII: Suicide Risk Evaluations

A review of the On Demand Performance Report for January 2023 indicated that SVSP had a compliance rate of 90% for completion of required suicide risk evaluations.  The majority of the non-compliant SRASHEs are those that are to be completed every 90 days after a discharge or rescinded from MHCB for the following year.  Due to extreme staffing shortages, 90 day follow up SRASHEs fall lower on the Treatment Activity Hierarchy noted previously.

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 284 | 9.4 | 90% |
| SRE after Em.Consult (except PIP) for Suicidality | 75 | 20.4 | 95% |
| SRE after Em.Consult (except PIP) for Suspected OD | 2 | 0.0 | 100% |
| SRE at MHCB Clinical Discharge (admitted for a | 17 | 1.0 | 94% |
| SRE at MHCB referral | 42 | 0.0 | 100% |
| SRE upon arrival from Acute/ICF | 10 | 68.7 | 60% |
| SREs after rescinded MHCB referral | 80 | 3.3 | 91% |
| SREs following MHCB Discharge (admitted for suicid | 58 | 2.9 | 79% |

## Section IX: Emergency Response

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:** During 2022 there were two suicides that occurred at SVSP. As a result of the reviews, Quality Improvement Plans (QIP) were generated including six for SVSP mental health.

| QIP | Action | Update/Status |
|---|---|---|
| #1. (first case) Patient was not seen within program guideline timeframes. | Due to critical staffing shortages, SVSP has been forced to triage and prioritize treatment services according to the Treatment Hierarchy Memo. | SVSP continues to endure critical staffing shortages and utilizes the Treatment Hierarchy Memo to prioritize treatment. SVSP continues to hold groups and identify the most out to date IDTTs. |
| #1. Problems with treatment planning | Training was provided to staff. Program Supervisor will provide ongoing training once a week for all MHPCs and at least once per quarter, treatment planning will be reviewed and covered as a training topic. | SVSP continues to monitor and provide training |
| #2 Documentation in MHPC progress note indicated that a discussion for elevation of LOC would be held, however there was no documentation evidencing follow up. | Training was provided to all staff. | Outpatient MHPC progress notes were not reviewed as part of this review. |
| #3 LOC change possibly premature | Training was provided to the identified staff member. | Unable to assess updates |
| #4  Pt was not seen within | Due to critical staffing shortages, | SVSP continues to endure critical |

| program guidelines | SVSP has been forced to triage and prioritize treatment services according to the Treatment Hierarchy Memo. | staffing shortages and utilizes the Treatment Hierarchy Memo to prioritize treatment. SVSP continues to hold groups and identify the most out to date IDTTs. |
| --- | --- | --- |
| #5  Inadequate file review and reliance on patients report led to underestimation of risk | Training was provided to all staff. The training coordinator will provide monthly audit feedback on SRASHEs by MHPCs to the CMH. | Training coordinator provides alerts to CMH regarding MHPC who have difficulty with SRASHEs.  Sr. Supervisor starting the end of March. |

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for January 2023, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning Intervention: 100%
- SRE Mentoring: 83%
- Suicide Risk Management Program: 100%
- Annual IST Suicide Prevention (as of December 31, 2022):
  - Custody:  96%
  - Healthcare:  90%
  - Mental Health:  93%

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was not observed.

## Section XI: Receiving and Release (R&R) Screening

I observed one R&R screening during the on-site review.  The screening was held in a confidential space with the door closed. The nurse established rapport with the patient and asked all questions.  Suicide Prevention Posters in both Spanish and English were posted in the nursing offices and the R&R intake area.

## Section XII: Reception Center Processing

SVSP does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

I did not observe any CIT calls during my visit.  At this time, SVSP has designated mental health coverage six of seven week days.  Only Thursdays have no designated CIT staff available.  Nursing and custody staff recently completed training to ensure correct documentation is submitted. January's data indicated that 21 CIT's occurred and only in one CIT occurrence, nursing staff was missing. All other CITs included the correct composition of the team.  The current CIT Reporting

Tool is not accurately accounting for Licensed Clinical Social Workers nor Sergeants.  An update was made to the reporting tool on February 22, 2023 to accept the Sergeant position as one of the appropriate CIT team members.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

**Table 1.  Status of CAPs Generated by Lindsay Hayes Visit: March 2022**

| *CAP* | *Progress* |
|---|---|
| Timely 5 Day Clinical Follow Ups not completed in all cases | Some |
| Inadequate compliance rate for required SRASHEs for emergent/urgent referrals | Substantial |
| Problematic MHCB IDTTs- uneven case presentations | Substantial |
| Low compliance rates of discharge custody checks by clinical and custody staff | Minimal |
| Quorum was not achieved in the SPRFIT meetings | Substantial |
| CIT did not include all required team members/pt not on 1:1 observation while awaiting CIT team arrival | Substantial |
| Inadequate nursing round of suicidal MHCB patients | Substantial |
| Inconsistent authorization of issue and privileges for MHCB patients | Substantial |
| No MHCB supervisory review of safety plans completed | Minimal |

## Previously assigned CAPs from the Region II SPRFIT Reviews

**Table 2.  Status of CAPs Generated by Region II SPRFIT Visits: August 2021**

| *CAP* | *Progress* |
|---|---|
| Create an action plan that ensures that issue and observation orders are justified within the documentation in daily MHPC/MHMD Inpatient Progress Notes. | Some |
| Create an action plan to discontinue the practice of maintaining suicide precaution observation for all patients until MHCB discharge if they have no restrictions on issue and privileges. | Some |
| Create an action plan to re-examine the methodology for auditing nursing rounds. Specifically, ensure that auditing includes verification that rounds are staggered, are completed timely, and occur in real time. | Substantial |

| Status of CAPS Generated by Lindsay Hayes Visit & Region II SPRFIT Visit: March 2022 | |
|---|---|
| Create an action plan for the MHCB Supervisor or designee to complete reviews of discharge SRASHEs within guidelines of the memo dated 3/10/2020, *Supervisory Review of Mental Health Crisis Bed Discharge Safety Plans* | **None** |
| Create an action plan to address the 7497 Discharge Custody Welfare Check to address low compliance on page 1 and page 2 of the 7497 form. In addition, create an action plan to address missing Discharge Custody check packets | **Some** |

## Section XV: Assignment of Corrective Action Plans and Recommendations
## Conclusions/Comments

## CONCLUSION

Based upon this review, no additional CAPS are being requested. It is recommended that the focus on improvement continue to include the CAPs previously assigned in Table 1 and Table 2 noted above. The open CAPs shall be updated on the CAP SharePoint by the 15th of each month until closed by SVSP.

The below recommendation is a concern not rising to the level of a CAP that will be re-assessed at the next on-site review:

- Include all assigned HQ and Hayes' CAPs as agenda items and discuss the status and progress during the SPRFIT meetings.

Exhibit B

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

# MEMORANDUM

| | |
|---|---|
| **Date:** | April 12, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | Heather Stahl, Ph.D. <br> Senior Psychologist Specialist <br> HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **CALIFORNIA MENS COLONY - HQ SPRFIT COORDINATOR REVIEW** |

On March 14, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator for Region II conducted a review at California Men's Colony (CMC). I was accompanied by Region II Mental Health Compliance Team (MHCT) Lieutenants, Frank Hodson and Ruben Loza.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be provided to the Statewide SPRFIT committee for review and follow-up.

Should you have any questions or require further clarification, please contact me at (916) 956-3406 or heather.stahl@cdcr.ca.gov

## Institutional Updates

At the time of the visit, CMC had a functional vacancy rate of 50% for psychologists and 18% for licensed clinical social workers. CMC currently has an acting SPRFIT Coordinator who among her other duties as the Quality Management Specialist, is completing the duties of the SPRFIT Coordinator.

## Section I: Restricted Housing Unit

**Second Watch Partnership Huddle**: Partnership huddle was not observed due to conflicting priorities during the visit.

**Psychiatric Technician (PT) Rounds:** Psych Tech rounds were not observed due to conflicting priorities during the visit.

**Intake Cells:** During the time of the review, CMC has 16 designated intake cells which are retrofitted and found to be suicide resistant.

**Entertainment appliance**: There were 28 patients on 21-day intake status and two patients on the 72-hour intake status. All patients were appropriately housed in intake cells. Each occupied intake cell had a sign on the door which noted the patient's arrival date, end date and whether an electronic appliance was provided. Five patients did not possess an entertainment appliance. Both patients on the 72-hour intake and three patients on the 21-day status did not have entertainment appliances.

**Welfare Check Completion (Guard One):** During the review, an officer conducted guard one checks. He was observed looking into each cell prior to moving on to the next cell.

**ASU Screening (Pre-placement):** ASU Pre-placement screenings were not observed.

A review of On Demand Performance Report indicated that CMC was 92% compliant for completing ASU Pre-placements within required timeframes during February 2023.

A review of On Demand Performance Report indicated that CMC was 100% compliant for completing ASU Screening Questionnaires within required timeframes during February 2023.



## Section II: Inpatient Units

**Suicide-resistant cells:** CMC has one licensed MHCB consisting of 50 beds. All MHCB cells are retrofitted in compliance with statewide policy. Since April 2021, 12 of the beds in the unit were designated flex beds and house patients at the Acute level of care. The census in the MHCB was 29 as well as nine acute patients on the day of my visit.

**Interdisciplinary Treatment Teams (IDTT):** Two routine IDTTs were observed.  All required members were in attendance and active participants.  The primary clinician presented a clinical summary, previous self-harm history, observation and issue orders status, privileges offered/provided, and treatment planning and treatment progress were discussed.  Each patient's triggers to SI/self-harm and safety plans were discussed as well as the safety interventions that have been implemented.  This is a tremendous improvement from past visits.

**Quality of Safety Planning**: A new Safety Planning Training rolled out statewide in February 2023.  Safety Planning was removed from CAT audit #7 as a result of this new training.  A new CAT audit specifically for safety planning is currently being developed but has not yet been released to the field, therefore there is no data to review at this time.

Review of the quality of five safety plans for inpatient discharge Suicide Risk and Self Harm Evaluation (SRASHE) has been suspended to allow institutions to train all staff on the new model.

**Suicide Watch and Suicide Precaution:**  There were 38 patients housed in the MHCB and in the flex beds (Acute) at the time of the on-site review.  There were three patients on a suicide watch and seven patients were on suicide precaution status.

A review of the Mental Health Observation Reporting Tool indicated that from February 1 to February 28, 2023, CMC was at 97.5% compliance for timely completion of suicide precaution rounds and at 88.3% compliance for timely completion of suicide watch rounds for patients housed in the MHCB.  This metric is monitored monthly by regional nursing staff.  The tool was updated mid February to capture paper charting for suicide watch completed by custody staff.  This should enable CMC to capture the correct compliance going forward on this metric.  CMC's SRN IIs are completing weekly drill downs to address any compliance issues and additional rolling carts have been purchased to provide nursing staff the resources to continue to complete timely checks.

**Observation and Issue Orders:** Issue orders on the doors were reviewed for patients in the MHCB/PIP.  Patients had up to date orders posted on the door and the property allowed matched the level of observation.  Tier walks indicated patients had property and clothing in compliance with statewide policy.  Documentation was reviewed for ten patients housed in the MHCB.  The review indicated that there was adequate clinical justification documented for the observation level and limited issue.

**Privileges:**  A review of 144-As for MHCB and PIP patients indicated that patients were being offered RT yard, showers and phone calls.

**Clinical Discharge Follow-Ups:**
A review of the On Demand Performance Report for February 2023 indicated that CMC was 99% compliant for completion of 5 Day Follow Ups.  In one of the 165 follow ups completed during the month, the 4th day of the five day was missed.



20.1 Timely Clinical Discharge follow-ups

99% (165)

**MHCB Supervisor Review of Discharging Safety Plans:** A review of On Demand Performance Report indicated there were 52 patients discharged from the MHCB that were referred for danger to self and did not transfer to a higher level of care. Supervisory review of the discharge safety plans was reviewed in 45 cases during the months of January 2023. On February 2, 2023, an email from HQ MH QM indicated that CAT 13 (MHCB/PIP: Supervisory Review of MHCB/PIP Discharge Safety Plans) has been suspended until October1, 2023, pending the roll out of the new safety planning training.

## Section III: Alternative Housing

CMC's MH OP 3035, *Mental Health Crisis Bed (MHCB) Alternative Housing* outlines their alternative housing process and specifies a prioritized alternative housing location list. The alternative housing cells are located on Facility D, Building 7.

During the month of February 2023, there were 53 referrals to MHCB. A review of On Demand Performance Report indicated CMC was 100 % compliant for timely transfers to the MHCB or MHCB recissions for all referrals during this timeframe.

## Section IV: Suicide Risk Management Program (SRMP)

At the time of this review, On Demand report noted 78 patients were included in the program which includes 54 that are currently in the program and 24 categorized as being placed in the program. Four patients met criteria but were not included, three patients were discharged from MHCB three or more times recently.

I reviewed 12 of the 78 patient's charts who were identified as currently placed or being placed in the SRMP. Of the 12 charts reviewed three Master Treatment Plans (MTP) categorized patients identified as currently placed in the SRMP incorrectly as "N/A" not being placed in the SRMP.

## Section V: Discharge Custody Checks

CMC is completing monthly audits of Discharge Custody Checks (MH-7497s) as required by statewide policy. CMC has focused on improvements for this metric. Previous months indicated a compliance of: November (99%), December (92%), January (97%), February (91%). In recent months, areas with low compliance have been the 30 Minute Checks and Supervisor Review.

## Compliance Trend:

| CDCR MH-7497 Metric | 2022 | | | | | | | | | | | | 2023 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb |
| Section I | 88.9% | 100.0% | 100.0% | 100.0% | 100.0% | 87.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Section II | 71.8% | 88.2% | 91.8% | 92.9% | 93.5% | 90.6% | 100.0% | 100.0% | 100.0% | 100.0% | 88.9% | 100.0% | 100.0% | 100.0% |
| Checks Discontinued - 24 Hrs. | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 91.3% | 100.0% | 100.0% | 100.0% | 100.0% | 94.7% | 100.0% | 100.0% | 100.0% |
| Checks Discontinued - 72 Hrs. | 96.3% | 100.0% | 100.0% | 100.0% | 100.0% | 95.7% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Section III | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| 1st Entry Upon Arrival to Unit | 92.9% | 92.3% | 97.2% | 100.0% | 100.0% | 100.0% | 96.0% | 96.7% | 87.5% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| 30-Minute Checks | 57.1% | 84.6% | 86.1% | 81.8% | 90.5% | 87.0% | 92.0% | 86.7% | 87.5% | 100.0% | 100.0% | 81.5% | 77.8% | 68.4% |
| Custody Supervisor Review | 50.0% | 84.6% | 91.7% | 86.4% | 85.7% | 78.3% | 80.0% | 86.7% | 93.8% | 100.0% | 100.0% | 70.4% | 94.4% | 63.2% |
| Overall Compliance | 79.0% | 91.7% | 91.3% | 96.2% | 95.3% | 90.6% | 93.6% | 96.3% | 96.2% | 100.0% | 99.4% | 92.4% | 96.5% | 91.7% |
| Benchmark | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% |

**CMC - Custody Inpatient Discharge Checks Audit (Feb. '23)**

| | MEASUREMENT AREA | # Pass | # Fail | # Total | % Compliance |
|---|---|---|---|---|---|
| 1 | Section I Complete | 19 | 0 | 19 | 100.0% |
| 2 | Section II Complete | 24 | 0 | 24 | 100.0% |
| 3 | Checks Discontinued After At Least 24 Hours | 18 | 0 | 18 | 100.0% |
| 4 | Checks Discontinued After No More Than 72 Hours | 19 | 0 | 19 | 100.0% |
| 5 | Section III Complete | 19 | 0 | 19 | 100.0% |
| 6 | 1st Entry Upon Arrival to Unit Complete | 19 | 0 | 19 | 100.0% |
| 7 | 30-Minute Checks | 13 | 6 | 19 | 68.4% |
| 8 | Supervisor Review | 12 | 7 | 19 | 63.2% |
| | Overall Compliance for All Audit Elements | 143 | 13 | 156 | 91.7% |

## Section VI: Local SPRFIT Committee

CMC began to implement the new SPRFIT Reboot process in January 2023. SPRFIT minutes are being uploaded to the new SharePoint site timely. A review of the last six months committee minutes was completed. Meeting minutes are comprehensive. There is multidisciplinary participation during the committee meeting. Discussion of system surveillance included topics such as suicide prevention training, Diagnostic Screening Review audit, quality of SREs, SRMP patients, and areas with identified needs for improvement.

CMC's SPRFIT Coordinator and/or designee attended an Inmate Advisory Council (IAC) meeting in March, April and November 2022. Discussions in the IAC meeting consisted of questions regarding medication and the Nursing Led Treatment Groups (NLTG). Mental health staff also attended the Inmate Family Council (IFC) meetings in February, June and October 2022.

CMC's OP 10-0006 *Suicide Reduction and Response* is consistent with the current statewide policy. OP 3054 MH *Access for Inmate Patients Receiving Bad News* is consistent with the current statewide memorandum.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the noted below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. During February 2023, CMC was 98% compliant for completion of SRASHEs for Emergent consult orders and 33% compliant for Urgent consult orders.

|  | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 315 | 1.9 | 97% |
| SRE after Em.Consult (except PIP) for Suicidality | 60 | 3.7 | 98% |
| SRE after Ur.Consult (except PIP) for Suicidality | 3 | 119.7 | 33% |

CMC had three urgent consult orders placed during the month of February. Two of the three orders were not compliant. In one instance, a medical patient housed in the CTC was placed on a suicide watch observation Friday evening. The on-call psychiatrist ordered via nursing staff, a MHPC Consult Urgent, however the patient was seen by mental health staff on the following Monday. In the other case, the patient was seen, denied suicidal ideation and a MH Urgent Consult Note rather than a SRASHE was completed.

## Section VIII: Suicide Risk Evaluations

A review of the On Demand Performance Report for the last six months September 1, 2022 to February 28, 2023 indicated that CMC had a compliance rate of 96% for completion of required suicide risk evaluations.



A review of On Demand indicated below the compliance numbers for completion of required SRASHEs from September 1, 2022 to February 28, 2023:

|  | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 2258 | 1.7 | 96% |
| SRE after Em.Consult (except PIP) for Suicidality | 363 | 1.5 | 98% |
| SRE after Em.Consult (except PIP) for Suspected OD | 1 | 0.0 | 100% |
| SRE after Ur.Consult (except PIP) for Suicidality | 9 | 39.9 | 78% |
| SRE at MHCB Clinical Discharge  (admitted for a | 388 | 3.7 | 87% |
| SRE at MHCB referral | 293 | 0.2 | 97% |
| SRE prior to clinical discharge from PIP. | 3 | 8.0 | 0% |
| SRE upon arrival from Acute/ICF | 27 | 12.4 | 93% |
| SREs after rescinded MHCB referral | 391 | 2.7 | 98% |
| SREs following MHCB Discharge (admitted for suicid | 783 | 0.0 | 99% |

CMC was 98% compliant for completion of a SRASHE for all 391 patients whose MHCB LOC was

rescinded. This number includes those patients that require follow up SRASHEs complete every 90 days for a year after a MHCB recission as well as patients initial SRASHE upon recission. Four patients flagged as deficient including three where the initial recission SRASHE was initiated on time, however the form was signed and completed on a later date.  In one instance a 90 day follow up SRASHE was completed two days after the due date.   A random sample of the SRASHEs for the rescinded patients demonstrated adequate clinical justification for the rescissions.  Three SRASHEs were flagged as delinquent for completion prior to discharge from PIP.  In all cases, the patients were discharged from Atascadero State Hospital, which does not utilize the same medical record system.

## Section IX: Emergency Response

**Suicide Case Review Quality Improvement Plan (QIP) Follow Up**

Four suicides occurred at CMC during 2022.  As a result of the review, three of the suicides generated six Quality Improvement Plans (QIPs) for CMC's mental health team.

| Problem | Quality Improvement Plan | Current Status |
|---|---|---|
| **QIPS generated from the suicide on March 7, 2022** | | |
| 2. In August 2021, patient was seen for MHPC Consult in response to a staff referral that was submitted in response to his urinating on the floor in the game room and not seeming to understand why such behavior was inappropriate.  This behavior occurred only two days prior and during the session, Mental Status Exam indicators suggested a possible thought disorder episode.  This note acknowledged the patient's own tendency to minimize his problems.  Yet despite the totality of this clinical picture, there was no documentation of adequate follow up plan targeting the concerns identified in the referral | CMC shall review this concern to determine the reasons for lack of appropriate clinical follow up/interventions to address the identified clinical concerns.  Based on the result of this review, the CMH shall determine best course of action, which, at minimum can include training to the identified clinician to address the issues outlined in this concern. | Training was provided for all EOP MHPC's which addressed referrals for odd behavior, the revision of goals and interventions at the patient's first IDTT and individualized treatment goals. |
| 3. MHPC Progress notes indicate that between 1.20 and 2.22.2022, the patient was seen only at cell front and was not offered any confidential contacts because of COVID-19 protocol.   However, there was no statewide mandate during that time that required contacts to be completed at cell front and while the institution did provide Program Status Reports, those PSRs indicated that priority ducats would be honored. Additionally, there were no notes in the chart indicating that there was any consultation completed with a supervisor regarding the patients care, which the institution also reported was designed to be part of the process. | CMC shall review this incident and provide documentation outlining how this concern was addressed and ensure that inmates are afforded confidential clinical opportunities in the future.

Additionally, CMC shall review their local practices regarding supervisory consultations to ensure they are aligned with local direction regarding oversight of patient care. | Discussion of high risk patients takes place in daily EOP huddles, EOP Supervisors continue to ensure staff offer confidential contacts to all patients not in quarantine or isolation. Training was provided to staff regarding documentation in notes that confidential contacts were offered as well as the response if the patient refused the confidential setting.

Huddles are provided 2x daily to provide consultation opportunities and individual and group supervision is provided to appropriate unlicensed staff. |

| | | |
|---|---|---|
| 4. The patient was seen on September 17, 2021 and December 21, 2021 by the DDP Psychologist to assess his cognitive functioning and adaptive support needs.  Documentation from both contacts indicated that the patient would receive follow up appointments to complete the CASE in order to determine inclusionary criteria for the DDP.  However it appears the patient did not receive follow up appointments and the CASE was not completed. | CMC shall review the DDP referral process, and propose a detailed plan of action that will ensure DDP referrals are addressed within the required 21-day timeframe. | An additional staff has been hired for DDP full time bringing the total to 2 DDP clinicians and a ½ time Sr. Specialist assigned to DDP CASE assessments.  ASU Supervisor and DDP Coordinator trained ASU clinical staff to conduct required weekly DDP contacts so DDP Coordinator has more time to devote to CASE assessments.  Facility specific supervisors now screen DDP 7362's so that the DDP Coordinator is only required to respond to appropriate DDP referrals. |
| 5. Between September 2021 and March 2022, psychiatry individual appointments or contacts were not timely.  The intervals between one to one psychiatry appointments were considerable longer than that allowed by the program guide.  Even though remedies have been fully implemented, full documentation of discovered deficits and crafted remedies is requires. | CMC will document deficiencies discovered and strategies implemented to prevent reoccurrence. | Psychiatry continues to audit all newly hired psychiatrists completed patient encounters for a period of 3 months.  Psychiatry leadership reports this is not a systemic issue and continues to be compliant in this area. |
| **QIPS generated from the suicide on July 4, 2022** | | |
| 1. CMC: The notes were not individualized from contact to contact over time as noted in the clinical contact notes for the following dates: September 20, 2021, October 5, 2021, October 19, 2021; November 18, 2021 and November 30 2021; and February 22, 2022 and March 8, 2022.  The clinical notes contained exactly the same verbiage in the Current Status of Illness and the Mental Health Assessment sections. In the latter two notes, it included Inmate Colbert's reports of the amount of time he slept and the number of meals he ate and these remained unchanged. The documentation lacked a discussion of Inmate Colbert's treatment progress or psychiatric stability. | Of Note:  CMC conducted an internal review of this death by suicide immediately following the death.  They had identified this issue in their internal review and promptly initiated a corrective action to include: providing training to the identified clinician and reviewing the clinician's weekly documentation.  Further, the authoring clinician sought additional supervisory guidance to identify ways to improve their documentation.  In addition to CMC's swift action to address this deficiency, the following shall occur.  **The CMC CMH or designee shall:**  1) review the authoring clinician's clinical documentation (progress notes) for 10 randomly selected inmate-patients over a 2-month period to determine if the identified deficiency has been corrected. and 2) based on the results of the review, if there are additional deficiencies identified, the CMH shall determine best course of action to address the deficiency. | Chief psychologist met with identified staff on four separate occasions to review documentation.  Feedback was provided.  An additional meeting was held and it was determined that all 10 audited documents had shown improvements and no additional review was indicated. |

| | | |
|---|---|---|
| **QIPS generated from the suicide on July 19, 2022** | | |
| **4. CMC**: Inmate Rivas arrived at CMC on June 21, 2022. Prior to his placement at an outside hospital on July 9, 2022, neither an Initial MHPC Assessment nor an IDTT was completed. Per the Mental Health Program Guide, Correctional Clinical Case Management System, 12-3-8: *"The PC completes a clinical intake assessment within 10 working days of referral/arrival."* Per 12-3-10: *"the individualized treatment plan must be completed within 14 working days of referral/arrival by the PC in consultation with other IDTT members."* | The CMH at CMC shall review the circumstances surrounding this concern and implement a solution that will prevent reoccurrence of missed Program Guide initial treatment timelines. | Training was provided to the identified clinician and all CCCMS staff regarding MHSDS timelines and use of proper forms. As staffing continues to remain an issue, recruitment and retention of staff is a main priority.

Over the last six months, September 1 to February 28, 2023 On Demand Performance Report indicates a 60% overall compliance of timely IDTTs. Initial IDTT compliance is at 34% and routine IDTTs at 67%. Staffing shortages has impacted this metric. |
| **NO MH QIPS were generated from the suicide on November 26, 2022** | | |

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for February 2023, as well as information obtained from CMC, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 99%
- Safety Planning Intervention: 16%
- SRE Mentoring: 87%
- Suicide Risk Management Program: 100%
- Annual IST Suicide Prevention (as of February 28, 2023):
  - Custody: 25%
  - Mental Health: 10%
  - Nursing: 23%

CMC has developed a plan to address the low SRE Mentoring training compliance. Due to the staffing shortages at CMC, the current proctors will proctor the CMH and program supervisors so that they can be more actively involved in training their staff. After the supervisors are trained, the program supervisors either will proctor directly or will be the responsible parties for organizing the proctor with staff.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was not observed.

## Section XI: Receiving and Release (R&R) Screening

R & R screenings were not observed during this visit.

## Section XII: Reception Center Processing

CMC does not have a reception Center

## Section XIII: Crisis Intervention Team (CIT)

No CIT calls were observed during this visit.

A review of the CIT Reporting Tool indicated there were 71 events at CMC in the month of February. CITs with nursing documentation present occurred in 97% of the events. One hundred percent of the CIT events included the correct composition of team members.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

See Appendix A: CMC's current status of CAPs generated by Lindsay Hayes Site Review on December 7-8, 2021.

See Appendix B: Status Regarding Compliance with Outstanding Recommendations in Lindsay Hayes' October 2022 Report

Below are the CAPs generated by previous HQ SPRFIT Coordinator Site Reviews

| CAPs from 2021 Review | *Progress* |
|---|---|
| 1. Create an action plan that ensures that justification for issue and observation orders are noted in the daily progress notes. Review with the MHCB clinicians the requirement to document daily justification for issue, observation and privilege orders. | **Closed/Completed 3/23** |
| 2. Create an action plan that ensures patient issue orders are consistent with policy and include only clothing items that are all permitted at the patient's level of observation, unless rationale is documented. | **Closed/Completed 12/22** |
| 3. Create an action plan and review with MHCB clinicians how safety planning should begin with the patient at the onset of admission and throughout their stay in the MHCB. The safety plan should be specific, individualized and discussed at the patient's IDTT. | **Closed/ Completed 3/23** |
| 4. Create an action plan and review with the MHCB clinicians the CQIT audit criteria for IDTTs as well as discussing safety plans, issue and observation, privileges, i.e., showers, phone calls, programming, etc., within the IDTT meeting. | **Closed/Completed 3/23** |

| | |
|---|---|
| 5.   Create an action plan for the MHCB Supervisor or designee to complete reviews of MHCB discharge SRASHEs within guidelines of the memo dated 3/10/2020, Supervisory Review of Mental Health Crisis Bed Discharge Safety Plans. | **Closed/Completed  6/22** |

| **CAPs from 6/2022 Review** | **Progress** |
|---|---|
| 6.   Create an action plan to ensure that patients housed within the MHCB/PIP are offered yard time and documented within the 114s | **Closed/Completed  12/22** |
| 7.   Create an action plan to ensure that supervisory review of the 7497 Discharge Custody Checks are being completed | **Closed/Completed  12/22** |

| **Recommendation from 6/2022 Review** | |
|---|---|
| 1.   It is recommended that CMC should identify whether or not the 1:1 suicide watch observer not conducting direct and continuous observation of the patient is indicative of a systemic problem and determine the best course of action. | **Completed** |
| 2.   Incorporate the compliance of nursing staff's participation in the MHCB IDTTs within the current audit being completed to ensure CQIT criteria are being met. | **Completed** |

| **CAP from 12/22 Review** | |
|---|---|
| 1.   CMC nursing staff shall develop a corrective action plan to ensure that IST Suicide Prevention Training compliance for nursing staff is reached in 2023 | **In progress** |

# Section XV: Assignment of Corrective Action Plans and Recommendations

## CONCLUSION

As a result of this review, and in consultation with regional representatives from custody, the following CAPs are assigned.

    1) Custody staff to ensure loaner radios are provided to ASU inmates who are on intake and 21 day status.

    2) Custody staff to create a plan to ensure the 30-minute checks and supervisor review are being completed timely on the 7497 form.

Focus should remain on the five most recent Hayes' CAPs (Appendix A) as well as maintaining compliance on the previously identified closed HQ SPRFIT Coordinator Site Review CAPS.

All of CMC's CAPs marked as "closed/completed" are considered closed at this time.  Subsequent HQ SPRFIT Coordinator reviews will continue to monitor compliance in each of the previously identified areas.

Should you have any questions or require further clarification, please feel free to contact me at Heather.Stahl@cdcr.ca.gov.

Addendum: Appendices A and B

**Appendix A: CMC's Status Regarding CAPs Listed in Lindsay Hayes' October 2022 Report**

| Focus of Remediation | Specific Language About Deficiency | Status |
|---|---|---|
| Observation Levels | It should also be noted that this reviewer examined the medical charts of several MHCB patients who continued to express SI during their placement but remained on regular 15-minute nursing checks rather than Suicide Precaution status (pg 191). | Records reviewed during this audit found that patients expressing SI had an order for SP status |
| MH Referrals and SREs | A sample EHRS review of 44 emergent/urgent mental health referrals for SI/behavior revealed that clinicians completed the required SRASHEs in only 86 percent (38 of 44) of the cases. Most of the deficiencies were noted in urgent referrals (pg 192). | On Demand performance Report indicates Feb 23 compliance of 98% for emergent and 33% for Urgent.  See section VII above for details |
| IDTT Meetings | Overall, although there was good treatment team representation, each of the four meetings (involving varying clinical staff) held on December 8 was very problematic, with uneven case presentations and higher level of care discussions, as well as inadequate discussion regarding both suicide risk and safety planning to reduce further recurrence of SI in two of the cases. The MHCB supervisor attended all of the observed IDTT meetings and attempted to resuscitate the case presentations on December 8. The nursing staff represented at each meeting was not asked, nor offered, any input during any of the meetings (pg 192). | IDTTs during this review covered required topics such as safety planning, suicide risk, privileges offered, HLOC discussion and all members contributed to the discussion. |
| Discharge Safety Plans | Pursuant to CDCR's "Supervisory Review of Mental Health Crisis Bed Discharge Safety Plans" directive (effective March 10, 2020), this reviewer requested data regarding MHCB supervisory review of all discharge SRASHEs and safety plans for patients released from the MHCB from April through November 2021. This reviewer's examination of the data found problems with untimely supervisory review. For example, discharge SRASHEs are required to be completed prior to or during the anticipated discharge IDTT meeting, and the examination found that all of the supervisory reviews from April through September were occurring well after the IDTT meetings, and there was no documentation of any supervisory review of discharge SRASHEs completed in October and November 2021 (pg 192-193). | 52 pts were discharged in Jan and 45 safety plans were reviewed by the supervisor prior to the suspension. |

| Custody Discharge Checks | This reviewer was presented with documentation of 111 cases of patients discharged from a MHCB or alternative housing placement who remained at CMC and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from June through November 2021. Five cases were subsequently excluded from review because the patients were returned to the MHCB or alternative housing. The review found that only 86 percent (of the 106 cases) had Page 1 "Discharge Custody Check Sheet" (MH-7497) forms completed correctly by mental health clinicians, with most errors attributable to clinicians not completing the first day of the form. When completed correctly, a vast majority of the custody checks were recommended for 24 hours by clinicians. In addition, only 88 percent of the "custody check" forms (Page 2) were completed correctly by correctional staff at 30-minute intervals, with most errors attributable to gaps in observation (pg 193). | Previous months indicated a compliance of: November (99%), December (92%), January (97%), February (91%). In recent months, areas with low compliance have been the 30 Minute Checks (68%) and Supervisor Review (63%). |



**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**



**Appendix B: CMC's Status Regarding Compliance with 15 Outstanding Recommendations in Lindsay Hayes' October 2022 Report**

| Hayes' Outstanding Recommendations that remain open frA2:C15om his October 2022 Report | Status | Comments |
|---|---|---|
| No. 3: IST Suicide Prevention training compliance | Nursing below compliance in 2022 | Year 2022- Custody- 96%, MH-94%, Nursing-88%.  March 1, 2023- Custody-25%, MH- 10%, Nursing- 23% |
| No. 7: Confidenitality of nursing screens in R&R | Compliant | |
| No. 8: Nurse and officer safety during R&R screenings | Compliant | |
| No. 9: SRE Mentoring program compliance | Non Compliant | Feb 23 data indicates 87% compliance |
| No. 10: Auditing SRE quality | Compliant | |
| No. 12: Completing SREs for urgent/emergent referrals for DTS | Partially Compliant | Feb 23 data indicates 98% compliance for Emergent and 33% compliance for Urgent referrals. Urgent referrals (N=3) 2 were not compliant. One patient was seen timely, denied SI, and a SRASHE was not completed. |
| No. 13: Use of retrofitted cells in first 72 hours of ASU placement | Compliant | |
| No 17: Completing safety plans, supervisory audits of safety plans | Compliant | |
| No 18: Safety Planning training compliance | Partially Compliant | Safety Planning training rolled out in Feb 23.  Institutions have 90 days from HQ training to implement process |
| No 20: Audit psych tech practices in ASU | Compliant | |
| No 21: Using only suicide precatuion and suicide watch for suicidal patients | Compliant | |
| No 28: Accurate completion of page 2 of the "Discharge Custody Check Sheet" | Non Compliant | February -91% overall compliance.  In recent months, areas with low compliance have been the 30 Minute Checks (68%) and Supervisor Review (63%). |
| No 29: Accurate completion of page 1 of the "Discharge Custody Check Sheet" | Compliant | |
| No 31: Achieving quorum for SPRFIT meetings, incomplete local policies | Compliant | |
| No. 32: Privileges for MHCB inmates, Continuous Quality Improvement Audit, Reception center Screening | Compliant | |

Exhibit C

## CALIFORNIA CORRECTIONAL
## HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | April 15, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | Heather Stahl, Ph.D. |
| | Senior Psychologist Specialist |
| | HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **CALIFORNIA HEALTH CARE FACILITY - HQ SPRFIT COORDINATOR REVIEW** |

On March 29, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator for Region II conducted a review at California Health Care Facility (CHCF). The Region II Mental Health Compliance Team (MHCT) Lieutenants, Frank Hodson and Ruben Loza and Regional Nursing Consultants were consulted during the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be provided to the Statewide SPRFIT committee for review and follow-up.

Should you have any questions or require further clarification, please contact me at (916) 956-3406 or heather.stahl@cdcr.ca.gov



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## Institutional Updates

CHCF continues to have a severe mental health staffing shortage.  The MHCB currently has no state service employees.  CHCF MHCB has three full time contract psychologists, two contact psychologists who each work three days a week and one contract psychologist working one day a week, for a total of 4.75 staff.  When all beds are open, staffing is allotted for a total of 20 staff.

Nineteen outpatient psychologist positions are allotted with three full time state service employees and one full time contractor currently employed.  An additional contractor works three days a week.  Twelve outpatient social worker positions have been allotted.  CHCF currently has six employed social workers: two are contractors, one is a retired annuitant, and three are state employees.  At this time, the one retired annuitant and one state social worker are set to leave CHCF in the upcoming months.

## Section I:  Restricted Housing Unit

CHCF's Administrative Segregation Unit is currently closed.

## Section II: Inpatient Units

**Suicide-resistant cells:**  CHCF has one licensed MHCB building open (A1A) consisting of 30 beds.  All MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** Two IDTTs were observed.  All required members were in attendance and active participants during both meetings.  The primary clinician presented a clinical summary, observation and issue orders status, privileges offered/provided, previous self-harm history and treatment goals and treatment progress were discussed.  Safety planning and interventions were discussed during one patient's discharge IDTT. The other IDTT was a routine meeting for a patient awaiting PIP transfer and safety interventions were discussed.

**Quality of Safety Planning**: A new Safety Planning Training rolled out statewide in February 2023.  Safety Planning was removed from CAT audit #7 as a result of this new training.  A new CAT audit specifically for safety planning is currently being developed but has not yet been released to the field, therefore there is no data to review at this time.

An updated memo from April 5, 2023, indicated MHCB/PIP supervisors shall develop a procedure to track patient discharges and review of safety plans.  Proof of practice of the tracking and reviewing system will be requested and reviewed during my next site review.

**Suicide Watch and Suicide Precaution:**  There were 28 patients housed in the MHCB at the time of the on-site review.  There was one patient on a suicide watch and eight patients were on suicide precaution status.

A review of the Mental Health Observation Reporting Tool indicated that from March 1 to March 31, 2023, CHCF was at 98% compliance for timely completion of suicide precaution rounds and at 96% compliance for timely completion of suicide watch rounds for patients housed in the MHCB.  This metric is monitored monthly by regional nursing staff.  The tool was updated mid February to capture paper charting for suicide watch completed by custody staff.

**Observation and Issue Orders:** Issue orders on the doors were reviewed for patients in the MHCB/PIP.  Patients had up to date orders posted on the door and the property allowed matched the level of observation.  Tier walks indicated patients had property and clothing in compliance with statewide policy.  Documentation was reviewed for ten patients housed in the MHCB.  The review indicated that there was adequate clinical justification documented for the observation level and limited issue for six patients.

**Privileges:**  A review of 144-As for MHCB and PIP patients indicated that patients were being offered yard, showers and phone calls.

**Clinical Discharge Follow-Ups:**

A review of the On Demand Performance Report for March 2023 indicated that CHCF was 99% compliant for completion of 5 Day Follow Ups.  In one of the 68 follow ups completed during the month, the 4th day of the five day was missed.



**MHCB Supervisor Review of Discharging Safety Plans:**

On February 2, 2023, an email from HQ MH QM indicated that CAT 13 (MHCB/PIP: Supervisory Review of MHCB/PIP Discharge Safety Plans) has been suspended until October 1, 2023, pending the roll out of the new safety planning training. An updated memo from April 5, 2023, indicated MHCB/PIP supervisors shall develop a procedure to track patient discharges and review of safety plans.  Proof of practice of the tracking and reviewing system will be requested and reviewed during my next site review.

## Section III: Alternative Housing

CHCF's MH LOP 1, *Alternative/Temporary Housing* outlines their alternative housing process and specifies a prioritized alternative housing location list. The alternative housing cells are located on Facility C.

During the month of March 2023, there were 14 referrals to MHCB.  A review of On Demand Performance Report indicated CHCF was 93 % compliant for timely transfers to the MHCB or MHCB recissions for all referrals during this timeframe.  One of the 14 patients was over the 24-hour timeline by 1.4 hours due to a transportation delay.  Two of the 14 MHCB referrals were

rescinded.  Both had the required SRASHE completed and provided adequate justification for the rescissions, however only one patient had a completed safety plan.

## Section IV: Suicide Risk Management Program (SRMP)

At the time of this review, On Demand report noted 22 patients were included in the program which includes 13 that are currently in the program and seven categorized as being placed in the program and one as being removed from the program. One patient met criteria but was not included.

## Section V: Discharge Custody Checks

CHCF is completing monthly audits of Discharge Custody Checks (MH-7497s) as required by statewide policy.  Previous months indicated a compliance of: January (86%), February (75%), March (79%).  Areas with low compliance have been the 1st Entry Upon Arrival to Unit Complete, 30 Minute Checks and Supervisor Review.  CHCF has been addressing the deficiencies by providing custody officers training, updating on unit binders, and implementing a process in the event that someone arrives from an outside institution from an inpatient level of care.

### Custody Inpatient Discharge Checks Audit

| | METRIC | # Pass | # Fail | # Total | % Compliance |
|---|---|---|---|---|---|
| 1 | Section I Complete | 25 | 2 | 27 | 92.6% |
| 2 | Section II Complete | 25 | 2 | 27 | 92.6% |
| 3 | Section III Complete | 42 | 3 | 45 | 93.3% |
| 4 | Checks Discontinued After At Least 24 Hours | 26 | 1 | 27 | 96.3% |
| 5 | Checks Discontinued After No More Than 72 Hours | 27 | 0 | 27 | 100.0% |
| 6 | 1st Entry Upon Arrival to Unit Complete | 14 | 13 | 27 | 51.9% |
| 7 | 30-Minute Checks | 7 | 20 | 27 | 25.9% |
| 8 | Supervisor Review | 18 | 9 | 27 | 66.7% |
| | Overall Compliance | 184 | 50 | 234 | 78.6% |

## Section VI: Local SPRFIT Committee

CHCF began to implement the new SPRFIT Reboot process in January 2023.  SPRFIT Minutes are being uploaded to the new SharePoint site timely. A review of the last six months committee minutes was completed.   Meeting minutes are comprehensive.   There is multidisciplinary participation during the committee meeting.  Discussion of system surveillance included topics such as suicide prevention training, Diagnostic Screening Review audit, quality of SREs, SRMP patients, and areas with identified needs for improvement.

CHCF's SPRFIT Coordinator and/or designee attended an Inmate Advisory Council (IAC) meeting in March 2022. Mental health staff also attended the Inmate Family Council (IFC) meeting in September 2022.

OP 18.4 MH *Suicide Prevention* includes procedures regarding patients receiving bad news is consistent with the current statewide memorandum.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. During the first quarter, Jan-March 2023, CHCF was 87% compliant for completion of SRASHEs for Emergent consult orders and 0% compliant for Urgent consult orders.

|  | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 337 | 5.5 | 93% |
| SRE after Em.Consult (except PIP) for Suicidality | 31 | 27.6 | 87% |
| SRE after Ur.Consult (except PIP) for Suicidality | 2 | 438.5 | 0% |

CHCF had two urgent consult orders placed during the month of March.   One included an override comment which was adequately justified, and the other urgent order was a duplicate order placed in error.  In both cases, the patients were seen timely.  Four of the 31 emergent consult orders were flagged as overdue. In two cases, an incorrect order was placed and the other two orders a SRASHE was completed late.  In all four cases, the patients were seen timely by a mental health clinician.

## Section VIII: Suicide Risk Evaluations

A review of the On Demand Performance Report for the last quarter, January 1 to March 31, 2023 indicated that CHCF had a compliance rate of 93% for completion of required suicide risk evaluations.



A review of On Demand indicated below the compliance numbers for completion of required SRASHEs from January 1, 2023 to March 31, 2023:

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 337 | 5.5 | 93% |
| SRE after Em.Consult (except PIP) for Suicidality | 31 | 27.6 | 87% |
| SRE after Ur.Consult (except PIP) for Suicidality | 2 | 438.5 | 0% |
| SRE at MHCB Clinical Discharge  (admitted for a | 129 | 0.0 | 100% |
| SRE at MHCB referral | 32 | 0.0 | 100% |
| SRE prior to clinical discharge from PIP. | 4 | 15.3 | 0% |
| SRE upon arrival from Acute/ICF | 10 | 0.2 | 90% |
| SREs after rescinded MHCB referral | 58 | 0.6 | 90% |
| SREs following MHCB Discharge (admitted for suicid | 71 | 0.5 | 90% |

CHCF was 90% compliant for completion of a SRASHE for all 58 patients whose MHCB LOC was rescinded. This number includes those patients that require follow up SRASHEs complete every 90 days for a year after a MHCB recission as well as patients initial SRASHE upon recission. Five patients flagged as deficient including one where the initial recission SRASHE was signed and completed a day late. A random sample of eight SRASHEs for the rescinded patients demonstrated lack of completion of safety plans in seven cases.  Four SRASHEs were flagging as delinquent for completion prior to discharge from PIP.  In all cases, the patients were discharged from CHCF PIP.

## Section IX: Emergency Response

**Suicide Case Review Quality Improvement Plan (QIP) Follow Up**

No suicides have occurred in 2022 and thus far in 2023.  CHCF's last suicide occurred in April of 2020.

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for February 2023, as well as information obtained from CHCF, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 89%
- Safety Planning Intervention: 86%
- SRE Mentoring: 33%
- Suicide Risk Management Program: 89%
- Annual IST Suicide Prevention (as of March 31, 2023):
  - Custody: 31%
  - Mental Health: 7%

- Nursing: 20%
- CPR Certification
  - Custody: 97%
  - Nursing: 100%

CHCF has developed a plan to address the low training compliance.  CHCF will offer the Suicide Prevention and SRASHE Core Competency Building training one to two times per quarter.  Mental health staff have been assigned mentors and the supervisor emails periodic reminders with optimal deadlines for completion to identified staff.

T4Ts have been trained in the NEW Safety Planning Intervention; all required staff have been scheduled to attend on-site, in-person Safety Planning training.  The last training (for current staff) is scheduled for 04/27.  Additional trainings will be scheduled as needed to accommodate newly-hired staff and/or staff who did not complete training during the initial round of Safety Planning trainings.

In order to achieve SRMP compliance, the SPRFIT will reach out to training coordinators (at minimum) monthly to obtain information as to compliance with completion of SRMP training.  An AGPA and HPS have been assigned to support compliance with trainings on an on-going basis; efforts are being made to get them provisioned to pull LMS IST compliance reports, such that they are able to provide more immediate/real-time updates as to compliance figures and deficient staff for supervisory follow-up.  Supervisors will follow-up with staff identified as deficient to ensure training completion.

IST Suicide Prevention Training – CHCF has a designated AGPA and HPS who have been assigned to support compliance with trainings and pull compliance reports.  The plan for promoting compliance is the same as that for SRMP trainings.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was not observed during this review.

# Section XI: Receiving and Release (R&R) Screening

R & R screenings were not observed during this visit.

# Section XII: Reception Center Processing

CHCF does not have a Reception Center

# Section XIII: Crisis Intervention Team (CIT)

CHCF currently done not have a CIT.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

See Appendix A: CHCF's current status of CAPs generated by Lindsay Hayes Site Review on July 23, 2021.

See Appendix B: Status Regarding Compliance with the 15 Outstanding Recommendations in Lindsay Hayes' October 2022 Report

Below are the CAPs generated by previous HQ SPRFIT Coordinator Site Reviews

**CAPs from 2022 Review**

| Status of CAPs Generated by HQ SPRFIT Coordinator Visit May & September 2022 | |
|---|---|
| **CAPs** | **Progress** |
| 1. Create an action plan for the MHCB Supervisor or designee to complete reviews of discharge SRASHEs. | MHCB supervisor has developed a tracking sheet which includes patient discharges and safety plan reviews compliant with new policy: *Update to the Suspension of Chart Audit Tool 13*, dated April 5, 2023. **Closed 9/22** |
| 2. Create an action plan that ensures patient issue orders are consistent with policy and include only clothing items that are permitted at the patient's level of observation unless rationale is documented. | Weekly audits are being completed by the SPRFIT Coordinator/MHCB Supervisor. CHCF updated their LOP to be congruent with HQ policy regarding allowable items for issue and observation orders. **Closed 3/23** |
| 3. Create an action plan to ensure orders for observation status and issue are updated at least once per calendar day as required. | Weekly audits are being completed by the SPRFIT Coordinator. During this visit, all orders were updated and current. **Closed 3/23** |
| 4. Create an action plan to discontinue the practice of maintaining suicide precaution observation for all patients until MHCB discharge if they have no restrictions on issue and privileges. | Audit results indicate patients discharged from the MHCB are on not on an observation level and no longer remain on suicide precaution status (Q11) upon discharge. **Closed 3/23** |
| 5. Create an action plan to ensure there is documented clinical justification in the MHPC/MHMD daily progress notes for observation status and limited issue as required. | Weekly audits are being completed by the SPRFIT Coordinator. 10 charts were audited, six had adequate justification for both issue and observation levels ordered. **Open** |

6. Create an action plan to address low compliance measures from the Discharge Custody Check Audit.

CHCF has been addressing the deficiencies by providing custody officers training, updating on unit binders, and implementing a process in the event that someone arrives from an outside institution from an inpatient level of care. -**Open**

CAP from September 2022 HQ SPRFIT Review

1. Develop an action plan to ensure that staff are compliant with the mandatory IST Suicide Prevention trainings and mandatory Coleman trainings.

CHCF has a designated AGPA and HPS who have been assigned to support compliance with trainings and pull compliance reports. -**Open**

Recommendations from September 2022 HQ SPRFIT Review

1. Discuss assigned CAPs in monthly SPRFIT meetings and elicit discussion to brainstorm solutions and remedies for CAPs and areas of improvement.

CHCF began implementing the SPRFIT Reboot process in January 23. SPRFIT meetings include discussions regarding CAPs and areas of improvement. -**Completed**

2. Periodically review the SRMP section of the Master Treatment Plan to ensure that specific and measurable goals are included for patients within the SRMP.

Due to severe staffing shortages, MTPs are not always consistently reviewed to ensure measurable goals are included. -**Completed**

3. Ensure that the SRMP is discussed in monthly SPRFIT meeting

SRMP is being discussed in the monthly SPRFIT meeting and updates in the SRMP are emailed to all necessary staff at least once monthly. -**Completed**

4. Complete SRMP training for all delinquent mental health clinicians

February 2023 compliance is 89%. -SPRFIT will reach out to training coordinators (at minimum) monthly to obtain information as to compliance with completion of SRMP training. An AGPA and HPS have been assigned to support compliance with trainings on an on-going basis; efforts are being made to get them provisioned to pull LMS IST compliance reports, such that they are able to provide more immediate/real-time updates as to compliance figures and deficient staff for supervisory follow-up. Supervisors will follow-up with staff identified as deficient to ensure training completion.-**In Progress**

## Section XV: Assignment of Corrective Action Plans and Recommendations

---

CONCLUSION

---

As a result of this review, and in consultation with regional representatives from custody and nursing, the following CAPs are assigned.

1) Ensure that mental health staff attend the Inmate Advisory Council (IAC) and Inmate Family Council (IFC) meetings at least once every six months per policy.  Meeting details (date attended and discussion) shall be documented in the SPRFIT monthly minutes.

2) Ensure mental health staff are completing safety plan upon rescission from MHCB level of care.

Focus should remain on the five most recent Hayes' CAPs (Appendix A) and the three remaining HQ SPRFIT CAPS indicated above, as well as maintaining compliance on the previously identified closed CAPS.

All of CHCF's CAPs marked as "closed/completed" are considered closed at this time.  Subsequent HQ SPRFIT Coordinator reviews will continue to monitor compliance in each of the previously identified areas.

Should you have any questions or require further clarification, please feel free to contact me at Heather.Stahl@cdcr.ca.gov.

Addendum: Appendices A and B

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**



**Appendix A CHCF's Status Regarding Specific CAPS Listed in Lindsay Haye's October 2022 Report**

| Focus of Remediation | Specific Language About Deficiency | Status | Sustainability/Ongoing Monitoring |
|---|---|---|---|
| SRE Mentoring Training | As of July 2021, only 88 percent of mental health clinicians had completed the SRE mentoring program (pg 127). | In progress | February 23 compliance is 89%. CHCF psychologists and social workers have been assigned to mentors. A Supervisor sends out reminders to staff for optimal deadlines for completion. |
| Custody Discharge Checks | This reviewer was presented with documentation of 109 cases of patients discharged from a MHCB or alternative housing placement who remained at CHCF and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from January through June 2021. The review found that 92 percent had Page 1 of the "Discharge Custody Check Sheet" (CDCR MH-7497) forms completed correctly by mental health clinicians, with non-compliance mostly related to clinicians discontinuing the checks prior to the minimum 24-hour requirement or non-completion of the form on a daily basis. In addition, most of the custody checks were recommended for either 24 or 48 hours by clinicians. In addition, only 82 percent of the "custody check" forms (Page 2) were completed correctly by correctional staff at 30-minute intervals. Most of the problems were related to gaps in documentation, missing observation sheets, and time intervals pre-printed on the custody check sheets prior to the observation (pg 126-127). | In progress | The first quarter 2023 overall compliance was Jan- 86%, Feb- 75%, March-79%. This is currently an improvement project. CHCF has been addressing the deficiencies by providing custody officers training, updating on unit binders, and implementing a process in the event that someone arrives from an outside institution from an inpatient level of care. |
| SRMP | An LOP for the "Suicide Risk Management Program" was not provided to this reviewer (pg 127). | Complete | OP 18.4 *Suicide Prevention Unit signed 7/22* includes language regarding CHCF's SRMP process. |
| Suicide Prevention Training | Only 58 percent of medical staff and only 84 percent of mental health staff received annual suicide prevention block training during the preceding 12 months. Custody staff compliance with annual suicide prevention training was not provided (pg 127). | In progress | April 1, 2023 compliance- Custody- 31%, MH- 7%, Nursing- 20 %. CHCF has a designated AGPA and HPS who have been assigned to support compliance with trainings and pull compliance reports. |



**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

**APPENDIX B** – Status of deficiencies as noted in the Fifth Re-Audit and Update of Suicide Prevention Practices in the Prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs written by Lindsay M. Hayes dated October 24, 2022.

| Appendix B: CHCF's Status Regarding Compliance with the 15 Outstanding Recommendations in Lindsay Hayes' October 2022 Report | | |
|---|---|---|
| *Hayes' outstanding recommendations that remain open from his October 2022 Report* | *Status* | *Comments* |
| *No. 3:* IST Suicide Prevention training compliance | **Non Compliant** based on end of year 2022 | Year 2022- Custody- 99%, MH-83%, Nursing-90%. April 1, 2023- Custody-31%, MH-7%, Nursing- 20% |
| *No. 7:* Confidenitality of nursing screens in R&R | Compliant | |
| *No. 8:* Nurse and officer safety during R&R screenings | Compliant | |
| *No. 9:* SRE Mentoring program compliance | **Non Compliant** | Feb 23 data indicates 33% compliance. Staff have been assigned mentors and the supervisor sends out periodic reminders with respect to optimal deadlines for completion of mentoring process. |
| *No. 10:* Auditing SRE quality | Compliant | CAT 7 quality audits are being completed quarterly |
| *No. 12:* Completing SREs for urgent/emergent referrals for DTS | **Non Compliant** | Jan- March 23 data indicates 87% compliance for Emergent and 0% compliance for Urgent referrals. Urgent referral compliance (N=2) had errors in 2/2 cases of incorrect orders placed. No patient impact occurred. Patients were seen timely by MH. |
| *No. 13:* Use of retrofitted cells in first 72 hours of ASU placement | Compliant | N/A- ASU is currently closed. |
| *No 17:* Completing safety plans, supervisory audits of safety plans | **Partially Compliant** | Current review found that MHCB recissions did not always have safety plans completed. MHCB Supervisor has developed tracking system to track reviewed safety plans. |
| *No 18:* Safety Planning training compliance | **Partiallly Compliant** | Safety Planning training rolled out in Feb 23. Institutions have 90 days from HQ training to implement process. Training is underway. |
| *No 20:* Audit psych tech practices in ASU | Compliant | N/A- ASU is currently closed. |
| *No 21:* Using only suicide precautuion and suicide watch for suicidal patients | Compliant | Current review found that only suicide precautuion and suicide watch are used for suicidal patients. |
| *No 28:* Accurate completion of page 2 of the "Discharge Custody Check Sheet" | **Non Compliant** | February -75% overall compliance. In recent months, areas with low compliance have been the 1st Entry Upon Arrival to the Unit Complete (17%), 30 Minute Checks (28%) and Supervisor Review (56%). |
| *No 29:* Accurate completion of page 1 of the "Discharge Custody Check Sheet" | Compliant | |
| *No 31:* Achieving quorum for SPRFIT meetings, incomplete local policies | Compliant | |
| *No. 32:* Privileges for MHCB inmates, Continuous Quality Improvement Audit, Reception center Screening | Compliant | |

Exhibit D

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | July 6, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | Heather Stahl, Ph.D.<br>Senior Psychologist Specialist<br>HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **CALIFORNIA MENS COLONY - HQ SPRFIT COORDINATOR REVIEW** |

On June 14, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator for Region II conducted a review at California Men's Colony (CMC). I was accompanied by Region II Nurse Consultant, Melissa Fritz. Mental Health Compliance Team (MHCT) Lieutenants, Frank Hodson and Ruben Loza were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be provided to the Statewide SPRFIT committee for review and follow-up.

Should you have any questions or require further clarification, please contact me at (916) 956-3406 or heather.stahl@cdcr.ca.gov

## Institutional Updates

At the time of the visit, CMC had a functional vacancy rate of 47% for psychologists and 17.5% for licensed clinical social workers.  CMC currently has an acting SPRFIT Coordinator who among her other duties as the Quality Management Specialist, is completing the duties of the SPRFIT Coordinator.

## Section I:  Restricted Housing Unit

**Second Watch Partnership Huddle**: The partnership huddle was not observed due to conflicting priorities during the visit.

**Psychiatric Technician (PT) Rounds:** I observed one psychiatric technician complete rounds.  She inquired about mental health concerns, medication compliance and side effects, suicidal ideation, sleep and appetite.  No referrals were indicated.  She completed charting in real-time using a laptop on a rolling cart.  She was familiar and appeared to have developed a good rapport with the patients in the building.

**Intake Cells:** During the time of the review, CMC has 16 designated intake cells which are retrofitted and found to be suicide resistant.

**Entertainment appliance**: There were three patients on the 72-hour intake status.  All patients were appropriately housed in intake cells.  Each occupied intake cell had a sign on the door which noted the patient's arrival date, end date and whether an electronic appliance was provided.  All patients possessed an entertainment appliance.

**Welfare Check Completion (Guard One):** During the review, an officer conducted guard one checks. He was observed looking into each cell prior to moving on to the next cell.

**ASU Screening (Pre-placement):** ASU Pre-placement screenings were not observed.

A review of On Demand Performance Report indicated that CMC was 96% compliant for completing ASU Pre-placements within required timeframes during May 2023.



A review of On Demand Performance Report indicated that CMC was 91% compliant for completing ASU Screening Questionnaires within required timeframes during May 2023.

## Section II: Inpatient Units

**Suicide-resistant cells:**  CMC has one licensed MHCB consisting of 50 beds.  All MHCB cells are retrofitted in compliance with statewide policy.  Since April 2021, 12 of the beds in the unit were designated flex beds and house patients at the Acute level of care.   The census in the MHCB was 34 as well as eleven acute patients on the day of my visit.

**Interdisciplinary Treatment Teams (IDTT):** Nine IDTTs were observed.  Two discharge, three initial, and four routine IDTTs were observed. All required members were in attendance.  A registered nurse (RN) was not in attendance; however, a psych tech was present.  Overall, the IDTTs were acceptable.  The primary clinicians presented a clinical summary, previous self-harm history, observation and issue orders status, and treatment planning and treatment progress.  When appropriate, the patient's triggers for SI/self-harm and safety plans were discussed in all but two cases.  In all cases there was a lack or limited discussion regarding out-of-cell time and privileges offered.

**Quality of Safety Planning**: A new Safety Planning Training rolled out statewide in February 2023.  Safety Planning was removed from CAT audit #7 as a result of this new training.  A new CAT audit specifically for safety planning is currently being developed.

**Suicide Watch and Suicide Precaution:**  There were 45 patients housed in the MHCB and in the flex beds (Acute/ICF) at the time of the on-site review.  There were no patients on a suicide watch and nine patients were on suicide precaution status.

A review of the Mental Health Observation Reporting Tool indicated that for the month of May 2023, CMC was at 95.9% compliance for timely completion of suicide precaution rounds and at 85.8% compliance for timely completion of suicide watch rounds for patients housed in the MHCB.  This metric is monitored monthly by regional nursing staff.  CMC experienced power outages during three separate Saturdays. This resulted in decreased compliance due to staff utilizing downtime forms during this time.  CMC's SRN IIs are completing weekly drill-downs to address any compliance issues.

**Observation and Issue Orders:** Issue orders on the doors were reviewed for patients in the MHCB/PIP.  Patients had up-to-date orders posted on the door and the property allowed matched the level of observation.  Tier walks indicated patients had property and clothing in compliance with statewide policy.  Documentation was reviewed for ten patients housed in the MHCB.  The review indicated that there was adequate clinical justification documented for the observation level and limited issue.

**Privileges:**  A review of 144-As for MHCB and PIP patients noted that patients were being offered RT yard, showers, and phone calls.

**Clinical Discharge Follow-Ups:**
A review of the On Demand Performance Report for February 2023 indicated that CMC was 95% compliant for completion of 5 Day Follow Ups



**MHCB Supervisor Review of Discharging Safety Plans:** The MHCB supervisor has maintained a tracking and reviewing spreadsheet for reviewing MHCB discharge safety plans.  In addition to tracking the safety plan compliance, the tracker also identifies the completion date of the safety plan as well as the date of the review.  Since the April 5, 2023, memo was issued, CMC MHCB supervisor has reviewed ten safety plans each week.  Most safety plans are reviewed within a

few days of discharge; however, some were reviewed up to a week later.  Significant staffing shortages and having only one MHCB Supervisor reviewing all discharge safety plans likely attributed to the late review of the safety plans.  Ten safety plans were reviewed for patients discharged from the MHCB during the audit period.  Safety plans had documentation that addressed patient responses, clinical impressions and included reasonable interventions.

## Section III: Alternative Housing

CMC's MH OP 3035, *Mental Health Crisis Bed (MHCB) Alternative Housing* outlines their alternative housing process and specifies a prioritized alternative housing location list. The alternative housing cells are located on Facility D, Building 7.

During the month of May 2023, there were 53 referrals to MHCB.  A review of On Demand Performance Report indicated CMC was 95% compliant for timely transfers to the MHCB or MHCB recissions for all referrals during this timeframe.

## Section IV: Suicide Risk Management Program (SRMP)

At the time of this review, On Demand report noted 87 patients were included in the program which includes 53 that are currently in the program and 34 categorized as being placed in the program.  Two patients met criteria but were not included.  One patient recently returned from the PIP and the other patient was not placed in the program at their most recent IDTT dated 5.31.23.

## Section V: Discharge Custody Checks

CMC is completing monthly audits of Discharge Custody Checks (MH-7497s) as required by statewide policy.  CMC has focused on improvements for this metric.  May 2023 indicated a compliance of 92%.   Areas with low compliance have been the 30 Minute Checks and checks discontinued prior to 24 hours.

| CDCR MH-7497 Metric | 2021 | | | 2022 | | | | | | | | | | | | 2023 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
| Section I | 90.9% | 100.0% | 95.8% | 88.9% | 100.0% | 100.0% | 100.0% | 100.0% | 87.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Section II | 96.7% | 90.5% | 100.0% | 77.8% | 84.6% | 88.9% | 100.0% | 94.4% | 91.3% | 91.3% | 100.0% | 100.0% | 100.0% | 88.9% | 100.0% | 100.0% | 100.0% | 100.0% | 90.0% | 90.5% |
| Clinician Evaluation | 63.6% | 92.3% | 93.8% | 71.4% | 88.2% | 91.8% | 100.0% | 92.9% | 93.5% | 90.6% | 100.0% | 100.0% | 100.0% | 88.9% | 100.0% | 100.0% | 100.0% | 100.0% | 90.0% | 90.5% |
| Checks Discontinued - 24 Hrs. | 100.0% | 94.7% | 100.0% | 100.0% | 88.2% | 91.8% | 100.0% | 100.0% | 91.3% | 100.0% | 100.0% | 100.0% | 94.7% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 93.3% | 88.2% |
| Checks Discontinued - 72 Hrs. | 93.3% | 100.0% | 100.0% | 96.3% | 100.0% | 100.0% | 100.0% | 100.0% | 95.7% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 94.1% |
| Section III | 85.7% | 86.4% | 100.0% | 92.9% | 92.3% | 97.2% | 100.0% | 100.0% | 100.0% | 96.0% | 96.7% | 87.5% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 82.4% | 94.1% |
| 30-Minute Checks | 56.7% | 72.7% | 58.3% | 57.1% | 84.6% | 86.1% | 81.8% | 90.5% | 87.0% | 92.0% | 86.7% | 87.5% | 100.0% | 100.0% | 81.5% | 77.8% | 68.4% | 92.9% | 76.5% | 82.4% |
| Custody Supervisor Review | 13.3% | 66.2% | 65.2% | 56.0% | 84.6% | 91.7% | 86.4% | 85.7% | 78.3% | 80.0% | 86.7% | 93.8% | 100.0% | 100.0% | 70.4% | 94.4% | 63.2% | 92.9% | 70.6% | 94.1% |
| Overall Compliance | 71.3% | 87.8% | 89.2% | 79.0% | 91.7% | 91.3% | 96.2% | 95.3% | 90.6% | 93.6% | 96.3% | 96.2% | 100.0% | 99.4% | 92.4% | 96.5% | 91.7% | 98.2% | 86.4% | 92.1% |
| Benchmark | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% |

## CMC - Custody Inpatient Discharge Checks Audit (May 2023)

| | MEASUREMENT AREA | # Pass | # Fail | # Total | % Compliance |
|---|---|---|---|---|---|
| 1 | Section I Complete | 16 | 0 | 16 | 100.0% |
| 2 | Section II Complete | 19 | 2 | 21 | 90.5% |
| 3 | Checks Discontinued After At Least 24 Hours | 15 | 2 | 17 | 88.2% |
| 4 | Checks Discontinued After No More Than 72 Hours | 16 | 1 | 17 | 94.1% |
| 5 | Section III Complete | 16 | 1 | 17 | 94.1% |
| 6 | 1st Entry Upon Arrival to Unit Complete | 16 | 1 | 17 | 94.1% |
| 7 | 30-Minute Checks | 14 | 3 | 17 | 82.4% |
| 8 | Supervisor Review | 16 | 1 | 17 | 94.1% |
| | Overall Compliance for All Audit Elements | 128 | 11 | 139 | 92.1% |

## Section VI: Local SPRFIT Committee

CMC implemented the SPRFIT Reboot process in January 2023. SPRFIT minutes are being uploaded to the new SharePoint site timely. A review of the last three months' committee minutes was reviewed indicating quorum was met. Meeting minutes are comprehensive and action oriented. Members from all disciplines participate during the committee meeting's discussion and assist with problem-solving when appropriate. Discussion of system surveillance included topics such as suicide prevention training, SRMP patients, audits, and areas with identified needs for improvement.

CMC's SPRFIT Coordinator and/or designee attended Inmate Advisory Council (IAC) meetings on several days in May. Mental health staff also attended the Inmate Family Council (IFC) meetings on May 26th for both east and west facilities.

CMC's OP 10-0006 *Suicide Reduction and Response* is consistent with the current statewide policy. OP 3054 MH *Access for Inmate Patients Receiving Bad News* is consistent with the current statewide memorandum.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the noted below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. During May 2023, CMC was 100% compliant for completion of SRASHEs for Emergent consult orders and 100% compliant for Urgent consult orders.

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| <u>Suicide Risk Evaluation</u> | 342 | 0.8 | 96% |
| SRE after Em.Consult (except PIP) for Suicidality | 35 | 0.0 | 100% |
| SRE after Ro.Consult (execpt PIP) for Suicidality | 1 | 0.0 | 100% |

## Section VIII: Suicide Risk Evaluations

A review of the On Demand Performance Report for May 2023 indicated that CMC had a compliance rate of 96% for completion of required suicide risk evaluations.



A review of On Demand indicated below the compliance numbers for completion of required SRASHEs for May 2023:

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| <u>Suicide Risk Evaluation</u> | 342 | 0.8 | 96% |
| SRE after Em.Consult (except PIP) for Suicidality | 35 | 0.0 | 100% |
| SRE after Ro.Consult (execpt PIP) for Suicidality | 1 | 0.0 | 100% |
| SRE after Ur.Consult (except PIP) for Suicidality | 1 | 0.0 | 100% |
| SRE at MHCB Clinical Discharge  (admitted for a | 88 | 2.8 | 90% |
| SRE at MHCB referral | 32 | 0.0 | 100% |
| SRE upon arrival from Acute/ICF | 2 | 0.0 | 100% |
| SREs after rescinded MHCB referral | 61 | 0.0 | 100% |
| SREs following MHCB Discharge (admitted for suicid | 122 | 0.1 | 98% |

CMC was 100% compliant for completion of a SRASHE for all 61 patients whose MHCB LOC was rescinded. This number includes those patients that require follow up SRASHEs complete every 90 days for a year after a MHCB recission as well as patients initial SRASHE upon recission.

## Section IX: Emergency Response

**Suicide Case Review Quality Improvement Plan (QIP) Follow Up**

Four suicides occurred at CMC in 2022.  As a result of the review, three of the suicides generated six Quality Improvement Plans (QIPs) for CMC's mental health team.

| Problem | Quality Improvement Plan | Current Status |
|---|---|---|
| **QIPS generated from the suicide on March 7, 2022** | | |

| | | |
|---|---|---|
| 2. In August 2021, patient was seen for MHPC Consult in response to a staff referral that was submitted in response to his urinating on the floor in the game room and not seeming to understand why such behavior was inappropriate.  This behavior occurred only two days prior and during the session, Mental Status Exam indicators suggested a possible thought disorder episode.  This note acknowledged the patient's own tendency to minimize his problems.  Yet despite the totality of this clinical picture, there was no documentation of adequate follow up plan targeting the concerns identified in the referral | CMC shall review this concern to determine the reasons for lack of appropriate clinical follow up/interventions to address the identified clinical concerns.  Based on the result of this review, the CMH shall determine best course of action, which, at minimum can include training to the identified clinician to address the issues outlined in this concern. | Training was provided for all EOP MHPC's which addressed referrals for odd behavior, the revision of goals and interventions at the patient's first IDTT and individualized treatment goals. |
| 3. MHPC Progress notes indicate that between 1.20 and 2.22.2022, the patient was seen only at cell front and was not offered any confidential contacts because of COVID-19 protocol.   However, there was no statewide mandate during that time that required contacts to be completed at cell front and while the institution did provide Program Status Reports, those PSRs indicated that priority ducats would be honored.  Additionally, there were no notes in the chart indicating that there was any consultation completed with a supervisor regarding the patients care, which the institution also reported was designed to be part of the process. | CMC shall review this incident and provide documentation outlining how this concern was addressed and ensure that inmates are afforded confidential clinical opportunities in the future.

Additionally, CMC shall review their local practices regarding supervisory consultations to ensure they are aligned with local direction regarding oversight of patient care. | Discussion of high-risk patients takes place in daily EOP huddles, EOP Supervisors continue to ensure staff offer confidential contacts to all patients not in quarantine or isolation. Training was provided to staff regarding documentation in notes that confidential contacts were offered as well as the response if the patient refused the confidential setting.

Huddles are provided 2x daily to provide consultation opportunities and individual and group supervision is provided to appropriate unlicensed staff. |
| 4. The patient was seen on September 17, 2021, and December 21, 2021, by the DDP Psychologist to assess his cognitive functioning and adaptive support needs.  Documentation from both contacts indicated that the patient would receive follow up appointments to complete the CASE to determine inclusionary criteria for the DDP.  However, it appears the patient did not receive follow up appointments and the CASE was not completed. | CMC shall review the DDP referral process and propose a detailed plan of action that will ensure DDP referrals are addressed within the required 21-day timeframe. | An additional staff has been hired for DDP full time bringing the total to 2 DDP clinicians and a ½ time Sr. Specialist assigned to DDP CASE assessments.  ASU Supervisor and DDP Coordinator trained ASU clinical staff to conduct required weekly DDP contacts so DDP Coordinator has more time to devote to CASE assessments.  Facility specific supervisors now screen DDP 7362's so that the DDP Coordinator is only required to respond to appropriate DDP referrals. |

| | | |
|---|---|---|
| 5. Between September 2021 and March 2022, psychiatry individual appointments or contacts were not timely.  The intervals between one-to-one psychiatry appointments were considerably longer than that allowed by the program guide.  Even though remedies have been fully implemented, full documentation of discovered deficits and crafted remedies is required. | CMC will document deficiencies discovered and strategies implemented to prevent reoccurrence. | Psychiatry continues to audit all newly hired psychiatrists completed patient encounters for a period of 3 months.

Psychiatry leadership reports this is not a systemic issue and continues to be compliant in this area. |
| **QIPS generated from the suicide on July 4, 2022** | | |
| 1. CMC: The notes were not individualized from contact to contact over time as noted in the clinical contact notes for the following dates: September 20, 2021, October 5, 2021, October 19, 2021; November 18, 2021, and November 30, 2021; and February 22, 2022, and March 8, 2022.  The clinical notes contained the same verbiage in the Current Status of Illness and the Mental Health Assessment sections. In the latter two notes, it included Inmate Colbert's reports of the amount of time he slept and the number of meals he ate, and these remained unchanged. The documentation lacked a discussion of Inmate Colbert's treatment progress or psychiatric stability. | Of Note:  CMC conducted an internal review of this death by suicide immediately following the death.  They had identified this issue in their internal review and promptly initiated a corrective action to include providing training to the identified clinician and reviewing the clinician's weekly documentation.  Further, the authoring clinician sought additional supervisory guidance to identify ways to improve their documentation.

In addition to CMC's swift action to address this deficiency, the following shall occur.

**The CMC CMH or designee shall:**

1) review the authoring clinician's clinical documentation (progress notes) for 10 randomly selected inmate-patients over a 2-month period to determine if the identified deficiency has been corrected.
and
2) based on the results of the review, if there are additional deficiencies identified, the CMH shall determine best course of action to address the deficiency. | Chief psychologist met with identified staff on four separate occasions to review documentation.  Feedback was provided.  An additional meeting was held, and it was determined that all 10 audited documents had shown improvements and no additional review was indicated. |
| **QIPS generated from the suicide on July 19, 2022** | | |
| **4. CMC**: Inmate Rivas arrived at CMC on June 21, 2022. Prior to his placement at an outside hospital on July 9, 2022, neither an Initial MHPC Assessment nor an IDTT was completed. Per the Mental Health Program Guide, Correctional Clinical Case Management System, 12-3-8: *"The PC completes a clinical intake assessment within 10 working days of referral/arrival."* Per 12-3-10: *"the* | The CMH at CMC shall review the circumstances surrounding this concern and implement a solution that will prevent reoccurrence of missed Program Guide initial treatment timelines. | Training was provided to the identified clinician and all CCCMS staff regarding MHSDS timelines and use of proper forms.  As staffing continues to remain an issue, recruitment and retention of staff is a main priority.

Over the last six months January 1 to June 30, 2023, On Demand Performance Report indicates a 48% overall compliance of timely IDTTs. |

| | | |
|---|---|---|
| individualized treatment plan must be completed within 14 working days of referral/arrival by the PC in consultation with other IDTT members." | | Initial IDTT compliance is at 34% and routine IDTTs at 52%. Severe staffing shortages has impacted this metric. |
| **NO MH QIPS were generated from the suicide on November 26, 2022** | | |

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for May 2023, as well as information obtained from CMC, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 96%
- Safety Planning Intervention: 94%
- SRE Mentoring: 15% (new mentoring process) 60% (old mentoring process)
- Suicide Risk Management Program: 99%
- Annual IST Suicide Prevention (as of February 28, 2023):
  - Custody: 48%
  - Mental Health: 29%
  - Nursing: 43%

CMC has developed a plan to address the low SRE Mentoring training compliance. Due to the severe staffing shortages at CMC, the current proctors will proctor the CMH and program supervisors so that they can be more actively involved in training their staff. After the supervisors are trained, the program supervisors will either proctor directly or will be the responsible parties for organizing the proctor with staff.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was not observed.

## Section XI: Receiving and Release (R&R) Screening

R & R screenings were not observed during this visit.

## Section XII: Reception Center Processing

CMC does not have a Reception Center

## Section XIII: Crisis Intervention Team (CIT)

No CIT calls were observed during this visit.

A review of the CIT Reporting Tool indicated there were 48 events at CMC in the month of May. CITs with nursing documentation present occurred in 98% of the events. Despite the 51% compliance noted on the CIT Reporting Tool for events with the correct composition of the team, in only two occurrences, an incorrect member may have been present during the CIT events. Compliance for overall team composition should be indicated as a much higher percentage.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

See Appendix A: CMC's current status of CAPs generated by Lindsay Hayes Site Review on December 7-8, 2021.

See Appendix B: Status Regarding Compliance with Outstanding Recommendations in Lindsay Hayes' October 2022 Report

Below are the current CMC CAPs generated by previous HQ SPRFIT Coordinator Site Reviews

| Current CAPs from 2023 HQ SPRFIT Reviews | Progress |
|---|---|
| 1. CMC nursing staff shall develop a corrective action plan to ensure that IST Suicide Prevention Training compliance for nursing staff is reached in 2023 | May 23 data indicates nursing staff IST Suicide Prevention Training to be at 43% compliance for the 2023 year thus far. |
| 2. Custody staff to ensure loaner radios are provided to ASU inmates who are on intake and 21-day status. | During the May review, all patients housed in intake cells and those on 21-day status were in possession of a radio and or tablet. |
| 3. Custody staff to create a plan to ensure the 30-minute checks and supervisor review are being completed timely on the 7497 forms. | Custody staff continue to audit weekly results and correct deficiencies. Compliance numbers are increasing. |

## Section XV: Assignment of Corrective Action Plans and Recommendations

CONCLUSION

As a result of this review, no additional CAPs are being assigned.

Focus should remain on the five most recent Hayes' CAPs (Appendix A), obtaining compliance on all 15 Hayes Recommendation (Appendix B) as well as maintaining compliance on the previously identified closed HQ SPRFIT Coordinator Site Review CAPS.

Should you have any questions or require further clarification, please feel free to contact me at Heather.Stahl@cdcr.ca.gov.

Addendum: Appendices A and B

**Appendix A: CMC's Status Regarding CAPs Listed in Lindsay Hayes' October 2022 Report**

| Focus of Remediation | Specific Language About Deficiency | Status |
|---|---|---|
| Observation Levels | It should also be noted that this reviewer examined the medical charts of several MHCB patients who continued to express SI during their placement but remained on regular 15-minute nursing checks rather than Suicide Precaution status (pg 191). | Records reviewed during this audit found that patients expressing SI had an order for SP status |
| MH Referrals and SREs | A sample EHRS review of 44 emergent/urgent mental health referrals for SI/behavior revealed that clinicians completed the required SRASHEs in only 86 percent (38 of 44) of the cases. Most of the deficiencies were noted in urgent referrals (pg 192). | On Demand performance Report indicates May 23 compliance of 100% for emergent and 100% for Urgent. |
| IDTT Meetings | Overall, although there was good treatment team representation, each of the four meetings (involving varying clinical staff) held on December 8 was very problematic, with uneven case presentations and higher level of care discussions, as well as inadequate discussion regarding both suicide risk and safety planning to reduce further recurrence of SI in two of the cases. The MHCB supervisor attended all of the observed IDTT meetings and attempted to resuscitate the case presentations on December 8. The nursing staff represented at each meeting was not asked, nor offered, any input during any of the meetings (pg 192). | When appropriate, the patient's triggers to SI/self-harm and safety plans were discussed in all but two cases. In all cases there was a lack or limited discussion regarding out of cell time and privileges offered. |
| Discharge Safety Plans | Pursuant to CDCR's "Supervisory Review of Mental Health Crisis Bed Discharge Safety Plans" directive (effective March 10, 2020), this reviewer requested data regarding MHCB supervisory review of all discharge SRASHEs and safety plans for patients released from the MHCB from April through November 2021. This reviewer's examination of the data found problems with untimely supervisory review. For example, discharge SRASHEs are required to be completed prior to or during the anticipated discharge IDTT meeting, and the examination found that all of the supervisory reviews from April through September were occurring well after the IDTT meetings, and there was no documentation of any supervisory review of discharge SRASHEs completed in October and November 2021 (pg 192-193). | Beginning in April 2023, safety plans have been reviewed by the MHCB supervisor and tracked on a spreadsheet. Some of the reviews continue to be untimely due to severe staff shortages and only having one MHCB supervisor currently. |

| Custody Discharge Checks | This reviewer was presented with documentation of 111 cases of patients discharged from a MHCB or alternative housing placement who remained at CMC and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from June through November 2021. Five cases were subsequently excluded from review because the patients were returned to the MHCB or alternative housing. The review found that only 86 percent (of the 106 cases) had Page 1 "Discharge Custody Check Sheet" (MH-7497) forms completed correctly by mental health clinicians, with most errors attributable to clinicians not completing the first day of the form. When completed correctly, a vast majority of the custody checks were recommended for 24 hours by clinicians. In addition, only 88 percent of the "custody check" forms (Page 2) were completed correctly by correctional staff at 30-minute intervals, with most errors attributable to gaps in observation (pg 193). | Previous months indicated a compliance of: March (98%), April (86%), May (92%), In May, areas with low compliance have been the 30 Minute Checks (82%) and checks discontinued prior to 24 hours (88%). |



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**



**Appendix B: CMC's Status Regarding Compliance with 15 Outstanding Recommendations in Lindsay Hayes' October 2022 Report**

| Hayes' Outstanding Recommendations that remain open from his October 2022 Report | Status | Comments |
|---|---|---|
| *No. 3:* IST Suicide Prevention training compliance | Nursing below compliance in 2022 | Year 2022- Custody- 96%, MH-94%, Nursing-88%.  May 2023-Custody-48%, MH-29%, Nursing- 43% |
| *No. 7:* Confidenitality of nursing screens in R&R | Compliant | |
| *No. 8:* Nurse and officer safety during R&R screenings | Compliant | |
| *No. 9:* SRE Mentoring program compliance | **Non Compliant** | May 23 data indicates 75% compliance (15% on new mentoring and 60% old mentoring process) |
| *No. 10:* Auditing SRE quality | Compliant | |
| *No. 12:* Completing SREs for urgent/emergent referrals for DTS | Compliant | May 23 data indicates 100% compliance for Emergent referrals and 100% compliance for Urgent referrals. |
| *No. 13:* Use of retrofitted cells in first 72 hours of ASU placement | Compliant | |
| *No 17:* Completing safety plans, supervisory audits of safety plans | Compliant | |
| *No 18:* Safety Planning training compliance | Compliant | May 23 data indicates 94% compliance |
| *No 20:* Audit psych tech practices in ASU | Compliant | |
| *No 21:* Using only suicide precatuion and suicide watch for suicidal patients | Compliant | |
| *No 28:* Accurate completion of page 2 of the "Discharge Custody Check Sheet" | **Partially Compliant** | May -92% overall compliance.  In recent months, areas with low compliance have been the 30 Minute Checks (82%) and Checks discontinued prior to 24 hours (88%). |
| *No 29:* Accurate completion of page 1 of the "Discharge Custody Check Sheet" | Compliant | |
| *No 31:* Achieving quorum for SPRFIT meetings, incomplete local policies | Compliant | |
| *No. 32:* Privileges for MHCB inmates, Continuous Quality Improvement Audit, Reception center Screening | Compliant | |

Exhibit E

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | July 6, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | Heather Stahl, Ph.D.<br>Senior Psychologist Specialist<br>HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **Salinas Valley State Prison - HQ SPRFIT COORDINATOR REVIEW** |

On June 28, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator for Region II conducted a review at Salinas Valley State Prison (SVSP). I was accompanied by Region II nurse consultant, Patty Gonzales. The Region II Mental Health Compliance Team (MHCT) Lieutenants, Frank Hodson and Ruben Loza, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be provided to the Statewide SPRFIT committee for review and follow-up.

Should you have any questions or require further clarification, please contact me at (916) 956-3406 or heather.stahl@cdcr.ca.gov

## Institutional Updates

It is important to understand this report in the context of SVSP's dire staffing shortages. SVSP currently has an acting SPRFIT Coordinator. The Chief of Mental Health has been covering the duties of the SPRFIT Coordinator since early 2022. SVSP Mental Health leadership has developed a program and treatment hierarchy to triage treatment services. Below is the current staffing rates, program and treatment hierarchy utilized during this critical time.

**Current Functional Vacancies:**

| Position | Vacancy Rate | Allocation |
|----------|-------------|------------|
| Sr. Psychologist Supervisor | 0% | 3.5 |
| Supervising Psychiatric Social Worker | 0% | 1 |
| Sr. Psychologist Specialist | 40% | 5 |
| LCSW | 65% | 13.75- One out on medical; one working as IPC |
| Psychologist | 77% | 27.95 |
| OT | 41% | 17.0 -one out on medical leave |

The current vacancy rate does not illustrate the full impact on the Mental Health Primary Clinician (MHPC) caseloads or the need for Office Technician (OT) schedulers to follow the hierarchy correctly.

**Current MHPC Caseloads:**

| Current MHPC Caseloads | |
|---|---|
| **CCCMS** | |
| **Yard** | **Caseload to Clinician Ratio** |
| Alpha Yard | **321 : 1** MHPC |
| Bravo Yard | **181 : 0 - No available MHPC to assign** |
| Charlie Yard | **168 : 0 - No available MHPC to assign** |
| Delta Yard | **358 : 1** MHPC |
| **EOP** | |
| Alpha Yard | **150 : 1** MHPC |
| Delta Yard | **110 : 1** MHPC |
| **ASU CCCMS & EOP** | |
| ASU- Z9 | **54 : 1** MHPC |
| ASU- Z9 | **51 : 1** MHPC |

**Program Acuity Hierarchy:**

1. MHCB and alternatively housed patients pending a MHCB or PIP transfer
2. ASU-EOP
3. ASU-CCCMS
4. Mainline EOP
5. Mainline CCCMS

**Treatment Activity Hierarchy:**

1. Emergent referrals including emergency Suicide Risk Evaluations
2. Discharge Follow-ups
3. Urgent Referrals
4. Referrals to DSH/PIP including individual contacts
5. 72-hour SRASHE post DSH/MHCB discharge
6. SRMP Contacts-Individual or group
7. RVRs
8. New Arrival Primary Clinician
9. New Arrival IDTT
10. Level of Care Reviews and IDTT
11. 90 Day Follow up SRASHE's
12. Routine Referrals
13. Weekly 1:1 PC groups
14. 90 Day IDTT EOP and annual for CCCMS
15. Clinical Groups (not required for CCCMS)

## Section I:  Restricted Housing Unit

**Second Watch Partnership Huddle**: The partnership huddle was not observed due to conflicting priorities during the visit.

**Psychiatric Technician (PT) Rounds:** Psych Tech rounds were observed during second watch.  The psych tech utilized a laptop positioned on a rolling cart.  The PT did not appear to observe the condition of each of the cells and only utilized a flashlight when she was asked if one was available.  She asked leading questions and in one case, did not order a MHMD consult referral when warranted. The psych tech appeared to not know what to do when she approached a cell in which the inmate had boarded up and the cell windows were covered.

**Intake Cells:** During the time of the review, SVSP has ten designated intake cells (100-110) located in Z9.

There were three patients on 72-hour intake status and they were appropriately housed in intake cells.  Each intake cell had a plastic sleeve on the door; however the sleeves did not contain

information regarding the start date, end date or whether an electronic appliance was provided. The three patients were observed or indicated they had an entertainment appliance.  Suicide prevention posters in both English and Spanish language were posted on the wall in the ASU unit.

**Entertainment appliance**: During tier walks, inmates on 72-hour and 21-day intake status were observed or asked if they had an entertainment appliance. One hundred percent of patients on 21-day intake status reported they had a radio and/or a tablet.

**ASU Screening (Pre-placement):** ASU Pre-placement screenings were unable to be observed.

A review of the On Demand Performance Report indicated that SVSP was 86% compliant for completing ASU Pre-placements within required timeframes during May 2023. Most of the pre-placements that were indicated as deficient were completed within one hour of the due date.



A review of On Demand Performance Report indicated that SVSP was 100% compliant for completing ASU Screening Questionnaires within required timeframes during May 2023.



**Welfare Check Completion (Guard One):** During the review, I observed an officer conduct guard one checks. He was observed looking into each cell prior to moving on to the next cell.

## Section II: Inpatient Units

**Suicide-resistant cells:**  SVSP has one licensed MHCB consisting of 10 beds.  All MHCB cells are retrofitted in compliance with statewide policy.  The census was ten on the day of my visit.

**Interdisciplinary Treatment Teams (IDTT):** One initial IDTT was observed.  All required members were in attendance and active participants.  The primary clinician presented a clinical summary, reason for admission, observation and issue orders, treatment planning and ways that the patient could remain safe.

**Quality of Safety Planning**: A new Safety Planning Training rolled out statewide in February 2023. Safety Planning was removed from CAT audit #7 as a result of this new training.  A new CAT audit specifically for safety planning is currently being developed.   According to the SPRFIT minutes from May, CAT audit criteria were met in 60% of the ten SRASHEs audited during April.

The MHCB supervisor review of discharging safety plans is discussed below.

**Suicide Watch and Suicide Precaution:**  There were ten patients housed in the MHCB at the time of the on-site review.  There were no patients on a suicide watch and four patients were on suicide precaution status.

A review of the Mental Health Observation Reporting Tool indicated that from May 1 to May 31, 2023, SVSP was at 97.4% compliance for timely completion of suicide precaution rounds and at

88.9% compliance for timely completion of suicide watch rounds for patients housed in the MHCB.

**Observation and Issue Orders:** Issue orders on the doors were reviewed for all patients in the MHCB while onsite.  All patients had up-to-date orders posted on the door and the property allowed matched the level of observation.  Tier walks indicated patients had property and clothing in compliance with statewide policy.  Documentation was reviewed for patients housed in the MHCB.  The review indicated that there was adequate clinical justification documented for the observation level and limited issue in most cases.

**Privileges:**  A review of 114-As for all MHCB patients indicated that patients had not been offered yard.  Staff stated that patients could decide to receive either dayroom or yard but not both.  Refusals for dayroom and yard and other privileges should have been indicated on the 114s.  Custody staff stated they did not need to document refusals for out-of-cell time.  The deficiencies identified in this review were also found in Lindsay Hayes's March 2022 review, which resulted in a current Hayes CAP.

**Clinical Discharge Follow-Ups:**
A review of the On Demand Performance Report for May 2023 indicated that SVSP was 93% compliant for completion of 5 Day Follow Ups.



**MHCB Supervisor Review of Discharging Safety Plans:** The MHCB supervisor has maintained a tracking and reviewing spreadsheet for reviewing MHCB discharge safety plans.  In addition to tracking the safety plan compliance, the tracker also identifies the completion date of the safety plan as well as the date of the review.  Since the April 5, 2023 memo was issued, SVSP MHCB supervisor has reviewed all safety plans each week.  Most safety plans are reviewed within less than one day of MHCB discharge; however some were reviewed up to several days later.  Significant staffing shortages and required days off likely attributed to the late review of the safety plans.  Eight MHCB discharge safety plans were reviewed.  One patient did not have a safety plan completed despite being admitted for danger to self.  The majority of safety plans were adequate, however there were a few that did not contain clinically relevant interventions and or clinical impressions.

## Section III: Alternative Housing
SVSP's local operating procedure (LOP) 411, Housing of Inmate-Patients Pending MHCB Transfer/Release (Alternate Housing) designates cells in D2 A-Pod cells 105-110 as the first priority for alternative housing, as required by statewide policy.  During the onsite review, there were no patients in alternative housing.

From May 1 to May 31, 2023, there were 86 referrals to MHCB. A review of On Demand indicated SVSP was 99% compliant for timely transfers to MHCB for all referrals during this time.



## Section IV: Suicide Risk Management Program (SRMP)

SVSP's LOP 401 *Suicide Risk Management Program* addresses the SRMP.  At the time of this review, On Demand report noted 59 patients were included in the program which includes 25 that are categorized as *currently in the program* and 34 categorized as *being placed in the program*. There were three patients met criteria but were not included.

## Section V: Discharge Custody Checks

SVSP began utilizing the SPRFIT Reboot tools in January 2023 and identified the Discharge Custody Checks as an improvement project.  Some improvements have been made with clinical sections.  Custody checks and supervisor reviews continue to be non-compliant.  Data was broken down by yard and watch to identify areas of non-compliance.  Currently, all yards appear to be non-compliant.

SVSP most recent completed internal audits of Discharge Custody Checks (MH-7497s) for May 2023.

### Custody Inpatient Discharge Checks Audit

| | MEASUREMENT AREA | # Pass | # Fail | # Total | % Compliance |
|---|---|---|---|---|---|
| 1 | Section I Complete | 46 | 27 | 73 | 63.0% |
| 2 | Section II Complete | 79 | 83 | 162 | 48.8% |
| 3 | Checks Discontinued After At Least 24 Hours | 41 | 31 | 72 | 56.9% |
| 4 | Checks Discontinued After No More Than 72 Hours | 48 | 25 | 73 | 65.8% |
| 5 | Section III Complete | 46 | 27 | 73 | 63.0% |
| 6 | 1st Entry Upon Arrival to Unit Complete | 36 | 37 | 73 | 49.3% |
| 7 | 30-Minute Checks | 21 | 52 | 73 | 28.8% |
| 8 | Supervisor Review | 10 | 63 | 73 | 13.7% |
| | Overall Compliance for All Audit Elements | 327 | 345 | 672 | 48.7% |

The Region II MHCT Lieutenants were informed of the compliance results for review and follow up.

## Section VI: Local SPRFIT Committee

SVSP's LOP 400 *Suicide Prevention* addresses institutional suicide prevention and response procedures and identifies the procedures to initiate when patients report bad news during various settings.

The HQ SPRFIT Coordinator reviewed SVSP's monthly SPRFIT minutes over the last three months. There was participation of all members, including custody, nursing and mental health and quorum was achieved in all minutes reviewed. The minutes included identified areas of improvement work, system surveillance, discussion regarding priorities and project pipeline.

Due to the severe staffing shortages at SVSP, the Inmate Family Council (IFC) and Inmate Advisory Council (IAC) meetings have not been attended thus far in 2023.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals.

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Emergent MHPC Consult | 141 | 2.3 | 96% |
| Urgent MHPC Consult | 65 | 2.2 | 63% |

Five out of the 141 Emergent Consult orders were indicated as deficient on the On Demand Performance Report.  One SRASHE was completed prior to the order being placed.  One was an incorrect order and was discontinued rather than voided, two orders were cancelled and discontinued rather than voided, however the patient was seen timely in all appropriate cases.

Twenty-four of the Urgent Consult orders were indicated as deficient on the On Demand Performance Report.  Some were due to errors in the placement of orders, and several were completed up to several hours late.

## Section VIII: Suicide Risk Evaluations

A review of the On Demand Performance Report for May 2023 indicated that SVSP had a compliance rate of 99% for completion of required suicide risk evaluations.  One out of the 100 Emergent MHPC Consult orders were completed timely during the month of May.  The order was a duplicate order and was discontinued rather than voided.

The majority of the non-compliant SRASHEs are those that are to be completed every 90 days after a discharge or rescinded from MHCB for the following year.  Due to extreme staffing shortages, 90 day follow up SRASHEs fall lower on the Treatment Activity Hierarchy noted previously.

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 399 | 6.2 | 86% |
| SRE after Em.Consult (except PIP) for Suicidality | 100 | 3.6 | 99% |
| SRE after Em.Consult (except PIP) for Suspected OD | 17 | 0.0 | 100% |
| SRE at MHCB Clinical Discharge  (admitted for a | 21 | 0.1 | 95% |
| SRE at MHCB referral | 71 | 0.0 | 99% |
| SRE upon arrival from Acute/ICF | 12 | 3.4 | 75% |
| SREs after rescinded MHCB referral | 125 | 13.0 | 74% |
| SREs following MHCB Discharge (admitted for suicid | 53 | 8.5 | 72% |

## Section IX: Emergency Response

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:**  During 2022 there were two suicides that occurred at SVSP. During the first half of 2023, SVSP has had one suicide.  As a result of the reviews, Quality Improvement Plans (QIP) were generated including nine for SVSP mental health.

| QIP | Action | Update/Status |
|---|---|---|
| #1. (first case) Patient was not seen within program guideline timeframes. | Due to critical staffing shortages, SVSP has been forced to triage and prioritize treatment services according to the Treatment Hierarchy Memo. | SVSP continues to endure critical staffing shortages and utilizes the Treatment Hierarchy Memo to prioritize treatment. SVSP continues to hold groups and identify the most out to date IDTTs. |
| #1.  Problems  with  treatment planning | Training was provided to staff. Program Supervisor will provide ongoing training once a week for all MHPCs and at least once per quarter, treatment planning will be reviewed and covered as a training topic. | SVSP continues to monitor and provide training |
| #2 Documentation in MHPC progress note indicated that a discussion for elevation of LOC would be held, however there was no documentation evidencing follow up. | Training was provided to all staff. | Outpatient MHPC progress notes were not reviewed as part of this review. |
| #3 LOC change possibly premature | Training was provided to the identified staff member. | Unable to assess updates |
| #4  Pt was not seen within | Due to critical staffing shortages, | SVSP continues to endure critical |

| program guidelines | SVSP has been forced to triage and prioritize treatment services according to the Treatment Hierarchy Memo. | staffing shortages and utilizes the Treatment Hierarchy Memo to prioritize treatment. SVSP continues to hold groups and identify the most out to date IDTTs. |
|---|---|---|
| #5 Inadequate file review and reliance on patient's report led to underestimation of risk | Training was provided to all staff. The training coordinator will provide monthly audit feedback on SRASHEs by MHPCs to the CMH. | Training coordinator provides alerts to CMH regarding MHPC who have difficulty with SRASHEs. Sr. Supervisor starting the end of March. |
| #1 progress notes lacked standard components including MSE, plan of care, etc. | Audit was conducted by CMH of 10 charts | 9/10 charts reviewed by CMH included standard components.  No further action is warranted. |
| #2 Initial IDTT, weekly contacts not completed within timelines | SVSP has a treatment hierarchy that identifies critical care over routine care is priority | SVSP continues to endure critical staffing shortages and utilizes the Treatment Hierarchy Memo to prioritize treatment. |
| #3 Coordination with medical providers to increase medical treatment adherence was indicated by not implemented | SVSP has a treatment hierarchy that identifies critical care over routine care is priority resulting in routine consult orders taking a lower priority. | SVSP continues to endure critical staffing shortages and utilizes the Treatment Hierarchy Memo to prioritize treatment. |

## Section X: Training and Mentoring Compliance

Information gathered from SVSP and a review of the Coleman Court Mandated Trainings SharePoint for May 2023, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning Intervention: 97%
- SRE Mentoring: 93%
- Suicide Risk Management Program: 97%
- Annual IST Suicide Prevention (as of May 31, 2023):
  - Custody:  44%
  - Healthcare:  39%
  - Mental Health:  30%

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was not observed.

## Section XI: Receiving and Release (R&R) Screening

No R&R screening were observed during the on-site review.  Suicide Prevention posters in both Spanish and English were posted in the nursing offices and the R&R intake area.

## Section XII: Reception Center Processing

SVSP does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

I did not observe any CIT calls during my visit. At this time, SVSP has designated mental health coverage six of seven weekdays. Only Thursdays have no designated CIT staff available. Nursing and custody staff recently completed training to ensure correct documentation is submitted. May's data indicated that 41 CIT events occurred. Despite nursing staff vacancies, 100% of all CITs had a nursing staff member present. This is a significant accomplishment considering the shortage of nursing staff at SVSP.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review See

Appendix A: SVSP current status of CAPs generated by Lindsay Hayes Site Review on March 22-24, 2022.

See Appendix B: Status Regarding Compliance with Outstanding Recommendations in Lindsay Hayes' October 2022 Report.

Below are the currently open SVSP CAPs generated by previous HQ SPRFIT Coordinator Site Reviews.

| HQ OPEN CAPS | CURRENT STATUS |
|---|---|
| 1. Create an action plan that ensures that issue and observation orders are justified within the documentation in daily MHPC/MHMD Inpatient Progress Notes. | Training was provided to all clinical staff working in the MHCB to ensure issue and observation orders are justified in the notes for MHMD and MHPCs. June HQ review found significant improvemtns in documenting justification for issue and observation orders. |
| 2. Create an action plan to discontinue the practice of maintaining suicide precatuion observation for all patients until MHCB discharge if they have no restrictions on issue and privileges. | SVSP's CAP audit shows 90% compliance for April and 90% compliance for May. This measure continues to be monitored by the HPSII. June HQ review found significant improvements in utilzing Q30 observations rather than suicide precautions upon discharge from the MHCB. |
| 3. Create an action plan to re-examine the methodology for auditing nursing rounds. Specifically to ensure that auditing includes verification that rounds are stggered, completed timely, and occur in real time. | A review of the Mental Health Observation Reportiing Tool indicated that SVSP was at 97.4% compliance for timely completion of suicide precaution rounds and at 88.9% completion for timely completion of suicide watch rounds. |

| | |
|---|---|
| 4. Create an action plan for the MHCB Supervisor or designee to complete reviews of discharge safety plans within guidelines of the memo dated 3/10/2020, *Supervisory Review of Mental Health Crisis Bed Discharge Safety Plans* and subsequent memo dated 4/5/2023 *Update to the Suspension of Chart Audit Tool 13*. | HQ review found that MHCB Supervisor was reviewing safety plans for discharged patients. Reviews were typically reviewed in less than one day; however, some were reviewed up to several days later. |
| 5. Create an action plan to address the 7497 Discharge Custody Welfare Check to address low compliance on page 1 and page 2 of the 7497 form. In addition, create an action plan to address missing Discharge Custody Check packets. | SPRFIT Reboot in Jan 2023, identified this as a priority to focus on for improvement. Project redesign was started to streamline the return of forms, real time feedback to custody supervisors. When possible, a CIT clinician was primarily responsible for completion and picking up form in designated areas. Beginning July 2023, MH Supervisor and HCAU AW will jointly round in program facility meetings with custody to do OJT. May indicated an overall compliance of 49% with deficiencies in all eight measurement areas. |

## Section XV: Assignment of Corrective Action Plans and Recommendations
## Conclusions/Comments

---

## CONCLUSION

---

Based upon this review, no additional CAPS are being requested. Focus should remain on the eight most recent Hayes' CAPs (Appendix A), obtaining compliance on all 15 Hayes Recommendations (Appendix B) as well as maintaining compliance on the five previously identified HQ SPRFIT Coordinator Site Review CAPS.

Should you have any questions or require further clarification, please feel free to contact me at Heather.Stahl@cdcr.ca.gov.

Addendum: Appendices A and B

**Appendix A: SVSP's Status Regarding CAPs Listed in Lindsay Hayes' October 2022 Report**

| Focus of Remediation | Specific Language About Deficiency | Current Status |
|---|---|---|
| Alternative Housing (Five Day Follow Ups) | This reviewer examined the EHRS charts for 20 cases and found that, although SRASHEs were completed as required in all cases, only 70 percent (14 of 20) of the cases had timely five-day clinical follow-ups performed. Problems included missed follow-ups or follow-ups not occurring during a consecutive five-day period. One case was indicative of the problem. The inmate (SVSP 1) expressed SI on January 7, 2022, and was placed overnight in alternative housing. The following morning (January 8), a clinician assessed the inmate at low acute risk for suicide, the required SRASHE was completed, and the inmate was returned to their housing unit. The first of the required five-day clinical follow-ups did not occur until three days later on January 11. A second follow-up by another clinician inexplicably occurred on the same day (January 11). Two other follow-ups incurred on January 12 and January 13, but the fifth-day follow-up never occurred (pg 236). | On 09/07/22, SVSP centralized the 5 day follow ups to be completed by CIT clinicians in order to remove this clinical task from yard MHPCs due to severe staffing shortage of MHPCs. This improved compliance with the exception of unannounced late Friday or weekend arrivals, mostly from other PIPs except for SVSP-PIP (internal agreement for no weekend, holiday, or Friday after 4:00pm transfers). This latter issue was addressed by placing the Chief Psychologist, IPC, MH Supervisors, and OTs on the email distribution list that includes other PIP movement. However, due to the increased MHPC vacancies as well as new SPI policy, as of 06/26/23, 5 day follow ups will require to be returned to be performed by yard MHPC's. We will continue to monitor level of compliance and ensure that 5 day follow ups remain prioritized in the SVSP MH Treatment Hierarchy. May OnDemand Performance Report data indicates 93% compliance with clinical discharge follow ups. |
| MH Referrals and SREs | A sample EHRS review of 50 emergent/urgent mental health referrals for SI/behavior revealed that clinical staff completed the required SRASHEs in only 88 percent (44 of 50) of the cases. All of the cases in which incidents of SI/behavior did not result in SRASHE completion were labelled as urgent referrals. Of note, deficiencies in the completion of SRASHEs following emergent/urgent mental health referrals was cited in the case of the inmate (SVSP 8) who committed suicide in the STRH in April 2021 (pg 237). | All emergent and urgent referrals are tracked monthly by HPSI. Drilldown as to the reason for non-compliance is identified. All emergent referrals are directed to be completed with SRE; 90-day post discharge from MHCB or rescinded MHCB are not in compliance due to treatment hierarchy. OnDemand Performance Report for May indicates Emergent consults at 96% compliance and Urgent Consults at 63% compliance. |

| IDTT Meetings | Overall, although there was good treatment team representation during each meeting, the meetings were problematic (see pg 238-239 for examples of the problematic practices in IDTTs). | MHCB has a fulltime Supervisor since 04/23.  MH Supervisors issued CQIT and directed to ensure IDTT reviews HLOC, observation/issue, safety planning, measurable treatment goals; IPOCs and goals in line with dx; and case conceptualization. |
| --- | --- | --- |
| MHCB Possessions and Privileges | The review found a significant amount of inconsistency, with patients not always being afforded opportunities to shower within three days of MHCB admittance; and one patient being approved for dayroom, but not yard, whereas another patient was approved for yard, but not dayroom (pg 239). | HQ review found pts continued to be offered either yard or dayroom but not both.  Refusals for out of cell activities were not indicated on 114As.  Showers appeared to be offered within timelines. |
| Discharge SRASHEs and Safety Plans | The review found that, although discharge SRASHEs were completed in all cases, the required safety plans and/or five-day clinical follow-ups were completed in only 87 percent (20 of 23) of the cases. | HQ review found one of ten safety plans reviewed was not completed prior to MHCB D/C although the patient was admitted to MHCB for DTS. |
| | This reviewer's examination of the data found problems in untimely supervisory review. First, the SRASHEs and safety plans of only 17 patients were reviewed by the MHCB supervisor despite acknowledgment from mental health leadership at SVSP that a significantly larger number of patients were discharged from the MHCB during this six-month time period. In addition, discharge SRASHEs were required to be completed prior to or during the anticipated discharge IDTT meeting, and the examination found that all supervisory reviews were untimely and occurring months after the IDTT meetings, and on the specific dates of October 28, 2021, January 20, 2022, and January 27, 2022 (pg 239-240). | HQ review found that MHCB Supervisor was reviewing safety plans for discharged patients.  Reviews were typically reviewed in less than one day; however, some were reviewed up to several days later. |

| | | |
|---|---|---|
| Custody Discharge Checks | This reviewer was presented with documentation of 212 cases of inmates discharged from either the MHCB unit or alternative housing who remained at SVSP and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from September 2021 through February 2022. The review found that only 73 percent had Page One of the "Discharge Custody Check Sheet" (MH-7497) forms completed correctly by mental health clinicians, with most errors attributable to clinicians not completing the first page of the form or discharging the custody checks in less than the 24-hour minimum. When completed correctly, the majority of custody checks were recommended for 48 hours by clinicians. In addition, only 67 percent of the "custody check" forms (Page Two) were completed correctly by correctional staff at 30-minute intervals, with most errors attributable to gaps in observation (particularly between 12:00 a.m. and 6:00 a.m.) (pg 240). | SPRFIT Reboot in Jan 2023, identified this as a priority to focus on for improvement.  Project redesign was started to streamline the return of forms, real time feedback to custody supervisors.  When possible, a CIT clinician was primarily responsible for completion and picking up form in designated areas.  Beginning July 2023, MH Supervisor and HCAU AW will jointly round in program facility meetings with custody to do OJT.  May indicated an overall compliance of 49% with deficiencies in all eight measurement areas. |
| SPRFIT Quorum | A review of six months (September 2021 through February 2022) of SPRFIT meeting minutes found that all required mandatory members or designees were not in attendance for any of the meetings. Although the meeting minutes stated that quorums were achieved in all the meetings, the same unit supervisor was incorrectly listed as both SRN and Senior PT, and a sergeant was incorrectly listed as a designee for the associate warden of health care access when the designee cannot have a classification lower than a captain (pg 240). | HPS II ensures that attendee requirements are followed.  Quorum met in reviewed minutes. |

| Suicide Prevention and SRE Mentoring Training | In addition, 96 percent of custody staff, 96 percent of medical staff, and only 82 percent of mental health staff received annual suicide prevention block training during the previous 12 months. Finally, as of March 2022, only 70 percent of mental health clinicians had completed the SRE mentoring program (pg 241). | May 23 data indicates IST training for custody is at 44%, Healthcare- 39% and Mental Health staff- 30%.  The new SRE mentoring training for May was 93% compliant. |



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

## Appendix B: SVSP's Status Regarding Compliance with 15 Outstanding Recommendations in Lindsay Hayes' October 2022 Report

| Hayes' Outstanding Recommendations that remain open from his October 2022 Report | Status | Comments |
|---|---|---|
| *No. 3:* IST Suicide Prevention training compliance | **All disciplines were non-compliant in 2022** | Year 2022- Custody- 85%, MH-85%, Nursing-89%.  May 2023- Custody-44%, MH-39%, Nursing- 30% |
| *No. 7:* Confidenitality of nursing screens in R&R | Compliant | |
| *No. 8:* Nurse and officer safety during R&R screenings | Compliant | |
| *No. 9:* SRE Mentoring program compliance | Compliant | May 23 data indicates 93% compliance of mentoring process |
| *No. 10:* Auditing SRE quality | Compliant | |
| *No. 12:* Completing SREs for urgent/emergent referrals for DTS | **Partially Compliant** | May 23 data indicates 96% compliance for Emergent referrals and 63% compliance for Urgent referrals. |
| *No. 13:* Use of retrofitted cells in first 72 hours of ASU placement | Compliant | |
| *No 17:* Completing safety plans, supervisory audits of safety plans | **Mostly Compliant** | |
| *No 18:* Safety Planning training compliance | Compliant | May 23 data indicates 97% compliance for new training |
| *No 20:* Audit psych tech practices in ASU | Compliant | |
| *No 21:* Using only suicide precatuion and suicide watch for suicidal patients | Compliant | |
| *No 28:* Accurate completion of page 2 of the "Discharge Custody Check Sheet" | **Non Compliant** | May -49% overall compliance.  Current improvement project. |
| *No 29:* Accurate completion of page 1 of the "Discharge Custody Check Sheet" | **Non Compliant** | May data indicates 63% compliance |
| *No 31:* Achieving quorum for SPRFIT meetings, incomplete local policies | Compliant | |
| *No. 32:* Privileges for MHCB inmates, Continuous Quality Improvement Audit, Reception center Screening | **Partially Compliant** | Privileges for MHCB inmates continues to not be offered or documented according to policy. |

Exhibit F

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | July 11, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | Heather Stahl, Ph.D.<br>Senior Psychologist Specialist<br>HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **SALINAS VALLEY STATE PRISON PSYCHIATRIC INPATIENT PROGRAM - HQ SPRFIT COORDINATOR REVIEW** |

On June 29, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator for Region II conducted an onsite review at Salinas Valley State Prison Psychiatric Inpatient Program (SVSP PIP). I was accompanied by the Region II Nursing Consultant, Patty Gonzalez. The Region II Mental Health Compliance Team (MHCT) Lieutenants, Frank Hodson and Ruben Loza, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be provided to the Statewide SPRFIT committee for review and follow-up.

Should you have any questions or require further clarification, please contact me at (916) 956-3406 or heather.stahl@cdcr.ca.gov

# Inpatient Unit

**Suicide Resistant Cells**

SVSP PIP consists of four housing units which include TC-1 and TC-2 and C5 and C6. Currently none of the cells are suicide resistant.

Retrofitting for TC1 and TC2- the tentative plan was for the retrofits to begin in the summer of 2023. There was an onsite visit on 6/21/23. The tentative start of the retrofit is now September 2023 with units to be done sequentially. The projection for completion is September 2024.

SVSP PIP has updated their Operational Procedure (OP) 508: Psychiatric Inpatient Program Admissions, Internal Bed Moves, and Discharges to reflect language regarding housing PIP patients on the second tier in C5/C6. Language includes: *ADU Utilization Management (UM) RN will complete medical chart review, including accessing On Demand reports for identification of Tuberculosis status, suicidality, self-injurious behaviors, and/or history of suicide attempts by jumping. ADU will ensure patients with history of jumping will not be assigned to a housing unit with an upper tier. At minimum, the UM RN will review the most recent suicide risk evaluation and the On Demand Self harm reports. The UM RN and the Chief Psychiatrist or designee will review the referral.*

**Interdisciplinary Treatment Teams (IDTT)**

On the day of the review, I observed four IDTT's TC1. All were Routine IDTTs. There was discussion regarding the purpose of the IDTT, clinical summary, suicidal and self harm history, safety planning, issue or observation levels, privileges offered in all four IDTTs. There was significant input from the CCI and RN, however all other members contributed except for the recreational therapist. The clinicians discussed and established treatment goals during the IDTT and elicited feedback and input from the patient. This is a significant improvement from the last review in which IDTTs from C5/C6 were reviewed and found to be problematic.

**Non-Clinical Activity Tracking Review**

SVSP PIP inputs information into the Non-Clinical Activity Tracking (NCAT) system for both maximum and non-maximum custody patients. Review of a random sample of ten patient's NCAT data during May indicated that patients were all being offered showers, phone calls, yard and other out of cell activities.

**Suicide Watch and Suicide Precaution:** There was one patient on suicide watch observation and two patients on suicide precautions the day of the review.

A review of the Mental Health Observations Reporting Tool indicated that from May 1 to May 31, 2023, SVSP PIP was at 96% compliance for timely completion of suicide precaution rounds and at 97% compliance for timely completion of suicide watch rounds.

**Observation and Issue Orders:**

Observation and issue orders were reviewed on the cell door for patients in TC1 and TC2. A review of five patients across units on suicide watch or suicide precaution was conducted. This

review consisted of three components: was the patient seen daily by a psychologist or psychiatrist, were observation and issue orders renewed on a daily basis by either the psychologist or psychiatrist and was there clinical justification documented in the progress notes for observation status and issue ordered. In the five cases reviewed, all achieved 100% compliance in all three reviewed components. This is a significant improvement from the last review. Tier walks indicated patients had property and clothing in compliance with statewide policy.

Nursing staff continue to report issues with window coverings, clothes lines and covered light fixtures within the PIP units that limit staff from seeing into the cells. Nursing Daily rounds with cell documentation is provided to all levels of leadership at the institution. Regional NCPR continues to report these findings to both Regional and HQ staff.

**Quality of Safety Planning**: A new safety planning training was rolled out statewide in February 2023; safety planning was removed from CAT 7 due to being updated. A new CAT 14 audit specifically for outpatient safety planning is currently being developed, however had not been released to the field. However, only CAT 13, which is the PIP supervisor review of discharging safety plans would be applicable to SVSP PIP and is discussed below.

**PIP Supervisor Review of Discharging Safety Plans:**
HQ Mental Health Quality Management unit sent an email statewide on February 2, 2023, suspending the requirement to complete these reviews beginning February 2 to October 1, 2023, pending the roll out of the new safety planning training and update to CAT 13. However, on April 5, 2023, the memorandum Update to the Suspension of Chart Audit Tool 13 indicated that institutions needed to resume completing these reviews by developing a local tracking method since CAT 13 continued to be unavailable for use.

The SVSP PIP supervisor's review of discharge safety plans' tracking mechanism was not provided during this review and subsequently will be added as a CAP.

## Local SPRFIT Committee

SPRFIT Minutes are being uploaded to the new SharePoint site timely. A review of the most recent committee minutes was completed. The SPRFIT meetings significantly lacked involvement from other disciplines and only a few members participated in any discussions nor provided any feedback or suggestions. Decisions are often postponed and progress on improvement projects is delayed due to designees attending the meetings. It is imperative that this meeting include input and discussion from all members. This will help to facilitate progress with compliance of court ordered suicide prevention directives and help to identify solutions to address ongoing suicide prevention deficiencies including CAPs generated by Lindsay Hayes and the HQ SPRFIT Coordinator.

It is recommended that the meeting allocate more time on collaborating on improvement projects with attention on establishing solutions which will assist in gaining compliance on SVSP

PIP's identified improvement projects, Lindsay Hayes' court ordered enforcement orders and HQ SPRFIT CAPs.

## Suicide Risk Evaluations

A review of On Demand indicated below the compliance numbers for completion of required SRASHEs from May 1, 2023, to May 31, 2023:

| Suicide Risk Evaluation | 92 | 2.4 | 71% |
|---|---|---|---|
| SRE on admission to PIP, ACU, UnlACU, ICF, or Unll | 31 | 1.1 | 81% |
| SRE prior to clinical discharge from PIP. | 23 | 5.4 | 22% |

The total monthly compliance rate for SRASHEs completed upon admission or prior to discharge is likely inaccurate due to several identified data errors.

Per memorandum Completion of Suicide Risk Assessments and Self Harm Evaluations in Psychiatric Inpatient Program Settings dated October 22, 2021, a SRASHE is not required for referrals for danger to self.  On Demand is incorrectly capturing that SRASHEs are required when this referral reason is selected.  This issue has been elevated to HQ QM for further review. Additionally, the BI report is also incorrectly capturing compliance completion of required SRASHEs.

## Emergency Response

An audit of the cut down kits in the housing units was not completed during this review.

**Suicide Case Review Quality Improvement Plan (QIP) Follow Up**

One suicide occurred to date at SVSP PIP in 2023.  No suicides occurred at SVSP PIP during however, as a result of a suicide at another institution during 2022 and 2023, resulting in a total of five Quality Improvement Plans (QIPs) generated for SVSP PIP.

| Problem | Quality Improvement Plan | Current Status |
|---|---|---|
| **QIP generated from the suicide on October 22, 2022** | | |
| 1. On November 15, 2021, IDTT was completed at SVSP-PIP-ICF with treatment frequency listed on the Master Treatment Plan as: psychiatry individual contacts every seven days, MHPC individual contact weekly, and 10 clinical group hours per week. Between November 15, 2021, and December 6, 2021 (when Inmate moved units), one week of MHPC individual contacts were missed (week of November 22, 2021) and | SVSP-PIP shall conduct a review of these deficiencies and implement a solution for coverage so clinical contacts remain consistent with each patient's individualized treatment plan. | Orders and documentation reviewed for the purposes of the HQ SPRFIT review found that patients are being seen as required. |

| | | |
|---|---|---|
| an insufficient number of groups were offered ranging from four to seven hours per week. IDTT was again completed on December 15, 2021, and the treatment plan continued with psychiatry individual contacts every seven days, MHPC individual contact weekly, and 10 clinical group hours per week. Between December 15, 2021, and December 30, 2021 (when discharged from SVSP-PIP), one appointment was missed by the MHPC and only six hours of group were offered total. | | |
| **QIP generated from the suicide on March 16, 2023** | | |
| 8.No discussion regarding levels of issue or observation were found in any clinical documentation nor were there orders related to issue or observation in EHRS | Training was provided to all PIP MH staff on the requirement to document team consensus regarding issue and observation during initial IDTTs. | Daily clinical documentation reviewed found that in all cases justification regarding levels of issue and observation were found in the clinical documentation. |
| 9. Treatment plan documentation was mostly pulled forward without change. | Training was provided to identified staff, unit supervisor will audit a random sample of treatment plans authored by clinician and by all PIP staff who began work after March 21 will be provided the full set of 2020 QIP trainings. | Treatment plans were not reviewed during this review. |
| **QIP generated from the suicide on March 21, 2023** | | |
| 1. Patient was not assessed for two weeks, treatment plan indicated patient would be seen by rec therapist, however no documentation exists noting these contacts occurred. | Non-compliance with clinical contacts at SVSP PIP ICF documented in the treatment plan was identified as a QIP in a death by suicide that occurred at CMF PIP Acute on October 22, 2022. SVSP PIP ICF submitted their QIP response on January 27, 2023, which was reviewed and accepted by the HQ SPRFIT review team. As the review of the documentation associated with that death by suicide occurred subsequent to the timeframe the patient was at SVSP PIP ICF, it was determined an additional QIP response is not warranted. | Orders and documentation reviewed for the purposes of the HQ SPRFIT review found that patients are being seen as required. |
| 2. Information from the clinical summary in three treatment plans pulled forward from previous plans and were not updated in a clinically meaningful way. | This concern was identified as a QIP in the review of a death by suicide that occurred at SVSP PIP ICF on March 21, 2023. Therefore, it was determined an additional QIP response is not warranted. | Treatment plans were not reviewed during this review. |

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for May 2023, as well as information obtained from SVSP PIP, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 80%
- Safety Planning Intervention: 80%
- SRE Mentoring: 0%
- Annual IST Suicide Prevention
  - Custody- 52%
  - Nursing- 27%
  - Mental Health – 20%

## Receiving and Release (R&R) Screening

No nursing intake screens were observed during this review.

## Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

Lindsay Hayes conducted a review of SVSP PIP in February 2023; at the time of this review, the report has not yet been finalized/received.  Below are the CAPs generated by Lindsay Hayes Site Review on August 23-25, 2021.

| Table 1. Open Hayes CAPS generated from August 2021 visit | | |
|---|---|---|
| **CAP** | | **Progress** |
| 1 | Nursing Intake screening was disjointed with the nurse observed with their back to the patient and disengaged for the majority of the time.  Nursing staff are not utilizing the Acute/Icf Nursing Assessment form nor inquired regarding suicide risk. | Nursing Intake screening was not observed during the recent review. SRN Iis are conducting real time audits.  In addition to the nursing assessment, staff are also utilizing the Initial Health Screening form which includes questions regarding suicide risk. |
| 2 | Pt were more likely to be placed on suicide watch than suicide precaution.  SRASHEs were not always completed for pts expressing SI or who engaged in self harm behavior. Daily assessments with justification for issue and observation orders were missing from EHRS and often not completed on a daily basis. | Daily assessments with justification for issue and observation orders were present during the audited charts.  This is significant progress since the last review and it was assigned in 2021 as a HQ CAP. |
| 3 | NCAT reports indicated that 41% of the patients did not receive dayroom/yard privileges with the term "cancelled" appearing on patient forms in C5/C6. | A review of NCAT report indicated patients are receiving day room and yard privileges.  The previous issue regarding the term cancelled appears to have been resolved. |

| 4 | The language "contracting for safety" appeared in several psychiatric and nursing documentation and used in the clinical decision to discharge a patient form suicide observation status. | Records review completed during this review did not observe any language within the review documents that contained the language "contracting for safety". |
|---|---|---|
| 5 | As of August 2021, only approximately 89 percent of mental health clinicians had completed the SRE mentoring program, only 57 percent (and no psychiatry) had received the seven-hour SRE training. | SVSP PIP is at 80% compliance for Safety Planning training and SRASHE training.  SRE Mentoring was placed on hold however the plan is to offer at least one training once a month until compliance is reached. |
| 6 | Other than discussion of monthly staff training and patient self-harm data, as well as some discussion on numerous QIPs arising out of the two patient suicides during in December 2020 and January 2021, meeting minutes were very brief and unremarkable. More importantly, most of the deficiencies found in this assessment had not been previously addressed in SPRFIT meeting minutes. | SVSP-PIP SPRFIT meetings greatly lack collaborative involvement from other disciplines. Designees often attend the SPRFIT meeting resulting in limited progress made on suicide prevention improvement projects or addressing current suicide prevention related issues. |

Table 2 includes the open CAPs generated from previous HQ SPRFIT Reviews

| Table 2. Currently open HQ CAPS generated from previous reviews | |
|---|---|
| **CAP** | **Progress** |
| 1  Develop an action plan that provided SVSP PIP staff training to ensure that issue, observation, and safety plans are discussed during applicable IDTTs. - **CAP Issued 9/2021** | **Open**- SVSP reports that a new process will be developed to in order to effectively track whether issue, observation and safety plans are being discussed during applicable IDTTs as the previous methodology did not appear to have been effective. This CAP requries auditing staff to be present during the actual IDTT to ensure discussions include relevant topics.  Training was completed with select PIP staff in response to a recent QIP regarding the discussion of issue and observation during the initial IDTT.  Observed IDTT's in TC1 included discussion of issue, observation and safety planning during applicable IDTTs this review.  This is a significant improvement from the last review. |
| 2  Develop an action plan that ensures that SRASHEs are completed upon admission and prior to discharge from the PIP. -**CAP issued 9/2021** | **Open**- There continue to be descrepancies between the On Demand report and the SPRFIT BI Report.  An analyst has been designated to drill down on the report monthly to report deficiencies.  Internal audit indicates SRASHEs completed timely for Mar-82%, April -90%, May 90%. |
| 3  Develop an action plan that ensures daily documentation on MHPC/MHMD Progress notes are completed in EHRS to accompany each renewed Issue and Observation order. The documentation must justify the level of observation, property issue, and privileges and indentify any specific behaviors that may warrant additional monitoring. -**CAP issued 9/2021** | **Open**- Instituional audit data May- 38%- included acceptable justification .HQ documentation audit during this review indicates significant improvement in this area during this review. |

| 4 | Develop an action plan detailing steps taken to retrofit existing PIP cells including a plan to address housing ICF patients in C5/C6 with access to the 2nd tier. -CAP issued 9/2021 | Open- The tentative plan for retrofitting TC1 and TC2 was for the retrofits to begin in the summer of 2023. There was an onsite visit on 6/21/23. The tentative start of the retrofit is now September 2023 with units to be done sequentially. The projection for completion is September 2024.  SVSP PIP has updated their Operational Procedure (OP) 508: Psychiatric Inpatient Program Admissions, Internal Bed Moves, and Discharges to reflect language regarding housing PIP patients on the second tier in C5/C6. |
|---|---|---|
| 5 | Develop an action plan to address underutilization of suicide precatuion status within the PIP. -CAP issued 9/2021 | Open- Due to cells not being suicide resistent, SW is predominately used. Insitutional data indicates: Mar-SP-38% & SW-61%, APR-SP-26% & SW-74%, MAY-SP-31% & SW-69%. |
| 6 | SVSP-PIP nursing staff shall develop an action plan to address non confidential intake screens. -CAP issued 12/2022 | Open- SRN IIs are currently conducting real time audits and the DON in real time is validating the SRN II's audit.  Licensed staff are to provide the interviews in a confidential setting. |
| 7 | SVSP PIP nursing staff shall develop an action plan to ensure nursing staff are utilizing all mandated Admission Assessment forms. -CAP issued 12/2022 | Open- SRN IIs are currently conducting real time audits.  Acute/ICF Nursing Assessment and the Initial Health Screening form are being used. |
| 8 | Develop a corrective action plan to ensure that Coleman Court mandated trainings (SRASHE Mentoring, Suicide Prevention and SRASHE Core Competency Building and Safety Planning Intervention) are compliant above 90%. -CAP issued 12/2022 | Open- Trainings were offered monthly. SVSP PIP compliance for 7 hour and Safety Planning is at 80%, however SRE Mentoring is at 0%.  SVSP PIP's plan is to attempt to offer training at least once a month until compliance is reached. |
| 9 | Develop a corrective action plan to review with clinicians the CQIT audit criteria for IDTTs as well as how to present an adequate presentation, including safety planning, suicide risk history, issue and observation status, privileges, I.D., showers, phone calls, out of cell activities, programming, etc., within the IDTT meeting.  -CAP issued 12/2022 | Open- Observed IDTT's in TC1 included discussion of issue, observation and safety planning during applicable IDTTs this review.  This is a significant improvement from the last review.  This has been identified and is listed on the Improvement Priorities List and Project Pipeline. |

## Section XV: Assignment of Corrective Action Plans and Recommendations

All previously assigned CAPs will remain open at this time.  It is recommended that SVSP-PIP staff identify if new action plans need to be developed in order to make improvements for the assigned CAPS and/or whether the CAPs need to be placed on their Improvement Priority List and Project Pipeline.

## Conclusions/Comments

As a result of this review, one additional corrective action plan is being requested. Focus should remain on the six most recent Hayes' CAPs (Table 1), obtaining compliance on maintaining compliance on the previously identified HQ SPRFIT Coordinator Site Review CAPS (Table 2).

1. Develop a corrective action plan to ensure that PIP supervisors or designees are reviewing and tracking PIP discharge safety plans per statewide policy dated 4/5/2023, *Update to the Suspension of Chart Audit Tool 13*.

Below is a concern not rising to the level of a CAP that will be followed-up on at the next onsite review:

1. SVSP-PIP shall ensure that the SPRFIT meeting is collaborative, mandated members attend, when possible and the meetings are focused on resolving improvement projects listed on the Improvement Priorities List and Project Pipeline.



## CALIFORNIA CORRECTIONAL
## HEALTH CARE SERVICES

**APPENDIX A**- Status of deficiencies as noted in the Fifth Re-Audit and Update of Suicide Prevention Practices in the prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs written by Lindsay M. Hayes dated October 24, 2022

| Focus of Remediation | Specific Language About Deficiency | Current Status | Justification for Status | Sustainability/Ongoing Monitoring |
|---|---|---|---|---|
| Intake Screening | Develop a CAP to ensure uniformity during the nursing intake screening process within the PIPs whereby all PIPs utilize the current Initial Health Screening form or revise either the "Admission Assessment and History" and "Acute/ICF Nursing Assessment" forms to include adequate mental health and suicide risk questions. | In Progress | SVSP PIP utilizes the Initial Health Screening form for PIP arrivals. | "R & R screenings conducted appropriately" is a monthly metric as part of the insitutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly in the HQ SPRFIT Coordinator audits.  SRN II's are completing real time audits to ensure proper forms are being used. |
| Suicide Resistant Beds | Develop a CAP at SVSP PIP to ensure that all cells designated to house suicidal patients are suicide resistant. | In Progress | Retrofitting for TC1 and TC2- the tentative plan was for the retrofits to begin in the summer of 2023. There was an onsite visit on 6/21/23. The tentative start of the retrofit is now September 2023 with units to be done sequentially. The projection for completion is September 2024. | This is reviewed quarterly in the HQ SPRFIT Coordinator audit. |
| Observation of Suicide Patients | Develop a CAP to ensure that only Suicide Precatuion and Suicide Watch statuses are permitted for the observation for suicidal patients, and that terms such as "stags", "mental health observation", "Q-11", "behavioral suicide watch", and "enhanced observation" are prohibited to be used in provider orders and progress notes. | In Progress | Review of clinical documentation for patients on suicide observation status did not find this concern. | Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule.  Additionally, this is reviewed quarterly  in the HQ SPRFIT Coordinator audits. |

| | | | | |
|---|---|---|---|---|
| Observation of Suicide Patients | Develop a CAP to ensure that regular nursing rounds conducted at 15 minute intervals (meant for non-suicidal patients) should never be utilized as a substitute for Suicide Percaution status. | In Progress | Review of clinical documentation for patients on suicide observation status did not find this concern. | Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed quarterly in the HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop CAPS at CMF-PIP, CHCF-PIP, SVSP- PIP and SQ- PIP to ensure that all patients on sucide observation status are adequately observed. | In Progress | No deficiencies noted during the June 2023 HQ SPRFIT Coordinator Review | Suicide Precaution Observations and Suicide Watch Observations are quarterly metrics as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in the quarterly HQ SPRIFT Coordinator audits. |
| Out of Cell Activities | Develop a CAP for all PIPs to ensure that suicidal patients have access to out of cell activities that are clinically justified, including those on maximum-security status. | In Progress | SVSP PIP indicated a draft of the LOP for out of cell activity for patients on suicide observation status was sent to HQ in May 2021 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership. | The status of this LOP is reviewed during quarterly HQ SPRFIT Coordinator Audits. |
| IDTT Meetings | Develop a CAP in improve the consistency of IDTT meetings for suicidal patients within all of the PIPs, to include adequate case presentations; highter level of care discussions (during meetings for ICF patients); adequate discussion regarding suicide risk histories; current suicide risk and observation; clothing, possessions, and out of cell activities; and safety planning to reduce further recurrence of SI. | In Progress | A HQ CAP was assigned in December 2022 to address deficiencies within IDTT presentations.  Recent HQ review observed four IDTTs in TC1 whereby adequate discussion regarding case presentations,etc., was discussed in all observed cases. | Inpatient Unit IDTTs Meeting Requirements is a bi annual metric as part of the institutional SPRFIT Measurement Plan and Schedule.  Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

| Safety Planning | Develop a CAP to improve the adequacy of safety planning within all of the PIPs. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | In Progress | The new safety planning training rolled out statewide in February 2023 which clearly identifies when a safety plan is required. Although all staff have not yet been trained, the supervisory reviews of discharging safety plans will ensure that safety plans are being completed as required by statewide policy, regardless of patient refusal and/or low acute risk at discharge. | On April 5, 2023, memorandum Update to the Suspension of Chart Audit Tool 13 indicated institutions needed to resume completing the supervisory reciew of discharging safety plans. The memorandum directed insitutions to develop a local tracking method since CAT 13 continued to be unavailable for use. PIP Supervios's reveiw of discharge safety plan local tracking systems were not provided to this reviewer during the review. |
|---|---|---|---|---|
| Safety Planning | Develop a CAP to enforce the PIP suicide prevention policy requirement for supervisory review of a safety plan prior to, or during the IDTT in which the discharging SRASHE is completed. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | In Progress | SVSP PIP was unable to provide their internal tracking tool for review of safety plans. | On April 5, 2023, memorandum Update to the Suspension of Chart Audit Tool 13 indicated institutions needed to resume completing the supervisory reciew of discharging safety plans. The memorandum directed insitutions to develop a local tracking method since CAT 13 continues to be unavailable for use. PIP supervisor's review of discharge safety plan local tracking systems were not provided to this reviewer during the review. |
| Contracting for Safety | Develop a CAP to ensure that "contracting for safety" is not utilized in either the assessment of suicide risk or documentation of decision making within the PIPs. | In Progress | The HQ Memo, Discontinue the Use of Safety Contracts was released to the field on February 17, 2023. SVSP PIP is at 44% for completing this training as of May 31, 2023. No issues were identified during the June review. | Clinical documentation is reviewed during quarterly HQ SPRFIT Coordinator audits. |

| | | | | |
|---|---|---|---|---|
| Suicide Prevention Training | Develop CAPS to increase mental health clinican compliance rates for both SRE mentoing program and seven hour SRE training. | In Progress | As of May 2023, SVSP PIP had the following compliance rates:        SRE Mentoring- 0%, 7 hour- 80%.  SRASHE mentoring has been paused with the focus on catching up with Safety Planning and SRASHE training.  SVSP PIP's plan is to offer at least one of the trainings once a month until compliance is reached. | MH Clinicians with 7 hour SRE training within the last 2 years and Staff Completion of the SRE Mentor Program are monthly metrics as part of the institutional SPRFIT Measurement Plan and Schedule.  Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SPRFIT Committee | Develop a CAP to ensure that SPRFITs at each PIP meet required monthly meeting quorums, and that deficient suicide prevention practices, including those cited in this reviewer's report are remedied. | In Progress | The SPRFIT meetings significantly lacked involvement from other disciplines and only a few members participated in any discussions nor provided any feedback or suggestions.  Decisions are often postponed and progress on improvement projects is delayed due to designees attending the meetings.  It is imperative that this meeting include input and discussion from all members.  This will help to facilitate progress with compliance of court ordered suicide prevention directives and help to identify solutions to address ongoing suicide prevention deficiencies including CAPs generated by Lindsay Hayes and the HQ SPRFIT Coordinator. It is recommended that the SPRFIT meeting allocate more time on addressing improvement projects with attention on brainstorming remedies to gain compliance of identified improvement projects, Hayes court ordered enforcement orders and HQ previously assigned SPRFIT CAPs. | This is reviewed quarterly in the HQ SPRFIT Coordinator audit. |

Exhibit G



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | November 15, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | Heather Stahl, Ph.D. Senior Psychologist Specialist HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **CALIFORNIA HEALTH CARE FACILITY - HQ SPRFIT COORDINATOR REVIEW** |

On November 2, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator for Region II conducted a review at California Health Care Facility (CHCF). The Region II Mental Health Compliance Team (MHCT) Lieutenants, Frank Hodson and Ruben Loza and Regional Nursing Consultants were consulted during the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be provided to the Statewide SPRFIT committee for review and follow-up.

Should you have any questions or require further clarification, please contact me at (916) 956-3406 or heather.stahl@cdcr.ca.gov

 

## Institutional Updates

CHCF continues to have a severe mental health staffing shortage.  The MHCB continues to have no state service employees.  CHCF MHCB has three full time contract psychologists, four part time contract psychologists.  Two staff who work three days a week, one staff works Saturday and Sunday and another staff who works only Saturdays. When all beds are open, staffing is allotted for a total of 20 staff.

Nineteen outpatient psychologist positions are allotted with six full time state service employees and one full time contractor currently employed.  An additional contractor works three days a week.  Twelve outpatient social worker positions have been allotted.  CHCF currently has three employed state social workers.  Two social workers work full time and one retired annuitant, works three days a week.   Two new social work contractors joined CHCF's team after the onsite visit, bringing the total to five social workers, two state employees, two contactors, and one retired annuitant.

## Section I:  Restricted Housing Unit

CHCF's Administrative Segregation Unit is currently closed.

## Section II: Inpatient Units

**Suicide-resistant cells:**  CHCF has one licensed MHCB building open (A1A) consisting of 30 beds.  All MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** Four IDTTs were observed.  All required members were in attendance and active participants during the meetings.  The primary clinician presented a clinical summary, observation and issue orders status, privileges offered and provided, previous self-harm history and treatment goals and treatment progress were discussed.  Safety planning and interventions were discussed during the three patients who were being seen for discharge.

**Quality of Safety Planning**:  CHCF's MHCB Supervisor continues to track the reviewed safety plans on a spreadsheet.  Review of the spreadsheet indicates the safety plans are generally reviewed prior to or within a few days of the MHCB discharge.  During the month of October, the supervisor deemed 52% of the safety plans reviewed as inadequate and 48% as adequate.

**Suicide Watch and Suicide Precaution:**  There were 28 patients housed in the MHCB at the time of the on-site review.  There were four patients on a suicide watch and twelve patients were on suicide precaution status.

A review of the Mental Health Observation Reporting Tool indicated that from October 1 to October 31, 2023, CHCF was at 98% compliance for timely completion of suicide precaution rounds and at 96% compliance for timely completion of suicide watch rounds for patients housed in the MHCB. This metric is monitored monthly by regional nursing staff.

**Observation and Issue Orders:** Issue orders on the doors were reviewed for patients in the MHCB. Patients had up to date orders posted on the door and the property allowed matched the level of observation. Tier walks indicated patients had property and clothing in compliance with statewide policy. Documentation was reviewed for ten patients housed in the MHCB. The review indicated that there was adequate clinical justification documented for the observation level and limited issue for nine patients.

**Privileges:** A review of Unit Summary Report for out of cell time for MHCB patients indicated that patients were being offered yard, showers and phone calls.

**Clinical Discharge Follow-Ups:**
A review of the On Demand Performance Report for October 2023 indicated that CHCF was 99% compliant for completion of 5 Day Follow Ups. The first day of one of the 88 follow ups was missed due to the patient transferring to CHCF without any prior notice to mental health staff.



**MHCB Supervisor Review of Discharging Safety Plans:**
The MHCB Supervisor has developed a spreadsheet to track and review discharge safety plans. Proof of practice of the tracking system was reviewed and appears to be completed per policy.

## Section III: Alternative Housing

CHCF's MH LOP 1, *Alternative/Temporary Housing* outlines their alternative housing process and specifies a prioritized alternative housing location list. The alternative housing cells are located on Facility C.

During the month of October 2023, there were 13 referrals to MHCB. A review of On Demand Performance Report indicated CHCF was 100% compliant for timely transfers to the MHCB or MHCB recissions for all referrals during this timeframe. Six of the 14 MHCB referrals were rescinded. All had the required SRASHEs completed and provided adequate justification for the rescissions, and had completed safety plans. This is an improvement from the last review where only one of six patients rescinded had a completed safety plan.

## Section IV: Suicide Risk Management Program (SRMP)

At the time of this review, On Demand report noted 29 patients were included in the program which includes 11 that are currently in the program and 18 categorized as being placed in the program. Two patients met criteria but was not included and had recently been discharged from the PIP level of care.

## Section V: Discharge Custody Checks

CHCF is completing monthly audits of Discharge Custody Checks (MH-7497s) as required by statewide policy. Previous months indicated a compliance of: August (74%), September (78%), October (77%) below. CHCF has been addressing the deficiencies by providing custody officers training, updating on unit binders, and progressive discipline to staff who continue to commit errors. This is currently an improvement project on CHCF'

### Custody Inpatient Discharge Checks Audit

|   | METRIC | # Pass | # Fail | # Total | % Compliance |
|---|--------|--------|--------|---------|--------------|
| 1 | Section I Complete | 16 | 6 | 22 | 72.7% |
| 2 | Section II Complete | 15 | 7 | 22 | 68.2% |
| 3 | Section III Complete | 25 | 12 | 37 | 67.6% |
| 4 | Checks Discontinued After At Least 24 Hours | 22 | 0 | 22 | 100.0% |
| 5 | Checks Discontinued After No More Than 72 Hours | 21 | 1 | 22 | 95.5% |
| 6 | 1st Entry Upon Arrival to Unit Complete | 16 | 6 | 22 | 72.7% |
| 7 | 30-Minute Checks | 12 | 10 | 22 | 54.5% |
| 8 | Supervisor Review | 20 | 2 | 22 | 90.9% |
|   | Overall Compliance | 147 | 44 | 191 | 77.0% |

## Section VI: Local SPRFIT Committee

SPRFIT Minutes are being uploaded to the new SharePoint site timely. A review of the last six months committee minutes was completed. Meeting minutes are comprehensive. There is multidisciplinary participation during the committee meeting. Discussion of system surveillance included topics such as suicide prevention training, Diagnostic Screening Review audit, quality of SREs, SRMP patients, and areas with identified needs for improvement.

CHCF's SPRFIT Coordinator and/or designee attended an Inmate Advisory Council (IAC) meeting in May 2023. Mental health staff also attended the Inmate Family Council (IFC) meeting is scheduled to attend in November 2023.

OP 18.4 MH *Suicide Prevention* includes procedures regarding patients receiving bad news is consistent with the current statewide memorandum.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. During July 1, 2023 - October 31, 2023, CHCF was 95% compliant for completion of

SRASHEs for Emergent consult orders.  No urgent consults orders were ordered during this time period.

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 660 | 1.7 | 97% |
| SRE after Em.Consult (except PIP) for Suicidality | 83 | 6.3 | 95% |

## Section VIII: Suicide Risk Evaluations

A review of the On Demand Performance Report for the July 1 to October 31, 2023, indicated that CHCF had a compliance rate of 97% for completion of required suicide risk evaluations.



**10.2 Suicide Risk Evaluation**

97% (660)

A review of On Demand indicated below the compliance numbers for completion of required SRASHEs from July 1, 2023, to October 31, 2023:

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 660 | 1.7 | 97% |
| SRE after Em.Consult (except PIP) for Suicidality | 83 | 6.3 | 95% |
| SRE after Em.Consult (except PIP) for Suspected OD | 1 | 0.0 | 100% |
| SRE at MHCB Clinical Discharge  (admitted for a | 242 | 1.7 | 100% |
| SRE at MHCB referral | 76 | 0.1 | 96% |
| SRE prior to clinical discharge from PIP. | 1 | 6.0 | 0% |
| SRE upon arrival from Acute/ICF | 8 | 11.8 | 63% |
| SREs after rescinded MHCB referral | 106 | 0.5 | 96% |
| SREs following MHCB Discharge (admitted for suicid | 143 | 0.3 | 95% |

CHCF was 96% compliant for completion of a SRASHE for all 106 patients whose MHCB LOC was rescinded. This number includes those patients that require follow up SRASHEs complete every 90 days for a year after a MHCB recission as well as patients initial SRASHE upon recission.

## Section IX: Emergency Response

**Suicide Case Review Quality Improvement Plan (QIP) Follow Up**

Although no suicides have occurred so far in 2023 at CHCF, four QIPs for CHCF were identified in a suicide that occurred at another institution on June 15, 2022.

| QIP | Action | Update/Status |
|---|---|---|
| #3. Through the course of the review, several concerns regarding level of care decisions were identified. | Staff were provided with training and examples to guide HLOC considerations.  Inpatient Coordinator provided refresher trainings MHCB staff will adapt the Discharge Readiness Tool in the MHCB and the Discharge Review Committee (DRC) will review MHCB discharges for appropriate LOC. | The DRC continues to meet and review MHCB discharges and trainings occur for staff when warranted.  MHCB Supervisor tracks MHCB discharges and reviews SRASHEs and SPIs as required.  This process was verified and reviewed during this review. |
| #4. During the course of the review, concerns related to SPI were identified. | CHCF will ensure that all staff have completed the SPI training as required.  MHCB Supervisor will continue to review SRASHE's and SPI's for patients discharging from MHCB. | MHCB Supervisor tracks MHCB discharges and reviews SRASHEs and SPIs as required.  This process was verified and reviewed during this review. |
| #5 Multiple concerns were related to risk and risk formulation in the SRASHE completed at CHCF on June 13, 2022. | Trainings on conducting chart reviews and writing risk formulations was provided to all staff.  MHCB supervisor continues to review SRASHEs and SPIs for MHCB discharges. | MHCB Supervisor tracks MHCB discharges and reviews SRASHEs and SPIs as required.  This process was verified and reviewed during this review. |
| #6 There were concerns identified in both the discharge MHCB MH MTP dated 6.14.22 and the decision not to refer to a higher level of care. | Staff were provided with training and examples to guide HLOC considerations.  Inpatient Coordinator provided refresher trainings MHCB staff will adapt the Discharge Readiness Tool in the MHCB and the Discharge Review Committee (DRC) will review MHCB discharges for appropriate LOC. | The DRC continues to meet and review MHCB discharges and trainings occur for staff when warranted. |

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for September 2023, as well as information obtained from CHCF, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 97%
- Safety Planning Intervention: 100%
- SRE Mentoring: 39%
- Suicide Risk Management Program: 84%
- Annual IST Suicide Prevention (as of March 31, 2023):
    - Custody: 88%
    - Mental Health: 67%
    - Nursing: 66%

- CPR Certification
  - Custody: 93%
  - Nursing: 100%

Mental health staff have been assigned mentors and the supervisor emails periodic reminders with optimal deadlines for completion to identified staff.  The supervisor sends monthly email reminders to staff regarding mentoring process and assignments.   This is currently an improvement project on CHCF's Project Pipeline.  A total of 12 mentors have been identified and are working on completing the mentoring process for CHCF's mental health staff.  Staff turnover and competing projects have been identified as obstacles in completing the mentoring process.

IST Suicide Prevention Training – CHCF has a designated AGPA and HPS who have been assigned to support compliance with trainings and pull compliance reports.  All clinicians have been enrolled for IST Suicide Prevention training for the year 2023.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was not observed during this review.

## Section XI: Receiving and Release (R&R) Screening

R & R screenings were not observed during this visit.

## Section XII: Reception Center Processing
CHCF does not have a Reception Center

## Section XIII: Crisis Intervention Team (CIT)
CHCF currently done not have a CIT.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

See Appendix A: CHCF's current status of CAPs generated by Lindsay Hayes Site Review on July 23, 2021.

See Appendix B: Status Regarding Compliance with the 15 Outstanding Recommendations in Lindsay Hayes' October 2022 Report

Below are the CAPs and recommendations generated by previous HQ SPRFIT Coordinator Site Reviews

| Status of CAPs Generated by HQ SPRFIT Coordinator Visit May & September 2022 | |
|---|---|
| CAP | Progress |
| **CAPs from May 2022 HQ SPRFIT Review** | |
| 1. Create an action plan to ensure there is documented clinical justification in the MHPC/MHMD daily progress notes for observation status and limited issue as required. | Weekly audits are being completed by the SPRFIT Coordinator. 10 charts were audited, nine had adequate justification for both issue and observation levels ordered. **If CHCF believes that they can sustain compliance in this area, it is recommended that this CAP be closed. -Closed 11/23** |
| 2. Create an action plan to address low compliance measures from the Discharge Custody Check Audit. | CHCF has been addressing the deficiencies by providing custody officers training, updating on unit binders, and implementing a process in the event that someone arrives from an outside institution from an inpatient level of care. **In Progress** |
| **CAP from September 2022 HQ SPRFIT Review** | |
| 1. Develop an action plan to ensure that staff are compliant with the mandatory IST Suicide Prevention trainings and mandatory Coleman trainings. | CHCF has a designated AGPA and HPS who have been assigned to support compliance with trainings and pull compliance reports. **In Progress** |
| **Recommendation from September 2022 HQ SPRFIT Review** | |
| 4. Complete SRMP training for all delinquent mental health clinicians. | Sept 2023 compliance is 84%. -SPRFIT will reach out to training coordinators (at minimum) monthly to obtain information as to compliance with completion of SRMP training. An AGPA and HPS have been assigned to support compliance with trainings on an on-going basis. Supervisors will follow-up with staff identified as deficient to ensure training completion.-**In Progress- Assigned a CAP in this November 23 review.** |

# Section XV: Assignment of Corrective Action Plans and Recommendations

CONCLUSION

As a result of this review, and in consultation with regional representatives from custody and nursing, two CAPs are being assigned.  One CAP was a previous recommendation from the September 2022 review.

1.  Ensure completion of SRMP training for all delinquent mental health clinicians.

2.  Ensure that SRASHEs are being completed prior to PIP discharge and upon arrival from the PIP.

Focus should remain on the three open Hayes' CAPs (Appendix A) and the two remaining HQ SPRFIT CAPS indicated above (7497 and IST training), as well as maintaining compliance on the previously identified closed CAPS.  Subsequent HQ SPRFIT Coordinator reviews will continue to monitor compliance in each of the previously identified areas.

Should you have any questions or require further clarification, please feel free to contact me at Heather.Stahl@cdcr.ca.gov.

Addendum: Appendices A and B

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**



**Appendix A CHCF's Status Regarding Specific CAPS Listed in Lindsay Hayes October 2022 Report**

| Focus of Remediation | Specific Language About Deficiency | Status | Sustainability/Ongoing Monitoring |
|---|---|---|---|
| SRE Mentoring Training | As of July 2021, only 88 percent of mental health clinicians had completed the SRE mentoring program (pg 127). | In progress | September 23 compliance is 84%. 12 mentors have been assigned to complete the mentoring process. A Supervisor sends out reminders to staff fregarding deadlines for completion. |
| Custody Discharge Checks | This reviewer was presented with documentation of 109 cases of patients discharged from a MHCB or alternative housing placement who remained at CHCF and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from January through June 2021. The review found that 92 percent had Page 1 of the "Discharge Custody Check Sheet" (CDCR MH-7497) forms completed correctly by mental health clinicians, with non-compliance mostly related to clinicians discontinuing the checks prior to the minimum 24-hour requirement or non-completion of the form on a daily basis. In addition, most of the custody checks were recommended for either 24 or 48 hours by clinicians. In addition, only 82 percent of the "custody check" forms (Page 2) were completed correctly by correctional staff at 30-minute intervals. Most of the problems were related to gaps in documentation, missing observation sheets, and time intervals pre-printed on the custody check sheets prior to the observation (pg 126-127). | In progress | The third quarter 2023 overall compliance was Jul- 86%, Aug- 74%, Sept-76%. This is currently an improvement project. CHCF has been addressing the deficiencies by providing custody officers training, updating on unit binders, and providing progressive discipline to staff who continue to commit errors. |
| SRMP | An LOP for the "Suicide Risk Management Program" was not provided to this reviewer (pg 127). | Complete | OP 18.4 *Suicide Prevention Unit signed 7/22* includes language regarding CHCF's SRMP process. |
| Suicide Prevention Training | Only 58 percent of medical staff and only 84 percent of mental health staff received annual suicide prevention block training during the preceding 12 months. Custody staff compliance with annual suicide prevention training was not provided (pg 127). | In progress | September 2023 compliance- Custody- 88%, MH- 67%, Nursing- 66%. CHCF has a designated AGPA and HPS who have been assigned to support compliance with trainings and pull compliance reports. All MH staff have been enrolled in IST SP training for the 2023 year. |




**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

**APPENDIX B** – Status of deficiencies as noted in the <u>Fifth Re-Audit and Update of Suicide Prevention Practices in the Prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs</u> written by Lindsay M. Hayes dated October 24, 2022.

| Appendix B: CHCF's Status Regarding Compliance with the 15 Outstanding Recommendations in Lindsay Hayes' October 2022 Report | | |
|---|---|---|
| *Hayes' outstanding recommendations that remain open from his October 2022 Report* | *Status* | *Comments* |
| *No. 3:* IST Suicide Prevention training compliance | **Non Compliant** based on end of year 2022 | Year 2022- Custody- 99%, MH-83%, Nursing-90%. Sept 2023- Custody-88%, MH-67%, Nursing- 66% |
| *No. 7:* Confidenitality of nursing screens in R&R | Compliant | |
| *No. 8:* Nurse and officer safety during R&R screenings | Compliant | |
| *No. 9:* SRE Mentoring program compliance | **Non Compliant** | Sept 23 data indicates 39% compliance. Staff have been assigned mentors and the supervisor sends out periodic reminders with respect to deadlines for completion of mentoring process. |
| *No. 10:* Auditing SRE quality | Compliant | CAT 7 quality audits are being completed quarterly |
| *No. 12:* Completing SREs for urgent/emergent referrals for DTS | Compliant | Jul- Oct 23 data indicates 95% compliance for Emergent Consults for DTS. |
| *No. 13:* Use of retrofitted cells in first 72 hours of ASU placement | Compliant | N/A- ASU is currently closed. |
| *No 17:* Completing safety plans, supervisory audits of safety plans | Compliant | Current review found that MHCB recissions s had safety plans completed . MHCB Supervisor has developed tracking system to track reviewed safety plans. |
| *No 18:* Safety Planning training compliance | **Partiallly Compliant** | Sept 23 Safety Planning training is at 86% compliance. |
| *No 20:* Audit psych tech practices in ASU | Compliant | N/A- ASU is currently closed. |
| *No 21:* Using only suicide precautuion and suicide watch for suicidal patients | Compliant | Current review found that patients are no longer on suicide precaution status upon discharge. |
| *No 28:* Accurate completion of page 2 of the "Discharge Custody Check Sheet" | **Non Compliant** | Sept 23 -77% overall compliance. In recent months, areas with low compliance have been the 1st Entry Upon Arrival to the Unit Complete (73%), 30 Minute Checks (55%). Most errors are noted from E yard 7497's. E Yard currently does not have an assigned supervisor to review the 7497 timely. |
| *No 29:* Accurate completion of page 1 of the "Discharge Custody Check Sheet" | **Non Compliant** | Sept 23 - -77% overall compliance. Section I complete (73%), Section II complete (68%), and Secion II Complete (68%). |
| *No 31:* Achieving quorum for SPRFIT meetings, incomplete local policies | Compliant | |
| *No. 32:* Privileges for MHCB inmates, Continuous Quality Improvement Audit, Reception center Screening | Compliant | |

Exhibit H

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

# MEMORANDUM

| | |
|---|---|
| **Date:** | December 28, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | Heather Stahl, Ph.D. |
| | Senior Psychologist Specialist |
| | HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **SALINAS VALLEY STATE PRISON PSYCHIATRIC INPATIENT PROGRAM - HQ SPRFIT COORDINATOR REVIEW** |

On December 21, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator for Region II conducted an onsite review at Salinas Valley State Prison Psychiatric Inpatient Program (SVSP PIP). I was accompanied by the Region II Mental Health Compliance Team (MHCT) Lieutenants, Frank Hodson and Ruben Loza. The Region II nurse consultant, Patty Gonzalez was also consulted throughout the process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be provided to the Statewide SPRFIT committee for review and follow-up.

Should you have any questions or require further clarification, please contact me at (916) 956-3406 or heather.stahl@cdcr.ca.gov

## Inpatient Unit

**Suicide Resistant Cells**

SVSP PIP consists of four housing units which include TC-1 and TC-2 and C5 and C6.  Currently none of the cells are suicide resistant.

Retrofitting for TC1 -(cells 243 and 245), start date set for 1st week of February.  In TC2- (cells 502,503, 516, 517 & B wing 203 & 205), completion date contingent upon arrival of beds.  SVSP PIP is in the process of clearing B wing in late January-February in preparation for retrofit work.

**Interdisciplinary Treatment Teams (IDTT)**

On the day of the review, I observed two IDTT's TC1.  Both were routine IDTTs.  The patient's clinical summary, suicidal and self-harm history, safety planning, issue or observation levels, and privileges offered were discussed in both IDTTs.  The clinicians discussed and established treatment goals during the IDTT and elicited feedback and input from the patient.  All disciplines participated in the discussion.

**Non-Clinical Activity Tracking Review**

An audit of the NCAT completed by the regional lieutenants found that indicated that patients were all being offered and provided phone calls, day room, yard and other out of cell activities.  Improvement has been made with regards to documentation for C5/C6.  TC1 and TC2 input has been adequate with the exception of the MAX yard, which seems to trend around three to four hours in most cases.

**Suicide Watch and Suicide Precaution:** There was one patient on suicide watch observation and two patients on suicide precautions the day of the review.

A review of the Mental Health Observations Reporting Tool indicated that during the month of November 2023, SVSP PIP was at 99% compliance for timely completion of suicide precaution rounds and at 98% compliance for timely completion of suicide watch rounds.

**Observation and Issue Orders:**

Observation and issue orders were reviewed on the cell door for patients in TC1 and TC2. A review of ten patients across units on suicide watch or suicide precaution was conducted.  This review consisted of three components: was the patient seen daily by a psychologist or psychiatrist, were observation and issue orders renewed on a daily basis by either the psychologist or psychiatrist and was there clinical justification documented in the progress notes for observation status and issue ordered.  In the ten cases reviewed, nine achieved 100% compliance in all three reviewed components.   This continues to be an improvement from the

previous reviews.  Tier walks indicated patients had property and clothing in compliance with statewide policy.

Nursing staff continue to report issues with window coverings, clothes lines and covered light fixtures within the PIP units that limit staff from seeing into the cells.  Nursing Daily rounds with cell documentation is provided to all levels of leadership at the institution.  Regional NCPR continues to report these findings to both Regional and HQ staff.

**PIP Supervisor Review of Discharging Safety Plans:**
The SVSP PIP supervisor's review of discharge safety plans is being reviewed by the SPRFIT specialist.  The Safety Planning memo indicates, *"Inpatient supervisors or designees must review the safety plans on Correctional Suicide Risk Evaluations (C-SREs) completed for patients discharged to an outpatient level of care.  Before or during the clinical discharge IDTT at the inpatient setting, the inpatient supervisor or designee must review the discharge safety plan using the Chart Audit Tool (CAT) titled, "Quality of Supervisor Reviews of MHCB/PIP Discharge Safety Plans.  The goal is to ensure each evaluation contains a safety plan consistent with this policy for reducing future suicide risk.  Following review, if the safety plan needs to be modified, the supervisor must notify the clinician of the changes that must be made before or during the discharge IDTT."*

It is recommended that SVSP PIP have PIP Supervisors complete the supervisory review of the safety plans in order to establish timely reviews before or during the discharge IDTTs.  This will also provide timely supervisory feedback and modifications to staff, when warranted.  The spirit of the memo is for supervisors to review the safety plans. Designees should only be used in exceptional circumstances where a supervisor is not available.

**Quality of Safety Planning**: Currently, the SPRFIT Coordinator has been responsible for completing the supervisory review of the safety plans for discharged patients within SVSP PIP. A random sample of eight discharge safety plans were reviewed.  Safety planning documentation was found to be very comprehensive in all eight cases.  Notably, the review consisted of six different clinician's documentation of safety plans which were all found to include measurable, specific and descriptive interventions.

## Local SPRFIT Committee

SPRFIT Minutes are being uploaded to the new SharePoint site timely. A review of the most recent committee minutes was completed. As stated in my last report, the SPRFIT meetings continue to significantly lack involvement from other disciplines and only a few members continue to participate in any discussions nor provided any feedback or suggestions.  It is

imperative that this meeting include input and discussion from all members.  This will help to facilitate progress with compliance of court ordered suicide prevention directives and help to identify solutions to address ongoing suicide prevention deficiencies including CAPs generated by Lindsay Hayes and the HQ SPRFIT Coordinator.

It is recommended that the meeting allocate more time on collaborating on improvement projects with attention on establishing solutions which will assist in gaining compliance on SVSP PIP's identified improvement projects, Lindsay Hayes' court enforcement orders and HQ SPRFIT CAPs.

## Suicide Risk Evaluations

A review of On Demand indicated below the compliance numbers for completion of required SRASHEs from June 1, 2023, to November 30, 2023:

|  | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 520 | 3.0 | 74% |
| SRE at MHCB referral | 13 | 0.0 | 100% |
| SRE on admission to PIP, ACU, UnlACU, ICF, or Unll | 155 | 0.7 | 86% |
| SRE prior to clinical discharge from PIP. | 133 | 7.7 | 23% |
| SRE upon arrival from Acute/ICF | 13 | 0.0 | 100% |
| SREs after rescinded MHCB referral | 114 | 2.3 | 93% |
| SREs following MHCB Discharge (admitted for suicid | 92 | 1.9 | 95% |

Internal institutional audit indicates November SRASHEs completed timely for discharge SRASHE's is at 94%.  On Demand reports compliance of 23%.  SVSP PIP indicated they submitted solution center ticket to remedy the error.

## Emergency Response

An audit of the cut down kits in the housing units was completed by the MHCT lieutenants who found that the cut down kit inventory form were nonstandard (modified) version and were missing the durable response bag line item.  A CAP was issued by the regional MHCT lieutenants as part of their Coleman Custody Audit.

**Suicide Case Review Quality Improvement Plan (QIP) Follow Up**
One suicide occurred at SVSP PIP in 2023.  As a result of a previous suicide at another institution during 2022 and 2023, SVSP PIP was assigned a total of five Quality Improvement Plans (QIPs).

| Problem | Quality Improvement Plan | Current Status |
|---|---|---|
| **QIP generated from the suicide on October 22, 2022** | | |
| 1. On November 15, 2021, IDTT was completed at SVSP-PIP-ICF with treatment frequency listed on the Master Treatment Plan as: psychiatry individual contacts every seven days, MHPC individual contact weekly, and 10 clinical group hours per week. Between November 15, 2021, and December 6, 2021 (when Inmate moved units), one week of MHPC individual contacts were missed (week of November 22, 2021) and an insufficient number of groups were offered ranging from four to seven hours per week. IDTT was again completed on December 15, 2021, and the treatment plan continued with psychiatry individual contacts every seven days, MHPC individual contact weekly, and 10 clinical group hours per week. Between December 15, 2021, and December 30, 2021 (when discharged from SVSP-PIP), one appointment was missed by the MHPC and only six hours of group were offered total. | SVSP-PIP shall conduct a review of these deficiencies and implement a solution for coverage so clinical contacts remain consistent with each patient's individualized treatment plan. | This was not reviewed during this visit. |
| **QIP generated from the suicide on March 21, 2023** | | |
| 8.No discussion regarding levels of issue or observation were found in any clinical documentation nor were there orders related to issue or observation in EHRS. | Training was provided to all PIP MH staff on the requirement to document team consensus regarding issue and observation during initial IDTTs. | Daily clinical documentation reviewed found that in all but one case, justification regarding levels of issue and observation were found in the clinical documentation. |
| 9. Treatment plan documentation was mostly pulled forward without change. | Training was provided to identified staff, unit supervisor will audit a random sample of treatment plans authored by clinician and by all PIP staff who began work after March 21 will be provided the full set of 2020 QIP trainings. | Treatment plans were not reviewed during this review. |
| **QIP generated from the suicide on March 21, 2023** | | |

| | | |
|---|---|---|
| 1. Patient was not assessed for two weeks, treatment plan indicated patient would be seen by rec therapist, however no documentation exists noting these contacts occurred. | Non-compliance with clinical contacts at SVSP PIP ICF documented in the treatment plan was identified as a QIP in a death by suicide that occurred at CMF PIP Acute on October 22, 2022. SVSP PIP ICF submitted their QIP response on January 27, 2023, which was reviewed and accepted by the HQ SPRFIT review team. As the review of the documentation associated with that death by suicide occurred subsequent to the timeframe the patient was at SVSP PIP ICF, it was determined an additional QIP response is not warranted. | This was not reviewed during the visit. |
| 2. Information from the clinical summary in three treatment plans pulled forward from previous plans and were not updated in a clinically meaningful way. | This concern was identified as a QIP in the review of a death by suicide that occurred at SVSP PIP ICF on March 21, 2023. Therefore, it was determined an additional QIP response is not warranted. | Treatment plans were not reviewed during this review. |

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings [SharePoint](SharePoint) for November 2023, as well as information obtained from SVSP PIP, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 74%
- Safety Planning Intervention: 81%
- SRE Mentoring: 50%
- 2023 Annual IST Suicide Prevention
  - Custody- 100%
  - Nursing- 74%
  - Mental Health – 81%

## Receiving and Release (R&R) Screening

SVSP PIP Nursing supervisors completed audits of the R&R screening process on December 7 & 28, 2023.  It was reported that the intake screenings were completed appropriately with all mental health questions asked and were held in a confidential setting.

# Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

| Table 1. Open Hayes CAPS generated from August 2021 visit | |
|---|---|
| **CAP** | **Progress** |
| 1   Nursing Intake screening was disjointed with the nurse observed with their back to the patient and disengaged for the majority of the time.  Nursing staff are not utilizing the Acute/Icf Nursing Assessment form nor inquired regarding suicide risk. | Nursing Intake screening were completed on Dec 7 & 28, 2023 by the SRN IIs.  Audits indicate they are asking all the required questions and are completed in a confiendtial setting. |
| 2   Pt were more likely to be placed on suicide watch than suicide precaution. SRASHEs were not always completed for pts expressing SI or who engaged in self harm behavior. Daily assessments with justification for issue and observation orders were missing from EHRS and often not completed on a daily basis. | Daily assessments with justification for issue and observation orders were present during the audited charts.  This is significant progress since the last review and it was assigned in 2021 as a HQ CAP. |
| 3   NCAT reports indicated that 41% of the patients did not receive dayroom/yard privileges with the term "cancelled" appearing on patient forms in C5/C6. | A review of NCAT report indicated patients are receiving day room and yard privileges.  The previous issue regarding the term cancelled appears to have been resolved. |
| 4   The language "contracting for safety" appeared in several psychiatric and nursing documentation and used in the clinical decision to discharge a patient form suicide observation status. | Records review completed during this review did not observe any language within the review documents that contained the language "contracting for safety". |
| 5   As of August 2021, only approximately 89 percent of mental health clinicians had completed the SRE mentoring program, only 57 percent (and no psychiatry) had received the seven-hour SRE training. | SVSP PIP is at 80% compliance for Safety Planning training and SRASHE training.  SRE Mentoring was placed on hold however the plan is to offer at least one training once a month until compliance is reached. |
| 6   Other than discussion of monthly staff training and patient self-harm data, as well as some discussion on numerous QIPs arising out of the two patient suicides during in December 2020 and January 2021, meeting minutes were very brief and unremarkable. More importantly, most of the deficiencies found in this assessment had not been previously addressed in SPRFIT meeting minutes. | SVSP-PIP SPRFIT meetings greatly lack collaborative involvement from other disciplines. Designees often attend the SPRFIT meeting resulting in limited progress made on suicide prevention improvement projects or addressing current suicide prevention related issues. |

Table 2 includes the open CAPs generated from previous HQ SPRFIT Reviews

| **Table 2. Currently open HQ CAPS generated from previous reviews** | |
|---|---|
| **CAP** | **Progress** |
| 1 | Develop an action plan that provided SVSP PIP staff training to ensure that issue, observation, and safety plans are discussed during applicable IDTTs. - **CAP Issued 9/2021** | **Closed**- Observed IDTT's in TC1 included discussion of issue, observation and safety planning during applicable IDTTs this review. Closed- this CAP was combined with CAP # 9. |
| 2 | Develop an action plan that ensures that SRASHEs are completed upon admission and prior to discharge from the PIP. -**CAP issued 9/2021** | **Open**- Internal audit indicates November SRASHEs completed timely for discharge SRASHE's is at 74%. On Demand reports compliance of 23%. Institution has submitted solution center tickets to address the issue. |
| 3 | Develop an action plan that ensures daily documentation on MHPC/MHMD Progress notes are completed in EHRS to accompany each renewed Issue and Observation order. The documentation must justify the level of observation, property issue, and privileges and identify any specific behaviors that may warrant additional monitoring. -**CAP issued 9/2021** | **Open**- HQ documentation audit during this review indicates continued improvement in this area during this review. Nine out of ten reviewed cases had the required justification which accompanied the orders. |
| 4 | Develop an action plan detailing steps taken to retrofit existing PIP cells including a plan to address housing ICF patients in C5/C6 with access to the 2nd tier. -**CAP issued 9/2021** | **Open**- Retrofitting for TC1 -(cells 243 and 245), start date set for 1st week of February. In TC2- (cells 502,503, 516, 517 & B wing 203 & 205), completion date contingent upon arrival of beds. SVSP PIP is in the process of clearing B wing in during late January-February in preparation for retrofit work. |
| 5 | Develop an action plan to address underutilization of suicide precaution status within the PIP. -**CAP issued 9/2021** | **Open**- Due to cells not being suicide resistant, SW is predominately used. Institutional utilization of suicide precaution indicates: Sept: 44%  Oct: 44% Nov: 44%. |

| 6 | SVSP-PIP nursing staff shall develop an action plan to address non confidential intake screens. -**CAP issued 12/2022** | **Open**- SRN IIs are currently conducting real time audits and the DON in real time is validating the SRN II's audit.  SVSP PIP has hired a new SRN III.  Licensed staff are to provide the interviews in a confidential setting. |
|---|---|---|
| 7 | SVSP PIP nursing staff shall develop an action plan to ensure nursing staff are utilizing all mandated Admission Assessment forms. -**CAP issued 12/2022** | **Open**- SRN IIs are currently conducting real time audits.  Acute/ICF Nursing Assessment and the Initial Health Screening form are being used. |
| 8 | Develop a corrective action plan to ensure that Coleman Court mandated trainings (SRASHE Mentoring, Suicide Prevention and SRASHE Core Competency Building and Safety Planning Intervention) are compliant above 90%. -**CAP issued 12/2022** | **Open**- Trainings were offered monthly. SVSP PIP compliance for 7 hour and Safety Planning is at 81%, however SRE Mentoring is at 50%.  SVSP PIP has idenitfied staff available to mentor and have been assigned mentees.  SVSP PIP reports staff are being mentored. |
| 9 | Develop a corrective action plan to review with clinicians the CQIT audit criteria for IDTTs as well as how to present an adequate presentation, including safety planning, suicide risk history, issue and observation status, privileges, I.D., showers, phone calls, out of cell activities, programming, etc., within the IDTT meeting.  -**CAP issued 12/2022** | **Open**- Observed IDTT's in TC1 included discussion of issue, observation and safety planning during applicable IDTTs this review. |
| 10 | Develop a corrective action plan to ensure that PIP supervisors or designees are reviewing and tracking PIP discharge safety plans per statewide policy dated 4/5/2023, Update to the Suspension of Chart Audit Tool 13. - **CAP issued 6/2023** | **Open**- An audit was completed which included six different clinician's safety plans over the last six months.  All of the reviewed safety plans were comprehensive, specific and measureable. |

## Section XV: Assignment of Corrective Action Plans and Recommendations

All previously opened and assigned CAPs will remain open at this time.  It is recommended that SVSP-PIP staff identify if new action plans need to be developed in order to make improvements for the assigned CAPS and/or whether the CAPs need to be placed on their Improvement Priority List and Project Pipeline.

## Conclusions/Comments

As a result of this review, three additional corrective action plans are being requested. Focus should remain on the six most recent Hayes' CAPs (Table 1), obtaining compliance on the nine previously identified HQ SPRFIT Coordinator Site Review CAPS (Table 2).

1. SVSP PIP Mental Health staff shall develop a corrective action plan to ensure that IST Suicide Prevention Training compliance for mental health staff is reached in 2024.

2. SVSP PIP Nursing staff shall develop a corrective action plan to ensure that IST Suicide Prevention Training compliance for nursing staff is reached in 2024.

3. Develop a plan to ensure that the SPRFIT meeting includes involvement from other disciplines.  It is imperative that the meeting includes input from all members in order to make progress on Hayes' and HQ SPRFIT long standing assigned CAPs.  The meeting shall spend time on addressing improvement projects and CAPs in order to gain compliance of identified improvement projects, Hayes' court enforcement orders, and HQ previously assigned SPRFIT CAPs.



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**



**APPENDIX A**- Status of deficiencies as noted in the Fifth Re-Audit and Update of Suicide Prevention Practices in the prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs written by Lindsay M. Hayes dated October 24, 2022

| Focus of Remediation | Specific Language About Deficiency | Current Status | Justification for Status | Sustaibability/Ongoing Monitoring |
|---|---|---|---|---|
| Intake Screening | Develop a CAP to ensure uniformity during the nursing intake screening process within the PIPs whereby all PIPs utilize the current Initial Health Screening form or revise either the "Admission Assessment and History" and "Acute/ICF Nursing Assessment" forms to include adequate mental health and suicide risk questions. | Compliant | SVSP PIP utilizes the Initial Health Screening form for PIP arrivals. | "R & R screenings conducted appropriately" is a monthly metric as part of the insitutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly in the HQ SPRFIT Coordinator audits. SRN II's are completing real time audits to ensure proper forms are |
| Suicide Resistant Beds | Develop a CAP at SVSP PIP to ensure that all cells designated to house suicidal patients are suicide resistant. | In Progress | Retrofitting for TC1 -(cells 243 and 245), start date set for 1st week of February. In TC2- (cells 502,503, 516, 517 & B wing 203 & 205), completion date contingent upon arrival of beds. SVSP PIP is in the process of clearing B wing in during late January- February in preparation for retrofit work. | This is reviewed quarterly in the HQ SPRFIT Coordinator audit. |
| Observation of Suicide Patients | Develop a CAP to ensure that only Suicide Precatuion and Suicide Watch statuses are permitted for the observation for suicidal patients, and that terms such as "stags", "mental health observation", "Q-11", "behavioral suicide watch", and "enhanced observation" are prohibited to be used in provider orders and progress notes. | Compliant | Review of clinical documentation for patients on suicide observation status did not find this concern. | Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed quarterly in the HQ SPRFIT Coordinator audits. |

| | | | | |
|---|---|---|---|---|
| Observation of Suicide Patients | Develop a CAP to ensure that regular nursing rounds conducted at 15 minute intervals (meant for non-suicidal patients) should never be utilized as a substitute for Suicide Percaution status. | Compliant | Review of clinical documentation for patients on suicide observation status did not find this concern. | Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed quarterly in the HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop CAPS at CMF-PIP, CHCF-PIP, SVSP- PIP and SQ-PIP to ensure that all patients on sucide observation status are adequately observed. | Compliant | No deficiencies noted during the December 2023 HQ SPRFIT Coordinator Review | Suicide Precaution Observations and Suicide Watch Observations are quarterly metrics as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in the quarterly HQ SPRIFT Coordinator audits. |
| Out of Cell Activities | Develop a CAP for all PIPs to ensure that suicidal patients have access to out of cell activities that are clinically justified, including those on maximum-security status. | In Progress | SVSP PIP indicated a draft of the LOP for out of cell activity for patients on suicide observation status was sent to HQ in May 2021 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership. | The status of this LOP is reviewed during quarterly HQ SPRFIT Coordinator Audits. |
| IDTT Meetings | Develop a CAP in improve the consistency of IDTT meetings for suicidal patients within all of the PIPs, to include adequate case presentations; highter level of care discussions (during meetings for ICF patients); adequate discussion regarding suicide risk histories; current suicide risk and observation; clothing, possessions, and out of cell activities; and safety planning to reduce further recurrence of SI. | In Progress/ Compliant | A HQ CAP was assigned in December 2022 to address deficiencies within IDTT presentations.  Recent HQ review observations revealed adequate discussion regarding case presentations,safety planning, issue and observation, etc., was discussed in all observed cases. | Inpatient Unit IDTTs Meeting Requirements is a bi annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

| Safety Planning | Develop a CAP to improve the adequacy of safety planning within all of the PIPs. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | In Progress/ Compliant | The PIP PRFIT Coordinator reviews all discharge safety plans. Results from this review reveal that safety plans were comprehensive, individualized and measurable. Notably, six different clinician's safety plans were review and all were completed thoroughly. | On April 5, 2023, memorandum Update to the Suspension of Chart Audit Tool 13 indicated institutions needed to resume completing the supervisory reciew of discharging safety plans. The memorandum directed insitutions to develop a local tracking method since CAT 13 continued to be unavailable for use. PIP Supervios's reveiw of discharge safety plan local tracking systems were not provided to this reviewer during the review. |
|---|---|---|---|---|
| Safety Planning | Develop a CAP to enforce the PIP suicide prevention policy requirement for supervisory review of a safety plan prior to, or during the IDTT in which the discharging SRASHE is completed. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | In Progress | SVSP PIP SPRFIT Coordinator is completing the supervisory safety plan review spreadsheet on all patients discharged from the PIP. Although safety plans are completed accuractely and are comprehensive, having the SPRFIT Coordinator complete the review hinders timely response to supervisory feedback and modifications to staff when warranted. | On April 5, 2023, memorandum Update to the Suspension of Chart Audit Tool 13 indicated institutions needed to resume completing the supervisory reciew of discharging safety plans. The memorandum directed insitutions to develop a local tracking method. |
| Contracting for Safety | Develop a CAP to ensure that "contracting for safety" is not utilized in either the assessment of suicide risk or documentation of decision making within the PIPs. | In Progress | The HQ Memo, Discontinue the Use of Safety Contracts was released to the field on February 17, 2023. SVSP PIP is at 61% for completing this training as of Nov, 2023. One psychiatrist was found to be utilizingthe language "commit to safety" within their documentation. The Chief Psychiatrist was notified and training will | Clinical documentation is reviewed during quarterly HQ SPRFIT Coordinator audits. |

| | | | | |
|---|---|---|---|---|
| Suicide Prevention Training | Develop CAPS to increase mental health clinician compliance rates for both SRE mentoring program and seven hour SRE training. | In Progress | As of November 2023, SVSP PIP had the following compliance rates: SRE Mentoring- 50%, 7 hour- 81%. SVSP PIP has idenitfied staff available to mentor and have been assigned mentees. SVSP PIP reports staff are currently being mentored. | MH Clinicians with 7 hour SRE training within the last 2 years and Staff Completion of the SRE Mentor Program are monthly metrics as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SPRFIT Committee | Develop a CAP to ensure that SPRFITs at each PIP meet required monthly meeting quorums, and that deficient suicide prevention practices, including those cited in this reviewer's report are remedied. | In Progress | As stated in my last report, the SPRFIT meetings significantly lack involvement from other disciplines and only a few members participated in any discussions nor provided any feedback or suggestions. It is imperative that this meeting include input and discussion from all members. This will help to facilitate progress with compliance of court ordered suicide prevention directives and help to identify solutions to address ongoing suicide prevention deficiencies including CAPs generated by Lindsay Hayes and the HQ SPRFIT Coordinator. It is recommended that the SPRFIT meeting allocate more time on addressing improvement projects with attention on brainstorming remedies to gain compliance of identified improvement projects, Hayes court enforcement orders and HQ previously assigned SPRFIT CAPs. | This is reviewed quarterly in the HQ SPRFIT Coordinator audit. |

Exhibit I



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | January 26, 2024 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | Heather Stahl, Ph.D.<br>Senior Psychologist Specialist<br>HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **CALIFORNIA HEALTH CARE FACILITY - HQ SPRFIT COORDINATOR REVIEW** |

On January 16, 2024, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator for Region II conducted a review at California Health Care Facility (CHCF). The Region II Mental Health Compliance Team (MHCT) Lieutenants, Frank Hodson and Ruben Loza and Regional Nursing Consultants were consulted during the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be provided to the Statewide SPRFIT committee for review and follow-up.

| | |
|---|---|
| 2022 Lindsay Hayes Corrective Action Plans (CAPs) that can be closed | **2/4** |
| CAPs generated by HQ SPRFIT reviewer during prior reviews that can be closed | **2** |
| CAPs previously generated by this reviewer that remain open | **4** |
| New CAPs generated as a result of this review | **0** |
| New recommendations generated as a result of this review | **0** |
| Previously generated recommendations that remain open | **0** |

Should you have any questions or require further clarification, please contact me at (916) 956-3406 or heather.stahl@cdcr.ca.gov



**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

## Institutional Updates

CHCF continues to have a severe mental health staffing shortage.  The MHCB continues to have no state service employees.  CHCF MHCB has four full time contract psychologists, three part time contract psychologists.  One staff who work three days a week, one staff works Saturday and Sunday and another staff who works only Saturdays. When all beds are open, staffing is allotted for a total of 20 staff.

Nineteen outpatient psychologist positions are allotted at CHCF.  Currently five full time state employees and one part time contractor psychologist are employed.  Twelve outpatient social worker positions have also been allotted.  CHCF currently has four full time employed state social workers.  In addition, two full time and one part time social worker contractors and one retired annuitant (social worker) are also employed at CHCF.

## Section I:  Restricted Housing Unit
CHCF's Administrative Segregation Unit is currently closed.

## Section II: Inpatient Units
**Suicide-resistant cells:**  CHCF has one licensed MHCB building open (A1A) consisting of 30 beds. All MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** Four IDTTs were observed.  All required members were in attendance and active participants during the meetings.  Two were discharge IDTTs and two follow up IDTTs. The primary clinician presented a clinical summary in each case. Treatment goals and treatment progress, the patient's safety plan, observation and issue orders status, privileges offered and provided were discussed in all relevant cases.

**Quality of Safety Planning** Nine patients who whose MHCB LOC were rescinded during December 2023 were reviewed.  A review of the safety plans resulted in two occurrences where safety plans were not completed upon recission from the MHCB LOC.  Six of the seven reviewed safety plans were deemed adequate.

**Suicide Watch and Suicide Precaution:**  There were 26 patients housed in the MHCB at the time of the on-site review.  There were two patients on a suicide watch and six patients were on suicide precaution status.  Observers for patients on suicide watch maintained direct observation of the patients.

A review of the Mental Health Observation Reporting Tool indicated that from December 1 to December 31, 2023, CHCF was at 98% compliance for timely completion of suicide precaution

rounds and at 98% compliance for timely completion of suicide watch rounds for patients housed in the MHCB.  This metric is monitored monthly by regional nursing staff.

**Observation and Issue Orders:** Issue orders on the doors were reviewed for patients in the MHCB.  Patients had up to date orders posted on the door and the property allowed matched the level of observation.  Tier walks indicated patients had property and clothing in compliance with statewide policy.  Documentation was reviewed for ten patients housed in the MHCB.  The review indicated that there was adequate clinical justification documented for the observation level and limited issue for all ten patients.  CHCF has maintained compliance with this measure over the last year.

**Privileges:**  A review of Unit Summary Report for out of cell time for MHCB patients revealed that patients were being offered and participated in yard, showers, clothing, and phone calls.

**Clinical Discharge Follow-Ups:**
A review of the On Demand Performance Report for October 1 to December 31, 2023, indicated that CHCF was 97% compliant for completion of 5 Day Follow Ups.   A sample of five patient's 5 Day Follow Up documentation was reviewed.  All five patients were either rescinded from MHCB LOC or discharged from the MHCB.  All follow ups were completed for at least five days in all cases and the safety plans were completed in four of the five required discharge SRASHE's.



20.2 Timely Clinical Discharge follow-ups

**97%** (159)

**MHCB Supervisor Review of Discharging Safety Plans:**
CHCF's MHCB Supervisor continues to track the reviewed safety plans on a spreadsheet.  Review of the spreadsheet indicates the safety plans are generally reviewed within one day of the MHCB discharge, however a few were completed three days later due to lack of coverage.  During the month of December 2023, the supervisor deemed 56% of the safety plans reviewed as adequate and 75% adequate to date in January 2024.  Comments are included on the spreadsheet noting specific reasons for the deficiencies.

## Section III: Alternative Housing

CHCF's MH LOP 1, *Alternative/Temporary Housing* outlines their alternative housing process and specifies a prioritized alternative housing location list. The alternative housing cells are located on Facility C.  There were not any patients on suicide watch in alternative housing during my review.  During the fourth quarter of 2023, the institution was compliant with ensuring the timely transfer or recission of patients from alternative housing evidenced by a compliance score of

During the month of December 2023, there were 22 referrals to MHCB.  A review of On Demand Performance Report indicated CHCF was 91% compliant for timely transfers to the MHCB or MHCB recissions for all referrals during this timeframe.

## Section IV: Suicide Risk Management Program (SRMP)

At the time of this review, On Demand report noted 34 patients were included in the program which includes 17 that are currently in the program and 17 categorized as being placed in the program. Five patients met criteria but were not included. Three patients had recently been discharged from an inpatient setting.

## Section V: Discharge Custody Checks

CHCF is completing monthly audits of Discharge Custody Checks (MH-7497s) as required by statewide policy. Previous months indicated a compliance of: October (77%), November (79%) and December (85%). CHCF has been addressing the deficiencies by providing custody officers training, updating on unit binders, and progressive discipline to staff who continue to commit errors. This is currently an improvement project on CHCF project pipeline.

### Custody Inpatient Discharge Checks Audit

|  | METRIC | # Pass | # Fail | # Total | % Compliance |
|---|---|---|---|---|---|
| 1 | Section I Complete | 24 | 3 | 27 | 88.9% |
| 2 | Section II Complete | 23 | 4 | 27 | 85.2% |
| 3 | Section III Complete | 42 | 5 | 47 | 89.4% |
| 4 | Checks Discontinued After At Least 24 Hours | 27 | 0 | 27 | 100.0% |
| 5 | Checks Discontinued After No More Than 72 Hours | 26 | 1 | 27 | 96.3% |
| 6 | 1st Entry Upon Arrival to Unit Complete | 22 | 5 | 27 | 81.5% |
| 7 | 30-Minute Checks | 13 | 14 | 27 | 48.1% |
| 8 | Supervisor Review | 24 | 3 | 27 | 88.9% |
|  | Overall Compliance | 201 | 35 | 236 | 85.2% |

## Section VI: Local SPRFIT Committee

SPRFIT Minutes are being uploaded to the new SharePoint site timely. A review of previous committee minutes was completed. Meeting minutes are comprehensive. Multidisciplinary participation occurs during the committee meeting. Discussion of system surveillance included topics such as suicide prevention training, quality of SREs, and SRMP patients. It is recommended that the minutes include all assigned CAPs and progress made for each CAP. This includes the four Hayes' CAPs from his 2022 report.

CHCF's SPRFIT Coordinator and/or designee attended an Inmate Advisory Council (IAC) meeting in May 2023. Mental health staff also attended the Inmate Family Council (IFC) meeting in November 2023. This is currently an assigned CAP for CHCF.

OP 18.4 MH *Suicide Prevention* includes procedures regarding patients receiving bad news is consistent with the current statewide memorandum.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. During October 1, 2023 - December 31, 2023, CHCF was 94% compliant for completion of SRASHEs for Emergent consult orders.  No urgent consults orders were placed during this time period.

|  | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 417 | 5.7 | 97% |
| SRE after Em.Consult (except PIP) for Suicidality | 62 | 21.3 | 94% |

## Section VIII: Suicide Risk Evaluations

A review of the On Demand Performance Report for the October 1, 2023, to December 31, 2023, indicated that CHCF had a compliance rate of 97% for completion of required suicide risk evaluations.



20.4 Suicide Risk Evaluation

97% (417)

A review of On Demand indicated below the compliance numbers for completion of required SRASHEs from October 1, 2023, to December 32, 2023:

|  | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 417 | 5.7 | 97% |
| SRE after Em.Consult (except PIP) for Suicidality | 62 | 21.3 | 94% |
| SRE at MHCB Clinical Discharge  (admitted for a | 176 | 2.3 | 99% |
| SRE at MHCB referral | 32 | 0.0 | 100% |
| SRE on admission to PIP, ACU, UnlACU, ICF, or Unll | 1 | 0.0 | 0% |
| SRE prior to clinical discharge from PIP. | 3 | 10.0 | 33% |
| SRE upon arrival from Acute/ICF | 8 | 71.8 | 63% |
| SREs after rescinded MHCB referral | 45 | 0.0 | 100% |
| SREs following MHCB Discharge (admitted for suicid | 90 | 0.2 | 98% |

CHCF was 100% compliant for completion of a SRASHE for all 45 patients whose MHCB LOC was rescinded. This number includes those patients that require follow up SRASHEs complete every 90 days for a year after a MHCB recission as well as patients initial SRASHE upon recission.

## Section IX: Emergency Response

**Suicide Case Review Quality Improvement Plan (QIP) Follow Up**

One suicide occurred at CHCF in November 2023. Seven QIPs that were identified and will be followed up on in subsequent reviews.

| QIP | Action | Update/Status |
|---|---|---|
| #1. Lack of routine EOP contacts and IDTTs were identified as a concern. | All QIPS are currently pending submission from the institution. | All QIPs due to HQ on or before February 23, 2024. |
| #2. Custody staff placed an urgent mental health consult after the patient refused all medications, refused to come out of the cell, and appeared confused and disoriented. The patient wasn't seen timely for urgent referral and was seen 2 days later. | | |
| #3. Safety plan not completed upon MHCB discharge. | | |
| #4. A SRASHE was not completed after the patient made multiple statements of potential self-harm and statements regarding suicide. | | |
| #5. Concerns related to possible victimization were identified. | | |
| #6. Patient expressed statements of possible suicidal ideation and distress during two urgent consults however, no follow up plans were documented or if her concerns were resolved. | | |
| #7 During an RVR MH Assessment, pt made statements alluding to suicidality, but no follow up was documented on how this would be addressed. | | |

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for December 2023, as well as information obtained from CHCF, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 97%
- Safety Planning Intervention: 97%
- SRE Mentoring: 52%
- Suicide Risk Management Program: 84%
- Annual IST Suicide Prevention (calendar year 2023):
    - Custody: 100%
    - Mental Health: 97%
    - Nursing: 91%
- CPR Certification
    - Custody: 93%
    - Nursing: 100%

SRE Mentoring is currently an improvement project on CHCF's Project Pipeline.  A total of 12 mentors have been identified and are working on completing the mentoring process for CHCF's mental health staff.  Staff turnover continues to be an identified obstacle in completing the mentoring process.  Increasing SRMP training compliance was a previous recommendation and was subsequently assigned as a CAP in the November 2023 report.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was not observed during this review.

## Section XI: Receiving and Release (R&R) Screening

CHCF Nursing supervisors completed audits of the R&R screening process in October, November, and December 2023.  It was reported that intake screenings were completed appropriately with all mental health questions asked during the audits in October and November resulting in 100% compliance. In December, however, it was reported that the second bad news question was not asked in two separate audits, resulting in 86% compliance.

## Section XII: Reception Center Processing

CHCF does not have a Reception Center

## Section XIII: Crisis Intervention Team (CIT)

CHCF currently done not have a CIT.

## Section XIV: Corrective Action Plans (CAPs) Generated by Previous HQ SPRFIT Site Reviews and Lindsay Hayes' Review.

| Status of Open CAPs Generated by Previous HQ SPRFIT Coordinator Visits | |
|---|---|
| CAP | Progress |
| **CAPs from May 2022 HQ SPRFIT Review** | |
| 1. Create an action plan to ensure there is documented clinical justification in the MHPC/MHMD daily progress notes for observation status and limited issue as required. | Weekly audits are being completed by the SPRFIT Coordinator.  10 charts were audited, nine had adequate justification for both issue and observation levels ordered.  **If CHCF believes that they can sustain compliance in this area, it is recommended that this CAP be closed. -Closed 1/24** |
| 2. Create an action plan to address low compliance measures from the Discharge Custody Check Audit. | A new MH supervisor has been assigned to E yard; one of the functions will be to review 7497s and support staff in appropriate completion.  SPRFIT reviews 7497s months and provides both MH and HCA custody leadership audit results.  Compliance tracked through 12/23 has = # of compliant logs/total logs for MH and Custody; moving forward compliance will be reported via the weighted compliance score calculated by the HQ 7497 audit form.  Weighted compliance score for 12/23 was 85.2%.- **In Progress** |
| **CAP from September 2022 HQ SPRFIT Review** | |
| 3. Develop an action plan to ensure that staff are compliant with the mandatory IST Suicide Prevention trainings and mandatory Coleman trainings. | 2023 calendar year data indicates compliance within all three disciplines.  MH- 97%, Custody-100%, and Nursing-91%-  **If CHCF believes that they can sustain compliance in this area, it is recommended that this CAP be closed. -1/24** |
| **CAPs from May 2023 HQ SPRFIT Review** | |
| 4. Ensure that mental health staff attend the Inmate Advisory Council (IAC) and Inmate Family Council (IFC) meetings at least once every six months per policy.  Meeting details (date attended and discussion) shall be documented in the SPRFIT monthly minutes. | CHCF attended IAC in May of 2023 and IFC in November 2023.  Invites for the meetings have been forwarded to SPRFIT coordinators.  SPRFIT will collaborate and ensure staff are scheduled to attend both IAC and IFC (at minimum) every six months. - **In Progress** |
| 5. Ensure mental health staff are completing safety plan upon rescission from MHCB level of care | Safety plans were completed in 78% of MHCB LOC rescinded SRASHEs reviewed. -**In Progress** |
| **CAP from November 2023 HQ SPRFIT Review** | |
| 6. Complete SRMP training for all delinquent mental health clinicians. | December 2023 compliance is 84%. -AGPA will ensure all delinquent staff and new hires are enrolled and complete training ASAP.      -**In Progress-** |

See Appendix A: CHCF's current status of CAPs generated by Lindsay Hayes Site Review on July 23, 2021.

See Appendix B: Status Regarding Compliance with the 15 Outstanding Recommendations in Lindsay Hayes' October 2022 Report

## Section XV: Assignment of Corrective Action Plans and Recommendations

CONCLUSION

As a result of this review, and in consultation with regional representatives from custody and nursing, no additional CAPs or recommendations are being assigned at this time.

Focus should remain on the two open Hayes' CAPs -Appendix A (increasing SRE Mentoring compliance and increase 7497 compliance) and the four remaining HQ SPRFIT CAPS indicated above (7497, attendance at IAC/IFC meetings, compliance with SRMP training, and compliance with safety plan completion upon discharge/rescission from MHCB LOC), as well as maintaining compliance on the previously identified closed CAPS.

Please ensure all assigned HQ SPRFIT CAPs are updated on the project pipeline and that the project pipeline is uploaded to the SharePoint site monthly.

All of CHCF's CAPs marked as "closed" are considered closed at this time. Subsequent HQ SPRFIT Coordinator reviews will continue to monitor compliance in each of the previously identified areas.

Should you have any questions or require further clarification, please feel free to contact me at Heather.Stahl@cdcr.ca.gov.

Addendum: Appendices A and B



**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**



**Appendix A CHCF's Status Regarding Specific CAPS Listed in Lindsay Haye's October 2022 Report**

| Focus of Remediation | Specific Language About Deficiency | Status | Sustainability/Ongoing Monitoring |
|---|---|---|---|
| SRE Mentoring Training | As of July 2021, only 88 percent of mental health clinicians had completed the SRE mentoring program (pg 127). | In progress | December 23 compliance is 52%. 12 mentors have been assigned to complete the mentoring process. A Supervisor sends out reminders to staff fregarding deadlines for completion. |
| Custody Discharge Checks | This reviewer was presented with documentation of 109 cases of patients discharged from a MHCB or alternative housing placement who remained at CHCF and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from January through June 2021. The review found that 92 percent had Page 1 of the "Discharge Custody Check Sheet" (CDCR MH-7497) forms completed correctly by mental health clinicians, with non-compliance mostly related to clinicians discontinuing the checks prior to the minimum 24-hour requirement or non-completion of the form on a daily basis. In addition, most of the custody checks were recommended for either 24 or 48 hours by clinicians. In addition, only 82 percent of the "custody check" forms (Page 2) were completed correctly by correctional staff at 30-minute intervals. Most of the problems were related to gaps in documentation, missing observation sheets, and time intervals pre-printed on the custody check sheets prior to the observation (pg 126-127). | In progress | The third quarter 2023 overall compliance was Oct- 77%, Nov- 79%, Dec-85%. This is currently an improvement project. CHCF has been addressing the deficiencies by providing custody officers training, updating on unit binders, and providing progressive discipline to staff who continue to commit errors. For the last three months, compliance has been trending upwards. |
| SRMP | An LOP for the "Suicide Risk Management Program" was not provided to this reviewer (pg 127). | Complete | OP 18.4 *Suicide Prevention Unit signed 7/22* includes language regarding CHCF's SRMP process. |
| Suicide Prevention Training | Only 58 percent of medical staff and only 84 percent of mental health staff received annual suicide prevention block training during the preceding 12 months. Custody staff compliance with annual suicide prevention training was not provided (pg 127). | Complete | End of year 2023 compliance- Custody- 100%, MH- 97%, Nursing- 91%. CHCF has a designated AGPA and HPS who have been assigned to support compliance with trainings and pull compliance reports. |



**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

**APPENDIX B** – Status of deficiencies as noted in the Fifth Re-Audit and Update of Suicide Prevention Practices in the Prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs written by Lindsay M. Hayes dated October 24, 2022.

| Appendix B: CHCF's Status Regarding Compliance with the 15 Outstanding Recommendations in Lindsay Hayes' October 2022 Report | | |
|---|---|---|
| *Hayes' outstanding recommendations that remain open from his October 2022 Report* | *Status* | *Comments* |
| *No. 3:* IST Suicide Prevention training compliance | Compliant | Year 2023- Custody- 100%, MH-97%, Nursing-91%. |
| *No. 7:* Confidentiality of nursing screens in R&R | Compliant | |
| *No. 8:* Nurse and officer safety during R&R screenings | Compliant | |
| *No. 9:* SRE Mentoring program compliance | **Non Compliant** | Dec 23 data indicates 52% compliance. Staff have been assigned mentors and the supervisor sends out periodic reminders with respect to deadlines for completion of mentoring process. |
| *No. 10:* Auditing SRE quality | Compliant | CAT 7 quality audits are being completed quarterly |
| *No. 12:* Completing SREs for urgent/emergent referrals for DTS | Compliant | Oct - Dec 23 data indicates 94% compliance for Emergent Consults for DTS. |
| *No. 13:* Use of retrofitted cells in first 72 hours of ASU placement | Compliant | N/A- ASU is currently closed. |
| *No 17:* Completing safety plans, supervisory audits of safety plans | **Partially Compliant** | Current review found that MHCB recissions had safety plans completed 78% of the time. MHCB Supervisor is tracking and reviewing MHCB D/C safety plans. |
| *No 18:* Safety Planning training compliance | Compliant | Dec 23 Safety Planning training was at 97% compliant. |
| *No. 20:* Audit psych tech practices in ASU | Compliant | N/A- ASU is currently closed. |
| *No. 21:* Using only suicide precautuion and suicide watch for suicidal patients | Compliant | Current review found that patients are no longer on suicide precaution status upon discharge. |
| *No. 28:* Accurate completion of page 2 of the "Discharge Custody Check Sheet" | **Partially Compliant** | Oct -77%, Nov-79%, Dec- 85% overall compliance. Most errors are noted from E yard 7497's. A new MH supervisor has been assigned to E yard; one of the functions will be to review 7497s and support staff in appropriate completion. SPRFIT Coordinator reviews 7497s and provides both MH and HCA custody leadership audit results. |
| *No 29:* Accurate completion of page 1 of the "Discharge Custody Check Sheet" | **Partially Compliant** | Dec 23 -85% overall compliance. Section I complete (89%), Section II complete (85%), and Section III Complete (89%). |
| *No 31:* Achieving quorum for SPRFIT meetings, incomplete local policies | Compliant | |
| *No. 32:* Privileges for MHCB inmates, Continuous Quality Improvement Audit, Reception center Screening | Compliant | |

Exhibit J



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# MEMORANDUM

| Date: | February 26, 2024 |
|---|---|
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | Heather Stahl, Ph.D.<br>Senior Psychologist Specialist<br>HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **CENTRAL CALIFORNIA WOMENS FACILITY - HQ SPRFIT COORDINATOR REVIEW** |

On February 22, 2024, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator for Region II conducted a review at Central California Women's Facility (CCWF). The Region II Mental Health Compliance Team (MHCT) Lieutenant, Frank Hodson was also present during the site review. Region II MHCT Lieutenant Ruben Loza and Nursing Consultant, Sarbjeet Kaur were consulted throughout the review.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be provided to the Statewide SPRFIT committee for review and follow-up.

| 2022 Lindsay Hayes Corrective Action Plans (CAPs) that can be closed | 3/7 |
|---|---|
| CAPs generated by HQ SPRFIT reviewer during prior reviews that can be closed | 3 |
| CAPs previously generated by this reviewer that remain open | 2 |
| New CAPs generated as a result of this review | 4 |
| New recommendations generated as a result of this review | 0 |
| Total Number of Open HQ SPRFIT CAPs | 5 |

Should you have any questions or require further clarification, please contact me at (916) 956-3406 or heather.stahl@cdcr.ca.gov



**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

## Section I:  Restricted Housing Unit (RHU)

***Second Watch Partnership Huddle:*** I observed the second watch RHU morning meeting in Building 504.  The meeting occurred on the unit and covered topics including new arrivals to RHU, patients on 5 day follow ups, patients presenting with odd behavior or that have recently received bad news, patients with medication concerns and patients in the SRMP program.  All disciplines, custody, nursing, and mental health staff contributed to the discussion and were familiar with the patients housed in the unit.

***Psychiatric Technician (PT) Rounds:*** I observed psych tech rounds during the this visit in Building 504.  The PT demonstrated that he was familiar with the patients in the unit and had developed a good rapport with the patients.    Open ended questions were asked, and he assessed for the patient's mood, suicidal and homicidal ideation, quality of sleep and appetite.  He observed the condition of each of the cells. He provided 7362 forms for the patients who requested one. During each contact, he documented information in Cerner utilizing a laptop which was placed on a rolling cart.

***Intake Cells:*** CCWF's RHU Unit, Building 504, currently has twelve intake cells (124 – 131 on the bottom tier and 226 – 229 on the top tier).    All intake cells were clearly labeled "Intake."  There was signage on the doors which indicated orientation start and end dates, restrictions, MH Status (identified by color of signage) and RHU program status.  There were five patients housed in intake cells that were in RHU less than 72 hours.  Suicide Prevention posters in both English and Spanish were hung on the wall in the unit.

During the most recent audit conducted by the MHCT Lieutenants, they found that CCWF's RHU was 100% compliant for having all inmates housed in RHU for the first 72 hours were either double celled with an appropriate cell partner or were celled alone in a retrofitted intake cell.

**Entertainment appliance**: During tier walks, two of the five patients on 72-hour intake status were observed to not have an entertainment appliance.  The Sergent was notified and the two identified inmates were provided radios prior to me leaving the unit.

During the most recent audit conducted by the MHCT Lieutenants, they found that inmates housed in intake cells were provided entertainment devices 94% (51/54) of the time.

***ASU Screening (Pre-placement):*** ASU Pre-placement screenings were not observed.

Regarding ASU Screenings, a review of On Demand Performance Report for October 1 to December 31, 2023, indicated that CCWF was 99% compliant for completing ASU Pre-placement screens and 91% compliant with completing ASU Screening Questionnaires within required timeframes during the last quarter.

***Welfare Check Completion (Guard One):*** During the most recent MHCT quarterly audit completed by the regional Lieutenants, 90% of Guard one checks were completed timely.

Guard one checks were observed while onsite. The officer was observed looking into each cell prior to moving on to the next cell.

## Section II: Inpatient Units

**Suicide-resistant cells:**
All CCWF MHCB cells are retrofitted in compliance with statewide policy. CCWF's MHCB was closed due to construction from 2017 to October 2023. On February 26, 2024, construction was completed on the MHCB treatment room in Building 805, room 68, and staff received approval to begin utilizing the space for treatment use. Currently, CCWF completes the majority of clinical encounters in or at the patient's cell with the clinical team (psychiatrist, primary clinician, and nurse) present. The majority of MHCB daily notes are completed by psychiatry with very few MHPC notes completed during each patient's stay. Due to the acuity of a MHCB setting, it is recommended that private, out of cell, clinical encounters with MHPC and MHMD's are offered to MHCB patients daily or as feasible. Increased private clinical encounters with the MHPC will assist in developing the patient's safety plan from the onset of MHCB admission and throughout their stay.

**Interdisciplinary Treatment Teams (IDTT):** Two discharge IDTTs were observed. All required members were in attendance. Nursing and recreational therapy staff did not offer any information regarding the patient during the two meetings. The two IDTTs observed were discharge IDTTs. The primary clinician in one case presented a clinical summary. Treatment goals and treatment progress, and observation and issue orders status were discussed. There was no discussion regarding either patient's privileges, out of cell time, suicidal history, and minimal discussion regarding safety planning in the one case where the patient was admitted for danger to self.

**Quality of Safety Planning:** Twelve patients who whose MHCB LOC were rescinded during January 2024 were reviewed. The review of the safety plans resulted in all safety plans completed upon recission from the MHCB LOC in the reviewed cases. The majority of safety plans completed were deemed inadequate. Several safety plans contained copied and pasted information in many of the clinical impression sections of the safety plan. Six safety plans that were completed upon discharge from the MHCB were reviewed. All but one was deemed adequate and were tailored specifically for each patient.

**Suicide Watch and Suicide Precaution:** There were six patients housed in the MHCB at the time of the on-site review. All six patients were on suicide precaution status. CCWF has maintained the practice of keeping all patients on suicide precaution rounds until they are discharged. Staff expressed uncertainty regarding the placing of observation orders that allow for observations other than for suicide watch or suicide precaution. Information regarding alternative observation orders was provided to the chief psychologist.

A review of the Mental Health Observation Reporting Tool indicated that from January 1 to January 31, 2024, CCWF was at 95% compliance for timely completion of suicide precaution rounds and at 94% compliance for timely completion of suicide watch rounds for patients housed in the MHCB.  Prior to the MHCB reactivation, the nursing rounds were not staggered, not completed timely, and did not occur in real time.  Significant improvements have been made in this area.   This metric is monitored monthly by regional nursing staff.

**Observation and Issue Orders:** Issue orders on the doors were reviewed for patients in the MHCB.  Patients had up to date orders posted on the door and the property allowed matched the level of observation.  Tier walks indicated patients had property and clothing in compliance with statewide policy.  Documentation was reviewed for ten patients housed in the MHCB during the month of January and February 2024.  The review indicated that there was inadequate clinical justification and often no clinical justification documented for the observation level and limited issue for all ten patients.   This issue was first identified by this reviewer in 2021 as a previous recommendation and will become a CAP now that the MHCB is currently operational.

**Privileges:**  A review of the Unit Summary Report for out of cell time for MHCB patients revealed that patients were being offered and participated in yard, dayroom, showers, and phone calls.  During the previous and last audit conducted in November 2023 by Mr. Hayes, he found that phone calls were not being offered.  A review of the Automated Restricted Housing Record for ten MHCB patients was completed by this reviewer.  The reviews indicated that yard, dayroom, showers, and phone calls were offered to all ten reviewed patients.  All patients except two had showers noted as offered at a minimum of every three days.  Three patients had five notations of phone call opportunities, one patient had four phone call opportunities, two patients had three phone call opportunities, and two patients had two phone call opportunities during their MHCB stays.

**Clinical Discharge Follow-Ups:**
A review of the On Demand Performance Report for October 1 to December 31, 2023, indicated that CCWF was 97% compliant for completion of 5 Day Follow Ups.   A sample of ten patient's 5 Day Follow Up documentation were reviewed.  All ten patients were either rescinded from MHCB LOC or discharged from the MHCB.  All follow ups were completed for five days in all cases and the safety plans were completed in all required discharge SRASHE's.

**MHCB Supervisor Review of Discharging Safety Plans:**
CCWF's MHCB Supervisor/Chief Psychologist spreadsheet for the reviewed safety plans on a was provided for January 2024, however, the new Inpatient Supervisory Safety Plan Review SharePoint site did not contain any reviews for February 2024. October through December data was requested multiple times from the MHCB supervisor, however it was not provided to this writer.  Review of the January spreadsheet indicated the safety plans are generally reviewed on the same day or within one day of the MHCB discharge.  During the month of January 2024, the supervisor deemed all but one of the safety plans reviewed as adequate.  Comments are included

on the spreadsheet noting specific reasons for the findings.  As mentioned previously, six safety plans that were completed upon discharge from the MHCB were reviewed and all but one was deemed adequate and were tailored specifically for the patient.  *See section Quality of Safety Planning*

## Section III: Alternative Housing

CCWF's MH OP 012, Alternative Housing outlines their alternative housing process and specifies a prioritized alternative housing location list. There were no patients in alternative housing on the day of the review.

From October 1 to December 31, 2023, there were 160 referrals to MHCB. A review of On Demand indicated CCWF was 93% compliant for timely transfers to MHCB for all referrals during this time period.



## Section IV: Suicide Risk Management Program (SRMP)

At the time of this review, On Demand report noted 31 patients were included in the program which includes 17 that are currently in the program and fourteen categorized as being placed in the program. There were no patients met criteria but were not included.  The SPRFIT Coordinator completes a monthly audit of the SRMP including tracking of patients placed in the program and treatment plan compliance. CCWF's SRMP process is included in their LOP MH-013 Suicide Risk Management Program.

## Section V: Discharge Custody Checks

Data indicates compliance with Discharge Custody Checks for the last quarter of 2023 as October-90%, November-94%, December- 88%.  CCWF provided January's completed internal audit of Discharge Custody Checks (MH-7497s).  The MH-7497 Discharge Custody Check was designated a previous redesign project.  A new and comprehensive 7497 Discharge Custody Check process was developed, however, the sections completed by custody staff continue to be deficient.  Specifically, documentation regarding section III was found to be incomplete and in several cases a supervisor's review did not occur.  Areas identified as possible reasons were noted as changes to custody leadership and shortages in custody staff overall.  Custody staff continue to train and identify staff who fail to complete the form in its entirety.

## Custody Inpatient Discharge Checks Audit

| | MEASUREMENT AREA | # Pass | # Fail | # Total | % Compliance |
|---|---|---|---|---|---|
| 1 | Section I Complete | 51 | 2 | 53 | 96.2% |
| 2 | Section II Complete | 71 | 3 | 74 | 95.9% |
| 3 | Checks Discontinued After At Least 24 Hours | 51 | 0 | 51 | 100.0% |
| 4 | Checks Discontinued After No More Than 72 Hour | 53 | 0 | 53 | 100.0% |
| 5 | Section III Complete | 28 | 14 | 42 | 66.7% |
| 6 | 1st Entry Upon Arrival to Unit Complete | 27 | 14 | 41 | 65.9% |
| 7 | 30-Minute Checks | 35 | 6 | 41 | 85.4% |
| 8 | Supervisor Review | 32 | 10 | 42 | 76.2% |
| | Overall Compliance for All Audit Elements | 348 | 49 | 397 | 87.7% |

## Section VI: Local SPRFIT Committee

SPRFIT Minutes are being uploaded to the new SharePoint site. A review of the last six months committee minutes was reviewed.  SPRFIT quorum is being met.  There is multidisciplinary participation during the committee meeting.  Discussion of improvement work, system surveillance includes topics such as custody discharge follow ups, staff completion of the SRE Mentoring Program and other topics.  Meeting discussion appears to include all relevant areas and topics and includes progress on areas of improvement.

CCWF's LOP MH-005 Suicide Prevention and Response is consistent with the current statewide policy.  LOP MH -004 Notification of Inmate Bad News is consistent with the current statewide memorandum.

CCWF's SPRFIT Coordinator attended an Inmate Advisory Council (IAC) meeting on September 28, 2023.  The CCWF Inmate Family Council (IFC) has recently been disbanded.   The SPRFIT Coordinator will continue to monitor if/when a new Inmate Family Council has been formed.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. From October 1 to December 31, 2023, CCWF was 96% compliant for completion of a SRASHE timely and 96% compliant for the completion of emergent referrals.  No urgent referrals were generated during this audit period.

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 701 | 9.4 | 96% |
| SRE after Em Consult (except PIP) for Suicidality | 137 | 5.1 | 96% |

## Section VIII: Suicide Risk Evaluations

A review of the On Demand Performance Report for the last three months October 1st to December 31st, 2023, indicated that CCWF had a compliance rate of 96% for completion of required suicide risk evaluations.

**20.4 Suicide Risk Evaluation**

**96%**
**(701)**

A review of On Demand indicated below the compliance numbers for completion of required SRASHEs from October 1 to December 31, 2023:

|  | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 701 | 9.4 | 96% |
| SRE after Em. Consult (except PIP) for Suicidality | 137 | 5.1 | 96% |
| SRE after Em. Consult (except PIP) for Suspected OD | 1 | 0.0 | 100% |
| SRE at MHCB Clinical Discharge (admitted for a | 57 | 0.3 | 93% |
| SRE at MHCB referral | 117 | 0.0 | 97% |
| SRE upon arrival from Acute/ICF | 17 | 339.8 | 82% |
| SREs after rescinded MHCB referral | 186 | 0.6 | 94% |
| SREs following MHCB Discharge (admitted for suicid | 186 | 0.0 | 99% |

CCWF was 94% compliant for completion of a SRASHE for all 186 patients whose MHCB LOC was rescinded. This number includes those patients that require follow up SRASHEs complete every 90 days for a year after a MHCB recission as well as patients initial SRASHE upon recission. A random sample of twelve SRASHEs for the rescinded patients was reviewed and demonstrated safety plans were completed in all twelve cases. The majority of the safety plans included cut and pasted information in multiple clinical impression sections, and inadequate interventions were noted.

## Section IX: Emergency Response

**Cut Down Kits:** During the most recent audit conducted by the MHCT Lieutenants, 100% of the cut down kits were present in the housing units and the RHU. The kits were also being inventoried during each shift.

**Suicide Case Review Quality Improvement Plan (QIP) Follow Up**

CCWF has not had a suicide occur since April 2018.

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for January 2024, as well as information obtained from CCWF, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 98%
- Safety Planning Intervention: 95%
- SRE Mentoring: 78%
- Suicide Risk Management Program: 100%
- Annual IST Suicide Prevention (calendar year 2023):
  - Custody: 100%
  - Mental Health: 98%
  - Nursing: 92%
- CPR Certification
  - Custody: 100%
  - Nursing: 100%

SRE Mentoring has increased from my last review where it was at 58% compliance. CCWF has ten SRE mentors identified who are available to complete mentoring. However, only a handful of mentors are able to complete the process due to institutional demands including cross coverage and additional assignments with impeding deadlines. Eighteen staff members have completed the new mentoring process. The SPRFIT Coordinator is currently providing mentoring to four staff members and makes every effort to coordinate with supervisors to have identified staff mentored. It is recommended that CCWF place this item on their Improvement Priorities List and Project Pipeline.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was not observed during this review.

## Section XI: Receiving and Release (R&R) Screening

CCWF nursing supervisors completed audits of the R&R screening process in October, November, and December 2023. It was reported that intake screenings were completed appropriately with all mental health questions asked during the audits in October and November resulting in 100% compliance. In December, however, it was reported that the second bad news question was not asked in two separate audits, resulting in 86% compliance.

I observed two R&R new intake screens. The encounters were held in a confidential space with the door closed. The nurse developed rapport with each patient and completed a thorough assessment including asking all the required bad news questions. Suicide prevention posters were observed in the R&R screening office spaces.

## Section XII: Reception Center Processing

During the site review, appropriate placement of suicide prevention posters was observed in all areas where patient care occurs in the RC. This included medical clinics, nursing assessment

areas, mental health clinics, diagnostic areas, etc.    During the site review, no diagnostic screenings were available to be observed.

## Section XIII: Crisis Intervention Team (CIT)

I did not observe any CIT calls during my visit.  Currently, CCWF has a CIT operating Monday to Wednesday from 1600 to 2200 hours and Saturday and Sunday 0700 to 2200 hours.  However, the weekend clinicians typically address situations independently unless other disciplines are warranted.  This is mainly due to limited staff weekend coverage and being other assigned duties.

A review of the CIT Reporting Tool indicated there were four events at CCWF in the month of January.  CITs with nursing documentation present occurred in 75% of the events with nursing attending all events.  All CIT events except one reported a lieutenant was involved in the CIT process.

## Section XIV: Corrective Action Plans (CAPs) Generated by Previous HQ SPRFIT Site Reviews and Lindsay Hayes' Review.

| Status of Open CAPs Generated by Previous HQ SPRFIT Coordinator Visits | |
|---|---|
| CAP | Progress |
| **CAPs from Previous HQ SPRFIT Reviews** | |
| 1. Create an action plan that addresses custody staff's practice of tracking and documenting out of cell activities for patients housed in the MHCB. This should include a monthly audit of 114's completed by custody leadership staff and whereby the monthly audit results are discussed during the SPRFIT monthly meeting. | **Open-** This review found that all reviewed patients were offered phone calls, showers, dayroom and yard time. This CAP resulted in an audit that is being completed by custody staff and the results of the audit will be reported in the SPRFIT monthly meeting until sustainability is met. This CAP can be closed with one additional quarter of sustained compliance. |
| 2. Create an action plan to re-examine the methodology for auditing nursing rounds. Specifically, ensure that the auditing includes verification that rounds are staggered, are completed timely and occur in real time. | **Closed 2/2024-** Since reopening the MHCB in October 23, compliance for staggered rounds revealed- Oct- 98%, Nov-98%, Dec-98% and Jan-98%. |
| 3. Create an action plan detailing the steps taken to retrofit existing MHCB cells in order to provide suicide resistant cells. | -**Completed/closed 2/2024** CCWF's MHCB reopened on October 16, 2023. |
| 4. Create an action plan detailing steps taken to establish a confidential treatment space for clinicians to see patients within the MHCB unit. | -**Completed/closed 2/2024** On February 26, 2024, CCWF's MHCB treatment room has been given the approval to begin being utilized for treatment use. |
| **CAPs from May 2023 HQ SPRFIT Review** | |
| 5. Custody staff to create an action plan to ensure that 30-minute checks and supervisor review are being completed timely on the 7497 form. | -**Open** Custody staff continue to train custody supervisors and staff on completing the form appropriately. |
| **Status of Open Recommendations Generated by Previous HQ SPRFIT Coordinator Visits 10/2021** | |
| 1. The MHCB Supervisor should observe a random sample of IDTTs, including at least one discharge IDTT, utilizing the CQIT audit tool to ensure all criteria are discussed and to ensure participation from all members of the treatment team. The supervisor should then use the results of the audit to determine the best course of action. Requested proof of practice is a memorandum to the Statewide Suicide Prevention and Response Coordinator for Region II by the next scheduled site visit. | -**New CAP as of 2/24** IDTTs continue to lack discussion of privileges, treatment progress, safety planning, etc. Also, participation form all members of the team are required. (Nursing, Psych tech, etc.) Problems within the IDTT meeting was also identified in Lindsay Hayes' 2024 report. This issue was first identified by this reviewer in 2021 as a previous recommendation will be added as a CAP as a result of this onsite review. |

| 2. Review with MHCB clinicians how safety planning should begin with the patient on the onset of admission and throughout their stay in the MHCB. The safety plan should be specific, individualized and discussed during the patient's IDTT's. | **New CAP as of 2/24**- There continues to be a lack of safety planning discussions with the patient beginning on the onset of admission and throughout the stay in the MHCB. Individual MHPC contacts occur rarely for an inpatient setting. The treatment team conducts "rounds" where all team members meet with the patient everyday, however, the psychiatrist is generally the only clinician documenting daily. Due to the acuity of a MHCB, it is recommended that patients be seen in a confidential setting with their MHPC daily or as often as feasible. This issue was first identified by this reviewer in 2021 as a previous recommendation and will be assigned a CAP now that the MHCB is currently operational. |
|---|---|
| 3. Review with the MHCB clinicians the requirement to document daily justification for issue, observation and privilege orders within the daily progress notes. | **New CAP as of 2/24** The review indicated that there was inadequate clinical justification and often no clinical justification was documented for the observation level and limited issue for the patients reviewed. This issue was first identified by this reviewer in 2021 as a previous recommendation and will be assigned a CAP now that the MHCB is currently operational. |

See Appendix A: CCWF's current status of CAPs generated by Lindsay Hayes Site Review on July 23, 2021.

See Appendix B: Status Regarding Compliance with the 15 Outstanding Recommendations in Lindsay Hayes' October 2022 Report

## Section XV: Assignment of Corrective Action Plans and Recommendations

CONCLUSION

As a result of this review, and in consultation with regional representatives from custody and nursing, three former recommendations from 2021 are being elevated to CAPs at this time. One additional CAP is being generated as a result of this review.

1. Create an action plan to ensure the MHCB supervisor conducts supervisory reviews of inpatient discharge safety plans and update the SharePoint site weekly per policy, *Update to the Process for Conducting Supervisory Reviews of Inpatient Discharge Safety Plans* dated 2.1.2024.

Focus should remain on the four open Hayes' CAPs -Appendix A (MHCB IDTTs, out of cell time for MHCB patients, data in SPRFIT minutes regarding RC expectations, and SRE Mentoring compliance) and the six HQ SPRFIT CAPS indicated above (7497, out of cell time for MHCB patients, audit of MHCB IDTTs, safety planning discussion in IDTTs, safety planning for MHCB patients, supervisory review of safety plans, justification for issue and observation in daily notes), as well as maintaining compliance on the previously identified closed CAPS.

**Please ensure all assigned SPRFIT CAPs are updated on the Improvement Priorities List and Project Pipeline.  All SPRFIT CAPs should be listed as an Issue and monthly audit data indicated in the Comment section each month on the Improvement Priorities List and Project Pipeline. The project pipeline is to be uploaded to the SharePoint site monthly.**

All of CCWF's CAPs marked as "closed" are considered closed at this time.  Subsequent HQ SPRFIT Coordinator reviews will continue to monitor compliance in each of the previously identified areas.

Should you have any questions or require further clarification, please feel free to contact me at Heather.Stahl@cdcr.ca.gov.

Addendum: Appendices A and B

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**



**Appendix A CCWF's Status Regarding Specific CAPS Listed in Lindsay Haye's October 2022 Report**

| Focus of Remediation | Specific Language About Deficiency | Status |
|---|---|---|
| RC Diagnostics | Although the psychologists had access to (and used) the Patient Health Information Portal during the process, as well as SOMS and the county jail transfer sheet, it was a common CCWF practice during times of large volume intakes for the nurse's Initial Intake Screening and clinicians' Mental Health Diagnostic Testing to occur simultaneously. On such occasions, RC clinicians would be unable to review the nurse's completed Initial Intake Screening form because it was still in the process to be completed. Further, although (English and Spanish-version) suicide prevention placards were found in the Nurse's Office, placards were not found in the RC clinicians' offices as required by policy (pg 157). | **Closed-** RC staff were provided training in late 2022. Monthly audits indicated maintained compliance and was subsequently removed from CCWF's Improvement Priorities List.  English and Spanish placards were placed in offices as required.  Mr. Hayes's most recent visit in November 2023 did not identify this as an area of concern. |
| | At the time of the assessment, one room (the large "observation room") continued to be offline for repair (as it was during several previous assessments). Although designated as a licensed MHCB, this room contained many protrusions (including window bars,shower hoses attached to the wall, a blind spot to the shower area, etc.) that deemed it to be nonoperable. In addition, this reviewer was informed that beginning on November 1, 2021, the entire MHCB unit would be temporarily closed for further renovation of cells, including this large observation room. According to the work plan made available to this reviewer, the renovation would include "modification of 10 cells in the B Wing of Building 805 to include epoxy flooring, anti-ligature toilets, ADA compliant anti-ligature sinks, anti-ligature handrails, modify combi-unit to anti-ligature, updated cell doors, updated security lights, updated electrical cover plates, updated fire sprinkler heads, updated cell window screens, and no-pick caulking." (pg 157-158) | **Closed-**CCWF's MHCB was reactivated in October 2023.  A MHCB treatment space had also been under construction and was recently approved on February 26, 2024, to begin ulitizing the space for treatment for MHCB patients. |

| | | Although there was good representation from all required team members, the IDTT meetings were inconsistent and problematic. For example, there was inconsistent case presentation in the cases, with this reviewer having to ask the level of care and diagnoses of eachpatient. There was also inconsistent discussion regarding each patient's level of observation and possessions/privileges. There was no discussion regarding safety planning for one of the patients being discharged until the very end of the meeting when the MHCB supervisor interceded and asked the patient if she was familiar with her safety plan. The patient was not. A subsequent review of the patient's chart did not find any previous discussion regarding safety planning in the progress notes. Finally, there was little, if any, input solicited from, or offered by, the nurse, RT, or correctional counselor who attended the meetings (pg 160). | **Open**- CCWF MHCB IDTT's continue to be inconsistent and lack discussion regarding each patients privileges, safety planning, etc. There was also no input from the RT or nursing staff in both observed IDTTs. These concerns were also identified by Mr. Hayes's review in November 2023. This was identified at a HQ SPRFIT recommendation in 2021 however it was added as a CAP as a result of this review due to continued concerns after the October 2023 MHCB reopening. There continues to be a lack of safety planning discussions with the patient beginning on the onset of admission and throughout the stay in the MHCB. Individual and confidential MHPC contacts occur rarely for an inpatient setting. The treatment team conducts "rounds" where all team members meet with the patient everyday, however, the psychiatrist is generally the only clinician documenting daily. Due to the acuity of a MHCB, it is recommended that patients be seen in a confidential setting with their MHPC daily or as often as feasible. This issue was first identified by this reviewer in 2021 as a previous recommendation and will be assigned a CAP now that the MHCB is currently operational. This CAP will remain open until sustained and consistent compliance is met. |

| | | |
|---|---|---|
| MHCB Possessions and Privileges | This reviewer examined the 114-A forms for five patients housed in the MHCB unit during the on-site assessment. In one case (CCWF 3), the patient had been housed in the MHCB unit since September 23 and, although showers were offered on a regular basis, and a telephone call was offered on October 12, had only been offered out-of-cell privileges on one occasion, with most notations inappropriately marked either "no yard due to construction" or "no group therapy/outside recreation due to yard construction." The 114-A forms for the other four patients contained similar notations regarding the lack out-of-cell activities, and there was no explanation as to why any out-of-cell activities by the RT or other staff were not being afforded any of the maximum-security MHCB patients. In general, telephone calls were not offered and/or not documented on the 114-A forms for individual patients. Further, in another case (CCWF 5), the patient had been admitted to the MHCB a week earlier on October 8, was not on maximum security status, and was only offered one out-of-cell group activity and telephone call by the RT during the seven-day commitment (on October 12). On other days, the patient's 114-A form simply stated, "no yard due to construction" (despite the fact that such a notation was attributable to the small management yard that would be inappropriate for non-maximum-security patients.) (pg 161; see pg 160-161 for additional information) | **Open**- A review of the Automated Restricted Housing report was completed on ten previous MHCB patients during the moth of January and February 2024. The review found that all ten patients were offered telephone, yard, day room and showers. An audit of 10 MHCB patients each month will be completed by custody staff to determine if out of cell privileges including yard, showers, and telephone calls are offered. The audit results will be discussed monthly during the SPRFIT meeting. |

| | | |
|---|---|---|
| RC SPRFIT Expectations | Review of SPRFIT minutes indicated that such data or other required "proof of practice" regarding compliance with CDCR's "Reception Center Suicide Prevention Reporting Expectations" memorandum was not reported as required (pg 163). | **Open**- Mr. Hayes audit in November 2023 found that the SPRFIT minutes did not contain data or proof of practice for the four compliance areas within the RC reporting expectations.  Data regarding the compliance with CDCR's Reception Center Suicide Prevention Reporting Expectations memorandum is included in the SPRFIT Audit tool however the proof of practice (raw data or audit tools utilized) had not been attached to the meeting minutes.  SPRFIT Coordinator will ensure proof of practice for these areas is attached to the SPRFIT minutes going forward. |
| SRMP & Bad News LOPs | Although CCWF had a LOP (Operational Procedure, MH-019 – Crisis Intervention Team, effective August 2021) that was consistent with CCHCS's "Crisis Intervention Team Policy and Procedure," this reviewer was not presented with required LOPs for either "Inmate-Patients Receiving Bad News" or a "Suicide Risk Management Program." (pg 163) | **Closed**- CCWF LOP MH 004 and LOP MH 013 were created prior to Mr. Hayes' last visit and address CIT procedures, inmates receiving bad news and the SRMP program.  This was not idnetified in Mr. Hayes' 2024 Report. |
| SRE Mentoring Training | As of September 2021, only 78 percent of mental health clinicians had completed the SRE mentoring program | **Open**- Current SRE Mentoring compliance is at 78% for the new mentoring process.  CCWF has identified 10 mentors who are able to complete mentoring, however, only a handful of mentors are able to complete the process due to institutional demands.  Eighteen staff members have completed the new mentoring process.  The SPRFIT Coordinator is currently providing mentoring to four staff and makes every effort to coordinate with supervisors to have identified staff mentored. |

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

**APPENDIX B** – Status of deficiencies as noted in the Fifth Re-Audit and Update of Suicide Prevention Practices in the Prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs written by Lindsay M. Hayes dated October 24, 2022.

| Appendix B: CCWF's Status Regarding Compliance with the 15 Outstanding Recommendations in Lindsay Hayes' October 2022 Report | | |
|---|---|---|
| **Hayes' outstanding recommendations that remain open from his October 2022 Report** | **Status** | **Comments** |
| *No. 3*: IST Suicide Prevention training compliance | Compliant | Year 2023- Custody- 100%, MH-98%, Nursing-92%. |
| *No. 7*: Confidenitality of nursing screens in R&R | Compliant | |
| *No. 8*: Nurse and officer safety during R&R screenings | Compliant | |
| *No. 9*: SRE Mentoring program compliance | Non Compliant | Jan 2024 data indicates 78% compliance. CCWF has 10 mentors however only a handful are able to complete the process due to competing assignments. 18 staff have been mentored. SPRFIT Coordinator is currently mentoring 4 staff and is coordinating with supervisors to complete mentoring with identified staff. |
| *No. 10*: Auditing SRE quality | Compliant | CAT 7 quality audits are being completed quarterly |
| *No. 12*: Completing SREs for urgent/emergent referrals for DTS | Compliant | Oct - Dec 23 data indicates 96% compliance for Emergent Consults for DTS. |
| *No. 13*: Use of retrofitted cells in first 72 hours of ASU placement | Compliant | |
| *No 17*: Completing safety plans, supervisory audits of safety plans | Partially Compliant | Current review found that MHCB recissions had safety plans completed 100% of the time. MHCB Supervisor is tracking and reviewing MHCB D/C safety plans, however no supervisory reviews of safety plans have been entered on the Sharepoint site for February 2024. Oct-Dec 2023 superviory review spreadsheets were not provided to this reviewer. |
| *No 18*: Safety Planning training compliance | Compliant | Jan 2024 Safety Planning training was at 95% compliant. |
| *No 20*: Audit psych tech practices in ASU | Compliant | |
| *No 21*: Using only suicide precautuion and suicide watch for suicidal pati | Non Compliant | Current review found that patients remain on suicide precaution status upon discharge from the MHCB. |
| *No 28*: Accurate completion of page 2 of the "Discharge Custody Check Sh | Non Compliant | Documentation regarding section III was found to be incomplete and in several cases a supervisor's review did not occur. Areas identified as possible reasons were noted as changes to custody leadership and shortages in custody staff overall. Custody staff continue to train and identify staff who fail to complete the form in its entirety. |
| *No 29*: Accurate completion of page 1 of the "Discharge Custody Check Sh | Compliant | Jan 2024 -88% overall compliance. Section I complete (96%), Section II complete (96%), and Section III Complete (67%). |
| *No 31*: Achieving quorum for SPRFIT meetings, incomplete local policies | Compliant | |
| *No. 32*: Privileges for MHCB inmates, Continuous Quality Improvement Audit, Reception center Screening | Compliant | This review revealed that privileges for MHCB inmates are being offered, however, proof of practice has been completing for Reception center audits, however had not been included in the minutes. Going forward proof of practice for the 4 audits will be included in the minutes. |