1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorneys General
    1300 I Street, Suite 125
6    P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 210-7318
    Fax: (916) 324-5205
8   E-mail: Elise.Thorn@doj.ca.gov
   *Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:    925-746-8460
FACSIMILE:    925-746-8490
*Attorneys for Defendants*

9

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

RALPH COLEMAN, et al.,

Plaintiffs,

v.

GAVIN NEWSOM, et al.

Defendants.

Case No. 2:90-CV-00520- KJM-DB

**DECLARATION OF JOEL T. ANDRADE, PHD, IN SUPPORT OF DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REPORT ON HIS EXPERT'S SIXTH RE-AUDIT AND UPDATE OF SUICIDE PREVENTION PRACTICES IN THE PRISONS OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND RE-AUDIT OF SUICIDE PREVENTION PRACTICES IN THE PSYCHIATRIC INPATIENT PROGRAMS**

Judge:    Hon. Kimberly J. Mueller

I, Joel T. Andrade, PhD, LICSW, CCHP-MH., declare as follows:

1.    I am a Clinical, Correctional and Forensic Social Worker, a Certified Correctional Health Professional (CCHP), and a Certified Correctional Healthcare Professional specializing in Mental Health (CCHP-MH). I have over 25 years of clinical and administrative experience in correctional healthcare. I have a PhD and MSW in Clinical Social Work with a concentration in

Forensics from Boston College. I am licensed as a Licensed Independent Clinical Social Worker (LICSW) in Massachusetts.

2. I worked as a frontline mental health professional for over 15 years providing mental health services in the Massachusetts Department of Correction. This included working at the reception center and at the state's forensic hospital. At the forensic hospital I conducted clinical assessments specific to an individual's risk for future violence or suicide and provided expert witness testimony in approximately 400 cases as to the individual's need for hospitalization within the strict custody of the forensic hospital. For five years, I was the clinical director overseeing all mental health services within the Massachusetts Department of Correction. During this time, we implemented a mental health classification system, established a definition of Serious Mental Illness (SMI), and developed and implemented several mental health units as alternatives to placement in restrictive housing for individuals with SMI. I designed, implemented and managed the Behavior Management Unit (BMU) for individuals designated as SMI due to significant functional impairment secondary to a personality disorder.

3. During this time, I also had a leadership role in overhauling the suicide prevention program in Massachusetts. This included numerous Continuous Quality Improvement (CQI) initiatives to improve the identification of individuals at risk for suicide, developing an annual full-day training on the "Assessment of Suicide Risk in Corrections" for clinical staff, and improving and providing new employee and annual suicide prevention training for all staff (including correctional, medical, programs, etc.).

4. I then worked in leadership positions within the clinical operations department of a correctional healthcare company. In this capacity I worked with 19 Departments of Correction and several large county jails to develop, implement, monitor and manage correctional mental health programs. This included being onsite at over 200 state prisons and approximately 10 county jail facilities.

5. I am a Member of the American Correctional Association (ACA), National Association of Social Workers (NASW), the National Organization of Forensic Social Workers

(NOFSW), and the World Professional Association for Transgender Health (WPATH).

6.      I have provided over 100 educational presentations, seminars and webinars at conferences and for professional organizations including the following: American Psychiatric Association (APA); American Academy for Psychiatry and Law (AAPL); National Commission on Correctional Healthcare (NCCHC); American Correctional Association (ACA); American College of Correctional Physicians (ACCP); National Organization of Forensic Social Workers (NOFSW); and the Association for the Treatment and Prevention of Sexual Abuse (ATSA).

7.      I am a former NCCHC Board Member and currently either the Chair or a Member of the following committees:

  a.      **NCCHC:** Committee on Systemic Racism in Correctional Healthcare (Chair); Education Committee (member); Board of Trustees-Certified Correctional Healthcare Professionals (member); Young Professionals Committee (member and former Chair).

  b.      **ACA:** ACA Delegate Assembly (representing Mental Health); Behavioral Health Committee (member); and Facilities and Design Committee (member).

8.      I am the author of peer-reviewed journal articles and book chapters, to include the following topics: applying the recovery model in correctional settings; violence risk assessment and risk management; alternatives to segregation and restrictive housing; psychopathy; suicide risk assessment and intervention; self-injurious behavior; and the evaluation and treatment of those who sexually offend. I am also the editor of *The Handbook of Violence Risk Assessment: A Practical Guide for Mental Health Professionals*.

9.      In 2021, I was the inaugural recipient of the Edward A. Harrison Award for Excellence in Correctional Health Care Leadership from the National Commission on Correctional Health Care.  Attached as Exhibit A is a true and correct copy of my curriculum vitae.

10.      I am a Senior Expert, Principal, and Vice President at Falcon, Inc.  In this capacity, I work with jurisdictions to evaluate correctional healthcare and operational systems, and assist

1  these jurisdictions in improving care.

2      11.    I am a member of the leadership team conducting the systemwide study of mental

3  health services provided by the California Department of Corrections and Rehabilitation (CDCR).

4  I understand that presently pending before this Court are Defendants' objections to the Special

5  Master's Report on Mr. Hayes's Sixth Re-Audit and update of suicide prevention practices in

6  CDCR prisons and PIP units.  Below I identify areas of my agreement and disagreement with the

7  Sixth Re-Audit report's findings and methodology.

8      12.    First, it is my opinion that the methodology of finding the entire CDCR system

9  deficient for a specific recommendation based on dividing the number of non-compliant facilities

10 by the number of compliant facilities is problematic for two reasons.  First, it does not ensure that

11 every facility achieves compliance (only 90% of facilities), and second, it wastes monitoring

12 resources to continue to monitor sites that have shown compliance.  To illustrate the first point, if

13 18 of 20 facilities show compliance with one of Mr. Hayes' recommendations (which is 90% of

14 facilities) the monitoring will end; however, at two facilities the issues may still remain.

15 Alternatively, if 17 of 20 facilities are compliant, which falls below the 90% threshold, all 20

16 facilities will require further monitoring, which is a waste of monitoring resources by monitoring

17 the 17 facilities that are in compliance.  A more productive, and clinically focused strategy would

18 be to identify the issues at each specific facility and to conduct individualized corrective action (in

19 the form of CQI) to correct the identified issue at the institutional level.  Facilities that meet (or far

20 exceed) the recommendations in the Sixth Re-Audit Report should come out of the oversight for

21 suicide prevention so that monitoring resources can be redistributed to those non-compliant

22 facilities so that they, too, can come into compliance.  This will ensure that all facilities achieve

23 compliance and resources are used appropriately to monitor areas in need of improvement. It is

24 typical in correctional systems for some facilities to perform at a much higher level and others at a

25 much lower level.  As such, this individualized approach allows for more expeditious

26 identification of specific needs and resolution of recommended changes.  This approach also

27 allows the system to more quickly (1) focus on facilities that require the most attention, and (2)

28

DECLARATION OF JOEL T. ANDRADE, PhD, LICSW, CCHP-MH

identify new areas of concern and implement appropriate corrective action.  This improved process would result in more rapidly identifying and addressing problem areas resulting in significantly improved care throughout the entire system.  The current process utilized to review suicide prevention, as outlined in the Sixth Re-Audit report (and previous reports), slows down this potential progression significantly.

13.    Additionally, due to the size of CDCR, improving this process to more quickly and nimbly address and resolve issues is essential to realizing system-wide improvements in a much more expeditious manner.  The field of correctional mental health has moved rapidly over the past decade to meet the individual needs of each incarcerated individual.  For example, providing possessions and privileges (such as recreation, visits, phone calls, etc.), as well as out-of-cell interventions (such as group therapy or recreation groups) for individuals on suicide precautions is becoming more commonplace. These strategies more appropriately engage patients at the individual level and provide targeted interventions to address individualized needs. These strategies are similar to those currently implemented in CDCR's MHCB. While there is a long way to go to ensure such quality care for all incarcerated individuals in the United States, correctional systems must be able to more rapidly and individually (at least at the site level) identify the unique needs specific to that location in order to apply the appropriate resolutions.  As it relates to the Sixth Re-Audit report, it was reported that clinical staff approved possessions and privileges, but in some cases, these were not received by the incarcerated individual.  The reasons for this will vary widely between facilities, and each requires an individualized corrective action plan to remedy the specific cause of non-compliance.  But the current process of review does not allow for the rapid and specific corrective action response necessary to remedy the problem timely.

14.    Second, it is my opinion that some requirements outlined in the Program Guide and attached memos result in an institution's inability to pass a section of an audit even though clinical care is not negatively affected.  One example is the requirement that a psychologist (or psychiatrist) complete the SRASHE for individuals within 72 hours of admission and upon

discharge from the PIP.  Based on these criteria it was found that only 61% of facilities met this requirement, whereas 98% of SRASHEs were completed in the timeframes outlined in the Program guide, but 39% of these were completed by licensed clinical social workers "who, pursuant to policy, were not authorized to complete the assessments."  On page 313 of the Sixth Re-audit Report it states: "although 98 percent (41 of 42) of discharge SRASHEs were completed in a timely manner, only 61 percent (25 of 41) of the assessments were completed by licensed psychologists (or psychiatrists). In fact, 39 percent (16 of 41) of the discharge SRASHEs were completed by licensed clinical social workers who, pursuant to policy, were not authorized to complete the assessments." The fact that licensed clinical social workers can conduct such assessments in the community as well as in correctional settings in other jurisdictions is persuasive and indicates that clinical care can be provided by this classification, including their proper and appropriate completion of a suicide risk assessment.  Nonetheless, the outdated standard utilized under the Program Guide and audited as part of the Sixth Re-Audit review makes it nearly impossible for CDCR to pass such items on an audit.  A discussion of the important role clinical social workers play in conducting suicide risk assessments in correctional mental health settings, is provided in a 2013 journal article[1] by Mr. Linday Hayes that states:

> "By far the most difficult decision in the area of suicide precaution is the determination that an inmate is no longer suicidal and can be discharged from suicide precautions. That decision must always be made by a qualified mental health professional (QMHP) following a comprehensive suicide risk assessment. Why would we want such critical decisions to be made by anyone other than a licensed, masters-level or above clinician? According to national standards, a QMHP would include a psychiatrist, psychologist, psychiatric social worker, psychiatric nurse, and others by virtue of their education, credentials, and experience are permitted by law to evaluate and care for the mental health needs of patients (NCCHC, 2008). These decisions must be respected by non-QMHP staff. Decisions by non-QMHPs that result in bad outcomes incur unnecessary liability."

[1]  Hayes, L.M. (2013).  Suicide prevention in correctional facilities: Reflections and next steps. *International Journal of Law and Psychiatry, 36*, 188-194.

DECLARATION OF JOEL T. ANDRADE, PhD, LICSW, CCHP-MH

15.     Third, the Sixth Re-Audit report indicates Mr. Hayes is adding additional requirements into various recommendations.  For instance, Recommendation 7 reads as follows: "The nurse's office should be of sufficient size to conduct adequate intake screening and the door to the office (which should contain a large viewing window) should remain closed during the screening process."  It is unclear how the evaluation of this recommendation focused on the quality of the Initial Health Screening as opposed to whether the clinical space was private and allowed for confidentiality.  On page 15 of the Sixth Re-Audit it states, "With regard to Recommendation 7, nursing staff at four facilities were observed to not be addressing all 15 mental health/suicide risk questions on the Initial Health Screening form. For example, a CIM nurse inappropriately conflated the two 'bad news' questions ('Have you recently received any bad news?' and 'Did the patient receive any bad and/or unexpected news during a recent court hearing?') into one question."  This finding is not in line with the recommendation specific to adequate space.

16.     Similarly, the Sixth Re-Audit report appears to audit something different than what each recommendation actually requires.  For instance, Recommendation 10 reads as follows, "Each facility's SPRFIT should *audit the quality of completed SREs* on a monthly basis." (Emphasis added.)  On page 37 of the Sixth Re-Audit report, as a finding of non-compliance for Recommendation 10 it reads, "the current assessment found that only 71 percent (15 of 21) of audited facilities achieved over 90 percent compliance with the required completion of SRASHEs."  In reviewing this recommendation, it appears as though the finding of 71% compliance (15 of 21 facilities) being at 90% compliance is based on whether the SRASHEs are complete, not whether each facility's SPRFIT audited the quality of completed SREs on a monthly basis.  This appears to be an improper assessment of this recommendation.

17.     Fourth, the Sixth Re-Audit report criticizes CDCR for an increase in its suicide rate, but additional context is critical here.  Despite a significant decrease in the rate of deaths by suicide in state prison systems from the 1980's to the early 2010's, over the past 10 years we have seen nearly a doubling of the suicide rate in state prisons in the United States.  All systems, even

the most progressive, struggle with this issue and many have recently realized significant increases in the overall rate of suicide.  Between 2000 and 2013, the suicide rate for incarcerated individuals within state prison systems was fairly consistently found between 14 and 17 per 100,000. Beginning in 2014, a steady increase in this rate began.  The most recent data available from the Department of Justice Bureau of Justice Statistics is from 2019, with a rate of 27 suicides per 100,000.  There is no data available from the Bureau of Justice Statistics (BJS) since 2019, so the effects of COVID and significant decreases in the overall incarceration rate in some states, such as California, have not been analyzed.   Below is a line graph to illustrate:

Graph 1:



18.    Although there is not available data from BJS on completed suicides within state prison systems since 2019, a recent study of all deaths within the Federal Bureau of Prisons found that: (1) suicide accounted for more than half of all deaths within the study timeframe (from 2014 to 2021), and (2) there was a trend of increased suicide over the course of the study.  Below is a line graph to illustrate the results:

Graph 2:



19.     As more data becomes available through the BJS, it will be important to understand how systems who have realized significant decreases in overall population, will likely have increased rates of suicide per 100,000 incarcerated individuals for two reasons. First, statistically, as the overall number of incarcerated individuals in a system decreases, the weight of each death by suicide increases the overall rate. Second, when examining criminal risk factors for completed suicide in prison systems, the research finds that those who are incarcerated for violent offenses are at increased risk for completed suicide (see meta-analysis 2021[2]). With decreases in overall incarceration, the population that remains incarcerated are inherently higher risk due to their higher likelihood for being incarcerated for a violent offense. In fact, the most recent data from BJS from December 2021[3] indicates that California has the highest rate of individuals incarcerated for a violent offense (84.3%) with only one other state (Alaska) having more than 80%, and only three other states above 70% (Maryland, Massachusetts and Rhode Island). As discussed below, CDCR's robust Suicide Case Review process will allow the Department to understand the unique risk factors and needs within its population and work towards addressing those risks and needs.

[2]   Zhong, S., Senior, M., Yu, R., Perry, A., Hawton, K., Shaw, J., & Fazel, S. (2021). Risk factors for suicide in prisons: a systematic review and meta-analysis. *Lancet Public Health 2020; 6*: e164–74. https://doi.org/10.1016/S2468-2667(20)30233-4
[3] Carson, E. A. (2021). *Prisoners in 2020–Statistical tables. NCJ*, 302776, 1-50.

20.     Fifth, the Sixth Re-Audit report does not clearly identify where each institution falls in terms of compliance and requires the reader to review the appendices and make inferences to determine compliance.  For instance, Recommendation 31 reads as follows, "CDCR under the guidance of the Special Master, should re-examine and revise its local SPRFIT model to make the local SPRFITs a more effective quality assurance/improvement tool."  On page 52 of the Sixth Re-Audit report it describes measuring compliance with the recommendation as: "The current assessment focused on five areas of Recommendation 31: 1) the degree to which SPRFITs achieved six consecutive months of meeting quorums for all mandatory members or their designees; 2) the degree to which each SPRFIT conducted either semi-annual RCAs or clinical case summaries of serious suicide attempts when appropriate; 3) the degree to which each SPRFIT tracked IPs in the Suicide Risk Management Program (SRMP) and reviewed them during monthly meetings as required by policy; 4) the degree to which facilities had local operating procedures (for SPRFIT, Inmate-Patients Receiving Bad News, SRMP, and CIT); and 5) the degree to which each SPRFIT tracked prior corrective actions recommended by this reviewer and/or regional SPRFIT clinicians."  Based on my review of the Sixth Re-Audit report, it was very difficult to understand which facilities were found deficient with each of these five areas used to measure Recommendation 31.  It should not be challenging to identify which institutions have attained compliance and which have not.  A more streamlined process that lists compliance with each item at each facility would enable more expeditious compliance.

21.     Sixth, requirement of 100% compliance for certain recommendations is unreasonable, and there are other ways to monitor and improve compliance with critical suicide prevention tasks.  For instance, Recommendation 21 reads as follows, "CDCR should enforce its Program Guide requirements authorizing only the two levels of observation which may be provided for suicidal IPs: (1) observation at staggered intervals not exceeding every 15 minutes on Suicide Precaution, and (2) continuous observation for IPs on Suicide Watch."  This recommendation requires 100% compliance, which is highly unlikely due to (1) the fact that there are millions of such checks required each year and (2) these checks are conducted by individuals,

so human error will inevitably result in less than the 100% compliance threshold. In other words, if one 15-minute check out of millions is missed, then the entire system fails. That being said, this is an extremely important area for a Suicide Prevention Program that requires constant vigilance and monitoring. An alternative to the current process would be to establish a review process at each facility that identifies areas that fall below a more reasonable threshold (such as 90%) for such an important task. Areas that should be analyzed to understand the cause of non-compliance with checks with the goal of improving compliance include, but are not limited to, time of day, day of week (i.e., weekend versus weekday), holidays, and individual staff members. Monitoring this at the site-level with these or similar criteria to monitor, will allow the CDCR system to more quickly identify the root cause of the specific issues and provide training, corrective action, or in some cases, staff specific counseling, to remedy this important area.

22. Seventh, the structure of certain recommendations—which contain numerous subparts—is a significant impediment to compliance. For instance, Recommendation 32 reads as follows, "CDCR, under the guidance of the Special Master, should examine and consider taking reasonable corrective actions to address these additional miscellaneous issues: **Possessions and Privileges for IPs in MHCBs, Continuous Quality Improvement, and Reception Centers**. *See* ECF No. 6879 at 24-25 for specific discussion of remaining parts of this recommendation to be implemented." Recommendation 32 is difficult to gain compliance with as within each of these miscellaneous areas are numerous additional requirements. For example, part of the review of Continuous Quality Improvement, requires numerous CQI activities, as well as complying with the reviewer's "Suicide Prevention Audit Checklist" which includes 19 measures. The measures were: 1) Observation of R&R intake screening by nursing/RC screening by diagnostic clinicians; 2) Confirming R&R/RC screening completeness and privacy and confidentiality; 3) Administrative segregation new intake IPs housed in retrofitted new intake cells for 72 hours; 4) Psych Tech rounds in administrative segregation, SHU, and PSU; 5) Guard One compliance in administrative segregation, SHU, and PSU; 6) SRASHEs required for emergent/urgent mental health referrals for SI/SIB/SA; 7) Use of Alternative Housing; 8) Suicide-resistant MHCBs; 9)

SRASHEs required for admission/discharge in MHCB and alternative housing; 10) Observation of MHCB patients; 11) Clothing/property/privileges orders for MHCB patients; 12) Safety planning for suicidal patients in MHCBs; 13) Five-day clinical follow-ups for MHCB, Alternative Housing, DSH, and Psychiatric Inpatient Program (PIP) returns; 14) Clinical and Custody 30-minute Discharge Checks for non-ASU IPs returning from MHCB, Alternative Housing, DSH, and PIP (Form 7497); 15) Emergency response equipment in housing units; 16) CPR training for custody and medical staff; 17) Annual suicide prevention training for custody, medical, and mental health staff; 18) SRE Mentoring/7-hour SRE training/Safety Planning training for clinicians; and 19) SPRFIT responsibilities."  Because there are so many requirements embedded within one overarching requirement, compliance is nearly impossible.

23.    Eighth, I agree with Mr. Hayes's finding that CDCR's Suicide Case Review process is robust and a significant strength of the overall suicide prevention program.  Page 64 of the Sixth Re-Audit report states, "a considerable strength of the CDCR suicide prevention program continues to be the Suicide Case Review process. Since at least June 2015, members of the Special Master's team have reviewed each preliminary Suicide Report and observed, as well as often participated in, the Suicide Case Review committee meetings. Although members of the Special Master's team have provided critiques of individual preliminary reports that have resulted in some revision of those reports, overall, Suicide Reports authored by the suicide reviewers have not only been very comprehensive but provided thoughtful and targeted QIPs for correcting deficiencies and improving suicide prevention practices."  I agree that a strength of the CDCR suicide prevention system being the Suicide Case Review process.  It is my opinion, that such a system is the foundation for a self-monitoring system that is self-critical and identifies salient areas that may have contributed to an incarcerated individual's death by suicide, recommends effective strategies to address these areas, and tracks these over time.  This review process either meets or exceeds compliance indicators for the following NCCHC 2018 Standards for Health Services in Prison:

- P-A-06 Continuous Quality Improvement Program

1    • P-A-09 Procedures in the Event of an Inmate Death

2    • P-B-05 Suicide Prevention and Intervention

3    24.    Finally, I note that CDCR's use of the Columbia-Suicide Severity Rating Scale as a

4  screening tool is clinically appropriate. Indeed, The Joint Commission requires screening for

5  suicidal ideation using a validated tool starting at age 12 and above, and lists the Columbia-

6  Suicide Severity Rating Scale (C-SSRS) Triage version as a validated and evidenced based tool

7  for such screening.

8    25.    I declare under penalty of perjury under the laws of the United States of America

9  that the foregoing is true and correct.  Executed in Bridgewater, Massachusetts on April 1, 2024.

10

11    _/s/_        _Joel T. Andrade_
Joel T. Andrade, PhD, LICSW, CCHP-MH

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOEL T. ANDRADE, PhD, LICSW, CCHP-MH

Exhibit A

Joel T. Andrade, Ph.D., LICSW, CCHP-MH                                                                    1

# Joel T. Andrade, Ph.D., LICSW, CCHP-MH

617.620.3664

155 N. Wacker Dr., Suite 4250, Chicago, IL 60606

jandrade@falconinc.com

---

## EDUCATION

Doctor of Philosophy in Clinical Social Work, Boston College Graduate School of Social Work**,** Chestnut Hill, MA, April 2009.

> **Dissertation Title:** *Psychosocial Precursors of Psychopathy in a Psychiatric Sample: A Structural Equation Model Analysis.*
> **Dissertation Chair**: Thomas O'Hare, Ph.D.

Master of Clinical Social Work, Boston College Graduate School of Social Work, Chestnut Hill, MA, May 1998, with a concentration in Forensic Social Work.

Bachelor of Arts in Psychology and Social & Rehabilitation Services, Assumption College, Worcester, MA, May 1996.

**Licensure/Certifications**

Licensed Independent Clinical Social Worker—Massachusetts

MA License Number—110161

## FUNDED RESEARCH

R01 MH095230 (Principal Investigator: Jennifer Johnson, Brown University)

Role: **Co-Principal Investigator**                                 7/1/11 – 6/30/14

NIH/NIMH                                                          $360,587 (DC Yr1)

***Effectiveness of Interpersonal Therapy for men and women prisoners with major depression***

- To conduct the first fully-powered effectiveness study of major depressive disorder in an incarcerated population, along with cost and pilot implementation data.

**Research Fellowship**

9/2002-8/2003: Boston College Graduate School of Social Work/Cash & Counseling Program.  Principal Investigator: Kevin Mahoney

- Worked as a member of a team conducting initial interviews regarding the Cash and Counseling program with health administrators in all 50 States.
- Worked as a member of a team to create a database to analyze data gathered from interviews.

Joel T. Andrade, Ph.D., LICSW, CCHP-MH                                                    2

<u>**Professional Experience**</u>
**Falcon, Inc.**
Chicago, Illinois
**Vice President and Senior Expert**
July 2022 to Present

- Collaborate with correctional and community healthcare systems, developing and implementing best practices in behavioral health for justice-involved individuals and those responsible for their custody and care.
- Consulting in the United States and internationally regarding innovative approaches to improving outcomes for individuals and systems.
- Apply advanced understanding of behavioral principles to architectural planning and design, including justice facilities and community-based facilities designed to deflect individuals from the justice system.
- Conduct needs assessments of current processes and operations, consulting with stakeholders and interdisciplinary teams, to arrive at models that represent progressive and humanistic ideals for justice-involved individuals.
- Develop and implement educational workshops and training.

**Centurion, LLC**
Vienna, Virginia
**Vice President of Behavioral Health Services**
March 2022 to July 2022
Senior Director of Behavioral Health Services
March 2020 to March 2022
Director of Clinical Operations—Mental Health
March 2015 to March 2020

- Provide clinical supervision to statewide mental health directors for Centurion and MHM contracts nationwide.
- Develop treatment programs, staff training modules, and group psychoeducational curriculum for clinical staff.
- Develop policies and procedures related to clinical operations for all contracts.
- Monitor compliance of contracts based on the contract and national standards (NCCHC, ACA).
- Provide consultation and training for all Centurion contracts in the areas of psychopathy; violence risk assessment and risk management; suicide risk assessment; creating alternative treatment units to segregation; applying the recovery model in corrections; clinical evaluation; forensic issues; sex offender treatment; treatment of depression in corrections; gender dysphoria, etc.
- Direct and oversee the treatment of all inmates diagnosed with gender dysphoria in the Massachusetts Department of Correction (2015-2018).
- Conduct statistical analysis for company-wide research projects.
- Provide individualized behavior management consultation for behaviorally disturbed inmates.
- Provide individualized consultations for transgender inmates and patients with Gender Dysphoria.
- Provide clinical support during implementation phase of a contract and when needed thereafter.

Joel T. Andrade, Ph.D., LICSW, CCHP-MH                                                                    3

**MHM Correctional Services, Inc.**
Norton, Massachusetts
Program Manager & Director of Clinical Programs
March 2010 to March 2015
- Direct and oversee statewide mental health services provided to the Massachusetts Department of Correction Prisons and medical and mental health services at Bridgewater State Hospital.
- Clinical and administrative oversight of over 350 clinical staff including social workers, psychiatrists, psychologists, nurse practitioners, nurses, and internists.
- Ensure compliance with accrediting bodies such as the American Correctional Association (ACA), the National Commission on Correctional Health Care (NCCHC), and the Joint Commission (TJC).
- Conduct clinical evaluations for complex cases.
- Develop behavior management plans as required for inmates or patients who engage in significant self-injurious and/or violent behavior.
- Supervise the criteria development and process management for all residential and special mental health programs throughout the Massachusetts Department of Correction.
- Implement and manage the Mental Health Classification designation process.
- Develop, approve and maintain policies and procedures specific to mental health services.

**MHM Correctional Service, Inc.**
Vienna, Virginia
Clinical Operations Specialist
August 2008 to March 2010
- Develop treatment programs, staff training modules, and group psychoeducational curriculum for all MHM contracts nationwide.
- Develop policies and procedures related to clinical operations for all MHM contracts nationwide.
- Provide clinical support for medical directors, CQI managers and psychologists.
- Provide consultation and training for all MHM contracts in the areas of violence risk assessment and risk management; suicide risk assessment; clinical evaluation; forensic issues; sex offender issues; psychopathy; etc.
- Conduct statistical analysis for company-wide research projects and present findings at conferences and meetings.
- Provide behavior management consultation for behaviorally disturbed inmates.

**Bridgewater State Hospital**
Bridgewater, MA
Clinical Risk Assessment Coordinator
September 2007-April 2009
- Conduct violence risk assessment evaluations, including the administration of risk assessment tools such as the HCR-20, and PCL-R or PCL:SV for high-risk patients being considered for transfer from Bridgewater State Hospital (maximum-security forensic hospital) to a less secure setting.

**Bridgewater State Hospital**
Bridgewater, MA
Admission Coordinator
July 2003-August 2008

- In 2003 standardized and wrote the admission criteria for patients being admitted to Bridgewater State Hospital from county and state correctional facilities.
- Provide clinical consultation to all State and County correctional facilities in the State of Massachusetts regarding inmates that may require inpatient hospitalization at Bridgewater State Hospital.

**Bridgewater State Hospital**
Bridgewater, MA
Director of the Intensive Treatment Unit
September 2002-August 2008

- Provide clinical and administrative oversight of the Intensive Treatment Unit at Bridgewater State Hospital.
- Conducted violence risk assessment evaluations and provided expert witness testimony in over 400 commitment and dangerousness hearings throughout the Commonwealth of Massachusetts.
- Provide clinical administrative services for a group of patients on the Maximum-Security Admissions unit, which includes initial diagnostic assessments, treatment planning, crisis intervention, violence risk assessments, suicide risk assessments, etc.
- Member of several hospital committees including: Seclusion and Restraint Task Force; Seclusion and Restraint Performance Improvement Team; Violence Reduction Performance Improvement Team; De-escalation Performance Improvement Team; Administrative Segregation Legislative Work Group; Forensic Training Committee; JCAHO Assessment Chapter Committee; and Self-Injurious Behavior Performance Improvement Team.
- Chair of the Law & Mental Health Training Committee (2003 to 2008).

**Sexual Disorders Clinic—Community Health Link**
Worcester, MA
Director of Assessment
January 2004-October 2007

- In conjunction with the clinical director, developed a laboratory for physiological and psychological assessment. Evaluations included penile plethysmography, psychopathy assessments, and other clinical evaluations.
- Research topics include: Comorbid Mental Illness, Psychopathy Among Sex Offenders, and Violence Risk Assessment among Sex Offenders.

**New England Forensic Associates (NEFA)**
Arlington, MA
Laboratory Consultant
July 2005-September 2006

- Oversee physiological and psychological assessments conducted in the laboratory. These include the following: Penile Plethysmograph, Abel Assessment for Sexual Interest, and Millon Clinical Multiaxial Inventory—III.

- NEFA is an outpatient treatment and assessment clinic for individuals with sexually related disorders.

**Bridgewater State Hospital—Correctional Medical Services**
Bridgewater, MA
Forensic Clinical Social Worker
April 1999-October 2002

- Conduct violent risk assessment evaluations and provide expert witness testimony in civil commitment hearings and forensic recommitment hearings.
- Clinical administration, initial diagnostic assessments, treatment planning, crisis intervention, suicide risk assessments.
- Long term individual and group psychotherapy with committed patients.
- Discharge planning to Department of Correction facilities, Department of Mental Health facilities, and community based agencies.

**Stoughton Youth Commission/ Boston College Graduate School of Social Work**
Stoughton, MA
Clinical Supervisor
September 2001-January 2003

- Provide clinical supervision for Master's level Clinical Social Workers and Social Work Interns.
- Conduct group trainings and seminars on topics including: administering psychosocial assessments with adolescents and families, working with at-risk populations, engaging clients in court ordered treatment, and conducting suicide and violence risk assessments

**South Shore Mental Health---Crisis Intervention Team**
Quincy, MA
Crisis Clinician
June 1999-September 2001

- Conduct psychiatric crisis evaluations for acutely distressed adults, adolescents, children, couples, and families.
- Assess for violence risk and suicide risk, as well as acute psychiatric distress.
- Present clinical information to third party payer and advocate for the level of care needed to effectively treat the individual.

**Massachusetts Correctional Institute-Concord—Correctional Medical Services**
Concord, MA
Forensic Clinical Social Worker
June 1998-April 1999

- Conduct initial intake assessments immediately after sentencing, provide crisis intervention for acutely at risk inmates, conduct suicide and institutional violence risk assessments, and provide long-term individual therapy.
- Case management and treatment planning of a caseload of 50 to 75 mentally ill incarcerated men.
- Oversee clinical services at Northeastern Correctional Center, which is the minimum-security facility associated with MCI-Concord.

Joel T. Andrade, Ph.D., LICSW, CCHP-MH                                                    6

**Clinical Internships**
**1997-1998, Bridgewater State Hospital**                    Bridgewater, MA
**1996-1997, Barron Assessment and Counseling Center**      Jamaica Plain, MA
**1995-1996, Auburn Youth & Family Services**                Auburn, MA
**1994-1995, Department of Social Services**                 Worcester, MA

# TEACHING EXPERIENCE

**2007-2010—Adjunct Faculty—Bridgewater State University, Department of Social Work**

- Introduction to Social Research
- Research: Evaluating Practice (2007 and 2010)
- Human Behavior in the Social Environment I
- Human Behavior in the Social Environment III: DSM-IV-TR

**2004 – Teaching Assistant – Boston College Graduate School of Social Work.**

- Introductory research methods and statistics course

## PUBLICATIONS

### Peer-Reviewed Journals

Johnson, J. E., Stout, R. L., Miller, T., R., Zlotnick, C., Cerbo, L. A., **Andrade, J. T.**, Nargiso, J., Bonner, J., Wiltsey-Stirman, S. (2019). Randomized effectiveness trial of group interpersonal psychotherapy (IPT) for prisoners with major depression. *Journal of Consulting and Clinical Psychology, 87*(4), 392-406.

Johnson, J. E., Miller, T. R., Stout, R. L., Zlotnick, C., Cerbo, L., **Andrade, J. T.**, Wiltsey-Stirman, S. (2016). Study protocol: Hybrid Type I cost-effectiveness and implementation study of interpersonal psychotherapy (IPT) for men and women prisoners with major depression. *Contemporary Clinical Trials, 47, 266-274.*

**Andrade, J.T.** (2008). The inclusion of antisocial behavior in the construct of psychopathy: A review of the research. *Aggression & Violent Behavior, 13, 328-335.*

Kayser, K., Watson, L.E., & **Andrade, J.T.** (2007). Cancer as a "We-Disease": Examining the process of coping from a relational perspective. *Families, Systems & Health, 25*(4), 404-418.

**Andrade, J.T.**, Vincent, G.M., & Saleh, F.M. (2006). Juvenile sex offenders: A complex population. *Journal of Forensic Sciences, 51*(1), 163-167.

### Books

**Andrade, J.T.** (Editor, 2009). *Handbook of Violence Risk Assessment and Treatment: New Approaches for Mental Health Professionals.* New York: Springer Publishing.

### Book Chapters

Pinals, D.A. & **Andrade, J.T.** (2015). Recovery in Correctional Settings: Challenges and Opportunities. In Trestman, R.L., Appelbaum, K.L., & Metzner, J.L. (Eds.), *The Oxford Textbook of Correctional Psychiatry.* New York: Oxford University Press.

**Andrade, J.T.** (2009). Psychopathy: Assessment, treatment, and risk management. In **J.T. Andrade** (Ed.), *Handbook of violence risk assessment and treatment: New approaches for mental health professionals.* pp. 241-290. New York: Springer Publishing.

**Andrade, J.T.**, O'Neill, K., & Diener, R. (2009). Violence risk assessment and risk management: A historical overview and clinical application, In **J.T. Andrade** (Ed.), *Handbook of violence risk assessment and treatment: New approaches for mental health professionals.* pp. 3-39. New York: Springer Publishing.

## Blog Posts

**Andrade, J.T.** (2017, June 22). *Mental Health Units as Alternatives to Segregation It Can Be Done* [Vera Institute Blog Post]. Retrieved from https://www.vera.org/blog/addressing-the-overuse-of-segregation-in-u-s-prisons-and-jails/mental-health-units-as-alternatives-to-segregation-it-can-be-done

## Webinars:

**Andrade, J.T.** (2024, March 24). *Transgender Care in Correctional Settings—Towards Ensuring Physical and Mental Health.* Correctional Medicine Grand Rounds. American College of Correctional Physicians.

**Andrade, J.T.**, Muse, M., Ha, M., & McBride, D. (2023, May 17). *Lived Experience: The Need for Anti-Racism Work in Correctional Health Care Webinar.* National Commission of Correctional Health Care. Retrieved from: https://www.ncchc.org/event/lived-experience-the-need-for-anti-racism-work-in-correctional-health-care/

**Andrade, J.T.**, Steever, J., & Oransky, M. (2020, November 10). *Working with Transgender Youth & Adults: Medical, Mental Health, and Legal Updates.* National Commission on Correctional Health Care. Retrieved from: https://www.ncchc.org/working-with-transgender-youth-and-adults

**Andrade, J.T.** (2019, April 30). *Understanding Psychopathy: From Clinical Lore to Evidence-Based Outcomes.* National Commission on Correctional Health Care. Retrieved from: https://www.ncchc.org/understanding-psychopathy-from-clinical-lore-to-evidence-based-outcomes

**Andrade, J.T.** (2019, April 30). *Psychopathy: Providing Treatment and Managing Risk.* National Commission on Correctional Health Care. Retrieved from: https://www.ncchc.org/blog/ce-webinar-psychopathy-providing-treatment-and-managing-risk

**Andrade, J.T.** (2018, May 31). *Medical and Mental Health Professionals' Role in Segregation: Creating Policies to Ensure Quality Care.* National Commission on Correctional Health Care. Retrieved from: https://www.ncchc.org/medical-and-mental-health-professionals-role-in-segregation

## Other Publications

**Andrade, J.T.**, Muse, M. & Wolfe, C. (Jan 29, 2024) Anti-Racism in Correctional Health Care: Position Statement (introduction to NCCHC Position Statement). https://www.ncchc.org/position-statement-on-anti-racism-in-correctional-health-care/

Muse, M., **Andrade, J.T.**, & Wolfe, C. (2023). Addressing Racism in Correctional Health Care. *CorrectCare, 37*(2), 5,18.

Joel T. Andrade, Ph.D., LICSW, CCHP-MH                                                                9

**Andrade, J.T.** (2015). Providing Care for Incarcerated Psychopathic Patients. *CorrDocs, 18*(2), 8-9.

**Andrade, J. T.**, Wilson, J. S., Franko, E., Deitsch, J., & Barboza, S. E. (December, 2014). Developing the Evidence Base for Reducing Chronic Inmate Self-Injury: Outcome Measures for Behavior Management. *Corrections Today*.

**Andrade, J.T.**, & Saleh, F.M. (Winter, 2007). Book Review: Patrick C.J (Editor). Handbook of Psychopathy. Guilford Press 2006. *American Society for Adolescent Psychiatry Newsletter.*

**Andrade, J.T.** & Saleh, F.M. (Winter, 2005). Juvenile psychopathy: What do we know? *American Society for Adolescent Psychiatry Newsletter.*

**Andrade, J.T.** (February 29, 2000). The reality of racism in America today [Letter to the Editor] The Boston Globe.

**Conference Presentations**

Andrade, J.T., Rice, B., Timme, R., & Stephens, D.  (2023, October).  *Constitutional Adequacy and Correctional Behavioral Health: Clinical and Legal Considerations.*  Presented at the National Conference on Correctional Health Care. Las Vegas, NV.

Andrade, J.T., & Muse, M.  (2023, October).  *"13th": Film Screening and Discussion of the "Slavery Loophole.*  Sponsored by the NCCHC Committee on Systemic Racism in Correctional Healthcare.  Presented at the National Conference on Correctional Health Care. Las Vegas, NV.

Andrade, J.T.  (2023, April).  *Correctional Health Care is Public Health Care: A Focus on Mental Health.*  Presented at New Hampshire Hospital Virtual Grand Rounds.

Andrade, J.T.  (2023, April).  *Understanding Psychopathy: From Clinical Lore to Evidence Based Outcomes.*  (Pre-Conference Seminar).  Presented at the National Commission on Correctional Health Care Spring Conference. New Orleans, LA.

Andrade, J.T. & Timme, R.  (2023, April).  *Rethinking Suicide Risk, Prevention, and Intervention.*  Presented at the National Commission of Correctional Health Care Spring Conference on Correctional Health Care.  New Orleans, LA.

Andrade, J.T. & Muse, M.  (2023, April).  *Tackling Systemic Racism in Correctional Health Care: An Open Forum.*  Presented at the National Commission of Correctional Health Care Spring Conference on Correctional Health Care.  New Orleans, LA.

Andrade, J.T.  (2022, April).  *Understanding Psychopathy: From Clinical Lore to Evidence Based Outcomes.*  (Pre-Conference Seminar).  Presented at the National Commission on Correctional Health Care Spring Conference. Atlanta, GA.

Andrade, J.T., Renberg, I., & Penn, J.  (2022, April). *Gender Dysphoria: A Clinical and Legal Update.*  Presented at the National Commission on Correctional Health Care Spring Conference. Atlanta, GA.

Andrade, J.T. & Muse, M.  (2022, April).  *Tackling Systemic Racism in Correctional Health Care: An Open Forum.*  Presented at the National Commission on Correctional Health Care Spring Conference. Atlanta, GA.

Andrade, J.T.  (2021, November).  *Understanding Psychopathy: From Clinical Lore to Evidence Based Outcomes.* Presented at the National Conference on Correctional Health Care. Chicago, IL.

Andrade, J.T. & Titus, T. (2021, November).  *Nursing Assessment and Interventions When Caring for the Suicidal Patient.* Presented at the National Conference on Correctional Health Care. Chicago, IL.

Raúl Villalobos, R., Villalobos, J., Escobar, A., Baumann, C., McIntyre, J., Fether, H., Mahoum-Nassar, M., Rahaman, D., Voisard, J., & Andrade, J.T. (2021, November). *Go From Good to Great: Insights From NCCHC Programs and Facilities of the Year.* Panel Discussion at the National Conference on Correctional Health Care. Chicago, IL.

Andrade, J.T. & Raak, J.  (2021, April).  *Suicide Risk Assessment and Intervention: Individualized Assessment and Individualized Interventions.* Presented at the National Commission on Correctional Health Care Annual Conference: New Orleans, LA (Virtual Conference).

Andrade, J.T.  (2020, November).  *Psychopathy: Treatment and Risk Management in a Correctional Setting.*  Presented at the National Commission on Correctional Health Care Annual Conference: Virtual Conference.

Andrade, J.T.  (November 2020).  *Managing stress and anxiety within correctional settings during a global pandemic.*  Presented at the Mid-Atlantic States Correctional Association, Virtual Meeting.

Andrade, J.T.  & Killingsworth, D.  (2020, July).  *Managing Stress, Anxiety and Trauma Response to the COVID-19 Global Pandemic.*  Presented at the National Commission on Correctional Health Care Summer Mental Health Conference: Las Vegas, NV (Virtual Conference).

Andrade, J.T.  & Kearns, J.D.  (2020, July).  *Suicide Risk Assessment and Prevention: A Look Toward the Future.*  Presented at the National Commission on Correctional Health Care Summer Mental Health Conference: Las Vegas, NV (Virtual Conference).

Andrade, J.T.  (2020, May).  *Gender Dysphoria: Developing a Successful Program in the Correctional Environment.*  Presented at the National Commission on Correctional Health Care Spring Conference: Atlanta, GA (Virtual Conference).

Andrade, J.T.  & Kearns, J.D.  (2020, May).  *Suicide Risk Assessment and Prevention: A Look Toward the Future.*  Presented at the National Commission on Correctional Health Care Spring Conference: Atlanta, GA (Virtual Conference).

Andrade, J.T., & Marshall, T.  (2020, January). *Gender Dysphoria: A Clinical and Legal Update.*  Presented at the American Correctional Association Winter Conference. San Diego, CA.

Andrade, J.T., Cadreche, M., Kearns, J.D, & Stokes, C.  (2020, January).  *Suicide Prevention and Intervention: A Clinical Update.*  Presented at the American Correctional Association Winter Conference. San Diego, CA.

Andrade, J.T., & Fagan, T.  (2019, October).  *Beyond Good and Evil: The Soul of the Psychopath.*  Pre-Conference Seminar presented at the National Commission on Correctional Health Care Annual Conference: Fort Lauderdale, FL.

Andrade, J.T.  (2019, October).  *Psychopathy: Treatment and Risk Management in a Correctional Setting.*  Presented at the National Commission on Correctional Health Care Annual Conference: Fort Lauderdale, FL.

Andrade, J.T., Cadreche, M., Kearns, J.D, & Stokes, C.  (2019, August).  *Suicide Prevention and Intervention: A Clinical Update.*  Presented at the American Correctional Association Summer Conference. Boston, MA.

Andrade, J.T., & Fagan, T.  (2019, April).  *Beyond Good and Evil: The Soul of the Psychopath.*  Pre-Conference Seminar presented at the National Commission on Correctional Health Care Spring Conference: Nashville, TN.

Andrade, J.T.  (2019, April).  *Gender Dysphoria in Corrections: Clinical and Legal Considerations.*  Presented at the National Commission on Correctional Health Care Spring Conference: Nashville, TN.

Andrade, J.T., & Wilson, J.S.  (2018, October).  *Solitary Confinement:  A History of Problems and a Look Towards Solutions.*  Presented at the National Commission on Correctional Health Care Annual Conference: Las Vegas, NV.

Andrade, J.T.  (2018, October).  *Crisis Treatment Planning for the Suicidal and the Non-suicidal Patient.*  Presented at the National Commission on Correctional Health Care Annual Conference: Las Vegas, NV.

Barboza, S.E., Andrade, J.T., & Wilson, J.S. (2018, October).  *Trauma in the Practice of Correctional Medicine.*  Presented at the American College of Correctional Physicians Annual Conference.  Las Vegas, NV.

Andrade, J.T., & Kearns, J.D.  (2018, August).  *Neurocognitive Disorders in Correctional Environments: An Introduction to the Problem*. Presented at the American Correctional Association Summer Conference. Minneapolis, MN.

Andrade, J.T., Garvey, K., & Penn, J.  (2018, August). *Gender Dysphoria: A New Challenge for Corrections and Timely Solutions.*  Presented at the American Correctional Association Summer Conference. Minneapolis, MN.

Wilson, J.S. & Andrade, J.T.  (2018, March).  *Evidence-Based Approaches to Safety Promotion and Harm Prevention for Patients in Isolation.*  Presented at the American College of Correctional Physicians Spring Conference.  Houston, TX.

Fagan, T., Fleming, M., & Andrade, J.T.  (2017, November).  *Building an Ethics Toolbox: Strategies for Correctional Health Professionals.*  Presented at the National Commission on Correctional Health Care Annual Conference: Chicago, IL.

Joel T. Andrade, Ph.D., LICSW, CCHP-MH                                                                    13

Wilson, J.S. & Andrade, J.T. (2017, November). *Evidence-Based Approaches to Safety Promotion and Harm Prevention for Patients in Isolation.* Presented at the American College of Correctional Physicians Annual Conference. Chicago, IL.

Garvey, K., & Andrade, J.T. (2017, October). *"Tax Dollars at Work": Treating Inmates with Gender Dysphoria.* Presented at the American Academy of Psychiatry and the Law: Denver, CO.

Andrade, J.T. (2017, July). *Psychopathy: Providing Treatment and Managing Risk.* Presented at the National Commission on Correctional Mental Health Care Summer Conference: Las Vegas, NV.

Andrade, J.T. (2017, July). *Serious Mental Illness and Segregation: Recommendations for a System that Works.* Presented at the National Commission on Correctional Mental Health Care Summer Conference: Las Vegas, NV.

Andrade, J.T., Peterson, M.S., & Norcliffe, N. (2017, April). *Mental Health Units as an Alternative to Segregation for SMI Inmates.* Presented at the National Commission on Correctional Health Care Spring Conference: Atlanta, GA.

Fagan, T., Fleming, M., & Andrade, J.T. (2017, April). *Building an Ethics Toolbox: Strategies for Correctional Health Professionals.* Presented at the National Commission on Correctional Health Care Spring Conference: Atlanta, GA.

Andrade, J.T. (2017, February). *Violence Risk Assessment in Forensic Settings: An Update on the Research Literature.* Presented at the American Correctional Association Winter Conference. San Antonio, TX.

Andrade, J.T. & Fagan, T. (2016, October). *Beyond Good and Evil: The Soul of the Psychopath.* Presented at the National Commission on Correctional Health Care Mental Health Conference: Las Vegas, NV.

Andrade, J.T. (2016, October). *The Science of Violence Risk Assessment.* Presented at the National Commission on Correctional Health Care Mental Health Conference: Las Vegas, NV.

Andrade, J.T. (2016, August). *The Science of Suicide Risk Assessment Prevention in Correctional Settings.* Presented at the American Correctional Association Summer Conference. Boston, MA.

Turney, A., Williams, K., Boyd, B., Fleming, M.C., & Andrade, J.T. (2016, August). *Effective Management of Self-Injurious Behavior in the Correctional Health Care Setting.* Presented at the American Correctional Association Summer Conference. Boston, MA.

Andrade, J.T. (2016, July). *Serious Mental Illness and Segregation: How Massachusetts Resolved This Litigation.* Presented at the National Commission on Correctional Health Care Mental Health Conference: Boston, MA.

Andrade, J.T. & Garvey, K. (2016, July). *Gender Dysphoria: Recommendations for a Successful Program.* Presented at the National Commission on Correctional Health Care Mental Health Conference: Boston, MA.

Andrade, J.T. (2016, July). *Continuous Quality Improvement.* Roundtable Discussion at the National Commission on Correctional Health Care Mental Health Conference: Boston, MA.

Andrade, J.T. (2016, April). *Continuous Quality Improvement: Motivating and Measuring Change.* Preconference Workshop presented at the National Commission on Correctional Health Conference: Nashville, TN.

Andrade, J.T. (2015, October). *Gender Dysphoria: Developing and Implementing a Successful Program in the Correctional Environment.* Presented at the National Commission on Correctional Health Conference: Dallas, TX.

Andrade, J.T. (2015, October). *Continuous Quality Improvement: Strategies and Techniques to Improve Patient Care.* Preconference Workshop presented at the National Commission on Correctional Health Conference: Dallas, TX.

Andrade, J.T., & Neitlich, D. (2015, April). *Psychopathy: Providing Treatment and Managing Risk.* Presented at the National Commission on Correctional Health Conference: New Orleans, LA.

Andrade, J.T. (2015, April). *Continuous Quality Improvement: Strategies and Techniques to Improve Patient Care.* Preconference Workshop presented at the National Commission on Correctional Health Conference: New Orleans, LA.

Metzner, J., & Andrade, J.T., (2014, December). *Serious Mental Illness and Segregation: Recommendations for a System That Works.* Presented at the NYS Correctional Medical and Behavioral Health Care Workshop: Albany, NY.

Andrade, J.T., Wilson, J., & Franko, E. (2014, December). *Measuring Effectiveness of Behavior Management: Individual- and Unit-Based Outcome Data.* Pennsylvania Forensic Rights and Treatment Conference/Drexel University, Grantsville, PA

Andrade, J.T., & Metzner, J. (2014, July). *Serious Mental Illness and Segregation: Recommendations for a System That Works.* Presented at the National Commission on Correctional Health Care Mental Health Conference: Denver, CO.

Andrade, J.T., & Diener, R.B. (2014, July). *Gender Dysphoria: Clinical and Legal Aspects.* Presented at the National Commission on Correctional Health Care Mental Health Conference: Denver, CO.

Andrade, J.T.  (2014, July).  *Serious Mental Illness and Segregation: Clinical and Legal Aspects.*  Roundtable discussion at the National Commission on Correctional Health Care Mental Health Conference: Denver, CO.

Andrade, J.T.  (2014, July).  *Gender Dysphoria and Correctional Mental Health.* Roundtable discussion at the National Commission on Correctional Health Care Mental Health Conference: Denver, CO.

Andrade, J.T. & Wilson, J.S.  (2014, January).  *Measuring Effectiveness of Behavior Management: Individual- and Unit-Based Outcome Data.*  Presented at the American Correctional Association Winter Conference.  Tampa, FL.

Andrade, J.T.  (2013, July).  *DSM-5: From Gender Identity Disorder to Gender Dysphoria.*  Roundtable discussion at the National Commission on Correctional Mental Health Conference: Las Vegas, NV.

Wilson, J.S, Andrade, J.T., & Barboza, S.E. (2013, July).  *Behavior Management Strategies for Individual and Group Programs.*  Presented at the National Commission on Correctional Health Care Mental Health Conference: Las Vegas, NV.

Andrade, J.T., O'Neill, K., & Neitlich, D.P.  (2013, July).  *Segregation and Serious Mental Illness: Creating a System to Ensure Quality Care and Minimize Clinical and Legal Risks.* Presented at the National Commission on Correctional Health Care Mental Health Conference: Las Vegas, NV.

Andrade, J.T., Diener, R.B., Cohen-Kettenis, P., Levine, S.B., & Zucker, K.  (2013, March) *Trends, Uncertainties, and Controversies in the Treatment of the Transgendered.*  A symposium presented at the 166th American Psychiatric Association Annual Meeting.  San Francisco, CA.

Andrade, J.T. (2013, April).  *Alternatives to Long-Term Segregation for Inmates with Serious Mental Illness.* Presented at the Society of Correctional Physicians Spring Conference.  Denver, CO.

Andrade, J.T., Bissonnette, L., Holowecki, C., O'Neill, K.  (2013, January).  *An Intensive Treatment Unit for Female Offenders in Massachusetts.*  Presented at the American Correctional Association Winter Conference.  Houston, TX.

Andrade, J.T., Neitlich, D.P., & Deitsch, J.  (2013, January).  *Maintaining a Correctional mental Health System to Ensure Quality Care and Minimize Clinical and Legal Risks.*  Presented at the American Correctional Association Winter Conference.  Houston, TX.

Andrade, J.T.  (2012, October).  *The Treatment of Psychopathic Offenders within a Correctional Setting: The Behavior Management Unit in Massachusetts.*  Presented at the National Commission on Correctional Health Conference: Las Vegas, NV.

Andrade, J.T. & Franko, E.  (2012, July).  *Continuous Quality Improvement (CQI) to Improve Patient Care and Clinical Efficiencies, Successfully Defend Against Litigation, and more...*  Presented at the National Commission on Correctional Mental Health Conference: Chicago, IL.

Andrade, J.T.  (2012, May).  *Treatment of Problematic Behavior in a Correctional Setting: An Analysis of Behavioral outcomes.*  Presented at the National Commission on Correctional Health Conference: San Antonio, TX.

Andrade, J.T., & O'Neill, K.  (2012, March).  *The Behavior Management Unit: An Alternative to  Long-Term Segregation.*  Presented at the Academic & Health Policy Conference on Correctional Health: Atlanta, GA.

Andrade, J.T., & Neitlich, D.P.  (2012, March).  *A Descriptive Analysis of 2,000 Incidents of Self-Injurious Behavior.*  Presented at the Academic & Health Policy Conference on Correctional Health: Atlanta, GA.

Andrade, J.T. (2011, July).  *Alternatives to Long-Term Segregation for Inmates with Serious Mental Illness: Outcomes of Secure Treatment Units in Massachusetts.*  Presented at the National Commission on Correctional Health Care Mental Health Conference: Las Vegas, NV.

Andrade, J.T., Diener, R.B., & O'Neill, K (2011, July).  *Gender Identity Disorder: A Correctional Mental Health Perspective.*  Presented at the National Commission on Correctional Health Care Mental Health Conference: Las Vegas, NV.

Masotta, M., & Andrade, J.T.  (2011, March).  *Suicide and Self-Harm Risk Assessment within Correctional Settings: Avoiding Common Pitfalls.*  Presented at the Academic & Health Policy Conference on Correctional Health: Boston, MA.

Andrade, J.T. & O'Neill, K.L. (2011, March).  *Alternatives to Segregation for Inmates with Serious Mental Illness.*  Presented at the Academic & Health Policy Conference on Correctional Health: Boston, MA.

Andrade, J.T., O'Neill, K.L., Hallett, A., & Mulvey, R.  (2010, November).  *A Collaborative Training Model for Behavior Management Units.*  International Association of Correctional Trainers: Boston, MA.

Andrade, J.T.  (2010, July).  *Behavior Management Interventions.*  Roundtable discussion at the National Commission on Correctional Health Care Mental Health Conference: Boston, MA.

Andrade, J.T.  (2010, July).  *Behavior Management Strategies That Won't Reinforce Inmate Self-Injury.*  Presented at the National Commission on Correctional Health Care Mental Health Conference: Boston, MA.

Barboza, S.E., Andrade, J.T., Wilson, J.S. (2010, April).  *Ending It All: Data Informed Suicide Prevention.*  Presented at the National Commission on Correctional Health Care Conference: Nashville, TN.

Wilson, J.S., Barboza, S.E., & Andrade, J.T.  (2009, December).  *Ending It All: What the Data Tell Us About Suicide Prevention.*  Presented at the Academic & Health Policy Conference on Correctional Health Linking Best Practices to Best Evidence: Fort Lauderdale, FL.

Andrade, J.T.  (2009, June).  *Psychopathy in Correctional Settings: Assessment & Risk Management.*  Presented at the Michigan Sheriffs' Association 2009 Summer Conference: Frankenmuth, MI.

Andrade, J.T.  & Barboza, S.E. (2009, April).  *Taking A Chance on Change: Treating Offenders in Restricted Housing.*  Presented at the Mental Health in Corrections Consortium 2009 Symposium: Kansas City, MO.

Andrade, J.T.  (2009, March).  *The Institutional Treatment of Psychopathy.*  Presented at the American Correctional Health Services Association Conference: Orlando, FL.

Andrade, J.T., Weiner, L., Mitchell., L., Zakai, A.  (2008, September).  *Roundtable Discussion: Mental Health Treatment within Maximum-Security Institutions and Segregation.*  Presented at the National Institute of Corrections Conference: Leominster, MA.

Andrade, J.T. & Terry, A.  (2008, March).  *Workshop: Violence Risk Assessment in Youthful Populations.*  Presented at the American Society for Adolescent Psychiatry Annual Conference: Boston, MA.

Andrade, J.T. (2007, October).  *Assessment of Inpatient Aggression and Violent Behavior.*  Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Miami, FL.

Dwyer, R.G., Saleh, F.M., Vincent, G.M., & Andrade, J.T. (2007, October).  *Assessing and Treating Violent Women: What Do We Know?*  Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Miami, FL.

Andrade, J.T., & O'Neill, K.  (2007, April).  *The Forensic Assessment of Malingering.*  Presented at the National Organization of Forensic Social Work Conference: Las Vegas, NV.

Andrade, J.T.  (2007, April).  *Juvenile Psychopathy: Assessment, Treatment, and Risk Management.*  Presented at the National Organization of Forensic Social Work Conference: Las Vegas, NV.

Andrade, J.T.  (2007, March).  *Psychopathy within a Correctional Setting: Assessment, Treatment, and Risk Management.*  Presented at the University of  Massachusetts

Correctional Health Program Academic and Health Policy  Conference; Quincy, MA.

Saleh, F.M., & Andrade, J.T. (2006, October).  *Clinical and Ethical Consideration in People with Gender Identity Disorder.*  Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Chicago, IL.

Andrade, J.T., & Saleh, F.M.  (2006, October).  *Measurement of Treatment Outcome in Paraphilic Patients.*  Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Chicago, IL.

Andrade, J.T., & O'Neill, K.  (2006, July).  *Beyond a Reasonable Doubt: Violence Risk Assessment and Expert Witness Testimony in Massachusetts.*  Presented at the National Organization of Forensic Social Work Conference: Chicago, IL.

Andrade, J.T.  (2006, July).  *The Psychopathic Personality: Historical and Current Perspectives*.  Presented at the National Organization of Forensic Social Work Conference: Chicago, IL.

Saleh, F.M., Kenan, J., Dwyer, R.G., & Andrade, J.T.  (2006, March).  *Workshop: Evaluation and Treatment of Adolescent Sex Offenders.*  Presented at the American Society for Adolescent Psychiatry Annual Conference: Miami, FL.

Andrade, J.T., Vincent, G.M., & Saleh, F.M.  (2005, October). *Meta-analysis of Psychopathy and Sex Offending: Preliminary Findings.*  Presented at the American Academy of Psychiatry and the Law Annual Conference: Montreal, Canada.

Andrade, J.T., & Saleh, F.M.  (2005, October).  *The Penile Plethysmograph in the Assessment and Treatment of Sexually Offending Behavior.*  Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Montreal, Canada.

Kayser, K., Watson, L., & Andrade, J.T.  (2005, May).  *How couples talk about their coping with breast cancer: A relational-cultural perspective.*  Paper Presented as the Advances in Couples' Coping and Stress Research: Psychosocial and Clinical Perspectives Conference: Milan, Italy.

Andrade, J.T., & Peebles, J.L.  (2005, April).  *The Relationship Between Psychopathy and Sexual Aggression: A Review.*  Presented at the National Organization of Forensic Social Work Conference: New Orleans, LA.

Andrade, J.T. & Caratazzola, P.  (2005, April).  *The Assessment of Violent Offenders: Implications of the MacArthur Violence Risk Assessment Data and Its Application to Forensic Social Work Practice.*  Presented at the National Organization of Forensic Social Work Conference: New Orleans, LA.

Andrade, J.T. (2005, March). *Therapy with Juvenile Sexual Offenders.* Presented at the American Society for Adolescent Psychiatry Annual Conference: Houston, TX.

Guidry, L. & Andrade, J.T. (2004, October). *Comorbid Mental Illness Among Paraphilic Sex Offenders: Clinical Implications.* Poster Presented at the Association for the Treatment of Sexual Abusers Annual Conference: Albuquerque, NM.

Andrade, J.T., Guidry, L., Saleh, F., Vincent, G.M. & Berlin, F. (2004, October). *Comorbid Mental Illness Among Sex Offenders: A Pilot Study.* Presented at the American Academy of Psychiatry and the Law Annual Conference: Scottsdale, AZ.

Andrade, J.T. & Saleh, F.M. (2004, October). *Self-Injurious Behavior Among Incarcerated Individuals.* Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Scottsdale, AZ.

Andrade, J.T., Vincent., G.M., & Saleh, F.M. (2004, October). *Psychopathy Among Sex Offenders: A Systematic Review.* Poster presented at the American Academy of Psychiatry and the Law Annual Conference: Scottsdale, AZ.

Kayser, K., & Watson, L., & Andrade, J.T. (2004, May). *Cancer as a "We-Disease:" A Relational Perspective of the Process of Coping.* Paper presented at the Fourth International Conference on Social Work in Health and Mental Health: Quebec City, Canada.

**Reviewer Scholarly Journals**
Journal of Correctional Health Care
Journal of Forensic Social Work
Personality and Individual Difference
Journal of Clinical Psychology
Clinical Psychology Review
Scandinavian Journal of Psychology
Journal of Forensic Sciences

**Reviewer Books**
Columbia University Press—Forensic

**DSM 5**
- Expert rater for DSM 5 Workgroup on Personality Disorders
- One of approximately 100 international experts who provided input on the proposed Antisocial/Psychopathic type and the proposed DSM-5 trait model
- Provided expert ratings on the clinical and behavioral traits of Antisocial Personality Disorder and Borderline Personality Disorder

**Memberships**
- National Association of Social Workers (NASW)
- National Organization of Forensic Social Workers (NOFSW)
- American Correctional Association (ACA)
- World Professional Association for Transgender Health (WPATH)

**Boards and Committees**
- 2017-Present: Member of the American Correctional Association Behavioral Health Committee
- 2017-2023: Chair of the National Commission on Correctional Health Care Young Professionals Committee
- 2019-Present: Member of the Academy of Correctional Healthcare Professionals
- 2019-Present: Member of the NCCHC Education Committee
- 2021-Present: Co-Chair of the NCCHC Committee on Systemic Racism
- 2021-2023: NCCHC Board of Representatives
- 2022-Present: Certified Correctional Healthcare Professional Board of Trustees
- 2022-Present: American Correctional Association Delegate Assembly, Mental Health Representative (elected position)

**Awards Received**
- 2021 NCCHC Edward A. Harrison Award of Excellence in Correctional Health Care Leadership