1  ROB BONTA, SBN 202668
   Attorney General of California
2  MONICA N. ANDERSON, SBN 182970
   DAMON MCCLAIN, SBN 209508
3  Supervising Deputy Attorney General
   ELISE OWENS THORN, SBN 145931
4  NAMRATA KOTWANI, SBN 308741
   Deputy Attorneys General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-7318
7    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
8  Attorneys for Defendants

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
   1676 N. CALIFORNIA BLVD., SUITE 620
   WALNUT CREEK, CALIFORNIA 94596
   TELEPHONE: 925-746-8460
   FACSIMILE: 925-746-8490
Attorneys for Defendants

9

10

## UNITED STATES DISTRICT COURT

11

## EASTERN DISTRICT OF CALIFORNIA

12

## SACRAMENTO DIVISION

13

14

15  RALPH COLEMAN, et al.,

16          Plaintiffs,

17    v.

18  GAVIN NEWSOM, et al.

19          Defendants.

20

21

Case No. 2:90-CV-00520- KJM-DB

**DECLARATION OF NINA HUDSPETH IN SUPPORT OF DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REPORT ON HIS EXPERT'S SIXTH RE-AUDIT AND UPDATE OF SUICIDE PREVENTION PRACTICES IN THE PRISONS OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

Judge:    Hon. Kimberly J. Mueller

22

23        I, Nina Hudspeth, PsyD., declare as follows:

24        1.    I am a Senior Psychologist Specialist at the California Department of Corrections

25  and Rehabilitation ("CDCR") and Regional SPRFIT Coordinator for Region 4 of the Statewide

26  Suicide Prevention Unit. I have personal knowledge of the facts set forth herein, except as to those

27  stated on information and belief and, as to those, I am informed and believe them to be true. If

28  called as a witness, I could and would competently testify to the matters stated herein.

2.      I am familiar with the Coleman Class Action, the existing Program Guide policies, and CDCR's efforts to develop and maintain a durable suicide prevention program in connection with court-ordered remediation in this matter. The Special Master's expert in suicide prevention practices, Lindsay Hayes, has conducted several audits of the suicide prevention practices in CDCR prisons.

3.      In my role at as the SPRFIT Coordinator for Region 4 at CDCR, I conduct on-site audits of Region 4 institutions to evaluate compliance with statewide suicide prevention and response policies. I have conducted on-site audits of the following institutions: California Institution for Women (CIW), California Institution for Men (CIM), and California Health Care Facility (CHCF).

4.      These on-site audits are conducted using a standardized audit tool that contains all of Mr. Hayes's nineteen Suicide Prevention Audit Checklist measures. Following on-site suicide prevention audits at CDCR institutions, I prepare and submit reports to the SPRFIT Committee that include data from all nineteen items on Mr. Hayes's Suicide Prevention Audit Checklist.

5.      On January 24 and 25, 2023, I conducted an on-site audit of CIW's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit A** is a true and correct copy of the February 2, 2023 report that summarizes all findings from this on-site audit.

6.      On February 6, 2023, I conducted an on-site audit of CIM's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit B** is a true and correct copy of the February 17, 2023 report that summarizes all findings from this on-site audit.

7.      On April 4, 2023, I conducted an on-site audit of CIM's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit C** is a true and correct copy of the April 11, 2023 report that summarizes all findings from this on-site audit.

8.      On April 11 and 12, 2023, I conducted an on-site audit of the CHCF PIP's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit D** is a true and correct copy of the May 5, 2023 report that summarizes all findings from this on-site audit.

9.    On April 18, 2023, I conducted an on-site audit of CIW's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit E** is a true and correct copy of the May 8, 2023 report that summarizes all findings from this on-site audit.

10.    On July 5, 2023, I conducted an on-site audit of CIM's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit F** is a true and correct copy of the July 7, 2023 report that summarizes all findings from this on-site audit.

11.    On July 11 and 12, 2023, I conducted an on-site audit of CIW's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit G** is a true and correct copy of the July 28, 2023 report that summarizes all findings from this on-site audit.

12.    On October 3, 2023, I conducted an on-site audit of the CIM's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit H** is a true and correct copy of the October 10, 2023 report that summarizes all findings from this on-site audit.

13.    On November 28, 2023, I conducted an on-site audit of the CIW's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit I** is a true and correct copy of the December 7, 2023 report that summarizes all findings from this on-site audit.

14.    On January 17 and 18, 2024, an on-site audit of the CHCF PIP was conducted by the SPRFIT Coordinator for Region 2. Following the on-site audit, the Region 2 SPRFIT Coordinator reported the findings to me, and I reviewed all of the data relating to compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit J** is a true and correct copy of the February 5, 2024 report that I prepared, which summarizes all findings from this on-site audit.

15.    On February 13 and 14, 2024, I conducted an on-site audit of CIW's compliance with statewide suicide prevention and response policies. Attached hereto as **Exhibit K** is a true and correct copy of the March 4, 2024 report that summarizes all findings from this on-site audit.

DECLARATION OF NINA HUDSPETH ISO DEFENDANTS' OBJECTIONS TO REPORT ON SIXTH RE-AUDIT

1    I declare under penalty of perjury under the laws of the United States of America that the

2 foregoing is true and correct.

3    Executed on this $\underline{30}$ day of March, 2024 at $\underline{\text{Fontana}}$, California.

4

5

6

7                                                                    /s/

8    NINA HUDSPETH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

DECLARATION OF NINA HUDSPETH ISO DEFENDANTS' OBJECTIONS TO REPORT ON SIXTH RE-AUDIT

# Exhibit A

 CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES** 

# MEMORANDUM

| | |
|---|---|
| **Date:** | February 2, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | N. Hudspeth, PsyD, Senior Psychologist, Specialist HQ SPRFIT Coordinator, Division of Healthcare Services |
| **Subject:** | **CALIFORNIA INSTITUTION FOR WOMEN - HQ SPRFIT COORDINATOR REVIEW** |

On January 24-25, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator – Region IV conducted a review at California Institution for Women (CIW) of both the institution and Psychiatric Inpatient Program (PIP). Although not on-site, the Region IV Mental Health Compliance Team (MHCT) Lieutenant, Tanesha Smith, as well as the Region IV CNE, Laura Stanley, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be reviewed during the Statewide SPRFIT committee.

Should you have any questions or require further clarification, please contact me at (909) 276-8320 or nina.hudspeth@cdcr.ca.gov

## Section I: Restricted Housing Unit

**ASU EOP HUB and Psychiatric Services Unit (PSU)**

**Second Watch Partnership Huddle**: All required members were present with custody, nursing and mental health staff represented. The discussion covered topics such as new arrivals, pending departures, and patients scheduled for IDTT. Patients in the Suicide Risk Management Program were reviewed. One-hundred percent of audit criteria was met.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed. The PT engaged each patient at cell front and it was evident he had good rapport with each of them. Documentation was conducted in real time in the Electronic Health Record System (EHRS). The PT asked about current mental health symptoms and suicidal ideation during each contact. There was no indication to submit mental health referrals. The PT also offered in-cell activities and treatment packets to each patient.

**Intake Cells:** There are no intake cells in ASU EOP Hub/PSU. All new intakes are housed in a retrofitted intake cell in ASU to complete the 72-hour intake time prior to being transferred to ASU EOP Hub/PSU.

**Entertainment appliance**: During tier walks, all inmates were asked if they had an entertainment appliance; all of them had either a radio or a TV.

**Welfare Check Completion (Guard One):** Guard one checks were reviewed for PSU from January 23, 2023 at 0600 to January 24, 2023 at 0600. There were no checks that exceeded 35 minutes. The custody officer completing Guard One checks was observed. The officer stopped and looked into each cell prior to continuing the checks.

**ASU Intake Screenings**: EOP patients are housed in ASU prior to transfer to ASU EOP Hub/PSU to complete their 72 hour intake time since there are no intake cells in this unit. The compliance numbers are reviewed in the below section.

**Administrative Segregation Unit/Segregated Housing Unit**

Patients included in MHSDS at CCCMS level of care and non-MHSDS inmate-patients are housed in ASU. Therefore, this unit is designated as ASU, SHU, STRH, and LTRH.

**Second Watch Partnership Huddle**: The Partnership Huddle was unable to be observed. The huddle forms were reviewed and patients in the Suicide Risk Management Program were identified.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed. The PT engaged each patient at cell front and it was evident she had a good rapport with each inmate-patient. Documentation

was conducted in real time in EHRS for patients included in MHSDS. The PT asked about current mental health symptoms and suicidal ideation during each contact with patients included in MHSDS. The PT also offered in-cell activities and treatment packets to each inmate-patient.

**Intake Cells:** All of CIW's intake cells are retrofitted in compliance with statewide policy. There were two 72-hour initial intakes and both of them were housed in an intake cell. There were no intakes housed in an intake cell beyond 72 hours. All intakes (72-hour and 21-day) had the appropriate placards on the door indicating when they arrived to the unit.

**Welfare Check Completion (Guard One):** Guard one checks were reviewed for ASU/SHU from January 23, 2023 at 0600 to January 24, 2023 at 0600. There were no checks that exceeded 35 minutes. The custody officer completing Guard One checks was observed. The officer stopped and looked into each cell prior to continuing the checks and utilized a flashlight to see into the cell when indicated.

**Entertainment appliance**: During tier walks, all inmates on 72-hour and 21-day intake status (three total) were asked if they had an entertainment appliance and all of them reported they did.

**ASU Screening (Pre-placement):** ASU pre-placement screenings were unable to be observed. EHRS for the two patients on initial intake status were reviewed; the ASU Pre-placements were completed within required timeframes for both of them.



A review of On Demand indicated that CIW was 91% compliant for completing ASU Pre-placements within required timeframes October 1, 2022 to December 31, 2022.

**ASU Screening (Post-placement)**:

ASU Screening Questionnaires were unable to be observed.

A review of On Demand indicated that CIW was 100% compliant for completing ASU Screening Questionnaires within required timeframes October 1, 2022 to December 31, 2022.

As previously identified, CIW does not have a confidential space available to conduct the intake screenings; patients are offered to be screened in a therapeutic treatment module (TTM) located in the middle of the building.

## Section II: Inpatient Units

**Mental Health Crisis Bed (CTC)**

**Suicide-resistant cells:** All of CIW's MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** One discharge IDTT was observed. All required members were in attendance, including the patient. The observation level and privileges were not required to be discussed; the safety plan was reviewed. Review of the discharge safety plan indicated it was written collaboratively to address modifiable risk factors, protective factors, and warning signs that were specific and personalized.

**Quality of Safety Planning**: Per memorandum *Temporary Suspension of Chart Audits and Update to the Chart Audit Tool* dated April 11, 2022, all CAT audits (except #13 Supervisory Review of MHCB/PIP Discharge Safety Plans) were suspended. Memorandum *Update to Optional Suspension of Chart Audits* dated October 24, 2022 indicated that 100% of clinicians needed to be audited in quarter three for CAT #7 Suicide Risk Evaluations that Meet Audit Criteria. However, a subsequent directive sent by e-mail from HQ Mental Health Quality Management on October 31, 2022 indicated that due to an IT issue with the CAT data entry platform, data was not to be submitted until the issue was resolved. On December 6, 2022, HQ MH QM sent an e-mail indicating the IT issue was resolved and institutions could resume submitting CAT audit data. Additionally, it was noted that only 50% of clinicians needed to be audited for CAT #7. However, the data is not showing in On Demand. The HQ SPRFIT coordinator previously elevated this concern to HQ MH QM for further review. HQ MH QM reported that they are working on re-coding the reports to retrieve data from CQIT instead of the previous CAT SharePoint which is why the data is not being captured by On Demand.

The quality of five safety plans for inpatient discharge Suicide Risk and Self-Harm Evaluations (SRASHE) were reviewed (for both CTC and Walker). One-hundred percent of audit criteria was met.

**Suicide Watch and Suicide Precaution:** There were five MHCB patients housed in CTC at the time of the on-site review (January 24, 2023). There was one patient on suicide watch and the observer was engaging in direct, continuous observation of the patient. There were three patients on suicide precaution.

A review of the Mental Health Observations Reporting Tool indicated that from January 1 to January 26, 2023, CIW MHCB was at 92.4% compliance for timely completion of suicide precaution rounds and at 89.1% compliance for timely completion of suicide watch rounds for patients housed in CTC. This information was shared with the Region IV CNE for follow-up and further review. It is noted that this metric is monitored on a monthly basis by regional nursing. It

is also noted that timeliness of suicide watch/precaution rounds is an active project on their Improvement Priorities List and Project Pipeline (December 2022 meeting).

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for all patients in MHCB while on-site on January 24, 2023. All patients had up-to-date orders posted on the door. This is a significant improvement from the previous review.

The documentation for three patients on observation status were reviewed. The review indicated that there was adequate clinical justification documented for the observation level and issue.

Tier walks indicated all patients had property and clothing in compliance with statewide policy.

**Privileges:** Review of 114-As for MHCB patients indicated that patients that had been cleared were being offered yard and dayroom, however, phone calls were not being documented. It is noted the Region IV MHCT lieutenant issued a CAP to CIW regarding this concern the week prior to the on-site review.

**Mental Health Crisis Bed (Walker)**

**Suicide-resistant cells:** All of CIW's MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** Two IDTTs were observed, one was an initial and one was a discharge. All required members were in attendance, including the patient. The observation level and privileges were discussed for the initial, the safety plan was not required to be discussed as the patient was not referred to MHCB for danger to self. For the discharging patient, the safety plan was reviewed during the IDTT. Review of the discharge safety plan indicated it was written collaboratively to address modifiable risk factors, protective factors, and warning signs that were specific and personalized.

**Suicide Watch and Suicide Precaution:** There were nine MHCB patients housed in CTC at the time of the on-site review (January 24, 2023). There were three patients on suicide watch and all of the observers were engaging in direct, continuous observation. There were four patients on suicide precaution.

A review of the Mental Health Observations Reporting Tool indicated that from January 1 to January 27, 2023, CIW Walker was at 90.1% compliance for timely completion of suicide precaution rounds and at 89.6% compliance for timely completion of suicide watch rounds for patients housed in Walker. This information was shared with the Region IV CNE for follow-up and further review. It is noted that this metric is monitored on a monthly basis by regional nursing. It is also noted that timeliness of suicide watch/precaution rounds is an active project on their Improvement Priorities List and Project Pipeline (December 2022 meeting).

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for all patients in MHCB while on-site on January 24, 2023. All patients had up-to-date orders posted on the door. This is a significant improvement from the previous review.

Three patients on observation status were reviewed. The review indicated that there was adequate clinical justification documented for the observation level and limited issue for all patients.

There were two patients that had observation orders for Q30, however, safety/self-harm behavior and suicidal statements was selected as the reason for the observation level for one of them which is not consistent with statewide policy. This was also identified as a concern during the July 2022 review. The name and number of this patient was provided to CIW leadership for further review and follow-up.

Tier walks indicated all patients on suicide watch and precaution had property and clothing in compliance with statewide policy.

**Privileges:** Review of 114-As for MHCB patients indicated that patients that had been cleared were being offered yard, phone calls, dayroom and other out of cell activities.

## Psychiatric Inpatient Program (PIP)

**Suicide-resistant cells:** Patients placed on suicide watch or precaution remain housed in their assigned cell, however, their items are removed from the cell except for what is indicated in the issue order. Tier walks indicated the cells were clean with a cleaning schedule kept current.

During the May 2021 review, it was noted that the cells are structured differently on A/B side versus C/D side. It was also noted that some of the cells are not in compliance with statewide policy for retrofitted cells. CIW PIP indicated that a Ligature Risk Assessment (LRA) was completed and that it was provided to the CIW Environment of Care Committee for review. CIW PIP reported that work orders were submitted via Architectural and Engineering to the joint commission support team at HQ, which are in discussion with facilities management, but have not yet received approval to initiate those work orders. This will continue to be monitored by the reviewer and HQ Suicide Prevention leadership.

**Special Interdisciplinary Treatment Team:** There were no special IDTTs scheduled the day of the review.

**Interdisciplinary Treatment Teams (IDTT):** Two IDTTs were observed, both were 30-day IDTTs. All required members were in attendance, including the patients. None of these patients were on observation status, therefore privileges and observation status were not required to be discussed. The development of a safety plan was discussed in both IDTTs. There was valuable input from every member of the treatment team with a robust discussion in both cases. The IDTTs

were patient-centered and it was evident every member of the team knew each patient extremely well.

**Quality of Safety Planning**: As previously indicated, CAT audit data is unavailable for review in On Demand.

The quality of five safety plans for inpatient discharge Suicide Risk and Self-Harm Evaluations (SRASHE) were reviewed. One-hundred percent of audit criteria was met.

**Suicide Watch and Suicide Precaution:** At the time of the on-site review (January 25, 2023) there was one patient on suicide watch and no patients on suicide precaution. The observer was engaging in direct, continuous observation of the patient.

A review of the Mental Health Observations Reporting Tool indicated that from January 1 to January 27, 2023, CIW PIP was at 98.1% compliance for timely completion of suicide precaution rounds and at 92.7% compliance for timely completion of suicide watch rounds for patients housed in PIP. This information was shared with the Region IV CNE for follow-up and further review. It is noted that this metric is monitored on a monthly basis by regional nursing. It is also noted that timeliness of suicide watch/precaution rounds is an active project on their Improvement Priorities List and Project Pipeline (December 2022 SPRFIT meeting).

CIW PIP indicated a draft of the LOP for out-of-cell activity for patients on suicide observation status was sent to HQ in April 2021 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for the one patient on observation status while on-site on January 25, 2023. The orders were up-to-date on the door. This is a significant improvement from the previous review.

The clinical documentation for the one patient on suicide observation status was reviewed. The review indicated that there was adequate clinical justification documented for the observation level and limited issue. This is a significant improvement from previous reviews. Additionally, the patient had individual contacts every day and orders were initiated each day while on observation status.

Tier walks indicated the one patient had property and clothing in compliance with statewide policy.

**Privileges:** CIW-PIP utilizes 114-As for maximum custody patients and inputs information into the Non-Clinical Activity Tracking (NCAT) system for both maximum and non-maximum custody patients. Review of a random sample of five patients from January 1 to January 25, 2023 indicated that they were all being offered showers, religious services, yard and other out of cell activities. It is noted that phone calls were rarely documented; CIW-PIP patients were given tablets August

2022 which allows them to make phone calls from their tablets and therefore they are not tracked in the NCAT.

**Timelines for Suicide Risk Evaluations**

Timeliness of completion for SREs is reviewed in Sections VII and VIII. A review of the Appointments report in On Demand, filtered for Suicide Risk Evaluation for treatment category, indicated there were 323 appointments from October 1, 2022 to December 31, 2022 for the institution and PIP. Two-hundred and eighty (86.69%) were identified as being completed in a confidential setting. The below table identifies the reasons for non-confidential contacts.

| Reason for Non-confidential SRE | Number | Percentage of contacts |
|---|---|---|
| Refused | 21 | 6.5% |
| Modified Program | 7 | 2.16% |
| Unplanned | 2 | 0.61% |
| Medical Restrictions/Public Health | 4 | 1.23% |
| No Escort | 3 | 0.92% |
| Cell front – standard | 6 | 1.85% |

**Clinical Discharge Follow-Ups**

A review of On Demand from October 1, 2022 to December 31, 2022 indicated CIW was 96% compliant for completion of 5-day follow-ups.




20.1 Timely Clinical Discharge follow-ups

96% (195)

EHRS for 15 patients discharged from MHCB was reviewed to ensure the 5-day follow-ups were completed for a minimum of five days, the safety plans were included each day and the last day was completed by a mental health clinician. One-hundred percent met audit criteria.

There were eight patients that discharged from PIP to CIW outpatient during the review period. EHRS for all eight patients was reviewed to ensure the 5-day follow-ups were completed for a minimum of five days, the safety plans were included each day and the last day was completed by a mental health clinician. One-hundred percent met audit criteria.

**MHCB Supervisor Review of Discharging Safety Plans**

A review of On Demand from October 1 to December 31, 2022 indicated there were 72 patients discharged from MHCB that were referred for danger to self and did not transfer to a higher level of care. A review of 10 patients indicated that six (60%) had the supervisory review completed. Due to the CQI data not yet being coded in On Demand, the percentage that passed audit criteria is not available for review. CIW leadership reported they were unaware that HQ MH had given the directive on December 6, 2022 to resume submitting data in the CQIT but they would immediately resume submitting the data. However, HQ MH has suspended the requirement to

complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training. Therefore, this will not be designated as an action item.

**PIP Supervisor Review of Discharging Safety Plans**

A review of On Demand from October 1 to December 31, 2022 indicated there were eight patients discharged from PIP that were referred for danger to self and did not transfer to a higher level of care or parole. A review of all eight patients indicated that three (37.5%) had the supervisory review completed. Due to the CQI data not yet being coded in On Demand, the percentage that passed audit criteria is not available for review.  CIW leadership reported they were unaware that HQ MH had given the directive on December 6, 2022 to resume submitting data in the CQIT but they would immediately resume submitting the data. However, HQ MH has suspended the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training. Therefore, this will not be designated as an action item.

## Section III: Alternative Housing

CIW's local operating procedure (LOP) #211 *Alternative Housing of Inmate-Patients Referred to MHCB* (Revision: August 2021) designates the medical beds in the CTC as the first choice for alternative housing as required by statewide policy. CIW indicated that this LOP is currently in the process of being updated and should be completed within 90 days.

The cells were clean and the cleaning schedule was kept current. Safety mattresses, safety blankets, and safety smocks were readily available in CTC. Portable suicide resistant beds were also available in TTA.

At the time of the on-site review, there were no patients in alternative housing. All the alternative housing cells in CTC were clean with a cleaning schedule kept current.

From October 1, 2022 to December 31, 2022, there were 39 referrals to MHCB for danger to self. A review of On Demand indicated CIW was 100% compliant for timely transfers to MHCB for all referrals (53) from July 1, 2021 to September 30, 2022. 

## Section IV: Suicide Risk Management Program (SRMP)

CIW's OP #235 *Suicide Risk Management Program* (Revision: December 2021) addresses the SRMP. CIW reported this LOP is in the process of being updated and should be completed within 90 days.  At the time of the on-site review, there were 15 patients that were placed in SRMP. Five patient charts were reviewed and all five patients had individualized treatment goals and interventions that addressed the reason for placement in SRMP.

There were two patients identified by On Demand as meeting criteria for SRMP but were not yet included in the program. One patient was incorrectly identified by On Demand as meeting criteria and the second patient had just discharged from MHCB and had not yet been scheduled for IDTT.

## Section V: Discharge Custody Checks

CIW is completing monthly local audits as required by statewide policy. CIW had the following compliance: October (97.2%), November (100%) and December (99%). CIW addresses the deficiencies each month which is documented in the SPRFIT minutes.

## Section VI: Local SPRFIT Committee

CIW's LOP #210 *Suicide Prevention and Response Plan* (Revision: November 2021) addresses institutional suicide prevention and response procedures. CIW reported this LOP is in the process of being updated and should be completed within 90 days. CIW's LOP #234 *Procedure When Inmates Receive Bad News* (Revision: May 2021) identifies the procedures to initiate a referral to mental health for when inmate-patients report bad news during various settings. CIW reported this LOP is in the process of being updated and should be completed within 90 days.

The HQ SPRFIT Coordinator observed CIW's (institution and PIP) monthly SPRFIT meeting via Microsoft Teams on November 10, 2022. Quorum was met and there was a qualitative discussion of the data provided. Action items were reviewed as indicated.

SPRFIT minutes were reviewed and audited based upon the Suicide Prevention On-site Audit Guidebook. At the time of the review, the October, November and December 2022 minutes (institution and PIP) were finalized and uploaded to the Suicide Prevention SharePoint. The minutes reviewed met all audit criteria. Therefore, CIW was at 100% compliance for passing SPRFIT minutes audit criteria.

However, there was no indication in the SPRFIT minutes that CIW's SPRFIT Coordinator attended the Inmate Family Counsel (IFC) or Inmate Advisory Counsel (IAC) within the past six months.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. From October 1, 2022 to December 31, 2022, CIW had the below compliance rates for completion of a SRASHE.

| | | |
|---|---|---|
| Suicide Risk Evaluation | 328 | 94% |
| SRE after Em.Consult (except PIP) for Suicidality | 42 | 95% |

There were no urgent or routine referrals for DTS, therefore, all referrals were appropriately classified.

## Section VIII: Suicide Risk Evaluations

**Institution**

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from October 1, 2022 to December 31, 2022 for the institution:

| | | |
|---|---|---|
| Suicide Risk Evaluation | 328 | 94% |
| SRE after Em.Consult (except PIP) for Suspected OD | 1 | 100% |
| SRE at MHCB Clinical Discharge | 116 | 95% |
| SRE at MHCB referral | 38 | 84% |
| SRE prior to clinical discharge from PIP. | 1 | 0% |
| SRE upon arrival from Acute/ICF | 8 | 63% |
| SREs after rescinded MHCB referral | 20 | 95% |
| SREs following MHCB Discharge (admitted for suicidality) | 102 | 98% |

Six SRASHEs in the category SRE at MHCB referral (84% compliance) were identified as late by On Demand. A review of EHRS for all patients indicated three of the SRASHEs were modified after the due date which impacts compliance in On Demand but not patient care. The other three SRASHEs were not completed as required by statewide policy. Therefore, CIW was at 92% compliance for this category for the review period.

One SRASHE in the category SRE prior to clinical discharge from PIP (0% compliance) was identified as late by On Demand. A review of this patient's chart indicated that the patient was actually a discharge from Patton State Hospital, therefore, this is an On Demand error.

Three SRASHEs in the category SRE upon arrival from Acute/ICF (63% compliance) were identified as late by On Demand. Two patients transferred from the PIP to the CTC at CIW for medical reasons, therefore, they were not true PIP discharges. For the third patient, the SRASHE was not completed timely. Therefore, CIW was at 83% compliance for this category for the review period.

During the review period, there was one referral to MHCB for danger to self that were rescinded. A review that patient's chart indicated it had adequate justification for the rescission, additionally, the safety plan was completed as required by statewide policy.

**PIP**

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from October 1, 2022 to December 31, 2022 for the PIP:

| Suicide Risk Evaluation | | |
|---|---|---|
| SRE on admission to PIP, ACU, UnlACU, ICF, or UnlICF | 32 | **75%** |
| SRE prior to clinical discharge from PIP | 22 | **18%** |

Eight SRASHEs in the category SRE on admission to PIP (75% compliance) were identified as late by On Demand. A review of EHRS for all patients indicated four patients were previously admitted to PIP, moved to CTC for medical reasons, and then returned to PIP, therefore, they were technically not new admissions. Three patients were previously admitted to PIP, went to CCWF for out to court procedures, and then returned to PIP, therefore, they were also technically not new admissions. One SRASHE was signed late which impacts compliance in On Demand but not patient care. Therefore, CIW was at 100% compliance for this category for the review period.

A review of On Demand for October 1 to December 31, 2022 indicated CIW PIP was at 18% compliance for completion of a SRE prior to clinical discharge. However, upon further review, there continues to be an error with On Demand capturing patients that parole or have a special IDTT serve as the discharge IDTT. As previously noted, CIW PIP reported that HQ IRU approved the use of special IDTTs for discharge IDTTs. This concern has previously been elevated to HQ and CIW PIP submitted a solution center ticket to address the errors in On Demand. CIW PIP completed a drilldown of the SREs identified as late and considering the above, CIW PIP was actually at 100% compliance for the review period.

## Section IX: Emergency Response

**Cut-down Kits:** Five housing units were selected in which the cut-down kits were reviewed (CTC, Walker, PSU, ASU and PIP (A/B and C/D). One-hundred percent of the units had the ResQHook cut-down tool with the sheath, AMBU bag, CPR mask, $CO_2$ with bacterial/viral filter and durable response bag. One-hundred percent had the inventory sheets completed on each shift for seven days prior to the on-site review.

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:** There have been no deaths by suicide since the October 2022 review. There are no open QIPs from previous deaths by suicide.

## Section X: Training and Mentoring Compliance

**Institution**

Review of the Coleman Court Mandated Trainings SharePoint for December 2022, as well as information obtained from CIW, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning Intervention: 100%
- SRE Mentoring: 96%
- SRMP: 100%
- CSSRS: 100%
- Annual IST Suicide Prevention (calendar year 2022 – including institution and PIP):
  - Custody: 82%
  - Mental Health: 100%
  - Healthcare (medical): 86%
  - Non-custody: 79%
- CPR certification (institution and PIP):
  - Custody: 95%
  - Nursing: 100%

**PIP**

Review of the Coleman Court Mandated Trainings SharePoint for December 2022, as well as information obtained from CIW PIP, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning Intervention: 100%
- SRE Mentoring: 90%
- Suicide Prevention Policy: 100%
- CSSRS: 100%

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was unable to be observed.

## Section XI: Receiving and Release (R&R) Screening

**Institution**

R&R screenings were unable to be observed during the on-site review. A tour of the R&R indicated that there is a confidential space available for screenings. A regular R&R nurse was

interviewed and it was reported that the door is kept closed during screenings. Suicide prevention posters (English and Spanish) were posted in the room utilized by nursing.

**PIP**

PIP Intake screenings were unable to be observed during the on-site review. The room utilized to conduct screenings allows for patient confidentiality and staff safety. The nurse was interviewed and it was reported that the door is kept closed during screenings. However, suicide prevention posters (English and Spanish) were not posted in the room.

## Section XII: Reception Center Processing

CIW does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

CIT was unable to be observed. CIW's LOP #215 *Crisis Intervention Team Procedure* (Revision: September 2022) addresses institutional CIT procedures.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

There are no open Hayes CAPs for the PIP or institution.

## Section XV: Assignment of Corrective Action Plans and Recommendations

There are no open CAPs for the **institution** from previous reviews.

Below are concerns identified from previous reviews as well as updates:

| Concern | January 2023 Update | Status |
|---|---|---|
| CIW shall ensure only the most up-to-date orders are posted on the door in CTC as required by memorandum *Mental Health Crisis Bed Patient Identifier on Cell Door* dated December 3, 2021. | All orders in CTC and Walker were up-to-date during this review. | Closed. |
| CIW shall ensure SPRFIT minutes are uploaded to the SharePoint in a timely manner. | The minutes are being uploaded in a timely manner. | Closed. |

Below is the open CAP for the **PIP** from the previous review:

| CAP | January 2023 Update | Status |
|---|---|---|
| There are multiple deficiencies noted in review of CIW's suicide watch and precaution procedures. CIW PIP shall submit a CAP to address this to the CAP SharePoint site by July 5, 2021. The CAP shall address the following concerns:<br>• There is inadequate justification in the progress notes for why patients are on suicide watch or precaution and have limited issue.<br>• Daily clinical rounds by a psychologist or psychiatrist for patients on suicide watch or precaution are not being completed as required by statewide policy.<br>• Issue orders were not being completed on a daily basis for patients on suicide watch as required by statewide policy. | CIW PIP elected to close this CAP in December 2022 due to compliance being above 90% for 3 months. During this review, no concerns were noted. The HQ SPRFIT Coordinator is in agreement with the closure of this CAP. | Closed. |

Below are the concerns not rising to the level of a CAP for **PIP** identified during the October 2022 review:

| Concern | January 2023 update | Status |
|---|---|---|
| CIW PIP shall ensure only the most up-to-date orders are posted on the door in PIP as required by memorandum *Mental Health Crisis Bed Patient Identifier on Cell Door* dated December 3, 2021. | All orders were up-to-date during this review. | Closed. |
| CIW PIP shall ensure the SPRFIT minutes are uploaded to the SharePoint in a timely manner. | The minutes are being uploaded in a timely manner. | Closed. |

## Conclusions/Comments

An exit meeting was conducted with the CEO, local SPRFIT, Chief of Mental Health, PIP Chief Psychologist, CNE, Chief Deputy Warden, Captain of Healthcare, PIP SRN III, Unit Supervisor, and other members of CIW's administration.

Based upon this review, no additional CAPs are being requested.

The below are concerns not rising to the level of CAP[1] that will be re-assessed at the next on-site review:

**Institution:**
- CIW shall ensure observation orders for patients at an elevated risk for suicide and/or self-harm are ordered at a frequency in compliance with statewide policy.
- CIW shall ensure SRASHEs are completed as required by statewide policy.
- CIW shall ensure that staff that did not complete the Annual IST Suicide Prevention training in 2022 are prioritized to complete the training as soon as possible in 2023.
- CIW shall ensure the SPRFIT Coordinator attends the IFC and IAC meetings at least once every six months and document that attendance, as well as the discussion, in the SPRFIT minutes.

**PIP:**
- CIW PIP shall ensure that suicide prevention posters are posted in the room utilized by nursing to conduct initial screenings.

---

[1] A concern not rising to level of a CAP is an area that does not rise to the level of needing a formal corrective action plan, but that would help improve the health of the institution's suicide prevention program.

Exhibit B

 

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

# MEMORANDUM

| | |
|---|---|
| **Date:** | February 17, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | *(signature)* <br><br> N. Hudspeth, PsyD, Senior Psychologist, Specialist <br> HQ SPRFIT Coordinator, Division of Healthcare Services |
| **Subject:** | **CALIFORNIA INSTITUTION FOR MEN - HQ SPRFIT COORDINATOR REVIEW** |

On February 6, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator – Region IV conducted a review at California Institution for Men (CIM). Although not on-site, the Region IV Mental Health Compliance Team (MHCT) Lieutenants, Tanesha Smith and Kimberly Drouillard, as well as the Region IV CNE, Laura Stanley, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be reviewed during the Statewide SPRFIT committee.

Should you have any questions or require further clarification, please contact me at (909) 276-8320 or nina.hudspeth@cdcr.ca.gov

## Section I: Restricted Housing Unit

**Second Watch Partnership Huddle**: The Partnership Huddle was unable to be observed. The huddle forms were reviewed and patients in the Suicide Risk Management Program were identified.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed. The PT engaged each inmate-patient at cell front. Documentation was conducted in real time in EHRS for patients included in MHSDS. The PT asked about current mental health symptoms and suicidal ideation during each contact with patients included in MHSDS. The PT also offered in-cell activities to each inmate-patient.

**Intake Cells:** All of CIM's intake cells are retrofitted in compliance with statewide policy. There were no 72-hour initial intake housed in a non-intake cell. However, there were two intakes that were housed in an intake cell beyond 72 hours. This was reported to the sergeant and the sergeant indicated it would be addressed immediately. This was also shared with the Region IV MHCT for further review and follow-up. All intakes had placards indicating when they arrived to the unit.

**Entertainment appliance**: During tier walks, patients on 72-hour and 21-day intake status that were awake (34 total) were asked if they had an entertainment appliance, all but one (97.1%) reported they did.

**Welfare Check Completion (Guard One):** Guard one checks were reviewed for all of ASU from January 31, 2023 at 0000 to January 31, 2023 at 1159. There were four checks that exceeded 35 minutes. Therefore, CIM was at 99.9% compliance for this review period.

The custody officer completing Guard One checks was observed. The officer stopped and looked into each cell prior to continuing the checks.

**ASU Screening (Pre-placement):** ASU pre-placement screenings were unable to be observed. EHRS for five patients on intake status were reviewed; the ASU Pre-placements were completed within required timeframes for 100% of them.



70.2 ASU Pre-Screens

96% (280)

A review of On Demand indicated that CIM was 96% compliant for completing ASU Pre-placements within required timeframes from October 1, 2022 to December 31, 2022.

**ASU Screening (Post-placement)**: ASU post-placement screenings were unable to be observed. EHRS for five inmate-patients were reviewed; the ASU Screening Questionnaires were completed within required timeframes for 100% of them.

A review of On Demand indicated that CIM was 99% compliant with completing ASU Screening Questionnaires within required timeframes from October 1, 2022 to December 31, 2022.



CIM reported that there is a confidential space to conduct the intake screening and that all inmate-patients are offered a confidential contact.

## Section II: Inpatient Units

**Suicide-resistant cells:** All of CIM's MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** Five IDTTs were observed; two were initials and three were discharges to EOP level of care. All required members were in attendance, including the patients. The observation level, privileges and safety plans were reviewed as indicated. Review of the discharge safety plans for the three patients indicated two of them were written collaboratively to address modifiable risk factors, protective factors, and warning signs that were specific and personalized. For the third patient, the safety plan was not completed. Review of EHRS indicated the MH Consult Inpatient identified Significant Impairment due to Mental Illness as the reason for the referral, however, the MHCB place in order and the clinical documentation indicated the reason for admission was Danger to Self. The name and number of this patient was shared with CIM leadership for further review and follow-up.

**Quality of Safety Planning**: Per memorandum *Temporary Suspension of Chart Audits and Update to the Chart Audit Tool* dated April 11, 2022, all CAT audits (except #13 Supervisory Review of MHCB/PIP Discharge Safety Plans) were suspended. Memorandum *Update to Optional Suspension of Chart Audits* dated October 24, 2022 indicated that 100% of clinicians needed to be audited in quarter three for CAT #7 Suicide Risk Evaluations that Meet Audit Criteria. However, a subsequent directive sent by e-mail from HQ Mental Health Quality Management on October 31, 2022 indicated that due to an IT issue with the CAT data entry platform, data was not to be submitted until the issue was resolved. On December 6, 2022, HQ MH QM sent an e-mail indicating the IT issue was resolved and institutions could resume submitting CAT audit data. Additionally, it was noted that only 50% of clinicians needed to be audited for CAT #7. Review of On Demand indicated CIM was at 88% compliance for passing CAT #7 for safety planning. It is noted that a new safety planning training will be rolling out statewide beginning February 2023.

The quality of five safety plans for inpatient discharge Suicide Risk and Self-Harm Evaluations (SRASHE) were reviewed. One-hundred percent of audit criteria was met.

**Suicide Watch and Suicide Precaution:** There were 28 MHCB patients housed in OHU at the time of the on-site review. There were six patients on suicide watch and all of the observers were engaging in direct, continuous observation of the patients. There were three patients on suicide precaution.

A review of the Mental Health Observations Reporting Tool indicated that from January 1 to January 31, 2023, CIM was at 95.6% compliance for timely completion of suicide precaution rounds and at 82.39% compliance for timely completion of suicide watch rounds for patients housed in MHCB. This information was shared with the Region IV CNE for follow-up and further review. It is noted that this metric is monitored on a monthly basis by regional nursing.

**Observation and Issue Orders:** Issue orders on the door were reviewed for all patients in MHCB while on-site on February 6, 2023. All patients had up-to-date orders posted on the door. This is a significant improvement from previous reviews. Although the orders themselves were posted in a manner consistent with memorandum *Mental Health Crisis Bed Patient Identifier on Cell Door* dated December 3, 2021, multiple patients had additional signs **(Figure 1 and Figure 2)** posted on the door indicating they were on suicide watch or suicide precaution. The additional signs are not consistent with the intent of the above noted memorandum. However, tier walks indicated patients had property and clothing in compliance with statewide policy.



*Figure 1*

EHRS for five patients on observation status was reviewed. The review indicated that there was adequate clinical justification documented for the observation level and limited issue for one patient. For another patient, there was inadequate clinical justification for the observation status. For the other three patients, there was inconsistency between the clinical documentation and the orders. For example, the documentation for one patient indicated the patient would be removed from observation status and be allowed full issue, however, the orders for that day were for suicide precaution and partial issue. The names and numbers of these patients was sent to CIM leadership for further review and follow-up.



*Figure 2*

**Timelines for Suicide Risk Evaluations:**

Timeliness of completion for SREs is reviewed in Sections VII and VIII. A review of the Appointments report in On Demand, filtered for Suicide Risk Evaluation for treatment category, indicated there were 83 appointments from October 1, 2022 to December 31, 2022 for the entire institution. Seventy-five (90.36%) were identified as being completed in a confidential setting. The below table identifies the reasons for non-confidential contacts.

| Reason for Non-confidential SRE | Number | Percentage of contacts |
|---|---|---|
| Refused | 4 | 4.81% |
| Medical Restrictions/Public Health | 2 | 2.40% |
| Modified Program | 2 | 2.40% |

**Privileges:** Review of 114-As for five MHCB patients indicated that patients that had been cleared were being offered yard, showers, and phone calls.

**Clinical Discharge Follow-Ups**: A review of On Demand from October 1, 2022 to December 31, 2022 indicated CIM was 99% compliant for completion of 5-day follow-ups.



EHRS for 15 patients was reviewed to ensure the 5-day follow-ups were completed for a minimum of five days, the safety plans were included each day and the last day was completed by a mental health clinician. One-hundred percent met audit criteria.

Recently, it has come to the attention of the HQ suicide prevention team that the On Demand compliance rules for Clinical follow-ups after physical discharge from Acute/ICF/PIP is incorrect (**Figure 3**). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per memorandum *Psychiatric Inpatient Program Treatment Planning and Procedures: Suicide Prevention* dated January 6, 2021, "all patients shall receive a five-day clinical follow-up upon their return to the institution". This has been elevated to HQ MH QM for further review. There were no patients that returned from PIP/DSH to CIM from October 1, 2022 to December 31, 2022 that were referred for danger to others and/or significant impairment due to mental illness.

| Clinical followups after physical discharge from Acute/ICF/PIP | 0 | Triggered by DSH Physical Discharge (Admitted for Suicidality). Effective 2000-01-01 to present | First Clinical Followup at current institution required no later than 1 Calendar Day after DSH Physical Discharge (Admitted for Suicidality). Then Routinely within 1 Calendar Day of Clinical Followup.  Rule expires 5 day(s) after initial clockstart. | ID# 1556491433 Computed by mh.dbo.duedates_standard |
|---|---|---|---|---|

*Figure 3*

**MHCB Supervisor Review of Discharging Safety Plans:** A review of On Demand from October 1 to December 31, 2022 indicated there were 81 patients discharged from MHCB that were referred for danger to self and did not transfer to a higher level of care. A review of 10 patients indicated that nine (90%) had the supervisory review completed. CIM continues to demonstrate sustainability in this area. Due to the CQI data not yet being coded in On Demand, the percentage that passed audit criteria is not available for review. Additionally, HQ MH has suspended the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training. A review of five of them indicated they written collaboratively to address modifiable risk factors, protective factors, and warning signs that were specific and personalized

## Section III: Alternative Housing

CIM's Local Operating Procedure (LOP) *12.05.301 Housing of Inmate-Patients pending Mental Health Crisis Bed Transfer* (Revision: June 2022), designates the medical beds in the OHU as the first priority for alternative housing, as required by statewide policy.

During the on-site review, there were no patients in alternative housing. The cells were clean and the cleaning schedule was kept current. Safety mattresses, safety blankets, and safety smocks were readily available in OHU. Portable suicide resistant beds were also available in OHU.

From October 1, 2022 to December 31, 2022, there were 43 referrals to MHCB for danger to self. A review of On Demand indicated CIM was 99% compliant for timely transfers to MHCB for all referrals (77) from October 1, 2022 to December 31, 2022.



## Section IV: Suicide Risk Management Program (SRMP)

CIM's LOP 158 12.07.701 *Suicide Risk Management Program* (Revision: October 2022) addresses the SRMP. At the time of the on-site review, there were no patients that were placed nor met criteria to be placed in SRMP.

## Section V: Discharge Custody Checks

CIM is completing monthly local audits as required by statewide policy. CIM had the following compliance: October (92.9%), November (91.7%) and December (80%). CIM addresses the deficiencies each month which is documented in the SPRFIT minutes. It is noted that this is an active project on CIM's Improvement Priorities List and Project Pipeline.

## Section VI: Local SPRFIT Committee

CIM's LOP 12.10.101 *Suicide Prevention* (Revision: January 2023) addresses institutional suicide prevention and response procedures. CIM's LOP 12.10.102 *Notification of Patients Receiving Bad News* (Revision: January 2023) identifies the procedures to initiate a referral to mental health for when inmate-patients report bad news during various settings.

The HQ SPRFIT Coordinator observed CIM's monthly SPRFIT meeting via Microsoft Teams on January 18, 2023. Quorum was met and there was a qualitative discussion of the data provided. Action items were reviewed as indicated.

SPRFIT minutes were reviewed and audited based upon the Suicide Prevention On-site Audit Guidebook. At the time of the review, the October, November, and December 2022 minutes were finalized and uploaded to the Suicide Prevention SharePoint. The minutes reviewed met all audit criteria, except there was no indication that either semi-annual root cause analyses or case summaries of serious suicide attempts were reviewed. Therefore, CIM was at 87.50% compliance for passing SPRFIT minutes audit criteria.

Additionally, there was no indication in the SPRFIT minutes that CIM's SPRFIT Coordinator attended the Inmate Family Counsel (IFC) or Inmate Advisory Council (IAC) within the past six months as required by statewide policy.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. From October 1, 2022 to December 31, 2022, CIM had the below compliance rates for completion of a SRASHE. There were no urgent or routine referrals, therefore, all referrals were appropriately classified.

| Suicide Risk Evaluation | | |
|---|---|---|
| SRE after Em.Consult (except PIP) for Suicidality | 27 | **100%** |

## Section VIII: Suicide Risk Evaluations

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from October 1, 2022 to December 31, 2022:

| Suicide Risk Evaluation | | |
|---|---|---|
| SRE after Ur.Consult (except PIP) for Suspected OD | 1 | **100%** |
| SRE at MHCB Clinical Discharge (admitted for any reason) | 150 | **96%** |
| SRE at MHCB referral | 43 | **98%** |
| SREs after rescinded MHCB referral | 13 | **100%** |
| SREs following MHCB Discharge (admitted for suicidality) | 94 | **96%** |

Recently, it has come to the attention of the HQ suicide prevention team that the On Demand compliance rules for SRE upon arrival from Acute/ICF is incorrect (*Figure 4*). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per the *2021 Mental Health Services Delivery System Program Guide*, a suicide risk assessment is required "within 72 hours of return from a Department of Mental Health [PIP/DSH] facility, or within 24 hours if clinically indicated based on new arrival screening" (12-10-9); there is no indication that this requirement is limited to patients that were referred to Acute/ICF for danger to self.  This has been elevated to HQ MH QM for further review. There were no patients that returned from PIP/DSH to CIM from October 1, 2022 to December 31, 2022 that were referred for danger to others and/or significant impairment due to mental illness.

| SRE upon arrival from Acute/ICF | 0 | Triggered by Arrival from Acute/ICF referred for Suicidality. Effective 2022-05-12 to present | First Suicide Risk Evaluation at current institution required no later than 72 Hours after Arrival from Acute/ICF referred for Suicidality. | Only required when referral is for danger to self.  ID# 65774308 Computed by mh.dbo.duedates_standard |
|---|---|---|---|---|

*Figure 4*

During the review period, there were no referrals to MHCB for danger to self that were rescinded. On Demand is incorrectly capturing one patient as a rescinded referral.

## Section IX: Emergency Response

**Cut-down Kits:** The Region IV MHCT lieutenants will be conducting a review at CIM the week of February 13, 2023 and will be auditing this item.

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:** There have been no deaths by suicide since the last review. There are no open QIPs from previous deaths by suicide.

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for December 2022, as well as information obtained from CIM, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 98%
- Safety Planning Intervention: 100%
- SRE Mentoring: 77%
- SRMP: 100%
- CSSRS: 100%
- Annual IST Suicide Prevention (calendar year 2022):
    - Custody: 96%
    - Mental Health: 97%
    - Nursing: 100%
- CPR certification:
    - Custody: 98%
    - Nursing: 100%

CIM reported that they paused mentoring when the new SRE mentoring program rolled-out statewide, have new mentors in the pipeline to be trained, and expect to be above 90% compliance within 90 days.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was unable to be observed.

## Section XI: Receiving and Release (R&R) Screening

R&R screenings were unable to be observed during the on-site review. A tour of the R&R indicated that there is a confidential space available for screenings. A regular R&R nurse was interviewed and it was reported that the door is kept closed during screenings. However, there were no suicide prevention posters (English or Spanish) in the R&R area.

## Section XII: Reception Center Processing

CIM does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

CIT was unable to be observed. CIM's LOP #12 *Crisis Intervention Team* (Revision: November 2022) addresses institutional CIT procedures.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

There are no open Hayes CAPs.

## Section XV: Assignment of Corrective Action Plans and Recommendations

Below is the one open CAP from previous reviews:

| CAP | February 2023 Update | Status |
|---|---|---|
| CIM shall develop a plan to ensure updated observation, issue, and privilege orders are posted on the door on a daily basis as required by memorandum *Mental Health Crisis Bed Patient Identifier on Cell Door* dated December 3, 2021. | CIM initiated an internal audit and has demonstrated above 90% compliance for 3 consecutive months. No issues were noted during this review. | **It is recommended CIM close this CAP on the SharePoint.** |

Below is the one concern identified from the previous review as well as an update:

| Concern | February 2023 Update | Status |
|---|---|---|
| CIM shall develop a plan to ensure quorum is met at every SPRFIT meeting. | Review of the October, November, and December 2022 minutes indicated quorum was achieved each month. | Closed. |

## Conclusions/Comments

An exit meeting was conducted with the local SPRFIT, Chief of Mental Health, Chief Psychiatrist, SRNIII, AW of Healthcare and other members of CIM's administration.

Based upon this review, no additional CAPs are being requested. The open CAP shall continue to be updated on the CAP SharePoint by the 15th of each month until closed by CIM.

The below are concerns not rising to the level of CAP[1] that will be re-assessed at the next on-site review:

- CIM shall ensure all information related to observation and issue orders is posted on the door in a manner consistent with memorandum *Mental Health Crisis Bed Patient Identifier on Cell Door* dated December 3, 2021.
- CIM shall develop a plan to address the deficiencies noted regarding the issue and observation orders, including inadequate clinical justification for observation status and limited issue.
- CIM shall conduct either semi-annual root cause analyses or case summaries of serious suicide attempts and include that review in the SPRFIT minutes.
- CIM shall ensure the SPRFIT Coordinator attends the IFC and IAC meetings at least once every six months and document that attendance, as well as the discussion, in the SPRFIT minutes.
- CIM shall ensure suicide prevention posters are posted in R&R.

---

[1] A concern not rising to level of a CAP is an area that does not rise to the level of needing a formal corrective action plan, but that would help improve the health of the institution's suicide prevention program.

Exhibit C

 CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES** 

# MEMORANDUM

| | |
|---|---|
| **Date:** | April 11, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | N. Hudspeth, PsyD, Senior Psychologist, Specialist HQ SPRFIT Coordinator, Division of Healthcare Services |
| **Subject:** | **CALIFORNIA INSTITUTION FOR MEN - HQ SPRFIT COORDINATOR REVIEW** |

On April 4, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator – Region IV conducted a review at California Institution for Men (CIM). Additionally, the Region IV Nurse Consultant Program Reviewer (NCPR) Sandra Edmondson was on-site during the review. Although not on-site, the Region IV Mental Health Compliance Team (MHCT) Lieutenants, Tanesha Smith and Kimberly Drouillard, as well as the Region IV CNE, Laura Stanley, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be reviewed during the Statewide SPRFIT committee.

Should you have any questions or require further clarification, please contact me at (909) 276-8320 or nina.hudspeth@cdcr.ca.gov

## Section I: Restricted Housing Unit

**Second Watch Partnership Huddle**: The Partnership Huddle was unable to be observed. The huddle forms were reviewed and patients in the Suicide Risk Management Program (SRMP) were not consistently identified. There were a few forms that utilized an old template that did not have a section to identify patients in SRMP. The Senior Psychiatric Technician (the incorrect forms were printed out by psychiatric technicians) was informed and it was immediately addressed.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed. The PT engaged each patient at cell front. Documentation was conducted in real time in EHRS for patients included in MHSDS. The PT asked about current mental health symptoms and suicidal ideation during each contact with patients included in MHSDS. The PT also offered in-cell activities to each patient.

**Intake Cells:** All of CIM's intake cells are retrofitted in compliance with statewide policy. There were no 72-hour initial intakes housed in a non-intake cell. However, there were three intakes that were housed in an intake cell beyond 72 hours. This was reported to the sergeant and the sergeant indicated it would be addressed immediately. This was also shared with the Region IV MHCT for further review and follow-up. All intakes had placards indicating when they arrived to the unit.

**Entertainment appliance**: During tier walks, patients on 72-hour and 21-day intake status that were awake (33 total) were asked if they had an entertainment appliance, all but one (97.1%) reported they did. Upon consultation with the sergeant, that patient had previously been given a radio and intentionally destroyed it.

**Welfare Check Completion (Guard One):** Review of the Security/Welfare Check Monitoring Report from the Office of Research indicated CIM was at 98.62% compliance for timely completion of Guard One for March 2023. The custody officer completing Guard One checks was observed. The officer stopped and looked into each cell prior to continuing the checks.

**ASU Screening (Pre-placement):** ASU pre-placement screenings were unable to be observed. EHRS for five patients on intake status were reviewed; the ASU Pre-placements were completed within required timeframes for 100% of them.



A review of On Demand indicated that CIM was 97% compliant for completing ASU Pre-placements within required timeframes from January 1 to March 31, 2023.

**ASU Screening (Post-placement)**: ASU post-placement screenings were unable to be observed. EHRS for five patients were reviewed and the ASU Screening Questionnaires were completed within required timeframes for 100% of them.

A review of On Demand indicated that CIM was 98% compliant with completing ASU Screening Questionnaires within required timeframes from January 1 to March 31, 2023.



70.2 ASU GP Screens
98% (82)

CIM reported that there is a confidential space to conduct the intake screening and that all inmate-patients are offered a confidential contact.

## Section II: Inpatient Units

**Suicide-resistant cells:** All of CIM's MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** One initial IDTT was observed. All required members were in attendance, including the patient. The observation level, issue, privileges and safety plan was reviewed appropriately.

**Quality of Safety Planning**: A new safety planning training rolled out statewide February 2023; safety planning was removed from CAT 7 as a result of this new training. A new CAT (14) audit specifically for safety planning is currently being developed but has not yet been released to the field. Therefore, there is no data to review for outpatient Suicide Risk and Self-Harm Evaluations (SRASHE).

The review of inpatient discharge SRASHEs, that is the MHCB supervisor review of discharging safety plans, is discussed below.

CIM's Local Operating Procedure (LOP) *12.7.901 Safety Planning* (Revision: Draft) addresses safety planning. During the on-site review, CIM reported this LOP is expected to be signed within 60 days of the review.

**MHCB Supervisor Review of Discharging Safety Plans:** HQ MH QM sent an e-mail statewide on February 2, 2023 suspending the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training and update to CAT 13. However, on April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing these reviews by developing a local tracking method since CAT 13 continued to be unavailable for use. During the February 2023 review, no concerns were identified by this reviewer regarding the completion of the supervisor reviews. As this new directive was sent out after this on-site review, the status of this item will be reviewed at the next on-site review.

**Suicide Watch and Suicide Precaution:** There were 27 MHCB patients housed in OHU at the time of the on-site review. There were seven patients on suicide watch and all of the observers were engaging in direct, continuous observation of the patients. There were seven patients on suicide precaution.

A review of the Mental Health Observations Reporting Tool indicated that from March 1 to March 31, 2023, CIM was at 94.2% compliance for timely completion of suicide precaution rounds and at 83.8% compliance for timely completion of suicide watch rounds for patients housed in MHCB. Additionally, CIM was at 96% compliance for staggering suicide precaution rounds. This information was shared with the Region IV CNE for follow-up and further review and it was determined that timely suicide watch rounds needs to be placed on CIM's Improvement Priorities List and Project Pipeline.

**Observation and Issue Orders:** Issue orders on the door were reviewed for all patients in MHCB while on-site on April 4, 2023. All patients had up-to-date orders posted on the door. CIM continues to demonstrate sustainability in this area. Additionally, the signs that were identified as problematic during the previous review were no longer being utilized. No patients had items in their cell that were not on their order.

EHRS for five patients on observation status was reviewed. The review indicated that there was adequate clinical justification documented for the observation level and/or partial issue for all patients. This is a significant improvement from the previous review. It is noted that this is an active project on CIM's Improvement Priorities List and Project Pipeline.

**Timelines for Suicide Risk Evaluations:**

Timeliness of completion for SREs is reviewed in Sections VII and VIII. A review of the Appointments report in On Demand, filtered for Suicide Risk Evaluation for treatment category, indicated there were 78 appointments from January 1 to March 31, 2023 for the entire institution. Seventy (89.74%) were identified as being completed in a confidential setting. The below table identifies the reasons for non-confidential contacts.

| Reason for Non-confidential SRE | Number | Percentage of contacts |
|---|---|---|
| Refused | 3 | 3.84% |
| Medical Restrictions/Public Health | 1 | 1.28% |
| Modified Program | 1 | 1.28% |
| No reason given | 3 | 3.84% |

**Privileges:** Review of 114-As for all MHCB patients indicated that patients that had been cleared were being offered yard, showers, and phone calls.

**Clinical Discharge Follow-Ups**: A review of On Demand from January 1 to March 31, 2023 indicated CIM was 96% compliant for completion of 5-day follow-ups.

10.6 Timely Clinical Discharge follow-ups

**96%**
**(78)**
↔

EHRS for 15 patients was reviewed to ensure the 5-day follow-ups were completed for a minimum of five days, the safety plans were included each day and the last day was completed by a mental health clinician. One-hundred percent met audit criteria.

As noted during the previous review, it has come to the attention of the HQ suicide prevention team that the On Demand compliance rules for Clinical follow-ups after physical discharge from Acute/ICF/PIP is incorrect (**Figure 1**). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per memorandum *Psychiatric Inpatient Program Treatment Planning and Procedures: Suicide Prevention* dated January 6, 2021, "all patients shall receive a five-day clinical follow-up upon their return to the institution". This has been elevated to HQ MH QM for further review. There were no patients that returned from PIP/DSH to CIM from January 1 to March 31, 2023 that were referred for danger to others and/or significant impairment due to mental illness.



| Clinical followups after physical discharge from Acute/ICF/PIP | 0 | Triggered by DSH Physical Discharge (Admitted for Suicidality) Effective 2000-01-01 to present | First Clinical Followup at current institution required no later than 1 Calendar Day after DSH Physical Discharge (Admitted for Suicidality). Then Routinely within 1 Calendar Day of Clinical Followup. Rule expires 5 day(s) after initial clockstart. | ID# 1556491433 Computed by mh.dbo.duedates_standard |

*Figure 1*

## Section III: Alternative Housing

CIM's Local Operating Procedure (LOP) *12.05.301 Housing of Inmate-Patients pending Mental Health Crisis Bed Transfer* (Revision: June 2022), designates the medical beds in the OHU as the first priority for alternative housing, as required by statewide policy.

During the on-site review, there were no patients in alternative housing. The cells were clean and the cleaning schedule was kept current. Safety mattresses, safety blankets, and safety smocks were readily available in OHU.

From January 1 to March 31, 2023, there were 33 referrals to MHCB for danger to self. A review of On Demand indicated CIM was 99% compliant for timely transfers to MHCB for all referrals (52) from January 1 to March 31, 2023.



## Section IV: Suicide Risk Management Program (SRMP)

CIM's LOP 158 12.07.701 *Suicide Risk Management Program* (Revision: October 2022) addresses the SRMP. At the time of the on-site review, there were no patients that were placed nor met criteria to be placed in SRMP.

## Section V: Discharge Custody Checks

CIM is completing monthly local audits as required by statewide policy. CIM had the following compliance: January (86.7%), February (90%) and March (93.3%). CIM addresses the deficiencies each month which is documented in the SPRFIT minutes. It is noted that this is an active project on CIM's Improvement Priorities List and Project Pipeline.

## Section VI: Local SPRFIT Committee

CIM's LOP 12.10.101 *Suicide Prevention* (Revision: January 2023) addresses institutional suicide prevention and response procedures. CIM's LOP 12.10.102 *Notification of Patients Receiving Bad News* (Revision: January 2023) identifies the procedures to initiate a referral to mental health for when inmate-patients report bad news during various settings.

The HQ SPRFIT Coordinator observed CIM's monthly SPRFIT meeting via Microsoft Teams on March 15, 2023. Quorum was met and there was a qualitative discussion of the data provided. Action items were reviewed as indicated.

SPRFIT minutes were reviewed and audited based upon the Suicide Prevention On-site Audit Guidebook. At the time of the review, January and February 2023 minutes were finalized and uploaded to the Suicide Prevention SharePoint. The minutes reviewed met all audit criteria. CIM indicated that a case summary of a serious suicide attempt will be reviewed in the April 2023 meeting. Additionally, the February 2023 minutes indicated that CIM's SPRFIT Coordinator attended the Inmate Family Counsel (IFC) and Inmate Advisory Council (IAC).

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. From January 1 to March 31, 2023, CIM had the below compliance rates for completion of a SRASHE. There were no urgent or routine referrals, therefore, all referrals were appropriately classified.

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE after Em.Consult (except PIP) for Suicidality | 17 | **100%** |

## Section VIII: Suicide Risk Evaluations

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from January 1 to March 31, 2023:

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE at MHCB Clinical Discharge | 162 | **91%** |
| SRE at MHCB referral | 33 | **100%** |
| SREs after rescinded MHCB referral | 9 | **100%** |
| SREs following MHCB Discharge (admitted for suicidality) | 102 | **98%** |

6

As identified during the previous review, it has come to the attention of the HQ suicide prevention team that the On Demand compliance rules for SRE upon arrival from Acute/ICF is incorrect (*Figure 2*). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per the *2021 Mental Health Services Delivery System Program Guide*, a suicide risk assessment is required "within 72 hours of return from a Department of Mental Health [PIP/DSH] facility, or within 24 hours if clinically indicated based on new arrival screening" (12-10-9); there is no indication that this requirement is limited to patients that were referred to Acute/ICF for danger to self. This has been elevated to HQ MH QM for further review. There were no patients that returned from PIP/DSH to CIM from January 1 to March 31, 2023 that were referred for danger to others and/or significant impairment due to mental illness.

| SRE upon arrival from Acute/ICF | 0 | Triggered by Arrival from Acute/ICF referred for Suicidality. Effective 2022-05-12 to present | First Suicide Risk Evaluation at current institution required no later than 72 Hours after Arrival from Acute/ICF referred for Suicidality. | Only required when referral is for danger to self.  ID# 65774308 Computed by mh.dbo.duedates_standard |

*Figure 2*

During the review period, there were no referrals to MHCB for danger to self that were rescinded. On Demand is incorrectly capturing one patient as a rescinded referral (the patient paroled from MHCB).

## Section IX: Emergency Response

**Cut-down Kits:** The Region IV MHCT lieutenants conducted a review of CIM March 6-8, 2023 and identified that all of the inventory sheets were out of compliance due to "single use resuscitator" being removed from the inventory sheets. The Region IV MHCT assigned a CAP to CIM to address this deficiency. During the exit, CIM custody reported that this issue has been corrected.

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:** There have been no deaths by suicide since the last review. There are no open QIPs from previous deaths by suicide.

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for March 2023, as well as information obtained from CIM, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning: 7%
- SRE Mentoring: 78%
- SRMP: 96%
- CSSRS: 100%
- Discontinue the Use of Safety Contacts: 100%
- Annual IST Suicide Prevention (as of April 1, 2023):
  - Custody: 30%
  - Mental Health: 23%

- - Healthcare: 19%
- CPR certification:
  - Custody: 98%
  - Nursing: 100%

CIM reported that they have safety planning trainings scheduled April 5 and 13, 2023. CIM reported that they expect to be above 90% compliance by April 30, 2023.

CIM reported that there are 10 staff that need to be mentored (four new staff and six staff pending 2-year training). CIM reported that these staff members are scheduled to be mentored and CIM expects to be above 90% compliance within 60 days of the on-site review.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was unable to be observed.

## Section XI: Receiving and Release (R&R) Screening

R&R screenings were unable to be observed during the on-site review. A tour of the R&R indicated that there is a confidential space available for screenings. A regular R&R nurse was interviewed and it was reported that the door is kept closed during screenings. There were suicide prevention posters (English and Spanish) posted in the R&R area and the office utilized by the nurse to conduct screenings.

## Section XII: Reception Center Processing

CIM does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

CIT was unable to be observed. CIM's LOP #12 *Crisis Intervention Team* (Revision: November 2022) addresses institutional CIT procedures.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

There are no open Hayes CAPs. See **Appendix A** for status of deficiencies previously identified.

## Section XV: Assignment of Corrective Action Plans and Recommendations

Below is the one open CAP from previous reviews:

| CAP | April 2023 Update | Status |
|---|---|---|
| CIM shall develop a plan to ensure updated observation, issue, and privilege orders are posted on the door on a daily basis as required by memorandum *Mental Health Crisis Bed Patient Identifier on Cell Door* dated December 3, 2021. | CIM initiated an internal audit and has demonstrated above 90% compliance for 3 consecutive months and therefore elected to close this CAP in January 2023; the HQ SPRFIT coordinator is in agreement with this closure as no issues were noted during this review. | Closed. |

Below is the one concern identified from the previous review as well as an update:

| Concern | April 2023 Update | Status |
|---|---|---|
| CIM shall ensure all information related to observation and issue orders is posted on the door in a manner consistent with memorandum *Mental Health Crisis Bed Patient Identifier on Cell Door* dated December 3, 2021. | CIM directed CTC staff to remove and no longer use observation status placards. There were no issues noted during this review. | Closed. |
| CIM shall develop a plan to address the deficiencies noted regarding the issue and observation orders, including inadequate clinical justification for observation status and limited issue. | CIM leadership provided training to MHCB staff regarding proper documentation of the clinical justification for observation status and limited issue. There were no issues noted during this review. | Closed. |
| CIM shall conduct either semi-annual root cause analyses or case summaries of serious suicide attempts and include that review in the SPRFIT minutes. | CIM indicated a case summary will be presented in the April 2023 SPRFIT committee. As the SPRFIT minutes are reviewed during quarterly HQ SPRFIT Coordinator reviews, this item will be closed and reviewed at the next review. | Closed. |
| CIM shall ensure the SPRFIT Coordinator attends the IFC and IAC meetings at least once every six months and document that attendance, as well as the discussion, in the SPRFIT minutes. | Review of the SPRFIT minutes indicated the SPRFIT coordinator is now attending these meetings. | Closed. |
| CIM shall ensure suicide prevention posters are posted in R&R. | There are now posters in R&R. | Closed. |

## Conclusions/Comments

An exit meeting was conducted with the local SPRFIT, Chief of Mental Health (A), Chief Psychiatrist, SRNIII, CNE, Captain of Healthcare and other members of CIM's administration, as well as the Region IV CNE and Region IV CEO.

Based upon this review, no CAPs are being requested.

The below is one concern not rising to the level of CAP[1] that will be re-assessed at the next on-site review:

- CIM shall place "Suicide Watch Rounds Completed Timely" on their Improvement Priorities List and Project Pipeline at the next SPRFIT committee meeting to determine the best course of action to increase compliance.

---

[1] A concern not rising to level of a CAP is an area that does not rise to the level of needing a formal corrective action plan, but that would help improve the health of the institution's suicide prevention program.



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**APPENDIX A** – Status of deficiencies as noted in the Fifth Re-Audit and Update of Suicide Prevention Practices in the prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs written by Lindsay M. Hayes dated October 24, 2022

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing Monitoring[2] |
|---|---|---|---|---|
| PT Rounds | Although the PT appeared very personable and conversed with each caseload and non-caseload inmate, he did not ask each caseload inmate if they were currently suicidal. The rounds were otherwise unremarkable and the PT was observed to be completing the Psych Tech Daily Rounds Form at cell-front for all caseload inmates. | Closed. | CIM trained the one PT that was found to be deficient. CIM closed this CAP in December 2021. | "Psychiatric Technician Rounds Documentation" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| MHCB Observation | This reviewer subsequently verified the accuracy of observation rounds by reviewing the EHRS charts of four patients on Suicide Precaution status in the MHCB unit during a nine-hour period from 12:00 a.m. through 8:59 a.m. on June 11, 2021 for CIM 1, on July 22, 2021 for CIM 2, and on September 16, 2021 for both CIM 3 and CIM 4. The chart review found no violations in two cases (CIM 1 and CIM 3), one violation in CIM 2, and four violations in CIM 4. A notation by a PT indicated the rounds were late because of understaffing. | Closed. | CIM closed this CAP in April 2022 due to compliance above 90% for 3 months. | "Suicide Precaution Rounds Completed Timely" and "Suicide Watch Rounds Completed Timely" are monthly metrics as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed monthly by regional nursing and in quarterly HQ SPRFIT Coordinator audits.<br><br>Based upon the April 2023 HQ SPRFIT Coordinator review, CIM shall place this item on their Improvement Priorities List and Project Pipeline at their next SPRFIT committee meeting. |

---

[2] As part of the SPRFIT Reboot process, if deficiencies are noted (by the institution, HQ, regional, or external stakeholders), the institutional SPRFIT committee will place the issue on their Improvement Priorities List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

| MH Referrals and SREs | A sample EHRS review of 42 emergency/urgent referrals for SI/behavior found that clinical staff subsequently completed the required SRASHEs in only 88 percent (37 of 42) of the cases. A similar deficiency was found during the previous assessment. | Closed. | CIM had the following compliance for completion of SREs when the referral reason was DTS:<br><br>• Q1 2023: 100% | "Suicide Risk Evaluations Completed Timely" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
|---|---|---|---|---|
| IDTT Meetings | Overall, although there was good treatment team representation, several of the meetings were problematic because they did not contain an adequate case presentation and suicide risk history of the patients. For example, in one case (CIM 5), the patient was observed in full issue clothing and not on suicide observation status. According to the daily census sheet, he had been admitted into the MHCB on August 23. Although the team discussed his current diagnosis (major depressive disorder), psychotropic medication (he refused), and SI (he denied any), there was no discussion as to why the patient had been referred to the MHCB or any other case presentation. It was subsequently determined that the patient had been referred to acute care (pg 149). | Closed. | No deficiencies were found during the February and April 2023 HQ SPRFIT Coordinator audits. | "Inpatient Unit IDTTs Meeting Requirements" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| MHCB Possessions and Privileges | Of the remaining 16 patients, the 114-A form review indicated that showers and telephone calls were regularly offered. However, although yard was offered to MHCB patients in Station 4, it was not regularly offered to those patients housed in Station 1. Part of the problem might have been attributable to the fact that patients on maximum-security/administrative segregation status were prohibited from using the CTC yard and the only option was their transport to the yard attached to the ASU located on the other side of the facility campus. Such | Closed. | CIM initiated an internal review of this and elected to close this CAP in April 2022 due to no deficiencies being noted for over 3 months. No deficiencies were found during the February and April 2023 HQ SPRFIT Coordinator audits. | "Out of Cell Time and Showers Offered" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. To ensure sustainability, this is currently an active project on CIM's Improvement Priorities List and Project Pipeline (as of March 2023). Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |

| | an option continued to be problematic (pg 149). | | | |
|---|---|---|---|---|
| Discharge SRASHEs and Safety Plans | Seven of the nine cases required safety plans to reduce SI, but only 71 percent (five of seven) had safety plans (pg 149). | Closed. | This is connected to the MHCB supervisory review of discharging safety plans which CIM previously had low compliance. However, CIM developed an internal plan to ensure the safety plans of all patients were for DTS were reviewed by the supervisor. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process.<br><br>There were no concerns identified with the completion of this review during the February 2023 HQ SPRFIT coordinator audit. As this new directive was released subsequent to the April 2023 on-site review, this item will be reviewed at the next quarterly HQ SPRFIT Coordinator audit. |
| Custody Discharge Checks | This reviewer was presented with documentation of 36 cases of inmates discharged from a MHCB or alternative housing placement who remained at CIM and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from March through August 2021. The review found that only 83 percent had Page 1 of the "Discharge Custody Check Sheet" (CDCR MH-7497) forms completed correctly by mental health clinicians. Of note, the vast majority (86 percent) of the custody checks were recommended for discontinuation by clinicians after the maximum allowable 72 hours (pg 150). | Closed. | CIM elected to close this CAP in May 2022 due to compliance being over 90% for 3 months. | "Custody Inpatient Housing Discharge Follow-ups" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. To ensure sustainability, this is currently an active project on CIM's Improvement Priorities List and Project Pipeline (as of March 2023). Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |
| SRMP & Bad News LOPs | Although CIM had an LOP for the CIT (dated March 2020), the LOP for the "Suicide Risk Management Program," dated July 12, 2021, was unsigned, and an updated LOP for "Inmate-Patients Receiving Bad News" based upon the April 2021 directive was not provided to the reviewer during the September 2021 assessment (pg 150). | Closed. | The most recent SRMP LOP is from October 2022. The most recent bad news LOP is from January 2023. | The status of these LOPs is reviewed during quarterly HQ SPRFIT Coordinator audits. |

| Suicide Prevention Training | In addition, approximately 92 percent of custody staff, 86 percent of medical staff, and 100 percent of mental health staff received annual suicide prevention block training during 2020 (pg 150). | Closed. | CIM achieved the following compliance for 2022:<br>• Custody: 96%<br>• Mental Health: 97%<br>• Nursing: 100% | "Staff who attended Annual IST Suicide Prevention Training" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

14

Exhibit D

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES** 

# MEMORANDUM

| Date: | May 5, 2023 |
|---|---|
| To: | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| From: | N. Hudspeth, PsyD, Senior Psychologist, Specialist<br>HQ SPRFIT Coordinator, Division of Healthcare Services |
| Subject: | **CALIFORNIA HEALTH CARE FACILITY PSYCHIATRIC INPATIENT PROGRAM- HQ SPRFIT COORDINATOR REVIEW** |

On April 11-12, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator – Region IV conducted a review at California Health Care Facility – Psychiatric Inpatient Program (CHCF PIP). Additionally, the Region II Nurse Consultant Program Reviewer (NCPR) Sommer Williams was on-site during the review. Although not on-site, the Region II Mental Health Compliance Team (MHCT) Lieutenants, Frank Hodson and Ruben Loza, as well as the Region II CNE, Laura Schaper, and Region II Psychiatrist, Lisa Scott-Covelo, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be reviewed during the Statewide SPRFIT committee. It is noted that, as this was only a review of the PIP, portions of the Guidebook are not applicable.

Should you have any questions or require further clarification, please contact me at (909) 276-8320 or nina.hudspeth@cdcr.ca.gov

## Section I: Restricted Housing Unit

Not applicable to PIP.

## Section II: Inpatient Units

**Suicide-resistant cells:** Patients placed on suicide watch or precaution remain housed in their assigned cell, however, their items are removed from the cell except for what is indicated in the issue order. Tier walks indicated the cells were clean with a cleaning schedule kept current.

**Special Interdisciplinary Treatment Team:** There were no special IDTTs scheduled the days of the review.

**Interdisciplinary Treatment Teams (IDTT)**

**B4A – APP, MAX:** Six cases were observed; four were weekly IDTTs, one was discharged to EOP and one had been discharged to ICF approximately two months prior and was awaiting transfer. Consultation with staff indicated that the patient that had discharged to ICF had not yet transferred due to long waitlists for ICF beds across the state. All required members were present, including the patients. None of the patients were on observation status, therefore, the observation levels, issue, and privileges were not required to be discussed. For the patients that were referred for danger to self, the development of safety planning was discussed. For the patient that discharged to EOP, safety planning was reviewed during the IDTT and review of EHRS indicated the suicide risk evaluation and safety plan were completed prior to the IDTT.

**B3B – ICF:** Four 30-day routine cases were observed, which included two discharges to EOP level of care. All required members were in attendance, except there was no PT for the first patient. This information was shared with the Region II CNE for further review and follow-up. None of the patients were on observation status, therefore the observation levels, issue, and privileges were not required to be discussed. The development of safety planning was discussed in the applicable cases. For the cases that discharged to EOP level of care, the safety plans were discussed and review of EHRS indicated the suicide risk evaluations and safety plans were completed prior to the IDTT.

**B2B – APP:** Five weekly cases were observed. All required members were in attendance, except there was no PT for the first patient. This information was shared with the Region II CNE for further review and follow-up. Of note, one patient refused to attend the IDTT and the case was not discussed in absentia; this has been identified as a concern in previous reviews but had been remedied. This was discussed with mental health leadership on-site and immediately addressed. None of the patients were on observation status, therefore the observation levels, issue, and privileges were not required to be discussed. The development of safety planning was discussed in the applicable cases.

**Quality of Safety Planning**:

A new safety planning training rolled out statewide February 2023; safety planning was removed from CAT 7 as a result of this new training. A new CAT (14) audit specifically for outpatient safety planning is currently being developed but has not yet been released to the field. However, only CAT 13, that is the PIP supervisor review of discharging safety plans, would be applicable to CHCF PIP and is discussed below.

CHCF PIP's Local Operating Procedure (LOP) *18.1.1 Safety Planning* (Revision: Draft) addresses safety planning. During the on-site review, CHCF PIP reported this LOP is expected to be signed within 60 days of the review.

**PIP Supervisor Review of Discharging Safety Plans**

HQ MH QM sent an e-mail statewide on February 2, 2023 suspending the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training and update to CAT 13. However, on April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing these reviews by developing a local tracking method since CAT 13 continued to be unavailable for use. CHCF PIP provided their internal tracking tool from April 6 to April 12, 2023 and most of the reviews are being completed, however, not all of the data was provided. It is noted that this has previously been identified as an issue during HQ SPRFIT Coordinator reviews as well as the most recent Hayes review in January 2023. CHCF PIP currently has an open CAP on this issue.

**Suicide Watch and Suicide Precaution**

Throughout the review, there were numerous patients on suicide watch and precaution in various housing units (B2A, B2B, B3B and B4A). The observers for patients on suicide watch were engaging in direct, continuous observation of the patient. This reviewer did not observe suicide precaution checks being completed.

A review of the Mental Health Observations Reporting Tool indicated that from March 1 to March 31, 2023, CHCF PIP was at 98% compliance for timely completion of suicide precaution rounds and at 96.2% compliance for timely completion of suicide watch rounds for patients housed in MHCB. Additionally, CHCF PIP was at 90.5% compliance for staggering suicide precaution rounds.

CHCF PIP indicated a draft of the LOP for out-of-cell activity for patients on suicide observation status was sent to HQ in June 2020 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership.

**Observation and Issue Orders**

Observation and issue orders were reviewed on the cell door for patients in various housing units (B2A, B2B, B3B and B4A). As identified during previous reviews, there continued to be issues with out-of-date orders being posted on the door. For example, in B4A (on April 11, 2023), there were five patients that had out-of-date orders, with the oldest being from March 29, 2023. It is noted that this is currently an open concern not rising to the level of a CAP. Upon consultation with Region II nursing, it was determined that this shall now be placed on CHCF PIP's Improvement Priorities List and Project Pipeline

The HQ SPRFIT Coordinator conducted a review of ten patients (across various units) on suicide watch or precaution as of April 11, 2023. This review consisted of three components: was the patient seen on a daily basis by a psychologist or psychiatrist, were observation and issue orders renewed on a daily basis by both psychologists and psychiatrists, and was there clinical justification documented in the progress notes for observation status and issue (the documentation review consisted of April 7 to 9, 2023). Three patients were not seen on at least one of the days reviewed, all patients had observation/issue orders completed but none were completed by a psychologist, and nine patients had inadequate justification for the observation status and issue on at least one of the days reviewed. Although this is currently a CAP, there has been limited progress in the quality of the justification of observation status and partial issue. Therefore, upon consultation with the Region II psychiatrist, it was determined that this shall now be placed on CHCF PIP's Improvement Priorities List and Project Pipeline. Additionally, as psychiatrists are primarily tasked with completing the daily contacts for patients on observation status, CHCF PIP shall ensure that a psychiatrist is either the project lead or co-lead.

Tier walks indicated most patients had property and clothing in compliance with statewide policy, except two patients had items in their cells that were not on the issue orders (one had books and the other had paper). This information was shared with the Region II MHCT lieutenants for follow-up and review.

**Privileges**

CHCF-PIP inputs information into the Non-Clinical Activity Tracking (NCAT) system for both maximum and non-maximum custody patients. Review of a random sample of patients in every unit from March 20 to April 10, 2023 indicated that patients in all units were being offered showers, meals, phone calls, yard and other out of cell activities

**Timelines for Suicide Risk Evaluations**

Timeliness of completion for SREs is reviewed in Sections VII and VIII. A review of the Appointments report in On Demand, filtered for Suicide Risk Evaluation for treatment category, indicated there were 222 appointments from January 1, 2023 to March 31, 2023 for the PIP. One-

hundred and eighty-two (81.98%) were identified as being completed in a confidential setting. The below table identifies the reasons for non-confidential contacts.

| Reason for Non-confidential SRE | Number | Percentage of contacts |
|---|---|---|
| Refused | 7 | 3.15% |
| Modified Program | 3 | 1.35% |
| Cell front - standard | 1 | 0.45% |
| Medical Restrictions/Public Health | 1 | 0.45% |
| Cell front – as planned | 4 | 1.8% |
| Cell front – no reason given | 24 | 10.81% |

## Section III: Alternative Housing

Not applicable to PIP.

## Section IV: Suicide Risk Management Program (SRMP)

Not applicable to PIP.

## Section V: Discharge Custody Checks

Not applicable to PIP.

## Section VI: Local SPRFIT Committee

CHCF PIP's LOP 17.20.25 *Treatment Planning and Procedures: Suicide Prevention and Response* (Revision: March 2023) addresses suicide prevention and response procedures.

The HQ SPRFIT Coordinator observed CHCF's (institution and PIP) monthly SPRFIT meeting via Microsoft Teams on March 21, 2023. Quorum was met but there was a limited discussion of the data provided. Action items were reviewed as indicated.

SPRFIT minutes were reviewed and audited based upon the Suicide Prevention On-site Audit Guidebook. At the time of the review, the January and February 2023 minutes were finalized and uploaded to the Suicide Prevention SharePoint. The minutes reviewed met all audit criteria. Therefore, CHCF PIP was at 100% compliance for passing SPRFIT minutes audit criteria.

Of note, CHCF PIP indicated there are no separate Inmate Family Counsel (IFC) or Inmate Advisory Counsel (IAC) for patients housed in the PIP. The attendance and discussion of these meetings is reviewed by the Region II SPRFIT Coordinator for CHCF institution.

## Section VII: Urgent and Emergent Referrals for Danger to Self

Per memorandum *Completion of Suicide Risk Assessments and Self-Harm Evaluations in Psychiatric Inpatient Program Settings* dated October 22, 2021, a SRE is not required for referrals for danger to self. On Demand is incorrectly capturing that SREs are required when this referral reason is selected. This issue has been elevated to HQ QM for further review. Therefore, this section is not applicable to PIP.

## Section VIII: Suicide Risk Evaluations

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from January 1, 2023 to March 31, 2023 for the PIP:

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE on admission to PIP, ACU, UnlACU, ICF, or UnlICF | 132 | 88% |
| SRE prior to clinical discharge from PIP | 75 | 56% |

As identified above, On Demand is incorrectly capturing compliance for completion of required SREs. Additionally, upon consultation with CHCF PIP leadership, it was identified that the SPRFIT BI report is also incorrectly capturing compliance for completion of required SREs. CHCF PIP completed a drilldown and identified the corrected data (as of this report, March 2023 data is still being analyzed):

| Month | On Demand – Admission SREs | Corrected data | On Demand – Discharge SREs | Corrected data |
|---|---|---|---|---|
| January | 78% | 93% | 42% | 84% |
| February | 100% | 100% | 65% | 92% |

It is noted that completion of SREs at admission and discharge is currently an open CAP.

## Section IX: Emergency Response

**Cut-down Kits:** The Region II MHCT lieutenants conducted a review of CHCF PIP August 30-31, 2022 and identified that one unit did not have the standardized inventory sheet and another unit was not utilizing inventory sheets at all. The Region II MHCT assigned a CAP to CHCF PIP to address this deficiency and although a formal review has yet to be conducted, the Region II MHCT reported that an informal review in January 2023 indicated the deficiencies had been corrected.

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:** There have been no deaths by suicide since the September 2022 review.

CHCF PIP's last death by suicide occurred on September 29, 2020. As a result of the review, 36 Quality Improvement Plans (QIP) were generated, including 30 mental health, one custody, three joint custody and medical, and two nursing QIPs.

Below is the abbreviated version of the mental health QIPs assigned to CHCF PIP that remained open from the September 2022 review as well as an update.

| QIP | CHCF-PIP Action | April 2023 Update | Status |
|---|---|---|---|
| **19. The patient received little programming while in the Maximum Acute program.** | CHCF PIP was directed to develop a LOP to address this. | CHCF PIP developed LOP 17.20.24 *Treatment Programming for PIP Maximum Custody Patients* (Revision: January 2023). | Closed. |

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for March 2023, as well as information obtained from CHCF PIP, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 82%
- Safety Planning (new training): 80%
- SRE Mentoring: 3%
- CSSRS: 90%
- Discontinue the Use of Safety Contracts: CHCF was unable to provide data
- Annual IST Suicide Prevention Training (reviewed on institutional side due to combined compliance)

It is noted that SRE mentoring is currently an active project on CHCF PIP's Improvement Priorities List and Project Pipeline.

CHCF PIP reported they had a Suicide Prevention and SRASHE core competency building training scheduled on April 13, 2023. CHCF PIP reported that as of this date, they are now at 94%.

CHCF PIP reported that they have safety planning trainings scheduled April 20, 26 and 27, 2023. CHCF PIP reported that they expect to be above 90% compliance by June 30, 2023.

## Section XI: Receiving and Release (R&R) Screening

PIP Intake screenings were unable to be observed during the on-site review. The nurse was interviewed and it was reported that the Initial Health Screening form is utilized and the door is kept closed during screenings. Suicide prevention posters (English and Spanish) were posted in the room.

## Section XII: Reception Center Processing

Not applicable to PIP.

## Section XIII: Crisis Intervention Team (CIT)

Not applicable to PIP.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

Hayes conducted a review of CHCF PIP January 2023; at the time of this review, the report has not yet been finalized/received. There were no CAPs assigned as a result of that review as the identified concerns were already CAPs or they were included in CHCF PIPs Improvement Priorities List and Project Pipeline.

Below are open CAPs from the July 2021 Hayes Review that are monitored via the **CAP Sharepoint**. See **Appendix A** for status of deficiencies previously identified.

| Title | Definition of the Problem | April 2023 Update | Status |
|---|---|---|---|
| SRASHE completion for admissions and discharges | During the July 2021 Hayes review exit, it was reported 29% of admissions and 78% of discharges had a SRASHE completed. Additionally, only 44% of safety plans were completed. | CHCF PIP has made significant improvement in the completion of required SRASHEs upon admission and discharge. Once 90% compliance has been completed for at least 3 months, it is recommended CHCF PIP close this CAP. | **Open. This will continue to be monitored on the CAP Sharepoint.** |
| Supervisory Review of PIP Discharge Safety Plans | During the July 2021 Hayes review exit, it was identified that there were no supervisory reviews of the safety plans of PIP discharges completed. | CHCF PIP provided their internal tracking tool as required by memorandum *Chart Audit Tool 13* dated April 5, 2023 beginning April 6 to April 11, 2023. Review of the tracking tool indicated most of the reviews are being completed, however, not all of the data was provided. | **Open. This will continue to be monitored on the CAP Sharepoint.** |

## Section XV: Assignment of Corrective Action Plans and Recommendations

Below is the one corrective action plan (CAP) assigned during the May 2022 review, as well as an update and status. As identified during the May 2022 review, this CAP incorporates various components of QIPs, Hayes CAPS, and HQ SPRFIT CAPs:

| CAP | April 2023 Update | Status |
|---|---|---|
| In review of suicide watch and precaution procedures, there are multiple inter-connected concerns. CHCF-PIP shall submit a CAP to address this to the CAP SharePoint site by July 15, 2022. The CAP shall address the following concerns:<br>• There is inadequate clinical justification in the progress notes for observation status and issue.<br>• Daily clinical rounds by a psychologist or psychiatrist for patients on suicide watch or precaution are not being completed.<br>• Psychologists are not routinely completing issue and observation orders. | As noted above, there continues to be concerns with daily rounds being completed, inadequate justification, and psychologists not routinely completing orders. | **As there has been little progress on this item, CHCF PIP will now be directed to add this to their SPRFIT Improvement Priorities List and Project Pipeline. Once added, CHCF PIP shall close this on the CAP SharePoint.** |

Below are concerns that did not rise to the level of a CAP from the September 2022 review, as well as updates and status:

| Concern | April 2023 Update | Status |
|---|---|---|
| CHCF-PIP shall develop a plan to ensure that out-of-date orders are removed from the cell door. | Weekly rounds to review orders, each unit is rounded on at least once a month. Orders, boarding up, excessive property, match between orders and property, PIP SPRFIT Coordinator, PIP CAPT/LT and SRNII/III and others (MH supervisor, Chief Psychologist, Program Director, etc). During this review, there continued to be concerns with removing old orders from the cell doors. | **Closed. CHCF PIP will now be directed to place this item on their Improvement Priorities List and Project Pipeline.** |
| Finalization of an LOP to address programming for maximum custody patients in the Acute program. | CHCF-PIP developed LOP 17.20.24 *Treatment Programming for PIP Maximum Custody Patients* (Revision: January 2023). | Closed. |

## Conclusions/Comments

An exit meeting was conducted with the local SPRFIT, Institution Chief Psychologist, PIP Chief Psychologist, Captain of Healthcare, PIP SRN III, and other members of CIW's administration.

At this time, no new CAPS are being requested.

All open CAPs (**SRASHE completion for admissions and discharges**, **Suicide watch and precaution procedures** (until added to the project pipeline), and **PIP Supervisory review of discharge safety plans**) shall continue to be updated on the **CAP Sharepoint** by the 15th of each month until closed.

Below are concerns not rising to the level of a CAP[1] that will be followed-up on at the next on-site review:

- CHCF PIP shall place "Orders for patients on suicide watch and suicide precaution" on their Improvement Priorities List and Project Pipeline at the next SPRFIT committee meeting to determine the best course of action to increase compliance.
- CHCF PIP shall place "Suicide Watch and Suicide Precaution rounds and justification" on their Improvement Priorities List and Project Pipeline at the next SPRFIT committee meeting to determine the best course of action to increase compliance. This project shall have a psychiatrist as either project lead or co-lead.

---

[1] A concern not rising to level of a CAP is an area that does not rise to the level of needing a formal corrective action plan, but that would help improve the health of the institution's suicide prevention program.



 CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES 

**APPENDIX A** – Status of deficiencies as noted in the Fifth Re-Audit and Update of Suicide Prevention Practices in the prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs written by Lindsay M. Hayes dated October 24, 2022

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing monitoring[2] |
|---|---|---|---|---|
| Intake Screening | Develop a CAP to ensure uniformity during the nursing intake screening process within the PIPs whereby all PIPs utilize the current Initial Health Screening form (which contains adequate mental health and suicide risk questions) or revise either the "Admission Assessment and History" and "Acute/ICF Nursing Assessment" forms to include adequate mental health and suicide risk questions | Closed. | CHCF PIP utilizes the Initial Health Screening form for PIP arrivals. | "R&R screenings conducted appropriately" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SRASHE Completion | Develop a CAP to ensure that SRASHEs are always completed consistent with the requirements of the PIP suicide prevention policy, including by psychiatry in all programs, as well as by CIW-PIP clinicians on the weekend | In progress. | CHCF PIP has an open CAP on this issue. CHCF PIP had the following compliance rates for completion of SRASHEs during Q1 2023 (March data is pending):<br>• Admissions: 93% (January) and 100% (February)<br>• Discharges: 84% (January) and 92% (February) | "Suicide Risk Evaluations Completed Timely" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop a CAP to ensure that only Suicide Precaution and Suicide Watch statuses are | Closed. | Review of clinical documentation for patients | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of |

---

[2] As part of the SPRFIT Reboot process, if deficiencies are noted (by the institution, HQ, regional, or external stakeholders), the PIP SPRFIT committee will place the issue on their Improvement Priority List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

| | | | | |
|---|---|---|---|---|
| | permitted for the observation for suicidal patients, and that terms such as "stags", "mental health observation", "Q-11", "behavioral suicide watch", and "enhanced observation" are prohibited to be used in provider orders and progress notes. | | on suicide observation status did not yield this concern. | the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop a CAP to ensure that regular nursing rounds conducted 15-minute intervals (meant for non-suicidal patients) should never be utilized as a substitute for Suicide Precaution Status. | Closed. | Review of clinical documentation for patients on suicide observation status did not yield this concern. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop CAPs at CMF-PIP, CHCF-PIP, SVSP-PIP, and SQ-PIP to ensure that all patients on suicide observation status are adequately observed. | Closed. | No deficiencies noted during the April 2023 HQ SPRFIT Coordinator Review. | "Suicide Precaution Observations" and "Suicide Watch Observations" are quarterly metrics as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Proper Clothing and Possessions | Develop CAPs at CMF-PIP, CHCF-PIP, CIW-PIP, and SQ-PIP to ensure that all provider orders regarding clothing and possessions are clinically justified in medical charts and that patients not on Suicide watch or Suicide precaution are provided all clothing and possessions. | In progress. | CHCF PIP has an active CAP regarding this issue. However, due to continued deficiencies noted during the April 2023 HQ SPRFIT Coordinator Review, CHCF PIP has been directed to add to this to their Improvement Priorities List and Project Pipeline. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Out-of-Cell Activities | Develop a CAP for all PIPs to ensure that suicidal patients have access to out-of-cell activities that are clinically justified, including those on maximum-security status. | In progress. | CHCF PIP indicated a draft of the LOP for out-of-cell activity for patients on suicide observation status was sent to HQ in June 2020 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership. | The status of this LOP is reviewed during quarterly HQ SPRFIT Coordinator Audits. |

| IDTT meetings | Develop a CAP in improve the Consistency of IDTT meetings for suicidal patients within all of the PIPs, to include adequate case presentations; higher level of care discussions (during meetings for ICF patients); adequate discussion regarding suicide risk histories; current suicide risk and observation; clothing, possessions, and out-of-cell activities; and safety planning to reduce further recurrence of SI. | In progress. | During the May 2022 review, CHCF PIP initiated a project titled Re-Imagination which included re-training clinical staff on various topics, including IDTT. During the September 2022 review, CHCF PIP reported that all units have now been trained. Although no issues regarding suicide prevention areas were noted during the April 2023 HQ SPRFIT Coordinator review, there continues to be variability in the overall quality of IDTTs. | "Inpatient Unit IDTTs Meeting Requirements" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
|---|---|---|---|---|
| Safety Planning | Develop a CAP to improve the adequacy of safety planning within all of the PIPs. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | In progress. | The new safety planning training rolled-out statewide in February 2023 which clearly identifies when a safety plan is required. Although all staff have not yet been trained, the supervisory reviews of discharging safety plans will ensure that safety plans are being completed as required by statewide policy, regardless of patient refusal and/or low acute risk level at discharge. | On April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing the supervisory review of discharging safety plans. The memorandum directed institutions to develop a local tracking method since CAT 13 continued to be unavailable for use. CHCF PIP provided their internal tracking tool beginning April 6 to April 12, 2023 and most of the reviews are being completed, however, not all of the data was provided. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Safety Planning | Develop a CAP to enforce the PIP suicide prevention policy requirement for supervisory review of a safety plan prior to, or during the IDTT in which the discharging SRASHE is completed. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be | In progress. | CHCF PIP provided their internal tracking tool beginning April 6 to April 12, 2023 and most of the reviews are being completed, however, not all of the data was provided. | On April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing the supervisory review of discharging safety plans. The memorandum directed institutions to develop a local tracking method since CAT 13 continued to be unavailable for use. CHCF PIP provided their internal tracking tool beginning April 6 to April 12, 2023 and most of the reviews are being completed, however, not all of the data was provided. |

| | considered reasons for exemption to both safety plan development and supervisory review. | | | This is reviewed in quarterly HQ SPRFIT Coordinator audits. |
|---|---|---|---|---|
| Contracting for Safety | Develop a CAP to ensure that "contracting for safety" is not utilized in either the assessment of suicide risk or documentation of decision-making within the PIPs. | In progress. | Memo *Discontinue the Use of Safety Contracts* released to the field February 17, 2023. CHCF PIP was unable to provide training compliance numbers. No issues were identified during the April 2023 review. | Clinical documentation is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Suicide Prevention Training | Develop CAPs to increase custody, medical, and mental health staff compliance for annual suicide prevention training at CMF-PIP and CHCF-PIP. | In progress. | This is monitored and addressed on the institutional side as the compliance numbers are combined. Below are the numbers for 2022:<br>• Custody: 99%<br>• MH: 83%<br>• Nursing: 90% | "Staff who attended Annual IST Suicide Prevention Training" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits of the institution. |
| Suicide Prevention Training | Develop CAPs to increase mental health clinician compliance rates for both SRE mentoring program and seven-hour SRE training at CMF-PIP, CHCF-PIP, and SVSP-PIP. | In progress. | As of March 2023, CHCF PIP had the following compliance rates:<br>• SRE mentoring: 3%<br>• 7-hour: 82%<br><br>CHCF PIP conducted a 7-hour training on April 13, 2023 and is now at 94%. As of March 2023, SRE mentoring is an active project on CHCF PIP's Improvement Priorities List and Project Pipeline. | "MH Clinicians with 7-hour SRE training within the Last 2 years" and "Staff Completion of the SRE Mentor Program" are monthly metrics as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SPRFIT Committee | Develop a CAP to ensure that SPRFITs at each PIP meet required monthly meetings quorums, and that deficient suicide prevention practices, including those cited in this reviewer's report, are remedied. | Closed. | Review of January 2023 and February 2023 SPRFIT minutes indicated that quorum was met and deficient areas reviewed. | This is reviewed in quarterly HQ SPRFIT Coordinator audits. |

Exhibit E

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES** 

# MEMORANDUM

| | |
|---|---|
| **Date:** | May 8, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | N. Hudspeth, PsyD, Senior Psychologist, Specialist<br>HQ SPRFIT Coordinator, Division of Healthcare Services |
| **Subject:** | **CALIFORNIA INSTITUTION FOR WOMEN - HQ SPRFIT COORDINATOR REVIEW** |

On April 18, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator – Region IV conducted a review at California Institution for Women (CIW) of both the institution and Psychiatric Inpatient Program (PIP). Although not on-site, the Region IV Mental Health Compliance Team (MHCT) Lieutenants, Tanesha Smith and Kimberly Drouillard, as well as the Region IV CNE, Laura Stanley, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be reviewed during the Statewide SPRFIT committee.

Should you have any questions or require further clarification, please contact me at (909) 276-8320 or nina.hudspeth@cdcr.ca.gov

## Section I: Restricted Housing Unit

**ASU EOP HUB and Psychiatric Services Unit (PSU)**

**Second Watch Partnership Huddle**: All required members were present with custody, nursing and mental health staff represented. The discussion covered topics such as new arrivals, behavioral problems, medication refusals, and patients scheduled for IDTT. Patients in the Suicide Risk Management Program were reviewed. One-hundred percent of audit criteria was met.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed. The PT engaged each patient at cell front and it was evident he had good rapport with each of them. Documentation was conducted in real time in the Electronic Health Record System (EHRS). The PT asked about current mental health symptoms and suicidal ideation during each contact. There was no indication to submit mental health referrals. The PT also offered in-cell activities and treatment packets to each patient.

**Intake Cells:** There are no intake cells in ASU EOP Hub/PSU. All new intakes are housed in a retrofitted intake cell in ASU to complete the 72-hour intake time prior to being transferred to ASU EOP Hub/PSU.

**Entertainment appliance**: During tier walks, all patients were asked if they had an entertainment appliance; all of them had either a radio, tablet or a TV.

**Welfare Check Completion (Guard One):** Review of the [Security/Welfare Check Monitoring Report](#) from the Office of Research indicated CIW was at 98.24% compliance for timely completion of Guard One for March 2023. The custody officer completing Guard One checks was observed. The officer stopped and looked into each cell prior to continuing the checks.

**ASU Intake Screenings**: EOP patients are housed in ASU prior to transfer to ASU EOP Hub/PSU to complete their 72 hour intake time since there are no intake cells in this unit. The compliance numbers are reviewed in the below section.

**Administrative Segregation Unit/Segregated Housing Unit**

Patients included in MHSDS at CCCMS level of care and non-MHSDS inmate-patients are housed in ASU. Therefore, this unit is designated as ASU, SHU, STRH, and LTRH. CIW leadership reported that a retrofit project was scheduled to be completed, therefore, patients were being transferred out (either to CCWF or released from restricted housing). However, the initiation of the project was delayed and now has a tentative start date of August 2023. Therefore, patients are expected to begin being transferred back to CIW from CCWF in the imminent future. At the time of the on-site review, there were only two patients housed in this unit.

**Second Watch Partnership Huddle**: The Partnership Huddle was unable to be observed. The huddle forms were reviewed and patients in the Suicide Risk Management Program were identified.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed (for one patient as the other was out of cell). The PT engaged the patient at cell front and it was evident she had a good rapport with her. Documentation was conducted in real time in EHRS and the PT asked about current mental health symptoms and suicidal ideation. The PT also offered in-cell activities and treatment packets to the patient.

**Intake Cells:** All of CIW's intake cells are retrofitted in compliance with statewide policy. Neither patient was on intake status.

**Welfare Check Completion (Guard One):** Review of the Security/Welfare Check Monitoring Report from the Office of Research indicated CIW was at 98.24% compliance for timely completion of Guard One for March 2023. Guard one checks were not observed by this reviewer.

**Entertainment appliance**: Neither patient was on intake status, however, both of them had an entertainment appliance (TV or tablet).

**ASU Screening (Pre-placement):** ASU pre-placement screenings were unable to be observed.



A review of On Demand indicated that CIW was 79% compliant for completing ASU Pre-placements within required timeframes January 1 to March 31, 2023 which is a significant decrease from Q4 2022 (91%). CIW nursing leadership indicated that corrective action was taken with each staff member associated with a late pre-placement. It is noted that so far in April 2023, CIW is at 100% compliance for this indicator. This information was shared with the Region IV CNE for further review and follow-up.

**ASU Screening (Post-placement)**:

ASU Screening Questionnaires were unable to be observed.

A review of On Demand indicated that CIW was 87% compliant for completing ASU Screening Questionnaires within required timeframes January 1 to March 31, 2023 which is a significant decrease from Q4 2022 (100%). CIW nursing leadership indicated that corrective action was taken with each staff member associated with a late screening questionnaire. It is noted that so far in April 2023, CIW is at 100% compliance for this indicator. This information was shared with the Region IV CNE for further review and follow-up.

As previously identified, CIW does not have a confidential space available to conduct the intake screenings; patients are offered to be screened in a therapeutic treatment module (TTM) located in the middle of the building.

## Section II: Inpatient Units

**Mental Health Crisis Bed (CTC)**

**Suicide-resistant cells:** All of CIW's MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** One discharge IDTT was observed. All required members were in attendance, including the patient. The observation level, issue and privileges were not required to be discussed; the safety plan was reviewed. Review of EHRS indicated the suicide risk evaluation and safety plan was completed prior to the IDTT.

**Suicide Watch and Suicide Precaution:** There were eight MHCB patients housed in CTC at the time of the on-site review. There were three patients on suicide watch and the observers were engaging in direct, continuous observation of the patient. There were three patients on suicide precaution.

A review of the Mental Health Observations Reporting Tool indicated that from March 1 to March 31, 2023, CIW MHCB was at 98.5% compliance for timely completion of suicide precaution rounds and at 94.6% compliance for timely completion of suicide watch rounds for patients housed in CTC. However, CIW MHCB CTC was at 83.2% compliance for staggering suicide precaution rounds. Further review indicated CIW MHCB CTC was at 81.3% compliance for staggering suicide precaution rounds from April 1 -18, 2023. This information was shared with the Region IV CNE for further review and follow-up. It is noted this metric is monitored by regional nursing on a monthly basis.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for all patients in MHCB while on-site on April 18, 2023. All but one patient had up-to-date orders posted on the door. This patient's last orders were from April 16, 2023. This information was shared with the Region IV CNE for further review and follow-up. This does not present as being an on-going issue.

The documentation for three patients on observation status were reviewed. The review indicated that there was inadequate clinical justification documented for the observation level and issue for two patients.

Tier walks indicated all patients had property and clothing in compliance with statewide policy.

**Privileges:** Review of 114-As for all MHCB patients indicated that patients that had been cleared were being offered yard, phone calls, and dayroom. Of note, yard was not frequently documented, however, upon consultation with regular housing unit officers, it was reported that patients are given the option of yard and dayroom and due to on-going inclement weather, most patients have been choosing dayroom.

## Mental Health Crisis Bed (Walker)

**Suicide-resistant cells:** All of CIW's MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** There were no IDTTs scheduled the day of the review.

**Suicide Watch and Suicide Precaution:** There were five MHCB patients housed in Walker at the time of the on-site review. There were no patients on suicide watch and all of the patients were on suicide precaution.

A review of the [Mental Health Observations Reporting Tool](#) indicated that from March 1 to March 31, 2023, CIW MHCB Walker was at 99.1% compliance for timely completion of suicide precaution rounds and at 95.6% compliance for timely completion of suicide watch rounds for patients housed in Walker. However, CIW MHCB Walker was at 80.9% compliance for staggering suicide precaution rounds. Further review indicated CIW MHCB Walker was at 75.4% compliance for staggering suicide precaution rounds from April 1 -18, 2023. This information was shared with the Region IV CNE for further review and follow-up. It is noted this metric is monitored by regional nursing on a monthly basis.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for all patients in Walker while on-site on April 18, 2023. All patients had up-to-date orders posted on the door. CIW Walker continues to demonstrate sustainability in this area.

Three patients on observation status were reviewed. The review indicated that there was inadequate clinical justification documented for the observation level and limited issue for all patients.

Tier walks indicated all patients on suicide watch and precaution had property and clothing in compliance with statewide policy.

**Privileges:** Review of 114-As for MHCB patients indicated that patients that had been cleared were being offered yard, dayroom and other out of cell activities. However, phone calls were not being documented. Upon consultation with regular housing unit officers, it was reported the documentation of phone calls is kept on separate log which was shown to this reviewer. However, the reviewer re-iterated the importance of documenting the phone calls on the 114-

As. This information was shared with the Region IV MHCT lieutenants for further review and follow-up.

**Psychiatric Inpatient Program (PIP)**

**Suicide-resistant cells:** Patients placed on suicide watch or precaution remain housed in their assigned cell, however, their items are removed from the cell except for what is indicated in the issue order. Tier walks indicated the cells were clean with a cleaning schedule kept current.

During the May 2021 review, it was noted that the cells are structured differently on A/B side versus C/D side. It was also noted that some of the cells are not in compliance with statewide policy for retrofitted cells. CIW PIP indicated that a Ligature Risk Assessment (LRA) was completed and that it was provided to the CIW Environment of Care Committee for review. CIW PIP reported that work orders were submitted via Architectural and Engineering to the joint commission support team at HQ, which are in discussion with facilities management, but have not yet received approval to initiate those work orders. This will continue to be monitored by the reviewer and HQ Suicide Prevention leadership.

**Special Interdisciplinary Treatment Team:** There were no special IDTTs scheduled the day of the review.

**Interdisciplinary Treatment Teams (IDTT):** Two IDTTs were observed, one was a discharge to EOP and the other a weekly Acute IDTT. All required members were in attendance, however, one was completed in absentia due to a pending controlled use of force being conducted at the time of this IDTT, therefore, custody were unable to escort the patient. One patient was on observation status for disruptive behavior, the observation status, issue, and privileges were discussed. For the patient that discharged, the safety plan was reviewed. Review of EHRS indicated the suicide risk evaluation and safety plan was completed prior to the IDTT. There was valuable input from every member of the treatment team with a robust discussion in both cases. The IDTTs were patient-centered and it was evident every member of the team knew each patient extremely well.

**Suicide Watch and Suicide Precaution:** At the time of the on-site review (April 18, 2023) there were two patients on suicide watch and two patients on suicide precaution. The observers were engaging in direct, continuous observation of the patient.

A review of the Mental Health Observations Reporting Tool indicated that from March 1 to March 31, 2023, CIW PIP was at 98.4% compliance for timely completion of suicide precaution rounds and at 94.7% compliance for timely completion of suicide watch rounds for patients housed in Walker. However, CIW PIP was at 88% compliance for staggering suicide precaution rounds. Further review indicated CIW PIP was at 87% compliance for staggering suicide precaution rounds from April 1 -18, 2023. This information was shared with the Region IV CNE for further review and follow-up.

CIW PIP indicated a draft of the LOP for out-of-cell activity for patients on suicide observation status was sent to HQ in April 2021 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for all patients on observation status while on-site on April 18, 2023. The orders were up-to-date on the door except one patient on suicide watch did not have an issue order on the door. This information was shared with the PIP unit supervisor and was immediately addressed. This does not present as being an on-going issue. This information was also shared with the Region IV CNE for further review and follow-up.

The clinical documentation for three patients on suicide observation status was reviewed. The review indicated that there was adequate clinical justification documented for the observation level and limited issue for two patients. Additionally, the patient had individual contacts every day and orders were initiated each day while on observation status.

Tier walks indicated all patients had property and clothing in compliance with statewide policy.

**Privileges:** CIW-PIP utilizes 114-As for maximum custody patients and inputs information into the Non-Clinical Activity Tracking (NCAT) system for both maximum and non-maximum custody patients. Review of a random sample of five patients from April 1 to April 18, 2023 indicated that they were all being offered showers, religious services, yard and other out of cell activities. As indicated previously, phone calls were rarely documented; CIW PIP patients were given tablets August 2022 which allows them to make phone calls from their tablets and therefore they are not tracked in the NCAT.

## Safety Planning

**Quality of Safety Planning**: A new safety planning training rolled out statewide February 2023; safety planning was removed from CAT 7 as a result of this new training. A new CAT (14) audit specifically for outpatient safety planning is currently being developed but has not yet been released to the field.  However, only CAT 13, that is the MHCB supervisor review of discharging safety plans, would be applicable to CIW MHCB and is discussed below.

CIW's Local Operating Procedure (LOP) for safety planning is still in draft form.  CIW reported this LOP is expected to be signed within 30 days of the review.

**MHCB Supervisor Review of Discharging Safety Plans**: HQ MH QM sent an e-mail statewide on February 2, 2023 suspending the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training and update to CAT 13. However, on April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing these reviews by developing a local tracking

method since CAT 13 continued to be unavailable for use. CIW provided their internal tracking tool from April 6 to April 12, 2023 and the reviews are being completed.

**PIP Supervisor Review of Discharging Safety Plans**: HQ MH QM sent an e-mail statewide on February 2, 2023 suspending the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training and update to CAT 13. However, on April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing these reviews by developing a local tracking method since CAT 13 continued to be unavailable for use. CIW PIP provided their internal tracking tool from April 6 to April 19, 2023 and the reviews are being completed.

## Clinical Discharge Follow-Ups

A review of On Demand from January 1 to March 31, 2023 indicated CIW was 98% compliant for completion of 5-day follow-ups.



EHRS for 15 patients discharged from MHCB was reviewed to ensure the 5-day follow-ups were completed for a minimum of five days, the safety plans were included each day and the last day was completed by a mental health clinician. One-hundred percent met audit criteria.

There were two patients that discharged from PIP to CIW outpatient during the review period. EHRS for both patients was reviewed to ensure the 5-day follow-ups were completed for a minimum of five days, the safety plans were included each day and the last day was completed by a mental health clinician. One-hundred percent met audit criteria.

Recently, it has come to the attention of the HQ suicide prevention team that the On Demand compliance rules for Clinical follow-ups after physical discharge from Acute/ICF/PIP is incorrect (***Figure 1***). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per memorandum *Psychiatric Inpatient Program Treatment Planning and Procedures: Suicide Prevention* dated January 6, 2021, "all patients shall receive a five-day clinical follow-up upon their return to the institution". This has been elevated to HQ MH QM for further review. There were four patients that returned from PIP/DSH to CIW from January 1 to March 31, 2023 that were referred for danger to others and/or significant impairment due to mental illness and 100% of them had a 5-day follow-up completed.



*Figure 1*

## Timelines for Suicide Risk Evaluations

Timeliness of completion for SREs is reviewed in Sections VII and VIII. A review of the Appointments report in On Demand, filtered for Suicide Risk Evaluation for treatment category,

indicated there were 338 appointments from January 1 to March 31, 2023 for the institution and PIP. Two-hundred and eighty-four (84.02%) were identified as being completed in a confidential setting. The below table identifies the reasons for non-confidential contacts.

| Reason for Non-confidential SRE | Number | Percentage of contacts |
|---|---|---|
| Refused | 8 | 2.36% |
| Modified Program | 2 | 0.59% |
| Unplanned | 1 | 0.29% |
| Medical Restrictions/Public Health | 1 | 0.29% |
| No Escort | 3 | 0.88% |
| Cell front – as planned | 3 | 0.88% |
| Cell front – no reason identified | 30 | 8.87% |
| Cell front – Standard | 6 | 1.77% |

## Section III: Alternative Housing

CIW's local operating procedure (LOP) #211 *Alternative Housing of Inmate-Patients Referred to MHCB* (Revision: February 2023) designates the medical beds in the CTC as the first choice for alternative housing as required by statewide policy.

The cells were clean and the cleaning schedule was kept current. Safety mattresses, safety blankets, and safety smocks were readily available in CTC. Portable suicide resistant beds were also available in TTA.

At the time of the on-site review, there were no patients in alternative housing. All the alternative housing cells in CTC were clean with a cleaning schedule kept current.

From January 1 to March 31, 2023, there were 36 referrals to MHCB for danger to self. A review of On Demand indicated CIW was 98% compliant for timely transfers to MHCB for all referrals (53) during this timeframe.



## Section IV: Suicide Risk Management Program (SRMP)

CIW's OP #235 *Suicide Risk Management Program* (Revision: February 2023) addresses the SRMP. At the time of the on-site review, there were 15 patients that were placed in SRMP. Five patient charts were reviewed and four patients had individualized treatment goals and interventions that addressed the reason for placement in SRMP. There was one patient that incorrectly identified as not being in the SRMP on the last treatment plan; there is no documentation indicating this patient was previously removed from the SRMP by the treatment team. This information was shared with CIW for further review and follow-up. This does not present as being an on-going issue at CIW.

There was one patient identified by On Demand as meeting criteria for SRMP but were not yet included in the program. This patient had just discharged from MHCB and had not yet been scheduled for IDTT.

## Section V: Discharge Custody Checks

CIW is completing monthly local audits as required by statewide policy. CIW had the following compliance: January (95.8%), February (97.1%) and March (95%). CIW addresses the deficiencies each month which is documented in the SPRFIT minutes.

## Section VI: Local SPRFIT Committee

CIW's LOP #210 *Suicide Prevention and Response Plan* (Revision: February 2023) addresses institutional suicide prevention and response procedures. CIW's LOP #234 *Procedure When Inmates Receive Bad News* (Revision: February 2023) identifies the procedures to initiate a referral to mental health for when inmate-patients report bad news during various settings.

The HQ SPRFIT Coordinator observed CIW's (institution and PIP) monthly SPRFIT meeting via Microsoft Teams on February 29, 2023. Quorum was met and there was a qualitative discussion of the data provided. Action items were reviewed as indicated.

SPRFIT minutes were reviewed and audited based upon the Suicide Prevention On-site Audit Guidebook. At the time of the review, the January, February, and March 2023 minutes (institution and PIP) were finalized and uploaded to the Suicide Prevention SharePoint. The minutes reviewed met all audit criteria, except quorum was not met in the January 2023 PIP meeting (CHSA). However, this does not present as being an ongoing issue. Therefore, CIW was at 87.5% compliance for passing SPRFIT minutes audit criteria.

Although there is now indication in the SPRFIT minutes that CIW's SPRFIT Coordinator attended the Inmate Advisory Counsel (IAC) within the past six months, there is no indication that the Inmate Family Counsel (IFC) has been attended.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. From January 1 to March 31, 2023, CIW had the below compliance rates for completion of a SRASHE.

| Suicide Risk Evaluation | | |
|---|---|---|
| SRE after Em.Consult (except PIP) for Suicidality | 42 | **95%** |

There were no urgent or routine referrals for DTS, therefore, all referrals were appropriately classified.

## Section VIII: Suicide Risk Evaluations

**Institution**

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from January 1 to March 31, 2023 for the institution:

| Suicide Risk Evaluation | | |
|---|---|---|
| SRE at MHCB Clinical Discharge | 127 | 90% |
| SRE at MHCB referral | 36 | 97% |
| SRE upon arrival from Acute/ICF | 5 | 80% |
| SREs after rescinded MHCB referral | 13 | 100% |
| SREs following MHCB Discharge (admitted for suicidality) | 110 | 99% |

One SRASHE in the category SRE upon arrival from Acute/ICF (80% compliance) was identified as late by On Demand. Upon review of EHRS, this patient was retained at ICF level of care but was admitted to CTC due to medical reasons, therefore, the patient was not technically a new arrival. Therefore, CIW was at 100% compliance for this category for the review period.

During the review period, there was one referral to MHCB for danger to self that were rescinded. A review that patient's chart indicated this is an On Demand error as the patient was at MHCB level of care but was housed in a medical bed in CTC due to medical concerns.

It has recently come to the attention of the HQ suicide prevention team that the On Demand compliance rules for SRE upon arrival from Acute/ICF is incorrect (**Figure 2**). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per the *2021 Mental Health Services Delivery System Program Guide*, a suicide risk assessment is required "within 72 hours of return from a Department of Mental Health [PIP/DSH] facility, or within 24 hours if clinically indicated based on new arrival screening" (12-10-9); there is no indication that this requirement is limited to patients that were referred to Acute/ICF for danger to self. This has been elevated to HQ MH QM for further review. There were four patients that returned from PIP/DSH to CIW from January 1 to March 31, 2023 that were referred for danger to others and/or significant impairment due to mental illness. A review of all charts indicated only one of them did not have a SRASHE completed upon their return.

| SRE upon arrival from Acute/ICF | 0 | Triggered by Arrival from Acute/ICF referred for Suicidality. Effective 2022-05-12 to present | First Suicide Risk Evaluation at current institution required no later than 72 Hours after Arrival from Acute/ICF referred for Suicidality. | Only required when referral is for danger to self.  ID# 65774308 Computed by mh.dbo.duedates_standard |
|---|---|---|---|---|

*Figure 2*

**PIP**

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from January 1 to March 31, 2023 for the PIP:

| Suicide Risk Evaluation | | |
|---|---|---|
| SRE on admission to PIP, ACU, UnlACU, ICF, or UnlICF | 41 | 93% |
| SRE prior to clinical discharge from PIP | 20 | 20% |

A review of On Demand for January 1 to March 31, 2022 indicated CIW PIP was at 20% compliance for completion of a SRE prior to clinical discharge. However, upon further review, there continues to be an error with On Demand capturing patients that parole or have a special IDTT serve as the discharge IDTT. As previously noted, CIW PIP reported that HQ IRU approved the use of special IDTTs for discharge IDTTs. This concern has previously been elevated to HQ and CIW PIP submitted a solution center ticket to address the errors in On Demand. CIW PIP completed a drilldown of the SREs identified as late and considering the above, CIW PIP was actually at 100% compliance for the review period.

## Section IX: Emergency Response

**Cut-down Kits:** The Region IV MHCT lieutenants conducted a review of CIW February 14-16, 2023 and identified that multiple units did not have the standardized inventory sheet or the sheets had not been inventoried properly. The Region IV MHCT lieutenants assigned a CAP to CIW to address this deficiency.

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:** There have been no deaths by suicide since the January 2023 review. There are no open QIPs from previous deaths by suicide.

## Section X: Training and Mentoring Compliance

**Institution**

Review of the Coleman Court Mandated Trainings SharePoint for March 2023, as well as information obtained from CIW, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning (new training): 0%
- SRE Mentoring: 86.3%
- SRMP: 100%
- CSSRS: 100%

- Discontinue the Use of Safety Contracts: 88%
- Annual IST Suicide Prevention (as of April 1, 2023 – including institution and PIP):
    - Custody: CIW was unable to provide the data
    - Mental Health: 15%
    - Healthcare: 1% (as of March 31, 2023)
- CPR certification (institution and PIP):
    - Custody: 100% (February data)
    - Nursing: 100%

CIW reported that staffing shortages have impacted their ability to complete SRE mentoring, however, they should be above 90% by May 30, 2023.

CIW reported that they had/have safety planning trainings scheduled May 11 and 25, 2023 with pending make-up dates waiting to be scheduled. CIW reported that they expect to be above 90% compliance by May 30, 2023.

**PIP**

Review of the Coleman Court Mandated Trainings SharePoint for March 2023, as well as information obtained from CIW PIP, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 90%
- Safety Planning (new training): 0%
- SRE Mentoring: 100%
- CSSRS: 100%
- Discontinue the Use of Safety Contracts: 67%

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was unable to be observed.

## Section XI: Receiving and Release (R&R) Screening

**Institution**

R&R screenings were unable to be observed during the on-site review. A tour of the R&R indicated that there is a confidential space available for screenings. A regular R&R nurse was interviewed and it was reported that the door is kept closed during screenings. Suicide prevention posters (English and Spanish) were posted in the room utilized by nursing.

**PIP**

PIP Intake screenings were unable to be observed during the on-site review. The room utilized to conduct screenings allows for patient confidentiality and staff safety. The nurse was interviewed

and it was reported that the door is kept closed during screenings. Suicide prevention posters (English and Spanish) were posted in the room utilized by nursing.

## Section XII: Reception Center Processing

CIW does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

CIT was unable to be observed. CIW's LOP #215 *Crisis Intervention Team Procedure* (Revision: February 2023) addresses institutional CIT procedures.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

There are no open Hayes CAPs for the PIP or institution. See **Appendix A** for status of deficiencies previously identified.

## Section XV: Assignment of Corrective Action Plans and Recommendations

There are no open CAPs for the **institution** from previous reviews.

Below are concerns identified from the January 2023 review as well as updates:

| Concern | April 2023 Update | Status |
|---------|-------------------|--------|
| CIW shall ensure observation orders for patients at an elevated risk for suicide and/or self-harm are ordered at a frequency in compliance with statewide policy. | No concerns were identified in this review. | Closed. |
| CIW shall ensure SRASHEs are completed as required by statewide policy. | There has been significant improvement across all SRE categories, all are above 90%. | Closed. |
| CIW shall ensure that staff that did not complete the Annual IST Suicide Prevention training in 2022 are prioritized to complete the training as soon as possible in 2023. | CIW was unable to provide data indicating as to whether or not those that were not trained in calendar year 2022 have been trained thus far in 2023. | **Open.** |
| CIW shall ensure the SPRFIT Coordinator attends the IFC and IAC meetings at least once every six months and document that attendance, as well as the discussion, in the SPRFIT minutes. | Review of the minutes indicated IAC attendance is now being documented, however, IFC is not. | **Open.** |

There are no open CAPs for the **PIP** from previous reviews.

Below are the concerns not rising to the level of a CAP for **PIP** identified during the January 2023 review:

| Concern | April 2023 update | Status |
|---|---|---|
| CIW PIP shall ensure that suicide prevention posters are posted in the room utilized by nursing to conduct initial screenings. | There are now posters in the office. | Closed. |

## Conclusions/Comments

An exit meeting was conducted with the Warden, local SPRFIT, Chief of Mental Health, PIP Chief Psychologist, PIP SRN III, Unit Supervisor, and other members of CIW's administration.

Based upon this review, no additional CAPs are being requested.

The below are concerns not rising to the level of CAP[1] that will be re-assessed at the next on-site review:

**Institution:**

- CIW shall develop a plan to address the deficiencies noted regarding inadequate clinical justification for observation status and limited issue in both CTC and Walker.
- CIW shall ensure compliance for Discontinue the Use of Safety Contracts training is above 90% within 30 days of receipt of this report.
- CIW shall ensure the SPRFIT Coordinator attends the IFC meetings at least once every six months and document that attendance, as well as the discussion, in the SPRFIT minutes.
- CIW shall ensure that staff that did not complete the Annual IST Suicide Prevention training in 2022 are prioritized to complete the training as soon as possible in 2023.

**PIP:**

- CIW PIP shall ensure compliance for Discontinue the Use of Safety Contracts training is above 90% within 30 days of receipt of this report.

---

[1] A concern not rising to level of a CAP is an area that does not rise to the level of needing a formal corrective action plan, but that would help improve the health of the institution's suicide prevention program.

 

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

**APPENDIX A** – Status of deficiencies as noted in the Fifth Re-Audit and Update of Suicide Prevention Practices in the prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs written by Lindsay M. Hayes dated October 24, 2022

**INSTITUTION**

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing Monitoring[2] |
|---|---|---|---|---|
| MHCB Possessions and Privileges | Within the licensed MHCB unit, showers and yard/dayroom were offered to two of three patients; whereas although showers and yard/dayroom appeared to be offered to Walker Unit patients, there were also notations on the 114-A forms of "no phone calls/dayroom due to PSR." Given the fact that such privileges were afforded to MHCB patients during the same time period, the withholding of such privileges in the Walker Unit was unexplained by CIW leadership (pg 146). | Complete. | This concern was immediately addressed by the MHCT lieutenants during the Hayes review. Subsequently, the issue of not providing out of cell activities to MHCB patients (whether in CTC or Walker) due to a PSR has not been identified in any of the subsequent MHCT audits or HQ SPRFIT Coordinator reviews. | "Out of Cell Time and Showers Offered" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |
| Discharge SRASHEs and Safety Plans | Subsequent discussion with the MHCB supervisor found that they were familiar with CDCR's "Supervisory Review of Mental Health Crisis Bed Discharge Safety Plans" (effective March 10, 2020), and that all discharge SRASHEs and safety plans were reviewed on a regular basis. However, subsequent review of a "MHCB DC SRE Reviews" form found an incorrect notation | Complete. | The MHCB supervisor was educated on the process of completing supervisory reviews of discharge safety plans. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIW is tracking the review of safety plans as required by this memorandum. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |

[2] As part of the SPRFIT Reboot process, if deficiencies are noted (by the institution, HQ, regional, or external stakeholders), the institutional SPRFIT committee will place the issue on their Improvement Priority List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

|  |  |  |  |  |
|---|---|---|---|---|
|  | that supervisory review was unnecessary for a patient being discharged at low acute risk for suicide (pg 146). |  |  |  |
| Custody Discharge Checks | This reviewer was presented with documentation of 58 cases of patients discharged from a MHCB or alternative housing placement who remained at CIW and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from March through August 2021. The review found that 93 percent had Page 1 of the "Discharge Custody Check Sheet" (CDCR MH-7497) forms completed correctly by mental health clinicians, with the vast majority (88 percent) of custody checks recommended for discontinuation after 24 hours by clinicians. In addition, 83 percent of the "custody check" forms (Page 2) were completed correctly by correctional staff at 30-minute intervals. Most of the custody deficiencies were related to gaps in documentation and/or missing observation sheets. | Complete. | CIW closed this CAP in May 2022 due to above 90% compliance for over 3 months. | "Custody Inpatient Housing Discharge Follow-ups" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |
| SRMP & Bad News LOPs | Although CIW had an LOP for the CIT, LOPs for "Inmate-Patients Receiving Bad News" and the "Suicide Risk Management Program" were not provided to the reviewer during the September 2021 assessment (pg 147). | Complete. | The most recent SRMP LOP is from February 2023. The most recent bad news LOP is from February 2023. | The status of these LOPs is reviewed during quarterly HQ SPRFIT Coordinator audits. |
| Suicide Prevention Training | Only 88 percent of custody staff, only 85 percent of medical staff, and 100 percent of mental health staff received annual suicide prevention block training during 2020 (pg 147). | In progress. | CIW achieved the following compliance for 2022:<br><br>• Custody: 82%<br>• Mental Health: 100%<br>• Medical: 86%<br><br>This was identified as a concern during the HQ SPRFIT Coordinator | "Staff who attended Annual IST Suicide Prevention Training" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

| | | | review in January 2023 review and an action item was assigned to prioritize staff to be trained as soon as possible in 2023 that did not receive the training in 2022. | |

## PSYCHIATRIC INPATIENT PROGRAM

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing monitoring[3] |
|---|---|---|---|---|
| Intake Screening | Develop a CAP to ensure uniformity during the nursing intake screening process within the PIPS whereby all PIPs utilize the current Initial Health Screening form (which contains adequate mental health and suicide risk questions) or revise either the "Admission Assessment and History" and "Acute/ICF Nursing Assessment" forms to include adequate mental health and suicide risk questions. | Complete. | CIW PIP utilizes the Initial Health Screening form for PIP arrivals. | "R&R screenings conducted appropriately" is a monthly metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SRASHE Completion | Develop a CAP to ensure that SRASHEs are always completed consistent with the requirements of the PIP suicide prevention policy, including by psychiatry in all programs, as well as by CIW-PIP clinicians on the weekend. | Complete. | CIW PIP had the following compliance rates for completion of SRASHEs during Q1 2023:<br>• Admissions: 100%<br>• Discharges: 100% | "Suicide Risk Evaluations Completed Timely" is a monthly metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop a CAP to ensure that only Suicide Precaution and Suicide Watch statuses are permitted for the observation for suicidal patients, and that terms such as "stags", "mental health observation", "Q-11", "behavioral suicide watch", and "enhanced observation" are prohibited to be used in provider orders and progress notes. | Complete. | Review of clinical documentation for patients on suicide observation status did not yield this concern. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

---

[3] As part of the SPRFIT Reboot process, if deficiencies are noted (by the PIP, HQ, regional, or external stakeholders), the PIP SPRFIT committee will place the issue on their Improvement Priority List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

| Observation of Suicide Patients | Develop a CAP to ensure that regular nursing rounds conducted 15-minute intervals (meant for non-suicidal patients) should never be utilized as a substitute for Suicide Precaution Status. | Complete. | Review of clinical documentation for patients on suicide observation status did not yield this concern. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
|---|---|---|---|---|
| Observation of Suicide Patients | Develop CAPs at both SVSP-PIP and CIW-PIP to ensure patients on suicide observation status are always assessed on a daily basis, and that orders for discharge from Suicide Watch and Suicide Precaution at SVSP-PIP are only completed following an assessment by a provider. | Complete. | CIW PIP initiated a monthly audit and closed this CAP in December 2022 due to reaching sustained compliance above 90% for 3 consecutive months. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Proper Clothing and Possessions | Develop CAPs at CMF-PIP, CHCF-PIP, CIW-PIP, and SQ-PIP to ensure that all provider orders regarding clothing and possessions are clinically justified in medical charts and that patients not on Suicide watch or Suicide precaution are provided all clothing and possessions. | Complete. | CIW PIP initiated a monthly audit and closed this CAP in December 2022 due to reaching sustained compliance above 90% for 3 consecutive months. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Out-of-Cell Activities | Develop a CAP for all PIPs to ensure that suicidal patients have access to out-of-cell activities that are clinically justified, including those on maximum-security status. | In progress. | CIW PIP indicated a draft of the LOP for out-of-cell activity for patients on suicide observation status was sent to HQ in April 2021 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership. | The status of this LOP is reviewed during quarterly HQ SPRFIT Coordinator Audits. |
| IDTT meetings | Develop a CAP in improve the Consistency of IDTT meetings for suicidal patients within all of the PIPs, to include adequate case presentations; higher level of care discussions (during meetings for ICF patients); adequate discussion regarding suicide risk histories; current suicide risk and observation; clothing, possessions, and out-of-cell activities; and safety planning to reduce further recurrence of SI. | Complete. | No concerns were identified in the February and April 2023 HQ SPRFIT Coordinator reviews. | "Inpatient Unit IDTTs Meeting Requirements" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

| Safety Planning | Develop a CAP to improve the adequacy of safety planning within all of the PIPs. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | Complete. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning have been suspended from February 2 to October 1, 2023. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIW PIP is tracking the review of safety plans as required by this memorandum. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |
|---|---|---|---|---|
| Safety Planning | Develop a CAP to enforce the PIP suicide prevention policy requirement for supervisory review of a safety plan prior to, or during the IDTT in which the discharging SRASHE is completed. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | Complete. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning have been suspended from February 2 to October 1, 2023. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIW PIP is tracking the review of safety plans as required by this memorandum. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Contracting for Safety | Develop a CAP to ensure that "contracting for safety" is not utilized in either the assessment of suicide risk or documentation of decision-making within the PIPs. | Complete. | Memo *Discontinue the Use of Safety Contracts* released to the field February 17, 2023. CIW PIP is at 67% compliance for completion of this LMS training and expect to be above 90% by May 30, 2023. No issues were identified during the April 2023 review. | Clinical documentation is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SPRFIT Committee | Develop a CAP to ensure that SPRFITs at each PIP meet required monthly meetings quorums, and that deficient suicide prevention practices, including those cited in this reviewer's report, are remedied. | Complete. | Review of December 2022, January 2023, and February 2023 SPRFIT minutes indicated that quorum was met. | This is reviewed in quarterly HQ SPRFIT Coordinator audits. |

Exhibit F

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES** 

# MEMORANDUM

| | |
|---|---|
| **Date:** | July 7, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | *[signature]* |
| | N. Hudspeth, PsyD, Senior Psychologist, Specialist |
| | HQ SPRFIT Coordinator, Division of Healthcare Services |
| **Subject:** | **CALIFORNIA INSTITUTION FOR MEN - HQ SPRFIT COORDINATOR REVIEW** |

On July 5, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator – Region IV conducted a review at California Institution for Men (CIM). Although not on-site, the Region IV Mental Health Compliance Team (MHCT) Lieutenants, Tanesha Smith and Kimberly Drouillard, as well as the Region IV CNE, Laura Stanley, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be reviewed during the Statewide SPRFIT committee.

Should you have any questions or require further clarification, please contact me at (909) 276-8320 or nina.hudspeth@cdcr.ca.gov

## Section I: Restricted Housing Unit

**Second Watch Partnership Huddle**: The Partnership Huddle was unable to be observed. The huddle forms were reviewed and patients in the Suicide Risk Management Program (SRMP) were identified.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed. The PT engaged each patient at cell front. Documentation was conducted in real time in EHRS for patients included in MHSDS. The PT asked about current mental health symptoms and suicidal ideation during each contact with patients included in MHSDS.

**Intake Cells:** All of CIM's intake cells are retrofitted in compliance with statewide policy. There were no 72-hour initial intakes housed in a non-intake cell. However, there were five intakes that were housed in an intake cell beyond 72 hours (four arrived June 30, 2023 and one arrived June 28, 2023). This was reported to the sergeant and the sergeant indicated it would be addressed immediately. The sergeant also reported there were 35-40 layovers that were placed in restricted housing on July 3-4, 2023, so there were no beds available to move them into. It is noted this is an active project on CIM's Improvement Priorities List and Project Pipeline. This was also shared with the Region IV MHCT lieutenants for further review and follow-up. All intakes had placards indicating when they arrived to the unit.

**Entertainment appliance**: During tier walks, patients on 72-hour and 21-day intake status were (43 total) were asked if they had an entertainment appliance, 100% reported they did.

**Welfare Check Completion (Guard One):** Review of the Security/Welfare Check Monitoring Report from the Office of Research indicated CIM was at 98.7% compliance for timely completion of Guard One for June 2023. The custody officer completing Guard One checks was unable to be observed; no issues were identified in the previous review.

**ASU Screening (Pre-placement):** ASU pre-placement screenings were unable to be observed. EHRS for five patients on intake status were reviewed; the ASU Pre-placements were completed within required timeframes for 100% of them.



A review of On Demand indicated that CIM was 97% compliant for completing ASU Pre-placements within required timeframes from April 1 to June 30, 2023.

**ASU Screening (Post-placement)**: ASU post-placement screenings were unable to be observed. EHRS for five patients were reviewed and the ASU Screening Questionnaires were completed within required timeframes for 100% of them.



A review of On Demand indicated that CIM was 95% compliant with completing ASU Screening Questionnaires within required timeframes from April 1 to June 30, 2023.

CIM reported that there is a confidential space to conduct the intake screening and that all inmate-patients are offered a confidential contact.

## Section II: Inpatient Units

**Suicide-resistant cells:** All of CIM's MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** Five IDTTs were observed, including three initials and two discharges. All required members were in attendance, including the patients. The observation level, issue, privileges and safety plan were reviewed appropriately. Review of the discharge safety plans indicated they were written collaboratively to address modifiable risk factors, protective factors, and warning signs that were specific and personalized.

**Quality of Safety Planning**: A new safety planning training rolled out statewide February 2023; safety planning was removed from CAT 7 as a result of this new training. A new CAT (14) audit specifically for safety planning is currently being developed but has not yet been released to the field. Therefore, there is no data to review for outpatient Suicide Risk and Self-Harm Evaluations (SRASHE).

The review of inpatient discharge SRASHEs, that is the MHCB supervisor review of discharging safety plans, is discussed below.

CIM's Local Operating Procedure (LOP) *12.7.901 Safety Planning* (Revision: April 2023) addresses safety planning.

**MHCB Supervisory Review of Discharging Safety Plans:** HQ MH QM sent an e-mail statewide on February 2, 2023 suspending the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training and update to CAT 13. However, on April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing these reviews by developing a local tracking method since CAT 13 continued to be unavailable for use. CIM provided their internal tracking tool from June 1 to June 30, 2023 and the reviews are being completed, however, 23 of 28 (82.14%) were identified as being completed subsequent to the discharge date. CIM reported various barriers to completing them, including staffing and scheduling.

**Suicide Watch and Suicide Precaution:** There were 31 MHCB patients housed in OHU at the time of the on-site review. There were nine patients on suicide watch and all of the observers were engaging in direct, continuous observation of the patients. There were three patients on suicide precaution.

A review of the Mental Health Observations Reporting Tool indicated that from June 1 to June 30, 2023, CIM was at 94.8% compliance for timely completion of suicide precaution rounds and at 85.3% compliance for timely completion of suicide watch rounds for patients housed in MHCB. It is noted this is an active project on CIM's Improvement Priorities List and Project Pipeline. Additionally, CIM was at 97.2% compliance for staggering suicide precaution rounds. This information was shared with the Region IV CNE for follow-up and further review.

**Observation and Issue Orders:** Issue orders on the door were reviewed for all patients in MHCB while on-site on July 5, 2023. Station 4 had no issues, however, Station 1 had multiple issues. Specifically, there were no orders on the door for five patients (which leadership indicated occurred periodically), one patient had multiple orders on the door, and another patient had orders from July 2, 2023. The last patient was especially concerning as the orders on the door were for partial issue, however, during the IDTT observed by this reviewer, the patient requested full issue and the treatment team indicated he had orders for full issue beginning July 2, 2023. This information was shared with the Region IV CNE for follow-up and further review and it was determined that observation and issue orders shall be placed on CIM's Improvement Priorities List and Project Pipeline. No patients had items in their cell that were not on their order.

EHRS for five patients on observation status was reviewed. The review indicated that there was adequate clinical justification documented for the observation level and/or partial issue for all patients. CIM continues to demonstrate sustainability in this area.

**Privileges:** Review of 114-As for all MHCB patients indicated that patients that had been cleared were being offered yard, showers, and phone calls.

**Clinical Discharge Follow-Ups**: A review of On Demand from April 1 to June 30, 2023 indicated CIM was 93% compliant for completion of 5-day follow-ups.



10.6 Timely Clinical Discharge follow-ups

93% (54)

EHRS for 13 patients (all patients on a 5-day follow-up during the review period) was reviewed to ensure the 5-day follow-ups were completed for a minimum of five days, the safety plans were included each day and the last day was completed by a mental health clinician. Ninety-one percent met audit criteria. There were three patients that did not have the safety plan included each day of the 5-day follow-up as required by statewide policy.

As noted during the previous review, it has come to the attention of the HQ suicide prevention team that the On Demand compliance rules for Clinical follow-ups after physical discharge from Acute/ICF/PIP is incorrect (***Figure 1***). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per memorandum *Psychiatric Inpatient Program Treatment Planning and Procedures: Suicide Prevention* dated January 6, 2021, "all patients shall receive a five-day clinical follow-up upon their return to the institution". This has been elevated to HQ MH QM for further review. There were no patients that returned from PIP/DSH to CIM from April 1

to June 30, 2023 that were referred for danger to others and/or significant impairment due to mental illness.

| Clinical followups after physical discharge from Acute/ICF/PIP | 0 | Triggered by DSH Physical Discharge (Admitted for Suicidality). Effective 2000-01-01 to present | First Clinical Followup at current institution required no later than 1 Calendar Day after DSH Physical Discharge (Admitted for Suicidality). Then Routinely within 1 Calendar Day of Clinical Followup. Rule expires 5 day(s) after initial clockstart. | ID# 1556491433 Computed by mh.dbo.duedates_standard |
|---|---|---|---|---|

*Figure 1*

**Timelines for Suicide Risk Evaluations:**

Timeliness of completion for SREs is reviewed in Sections VII and VIII. A review of the Appointments report in On Demand, filtered for Suicide Risk Evaluation for treatment category, indicated there were 47 appointments from April 1 to June 30, 2023 for the entire institution. Forty-one (87.23%) were identified as being completed in a confidential setting. The below table identifies the reasons for non-confidential contacts.

| Reason for Non-confidential SRE | Number | Percentage of contacts |
|---|---|---|
| Refused | 4 | 8.5% |
| As Planned | 1 | 2.12% |
| IP-initiated Unplanned Contact | 1 | 2.12% |

## Section III: Alternative Housing

CIM's Local Operating Procedure (LOP) *12.05.301 Housing of Inmate-Patients pending Mental Health Crisis Bed Transfer* (Revision: June 2022), designates the medical beds in the OHU as the first priority for alternative housing, as required by statewide policy. CIM reported this LOP is in the process of being updated and should be completed within 90 days of the on-site review.

During the on-site review, there were no patients in alternative housing. The cells were clean and the cleaning schedule was kept current. Safety mattresses, safety blankets, and safety smocks were readily available in OHU.

From April 1 to June 30, 2023, there were 13 referrals to MHCB for danger to self. A review of On Demand indicated CIM was 97% compliant for timely transfers to MHCB for all referrals (33).



## Section IV: Suicide Risk Management Program (SRMP)

CIM's LOP 158 12.07.701 *Suicide Risk Management Program* (Revision: October 2022) addresses the SRMP. At the time of the on-site review, there were no patients that were placed nor met criteria to be placed in SRMP.

5

## Section V: Discharge Custody Checks

CIM is completing monthly local audits as required by statewide policy. CIM had the following compliance: April (93.3%) and May (90.0%). CIM addresses the deficiencies each month which is documented in the SPRFIT minutes. It is noted this was an active project on CIM's Improvement Priorities List and Project Pipeline but was closed in May 2023 due to compliance being over 90% for 2 consecutive months.

## Section VI: Local SPRFIT Committee

CIM's LOP 12.10.101 *Suicide Prevention* (Revision: January 2023) addresses institutional suicide prevention and response procedures. CIM's LOP 12.10.102 *Notification of Patients Receiving Bad News* (Revision: January 2023) identifies the procedures to initiate a referral to mental health for when inmate-patients report bad news during various settings.

The HQ SPRFIT Coordinator observed CIM's monthly SPRFIT meeting via Microsoft Teams on June 20, 2023. Quorum was met and there was a qualitative discussion of the data provided. Action items were reviewed as indicated.

SPRFIT minutes were reviewed and audited based upon the Suicide Prevention On-site Audit Guidebook. At the time of the review, March, April, and May 2023 minutes were finalized and uploaded to the Suicide Prevention SharePoint. The minutes reviewed met all audit criteria. Additionally, there is indication CIM's SPRFIT Coordinator attended the Inmate Family Counsel (IFC) and Inmate Advisory Council (IAC) within the past 6 months as required by statewide policy.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. From April 1 to June 30, 2023, CIM had the below compliance rates for completion of a SRASHE.

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE after Em.Consult (except PIP) for Suicidality | 9 | 89% |
| SRE after Ur.Consult (except PIP) for Suicidality | 3 | 100% |

One emergent referral was identified as late by On Demand. A review of EHRS indicated this is an On Demand error as the SRASHE was completed within required timelines.

As noted above, there were three urgent DTS referrals; one was initiated for a patient that was already in MHCB and one was a duplicate of this order which was voided. The third consult did not have an override comment that justified urgent rather than emergent, however, the patient was seen within emergent timeframes and a SRASHE was completed. This information was immediately shared with CIM which addressed it as indicated.

## Section VIII: Suicide Risk Evaluations

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from April 1 to June 30, 2023:

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE at MHCB Clinical Discharge (admitted for any reason) | 182 | 93% |
| SRE at MHCB referral | 12 | 92% |
| SREs after rescinded MHCB referral | 16 | 88% |
| SREs following MHCB Discharge (admitted for suicidality) | 68 | 100% |

There were two SRASHEs identified as being late in the category SREs after rescinded MHCB referrals. One was for a patient that was a layover (enroute to RJD from CMC) for one night (arrived at 1700 and transferred at 0445 the next day) which was the day the 90 day SRASHE was due. The second SRASHE was a 90 day SRASHE which was completed late.

During the review period, there were no referrals to MHCB for danger to self that were rescinded. On Demand is incorrectly capturing one patient as a rescinded referral.

As identified during the previous review, it has come to the attention of the HQ suicide prevention team that the On Demand compliance rules for SRE upon arrival from Acute/ICF is incorrect (*Figure 2*). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per the *2021 Mental Health Services Delivery System Program Guide*, a suicide risk assessment is required "within 72 hours of return from a Department of Mental Health [PIP/DSH] facility, or within 24 hours if clinically indicated based on new arrival screening" (12-10-9); there is no indication that this requirement is limited to patients that were referred to Acute/ICF for danger to self. This has been elevated to HQ MH QM for further review. There were no patients that returned from PIP/DSH to CIM from April 1 to June 30, 2023 that were referred for danger to others and/or significant impairment due to mental illness.

| SRE upon arrival from Acute/ICF | 0 | Triggered by Arrival from Acute/ICF referred for Suicidality. Effective 2022-05-12 to present | First Suicide Risk Evaluation at current institution required no later than 72 Hours after Arrival from Acute/ICF referred for Suicidality. | Only required when referral is for danger to self. ID# 65774308 Computed by mh.dbo.duedates_standard |

*Figure 2*

7

## Section IX: Emergency Response

**Cut-down Kits:** The Region IV MHCT lieutenants are conducing a review of CIM in late July 2023 in which this item will be reviewed.

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:** There have been no deaths by suicide since the last review. There are no open QIPs from previous deaths by suicide.

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings [SharePoint](#) for June 2023, as well as information obtained from CIM, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning: 100%
- SRE Mentoring: 98%
- SRMP: 100%
- CSSRS: 100%
- Discontinue the Use of Safety Contacts: 98%
- Annual IST Suicide Prevention (as of June 30, 2023):
  - Custody: 62%
  - Mental Health: 53%
  - Healthcare: 46%
- CPR certification:
  - Custody: 100%
  - Nursing: 100%

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was unable to be observed.

## Section XI: Receiving and Release (R&R) Screening

R&R screenings were unable to be observed during the on-site review. A tour of the R&R indicated that there is a confidential space available for screenings. A regular R&R nurse was interviewed and it was reported that the door is kept closed during screenings. There were suicide prevention posters (English and Spanish) posted in the R&R area and the office utilized by the nurse to conduct screenings.

## Section XII: Reception Center Processing

CIM does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

CIT was unable to be observed. CIM's LOP #12 *Crisis Intervention Team* (Revision: November 2022) addresses institutional CIT procedures.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

Hayes conducted a review of CIM May 2023; at the time of this review, the report has not yet been finalized/received. No CAPs were assigned to CIM by the HQ SPRFIT Coordinator as additional information could not be obtained to verify various aspects of the preliminary findings. However, CIM elected to add "ASU inmates requiring retrofit intake cell placement and appropriately housed" to their June 2023 Improvement Priorities List and Project Pipeline based upon the preliminary finding that three inmate-patients were moved out of intake cells prior to the completion of 72 hours, one was placed into an ADA cell upon arrival, and one was not placed into an intake cell whatsoever.

There are no open Hayes CAPs. See **Appendix A** for status of deficiencies previously identified.

## Section XV: Assignment of Corrective Action Plans and Recommendations

There are no open CAPs from previous reviews.

Below is the one concern identified from the previous review as well as an update:

| Concern | July 2023 Update | Status |
|---|---|---|
| CIM shall place "Suicide Watch Rounds Completed Timely" on their Improvement Priorities List and Project Pipeline at the next SPRFIT committee meeting to determine the best course of action to increase compliance. | This is an active project on CIM's Improvement Priorities List and Project Pipeline (as of June 2023). | Closed. |

## Conclusions/Comments

An exit meeting was conducted with the local SPRFIT, Chief of Mental Health, SRNII, AW of Healthcare and other members of CIM's administration.

Based upon this review, no CAPs are being requested.

The below are concerns not rising to the level of CAP[1] that will be re-assessed at the next on-site review:

- CIM shall place "MHCB observation, issue, and privilege orders" on their Improvement Priorities List and Project Pipeline at the next SPRFIT committee meeting to determine the best course of action to ensure the orders are posted on the door on a daily basis as required by memorandum *Mental Health Crisis Bed Patient Identifier on Cell Door* dated December 3, 2021.
- CIM shall identify and review the barriers to completing the MHCB supervisory review of discharging safety plans prior to, or during, the discharge IDTT as required by memorandum *Update to the Suspension of Chart Audit Tool 13* dated April 5, 2023 to determine if those barriers can be remedied.
- CIM shall develop a plan to ensure safety plans are included and reviewed during each day of the 5-day follow-up as required by memorandum *Safety Planning* dated February 13, 2023.

---

[1] A concern not rising to level of a CAP is an area that does not rise to the level of needing a formal corrective action plan, but that would help improve the health of the institution's suicide prevention program.

 

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

**APPENDIX A** – Status of deficiencies as noted in the <u>Fifth Re-Audit and Update of Suicide Prevention Practices in the prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs</u> written by Lindsay M. Hayes dated October 24, 2022

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing Monitoring[2] |
|---|---|---|---|---|
| PT Rounds | Although the PT appeared very personable and conversed with each caseload and non-caseload inmate, he did not ask each caseload inmate if they were currently suicidal. The rounds were otherwise unremarkable and the Psych was observed to be completing the Psych Tech Daily Rounds Form at cell-front for all caseload inmates. | Closed. | CIM trained the one PT that was found to be deficient. CIM closed this CAP in December 2021. | "Psychiatric Technician Rounds Documentation" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| MHCB Observation | This reviewer subsequently verified the accuracy of observation rounds by reviewing the EHRS charts of four patients on Suicide Precaution status in the MHCB unit during a nine-hour period from 12:00 a.m. through 8:59 a.m. on June 11, 2021 for CIM 1, on July 22, 2021 for CIM 2, and on September 16, 2021 for both CIM 3 and CIM 4. The chart review found no violations in two cases (CIM 1 and CIM 3), one violation in CIM 2, and four violations in CIM 4. A notation by a PT indicated the rounds were late because of understaffing. | Closed. | CIM closed this CAP in April 2022 due to compliance above 90% for 3 months. | "Suicide Precaution Rounds Completed Timely" and "Suicide Watch Rounds Completed Timely" are monthly metrics as part of the institutional SPRFIT Measurement Plan and Schedule. This is currently an active project on their <u>Improvement Priorities List and Project Pipeline</u> (June 2023). Additionally, this is reviewed monthly by regional nursing and in quarterly HQ SPRFIT Coordinator audits. |

---

[2] As part of the SPRFIT Reboot process, if deficiencies are noted (by the institution, HQ, regional, or external stakeholders), the institutional SPRFIT committee will place the issue on their Improvement Priorities List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

| MH Referrals and SREs | A sample EHRS review of 42 emergency/urgent referrals for SI/behavior found that clinical staff subsequently completed the required SRASHEs in only 88 percent (37 of 42) of the cases. A similar deficiency was found during the previous assessment. | Closed. | CIM had the following compliance for completion of SREs when the referral reason was DTS:<br><br>• Q1 2023: 100%<br>• Q2 2023: 100% | "Suicide Risk Evaluations Completed Timely" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
|---|---|---|---|---|
| IDTT Meetings | Overall, although there was good treatment team representation, several of the meetings were problematic because they did not contain an adequate case presentation and suicide risk history of the patients. For example, in one case (CIM 5), the patient was observed in full issue clothing and not on suicide observation status. According to the daily census sheet, he had been admitted into the MHCB on August 23. Although the team discussed his current diagnosis (major depressive disorder), psychotropic medication (he refused), and SI (he denied any), there was no discussion as to why the patient had been referred to the MHCB or any other case presentation. It was subsequently determined that the patient had been referred to acute care (pg 149). | Closed. | No deficiencies were found during the February, April, and July 2023 HQ SPRFIT Coordinator audits. | "Inpatient Unit IDTTs Meeting Requirements" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| MHCB Possessions and Privileges | Of the remaining 16 patients, the 114-A form review indicated that showers and telephone calls were regularly offered. However, although yard was offered to MHCB patients in Station 4, it was not regularly offered to those patients housed in Station 1. Part of the problem might have been attributable to the fact that patients on maximum-security/administrative segregation status were prohibited from using the CTC yard and the only option was their transport to the yard attached to the ASU located on the other side of the facility campus. Such | Closed. | CIM initiated an internal review of this and elected to close this CAP in April 2022 due to no deficiencies being noted for over 3 months. No deficiencies were found during the February, April and July 2023 HQ SPRFIT Coordinator audits. | "Out of Cell Time and Showers Offered" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |

| | | | |
|---|---|---|---|
| | an option continued to be problematic (pg 149). | | | |
| Discharge SRASHEs and Safety Plans | Seven of the nine cases required safety plans to reduce SI, but only 71 percent (five of seven) had safety plans (pg 149). | Closed. | This is connected to the MHCB supervisory review of discharging safety plans which CIM previously had low compliance. However, CIM developed an internal plan to ensure the safety plans of all patients were for DTS were reviewed by the supervisor. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIM is completing the reviews, however, due to various barriers, they are not able to be completed prior to the discharge IDTT. This was added as an action item during the July 2023 HQ SPRFIT Coordinator Review. |
| Custody Discharge Checks | This reviewer was presented with documentation of 36 cases of inmates discharged from a MHCB or alternative housing placement who remained at CIM and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from March through August 2021. The review found that only 83 percent had Page 1 of the "Discharge Custody Check Sheet" (CDCR MH-7497) forms completed correctly by mental health clinicians. Of note, the vast majority (86 percent) of the custody checks were recommended for discontinuation by clinicians after the maximum allowable 72 hours (pg 150). | Closed. | CIM elected to close this CAP in May 2022 due to compliance being over 90% for 3 months. | "Custody Inpatient Housing Discharge Follow-ups" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |
| SRMP & Bad News LOPs | Although CIM had an LOP for the CIT (dated March 2020), the LOP for the "Suicide Risk Management Program," dated July 12, 2021, was unsigned, and an updated LOP for "Inmate-Patients Receiving Bad News" based upon the April 2021 directive was not provided to the reviewer during the September 2021 assessment (pg 150). | Closed. | The most recent SRMP LOP is from October 2022. The most recent bad news LOP is from January 2023. | The status of these LOPs is reviewed during quarterly HQ SPRFIT Coordinator audits. |

| Suicide Prevention Training | In addition, approximately 92 percent of custody staff, 86 percent of medical staff, and 100 percent of mental health staff received annual suicide prevention block training during 2020 (pg 150). | Closed. | CIM achieved the following compliance for 2022:<br>• Custody: 96%<br>• Mental Health: 97%<br>• Nursing: 100% | "Staff who attended Annual IST Suicide Prevention Training" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

Exhibit G

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES** 

# MEMORANDUM

| | |
|---|---|
| **Date:** | July 28, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | N. Hudspeth, PsyD, Senior Psychologist, Specialist<br>HQ SPRFIT Coordinator, Division of Healthcare Services |
| **Subject:** | **CALIFORNIA INSTITUTION FOR WOMEN - HQ SPRFIT COORDINATOR REVIEW** |

On July 11-12, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator – Region IV conducted a review at California Institution for Women (CIW) of both the institution and Psychiatric Inpatient Program (PIP). Although not on-site, the Region IV Mental Health Compliance Team (MHCT) Lieutenants, Tanesha Smith and Kimberly Drouillard, as well as the Region IV CNE, Laura Stanley, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be reviewed during the Statewide SPRFIT committee.

Should you have any questions or require further clarification, please contact me at (909) 276-8320 or nina.hudspeth@cdcr.ca.gov

## Section I: Restricted Housing Unit

### ASU EOP HUB and Psychiatric Services Unit (PSU)

**Second Watch Partnership Huddle**: All required members were present with custody, nursing and mental health staff represented. The discussion covered topics such as new arrivals, patients on 5-day follow-ups and patients on PC2602.  Patients in the Suicide Risk Management Program were reviewed. One-hundred percent of audit criteria was met.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed. The PT engaged each patient at cell front and it was evident he had good rapport with each of them. Documentation was conducted in real time in the Electronic Health Record System (EHRS). The PT asked about current mental health symptoms and suicidal ideation during each contact. There was no indication to submit mental health referrals. The PT also offered in-cell activities to each patient.

**Intake Cells:** There are no intake cells in ASU EOP Hub/PSU. All new intakes are housed in a retrofitted intake cell in ASU to complete the 72-hour intake time prior to being transferred to ASU EOP Hub/PSU. CIW leadership indicated they are requesting at least one cell in this unit be converted to an intake cell which would ensure continuity of patient care.

**Entertainment appliance**: During tier walks, all patients were asked if they had an entertainment appliance; all of them had either a radio, tablet or a TV.

**Welfare Check Completion (Guard One):** Review of the [Security/Welfare Check Monitoring Report](#) from the Office of Research indicated CIW was at 98.28% compliance for timely completion of Guard One for June 2023. The custody officer completing Guard One checks was observed. The officer stopped and looked into each cell prior to continuing the checks.

**ASU Intake Screenings**: EOP patients are housed in ASU prior to transfer to ASU EOP Hub/PSU to complete their 72 hour intake time since there are no intake cells in this unit. The compliance numbers are reviewed in the below section.

### Administrative Segregation Unit/Segregated Housing Unit

Patients included in MHSDS at CCCMS level of care and non-MHSDS inmate-patients are housed in ASU. Therefore, this unit is designated as ASU, SHU, STRH, and LTRH.

**Second Watch Partnership Huddle**: The Partnership Huddle was unable to be observed. The huddle forms were reviewed and patients in the Suicide Risk Management Program were identified.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed. The PT engaged the patient at cell front and it was evident she had a good rapport with her. Documentation was conducted in real

time in EHRS and the PT asked about current mental health symptoms and suicidal ideation with each patient. The PT also offered in-cell activities and treatment packets to all patients.

**Intake Cells:** All of CIW's intake cells are retrofitted in compliance with statewide policy. There were no patients on 72-hour initial intake status. There were nine patients on 21-day intake status; all but one had a placard indicating when they arrived to the unit. This was shared with the ASU sergeant and it was reported this would be immediately addressed. This was also shared with the Region IV MHCT lieutenants for further review and follow-up.

**Welfare Check Completion (Guard One):** Review of the Security/Welfare Check Monitoring Report from the Office of Research indicated CIW was at 98.28% compliance for timely completion of Guard One for June 2023. The custody officer completing Guard One checks was observed. The officer stopped and looked into each cell prior to continuing the checks.

**Entertainment appliance**: During tier walks, all patients 21-day intake status were (9 total) asked if they had an entertainment appliance, all but one reported they did. This was shared with the ASU sergeant and it was reported this would be immediately addressed. This was also shared with the Region IV MHCT lieutenants for further review and follow-up.

**ASU Screening (Pre-placement):** ASU pre-placement screenings were unable to be observed. EHRS for five patients on intake status were reviewed; the ASU Pre-placements were completed within required timeframes for 100% of them.



A review of On Demand indicated that CIW was 94% compliant for completing ASU Pre-placements within required timeframes April 1 to June 30, 2023.

**ASU Screening (Post-placement):**

ASU Screening Questionnaires were unable to be observed. EHRS for four patients were reviewed and the ASU Screening Questionnaires were completed within required timeframes for 100% of them.



A review of On Demand indicated that CIW was 100% compliant for completing ASU Screening Questionnaires within required timeframes April 1 to June 30, 2023.

As previously identified, CIW does not have a confidential space available to conduct the intake screenings; patients are offered to be screened in a therapeutic treatment module (TTM) located in the middle of the building.

## Section II: Inpatient Units

**Mental Health Crisis Bed (CTC)**

**Suicide-resistant cells:** All of CIW's CTC MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** One initial IDTT was observed. All required members were in attendance except for the patient as she refused to attend. The observation level, issue and privileges were discussed as well as the development of a safety plan.

**Suicide Watch and Suicide Precaution:** There were seven MHCB patients housed in CTC at the time of the on-site review. There were three patients on suicide watch and the observers were engaging in direct, continuous observation of the patient. There were three patients on suicide precaution.

A review of the Mental Health Observations Reporting Tool indicated that from June 1 to June 30, 2023, CIW MHCB CTC was at 98.7% compliance for timely completion of suicide precaution rounds and at 95.3% compliance for timely completion of suicide watch rounds for patients housed in CTC. Additionally, CIW MHCB CTC was at 92.1% compliance for staggering suicide precaution rounds. This is a significant improvement from the previous review.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for all patients in CTC MHCB while on-site on July 11, 2023. All patients had up-to-date orders posted on the door.

The documentation for three patients on observation status were reviewed. The review indicated that there was inadequate clinical justification documented for the privileges for all three patients and adequate justification for the observation level and issue for all of them.

Tier walks indicated all patients had property and clothing in compliance with statewide policy.

**Privileges:** Review of 114-As for all MHCB patients indicated that patients that had been cleared were being offered yard, phone calls, and dayroom. However, the 114-As for patients on suicide watch indicated the following regarding yard: "1:1, not eligible for yard or dayroom" or "per medical, ineligible for yard". The orders for the three patients on suicide watch indicated they were all restricted from yard. Upon consultation with CTC custody, they indicated that per their understanding, patients on a 1:1 are automatically not eligible for yard or dayroom. This reviewer informed them that patients are only restricted from out-of-cell activities if it is indicated on their order, it is not solely based upon their observation status.  This was also shared with the Region IV MHCT lieutenants for further review and follow-up.

**Mental Health Crisis Bed (Walker)**

**Suicide-resistant cells:** All of CIW's Walker MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** One initial IDTT was observed. All required members were in attendance, including the patient. The observation level and issue was discussed, however, privileges were not. The development of a safety plan was discussed.

**Suicide Watch and Suicide Precaution:** There were four MHCB patients housed in Walker at the time of the on-site review. There was one patient on suicide watch and two patients on suicide precaution. The observer was engaging in direct, continuous observation of the patient.

A review of the [Mental Health Observations Reporting Tool](#) indicated that from June 1 to June 30, 2023, CIW MHCB Walker was at 98.5% compliance for timely completion of suicide precaution rounds and at 95.6% compliance for timely completion of suicide watch rounds for patients housed in Walker. Additionally, CIW MHCB Walker was at 90.5% compliance for staggering suicide precaution rounds. This is a significant improvement from the previous review.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for all patients in Walker while on-site on July 11, 2023. All patients had up-to-date orders posted on the door. CIW Walker continues to demonstrate sustainability in this area.

Three patients on observation status were reviewed. The review indicated that there was inadequate clinical justification documented for the privileges, observation level, and limited issue for all patients.

Tier walks indicated all patients on suicide watch and precaution had property and clothing in compliance with statewide policy.

**Privileges:** Review of 114-As for all MHCB patients indicated that patients that had been cleared were being offered yard, phone calls, and dayroom. The one patient on suicide watch had an order indicating she was restricted from yard. Upon consultation with Walker custody, they also indicated that per their understanding, patients on a 1:1 are automatically not eligible for yard or dayroom. This reviewer informed them that patients are only restricted from out-of-cell activities if it is indicated on their order, it is not solely based upon their observation status. This was also shared with the Region MHCT lieutenants for further review and follow-up.

**Psychiatric Inpatient Program (PIP)**

**Suicide-resistant cells:** Patients placed on suicide watch or precaution remain housed in their assigned cell, however, their items are removed from the cell except for what is indicated in the issue order. Tier walks indicated the cells were clean with a cleaning schedule kept current.

During the May 2021 review, it was noted that the cells are structured differently on A/B side versus C/D side. It was also noted that some of the cells are not in compliance with statewide policy for retrofitted cells. CIW PIP indicated that a Ligature Risk Assessment (LRA) was completed and that it was provided to the CIW Environment of Care Committee for review. CIW PIP reported that work orders were submitted via Architectural and Engineering to the joint commission support team at HQ, which are in discussion with facilities management, but have not yet received approval to initiate those work orders. This will continue to be monitored by the reviewer and HQ Suicide Prevention leadership.

**Special Interdisciplinary Treatment Team:** There were no special IDTTs scheduled the day of the review.

**Interdisciplinary Treatment Teams (IDTT):** One IDTT was observed which was a discharge to EOP level of care. All required members were in attendance, including the patient. As the patient was not on observation status, the observation, issue, and privileges were not required to be discussed. The safety plan was discussed during the IDTT. Review of the discharge safety plan indicated it was written collaboratively to address modifiable risk factors, protective factors, and warning signs that were specific and personalized.

**Suicide Watch and Suicide Precaution:** At the time of the on-site review (July 12, 2023) there was one patient on suicide watch and no patients on suicide precaution. The observer was engaging in direct, continuous observation of the patient.

A review of the Mental Health Observations Reporting Tool indicated that from June 1 to June 30, 2023, CIW PIP was at 97.6% compliance for timely completion of suicide precaution rounds and at 95.2% compliance for timely completion of suicide watch rounds for patients housed in Walker. Additionally, CIW PIP was at 93.3% compliance for staggering suicide precaution rounds which is a significant improvement from the previous review.

CIW PIP indicated a draft of the LOP for out-of-cell activity for patients on suicide observation status was sent to HQ in April 2021 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for the one patient on observation status while on-site on July 12, 2023. The orders were up-to-date on the door. This is an improvement from the previous review.

The clinical documentation for one patient on suicide observation status was reviewed. The review indicated that there was adequate clinical justification documented for the observation level and limited issue. Additionally, the patient had individual contacts every day and orders were initiated each day while on observation status.

Tier walks indicated the patient had property and clothing in compliance with statewide policy.

**Privileges:** CIW-PIP utilizes 114-As for maximum custody patients and inputs information into the Non-Clinical Activity Tracking (NCAT) system for both maximum and non-maximum custody patients. Review of a random sample of five patients from July 1 to July 12, 2023 indicated that they were all being offered showers, religious services, yard and other out of cell activities. As indicated previously, phone calls were rarely documented; CIW PIP patients were given tablets August 2022 which allows them to make phone calls from their tablets and therefore they are not tracked in the NCAT. However, patients on maximum custody status are not able to make phone calls from their tablets, they are offered a phone every Wednesday. The 114-As for all maximum custody patients (4 total) were reviewed and two did not have any indication they were offered phone calls from June 28 to July 12, 2023; maximum custody patients in PIP make phone calls every Wednesday. Upon consultation with the PIP sergeant, one patient was restricted by ISU because of restraining orders from various family members, therefore, ISU needed to ensure those numbers were blocked prior to allowing this patient to make phone calls. The second patient did not have any restrictions. This information was shared with the Region IV MHCT lieutenants for further review and follow-up.

**Safety Planning**

**Quality of Safety Planning**: A new safety planning training rolled out statewide February 2023; safety planning was removed from CAT 7 as a result of this new training. A new CAT (14) audit specifically for outpatient safety planning is currently being developed but has not yet been released to the field. However, only CAT 13, that is the MHCB supervisor review of discharging safety plans, would be applicable to CIW MHCB and is discussed below.

CIW's Local Operating Procedure (LOP) #239 *Safety Planning* (Revision: April 2023) addresses safety planning.

**MHCB Supervisor Review of Discharging Safety Plans**: HQ MH QM sent an e-mail statewide on February 2, 2023 suspending the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training and update to CAT 13. However, on April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing these reviews by developing a local tracking method since CAT 13 continued to be unavailable for use. CIW provided their internal tracking tool for June 2023 and the reviews are being completed, however, 29 of 30 (96%) were identified as being completed subsequent to the discharge date.

**PIP Supervisor Review of Discharging Safety Plans**: HQ MH QM sent an e-mail statewide on February 2, 2023 suspending the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training and update to CAT 13. However, on April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing these reviews by developing a local tracking method since CAT 13 continued to be unavailable for use. CIW PIP provided their internal tracking

tool for April, May and June 2023 and the reviews are being completed. There were eight discharges and seven are identified as being completed prior to or during the IDTT.

**Clinical Discharge Follow-Ups**



A review of On Demand from April 1 to June 30, 2023, 2023 indicated CIW was 97% compliant for completion of 5-day follow-ups.

EHRS for 15 patients discharged from MHCB was reviewed to ensure the 5-day follow-ups were completed for a minimum of five days, the safety plans were included each day and the last day was completed by a mental health clinician. Eighty-four percent of audit criteria was met; one was not completed for five days and six did not have the safety plan included each day.

Recently, it has come to the attention of the HQ suicide prevention team that the On Demand compliance rules for Clinical follow-ups after physical discharge from Acute/ICF/PIP is incorrect (**Figure 1**). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per memorandum *Psychiatric Inpatient Program Treatment Planning and Procedures: Suicide Prevention* dated January 6, 2021, "all patients shall receive a five-day clinical follow-up upon their return to the institution". This has been elevated to HQ MH QM for further review. There were four patients that returned from PIP/DSH to CIW from April 1 to June 30, 2023 that were referred for danger to others and/or significant impairment due to mental illness and 100% of them had a 5-day follow-up completed.

| Clinical followups after physical discharge from Acute/ICF/PIP | 0 | Triggered by DSH Physical Discharge (Admitted for Suicidality). Effective 2000-01-01 to present | First Clinical Followup at current institution required no later than 1 Calendar Day after DSH Physical Discharge (Admitted for Suicidality). Then Routinely within 1 Calendar Day of Clinical Followup. Rule expires 5 day(s) after initial clockstart. | ID# 1556491433 Computed by mh.dbo.duedates_standard |

*Figure 1*

**Timelines for Suicide Risk Evaluations**

Timeliness of completion for SREs is reviewed in Sections VII and VIII. A review of the Appointments report in On Demand, filtered for Suicide Risk Evaluation for treatment category, indicated there were 309 appointments from April 1 to June 30, 2023 for the institution and PIP. Two-hundred and fifty-five (82.52%) were identified as being completed in a confidential setting. The below table identifies the reasons for non-confidential contacts.

| Reason for Non-confidential SRE | Number | Percentage of contacts |
|---|---|---|
| Refused | 24 | 7.76% |
| Custody Modified Program | 1 | 0.32% |
| IP No Showed Scheduled Contact | 1 | 0.32% |
| Medical Restrictions/Public Health | 3 | 0.97% |
| As Planned | 21 | 6.79% |
| MH Modified Program | 3 | 0.97% |
| Provider Initiated Unplanned Contact | 1 | 0.32% |

## Section III: Alternative Housing

CIW's local operating procedure (LOP) #211 *Alternative Housing of Inmate-Patients Referred to MHCB* (Revision: February 2023) designates the medical beds in the CTC as the first choice for alternative housing as required by statewide policy.

The cells were clean and the cleaning schedule was kept current. Safety mattresses, safety blankets, and safety smocks were readily available in CTC. Portable suicide resistant beds were also available in TTA.

At the time of the on-site review, there were no patients in alternative housing. All the alternative housing cells in CTC were clean with a cleaning schedule kept current.

From April 1 to June 30, 2023, there were 25 referrals to MHCB for danger to self. A review of On Demand indicated CIW was 97% compliant for timely transfers to MHCB for all referrals (38) during this timeframe.



## Section IV: Suicide Risk Management Program (SRMP)

CIW's OP #235 *Suicide Risk Management Program* (Revision: February 2023) addresses the SRMP. At the time of the on-site review, there were 20 patients that were placed in SRMP. Five patient charts were reviewed and all of them had individualized treatment goals and interventions that addressed the reason for placement in SRMP. There were no patients identified by On Demand as meeting criteria for SRMP but were not yet included in the program.

## Section V: Discharge Custody Checks

CIW is completing monthly local audits as required by statewide policy. CIW had the following compliance: April (100%) and May (99.2%). CIW addresses the deficiencies each month which is documented in the SPRFIT minutes.

## Section VI: Local SPRFIT Committee

CIW's LOP #210 *Suicide Prevention and Response Plan* (Revision: February 2023) addresses institutional suicide prevention and response procedures. CIW's LOP #234 *Procedure When Inmates Receive Bad News* (Revision: February 2023) identifies the procedures to initiate a referral to mental health for when inmate-patients report bad news during various settings.

The HQ SPRFIT Coordinator has been unable to observe CIW's (institution and PIP) monthly SPRFIT meetings since the previous review.

SPRFIT minutes were reviewed and audited based upon the Suicide Prevention On-site Audit Guidebook. At the time of the review, the April, May, and June 2023 minutes (institution and PIP) were finalized and uploaded to the Suicide Prevention SharePoint. The minutes reviewed met all audit criteria. Additionally, there is now indication in the SPRFIT minutes that CIW's SPRFIT Coordinator attended the Inmate Advisory Council (IAC) and Inmate Family Council (IFC) within the past six month.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. From April 1 to June 30, 2023, CIW had the below compliance rates for completion of a SRASHE.

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE after Em.Consult (except PIP) for Suicidality | 22 | 91% |

There were no urgent or routine referrals for DTS, therefore, all referrals were appropriately classified.

## Section VIII: Suicide Risk Evaluations

**Institution**

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from April 1 to June 30, 2023 for the institution:

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE at MHCB Clinical Discharge | 137 | 95% |
| SRE at MHCB referral | 24 | 79% |
| SRE upon arrival from Acute/ICF | 6 | 67% |
| SREs after rescinded MHCB referral | 12 | 100% |
| SREs following MHCB Discharge (admitted for suicidality) | 86 | 99% |

Five SRASHEs in the category SRE at MHCB referral (79% compliance) were identified as late by On Demand. Upon review of EHRS, one was completed timely but was modified after the due date; this impacts On Demand but not patient care. The other four did not have a SRASHE completed; all of them were MHCB referrals after-hours and therefore should have had the SRASHE completed the following day. Thus, CIW was at 83.3% compliance for this category.

Two SRASHEs in the category SRE upon arrival from Acute/ICF (67% compliance) was identified as late by On Demand. Upon review of EHRS, one patient was retained at ICF level of care but was admitted to CTC due to medical reasons, therefore, the patient was not technically a new arrival. The second patient was discharged from PIP June 20, 2023 and went out to court on June 21, 2023 (and remained out to court at the time of the on-site review), thus the SRASHE was unable to be completed prior to the transfer. Therefore, CIW was at 100% compliance for this category for the review period.

During the review period, there were no referrals to MHCB for danger to self that were rescinded.

It has recently come to the attention of the HQ suicide prevention team that the On Demand compliance rules for SRE upon arrival from Acute/ICF is incorrect (**Figure 2**). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per the *2021 Mental Health Services Delivery Program Guide*, a suicide risk assessment is required "within 72 hours of return from a Department of Mental Health [PIP/DSH] facility, or within 24 hours if clinically indicated based on new arrival screening" (12-10-9); there is no indication that this requirement is limited to patients that were referred to Acute/ICF for danger to self. This has been elevated to HQ MH QM for further review. There were four patients that returned from PIP/DSH to CIW from April 1 to June 30, 2023 that were referred for danger to others and/or significant impairment due to mental illness. A review of all charts indicated 100% of them a SRASHE completed upon their return, which is an improvement from the previous review.

| SRE upon arrival from Acute/ICF | 0 | Triggered by Arrival from Acute/ICF referred for Suicidality. Effective 2022-05-12 to present | First Suicide Risk Evaluation at current institution required no later than 72 Hours after Arrival from Acute/ICF referred for Suicidality. | Only required when referral is for danger to self. ID# 65774308 Computed by mh.dbo.duedates_standard |

*Figure 2*

## PIP

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from April 1 to June 30, 2023 for the PIP:

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE on admission to PIP, ACU, UnlACU, ICF, or UnlICF | 27 | 100% |
| SRE prior to clinical discharge from PIP | 13 | 31% |

A review of On Demand for April 1 to June 30, 2023 indicated CIW PIP was at 31% compliance for completion of a SRE prior to clinical discharge. However, upon further review, there continues to be an error with On Demand capturing patients that parole or have a special IDTT serve as the discharge IDTT. As previously noted, CIW PIP reported that HQ IRU approved the use of special IDTTs for discharge IDTTs. This concern has previously been elevated to HQ and CIW PIP submitted a solution center ticket to address the errors in On Demand. CIW PIP completed a drilldown of the SREs identified as late and considering the above, CIW PIP was actually at 100% compliance for the review period.

## Section IX: Emergency Response

**Cut-down Kits:** The Region IV MHCT lieutenants are conducing a review of CIW in late July 2023 in which this item will be reviewed.

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:** There have been no deaths by suicide since the April 2023 review. There are no open QIPs from previous deaths by suicide.

## Section X: Training and Mentoring Compliance

**Institution**

Review of the Coleman Court Mandated Trainings SharePoint for June 2023, as well as information obtained from CIW, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 97%
- Safety Planning (new training): 97%
- SRE Mentoring: 85%
- SRMP: 95%
- CSSRS: 100%
- Discontinue the Use of Safety Contracts: 100%
- Annual IST Suicide Prevention (as of July 7, 2023 – including institution and PIP):
  - Custody: 53%
  - Mental Health: 68%
  - Healthcare: 24%
- CPR certification (institution and PIP):
  - Custody: 100%
  - Nursing: 100%

CIW reported that difficulty with mentoring psychiatrists due to scheduling conflicts and staffing shortages have impacted their ability to complete SRE mentoring, however, they should be above 90% by September 30, 2023.

CIW reported IST is behind in uploaded the training records since at least April 2023. Mental health leadership indicated CIW's CEO authorized overtime to input the training records into LMS to increase compliance. This information was shared with the Region IV CNE for review and follow-up.

**PIP**

Review of the Coleman Court Mandated Trainings SharePoint for June 2023, as well as information obtained from CIW PIP, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning (new training): 100%
- SRE Mentoring: 100%
- CSSRS: 100%
- Discontinue the Use of Safety Contracts: 100%
- Suicide Prevention Policy: 87%

CIW PIP reported the one clinician that was out of compliance for the Suicide Prevention Policy completed the training July 13, 2023, therefore, CIW PIP is at 100% compliance as of that date.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was unable to be observed.

## Section XI: Receiving and Release (R&R) Screening

**Institution**

R&R screenings were unable to be observed during the on-site review. A tour of the R&R indicated that there is a confidential space available for screenings. A regular R&R nurse was interviewed and it was reported that the door is kept closed during screenings. Suicide prevention posters (English and Spanish) were posted in the room utilized by nursing.

**PIP**

PIP Intake screenings were unable to be observed during the on-site review. The room utilized to conduct screenings allows for patient confidentiality and staff safety. The nurse was interviewed and it was reported that the door is kept closed during screenings. Suicide prevention posters (English and Spanish) were posted in the room utilized by nursing.

## Section XII: Reception Center Processing

CIW does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

CIT was unable to be observed. CIW's LOP #215 *Crisis Intervention Team Procedure* (Revision: September 2022) addresses institutional CIT procedures.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

Hayes conducted a review of CIW and CIW PIP in May 2023; at the time of this review, the report has not yet been finalized/received. No CAPs were assigned to CIW or CIW PIP by the HQ SPRFIT Coordinator as additional information could not be obtained to verify various aspects of the preliminary findings.

There are no open Hayes CAPs for the PIP or institution from his previous reviews. See **Appendix A** for status of deficiencies previously identified.

## Section XV: Assignment of Corrective Action Plans and Recommendations

There are no open CAPs for the **institution** from previous reviews.

Below are concerns identified from the April 2023 review as well as updates:

| Concern | July 2023 Update | Status |
|---|---|---|
| CIW shall develop a plan to address the deficiencies noted regarding inadequate clinical justification for observation status and limited issue in both CTC and Walker. | There continue to be deficiencies regarding clinical justification. | **Closed. As there have been continued deficiencies, CIW shall be directed to place this item on their Improvement Priorities List and Project Pipeline.** |
| CIW shall ensure compliance for Discontinue the Use of Safety Contracts training is above 90% within 30 days of receipt of this report. | CIW is at 100% compliance. | Closed. |
| CIW shall ensure the SPRFIT Coordinator attends the IFC meetings at least once every six months and document that attendance, as well as the discussion, in the SPRFIT minutes. | This is now documented in the SPRFIT minutes. | Closed. |
| CIW shall ensure that staff that did not complete the Annual IST Suicide Prevention training in 2022 are prioritized to complete the training as soon as possible in 2023. | CIW was unable to identify if those that were out of compliance in 2022 have received the training in 2023. | Closed. CIW indicated all disciplines are being scheduled for training. This will continue to be monitored at future on-site reviews. |

There are no open CAPs for the **PIP** from previous reviews.

Below are the concerns not rising to the level of a CAP for **PIP** identified during the January 2023 review:

| Concern | April 2023 update | Status |
|---|---|---|
| CIW PIP shall ensure compliance for Discontinue the Use of Safety Contracts training is above 90% | CIW is at 100% compliance. | Closed. |

| within 30 days of receipt of this report. | | |
|---|---|---|

## Conclusions/Comments

An exit meeting was conducted with the local SPRFIT, Chief of Mental Health, PIP Chief Psychologist, PIP SRN III, Unit Supervisor, AW of Healthcare, and other members of CIW's administration.

Based upon this review, no additional CAPs are being requested.

The below are concerns not rising to the level of CAP[1] that will be re-assessed at the next on-site review:

**Institution:**

- CIW shall place "MHCB privileges, observation, and issue review" on their Improvement Priorities List and Project Pipeline at their next SPRFIT Committee. This project shall include developing a plan to ensure privileges for MHCB patients in CTC and Walker are reviewed during IDTT and justification for restrictions are included in documentation as required by memorandum *MHCB Privileges Revision* dated February 14, 2017 as well as justification for observation and issue as required by memorandum *Clarification of Allowable Property for Patients on Suicide Watch* dated April 24, 2020.
- CIW shall ensure SRASHE's are completed as required by statewide policy, specifically for MHCB referrals for danger to self as required by the 2021 *MHSDS Program Guide* (12-10-8).
- CIW shall develop a plan to ensure safety plans are included and reviewed during each day of the 5-day follow-up as required by memorandum *Safety Planning* dated February 13, 2023.
- CIW shall identify and review the barriers to completing the MHCB supervisory review of discharging safety plans prior to, or during, the discharge IDTT as required by memorandum *Update to the Suspension of Chart Audit Tool 13* dated April 5, 2023 to determine if those barriers can be remedied.

---

[1] A concern not rising to level of a CAP is an area that does not rise to the level of needing a formal corrective action plan, but that would help improve the health of the institution's suicide prevention program.



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**APPENDIX A** – Status of deficiencies as noted in the Fifth Re-Audit and Update of Suicide Prevention Practices in the prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs written by Lindsay M. Hayes dated October 24, 2022

**INSTITUTION**

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing Monitoring[2] |
|---|---|---|---|---|
| MHCB Possessions and Privileges | Within the licensed MHCB unit, showers and yard/dayroom were offered to two of three patients; whereas although showers and yard/dayroom appeared to be offered to Walker Unit patients, there were also notations on the 114-A forms of "no phone calls/dayroom due to PSR." Given the fact that such privileges were afforded to MHCB patients during the same time period, the withholding of such privileges in the Walker Unit was unexplained by CIW leadership (pg 146). | Complete. | This concern was immediately addressed by the MHCT lieutenants during the Hayes review. Subsequently, the issue of not providing out of cell activities to MHCB patients (whether in CTC or Walker) due to a PSR has not been identified in any of the subsequent MHCT audits or HQ SPRFIT Coordinator reviews. | "Out of Cell Time and Showers Offered" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |
| Discharge SRASHEs and Safety Plans | Subsequent discussion with the MHCB supervisor found that they were familiar with CDCR's "Supervisory Review of Mental Health Crisis Bed Discharge Safety Plans" (effective March 10, 2020), and that all discharge SRASHEs and safety plans were reviewed on a regular basis. However, subsequent review of a "MHCB DC SRE Reviews" form found an incorrect notation | Complete. | The MHCB supervisor was educated on the process of completing supervisory reviews of discharge safety plans. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIW is tracking the review of safety plans as required by this memorandum. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |

---

[2] As part of the SPRFIT Reboot process, if deficiencies are noted (by the institution, HQ, regional, or external stakeholders), the institutional SPRFIT committee will place the issue on their Improvement Priority List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

| | | | |
|---|---|---|---|
| | that supervisory review was unnecessary for a patient being discharged at low acute risk for suicide (pg 146). | | | |
| Custody Discharge Checks | This reviewer was presented with documentation of 58 cases of patients discharged from a MHCB or alternative housing placement who remained at CIW and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from March through August 2021. The review found that 93 percent had Page 1 of the "Discharge Custody Check Sheet" (CDCR MH-7497) forms completed correctly by mental health clinicians, with the vast majority (88 percent) of custody checks recommended for discontinuation after 24 hours by clinicians. In addition, 83 percent of the "custody check" forms (Page 2) were completed correctly by correctional staff at 30-minute intervals. Most of the custody deficiencies were related to gaps in documentation and/or missing observation sheets. | Complete. | CIW closed this CAP in May 2022 due to above 90% compliance for over 3 months. | "Custody Inpatient Housing Discharge Follow-ups" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |
| SRMP & Bad News LOPs | Although CIW had an LOP for the CIT, LOPs for "Inmate-Patients Receiving Bad News" and the "Suicide Risk Management Program" were not provided to the reviewer during the September 2021 assessment (pg 147). | Complete. | The most recent SRMP LOP is from February 2023. The most recent bad news LOP is from February 2023. | The status of these LOPs is reviewed during quarterly HQ SPRFIT Coordinator audits. |
| Suicide Prevention Training | Only 88 percent of custody staff, only 85 percent of medical staff, and 100 percent of mental health staff received annual suicide prevention block training during 2020 (pg 147). | In progress. | CIW achieved the following compliance for 2022:<br><br>• Custody: 82%<br>• Mental Health: 100%<br>• Medical: 86%<br><br>This was identified as a concern during the HQ SPRFIT Coordinator | "Staff who attended Annual IST Suicide Prevention Training" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

| | | | review in January 2023 review and an action item was assigned to prioritize staff to be trained as soon as possible in 2023 that did not receive the training in 2022. CIW has been unable to identify if those individuals have yet received the training in 2023. | |
|---|---|---|---|---|

## PSYCHIATRIC INPATIENT PROGRAM

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing monitoring[3] |
|---|---|---|---|---|
| Intake Screening | Develop a CAP to ensure uniformity during the nursing intake screening process within the PIPS whereby all PIPs utilize the current Initial Health Screening form (which contains adequate mental health and suicide risk questions) or revise either the "Admission Assessment and History" and "Acute/ICF Nursing Assessment" forms to include adequate mental health and suicide risk questions. | Complete. | CIW PIP utilizes the Initial Health Screening form for PIP arrivals. | "R&R screenings conducted appropriately" is a monthly metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SRASHE Completion | Develop a CAP to ensure that SRASHEs are always completed consistent with the requirements of the PIP suicide prevention policy, including by psychiatry in all programs, as well as by CIW-PIP clinicians on the weekend. | Complete. | CIW PIP had the following compliance rates for completion of SRASHEs during Q1 2023:<br>• Admissions: 100%<br>• Discharges: 100% | "Suicide Risk Evaluations Completed Timely" is a monthly metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop a CAP to ensure that only Suicide Precaution and Suicide Watch statuses are permitted for the observation for suicidal patients, and that terms such as "stags", "mental health observation", "Q-11", | Complete. | Review of clinical documentation for patients on suicide observation status did not yield this concern. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

---

[3] As part of the SPRFIT Reboot process, if deficiencies are noted (by the PIP, HQ, regional, or external stakeholders), the PIP SPRFIT committee will place the issue on their Improvement Priority List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

| | | | |
|---|---|---|---|
| | "behavioral suicide watch", and "enhanced observation" are prohibited to be used in provider orders and progress notes. | | | |
| Observation of Suicide Patients | Develop a CAP to ensure that regular nursing rounds conducted 15-minute intervals (meant for non-suicidal patients) should never be utilized as a substitute for Suicide Precaution Status. | Complete. | Review of clinical documentation for patients on suicide observation status did not yield this concern. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop CAPs at both SVSP-PIP and CIW-PIP to ensure patients on suicide observation status are always assessed on a daily basis, and that orders for discharge from Suicide Watch and Suicide Precaution at SVSP-PIP are only completed following an assessment by a provider. | Complete. | CIW PIP initiated a monthly audit and closed this CAP in December 2022 due to reaching sustained compliance above 90% for 3 consecutive months. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Proper Clothing and Possessions | Develop CAPs at CMF-PIP, CHCF-PIP, CIW-PIP, and SQ-PIP to ensure that all provider orders regarding clothing and possessions are clinically justified in medical charts and that patients not on Suicide watch or Suicide precaution are provided all clothing and possessions. | Complete. | CIW PIP initiated a monthly audit and closed this CAP in December 2022 due to reaching sustained compliance above 90% for 3 consecutive months. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Out-of-Cell Activities | Develop a CAP for all PIPs to ensure that suicidal patients have access to out-of-cell activities that are clinically justified, including those on maximum-security status. | In progress. | CIW PIP indicated a draft of the LOP for out-of-cell activity for patients on suicide observation status was sent to HQ in April 2021 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership. | The status of this LOP is reviewed during quarterly HQ SPRFIT Coordinator Audits. |
| IDTT meetings | Develop a CAP in improve the Consistency of IDTT meetings for suicidal patients within all of the PIPs, to include adequate case presentations; higher level of care discussions (during meetings for ICF patients); adequate discussion regarding suicide risk histories; current suicide risk and | Complete. | No concerns were identified in the February, April, or July 2023 HQ SPRFIT Coordinator reviews. | "Inpatient Unit IDTTs Meeting Requirements" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

|  |  |  |  |  |
|---|---|---|---|---|
|  | observation; clothing, possessions, and out-of-cell activities; and safety planning to reduce further recurrence of SI. |  |  |  |
| Safety Planning | Develop a CAP to improve the adequacy of safety planning within all of the PIPs. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | Complete. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning have been suspended from February 2 to October 1, 2023. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIW PIP is tracking the review of safety plans as required by this memorandum. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Safety Planning | Develop a CAP to enforce the PIP suicide prevention policy requirement for supervisory review of a safety plan prior to, or during the IDTT in which the discharging SRASHE is completed. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | Complete. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning have been suspended from February 2 to October 1, 2023. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIW PIP is tracking the review of safety plans as required by this memorandum. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Contracting for Safety | Develop a CAP to ensure that "contracting for safety" is not utilized in either the assessment of suicide risk or documentation of decision-making within the PIPs. | Complete. | Memo *Discontinue the Use of Safety Contracts* released to the field February 17, 2023. CIW PIP is at 100% compliance for completion of this LMS training. | Clinical documentation is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SPRFIT Committee | Develop a CAP to ensure that SPRFITs at each PIP meet required monthly meetings quorums, and that deficient suicide prevention practices, including those cited in this reviewer's report, are remedied. | Complete. | Review of December 2022, January 2023, and February 2023 SPRFIT minutes indicated that quorum was met. | This is reviewed in quarterly HQ SPRFIT Coordinator audits. |

Exhibit H

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | October 10, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | N. Hudspeth, PsyD, Senior Psychologist, Specialist<br>HQ SPRFIT Coordinator, Division of Healthcare Services |
| **Subject:** | **CALIFORNIA INSTITUTION FOR MEN - HQ SPRFIT COORDINATOR REVIEW** |

On October 3, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator – Region IV conducted a review at California Institution for Men (CIM). Additionally, the Region IV Nurse Consultant Program Reviewer (NCPR) Maricar Pratt was on-site during the review. Although not on-site, the Region IV Mental Health Compliance Team (MHCT) Lieutenants, Tanesha Smith and Kimberly Drouillard, as well as the Region IV CNE, Laura Stanley, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be reviewed during the Statewide SPRFIT committee.

Should you have any questions or require further clarification, please contact me at (909) 276-8320 or nina.hudspeth@cdcr.ca.gov

## Section I: Restricted Housing Unit

**Second Watch Partnership Huddle**: The Partnership Huddle was unable to be observed. The huddle forms were reviewed and patients in the Suicide Risk Management Program (SRMP) were identified.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed. The PT engaged each patient at cell front. Documentation was conducted in real time in EHRS for patients included in MHSDS. The PT asked about current mental health symptoms and suicidal ideation during each contact with patients included in MHSDS.

**Intake Cells:** All of CIM's intake cells are retrofitted in compliance with statewide policy. There were no 72-hour initial intakes housed in a non-intake cell. There were no intakes that were housed in an intake cell beyond 72 hours which is a significant improvement from the two previous reviews. It is noted this is an active project on CIM's Improvement Priorities List and Project Pipeline (September 2023). All intakes had placards indicating when they arrived to the unit.

**Entertainment appliance**: During tier walks, patients on 72-hour and 21-day intake status were (41 total) were asked if they had an entertainment appliance; all but two (95%) reported they did. This information was reported to the ASU sergeant and it was reported they would be provided them the day of the review. This information was also shared with the Region IV MHCT lieutenants for further review and follow-up.

**Welfare Check Completion (Guard One):** Review of the Security/Welfare Check Monitoring Report from the Office of Research indicated CIM was at 99.23% compliance for timely completion of Guard One for September 2023. The custody officer completing Guard One checks was observed. The officer stopped and looked into each cell prior to continuing the checks.

**ASU Screening (Pre-placement):** ASU pre-placement screenings were unable to be observed. EHRS for five patients on intake status were reviewed; the ASU Pre-placements were completed within required timeframes for 100% of them.

A review of On Demand indicated that CIM was 95% compliant for completing ASU Pre-placements within required timeframes from July 1 to September 30, 2023.



**ASU Screening (Post-placement)**: ASU post-placement screenings were unable to be observed. EHRS for five patients were reviewed and the ASU Screening Questionnaires were completed within required timeframes for 100% of them.

A review of On Demand indicated that CIM was 97% compliant with completing ASU Screening Questionnaires within required timeframes from July 1 to September 30, 2023.

CIM reported that there is a confidential space to conduct the intake screening and that all inmate-patients are offered a confidential contact.

## Section II: Inpatient Units

**Suicide-resistant cells:** All of CIM's MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** Five IDTTs were observed, including one initial, two discharges to outpatient level of care and two referrals to Acute level of care. All required members were in attendance, including the patients. Two patients were on observation status and/or had partial issue and the observation level, issue, privileges and safety plan were reviewed for only one of the patients. Only one of the patients discharged to outpatient level of care was referred for danger to self. Review of the discharge safety plan indicated it was written collaboratively to address modifiable risk factors, protective factors, and warning signs that were specific and personalized.

Of concern, one of the patients referred to Acute level of care had a bandage on their hand. It was reported during the IDTT that this patient had bit their hand at some point prior to the IDTT. Review of this patient's chart indicated there were multiple incidents of self-harm (i.e. biting the hand to the point of bleeding and needing wound care) which were not being reported to CIM's SPRFIT coordinator. This is especially concerning as self-harm was not included in the treatment plan nor as part of the referral reason to Acute. Not including self-harm as part of the referral reason has ramifications regarding other statewide policies (e.g. safety plan, 5-day follow-up, inclusion in SRMP, etc.). This information was also shared with the Region IV mental health administrator for additional review and follow-up.

**Quality of Safety Planning**: A new safety planning training rolled out statewide February 2023; safety planning was removed from CAT 7 as a result of this new training. A new CAT (14) audit specifically for safety planning was released to the field October 1, 2023. The results of this audit will be reviewed at the next on-site review. CIM's Local Operating Procedure (LOP) *12.7.901 Safety Planning* (Revision: April 2023) addresses safety planning.

**MHCB Supervisory Review of Discharging Safety Plans:** HQ MH QM sent an e-mail statewide on February 2, 2023 suspending the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training and update to CAT 13. However, on April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing these reviews by developing a local tracking method since CAT 13 continued to be unavailable for use. CIM provided their internal tracking

tool from September 1 to September 30, 2023 and the reviews are being completed, however, 26 of 29 (89.65%) were identified as being completed subsequent to the discharge date, that is, only 11.45% were completed in compliance with statewide timelines. This is a decrease from the previous review.

**Suicide Watch and Suicide Precaution:** There were 28 MHCB patients housed in OHU at the time of the on-site review. There were eight patients on suicide watch and all of the observers were engaging in direct, continuous observation of the patients. There were three patients on suicide precaution.

A review of the Mental Health Observations Reporting Tool indicated that from September 1 to September 30, 2023, CIM was at 93.1% compliance for timely completion of suicide precaution rounds and at 85.5% compliance for timely completion of suicide watch rounds for patients housed in MHCB. It is noted this is an active project on CIM's Improvement Priorities List and Project Pipeline (September 2023). Additionally, CIM was at 96.3% compliance for staggering suicide precaution rounds. This information was shared with the Region IV CNE for follow-up and further review.

**Observation and Issue Orders:** Issue orders on the door were reviewed for all patients in MHCB while on-site on October 3, 2023 and no issues were noted for either station. This is a significant improvement from previous reviews. No patients had items in their cell that were not on their order.

EHRS for five patients on observation status was reviewed. The review indicated that there was adequate clinical justification documented for the observation level and/or partial issue for all patients. CIM continues to demonstrate sustainability in this area.

**Privileges:** Review of 114-As for all MHCB patients indicated that patients that had been cleared were being offered yard, showers, and phone calls. It is noted CIM is scheduled to begin utilization of the statewide electronic 114-A the week of October 9, 2023.

**Clinical Discharge Follow-Ups**: A review of On Demand from July 1 to September 30, 2023 indicated CIM was 94% compliant for completion of 5-day follow-ups.



10.4 Timely Clinical Discharge follow-ups

94% (78)

EHRS for 15 patients was reviewed to ensure the 5-day follow-ups were completed for a minimum of five days, the safety plans were included each day and the last day was completed by a mental health clinician. Ninety-five percent met audit criteria. There was one patient that was not seen for one of the five days and therefore did not have the safety plan included each day of the 5-day follow-up as required by statewide policy. Nonetheless, this is a significant improvement from the previous review.

As noted during the previous review, it has come to the attention of the HQ suicide prevention team that the On Demand compliance rules for Clinical follow-ups after physical discharge from Acute/ICF/PIP is incorrect (**Figure 1**). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per memorandum *Psychiatric Inpatient Program Treatment Planning and Procedures: Suicide Prevention* dated January 6, 2021, "all patients shall receive a five-day clinical follow-up upon their return to the institution". This has been elevated to HQ MH QM for further review. There were no patients that returned from PIP/DSH to CIM from July 1 to September 30, 2023 that were referred for danger to others and/or significant impairment due to mental illness.

| Clinical followups after physical discharge from Acute/ICF/PIP | 0 | Triggered by DSH Physical Discharge (Admitted for Suicidality). Effective 2000-01-01 to present | First Clinical Followup at current institution required no later than 1 Calendar Day after DSH Physical Discharge (Admitted for Suicidality). Then Routinely within 1 Calendar Day of Clinical Followup. Rule expires 5 day(s) after initial clockstart. | ID# 1556491433 Computed by mh.dbo.duedates_standard |

*Figure 1*

**Timelines for Suicide Risk Evaluations:**

Timeliness of completion for SREs is reviewed in Sections VII and VIII. A review of the Appointments report in On Demand, filtered for Suicide Risk Evaluation for treatment category, indicated there were 53 appointments from July 1 to September 30, 2023 for the entire institution. Forty-four (84.55%) were identified as being completed in a confidential setting. The below table identifies the reasons for non-confidential contacts.

| Reason for Non-confidential SRE | Number | Percentage of contacts |
|---|---|---|
| Refused | 5 | 9.43% |
| Cell Front - As Planned | 1 | 1.88% |
| Custody Modified Program | 2 | 3.77% |
| MH Modified Program | 1 | 1.88% |

## Section III: Alternative Housing

CIM's Local Operating Procedure (LOP) *15 Outpatient Housing Unit, Mental Health Crisis Bed and Alternative Housing Procedures* (Revision: May 2023), designates the medical beds in the OHU as the first priority for alternative housing, as required by statewide policy.

During the on-site review, there were no patients in alternative housing. The cells were clean and the cleaning schedule was kept current. Safety mattresses, safety blankets, and safety smocks were readily available in OHU.

From July 1 to September 30, 2023, there were 34 referrals to MHCB for danger to self. A review of On Demand indicated CIM was 95% compliant for timely transfers to MHCB for all referrals (59). It is noted there is a discrepancy between the MHCB referrals report and the Timely Admission to MHCB indicator.



5

## Section IV: Suicide Risk Management Program (SRMP)

CIM's LOP 158 12.07.701 *Suicide Risk Management Program* (Revision: October 2022) addresses the SRMP. At the time of the on-site review, there were no patients that were placed nor met criteria to be placed in SRMP. CIM reported this LOP is under review and should be completed within 90 days of the on-site audit.

## Section V: Discharge Custody Checks

CIM is completing monthly local audits as required by statewide policy. CIM had the following compliance: June (none), July (84.6%), and August (54.4%). It is noted this is an active project on CIM's Improvement Priorities List and Project Pipeline (September 2023). CIM addresses the deficiencies each month which is documented in the SPRFIT minutes.

## Section VI: Local SPRFIT Committee

CIM's LOP 12.10.101 *Suicide Prevention* (Revision: January 2023) addresses institutional suicide prevention and response procedures. CIM's LOP 12.10.102 *Notification of Patients Receiving Bad News* (Revision: January 2023) identifies the procedures to initiate a referral to mental health for when inmate-patients report bad news during various settings.

The HQ SPRFIT Coordinator observed CIM's monthly SPRFIT meeting via Microsoft Teams on July 20, 2023. Quorum was met and there was a qualitative discussion of the data provided. Action items were reviewed as indicated.

SPRFIT minutes were reviewed and audited based upon the Suicide Prevention On-site Audit Guidebook. At the time of the review, June, July, and August 2023 minutes were finalized and uploaded to the Suicide Prevention SharePoint. The minutes reviewed met all audit criteria. Additionally, there is indication CIM's SPRFIT Coordinator attended the Inmate Family Counsel (IFC) and Inmate Advisory Council (IAC) within the past 6 months as required by statewide policy.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. From July 1 to September 30, 2023, CIM had the below compliance rates for completion of a SRASHE.

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE after Em.Consult (except PIP) for Suicidality | 45 | 93% |
| SRE after Ur.Consult (except PIP) for Suicidality | 2 | 100% |

As noted above, there were two urgent DTS referrals. Both patients were in alternative housing, therefore, the urgent referrals were clinically appropriate.

## Section VIII: Suicide Risk Evaluations

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from July 1 to September 30, 2023:

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE at MHCB Clinical Discharge | 223 | 97% |
| SRE at MHCB referral | 53 | 91% |
| SRE upon arrival from Acute/ICF | 1 | 100% |
| SREs after rescinded MHCB referral | 21 | 95% |
| SREs following MHCB Discharge (admitted for suicidality) | 94 | 99% |

During the review period, there were no referrals to MHCB for danger to self that were rescinded.

As identified during the previous review, it has come to the attention of the HQ suicide prevention team that the On Demand compliance rules for SRE upon arrival from Acute/ICF is incorrect (*Figure 2*). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per the *2021 Mental Health Services Delivery System Program Guide*, a suicide risk assessment is required "within 72 hours of return from a Department of Mental Health [PIP/DSH] facility, or within 24 hours if clinically indicated based on new arrival screening" (12-10-9); there is no indication that this requirement is limited to patients that were referred to Acute/ICF for danger to self.  This has been elevated to HQ MH QM for further review. There were no patients that returned from PIP/DSH to CIM from July 1 to September 30, 2023 that were referred for danger to others and/or significant impairment due to mental illness.

| SRE upon arrival from Acute/ICF | 0 | Triggered by Arrival from Acute/ICF referred for Suicidality. Effective 2022-05-12 to present | First Suicide Risk Evaluation at current institution required no later than 72 Hours after Arrival from Acute/ICF referred for Suicidality. | Only required when referral is for danger to self.  ID# 65774308 Computed by mh.dbo.duedates_standard |

*Figure 2*

## Section IX: Emergency Response

**Cut-down Kits:** The Region IV MHCT lieutenants conducted a review of CIM in July 2023 and deficiencies were noted. A corrective action plan was assigned to address this.

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:** There have been no deaths by suicide since the last review. There are no open QIPs from previous deaths by suicide.

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for September 2023, as well as information obtained from CIM, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning: 100%
- SRE Mentoring: 100%
- SRMP: 100%
- CSSRS: 100%
- Discontinue the Use of Safety Contacts: 100%
- Annual IST Suicide Prevention (as of September 20, 2023):
  - Custody: 70.2%
  - Mental Health: 62.5%
  - Nursing: 45.6%
- CPR certification:
  - Custody: CIM was unable to provide data
  - Nursing: 100%

CIM reported there was a focus on ensuring nursing staff were scheduled for IST training beginning in late September 2023. CIM reported they expect to reach 90% compliance by December 31, 2023.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was unable to be observed.

## Section XI: Receiving and Release (R&R) Screening

R&R screenings were unable to be observed during the on-site review. A tour of the R&R indicated that there is a confidential space available for screenings. A regular R&R nurse was interviewed and it was reported that the door is kept closed during screenings. There were suicide prevention posters (English and Spanish) posted in the R&R area and the office utilized by the nurse to conduct screenings.

## Section XII: Reception Center Processing

CIM does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

CIT was unable to be observed. CIM's LOP #12 *Crisis Intervention Team* (Revision: November 2022) addresses institutional CIT procedures.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

Hayes conducted a review of CIM May 2023; at the time of this review, the report has not yet been finalized/received. No CAPs were assigned to CIM by the HQ SPRFIT Coordinator as additional information could not be obtained to verify various aspects of the preliminary findings. However, CIM elected to add "ASU inmates requiring retrofit intake cell placement and appropriately housed" to their June 2023 Improvement Priorities List and Project Pipeline based upon the preliminary finding that three inmate-patients were moved out of intake cells prior to the completion of 72 hours, one was placed into an ADA cell upon arrival, and one was not placed into an intake cell whatsoever. This continues to be an active project (as of September 2023). There were no concerns noted in this area during this review.

There are no open Hayes CAPs. See **Appendix A** for status of deficiencies previously identified.

## Section XV: Assignment of Corrective Action Plans and Recommendations

There are no open CAPs from previous reviews.

Below are concerned identified from the previous review as well as updates:

| Concern | October 2023 Update | Status |
|---|---|---|
| CIM shall place "MHCB observation, issue, and privilege orders" on their Improvement Priorities List and Project Pipeline at the next SPRFIT committee meeting to determine the best course of action to ensure the orders are posted on the door on a daily basis as required by memorandum *Mental Health Crisis Bed Patient Identifier on Cell Door* dated December 3, 2021. | CIM added this to their Improvement Priorities List and Project Pipeline in July 2023. However, in August 2023, CIM elected to elevate this issue to a Performance Improvement Work Plan (PIWP). There were no concerns noted during the October 2023 review. | Closed. The status of the PIWP will continue to be monitored. |
| CIM shall identify and review the barriers to completing the MHCB supervisory review of discharging safety plans prior to, or during, the discharge IDTT as required by memorandum *Update to the Suspension of Chart Audit Tool 13* dated April 5, 2023 to determine if those barriers can be remedied. | CIM implemented a new process in August 2023 to ensure completion of these reviews in compliance with statewide policy. CIM provided their local spreadsheet which indicated 11.45% of reviews in September were completed in a timely manner, which is a decrease in compliance from the previous review. | **Open. A new SharePoint has been developed by HQ to streamline the process of completion of these reviews. It is expected this new process will be released to the field in Q4 2023. Subsequent to the release of this new process, the ability for CIM to complete these reviews in a timely manner will** |

| | | be re-assessed to determine if further action is warranted. |
|---|---|---|
| CIM shall develop a plan to ensure safety plans are included and reviewed during each day of the 5-day follow-up as required by memorandum *Safety Planning* dated February 13, 2023. | CIM identified an IT issue as being a contributor to the safety plans not pulling forward and submitted a ticket to rectify it. The IT issue has been fixed. There were no concerns with the safety plans pulling forward identified during this review. | Closed. |

## Conclusions/Comments

An exit meeting was conducted with the local SPRFIT and Region IV NCPR.

Based upon this review, no CAPs are being requested.

The below are concerns not rising to the level of CAP[1] that will be re-assessed at the next on-site review:

- CIM shall ensure observation, issue, and privileges are reviewed for MHCB patients during IDTT as required by memorandum *MHCB Privileges Revision* dated February 14, 2017.
- CIM shall review the process of reporting self-harm incidents to the SPRFIT coordinator and MHCB treatment team members to ensure self-harm powerforms are being completed in a timely manner as required by memorandum *Update to Documenting and Reporting Suicide Attempts and Self-harm Incidents* dated November 24, 2020. Additionally, CIM shall ensure self-harm incidents are incorporated into treatment plans and/or level of care decisions.

---

[1] A concern not rising to level of a CAP is an area that does not rise to the level of needing a formal corrective action plan, but that would help improve the health of the institution's suicide prevention program.



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**APPENDIX A** – Status of deficiencies as noted in the <u>Fifth Re-Audit and Update of Suicide Prevention Practices in the prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs</u> written by Lindsay M. Hayes dated October 24, 2022

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing Monitoring[2] |
|---|---|---|---|---|
| PT Rounds | Although the PT appeared very personable and conversed with each caseload and non-caseload inmate, he did not ask each caseload inmate if they were currently suicidal. The rounds were otherwise unremarkable and the PT was observed to be completing the Psych Tech Daily Rounds Form at cell-front for all caseload inmates. | Closed. | CIM trained the one PT that was found to be deficient. CIM closed this CAP in December 2021. | "Psychiatric Technician Rounds Documentation" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| MHCB Observation | This reviewer subsequently verified the accuracy of observation rounds by reviewing the EHRS charts of four patients on Suicide Precaution status in the MHCB unit during a nine-hour period from 12:00 a.m. through 8:59 a.m. on June 11, 2021 for CIM 1, on July 22, 2021 for CIM 2, and on September 16, 2021 for both CIM 3 and CIM 4. The chart review found no violations in two cases (CIM 1 and CIM 3), one violation in CIM 2, and four violations in CIM 4. A notation by a PT indicated the rounds were late because of understaffing. | Closed. | CIM closed this CAP in April 2022 due to compliance above 90% for 3 months. | "Suicide Precaution Rounds Completed Timely" and "Suicide Watch Rounds Completed Timely" are monthly metrics as part of the institutional SPRFIT Measurement Plan and Schedule. This is currently an active project on their <u>Improvement Priorities List and Project Pipeline</u> (June 2023). Additionally, this is reviewed monthly by regional nursing and in quarterly HQ SPRFIT Coordinator audits. |

---

[2] As part of the SPRFIT Reboot process, if deficiencies are noted (by the institution, HQ, regional, or external stakeholders), the institutional SPRFIT committee will place the issue on their Improvement Priorities List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

| MH Referrals and SREs | A sample EHRS review of 42 emergency/urgent referrals for SI/behavior found that clinical staff subsequently completed the required SRASHEs in only 88 percent (37 of 42) of the cases. A similar deficiency was found during the previous assessment. | Closed. | CIM had the following compliance for completion of SREs when the referral reason was DTS:<br>• Q1 2023: 100%<br>• Q2 2023: 100%<br>• Q3 2023: 93.62% | "Suicide Risk Evaluations Completed Timely" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
|---|---|---|---|---|
| IDTT Meetings | Overall, although there was good treatment team representation, several of the meetings were problematic because they did not contain an adequate case presentation and suicide risk history of the patients. For example, in one case (CIM 5), the patient was observed in full issue clothing and not on suicide observation status. According to the daily census sheet, he had been admitted into the MHCB on August 23. Although the team discussed his current diagnosis (major depressive disorder), psychotropic medication (he refused), and SI (he denied any), there was no discussion as to why the patient had been referred to the MHCB or any other case presentation. It was subsequently determined that the patient had been referred to acute care (pg 149). | Closed. | No deficiencies were found during the February, April, and July 2023 HQ SPRFIT Coordinator audits. There was a deficiency noted in the October 2023 review; CIM was assigned an action item to address the deficiency. | "Inpatient Unit IDTTs Meeting Requirements" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| MHCB Possessions and Privileges | Of the remaining 16 patients, the 114-A form review indicated that showers and telephone calls were regularly offered. However, although yard was offered to MHCB patients in Station 4, it was not regularly offered to those patients housed in Station 1. Part of the problem might have been attributable to the fact that patients on maximum-security/administrative segregation status were prohibited from using the CTC yard and the only option was their transport to the yard attached to the ASU located on the other side of the facility campus. Such an option continued to be problematic (pg 149). | Closed. | CIM initiated an internal review of this and elected to close this CAP in April 2022 due to no deficiencies being noted for over 3 months. No deficiencies were found during the February, April, July and October 2023 HQ SPRFIT Coordinator audits. | "Out of Cell Time and Showers Offered" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |

| Discharge SRASHEs and Safety Plans | Seven of the nine cases required safety plans to reduce SI, but only 71 percent (five of seven) had safety plans (pg 149). | Closed. | This is connected to the MHCB supervisory review of discharging safety plans which CIM previously had low compliance. However, CIM developed an internal plan to ensure the safety plans of all patients were for DTS were reviewed by the supervisor. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIM is completing the reviews, however, due to various barriers, they are not able to be completed prior to the discharge IDTT. This was added as an action item during the July 2023 HQ SPRFIT Coordinator Review. |
|---|---|---|---|---|
| Custody Discharge Checks | This reviewer was presented with documentation of 36 cases of inmates discharged from a MHCB or alternative housing placement who remained at CIM and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from March through August 2021. The review found that only 83 percent had Page 1 of the "Discharge Custody Check Sheet" (CDCR MH-7497) forms completed correctly by mental health clinicians. Of note, the vast majority (86 percent) of the custody checks were recommended for discontinuation by clinicians after the maximum allowable 72 hours (pg 150). | Closed. | CIM elected to close this CAP in May 2022 due to compliance being over 90% for 3 months. | "Custody Inpatient Housing Discharge Follow-ups" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |
| SRMP & Bad News LOPs | Although CIM had an LOP for the CIT (dated March 2020), the LOP for the "Suicide Risk Management Program," dated July 12, 2021, was unsigned, and an updated LOP for "Inmate-Patients Receiving Bad News" based upon the April 2021 directive was not provided to the reviewer during the September 2021 assessment (pg 150). | Closed. | The most recent SRMP LOP is from October 2022. The most recent bad news LOP is from January 2023. | The status of these LOPs is reviewed during quarterly HQ SPRFIT Coordinator audits. |
| Suicide Prevention Training | In addition, approximately 92 percent of custody staff, 86 percent of medical staff, and 100 percent of mental health staff received annual suicide prevention block training during 2020 (pg 150). | Closed. | CIM achieved the following compliance for 2022:<br>• Custody: 96%<br>• Mental Health: 97%<br>• Nursing: 100% | "Staff who attended Annual IST Suicide Prevention Training" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

Exhibit I


**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES


# MEMORANDUM

| | |
|---|---|
| **Date:** | December 7, 2023 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | N. Hudspeth, PsyD, Senior Psychologist, Specialist HQ SPRFIT Coordinator, Division of Healthcare Services |
| **Subject:** | **CALIFORNIA INSTITUTION FOR WOMEN - HQ SPRFIT COORDINATOR REVIEW** |

On November 28, 2023, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator – Region IV conducted a review at California Institution for Women (CIW) of both the institution and Psychiatric Inpatient Program (PIP). Additionally, the Region IV Nurse Consultant Program Reviewer (NCPR) Maricar Pratt was on-site during the review. Although not on-site, the Region IV Mental Health Compliance Team (MHCT) Lieutenants, Tanesha Smith and Kimberly Drouillard, as well as the Region IV CNE, Laura Stanley, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be reviewed during the Statewide SPRFIT committee.

Should you have any questions or require further clarification, please contact me at (909) 276-8320 or nina.hudspeth@cdcr.ca.gov

Section I: Restricted Housing Unit

**EOP RHU**

**Second Watch Partnership Huddle**: All required members were present with custody, nursing and mental health staff represented. The discussion covered topics such as new arrivals, patients on 5-day follow-ups and pending transfers. Patients in the Suicide Risk Management Program were reviewed. One-hundred percent of audit criteria was met.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed. The PT engaged each patient at cell front and it was evident he had good rapport with each of them. Documentation was conducted in real time in the Electronic Health Record System (EHRS). The PT asked about current mental health symptoms and suicidal ideation during each contact. There was no indication to submit mental health referrals. The PT also offered in-cell activities to each patient.

**Intake Cells:** There are no intake cells in EOP RHU. All new intakes are housed in a retrofitted intake cell in CCCMS/GP RHU to complete the 72-hour intake time prior to being transferred to EOP RHU. There were three patients on 21-day intake status; all patients had a placard indicating when they arrived to the unit. CIW leadership indicated they are actively in the process of assessing the feasibility of converting at least one cell in this unit to an intake cell which would ensure continuity of patient care.

**Entertainment appliance**: During tier walks, all patients were asked if they had an entertainment appliance; all of them had either a radio, tablet or a TV.

**Welfare Check Completion (Guard One):** Compliance based upon the Office of Research data is reviewed in the CCCMS/GP RHU section as the compliance is combined for both units. The custody officer completing Guard One checks was unable to be observed. No issues were noted during the previous review.

**ASU Intake Screenings**: EOP patients are housed in CCCMS/GP RHU prior to transfer to EOP RHU to complete their 72 hour intake time since there are no intake cells in this unit. The compliance numbers are reviewed in the below section.

**CCCMS/GP RHU**

Patients included in MHSDS at CCCMS level of care and non-MHSDS inmate-patients are housed in this unit. Of note, the unit was closed from August 1 to November 6, 2023 for renovations.

**Second Watch Partnership Huddle**: The Partnership Huddle was unable to be observed. The huddle forms were reviewed and patients in the Suicide Risk Management Program were identified.

**Psychiatric Technician (PT) Rounds**: PT rounds were unable to be observed due to scheduling conflicts. No issues were noted during the previous review.

**Intake Cells:** All of CIW's intake cells are retrofitted in compliance with statewide policy. There were no patients on 72-hour initial intake status or in intake cells. There were five patients on 21-day intake status; all patients had a placard indicating when they arrived to the unit.

**Welfare Check Completion (Guard One):** Review of the Security/Welfare Check Monitoring Report from the Office of Research indicated CIW was at 97.76 % compliance for timely completion of Guard One for October 2023. The custody officer completing Guard One checks was observed. The officer stopped and looked into each cell prior to continuing the checks.

**Entertainment appliance**: During tier walks, all patients on 21-day intake status were asked if they had an entertainment appliance and all of them reported they did.

**ASU Screening (Pre-placement):** ASU pre-placement screenings were unable to be observed. EHRS for five patients on intake status were reviewed; the ASU Pre-placements were completed within required timeframes for 100% of them.



A review of On Demand indicated that CIW was 87% compliant for completing ASU Pre-placements within required timeframes July 1 to September 30, 2023. It is noted this is currently an active project on CIW's Improvement Priorities List and Project Pipeline (October 2023).

**ASU Screening (Post-placement)**:

ASU Screening Questionnaires were unable to be observed. All of the patients on intake status during the on-site review were included in MHSDS, therefore, no ASU Screening Questionnaires were required to be completed for any of them.

A review of On Demand indicated that CIW was 100% compliant for completing ASU Screening Questionnaires within required timeframes July 1 to September 30, 2023.

As previously identified, CIW does not have a confidential space available to conduct the intake screenings; patients are offered to be screened in a therapeutic treatment module (TTM) located in the middle of the building.

## Section II: Inpatient Units

**Mental Health Crisis Bed (CTC)**

**Suicide-resistant cells:** All of CIW's CTC MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** One initial IDTT was observed which was also a discharge to EOP level of care. All required members were in attendance, including the patient. The patient was on suicide precaution and full issue. The observation level, issue and privileges were not discussed. It was unclear why the treatment team was discharging this patient while on suicide precaution. Per memorandum *Level of Observation and Property for Patients in Mental Health Crisis Beds* dated March 15, 2016, suicide precaution is "ordered for patients at elevated risk of suicide and/or self-harm". Review of the clinical documentation indicated there was inadequate justification for discharging the patient while on suicide precaution. The safety plan was discussed during the IDTT. Review of the discharge safety plan indicated it was written collaboratively to address modifiable risk factors, protective factors, and warning signs that were specific and personalized.

**Suicide Watch and Suicide Precaution:** There were four MHCB patients housed in CTC at the time of the on-site review. There were two patients on suicide watch and the observers were engaging in direct, continuous observation of the patients. There were two patients on suicide precaution.

A review of the Mental Health Observations Reporting Tool indicated that from October 1 to October 31, 2023, CIW MHCB CTC was at 96.3% compliance for timely completion of suicide precaution rounds and at 94.7% compliance for staggering suicide precaution rounds. Additionally, CIW MHCB CTC was at 91.8% compliance for timely completion of suicide watch rounds for patients housed in CTC.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for all patients in CTC MHCB while on-site on November 28, 2023. All patients had up-to-date orders posted on the door.

The documentation for all four patients on observation status were reviewed. The review indicated that there was inadequate clinical justification documented for the observation status and issue (both patients were on full issue) for the two patients on suicide precaution. Additionally, both of these patients (including one in which the discharge IDTT was observed) were discharged from MHCB to a lower level of care while on suicide precaution which is not consistent with statewide policy.

Tier walks indicated all patients had property and clothing in compliance with the orders on the door.

**Privileges:** CIW is now utilizing the Automated Restricted Housing Record to input activities for patients housed in MHCB. A review of the <u>Restricted Housing Unit Summary Report</u> indicated all patients were being offered out of cell contact, including yard, showers, and phone calls. During the previous review, custody had the misunderstanding that patients on a 1:1 were automatically not eligible for yard or dayroom. However, during this review, custody reported that if patients are eligible for privileges per their custody status and cleared on the issue order, they are offered those out-of-cell activities. This is a significant improvement from the previous review.

**Mental Health Crisis Bed (Walker)**

**Suicide-resistant cells:** All of CIW's Walker MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** One discharge IDTT was observed. All required members were in attendance, including the patient. The patient was on suicide precaution and full issue. The observation level, issue and privileges were not discussed. It was unclear why the treatment team was discharging this patient while on suicide precaution. As indicated above, this is not consistent with statewide policy. The patient was not referred to MHCB for danger to self, therefore, a safety plan was not required to be completed.

**Suicide Watch and Suicide Precaution:** There were four MHCB patients housed in Walker at the time of the on-site review. There were two patients on suicide watch and one patient on suicide precaution. The observers were engaging in direct, continuous observation of the patients.

A review of the <u>Mental Health Observations Reporting Tool</u> indicated that from October 1 to October 31, 2023, CIW MHCB Walker was at 97.1% compliance for timely completion of suicide precaution rounds and at 92.8% compliance for staggering suicide precaution rounds. Additionally, CIW MHCB Walker was at 93.5% compliance for timely completion of suicide watch rounds for patients housed in Walker.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for all patients in Walker while on-site on November 28, 2023. All, but one, patients had up-to-date orders posted on the door. This information was shared with the Region IV CNE for further review and follow-up.

Four patients on observation status were reviewed. The review indicated that there was inadequate clinical justification documented for the privileges, observation level, and limited issue for three patients.

Tier walks indicated all patients on suicide watch and precaution had property and clothing in compliance with the order on their doors.

**Privileges:** CIW is now utilizing the Automated Restricted Housing Record to input activities for patients housed in MHCB. A review of the Restricted Housing Unit Summary Report indicated all patients were being offered out of cell contact, including yard, showers, and phone calls. During the previous review, custody had the misunderstanding that patients on a 1:1 were automatically not eligible for yard or dayroom. However, during this review, custody reported that if patients are eligible for privileges per their custody status and cleared on the issue order, they are offered those out-of-cell activities. This is a significant improvement from the previous review.

## Psychiatric Inpatient Program (PIP)

**Suicide-resistant cells:** Patients placed on suicide watch or precaution remain housed in their assigned cell, however, their items are removed from the cell except for what is indicated in the issue order. Tier walks indicated the cells were clean with a cleaning schedule kept current.

During the May 2021 review, it was noted that the cells are structured differently on A/B side versus C/D side. It was also noted that some of the cells are not in compliance with statewide policy for retrofitted cells. CIW PIP indicated that a Ligature Risk Assessment (LRA) was completed and that it was provided to the CIW Environment of Care Committee for review. CIW PIP reported that work orders were submitted via Architectural and Engineering to the joint commission support team at HQ, which are in discussion with facilities management, but have not yet received approval to initiate those work orders. This will continue to be monitored by the reviewer and HQ Suicide Prevention leadership.

**Special Interdisciplinary Treatment Team:** There were no special IDTTs scheduled the day of the review.

**Interdisciplinary Treatment Teams (IDTT):** Three follow-up IDTTs were observed. All required members were in attendance, including the patients. One patient was on observation status and the observation and privileges were discussed, however, the issue was not. Additionally, during the IDTT, it was indicated by custody that since the patient was on observation status, she was not allowed to have phone calls. This is inconsistent with memorandum *Psychiatric Inpatient Program Treatment Planning and Procedures: Suicide Prevention and Response* dated January 6, 2021 which indicates patients on suicide watch and precaution shall continue to be provided "out-of-cell activities (including yard), telephone use, and visiting for both non-Max and Max patients" consistent with clinical rationale and discretion. Review of this patient's chart indicated she was cleared by the clinical team to have phone calls. This information was shared with the PIP sergeant and it was indicated this would immediately be addressed. This information was also shared with the Region IV MHCT lieutenants for further review and follow-up. The development of a safety plan was discussed during the IDTT.

**Suicide Watch and Suicide Precaution:** At the time of the on-site review (November 28, 2023) there was one patient on suicide watch and two patients on suicide precaution. The observer was engaging in direct, continuous observation of the patient.

A review of the Mental Health Observations Reporting Tool indicated that from October 1 to October 31, 2023, CIW PIP was at 96.6% compliance for timely completion of suicide precaution rounds and at 92.6% compliance for staggering suicide precaution rounds for patients housed in PIP. Additionally, CIW PIP was at 95.5% compliance for timely completion of suicide watch rounds.

CIW PIP indicated a draft of the LOP for out-of-cell activity for patients on suicide observation status was sent to HQ in April 2021 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for the three patients on observation status while on-site on November 28, 2023. The orders were all up-to-date on the door.

The clinical documentation for all three patients on observation status was reviewed. The review indicated there was adequate clinical justification documented for the observation, issue and privileges for one patient and inadequate justification for another. For the third patient, the clinical note indicated suicide precaution would be discontinued, however, the order was not discontinued and the patient was assessed the next day still on suicide precaution. All the patients had individual contacts every day and orders were initiated each day while on observation status.

Tier walks indicated the patients had property and clothing in compliance with the orders on their door.

**Privileges:** CIW-PIP utilizes 114-As for maximum custody patients and inputs information into the Non-Clinical Activity Tracking (NCAT) system for both maximum and non-maximum custody patients. Review of a random sample of five patients from November 12 to November 26, 2023 indicated that they were all being offered showers, religious services, yard and other out of cell activities. As indicated previously, phone calls were rarely documented; CIW PIP patients were given tablets August 2022 which allows them to make phone calls from their tablets and therefore they are not tracked in the NCAT. However, patients on maximum custody status are not able to make phone calls from their tablets, they are offered a phone every Wednesday. At the time of the review, there were no maximum custody patients housed in PIP. Upon consultation with custody, it was reported phone calls for maximum custody patients are being documented in NCAT.

**Safety Planning**

**Quality of Safety Planning**: CIW's Local Operating Procedure (LOP) #239 *Safety Planning* (Revision: April 2023) addresses safety planning. A new safety planning training rolled out statewide February 2023; safety planning was removed from CAT 7 as a


20.5 Quality of Safety Planning to Reduce Suicide Risk

100% (6)

result of this new training. A new CAT (14) audit specifically for safety planning was released to the field October 1, 2023. CIW was at 100% compliance for CAT 14.

**MHCB Supervisor Review of Discharging Safety Plans**: HQ MH QM sent an e-mail statewide on February 2, 2023 suspending the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training and update to CAT 13. However, on April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing these reviews by developing a local tracking method since CAT 13 continued to be unavailable for use. CIW provided their internal tracking tool for September 2023 and the reviews are being completed. Forty-two of 49 (85.7%) were identified as being completed on the date subsequent to the completion of the SRE. However, it is not clearly indicated as to whether or not the reviews were completed prior to the discharge IDTT.

**PIP Supervisor Review of Discharging Safety Plans**: HQ MH QM sent an e-mail statewide on February 2, 2023 suspending the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training and update to CAT 13. However, on April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing these reviews by developing a local tracking method since CAT 13 continued to be unavailable for use. CIW PIP provided their internal tracking tool for August and September 2023 and the reviews are being completed. There were six discharges and all of them are identified as being completed prior to the discharge IDTT. This is an improvement from the previous review.

### Clinical Discharge Follow-Ups

A review of On Demand from July 1 to September 30, 2023, 2023 indicated CIW was 97% compliant for completion of 5-day follow-ups.



10.4 Timely Clinical Discharge follow-ups
97% (145)

EHRS for 15 patients discharged from MHCB was reviewed to ensure the 5-day follow-ups were completed for a minimum of five days, the safety plans were included each day and the last day was completed by a mental health clinician. Ninety-one percent of audit criteria was met; two were not completed for five days and two did not have the safety plan included each day. This is an improvement from the previous review.

Recently, it has come to the attention of the HQ suicide prevention team that the On Demand compliance rules for Clinical follow-ups after physical discharge from Acute/ICF/PIP is incorrect (*Figure 1*). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per memorandum *Psychiatric Inpatient Program Treatment Planning and Procedures: Suicide Prevention* dated January 6, 2021, "all patients shall receive a five-day clinical follow-up upon their return to the institution". This has been elevated to HQ MH QM for further review. There were four patients that returned from PIP/DSH to CIW from July 1 to September

30, 2023 that were referred for danger to others and/or significant impairment due to mental illness and 100% of them had a 5-day follow-up completed.

| Clinical followups after physical discharge from Acute/ICF/PIP | 0 | Triggered by DSH Physical Discharge (Admitted for Suicidality). Effective 2000-01-01 to present | First Clinical Followup at current institution required no later than 1 Calendar Day after DSH Physical Discharge (Admitted for Suicidality). Then Routinely within 1 Calendar Day of Clinical Followup. Rule expires 5 day(s) after initial clockstart. | ID# 1556491433 Computed by mh.dbo.duedates_standard |

*Figure 1*

**Timelines for Suicide Risk Evaluations**

Timeliness of completion for SREs is reviewed in Sections VII and VIII. A review of the Appointments report in On Demand, filtered for Suicide Risk Evaluation for treatment category, indicated there were 304 appointments from July 1 to September 30, 2023 for the institution and PIP. Two-hundred and sixty (82.52%) were identified as being completed in a confidential setting. The below table identifies the reasons for non-confidential contacts.

| Reason for Non-confidential SRE | Number | Percentage of contacts |
|---|---|---|
| Refused | 20 | 6.57% |
| Custody Escorts Unavailable | 3 | 0.98% |
| Medical Restrictions/Public Health | 4 | 1.31% |
| As Planned | 17 | 5.59% |

## Section III: Alternative Housing

CIW's local operating procedure (LOP) #211 *Alternative Housing of Inmate-Patients Referred to MHCB* (Revision: February 2023) designates the medical beds in the CTC as the first choice for alternative housing as required by statewide policy.

The cells were clean and the cleaning schedule was kept current. Safety mattresses, safety blankets, and safety smocks were readily available in CTC. Portable suicide resistant beds were also available in TTA.

At the time of the on-site review, there were no patients in alternative housing. All the alternative housing cells in CTC were clean with a cleaning schedule kept current.

From July 1 to September 30, 2023, there were 26 referrals to MHCB for danger to self. A review of On Demand indicated CIW was 100% compliant for timely transfers to MHCB for all referrals (39) during this timeframe. 

## Section IV: Suicide Risk Management Program (SRMP)

CIW's OP #235 *Suicide Risk Management Program* (Revision: February 2023) addresses the SRMP. At the time of the on-site review, there were 17 patients that were placed in SRMP. Five

patient charts were reviewed and four of them had individualized treatment goals and interventions that addressed the reason for placement in SRMP. There was one patient that was incorrectly identified as not being included in SRMP, therefore, she was not officially discharged from the SRMP. Per memorandum *Suicide Risk Management Program Policy and Procedure* dated July 12, 2021, patients must be "taken to IDTT [...] for discussion regarding removal from the program. If approved, the primary clinician shall complete the SRMP Removal section in the SRMP tab of the MH Master Treatment Plan". There were no patients identified by On Demand as meeting criteria for SRMP but were not yet included in the program.

## Section V: Discharge Custody Checks

CIW is completing monthly local audits as required by statewide policy. CIW had the following compliance: July (94.4%), August (90.0%), September (91.7%), and October (90.6%). CIW addresses the deficiencies each month which is documented in the SPRFIT minutes.

## Section VI: Local SPRFIT Committee

CIW's LOP #210 *Suicide Prevention and Response Plan* (Revision: February 2023) addresses institutional suicide prevention and response procedures. CIW's LOP #234 *Procedure When Inmates Receive Bad News* (Revision: February 2023) identifies the procedures to initiate a referral to mental health for when patients report bad news during various settings.

The HQ SPRFIT Coordinator observed CIW's monthly SPRFIT meeting via Microsoft Teams on October 18, 2023. Quorum was not met as custody was not present, however, this does not present as being an on-going issue. This information was shared with the Region IV MHCT lieutenants for further review and follow-up. However, there was a qualitative discussion of the data provided. Action items were reviewed as indicated.

SPRFIT minutes were reviewed and audited based upon the Suicide Prevention On-site Audit Guidebook. At the time of the review, the July, August, and September 2023 minutes (institution and PIP) were finalized and uploaded to the Suicide Prevention SharePoint. The minutes reviewed met all audit criteria. There was indication in the SPRFIT minutes that CIW's SPRFIT Coordinator attended the Inmate Advisory Council (IAC) and Inmate Family Council (IFC) within the past six month.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. From July 1 to September 30, 2023, CIW had the below compliance rates for completion of a SRASHE.

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE after Em.Consult (except PIP) for Suicidality | 19 | **100%** |

There were no urgent or routine referrals for DTS, therefore, all referrals were appropriately classified.

## Section VIII: Suicide Risk Evaluations

**Institution**

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from July 1 to September 30, 2023 for the institution:

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE at MHCB Clinical Discharge | 156 | **96%** |
| SRE at MHCB referral | 39 | **100%** |
| SRE prior to clinical discharge from PIP | 1 | **100%** |
| SRE upon arrival from Acute/ICF | 4 | **75%** |
| SREs after rescinded MHCB referral | 21 | **100%** |
| SREs following MHCB Discharge (admitted for suicidality) | 111 | **95%** |

One SRASHE in the category SRE upon arrival from Acute/ICF (75% compliance) was identified as late by On Demand. Upon review of EHRS, the one patient identified as late was retained at ICF level of care but was admitted to CTC due to medical reasons, therefore, the patient was not technically a new arrival. Therefore, CIW was at 100% compliance for this category for the review period.

During the review period, there were no referrals to MHCB for danger to self that were rescinded.

It has recently come to the attention of the HQ suicide prevention team that the On Demand compliance rules for SRE upon arrival from Acute/ICF is incorrect (*Figure 2*). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per the *2021 Mental Health Services Delivery System Program Guide*, a suicide risk assessment is required "within 72 hours of return from a Department of Mental Health [PIP/DSH] facility, or within 24 hours if clinically indicated based on new arrival screening" (12-10-9); there is no indication that this requirement is limited to patients that were referred to Acute/ICF for danger to self. This has been elevated to HQ MH QM for further review. There were four patients that returned from PIP/DSH to CIW from July 1 to September 30, 2023 that were referred for danger to others and/or

significant impairment due to mental illness. A review of all charts indicated 100% of them a SRASHE completed upon their return.

| SRE upon arrival from Acute/ICF | 0 | Triggered by Arrival from Acute/ICF referred for Suicidality. Effective 2022-05-12 to present | First Suicide Risk Evaluation at current institution required no later than 72 Hours after Arrival from Acute/ICF referred for Suicidality. | Only required when referral is for danger to self. ID# 65774308 Computed by mh.dbo.duedates_standard |

*Figure 2*

**PIP**

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from July 1 to September 30, 2023 for the PIP:

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE on admission to PIP, ACU, UnlACU, ICF, or UnlICF | 23 | **83%** |
| SRE prior to clinical discharge from PIP | 12 | **17%** |

A review of On Demand for July 1 to September 30, 2023 indicated CIW PIP was at 17% compliance for completion of a SRE prior to clinical discharge. However, upon further review, there continues to be an error with On Demand capturing patients that parole or have a special IDTT serve as the discharge IDTT. As previously noted, CIW PIP reported that HQ IRU approved the use of special IDTTs for discharge IDTTs. This concern has previously been elevated to HQ and CIW PIP submitted a solution center ticket to address the errors in On Demand. CIW PIP completed a drilldown of the SREs identified as late and considering the above, CIW PIP was actually at 83% compliance for the review period; all three were completed the same day but after the conclusion of IDTT. CIW reported On Demand has since been updated to correctly capture discharges and special IDTTs are no longer being utilized for discharges, therefore, the compliance rate should be increased for the next review period.

Additionally, On Demand indicated CIW PIP was at 83% compliance for completion of a SRE upon admission. CIW PIP completed a drilldown at CIW was actually at 100% compliance. Of the three that were identified as late, one was actually completed timely and the other two were returns from CTC due medical issues.

## Section IX: Emergency Response

**Cut-down Kits:** The Region IV MHCT lieutenants conducted a review of CIW on November 28, 2023 and only one unit was identified as having issues. This was addressed by the Region IV MHCT lieutenants.

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:** There have been no deaths by suicide since the July 2023 review. There are no open QIPs from previous deaths by suicide.

## Section X: Training and Mentoring Compliance

**Institution**

Review of the Coleman Court Mandated Trainings SharePoint for October 2023, as well as information obtained from CIW, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning: 100%
- SRE Mentoring: 91%
- SRMP: 100%
- CSSRS: 100%
- Discontinue the Use of Safety Contracts: 100%
- Annual IST Suicide Prevention (as of November 16, 2023 – including institution and PIP):
  - Custody: 82%
  - Mental Health: 75%
  - Healthcare: 57%
- CPR certification (institution and PIP):
  - Custody: 100%
  - Nursing: 100%

CIW reported IST continues to be behind in uploading the training records. During the exit, the Warden indicated she will follow-up with IST to ensure the training records are being uploaded in a timely manner.  This information was shared with the Region IV CNE and MHCT lieutenants for review and follow-up.

**PIP**

Review of the Coleman Court Mandated Trainings SharePoint for October 2023, as well as information obtained from CIW PIP, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning (new training): 100%
- SRE Mentoring: 100%
- CSSRS: 100%
- Discontinue the Use of Safety Contracts: 100%
- Suicide Prevention Policy: 74%

During the exit, CIW PIP reported they will follow-up to identify the clinicians that are out of compliance with the Suicide Prevention Policy to ensure 90% compliance is reached.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was unable to be observed.

## Section XI: Receiving and Release (R&R) Screening

**<u>Institution</u>**

R&R screenings were unable to be observed during the on-site review. A tour of the R&R indicated that there is a confidential space available for screenings. A regular R&R nurse was interviewed and it was reported that the door is kept closed during screenings. Suicide prevention posters (English and Spanish) were posted in the room utilized by nursing.

**<u>PIP</u>**

PIP Intake screenings were unable to be observed during the on-site review. The room utilized to conduct screenings allows for patient confidentiality and staff safety. The nurse was interviewed and it was reported that the door is kept closed during screenings. Suicide prevention posters (English and Spanish) were posted in the room utilized by nursing.

## Section XII: Reception Center Processing

CIW does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

CIT was unable to be observed. CIW's LOP #215 *Crisis Intervention Team Procedure* (Revision: March 2023) addresses institutional CIT procedures.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

Hayes conducted a review of CIW and CIW PIP in May 2023; at the time of this review, the report has not yet been finalized/received. No CAPs were assigned to CIW or CIW PIP by the HQ SPRFIT Coordinator as additional information could not be obtained to verify various aspects of the preliminary findings.

There are no open Hayes CAPs for the PIP or institution from his previous reviews. See **Appendix A** for status of deficiencies previously identified.

## Section XV: Assignment of Corrective Action Plans and Recommendations

There are no open CAPs for the **institution** from previous reviews.

Below are concerns identified from the July 2023 review as well as updates:

| Concern | November 2023 Update | Status |
|---|---|---|
| CIW shall place "MHCB privileges, observation, and issue review" on their Improvement Priorities List and Project Pipeline at their next SPRFIT Committee. This project shall include developing a plan to ensure privileges for MHCB patients in CTC and Walker are reviewed during IDTT and justification for restrictions are included in documentation as required by memorandum *MHCB Privileges Revision* dated February 14, 2017 as well as justification for observation and issue as required by memorandum *Clarification of Allowable Property for Patients on Suicide Watch* dated April 24, 2020. | CIW reported the item was added to the Project Pipeline, retraining was provided following the identification from the July 2023 report and 844s submitted with September SPR-FIT minutes. Supervisor of the MHCB/Walker continues to monitor the compliance as appropriate. However, deficiencies continued to be noted during this review. As of October 2023, this item is no longer on the Project Pipeline. | **Open. It is recommended CIW re-evaluate the sustainability of the previously utilized intervention.** |
| CIW shall ensure SRASHE's are completed as required by statewide policy, specifically for MHCB referrals for danger to self as required by the 2021 *MHSDS Program Guide* (12-10-8). | CIW reported the Outpatient Program Seniors have provided staff refresher training during the morning meetings. Ongoing monitoring of the compliance is discussed during SPRFIT meetings and reviewed for additional follow-up activities. No issues were identified during this review. | Closed. |
| CIW shall develop a plan to ensure safety plans are included and reviewed during each day of the 5-day follow-up as required by memorandum *Safety Planning* dated February 13, 2023. | CIW indicated staff were provided a "refresher training" during morning meetings. The compliance is also addressed during the active use of the CAT audit. Due to it being on hold, SPRFIT Coordinator will continue to do a random review for compliance and reach out as needed to Program Seniors with any noted concerns. Minimal issues were noted during this review. | Closed. |
| CIW shall identify and review the barriers to completing the MHCB supervisory review of discharging safety plans prior to, or during, the discharge IDTT as required by memorandum *Update to the Suspension of Chart Audit Tool 13* dated April 5, 2023 to determine if those barriers can be remedied. | CIW indicated the MHCB Senior is tracking and auditing all Safety Plans. At the time of the finding in the July 2023 report, CIW had recently hired and assigned a new Senior Supervisor. CIW provided their internal tracking tool for September 2023 and the reviews are being completed. Forty-two of 49 (85.7%) were identified as being completed on the date subsequent to the completion of the SRE. However, it is not clearly indicated as to whether or not the reviews were completed prior to the discharge IDTT. | **Open. A new SharePoint has been developed by HQ to streamline the process of completion of these reviews. It is expected this new process will be released to the field in Q4 2023. Subsequent to the release of this new process, the ability for CIW to complete these reviews in a timely manner will be re-assessed to determine if further action is warranted.** |

There are no open CAPs for the **PIP** from previous reviews.

There were no concerns not rising to the level of a CAP for **PIP** identified during the July 2023 review.

## Conclusions/Comments

An exit meeting was conducted with the Warden, local SPRFIT, PIP Chief Psychologist, PIP SRN III, Unit Supervisor, and other members of CIW's administration.

Based upon this review, no additional CAPs are being requested.

The below are concerns not rising to the level of CAP[1] that will be re-assessed at the next on-site review:

**Institution:**

- CIW shall re-evaluate the sustainability of the previously closed "MHCB privileges, observation, and issue review" project to ensure observation level, issue, and privileges are adequately justified in clinical documentation and reviewed during IDTT as required by memorandums *MHCB Privileges Revision* dated February 14, 2017 and *Clarification of Allowable Property for Patients on Suicide Watch* dated April 24, 2020.
- CIW shall review the process of discharging patients from MHCB level of care while on suicide precaution as this practice is not consistent with the purpose of suicide precaution as identified in memorandum *Level of Observation and Property for Patients in Mental Health Crisis Beds* dated March 15, 2016.
- CIW shall review the SRMP process to ensure patients are removed from the program in a manner consistent with memorandum *Suicide Risk Management Program Policy and Procedure* dated July 12, 2021.

**PIP:**

- CIW PIP shall review the PIP privileges, observation, and issue process to ensure there is adequate justification in clinical notes for patients on observation status and/or limited issue and that these items are discussed during IDTT as required by memorandum *Psychiatric Inpatient Program Treatment Planning and Procedures: Suicide Prevention and Response* dated January 6, 2021.

---

[1] A concern not rising to level of a CAP is an area that does not rise to the level of needing a formal corrective action plan, but that would help improve the health of the institution's suicide prevention program.



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**APPENDIX A** – Status of deficiencies as noted in the Fifth Re-Audit and Update of Suicide Prevention Practices in the prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs written by Lindsay M. Hayes dated October 24, 2022

## INSTITUTION

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing Monitoring[2] |
|---|---|---|---|---|
| MHCB Possessions and Privileges | Within the licensed MHCB unit, showers and yard/dayroom were offered to two of three patients; whereas although showers and yard/dayroom appeared to be offered to Walker Unit patients, there were also notations on the 114-A forms of "no phone calls/dayroom due to PSR." Given the fact that such privileges were afforded to MHCB patients during the same time period, the withholding of such privileges in the Walker Unit was unexplained by CIW leadership (pg 146). | Complete. | This concern was immediately addressed by the MHCT lieutenants during the Hayes review. Subsequently, the issue of not providing out of cell activities to MHCB patients (whether in CTC or Walker) due to a PSR has not been identified in any of the subsequent MHCT audits or HQ SPRFIT Coordinator reviews. | "Out of Cell Time and Showers Offered" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |
| Discharge SRASHEs and Safety Plans | Subsequent discussion with the MHCB supervisor found that they were familiar with CDCR's "Supervisory Review of Mental Health Crisis Bed Discharge Safety Plans" (effective March 10, 2020), and that all discharge SRASHEs and safety plans were reviewed on a regular basis. However, subsequent review of a "MHCB DC SRE Reviews" form found an incorrect notation | Complete. | The MHCB supervisor was educated on the process of completing supervisory reviews of discharge safety plans. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIW is tracking the review of safety plans as required by this memorandum. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |

---

[2] As part of the SPRFIT Reboot process, if deficiencies are noted (by the institution, HQ, regional, or external stakeholders), the institutional SPRFIT committee will place the issue on their Improvement Priority List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

| | that supervisory review was unnecessary for a patient being discharged at low acute risk for suicide (pg 146). | | | |
|---|---|---|---|---|
| Custody Discharge Checks | This reviewer was presented with documentation of 58 cases of patients discharged from a MHCB or alternative housing placement who remained at CIW and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from March through August 2021. The review found that 93 percent had Page 1 of the "Discharge Custody Check Sheet" (CDCR MH-7497) forms completed correctly by mental health clinicians, with the vast majority (88 percent) of custody checks recommended for discontinuation after 24 hours by clinicians. In addition, 83 percent of the "custody check" forms (Page 2) were completed correctly by correctional staff at 30-minute intervals. Most of the custody deficiencies were related to gaps in documentation and/or missing observation sheets. | Complete. | CIW closed this CAP in May 2022 due to above 90% compliance for over 3 months. | "Custody Inpatient Housing Discharge Follow-ups" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |
| SRMP & Bad News LOPs | Although CIW had an LOP for the CIT, LOPs for "Inmate-Patients Receiving Bad News" and the "Suicide Risk Management Program" were not provided to the reviewer during the September 2021 assessment (pg 147). | Complete. | The most recent SRMP LOP is from February 2023. The most recent bad news LOP is from February 2023. | The status of these LOPs is reviewed during quarterly HQ SPRFIT Coordinator audits. |
| Suicide Prevention Training | Only 88 percent of custody staff, only 85 percent of medical staff, and 100 percent of mental health staff received annual suicide prevention block training during 2020 (pg 147). | In progress. | CIW achieved the following compliance for 2022:<br><br>• Custody: 82%<br>• Mental Health: 100%<br>• Medical: 86%<br><br>This was identified as a concern during the HQ SPRFIT Coordinator | "Staff who attended Annual IST Suicide Prevention Training" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

| | | | review in January 2023 review and an action item was assigned to prioritize staff to be trained as soon as possible in 2023 that did not receive the training in 2022. CIW has been unable to identify if those individuals have yet received the training in 2023. | |
|---|---|---|---|---|

## PSYCHIATRIC INPATIENT PROGRAM

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing monitoring[3] |
|---|---|---|---|---|
| Intake Screening | Develop a CAP to ensure uniformity during the nursing intake screening process within the PIPS whereby all PIPs utilize the current Initial Health Screening form (which contains adequate mental health and suicide risk questions) or revise either the "Admission Assessment and History" and "Acute/ICF Nursing Assessment" forms to include adequate mental health and suicide risk questions. | Complete. | CIW PIP utilizes the Initial Health Screening form for PIP arrivals. | "R&R screenings conducted appropriately" is a monthly metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SRASHE Completion | Develop a CAP to ensure that SRASHEs are always completed consistent with the requirements of the PIP suicide prevention policy, including by psychiatry in all programs, as well as by CIW-PIP clinicians on the weekend. | Complete. | CIW PIP had the following compliance rates for completion of SRASHEs during Q3 2023: <br>• Admissions: 100% <br>• Discharges: 83% | "Suicide Risk Evaluations Completed Timely" is a monthly metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop a CAP to ensure that only Suicide Precaution and Suicide Watch statuses are permitted for the observation for suicidal patients, and that terms such as "stags", "mental health observation", "Q-11", | Complete. | Review of clinical documentation for patients on suicide observation status did not yield this concern. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

---

[3] As part of the SPRFIT Reboot process, if deficiencies are noted (by the PIP, HQ, regional, or external stakeholders), the PIP SPRFIT committee will place the issue on their Improvement Priority List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

| | "behavioral suicide watch", and "enhanced observation" are prohibited to be used in provider orders and progress notes. | | | |
|---|---|---|---|---|
| Observation of Suicide Patients | Develop a CAP to ensure that regular nursing rounds conducted 15-minute intervals (meant for non-suicidal patients) should never be utilized as a substitute for Suicide Precaution Status. | Complete. | Review of clinical documentation for patients on suicide observation status did not yield this concern. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop CAPs at both SVSP-PIP and CIW-PIP to ensure patients on suicide observation status are always assessed on a daily basis, and that orders for discharge from Suicide Watch and Suicide Precaution at SVSP-PIP are only completed following an assessment by a provider. | Complete. | CIW PIP initiated a monthly audit and closed this CAP in December 2022 due to reaching sustained compliance above 90% for 3 consecutive months. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Proper Clothing and Possessions | Develop CAPs at CMF-PIP, CHCF-PIP, CIW-PIP, and SQ-PIP to ensure that all provider orders regarding clothing and possessions are clinically justified in medical charts and that patients not on Suicide watch or Suicide precaution are provided all clothing and possessions. | Complete. | CIW PIP initiated a monthly audit and closed this CAP in December 2022 due to reaching sustained compliance above 90% for 3 consecutive months. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Out-of-Cell Activities | Develop a CAP for all PIPs to ensure that suicidal patients have access to out-of-cell activities that are clinically justified, including those on maximum-security status. | In progress. | CIW PIP indicated a draft of the LOP for out-of-cell activity for patients on suicide observation status was sent to HQ in April 2021 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership. | The status of this LOP is reviewed during quarterly HQ SPRFIT Coordinator Audits. |
| IDTT meetings | Develop a CAP in improve the Consistency of IDTT meetings for suicidal patients within all of the PIPs, to include adequate case presentations; higher level of care discussions (during meetings for ICF patients); adequate discussion regarding suicide risk histories; current suicide risk and | Complete. | No concerns were identified in the February, April, July or November 2023 HQ SPRFIT Coordinator reviews. | "Inpatient Unit IDTTs Meeting Requirements" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

| | | | |
|---|---|---|---|
| | observation; clothing, possessions, and out-of-cell activities; and safety planning to reduce further recurrence of SI. | | |
| Safety Planning | Develop a CAP to improve the adequacy of safety planning within all of the PIPs. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | Complete. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning have been suspended from February 2 to October 1, 2023. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIW PIP is tracking the review of safety plans as required by this memorandum. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Safety Planning | Develop a CAP to enforce the PIP suicide prevention policy requirement for supervisory review of a safety plan prior to, or during the IDTT in which the discharging SRASHE is completed. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | Complete. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning have been suspended from February 2 to October 1, 2023. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIW PIP is tracking the review of safety plans as required by this memorandum. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Contracting for Safety | Develop a CAP to ensure that "contracting for safety" is not utilized in either the assessment of suicide risk or documentation of decision-making within the PIPs. | Complete. | Memo *Discontinue the Use of Safety Contracts* released to the field February 17, 2023. CIW PIP is at 100% compliance for completion of this LMS training. | Clinical documentation is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SPRFIT Committee | Develop a CAP to ensure that SPRFITs at each PIP meet required monthly meetings quorums, and that deficient suicide prevention practices, including those cited in this reviewer's report, are remedied. | Complete. | Review of July, August, and September 2023 SPRFIT minutes indicated that quorum was met. | This is reviewed in quarterly HQ SPRFIT Coordinator audits. |

Exhibit J

 

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | February 5, 2024 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | N. Hudspeth, PsyD, Senior Psychologist, Specialist<br>HQ SPRFIT Coordinator, Division of Healthcare Services |
| **Subject:** | CALIFORNIA HEALTH CARE FACILITY PSYCHIATRIC INPATIENT PROGRAM- HQ SPRFIT COORDINATOR REVIEW |

On January 17-18, 2024, a review of the California Health care Facility – Psychiatric Inpatient Program (CHCF PIP) was conducted. The on-site portion was conducted by the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator – Region II, Dr. Heather Stahl, and the rest was conducted by the HQ SPRFIT Coordinator – Region IV. Additionally, the Region II Nurse Consultant Program Reviewer (NCPR) Sommer Williams was on-site during the review. Although not on-site, the Region II Mental Health Compliance Team (MHCT) Lieutenants, Frank Hodson and Ruben Loza, as well as the Region II CNE, Laura Schaper, and Region II Psychiatrist, Lisa Scott-Covello, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be reviewed during the Statewide SPRFIT committee. It is noted that, as this was only a review of the PIP, portions of the Guidebook are not applicable.

Should you have any questions or require further clarification, please get in touch with me at (909) 276-8320 or nina.hudspeth@cdcr.ca.gov.

## Section I: Restricted Housing Unit

Not applicable to PIP.

## Section II: Inpatient Units

**Suicide-resistant cells:** Patients placed on suicide watch or precaution remain housed in their assigned cell, however, their items are removed from the cell except for what is indicated in the issue order. Tier walks indicated most of the cells were clean with the exception of two in B4A. This was reported to custody while on-site. This was also shared with the Region II MHCT lieutenants for further review and follow-up.

**Special Interdisciplinary Treatment Team:** No special IDTTs were scheduled on the review days.

### Interdisciplinary Treatment Teams (IDTT)

**B7A - ICF:** One 30-day routine case was observed. All required members were in attendance, including the patient. The patient was not on observation status, therefore, the observation level, issuance, and privileges were not required to be discussed. The patient was asked about current suicidal ideation during the IDTT.  The patient was referred to ICF level of care for danger to self and the development of a safety plan was not discussed.

### Quality of Safety Planning:

A new safety planning training rolled out statewide February 2023; safety planning was removed from CAT 7 as a result of this new training. A new CAT (14) audit specifically for safety planning was released to the field October 1, 2023. In review of On Demand, PIP data cannot be separated from the institution. Therefore, the results of this audit will be reviewed on the institution side by the Region II HQ SPRFIT Coordinator. CHCF PIP's Local Operating Procedure (LOP) #19.4.9 *Safety Planning* (Revision: July 2023) addresses safety planning.

### PIP Supervisor Review of Discharging Safety Plans

HQ MH QM sent an e-mail statewide on February 2, 2023, suspending the requirement to complete these reviews beginning February 2 to October 1, 2023, pending the roll-out of the new safety planning training and update to CAT 13. However, on April 5, 2023, the memorandum *Update to the Suspension of Chart Audit Tool 13* indicated that institutions needed to resume completing these reviews by developing a local tracking method since CAT 13 continued to be unavailable for use. CHCF PIP provided their internal tracking tool for December 2023, and the reviews are being completed; however, only 7 of 11 (63%) were identified as being completed prior to, or during the discharge IDTT, as required by statewide policy. This is a significant decrease from the previous review.

**Suicide Watch and Suicide Precaution**

Throughout the review, there were numerous patients on suicide watch and precaution in various housing units (B1A, B1B, B4A, and B4B). The observers for patients on suicide watch were engaging in direct, continuous observation of the patient. The reviewer observed suicide precaution checks being completed and the nurse was not documenting the checks in real-time (B4B). This information was shared with the Region II CNE and NCPR for further review and follow-up.

A review of the Mental Health Observations Reporting Tool indicated that from December 1 to December 31, 2023, CHCF PIP was at 97.6% compliance for the timely completion of suicide precaution rounds and 94.0% compliance for staggering suicide precaution rounds. Additionally, CHCF PIP was at 96.7% compliance for suicide watch rounds.

CHCF PIP indicated that a draft of the LOP for out-of-cell activities for patients on suicide observation status was sent to HQ in June 2020, and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership.

**Observation and Issue Orders**

Observation and issue orders were reviewed on the cell door for patients in various housing units (B1A, B1B, B4A, and B4B) on both days of the review. One patient in B1B, one patient in B4B and multiple patients in B4A either had old or missing orders. This has been an on-going issue for CHCF PIP. CHCF PIP initiated a weekly audit in which a multidisciplinary team would round various units to assess the status of the orders. During the exit, CHCF PIP indicated they would update the audit spreadsheet to ensure SRNIIs are reviewing doors to confirm the old orders are removed in order to further address this issue. Additionally, CHCF PIP will review the feasibility of developing a new tracker to routinely audit compliance with this metric. This information was also shared with the Region II CNE and NCPR for further review and follow-up.

The HQ SPRFIT Coordinator conducted a review of five patients (across various units) on suicide watch or precaution as of January 18, 2024. This review consisted of three components: was the patient seen daily by a psychologist or psychiatrist, were observation and issue orders renewed on a daily basis by both psychologists and psychiatrists, and was there clinical justification documented in the progress notes for observation status and issue (the review consisted of January 16 – 18, 2024). Two were not seen on at least one of the days reviewed, two patients did not have observation/issue orders completed on a daily basis and none were completed by a psychologist, and all patients had inadequate justification for the observation status or issue on at least one of the days reviewed. During the April 2023 review, CHCF PIP was directed, in consultation with the Region II psychiatrist, to place this on their Improvement Priorities List and Project Pipeline. Additionally, they were directed to ensure a psychiatrist was a project lead or co-lead, as psychiatrists are primarily tasked with completing the daily contacts for patients on observation status. This was added to their Improvement Priorities List and Project Pipeline

(September 2023), however, there has been no progress on improving the compliance in this area. Additionally, there is no indication in available documentation (e.g. SPRFIT minutes) that psychiatry has been involved in this project. This issue was elevated by the reviewer directly to the CHCF and Region II CEOs. The status of this project will continue to be monitored by the HQ SPRFIT Coordinator. The importance of this project for patient safety was re-iterated by the reviewer during the exit.

Tier walks indicated patients had property and clothing in compliance with statewide policy.

**Privileges**

CHCF PIP inputs information into the Non-Clinical Activity Tracking (NCAT) system for both maximum and non-maximum custody patients. A review of a random sample of patients in every unit from January 1 to January 17, 2024, indicated that patients in all units were being offered showers, meals, phone calls, yard, and other out-of-cell activities.

Of note, CHCF PIP had begun construction on maximum custody yard modules next to Building 4 during the previous review to allow easier access to yard for maximum custody patients in the PIP. As of this report, the modules have been completed and it is estimated these modules will be on-line in the imminent future.

**Timelines for Suicide Risk Evaluations**

Timeliness of completion for SREs is reviewed in Sections VII and VIII. A review of the Appointments report in On Demand, filtered for Suicide Risk Evaluation for treatment category, indicated there were 406 appointments from October 1 to December 31, 2023 for the PIP. Two hundred and ninety-seven (73.15%) were identified as being completed in a confidential setting. The below table identifies the reasons for non-confidential contacts.

| Reason for Non-confidential SRE | Number | Percentage of contacts |
|---|---|---|
| As planned | 20 | 18.34% |
| Refused | 73 | 66.97% |
| Custody Modified Program | 8 | 7.33% |
| Custody escort unavailable | 1 | 0.91% |
| IP no showed scheduled contact | 2 | 1.83% |
| MH Modified Program | 1 | 0.91% |
| Medical restrictions/Public health | 2 | 1.83% |
| Provider initiated – unplanned contact | 2 | 1.83% |

## Section III: Alternative Housing

Not applicable to PIP.

## Section IV: Suicide Risk Management Program (SRMP)

Not applicable to PIP.

## Section V: Discharge Custody Checks

Not applicable to PIP.

## Section VI: Local SPRFIT Committee

CHCF PIP's LOP 17.20.25 *Treatment Planning and Procedures: Suicide Prevention and Response* (Revision: September 2023) addresses suicide prevention and response procedures.

The HQ SPRFIT Coordinator observed CHCF PIP's monthly SPRFIT meeting via Microsoft Teams on October 17, 2023. Quorum was met and there was a qualitative discussion of the data provided. Action items were reviewed as indicated.

SPRFIT minutes were reviewed and audited based upon the Suicide Prevention On-site Audit Guidebook. At the time of the review, the September, October, and November 2023 minutes were finalized and uploaded to the Suicide Prevention SharePoint. The minutes reviewed met 100% of audit criteria. During the previous review, it was identified there were no new RCAs or clinical case reviews of at least 5 serious suicide attempts completed within the past 6 months as required by memorandum *Update to Enhancements to the Suicide Prevention and Response Focused Improvement Teams* dated June 14, 2023. CHCF PIP initiated clinical reviews in December 2023 and provided documentation of the review, which will be included in their SPRFIT minutes.

Of note, CHCF PIP indicated there are no separate Inmate Family Counsel (IFC) or Inmate Advisory Council (IAC) for patients housed in the PIP. The attendance and discussion of these meetings is reviewed by the Region II SPRFIT Coordinator for CHCF institution.

## Section VII: Urgent and Emergent Referrals for Danger to Self

Per memorandum *Completion of Suicide Risk Assessments and Self-Harm Evaluations in Psychiatric Inpatient Program Settings* dated October 22, 2021, an SRE is not required for referrals for danger to self. On Demand is incorrectly capturing that SREs are required when this referral reason is selected. This issue has been elevated to HQ QM for further review. Therefore, this section is not applicable to PIP.

## Section VIII: Suicide Risk Evaluations

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from October 1 to December 31, 2023 for the PIP:

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE on admission to PIP, ACU, UnlACU, ICF, or UnlICF | 200 | **89%** |
| SRE prior to clinical discharge from PIP | 131 | **58%** |

As identified above, On Demand is incorrectly capturing compliance for completion of required SREs. Additionally, upon consultation with CHCF PIP leadership, it was identified that the SPRFIT BI report is also incorrectly capturing compliance for completion of required SREs. CHCF PIP completed a drilldown and identified the corrected data:

| Month | On Demand – Admission SREs | Corrected data | On Demand – Discharge SREs | Corrected data |
|---|---|---|---|---|
| **October** | 92% | 87% | 65% | 68% |
| **November** | 91% | 89% | 56% | 68% |
| **December** | 84% | 83% | 52% | 68% |

Review of the most recently available SPRFIT minutes (November 2023) identified the low compliance, however, no interventions were identified in order to increase compliance. Additionally, this item is not on CHCF PIP's Improvement Priorities List and Project Pipeline (December 2023).

## Section IX: Emergency Response

**Cut-down Kits:** The Region II MHCT lieutenants will review cut-down kits at CHCF PIP on February 21, 2024.

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:** There have been no deaths by suicide since the October 2023 review. However, there was one death that occurred at CMC on September 23, 2023 in which one QIP was assigned to CHCF PIP.

| QIP | CHCF PIP Action | HQ SPRFIT Coordinator Review | Status |
|---|---|---|---|
| Review of the chart revealed that psychiatric contacts were not timely or in keeping with expectations, during the fall of 2022, while the patient was hospitalized at CHCF PIP. | CHCF PIP reported the need to track psychiatry contact intervals was identified in March 2023. CHCF PIP indicated psychiatry was trained on the Inpatient Tracking Tool in February and 2023 and initiated a monthly audit. CHCF PIP reported the following compliance for timely completion of psychiatry contacts in 2023: | No additional review is warranted. | Closed. |

| | • July: 94.3%<br>• August: 98.6%<br>• September: 99.0%<br>• October: 99.2%<br>• November: 98.9%<br>• December: 99.3% | | |
|---|---|---|---|

There are no open QIPs from previous deaths by suicide.

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for December 2023, as well as information obtained from CHCF PIP, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 91%
- Safety Planning: 85%
- SRE Mentoring: 30%
- CSSRS: 64%
- Discontinue the Use of Safety Contracts: 96%
- Annual IST Suicide Prevention Training (reviewed on institutional side due to combined compliance)

It is noted that SRE mentoring is currently an active project on CHCF PIP's Improvement Priorities List and Project Pipeline (December 2023).

A training for safety planning is scheduled for February 14, 2024 which should increase CHCF PIP's compliance above 90%. Additionally, CHCF PIP indicated they will facilitate one CSSRS training per week which should increase compliance above 90% by February 28, 2024.

## Section XI: Receiving and Release (R&R) Screening

PIP Intake screenings were unable to be observed during the on-site review. Due to scheduling conflicts, R&R was unable to be reviewed. There have been no issues noted in previous reviews. This is a monthly audit on the SPRFIT measurement plan.

## Section XII: Reception Center Processing

Not applicable to PIP.

## Section XIII: Crisis Intervention Team (CIT)

Not applicable to PIP.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

Hayes conducted a review of CHCF PIP January 2023; at the time of this review, the report has not yet been finalized/received. There were no CAPs assigned as a result of that review as the identified concerns were already CAPs or they were included in CHCF PIPs Improvement Priorities List and Project Pipeline.

There are no open Hayes CAPs. See **Appendix A** for status of deficiencies previously identified.

## Section XV: Assignment of Corrective Action Plans and Recommendations

There are no open CAPs.

Below are concerns that did not rise to the level of a CAP from the October 2023 review, as well as updates and status:

| Concern | January 2024 Update | Status |
|---|---|---|
| CHCF PIP shall identify and review the barriers to completing the PIP supervisory review of discharging safety plans prior to, or during, the discharge IDTT as required by memorandum *Update to the Suspension of Chart Audit Tool 13* dated April 5, 2023 to determine if those barriers can be remedied. | CHCF PIP provided their local spreadsheet which indicated 63% of reviews in December 2023 were completed in a timely manner, which is a significant decrease in compliance from the October 2023 review. | **Open. A new SharePoint has been developed by HQ to streamline the process of completion of these reviews. This new process was released to the field February 1, 2024. Subsequent to the release of this new process, the ability for CHCF PIP to complete these reviews in a timely manner will be re-assessed to determine if further action is warranted.** |
| CHCF PIP shall ensure semi-annual aggregate RCAs or a clinical review of at least 5 serious suicide attempts are completed every 6 months as required by memorandum *Update to Enhancements to the Suicide Prevention and Response Focused Improvement Teams* dated June 14, 2023. | CHCF PIP initiated clinical reviews in December 2023 and provided documentation of the review, which will be included in their SPRFIT minutes. | Closed. |

## Conclusions/Comments

An exit meeting was conducted with the local SPRFIT, CMH, PIP Chief Psychologist, Captain of Healthcare, Chief Psychiatrist, Senior Psychiatrist, PIP SRN III, and other members of CHCF PIP's administration.

No new CAPS are being requested.

Below are concerns not rising to the level of a CAP[1] that will be followed-up on at the next on-site review:

- CHCF PIP shall ensure the progress on developing the safety plan for patients referred for danger to self and/or engage in self-harm while housed in an inpatient setting shall be discussed during IDTT as required by memorandum *Safety Planning Policy and Procedure* dated February 13, 2023.
- CHCF PIP shall identify specific interventions to increase compliance with admission and discharge SRASHEs as required by memorandum *Completion of Suicide Risk Assessments and Self-Harm Evaluations in Psychiatric Inpatient Program Settings* dated October 22, 2021.

---

[1] A concern not rising to level of a CAP is an area that does not rise to the level of needing a formal corrective action plan, but that would help improve the health of the institution's suicide prevention program.



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**APPENDIX A** – Status of deficiencies as noted in the Fifth Re-Audit and Update of Suicide Prevention Practices in the prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs written by Lindsay M. Hayes dated October 24, 2022

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing monitoring[2] |
|---|---|---|---|---|
| Intake Screening | Develop a CAP to ensure uniformity during the nursing intake screening process within the PIPs whereby all PIPs utilize the current Initial Health Screening form (which contains adequate mental health and suicide risk questions) or revise either the "Admission Assessment and History" and "Acute/ICF Nursing Assessment" forms to include adequate mental health and suicide risk questions. | Closed. | CHCF PIP utilizes the Initial Health Screening form for PIP arrivals. | "R&R screenings conducted appropriately" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SRASHE Completion | Develop a CAP to ensure that SRASHEs are always completed consistent with the requirements of the PIP suicide prevention policy, including by psychiatry in all programs, as well as by CIW-PIP clinicians on the weekend. | In progress. | There continues to be low compliance in timely completion of admission and discharge SRASHEs. This metric is reviewed in CHCF PIP's monthly SPRFIT meetings. As of the January 2024 review, CHCF PIP has been unable to identify effective interventions to increase compliance. | "Suicide Risk Evaluations Completed Timely" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop a CAP to ensure that only Suicide Precaution and Suicide Watch statuses are permitted for the observation for suicidal | Closed. | Review of clinical documentation for patients on suicide observation | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and |

---

[2] As part of the SPRFIT Reboot process, if deficiencies are noted (by the institution, HQ, regional, or external stakeholders), the PIP SPRFIT committee will place the issue on their Improvement Priority List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

| | patients, and that terms such as "stags", "mental health observation", "Q-11", "behavioral suicide watch", and "enhanced observation" are prohibited to be used in provider orders and progress notes. | | status did not yield this concern. | Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
|---|---|---|---|---|
| Observation of Suicide Patients | Develop a CAP to ensure that regular nursing rounds conducted 15-minute intervals (meant for non-suicidal patients) should never be utilized as a substitute for Suicide Precaution Status. | Closed. | Review of clinical documentation for patients on suicide observation status did not yield this concern. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop CAPs at CMF-PIP, CHCF-PIP, SVSP-PIP, and SQ-PIP to ensure that all patients on suicide observation status are adequately observed. | Closed. | No deficiencies noted during the July 2023 HQ SPRFIT Coordinator Review. | "Suicide Precaution Observations" and "Suicide Watch Observations" are quarterly metrics as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Proper Clothing and Possessions | Develop CAPs at CMF-PIP, CHCF-PIP, CIW-PIP, and SQ-PIP to ensure that all provider orders regarding clothing and possessions are clinically justified in medical charts and that patients not on Suicide watch or Suicide precaution are provided all clothing and possessions. | In progress. | CHCF PIP added to this to their Improvement Priorities List and Project Pipeline (September 2023). | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Out-of-Cell Activities | Develop a CAP for all PIPs to ensure that suicidal patients have access to out-of-cell activities that are clinically justified, including those on maximum-security status. | In progress. | CHCF PIP indicated a draft of the LOP for out-of-cell activity for patients on suicide observation status was sent to HQ in June 2020 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership. | The status of this LOP is reviewed during quarterly HQ SPRFIT Coordinator Audits. |
| IDTT meetings | Develop a CAP in improve the Consistency of IDTT meetings for suicidal patients within all of the PIPs, to include adequate case presentations; higher level of care discussions (during meetings for ICF patients); adequate discussion regarding suicide risk histories; current suicide risk and observation; clothing, possessions, and out- | In progress. | During the May 2022 review, CHCF PIP initiated a project titled Re-Imagination which included re-training clinical staff on various topics, including IDTT. During the September 2022 review, CHCF PIP reported that all | "Inpatient Unit IDTTs Meeting Requirements" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

| | of-cell activities; and safety planning to reduce further recurrence of SI. | | units have now been trained. There continues to be variability in the overall quality of IDTTs. | |
|---|---|---|---|---|
| Safety Planning | Develop a CAP to improve the adequacy of safety planning within all of the PIPs. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | In progress. | The new safety planning training rolled-out statewide in February 2023 which clearly identifies when a safety plan is required. Although all staff have not yet been trained, the supervisory reviews of discharging safety plans will ensure that safety plans are being completed as required by statewide policy, regardless of patient refusal and/or low acute risk level at discharge. | On April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing the supervisory review of discharging safety plans. The memorandum directed institutions to develop a local tracking method since CAT 13 continued to be unavailable for use. CHCF PIP is completing the reviews and was at 63% compliance for timely reviews in December 2023. A new SharePoint has been developed by HQ to streamline the process of completion of these reviews. This new process was released to the field February 1, 2024. Subsequent to the release of this new process, the ability for CHCF PIP to complete these reviews in a timely manner will be re-assessed to determine if further action is warranted. |
| Safety Planning | Develop a CAP to enforce the PIP suicide prevention policy requirement for supervisory review of a safety plan prior to, or during the IDTT in which the discharging SRASHE is completed. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | In progress. | CHCF PIP is completing the reviews and was at 63% compliance for timely reviews in December 2023. | On April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing the supervisory review of discharging safety plans. The memorandum directed institutions to develop a local tracking method since CAT 13 continued to be unavailable for use. CHCF PIP is completing the reviews and was at 83% compliance for timely reviews in September 2023. A new SharePoint has been developed by HQ to streamline the process of completion of these reviews. This new process was released to the field February 1, 2024. Subsequent to the release of this new process, the ability for CHCF PIP to complete these reviews in a timely manner will be re-assessed to determine if further action is warranted. |
| Contracting for Safety | Develop a CAP to ensure that "contracting for safety" is not utilized in either the assessment of suicide risk or documentation of decision-making within the PIPs. | Closed. | Memo *Discontinue the Use of Safety Contracts* released to the field February 17, 2023. CHCF PIP is at 96% compliance for completing this training as of December 2023. No issues were identified during the January 2024 review. | Clinical documentation is reviewed in quarterly HQ SPRFIT Coordinator audits. |

| Suicide Prevention Training | Develop CAPs to increase custody, medical, and mental health staff compliance for annual suicide prevention training at CMF-PIP and CHCF-PIP. | Closed. | This is monitored and addressed on the institutional side as the compliance numbers are combined. Below are the numbers for 2023:<br>• Custody: 100%<br>• MH: 97%<br>• Nursing: 91% | "Staff who attended Annual IST Suicide Prevention Training" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits of the institution. |
|---|---|---|---|---|
| Suicide Prevention Training | Develop CAPs to increase mental health clinician compliance rates for both SRE mentoring program and seven-hour SRE training at CMF-PIP, CHCF-PIP, and SVSP-PIP. | In progress. | As of December 2023, CHCF PIP had the following compliance rates:<br>• SRE mentoring: 30%<br>• 7-hour: 91%<br><br>As of December 2023, SRE mentoring is an active project on CHCF PIP's Improvement Priorities List and Project Pipeline. | "MH Clinicians with 7-hour SRE training within the Last 2 years" and "Staff Completion of the SRE Mentor Program" are monthly metrics as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SPRFIT Committee | Develop a CAP to ensure that SPRFITs at each PIP meet required monthly meetings quorums, and that deficient suicide prevention practices, including those cited in this reviewer's report, are remedied. | Closed. | Review of June, July, and August 2023 minutes indicated that quorum was met. | This is reviewed in quarterly HQ SPRFIT Coordinator audits. |

Exhibit K

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES** 

# MEMORANDUM

| | |
|---|---|
| **Date:** | March 4, 2024 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | N. Hudspeth, PsyD, Senior Psychologist, Specialist<br>HQ SPRFIT Coordinator, Division of Healthcare Services |
| **Subject:** | **CALIFORNIA INSTITUTION FOR WOMEN - HQ SPRFIT COORDINATOR REVIEW** |

On February 13-14, 2024, the HQ Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator – Region IV conducted a review at California Institution for Women (CIW) of both the institution and Psychiatric Inpatient Program (PIP). Although not on-site, the Region IV Mental Health Compliance Team (MHCT) Lieutenants, Tanesha Smith and Kimberly Drouillard, as well as the Region IV CNE, Laura Stanley, were consulted throughout the review process.

Attached is the report based upon the Suicide Prevention On-site Audit Guidebook that will be reviewed during the Statewide SPRFIT committee.

Should you have any questions or require further clarification, please contact me at (909) 276-8320 or nina.hudspeth@cdcr.ca.gov

## Section I: Restricted Housing Unit

**EOP RHU**

**Second Watch Partnership Huddle**: All required members were present with custody, nursing and mental health staff represented. The discussion covered topics such as new arrivals, patients on 5-day follow-ups and behavioral issues.  Patients in the Suicide Risk Management Program were reviewed. One-hundred percent of audit criteria was met.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed. The PT engaged each patient at cell front and it was evident he had good rapport with each of them. Documentation was conducted in real time in the Electronic Health Record System (EHRS). The PT asked about current mental health symptoms and suicidal ideation during each contact. There was no indication to submit mental health referrals. The PT also offered in-cell activities to each patient.

**Intake Cells:** There are no intake cells in EOP RHU. All new intakes are housed in a retrofitted intake cell in CCCMS/GP RHU to complete the 72-hour intake time prior to being transferred to EOP RHU. There were no patients on 21-day intake status; all patients had a placard indicating when they arrived to the unit. CIW leadership indicated they are still in the process of assessing the feasibility of converting at least one cell in this unit to an intake cell which would ensure continuity of patient care. CIW reported, as of the site visit, the plans were with plant operations to assess the associated costs.

**Entertainment appliance**: During tier walks, all patients were asked if they had an entertainment appliance; all of them had either a radio, tablet or a TV.

**Welfare Check Completion (Guard One):** Compliance based upon the Office of Research data is reviewed in the CCCMS/GP RHU section as the compliance is combined for both units. The custody officer completing Guard One checks was observed. The officer stopped and looked into each cell prior to continuing the checks.

**ASU Intake Screenings**: EOP patients are housed in CCCMS/GP RHU prior to transfer to EOP RHU to complete their 72-hour intake time since there are no intake cells in this unit. The compliance numbers are reviewed in the below section.

**CCCMS/GP RHU**

Patients included in MHSDS at CCCMS level of care and non-MHSDS incarcerated persons are housed in this unit.

**Second Watch Partnership Huddle**: The Partnership Huddle was unable to be observed. The huddle forms were reviewed and patients in the Suicide Risk Management Program were identified.

**Psychiatric Technician (PT) Rounds**: PT rounds were observed. The PT engaged each patient at cell front and it was evident she had good rapport with each of them. Documentation was conducted in real time in EHRS. The PT asked about current mental health symptoms and suicidal ideation during each contact. There was no indication to submit mental health referrals. The PT also offered in-cell activities to each patient.

**Intake Cells:** All of CIW's intake cells are retrofitted in compliance with statewide policy. There were three incarcerated persons on 72-hour initial intake status and all of them were in intake cells. None of them were housed in an intake cell beyond 72 hours. There was one incarcerated person on 21-day intake status. All individuals on intake status had a placard indicating when they arrived to the unit.

**Welfare Check Completion (Guard One):** Review of the Security/Welfare Check Monitoring Report from the Office of Research indicated CIW was at 98.02% compliance for timely completion of Guard One for January 2024. The custody officer completing Guard One checks was observed. The officer stopped and looked into each cell prior to continuing the checks.

**Entertainment appliance**: During tier walks, the one incarcerated person on 21-day intake status were asked if they had an entertainment appliance and reported they did.

**ASU Screening (Pre-placement):** ASU pre-placement screenings were unable to be observed. EHRS for four patients on intake status were reviewed; the ASU Pre-placements were completed within required timeframes for 100% of them.



A review of On Demand indicated that CIW was 80% compliant for completing ASU Pre-placements within required timeframes October 1 to December 31, 2023. It is noted this is currently an active project on CIW's Improvement Priorities List and Project Pipeline (January 2024). This information was shared with the Region IV CNE for further review and follow-up.

**ASU Screening (Post-placement):**

ASU Screening Questionnaires were unable to be observed. Of the four incarcerated persons on intake status, two of them were not included in MHSDS. A review of those charts indicated the ASU Screening Questionnaires were completed within required timeframes for both of them.



A review of On Demand indicated that CIW was 100% compliant for completing ASU Screening Questionnaires within required timeframes October 1 to December 31, 2023.

As previously identified, CIW does not have a confidential space available to conduct the intake screenings; incarcerated persons are offered to be screened in a therapeutic treatment module (TTM) located in the middle of the building.

## Section II: Inpatient Units

**Mental Health Crisis Bed (CTC)**

**Suicide-resistant cells:** All of CIW's CTC MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** There were no IDTTs scheduled the day of the review (February 13, 2024).

**Suicide Watch and Suicide Precaution:** There were five MHCB patients housed in CTC at the time of the on-site review. There were two patients on suicide watch and the observers were engaging in direct, continuous observation of the patients. There were two patients on suicide precaution and the nurse documented the checks in real-time.

A review of the Mental Health Observations Reporting Tool indicated that from January 1 to January 31, 2024, CIW MHCB CTC was at 98.4% compliance for timely completion of suicide precaution rounds and at 92.2% compliance for staggering suicide precaution rounds. Additionally, CIW MHCB CTC was at 95.2% compliance for timely completion of suicide watch rounds for patients housed in CTC.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for all patients in CTC MHCB while on-site on February 13, 2024. All five patients had up-to-date orders posted on the door. Tier walks indicated all patients had property and clothing in compliance with the orders on the door.

The documentation for three patients on observation status were reviewed. The review indicated that there was inadequate clinical justification documented for the observation status, issue, and privileges for all patients on at least one of the days reviewed (February 10-12, 2024). This was also noted as a concern during the previous review. Additionally, two patients had observation orders that did not match what was documented in the note on at least one of the days reviewed. It is noted this is currently an active project on CIW's Improvement Priorities List and Project Pipeline (January 2024).

**Privileges:** CIW is now utilizing the Automated Restricted Housing Record to input activities for patients housed in MHCB. A review of the Restricted Housing Unit Summary Report indicated that although patients were being offered out of cell activities, the frequency of yard and dayroom were very limited. For example, one patient that was housed in CTC from February 6-13, 2024 received 1.25 hours of yard and 1.75 hours of dayroom. Another patient was there from February 8-16, 2024 an received 1 hour of yard and 1 hour of dayroom. Upon consultation with CTC custody, it was reported that per CIW's LOP, recreational therapists (RT) facilitate yard and dayroom, so if the RT is absent during second watch, no yard or dayroom is offered to the patients. Additionally, upon consultation with the CTC PT, it was reported that on shower days,

PTs may not have the ability to consistently offer dayroom to patients during third watch. Mental health leadership was informed of the limited out of cell time while on site and it was reported they would consult with their custody and nursing partners to try to identify and rectify the barriers to providing patients with out of cell time. This information was also shared with the Region IV MHCT lieutenants and CNE for further review and follow-up.

## Mental Health Crisis Bed (Walker)

**Suicide-resistant cells:** All of CIW's Walker MHCB cells are retrofitted in compliance with statewide policy.

**Interdisciplinary Treatment Teams (IDTT):** There were no IDTTs scheduled the day of the review (February 13, 2024).

**Suicide Watch and Suicide Precaution:** There were two MHCB patients housed in Walker at the time of the on-site review; neither patient was on observation status.

A review of the Mental Health Observations Reporting Tool indicated that from January 1 to January 31, 2024, CIW MHCB Walker was at 98.7% compliance for timely completion of suicide precaution rounds and at 92.3% compliance for staggering suicide precaution rounds. Additionally, CIW MHCB Walker was at 96.1% compliance for timely completion of suicide watch rounds for patients housed in Walker.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for both patients in Walker while on-site on February 13, 2024. Both patients had up-to-date orders posted on the door. Tier walks indicated all patients had property and clothing in compliance with the order on their doors.

Neither patient was on observation status. This is an improvement from the previous review as patients were previously being discharged from MHCB while on suicide precaution.

**Privileges:** CIW is now utilizing the Automated Restricted Housing Record to input activities for patients housed in MHCB. A review of the Restricted Housing Unit Summary Report indicated all patients were being offered out of cell contact, including yard, showers, and phone calls. Notably, the identified issue for out of cell time in CTC was not present in Walker. Upon review of both patients, one received 14.25 hours of yard and 3.5 hours of dayroom and the other 18 hours of yard and 3.5 hours of dayroom while housed in Walker.

## Psychiatric Inpatient Program (PIP)

**Suicide-resistant cells:** Patients placed on suicide watch or precaution remain housed in their assigned cell, however, their items are removed from the cell except for what is indicated in the issue order. Tier walks indicated the cells were clean with a cleaning schedule kept current.

During the May 2021 review, it was noted that the cells are structured differently on A/B side versus C/D side. It was also noted that some of the cells are not in compliance with statewide policy for retrofitted cells. CIW PIP indicated that a Ligature Risk Assessment (LRA) was completed and that it was provided to the CIW Environment of Care Committee for review. CIW PIP reported that work orders were submitted via Architectural and Engineering to the joint commission support team at HQ, which are in discussion with facilities management, but have not yet received approval to initiate those work orders. This will continue to be monitored by the reviewer and HQ Suicide Prevention leadership.

**Special Interdisciplinary Treatment Team:** There were no special IDTTs scheduled the day of the review.

**Interdisciplinary Treatment Teams (IDTT):** Two follow-up IDTTs were observed. All required members were in attendance, including the patients. However, for the first patient, the CCI was 30 minutes late and was only present during the final few minutes. This information was shared with the Region IV MHCT lieutenants for further review and follow-up. One patient was on observation status and the observation, issue, and privileges were discussed; this is an improvement from the previous review. Both patients were asked about current suicidal ideation during the IDTT. The development of a safety plan was discussed during the IDTT for the one applicable patient.

**Suicide Watch and Suicide Precaution:** At the time of the on-site review (February 14, 2024) there were two patients on suicide watch and five patients on suicide precaution. The observers were engaging in direct, continuous observation of the patients.

A review of the Mental Health Observations Reporting Tool indicated that from January 1 to January 31, 2024, CIW PIP was at 98.2% compliance for timely completion of suicide precaution rounds and at 93.7% compliance for staggering suicide precaution rounds for patients housed in PIP. Additionally, CIW PIP was at 97% compliance for timely completion of suicide watch rounds.

CIW PIP indicated a draft of the LOP for out-of-cell activity for patients on suicide observation status was sent to HQ in April 2021 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership.

**Observation and Issue Orders:** Observation and issue orders on the door were reviewed for the seven patients on observation status while on-site on February 14, 2024. The orders were all up-to-date on the door.

The clinical documentation for three patients on observation status was reviewed. The review indicated there was adequate clinical justification documented for the observation, issue and privileges for all patients. This is a significant improvement from the previous review. All the patients had individual contacts every day and orders were initiated each day while on observation status.

Tier walks indicated the patients had property and clothing in compliance with the orders on their door.

**Privileges:** CIW PIP inputs information into the Non-Clinical Activity Tracking (NCAT) system for both maximum and non-maximum custody patients. Review of a random sample of five patients from February 1 to February 13, 2024 indicated that they were all being offered showers, phone calls, religious services, yard and other out of cell activities. As indicated previously, patients on maximum custody status are not able to make phone calls from their tablets, they are offered a phone every Wednesday which is being documented in the NCAT.

## Safety Planning

**Quality of Safety Planning**: CIW's Local Operating Procedure (LOP) #239 *Safety Planning* (Revision: April 2023) addresses safety planning. A new safety planning training rolled out statewide February 2023; safety planning was removed from CAT 7 as a result of this new training.



A new CAT (14) audit specifically for safety planning was released to the field October 1, 2023. CIW was at 100% compliance for CAT 14 for Q4 2023.

**MHCB Supervisor Review of Discharging Safety Plans**: HQ MH QM sent an e-mail statewide on February 2, 2023 suspending the requirement to complete these reviews beginning February 2 to October 1, 2023 pending roll-out of the new safety planning training and update to CAT 13. However, on April 5, 2023, memorandum *Update to the Suspension of Chart Audit Tool 13* indicated institutions needed to resume completing these reviews by developing a local tracking method since CAT 13 continued to be unavailable for use. CIW provided their internal tracking tool for January 2024 and the reviews are being completed. One-hundred percent (22) were identified as being completed on the date prior to, or during the discharge IDTT, which is a significant improvement from the previous review. The Inpatient Supervisory Safety Plan Reviews power app was released to the field on February 1, 2024 which replaces local tracking methods. This will be reviewed in future on-site audits.

**PIP Supervisor Review of Discharging Safety Plans**: CIW PIP provided their internal tracking tool and the reviews are being completed. There were twelve discharges for Q4 2023 and all of them are identified as being completed prior to the discharge IDTT. CIW PIP continues to demonstrate sustainability in this area. As indicated above, the new power app will be reviewed in future on-site audits.

## Clinical Discharge Follow-Ups

A review of On Demand from October 1 to December 31, 2023, indicated CIW was 99% compliant for completion of 5-day follow-ups.



EHRS for 15 patients discharged from MHCB was reviewed to ensure the 5-day follow-ups were completed for a minimum of five days, the safety plans were included each day, and the last day was completed by a mental health clinician. Ninety-three percent of audit criteria was met; three did not have the safety plan included each day which was also an issue identified during the previous review. Upon review, one patient was incorrectly identified as being referred to a higher level of care for danger to self. The patient names and CDCR numbers were provided to CIW leadership for further review and follow-up.

Recently, it has come to the attention of the HQ suicide prevention team that the On Demand compliance rules for Clinical follow-ups after physical discharge from Acute/ICF/PIP is incorrect (*Figure 1*). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per memorandum *Psychiatric Inpatient Program Treatment Planning and Procedures: Suicide Prevention* dated January 6, 2021, "all patients shall receive a five-day clinical follow-up upon their return to the institution". This has been elevated to HQ MH QM for further review. There were three patients that returned from PIP/DSH to CIW from October 1 to December 31, 2023 that were referred for danger to others and/or significant impairment due to mental illness and 100% of them had a 5-day follow-up completed.

| Clinical followups after physical discharge from Acute/ICF/PIP | 0 | Triggered by DSH Physical Discharge (Admitted for Suicidality). Effective 2000-01-01 to present | First Clinical Followup at current institution required no later than 1 Calendar Day after DSH Physical Discharge (Admitted for Suicidality). Then Routinely within 1 Calendar Day of Clinical Followup.  Rule expires 5 day(s) after initial clockstart. | ID# 1556491433 Computed by mh.dbo.duedates_standard |

*Figure 1*

## Timelines for Suicide Risk Evaluations

Timeliness of completion for SREs is reviewed in Sections VII and VIII. A review of the Appointments report in On Demand, filtered for Suicide Risk Evaluation for treatment category, indicated there were 266 appointments from October 1 to December 31, 2023 for the institution and PIP. Two-hundred and forty-one (90.60%) were identified as being completed in a confidential setting. The below table identifies the reasons for non-confidential contacts.

| Reason for Non-confidential SRE | Number | Percentage of contacts |
|---|---|---|
| Refused | 11 | 4.13% |
| Medical Restrictions/Public Health | 1 | 0.37% |
| As Planned | 13 | 4.88% |

## Section III: Alternative Housing

CIW's local operating procedure (LOP) #211 *Alternative Housing of Inmate-Patients Referred to MHCB* (Revision: February 2023) designates the medical beds in the CTC as the first choice for alternative housing as required by statewide policy. CIW indicated they are in the process of updating this LOP which should be completed within 90 days of the on-site review.

8

The cells were clean and the cleaning schedule was kept current. Safety mattresses, safety blankets, and safety smocks were readily available in CTC. Portable suicide resistant beds were also available in TTA.

At the time of the on-site review, there were no patients in alternative housing. All the alternative housing cells in CTC were clean with a cleaning schedule kept current.

From October 1 to December 31, 2023, there were 41 referrals to MHCB for danger to self. A review of On Demand indicated CIW was 98% compliant for timely transfers to MHCB for all referrals (59) during this timeframe.



## Section IV: Suicide Risk Management Program (SRMP)

CIW's OP #235 *Suicide Risk Management Program* (Revision: February 2023) addresses the SRMP. CIW indicated they are in the process of updating this LOP which should be completed within 90 days of the on-site review. At the time of the on-site review, there were 22 patients that were placed in SRMP. Five patient charts were reviewed and all of them had individualized treatment goals and interventions that addressed the reason for placement in SRMP. There were no patients identified by On Demand as meeting criteria for SRMP but were not yet included in the program. This is a significant improvement from the previous review.

## Section V: Discharge Custody Checks

CIW is completing monthly local audits as required by statewide policy. CIW had the following compliance: November (88.5%), December (84.0%), and January (92%). CIW addresses the deficiencies each month which is documented in the SPRFIT minutes. This information was shared with the Region IV MHCT lieutenants for further review and follow-up.

## Section VI: Local SPRFIT Committee

CIW's LOP #210 *Suicide Prevention and Response Plan* (Revision: February 2023) addresses institutional suicide prevention and response procedures. CIW's LOP #234 *Procedure When Inmates Receive Bad News* (Revision: February 2023) identifies the procedures to initiate a referral to mental health for when patients report bad news during various settings.  CIW indicated they are in the process of updating both of these LOPs which should be completed within 90 days of the on-site review.

The HQ SPRFIT Coordinator observed CIW's monthly SPRFIT meeting via Microsoft Teams on November 15, 2023. Quorum was met and there was a qualitative discussion of the data provided. Action items were reviewed as indicated.

SPRFIT minutes were reviewed and audited based upon the Suicide Prevention On-site Audit Guidebook. At the time of the review, the October, November, and December 2023 minutes (institution and PIP) were finalized and uploaded to the Suicide Prevention SharePoint. The minutes reviewed met all audit criteria. There was indication in the SPRFIT minutes that CIW's SPRFIT Coordinator attended the Inmate Advisory Council (IAC) and Inmate Family Council (IFC) within the past six month.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. From October 1 to December 31, 2023, CIW had the below compliance rates for completion of a SRASHE.

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE after Em.Consult (except PIP) for Suicidality | 38 | 89% |
| SRE after Ur.Consult (except PIP) for Suicidality | 1 | 100% |

There were four SREs identified as late by On Demand. Upon review of each patient chart, three of them had the SRE completed timely but the SRE was modified subsequent to the due date which impacts compliance in On Demand but not patient care. The fourth SRE was completed late. SRE compliance is reviewed monthly by the HQ SPRFIT Coordinator and the institution is notified on any deficiencies and identifies corrective action.

There was one urgent referral for DTS. Review of the patient's chart indicated it was clinically justified to submit this referral as urgent, therefore, all referrals were appropriately classified.

## Section VIII: Suicide Risk Evaluations

**Institution**

A review of On Demand indicated the below compliance numbers for completion of required SREs from October 1 to December 31, 2023 for the institution:

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE at MHCB Clinical Discharge | 110 | 90% |
| SRE at MHCB referral | 45 | 87% |
| SRE upon arrival from Acute/ICF | 8 | 63% |
| SREs after rescinded MHCB referral | 20 | 95% |
| SREs following MHCB Discharge (admitted for suicidality) | 96 | 98% |

10

Six SREs in the category SRE at MHCB referral (87%) were identified as late by On Demand. Upon review of EHRS, all six patients had the SRE completed timely, however, it was modified after the due date. This impacts compliance in On Demand but not patient care.

Three SREs in the category SRE upon arrival from Acute/ICF (63% compliance) was identified as late by On Demand. Upon review of EHRS, two patients had the SRE completed after 72 hours and one patient did not have an SRE completed at all. Further review indicated the two patients that had the SRE completed late were from DSH and the other was from PIP. This information was provided to CIW mental health leadership for further review and follow-up.

During the review period, there were two referrals to MHCB for danger to self that were identified by On Demand as being rescinded. However, upon review of both patient charts, this is an error in On Demand and neither patient was rescinded.

It has recently come to the attention of the HQ suicide prevention team that the On Demand compliance rules for SRE upon arrival from Acute/ICF is incorrect (**Figure 2**). Specifically, the compliance rule is only capturing patients that were referred for danger to self. Per the *2021 Mental Health Services Delivery System Program Guide*, a suicide risk assessment is required "within 72 hours of return from a Department of Mental Health [PIP/DSH] facility, or within 24 hours if clinically indicated based on new arrival screening" (12-10-9); there is no indication that this requirement is limited to patients that were referred to Acute/ICF for danger to self. This has been elevated to HQ MH QM for further review. There were three patients that returned from PIP/DSH to CIW from October 1 to December 31, 2023 that were referred for danger to others and/or significant impairment due to mental illness. A review of all charts indicated all but one of them had a SRE completed upon their return. This information was shared with mental health leadership for further review and follow-up.

| SRE upon arrival from Acute/ICF | 0 | Triggered by Arrival from Acute/ICF referred for Suicidality. Effective 2022-05-12 to present | First Suicide Risk Evaluation at current institution required no later than 72 Hours after Arrival from Acute/ICF referred for Suicidality. | Only required when referral is for danger to self. ID# 65774308 Computed by mh.dbo.duedates_standard |

*Figure 2*

## PIP

A review of On Demand indicated the below compliance numbers for completion of required SRASHEs from October 1 to December 31, 2023 for the PIP:

| Suicide Risk Evaluation | Measurements | Compliance |
|---|---|---|
| SRE on admission to PIP, ACU, UnlACU, ICF, or UnlICF | 19 | 68% |
| SRE prior to clinical discharge from PIP | 22 | 14% |

A review of On Demand indicated CIW PIP was at 68% compliance for completion of a SRE upon admission. CIW PIP completed a drilldown of the SREs identified as late. Of the six that were identified as late, three were completed timely and three were signed late. Although the late signing of the SRE impacts compliance in On Demand, this does not impact patient care.

Additionally, a review of On Demand for October 1 to December 31, 2023 indicated CIW PIP was at 14% compliance for completion of a SRE prior to clinical discharge. CIW PIP indicated most of the previously identified errors (e.g. paroles and special IDTT discharges) have been corrected. CIW PIP completed a drilldown of the SREs identified as late. Of the 18 identified as late, five were completed timely, one was a transfer to PSH, and 12 were signed late. Although the late signing of the SRE impacts compliance in On Demand, this does not impact patient care.

It is noted, CIW PIP indicated re-training has been provided to all providers that signed SREs late.

## Section IX: Emergency Response

**Cut-down Kits:** The Region IV MHCT lieutenants conducted a review of CIW on November 28, 2023 and only one unit was identified as having issues. This was addressed by the Region IV MHCT lieutenants.

**Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews:** There have been no deaths by suicide since the November 2023 review. There are no open QIPs from previous deaths by suicide.

## Section X: Training and Mentoring Compliance

**Institution**

Review of the Coleman Court Mandated Trainings SharePoint for January 2024, as well as information obtained from CIW, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning: 100%
- SRE Mentoring: 100%
- SRMP: 100%
- CSSRS: 100%
- Discontinue the Use of Safety Contracts: 100%
- Annual IST Suicide Prevention (calendar year 2023 – including institution and PIP):
    - Custody: 99%
    - Mental Health: 100%
    - Healthcare: 77%
- CPR certification (institution and PIP):
    - Custody: 96%
    - Nursing: 100%

CIW reported IST continues to be behind in uploading the training records for the Annual Suicide Prevention training but are actively working on the issue which should increase compliance for 2023. This information was shared with the Region IV CNE for review and follow-up.

**PIP**

Review of the Coleman Court Mandated Trainings SharePoint for January 2024, as well as information obtained from CIW PIP, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning (new training): 100%
- SRE Mentoring: 100%
- CSSRS: 100%
- Discontinue the Use of Safety Contracts: 100%
- Suicide Prevention Policy: 100%

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was unable to be observed.

## Section XI: Receiving and Release (R&R) Screening

**Institution**

R&R screenings were unable to be observed during the on-site review. A tour of the R&R indicated that there is a confidential space available for screenings. A regular R&R nurse was interviewed and it was reported that the door is kept closed during screenings. Suicide prevention posters (English and Spanish) were posted in the room utilized by nursing.

**PIP**

PIP Intake screenings were unable to be observed during the on-site review. The room utilized to conduct screenings allows for patient confidentiality and staff safety. The nurse was interviewed and it was reported that the door is kept closed during screenings. Suicide prevention posters (English and Spanish) were posted in the room utilized by nursing.

## Section XII: Reception Center Processing

CIW does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

CIT was unable to be observed. CIW's LOP #215 *Crisis Intervention Team Procedure* (Revision: March 2023) addresses institutional CIT procedures.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

Hayes conducted a review of CIW and CIW PIP in May 2023; at the time of this review, the report has not yet been finalized/received. No CAPs were assigned to CIW or CIW PIP by the HQ SPRFIT Coordinator as additional information could not be obtained to verify various aspects of the preliminary findings.

There are no open Hayes CAPs for the PIP or institution from his previous reviews. See **Appendix A** for status of deficiencies previously identified.

## Section XV: Assignment of Corrective Action Plans and Recommendations

There are no open CAPs for the **institution** from previous reviews.

Below are concerns identified from the November 2023 review as well as updates:

| Concern | February 2024 Update | Status |
|---|---|---|
| CIW shall re-evaluate the sustainability of the previously closed "MHCB privileges, observation, and issue review" project to ensure observation level, issue, and privileges are adequately justified in clinical documentation and reviewed during IDTT as required by memorandums *MHCB Privileges Revision* dated February 14, 2017 and *Clarification of Allowable Property for Patients on Suicide Watch* dated April 24, 2020. | This was added to CIW's *Improvement Priorities List and Project Pipeline* (January 2024). | Closed. |
| CIW shall review the process of discharging patients from MHCB level of care while on suicide precaution as this practice is not consistent with the purpose of suicide precaution as identified in memorandum *Level of Observation and Property for Patients in Mental Health Crisis Beds* dated March 15, 2016. | CIW indicated training was provided to MHCB staff. No issues were noted during this review. | Closed. |
| CIW shall review the SRMP process to ensure patients are removed from the program in a manner consistent with memorandum *Suicide Risk* | CIW indicated all program supervisors review the SRMP list during morning huddles and review the process of | Closed. |

| | | |
|---|---|---|
| *Management Program Policy and Procedure* dated July 12, 2021. | removal. No issues were noted during this review. | |
| CIW shall identify and review the barriers to completing the MHCB supervisory review of discharging safety plans prior to, or during, the discharge IDTT as required by memorandum *Update to the Suspension of Chart Audit Tool 13* dated April 5, 2023 to determine if those barriers can be remedied. | CIW was at 100% compliance for January 2024. | Closed. |

There are no open CAPs for the **PIP** from previous reviews.

Below is the one concern  identified from the November 2023 review as well as an update:

| Concern | January 2024 Update | Status |
|---|---|---|
| CIW PIP shall review the PIP privileges, observation, and issue process to ensure there is adequate justification in clinical notes for patients on observation status and/or limited issue and that these items are discussed during IDTT as required by memorandum *Psychiatric Inpatient Program Treatment Planning and Procedures: Suicide Prevention and Response* dated January 6, 2021. | CIW indicated training was provided to all providers. No issues were noted during this review. | Closed. |

## Conclusions/Comments

An exit meeting was conducted with the CDW, local SPRFIT, CMH, Chief Psychologist(A), PIP Chief Psychologist, PIP Chief Psychiatrist, CNE, PIP SRN III, Unit Supervisor, and other members of CIW's administration.

Based upon this review, no additional CAPs are being requested. The below is a concern not rising to the level of CAP[1] that will be re-assessed at the next on-site review:

- CIW shall review the process of documenting offered and received out of cell activities (i.e. by RTs and PTs for yard, dayroom, and other activities) in the Automated Restricted Housing Record tool in CTC MHCB to ensure patients are receiving "activities consistent with their custody designation unless restricted by the MHCB IDTT" as required by memorandum *Mental Health Crisis Bed Privileges Revision* dated February 14, 2017.

---

[1] A concern not rising to level of a CAP is an area that does not rise to the level of needing a formal corrective action plan, but that would help improve the health of the institution's suicide prevention program.



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**APPENDIX  A** – Status of deficiencies as noted in the Fifth Re-Audit and Update of Suicide Prevention Practices in the prisons of the California Department of Corrections and Rehabilitation and Baseline Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs written by Lindsay M. Hayes dated October 24, 2022

## INSTITUTION

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing Monitoring[2] |
|---|---|---|---|---|
| MHCB Possessions and Privileges | Within the licensed MHCB unit, showers and yard/dayroom were offered to two of three patients; whereas although showers and yard/dayroom appeared to be offered to Walker Unit patients, there were also notations on the 114-A forms of "no phone calls/dayroom due to PSR." Given the fact that such privileges were afforded to MHCB patients during the same time period, the withholding of such privileges in the Walker Unit was unexplained by CIW leadership (pg 146). | Complete. | This concern was immediately addressed by the MHCT lieutenants during the Hayes review. Subsequently, the issue of not providing out of cell activities to MHCB patients (whether in CTC or Walker) due to a PSR has not been identified in any of the subsequent MHCT audits or HQ SPRFIT Coordinator reviews. | "Out of Cell Time and Showers Offered" is a bi-annual metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |
| Discharge SRASHEs and Safety Plans | Subsequent discussion with the MHCB supervisor found that they were familiar with CDCR's "Supervisory Review of Mental Health Crisis Bed Discharge Safety Plans" (effective March 10, 2020), and that all discharge SRASHEs and safety plans were reviewed on a regular basis. However, subsequent review of a "MHCB DC SRE Reviews" form found an incorrect notation | Complete. | The MHCB supervisor was educated on the process of completing supervisory reviews of discharge safety plans. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIW is tracking the review of safety plans as required by this memorandum. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |

---

[2] As part of the SPRFIT Reboot process, if deficiencies are noted (by the institution, HQ, regional, or external stakeholders), the institutional SPRFIT committee will place the issue on their Improvement Priority List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

| | | | |
|---|---|---|---|
| | that supervisory review was unnecessary for a patient being discharged at low acute risk for suicide (pg 146). | | | |
| Custody Discharge Checks | This reviewer was presented with documentation of 58 cases of patients discharged from a MHCB or alternative housing placement who remained at CIW and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from March through August 2021. The review found that 93 percent had Page 1 of the "Discharge Custody Check Sheet" (CDCR MH-7497) forms completed correctly by mental health clinicians, with the vast majority (88 percent) of custody checks recommended for discontinuation after 24 hours by clinicians. In addition, 83 percent of the "custody check" forms (Page 2) were completed correctly by correctional staff at 30-minute intervals. Most of the custody deficiencies were related to gaps in documentation and/or missing observation sheets. | Complete. | CIW closed this CAP in May 2022 due to above 90% compliance for over 3 months. | "Custody Inpatient Housing Discharge Follow-ups" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in MHCT audits and quarterly HQ SPRFIT Coordinator audits. |
| SRMP & Bad News LOPs | Although CIW had an LOP for the CIT, LOPs for "Inmate-Patients Receiving Bad News" and the "Suicide Risk Management Program" were not provided to the reviewer during the September 2021 assessment (pg 147). | Complete. | The most recent SRMP LOP is from February 2023. The most recent bad news LOP is from February 2023. | The status of these LOPs is reviewed during quarterly HQ SPRFIT Coordinator audits. |
| Suicide Prevention Training | Only 88 percent of custody staff, only 85 percent of medical staff, and 100 percent of mental health staff received annual suicide prevention block training during 2020 (pg 147). | In progress. | CIW achieved the following compliance for 2023:<br>• Custody: 99%<br>• Mental Health: 100%<br>• Healthcare: 77%<br>IST is actively uploading training records which should increase compliance. | "Staff who attended Annual IST Suicide Prevention Training" is a monthly metric as part of the institutional SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |

## PSYCHIATRIC INPATIENT PROGRAM

| Focus of Remediation | Specific Language About Deficiency | Status | Justification for Status | Sustainability/Ongoing monitoring[3] |
|---|---|---|---|---|
| Intake Screening | Develop a CAP to ensure uniformity during the nursing intake screening process within the PIPS whereby all PIPs utilize the current Initial Health Screening form (which contains adequate mental health and suicide risk questions) or revise either the "Admission Assessment and History" and "Acute/ICF Nursing Assessment" forms to include adequate mental health and suicide risk questions. | Complete. | CIW PIP utilizes the Initial Health Screening form for PIP arrivals. | "R&R screenings conducted appropriately" is a monthly metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SRASHE Completion | Develop a CAP to ensure that SRASHEs are always completed consistent with the requirements of the PIP suicide prevention policy, including by psychiatry in all programs, as well as by CIW-PIP clinicians on the weekend. | Complete. | CIW PIP had the following compliance rates for completion of SRASHEs during Q3 2023:<br>• Admissions: 100%<br>• Discharges: 83% | "Suicide Risk Evaluations Completed Timely" is a monthly metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop a CAP to ensure that only Suicide Precaution and Suicide Watch statuses are permitted for the observation for suicidal patients, and that terms such as "stags", "mental health observation", "Q-11", "behavioral suicide watch", and "enhanced observation" are prohibited to be used in provider orders and progress notes. | Complete. | Review of clinical documentation for patients on suicide observation status did not yield this concern. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop a CAP to ensure that regular nursing rounds conducted 15-minute intervals (meant for non-suicidal patients) should never be utilized as a substitute for Suicide Precaution Status. | Complete. | Review of clinical documentation for patients on suicide observation status did not yield this concern. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Observation of Suicide Patients | Develop CAPs at both SVSP-PIP and CIW-PIP to ensure patients on suicide observation status are always assessed on a daily basis, and that orders for discharge from Suicide | Complete. | CIW PIP initiated a monthly audit and closed this CAP in December 2022 due to reaching | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. |

---

[3] As part of the SPRFIT Reboot process, if deficiencies are noted (by the PIP, HQ, regional, or external stakeholders), the PIP SPRFIT committee will place the issue on their Improvement Priority List and Project Pipeline, apply the SAFER Matrix, prioritize the issue and determine when/if to initiate a project to address the deficiency based on resources, patient safety, and other factors as applicable.

| | | | | |
|---|---|---|---|---|
| | Watch and Suicide Precaution at SVSP-PIP are only completed following an assessment by a provider. | | sustained compliance above 90% for 3 consecutive months. | Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Proper Clothing and Possessions | Develop CAPs at CMF-PIP, CHCF-PIP, CIW-PIP, and SQ-PIP to ensure that all provider orders regarding clothing and possessions are clinically justified in medical charts and that patients not on Suicide watch or Suicide precaution are provided all clothing and possessions. | Complete. | CIW PIP initiated a monthly audit and closed this CAP in December 2022 due to reaching sustained compliance above 90% for 3 consecutive months. | "Inpatient Unit Records with Rationale for Limited Issue of Clothing and Bedding" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Out-of-Cell Activities | Develop a CAP for all PIPs to ensure that suicidal patients have access to out-of-cell activities that are clinically justified, including those on maximum-security status. | In progress. | CIW PIP indicated a draft of the LOP for out-of-cell activity for patients on suicide observation status was sent to HQ in April 2021 and they are still awaiting feedback. Consultation with HQ leadership indicated that the LOP is still pending review by CCHCS executive leadership. | The status of this LOP is reviewed during quarterly HQ SPRFIT Coordinator Audits. |
| IDTT meetings | Develop a CAP in improve the Consistency of IDTT meetings for suicidal patients within all of the PIPs, to include adequate case presentations; higher level of care discussions (during meetings for ICF patients); adequate discussion regarding suicide risk histories; current suicide risk and observation; clothing, possessions, and out-of-cell activities; and safety planning to reduce further recurrence of SI. | Complete. | No concerns were identified in the February, April, July or November 2023 HQ SPRFIT Coordinator reviews. | "Inpatient Unit IDTTs Meeting Requirements" is a bi-annual metric as part of the PIP SPRFIT Measurement Plan and Schedule. Additionally, this is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| Safety Planning | Develop a CAP to improve the adequacy of safety planning within all of the PIPs. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | Complete. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning have been suspended from February 2 to October 1, 2023. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIW PIP is tracking the review of safety plans as required by this memorandum. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |

| Safety Planning | Develop a CAP to enforce the PIP suicide prevention policy requirement for supervisory review of a safety plan prior to, or during the IDTT in which the discharging SRASHE is completed. In addition, both CAPs should include clear guidance that a patient's current low acute risk at discharge and/or refusal or lack of cooperation for safety plan development should never be considered reasons for exemption to both safety plan development and supervisory review. | Complete. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning have been suspended from February 2 to October 1, 2023. | The new safety planning training rolled-out statewide in February 2023. Review of safety planning was initially suspended from February 2 to October 1, 2023. However, a new memorandum from HQ on April 5, 2023 indicated the reviews needed to resume and institutions needed to develop a local tracking process. CIW PIP is tracking the review of safety plans as required by this memorandum. This is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| --- | --- | --- | --- | --- |
| Contracting for Safety | Develop a CAP to ensure that "contracting for safety" is not utilized in either the assessment of suicide risk or documentation of decision-making within the PIPs. | Complete. | Memo *Discontinue the Use of Safety Contracts* released to the field February 17, 2023. CIW PIP is at 100% compliance for completion of this LMS training. | Clinical documentation is reviewed in quarterly HQ SPRFIT Coordinator audits. |
| SPRFIT Committee | Develop a CAP to ensure that SPRFITs at each PIP meet required monthly meetings quorums, and that deficient suicide prevention practices, including those cited in this reviewer's report, are remedied. | Complete. | Review of July, August, and September 2023 SPRFIT minutes indicated that quorum was met. | This is reviewed in quarterly HQ SPRFIT Coordinator audits. |