DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO RESPOND TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S SIXTH RE-AUDIT REPORT AND FOR ORDER REQUESTING SPECIAL MASTER RESPOND TO OBJECTIONS**<br><br>Judge: Hon. Kimberly J. Mueller |

[4461763.4]

1   On April 1, 2024, Defendants filed objections to the March 1, 2024 Special Master's expert Lindsay Hayes' report entitled "The Sixth Re-Audit and Update of Suicide Prevention Practices in the Prisons of the California Department of Corrections and Rehabilitation and Re-Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs" (ECF Nos. 8143, 8143-1).  *See* Defs.' Objections to Special Master's Report on His Expert's Sixth Re-Audit and Update of Suicide Prevention Practices in the Prisons of the Cal. Dep't of Corrs. and Rehabilitation and Re-Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs (April 1, 2024), ECF No. 8179 ("Defendants' Objections").  Defendants' objections are voluminous—they total over 100 pages, including over 80 pages of "specific objections" regarding Mr. Hayes's findings regarding his specific recommendations and specific institutions, as well as an extensive criticism of several aspects of Mr. Hayes's methodology.  *See id*.  Defendants also rely on several declarations, including declarations from Travis Williams, their Mental Health Administrator who directs Defendants' suicide prevention program, several regional SPRFIT coordinators, and one of their retained litigation experts, as well as a Request for Judicial Notice.  ECF Nos. 8180, 8180-1, 8180-2, 8180-3, 8180-4, 8180-5, 8180-6.

Plaintiffs request leave to respond to Defendants' objections, and request a substantial period of time to do so given the extent of Defendants' objections.  However, Plaintiffs lack the necessary underlying factual background and expertise to assess and respond fully to certain of Defendants' arguments regarding Mr. Hayes's methodology and his specific findings.  *See, e.g.*, Defendants' Objections at 17-19, 24-26 (critiquing the methodology used, including his data collection procedures); *id.* at 28-114 (objections regarding specific findings and recommendations at specific institutions, including criticisms of Mr. Hayes's observational techniques and data collection).  Generally, the process under the Court's Order of Reference allows the Special Master to correct any inaccuracies in his reports that a party identifies, and to explain why other objections are not well-founded based on his expertise and the factual findings gathered during his on-site monitoring.  *See* Dec. 11, 1995 Order of Reference, ECF No. 640 at § A.5.  The Court's

1  process for responses to Mr. Hayes's 6th Re-Audit report omitted the step of circulation of
2  the draft report to the parties for comment and objection before it was finalized.  Feb. 26,
3  2024 Order, ECF No. 8137; *cf.* Feb. 28, 2023 Order, ECF No. 7743.  While Plaintiffs agree
4  that Defendants' sustained non-compliance with the court-ordered suicide prevention
5  orders is a serious, urgent issue that should be addressed as soon as possible through the
6  Court's anticipated contempt proceedings, *see* Feb. 28, 2023 Order, ECF No. 7743, the
7  factual record for those proceedings could be more fully developed with additional
8  feedback from Mr. Hayes and the Special Master regarding Defendants' specific concerns
9  and methodological arguments.  The Special Master should be given an opportunity to
10 respond to the objections, particularly given the nature of Defendants' attacks on
11 Mr. Hayes's methods and credibility, including referencing his work in another matter to
12 try to show inconsistencies in his approaches.  *See* Defendants' Objections at 51-52 n.13.
13         Plaintiffs therefore request that the Court request that the Special Master respond to
14 Defendants' objections regarding Mr. Hayes' Sixth Re-Audit in the first instance,
15 including revising his report if he determines any revisions are warranted.  This would
16 comport with the process the Court originally contemplated when it initiated contempt
17 proceedings regarding Mr. Hayes's recommendations, *see* Feb. 28, 2023 Order at 4, and
18 would resolve Defendants' concerns about the objections process.  *See* Defendants'
19 Objections at PDF pgs. 9-10, 12-13.  Plaintiffs further request leave to respond to
20 Defendants' objections within thirty (30) days after the Special Master files his response.
21 Plaintiffs' thirty-day request is reasonable given the significant size of Defendants'
22 objections, and given that Defendants had thirty days to prepare their objections to
23 Mr. Hayes' report (Defendants in fact had more than thirty days, given that they had access
24 to most of the information in the report previously, through the "exit calls" Mr. Hayes
25 conducted at the conclusion of each tour, where he provided preliminary results).
26         In the alternative, if the Court is not inclined to request the Special Master's
27 response and provide him an opportunity to make any revisions he deems necessary prior
28 to Plaintiffs' response, Plaintiffs request forty-five days from the date of Defendants'

[4461763.4]

2

PLAINTIFFS' REQUEST FOR LEAVE TO RESPOND TO DEFS.' OBJS. TO SPECIAL MASTER'S SIXTH RE-AUDIT REPORT AND FOR ORDER REQUESTING SPECIAL MASTER RESPOND TO OBJECTIONS

1  objections, for the reasons stated above.

## CERTIFICATION

Plaintiffs' counsel certifies that he reviewed the following orders in preparing this filing: ECF Nos. 640, 7743, 8137.

DATED: April 3, 2024  Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael S. Nunez*
    Michael S. Nunez

Attorneys for Plaintiffs

[4461763.4]

3