UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. KIMBERLY J. MUELLER, JUDGE

```
RALPH COLEMAN, et al.,        )
                              )
        Plaintiffs,           )  No. 2:90-CV-00520-KJM
                              )
vs.                           )  PROCEEDINGS RE
                              )     MEDIATION
GAVIN NEWSOM, et al.,         )
                              )
        Defendants.           )
_____)
```

Sacramento, California                     Friday, March 29, 2024

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TRANSCRIBED BY:  KAREN HOOVEN, RMR, CRR, CSR No. 5816

Proceedings recorded by electronic sound recording, transcript produced by court reporter.

**APPEARANCES OF COUNSEL**:

| | |
|---|---|
| For the Plaintiffs: | Rosen Bien Galvan & Grunfeld |
| | BY: **MICHAEL BIEN** |
| |     **LISA ELLS** |
| |     **JENNY YELIN** |
| |     **ALEX GOURSE** |
| | 101 Mission Street |
| | Sixth Floor |
| | San Francisco, CA 94105 |
| | |
| | Prison Law Office |
| | BY: **MARISSA HATTON** |
| | 1917 Fifth Street |
| | Berkeley, California 94710 |
| | |
| For the Defendants: | Attorney General of California |
| | BY: **DAMON McCLAIN** |
| |     **ELISE OWENS THORN** |
| | 1300 I Street, Suite 125 |
| | Sacramento, California 94244 |
| | |
| | Hanson Bridgett |
| | BY: **PAUL B. MELLO** |
| |     **SAMANTHA D. WOLFF** |
| | 1676 N. California Boulevard |
| | Suite 620 |
| | Walnut Creek, California 94596 |
| | |
| Mediator: | Steve Saltiel |

```
 1   Friday, March 29, 2024                    Sacramento, California
 2   10:40 a.m.
 3            THE COURT:  I'm just here to take roll since you're
 4   all here.  So really all I'm here to do is to take roll and to
 5   make sure that Secretary Macomber is available by phone and
 6   then I'm going to turn this over to Mr. Saltiel and he's in
 7   charge for the rest of the day as directed by the Court.
 8            So for the plaintiffs?  Mr. Bien is present.
 9            MR. BIEN:  Good morning, Your Honor.
10            THE COURT:  Good morning.  Lisa Ells.
11            MS. ELLS:  Good morning, Your Honor.
12            THE COURT:  Present.  And do you want to introduce
13   your client?  I've not had the pleasure of meeting him.
14            MR. BIEN:  Your Honor, this is Ralph Coleman, lead
15   plaintiff.
16            THE COURT:  All right.  Good morning, Mr. Coleman.
17            MR. COLEMAN:  Good morning.
18            THE COURT:  Glad you could be here.  And I understand
19   Secretary Toche, Undersecretary Toche assisted with some of
20   the logistics so thank you very much for that.
21            Ms. Yelin.
22            MS. YELIN:  Good morning, Your Honor.
23            THE COURT:  Mr. Gourse.
24            MR. GOURSE:  Good morning, Your Honor.
25            THE COURT:  Ms. Hatton.
```

| | |
|---|---|
| 1 | MS. HATTON:  Good morning. |
| 2 | THE COURT:  All right.  I also note the presence of |
| 3 | CDCR escorts, so thank you for being here. |
| 4 | For the defense.  Mr. Sapp. |
| 5 | MR. SAPP:  Good morning, Your Honor. |
| 6 | THE COURT:  Ms. O'Neill. |
| 7 | MS. NEILL:  Good morning, Your Honor.  It's Neill, no |
| 8 | "O." |
| 9 | THE COURT:  I'm sorry. |
| 10 | MS. NEILL:  That's all right. |
| 11 | THE COURT:  I keep thinking about my former |
| 12 | colleague.  Sorry about that.  You spell that part of your |
| 13 | name the same. |
| 14 | MS. NEILL:  Yes. |
| 15 | THE COURT:  Yes.  Mr. Mello. |
| 16 | MR. MELLO:  Good morning, Your Honor. |
| 17 | THE COURT:  And then Mr. Wyckoff. |
| 18 | MR. WYCKOFF:  Yes, Your Honor. |
| 19 | THE COURT:  All right.  Undersecretary Toche, I've |
| 20 | already acknowledged, is here.  Deputy Director Mehta here. |
| 21 | MR. MEHTA:  Good morning. |
| 22 | THE COURT:  Ms. Clendenin is here. |
| 23 | MS. CLENDENIN:  Good morning, Your Honor. |
| 24 | THE COURT:  Mr. Reden. |
| 25 | MR. REDEN:  Good morning, Your Honor. |

1          THE COURT:  Good morning.  Ms. Krogseng.
2          MS. KROGSENG:  Yes.  Good morning.
3          THE COURT:  Good morning.  Ms. Bentz.
4          MS. BENTZ:  Good morning, Your Honor.
5          THE COURT:  Good morning.  Anyone I haven't called
6    on?  Elise Thorn.
7          MS. THORN:  Yes.  Good morning.
8          THE COURT:  Ms. Thorn and Ms. Wolff.
9          MS. WOLFF:  Good morning, Your Honor.
10          MR. McCLAIN:  And Mr. McClain.
11          THE COURT:  And Mr. McClain.  All right.  You're not
12    in the order that it shows on my list.  All right.  Mr.
13    McClain.
14          So anyone else now?
15          All right.  And Secretary Macomber, you are available
16    by phone?
17          MR. MACOMBER:  Yes.  Good morning, Your Honor.
18          THE COURT:  All right.  Good morning to you.  You
19    don't need to stay on the phone.  I just wanted to confirm
20    that you are available and that at any point Mr. Saltiel can
21    connect with you in that way.  So you'll remain on this phone
22    until you're excused by Mr. Saltiel?
23          That is correct.
24          THE COURT:  All right.  All right.  Very good.  I
25    yield now to Mr. Saltiel.  This is off the record from now on.

1           (Off the record from 10:43 a.m. to 3:36 p.m.)
2           THE COURT:  All right.  Mr. Saltiel has made a report
3    to me.  And I understand that there are a few things that the
4    parties want to put on the record.  Mr. Saltiel.  So there may
5    be three things?
6           MR. SALTIEL:  I think two things.  Though we might
7    want to also confirm the next date.
8           THE COURT:  That was the third I was thinking.
9           MR. SALTIEL:  One is --
10          THE COURT:  Can you hear?  Okay, good.
11          MR. SALTIEL:  One concerns the pending joint request
12   to extend the deadline to file objections, I think it is to
13   the special masters, report on elemental health.
14          Second is who needs to be present for the next
15   session potentially.
16          And then the third was the next date.
17          THE COURT:  All right.
18          MR. BIEN:  And there's a fourth.  We also need an
19   additional writ for Mr. Coleman to come back.
20          MR. SALTIEL:  There was a fourth.
21          THE COURT:  All right. So on the first, Mr. Saltiel
22   told me about that.  My suggestion is you just put in writing
23   the reason for a further extension so that it's tied to the
24   settlement.  So if you can just do that as promptly as
25   possible, I'll hold off.  I think I did have that in my inbox,

1  so I'll hold off until I see whatever else you file with any
2  new date.
3          And then secondly, who's required to attend.  And so
4  who would you be -- I'm certainly prepared to continue issuing
5  writs for Mr. Coleman's attendance.  But who would seek to be
6  relieved from the requirement of attending?
7          MR. MELLO:  So the request, Your Honor, would be that
8  DSH Director Clendenin be available by phone.  General counsel
9  would appear and be present.  And that DOF representative
10 chief counsel, Ms. Krogseng, be available by phone.  Of course
11 they're local, they can come in if necessary.  But it would be
12 our request that they be available by phone for the next
13 session --
14         THE COURT:  All right.
15         MR. MELLO:  -- and not have to attend.
16         THE COURT:  And Mr. Saltiel, that's acceptable to
17 you; correct?
18         MR. SALTIEL:  That's correct.
19         THE COURT:  All right.  I approve that request.  And
20 then the next date?
21         MR. MELLO:  April 12th.
22         THE COURT:  April 12th?
23         MR. SALTIEL:  April 12th, Your Honor.
24         THE COURT:  April 12th at?
25         MR. SALTIEL:  Ten a.m.

```
1            THE COURT:  Ten a.m. in this courtroom.  All right.
2    So we'll confirm that.  We'll dedicate the courtroom again
3    that day for this purpose.  And that's it.  And I will -- I'll
4    issue the writ in plenty of time to have Mr. Coleman here.
5            All right.  I'm glad to hear you wish to continue.
6    And thank you very much to Mr. Saltiel.
7            MR. SALTIEL:  My pleasure.
8            THE COURT:  So I'll excuse myself.  And if you want
9    to informally wrap up, you may.
10       (The proceedings were concluded at 3:38 p.m.)
11
12           I, KAREN HOOVEN, Certified Shorthand Reporter and
13   court-approved transcriber, do hereby certify the foregoing
14   transcript as true and correct from the official electronic
15   recording of the proceedings in the above-entitled matter.
16
17   DATED:  April 5, 2024           /s/  Karen Hooven
                                     KAREN HOOVEN, CSR, RMR, CRR
18
19
20
21
22
23
24
25
```