Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Defendants—Gavin Newsom, Governor of the State of California; Jeff Macomber, Secretary of the California Department of Corrections and Rehabilitation; Joe Stephenshaw, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation—appeal to the United States Court of Appeals for the Ninth Circuit from this Court's March 6, 2024 order.  (ECF No. 8144.)  Defendants also appeal from all earlier, non-final

orders that produced the March 6 order and are merged with it. *See Am. Ironworks & Erectors Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 897 (9th Cir. 2001).

Dated: April 4, 2024                                                                 Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated:  April 4, 2024                                                                HANSON BRIDGETT LLP

*/s/ Paul Mello*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*