No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

              Plaintiffs-Appellees,

    v.

**GAVIN NEWSOM, et al.,**

              Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:90-cv-00520 KJM-DB (PC)
The Honorable Kimberly J. Mueller, Judge

**REPRESENTATION STATEMENT**

                                      ROB BONTA, State Bar No. 202668
                                      Attorney General of California
                                      MONICA N. ANDERSON, State Bar No. 182790
                                      Senior Assistant Attorney General
                                      DAMON MCCLAIN, State Bar No. 220909
                                      Supervising Deputy Attorneys General
                                      ELISE OWENS THORN, State Bar No.145931
                                      Deputy Attorney General
                                        1300 I Street, Suite 125
                                        P.O. Box 944255
                                        Sacramento, CA 94244-2550
                                        Telephone: (916) 210-7 318
                                        Fax: (916) 324-5205
                                        E-mail: Elise.Thorn@doj.ca.gov
                                      *Attorneys for Defendants-Appellants*

The undersigned represent the State Defendants-Appellants in this case—including Gavin Newsom, Governor of the State of California; Jeff Macomber, Secretary of the California Department of Corrections and Rehabilitation; Joe Stephenshaw, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation.  Attached is a service list that shows the other parties that are directly interested in this appeal, along with their lead counsels' names, firms, addresses, telephone numbers, and email addresses.  The party listing in the district court's docket includes numerous associated counsel for many parties, as well as additional intervenors, "interested parties," amici curiae, and "miscellaneous" individuals who are not included on the attached service list.

Date: April 4, 2024               Respectfully submitted,

                                                                                                                                                                         ROB BONTA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON MCCLAIN
Supervising Deputy Attorney General


**/s/ *Elise Owens Thorn***
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants-Appellants*

HANSON BRIDGETT LLP

**/s/ *Paul Mello***
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS
*Attorneys for Defendants-Appellants*

2

*Service List*

| | |
|---|---|
| Michael Bien<br>Email: MBien@rbgg.com<br>Lisa Ells<br>Email: lells@rbgg.com<br>Rosen Bien Galvan & Grunfeld, LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>*Attorneys for Plaintiffs* | Steve Fama<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: sfama@prisonlaw.com<br>*Attorneys for Plaintiffs* |
| Matthew A. Lopes, Jr.<br>Pannone Lopes & Devereaux LLC<br>1301 Atwood Avenue, Suite 215 N<br>Providence, RI 02919<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldw.com<br>*Special Master* | Paul B. Mello<br>Samantha D. Wolff<br>David C. Casarrubias<br>Hanson Bridgett LLP<br>1676 N. California Boulevard, Suite 620<br>Walnut Creek, CA 94596<br>Telephone: (925) 746-8460<br>Fax: (925) 746-8490<br>E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

3

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

                 Plaintiffs-Appellees,

   v.

**GAVIN NEWSOM, et al.,**

                 Defendants-Appellants.

## STATEMENT OF RELATED CASES

The following pending appeals arise from the same district-court matter:

*Coleman*, *et al. v. Newsom*, *et al.*, Ninth Cir. No. 23-15755, and *Coleman*, *et al. v. Newsom*, *et al.*, Ninth Cir. No. 23-2485.

| | |
|---|---|
| Date: April 4, 2024 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>DAMON MCCLAIN<br>Supervising Deputy Attorney General<br><br>***/s/ Elise Owens Thorn***<br>Elise Owens Thorn<br>Deputy Attorney General<br>*Attorneys for Defendants-Appellants*<br><br>HANSON BRIDGETT LLP<br><br>***/s/ Paul Mello***<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>DAVID C. CASARRUBIAS<br>*Attorneys for Defendants-Appellants* |

4