| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>ADRIENNE PON HARROLD – 326640<br>AMY XU – 330707<br>ADRIENNE SPIEGEL – 330482<br>BENJAMIN W. HOLSTON – 341439<br>MAYA E. CAMPBELL – 345180<br>LUMA KHABBAZ – 351492<br>JARED MILLER – 353641<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR JOINT MOTION AND STIPULATION PER ECF NO. 8181**<br><br>Judge:  Hon. Kimberly J. Mueller |

1    On April 2, 2024, the Court ordered the parties to file a joint motion to clarify the
Court's February 7, 2022, ECF No. 7456, as to "defendants' obligation to inform the court
to the extent [the new RHU] regulations may replace certain chapters of the Program
Guide, a primary remedial plan in this action," accompanied by a stipulation regarding the
substantive portions of the RHU regulations and a recitation of the Special Master's
position.  ECF No. 8181 at 6.

While the parties have identified significant areas of agreement in the negotiations
to date, they have not exhausted their meet and confer process regarding the substantive
provisions of Defendants' new RHU initiative, which includes the RHU regulations and a
RHU mental health policy.  The parties wish to continue meeting and conferring to see
whether they can come to agreement about the few remaining areas of dispute regarding
the RHU initiative, which remain pending after their prior negotiations, and to discuss their
respective positions regarding the impact of the February 7, 2022 Order on Defendants'
obligations to move forward with the regulations and policy.

Unfortunately, the parties will not be able to complete this meet and confer process
in time to present the joint motion by April 15, 2024, as ordered.  ECF No. 8181 at 7.  The
three members of Plaintiffs' team who are responsible for the joint motion are each on pre-
planned vacations for part or all of the week of April 8-12, 2024, and the member of
Plaintiffs' team who has led the months-long negotiations regarding the RHU initiative is
also unavailable that week due to an *Armstrong v. Newsom* monitoring tour.  While
Plaintiffs proposed meeting on April 3, 4, or 5, defense counsel were not available on those
dates.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties therefore respectfully request a ten-day extension of time until April 25, 2024 to complete the negotiations, and to prepare and file the joint motion and stipulation. The parties recognize and appreciate the Court's goal of resolving the joint motion "before the end of April 2024," ECF No. 8181 at 6, but believe they can narrow the dispute and present a more cogent motion if they can first exhaust the meet and confer process.

DATED:  April 5, 2024         ROSEN BIEN GALVAN & GRUNFELD LLP

                              By: /s/ Jenny S. Yelin
                                  Jenny S. Yelin

                              Attorneys for Plaintiffs

DATED:  April 5, 2024         HANSON BRIDGETT LLP

                              By: /s/ Paul Mello
                                  Paul Mello

                              Attorneys for Defendants

DATED:  April 5, 2024         ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA

                              By: /s/ Elise Thorn
                                  Elise Thorn

                              Attorneys for Defendants

**[PROPOSED] ORDER**

The parties are granted an extension to April 25, 2024 to file the joint motion and stipulation that is required by the Court's April 2, 2024 Order, ECF No. 8181.

IT IS SO ORDERED.

DATED: _____, 2024

Kimberly J. Mueller
Chief United States District Judge