UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

  v.                                  **CASE NO. 2:90−CV−00520−KJM−DB**

**J. CLARK KELSO, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **April 05, 2024** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

April 8, 2024

                                    **KEITH HOLLAND**
                                    **CLERK OF COURT**

                            **by:** /s/ H. Huang
                                Deputy Clerk