UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiffs have filed a request for leave to respond to defendants' objections to the Special Master's sixth re-audit report on suicide prevention (hereafter sixth re-audit report) and for an order requesting that the Special Master respond to defendants' objections. ECF No. 8185. Defendants oppose plaintiffs' request, contend plaintiffs had thirty days to respond to the sixth re-audit report, that their request is "improper" and "seeks special treatment and should be denied." ECF No. 8186. Defendants rely on the court's December 3, 2020 order, ECF No. 7003, specifically, the requirement that

> any party seeking relief from this court, including from any existing order of this court, must first file a request for leave to file a motion, describing with particularity the relief to be sought and the steps the party has taken to exhaust meet and confer efforts with all opposing counsel. The request also should describe communications with the Special Master regarding the proposed motion as part of the requester's due diligence in determining whether the parties are at impasse. Any such request must not exceed five

(5) pages. The court will not entertain any motion unless a request for leave to file that complies with this order is first filed and then the court grants it.

*Id.* at 2 (quoting Dec. 3, 2020 Order at 2, ECF No. 7003).

The court has reviewed defendants' objections to the sixth re-audit report, ECF No. 8179, plaintiffs' request, ECF No. 8185, and defendants' response, ECF No. 8186. Good cause appearing, the court will require focused briefing from the parties on the question of whether some or all of defendants' General Objections, Section III(A)-(H), contain arguments that violate one or more of this court's orders, including but not limited to ECF No. 7003, the law of the case as established in prior orders of this or any other court, or otherwise warrant consideration of imposition of sanctions including but not limited to striking some or all of defendants' general objections. Plaintiffs will be directed to file the brief required by this order on or before Friday, April 12, 2024, and defendants will be directed to respond to plaintiffs' brief on or before Friday, April 19, 2024. Consideration of defendants' specific objections to the sixth re-audit report, Section IV(A)-(N) is deferred pending further order of the court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiffs' April 3, 2024 request, ECF No. 8185, is GRANTED in part;
2. Plaintiffs shall file the brief required by this order on or before April 12, 2024; and
3. Defendants shall file a response to plaintiffs' brief on or before April 19, 2024.

DATED: April 8, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE