DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>   Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF MAYA E. CAMPBELL IN SUPPORT OF PLAINTIFFS' RESPONSE TO COURT'S APRIL 2, 2024 ORDER TO SHOW CAUSE REGARDING DATA REMEDIATION**<br><br>Judge: Hon. Kimberly J. Mueller |

[4466690.2]


I, Maya E. Campbell, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Response to the Court's April 2, 2024 Order to Show Cause Regarding Data Remediation.

2. I am a member of the team of Plaintiffs' counsel who regularly participates in Business Rule Methodology Remediation ("BRMR") meetings and works on other tasks related to data remediation. Our team takes thorough notes of every BRMR meeting Plaintiffs attend. We also track carefully which indicators are discussed at which meetings, and we have access to the past BRMR meeting agendas, which Defendants post to a shared site. To prepare this declaration, I reviewed our meeting notes, past agendas, and our internal tracking spreadsheet.

3. Since the Court's December 5, 2023 Order Adopting the Special Master's Report regarding Third-Level Data Remediation Dispute Regarding Timely Compliance Methodology, ECF No. 8078, the stakeholders have engaged in 31 BRMR meetings.

4. Of these 31 meetings, the patient-wise Timely Compliance Methodology ("TCM") indicators and remediation process have been discussed approximately sixteen times.

5. Dr. Leidner is rarely an active participant in the BRMR meetings I attend, though we understand he is involved in the programming and verification of indicators.

6. The parties and stakeholders first discussed the patient-wise Timely Compliance Methodology ("TCM") on December 5, 2023, in a "TCM workgroup," which was a high-level discussion between the Special Master's data expert and CDCR's technical writing staff, in which they worked together to design a template of documentation for the patient-wise measures. No formal remediation of indicators occurred during this TCM workgroup process.

7. Of the patient-wise indicators (currently 38), only one, SC8.1: Timely

[4466690.2]

1

DECLARATION OF MAYA E. CAMPBELL IN SUPPORT OF PLAINTIFFS' RESPONSE TO COURT'S
APRIL 2, 2024 ORDER TO SHOW CAUSE REGARDING DATA REMEDIATION

Submission of MH RVR MH Assessment Results Patient-Wise Flexible ("SC8.1"), has begun the five-step data remediation process.

8. SC8.1 was first discussed as part of the TCM workgroup. Between December 5, 2023 and March 5, 2024, SC8.1 was discussed four times as part of the TCM workgroup.

9. CDCR released SC8.1 for formal stakeholder review on February 5, 2024. Since then, SC8.1 has been discussed at two BRMR meetings—on March 5, 2024 and March 6, 2024.

10. CDCR identified SC8.1 as having progressed to the next remedial step of programming and verification after those two meetings, but to our knowledge, the indicator has not yet completed those steps.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 9th day of April, 2024.

_____
Maya E. Campbell

[4466690.2]

2

DECLARATION OF MAYA E. CAMPBELL IN SUPPORT OF PLAINTIFFS' RESPONSE TO COURT'S APRIL 2, 2024 ORDER TO SHOW CAUSE REGARDING DATA REMEDIATION