ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:  925-746-8460
FACSIMILE:  925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.<br><br>   Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF DIANA TOCHE IN SUPPORT OF DEFENDANTS RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge:   Hon. Kimberly J. Mueller |

I, Diana Toche, declare as follows:

1. I am the Undersecretary of Health Care Services for the California Department of Corrections and Rehabilitation (CDCR), a position I have held since May 2014. Immediately before this appointment, I served as CDCR's Undersecretary of Administration and Offender Services, a position I held from February 2013 to July 2015. I am a doctor of dental surgery by education, training, and previously worked in private practice for two years and for seventeen years for a P.L. 93-638 Program that contracted with the Indian Health Service to provide services in the state's Central Valley. I have been employed by and have served CDCR for approximately fifteen years. I submit this declaration in support of Defendants' response to the Court's Order to

Show Cause.

2. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3. As Undersecretary of Health Care Services, I oversee the work of more than 1,700 clinicians in CDCR's Mental Health Services Delivery System (MHSDS), as well as dozens of clinical staff who serve in headquarters or regional roles. I am familiar with the data remediation project in this case, including the personnel who have been directed to take on specific roles within data remediation. Specifically with respect to Dr. David Leidner, I retained him to work under my direction in the limited role of providing the Special Master with information, options, and recommendations regarding management of CDCR's strategic mental health data. Dr. Leidner has no decision-making authority regarding CDCR's Mental Health Services Delivery System (MHSDS).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of April, 2024, at Sacramento, California.

/s/ *Diana Toche*
Diana Toche