DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>Plaintiffs,<br>v.<br>GAVIN NEWSOM, et al.,<br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br>**STIPULATION AND ORDER EXTENDING TIME FOR JOINT MOTION AND STIPULATION PER ECF NO. 8181**<br>Judge: Hon. Kimberly J. Mueller |

On April 2, 2024, the Court ordered the parties to file a joint motion to clarify the Court's February 7, 2022, ECF No. 7456, as to "defendants' obligation to inform the court to the extent [the new RHU] regulations may replace certain chapters of the Program Guide, a primary remedial plan in this action," accompanied by a stipulation regarding the substantive portions of the RHU regulations and a recitation of the Special Master's position. ECF No. 8181 at 6.

While the parties have identified significant areas of agreement in the negotiations to date, they have not exhausted their meet and confer process regarding the substantive provisions of Defendants' new RHU initiative, which includes the RHU regulations and a RHU mental health policy. The parties wish to continue meeting and conferring to see whether they can come to agreement about the few remaining areas of dispute regarding the RHU initiative, which remain pending after their prior negotiations, and to discuss their respective positions regarding the impact of the February 7, 2022 Order on Defendants' obligations to move forward with the regulations and policy.

Unfortunately, the parties will not be able to complete this meet and confer process in time to present the joint motion by April 15, 2024, as ordered. ECF No. 8181 at 7. The three members of Plaintiffs' team who are responsible for the joint motion are each on pre-planned vacations for part or all of the week of April 8-12, 2024, and the member of Plaintiffs' team who has led the months-long negotiations regarding the RHU initiative is also unavailable that week due to an *Armstrong v. Newsom* monitoring tour. While Plaintiffs proposed meeting on April 3, 4, or 5, defense counsel were not available on those dates.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties therefore respectfully request a ten-day extension of time until April 25, 2024 to complete the negotiations, and to prepare and file the joint motion and stipulation. The parties recognize and appreciate the Court's goal of resolving the joint motion "before the end of April 2024," ECF No. 8181 at 6, but believe they can narrow the dispute and present a more cogent motion if they can first exhaust the meet and confer process.

DATED: April 5, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jenny S. Yelin*
Jenny S. Yelin

Attorneys for Plaintiffs

DATED: April 5, 2024

HANSON BRIDGETT LLP

By: */s/ Paul Mello*
Paul Mello

Attorneys for Defendants

DATED: April 5, 2024

ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA

By: */s/ Elise Thorn*
Elise Thorn

Attorneys for Defendants

**ORDER**

The parties are granted an extension to April 25, 2024 to file the joint motion and stipulation that is required by the Court's April 2, 2024 Order, ECF No. 8181.

IT IS SO ORDERED.

DATED: April 11, 2024.

CHIEF UNITED STATES DISTRICT JUDGE