ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**JOINT PROPOSAL TO DEFER STATUS CONFERENCE TOPICS PENDING MEDIATION (ECF NO. 8066)**<br><br>Judge: The Hon. Kimberly J. Mueller |

The Court has scheduled a status conference for April 26, 2024. (ECF No. 8066.) Two of the topics on the agenda for the April 26 status conference, Defendants' Least Restrictive Housing policy and other steps to enhance class members' access to the Department of State Hospitals and Defendants' compliance with staffing requirements in the California Department of Corrections and Rehabilitation's Psychiatric Inpatient Programs, are topics in ongoing court-ordered mediation. Accordingly, the parties propose that those topics be revisited at a future status conference, to occur within 30 days of the end of the referral to the Ninth Circuit Mediator, or as soon thereafter based on the Court's availability. The parties will file a joint statement on

the deferred topics one week prior to the status conference. The parties understand that the revised agenda for the April 26 status conference will consist of a discussion of the development of programs for class members with personality disorders and Defendants' compliance with court-ordered suicide prevention measures.

Dated: April 15, 2024

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

*/s/ Paul B. Mello*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: April 15, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Michael Bien*
MICHAEL BIEN
*Attorneys for Plaintiffs*