UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE
KIMBERLY J. MUELLER, CHIEF DISTRICT JUDGE PRESIDING

_____

| | |
|---|---|
| RALPH COLEMAN, ET AL., | Case No: 2:90-cv-00520-KJM-DB |
| Plaintiffs, | Mediation Proceedings |
| v. | Date: 4/12/2024 |
| GAVIN NEWSOM, ET AL., | |
| Defendants. | |

_____

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

Pages 1 through 8

_____

OFFICIAL REPORTER:        Abigail R. Torres, CSR, RPR/RMR, FCRR
                          CSR No. 13700
                          United States District Court
                          Eastern District of California
                          501 I Street, Suite 4-100
                          Sacramento, California 95814

*Proceedings recorded by mechanical stenography.  Transcript produced by computer-aided transcription.*

**APPEARANCES:**

For the Plaintiffs:      ROSEN BIEN GALVAN & GRUNFELD, LLP
                         101 Mission Street
                         Sixth Floor
                         San Francisco, CA 94105
                         By:  MICHAEL BIEN, ESQ.

For the Defendants:      HANSON BRIDGETT, LLP
                         425 Market Street
                         26th Floor
                         San Francisco, CA 94105
                         By:  SAMANTHA DERIN WOLFF, ESQ.

Also Present:

David Sapp, Legal Affairs Secretary for Governor Gavin Newsom

Steven Saltiel, Ninth Circuit Mediator

```
 1        SACRAMENTO, CALIFORNIA; FRIDAY, APRIL 12, 2024; 3:33 P.M.
 2                              -oOo-
 3            THE CLERK:  Calling Civil Case 90-520, Coleman, et
 4   al., v. Newsom, et al.
 5            THE COURT:  This is what I would do if I were the
 6   settlement judge.  I'm not the settlement judge, but I
 7   understand you want to put some things on the record.
 8            And so, Mr. Saltiel, do you want to walk through that?
 9   And should I have a record made of who is here?  What's your
10   thought about that?
11            MR. SALTIEL:  I think, Your Honor -- I think we have
12   from this morning, we have -- the courtroom deputy took -- made
13   a record of who's here.
14            Is that right?  So --
15            THE CLERK:  Yes.
16            THE COURT:  All right.  So that record stands.  That
17   will be in the minutes.
18            All right.  So -- but you want to put some things on
19   the record.  Who's going to articulate this?
20            MS. WOLFF:  Good afternoon.
21            I will, Your Honor.
22            THE COURT:  And this is Ms. Wolff.
23            MS. WOLFF:  Yes.  So we had some housekeeping items,
24   and then we also had a statement that we wanted to read into
25   the record, and so I'll start with the substantive, and then
```

1  move on to the housekeeping.
2          So defendants have proposed the use of two new
3  classifications -- married to family therapists and
4  professional clinical counselors -- to provide care consistent
5  with their authorized scope of practice under state law.
6          Defendants stated their intention to begin hiring
7  these classifications through Registry immediately.  Plaintiffs
8  agree in concept to defendants' proposal.  And the use of these
9  classifications generally.  And, additionally, they support
10 defendants' efforts to begin hiring for these positions
11 immediately through Registry.
12         The parties will continue to work through the
13 mediation process on a policy regarding the use of these
14 classifications, including satisfaction of program guide
15 requirements.
16         THE COURT:  All right.  So that is the agreement of
17 the parties?
18         MR. BIEN:  We agree, Your Honor.
19         THE COURT:  All right.  So that's made of record.  You
20 can order the transcript if you need to obtain a formal copy of
21 that.
22         MS. WOLFF:  Thank you, Your Honor.
23         THE COURT:  And then housekeeping, I understand --
24         MR. BIEN:  One other thing on housekeeping.
25 Mr. Coleman was ill this morning --

1          THE COURT:  I heard.
2          MR. BIEN:  So he has not been participating by
3  telephone, so maybe just -- he shouldn't be listed as present.
4          THE COURT:  All right.  So we can correct that in the
5  minutes.
6          THE CLERK:  Yes, Your Honor.
7          THE COURT:  I understood he could be available if he
8  felt well enough.
9          MR. BIEN:  Right.
10         THE COURT:  All right.  And I'll continue to issue
11 writs.
12         MR. BIEN:  Please.
13         THE COURT:  All right.  And then housekeeping, there's
14 a date that needs to change.
15         MS. WOLFF:  Yeah, there are a few things.
16         So the first item is that the defendants' request, and
17 plaintiffs do not oppose, that Mr. Sapp be excused from the
18 status conference on the 26th, at the end of this month.
19         THE COURT:  What's the reason for that?  I'm reluctant
20 to exclude -- to grant that request.  I had not heard that
21 request before I came into the room.  Is there a good cause?
22         MR. SAPP:  I think, Your Honor, the -- I've been
23 participating in the mediation related to the contempt
24 proceedings and the status conference is on different topics.
25 And so for that reason requested to be excused.

```
 1                  (Court reporter interruption.)
 2             THE COURT:  This is David Sapp.
 3             All right.  Let me think about that.  All right.
 4             MS. WOLFF:  And then --
 5             THE COURT:  Uh-huh.
 6             MS. WOLFF:  Sorry.  The second item was that there are
 7   two topics noticed for the status conference on the 26th that
 8   we think would be constructive to defer discussion of those and
 9   exclude them from the status conference.  Those are LRH, least
10   restricted housing, and HIP staffing.
11             Those discussions are occurring on those subjects in
12   the context of the mediation, and so we think it is -- it would
13   be most productive, and it would make sense to exclude those
14   from the status conference on the 26th.
15             THE COURT:  And would they be continued to a date
16   certain?
17             MS. WOLFF:  I don't believe we've discussed that.  I
18   think it would depend on the outcome of the discussions during
19   mediation.
20             THE COURT:  All right.  So plaintiffs agree that those
21   should be removed from -- on that status?
22             MR. BIEN:  Yes.  I think we should not lose track of
23   them, so we will make sure to raise them again with the Court
24   if they're not resolved.
25             THE COURT:  All right.  I approve that, subject to
```

1  your giving me a placeholder date by which I can check in.  So
2  tell me how much time you need for me to understand what's
3  happening and whether or not I need to focus, again, on those
4  issues.
5          MS. WOLFF:  Okay.
6          THE COURT:  So let's just say you'll just file a joint
7  proposal, one-pager, providing a date to which that question
8  will be continued.
9          All right.  One more, I think.
10         MS. WOLFF:  Yes.  The last one is that there was a
11 discrepancy in the dates relating to the mediation.  I think
12 the referral expires on the 8th of May, but the next one is
13 scheduled for the 10th.
14         THE COURT:  Yeah.  So I -- I extend the 8th to the
15 10th.
16         MR. SALTIEL:  Thank you.
17         THE COURT:  All right.  And Mr. Saltiel says you wish
18 to continue, so I approve that.  I approve the format that you
19 used today.  I'll issue the writ for Mr. Coleman.
20         And what date and time, just so everyone is clear on
21 that?
22         MR. SALTIEL:  May 10th at 10:00 a.m.
23         THE COURT:  At 10:00 a.m.
24         All right.  All right.  Very good.  Thanks to
25 Mr. Saltiel and to all of you.

1            MR. BIEN:  Thank you, Your Honor.

2            MS. WOLFF:  Thank you, Your Honor.

3            MR. SALTIEL:  Thank you, Your Honor.

4            (The proceedings were adjourned at 3:39 p.m.)

5                             -oOo-

6                       **C E R T I F I C A T E**

          I, Abigail R. Torres, certify that I am a duly
7  qualified and acting Official Court Reporter for the United
   States District Court; that the foregoing is a true and
8  accurate transcript of the proceedings as taken by me in the
   above-entitled matter on April 12, 2024, and that the format
9  used complies with the rules and requirements of the United
   States Judicial Conference.
10                           Dated:  4/17/2023
                             /s/ Abigail R. Torres
11                           _____
                             Abigail R. Torres, RPR/RMR, FCRR
12                           CSR No. 13700
                             U.S. Official District Court Reporter