UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

As the court directed in its April 12, 2024 Minute Order, ECF No. 8197, the parties have filed a joint proposal to defer certain topics included on the agenda for the upcoming status conference on April 26, 2024 to a future status conference to be held not later than thirty days after the court terminates its referral of certain issues to the Ninth Circuit Mediator, whenever that occurs. ECF No. 8200. Good cause appearing, the court will approve the parties' proposal as to these two items. The agenda for the April 26, 2024 status conference is confirmed as set out below, along with a directive to the parties to file statements clarifying possible implications of the court's approving their proposal.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Discussion of defendants' Least Restrictive Housing policy and other steps to enhance class members' access to the Department of State Hospitals is dropped from the agenda for the April 26, 2024 status conference;

1

2. Discussion of defendants' compliance with staffing requirements in the California Department of Corrections and Rehabilitation's Psychiatric Inpatient Programs is dropped from the agenda for the April 26, 2024 status conference;

3. The topics in paragraphs 1 and 2 of this order will be revisited at a status conference that will occur within thirty days of the court's termination of its referral of certain issues to the Ninth Circuit Mediator or as soon thereafter as permitted by the court's calendar;

4. The agenda for the April 26, 2024 status conference is confirmed as follows:

   a. Development of programs for class members with personality disorders;

   b. Defendants' compliance with court-ordered suicide prevention measures;

   c. Oral report from the Special Master on the status of remediation of forty-one indicators, *see* April 2, 2024 Order, ECF No. 8181, at 4;

5. David Sapp, Legal Affairs Secretary for defendant Governor Gavin Newsom, shall attend the April 26, 2024 status conference in person and his request to be excused from that status conference is denied, for reasons the court will explain at the status conference; and

6. Within fourteen days from the date of this order, the parties shall each file a brief statement of their respective positions regarding whether the court should defer ruling on some or all of the findings and some or all of the recommendations in the Special Master's Thirtieth Round Monitoring Report – Part B, ECF No. 8085, in light of the proposal the court has approved in this order.

DATED: April 17, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE