| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3–200<br>Sacramento, CA 95814<br>(916) 930–4400<br>M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov |  |

## BANKRUPTCY APPEAL TRANSMITTAL FORM

| **Case Number:** 23–20755 – A – 11 | **DCN:** MEV–2 |

**Debtor Name(s) and Address(es):**

Point Buckler Club, LLC
 3826 Denverton Road
 Suisun City, CA 94585

District Court No.

2:24-cv-1142 TLN (BK)

**FILED**
**Apr 17, 2024**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TO:   U.S. District Court
      501 I Street, Suite 4–200, Sacramento, California 95814 ((916) 930–4000).

FROM: U.S. Bankruptcy Court
      Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order):  Fredrick E. Clement

Date Notice of Appeal Filed:  4/16/24

Date of Entry of Order Appealed From:  4/8/24

Date Bankruptcy Case Filed:  3/10/23

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  4/17/24

Filing Fee Paid?  Yes

Dated:
4/17/24

For the Court,
Wayne Blackwelder , Clerk

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# CERTIFICATE OF NOTICE

**Case Number:** 23–20755 – A – 11                **DCN:** MEV–2

**Debtor Name(s) and Address(es):**

Point Buckler Club, LLC
3826 Denverton Road
Suisun City, CA 94585

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the U.S. District Court for the Eastern District of California, filed on April 16, 2024, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Phyllis Voisenat<br>1101 Marina Village Parkway Ste 201<br>Alameda CA 94501 | US Trustee<br>501 I St #7–500<br>Sacramento CA 95814 | Point Buckler Club, LLC<br>3826 Denverton Road<br>Suisun City, CA 94585 |
| Marc Voisenat<br>2329A Eagle Avenue<br>Alameda, CA 94501 | | |

Dated:
4/17/24

For the Court,
Wayne Blackwelder , Clerk

Phyllis Voisenat, Esq. (SBN 159095)
LAW OFFICE OF PHYLLIS VOISENAT
1101 Marina Village Parkway, Suite 201
Alameda, CA 94501
Telephone Number: (510) 883-3798
Facsimile Number: (800) 426-8597
Email Address: PVoisenat@gmail.com

Attorney for Appellant
Marc Voisenat (DIP's Former Counsel)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>POINT BUCKLER, LLC,<br><br>Debtor-In-Possession. | Case No. 23-20755 A-11 [Reopened]<br><br>DCN: PNV 001<br><br>Chapter 11<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

Marc Voisenat (Debtor In Possession's Former Counsel) appeals under 28 U.S.C.§158(a) or (b) from the final Order entered in this proceeding on April 8, 2024 [ECF No. 117] Attached hereto marked as Exhibit A is a true and correct copy of the Order, ECF No. 117.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

<u>Appellant</u>: Marc Voisenat

Phyllis Voisenat, Esq.
LAW OFFICE OF PHYLLIS VOISENAT
1101 Marina Village Parkway, Suite 201
Alameda, CA 94501
Telephone Number: (510) 883-3798

- 1 -
NOTICE OF APPEAL AND STATEMENT OF ELECTION

- 2 -

<u>Objecting Party:</u> U.S. Trustee

Attorney for Office of the U.S. Trustee
Jason Blumberg, Esq.
U. S. Dept. of Justice
503 I St. #7-500
Sacramento, CA 95814
(916) 930-2100

<u>Objecting Party:</u> Regional Water Quality Control Board, San Francisco Bay Region

Attorney for Regional Water Quality Control Board, San Francisco Bay Region,
Bryant Cannon, Esq.,
Supervising Deputy Attorney General of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3376

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. §158(c), to have the appeal heard by the district court.

If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in §304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Dated: 4/16/2024

/s/ Phyllis Voisenat
Phyllis Voisenat, Attorney for
Appellant Marc Voisenat

NOTICE OF APPEAL AND STATEMENT OF ELECTION

**EXHIBIT A**
*[ORDER, ECF No. 117, Entered on April 8, 2024
in U.S. Bankruptcy Case 23-20755]*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Point Buckler Club, LLC,<br>            Debtor. | ) Case No. 23-20755 - A - 11<br>) Docket Control No. MEV-2<br>) Document No. 87<br>) Date: 04/08/2024<br>) Time: 9:00 AM<br>) Dept: A |

**Order**

IT IS ORDERED that the motion is continued to May 6, 2024, at 9:00 a.m. Movant has not complied with this court's order to file and serve copies of pertinent portions of his trust account ledger and journal. Civ. Min. ¶ 8(1); Order ¶ 2(1).

IT IS FURTHER ORDERED that not later than April 22, 2024, the movant shall file and serve the documents and declaration described therein. Failing compliance, the court will deny the motion.

IT IS ALSO ORDERED that the movant shall retain all funds in his trust account until the court rules on the motion.

Dated: April 08, 2024

                                                        Fredrick E. Clement
                                                        United States Bankruptcy Judge

[87] - Motion/Application for Compensation [MEV-2] for Marc Voisenat, Debtors Attorney(s). Filed by Marc Voisenat (dpas)

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Point Buckler Club, LLC,<br>               Debtor. | ) Case No. 23-20755 - A - 11<br>) Docket Control No. MEV-2<br>) Document No. 87<br>) Date: 04/08/2024<br>) Time: 9:00 AM<br>) Dept: A |

**Order**

IT IS ORDERED that the motion is continued to May 6, 2024, at 9:00 a.m. Movant has not complied with this court's order to file and serve copies of pertinent portions of his trust account ledger and journal. Civ. Min. ¶ 8(1); Order ¶ 2(1).

IT IS FURTHER ORDERED that not later than April 22, 2024, the movant shall file and serve the documents and declaration described therein. Failing compliance, the court will deny the motion.

IT IS ALSO ORDERED that the movant shall retain all funds in his trust account until the court rules on the motion.

Dated: April 08, 2024

Fredrick E. Clement
United States Bankruptcy Judge

[87] - Motion/Application for Compensation [MEV-2] for Marc Voisenat, Debtors Attorney(s). Filed by Marc Voisenat (dpas)

2

**REOPENED, APLDIST, APPEAL**

# U.S. Bankruptcy Court
## Eastern District of California (Sacramento)
### Bankruptcy Petition #: 23−20755

*Assigned to:* Hon. Fredrick E. Clement
Chapter 11
Voluntary
Asset

*Date filed:* 03/10/2023
*Date reopened:* 09/06/2023
*Debtor dismissed:* 07/10/2023
*341 meeting:* 06/01/2023
*Deadline for objecting to discharge:* 06/12/2023

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Point Buckler Club, LLC**
3826 Denverton Road
Suisun City, CA 94585
SOLANO−CA
Tax ID / EIN: 47−2058728

represented by **Marc Voisenat**
2329A Eagle Avenue
Alameda, CA 94501
510−263−8664
Email: marcvoisenatlawoffice@gmail.com

*U.S. Trustee*
**Office of the U.S. Trustee**
Robert T Matsui United States Courthouse
501 I Street, Room 7−500
Sacramento, CA 95814

*U.S. Trustee*
**Tracy Hope Davis**
c/o Jason Blumberg
501 I Street, #7−500
Sacramento, CA 95814

represented by **Jason M. Blumberg**
501 I St #7−500
Sacramento, CA 95814
916−930−2076
Email: jason.blumberg@usdoj.gov

| Filing Date | # | Docket Text | Doc. Locator ID |
|---|---|---|---|
| 04/08/2024 | 117 | Order to Continue Hearing Re: 87 Motion/Application for Compensation [MEV−2] for Marc Voisenat, Debtors Attorney(s). Filed by Marc Voisenat ; Service by the Deputy Clerk is not required. Hearing to be held on 5/6/2024 at 09:00 AM at Sacramento Courtroom 28, Department A. (dpas) (Entered: 04/08/2024) | 49147568 |
| 04/16/2024 | 129 | Notice of Appeal and Statement of Election to District Court [MEV−2] Re: 117 Order to Set/Continue/Reschedule Hearing (Fee Paid $298) (eFilingID: 7341036) (dpas) (Entered: 04/17/2024) | 49173871 |
| 04/17/2024 | 130 | Transmittal to District Court in Sacramento [MEV−2] Re: 129 Notice of Appeal (dpas) (Entered: 04/17/2024) | 49173906 |
| 04/17/2024 | 131 | Certificate of Notice of Appeal [MEV−2] Re: 129 Notice of Appeal (dpas) (Entered: 04/17/2024) | 49173924 |

1