DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF ALEXANDER GOURSE IN SUPPORT OF PLAINTIFFS' MOTION TO CLARIFY ORDER RE: PIP MINIMUM TREATMENT STANDARDS**<br><br>Judge: Hon. Kimberly J. Mueller |

[4473699.1]

I, Alexander Gourse, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to Clarify Order Re: PIP Minimum Treatment Standards.

2. Attached as **Exhibit A** is a true and correct copy of an email exchange between Plaintiffs' counsel and Defendants' counsel with the subject heading "Coleman – PIP Minimum Treatment Policy," which occurred between February 1, 2024 and March 14, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 18th day of April, 2024.

　　　　　　　　　　　　　　　　　　　　*/s/ Alexander Gourse*
　　　　　　　　　　　　　　　　　　　　Alexander Gourse

# Exhibit A

| | |
|---|---|
| **From:** | Elise Thorn |
| **To:** | Jenny Yelin; Lisa Ells; Damon McClain; Ernest Galvan; Nick Weber; Coleman Special Master; Coleman Team - RBG Only; Steve Fama; Namrata Kotwani; Paul B. Mello (Pmello@hansonbridgett.com); Samantha Wolff |
| **Cc:** | Melissa Bentz; Mehta, Amar@CDCR |
| **Subject:** | RE: Coleman - PIP Minimum Treatment Policy [IMAN-DMS.FID12440] |
| **Date:** | Thursday, March 14, 2024 5:15:20 PM |

**[EXTERNAL MESSAGE NOTICE]**

Jenny,

Consistent with the August 23, 2023 order, CDCR will only create an indicator that measures whether PIP patients were offered 20 hours of treatment. Also, the indicator may be revised based on the outcome of the pending appeal.

Sincerely,

Elise Thorn

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-6648 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Jenny Yelin <JYelin@rbgg.com>
**Sent:** Tuesday, March 5, 2024 3:10 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Lisa Ells <LElls@rbgg.com>; Damon McClain <Damon.McClain@doj.ca.gov>; Ernest Galvan <EGalvan@rbgg.com>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Paul B. Mello (Pmello@hansonbridgett.com) <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>
**Cc:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman - PIP Minimum Treatment Policy [IMAN-DMS.FID12440]

**EXTERNAL EMAIL:** This message was sent from

Thank you, Elise.

We received a copy of the draft policies from Nick Weber and will review them and

outside DOJ. Please do not click links or open attachments that appear suspicious.

provide comments on them. We disagree with Defendants that the elements of the plan other than the 20-hour treatment requirement are not part of the remedy—Defendants were ordered to create this plan to remedy ongoing constitutional violations in their provision of treatment to patients in the PIPs. ECF No. 7924 at 4-6. The Court's order rejecting Defendants' prior plan and ordering that their new plan incorporate the 20 hour treatment requirement for *Coleman* patients in DSH programs did not explicitly or implicitly permit Defendants to exclude other elements from their future plan or decide that other elements would be outside of the *Coleman* remedy.

Our expectation is that each of those additional elements of the Plan will be incorporated into CQIT and measured as indicators (including going through the data remediation process). Please confirm that they will be, or let us know if you do not intend to create indicators to measure those components of the Plan.

Thank you,

Jenny

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Friday, February 23, 2024 4:43 PM
**To:** Lisa Ells <LElls@rbgg.com>; Damon McClain <Damon.McClain@doj.ca.gov>; Ernest Galvan <EGalvan@rbgg.com>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Paul B. Mello (Pmello@hansonbridgett.com) <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>
**Cc:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman - PIP Minimum Treatment Policy [IMAN-DMS.FID12440]

[EXTERNAL MESSAGE NOTICE]

Lisa,

The August 23 order granted Plaintiffs' motion to reject CDCR's March 2023 plan, which had offered treatment based on individualized assessment of the patient's clinical needs, and 10 hours of unstructured out-of-cell time. The court also rejected Plaintiffs' proposal of 40 hours of treatment. In the end, the court looked to DSH's 20-hour treatment plan and ordered Defendants to adopt it. Thus, the order did not mandate that Defendants adopt both DSH's plan and Defendants' March plan, and that makes sense because Plaintiffs moved the court to reject the March plan in full, not separate components of it.

While Defendants do not agree that the order requires CDCR to implement the rejected plan or discreet parts of the rejected plan, CDCR has developed a policy that includes, in addition to the court-ordered minimum treatment based on the DSH treatment model, treatment frequencies for IDTT, psychiatry, and PC contacts. CDCR will also present a draft policy that requires CDCR to offer PIP patients with ten hours of out-of-cell, unstructured programming each week. These additional elements are not required by court order and,

thus, are not part of the Coleman remedy.

Sincerely,

Elise

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-6648 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Thursday, February 22, 2024 12:01 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Ernest Galvan <EGalvan@rbgg.com>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Paul B. Mello (Pmello@hansonbridgett.com) <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>
**Cc:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman - PIP Minimum Treatment Policy [IMAN-DMS.FID12440]

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

We disagree that that approach makes sense or is efficient here given Defendants' earlier statement that they do not agree with Ernie's Feb. 7 articulation of what we believe are the fundamental requirements of Defendants' policy based on the litigation and the Court's orders. Has your position changed? If we are not in agreement on the scope of the order's requirements we should seek immediate clarification from the Court, particularly given that merits briefing is about to commence in Defendants' pending appeal of this order.

Please let us know your position by the end of this week so we can move forward with a motion if necessary. We would also appreciate any insight from the Special Master on his interpretation of the order, if appropriate.

Thanks.

Lisa

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Thursday, February 22, 2024 11:44 AM
**To:** Lisa Ells <LElls@rbgg.com>; Damon McClain <Damon.McClain@doj.ca.gov>; Ernest Galvan <EGalvan@rbgg.com>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Paul B. Mello (Pmello@hansonbridgett.com) <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>
**Cc:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman - PIP Minimum Treatment Policy [IMAN-DMS.FID12440]

[EXTERNAL MESSAGE NOTICE]

Lisa,

We would prefer to present the plan to you first and then address any questions or concerns you may have as is our normal process. I can confirm in the meantime that the plan will include the 20 hours of core/supplemental treatment modeled after the DSH approach.

Sincerely,

Elise

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-6648 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Wednesday, February 21, 2024 5:29 PM
**To:** Damon McClain <Damon.McClain@doj.ca.gov>; Elise Thorn

<Elise.Thorn@doj.ca.gov>; Ernest Galvan <EGalvan@rbgg.com>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Paul B. Mello (Pmello@hansonbridgett.com) <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>
**Cc:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** Re: Coleman - PIP Minimum Treatment Policy [IMAN-DMS.FID12440]

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Elise and Sam,

I see that Damon is out through next week. We would appreciate it if you could provide us with Defendants' position in the meantime so we can proceed with approaching the court promptly if necessary.

Thanks
Lisa

Lisa Ells
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
Telephone: 415/433-6830
Fax: 415/433-7104
lells@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.


IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

On Feb 20, 2024, at 9:19 AM, Lisa Ells <LElls@rbgg.com> wrote:

Damon,

Please clarify whether this means Defendants agree with our interpretation of the court's order regarding the PIP minimum treatment standards. If not, we will file a motion seeking clarification. Thanks.

Lisa

**From:** Damon McClain <Damon.McClain@doj.ca.gov>
**Sent:** Thursday, February 15, 2024 10:46 AM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Ernest Galvan <EGalvan@rbgg.com>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Paul B. Mello (Pmello@hansonbridgett.com) <Pmello@hansonbridgett.com>; 'Samantha Wolff' <SWolff@hansonbridgett.com>
**Cc:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman - PIP Minimum Treatment Policy [IMAN-DMS.FID12440]

[EXTERNAL MESSAGE NOTICE]

Hi Ernie,

Defendants have decided not to move forward with a motion to clarify. Defendants will continue to work on a PIP minimum treatment policy that complies with the Court's order.

-Damon

**From:** Elise Thorn <Elise.Thorn@doj.ca.gov>
**Sent:** Wednesday, February 7, 2024 4:32 PM
**To:** Ernest Galvan <EGalvan@rbgg.com>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Damon McClain

<Damon.McClain@doj.ca.gov>; Paul B. Mello
(Pmello@hansonbridgett.com)
<Pmello@hansonbridgett.com>; 'Samantha Wolff'
<SWolff@hansonbridgett.com>
**Cc:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman - PIP Minimum Treatment Policy [IMAN-DMS.FID12440]

Dear Ernie,

Defendants do not agree with Plaintiffs' reading of the August 23, 2023 order. Specifically, the order did not approve the March 2023 plan and order its implementation along with the DSH CQI auditing standards. Before proceeding further, Defendants plan to file a request for leave to file a motion for clarification of the order.

Sincerely,

Elise Thorn

**Elise Owens Thorn | Deputy Attorney General | California Department of Justice**
Correctional Law Section | 1300 I Street | Sacramento, CA 95814
*t* (916) 210-6648 | *e* elise.thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Ernest Galvan <EGalvan@rbgg.com>
**Sent:** Wednesday, February 7, 2024 3:07 PM
**To:** Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Namrata Kotwani

<Namrata.Kotwani@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Paul B. Mello (Pmello@hansonbridgett.com) <Pmello@hansonbridgett.com>; 'Samantha Wolff' <SWolff@hansonbridgett.com>
**Cc:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman - PIP Minimum Treatment Policy [IMAN-DMS.FID12440]

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Yes.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

---

**From:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>
**Sent:** Wednesday, February 7, 2024 1:53 PM
**To:** Ernest Galvan <EGalvan@rbgg.com>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Paul B. Mello (Pmello@hansonbridgett.com) <Pmello@hansonbridgett.com>; 'Samantha Wolff' <SWolff@hansonbridgett.com>
**Cc:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>;

Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman - PIP Minimum Treatment Policy [IMAN-DMS.FID12440]

[EXTERNAL MESSAGE NOTICE]

Thank you for your comments and feedback. Does your position that the policy must include IDTT, psychiatry, and PC contacts also extend to Defendants' March 2023 plan to offer ten hours of unstructured programming as well? (ECF No. 7787 at 6, 7.)


Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA  95811-7243


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Ernest Galvan <EGalvan@rbgg.com>
**Sent:** Wednesday, February 7, 2024 1:41 PM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Coleman Special Master <colemanspecialmaster@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Paul B. Mello (Pmello@hansonbridgett.com) <Pmello@hansonbridgett.com>; 'Samantha Wolff'

<SWolff@hansonbridgett.com>
**Cc:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** RE: Coleman - PIP Minimum Treatment Policy [IMAN-DMS.FID12440]

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Nick—

We agree that your list covers the 20 hours of treatment in the Court's order and the DSH CQI process. However, it omits the IDTT and clinical contacts standards. I think that the Court rejected the absence of any minimum hours of treatment, but did not reject the three specific items in your plan regarding IDTTs (72 hours to 1st IDTT, routine IDTTs at least every 7 days thereafter), psychiatrist contacts (initial evaluation within 24 hours of arrival, every 3 days for first 30 days, 1x per calendar week thereafter), and MH Clinical contacts (MH assessment within 10 days of arrival, and then at least 2x per calendar week). (Dkt. 7787 at 6.) The Court's order didn't say anything about those three items. So, they should remain in your standards.

Also, if you are using the DSH CQI then you will need to build in the other indicators laid out in the exemplar report, filed at 7812-1 at 17-32.

Let me know if you would like to discuss further.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

---

**From:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>
**Sent:** Thursday, February 1, 2024 5:37 PM
**To:** Coleman Special Master <colemanspecialmaster@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Namrata Kotwani <Namrata.Kotwani@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Paul B. Mello (Pmello@hansonbridgett.com) <Pmello@hansonbridgett.com>; 'Samantha Wolff' <SWolff@hansonbridgett.com>
**Cc:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>
**Subject:** Coleman - PIP Minimum Treatment Policy

[EXTERNAL MESSAGE NOTICE]

All,

I write with an update regarding CDCR's policy on PIP Minimum Treatment standards. On August 23, 2023, the court rejected CDCR's proposed plan that, included standards for frequency of services, structured programming, and unstructured programming. Instead, the court ordered CDCR to adopt and implement the Department of State Hospital's continuous quality improvement process, which offers patients 20 hours of treatment per week, unless clinically contraindicated. (ECF No. 7924, referencing ECF No. 7812-1 at 15.)

CDCR is in the process of developing a new policy implementing minimum treatment standards in line with the court's August 2023 order and anticipates providing a draft in the coming weeks. To move this process forward and streamline any potential disputes

regarding the policy, below are a list of the requirements that will be detailed in the policy:

1. CDCR PIPs will offer 20 total hours of treatment to APP and ICF patients in the PIPs, unless clinically contraindicated.

2. At least 10 of the offered treatment hours will be "core" treatment, consisting of group therapy, individual therapy, or clinical encounters.

3. The remaining treatment hours may be "supplemental" treatment, including leisure activities that may increase prosocial activities and positive leisure engagement.

4. A method for documenting clinical justification for patients who are clinically contraindicated for 20 hours of treatment per week.

Please let us know by February 8th if there are any concerns with these overarching requirements or if you believe anything is missing. CDCR can then account for those concerns while completing the draft policy. Assuming there are no concerns with this framework, CDCR hopes to have its policy finalized for your review by the end of February.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA  95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please

contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.