| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>ADRIENNE PON HARROLD – 326640<br>AMY XU – 330707<br>ADRIENNE SPIEGEL – 330482<br>BENJAMIN W. HOLSTON – 341439<br>MAYA E. CAMPBELL – 345180<br>LUMA KHABBAZ – 351492<br>JARED MILLER – 353641<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM; PROPOSED ORDER**<br><br>Date:  May 10, 2024<br>Time:  10:00 AM<br>Crtrm.:  3<br><br>Judge:  Hon. Kimberly J. Mueller |

[4475852.2]

APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM; PROPOSED ORDER

At the April 12, 2024 mediation regarding civil contempt, the Court noted its plan to issue Writs of Habeas Corpus ad Testificandum to allow lead plaintiff Ralph Coleman, CDCR No. C09970, to attend future mediation sessions. *See* Tr. ECF No. 8203 at 4:24-5:12. Due to Mr. Coleman's health, Plaintiffs are concerned that he may again not be able to attend the next session, and request permission to have a second class representative, named plaintiff Peter Cockcroft, CDCR No. H86887, attend in addition to Mr. Coleman. Plaintiffs request that a Writ of Habeas Corpus ad Testificandum for Mr. Cockcroft be issued for his attendance at the May 10, 2024 mediation. Mr. Cockcroft is confined in Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960, in the custody of the Warden.

Plaintiffs informed Defendants' counsel of this request and Defendants' counsel indicated that they do not object to Plaintiffs' request to have Mr. Cockcroft attend in addition to Mr. Coleman.

## CERTIFICATION

Plaintiffs' counsel certifies that he reviewed the following orders and transcript in preparing this filing: ECF Nos. 8147, 8178, 8197, 8203.

DATED: April 24, 2024        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Marc J. Shinn-Krantz*
    Marc J. Shinn-Krantz

Attorneys for Plaintiffs

[4475852.2]

1
APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM; PROPOSED ORDER

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Court will issue Writs of Habeas Corpus ad Testificandum for Peter Cockcroft and Ralph Coleman to attend the May 10, 2024 mediation session.

IT IS SO ORDERED.

DATED: _____, 2024

Kimberly J. Mueller
Chief United States District Judge