# APPENDIX 1

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                             GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



June 29, 2023

Special Master Lopes                                Coleman Plaintiffs' Counsel
Pannone Lopes Devereaux and O'Gara LLC              Rosen Bien Galvan and Grunfeld LLP
Northwoods Office Park, Suite 215N                  101 Mission Street, Sixth Floor
1301 Atwood Avenue                                  San Francisco, A 94105
Johnston, RI 02919

VIA EMAIL

Special Master Lopes and Plaintiffs' Counsel,

I write regarding the California Department of Corrections and Rehabilitation's (CDCR) Restricted Housing Unit (RHU) project. CDCR began the RHU project in response to the Governor's veto of AB2632 which directed CDCR to develop regulations revising the use of restricted housing. (See https://www.gov.ca.gov/wp-content/uploads/2022/09/AB-2632-VETO.pdf?emrc=ccbc61) Attached to this email for your review are draft regulatory packages that will be necessary to implement the changes described below. These drafts are being shared with you and other external stakeholders simultaneously and may receive additional edits based on those conversations prior to finalization. CDCR is developing streamlined mental health policies to govern these new units and will share those drafts when they are ready. CDCR requests that you provide us your comments and feedback on the regulatory package no later than July 31, 2023.

    I.    Overview of the Restricted Housing Unit Program Changes

CDCR's RHU program will result in less inmates being housed in restricted housing, shorter stays for those that do, enhanced property and out of cell time for some, and a reduction in number of RHU programs and beds statewide. CDCR has also developed an RHU Programming Credit which inmates may earn by participating in programming, including mental health services. Each credit will reduce the length of stay in restricted housing.

        A.    Restricted Housing Unit Matrix Changes and Length of Stay Reductions

CDCR has revised its Restricted Housing Unit matrix to only include charges for violent behavior as eligible for RHU placement. CDCR removed over a dozen offenses from the RHU matrix and converted the penalty for those offenses to placement on Workgroup/Program Group C status. (See e.g., draft Title 15 sections 3044(f)(1)(B) and 3337(g).) The fourteen offenses removed from the RHU matrix are as follows:

Special Master Lopes
Coleman Plaintiffs' Counsel
Page 2

- Battery on an inmate without serious injury.
- Distribution of Controlled Substances as defined in Section 3000
- Escape with force or attempted escape with force against a person
- Attempted escape from any departmental prison or institution other than a camp, MSF, or reentry facility
- Inciting conditions likely to threaten institutional security
- Harassment: a willful course of conduct, which alarms, annoys or terrorizes a specific person, group, or entity in the free society and which serves no legitimate purpose, either directly or indirectly
- Acting in a leadership role by directing or controlling STG behavior that is a behavior listed in the Assessment Chart
- Recruiting inmates to become an STG affiliate or to take part in STG activities that is a behavior listed in this SHUR Assessment Chart
- Acting in a leadership role to generate, move, or facilitate assets or proceeds as a result of or in support of prohibited STG business dealings
- Theft of destruction of State property by any means where the loss or potential loss exceeds $10,000 or threatens the safety of others
- Extortion or bribery of a non-inmate
- Extortion or bribery of an inmate
- Indecent Exposure
- Sexual disorderly conduct (2 or more offenses within a 12-month period).

For offenses that will still result in a RHU term, CDCR will make changes to the length of RHU terms and further simplify the sentencing structure. (See draft Title 15 section 3337(g), RHU Matrix.) CDCR will replace low, expected and high terms with a single "set term" which will be set as half of the old "expected" term. (Id.) For instance, battery on a non-inmate with a weapon previously had a low term of 18 months, an expected term of 30 months, and a high term of 42 months. Under the revisions, the offense will carry a set term of 15 months. CDCR has removed mitigation and aggravation factors from the matrix (see old Title 15 section 3341.3), and removed consecutive RHU terms. (See old Title 15 section 3341.4.)

To further rehabilitation within the RHUs and reduce length of stay, CDCR will create a RHU Programming Credit. (See draft Title 15 section 3345.) The RHU Programming Credit will allow inmates to reduce their RHU term by completing programs through Division of Rehabilitation Programs or by attending their assigned mental health treatment. MHSDS patients will still receive Milestone Completion Credits for participation in structured treatment. Those same treatment hours will also count towards RHU Programming Credits. For every twenty-hours of departmentally approved rehabilitative programming or completed mental health treatment, inmates will receive five days off their RHU terms. MHSDS patients will also have access to the same departmentally approved rehabilitative programming as GP RHU inmates.

Special Master Lopes
Coleman Plaintiffs' Counsel
Page 3

      B.  Property and Privilege Revisions

CDCR will set out of cell time at a minimum of 20 hours per week for all RHU inmates, regardless of mental health status or level of care. This change will increase out of cell time for general population RHU inmates, CCCMS patients currently in reception center and female STRHs and all LTRH patients. Institutions will be required to provide at least ten hours of yard per week. (See draft Title 15 section 3343(i).)

CDCR is also increasing property allowances to all RHU inmates. The changes are reflected in the revised property matrices. The property changes also increase property for Non-Disciplinary RHU inmates.

      C.  Reduction of Restricted Housing Programs and Unnecessary Transfers

CDCR will reduce the number of restricted housing programs from six to three by combining short (i.e. ASU) and long term (i.e. SHU) units for all levels of care. For instance, the Short Term Restricted Housing (STRH) unit and Long Term Restricted Housing (LTRH) unit will be combined and renamed the Correctional Clinical Case Management System (CCCMS) Restricted Housing Unit. CDCR will take the same approach for general population and Enhanced Outpatient Program (EOP) RHUs. CDCR's goal is to significantly reduce unnecessary transfers through. For MHSDS patients, this plan will increase continuity of care and, for many, allow them to remain at their home institution while in a RHU by removing the requirement to transfer to an LTRH or a Psychiatric Services Unit.

CDCR plans to reduce the number of restricted housing beds statewide. Those changes will mostly occur on a rolling basis once CDCR implements the RHU program later this year. CDCR has, however, identified the Pelican Bay SHU as the first unit to deactivate in fall 2023.

  II.     Coleman Remedy

CDCR's RHU regulations result in changes to several components of the Coleman Compendium. While grammatical changes have been made throughout Title 15 sections on restricted housing, the following Compendium regulations have been changed.

Special Master Lopes
Coleman Plaintiffs' Counsel
Page 4

| Compendium Section | RHU Changes |
|---|---|
| CCR Title 15, Section 3190, subdivisions (c) and (l)(3), General Policy regarding Personal Property and Religious Personal Property, specifically for inmates in segregation | Grammatical Edits |
| CCR Title 15, section 3269, Inmate Housing Assignment | Grammatical Edits |
| CCR Title 15, Section 3335, subdivision (a), Administrative Segregation, Non Disciplinary Segregation (NDS) | Moved to section 3335(b); Grammatical edits and additions to 3335(b)(1)(A) through (G) consistent with NDS policy |
| CCR Title 15, Section 3317, Mental Health Assessment for Disciplinary Proceedings | Grammatical edits to 3317(b)(4) |
| CCR Title 15, section 3340, subdivision (a)(4) and (a)(4)(A), regarding Assistance to Inmates for Administrative Segregation Classification Hearings | Moved to new section 3344; Grammatical edits |
| CCR Title 15, section 3341.2, Psychiatric Services Unit | Repealed; see new section 3335.2; Grammatical edits |
| CCR Title 15, Section 3341.8, subdivision (b), Security Housing Unit/Psychiatric Services Unit Classification Hearings, Pre-MERD Hearing. This regulation codifies provisions of the September 12, 2014, memo 120-Day Pre-Minimum Eligible Release Date Review Expectations | Section 3341.8 is repealed. Pre-MERD language modified and moved to new section 3341(g)(1)-(2); changes pre-MERD timeline from 120 days to 90 days; Grammatical edits |
| CCR Title 15, section 3342, subdivision (b), regarding Case Review | Moved to new section 3347; Grammatical edits |
| CCR Title 15, section 3344, subdivision (b), regarding Administrative Segregation Records | Moved to new section 3349; Grammatical edits |
| DOM Appendix A, Inmate Property – Matrix – Authorized Personal Property Schedules for Administrative Segregation Unit/Security Housing Unit/Psychiatric Services Unit Male Inmates and Female Inmates | Grammatical and substantive revisions |
| DOM Appendix D, Non Disciplinary Segregation (NDS) Personal Property Matrix | Grammatical and substantive revisions |

Special Master Lopes
Coleman Plaintiffs' Counsel
Page 5


CDCR also anticipates applying the EOP Administrative Segregation Unit Hub certification process to focus on the newly created EOP RHUs. Clinically, EOP RHUs will operate the same as EOP ASU Hubs or PSUs. CDCR anticipates circulating a draft policy addressing the treatment requirements for the EOP RHU and CCCMS RHU at a later date.

Finally, CDCR has identified the July 27, 2004 order on the maximum capacity for R.J. Donovan's (RJD) EOP ASU Hub as a barrier to successful implementation of the RHU plan. (See ECF No. 1598 at 2.) RJD's EOP ASU Hub is the only housing unit in the state with a court ordered population cap. RJD's EOP ASU Hub will convert to an EOP RHU under CDCR's plan. However, with its current court ordered cap of sixty-three patients, RJD will be forced to transfer patients to other EOP RHUs to stay under the cap, thwarting the goal of reducing unnecessary transfers and increasing continuity of care. CDCR requests that Plaintiffs and the Special Master consider a stipulation ending the cap at RJD.

    III.    Conclusion

CDCR looks forward to your comments as it works to finalize the regulation package and move forward with implementing these new programs. Please let me know if you have any questions or would like to discuss further.


Sincerely,

*/s/ Nick Weber*

Nick Weber
Attorney
California Department of Corrections and Rehabilitation
Office of Legal Affairs