# APPENDIX 4

Silvia Abrignani

**From:** Weber, Nicholas@CDCR
**Sent:** Tuesday, August 22, 2023 3:55 PM
**To:** Coleman Special Master; Coleman Special Master Team; Steven Fama
**Cc:** Elise Thorn; Namrata Kotwani; Damon McClain; Paul B. Mello (Pmello@hansonbridgett.com); 'Samantha Wolff'; Bentz, Melissa@CDCR; Hockerson, Dillon@CDCR; Thind, Sundeep@CDCR; Mehta, Amar@CDCR
**Subject:** Coleman – CCCMS and EOP RHU Healthcare Policies
**Attachments:** EOP Restricted Housing Unit Program Policy (002).pdf; CCCMS Restricted Housing Unit Program Policy.pdf

All,

Attached for your review are CDCR's draft healthcare policies governing the CCCMS and EOP RHU programs set to activate in November. Please provide us your comments or questions by September 21, 2023.

Thanks.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA 95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

1

**Restricted Housing Unit Program: Enhanced Outpatient Program**

(a) **Policy**
Patients at the Enhanced Outpatient Program (EOP) level of care who require placement in restricted housing shall be placed in an EOP Restricted Housing Unit (RHU).

(b) **Purpose**
To assure the effective delivery of EOP services to patients in a restricted housing unit setting.

(c) **Definitions**
**Restricted Program Housing Units:** Restricted Program Housing Units (RPHU) are designated for short and extended term programming of patients not suited for housing in the general population (GP). They are specialized programming units with established placement criteria. RPHU include the following: EOP RHU, Correctional Clinical Case Management System (CCCMS) RHU, and GP RHU.
**Enhanced Outpatient Program Restricted Housing Unit:** Secure housing and care for patients with diagnosed psychiatric disorders and not able to function in the General Population but not requiring crisis or inpatient hospital care, but who require placement in restricted housing.

(d) **Responsibility**
  (1) The overall institutional responsibility for the program rests jointly with the Chief Executive Officer (CEO) and the Warden.
  (2) The coordination of clinical activities within the RHU is the responsibility of the Chief of Mental Health (CMH). The CMH is responsible for ensuring that the RHU Mental Health Program is in compliance with the Mental Health Services Delivery System (MHSDS), MHSDS Program Guide, Health Care Department Operations Manual, and all applicable policies.
  (3) The Facility Captain will oversee custodial responsibilities, correctional counseling services, and classification actions.
  (4) Decisions on patient treatment plans, individual patient program activities, and level of care are made by the Interdisciplinary Treatment Team (IDTT).

(e) **Procedure**
  (1) **Placement in a Restricted Housing Unit**
    (A) A patient shall be housed in an EOP RHU if:
      1. The patient is included in the MHSDS at the EOP level of care and meets criteria pursuant to the California Code of Regulations (CCR), Title 15, section 3335.
      2. The patient is included in the Developmental Disability Program at DD3 and the patient meets the criteria pursuant to CCR, Title 15, section 3335.
    (B) Patients assigned to an EOP RHU shall be classified pursuant to CCR, Title 15, section 3340. Patients assigned to an EOP RHU with an imposed RHU term shall be classified pursuant to CCR, Title 15, section 3341.
    (C) Pre-placement mental health screening: All patients shall be screened by medical personnel for possible suicide risk, safety concerns, and mental health problems before placement in an EOP RHU. If a patient screens positive, they are referred for a mental health evaluation on an emergent, urgent, or routine basis, depending on their answers to the screening questions.
    (D) Sources of Referral for Mental Health Services
      1. Current MHSDS patients
        a. All patients placed into an EOP RHU shall be reviewed for identification of current MHSDS treatment status at the time of the initial automated Restricted Housing Unit Placement Notice. This shall occur on the first workday following a patient's placement.
        b. During the initial review, mental health staff will ensure the continuity of mental health care, including the delivery of prescribed medications.
      2. Staff referral
        a. Any staff member who observes possible signs or symptoms of a serious mental health disorder shall refer a patient for clinical evaluation by completing a CDCR 128-MH5, Mental Health Referral Chrono.
        b. Any patient who is observed to be a suicide risk, or in any other condition that requires crisis care, shall be immediately screened by the primary clinician (PC) to assess the potential for suicide and, if appropriate, referral to a Mental Health Crisis Bed (MHCB) for admission.

   3. Self-referral
      a. Patients in an EOP RHU may request a clinical interview to discuss their mental health needs. These requests shall be made on a CDCR 7362, Health Care Services Request.
   4. Clinical rounds
      a. A mental health staff member shall conduct rounds weekly, unless clinically needed more often, in all EOP RHUs.
      b. Patients not previously identified as having mental health treatment needs who exhibit possible signs and symptoms of serious mental disorders shall be referred for clinical evaluation.
   5. The following shall occur for all acts of indecent exposure (IEX) or intentionally sustained masturbation without exposure:
      a. A CDCR 128-MH5, Mental Health Referral Chrono, shall be completed and staff shall immediately notify the CMH or designee of the referral for services requested. This step is required to maximize the ability of a mental health clinician to screen the patient as close to the incident as possible.
      b. An initial mental health screen, per the MHSDS Program Guide timelines for an urgent referral to rule out serious mental health decompensation and/or intoxication that may have triggered the sexual disorderly conduct.
      c. A CDCR 115-MH, Rules Violation Report: Mental Health Assessment.
      d. An IEX IDTT shall be conducted within 10 business days of the IEX or intentionally sustained masturbation without exposure incident to review the mental health screen and determine if the existing mental health diagnosis, treatment plan, and/or level of care are appropriate, and whether a comprehensive mental health evaluation is required.
   (E) Patients shall receive orientation material within 24 hours of placement into an EOP RHU.
**(2) Clinical Services**
   (A) Intake Assessment
      1. The Senior Psychologist Supervisor or designee shall appoint a PC for each patient admitted to an EOP RHU. The PC shall complete a brief evaluation of the patient, including a review of the patient's mental health history and an interview in a timeframe clinically determined appropriate but not more than five calendar days after arrival in the EOP RHU.
      2. All patients will be evaluated by the IDTT prior to the initial ICC and not later than 14 calendar days after arrival in the EOP RHU.
      3. A comprehensive mental health clinical assessment shall be done by the PC and other IDTT members prior to the initial IDTT. This assessment shall include at minimum:
         a. Comprehensive review of the central file and health record of mental health treatment needs, including prior placements and medications.
         b. Current mental status examination, including diagnosis and level of functioning.
         c. Daily observation by mental health and custody staff to assess Activities of Daily Living and social interactions.
         d. Review of medication history and adjustments to current prescriptions, including involuntary medications as necessary, by a staff psychiatrist.
         e. Review of disciplinary history and custodial placements by the assigned Correctional Counselor or Lieutenant.
         f. Review of specific risk factors for violence toward self and others. This includes a suicide risk assessment if indicated.
      4. The IDTT will make a decision regarding appropriate placement. This decision includes the following options:
         a. Retention for an additional 14 calendar days to determine the patient's appropriateness for EOP RHU placement.
         b. Referral for inpatient care.
         c. Placement in an MHCB (short term crisis stabilization, including initiation of involuntary medications when required).
         d. Retention in the EOP RHU treatment program if the patient requires EOP level of care.
         e. Referral to the classification committee recommending alternative RHU placement if the patient qualifies for CCCMS care or has been discharged from the MHSDS.

- f. If the RHU term has been served, GP placement at the appropriate level of care, including EOP.

(B) Interdisciplinary Treatment Team
1. The EOP RHU IDTT shall be chaired by the EOP RHU Senior Psychologist Supervisor or designee. All clinical decisions regarding intake, treatment planning, re-justification of level of care, and discharge, are made by the EOP RHU IDTT. The IDTT is composed of, at minimum:
   a. Senior Psychologist.
   b. Assigned Psychiatrist.
   c. EOP RHU Facility Captain.
   d. Correctional Counselor II.
   e. Assigned PC.
   f. Licensed Psychiatric Technician (LPT)
   g. Patient.
2. Other EOP RHU staff such as a recreation therapist, nursing staff, Sergeant and correctional officers, and custody representatives may attend.
3. A representative from the IDTT (assigned PC or designee) shall be present in all classification hearings regarding patients to provide mental health input into the classification decision-making process.
4. The patient shall be included in the IDTT unless the patient refuses to participate. Patients shall not receive a CDCR 115, Rules Violation Report, for not participating in the IDTT. The PC shall document the reason for refusal on the CDCR 7230-MH, Mental Health Progress Notes or in the health record. The PC is responsible for presenting the patient's concerns to the IDTT.
5. After the initial IDTT, patients will be evaluated by the IDTT minimally at 60 and 120 days after admission and at least every 90 days thereafter or sooner, whenever there is a significant change in level of functioning.
   a. The IDTT will evaluate treatment progress, update the treatment plan, and review discharge goals. The initial treatment plan and all subsequent treatment plans shall include a discharge plan and behavioral goals to discharge the patient from the EOP RHU to a less intensive level of care.
   b. The PC assigned to the case will present a case summary with recommendations for continued treatment or discharge.
   c. The results of all IDTT reviews, decisions, and recommendations will be documented in the health record.
   d. Initial and level of care changes are documented on a CDCR 128-MH-3, Mental Health Placement Chrono and forwarded to the Correctional Counselor II.

(C) Primary Clinician
Each patient in an EOP RHU shall be assigned a PC, usually a Licensed Clinical Social Worker or psychologist, although other clinicians may be assigned to cases with special needs. The PC will maintain active clinical involvement with the patient, as well as perform casework functions, including the following:
1. Documentation of initial treatment plan and updates.
2. Regular clinical contacts with assigned patients.
3. Ensuring scheduling of periodic IDTT reviews.
4. Attendance at IDTT reviews of the patient.
5. Referral to, and coordination with, the assigned staff psychiatrist
6. Response to California Department of Corrections and Rehabilitation (CDCR) inquiries regarding clinical status of the patient.

**(3) Treatment Program**
Each EOP RHU shall have an Operational Plan that describes its treatment program. <u>The Operational Plan shall include a behavioral incentive program (BIP), with criteria for achieving and retaining each level.</u>

(A) Refer to the Operational Plan at each institution for a complete description.
(B) Treatment Plan
1. Each patient in an EOP RHU shall have a Master Treatment Plan within the Electronic Health Records System (EHRS).
2. Within the EOP RHU, each patient shall have an individualized treatment plan that provides treatment consistent with the patient's clinical needs.

3. The treatment plan shall be reviewed by the IDTT 60 and 120 days after admission and at least every 90 days thereafter, or whenever there is a significant change in the patient's functioning requiring a change in the treatment plan.
    a. There shall be a progress note documenting the IDTT meeting that includes a list of members in attendance.
4. Each treatment intervention shall be directed to a problem on the patient's problem list.
5. Each treatment intervention shall indicate the provider, type of intervention (e.g., individual or group therapy), frequency of intervention, outcome objectives, and specific measurable behavioral goals.
6. Discharge from the EOP or transfer to another level of care shall be documented in a CDCR 128-MH3, Mental Health Placement Chrono.
7. Each patient will be offered at least ten hours per week of scheduled therapeutic activities as approved by the IDTT.
    a. It is recognized that not all patients can participate in or benefit from ten hours per week of treatment services. For some patients, ten hours per week may be clinically contraindicated.
    b. For those patients scheduled for fewer than ten hours per week of treatment services, the PC shall present the case and recommended treatment program to the IDTT for approval. The Master Treatment Plan must include a detailed description of the diagnosis, problems, level of functioning, medication compliance, and rationale for scheduling fewer than ten hours.
    c. For patients who are scheduled for fewer than ten hours of treatment activities per week, the IDTT shall meet at least monthly and be responsible to review and increase the treatment activities and consider higher level of care as appropriate.

(C) Treatment
1. Required treatment within an EOP RHU includes the following:
    a. Individual treatment planning involves a meeting of the IDTT and the patient 60 and 120 days after admission and at least every 90 days thereafter for the purpose of identifying treatment needs, developing treatment plans, assessing treatment progress, and updating or revising individual treatment plans in accordance with the patient's needs and progress.
    b. Weekly PC contact, either individually or in group psychotherapy, with assigned patients. Individual clinical contacts shall occur at least every other week.
    c. Medication evaluation and management.
    d. A psychiatrist shall evaluate each EOP patient at least every 30 days to address psychiatric medication issues.
    Refer to the Health Care Department Operations Manual regarding procedures for administration of medication, medication refusals, Directly Observed Therapy, medication adherence, and other aspects of medication administration. Refer to the CCR, Title 15, section 3999.344, for information on involuntary medication administration.
2. Other treatment activities may include the following:
    a. Individual psychotherapy.
    b. Group therapy, such as anger management, stress management, offense-related issues, and current events.
    c. Medication education.
    d. Crisis intervention.
    e. Pre-release planning.
    f. Monitoring and assistance with daily living skills.
    g. Cognitive Behavioral Therapy directed to specific behaviors or symptoms.
    h. Recreational activities.
    i. Vocational and pre-vocational training as available.
    j. Education as available.
    k. 12-Step Program and other substance use treatment.

(D) Patient Refusal to Attend Treatment
1. Within one week of the identification of a patient who has refused more than 50 percent of structured therapeutic treatment hours offered and attended an average of less than five hours per week of offered

structured treatment hours in a two-month period, the IDTT, clinical staff, or other custody staff must work together to determine the reason for treatment refusal.
2. For patients on a modified treatment program, attendance at 50 percent or less of the required treatment hours specified in the modified treatment plan shall trigger the review.
3. The Correctional Lieutenant responsible for the EOP RHU and the PC shall work collaboratively to evaluate the circumstances underlying the patient's refusal to attend offered scheduled treatment sessions.
4. If a specific cause for the patient's refusal can be identified and reasonably resolved, custody and mental health staff shall work together with the patient to attempt to resolve such issues.
5. If the patient identifies barriers related to security policies as a cause for their refusal to attend treatment, custody and mental health staff shall jointly document their findings on a CDC 128-B, General Chrono, and submit to both the Chief Deputy Warden and CMH.
    a. The Chief Deputy Warden and CMH shall confer and consider various methods to encourage the patient to attend treatment, including viable alternatives to the identified security policies that do not jeopardize the security of the unit or safety of staff or patients.
    b. Should the Chief Deputy Warden and CMH disagree on the proper resolution of the matter, the issue shall be elevated to the Warden and CEO for their review and resolution.

(4) **Out-of-Cell Exercise**
1. All patients assigned to an EOP RHU shall be offered a minimum of ten hours of out-of-cell exercise each week, which may include supervised recreational therapy.
2. A patient's yard designation shall be established by the ICC with input from the IDTT as part of the individual treatment plan.

(5) **Monitoring Requirements for Developmental Disability Program Patients Placed in Restricted Housing**
(A) Developmental Disability Program (DDP) patients housed in an EOP RHU shall be interviewed by a mental health clinician within 24 hours of placement and receive weekly monitoring by a DDP psychologist or designee. For this purpose, "weekly" is defined as a seven-day calendar week.
(B) Documentation of the initial 24-hour and weekly clinical contacts for DDP patients housed in an RHU shall be completed in the EHRS using either the "MH DDP Restricted Housing Check" PowerForm, or the "DDP Progress Note" note type.
    1. Documentation must indicate the patient's current housing setting, the evaluation type ("Initial 24-hour" or "Weekly"), and if the setting where the contact occurred was confidential ("Confidential" or "Non-confidential").
    2. Documentation shall also include a description of the content for this contact, relevant clinical observations, a statement describing the patient's functioning related to their DDP adaptive supports, any collateral information obtained (e.g., reports from the DDP officer or housing unit officers), and any follow-up steps taken, if indicated.
(C) An initial 24-hour contact is not required if there are no modifications to the DDP patient's programming (e.g., a determination for restricted housing was made, but the patient was never housed in that unit) or if the patient leaves and returns to the same RHU environment within a 24-hour period.
(D) An initial 24-hour contact is not required if the DDP patient transfers to another RHU environment within the same institution or transfers from an RHU environment at one institution to an RHU environment at another institution, unless it is clinically indicated and necessary to ensure the patient's prescribed adaptive supports remain current and sufficient for that environment.
(E) If a DDP patient transfers to another RHU environment within the same institution, a second weekly contact is not required, unless it is clinically indicated and necessary to ensure the patient's prescribed adaptive supports remain current and sufficient for that environment.
(F) A weekly contact is required within seven calendar days of arrival at the receiving institution if a patient transfers from an RHU environment at one institution to an RHU environment at another institution.

(6) ***Armstrong* Class Members Housed in Restricted Housing Units**
(A) It is the policy of CDCR to not house *Armstrong* class members in an RHU due solely to a lack of appropriate accessible GP housing (including Sensitive Needs GP).
(B) If RHU is the only available accessible housing that can immediately accommodate the disability needs of the patient, the reasons for exceptional housing shall be clearly documented using the CDC-114-D process.

1. At the time of the initial 114-D review, absent any other compelling penological interest, the patient shall be approved to be released from the RHU to GP housing.
2. Failure to move the affected patient out of the RHU into appropriate GP housing within 48 hours will require immediate notification to designated headquarters staff.

(C) This policy shall also apply to *Armstrong* class members who were placed in an RHU for security reasons and who are subsequently reviewed by the ICC and determined to be eligible for release to GP housing.

**(7) Sick and Dental Call and Mental Health Referrals**
(A) The EOP RHU shall have mental health staff on duty during Second Watch. Each day, the assigned physician, Registered Nurse (RN), or LPT will tour the unit and assess any patient with medical or dental needs.
(B) During Second Watch, patients requiring medical attention will be referred to the EOP RHU RN.
(C) Staff referrals may be made on a CDCR 128-MH5, Mental Health Referral Chrono.
(D) Self-referrals shall be made on a CDCR 7362, Health Care Services Request.
  1. Monday through Friday, the following shall occur:
     a. A health care staff member shall collect all the CDCR 7362, Health Care Services Requests, each day from the designated areas.
     b. Upon receipt of the collected forms, nursing staff shall initial and date each CDCR 7362, Health Care Services Request.
     c. The CDCR 7362, Health Care Services Request, shall be delivered to the designated program representative in mental health services, dental services, or pharmacy services for same-day processing.
  2. On weekends and holidays, the following shall occur:
     a. The Triage and Treatment Area (TTA) RN shall review each CDCR 7362, Health Care Services Request, for medical, dental, and mental health services, establish priorities on an emergent and non-emergent basis, and refer accordingly.
     b. If a physician, mental health clinical, or dentist is not available, the physician on-call or psychiatrist on-call shall be contacted.
(E) Patients shall be seen by a mental health clinician, or on weekends by the physician or psychiatrist on-call, within the following clinically determined time frames.
  1. Emergent: Emergency cases shall be seen immediately or escorted to the TTA.
  2. Urgent: Urgent cases shall be seen within 24 hours.
  3. Routine: Other cases shall be seen within five calendar days.

**(8) Discharge Procedures**
(A) At the time of admission to the EOP RHU, a preliminary discharge plan shall be developed based on the clinical and security needs of the patient as well as the patient's EOP RHU term.
(B) Patients admitted to an EOP RHU may be discharged to a CCCMS RHU to complete their term when they no longer require an EOP level of care.
(C) Patients who complete their RHU term and still require EOP care will be discharged to a GP EOP for continuing mental health treatment.
  1. The EOP RHU PC will document recommendations regarding the patient's specific treatment needs, including any concerns about facilitating the patient's successful transition to general population.
  2. The receiving EOP IDTT will consider documentation by the EOP RHU clinician in developing the patient's treatment plan.
  3. The treatment plan for patients transferred from RHU to GP-EOP shall include services provided to aid in the transition to the GP environment.
(D) Patients may be referred to an inpatient program as clinically indicated.
(E) Treatment recommendations upon discharge from an EOP RHU shall be made by the IDTT and documented in the EHRS.
(F) The ICC shall review the discharge recommendations of the IDTT, considering both the clinical and custody needs of the patient. The decision of the ICC shall be documented on a CDCR 128-G Chrono.

**References**
- California Code of Regulations, Title 15, Division 3, Subchapter 4, Article 7, sections 3335 – 3344.
- California Code of Regulations, Title 15, Division 3, Chapter 2, Subchapter 3, Article 5, section 3999.344, Involuntary Medication

- Mental Health Services Delivery System Program Guide, 2021 Revision
- Statewide Mental Health Program, Monitoring Requirements for Patients in the Developmental Disability Program Placed in Restricted Housing Memorandum, October 14, 2022
- Review of Refusal to Attend Mental Health Treatment by Administrative Segregation Unit Enhanced Outpatient Program Hub and Psychiatric Services Unit Inmates Memorandum, February 2, 2015
- Operational Plan for Armstrong Class Members Housed in Administrative Segregation Memorandum, December 17, 2012

**Revision History**
Effective: MM/YYYY

**Restricted Housing Unit Program: Correctional Clinical Case Management System**

(a) **Policy**
Patients at the Correctional Clinical Case Management System (CCCMS) level of care who are serving a Restricted Housing Unit (RHU) term shall be offered enhanced mental health treatment and additional out-of-cell custody supervised activities. The RHU shall be collaboratively administered between custody and mental health staff.

(b) **Purpose**
To provide enhanced mental health services and prevent decompensation of patient's requiring restricted housing.

(c) **Definitions**
**Restricted Program Housing Units:** Restricted Program Housing Units (RPHU) are designated for short and extended term programming of patients not suited for housing in the general population (GP). They are specialized programming units with established placement criteria. RPHU includes the following: Enhanced Outpatient Program (EOP) RHU, CCCMS RHU, and GP RHU.
**Correctional Clinical Case Management System Restricted Housing Unit:** Secure housing and enhanced care for patients in the CCCMS level of care with diagnosed psychiatric disorders not requiring higher levels of care, but who require placement in restricted housing.

(d) **Responsibility**
   (1) The overall institutional responsibility for the program rests jointly with the Chief Executive Officer and the Warden.
   (2) The coordination of clinical activities within the RHU is the responsibility of the Chief of Mental Health (CMH). The CMH is responsible for ensuring that the RHU Mental Health Program is in compliance with the Mental Health Services Delivery System (MHSDS), Mental Health Program Guide, Health Care Department Operations Manual, and all applicable policies.
   (3) The Facility Captain will oversee custodial responsibilities, correctional counseling services, and classification actions.
   (4) Decisions on patient treatment plans, individual patient program activities, and level of care are made by the Interdisciplinary Treatment Team (IDTT).

(e) **Procedure**
   (1) **Placement in a Restricted Housing Unit**
      (A) A patient shall be housed in a CCCMS RHU if the patient is included in the MHSDS at the CCCMS level of care and meets criteria pursuant to California Code of Regulations (CCR), Title 15, section 3335.
      (B) Patients assigned to a CCCMS RHU shall be classified pursuant to CCR, Title 15, section 3340. Patients assigned to a CCCMS RHU with an imposed RHU term shall be classified pursuant to CCR, Title 15, section 3341.
      (C) Pre-placement mental health screening: All patients shall be screened by medical personnel for possible suicide risk, safety concerns, and mental health problems before placement in a CCCMS RHU. If a patient screens positive, they are referred for a mental health evaluation on an emergent, urgent, or routine basis, depending on their answers to the screening questions.
      (D) Sources of Referral for Mental Health Services
         1. Current MHSDS patients
            a. All patients placed into a CCCMS RHU shall be reviewed for identification of current MHSDS treatment status at the time of the initial automated Restricted Housing Unit Placement Notice. This shall occur on the first workday following a patient's placement.
            b. During the initial review, mental health staff shall ensure the continuity of mental health care, including the delivery of prescribed medications.
         2. Staff referral
            a. Any staff member who observes possible signs or symptoms of a serious mental health disorder shall refer a patient for clinical evaluation by completing a CDCR 128-MH5, Mental Health Referral Chrono.
            b. Any patient who is observed to be a suicide risk, or in any other condition that requires crisis care, shall be immediately screened by mental health staff to assess the potential for suicide and, if appropriate, referral to a Mental Health Crisis Bed (MHCB) for admission.
         3. Self-referral

      a. Patients in a CCCMS RHU may request a clinical interview to discuss their mental health needs. These requests shall be made on a CDCR 7362, Health Care Services Request.
4. Clinical rounds
   a. A mental health staff member shall conduct rounds weekly, unless clinically needed more often, in all CCCMS RHUs.
   b. Patients not previously identified as having mental health treatment needs who exhibit possible signs and symptoms of serious mental health disorders shall be referred for clinical evaluation.
5. The following shall occur for all acts of indecent exposure (IEX) or intentionally sustained masturbation without exposure:
   a. A CDCR 128-MH5, Mental Health Referral Chrono, shall be completed and staff shall immediately notify the CMH or designee of the referral for services requested. This step is required to maximize the ability of a mental health clinician to screen the patient as close to the incident as possible.
   b. An initial mental health screen, per the MHSDS Program Guide timelines for an urgent referral, to rule out serious mental health decompensation and/or intoxication that may have triggered the sexual disorderly conduct.
   c. A CDCR 115-MH, Rules Violation Report: Mental Health Assessment.
   d. An IEX IDTT shall be conducted within ten business days of the IEX or intentionally sustained masturbation without exposure incident to review the mental health screen and determine if the existing mental health diagnosis, treatment plan, and/or level of care are appropriate, and whether a comprehensive mental health evaluation is required.

(E) Patients receiving treatment at the CCCMS level of care prior to placement in an RHU and those who are newly identified as requiring treatment at this level of care shall be assigned a PC.

(F) A patient included in the MHSDS at the CCCMS level of care and retained in an RHU by an Institution Classification Committee (ICC) shall be transferred to a designated CCCMS RHU within 30 days of RHU placement. If the patient's inclusion in the MHSDS at the CCCMS level of care occurs after RHU placement, the patient shall be transferred within 30 days from the date of the inclusion in the CCCMS level of care.
1. An exception to the 30-day requirement is allowed and time constraints suspended under certain circumstances. These include, but are not limited to:
   a. Health care staff determines, based on medical necessity, a transfer cannot occur and places a medical hold.
   b. The patient refuses transfer.
   c. The patient is out to court.
   d. The patient is placed in an MHCB or higher level of care.
2. In these instances, the Warden or designee, in coordination with the treating mental health staff, may elect to temporarily retain the patient in their existing GP RHU. The Warden or designee shall ensure a collaborative approach between custody and mental health staff is employed to ensure the wellbeing of CCCMS patients housed in a GP RHU.
3. When retention of a patient that would otherwise meet criteria for placement in a CCCMS RHU will cause the transfer timeframe to exceed the 30-day mandate, institution classification staff shall specify the exceptional reason for retention, including mental health considerations, in the Classification Committee Chrono.
4. A case note shall be placed in SOMS articulating the case-by-case reason for retention under the "CCCMS RHU Retention Note Type."
5. Custody and mental health staff shall meet daily, during RHU morning meetings, to discuss any ongoing behavioral issues or concerns, and shall participate jointly in scheduled IDTTs and ICCs to ensure information is shared.

**(2) Interdisciplinary Treatment Teams and Institutional Classification Committees**
(A) Mental health staff shall attend daily morning meetings with custody staff to discuss high risk patients, new arrivals, and any behavior issues or ongoing concerns of individual patients.
(B) Mental health staff shall attend and participate in IDTTs and ICCs.
(C) The responsibilities for overall treatment planning within the CCCMS program rest with the IDTT. These responsibilities include:
1. Placement decisions for individual cases.

    2. Review of relevant clinical data for diagnostic formulation.
    3. Review of relevant case factors.
    4. Formulation and approval of treatment plans.
    5. Annual and special reviews for continuation or termination of services.
    6. Review of treatment response.
    7. Discharge planning.
  (D) The IDTT is composed of, at minimum:
    1. Assigned PC (either a psychologist or Clinical Social Worker).
    2. Assigned psychiatrist.
    3. Assigned Correctional Counselor.
    4. Patient, if clinically and custodially appropriate. The patient shall be included in the IDTT unless the patient refuses to participate. If the patient refuses to participate, the clinician must document the reason for refusal in a progress note. Patients shall not be disciplined for not participating in the IDTT.
  (E) The IDTT shall include the patient's Correctional Counselor who shall present case factors of the restricted housing unit placement for consideration in development of the treatment plan and initiation of an aftercare plan.
  (F) All CCCMS patients are seen in the initial IDTT that is held prior to the initial ICC hearing (within 14 calendar days of arrival in the CCCMS RHU) and quarterly thereafter.
  (G) Some patients may be seen more frequently by the IDTT in special reviews at the request of the assigned PC or psychiatrist whenever changes in the level of care or treatment plans are indicated.

**(3) Treatment for CCCMS Patients Placed in a Restricted Housing Unit**
  (A) The treatment interventions shall meet the guidelines set forth in the MHSDS Program Guide and include the following:
    1. Regular monitoring of symptoms by Licensed Psychiatric Technicians (LPT) through daily rounds.
    2. Individual contact every week by the PC, or more frequently if clinically indicated.
    3. Crisis intervention.
    4. Medication evaluation, review, and monitoring of compliance by psychiatric and nursing staff.
    5. Psychiatric contact every 90 days, when indicated.
    6. Quarterly IDTT update of treatment plan.
    7. 90 minutes of confidential structured group therapeutic activity weekly.
    8. Clinical discharge or clinical pre-release planning.
  (B) The following treatment interventions shall be provided on an as-needed basis:
    1. Orientation and supportive counseling for institutional adjustment.
    2. Social skills training.
    3. Consultation services, such as to education and work programs.
    4. In-cell therapeutic activities each week, such as self-help and recreational activities, as determined by the IDTT.
    5. Supportive care for Activities of Daily Living.

**(4) Monitoring Requirements for Developmental Disability Program Patients Placed in Restricted Housing**
  (A) Developmental Disability Program (DDP) patients housed in a CCCMS RHU shall be interviewed by a mental health clinician within 24 hours of placement and receive weekly monitoring by a DDP psychologist or designee. For this purpose, "weekly" is defined as a seven-day calendar week.
  (B) Documentation of the initial 24-hour and weekly clinical contacts for DDP patients housed in an RHU shall be completed in the Electronic Health Records System (EHRS) using either the "MH DDP Restricted Housing Check" PowerForm, or the "DDP Progress Note" note type.
    1. Documentation must indicate the patient's current housing setting, the evaluation type ("Initial 24-hour" or "Weekly"), and if the setting where the contact occurred was confidential ("Confidential" or "Non-confidential").
    2. Documentation shall also include a description of the content for this contact, relevant clinical observations, a statement describing the patient's functioning related to their DDP adaptive supports, any collateral information obtained (e.g., reports from the DDP officer or housing unit officers), and any follow-up steps taken, if indicated.

(C) An initial 24-hour contact is not required if there are no modifications to the DDP patient's programming (e.g., a determination for restricted housing was made, but the patient was never housed in that unit) or if the patient leaves and returns to the same RHU environment within a 24-hour period.
(D) An initial 24-hour contact is not required if the DDP patient transfers to another RHU environment within the same institution or transfers from an RHU environment at one institution to an RHU environment at another institution, unless it is clinically indicated and necessary to ensure the patient's prescribed adaptive supports remain current and sufficient for that environment.
(E) If a DDP patient transfers to another RHU environment within the same institution, a second weekly contact is not required, unless it is clinically indicated and necessary to ensure the patient's prescribed adaptive supports remain current and sufficient for that environment.
(F) A weekly contact is required within seven calendar days of arrival at the receiving institution if a patient transfers from an RHU environment at one institution to an RHU environment at another institution.

**(5)** *Armstrong* **Class Members Housed in Restricted Housing Units**
(A) It is the policy of the California Department of Corrections and Rehabilitation to not house *Armstrong* class members in an RHU due solely to a lack of appropriate accessible GP housing (including Sensitive Needs GP).
(B) If an RHU is the only available accessible housing that can immediately accommodate the disability needs of the patient, the reasons for exceptional housing shall be clearly documented using the CDC-114-D process.
  1. At the time of the initial 114-D review, absent any other compelling penological interest, the patient shall be approved to be released from the RHU to GP housing.
  2. Failure to move the affected patient out of the RHU into appropriate GP housing within 48 hours will require immediate notification to designated headquarters staff.
(C) This policy shall also apply to *Armstrong* class members who were placed in an RHU for security reasons and who are subsequently reviewed by the ICC and determined to be eligible for release to GP housing.

**(6) Enhanced Programming**
(A) Out-of-Cell Activities
To improve the conditions of confinement for CCCMS patients placed in restricted housing, the CCCMS RHU will offer 20 hours of out-of-cell activities per week.
  1. Patients will be offered 18.5 hours per week of recreational time outside of their cell.
  2. In addition, patients will be offered 90 minutes of confidential structured therapeutic activity.
(B) In-Cell and Therapeutic Activities
  1. Upon arrival in the CCCMS RHU, patients will receive their standard property and orientation package.
  2. Patients will be offered a weekly clinical contact with their PC and daily rounds will be completed by an LPT.
  3. Patients will be offered in-cell therapeutic activities, such as self-help materials and recreational activities, as determined by the IDTT.

**References**
- California Code of Regulations, Title 15, Division 3, Subchapter 4, Article 7, sections 3335 – 3344.
- Mental Health Services Delivery System Program Guide, 2021 Revision
- Statewide Mental Health Program, Monitoring Requirements for Patients in the Developmental Disability Program Placed in Restricted Housing Memorandum, October 14, 2022
- Statewide Mental Health Program, Transfer of Correctional Clinical Case Management System Inmate-Patients to Male Short Term Restricted Housing Units, March 3, 2016
- Statewide Mental Health Program, Short-Term Restricted Housing Mental Health Requirements Policy, February 8, 2016
- Statewide Mental Health Program, Long Term Restricted Housing Mental Health Requirements Policy, February 8, 2016
- Statewide Mental Health Program, Creation of Clinical Case Management System Short Term and Long Term Restricted Housing Memorandum, January 15, 2015

**Revision History**
Effective: MM/YYYY