# APPENDIX 6

Kerry F. Walsh

September 21, 2023

VIA ELECTRONIC MAIL

Nicholas Weber
Attorney
Department of Corrections & Rehabilitation
(916) 217-1949
1515 S Street, Suite 314S
Sacramento, CA 95811-7243
Nicholas.Weber@cdcr.ca.gov

**Re: Coleman - CCCMS and EOP RHU Healthcare Policies**

Dear Mr. Weber:

      On August 22, 2023, we received the draft healthcare policies governing the Correctional Clinical Case Management (CCCMS) and Enhanced Outpatient Program (EOP) Restricted Housing Unit (RHU) programs which are set to activate in November 2023. The California Department of Corrections and Rehabilitation (CDCR) requested that we provide comments by September 21, 2023. Below are our initial comments. We request an opportunity to meet with the parties prior to the finalization of the policies.

    **I.**    **Questions and Comments on the CCCMS and EOP RHU Policies**

      Identify where these policies will be located i.e., H.C.D.O.M. Where are these policies in the implementation process?

      Under the policy sections, the following language is provided:

| CCCMS RHU Policy | EOP RHU Policy |
|---|---|
| Patients at the Correctional Clinical Case Management System (CCCMS) level of care who are serving a Restricted Housing Unit (RHU) term shall be offered enhanced mental health treatment and additional out-of-cell custody supervised activities. The RHU shall be collaboratively administered between custody and mental health staff. CCCMS RHU at 1, section (a). | Patients at the Enhanced Outpatient Program (EOP) level of care who require placement in restricted housing shall be placed in an EOP Restricted Housing Unit (RHU). EOP RHU at 1, section (a). |

Explain why these policies cannot be described similarly.

Case 2:90-cv-00520-KJM-SCR   Document 8217-6   Filed 04/25/24   Page 3 of 8

Nicholas Weber  
Attorney  
Department of Corrections & Rehabilitation  
September 20, 2023  
Page **2** of **7**

Please confirm that CCCMS and EOP RHUs will remain in separate buildings.

Regarding pre-placement mental health screenings, both polices contain similar language, we suggest the following for both policies, "Pre-placement mental health screening: All patients shall be screened by medical personnel for possible suicide risk, safety concerns, and mental health problems before physical placement….RHU. If a patient screens positive, they shall be are referred for a mental health evaluation …." *See generally* CCCMS RHU at 1, section (e)(1)(C) and EOP RHU at 1, section (e)(1)(C).

Both policies discuss "Staff referral" in a comparable manner. CCCMS RHU at 1, section (e)(1)(D)2. and EOP RHU at 1, section (e)(1)(D)2. The CCCMS policy and EOP Policy differ in that one uses mental health staff and the other uses the primary clinician screening. Explain the rationale for this difference. We agree with the language proposed in the EOP Policy and recommend that CDCR adopt the same language in the CCCMS Policy. In the absence of the primary clinician, who will conduct the screening?

Where will clinical rounds be documented? *See* CCCMS RHU at 2, section (e)(1)(D)4. and EOP RHU at 2, section (e)(1)(D)4. Will the clinical rounds contemplated by both policies replace or supplement licensed psychiatric technician rounds? Why are clinical rounds limited to "weekly, unless clinically needed more often"? *Id*. Both policies say, "Patients not previously identified as having mental health treatment needs who exhibit possible signs and symptoms of serious mental disorders shall be referred for clinical evaluation." CCCMS RHU at 2, section (e)(1)(D)4.b. and EOP RHU at 2, section (e)(1)(D)4.b. Explain how these patients would not already be included in a CCCMS or EOP RHU.

Acts of indecent exposure (IEX) are discussed in both policies. *See* CCCMS RHU at 2, section (e)(1)(D)5 and EOP RHU at 2, section (e)(1)(D)5. Does this section apply to all inmates in the entire institution as IEX was not discussed in the RHU regulations? Additionally, both policies state, under section (e)(1)(D)5.b., "An initial mental health screen, per the MHSDS Program Guide timelines for an urgent referral, to rule out serious mental health decompensation and/or intoxication that may have triggered the sexual disorderly conduct." Why is an "initial mental health screen" needed when the patient is already a part of the MHSDS?

Both the CCCMS and EOP policies discuss *Armstrong* Class members using the same language. *See* CCCMS RHU at 4, section (e)(5)(A)-(C) and EOP RHU at 5-6, section (e)(6)(A)-(C). In both policies, we recommend revising the CCCMS RHU at 4, section (e)(5)(B) and the EOP RHU at 5, section (e)(6)(B) to read:

> If RHU is the only available accessible housing that can immediately accommodate the disability needs of the patient, the reasons for exceptional housing shall be clearly documented using the CDC-114-D process. The patient shall also be identified as "NDS" during this period of time in [CCCMS/EOP] RHU.



Nicholas Weber
Attorney
Department of Corrections & Rehabilitation
September 20, 2023
Page **3** of **7**

Additionally, this section requires "immediate notification to designated headquarters staff" when a patient is not moved within 48 hours. *See* CCCMS RHU at 4, section (e)(5)(B)2. and EOP RHU at 6, section (e)(6)(B)2. Who will provide and receive the notification?

## II.      Questions and Comments on the CCCMS RHU Policy

Under the section "Definitions" CCCMS RHU is defined as "Secure housing and enhanced care for patients in the CCCMS level of care <u>with diagnosed psychiatric disorders not requiring higher levels of care, but</u> who require placement in restricted housing." CCCMS RHU at 1, section (c). Explain the rationale for the underlined phrase.

We also request that you modify the document to add "CCCMS" before RHU, where applicable.

Explain the rationale for omitting DDPs from the CCCMS Policy.

Under "Placement in a Restricted Housing Unit," we recommend that CDCR add "RHU placement" before criteria. *Id*. at section (e)(1)(A). The revised section would read " A patient shall be housed in a CCCMS RHU if the patient is included in the MHSDS at the CCCMS level of care and meets <u>RHU placement</u> criteria pursuant to California Code of Regulations (CCR), Title 15, section 3335."

We recommend that patients in the CCCMS RHU receive orientation materials.

On page two, section (e)(1)(F), the policy reads "If the patient's inclusion in the MHSDS at the CCCMS level of care occurs after RHU placement, the patient shall be transferred within 30 days from the date of the inclusion in the CCCMS level of care." We recommend that you insert the phrase "to a designated CCCMS RHU" after "transferred."

On page two, section (e)(1)(F)1., the policy states:

> 1. An exception to the 30-day requirement is allowed and time constraints suspended under certain circumstances. These include, but are not limited to:
>
> a. Health care staff determines, based on medical necessity, a transfer cannot occur and places a medical hold.
> b. The patient refuses transfer.
> c. The patient is out to court.
> d. The patient is placed in an MHCB or higher level of care.

We believe that matters related to this section are under consideration by the Court. *See* ECF No. 7907. We decline to provide any comments and/or questions on this matter until the Court issues a decision.



Nicholas Weber
Attorney
Department of Corrections & Rehabilitation
September 20, 2023
Page **4** of **7**

On page two, section (e)(1)(F)4., we request that you replace "case-by-case reason for retention" with "reason(s) why the patient was retained in the CCCMS RHU."

Under "Interdisciplinary Treatment Teams and Classification Committees," section (e)(2)(C)4, we suggest that you revise the language to read, "Formulation and approval of treatment plans and treatment plan updates, when necessary." *Id*. at 3.

Under section (e)(2)(C)6., we suggest that you add "and documentation" after review. *Id*. The revised statement would read, "Review and documentation of treatment response."

On page three, section (e)(2)(D)1-4, the policy discusses IDTT participants. We request that this section clarify that the assigned primary clinician is a licensed psychologist or licensed clinical social worker, and that CDCR strike the language that requires a patient to be custodially appropriate for attendance.

Under "Treatment for CCCMS Patients Placed in a Restricted Housing Unit," section (e)(3), the policy should require that the quarterly IDTT review the prior treatment plan when it completes the updated plan. *Id*. at 3.

Under "Monitoring Requirements for Developmental Disability Program Patients Placed in Restricted Housing," section (e)(4)(A), we request that you add "DDP" before "mental health clinician." *Id*.

Under section (e)(4)(C), we suggest that you replace "unit" with "RHU." *Id*. at 4.

On page four, section (e)(6)(A), we request the policy be revised to ensure that patients are offered 90 minutes of group therapeutic activity per week. Additionally, patients should receive their "allowable" personal property and be permitted to meet with their "assigned" PC.

### III.    Questions and Comments on the EOP RHU Policy

On page one, section (c) Definitions, Enhanced Outpatient Program Restricted Housing Unit is defined as "Secure housing and care for patients with diagnosed psychiatric disorders and not able to function in the General Population but not requiring crisis or inpatient hospital care, but who require placement in restricted housing." Explain the rationale for the underlined phrase.

We recommend that you add language regarding the need for morning meetings between mental health and custody staff to discuss high risk patients, new arrivals, and any behavior issues or ongoing concerns of individual patients.



Page two, section (e)(2)(A)4.a. and d., requires that the IDTT determine placement and consider options which include:

   a. Retention for an additional 14 calendar days to determine the patient's appropriateness for EOP RHU placement.

   . . .

   d. Retention in the EOP RHU treatment program if the patient requires EOP level of care.

Explain the difference between these two items. Additionally, how does the IDTT evaluate the appropriateness of an EOP RHU placement? Does this reference a clinical determination regarding whether placement is contraindicated from a clinical standpoint?

Regarding the EOP RHU orientation materials, what are they comprised of and who will provide them? *See* EOP RHU at 2, section (3)(2)(E).

On page three, section (e)(2)(B)1.a., we recommend that you change "Senior Psychologist" to "Senior Psychologist Supervisor."

On page three, section (e)(2)(B)2., we suggest that you modify the language to state that "custody representatives <u>are encouraged</u> ~~may~~ to attend."

Under "Interdisciplinary Treatment Team," page three, section (e)(2)(B)4., we recommend that you replace "participating in" with "attending", and add "and the outcome of the IDTT to the patient" to the end of the section. The revised section would read:

> The patient shall be included in the IDTT unless the patient refuses to participate. Patients shall not receive a CDCR 115, Rules Violation Report, for not <u>attending</u> ~~participating in~~ the IDTT. The PC shall document the reason for refusal on the CDCR 7230-MH, Mental Health Progress Notes or in the health record. The PC is responsible for presenting the patient's concerns to the IDTT <u>and the outcome of the IDTT to the patient</u>."

On page three, section (e)(2)(B)5.a, we suggest that you add "and document" after "evaluate." Additionally, the phrase "The initial treatment plan and all subsequent treatment plans shall include … goals to discharge the patient from the EOP RHU to a <u>less intensive level of care</u>" seems to equate the EOP RHU to a level of care. Is this CDCR's intent?

On page three, section (e)(2)(B)5.b, the policy says, "The PC assigned to the case will present a case summary with recommendations for continued treatment or discharge." Identify the discharge location i.e., CCCMS RHU, EOP GP.



Case 2:90-cv-00520-KJM-SCR     Document 8217-6     Filed 04/25/24     Page 7 of 8

Nicholas Weber  
Attorney  
Department of Corrections & Rehabilitation  
September 20, 2023  
Page **6** of **7**

  On page three, section (e)(2)(C), we request that you add "licensed" before "psychologist." We also request that you add "Attend ICC" as a casework function for primary clinicians.

  Under "Treatment Program," page three, section (e)(3) references an "Operational Plan" that includes a behavior incentive program. We request an opportunity to view this plan. Additionally, will headquarters set the minimum requirements for each institution's "Operational Plan?" What will happen if a patient does not advance in the behavior incentive program?

  Under "Treatment Plan," the policy says, "There shall be a progress note documenting the IDTT meeting that includes a list of members in attendance." Why is this needed given that the attendees are documented on the treatment plan? EOP RHU at 4, section (e)(3)(B)3.a. Additionally, the policy states, "Each treatment intervention shall be directed to a problem on the patient's problem list." *Id*. at section (e)(3)(B)4. Why is the problem list referred to as opposed to "clinically indicated treatment goals."

  We recommend page four, section (e)(3)(B)5. be revised to read:

> Each treatment intervention shall indicate the provider, type of intervention (motivational interviewing, CBT, DBT), treatment modality, (e.g., individual or group therapy, psychiatric medication), frequency of intervention, outcome objectives, and specific measurable behavioral goals."

  Under "Treatment" we suggest that you add "activities of" before "daily living skills." *Id*. at section (e)(3)(C)2.f. For item h., we suggest that you replace "activities" with "therapy." *Id*. at section (e)(3)(C)2.h.

  Under "Out-of-Cell Exercise," the policy states "All patients assigned to an EOP RHU shall be offered a minimum of ten hours of out-of-cell exercise each week, which may include supervised recreational therapy." *Id*. at 5, section (e)(4)1. Will supervised recreational therapy under this section be counted as structured therapeutic activity? Explain how "supervised recreation therapy" for the purpose of out of cell time will be reported separately than structured therapeutic time? Will supervised recreational therapy also be counted within the 10 hours of exercise, ultimately decreasing the total out of cell time?

  Under "Monitoring Reporting Requirement for Developmentally Disabled Program Participants Placed in Restricted Housing," we suggest that you add the phrase "or planned" after "taken." *Id*. at section (e)(5)(B)2.

  Regarding mental health referrals, we recommend that nursing staff categorize each CDCR 7362 received Monday through Friday as emergent, urgent, or routine. *See Id*. at 6, section (e)(7)(D)1.b.



Nicholas Weber
Attorney
Department of Corrections & Rehabilitation
September 20, 2023
Page **7** of **7**

  Regarding "Discharge Procedures," we request additional information regarding what the EOP RHU discharge plan would entail and the how staff would be trained on this discharge plan. *See* Id. at section (e)(8)(A).  Additionally, please indicate who will complete the preliminary discharge plan.  We also request that you revise subsection (D) to read: "Patients ~~may~~ shall be referred to an inpatient program ~~as~~ when clinically indicated."

  Please provide us with your availability to meet to discusses these policies.  We would like to meet prior to implementation.

              Sincerely,

              Pannone Lopes Devereaux & O'Gara LLC


              /s/Kerry F. Walsh
              Kerry F. Walsh

cc: Clark Kelso
Edward Swanson
Michael Bien
Donald Specter
Ernest Galvan
Lisa Ells
Steven Fama

