Case 2:90-cv-00520-KJM-SCR     Document 8217-13     Filed 04/25/24     Page 1 of 3

# APPENDIX 13

| | |
|---|---|
| **From:** | Lopes Matthew |
| **To:** | Neill, Jennifer@CDCR |
| **Cc:** | Walsh Kerry F; nicholas.weber@cdcr.ca.gov |
| **Subject:** | RHU and the Program Guide |
| **Date:** | Friday, February 2, 2024 5:56:37 PM |
| **Attachments:** | TN-NW Letter Regarding RHU Mental Health Policies 01-31-2024 0489-3(4430265.1)-.pdf |
| | Defendants' January 24, 2024 Redline of RHU Mental Health Policy.docx-image001.png |

Jenn,

I greatly appreciate Secretary Macomber's willingness to speak to my team on two occasions last week. In my tenure as Special Master, he is the first Secretary to accept my invitation to attend my staff meeting. It is my hope that this spirit of collaboration will continue.

While I am generally supportive of the creation of the restricted housing unit (RHU), I am deeply concerned by CDCR's acknowledgement that it will "replace and supersede" three full chapters and a number of policies attached to the Program Guide. I am also concerned that it impacts and collides with other court orders and the data remediation process which are all part of the *Coleman* remedy.

CDCR has taken this sweeping action without any notice to the *Coleman* court. I strongly encourage CDCR to reconsider this approach. Should defendants wish to seek modifications to the remedy they should seek leave of the court.

We are also concerned about the overrepresentation of mental health caseload incarcerated persons, especially those at the Enhanced Outpatient Program (EOP) level of care in RHUs. We understand that CDCR intends to track the EOP population to determine whether it decreases. We look forward to reviewing that data when it becomes available.

On January 31, 2024, the plaintiffs sent comments on the RHU healthcare policies. I have attached plaintiffs' letter for your reference. I share all of the concerns outlined in their letter.

Once again, I appreciate the opportunity to speak to the Secretary regarding the RHUs and I look forward to future meetings and ongoing discussions.

Matty

**Matthew A. Lopes Jr., PARTNER**

mlopes@pldo.com

P 401.824.5156 • F 401.824.5123

_____

**Pannone Lopes Devereaux & O'Gara LLC**

Northwoods Office Park  Suite 215 N

~~1301 Atwood Avenue, Johnston, RI 02919~~
www.pldolaw.com • Legal Disclaimer

---

**From:** Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>

**Sent:** Tuesday, January 30, 2024 3:03 PM
**To:** Lopes Matthew <mlopes@pldolaw.com>
**Cc:** Walsh Kerry F. <kwalsh@pldolaw.com>
**Subject:** RHU and the Program Guide

Matty,

I write to follow up from Friday's meeting. You asked that someone provide you specific information, including a redline version of the Program Guide, about what sections of the Program Guide are impacted by CDCR's new Restricted Housing Unit regulations. I spoke with Nick and learned that this has been the topic of several discussions, emails, and letters, which have included your team.

As noted in a December 19, 2023 letter (attached here for reference), the mental health RHU policy has been developed to combine and replace the myriad Program Guide requirements and associated mental health policy memos that cover EOP and CCCMS patients in EOP administrative segregation unit (ASU) hubs, security housing units (SHU), Psychiatric Services Units (PSU), Short Term and Long Term Restricted Housing units (STRH and LTRH). (See Program Guide at Chapters 7, 8, and 9, and Program Guide at pages 443, 446, 448, 455, and 469.) To avoid confusion, once finalized the EOP, CCCMS, and GP RHU policies will replace and supersede Chapters 7 through 9 of the Program Guide as well as the policy memos on the now defunct STRH and LTRH programs.

On January 24, 2024, Nick sent an email responding to Plaintiffs' proposed modifications to the draft "Restricted Housing Unit Program: Mental Health Services," which also include edits provided by your team. (See attached document.) I understand Plaintiffs have a letter response due back to CDCR tomorrow. Depending on the comments and proposed revisions there may be additional meetings.

Regards,
Jenn

**Jennifer Neill**
Assistant Secretary/General Counsel
California Department of Corrections and Rehabilitation
Email: Jennifer.Neill@cdcr.ca.gov
Tel: 916-633-3636

