Case 2:90-cv-00520-KJM-SCR   Document 8217-17   Filed 04/25/24   Page 1 of 4

# APPENDIX 17

(ef) Confinement to Quarters. Confinement to quarters as an ordered action of a disciplinary hearing is not subject to the provisions of this article.

**New Subsections 3335.1(g) through 3335.1(g)(3) are adopted to read:**

(g) Protective Housing Unit (PHU). A PHU houses inmates whose safety would be endangered by general population inmates, and provides secure housing and care for inmates with safety concerns of such magnitude that no other viable housing options are available, subject to approval by the Departmental Review Board (DRB).
(1) An inmate meeting all of the following criteria may be placed in PHU:
(A) The inmate does not require restricted housing placement for reasons other than protection.
(B) The inmate is not documented as an affiliate of an STG-I.
(C) An Institution Classification Committee has determined that the inmate does not pose a threat to the safety or security of other inmates similarly housed in the PHU.
(D) The inmate has specific, documented and verified safety and/or enemy concerns, capable of causing and likely to cause the inmate great bodily injury if placed in the general population.
(E) The inmate has notoriety likely to result in great bodily injury to the inmate if placed in the general population.
(F) There is no alternative placement available that can both ensure the inmate's safety and provide the level of custody required for the appropriate control of the inmate's movement.
(2) The inmate's uncorroborated personal report, the nature of their commitment offense or a record of prior protective custody shall not be the sole basis for PHU placement.
(3) The Departmental Review Board (DRB) shall retain sole authority for inmate placement in and removal from PHU.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Section 5054 and 5068, Penal Code.

**New Section 3335.2 is adopted to read:**

**§3335.2. Enhanced Outpatient Program Restricted Housing Unit.**

(a) The Enhanced Outpatient Program Restricted Housing Unit (EOP RHU) provides secure housing and care for inmates with diagnosed psychiatric disorders who are not able to function in the general population and do not require inpatient hospital care, but who require placement in restricted housing.
(b) An inmate shall be housed in an EOP RHU if they are included in the Mental Health Services Delivery System (MHSDS) at the EOP level of care and meet criteria pursuant to section 3335.
(c) Inmates assigned to an EOP RHU shall be classified pursuant to section 3340. Inmates assigned to an EOP RHU with an imposed RHU term shall be classified pursuant to section 3341.
(d) An inmate included in the MHSDS at the EOP level of care and retained in RHU by

an Institution Classification Committee shall be transferred to a designated EOP RHU within 30 days of RHU placement. If the inmate's inclusion in the MHSDS at the EOP level of care occurs after RHU placement, the inmate shall be transferred within 30 days from the date of the inclusion at the EOP level of care.
(1) An exception to the 30-day requirement is allowed, and time constraints suspended, in the following circumstances:
(A) Healthcare staff determines, based on medical necessity, that a transfer cannot occur and places a medical hold.
(B) During a delay resulting from the inmate's refusal to transfer.
(C) The inmate is out-to-court.
(D) The inmate is placed in a Mental Health Crisis Bed or higher level of care.
(2) Upon resolution of the exception, the time constraints will resume.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Sections 2933.6, 5054 and 5068, Penal Code; *Madrid v. Gomez* (N.D. Cal. 1995) 889 F.Supp. 1146, 1278; *Coleman v. Wilson* 912 F.Supp. 1282 (E.D. Cal. 1995); and *Clark v. California* 123 F.3d 1267 (9th Cir. 1997).

**New Section 3335.3 is adopted to read:**

**§3335.3. Correctional Clinical Case Management System Restricted Housing Unit.**

(a) The Correctional Clinical Case Management System Restricted Housing Unit (CCCMS RHU) provides secure housing and enhanced care for inmates with diagnosed psychiatric disorders who do not require Enhanced Outpatient Program (EOP), crisis, or inpatient levels of care, but who require placement in restricted housing.
(b) An inmate shall be housed in a CCCMS RHU if they are included in the Mental Health Services Delivery System (MHSDS) at the CCCMS level of care and meet criteria pursuant to section 3335.
(c) Inmates assigned to a CCCMS RHU shall be classified pursuant to section 3340. Inmates assigned to a CCCMS RHU with an imposed RHU term shall be classified pursuant to section 3341.
(d) An inmate included in the MHSDS at the CCCMS level of care and retained in RHU by an Institution Classification Committee shall be transferred to a designated CCCMS RHU within 30 days of RHU placement. If the inmate's inclusion in the MHSDS at the CCCMS level of care occurs after RHU placement, the inmate shall be transferred within 30 days from the date of the inclusion at the CCCMS level of care.
(1) An exception to the 30-day requirement is allowed, and time constraints suspended, in the following circumstances:
(A) Healthcare staff determines, based on medical necessity, that a transfer cannot occur and places a medical hold.
(B) During a delay resulting from the inmate's refusal to transfer.
(C) The inmate is out-to-court.
(D) The inmate is placed in a Mental Health Crisis Bed or higher level of care.
(2) Upon resolution of the exception, the time constraints will resume.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Sections 2933.6, 5054 and 5068, Penal Code; *Madrid v. Gomez* (N.D. Cal. 1995) 889 F.Supp. 1146, 1278; *Coleman v. Wilson* 912 F.Supp. 1282 (E.D. Cal. 1995); and *Clark v. California* 123 F.3d 1267 (9th Cir. 1997).

**New Section 3335.4 is adopted to read:**

**§3335.4. General Population Restricted Housing Unit.**

(a) The General Population Restricted Housing Unit (GP RHU) provides secure housing and care for inmates who are not included in the Mental Health Services Delivery System, but who require placement in restricted housing pursuant to section 3335.
(b) Inmates assigned to a GP RHU shall be classified pursuant to section 3340. Inmates assigned to a GP RHU with an imposed RHU term shall be classified pursuant to section 3341.
(c) Inmates housed at Calipatria State Prison, Centinela State Prison, Chuckawalla Valley State Prison, or Ironwood State Prison, whose Mental Health Level of Care (MHLOC) changes require inclusion in the MHSDS at the CCCMS or EOP level of care, shall be transferred to an appropriate MHSDS RHU within 14 calendar days of the date their MHLOC change was reflected in the electronic health records system. If the inmate was included in the MHSDS at the time of their arrival at one of the above institutions, the inmate shall be transferred within 72 hours from the date of arrival.
(1) An exception to the 14-day or 72-hour requirement is allowed, and time constraints suspended, in the following circumstances:
(A) Healthcare staff determines, based on medical necessity, that a transfer cannot occur and places a medical hold.
(B) During a delay resulting from the inmate's refusal to transfer.
(C) The inmate is out-to-court.
(D) The inmate is placed in a Mental Health Crisis Bed or higher level of care.
(2) Upon resolution of the exception, the time constraints will resume.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Sections 2933.6, 5054 and 5068, Penal Code; *Madrid v. Gomez* (N.D. Cal. 1995) 889 F.Supp. 1146, 1278; *Coleman v. Wilson* 912 F.Supp. 1282 (E.D. Cal. 1995); Clark v. California *123 F.3d 1267 (9th Cir. 1997)*; Toussaint v. McCarthy *(9th Cir. 1990) 926 F.2d 800;* Toussaint v. Yockey *(9th Cir. 1984) 722 F.2d 1490; and* Castillo v. Alameida, *et al., (N.D. Cal., No. C94-2847).*

**Existing Section 3335.5 is relocated and renumbered to new Section 3335.1.**

**Section 3336 is amended to read:**

**§3336. Administrative Review of Restricted Housing** ~~Administrative Segregation~~ **Unit Placement.**

**Subsection 3336(a) is amended to read:**