**CAED 435** (Rev. 04/18)

United States District Court, Eastern District of California

## TRANSCRIPT ORDER

*PLEASE Read Instruction Page (attached):*

**FOR COURT USE ONLY**
**DUE DATE:**

| # | Field | Value |
|---|---|---|
| 1 | YOUR NAME | Elise Owens Thorn |
| 2 | EMAIL | Elise.Thorn@doj.ca.gov |
| 3 | PHONE NUMBER | (916) 210-7318 |
| 4 | DATE | April 26, 2024 |
| 5 | MAILING ADDRESS | Office of the Attorney General, P.O. Box 944255 |
| 6 | CITY | Sacramento |
| 7 | STATE | CA |
| 8 | ZIP CODE | 94244-2550 |
| 9 | CASE NUMBER | 2:90-cv-00520 KJM-DB |
| 10 | JUDGE | Kimberly J. Mueller |
| 11 | FROM | 4/26/2024 |
| 12 | TO | 4/26/2024 |
| 13 | CASE NAME | Coleman, et al. v. Newsom, et al. |
| 14 | CITY | Sacramento |
| 15 | STATE | CA |

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | STATUS CONFERENCE | 4/26/2024 | Maryann Valenoti |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| Entire Status Conference | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

**19. SIGNATURE:** /s/ Elise Owens Thorn

**PROCESSED BY**

**20. DATE:** April 26, 2024

**PHONE NUMBER**

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |