CAED 435
(Rev. 10/2023)

**United States District Court, Eastern District of California**

**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
|---|
| DUE DATE: |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Marc Shinn-Krantz | 2. EMAIL<br>MShinn-Krantz@rbgg.com | 3. PHONE NUMBER<br>(415) 433-6830 | 4. DATE<br>4/29/2024 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>101 Mission Street, Sixth Floor | | 6. CITY<br>San Francisco | 7. STATE<br>CA | 8. ZIP CODE<br>94105 |

| 9. CASE NUMBER<br>2:90-cv-00520-KJM-DB | 10. JUDGE<br>Kimberly J. Mueller | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM 4/26/2024 | 12. TO 4/26/2024 |
| 13. CASE NAME<br>Coleman v. Newsom, et al. | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**

| ☐ APPEAL No. | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ | OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | | Status Conference | 4/26/2024 | Maryann Valenoti |
| ☐ OPENING STATEMENTS | | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | | |
| | | | | | | |
| | | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☑ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-HOUR | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

| ESTIMATE TOTAL |
|---|
| |

| 19. SIGNATURE<br>/s/ Marc Shinn-Krantz | PROCESSED BY |
|---|---|
| 20. DATE<br>4/29/2024 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |