| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS, SBN 321994<br>CARSON R. NIELLO, SBN 329970<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                         Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                         Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Defendants—Gavin Newsom, Governor of the State of California; Jeff Macomber, Secretary of the California Department of Corrections and Rehabilitation; Joe Stephenshaw, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation—appeal to the United States Court of Appeals for the Ninth Circuit from this Court's March 28, 2024 order. (ECF No. 8168.) Defendants also appeal from all earlier, non-

1  final orders that produced the March 28 order and are merged with it. *See Am. Ironworks &*
2  *Erectors Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 897 (9th Cir. 2001).

3  Dated: April 29, 2024                           Respectfully submitted,

4                                                   ROB BONTA
                                                    Attorney General of California
5                                                   DAMON MCCLAIN
                                                    Supervising Deputy Attorney General

7                                                   /s/ *Elise Owens Thorn*
                                                    Elise Owens Thorn
8                                                   Deputy Attorney General
                                                    *Attorneys for Defendants*

10  Dated: April 29, 2024                          HANSON BRIDGETT LLP

11                                                  /s/ *Paul Mello*
                                                    PAUL MELLO
12                                                  SAMANTHA D. WOLFF
                                                    *Attorneys for Defendants*

2

Defendants' Notice of Appeal (2:90-cv-00520 KJM-DB (PC))

18950011.1