1   Rob Bonta, State Bar No. 202668
    Attorney General of California
2   Monica N. Anderson, State Bar No. 182970
    Senior Assistant Attorney General
3   Damon McClain, State Bar No. 209508
    Supervising Deputy Attorney General
4   Elise Owens Thorn, State Bar No. 145931
    Namrata Kotwani, State Bar No. 308741
5   Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 210-7318
     Fax: (916) 324-5205
8    E-mail: Elise.Thorn@doj.ca.gov
    Attorneys for Defendants

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

RALPH COLEMAN, et al.,

        Plaintiffs,

        v.

GAVIN NEWSOM, et al.

        Defendants.

Case No. 2:90-CV-00520- KJM-DB

**PARTIES' JOINT RESPONSE TO THE COURT'S APRIL 18, 2024 ORDER (ECF NO. 8205)**

Judge:    Hon. Kimberly J. Mueller

On April 18, 2024, this court issued an order in response to the parties' joint proposal to defer certain topics included on the April 26, 2024 status conference agenda to a future date in light of the parties' ongoing mediation efforts.  (*See* ECF No. 8200; ECF No. 8205.)  The order confirmed that two topics were removed from the April 26, 2024 status conference agenda, and also required the parties to file a "brief statement on their respective positions regarding whether the court should defer ruling on some or all of the findings and some or all of the recommendations in the Special Master's Thirtieth Round Monitoring Report – Part B, ECF No. 8085, in light of the proposal the court has approved in this order."  (ECF No. 8205.)  Accordingly, the parties respond as follows.

1    The parties have conferred and agree that the court should defer ruling on the Special

2  Master's findings and recommendations contained in his Thirtieth Round Monitoring Report –

3  Part B while they engage in mediation.  Defendants have committed to Plaintiffs that the

4  recommendations noted within the Special Master's report will be the subject of discussion at the

5  upcoming mediation on May 10, 2024.  Accordingly, the parties respectfully request that this court

6  defer ruling on the findings and recommendations in the Special Master's Thirtieth Round

7  Monitoring Report – Part B, until such time as mediation concludes and the parties inform the

8  court whether any agreements have been reached that could impact the court's ruling.

9  DATED: May 2, 2024                      ROB BONTA
                                           Attorney General of California
10

11
                               By:_____*/s/ Elise Owens Thorn*_____
12                                         DAMON MCCLAIN
                                           Supervising Deputy Attorney General
13                                         ELISE OWENS THORN
                                           Deputy Attorney General
14                                         *Attorneys for Defendants*

15
   DATED: May 2, 2024                      HANSON BRIDGETT LLP
16

17
                               By:_____*/s/ Samantha Wolff*_____
18                                         LAWRENCE M. CIRELLI
                                           PAUL B. MELLO
19                                         SAMANTHA D. WOLFF
20                                         *Attorneys for Defendants*

21
22 DATED:  May 2, 2024                     ROSEN BIEN GALVAN & GRUNFELD LLP

23
                               By:_____*/s/ Lisa Ells*_____
24                                         LISA ELLS
25                                         *Attorneys for Plaintiffs*

26

27

28