UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

  v.                                            **CASE NO. 2:90−CV−00520−KJM−DB**

**J. CLARK KELSO, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **April 29, 2024** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

May 2, 2024

                                      **KEITH HOLLAND**
                                      **CLERK OF COURT**

                              **by:** /s/ K. Spichka
                                      Deputy Clerk