| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>ADRIENNE PON HARROLD – 326640<br>AMY XU – 330707<br>ADRIENNE SPIEGEL – 330482<br>BENJAMIN W. HOLSTON – 341439<br>MAYA E. CAMPBELL – 345180<br>LUMA KHABBAZ – 351492<br>JARED MILLER – 353641<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF UNAVAILABILITY; [PROPOSED ORDER]**<br>Date: May 10, 2024<br>Time: 10:00 AM<br>Crtrm.: 3<br><br>Judge: Hon. Kimberly J. Mueller |

[4485521.2]

NOTICE OF UNAVAILABILITY; [PROPOSED] ORDER

At the April 12, 2024 mediation regarding civil contempt, the Court noted its plan to issue Writs of Habeas Corpus ad Testificandum to allow lead plaintiff Ralph Coleman, CDCR No. C09970, to attend future mediation sessions. *See* Tr. ECF No. 8203 at 4:24-5:12. On April 24, 2024, Plaintiffs requested permission to have a second class representative, Peter Cockcroft, CDCR No. H86887, attend in addition to Mr. Coleman. *See* ECF No. 8211. On April 25, 2024, the Court issued Writs of Habeas Corpus ad Testificandum for Mr. Coleman and Mr. Cockcroft. ECF Nos. 8214, 8215.

Neither Mr. Coleman nor Mr. Cockcroft are available to attend the mediation session on May 10, 2024. Plaintiffs have informed Defendants' counsel that they are withdrawing their requests for both class representatives to attend.

Plaintiffs hereby withdraw their requests for Mr. Coleman and Mr. Cockcroft to attend the May 10, 2024 mediation session and request that the Court excuse them from attendance.

**CERTIFICATION**

Plaintiffs' counsel certifies that he reviewed the following orders and transcript in preparing this filing: ECF Nos. 8147, 8178, 8197, 8203, 8214, 8215.

DATED: May 7, 2024          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Marc J. Shinn-Krantz*
    Marc J. Shinn-Krantz

Attorneys for Plaintiffs

[4485521.2]

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, Peter Cockcroft and Ralph Coleman are excused from the May 10, 2024 mediation session.

IT IS SO ORDERED.

DATED: _____, 2024

Kimberly J. Mueller
Chief United States District Judge