DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF UNAVAILABILITY; ORDER**<br>Date:　May 10, 2024<br>Time:　10:00 AM<br>Crtrm.:　3<br><br>Judge:　Hon. Kimberly J. Mueller |

[4485521.2]

NOTICE OF UNAVAILABILITY; [PROPOSED] ORDER

At the April 12, 2024 mediation regarding civil contempt, the Court noted its plan to issue Writs of Habeas Corpus ad Testificandum to allow lead plaintiff Ralph Coleman, CDCR No. C09970, to attend future mediation sessions.  *See* Tr. ECF No. 8203 at 4:24-5:12.  On April 24, 2024, Plaintiffs requested permission to have a second class representative, Peter Cockcroft, CDCR No. H86887, attend in addition to Mr. Coleman.  *See* ECF No. 8211.  On April 25, 2024, the Court issued Writs of Habeas Corpus ad Testificandum for Mr. Coleman and Mr. Cockcroft.  ECF Nos. 8214, 8215.

Neither Mr. Coleman nor Mr. Cockcroft are available to attend the mediation session on May 10, 2024.  Plaintiffs have informed Defendants' counsel that they are withdrawing their requests for both class representatives to attend.

Plaintiffs hereby withdraw their requests for Mr. Coleman and Mr. Cockcroft to attend the May 10, 2024 mediation session and request that the Court excuse them from attendance.

**CERTIFICATION**

Plaintiffs' counsel certifies that he reviewed the following orders and transcript in preparing this filing: ECF Nos. 8147, 8178, 8197, 8203, 8214, 8215.

DATED:  May 7, 2024         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Marc J. Shinn-Krantz*
    Marc J. Shinn-Krantz

Attorneys for Plaintiffs

[4485521.2]

1

NOTICE OF UNAVAILABILITY; ORDER

**ORDER**

GOOD CAUSE APPEARING, Peter Cockcroft and Ralph Coleman are excused from the May 10, 2024 mediation session.

IT IS SO ORDERED.

DATED:  May 8, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE