BRUCE E. SALENKO, Bar No. 106267
TIFFANY C. SALA, Bar No. 325733
LOW McKINLEY & SALENKO, LLP
2150 River Plaza Drive, Suite 250
Sacramento, CA 95833
Telephone: (916) 231-2400
Facsimile: (916) 231-2399

Attorneys for Defendant
STEPHEN DENIGRIS, M.D., PH.D.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON BEHALF OF ESTATE OF WILLIAM SCHMITZ, DECEASED, BY AND THROUGH THOMAS J. SCHMITZ AND DIANNE MALLIA, AS SUCCESSORS IN INTEREST; THOMAS SCHMITZ, INDIVIDUALLY; AND DIANNE MALLIA, INDIVIDUALLY,<br><br>Plaintiff(s),<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); CDCR CORRECTIONAL OFFICER ADAM ASMAN; CDCR CORRECTIONAL OFFICER ERIK BRADLEY; CDCR CORRECTIONAL OFFICER DAVID BRUNKHORST; CDCR PHYSICIAN AND SURGEON ALEX ANDALUZ, M.D.; CDCR PHYSICIAN AND SURGEON MARIANNA KATE ASHE, M.D.; CDCR PHYSICIAN AND SURGEON JEVON JOHNSON; CDCR PHYSICIAN AND SURGEON ROBERT JOHNSON; CDCR PHYSICIAN AND SURGEON SUJATHA RAMKUMAR, MD; CDCR PHYSICIAN AND SURGEON MICHAEL SMITH, MD; CDCR PHYSICIAN AND SURGEON CHRISTOPHER SMITH; CDCR CLINICAL PSYCHOLOGY INTERN | Case No.: 2:20-cv-195-DAD-CKD<br><br>**NOTICE OF ERRATA TO DEFENDANT STEPHEN DENIGRIS, M.D., PH.D.'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: September 20, 2023<br>TIME: 10:00 a.m.<br>COURTROOM: 24, 8th Floor<br>JUDGE: Hon. Carolyn K. Delaney |

REBECCA ROBINSON; CDCR LICENSED CLINICAL SOCIAL WORKER VIOLKA WANIE; MULE CREEK STATE PRISON CHIEF MEDICAL EXECUTIVE SCOTT A. HEATLEY, M.D.; MENTAL HEALTH ADMINISTRATOR OF QUALITY MANAGEMENT DR. LAURA CEBALLOS; DEPUTY DIRECTOR OF CDCR'S STATEWIDE MENTAL HEALTH PROGRAM KATHERINE TEBROCK; MULE CREEK STATE PRISON CHIEF EXECUTIVE OFFICER (MEDICAL) RAINBOW BROCKENBOROUGH; MULE CREEK STATE PRISON WARDEN AND CHIEF EXECUTIVE OFFICER JOE A LIZARRAGA; CDCR PHYSICIAN AND SURGEON ROBERT RUDAS, MD; PHYSICIAN AND SURGEON STEPHEN DENIGRIS, MD, PHD; STATEWIDE CHIEF PSYCHIATRIST FOR CDCR MICHAEL GOLDING, M.D.; CDCR SENIOR PSYCHIATRIST SPECIALIST JACOB ADAMS; CDCR SECRETARY SCOTT KERNAN; CDCR SECRETARY RALPH DIAZ; CDCR CHIEF PSYCHIATRIST OF TELEPSYCHIATRY KEVIN KUICH; CDCR DIRECTOR OF THE DIVISION OF ADULT INSTITUTIONS CONNIE GIBSON; CDCR UNDERSECRETARY OF HEALTH CARE SERVICES DIANE TOCHE; CDCR ASSISTANT DEPUTY DIRECTOR OF THE STATEWIDE MENTAL HEALTH PROGRAM BRITTANY BRIZENDINE; CDCR ASSOCIATE DIRECTOR OF STATEWIDE PLANNING AND POLICY ANGELA PONCIANO; CDCR CHIEF PSYCHOLOGIST OF QUALITY MANAGEMENT JOHN REKART; CDCR SENIOR PSYCHOLOGIST SPECIALIST DAVID LEIDNER; AND DOES 1 THROUGH 30,

         Defendant(s).

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant STEPHEN DENIGRIS, M.D, PH.D respectfully requests the Court modify Defendant's Separate Statement of Undisputed Material Facts and Memorandum of Points and Authorities in Support of Defendant's Motion for Partial Summary Judgment, as follows:

1. On Defendant's Separate Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment, Page 4, No. 3, please strike the following:

"Dr. Ashe believed Decedent did not have cirrhosis but did not inform him of this opinion or cancel the pending EGD."

2. On Defendant's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment, Page 3, Line 14, please strike the following:

"Dr. Ashe believed Decedent did not have cirrhosis but did not inform him of this opinion or cancel the pending EGD."

Defendant respectfully submits the corrected document based on the aforementioned changes.

Dated: August 23, 2023        **LOW McKINLEY & SALENKO, LLP**


By      */s/ Bruce E. Salenko*
        BRUCE E. SALENKO
        Attorneys for Defendant Stephen DeNigris, M.D., Ph.D.