DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge:  Hon. Kimberly J. Mueller |

[4499913.1]

NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, Pursuant to Local Rule 141, Plaintiffs have
3  submitted to the Court by email a Request to File Under Seal ("Request") and a document
4  entitled "Under Seal Declaration of Michael S. Nunez in support of Plaintiffs' Response to
5  Defendants' General Objections to Special Master's Sixth Re-Audit Report" (hereinafter
6  "Under Seal Declaration").  The Under Seal Declaration includes the names and CDCR
7  numbers of eight individuals who committed suicide in 2023, as well as the dates of their
8  deaths and the institutions where they died.  The exhibits to the Under Seal Declaration are
9  the eight Final Suicide Reports and eight Final Quality Improvement Plan ("QIP") Reports
10 for these individuals.  In addition to basic identifying information, which is also subject to
11 the Protective Order in this case, the Final Suicide Reports include sensitive and private
12 information such as the patients' medical and mental health histories, their family histories
13 and family members' identities, details regarding their juvenile and criminal records,
14 information about their institutional functioning, including their disciplinary histories, and
15 extremely detailed (often minute by minute) accounts of the individuals' deaths and any
16 efforts at resuscitation.  The Final QIP Reports also include basic identifying information
17 for the individuals who died by suicide, identifying information for other incarcerated
18 people, details regarding mental health treatment provided to specific incarcerated persons,
19 and details regarding investigations of certain deficiencies that were identified in the final
20 suicide report, including identifying information for mental health staff and other CDCR
21 employees who were involved.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[4499913.1]

1

NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141

1 | Request, the Under Seal Declaration, and the accompanying Proposed Order were
2 | provided to the Court by electronic mail and provided to counsel for Defendants in this
3 | action by electronic mail on May 17, 2024, pursuant to Local Rule 141.

DATED: May 17, 2024

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Michael S. Nunez
    Michael S. Nunez

Attorneys for Plaintiffs