DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF MICHAEL S. NUNEZ IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' GENERAL OBJECTIONS TO SPECIAL MASTER'S REPORT AND HIS EXPERT'S SIXTH RE-AUDIT OF CDCR'S SUICIDE PREVENTION PRACTICES**<br><br>Judge: Hon. Kimberly J. Mueller |

[4499836.1]

I, Michael S. Nunez, declare:

1. I am an attorney duly admitted to practice before this Court. I am a Senior Counsel in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Response to Defendants' General Objections to Special Master's Report and His Expert's Sixth Re-Audit of CDCR's Suicide Prevention Practices.

2. My office has received documentation from CDCR for thirty incarcerated people who died by suicide in CDCR in 2023. I have reviewed Final Suicide Reports and Final Quality Improvement Plan ("QIP") Reports for individuals who died by suicide in CDCR in 2023 as well as notes from my colleagues who have reviewed such reports. Through this analysis, I identified eight people incarcerated in CDCR for whom either the Final Suicide Report or their Final QIP Report directly states or indicates that they received inadequate mental health clinical contacts or otherwise received inadequate mental health care due to insufficient mental health staffing.

3. In order for the Court to evaluate the evidence itself, Plaintiffs have submitted, as confidential exhibits to my sealed supplemental declaration and related Request to File Under Seal that is being submitted in connection with Plaintiffs' Response to Defendants' General Objections to Special Master's Report and His Expert's Sixth Re-Audit of CDCR's Suicide Prevention Practices, the eight Final Suicide Reports and eight Final QIP Reports for the individuals who died by suicide in 2023 whom the suicide documentation identifies as having received inadequate mental health clinical contacts or otherwise received deficient mental health care due to inadequate mental health staffing.

/ / /

/ / /

/ / /

/ / /

/ / /

[4499836.1]

1

DECL. OF MICHAEL S. NUNEZ ISO PLFS' RESPONSE TO DEFS' GENL. OBJS. TO SPECIAL MASTER'S REPORT AND HIS EXPERT'S SIXTH RE-AUDIT OF CDCR'S SUICIDE PREVENTION PRACTICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Oakland, California this 17th day of May, 2024.

/s/ *Michael S. Nunez*
Michael S. Nunez

[4499836.1]

2

DECL. OF MICHAEL S. NUNEZ ISO PLFS' RESPONSE TO DEFS' GENL. OBJS. TO SPECIAL MASTER'S REPORT AND HIS EXPERT'S SIXTH RE-AUDIT OF CDCR'S SUICIDE PREVENTION PRACTICES