ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, State Bar No. 294114
DAVID C. CASARRUBIAS, State Bar No. 321994
CARSON R. NIELLO, State Bar No. 329970
HANSON BRIDGETT LLP
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF ERRATA OF DEFENDANTS' MONTHLY MENTAL HEALTH STAFFING VACANCY REPORTS FOR MARCH 2024 (ECF NO. 8223)** |

The California Department of Corrections and Rehabilitation (CDCR) submits monthly reports identifying allocated and filled mental health staffing positions at each CDCR institution and systemwide. On April 30, 2024, Defendants filed the staffing vacancy reports for the month of March 2024. (ECF No. 8223.) Subsequent to the April 30 filing, Defendants were notified by California Correctional Health Care Services (CCHCS) that it had used incorrect data in reporting the fill rates for the Medical Assistant positions reflected in the reports filed on April 30. Defendants describe below the changes to the reports filed at ECF No. 8223, and attach amended reports.

1

Notice of Errata Re: Defs.' Monthly Staff Vacancy Reports (2:90-cv-00520 KJM-DB (PC))
19009732.1

Exhibits A, B, and C, each include a report on the number of filled positions for the Medical Assistant (MA) classification. (ECF No. 8223 at 9, 15, and 21.) Exhibit D provides a line item to report the fill rate and fines for the Medical Assistant classification. (*Id.* at 23.) The rates reported on April 30 inadvertently used data for the medical coverage MA classification instead of data for the mental health MA classification.

Attached is a letter from CCHCS submitting the following amended reports that correct the Medical Assistant classification data: the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan (Exhibit A), the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan (Exhibit B), the statewide totals for all the positions (Exhibit C), and separate chart of the fines accumulated for March 2024 calculated under the January 23, 2024 order (ECF No. 8116 at 2) (Exhibit D).

The differences in the fill rates reported for the MA classification for March 2024 are attributable to the reporting on registry staff, positions that are not allocated to the medical programs, but that are used for the PIP programs. The reports filed on April 30 omitted the registry rates for the MA classification. The April 30 filing reported 70 filled civil service positions and zero registry positions in the non-PIP institutions for a total fill rate of 51% (ECF No. 8223 at 9 and 15), with 53.30 MA positions below the 90% required fill rate and monthly fines of $499,954. (*Id.* at 23.) The updated MA report shows 81.45 filled MA positions, of which 11.45 are registry positions, for a fill rate of 59%, with 41.85 vacant positions below the 90% required fill rate and monthly fines of $392,536.

The reports attached as Exhibits A, B, and C also include revisions to the descriptions of the source documents identified in footnote 1 of the reports on staffing data for psychiatrists, psychologists, social workers, and recreational therapists. The revised description does not change any of the data submitted in the reports. The medical assistant report submitted as part of Exhibit B removes footnote 1 and renumbers the other footnotes. Also, the medical assistant report submitted as a part of Exhibit C removes an inadvertent typo in footnote 1 to identify the source of the report more clearly.

1   Dated: May 21, 2024

Respectfully submitted,

2                                              ROB BONTA
                                               Attorney General of California
3                                              DAMON MCCLAIN
                                               Supervising Deputy Attorney General

4

5                                              /s/ *Elise Owens Thorn*
                                               Elise Owens Thorn
6                                              Deputy Attorney General
                                               *Attorneys for Defendants*
7

8                                              HANSON BRIDGETT LLP

9                                              /s/ *Samantha D. Wolff*
                                               PAUL B. MELLO
10                                             SAMANTHA D. WOLFF
                                               DAVID C. CASARRUBIAS
11                                             *Attorneys for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                      GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



May 21, 2024

Damon McClain, Esq.
Elise O. Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE
       MENTAL HEALTH PROGRAM ALLOCATED AND FILLED
       MENTAL HEALTH STAFFING POSITIONS FOR MARCH 2024
       (AMENDED)

Dear Mr. McClain and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) filed the staffing vacancy reports for the month of March 2024 on April 30, 2024. (ECF No. 8223.) Those reports from California Correctional Health Care Services (CCHCS) inadvertently omitted data for the Medical Assistant (MA) classification.

After the reports were filed, CCHCS noticed that the rates reported on April 30 inadvertently used the medical coverage MA classification data instead of the mental health MA classification data.

Attached are the following amended reports that correct the MA classification data for March 2024: the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan (Exhibit A), the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan (Exhibit B), the statewide totals for all the positions (Exhibit C), and separate chart of the fines accumulated for March 2024 calculated under the January 23, 2024 order (ECF No. 8116 at 2)(Exhibit D).

The reports attached as Exhibits A, B, and C also include revisions to the descriptions of the source documents identified in footnote 1 of the reports on staffing data for psychiatrists, psychologists, social workers, and recreational therapists. The revised description does not change any of the data submitted in the reports. The medical assistant report submitted as part of Exhibit B removes footnote 1 and renumbers the other footnotes. Also, the medical assistant report submitted as a part of Exhibit C removes an inadvertent typo in footnote 1 to identify the source of the report more clearly.

Sincerely,

*/s/ Cindy A. Omachea*
CINDY A. ORMACHEA
Assistant Deputy Director, Human Resources
Employment Services, Disability Management
and Statewide Support
California Correctional Health Care Services

# Exhibit A

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - March 2024

| Sites | Allocated March 2024[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[6] | | |
| ASP | 1.00 | 0.00 | 5.00 | 0.00 | 6.00 | 0.00 | 0% | 0.00 | - | 0.00 | 6.53 | 0.00 | 0.00 | 6.53 | 131% | 6.53 | 109% |
| CAL | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.38 | 0.00 | 0.38 | 75% | 0.38 | 75% |
| CCI | 1.00 | 0.00 | 2.50 | 1.00 | 4.50 | 0.00 | 0% | 0.00 | - | 2.00 | 1.92 | 0.00 | 0.00 | 3.92 | 112% | 3.92 | 87% |
| CCWF | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 4.00 | 0.97 | 3.00 | 0.00 | 7.97 | 84% | 7.97 | 76% |
| CEN | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 200% | 1.00 | 200% |
| CHCF | 1.00 | 2.00 | 12.50 | 10.00 | 25.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 8.53 | 5.50 | 1.00 | 19.03 | 85% | 20.03 | 79% |
| CIM | 1.00 | 0.00 | 8.00 | 2.00 | 11.00 | 0.00 | 0% | 0.00 | - | 3.00 | 2.24 | 1.00 | 0.00 | 6.24 | 62% | 6.24 | 57% |
| CIW | 1.00 | 0.00 | 7.40 | 0.00 | 8.40 | 0.00 | 0% | 0.00 | - | 3.00 | 4.85 | 0.00 | 0.00 | 7.85 | 106% | 7.85 | 93% |
| CMC | 1.00 | 1.00 | 14.50 | 2.50 | 19.00 | 1.00 | 100% | 1.00 | 100% | 5.00 | 6.61 | 2.50 | 0.00 | 14.11 | 83% | 16.11 | 85% |
| CMF | 1.00 | 1.00 | 10.30 | 5.00 | 17.30 | 1.00 | 100% | 0.00 | 0% | 2.00 | 6.67 | 5.00 | 1.00 | 14.67 | 96% | 15.67 | 91% |
| COR | 1.00 | 1.00 | 6.00 | 6.50 | 14.50 | 0.00 | 0% | 1.00 | 100% | 1.50 | 3.07 | 6.00 | 0.00 | 10.57 | 85% | 11.57 | 80% |
| CRC | 1.00 | 0.00 | 4.50 | 0.00 | 5.50 | 1.00 | 100% | 0.00 | - | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 111% | 6.00 | 109% |
| CTF | 1.00 | 0.00 | 3.00 | 0.00 | 4.00 | 1.00 | 100% | 0.00 | - | 1.00 | 2.07 | 0.00 | 0.00 | 3.07 | 102% | 4.07 | 102% |
| CVSP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.25 | 0.00 | 0.25 | 50% | 0.25 | 50% |
| FSP | 1.00 | 0.00 | 1.50 | 0.00 | 2.50 | 1.00 | 100% | 0.00 | - | 4.50 | 0.00 | 0.00 | 0.00 | 4.50 | 300% | 5.50 | 220% |
| HDSP | 1.00 | 0.00 | 1.00 | 4.00 | 6.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 3.13 | 0.00 | 3.13 | 63% | 4.13 | 69% |
| ISP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.25 | 0.00 | 0.25 | 50% | 0.25 | 50% |
| KVSP | 1.00 | 0.00 | 4.00 | 5.00 | 10.00 | 1.00 | 100% | 0.00 | - | 1.00 | 0.40 | 5.00 | 1.91 | 8.31 | 92% | 9.31 | 93% |
| LAC | 1.00 | 1.00 | 12.50 | 1.00 | 15.50 | 1.00 | 100% | 0.00 | 0% | 5.00 | 4.91 | 0.50 | 1.32 | 11.73 | 87% | 12.73 | 82% |
| MCSP | 1.00 | 1.00 | 9.00 | 6.50 | 17.50 | 1.00 | 100% | 1.00 | 100% | 3.50 | 4.27 | 5.50 | 0.00 | 13.27 | 86% | 15.27 | 87% |
| NKSP | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 0.00 | 6.60 | 3.00 | 0.00 | 9.60 | 101% | 9.60 | 91% |
| PBSP | 1.00 | 0.00 | 2.00 | 2.00 | 5.00 | 0.00 | 0% | 0.00 | - | 1.00 | 0.00 | 2.50 | 0.00 | 3.50 | 88% | 3.50 | 70% |
| PVSP | 1.00 | 0.00 | 2.00 | 0.50 | 3.50 | 1.00 | 100% | 0.00 | - | 1.00 | 1.10 | 0.50 | 0.00 | 2.60 | 104% | 3.60 | 103% |
| RJD | 1.00 | 1.00 | 14.50 | 2.00 | 18.50 | 1.00 | 100% | 1.00 | 100% | 7.25 | 6.90 | 2.00 | 0.00 | 16.15 | 98% | 18.15 | 98% |
| SAC | 1.00 | 1.00 | 18.00 | 0.00 | 20.00 | 1.00 | 100% | 1.00 | 100% | 11.25 | 2.21 | 0.00 | 0.00 | 13.46 | 75% | 15.46 | 77% |
| SATF | 1.00 | 1.00 | 6.50 | 11.00 | 19.50 | 0.00 | 0% | 0.00 | 0% | 1.00 | 0.89 | 11.03 | 0.00 | 12.92 | 74% | 12.92 | 66% |
| SCC | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 0.00 | 1.21 | 1.21 | 121% | 2.21 | 111% |
| SOL | 1.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | 100% | 5.00 | 100% |
| SQ | 1.00 | 1.00 | 9.80 | 0.00 | 11.80 | 1.00 | 100% | 0.00 | 0% | 8.50 | 0.93 | 0.00 | 0.00 | 9.43 | 96% | 10.43 | 88% |
| SVSP | 1.00 | 1.00 | 2.80 | 5.50 | 10.30 | 1.00 | 100% | 0.00 | 0% | 0.00 | 3.31 | 5.00 | 0.00 | 8.31 | 100% | 9.31 | 90% |
| VSP | 1.00 | 0.00 | 1.00 | 7.00 | 9.00 | 0.00 | 0% | 0.00 | - | 0.00 | 0.91 | 6.00 | 0.00 | 6.91 | 86% | 6.91 | 77% |
| WSP | 1.00 | 1.00 | 7.50 | 5.00 | 14.50 | 1.00 | 100% | 0.00 | 0% | 2.00 | 6.43 | 4.00 | 0.00 | 12.43 | 99% | 13.43 | 93% |
| Telepsych[6] | 2.00 | 8.00 | 0.00 | 0.00 | 10.00 | 2.00 | 100% | 7.00 | 88% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 9.00 | 90% |
| NTTM[7] | 0.00 | 0.00 | 0.00 | 12.00 | 12.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 10.00 | 0.00 | 10.00 | 83% | 10.00 | 83% |
| TOTAL | 30.00 | 21.00 | 182.30 | 98.00 | 331.30 | 20.00 | 67% | 12.00 | 57% | 81.50 | 82.32 | 82.03 | 6.44 | 252.29 | 90% | 284.29 | 86% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (March 2024)

4 Source: March 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

6 Telepsych row displays the number of chiefs and seniors in telepsychiatry and are not assigned to specific institutions.

7 NTTM- Nighttime Telepsych Shift- Took 0.5 from all institutions.

**Division of Health Care Services**
**Statewide Mental Health Program**
**Allocated and Filled Psychology Positions - March 2024**

| Sites | Allocated March 2024[1] | | | | | | Filled | | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | | |
| ASP | 2.00 | 1.00 | 2.00 | 10.50 | 0.00 | 15.50 | 2.00 | 100% | 1.00 | 100% | 2.00 | 100% | 5.50 | 0.75 | 0.00 | 6.25 | 60% | 11.25 | 73% |
| CAC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - |
| CAL | 0.00 | 1.00 | 0.00 | 4.00 | 0.00 | 5.00 | 0.00 | - | 1.00 | 100% | 0.00 | - | 3.00 | 0.00 | 0.00 | 3.00 | 75% | 4.00 | 80% |
| CCI | 2.00 | 1.50 | 2.50 | 11.50 | 0.00 | 17.50 | 1.00 | 50% | 2.00 | 133% | 2.00 | 80% | 7.50 | 0.46 | 0.00 | 7.96 | 69% | 12.96 | 74% |
| CCWF | 2.00 | 3.00 | 3.50 | 22.50 | 3.00 | 34.00 | 2.00 | 100% | 2.00 | 67% | 3.00 | 86% | 14.50 | 0.00 | 0.00 | 14.50 | 57% | 21.50 | 63% |
| CEN | 1.00 | 0.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 50% | 3.00 | 60% |
| CHCF | 2.00 | 5.15 | 5.90 | 40.75 | 3.00 | 56.80 | 1.00 | 50% | 4.00 | 78% | 4.00 | 68% | 5.00 | 6.87 | 0.00 | 11.87 | 27% | 20.87 | 37% |
| CIM | 2.00 | 2.50 | 3.00 | 21.50 | 0.00 | 29.00 | 2.00 | 100% | 1.00 | 40% | 1.00 | 33% | 18.00 | 0.00 | 0.00 | 18.00 | 84% | 22.00 | 76% |
| CIW | 2.00 | 2.00 | 3.50 | 17.40 | 0.00 | 24.90 | 1.00 | 50% | 2.00 | 100% | 3.00 | 86% | 14.00 | 0.95 | 0.00 | 14.95 | 86% | 20.95 | 84% |
| CMC | 2.00 | 6.50 | 7.00 | 46.00 | 0.00 | 61.50 | 2.00 | 100% | 6.50 | 100% | 6.00 | 86% | 20.50 | 4.82 | 0.00 | 25.32 | 55% | 39.82 | 65% |
| CMF | 2.00 | 5.25 | 6.10 | 37.55 | 0.00 | 50.90 | 2.00 | 100% | 0.00 | 0% | 4.00 | 66% | 8.50 | 3.51 | 0.00 | 12.01 | 32% | 18.01 | 35% |
| COR | 2.00 | 5.00 | 5.00 | 39.00 | 0.00 | 51.00 | 2.00 | 100% | 4.50 | 90% | 5.00 | 100% | 9.00 | 6.22 | 0.00 | 15.22 | 39% | 26.72 | 52% |
| CRC | 2.00 | 1.00 | 2.00 | 9.50 | 0.00 | 14.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 9.50 | 0.00 | 0.00 | 9.50 | 100% | 13.50 | 93% |
| CTF | 2.00 | 1.00 | 2.00 | 7.50 | 0.00 | 12.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 6.00 | 0.58 | 0.00 | 6.58 | 88% | 10.58 | 85% |
| CVSP | 0.00 | 1.00 | 0.00 | 3.50 | 0.00 | 4.50 | 0.00 | - | 1.00 | 100% | 0.00 | - | 1.00 | 1.01 | 0.00 | 2.01 | 57% | 3.01 | 67% |
| FSP | 2.00 | 1.00 | 2.00 | 4.50 | 0.00 | 9.50 | 2.00 | 100% | 1.00 | 100% | 1.00 | 50% | 5.00 | 0.00 | 0.00 | 5.00 | 111% | 9.00 | 95% |
| HDSP | 2.00 | 1.50 | 2.50 | 10.50 | 3.00 | 19.50 | 1.00 | 50% | 1.00 | 67% | 2.00 | 80% | 4.50 | 0.00 | 0.00 | 4.50 | 33% | 8.50 | 44% |
| ISP | 1.00 | 0.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 3.00 | 0.22 | 0.00 | 3.22 | 81% | 4.22 | 84% |
| KVSP | 2.00 | 3.50 | 4.50 | 23.50 | 3.00 | 36.50 | 1.00 | 50% | 2.00 | 57% | 3.00 | 67% | 16.50 | 0.00 | 0.00 | 16.50 | 62% | 22.50 | 62% |
| LAC | 2.00 | 7.00 | 7.00 | 43.50 | 3.00 | 62.50 | 2.00 | 100% | 5.75 | 82% | 7.00 | 100% | 24.75 | 0.49 | 0.00 | 25.24 | 54% | 39.99 | 64% |
| MCSP | 2.00 | 7.50 | 7.50 | 47.00 | 0.00 | 64.00 | 2.00 | 100% | 8.00 | 107% | 6.00 | 80% | 9.00 | 2.52 | 0.00 | 11.52 | 25% | 27.52 | 43% |
| NKSP | 2.00 | 2.00 | 2.00 | 27.50 | 3.00 | 36.50 | 1.00 | 50% | 0.00 | 0% | 1.00 | 50% | 6.50 | 1.82 | 0.00 | 8.32 | 27% | 10.32 | 28% |
| PBSP | 2.00 | 1.50 | 2.50 | 11.00 | 2.00 | 19.00 | 1.00 | 50% | 2.00 | 133% | 2.00 | 80% | 7.00 | 0.00 | 0.00 | 7.00 | 54% | 12.00 | 63% |
| PVSP | 2.00 | 1.00 | 2.00 | 8.00 | 0.00 | 13.00 | 1.00 | 50% | 0.00 | 0% | 2.00 | 100% | 7.00 | 0.00 | 0.00 | 7.00 | 88% | 10.00 | 77% |
| RJD | 2.00 | 8.50 | 8.00 | 54.00 | 0.00 | 72.50 | 2.00 | 100% | 9.00 | 106% | 7.00 | 88% | 35.00 | 4.10 | 0.00 | 39.10 | 72% | 57.10 | 79% |
| SAC | 2.00 | 8.00 | 7.00 | 53.50 | 3.00 | 73.50 | 1.00 | 50% | 8.00 | 100% | 7.00 | 100% | 27.50 | 7.79 | 0.00 | 35.29 | 62% | 51.29 | 70% |
| SATF | 2.00 | 7.00 | 7.00 | 49.50 | 0.00 | 65.50 | 3.00 | 150% | 4.00 | 57% | 3.00 | 43% | 14.00 | 2.12 | 0.00 | 16.12 | 33% | 26.12 | 40% |
| SCC | 2.00 | 1.00 | 2.00 | 3.50 | 0.00 | 8.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 2.00 | 0.00 | 0.00 | 2.00 | 57% | 6.00 | 71% |
| SOL | 2.00 | 1.00 | 2.00 | 9.50 | 0.00 | 14.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 5.00 | 0.00 | 0.00 | 5.00 | 53% | 9.00 | 62% |
| SQ | 2.00 | 5.60 | 5.10 | 31.80 | 2.00 | 46.50 | 1.00 | 50% | 2.00 | 36% | 2.00 | 39% | 23.75 | 1.21 | 0.00 | 24.96 | 74% | 29.96 | 64% |
| SVSP | 2.00 | 4.00 | 4.90 | 29.30 | 0.00 | 40.20 | 2.00 | 100% | 3.50 | 88% | 3.00 | 61% | 1.00 | 9.18 | 0.00 | 10.18 | 35% | 18.68 | 46% |
| VSP | 2.00 | 3.50 | 5.00 | 19.50 | 2.00 | 32.00 | 2.00 | 100% | 3.00 | 86% | 5.00 | 100% | 18.50 | 0.00 | 0.00 | 18.50 | 86% | 28.50 | 89% |
| WSP | 2.00 | 3.00 | 2.00 | 38.00 | 3.00 | 48.00 | 1.00 | 50% | 2.00 | 67% | 2.00 | 100% | 12.00 | 9.46 | 0.00 | 21.46 | 52% | 26.46 | 55% |
| TeleMH[7] | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 6.00 | 1.00 | 33% | 0.00 | 0% | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | - | 1.00 | 17% |
| TOTAL | 61.00 | 105.50 | 115.50 | 743.30 | 30.00 | 1055.30 | 45.00 | 74% | 80.25 | 76% | 91.00 | 79% | 346.00 | 64.08 | 0.00 | 410.08 | 53% | 626.33 | 59% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (March 2024)

5 Source: March 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

7 TeleMH row displays the number of chiefs and seniors in telepsychology and are not assigned to specific institutions.

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Clinical Social Worker Positions - March 2024

| Sites | Allocated March 2024[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| ASP | 0.00 | 1.00 | 14.50 | 0.00 | 15.50 | 0.00 | - | 1.00 | 100% | 10.00 | 0.00 | 0.00 | 10.00 | 69% | 11.00 | 71% |
| CAC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - |
| CAL | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 200% | 2.00 | 200% |
| CCI | 0.00 | 1.00 | 6.00 | 2.00 | 9.00 | 0.00 | - | 1.00 | 100% | 5.00 | 0.00 | 0.00 | 5.00 | 63% | 6.00 | 67% |
| CCWF | 0.00 | 1.50 | 19.50 | 0.00 | 21.00 | 0.00 | - | 1.00 | 67% | 17.00 | 0.52 | 0.00 | 17.52 | 90% | 18.52 | 88% |
| CEN | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 200% | 2.00 | 200% |
| CHCF | 0.00 | 0.60 | 12.30 | 2.00 | 14.90 | 0.00 | - | 0.00 | 0% | 2.00 | 1.49 | 0.00 | 3.49 | 24% | 3.49 | 23% |
| CIM | 0.00 | 1.00 | 13.50 | 0.00 | 14.50 | 0.00 | - | 1.00 | 100% | 13.00 | 0.00 | 0.00 | 13.00 | 96% | 14.00 | 97% |
| CIW | 0.00 | 0.80 | 8.90 | 0.00 | 9.70 | 0.00 | - | 0.00 | 0% | 8.00 | 1.83 | 0.00 | 9.83 | 110% | 9.83 | 101% |
| CMC | 0.00 | 1.00 | 15.00 | 2.00 | 18.00 | 0.00 | - | 1.00 | 100% | 12.00 | 1.21 | 1.00 | 14.21 | 84% | 15.21 | 85% |
| CMF | 0.00 | 0.50 | 12.60 | 2.00 | 15.10 | 0.00 | - | 0.00 | 0% | 5.00 | 1.72 | 0.00 | 6.72 | 46% | 6.72 | 45% |
| COR | 0.00 | 1.00 | 16.00 | 2.00 | 19.00 | 0.00 | - | 1.00 | 100% | 7.00 | 5.43 | 0.00 | 12.43 | 69% | 13.43 | 71% |
| CRC | 0.00 | 1.00 | 14.50 | 0.00 | 15.50 | 0.00 | - | 1.00 | 100% | 11.00 | 0.92 | 0.00 | 11.92 | 82% | 12.92 | 83% |
| CTF | 0.00 | 1.00 | 7.50 | 0.00 | 8.50 | 0.00 | - | 1.00 | 100% | 6.00 | 0.00 | 0.00 | 6.00 | 80% | 7.00 | 82% |
| CVSP | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0% |
| FSP | 0.00 | 1.00 | 4.00 | 0.00 | 5.00 | 0.00 | - | 0.00 | 0% | 4.00 | 0.00 | 0.00 | 4.00 | 100% | 4.00 | 80% |
| HDSP | 0.00 | 1.00 | 7.50 | 0.00 | 8.50 | 0.00 | - | 1.00 | 100% | 4.00 | 0.00 | 1.95 | 5.95 | 79% | 6.95 | 82% |
| ISP | 0.00 | 0.00 | 1.50 | 0.00 | 1.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0% |
| KVSP | 0.00 | 1.00 | 12.50 | 0.00 | 13.50 | 0.00 | - | 2.00 | 200% | 8.50 | 0.00 | 0.00 | 8.50 | 68% | 10.50 | 78% |
| LAC | 0.00 | 1.00 | 19.50 | 0.00 | 20.50 | 0.00 | - | 1.00 | 100% | 11.50 | 1.94 | 0.00 | 13.44 | 69% | 14.44 | 70% |
| MCSP | 0.00 | 1.00 | 22.00 | 2.00 | 25.00 | 0.00 | - | 1.00 | 100% | 10.00 | 0.74 | 1.00 | 11.74 | 49% | 12.74 | 51% |
| NKSP | 0.00 | 1.00 | 14.00 | 0.00 | 15.00 | 0.00 | - | 1.00 | 100% | 11.50 | 1.25 | 0.00 | 12.75 | 91% | 13.75 | 92% |
| PBSP | 0.00 | 1.00 | 5.00 | 0.00 | 6.00 | 0.00 | - | 1.00 | 100% | 3.50 | 0.00 | 1.00 | 4.50 | 90% | 5.50 | 92% |
| PVSP | 0.00 | 1.00 | 4.50 | 0.00 | 5.50 | 0.00 | - | 1.00 | 100% | 2.00 | 0.00 | 1.00 | 3.00 | 67% | 4.00 | 73% |
| RJD | 0.00 | 1.00 | 23.50 | 2.00 | 26.50 | 0.00 | - | 2.00 | 200% | 7.50 | 5.99 | 0.00 | 13.49 | 53% | 15.49 | 58% |
| SAC | 0.00 | 1.00 | 19.00 | 0.00 | 20.00 | 0.00 | - | 1.00 | 100% | 15.00 | 2.12 | 0.00 | 17.12 | 90% | 18.12 | 91% |
| SATF | 0.00 | 1.50 | 25.50 | 3.00 | 30.00 | 0.00 | - | 1.50 | 100% | 16.00 | 1.62 | 1.00 | 18.62 | 65% | 20.12 | 67% |
| SCC | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 1.00 | 50% | 1.00 | 50% |
| SOL | 0.00 | 1.00 | 7.50 | 0.00 | 8.50 | 0.00 | - | 1.00 | 100% | 3.50 | 0.89 | 0.00 | 4.39 | 59% | 5.39 | 63% |
| SQ | 0.00 | 0.80 | 18.80 | 0.00 | 19.60 | 0.00 | - | 1.00 | 125% | 11.00 | 0.00 | 0.00 | 11.00 | 59% | 12.00 | 61% |
| SVSP | 0.00 | 0.70 | 10.80 | 3.00 | 14.50 | 0.00 | - | 1.00 | 143% | 3.25 | 2.01 | 1.62 | 6.88 | 50% | 7.88 | 54% |
| VSP | 0.00 | 1.00 | 15.00 | 0.00 | 16.00 | 0.00 | - | 1.00 | 100% | 12.00 | 0.00 | 0.00 | 12.00 | 80% | 13.00 | 81% |
| WSP | 0.00 | 1.50 | 19.00 | 0.00 | 20.50 | 0.00 | - | 1.00 | 67% | 14.50 | 0.04 | 0.00 | 14.54 | 77% | 15.54 | 76% |
| TeleMH[6] | 1.00 | 3.00 | 0.00 | 0.00 | 4.00 | 1.00 | 100% | 1.00 | 33% | 0.00 | 0.00 | 0.00 | 0.00 | - | 2.00 | 50% |
| TOTAL | 1.00 | 29.90 | 374.90 | 20.00 | 425.80 | 1.00 | 100% | 26.50 | 89% | 238.75 | 29.72 | 8.57 | 277.04 | 70% | 304.54 | 72% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (March 2024)

4 Source: March 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

6 TeleMH row displays the number of supervisor I and supervisor II in telesocial work and are not assigned to specific institutions.

## Division of Health Care Services

### Statewide Mental Health Program

### Allocated and Filled Recreation Therapist Positions - March 2024

| Sites | Allocated RecT[1] | Filled RecT[2] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| ASP | 0.00 | 1.00 | 0.00 | - |
| CAC | 0.00 | 0.00 | 0.00 | - |
| CAL | 0.00 | 0.00 | 0.00 | - |
| CCI | 3.00 | 1.00 | 1.79 | 93% |
| CCWF | 6.50 | 10.00 | 0.85 | 167% |
| CEN | 0.00 | 0.00 | 0.92 | - |
| CHCF | 25.15 | 19.00 | 1.84 | 83% |
| CIM | 10.00 | 4.00 | 0.00 | 40% |
| CIW | 6.90 | 6.00 | 0.00 | 87% |
| CMC | 26.00 | 18.50 | 2.66 | 81% |
| CMF | 20.95 | 13.50 | 2.67 | 77% |
| COR | 13.00 | 10.00 | 1.67 | 90% |
| CRC | 0.00 | 1.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 1.00 | 0.00 | - |
| HDSP | 4.00 | 3.00 | 0.00 | 75% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 10.00 | 9.00 | 0.92 | 99% |
| LAC | 21.50 | 12.00 | 4.20 | 75% |
| MCSP | 25.50 | 21.50 | 2.08 | 92% |
| NKSP | 4.00 | 2.00 | 0.00 | 50% |
| PBSP | 4.50 | 0.00 | 0.00 | 0% |
| PVSP | 1.00 | 2.00 | 0.00 | 200% |
| RJD | 29.50 | 31.00 | 0.00 | 105% |
| SAC | 27.00 | 29.50 | 0.87 | 112% |
| SATF | 23.50 | 11.00 | 2.37 | 57% |
| SCC | 0.00 | 1.00 | 0.00 | - |
| SOL | 1.50 | 1.00 | 0.00 | 67% |
| SQ | 13.80 | 7.00 | 1.87 | 64% |
| SVSP | 12.30 | 8.00 | 0.00 | 65% |
| VSP | 10.00 | 10.00 | 0.00 | 100% |
| WSP | 5.50 | 2.00 | 0.70 | 49% |
| TOTAL | 305.10 | 235.00 | 25.41 | 85% |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (March 2024)

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Medical Assistant Positions - March 2024

| Sites | Allocated MA[1] | Filled MA[2] | MA Registry[3] | MA % |
|---|---|---|---|---|
| ASP | 0.00 | 0.00 | 0.00 | - |
| CAC | 0.00 | 0.00 | 0.00 | - |
| CAL | 1.00 | 1.00 | 0.63 | 163% |
| CCI | 3.00 | 3.00 | 0.00 | 100% |
| CCWF | 7.00 | 3.00 | 0.85 | 55% |
| CEN | 0.00 | 1.00 | 0.00 | - |
| CHCF | 15.00 | 7.00 | 0.00 | 47% |
| CIM | 2.00 | 1.00 | 0.00 | 50% |
| CIW | 0.00 | 0.00 | 0.00 | - |
| CMC | 5.00 | 2.00 | 0.00 | 40% |
| CMF | 7.00 | 3.00 | 1.82 | 69% |
| COR | 8.00 | 6.00 | 0.00 | 75% |
| CRC | 0.00 | 0.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 0.00 | 0.00 | - |
| HDSP | 7.00 | 2.00 | 0.83 | 40% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 8.00 | 4.00 | 0.00 | 50% |
| LAC | 4.00 | 1.00 | 0.00 | 25% |
| MCSP | 9.00 | 6.00 | 0.70 | 74% |
| NKSP | 7.00 | 4.00 | 0.92 | 70% |
| PBSP | 4.00 | 1.00 | 0.00 | 25% |
| PVSP | 1.00 | 1.00 | 0.00 | 100% |
| RJD | 4.00 | 0.00 | 0.97 | 24% |
| SAC | 3.00 | 0.00 | 0.99 | 33% |
| SATF | 14.00 | 9.00 | 2.71 | 84% |
| SCC | 0.00 | 0.00 | 0.00 | - |
| SOL | 0.00 | 0.00 | 0.00 | - |
| SQ | 2.00 | 0.00 | 0.00 | 0% |
| SVSP | 9.00 | 0.00 | 1.03 | 11% |
| VSP | 9.00 | 7.00 | 0.00 | 78% |
| WSP | 8.00 | 8.00 | 0.00 | 100% |
| TOTAL | 137.00 | 70.00 | 11.45 | 59% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (March 2024)

# Exhibit B

| | Division of Health Care Services |
| --- | --- |
| | Statewide Mental Health Program |
| | PIP Allocated and Filled Psychiatry Positions - March 2024 |

| Sites | Allocated March 2024[1] | | | | | Filled | | | | | | | | | | Total | Total % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | | |
| CHCF PIP | 1.00 | 2.00 | 33.00 | 0.00 | 36.00 | 1.00 | 100% | 1.00 | 50% | 13.00 | 9.58 | 0.00 | 0.00 | 22.58 | 68% | 24.58 | 68% |
| CIW PIP | 1.00 | 0.00 | 3.60 | 0.00 | 4.60 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 56% | 3.00 | 65% |
| CMF PIP | 1.00 | 2.00 | 28.70 | 0.00 | 31.70 | 1.00 | 100% | 0.00 | 0% | 7.00 | 12.54 | 0.00 | 0.00 | 19.54 | 68% | 20.54 | 65% |
| SQ PIP | 1.00 | 0.00 | 3.20 | 0.00 | 4.20 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 63% | 3.00 | 71% |
| SVSP PIP | 1.00 | 1.00 | 11.20 | 0.00 | 13.20 | 1.00 | 100% | 0.00 | 0% | 1.00 | 8.37 | 0.00 | 0.00 | 9.37 | 84% | 10.37 | 79% |
| TOTAL | 5.00 | 5.00 | 79.70 | 0.00 | 89.70 | 5.00 | 100% | 1.00 | 20% | 25.00 | 30.49 | 0.00 | 0.00 | 55.49 | 70% | 61.49 | 69% |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (March 2024)

4 Source: March 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

**Division of Health Care Services**
**Statewide Mental Health Program**
**PIP Allocated and Filled Psychology Positions - March 2024**

| Sites | Allocated March 2024[1] | | | | | | Filled | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | Total | Total % |
| CHCF PIP | 1.00 | 4.35 | 8.10 | 34.25 | 0.00 | 47.70 | 1.00 | 100% | 3.00 | 69% | 6.00 | 74% | 11.00 | 9.83 | 0.00 | 20.83 | 61% | 30.83 | 65% |
| CIW PIP | 1.00 | 0.50 | 2.50 | 3.60 | 0.00 | 7.60 | 1.00 | 100% | 1.00 | 200% | 2.00 | 80% | 3.00 | 0.00 | 0.00 | 3.00 | 83% | 7.00 | 92% |
| CMF PIP | 1.00 | 3.75 | 7.40 | 29.95 | 0.00 | 42.10 | 0.00 | 0% | 2.00 | 53% | 4.00 | 54% | 4.00 | 7.74 | 0.00 | 11.74 | 39% | 17.74 | 42% |
| SQ PIP | 1.00 | 0.40 | 2.40 | 3.20 | 0.00 | 7.00 | 1.00 | 100% | 1.00 | 250% | 1.00 | 42% | 3.00 | 0.00 | 0.00 | 3.00 | 94% | 6.00 | 86% |
| SVSP PIP | 1.00 | 1.50 | 5.60 | 11.20 | 0.00 | 19.30 | 1.00 | 100% | 2.00 | 133% | 4.00 | 71% | 5.00 | 5.44 | 0.00 | 10.44 | 93% | 17.44 | 90% |
| TOTAL | 5.00 | 10.50 | 26.00 | 82.20 | 0.00 | 123.70 | 4.00 | 80% | 9.00 | 86% | 17.00 | 65% | 26.00 | 23.01 | 0.00 | 49.01 | 60% | 79.01 | 64% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (March 2024)

5 Source: March 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

## Division of Health Care Services
## Statewide Mental Health Program
## PIP Allocated and Filled Clinical Social Worker Positions - March 2024

| Sites | Allocated March 2024[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| CHCF PIP | 0.00 | 1.90 | 29.20 | 0.00 | **31.10** | 0.00 | - | 1.00 | **53%** | 10.00 | 7.85 | 0.00 | 17.85 | **61%** | **18.85** | **61%** |
| CIW PIP | 0.00 | 0.20 | 3.60 | 0.00 | **3.80** | 0.00 | - | 1.00 | **500%** | 3.00 | 0.00 | 0.00 | 3.00 | **83%** | **4.00** | **105%** |
| CMF PIP | 0.00 | 1.50 | 24.90 | 0.00 | **26.40** | 0.00 | - | 1.00 | **67%** | 3.00 | 2.91 | 0.00 | 5.91 | **24%** | **6.91** | **26%** |
| SQ PIP | 0.00 | 0.20 | 3.20 | 0.00 | **3.40** | 0.00 | - | 0.00 | **0%** | 2.00 | 0.00 | 0.00 | 2.00 | **63%** | **2.00** | **59%** |
| SVSP PIP | 0.00 | 0.80 | 11.20 | 0.00 | **12.00** | 0.00 | - | 1.00 | **125%** | 7.00 | 0.91 | 0.00 | 7.91 | **71%** | **8.91** | **74%** |
| **TOTAL** | **0.00** | **4.60** | **72.10** | **0.00** | **76.70** | **0.00** | - | **4.00** | **87%** | **25.00** | **11.67** | **0.00** | **36.67** | **51%** | **40.67** | **53%** |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (March 2024)

4 Source: March 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

## Division of Health Care Services
## Statewide Mental Health Program
### PIP Allocated and Filled Recreation Therapist Positions - March 2024

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| CHCF PIP | 31.85 | 17.00 | 3.27 | 64% |
| CIW PIP | 3.60 | 4.00 | 0.00 | 111% |
| CMF PIP | 27.55 | 11.00 | 9.17 | 73% |
| SQ PIP | 3.20 | 3.00 | 0.00 | 94% |
| SVSP PIP | 11.20 | 10.00 | 0.00 | 89% |
| TOTAL | 77.40 | 45.00 | 12.44 | 74% |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (March 2024)

4 Rehabilitation therapists are included in the fill rate for recreation therapists at CHCF PIP, CMF PIP, and SVSP PIP.

## Division of Health Care Services

## Statewide Mental Health Program

## PIP Allocated and Filled Medical Assistant Positions - March 2024

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| CHCF PIP | 0.00 | 0.00 | 2.73 | - |
| CIW PIP | 0.00 | 0.00 | 0.00 | - |
| CMF PIP | 0.00 | 0.00 | 0.00 | - |
| SQ PIP | 0.00 | 0.00 | 0.00 | - |
| SVSP PIP | 0.00 | 0.00 | 0.00 | - |
| TOTAL | 0.00 | 0.00 | 2.73 | - |

Footnote

1 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (March 2024)

# Exhibit C

**Division of Health Care Services**
**Statewide Mental Health Program**
**Total Allocated and Filled Psychiatry Positions - March 2024**

| Staffing Plan | Allocated March 2024[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| 2009 Total | 30.00 | 21.00 | 182.30 | 98.00 | 331.30 | 20.00 | 67% | 12.00 | 57% | 81.50 | 82.32 | 82.03 | 6.44 | 252.29 | 90% | 284.29 | 86% |
| PIP Total | 5.00 | 5.00 | 79.70 | 0.00 | 89.70 | 5.00 | 100% | 1.00 | 20% | 25.00 | 30.49 | 0.00 | 0.00 | 55.49 | 70% | 61.49 | 69% |
| GRAND TOTAL | 35.00 | 26.00 | 262.00 | 98.00 | 421.00 | 25.00 | 71% | 13.00 | 50% | 106.50 | 112.81 | 82.03 | 6.44 | 307.78 | 85% | 345.78 | 82% |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.
   Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (March 2024)

4 Source: March 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

**Division of Health Care Services**
**Statewide Mental Health Program**
**Total Allocated and Filled Psychology Positions - March 2024**

| Staffing Plan | Allocated March 2024[1] | | | | | | Filled | | | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | Total | Total % |
| 2009 Total | 61.00 | 105.50 | 115.50 | 743.30 | 30.00 | 1055.30 | 45.00 | 74% | 80.25 | 76% | 91.00 | 79% | 346.00 | 64.08 | 0.00 | 410.08 | 53% | 626.33 | 59% |
| PIP Total | 5.00 | 10.50 | 26.00 | 82.20 | 0.00 | 123.70 | 4.00 | 80% | 9.00 | 86% | 17.00 | 65% | 26.00 | 23.01 | 0.00 | 49.01 | 60% | 79.01 | 64% |
| GRAND TOTAL | 66.00 | 116.00 | 141.50 | 825.50 | 30.00 | 1179.00 | 49.00 | 74% | 89.25 | 77% | 108.00 | 76% | 372.00 | 87.09 | 0.00 | 459.09 | 54% | 705.34 | 60% |

**Footnote**

1  Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2  Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3  Source: Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4  Source: Management Solutions Registry Report (March 2024)

5  Source: March 2024 Telepsychology Provider List

6  Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

**Division of Health Care Services**
**Statewide Mental Health Program**
**Total Allocated and Filled Clinical Social Worker Positions - March 2024**

| Staffing Plan | Allocated March 2024[1] | | | | | Filled | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | | |
| 2009 Total | 1.00 | 29.90 | 374.90 | 20.00 | 425.80 | 1.00 | 100% | 26.50 | 89% | 238.75 | 29.72 | 8.57 | 277.04 | 70% | 304.54 | 72% |
| PIP Total | 0.00 | 4.60 | 72.10 | 0.00 | 76.70 | 0.00 | - | 4.00 | 87% | 25.00 | 11.67 | 0.00 | 36.67 | 51% | 40.67 | 53% |
| GRAND TOTAL | 1.00 | 34.50 | 447.00 | 20.00 | 502.50 | 1.00 | 100% | 30.50 | 88% | 263.75 | 41.39 | 8.57 | 313.71 | 67% | 345.21 | 69% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (March 2024)

4 Source: March 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Recreation Therapist Positions - March 2024

| Staffing Plan | Allocated RecT[1] | Filled RecT[2] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| 2009 Total | 305.10 | 235.00 | 25.41 | 85% |
| PIP Total | 77.40 | 45.00 | 12.44 | 74% |
| GRAND TOTAL | 382.50 | 280.00 | 37.85 | 83% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (March 2024)

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Medical Assistant Positions - March 2024

| Staffing Plan | Allocated MA[1] | Filled MA[2] | MA Registry[3] | MA % |
|---|---|---|---|---|
| **2009 Total** | 137.00 | 70.00 | 11.45 | **59%** |
| **PIP Total** | 0.00 | 0.00 | 2.73 | **-** |
| **GRAND TOTAL** | **137.00** | **70.00** | **14.18** | **61%** |

**Footnote**

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated

2 Source: SCO Report 2024_04_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (March 2024)

# Exhibit D

| Class Title | Average Maximum Monthly Salary | Minimum | Allocated | 90% Minimum Compliance | Filled with Civil Service (CS) | Filled with Registry | Total Filled with CS and Registry | Below Minimum | Fine for March 2024 | Accumulated Fines To Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **Division of Health Care Services** <br> **Statewide Mental Health Program** <br> **March 2024 Fines** | | | | | | | | | | |
| Staff Psychiatrist[1] | $ 23,732 | 90% | 280.30 | 252.27 | 169.97 | 82.32 | 252.29 | -0.02 | $ - | $ 245,771 |
| Senior Psychiatrist (Supervisor) | $ 24,763 | 90% | 21.00 | 18.90 | 12.00 | 0.00 | 12.00 | 6.90 | $ 341,733 | $ 4,700,403 |
| Chief Psychiatrist[2] | $ 28,743 | 90% | 30.00 | 27.00 | 20.00 | 0.00 | 20.00 | 7.00 | $ 402,397 | $ 6,473,516 |
| Total Psychiatry Fine | | | | | | | | | $ 744,130 | $ 11,419,689 |
| Clinical Psychologist[3] | $ 11,300 | 90% | 773.30 | 695.97 | 346.00 | 64.08 | 410.08 | 285.89 | $ 6,460,925 | $ 73,452,030 |
| Senior Psychologist (Specialist) | $ 12,315 | 90% | 115.50 | 103.95 | 91.00 | 0.00 | 91.00 | 12.95 | $ 318,946 | $ 3,371,492 |
| Senior Psychologist (Supervisor)[4] | $ 12,703 | 90% | 105.50 | 94.95 | 80.25 | 0.00 | 80.25 | 14.70 | $ 373,454 | $ 2,669,089 |
| Chief Psychologist[5] | $ 17,139 | 90% | 61.00 | 54.90 | 45.00 | 0.00 | 45.00 | 9.90 | $ 339,352 | $ 4,821,801 |
| Total Psychology Fine | | | | | | | | | $ 7,492,677 | $ 84,314,412 |
| Clinical Social Worker[6] | $ 8,968 | 90% | 394.90 | 355.41 | 247.32 | 29.72 | 277.04 | 78.37 | $ 1,405,666 | $ 16,446,209 |
| Supervising Psychiatric Social Worker I[7] | $ 9,429 | 90% | 29.90 | 26.91 | 26.50 | 0.00 | 26.50 | 0.41 | $ 7,732 | $ 321,032 |
| Supervising Psychiatric Social Worker II[8] | $ 9,992 | 90% | 1.00 | 0.90 | 1.00 | 0.00 | 1.00 | -0.10 | $ - | $ 17,985 |
| Total Clinical Social Worker Fine | | | | | | | | | $ 1,413,398 | $ 16,785,226 |
| Medical Assistant | $ 4,690 | 90% | 137.00 | 123.30 | 70.00 | 11.45 | 81.45 | 41.85 | $ 392,536 | $ 2,502,029 |
| Total Medical Assistant Fine | | | | | | | | | $ 392,536 | $ 2,502,029 |
| Recreation Therapist | $ 6,597 | 90% | 305.10 | 274.59 | 235.00 | 25.41 | 260.41 | 14.18 | $ 187,082 | $ 917,501 |
| Total Recreation Therapist Fine | | | | | | | | | $ 187,082 | $ 917,501 |
| **GRAND TOTAL** | | | | | | | | | $ 10,229,822 | $ 115,938,857 |

**Footnote**

1 Staff psychiatrist allocated includes civil service and telepsych. Staff psychiatrist filled includes civil service, telepsych, and psychiatric nurse practitioner civil service.

2 Chief psychiatrist allocated and filled with civil service include telepsych.

3 Clinical psychologist allocated includes civil service and telepsychologist. Clinical psychologist filled includes civil service and telepsychologist.

4 Senior psychologist (sup) allocated and filled with civil service include telemh.

5 Chief psychologist allocated and filled with civil service include telemh.

6 Clinical social worker allocated includes civil service and telesocial worker. Clinical social worker filled includes civil service and telesocial worker.

7 Supervising psychiatric social worker I allocated and filled with civil service include telemh.

8 Supervising psychiatric social worker II allocated and filled with civil service include telemh.