approach to troubleshooting technology issues as implementation proceeds.

## Telephone/Audio Conferencing

Delivering treatment services via telephone is likely to be the most accessible, inexpensive means for providing TAC in organizations that lack existing technology infrastructures. Teleconferencing, or connecting multiple users into an audio discussion, can facilitate group discussions for treatment or supervision purposes. Various teleconferencing vendors with a range of contract terms are available. Although use of the telephone can be highly accessible, organizations should be aware that without additional protections, mobile phone transmissions are not secure. Voice communication over mobile phones must be encrypted to minimize the risk of third-party interception; when mobile devices transmit data, they should be treated like other remote devices (e.g., laptops) in terms of security.

## Email

When protocols are specific and based in scientific evidence for the population, email can be an effective, accessible, and inexpensive way to conduct outreach with high-risk individuals (Luxton, June, & Kim, 2011) and to sustain contact with clients between scheduled in-person sessions (Alemi et al., 2007; Barak, Hen, Boniel-Nissim, & Shapira, 2008). There is a small body of evidence suggesting that the use of email to deliver primary clinical content may be effective (Luxton et al., 2011; Te Poel, Bolman, Reubsaet, & de Vries, 2009). Because email is not a secure form of communication unless it is encrypted, organizations and providers must implement safeguards to ensure privacy of communications. These precautions include having policies to prevent unintentional disclosure to someone other than the client, such as confirming an email address, and fully exploring risks related to someone

> ### Therapeutic Email
>
> A program of structured therapeutic emails sent daily in conjunction with electronic support groups, abstinence monitoring, and optional individual counseling sessions has been used as an adjunct to treatment for women who are pregnant and use drugs. Clients reported the ability to build strong relationships using the technology-based program and found it easier and more convenient than in-person sessions (Alemi et al., 2007).

other than the client having access to his or her email account. Furthermore, all email exchanges of treatment-related information must use email encryption to meet HIPAA Security Rule requirements (HHS, 2006). Various single-user and organizational solutions for email encryption are available and are generally quite affordable. The National Institute of Standards and Technology Guidelines on Electronic Mail Security provide detailed information on email security and encryption (http://csrc.nist.gov/publications/nistpubs/800-45-version2/SP800-45v2.pdf).

Another option for email is the use of secure, Web-based messaging systems. Several large online behavioral health service providers exist and often include proprietary systems for communicating with clients that may allow for the sending of encrypted email and the storage of text communication with clients. Because emails may be subpoenaed, you should develop policies for your behavioral health program on the storage of these communications. Research suggests that before implementing email or instant messaging interventions (or any technological intervention), behavioral health service providers and program administrators should carefully consider the needs and characteristics of the clients who are likely to benefit from the intervention. Consider implementing structured clinical protocols and procedures to

cover the full range of ethical and legal issues discussed in this Treatment Improvement Protocol (TIP) and heed current research as you consider incorporating email into your program's delivery of behavioral health services.

## Text Messaging

Text messaging can effectively provide brief interventions or resources to clients on their mobile phones. Text messaging-based interventions may include reminders for medications and appointments or regularly scheduled educational or preventative text messages. In some cases, these reminders may be managed through an EHR. Text messages are easy to send if the client has a mobile phone and a text messaging plan. However, clients may be charged per character or per message for text messaging, so it is important to seek consent to communicate by text message and to ensure that clients understand the security and privacy limitations of data transmission and storage via mobile phone. (For more information on informed consent, see Part 1, Chapter 1.)

Unencrypted text messages should not include PHI. Although there are some secure text messaging services, standard text messages may not be secure. They may be stored on a subscriber identity module card, which identifies the user to the cell phone network, and they can be easily visible to others. Encryption software downloads messages to computers and secures the mobile phone or device if it is lost, eliminating some—but not all—of the privacy and security risks inherent to this mode of communication.

Counselors should carefully evaluate the type of information they need to send to or receive from clients before using text messaging; if the information's inadvertent release could have serious consequences, text messaging is generally inadvisable. Consider establishing a means for counselors delivering TAC to verify

> ### Text4Baby
>
> For women who are pregnant or in their first postpartum year, the Text4Baby program provides three weekly text messages on a variety of maternal and child health topics, including nutrition, prenatal care, immunization, mental health, smoking cessation, family violence, and exercise. The messages are short and provide specific actions that women can take to care for themselves and their babies based on due dates. Between February 2010 and July 2011, the program enrolled 155,000 women (Jordan, Ray, Johnson, & Evans, 2011).

their clients' identity before sending/receiving texts. Clients, too, may wish to consider using a screen lock and/or time-out feature to keep information from remaining viewable on their mobile devices to unauthorized viewers. Asking clients to confirm receipt of text messages and establishing measures such as auditing and remote wiping can protect sensitive information to a degree, but providers should generally avoid using text messaging for communication when privacy and security are of significant concern.

## Web-Based Text Communication

Real-time instant messaging can serve as an alternative to asynchronous email or text message exchanges. Providers and clients can download chat programs, which are often free, quickly and easily from vendors; these programs require only a computer with an Internet connection. However, issues of data security and storage exist. Real-time chats and instant messaging features are widespread and can broaden access to social support, but the privacy and confidentiality risks inherent to this mode of communication are extensive. Your agency's TAC policies should remind clients that messages sent through chat programs and the chat or messaging features on social networking sites such as Twitter, Facebook, or LinkedIn are not secure and that posts to such

sites are not confidential. TAC policies should also discourage providers from interacting with clients via social networking sites and urge them to remind their clients that communications posted on such sites are public.

Avoiding the use of social networking sites can become particularly challenging when disgruntled clients post ratings or comments about their experience with your behavioral health program or your agency's personnel. You and your TAC implementation team should carefully consider establishing policies to guide agency responses to consumer ratings and comments that are posted on the agency's own Web site as well as on other public forums.

## Self-Directed Therapeutic Tools

Self-directed therapeutic Web sites and applications are typically hosted by third-party vendors. Organizations will typically purchase a usage license for a group of clients; the clients then receive a unique user ID and password. The content of self-directed therapeutic tools is developed by the vendor and often restricts the client's ability to enter personal information.

Many self-directed therapeutic tools target prevention and treatment of mental and substance use disorders. For example, college campuses often purchase licenses so that their students can access substance use or mental health risk factor reduction programs delivered over the Internet. Another example is a secure Web site that provides self-directed education and secure messaging with a care manager for clients enrolled in outpatient mental health services (Hunkeler et al., 2012). In addition, many mobile applications have been developed that lead the user through a process of screening, education, and support. Applications vary in terms of data security and the amount of personal information entered.

Self-directed behavioral health applications frequently include Web-based messaging

systems that send emails to clients prompting them to log in to a password-protected Web site. Before incorporating digital self-directed therapeutic tools into your agency's behavioral health program or recommending their use to your clients, your TAC implementation team should investigate how such applications address password protection, automatic logouts, firewalls, audit trails, encryption, and authentication. They should know what data the tool collects; how it stores and protects those data; and the extent to which it may share the data, including any third-party access to the data. Online therapy service providers may serve as an alternative for secure communication with clients. These services help manage privacy and security concerns by providing encrypted chat stream identifiers and storing text communication with clients, but you must carefully examine the reputations of such services before choosing one.

Self-directed therapeutic tools can be attractive to clients and providers because they require little investment in infrastructure other

---

### Programs To Reduce Health Risks

MyStudentBody (http://www.mystudentbody.com), AlcoholEdu (http://www.everfi.com/alcoholedu-for-college), and Alcohol eCHECKUP TO GO (http://www.echeckuptogo.com) are online self-directed therapeutic programs designed to reduce health risks among college students and others. They include alcohol and drug courses and general wellness resources in the areas of sexual health, nutrition, stress, and tobacco use. For example, MyStudentBody allows participants to develop an individual profile that will direct them to topic areas based on their risk and provides links to local emergency resources. This program, along with similar campus education and risk reduction approaches, holds promise in reducing risky behavior on college campuses (Hustad, Barnett, Borsari, & Jackson, 2010; Walters, Miller, & Chiauzzi, 2005).

than access to the Internet, allow clients to work at their own pace, and are accessible (assuming an Internet connection) whenever and wherever the user wishes. Although some of these tools allow for clients to share information with their behavioral health service providers, they generally operate outside of the formal treatment process.

## Organizational Web Sites

Organizational Web sites can provide information about behavioral health service systems in a way that can motivate people to seek services (Maheu, Pulier, Wilhelm, McMenamin, & Brown-Connolly, 2004). More active approaches that include discussion groups, built-in chat or email features, and other opportunities for digital interaction with staff members are more likely to engage people into service delivery. That said, organizational liability increases as the organization's Web sites become more active. Although the design and maintenance of professional Web sites are beyond the scope of this document, administrators and TAC implementation teams are urged to consider the risks and opportunities associated with embedding email and discussion group features into Web sites. These more active approaches to Web site design pose challenges and raise concerns similar to those for stand-alone approaches to email and discussion groups.

# Budgeting Considerations

When estimating technology costs and related personnel costs to your agency in adopting a TAC approach to behavioral health service delivery, you must consider a full range of issues, including the hardware, software, technological support, training, and staff support required to deliver TAC. Try to project costs for infrastructure development (startup) along with ongoing TAC delivery. Unfortunately,

investment in the initial infrastructure to facilitate TAC can be costly (McGinty et al., 2006). It is critical that you have a clear understanding of the costs and a plan to finance the development of the infrastructure necessary for your agency to deliver TAC successfully.

## Cost Categories

Costs associated with various technology-mediated interventions vary widely. In addition to identifying the specific expenses related to the type of intervention selected, agencies have the option of leasing, contracting, or buying equipment and services. Your organization's strategic goals, existing technology infrastructure, and cost considerations dictate which options you select. In planning to implement TAC, you will benefit from careful investigation of the following cost categories.

Infrastructure development cost considerations include:

- Equipment, including computers and servers, mobile devices (for both client and staff use), video conferencing equipment, and telephones.
- Cabling and other communications lines, building reconfiguration, equipment, and cooling systems.
- Internet service provider fees.
- Software, including encryption systems, virus protection, applications, storage, and security systems.
- Expert consultation in technology.
- Content development (e.g. clinical materials, protocols, procedures).
- Initial staff training, including staff time, expert trainer time, and content development.
- Legal and accounting consultation (e.g., sufficient and explicit insurance coverage).
- Development and/or revision of forms, such as informed consents and privacy disclosures.

Ongoing costs considerations include:

- Equipment maintenance, insurance, and replacement costs.
- Ongoing Internet service provider fees.
- Annual licensing or hosting fees.
- Software renewal licensing fees.
- Expert consultation and/or troubleshooting services.
- Ongoing staff training for new staff recruits and refresher training for existing staff members.
- Content refinement and updating of client materials.
- Legal and accounting consultation.
- Inclusion of extra client data and client privacy/consent management information.

## Reimbursement for Technology-Mediated Care

Medicaid and Medicare reimbursement guidelines for telemedicine have been developed and are available through the Centers for Medicare and Medicaid Services (CMS). Currently, Medicare authorizes reimbursements for telehealth services delivered by designated professionals in underserved areas or as demonstration projects (HHS, CMS, 2012, 2013). Some state plans dictate Medicaid reimbursement for telehealth. Some private payers also reimburse for video conferencing, and others are piloting video, text, and telephone interventions (Maheu et al., 2004). Although these and other reimbursement structures for TAC under other private and public health insurance plans are emerging, depending on state licensing and reimbursement policies, providers may have the ability to recapture their costs in other ways. For example, the use of technology-mediated interventions may be incorporated as a value-added service that assists providers in meeting other contractual obligations, such as improving care coordination or reducing

rehospitalization; the costs may thus be recovered in other service areas.

Gilman and Stensland (2013), of the Medicare Payment Advisory Commission, analyzed 100 percent of telehealth Medicare claims for 2009 (the most recent available data). They reported roughly 38,000 telehealth visits in 2009. Of the providers who delivered 10 or more Medicare-covered telehealth services, 44 percent were psychiatrists, 3 percent were clinical psychologists, and 2 percent were licensed social workers (although the nonpsychiatric providers could be underestimated, as services are sometimes billed under the name of a physician). The authors noted that there were only 26,000 Medicare telehealth visits in 2006, but they considered the increase to 38,000 in 2009 to be "modest," with only 185 mental health professionals providing 10 or more telemental health visits. Although Medicare recognizes the potential of TAC and has made changes by increasing reimbursement and decreasing regulatory burden between 2006 and 2009, the barriers to implementation described throughout this TIP may continue to restrain reimbursement of telemental health services provided to clients who are covered by Medicare or Medicaid.

# Vendor and Consultant Selection Considerations

Selecting a vendor to facilitate TAC is a critically important endeavor. Security, privacy, confidentiality, and regulatory requirements must be addressed in addition to cost, usability, and sustainability of the technology. A first step in soliciting bids from vendors is to develop a detailed scope of work and request for proposals. Many organizations choose to hire a consultant who is not invested in a particular technology solution to assist in the development of the request for proposals and selection of vendors. This approach can bring

a level of attention and expertise to vendor selection that may be attractive, especially to organizations that do not have internal technology expertise. Nonetheless, it is important to involve a broad range of stakeholders, including the clinical team and potential clients, in the vendor selection process to assess ease of use of the technology and any technological support the vendor will provide. The vendor selection process should also include demonstrations that allow potential users to operate the technology in situations that mirror anticipated live conditions as closely as possible.

Much guidance is available in selecting technology vendors and experts. Factors to consider vary based on setting, approach, and degree of internal organizational expertise available. Your agency will benefit from careful analysis of the strengths and weaknesses of vendors prior to entering into binding agreements or sharing confidential client information.

When reviewing vendor and consultant credentials, consider:

- Demonstrated experience in implementation of similar applications or services (e.g., whether the vendor has developed or implemented similar applications in other behavioral health settings).
- Stability of the vendor's company or agency.
- Availability of training and support.
- References from other customers.
- Anticipated software upgrades and the process for upgrades.
- Reporting ease and capacity.

---

**Vendor Selection Resources**

- Telehealth Technology Assessment Center: http://telehealthtechnology.org/toolkits
- The Telemental Health Guide: http://www.tmhguide.org
- Agency for Healthcare Research and Quality Health Information Technology Tools and Resources: http://healthit.ahrq.gov/health-it-tools-and-resources

---

- Security, privacy, and confidentiality protections.
- Company and technology sustainability.

# Data Management Considerations

The data management challenges associated with TAC cannot be overlooked. This section offers guidance on common risk management challenges associated with data retention, EHRs, and client access to devices owned by the organization. Because some of the examples of technology-assisted services cited in this document originate outside the United States, and given that the regulatory environment surrounding the delivery of these services in the United States is rapidly changing, administrators should remain diligent in monitoring the regulatory and legal environment within their state. You should seek legal advice specific to state laws and regulations applicable to your behavioral health program, risk and liability, and insurance coverage when determining how to address risk management issues associated with TAC.

## Data Management

The issues of data management, quality, and security as dictated under HIPAA are discussed earlier in this TIP. As for how much of the content in digital or audio exchanges between clinicians and clients should be stored, you must consider whether to retain every email communication or transcripts of every chat, and if so, whether to contain such information within client records. Although storing more information about clinical interactions may improve continuity of care, it also creates storage space challenges, and the information may be subject to subpoena. The sheer volume of information text-based communications generate, as well as added challenges associated with video storage, suggest

the need for clear administrative policies about retaining and storing information.

In addition to data management and security, issues of data quality can arise when clinicians or clients make data entry errors (e.g., misreporting a weight that a physician then relies on for medication dosage, understating or overstating symptoms). The use of crosschecking software and other internal procedures to ensure data quality can minimize these risks.

## EHRs

A comprehensive look at EHRs is beyond the scope of this publication, but EHRs do often include integrated tools that are relevant to direct service delivery. For example, EHR systems can generate reminder phone calls and text messages. EHRs that let providers share access to a client's clinical record are helpful when coordinating care. Sharing clinical information among providers and their supervisors can enhance care and promote technology-mediated supervision. (See also http://www.healthit.gov/providers-professionals/benefits-electronic-health-records-ehrs)

## Client Access to Organizationally Owned Devices

In addition to addressing PHI-related data security issues when providing computers and other Internet-enabled devices for client use, you must decide whether to control client access to Web sites that distribute pornography or provide downloading software that gives access to illegal or unhealthy activities. These can be particularly thorny issues for your agency's TAC implementation team to weigh.

## Privacy and Confidentiality Considerations

Much has been written about HIPAA privacy rules and 42 CFR Part 2 and behavioral healthcare; therefore, this TIP's discussion of

these matters will focus specifically on privacy issues related to TAC. Privacy is defined as the right of the client to control his or her own health data, whereas confidentiality relates to the duty of professionals who are granted access to private information to protect its privacy (Kotz, Avancha, & Baxi, 2009). The issues of privacy and confidentiality are distinct from data security issues, which deal with administrative and technological protections meant to ensure that PHI is not disclosed to unauthorized individuals. Privacy issues are equally important and have unique implications in technology-delivered interventions.

Earlier sections have identified the risks associated with the device-based storage of text messages and the security concerns related to unencrypted email exchanges. In addition, some mobile applications use the Internet or telephone to store or send client information back to providers. For example, a mobile application might record the whereabouts of a client using a global positioning system and provide warnings or support messages about his or her proximity to relapse triggers. Medication levels can also be monitored and the resulting information sent back to the clinician. These applications can be helpful tools for clients and clinicians; however, just as clinicians are responsible for documenting their rationale for recording sessions, clients must sign a written informed consent document outlining the rationale, risks, and benefits along with the protection, storage, and disposal of any identifying information retained by the provider.

## Informed Consent

In addition to the usual elements of an informed consent to participate in services, a number of considerations emerge when delivering care through technology. As with all informed consent, the consenting process must ensure that clients fully understand the risks and benefits associated with participation in

the intervention. Technology introduces a new level of complexity and jargon that may be unfamiliar to some clients. Thus, TAC implementation teams must be diligent about ensuring that clients are fully informed of risks and benefits in language that they can understand. This includes a full disclosure of the risk of losing real-time control of personal data through systems that intrude into clients' homes or personal environments for the purpose of monitoring health and wellness, in addition to privacy and confidentiality risks.

Advising clients of the risks and benefits of participating in TAC should be an ongoing process. Clinicians must be well versed in these risks to identify when risk potential changes, to detect client ambivalence, and to initiate discussions of new risks or concerns. Informed consent processes should address the limitations of the technology-based intervention and the alternative interventions available (Barnett, 2011). Although documentation of these discussions and agreements is essential, ensuring that the client fully understands and agrees to the risks and benefits is paramount (Maheu, McMenamin, & Pulier, 2013).

Consider how your agency will secure written informed consent from clients who will primarily engage in services remotely. Clients can provide electronic signatures or select a box on a Web page to acknowledge reading and understanding the information; however, there are concerns in ensuring that clients fully understand and agree to risks and benefits in this manner. Some programs use the low-tech option of having the client sign and fax the form to the provider (Midkiff & Wyatt, 2008); others require telephone or in-person intake sessions to ensure that clients are fully informed. Informed consent should include information about the roles and credentials of each staff member who will participate in a client's care.

This includes direct service providers, support staff, and supervisors (Maheu et al., 2004).

It can be difficult to verify identity remotely (e.g., when engaging with clients primarily over the Internet or telephone), so some programs require validation of identity, such as photo identification or a signature declaration of identity (Midkiff & Wyatt, 2008). Another way that programs address verification of identity and age is to require an initial in-person or telephone interview prior to the inception of remote care (Abbott et al., 2008; Midkiff & Wyatt, 2008). In remote areas, video conferencing may provide an alternative to in-person sessions. Biometric authentication devices such as iris scan, voice print, and thumbprint readers may provide cost-effective alternatives for organizations. Agencies should also establish policies for verification of guardian consent (Maheu et al., 2004).

The process of obtaining informed consent from clients should include their provision of emergency contact information and their receipt of a disclosure of the procedures their counselor and/or other agency staff will use, should the counselor determine that the client may endanger himself or herself or others (Mallen, Vogel, & Rochlen, 2005). Verify clients' emergency contact information at the time of intake to ensure that your agency has valid information about the client to use in the event of an emergency or for mandatory abuse reporting. The informed consent process should also clearly indicate who the client should contact in the event of a crisis or emergency and should define the response time clients can expect. You may also wish to advise clients not to use email to communicate about emergencies (Maheu et al., 2004).

Informed consents should outline how and where the client's data are being transmitted and the risks and benefits associated with transmission. This includes seeking explicit

consent to transmit the image of a person, such as through video conferencing. Informed consent should address risks of being overheard during audio transmissions and of text-based communications being intercepted by third parties. The informed consent process should also clarify how information will be transmitted and stored for clinical supervision.

In addition to explaining risks, give clients information about what they can do to protect themselves from privacy breaches. Advice may include not sharing passwords or email accounts with family members, logging off Web sites after each session (especially for clients in group living situations), and using virus protection software. Introducing clients to the Internet or mobile technology creates potential for benefits and risks that extend beyond TAC itself, so providers have an obligation to help clients become informed consumers of technology in general. Responsible providers give their clients information on topics such as viruses, malware, and spyware risks and protection; vetting Internet resources; the risks of sharing personal information on social media; the risks associated with sharing software, such as music files; the importance of passwords; and password management. Information available to clients should be understandable, accessible, and—for very vulnerable populations—delivered in various ways.

Explain how fees for technology-based interventions are charged and how payments for TAC are made (Barnett, 2011; Maheu et al., 2004). This may require explaining insurance reimbursement and limitations of reimbursement, which types of interactions are billed, and the logistics of payment. If clients wish to use credit cards, issues can arise regarding recurring payments, the name listed on the invoice, and where receipts may be sent. Depending on the type of technology used and the intervention's intensity, advise clients about

how technology failures will be handled, including backup plans for clinical intervention and plans for handling technological problems (Mallen, Vogel, Rochlen, & Day, 2005).

## Scope of Practice, Boundaries of Competence, and Credentialing

In any setting, a behavioral health service agency plays a role in ensuring that its counselors, supervisors, and other clinical staff provide services within their scope of practice and competence; this is often accomplished through formal credentialing and privileging procedures. Remote service delivery not only presents challenges in ensuring that providers are licensed to deliver a particular type of service in a specific jurisdiction, but also demands that counselors develop new TAC-specific competencies. Organizational TAC competencies differ from those required for agencies providing traditional in-person services. For example, program implementers need to be sensitive to such issues as naming of moderated forums and ensuring that the scope and role of the staff members responsible for moderating it are clear (Midkiff & Wyatt, 2008). Another example would be a client's potential inability to distinguish easily between a licensed professional's email and that of a support person who is responsible for logistical arrangements; you may wish to establish a policy requiring staff members to use full signatures that clarify who is sending the message, the role the sender plays, and alternative contact information for reaching the sender, such as a phone number (Maheu et al., 2004).

It is important for behavioral health organizations providing TAC to adopt policies and practices that ensure coordination of care among the various staff members who will communicate with a given client. You may wish to consider providing clients with an acknowledgment that explains the limits of any technology-based service that will be provided

Using Technology-Based Therapeutic Tools in Behavioral Health Services

## Emergencies

In addition to requiring the collection and verification of clients' emergency contact information at the time of intake, you should establish policies for handling emergencies when the client is not physically present at the service site (Barnett, 2011). These policies may include adding warnings to notify clients when an immediate response cannot be expected and how to reach a live person in the event of an emergency. Policies that define the timeliness of providers' responses to email and telephone calls, along with clinical backup procedures during a provider's absence, are also helpful (Maheu et al., 2004).

Behavioral health service providers should keep information on local emergency services and should have well-established protocols regarding the responsibilities of partner providers and agencies (Shore, Savin, Orton, Beals, & Manson, 2007). This is particularly true for remote agencies, where providers will have the most direct contact with clients but may not have the expertise to address an emergency situation adequately. For example, it is important to be knowledgeable of the civil commitment process and the available emergency mental and substance use disorder resources; in addition to this knowledge, it is essential to have clear agreements about roles and responsibilities so that local partners have a working relationship with your agency and its staff. Ongoing partnerships allow for confidentiality and privacy concerns to be addressed in advance of an individual crisis situation (Shore et al., 2007).

You may wish to institute procedures that document the circumstances in which providers can terminate treatment and ways that providers should respond to both overt and subtle requests from clients to terminate treatment. These procedures should include active referral of the client for continuing services with another reputable provider.

Introducing TAC to rural and frontier areas has raised some concerns about the handling of emergencies that are unique to the delivery of TAC in such settings. The American Telemedicine Association (2009a) recommends that behavioral health service providers working with rural populations discuss firearm ownership and safety with their clients, assess clients for substance use, and be familiar with the local emergency and behavioral health resources. They should also note the impact of emergency disclosures on confidentiality with regard to overlapping relationships in small communities.

and the terms of participation, either as a part of the informed consent process or separately. You must also establish a process for identifying situations in which the use of technology may be counterproductive or dangerous and enact policies for handling these situations, including when and how services should be discontinued (Murphy, MacFadden, & Mitchell, 2008).

## Regulatory Considerations

As TAC rapidly expands, states and payers are scrambling to establish regulations to keep pace. A survey of state mental health and substance use disorder agencies found that most states were using some form of telehealth, most often in mental health service delivery

via Web conferencing (National Association of State Alcohol and Drug Abuse Directors [NASADAD], 2009). At the time, only a handful of states reported using other technology for service delivery; fewer than half had implemented regulations. Of the 14 states with regulations, 5 required telehealth providers to meet the same standards required for in-person services, 3 required providers to have formalized protocols, 2 required provider certification, and 2 modified their requirements from the standards for in-person services (NASADAD, 2009).

A 2010 survey of state regulatory boards responsible for counselor certification found that 14 states had regulations for technology-assisted counseling, but only 6 states had

regulations for technology-assisted supervision (McAdams & Wyatt, 2010). Twenty states had regulations either under discussion or in development. Seven themes were identified among the states with regulations, including a tendency to regulate technology-assisted counseling and supervision as a discrete specialty versus another mode of counseling or supervisory activity. States tended to limit TAC to special circumstances, such as geographic isolation, and required additional disclosures of the risks and benefits of TAC either by incorporating the information into existing consent processes or by using additional consent forms. Most states required licensure in all states where TAC was delivered, but few states required specialized training.

Telemental health services using two-way audio and video transmissions are addressed by The Joint Commission, reimbursable under Medicaid in many states, and reimbursable by Medicare in rural areas (American Telemedicine Association, 2009a; California Telemedicine & eHealth Center, 2006). Detailed practice guidelines for delivery of telemental health services and clinical supervision using video conferencing technologies have been established by the American Telemedicine Association (2009b). These guidelines cover clinical specifications, such as ethics, emergencies, and general practice issues; technical specifications; and administrative issues (e.g., policies that organizations should adopt).

Most states require that professionals engage in telemedicine practice within their professional scope and have a license to practice in the state where the client resides. Some states have state reciprocity regulations regarding licensure; abiding by these state licensing regulations is often a condition of malpractice insurance coverage (Mallen, Vogel, Rochlen, & Day, 2005). Clients must be fully informed of the potential risks and benefits related to

> ### Resources on TAC Regulations and Financing
>
> - American Telemedicine Association (http://www.americantelemed.org/)
> - Center for TeleHealth & e-Health Law (http://www.ctel.org/)
> - HRSA Rural Health IT Adoption Toolbox (http://www.hrsa.gov/healthit/toolbox/RuralHealthITtoolbox/index.html)
> - HHS's Explanation of Health Information Privacy (http://www.hhs.gov/ocr/privacy/)

TAC and must also consent to the transmission of their data and images. Current TAC best practices thus include:

- Limiting practice to working with clients who live in the state in which the professional is licensed (Mallen, Vogel, & Rochlen, 2005).
- Providing TAC services within the scope of practice authorized by the professional license.
- Explicitly discussing with clients the risks and benefits of TAC (McAdams & Wyatt, 2010).
- Participating in specialized training prior to engaging in service delivery or supervision (Maheu & Gordon, 2000; Midkiff & Wyatt, 2008).

The U.S. Food and Drug Administration (FDA) is developing regulations requiring certain tools and mobile applications to be approved as medical devices. The FDA deems certain devices to be low risk; these can be used without FDA approval. See the "Confidentiality, Privacy, and Security" section in Part 1, Chapter 1, for a summary of FDA developments and references to recent FDA documents. TAC implementation teams should monitor the FDA Web site and sign up for email updates from FDA and other sources, such as the Office of the National Coordinator for Health Information Technology (http://www.healthit.gov).

# Part 2, Chapter 2

## IN THIS CHAPTER
- Introduction
- Tools for Clinicians
- Staff Recruitment and Supervision
- Sample Telehealth Policies

## Introduction

A variety of materials can be found online to assist behavioral health service providers who use technology in their practice and to help clients use technology to support their recovery. This chapter includes selected resources for providers and administrators who are implementing technology-assisted care (TAC). The materials included in this chapter are intended for modification based on the unique context, service design, and staffing configurations of a given program or organization; they are only a small sampling of the wide array of resources available.

In exploring TAC implementation opportunities, understanding the various TAC-specific terms you may encounter is key; the glossary in Exhibit 2.2-1 is by no means exhaustive, but it does cover most common terms.

## Tools for Clinicians

### Written Statements To Communicate or Elicit Emotional Responses

Relying on written words to express emotion is quite different from having in-person exchanges, but written exchanges can be particularly useful for specific types of people or circumstances (Anthony, Nagel, & Goss, 2010). In particular, people who have previously experienced discrimination, who have service access barriers, or who are concerned about preserving the anonymity of their participation in treatment can benefit from counseling and support that relies on the written word rather than in-person exchanges. Nonetheless, providing clinical services via the written word presents challenges for counselors and clients. Exhibit 2.2-2 shows how a counselor might phrase questions to elicit particular

## Exhibit 2.2-1: Glossary of Common Technology Terms

| Application (app) | A software program that runs on a computer, tablet, or mobile phone. |
|---|---|
| Asynchronous communication | Communication that, once sent, can be responded to later. For example, email allows recipients to respond whenever they wish, whereas synchronous communication requires sender and recipient to communicate at the same time, often back and forth, as in a phone conversation. Email can be considerably slower than text messaging, but some consumers may be more comfortable with a slower form of communication. Younger clients are often more experienced with texting and prefer the more rapid communication exchange that is possible via this medium, as do many others of any age who are familiar with texting. |
| Authentication | Some form of verifying the user of a given technology, such as through a password, key code, thumbprint, retinal scan, or photo likeness. |
| Avatar | An icon, picture, character, or graphic that represents a person's online identity. Avatars allow people to portray online identities without revealing their real images. |
| Bandwidth | The capacity of the transmission connection. Large bandwidth allows more information to be sent in less time. |
| Blog | Written thoughts, links, opinions, and commentaries posted on a Web site. |
| Broadband | Bandwidth adequate to transmit high-quality audiovisual data. |
| Chat | Online communication that occurs in real time; includes chat rooms, where people (usually several individuals) exchange dialog, as well as instant messaging (usually involving just two people). |
| Desktop | The first display you see on a computer after the startup is completed. It is often a background or wallpaper where icons of files and programs are saved. |
| Desktop computer | A personal computer (PC) to be used in one location, as compared with a laptop or portable computer, which is meant to be carried around and used in many locations. |
| Domain | The last two parts of an email or Web address that show the organization's name, such as "gmail.com" or "SAMHSA.gov." |
| Encryption | Encoding data on an email or Web page so it has to be decoded by the person or system that is authorized to see it. |
| Firewall | Hardware or software that prevents unauthorized access to a computer network. |
| Frame relay | The streamlined process of sending and receiving data. |
| Malware | A program loaded on a computer system to compromise the confidentiality or integrity of the data, applications, or operating system of the computer. |
| Network | A set of locations, points, or computers connected for information exchanges. |
| POTS | Plain Old Telephone System or landline (versus a mobile, or cellular, phone system). |
| Real time | A form of sharing data or communicating where there is no perceivable delay between the time something is sent and the time it is received. |
| Redundant | A backup approach to data processing or communications to ensure that even when one critical element of the system fails, the system continues to operate. |

*(Continued on the next page.)*

## Exhibit 2.2-1: Glossary of Common Technology Terms (continued)

| | |
|---|---|
| Smartphone | A mobile telephone that can do more than make phone calls or send text messages. Smartphones often can send and receive email, access the Internet, display photos, and play videos. |
| Social media or networking | Web sites (e.g., Facebook, Google+, LinkedIn) that allow people to create Web pages with personal information and exchange messages with others. |
| Store-and-forward | Transmission of images or audio clips to a storage device where a behavioral health service provider can view them, thus reducing the bandwidth required. |
| Synchronous communication | Communication where there is no lapse between the time the sender communicates something and the receiver gets the message, allowing the participants to communicate in real time. |
| Tablet | A small, lightweight computer that often uses a touchscreen instead of a keyboard. |
| Teleconferencing | Interactive communication among multiple users at different sites; can include voice, video, and data. |
| Telehealth | Use of electronic information and telecommunications to support long-distance clinical healthcare, health-related client and professional education, public health, and health administration. |
| Telemedicine | The exchange of medical information from one site to another through electronic communications to improve clients' clinical health status; can sometimes be used as a synonym for telehealth. |
| Text message (SMS) | Brief message typed in a phone or other handheld device that is sent by wireless telephone to another user. |
| Tweet | Brief online posting distributed to a group of users that are registered as followers of a particular person's tweets. |
| Twitter | An online service that manages subscribers' tweets. |
| Uniform resource locator (URL) | An Internet address. |
| Video conferencing | Real-time, two-way transmission of video images across multiple locations. |
| Videophone | These types of phones include an imaging device that lets the caller and receiver view each other, as on a television. |

responses or communicate a collaborative and accepting attitude to a client. For additional discussion of research (Simon et al., 2011) related to online text messages in a trial of depression treatment follow-up, see Part 1, Chapter 2, as well as the online-only literature review in Part 3 of this Treatment Improvement Protocol.

## Text-Based Communication Shortcuts

The use of emoticons and acronyms is not recommended for behavioral health service providers because of the risk of misinterpretation and the blurring of professional and personal relationship boundaries. However, providers engaged in text-based client communication should understand some

**Exhibit 2.2-2: Statements To Elicit Responses From Online Clients**

| Expressing empathy | Obtaining permission | Normalizing |
|---|---|---|
| • How sad.<br>• That is terrible.<br>• What an incredible ordeal. | • Is it okay if I ask you some questions about...?<br>• Are you up to some questions now? | • Often it is hard to...<br>• Often it is hard not to...<br>• It is okay if you... |

| Restating | Nurturing collaboration | Eliciting commitment |
|---|---|---|
| • Correct me if I'm wrong…<br>• I get the impression that…<br>• I sense that you… | • Do you think it would be advisable to...?<br>• As we have both said… | • What are one or two things that you should do first?<br>• How would you know if the effort was worth it?<br>• So are you saying that you are willing to try doing _____? |

| Promoting credit for change | Emphasizing strengths and nurturing hope | |
|---|---|---|
| • How were things different this time than they were last time?<br>• What do you think accounts for the change?<br>• What, if anything, did you do differently this time? | • Somehow you got past the obstacle of... Is that correct?<br>• What allowed you to...in spite of...?<br>• How did you do that? | |

| | | Assisting with goals |
|---|---|---|
| **Enhancing motivation** | **Gathering more information** | • Does your goal seem realistic? Should you establish subgoals?<br>• Of your goals, which one should you begin with? How should you choose?<br>• How can you go about achieving these goals?<br>• Do you have a plan? Do you need help? |
| • What is different when the problem is manageable?<br>• How would you like things to be different?<br>• Of the things we have discussed, which are the most important reasons to change? | • In order to understand your situation, I would like to ask you some questions.<br>• Can you describe the situation you are in now?<br>• How often does this behavior occur?<br>• What else should I know about you and your situation to help you with this problem? | |

common emoticons and acronyms that their clients may use. Exhibit 2.2-3 lists some of the more common emoticons and acronyms used in text-based communication. Providers should verify the meaning of communications from clients using emoticons; they often carry multiple, ambiguous meanings.

## Determining the Appropriateness of TAC for Clients

As with all modes of service provision, some clients are better suited to TAC than others. For the services to be effective, the client's strengths and resources must match the selected treatment approaches. The International Society for Mental Health Online (2010) identifies some considerations when screening clients for TAC (Exhibit 2.2-4).

## Internet Security and Privacy Considerations for Clinicians and Clients

Social networking and online mutual-help groups present a host of support opportunities that transcend geographical boundaries and create opportunities for anonymity that

### Exhibit 2.2-3: Common Emoticons and Acronyms in Text-Based Communications

| Common Emoticons | | Common Acronyms | |
|---|---|---|---|
| :) *or* :-) | Happiness, joke, sarcasm | AAMOF | As a matter of fact |
| :( | Unhappiness | BBFN | Bye bye for now |
| :-/ *or* :-// *or* :-S | Undecided, confused | BFN | Bye for now |
| :@ | Shock or screaming | BTW | By the way |
| |-O | Yawn | BYKT | But you knew that |
| >_< *or* >< | Angry or frustrated | FITB | Fill in the blank |
| T_T | Crying | FWIW | For what it's worth |
| D: | Total fear | FYI | For your information |
| >O | Ouch | HTH | Hope this helps |
| X-( | Angry | IMO/IMHO | In my opinion/In my humble opinion |
| :_( *or* :'( *or* QQ | Crying | LOL | Lots of luck/love or laughing out loud |
| :o | Surprised | NC | No comment |
| | | NP | No problem |
| | | NRN | No reply necessary |
| | | OMW | On my way |
| | | TIA | Thanks in advance |
| | | TTYL | Talk to you later |
| | | TYVM | Thank you very much |

*Source: Anthony et al., 2010, p. 19. Adapted with permission.*

in-person support cannot offer. Nonetheless, social networking and online support also expose users to new risks. Providers delivering TAC, as well as behavioral health program administrators, should know the opportunities and risks associated with social networking, online support, and Internet privacy; they should help their clients minimize Internet security and privacy risks. Many federal, state, and community-based organizations provide information on using social media and other Internet resources safely. The Office of the National Coordinator for Health Information Technology offers information about protecting personal health information, including protecting health information when using mobile devices (see http://www.healthit.gov/patients-families/what-you-can-do-protect-your-health-information). The National Cyber Security Alliance's Stay Safe Online Initiative provides fact sheets, toolkits, and other information on cybersafety. The checklists that follow provide information on cybersafety; administrators, providers, and clients can use them to minimize the risks associated with seeking online support:

- Safety Tips for Social Networking (http://www.staysafeonline.org/stay-safe-online/protect-your-personal-information/social-networks)
- Privacy Tips for Teens & Young Adults (https://www.staysafeonline.org/data-privacy-day/teen-and-young-adult-resources)
- Safety Tips for Mobile Devices (http://www.staysafeonline.org/stay-safe-online/mobile-and-on-the-go/mobile-devices)

Using Technology-Based Therapeutic Tools in Behavioral Health Services

## Exhibit 2.2.-4: Considerations Regarding the Appropriateness of TAC

Communication preferences:
- Does the client prefer in-person communication, video messaging, phone, email, instant messaging, or chat?
- Is the client able to benefit from communication methods that he/she does not prefer?

Computer knowledge, skill, and resources:
- Does the client have access to a computer system and the Internet?
  Is the client knowledgeable of his or her computer system and the Internet?
- Does the client have the motivation and capacity to experiment with new technologies?
- Are the client's computer resources compatible with the agency or clinician's system?
- Does the location where the client accesses the computer or Internet pose privacy or technological concerns (including firewalls)?
- If Internet access is interrupted, are there workable alternatives, such as email or telephone?

Online communication knowledge:
- Does the client already use technology to communicate with others?
- What type of experience does the client have with online communications?
- Does the client participate in online support groups? What is the quality of these interactions?

Suitability for text-based communication:
- What kinds of experiences has the client had with reading and writing?
- Are there physical, cognitive, or literacy limitations that would interfere with the client's ability or comfort with reading and writing?
- How well does the client type?
- Does the client enjoy in-person and phone conversations? Why?
- Does the client prefer spontaneous communication, such as chat or IM, versus taking the time to compose, edit, and reflect, such as when using email?

Prior or current treatment experiences:
- How might prior treatment experiences or expectations of treatment influence the client's attitude about participating in online therapy?
- Does the client currently participate in counseling or therapy, and how might this experience influence the online therapy experience?

Presenting or co-occurring problems:
- What is the most appropriate level of care for the presenting problem, and will online therapy be able to meet the needs of the client?
- Is the client suicidal or engaging in risky behaviors?
- Does the client have problems or behaviors that might prevent him or her from responding to online therapy (e.g., impulsiveness, difficulty with boundaries)?
- Does the client have physical health conditions or disabilities that may influence his or her ability to use online therapy?
- Does the client have mental or physical health problems that need to be continuously assessed visually, such as slurred speech, tremors, or flat affect?

Cultural considerations:
- Are there language barriers that may create obstacles to text-based communication?
- Are there cultural considerations that enhance or detract from the usefulness of online therapy?

Other resources or referrals:
- Are there other resources that would better serve the client?
- Are there other supports or resources that can supplement online therapy?

*Source: Suler, 2001. Adapted with permission.*

**Checklist of HIPAA Security Policy Considerations Related to Remote Access and Mobile Devices**

User authorization to access electronic PHI
- [ ] Authorization based on role
- [ ] Authorization based on need for access
- [ ] Workforce training prior to access

Security of devices outside physical control of organization
- [ ] Devices covered, such as mobile phones, laptops, flash drives, backup devices
- [ ] Virus protection for remote devices
- [ ] Unattended offsite workstations
- [ ] Prevention of lost or stolen devices
- [ ] Deterrence of access to electronic PHI if devices are lost or stolen
- [ ] Backup and other procedures to avoid loss of electronic PHI if devices are lost

Electronic PHI sent over networks
- [ ] Anticipated uses and risks such as e-prescribing and Web mail
- [ ] Use of secure connections
- [ ] Email encryption

Workforce training
- [ ] Access, storage and transmission of electronic PHI
- [ ] Password management
- [ ] Protection of remote devices from loss or unauthorized access
- [ ] Prohibitions and procedures for transmitting PHI using email
- [ ] Prohibitions and procedures for downloading PHI to remote computers
- [ ] Consequences of policy violation

Procedures and sanctions for loss of control of PHI
- [ ] Lost or stolen logins or devices
- [ ] Unauthorized access to networks or devices
- [ ] Unattended workstations
- [ ] Virus introduction to mobile devices

*Source: HHS, 2006. Adapted from material in the public domain.*

**Checklist of Technology Fluency**

What kinds of technology do you use in your work?

- ☐ Email
- ☐ Electronic health records (EHRs)
- ☐ Internet
- ☐ Social media (Facebook, Twitter, LinkedIn)
- ☐ Office software (spreadsheets, documents, presentations)
- ☐ Video equipment
- ☐ Conference calling telephone
- ☐ Mobile telephone

What kinds of technology do you use in your personal life?

- ☐ Email
- ☐ EHRs
- ☐ Internet
- ☐ Social media (Facebook, Twitter, LinkedIn)
- ☐ Office software (spreadsheets, documents, presentations)
- ☐ Video equipment
- ☐ Conference calling telephone
- ☐ Mobile telephone

How often do you use a computer for work or personal reasons?

- ☐ More than once a day
- ☐ 2–3 times a month
- ☐ Once a day
- ☐ Once a month or less
- ☐ 2–6 times a week
- ☐ Never
- ☐ Once a week

How long have you been using the Internet?

- ☐ Never have used it
- ☐ 1–3 years
- ☐ Less than 6 months
- ☐ 4–6 years
- ☐ 6–12 months
- ☐ 7 years or more

How comfortable do you feel using computers, in general?

- ☐ Very comfortable
- ☐ Somewhat uncomfortable
- ☐ Somewhat comfortable
- ☐ Very uncomfortable
- ☐ Neither comfortable nor uncomfortable

How comfortable do you feel using the Internet?

- ☐ Very comfortable
- ☐ Somewhat uncomfortable
- ☐ Somewhat comfortable
- ☐ Very uncomfortable
- ☐ Neither comfortable nor uncomfortable

*Source: Bunz, 2004. Adapted with permission.*

The use of mobile devices and external storage devices in the delivery of clinical services creates additional challenges to ensuring the security of protected health information (PHI). Entities that are covered by the Health Insurance Portability and Accountability Act (HIPAA) must implement policies and procedures to ensure that the electronic PHI they generate or share meets all HIPAA security requirements. The following checklist extracted from the U.S. Department of Health and Human Services (HHS) HIPAA Security Guidance (2006) summarizes some of the key considerations for organizations using mobile devices in the delivery of behavioral health services.

## Staff Recruitment and Supervision

### Screening Staff Members for Technology Competence

A variety of measures assess computer use, attitudes, and fluency and are available for organizational use (Bunz, 2004). Use the following checklist to initiate a discussion with staff members about their comfort with and skills using technology. The list includes items from the Computer-Email-Web Fluency Scale (Bunz, 2004). More detailed questions about computer use appear in the original scale. You can also ask staff members to demonstrate their computer skills in a timed session.

### Supervisor Competencies

There are distinct competencies that supervisors who oversee TAC must master. These competencies are generally derived from using technology in their own practice. In addition, supervisors who use technology to deliver long-distance clinical supervision must have a distinct set of competencies if they are to be adequately prepared to use technology to conduct supervision effectively. Exhibit 2.2-5 depicts the knowledge, skills, and attitudes required for two types of supervisors: those who supervise care providers in their delivery of TAC and those who use technology to deliver supervision.

## Sample Telehealth Policies

Policies and procedures vary based on the type of technology used, risks associated with the intervention, the organization's regulatory climate, and the size and scope of the organization itself. The sample policies that follow are adapted from an internal policies and procedures manual developed by The Billings Clinic in Billings, MT, and provided by TIP Consensus Panelist Thelma McClosky Armstrong, M.A. They provide a snapshot of some issues that organizations may wish to consider in developing policies for technology-assisted services. Some of the sample policies clearly relate to telehealth for physical disorders or when a telehealth provider may need a close or thorough physical view of the client. Although telebehavioral health will not often require such a physical review of the client, the policies have been included to foster integrated care in case the telebehavioral health administrator wishes to share these sample policies with a general telehealth administrator.

### Room Evaluation

The goal of this section is to provide a process for evaluation of a room to ensure optimal conditions during a telemedicine consult.

Sound:
- A quiet room is ideal. Fabric (e.g., curtains, walls) and carpeting are beneficial to reduce the reflection of sound in the room.
- Be aware of ambient noise. Listen for fans, furnace, air conditioning, overhead speakers, vacuuming, and noises from nearby rooms. Eliminate noises if possible.

Using Technology-Based Therapeutic Tools in Behavioral Health Services

## Exhibit 2.2-5: Technological Competencies for Supervision

| Knowledge Area | Supervision of TAC | Supervision via technology |
|---|:---:|:---:|
| All of the knowledge-related competencies required of clinicians | ✓ | ✓ |
| Ethical and confidentiality concerns related to transmitting clinical information | ✓ | ✓ |
| Benefits of technology-delivered supervision | | ✓ |
| Scope of practice requirements and risks | ✓ | ✓ |
| Regulations related to delivery of technology-based care | ✓ | |
| Regulations related to delivery of technology-based supervision | | ✓ |
| Organizational policies on privacy, confidentiality, security, and informed consent | ✓ | ✓ |
| Common ethical, privacy, security, and risk management issues faced when providing technology-based clinical care | ✓ | |
| Common ethical, privacy, security, and risk management issues faced when providing technology-based supervision | | ✓ |
| **Skill Area** | **Supervision of TAC** | **Supervision via technology** |
| All of the skill-related competencies required of clinicians | ✓ | ✓ |
| Development of working alliances with and discerning nonverbal cues of supervisees when using technology | | ✓ |
| Identification of red flags in clients through text, video, clinical records, and clinician reports | ✓ | ✓ |
| Strategies to structure technology-delivered supervision | | ✓ |
| Ability to make a remote supervision session lively and relevant to clinical rather than administrative supervision needs | | ✓ |
| **Attitudes** | **Supervision of TAC** | **Supervision via technology** |
| Interest in adoption of new practice/supervision techniques | ✓ | ✓ |
| Willingness to work through technology interruptions/glitches | ✓ | ✓ |

- If the room has a phone, turn the ringer down. Mute or turn volume down on intercom systems if this is an option.

Walls and windows:
- Solid blue or gray walls are ideal. Avoid patterns on the wall or wallpaper.
- Walls behind the client may be covered with blue cloth. Blue enhances skin tones.

- Cover windows with darkening curtains.
- Note objects in the room that may be distracting to cameras and participants. Keep items such as light switches, screens, or reflective items out of frame.

Lighting:
- Fluorescent lighting creates good video. The bulbs should be 3200 to 4700 degrees

Kelvin. (Average fluorescent lighting is 3500 degrees Kelvin.)
- Most fluorescent lights are directed down into a room, resulting in darkened eyes.
- Ideal lights are directed to reflect off the ceiling, resulting in indirect lighting. Other options include front lighting or lights mounted on the walls to direct light at the front of participants.

### Key points
- Solid backgrounds without patterns are preferred for video conferencing.
- Eliminate background noise.
- Curtains should block daylight coming through windows.

## Client Positioning

This section provides instruction on positioning a client for an exam over telemedicine for the ultimate visual clarity and safety:
- Seat the client so that he/she has a clear view of the consultant on the monitor.
- Place the monitor so that the presenter may also see the video being sent to the provider.
- Note the camera angles needed to ensure that the provider sees the exam without the presenter blocking the view. This may involve the use of more than one camera for various parts of an exam.
- Determine the client's mobility status. The client may be asked to walk, jump, balance, squat, and arise from a seated position. Inform the provider of any concerns. Stay by the client's side for these assessments.
- Provide a safe, obstacle-free environment.
- The client may be initially seated in a chair and later move to an exam table.
- The client may need to turn so the camera views the back while assessing lung sounds or other views involving the back. This may also be accomplished by using two camera presets.

- Have blue cloth draping available during a consult. Blue enhances skin tones.

### Key points
- A presenter needs to see both client and monitor during a telemedicine exam.
- Use blue towels or pads when examining skin to ensure accurate skin tones.

## Camera Placement

This section gives instruction in the use and placement of cameras during a telemedicine consult. Several cameras can be used to evaluate clients for clinical visits, including polycom video conferencing cameras, document cameras, and peripheral cameras.

The high-definition camera:
- Is the primary camera.
- Frame the client in the picture slightly left of center to allow space for the picture-in-picture (PIP) at the consulting site without obscuring the client.
- If more than one person is attending the consult, place chairs close to one another.
- Preset camera settings so that each individual is visible alone in a close shot and together in another shot.
- Preset a close shot of the client's upper body and a full-body shot. The provider can better assess posture and nonverbal communication with these views.
- When adjusting your camera, try to fill the screen as much as possible with people rather than with the table, chairs, walls, lights, or the floor.

The document camera:
- Use a preset for the document camera.
- May be used by either the provider or the client to share printed matter, pictures, X-rays, or three-dimensional objects.
- May be used to assess hands or arms. The lighting and magnification are ideal. Use a blue background to enhance skin tones.

The peripheral camera:
- Use a tripod. Even minimal movement made while holding the camera is magnified on the screen. When practical, it is preferable to use the tripod.
- Use a preset for the peripheral camera.
- Refer to the camera instructions to white balance and focus the camera prior to each use. Compare skin color on the monitor screen with actual color off camera to determine accurate color settings.
- To assess gait, place the camera 12 to 18 inches off the floor. The provider must see the feet, legs, arms, and torso of the client.
- When assessing skin, use a blue cloth pad or blue drape for the background.
- For close shots of the skin, it is best to set the camera for a wide shot and then move the camera very close to the skin.
- Be aware of camera angles when showing the right and left sides of the body—for example, when shooting arm reflexes. Allow the presenter to be in the alignment needed and work around her/him.

### Key points
- Ensure that the peripheral camera has been white balanced every time it is used.
- Set the camera on wide angle and bring it in close to get a clear picture of the skin.
- Fill the screen as much as possible with the individual(s) in the room.

## Microphone Use

This section directs the placement and use of the microphone for telemedicine consults:
- Place the microphone at least 3 to 5 feet away from the video conferencing unit.
- Place the microphone at least 2 feet from the speaker facing away from the monitor.
- Speak in a normal voice; do not shout.
- Note that the microphone is very sensitive and will pick up and amplify noises such as clicking pens and shuffling paper.

- If the microphone must be relocated during a conference, mute the microphone and then move it to the new location.
- If one site hears an echo or sound distortion over the video conferencing equipment, the most likely cause is microphone placement at the site. The solution is for the offending site to move the microphone away from the monitor speaker and/or turn down the volume.
- Mute microphones when a call comes into the site to protect the confidentiality of the participants until they are ready to join the conference.
- Instruct the users in the control of the mute button and the volume adjustment on the remote.
- Limit side conversations if there are additional people involved in the consultation.
- Ask the people at the other site if they can hear. Have them introduce themselves to evaluate sound quality.
- Pause briefly for others to answer or make comments, due to the fact that the audio has a very slight delay.

### Key points
- Place the microphone at least 3 feet from the video conferencing unit.
- Check the microphone after the call connects to ensure that the mute is off.
- Ask the site you are connected with to check microphone placement and volume if your voice echoes back,.

## Privacy

This section offers instruction for ensuring that telemedicine visits are private:
- Place a sign on the room's door to noting that a private consult is in session.
- Allow the consulting provider or designee to introduce any other individual(s) in the room and ask the client's permission to have that individual(s) present during the

134

consult. If the client denies permission, the individual(s) will exit the room.

- Allow the consulting provider to pan the room with the camera at the client's request to assure the client that no other parties are attending the consult.
- Ask the client his or her preference regarding the site facilitator staying in the room. Repeat this question at each visit.
- Have the site facilitator wait outside the room or leave a number that the client may call for assistance if he or she is not in the room for the consult.
- If the facilitator will not remain in the room for the consult, adjust the camera prior to exiting so that the provider sees the upper half of the client's body, unless instructed otherwise.
- Inform clients about the video conferencing system and its capabilities, risks, and benefits. Review with them the process that will occur during the consultation.
- Obtain consents for participation in the telemedicine consultation. Maintain the original in the client's medical record at the consulting site. A copy may be made for the records at the client's site.
- Give clients the option of terminating the telemedicine encounter at any time and opting to see the consulting physician in person.

### Key points

- A client shall sign a consent form for a telemedicine consult.
- The client shall be made aware of all individuals in the room at the far site.
- The site facilitator shall be available to the client during a consult.

## Client Preparation

The goal of this section is to provide instruction in educating the client in preparation for a telemedicine encounter:

- When the initial telemedicine appointment is made, instruct the client to arrive 15 to 30 minutes prior to the appointment with the consultant. Instruct those who must complete registration forms to arrive 30 minutes prior to the appointment and to bring insurance cards and a copy of their current prescriptions.
- In some cases, the consulting doctor's office may send forms to the client to be completed and brought to the visit or mailed back prior to the visit. If a client arrives with completed forms, fax these forms to the consulting provider.
- Give the client the site location name and address and the site facilitator's name and phone number.
- If the client is seeing a [agency name] provider, the rural site will register him or her as a [agency name] client. In the case of a follow-up visit by a previously registered client, further registration may be unnecessary. The telemedicine nurse will notify the site if registration is required. The client bill will come from the consulting provider.
- Introduce yourself to the client and escort the client to the exam room.
- Explain the telemedicine visit and give the client a chance to ask questions.
- Cover these points:
  – The provider is located at an office in a distant town.
  – The client sees the provider on a monitor just as the provider sees the client on a monitor. There are cameras and microphones at both sites.
  – The consultation is private.
  – Ensure the introduction of each person in the rooms at both sites and the issuing of statements as to the role each person plays.
  – Introduce any additional peripheral devices to be used: cameras, electronic stethoscope, document stand, and video

otoscope. There may be a need to get a close view of the client using a camera during the consult.

– The client may be asked to don a gown so that the physical assessment may be completed.

– Take turns speaking so that all participants can hear the conversation. If the provider wants a certain person in the room to answer a question, the provider will specifically address that individual. Allow the queried individual to respond. Sometimes, providers are assessing speech, cognition, or memory.

– If the client is uncomfortable with any part of the exam, he or she may refuse to continue that portion of the exam.

– If the client wants to speak to the provider privately, instruct him or her to let the site facilitator know.

– Encourage the client/family to ask the provider questions.

## Key points

- Only clients seeing a [agency name] provider will register using the [agency name] forms.
- The site facilitator shall explain that the telemedicine visit is private.
- Clients should be instructed to take turns speaking during a visit.

## Scheduling Telemedicine Appointments

This section describes a process for scheduling telemedicine appointments.

Option one:
1. When a provider or client requests a telemedicine appointment, call the telemedicine office. (Provider <phone number> or Main Office <phone number>)
2. Initial information required includes the type of specialty consult needed, the

referring provider's name and number, and the sites connecting for the consult.
3. Telemedicine staff may need to contact a consulting provider to determine whether the request can be met. The consulting provider may request further medical information to determine whether a client is appropriate for a telemedicine consult.
4. The telemedicine office will set the date and time after consulting with the client, provider, and any other individuals who must be present (presenters or referring providers) and the schedule. Site facilitators may assist in this communication.
5. Client initials are logged in the scheduler. The telemedicine nurse or consulting office staff notifies the site of the client's name.
6. The telemedicine nurse will determine what equipment needs there will be for the appointment and inform the site; note these in the reservation.
7. The appointment scheduler will email appointment information automatically to all involved parties.
8. The scheduling of follow-up appointments will occur in the same manner as described in Steps 1-7.

Option two:
1. When a client or provider requests a telemedicine appointment, place a call to the telemedicine office, the central appointment desk <phone number>, or the consulting specialist's office.
2. Request client information from the caller.
3. The scheduling process continues with steps 5, 6, 7, and 8 under option one.

## Key points

- A medical consult over telemedicine requires scheduling of the client, the consulting provider, the rooms at both sites, and possibly a presenter.

- The telemedicine site knows which equipment to set up by referring to the telemedicine scheduler.
- Client information on the telemedicine scheduler is limited to the client initials.

## Telemedicine Visit Documentation

The goal of this section is to provide instruction to ensure that proper documentation occurs with telemedicine consults:

- Ensure that a client who participates in a telemedicine visit signs a Client Consent for a Telemedicine Encounter form. If the client previously signed this document, the client need not sign again. Send the original to the consulting site to be filed in the medical records the provider's office keeps. Give a copy to the client.
- Register clients seeing [agency name] providers for the first into the system. Clients must complete forms in the registration packets located at the rural site including Conditions of Registration, [agency name] Face Sheet, and Medicare Secondary Payer (if Medicare eligible). Refer to the [agency name] Telemedicine Registration for New Clients instructions. Send original documents to the telemedicine office for inclusion in the [agency name] chart.
- Offer each client a question and answer form to complete and a self-addressed stamped envelope to mail the completed form back to the [agency name] office if desired. The site facilitator will send the completed form to the [agency name] office in the event that the client leaves the form at the rural site.
- Allow clients to bring to the visit any forms they have received from providers to complete prior to the visit, and send these forms to the appropriate provider.
- Before the visit, review clinical guidelines to determine if this type of visit requires additional information or questionnaires.

- Consider making copies of these documents accessible on the members-only section of the [agency name] Web site.
- Prepare for visits that may require documentation of client vital signs (e.g., weight, temperature, pulse, respiration, blood pressure). The site facilitator may document vital signs on the visit template if appropriate and send them to the provider or verbally report them to the consultant.
- Keep all original documentation at the consulting provider site, as is the case with in-person care. Keep copies at the client site at the discretion of the regional center.

### Key points

- Have clients sign a consent form for a telemedicine visit even if you are uncertain as to whether it is necessary.
- Keep all original telemedicine documents at the consulting site in the client's chart.

## Records Access

This section ensures that consultants have documents in place for a telemedicine consult:

- Make client records stored at the client site readily available during the consult.
- The consulting provider or staff person working with the provider may request that you provide certain documents prior to the consult.
- Follow the rules that govern sharing of medical information; a consulting provider may access client information from a referring doctor.
- Documents requested may include a referral note, lab reports, X-ray reports or films, scans, or other studies.
- Send client records at the consulting site to the provider in the same manner as occurs with an onsite visit.
- Make a computer with access to the client's electronic medical record available for use by the consultant at the time of the visit.

### Key points

- It is permissible to share site medical records with a consulting doctor.
- Send documents requested by the consultant via secure fax, mail, or a picture archiving and communication system.

## Prescriptions

This section describes a process for ensuring that a client receives the required prescription(s) following a telemedicine encounter:

- During a consult, a provider may choose to order a new medication or to change the medication the client is currently using.
- The provider may ask the client what pharmacy he or she uses and order the prescription directly.
- The provider may mail a prescription to the client.
- The provider may fax a prescription to the pharmacy used by the client.

### Key points

- The provider may call a new medication order into the client's pharmacy directly.
- The provider may mail a prescription to the client.

## Additional Tips

- When presenting a client or planning to be on camera for another reason, be aware of clothing choices. Solids are preferable to checks, plaids, geometric shapes, or stripes. Red, vibrant orange, hot pink, and white may cause a color bleeding effect over video. The color of choice is blue, as it enhances natural skin tones.
- A blue drape or cloth pad should be available for all medical consults. Covering carpet to examine feet or draping the client to better examine a limb or face or cover distracting clothing is important to provide quality pictures.

- Client gowns shall be blue (preferably) or a solid color.
- If a provider inquires about a specific area on the client, offer to show that area to allow for assessment. Providers may not be certain of the technology or the convenience of moving the cameras.
- Observe the client for gait, posture, affect, care of clothing, odor (alcohol or body odor), and tremors. Report observations to the provider via the system or by phone when the client is not present. If appropriate, bring up the topic during the encounter. You may say, "I noticed that you are unsteady when you are walking."
- Model good communication for the client. Encourage the client to ask questions of the provider. If the client has shared a concern prior to the visit, be certain to bring up the topic for the provider to address (e.g., "Mary mentioned that she has noted increased ringing in her ears since she last saw you").
- You are the connection to the provider. You are the key to a successful consult.

### Key points

- Presenters should wear clothing in a solid color without patterns.
- Clients may forget important questions once the provider enters the room. If a client shared a concern prior to the provider being present, be certain that it is addressed in the visit.
- Show the provider areas mentioned so that he/she sees everything in question.

The policies presented in this section serve only as an example of how one agency has formulated its telehealth policies. Every administrator must make decisions that reflect the clients, the agency, the services, and the circumstances at hand. Such policies will require updating due to changing needs, circumstances, and technologies.

# Appendix A—Bibliography

Abbass, A., Arthey, S., Elliott, J., Fedak, T., Nowoweiski, D., Markovski, J., & Nowoweiski, S. (2011). Web-conference supervision for advanced psychotherapy training: A practical guide. *Psychotherapy, 48,* 109–118.

Abbott, J. A., Klein, B., & Ciechomski, L. (2008). Best practices in online therapy. *Journal of Technology in Human Services, 26,* 360–375.

Alemi, F., Haack, M. R., Nemes, S., Aughburns, R., Sinkule, J., & Neuhauser, D. (2007). Therapeutic emails. *Substance Abuse Treatment, Prevention, and Policy, 2.*

American Counseling Association. (2005). *ACA code of ethics.* Alexandria, VA: American Counseling Association.

American Medical Association. (2000). *Guidelines for patient–physician electronic mail.* Chicago: American Medical Association.

American Mental Health Counselors Association. (2000). *Code of ethics of the American Mental Health Counselors Association.* Alexandria, VA: American Mental Health Counselors Association.

American Psychiatric Association. (2013). *Diagnostic and statistical manual of mental disorders,* 5th ed. Arlington, VA: American Psychiatric Association.

American Psychological Association. (1997). *APA statement on services by telephone, teleconferencing, and internet: A statement by the Ethics Committee of the American Psychological Association.* Washington, DC: American Psychological Association.

American Psychological Association. (2010). *Ethical principles of psychologists and code of conduct.* Washington, DC: American Psychological Association.

American Psychological Association. (2012). *New generation of virtual humans helping to train psychologists.* Washington, DC: American Psychological Association.

American Telemedicine Association. (2009a). *Evidence-based practice for telemental health.* Washington, DC: American Telemedicine Association.

American Telemedicine Association. (2009b). *Practice guidelines for videoconferencing-based telemental health.* Washington, DC: American Telemedicine Association.

American Telemedicine Association. (2010). *US states.* Washington, DC: American Telemedicine Association.

Andersson, G., Carlbring, P., Berger, T., Almlöv, J., & Cuijpers, P. (2009). What makes internet therapy work? *Cognitive Behaviour Therapy,* 1.

Andersson, G., Carlbring, P., & Grimlund, A. (2008). Predicting treatment outcome in internet versus face to face treatment of panic disorder. *Computers in Human Behavior, 24,* 1790–1801.

Andersson, G., & Cuijpers, P. (2009). Internet-based and other computerized psychological treatments for adult depression: A meta-analysis. *Cognitive Behaviour Therapy, 38,* 196–205.

Andre, B., Ringdal, G. I., Loge, J. H., Rannestad, T., & Kaasa, S. (2008). The importance of key personnel and active management for successful implementation of computer-based technology in palliative care: Results from a qualitative study. *CIN - Computers Informatics Nursing, 26,* 183–189.

Anthony, K. and Jamison, A. (2005). *Guidelines for online counselling & psychotherapy, including guidelines for online supervision* (2nd edition). Lutterworth, England: British Association for Counselling and Psychotherapy.

Anthony, K., Nagel, D. M., & Goss, S. (2010). *The use of technology in mental health: Applications, ethics and practice*. Springfield, IL: Charles C. Thomas Publishers.

APA Practice Organization. (2011). *Reimbursement for telehealth services.* Washington, DC: APA Practice Central.

Aronson, I. D., Plass, J. L., & Bania, T. C. (2012). Optimizing educational video through comparative trials in clinical environments. *Educational Technology Research and Development, 60,* 469–482.

Association of Canadian Psychology Regulatory Organizations (2011). *Model standards for telepsychology service delivery.* Toronto, Canada: Association of Canadian Psychology Regulatory Organizations.

Aukstakalnis, S., & Blattner, D. (1992). *Silicon mirage: The art and science of virtual reality.* Berkeley, CA: Peachpit Press.

Australian Psychological Society. (2004). *Guidelines for providing psychological services and products on the internet.* Melbourne, Australia: Australian Psychological Society.

Backhaus, A., Agha, Z., Maglione, M. L., Repp, A., Ross, B., Zuest, D. … Thorp, S. R. (2012). Videoconferencing psychotherapy: A systematic review. *Psychological Services, 9,* 111–131.

Barak, A., Boneh, O., & Dolev-Cohen, M. (2010). Factors underlying participants' gains in online support groups. In A. Blachnio, A. Przepiorka, & T. Rowiński (Eds.), *Internet in psychological research* (pp. 17–38). Warsaw, Poland: Cardinal Stefan Wyszyński University Press.

Barak, A., Boniel-Nissim, M., & Suler, J. (2008). Fostering empowerment in online support groups. *Computers in Human Behavior, 24,* 1867–1883.

Barak, A., Hen, L., Boniel-Nissim, M., & Shapira, N. (2008). A comprehensive review and a meta-analysis of the effectiveness of internet-based psychotherapeutic interventions. *Journal of Technology in Human Services, 26,* 109–160.

Barak, A., Klein, B., & Proudfoot, J. G. (2009). Defining internet-supported therapeutic interventions. *Annals of Behavioral Medicine, 38,* 4–17.

Barak, A., Meyran, B., & John, S. (2008). Fostering empowerment in online support groups. *Computers in Human Behavior, 24,* 1867–1883.

Barak, A., & Wander-Schwartz, M. (2000). Empirical evaluation of brief group therapy conducted in an internet chat room. *Journal of Virtual Environments, 5*(1).

Barlow, J. H., Ellard, D. R., Hainsworth, J. M., Jones, F. R., & Fisher, A. (2005). A review of self-management interventions for panic disorders, phobias and obsessive–compulsive disorders. *Acta Psychiatrica Scandinavica, 111,* 272–285.

Barnett, J. E. (2011). Utilizing technological innovations to enhance psychotherapy supervision, training, and outcomes. *Psychotherapy, 48,* 103-108.

Barnett, N.P., Tidey, J., Murphy, J.G., Swift, R., & Colby, S.M. (2011). Contingency management for alcohol use reduction: A pilot study using a transdermal alcohol sensor. *Drug and Alcohol Dependence*, *118,* 391–399.

Barnwell, S. V., Juretic, M. A., Hoerster, K. D., Van de Plasch, R., & Felker, B. L. (2012). VA Puget Sound Telemental Health Service to rural veterans: A growing program. *Psychological Services, 9,* 209–211.

Beck, A. T., Rush, A. J., Shaw, B. F., & Emery, G. (1979). *Cognitive therapy of depression*. New York: Guilford Press.

Ben-Zeev, D., Brenner, C.J., Begale, M., Duffecy, J., Mohr, D.C., & Mueser, K.T. (2014). Feasibility, acceptability, and preliminary efficacy of a smartphone intervention for schizophrenia. *Schizophrenia Bulletin*. Lebanon, NH: Dartmouth Psychiatric Research Center.

Ben-Zeev, D., McHugo, G. J., Xie, H., Dobbins, K., & Young, M. A. (2012). Comparing retrospective reports to real-time/real-place mobile assessment in individuals with schizophrenia and a nonclinical comparison group. *Schizophrenia Bulletin, 38,* 396–404.

Bickel, W. K., Marsch, L. A., Buchhalter, A. R., & Badger, G. J. (2008). Computerized behavior therapy for opioid-dependent outpatients: A randomized controlled trial. *Experimental and Clinical Psychopharmacology, 16,* 132–143.

Bickel, W. K., Marsch, L. A., & Budney, A. J. (2013). Technology-delivered treatments for substance use disorders: Current status and future directions. In P. M. Miller (Ed.), *Interventions for Addiction: Comprehensive Addictive Behaviors and Disorders, Volume 3* (pp. 275–285). Oxford, England: Elsevier Limited.

Billings, G. (2012). *Michigan becomes 15th state to pass private payer telehealth reimbursement*. Washington, DC: Center for Telehealth and e-Health Law.

Blankers, M., Koeter, M. W. J., & Schippers, G. M. (2011). Internet therapy versus internet self-help versus no treatment for problematic alcohol use: A randomized controlled trial. *Journal of Consulting and Clinical Psychology, 79,* 330–341.

Using Technology-Based Therapeutic Tools in Behavioral Health Services

Bopp, J. M., Miklowitz, D. J., Goodwin, G. M., Stevens, W., Rendell, J. M., & Geddes, J. R. (2010). The longitudinal course of bipolar disorder as revealed through weekly text messaging: a feasibility study. *Bipolar Disorders, 12,* 327–334.

Bowman, D. (2012). *Telemedicine bill enables VA providers to practice across state lines.* Washington, DC: Fierce Markets.

Boyer, E. W., Smelson, D., Fletcher, R., Ziedonis, D., & Picard, R. W. (2010). Wireless technologies, ubiquitous computing and mobile health: Application to drug abuse treatment and compliance with HIV therapies. *Journal of Medical Toxicology, 6,* 212–216.

Brendryen, H., Drozd, F., & Kraft, P. (2008). A digital smoking cessation program delivered through internet and cell phone without nicotine replacement (happy ending): Randomized controlled trial. *Journal of Medical Internet Research, 10,* e51.

Brendryen, H., & Kraft, P. (2008). Happy ending: A randomized controlled trial of a digital multi-media smoking cessation intervention. *Addiction, 103,* 478–484.

Brenes, G. A., Ingram, C. W., & Danhauer, S. C. (2012). Telephone-delivered psychotherapy for late-life anxiety. *Psychological Services, 9,* 219–220.

Brennan Jr., J. M. (2013). *Using virtual reality to improve resilience.* Gahanna, OH: The National Psychologist.

British Psychological Society. (2009). *The provision of psychological services via the internet and other non-direct means.* Leicester, England: British Psychological Society.

Broadband Adoption Act of 2015, S.1472, 114th Cong. (2015).

Brunette, M. F., Ferron, J. C., McHugo, G. J., Davis, K. E., Devitt, T. S., … Drake, R. E. (2011). An electronic decision support system to motivate people with severe mental illnesses to quit smoking. *Psychiatric Services, 62,* 360–366.

Buglione, S. A., DeVito, A. J., & Mulloy, J. M. (1990). Traditional group therapy and computer-administered treatment for test anxiety. *Anxiety Research, 3,* 33–39.

Bunz, U. (2004). The computer-email-web (CEW) fluency scale - Development and validation. *International Journal of Human-Computer Interaction, 17,* 479–506.

Burleson, J. A., & Kaminer, Y. (2007). Aftercare for adolescent alcohol use disorder: Feasibility and acceptability of a phone intervention. *The American Journal on Addictions, 16,* 202–205.

Byrne, A. M., & Hartley, M. T. (2010). Digital technology in the 21st century: Considerations for clinical supervision in rehabilitation education. *Rehabilitation Education, 24,* 57–68.

California Telemedicine & eHealth Center. (2006). *Telemedicine reimbursement handbook.* Sacramento, CA: California Telemedicine & eHealth Center.

Campbell, A. N. C., Nunes, E. V., Mathews, A. G., Stitzer, M., Miele, G. M., Polsky, D. … Goldman, B. (2014). Internet-delivered treatment for substance abuse: A multisite randomized controlled trial. *American Journal of Psychiatry, 171(6),* 683–690.

Canadian Psychological Association. (2006). *Ethical guidelines for psychologists providing psychological services via electronic media.* Ottawa, Canada: Canadian Psychological Society.

Capezza, N. M., & Najavits, L. M. (2012). Rates of trauma-informed counseling at substance abuse treatment facilities: Reports from over 10,000 programs. *Psychiatric Services*, *63*, 390–394.

Carise, D., Gurel, O., McLellan, A. T., Dugosh, K., & Kendig, C. (2005). Getting patients the services they need using a computer-assisted system for patient assessment and referral—CASPAR. *Drug and Alcohol Dependence, 80*, 177–189.

Carr, A. C., Ghosh, A., & Marks, I. M. (1988). Computer-supervised exposure treatment for phobias. *Canadian Journal of Psychiatry, 33*, 112–117.

Carroll, K. M., Ball, S. A., Martino, S., Nich, C., Babuscio, T. A., Nuro, K. F. … Rounsaville, B. J. (2008). Computer-assisted delivery of cognitive–behavioral therapy for addiction: A randomized trial of CBT4CBT. *The American Journal of Psychiatry, 165*, 881–888.

Carroll, K. M., Kiluk, B. D., Nich, C., Gordon, M. A., Portnoy, G. A., Marino, D. R., & Ball, S.A. (2014). Computer-assisted delivery of cognitive-behavioral therapy: Efficacy and durability of CBT4CBT among cocaine-dependent individuals maintained on methadone. *American Journal of Psychiatry, 171(4),* 436–444.

Carroll, K. M., Nich, C., & Ball, S. A. (2005). Practice makes progress? Homework assignments and outcome in treatment of cocaine dependence. *Journal of Consulting and Clinical Psychology, 73,* 749–755.

Carroll, K. M., & Rounsaville, B. J. (2010). Computer-assisted therapy in psychiatry: Be brave—it's a new world. *Current Psychiatry Reports, 12,* 426–432.

Center for Substance Abuse Treatment. (1993a). *Improving treatment for drug-exposed infants.* Treatment Improvement Protocol (TIP) Series 5. HHS Publication No. SMA) 95-3057. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1993b). *Pregnant, substance-using women.* Treatment Improvement Protocol (TIP) Series 2. HHS Publication No. (SMA) 93-1998. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1993c). *Screening for infectious diseases among substance abusers.* Treatment Improvement Protocol (TIP) Series 6. HHS Publication No. (SMA) 95-3060. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1994). *Simple screening instruments for outreach for alcohol and other drug abuse and infectious diseases.* Treatment Improvement Protocol (TIP) Series 11. HHS Publication No. (SMA) 94-2094). Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1995a). *Alcohol and other drug screening of hospitalized trauma patients.* Treatment Improvement Protocol (TIP) Series 16. HHS Publication No. (SMA) 95-3041. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1995b). *Combining alcohol and other drug treatment with diversion for juveniles in the justice system.* Treatment Improvement Protocol (TIP) Series 21.

(HHS Publication No. (SMA) 95-3051). Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1995c). *Developing state outcomes monitoring systems for alcohol and other drug abuse treatment.* Treatment Improvement Protocol (TIP) Series 14. HHS Publication No. (SMA) 95-3031. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1995d). *The role and current status of patient placement criteria in the treatment of substance use disorders.* Treatment Improvement Protocol (TIP) Series 13. HHS Publication No. (SMA) 95-3021. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1995e). *The tuberculosis epidemic: Legal and ethical issues for alcohol and other drug abuse treatment providers.* Treatment Improvement Protocol (TIP) Series 18. HHS Publication No. (SMA) 95-3047. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1996). *Treatment drug courts: Integrating substance abuse treatment with legal case processing.* Treatment Improvement Protocol (TIP) Series 23. HHS Publication No. (SMA) 96-3113. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1997a). *A guide to substance abuse services for primary care clinicians.* Treatment Improvement Protocol (TIP) Series 24. HHS Publication No. (SMA) 97-3139. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1997b). *Substance abuse treatment and domestic violence.* Treatment Improvement Protocol (TIP) Series 25. HHS Publication No. (SMA) 97-3163. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1998a). *Comprehensive case management for substance abuse treatment.* Treatment Improvement Protocol (TIP) Series 27. HHS Publication No. (SMA) 98-3222. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1998b). *Continuity of offender treatment for substance use disorders from institution to community.* Treatment Improvement Protocol (TIP) Series 30. HHS Publication No. (SMA) 98-3245. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1998c). *Naltrexone and alcoholism treatment.* Treatment Improvement Protocol (TIP) Series 28. HHS Publication No. (SMA) 98-3206. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1998d). *Substance abuse among older adults.* Treatment Improvement Protocol (TIP) Series 26. HHS Publication No. (SMA) 98-3179. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1998e). *Substance use disorder treatment for people with physical and cognitive disabilities.* Treatment Improvement Protocol (TIP) Series 29. HHS

Publication No. (SMA) 98-3249. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1999a). *Brief interventions and brief therapies for substance abuse.* Treatment Improvement Protocol (TIP) Series 34. HHS Publication No. (SMA) 99-3353. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1999b). *Enhancing motivation for change in substance abuse treatment.* Treatment Improvement Protocol (TIP) Series 35. HHS Publication No. (SMA) 99-3354. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1999c). *Screening and assessing adolescents for substance use disorders.* Treatment Improvement Protocol (TIP) Series 31. HHS Publication No. (SMA) 99-3282. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1999d). *Treatment for stimulant use disorders.* Treatment Improvement Protocol (TIP) Series 33. HHS Publication No. (SMA) 99-3296. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (1999e). *Treatment of adolescents with substance use disorders*. Treatment Improvement Protocol (TIP) Series 32. HHS Publication No. (SMA) 99-3283. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2000a). *Integrating substance abuse treatment and vocational services*. Treatment Improvement Protocol (TIP) Series 38. HHS Publication No. (SMA) 00-3470. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2000b). *Substance abuse treatment for persons with child abuse and neglect issues*. Treatment Improvement Protocol (TIP) Series 36. HHS Publication No. (SMA) 00-3357. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2000c). *Substance abuse treatment for persons with HIV/AIDS*. Treatment Improvement Protocol (TIP) Series 37. HHS Publication No. (SMA) 00-3459. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2004a). *Clinical guidelines for the use of buprenorphine in the treatment of opioid addiction.* Treatment Improvement Protocol (TIP) Series 40. HHS Publication No. (SMA) 04-3939. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2004b). *Substance abuse treatment and family therapy.* Treatment Improvement Protocol (TIP) Series 39. HHS Publication No. (SMA) 04-3957. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2004c). *The confidentiality of alcohol and drug abuse patient records regulation and the HIPAA Privacy Rule: Implications for alcohol and substance abuse*

*programs.* HHS Publication No. (SMA) 04-3947. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2005a). *Medication-assisted treatment for opioid addiction.* Treatment Improvement Protocol (TIP) Series 43. HHS Publication No. (SMA) 05-4048. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2005b). *Substance abuse treatment for adults in the criminal justice system.* Treatment Improvement Protocol (TIP) Series 44. HHS Publication No. (SMA) 05-4056. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2005c). *Substance abuse treatment for persons with co-occurring disorders.* Treatment Improvement Protocol (TIP) Series 42. HHS Publication No. SMA 05-3992. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2005d). *Substance abuse treatment: Group therapy.* Treatment Improvement Protocol (TIP) Series 41. HHS Publication No. SMA 05-4056. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2006a). *Detoxification and substance abuse treatment.* Treatment Improvement Protocol (TIP) Series 45. HHS Publication No. SMA 06-4131. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2006b). *Substance abuse: Administrative issues in intensive outpatient treatment.* Treatment Improvement Protocol (TIP) Series 46. HHS Publication No. SMA 06-4151. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2006c). *Substance abuse: Clinical issues in intensive outpatient treatment.* Treatment Improvement Protocol (TIP) Series 47. HHS Publication No. SMA 06-4182. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2008). *Managing depressive symptoms in substance abuse clients during early recovery.* Treatment Improvement Protocol (TIP) Series 48. HHS Publication No. SMA 08-4353. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2009a). *Addressing suicidal thoughts and behaviors in substance abuse treatment.* Treatment Improvement Protocol (TIP) Series 50. HHS Publication No. SMA 09-4381. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2009b). *Clinical supervision and the professional development of the substance abuse counselor.* Treatment Improvement Protocol (TIP) Series 52. HHS Publication No. SMA 09-4435. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2009c). *Considerations for the provision of e-therapy.* HHS Publication No. SMA 09-4450. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2009d). *Incorporating alcohol pharmacotherapies into medical practice.* Treatment Improvement Protocol (TIP) Series 49. HHS Publication No. SMA 09-4380. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Substance Abuse Treatment. (2009e). *Substance abuse treatment: Addressing the specific needs of women.* Treatment Improvement Protocol (TIP) Series 51. HHS Publication No. SMA 09-4426. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Center for Technology and Aging. (2010). *Medication optimization.* Oakland, CA: Center for Technology and Aging.

Chambers, M., Connors, S. L., & McElhinney, S. (2005). Substance use and young people: The potential of technology. *Journal of Psychiatric and Mental Health Nursing, 12,* 179–186.

Chambless, D. L., & Hollon, S. D. (1998). Defining empirically supported therapies. *Journal of Consulting and Clinical Psychology, 66,* 7–18.

Chandler, G. M., Burck, H., Sampson, J. P., & Wray, R. (1988). The effectiveness of a generic computer program for systematic desensitization. *Computers in Human Behavior, 4,* 339–346.

Chen, Z. W., Fang, L. Z., Chen, L. Y., & Dai, H. L. (2008). Comparison of an SMS text messaging and phone reminder to improve attendance at a health promotion center: A randomized controlled trial. *Journal of Zhejiang University Science B, 9,* 34–38.

Chiauzzi, E., Brevard, J., Thurn, C., Decembrele, S., & Lord, S. (2008). MyStudentBody-stress: An online stress management intervention for college students. *Journal of Health Communication, 13,* 555–572.

Chiauzzi, E., Green, T. C., Lord, S., Thum, C., & Goldstein, M. (2005). My student body: A high-risk drinking prevention web site for college students. *Journal of American College Health, 53,* 263–274.

Cho, J. H., Lee, H. C., Lim, D. J., Kwon, H. S., & Yoon, K. H. (2009). Mobile communication using a mobile phone with a glucometer for glucose control in Type 2 patients with diabetes: as effective as an internet-based glucose monitoring system. *Journal of Telemedicine and Telecare, 15,* 77–82.

Choudhury, T., Consolvo, S., Harrison, B., LaMarca, A., LeGrand, L., Rahimi, A. … Haehnel, D. (2008). The mobile sensing platform: An embedded activity recognition system. *IEEE Pervasive Computing, 7,* 32–41.

Chung-Do, J., Helm, S., Fukuda, M., Alicata, D., Nishimura, S., & Else, I. (2012). Rural mental health: Implications for telepsychiatry in clinical service, workforce development, and organizational capacity. *Journal of Telemedicine and eHealth, 18* (3), 244–246.

Cole-Lewis, H., & Kershaw, T. (2010). Text messaging as a tool for behavior change in disease prevention management. *Epidemiology Review, 32,* 56–69.

Collins, F. (2012). How to fulfill the true promise of "mHealth". *Scientific American, 307,* 16.

Consolvo, S., Landay, J. A., & McDonald, D. W. (2009). Designing for behavior change in everyday life. *Computer, 42,* 86–89.

Cuijpers, P., Marks, I. M., van Straten, A., Cavanagh, K., Gega, L., & Andersson, G. (2009). Computer-aided psychotherapy for anxiety disorders: A meta-analytic review. *Cognitive Behaviour Therapy, 38,* 66–82.

Dallery, J., & Glenn, I. M. (2005). Effects of an Internet-based voucher reinforcement program for smoking abstinence: A feasibility study. *Journal of Applied Behavior Analysis, 38,* 349–357.

Dallery, J., Glenn, I. M., & Raiff, B. R. (2007). An internet-based abstinence reinforcement treatment for cigarette smoking. *Drug and Alcohol Dependence, 86,* 230–238.

Danaher, B. G., McKay, H. G., & Seeley, J. R. (2005). The information architecture of behavior change websites. *Journal of Medical Internet Research, 7,* e12.

Daoust, J.-P., Renaud, M., Bruyère, B., Lemieux, V., Fleury, G., & Najavits, L. M. (2012). *Posttraumatic stress disorder and substance use disorder: Evaluation of the effectiveness of a specialized clinic for French-Canadians based in a teaching hospital.* Retrieved October 7, 2013, from: http://www.seekingsafety.org/3-03-06/studies.html#Men_and_women

Day, X., & Schneider, P. L. (2002). Psychotherapy using distance technology: A comparison of face-to-face, video, and audio treatment. *Journal of Counseling Psychology, 49,* 499–503.

Derrig-Palumbo, K. (2010). Using chat and instant messaging (IM) to conduct a therapeutic relationship. In K. Anthony, D. M. Nagel, & S. Goss (Eds.), *The use of technology in mental health: Applications, ethics and practice* (pp. 15–28). Springfield, IL: Charles C. Thomas Publishers.

Des Jarlais, D. C., Paone, D., Milliken, J., Turner, C. F., Miller, H., Gribble, J. …Friedman, S. R. (1999). Audio-computer interviewing to measure risk behaviour for HIV among injecting drug users: A quasi-randomised trial. *The Lancet, 353,* 1657–1661.

Detweiler, M. B., Arif, S., Candelario, J., Altman, J., Murphy, P. F., Halling, M. H.,…Detweiler, J. G. (2012). Salem VA MC-US Army Fort Bragg Warrior Transition Clinic telepsychiatry collaboration: 12-month operation clinical perspective. *Journal of Telemedicine and eHealth, 18(2),* 81–86.

Digital Learning Equity Act of 2015, S.1606, 114th Cong. (2015).

Downer, S. R., Meara, J. G., Da Costa, A. C., & Sethuraman, K. (2006). SMS text messaging improves outpatient attendance. *Australian Health Review, 30,* 389–396.

Drake, R. E., & Bond, G. R. (2010). Implementing integrated mental health and substance abuse services. *Journal of Dual Diagnosis, 6,* 251–262.

Duggan, M., Ellison, N. B., Lampe, C., Lenhart, A., & Madden, M. (2015). *Social media update 2014.* Washington, DC: Pew Research Center.

Eakin, E. G., Lawler, S. P., Vandelanotte, C., & Owen, N. (2007). Telephone interventions for physical activity and dietary behavior change: A systematic review. *American Journal of Preventive Medicine, 32,* 419–434.

Egede, L. E., Frueh, C. B., Richardson, L. K., Acierno, R., Mauldin, P. D., Knapp, R. G., & Lejuez, C. (2009). Rationale and design: Telepsychology service delivery for depressed elderly veterans. *Trials, 10,* 22.

Elenko, E., Speier, A., & Zohar, D. (2015). A regulatory framework emerges for digital medicine. *Nature Biotechnology, 33,* 697–702.

Ellis, A., & Harper, R. A. (1975). *A new guide to rational living.* Oxford, England: Prentice-Hall.

Emmelkamp, P. M. (2012). Attention bias modification: The emperor's new suit? *BMC Medicine, 10,* 63.

Ertin, E., Stohs, N., Kumar, S., Raijt, A., al Absi, M., & Shah, S. (2011). *Autosense: Unobtrusively wearable sensor suite for inferring the onset, causality, and consequences of stress in the field.* New York: Association for Computing Machinery.

Facebook. (2015). *Stats—Facebook newsroom.* Retrieved June 24, 2015, from: http://newsroom.fb.com/company-info

Farvolden, P., Cunningham, J., & Selby, P. (2009). Using e-health programs to overcome barriers to the effective treatment of mental health and addiction problems. *Journal of Technology in Human Services, 27,* 5–22.

Favela, J., Tentori, M., & Gonzalez, V. M. (2010). Ecological validity and pervasiveness in the evaluation of ubiquitous computing technologies for health care. *International Journal of Human-Computer Interaction, 26,* 414–444.

Federal Communications Commission. (2015). *FCC Chairman Wheeler seeks comment on modernizing lifeline to make 21st century broadband affordable for low-income households.* Washington, DC: Federal Communications Commission.

Federation of State Medical Boards of the United States (2002). *Model guidelines for the appropriate use of the internet in medical practice.* Euless, TX: Federation of State Medical Boards of the United States, Special Committee on Professional Conduct and Ethics.

Finfgeld-Connett, D., & Madsen, R. (2008). Web-based treatment of alcohol problems among rural women: Results of a randomized pilot investigation. *Journal of Psychosocial Nursing and Mental Health Services, 46,* 46–53.

Foley, L., & Maddison, R. (2010). Use of active video games to increase physical activity in children: A (virtual) reality? *Pediatric Exercise Science, 22,* 7–20.

Forducey, P. G., Glueckauf, R. L., Bergquist, T. F., Maheu, M. M., & Yutsis, M. (2012). Telehealth for persons with severe functional disabilities and their caregivers: Facilitating self-care management in the home setting. *Psychological Services, 9,* 144–162.

Forman, R., Crits-Christoph, P., Kaynak, O., Worley, M., Hantula, D. A., Kulaga, A. … Cawley, M. (2007). A feasibility study of a web-based performance improvement system for substance abuse treatment providers. *Journal of Substance Abuse Treatment, 33,* 363–371.

Franklin, V., Waller, A., Pagliari, C., & Greene, S. (2003). "Sweet talk": Text messaging support for intensive insulin therapy for young people with diabetes. *Diabetes Technology and Therapeutics, 5,* 991–996.

Franklin, V. L., Waller, A., Pagliari, C., & Greene, S. A. (2006). A randomized controlled trial of Sweet Talk, a text-messaging system to support young people with diabetes. *Diabetic Medicine, 23,* 1332–1338.

Free, C., Knight, R., Robertson, S., Whittaker, R., Edwards, P., Zhou, W. … Roberts, I. (2011). Smoking cessation support delivered via mobile phone text messaging (txt2stop): A single-blind, randomised trial. *The Lancet, 378,* 49–55.

Free, C., Phillips, G., Galli, L., Watson, L., Felix, L., Edwards, P. …Haines, A. (2013). The effectiveness of mobile-health technology-based health behavior change or disease management interventions for health care consumers: A systematic review. *PLoS Medicine, 10,* e1001362.

Free, C., Whittaker, R., Knight, R., Abramsky, T., Rodgers, A., & Roberts, I. G. (2009). Txt2stop: A pilot randomised controlled trial of mobile phone-based smoking cessation support. *Tobacco Control, 18,* 88–91.

García-Lizana, F., & Muñoz-Mayorga, I. (2010a). Telemedicine for depression: A systematic review. *Perspectives in Psychiatric Care, 46*(2)*,* 119–126.

García-Lizana, F., & Muñoz-Mayorga, I. (2010b). What about telepsychiatry? A systematic review. *Primary Care Companion to the Journal of Clinical Psychiatry, 12.*

Gerber, B. S., Stolley, M. R., Thompson, A. L., Sharp, L. K., & Fitzgibbon, M. L. (2009). Mobile phone text messaging to promote healthy behaviors and weight loss maintenance: A feasibility study. *Health Informatics Journal, 15,* 17–25.

Gibbons, M. C. (2007). *eHealth solutions for healthcare disparities.* New York: Springer Publications.

Gibbons, M. C., Fleisher, L., Slamon, R. E., Bass, S., Kandadai, V., & Beck, J. R. (2011). Exploring the potential of Web 2.0 to address health disparities. *Journal of Health Communication, 16, Supplement 1,* 77–89.

Gilman, M., & Stensland, J. (2013). Telehealth and Medicare: Payment policy, current use, and prospects for growth. *Medicare & Medicaid Research, 3(4),* E1–E13.

Glasgow, R. E., Bull, S. S., Piette, J. D., & Steiner, J. F. (2004). Interactive behavior change technology: A partial solution to the competing demands of primary care. *American Journal of Preventive Medicine, 27,* 80–87.

Godleski, L., Darkins, A., & Peters, J. (2012). Outcomes of 98,609 U. S. Department of Veterans Affairs patients enrolled in telemental health services, 2006–2010. *Psychiatric Services, 63,* 383–385.

Golkaramnay, V., Bauer, S., Haug, S., Wolf, M., & Kordy, H. (2007). The exploration of the effectiveness of group therapy through an internet chat as aftercare: A controlled naturalistic study. *Psychotherapy and Psychosomatics, 76,* 219–225.

Graf, N. M., & Stebnicki, M. A. (2002). Using e-mail for clinical supervision in practicum: A qualitative analysis. *Journal of Rehabilitation, 68,* 41–49.

Granholm, E., Ben-Zeev, D., Link, P. C., Bradshaw, K. R., & Holden, J. L. (2012). Mobile assessment and treatment for schizophrenia (MATS): A pilot trial of an interactive text-messaging intervention for medication adherence, socialization, and auditory hallucinations. *Schizophrenia Bulletin, 38,* 414–425.

Green, B. L. (1996). Trauma history questionnaire. In B. H. Stamm (Ed.), *Measurement of stress, trauma, and adaptation* (pp. 366–369). Lutherville, MD: Sidran Press.

Griffiths, K. M., Calear, L. A., & Banfield, M. (2009). Systematic review on internet support groups (ISGs) and depression (1): Do ISGs reduce depressive symptoms? *Journal of Medical Internet Research, 11,* e40.

Griffiths, K. M., & Christensen, H. (2007). Internet-based mental health programs: A powerful tool in the rural medical kit. *The Australian Journal of Rural Health, 15,* 81–87.

Gustafson, D. H., McTavish, F. M., Ming-Yuan, C., Atwood, A. K., Johnson, R. A., Boyle, M.G. … Shah, D. (2014). A smartphone application to support recovery from alcoholism: A randomized clinical trial. *JAMA, 71(5),* 566–572.

Gustafson, D. H., Shaw, B. R., Isham, A., Baker, T., Boyle, M. G., & Levy, M. (2011). Explicating an evidence-based, theoretically informed, mobile technology-based system to improve outcomes for people in recovery for alcohol dependence. *Substance Use & Misuse, 46,* 96–111.

Guthmann, D., & Graham, V. (2005). Substance abuse: A hidden problem within the D/deaf and hard of hearing communities. *Journal of Teaching in the Addictions, 3*, 49–64.

Hanley, T., & Reynolds, D. J., Jr. (2009). Counselling psychology and the internet: A review of the quantitative research into online outcomes and alliances within text-based therapy. *Counselling Psychology Review, 24,* 4–13.

Hasin, D.S., Aharonovich, E., & Greenstein, E. (2014). HealthCall for the smartphone: Technology enhancement of brief intervention in HIV alcohol dependent patients. *Addiction Science & Clinical Practice, 9,* 5.

Hasson, H., Brown, C., & Hasson, D. (2010). Factors associated with high use of a workplace web-based stress management program in a randomized controlled intervention study. *Health Education Research, 25,* 596–607.

Haug, S., Meyer, C., Gross, B., Schorr, G., Thyrian, J. R., Kordy, H. … John, U. (2008). Continuous individual support of smoking cessation in socially deprived young adults via mobile phones—Results of a pilot study. *Gesundheitswesen, 70,* 364–371.

Healthcare Information and Management Systems Society. (2011). Security of mobile computing devices in the healthcare environment. Chicago: Healthcare Information and Management Systems Society.

Hester, R. K., & Delaney, H. D. (1997). Behavioral self-control program for Windows: Results of a controlled clinical trial. *Journal of Consulting and Clinical Psychology, 65,* 686–693.

Hester, R. K., Squires, D. D., & Delaney, H. D. (2005). The drinker's check-up: 12-month outcomes of a controlled clinical trial of a stand-alone software program for problem drinkers. *Journal of Substance Abuse Treatment, 28,* 159–169.

Hoge, M. A., Morris, J. A., Daniels, A. S., Stuart, G. W., Huey, L. Y., & Adams, N. (2007). *An action plan for behavioral health workforce development: A framework for discussion.* Rockville, MD: Substance Abuse and Mental Health Services Administration.

Holtyn, A.F., Koffamus, M.N., DeFulio, A., Sigurdsson, S.O., Strain, E.C., Schwartz, R.P. … Silverman, K. (2014). The therapeutic workplace to promote treatment engagement and drug abstinence in out-of-treatment injection drug users: A randomized controlled trial. *Preventive Medicine.*

Hooper, L. M., Stockton, P., Krupnick, J. L., & Green, B. L. (2011). Development, use, and psychometric properties of the trauma history questionnaire. *Journal of Loss and Trauma, 16,* 258–283.

Horrigan, J. (2009). *Wireless internet use.* Washington, DC: Pew Research Center.

Hunkeler, E. M., Hargreaves, W. A., Fireman, B., Terdiman, J., Meresman, J. F., Porterfield, Y. … Taylor, C. B. (2012). A web-delivered care management and patient self-management program for recurrent depression: A randomized trial. *Psychiatric Services, 63*(11), 1063-1071.

Hustad, J. T. P., Barnett, N. P., Borsari, B., & Jackson, K. M. (2010). Web-based alcohol prevention for incoming college students: A randomized controlled trial. *Addictive Behaviors, 35(3),* 183–189.

Institute of Medicine. (2006). *Improving the quality of health care for mental and substance-use conditions: Quality chasm series.* Washington, DC: Institute of Medicine.

Institute of Medicine. (2008). *Treatment of posttraumatic stress disorder: An assessment of the evidence.* Washington, DC: The National Academies Press.

Institute of Medicine. (2009). *Preventing mental, emotional, and behavioral disorders among young people: Progress and possibilities.* Washington, DC: National Academies Press.

International Society for Mental Health Online–Clinical Study Group. (2010). *Assessing a person's suitability for online therapy.* Marietta, GA: International Society for Mental Health Online–Clinical Study Group.

International Society for Mental Health Online, & Psychiatric Society for Informatics. (2000). *The suggested principles for the online provision of mental health services.* Marietta, GA: International Society for Mental Health Online.

International Telecommunication Union. (2011a). *Key global telecom indicators for the world telecommunication service sector.* Geneva: International Telecommunication Union.

International Telecommunication Union. (2011b). *The world in 2011: ITC facts and figures.* Geneva: International Telecommunication Union.

International Telecommunication Union. (2015). *ICT facts and figures.* Geneva: International Telecommunication Union.

Islam, M. M., Topp, L. Conigrave, K.M., von Beek, I., Maher, L., White, A. … Day, C. A. (2012). The reliability of sensitive information provided by injecting drug users in a clinical setting: Clinician-administered versus audio computer-assisted self-interviewing (ACASI). *AIDS Care: Psychological and socio-medical aspects of AIDS/HIV, 24*(12), 1496–1503.

Jamoom, E., Beatty, P., Bercovitz, A., Woodell, D., Palso, M. A., & Rechtsteiner, M. S. (2012). *Physician adoption of electronic health record systems: United States, 2011.* NCHS data brief, No. 98. Hyattsville, MD: National Center for Health Statistics.

Jansen, W., & Scarfone, K. (2008). *Guidelines on cell phone and PDA security: Recommendations of the National Institute of Standards and Technology.* Washington, DC: U.S. Government Printing Office.

Jeyaraj, A., Rottman, J. W., & Lacity, M. C. (2006). A review of the predictors, linkages, and biases in IT innovation adoption research. *Journal of Information Technology, 21,* 1–23.

Jones, B. N., & Colenda, C. C. (1997). Telemedicine and geriatric psychiatry. *Psychiatric Services, 48*(6), 783–785.

Jones, S., & Fox, S. (2009). *The social life of health information: Americans' pursuit of health takes place within a widening network of both online and offline sources.* Washington, DC: Pew Research Center.

Joo, N. S., & Kim, B. T. (2007). Mobile phone short message service messaging for behaviour modification in a community-based weight control programme in Korea. *Journal of Telemedicine and Telecare, 13,* 416–420.

Jordan, E. T., Ray, E. M., Johnson, P., & Evans, W. D. (2011). Text4Baby: Using text messaging to improve maternal and newborn health. *Nursing for Womens Health, 15,* 206–212.

Juzang, I., Fortune, T., Black, S., Wright, E., & Bull, S. (2011). A pilot programme using mobile phones for HIV prevention. *Journal of Telemedicine and Telecare, 17,* 150–153.

Kaltenthaler, E., Parry, G., Beverley, C., & Ferriter, M. (2008). Computerised cognitive– behavioural therapy for depression: Systematic review. *British Journal of Psychiatry, 193,* 181– 184.

Kaminer, Y., Burleson, J. A., Goldston, D. B., & Burke, R. H. (2006). Suicidal ideation among adolescents with alcohol use disorders during treatment and aftercare. *The American Journal on Addictions, 15,* 43–49.

Kaminer, Y., & Napolitano, C. (2004). Dial for therapy: Aftercare for adolescent substance use disorders. *Journal of the American Academy of Child & Adolescent Psychiatry, 43,* 1171–1174.

Kanz, J. E. (2001). Clinical-supervision.com: Issues in the provision of online supervision. *Professional Psychology: Research and Practice, 32,* 415–420.

Karlin, B. E., Ruzek, J. I., Chard, K. M., Eftekhari, A., Monson, C. M., Hembree, E. A. … Foa. E. B. (2010). Dissemination of evidence-based psychological treatments for posttraumatic stress disorder in the Veterans Health Administration. *Journal of Traumatic Stress*, *23*, 663–673.

Kiluk, B. D., Sugarman, D. E., Nich, C., Gibbons, C. J., Martino, S., Rounsaville, B. J. … Carroll, K. M. (2011). A methodological analysis of randomized clinical trials of computer-assisted therapies for psychiatric disorders: Toward improved standards for an emerging field. *American Journal of Psychiatry, 168,* 790–799.

Kim, S. I., & Kim, H. S. (2008). Effectiveness of mobile and internet intervention in patients with obese type 2 diabetes. *International Journal of Medical Informatics, 77,* 399–404.

King, V. L., Stoller, K. B., Kidorf, M., Kindbom, K., Hursh, S., Brady, T., & Brooner, R. K. (2009). Assessing the effectiveness of an internet-based videoconferencing platform for delivering intensified substance abuse counseling. *Journal of Substance Abuse Treatment, 36,* 331–338.

Knealing, T. W., Wong, C. J., Diemer, K. N., Hampton, J., & Silverman, K. (2006). A randomized controlled trial of the therapeutic workplace for community methadone patients: A partial failure to engage. *Experimental and Clinical Psychopharmacology, 14,* 350–360.

Koch, E. F. (2012). The VA Maryland health care system's telemental health program. *Psychological Services, 9,* 203–205.

Kotz, D., Avancha, S., & Baxi, A. (2009). A privacy framework for mobile health and home-care systems. In *Proceedings of the first ACM workshop on security and privacy in medical and home-care systems* (pp. 1–12). New York: Association for Computing Machinery.

Kuhn, E., Greene, C., Hoffman, J., Nguyen, T., Wald, L., Schmidt, J., … Ruzek, J. (2014). Preliminary evaluation of PTSD Coach, a smartphone app for post-traumatic stress symptoms. *Military Medicine, 179,* 12–18.

LaMendola, W. F. (1997). *Telemental health services in the U.S. frontier areas.* Letter to the Field No. 3. Boulder, CO: Western Interstate Commission for Higher Education.

Lazev, A., Vidrine, D., Arduino, R., & Gritz, E. (2004). Increasing access to smoking cessation treatment in a low-income, HIV-positive population: The feasibility of using cellular telephones. *Nicotine and Tobacco Research, 6,* 281–286.

Lenhart, A. (2009a). *Adults and social network websites.* Washington, DC: Pew Research Center.

Lenhart, A. (2009b). *Social networks grow: Friending mom and dad.* Washington, DC: Pew Research Center.

Lenhart, A. (2009c). *The democratization of online social networks.* Washington, DC: Pew Research Center.

Leong, K. C., Chen, W. S., Leong, K. W., Mastura, I., Mimi, O., Sheikh, M. A. … Teng, C. L. (2006). The use of text messaging to improve attendance in primary care: A randomized controlled trial. *Family Practice, 23,* 699–705.

Levine, D., Madsen, A., Wright, E., Barar, R. E., Santelli, J., & Bull, S. (2011). Formative research on MySpace: Online methods to engage hard-to-reach populations. *Journal of Health Communication, 16,* 448–454.

Lieberman, D. Z., & Huang, S. W. (2008). A technological approach to reaching a hidden population of problem drinkers. *Psychiatric Services, 59,* 297–303.

Lim, M. S. C., Hocking, J. S., Hellard, M. E., & Aitken, C. K. (2008). SMS STI: A review of the uses of mobile phone text messaging in sexual health. *International Journal of STD & AIDS, 19,* 287–290.

Linehan, M. M. (1993). *Cognitive–behavioral treatment of borderline personality disorder.* New York: Guilford Press.

Lord, S., Brevard, J., & Budman, S. (2011). Connecting to young adults: An online social network survey of beliefs and attitudes associated with prescription opioid misuse among college students. *Substance Use & Misuse, 46,* 66–76.

Lubans, D. R., Morgan, P. J., Callister, R., & Collins, C. E. (2009). Effects of integrating pedometers, parental materials, and e-mail support within an extracurricular school sport intervention. *Journal of Adolescent Health, 44,* 176–183.

Luxton, D. D., June, J. D., & Kim, J. T. (2011). Technology-based suicide prevention: Current applications and future directions. *Telemedicine Journal and e-Health: The Official Journal of the American Telemedicine Association, 17,* 50–54.

Luxton, D. D., Sirotin, A. P., & Mishkind, M. C. (2010). Safety of telemental healthcare delivered to clinically unsupervised settings: A systematic review. *Journal of Telemedicine and eHealth, 16*(6),705–711.

Maheu, M. M., & Gordon, B. L. (2000). Counseling and therapy on the Internet. *Professional Psychology: Research and Practice, 31,* 484–489.

Maheu, M., McMenamin, J., & Pulier, M. L. (2013). Optimizing the use of technology in psychology with best practice principles. In G. P. Koocher, J. C. Norcross, & B. A. Greene, (Eds.), *Psychologists' desk reference* (3rd edition). New York: Oxford University Press Publication.

Maheu, M. M., Pulier, M. L., & Roy, S. (2013). Finding, evaluating and using smartphone applications. In G. P. Koocher, J. C. Norcross, & B. A. Greene (Eds.), *Psychologists' desk reference* (3rd edition). New York: Oxford University Press.

Maheu, M. M., Pulier, M. L., Wilhelm, F. H., McMenamin, J. P., & Brown-Connolly, N. E. (2004). *The mental health professional and the new technologies: A handbook for practice today.* Mahwah, NJ: Lawrence Erlbaum Associates.

Mallen, M. J., Vogel, D. L., & Rochlen, A. B. (2005). The practical aspects of online counseling: Ethics, training, technology, and competency. *The Counseling Psychologist, 33,* 776–818.

Using Technology-Based Therapeutic Tools in Behavioral Health Services

Mallen, M. J., Vogel, D. L., Rochlen, A. B., & Day, S. X. (2005). Online counseling: Reviewing the literature from a counseling psychology framework. *The Counseling Psychologist, 33,* 819–871.

Marrow, C. E., Hollyoake, K., Hamer, D., & Kenrick, C. (2002). Clinical supervision using video-conferencing technology: A reflective account. *Journal of Nursing Management, 10,* 275–282.

Marsch, L. A. (2011a, August). Computer delivered psychosocial treatment for substance use disorders. In W. M. Aklin, & L. Onken, (Co-Chairs), *Symposium on neurobiological and technological mechanisms to improve the efficacy and effectiveness of substance abuse treatment.* Symposium conducted at the American Psychological Association Annual Meeting, Washington, DC.

Marsch, L. A. (2011b). Technology-based interventions targeting substance use disorders and related issues: An editorial. *Substance Use & Misuse, 46,* 1–3.

Marsch, L. A., & Bickel, W. K. (2004). Efficacy of computer-based HIV/AIDS education for injection drug users. *American Journal of Health Behavior, 28,* 316–327.

Marsch, L. A., Bickel, W. K., & Badger, G. J. (2007). Applying computer technology to substance abuse prevention science: Results of a preliminary examination. *Journal of Child & Adolescent Substance Abuse, 16,* 69–94.

Marsch, L. A., Grabinski, M. J., Bickel, W. K., Desrosiers, A., Guarino, H., Muehlbach, B.... Acosta, M. (2011). Computer-assisted HIV prevention for youth with substance use disorders. *Substance Use & Misuse, 46,* 46–56.

Marsch, L. A., Guarino, H., Acosta, M., Aponte-Melendez, Y., Cleland, C., Grabinski, M., … Edwards, J. (2013). Web-based behavioral treatment for substance use disorders as a partial replacement of standard methadone maintenance treatment. *Journal of Substance Abuse, 46,* 43–51.

McAdams III, C. R., & Wyatt, K. L. (2010). The regulation of technology-assisted distance counseling and supervision in the United States: An analysis of current extent, trends, and implications. *Counselor Education and Supervision, 49,* 179–192.

McCann, I. L., & Pearlman, L. A. (1990). Vicarious traumatization: A framework for understanding the psychological effects of working with victims. *Journal of Traumatic Stress, 3*, 131–149.

McGinty, K. L., Saeed, S. A., Simmons, S. C., & Yildirim, Y. (2006). Telepsychiatry and e-mental health services: Potential for improving access to mental health care. *Psychiatric Quarterly, 77,* 335–342.

McGovern, M. P., Lambert-Harris, C., Alterman, A. I., Xie, H., & Meier, A. (2011). A randomized controlled trial comparing integrated cognitive behavioral therapy versus individual addiction counseling for co-occurring substance use and posttraumatic stress disorders. *Journal of Dual Diagnosis, 7,* 207–227.

McGurk, S. R., Twamley, E. W., Sitzer, D. I., McHugo, G. J., & Mueser, K. T. (2007). A meta-analysis of cognitive remediation in schizophrenia. *American Journal of Psychiatry, 164,* 1791–1802.

McKay, J. R., Lynch, K. G., Shepard, D. S., & Pettinati, H. M. (2005). The effectiveness of telephone-based continuing care for alcohol and cocaine dependence: 24-month outcomes. *Archives of General Psychiatry, 62,* 199-207.

McKay, J. R., Lynch, K. G., Shepard, D. S., Ratichek, S., Morrison, R., Koppenhaver, J., & Pettinati, H. M. (2004). The effectiveness of telephone-based continuing care in the clinical management of alcohol and cocaine use disorders: 12-month outcomes. *Journal of Consulting and Clinical Psychology, 72,* 967–979.

McKinsey and Company, & U.S. National Information Infrastructure Advisory Council (1995). *Connecting K–12 students to the information superhighway.* Palo Alto, CA: McKinsey and Co.

McTavish, F. M., Chih, M.-Y., Shah, D., & Gustafson, D. H. (2012). How patients recovering from alcoholism use a smartphone intervention. *Journal of Dual Diagnosis, 8*(4), 204–394.

Meites, E., & Thom, D. H. (2007). Telephone counseling improves smoking cessation rates. *American Family Physician, 75,* 651–652.

Mensinger, J. L., Diamond, G. S., Kaminer, Y., & Wintersteen, M. B. (2006). Adolescent and therapist perception of barriers to outpatient substance abuse treatment. *American Journal of Addiction, 15, Supplement 1,* 16–25.

Merz, T. A. (2010). Using cell/mobile phone SMS for therapeutic intervention. In K. Anthony, D. M. Nagel, & S. Goss (Eds.), *The use of technology in mental health: Applications, ethics and practice* (pp. 29–38). Springfield, IL: Charles C. Thomas Publishers.

Meyer, B. C., Clarke, C. A., Troke, T. M., & Friedman, L. S. (2012). Essential telemedicine elements (tele-ments) for connecting the academic health center and remote community providers to enhance patient care. *Academic Medicine, 87,* 1032–1040.

Midkiff, D. M., & Wyatt, W. J. (2008). Ethical issues in the provision of online mental health services (etherapy). *Journal of Technology in Human Services, 26,* 310–332.

Miller, N. A., & Najavits, L. M. (2012). Creating trauma-informed correctional care: A balance of goals and environment. *European Journal of Psychotraumatology, 3,* 17246.

Mills, K. L., Teesson, M., Back, S. E., Brady, K. T., Baker, A. L., Hopwood, S. … Ewer, P. L. (2012). Integrated exposure-based therapy for co-occurring posttraumatic stress disorder and substance dependence: A randomized controlled trial. *Journal of the American Medical Association, 308,* 690–699.

Mohr, D. C. (2009). Telemental health: Reflections on how to move the field forward. *Clinical Psychology: Science and Practice, 16,* 343–347.

Mohr, D. C., Carmody, T., Erickson, L., Jin, L., & Leader, J. (2011). Telephone-administered cognitive behavioral therapy for veterans served by community-based outpatient clinics. *Journal of Consulting and Clinical Psychology, 79,* 261–265.

Mohr, D. C., Siddique, J., Ho, J., Duffecy, J., Jin, L., & Fokuo, J. K. (2010). Interest in behavioral and psychological treatments delivered face-to-face, by telephone, and by internet. *Annals of Behavioral Medicine, 40,* 89–98.

Molfenter, T., Boyle, M., Holloway, D., & Zwick, J. (2015). Trends in telemedicine use in addiction treatment. *Addiction Science & Clinical Practice, 10,* 14.

Moore, B. A., Fazzino, T., Garnet, B., Cutter, C. J., & Barry, D. T. (2011). Computer-based interventions for drug use disorders: A systematic review. *Journal of Substance Abuse Treatment, 40,* 215–223.

Moore, D., Guthmann, D., Rogers, N., Fraker, S., & Embree, J. (2009). E-therapy as a means for addressing barriers to substance use disorder treatment for persons who are deaf. *Journal of Sociology and Social Welfare, 36,* 75–92.

Moreno, M. A., Vanderstoep, A., Parks, M. R., Zimmerman, F. J., Kurth, A., & Christakis, D. A. (2009). Reducing at-risk adolescents' display of risk behavior on a social networking web site: A randomized controlled pilot intervention trial. *Archives of Pediatrics and Adolescent Medicine, 163,* 35–41.

Muller, I., & Yardley, L. (2011). Telephone-delivered cognitive behavioural therapy: A systematic review and meta-analysis. *Journal of Telemedicine and Telecare, 17,* 177–184.

Murphy, L., MacFadden, R., & Mitchell, D. (2008). Cybercounseling online: The development of a university-based training program for e-mail counseling. *Journal of Technology in Human Services, 26,* 447–469.

Murphy, L. J., & Mitchell, D. L. (1998). When writing helps to heal: E-mail as therapy. *British Journal of Guidance & Counselling, 26,* 21–32.

Nagal, D., & Anthony, K. (2009). *Ethical framework for the use of technology in mental health.* Highlands, NJ: Online Therapy Institute.

Najavits, L. M. (2002). *Seeking safety: A treatment manual for PTSD and substance abuse.* New York: Guilford Press.

Najavits, L. M. (2009). Seeking safety: An implementation guide. In A. Rubin & D. W. Springer (Eds.), *The clinician's guide to evidence-based practice.* Hoboken, NJ: John Wiley and Sons.

Najavits, L. M., Norman, S. B., Kivlahan, D., & Kosten, T. R. (2010). Improving PTSD/substance abuse treatment in the VA: A survey of providers. *The American Journal on Addictions, 19,* 257–263.

National Association of Social Workers. (2008). *Code of ethics.* Washington, DC: National Association of Social Workers.

National Association of State Alcohol and Drug Abuse Directors. (2009). *Telehealth in state substance use disorder (SUD) services.* Washington, DC: National Association of State Alcohol and Drug Abuse.

National Board for Certified Counselors and Center for Credentialing and Education. (2001). *The practice of Internet counseling.* Greensboro, NC: National Board for Certified Counselors.

National Institute for Health Research Clinical Research Network. (2011). Network support pays dividends for smoking cessation study. In *News from the network* (pp. 6–7). Leeds, UK: National Institute for Health Research Clinical Research Network.

Naylor, M. R., Keefe, F. J., Brigidi, B., Naud, S., & Helzer, J. E. (2008). Therapeutic interactive voice response for chronic pain reduction and relapse prevention. *Pain, 134,* 335–345.

Network for the Improvement of Addiction Treatment. (2013). *NIATx: Five principles.* Madison, WI: Network for the Improvement of Addiction Treatment.

Neuner, F., Schauer, M., Klaschik, C., Karunakara, U., & Elbert, T. (2004). A comparison of narrative exposure therapy, supportive counseling, and psychoeducation for treating posttraumatic stress disorder in an African refugee settlement. *Journal of Consulting and Clinical Psychology, 72*, 579–587.

Neuner, F., Schauer, M., Roth, W. T., & Elbert, T. (2002). A narrative exposure treatment as intervention in a refugee camp: A case report. *Behavioural and Cognitive Psychotherapy, 30*, 205–210.

New Zealand Psychologists Board. (2011). *Draft guidelines: Psychology services delivered via the Internet and other electronic media*. Wellington, New Zealand: New Zealand Psychologists Board.

Newman, M. G., Consoli, A., & Taylor, C. B. (1997). Computers in assessment and cognitive behavioral treatment of clinical disorders: Anxiety as a case in point. *Behavior Therapy, 28,* 211–235.

Newman, M. G., Kenardy, J., Herman, S., & Taylor, C. B. (1997). Comparison of palmtop-computer-assisted brief cognitive–behavioral treatment to cognitive–behavioral treatment for panic disorder. *Journal of Consulting and Clinical Psychology, 65,* 178–183.

Newnham, E. A., Doyle, E. L., Sng, A. A. H., Hooke, G. R., & Page, A. C. (2012). Improving clinical outcomes in psychiatric care with touch-screen technology. *Psychological Services, 9,* 221–223.Noar, S. M., Black, H. G., & Pierce, L. B. (2009). Efficacy of computer technology-based HIV prevention interventions: A meta-analysis. *AIDS, 23*, 107–115.

Norman, S. (2006). The use of telemedicine in psychiatry. *Journal of Psychiatric and Mental Health Nursing, 13*, 771–777.

Nundy, S., Dick, J. J., Chou, C.-H., Nocon, R. S., Chin, M.H, & Peek, M. E. (2014). Mobile phone diabetes project led to improved glycemic control and net savings for Chicago plan participants. *Health Affairs, 33,* 265–272.

Obermayer, J. L., Riley, W. T., Asif, O., & Jean-Mary, J. (2004). College smoking-cessation using cell phone text messaging. *Journal of American College Health, 53(2),* 71–78.

Office of National Drug Control Policy. (2010). *National drug control strategy: 2010*. Washington, DC: Office of National Drug Control Policy.

Office of National Drug Control Policy. (2013). *National drug control strategy: 2013*. Washington, DC: Office of National Drug Control Policy.

Ohio Psychological Association. (2010). *Telepsychology guidelines*. Columbus, OH: Ohio Psychological Association.

Ondersma, S. J., Chase, S. K., Svikis, D. S., & Schuster, C. R. (2005). Computer-based brief motivational intervention for perinatal drug use. *Journal of Substance Abuse Treatment, 28,* 305–312.

Ondersma, S. J., Svikis, D. S., & Schuster, C. R. (2007). Computer-based brief intervention a randomized trial with postpartum women. *American Journal of Preventive Medicine, 32,* 231–238.

Patrick, K., Raab, F., Adams, A. M., Dillon, L., Zabinski, M., Rock, L. C. … Norman, G. J. (2009). A text message-based intervention for weight loss: Randomized controlled trial. *Journal of Medical Internet Research, 11,* e1.

Pedrero-Perez, E. J., Rojo-Mota, G., Ruiz-Sanchez de Leon, J. M., Llanero-Luque, M., & Puerta-Garcia, C. (2011). [Cognitive remediation in addictions treatment]. *Revista de Neurologia, 52,* 163–172.

Pennebaker, J. W., Kiecolt-Glaser, J. K., & Glaser, R. (1988). Disclosure of traumas and immune function: Health implications for psychotherapy. *Journal of Consulting and Clinical Psychology, 56,* 239–245.

Pentland, A. S. (2004). Healthwear: Medical technology becomes wearable. *Computer, 37,* 4+42–4+49.

Pew Research Center. (2012). *Internet adoption trend data: Adults.* Washington, DC: Pew Research Center.

Pew Research Center. (2013). *Health online 2013.* Washington, DC: Pew Research Center.

Pew Research Center. (2014). *The Web at 25 in the U.S.* Washington, DC: Pew Research Center.

Pew Research Center. (2015). *U.S. smartphone use in 2015.* Washington, DC: Pew Research Center.

Piette, J. D., Richardson, C., Himle, J., Duffy, S., Torres, T., Vogel, M. … Valenstein, M. (2011). A randomized trial of telephonic counseling plus walking for depressed diabetes patients. *Medical Care, 49,* 641–648.

Pollard, R. Q., Dean, R. K., O'Hearn, A., & Haynes, S. L. (2009). Adapting health education material for deaf audiences. *Rehabilitation Psychology, 54,* 232–238.

Polosa, R., Russo, C., Di Maria, A., Arcidiacono, G., Morjaria, J. B., & Piccillo, G. A. (2009). Feasibility of using e-mail counseling as part of a smoking-cessation program. *Respiratory Care, 54,* 1033–1039.

Postel, M. G., de Jong, C. A., & de Haan, H. A. (2005). Does e-therapy for problem drinking reach hidden populations? *American Journal of Psychiatry, 162,* 2393.

Primary Care Research Network. (2013). *Case Studies: Network support pays dividends.* London: Primary Care Research Network.

Quinn, C. C., Clough, S. S., Minor, J. M., Lender, D., Okafor, M. C., & Gruber-Baldini, A. (2008). WellDoc mobile diabetes management randomized controlled trial: Change in clinical and behavioral outcomes and patient and physician satisfaction. *Diabetes Technology & Therapeutics, 10,* 160–168.

Rabinowitz, T., Murphy, K. M., Amour, J. L., Ricci, M. A., Caputo, M. P., & Newhouse, P. A. (2010). Benefits of a telepsychiatry consultation service for rural nursing home residents. *Journal of Telemedicine and eHealth, 16 (1),* 34–40.

Racine, A. D., Alderman, E. M., & Avner, J. R. (2009). Effect of telephone calls from primary care practices on follow-up visits after pediatric emergency department visits: Evidence from the Pediatric Emergency Department Links to Primary Care (PEDLPC) randomized controlled trial. *Archives of Pediatrics and Adolescent Medicine, 163,* 505–511.

Ragusea, A. S., & VandeCreek, L. (2003). Suggestions for the ethical practice of online psychotherapy. *Psychotherapy: Theory, Research, Practice, Training, 40,* 94–102.

Ramo, D. E., Hall, S. M., & Prochaska, J. J. (2011). Reliability and validity of self-reported smoking in an anonymous online survey with young adults. *Health Psychology, 30*, 693–701.

Ramos-Ríos, R., Mateos, R., Lojo, D., Conn, D. K., & Patterson, T. (2012). Telepsychogeriatrics: A new horizon in the care of mental health problems in the elderly. *International Psychogeriatrics, 24*(11), 1708–1724.

Recupero, P. R. (2008). Ethics of medical records and professional communications. *Child and Adolescent Psychiatric Clinics of North America, 17,* 37–51, viii.

Reese, R. J., Conoley, C. W., & Brossart, D. F. (2002). Effectiveness of telephone counseling: A field-based investigation. *Journal of Counseling Psychology, 49,* 233–242.

Reese, R. J., Conoley, C. W., & Brossart, D. F. (2006). The attractiveness of telephone counseling: An empirical investigation of client perceptions. *Journal of Counseling & Development, 84,* 54–60.

Regan, S., Reyen, M., Lockhart, A. C., Richards, A. E., & Rigotti, N. A. (2011). An interactive voice response system to continue a hospital-based smoking cessation intervention after discharge. *Nicotine and Tobacco Research, 13,* 255–260.

Revere, D., & Dunbar, P. J. (2001). Review of computer-generated outpatient health behavior interventions: Clinical encounters "in absentia." *Journal of the American Medical Informatics Association, 8,* 62–79.

Rhodes, S. D., Hergenrather, K. C., Duncan, J., Vissman, A. T., Miller, C., Wilkin, A. M. … Eng, E. (2010). A pilot intervention utilizing Internet chat rooms to prevent HIV risk behaviors among men who have sex with men. *Public Health Reports, 125, Supplement 1,* 29–37.

Richens, J., Copas, A., Sadiq, S. T., Kingori, P., McCarthy, O., Jones, V. … Pakianathan, M. (2010). A randomized controlled trial of computer-assisted interviewing in sexual health clinics. *Sexually Transmitted Infections, 86,* 310–314.

Rideout, V. J., Foehr, U. G., & Roberts, D. F. (2010). *Generation M2 media in the lives of 8- to 18-year olds: A Kaiser Family Foundation study.* Menlo Park, CA: The Henry J. Kaiser Family Foundation.

Riley, W., Obermayer, J., & Jean-Mary, J. (2008). Internet and mobile phone text messaging intervention for college smokers. *Journal of American College Health, 57,* 245–248.

Rimoldi, G., Lewis P., & Jampala, C. (2012). *Help at the hip: Increasing resiliency in high risk suicidal veterans through interactive text messaging.* New York: Veterans Health Administration.

Riper, H., Kramer, J., Smit, F., Conijn, B., Schippers, G., & Cuijpers, P. (2008). Web-based self-help for problem drinkers: A pragmatic randomized trial. *Addiction, 103,* 218-227.

Ritterband, L. M., & Tate, D. F. (2009). The science of internet interventions: Introduction. *Annals of Behavioral Medicine, 38,* 1–3.

Rodgers, A., Corbett, T., Bramley, D., Riddell, T., Wills, M., Lin, R. B., & Jones, M. (2005). Do u smoke after txt? Results of a randomised trial of smoking cessation using mobile phone text messaging. *Tobacco Control, 14,* 255–261.

Rodriguez, M. D., Favela, J., Preciado, A., & Vizcaino, A. (2005). Agent-based ambient intelligence for healthcare. *AI Communications, 18,* 201–216.

Roker, D., & Coleman, J. (1997). Education and advice about illegal drugs: What do young people want? *Drugs-Education Prevention and Policy, 4,* 53–64.

Rotondi, A. J., Anderson, C. M., Haas, G. L., Eack, S. M., Spring, M. B., Ganguli, R. … Rosenstock, J. (2010). Web-based psychoeducational intervention for persons with schizophrenia and their supporters: One-year outcomes. *Psychiatric Services, 61,* 1099–1105.

Royal Australian & New Zealand College of Psychiatrists. (2009). *Telepsychiatry position statement (#44).* Melbourne, Australia: Royal Australian & New Zealand College of Psychiatrists.

Royal Australian & New Zealand College of Psychiatrists. (2011). *Telehealth: Brief guide to address practice issues.* Melbourne, Australia: Royal Australian & New Zealand College of Psychiatrists.

Saitz, R., Palfai, T. P., Freedner, N., Winter, M. R., MacDonald, A., Lu, J. … DeJong, W. (2007). Screening and brief intervention online for college students: The iHealth study. *Alcohol and Alcoholism, 42,* 28–36.

Sands, D. Z. (2004). Help for physicians contemplating use of e-mail with patients. *Journal of the American Medical Informatics Association, 11,* 268–269.

Schinke, S., Schwinn, T., & Cole, K. (2006). Preventing alcohol abuse among early adolescents through family and computer-based interventions: Four-year outcomes and mediating variables. *Journal of Developmental and Physical Disabilities, 18,* 149–161.

Schinke, S. P., Schwinn, T. M., Di Noia, J., & Cole, K. C. (2004). Reducing the risks of alcohol use among urban youth: Three-year effects of a computer-based intervention with and without parent involvement. *Journal of Studies on Alcohol, 65,* 443–449.

Schinke, S. P., Schwinn, T. M., & Ozanian, A. J. (2005). Alcohol abuse prevention among high-risk youth: Computer-based intervention. *Journal of Prevention & Intervention in the Community, 29,* 117–130.

Screening for Mental Health, Inc. (2012). *National Depression Screening Day®: October 11, 2012.* Wellesley Hills, MA: Screening for Mental Health, Inc.

Secure Telehealth. (2012). *Medicaid reimburses for telepsychiatry in 40 states.* Pittsburgh, PA: Secure Telehealth.

Segal, Z. V., Williams, J. M. G., & Teasdale, J. D. (2002). *Mindfulness–based cognitive therapy for depression: A new approach to preventing relapse.* New York: Guilford Press.

Selby, P., van Mierlo, T., Voci, S. C., Parent, D., & Cunningham, J. A. (2010). Online social and professional support for smokers trying to quit: An exploration of first time posts from 2562 members. *Journal of Medical Internet Research, 12,* e34.

Selmi, P. M., Klein, M. H., Greist, J. H., Sorrell, S. P., & Erdman, H. P. (1990). Computer-administered cognitive–behavioral therapy for depression. *American Journal of Psychiatry, 147,* 51–56.

Selmi, P. M., Klein, M. H., Greist, J. H., Sorrell, S. P., & Erdman, H. P. (1991). Computer-administered therapy for depression. *MD Computing, 8,* 98–102.

Shapiro, J. R., Bauer, S., Hamer, R. M., Kordy, H., Ward, D., & Bulik, C. M. (2008). Use of text messaging for monitoring sugar-sweetened beverages, physical activity, and screen time in children: A pilot study. *Journal of Nutrition Education and Behavior, 40,* 385–391.

Sharp, I. R., Kobak, K. A., & Osman, D. A. (2011). The use of videoconferencing with patients with psychosis: A review of the literature. *Annals of General Psychiatry, 10,* 14.

Shiffman, S. (2009). Ecological momentary assessment (EMA) in studies of substance use. *Psychological Assessment, 21,* 486–497.

Shore, J. H., Brooks, E., Anderson, H., Bair, B., Dailey, N., Kaufmann, L. J., & Manson, S. (2012). Characteristics of telemental health service use by American Indian veterans. *Psychiatric Services, 63*(2), 179–181.

Shore, J. H., Savin, D. M., Novins, D., & Manson, S. M. (2006). Cultural aspects of telepsychiatry. *Journal of Telemedicine & Telecare. 12*(3), 116–121.

Shore, J. H., Savin, D., Orton, H., Beals, J., & Manson, S. M. (2007). Diagnostic reliability of telepsychiatry in American Indian veterans. *American Journal of Psychiatry, 164*(1), 115–118.

Silverman, K., Wong, C. J., Grabinski, M. J., Hampton, J., Sylvest, C. E., Dillon, E. M., & Wentland, R. D. (2005). A web-based therapeutic workplace for the treatment of drug addiction and chronic unemployment. *Behavior Modification, 29,* 417–463.

Simon, G. E., Ralston, J. D., Savarino, J., Pabiniak, C., Wentzel, C., & Operskalski, B. H. (2011). Randomized trial of depression follow-up care by online messaging. *Journal of General Internal Medicine, 26*(7), 698–704.

Simpson, S., & Morrow, E. (2010). Using videoconferencing for conducting a therapeutic relationship. In K. Anthony, D. M. Nagel, & S. Goss (Eds.), *The use of technology in mental health: Applications, ethics and practice* (pp. 94–103). Springfield, IL: Charles C. Thomas Publishers.

Sloan, D. M., Gallagher, M. W., Feinstein, B. A., Lee, D. J., & Pruneau, G. M. (2011). Efficacy of telehealth treatments for posttraumatic stress-related symptoms: A meta-analysis. *Cognitive Behaviour Therapy, 40,* 111–125.

Smith, A. (2010). *Home broadband 2010.* Washington, DC: Pew Research Center.

Smith, B., Harms, W. D., Korda, H., Rosen, H., Davis, J., Burres, S. (in press). Enhancing behavioral health treatment and crisis management through mobile ecological momentary assessment and SMS messaging. *Health Informatics Journal.*

Smith, A., Rainie, L., & Zickuhr, K. (2011). *College students and technology.* Washington, DC: Pew Internet and American Life Project.

Spek, V., Nyklicek, I., Cuijpers, P., & Pop, V. (2008). Predictors of outcome of group and internet-based cognitive behavior therapy. *Journal of Affective Disorders, 105,* 137–145.

Stamm, B. H. (1998). Clinical applications of telehealth in mental health care. *Professional Psychology: Research and Practice, 29,* 536-542.

Stofle, G. S. (2001). Addiction treatment online. *Behavioral Health Management, 24,* 53–55.

Substance Abuse and Mental Health Services Administration. (2011a). *Addressing viral hepatitis in people with substance use disorders.* Treatment Improvement Protocol (TIP) Series 53. HHS Publication No. SMA 11-4656. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (2011b). *Leading change: A plan for SAMHSA's roles and actions 2011-2014.* HHS Publication No. (SMA) 11-4629. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (2011c). *Managing chronic pain in adults with or in recovery from substance use disorders.* Treatment Improvement Protocol (TIP) Series 54. HHS Publication No. SMA 11-4661. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (2012). *SAMHSA's working definition of recovery: 10 guiding principles of recovery.* HHS Publication No. (PEP) 12-RECDEF. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (2013a). *Addressing the specific behavioral health needs of men.* Treatment Improvement Protocol (TIP) Series 56. HHS Publication No. SMA 13-4736. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (2013b). *Behavioral health services for people who are homeless.* Treatment Improvement Protocol (TIP) Series 55. HHS

Publication No. SMA 13-4734. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (2013c). *Coming soon: GO2AID – A mobile app for disaster responders.* Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (2014a). *Improving cultural competence.* Treatment Improvement Protocol (TIP) Series 59. (HHS Publication No. SMA 14-4849). Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (2014b). *Leading change 2.0: Advancing the behavioral health of the nation 2015–2018.* HHS Publication No. (PEP) 14-LEADCHANGE2. Rockville, MD Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (2014c). *Trauma–informed care in behavioral health services.* Treatment Improvement Protocol (TIP) Series 57. HHS Publication No. SMA 14-4816. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (planned a). *Behavioral health services: Building health, wellness, and quality of life for sustained recovery.* Treatment Improvement Protocol (TIP) Series. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (planned b). *Behavioral health services for American Indians and Alaska Natives.* Treatment Improvement Protocol (TIP) Series. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (planned c). *Managing anxiety symptoms in behavioral health services.* Treatment Improvement Protocol (TIP) Series. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (planned d). *Recovery in behavioral health services.* Treatment Improvement Protocol (TIP) Series. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration. (planned e). *Reintegration–related behavioral health issues in veterans and military families.* Treatment Improvement Protocol (TIP) Series. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Substance Abuse and Mental Health Services Administration, Trauma and Justice Strategic Initiative. (2012). *SAMHSA's working definition of trauma and guidance for trauma–informed approach.* [Draft.] Rockville, MD: Substance Abuse and Mental Health Services Administration.

Suler, J. (2001). Assessing a person's suitability for online therapy: The ISMHO clinical case study group. *CyberPsychology & Behavior, 4,* 675–679.

Tasker, A. P., Gibson, L., Franklin, V., Gregor, P., & Greene, S. (2007). What is the frequency of symptomatic mild hypoglycemia in type 1 diabetes in the young?: Assessment by novel mobile phone technology and computer-based interviewing. *Pediatric Diabetes, 8,* 15–20.

Tate, D. F. (2011). A series of studies examining internet treatment of obesity to inform internet interventions for substance use and misuse. *Substance Use & Misuse, 46,* 57–65.

Tate, D. F., Finkelstein, E. A., Khavjou, O., & Gustafson, A. (2009). Cost effectiveness of Internet interventions: Review and recommendations. *Annals of Behavioral Medicine, 38,* 40–45.

Tate, D. F., & Zabinski, M. F. (2004). Computer and internet applications for psychological treatment: Update for clinicians. *Journal of Clinical Psychology, 60,* 209–220.

Taylor, C. B., & Luce, K. H. (2003). Computer- and internet-based psychotherapy interventions. *Current Directions in Psychological Science, 12,* 18–22.

Te Poel, F., Bolman, C., Reubsaet, A., & de Vries, H. (2009). Efficacy of a single computer-tailored e-mail for smoking cessation: Results after 6 months. *Health Education Research, 24,* 930–940.

Titov, N., Andrews, G., Robinson, E., Schwencke, G., Johnston, L., Solley, K., & Choi, I. (2009). Clinician-assisted internet-based treatment is effective for generalized anxiety disorder: Randomized controlled trial. *Australian and New Zealand Journal of Psychiatry, 43,* 905–912.

Treatment Research Institute (2010). *Integrating appropriate services for substance use conditions in health care settings: An issue brief on lessons learned and challenges ahead. Forum on Integration: Collaborative for States*. Philadelphia: Treatment Research Institute.

Tse, M. M., Choi, K. C., & Leung, R. S. (2008). E-health for older people: The use of technology in health promotion. *Cyberpsychology and Behavior, 11,* 475–479.

U.S. Department of Health and Human Services. (2006). *HIPAA security guidance*. Washington, DC: U.S. Department of Health and Human Services.

U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services. (2012). Telehealth services. In *Rural health fact sheets series* (Rep. No. ICN 901705). Washington, DC: U.S. Department of Health and Human Services.

U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services. (2013). Expansion of Medicare telehealth services for calendar year (CY) 2013. In *MLN Matters* (Rep. No. MM7900 Revised). Washington, DC: U.S. Department of Health and Human Services.

U.S. Department of Health and Human Services, Office of the Secretary. (2013). *Modifications to the HIPAA privacy, security, enforcement, and breach notification rules under the Health Information Technology for Economic and Clinical Health Act and the Genetic Information Nondiscrimination Act; Other modifications to the HIPAA rules; Final rule.* Rockville, MD: U.S. Department of Health and Human Services.

U.S. Food and Drug Administration. (2011). *Mobile medical applications.* Silver Spring, MD: U.S. Food and Drug Administration.

U.S. Food and Drug Administration. (2014). *Examples of mobile apps for which the FDA will exercise enforcement discretion.* Silver Spring, MD: U.S. Food and Drug Administration.

U.S. Food and Drug Administration, Center for Devices and Radiological Health & Center for Biologics Evaluation and Research. (2013). *Mobile medical applications: Guidance for industry and Food and Drug Administration staff.* Silver Spring, MD: U.S. Food and Drug Administration, Center for Devices and Radiological Health & Center for Biologics Evaluation and Research.

Vaca, F. E., Winn, D., Anderson, C. L., Kim, D., & Arcila, M. (2011). Six-month follow-up of computerized alcohol screening, brief intervention, and referral to treatment in the emergency department. *Substance Abuse, 32,* 144–152.

Vaccaro, N., & Lambie, G. W. (2007). Computer-based counselor-in-training supervision: Ethical and practical implications for counselor educators and supervisors. *Counselor Education and Supervision, 47,* 46–57.

Valentine, P. V., & Smith, T. E. (2001). Evaluating Traumatic Incident Reduction (TIR) therapy with female inmates: A randomized controlled clinical trial. *Research on Social Work Practice, 11(1),* 40–52.

Vernmark, K., Lenndin, J., Bjärehed, J., Carlsson, M., Karlsson, J., Oberg, J. … Andersson, G. (2010). Internet administered guided self-help versus individualized e-mail therapy: A randomized trial of two versions of CBT for major depression. *Behaviour Research and Therapy, 48(5),* 368–376.

Vilella, A., Bayas, J. M., Diaz, M. T., Guinovart, C., Diez, C., Simó, D. … Cerezo, J. (2004). The role of mobile phones in improving vaccination rates in travelers. *Preventive Medicine, 38,* 503–509.

Walters, S. T., Miller, E., & Chiauzzi, E. (2005). Wired for wellness: e-Interventions for addressing college drinking. *Journal of Substance Abuse Treatment, 29,* 139–145.

Wantland, D. J., Portillo, C. J., Holzemer, W. L., Slaughter, R., & McGhee, E. M. (2004). The effectiveness of web-based vs. non-web-based interventions: A meta-analysis of behavioral change outcomes. *Journal of Medical Internet Research, 6,* e40.

Watson, A., Bickmore, T., Cange, A., Kulshreshtha, A., & Kvedar, J. (2012). An internet-based virtual coach to promote physical activity adherence in overweight adults: Randomized controlled trial. *Journal of Medical Internet Research, 14,* e1.

Webb, T. L., Joseph, J., Yardley, L., & Michie, S. (2010). Using the internet to promote health behavior change: A systematic review and meta-analysis of the impact of theoretical basis, use of behavior change techniques, and mode of delivery on efficacy. *Journal of Medical Internet Research, 12,* e4.

Wei, J., Hollin, I., & Kachnowski, S. (2011). A review of the use of mobile phone text messaging in clinical and healthy behavior interventions. *Journal of Telemedicine and Telecare, 17,* 41–48.

Weingardt, K. R., Cucciare, M. A., Bellotti, C., & Lai, W. P. (2009). A randomized trial comparing two models of web-based training in cognitive–behavioral therapy for substance abuse counselors. *Journal of Substance Abuse Treatment, 37,* 219–227.

Weingardt, K. R., Villafranca, S. W., & Levin, C. (2006). Technology-based training in cognitive behavioral therapy for substance abuse counselors. *Substance Abuse, 27,* 19–25.

Weiser, M. (1991). The computer for the 21st-century. *Scientific American, 265,* 94–104.

Weitzel, J. A., Bernhardt, J. M., Usdan, S., Mays, D., & Glanz, K. (2007). Using wireless handheld computers and tailored text messaging to reduce negative consequences of drinking alcohol. *Journal of Studies on Alcohol and Drugs, 68,* 534–537.

White, A., Kavanagh, D., Stallman, H., Klein, B., Kay-Lambkin, F., Proudfoot, J. … Young, R. (2010). Online alcohol interventions: A systematic review. *Journal of Medical Internet Research, 12,* e62.

Whittaker, R., Borland, R., Bullen, C., Lin, R. B., McRobbie, H., & Rodgers, A. (2009). Mobile phone-based interventions for smoking cessation. *Cochrane Database System Review,* CD006611.

Winkler, M., Flanagin, A., Chi-Lum, B., White, J., Andrews, K., Kennett, R., DeAngelis, C., & Musacchio, R. (2000). Guidelines for medical and health information sites on the internet. *Journal of the American Medical Association*, *283(12)*, 1600–1606.

Wisdom, J. P., Ford II, J. H., & McCarty, D. (2010). The use of health information technology in publicly-funded U. S. substance abuse treatment agencies. *Contemporary Drug Problems: An Interdisciplinary Quarterly, 37,* 315–339.

Wise, P. H., Dowlatshahi, D. C., Farrant, S., Fromson, S., & Meadows, K. A. (1986). Effect of computer-based learning on diabetes knowledge and control. *Diabetes Care, 9,* 504–508.

Wood, J. A. V., Miller, T. W., & Hargrove, D. S. (2005). Clinical supervision in rural settings: A telehealth model. *Professional Psychology: Research and Practice, 36,* 173–179.

Yellowlees, P., Burke, M. M., Marks, S. L., Hilty, D. M., & Shore, J. H. (2008). Emergency telepsychiatry. *Journal of Telemedicine and Telecare, 14,* 277–281.

# Appendix B—Stakeholders Meeting Participants

Note: The information given indicates each participant's affiliation as of 2011, when the panel was convened, and may no longer reflect the individual's current affiliation.

**Michael Ahmadi**
Public Health Analyst
Office of Communications
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

**Girma Alemu**
Office of Health Information Technology and
    Quality
Health Resources and Services Administration
Rockville, MD

**Deepa Avula**
Acting Branch Chief
Quality Improvement and Workforce
    Development Branch
Division of Services Improvement
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

**Daniel Bailey**
Program Management Officer
Division of Systems Development
Center for Substance Abuse Prevention
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

**Jon Berg**
Public Health Advisor
Center for Substance Abuse Treatment
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

**Christina Currier**
Government Project Officer
Knowledge Application Program
Center for Substance Abuse Treatment
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

**Donna Doolin, M.S.W., LCSW**
Public Health Advisor
Center for Substance Abuse Treatment
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

**Suzanne L. Feldman, Ph.D.**
Public Health Advisor
Center for Mental Health Services
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

**Reed Forman**
Lead Public Health Advisor
Center for Substance Abuse Treatment
Substance Abuse and Mental Health Services
   Administration
Rockville, MD

**Robert Freeman, Ph.D.**
Division of Epidemiology and Prevention
   Research
National Institute on Alcohol Abuse and
   Alcoholism
Bethesda, MD

**Linda Fulton**
Public Health Advisor
Center for Substance Abuse Treatment
Substance Abuse and Mental Health Services
   Administration
Rockville, MD

**Olinda Gonzalez**
Public Health Advisor
Center for Mental Health Services
Division of State and Community Systems
   Development
Substance Abuse and Mental Health Services
   Administration
Rockville, MD

**Christopher Griffin**
1st Vice President
National Alliance on Mental Illness of
   Maryland
Columbia, MD

**Adam Haim, Ph.D.**
Chief
Division of Services and Intervention
   Research
Small Business Innovation Research/Small
   Business Technology Transfer Research
   Program
Acting Chief
Clinical Trials Operations and Biostatistics
   Unit
Division of Services and Intervention
National Institute on Mental Health
National Institutes of Health
Bethesda, MD

**Yael Harris, Ph.D.**
Director
Office of Health Information Technology and
   Quality
Health Resources and Services Administration
Rockville, MD

**Rick Harwood**
Research and Program Applications Director
National Association of State Alcohol and
   Drug Abuse Directors, Inc.
Washington, DC

**Sharon Issurdatt, ACSW, DCSW, LCSW**
Senior Practice Associate
National Association of Social Workers
Washington, DC

**Ellen Jaffe**
American Psychiatric Association
Arlington, VA

**Shoshana Kahana, Ph.D.**
National Institute on Drug Abuse
Bethesda, MD

**Andrea Kopstein**
OPAC Division Supervisor
Center for Substance Abuse Treatment
Substance Abuse and Mental Health Services
   Administration
Rockville, MD

**James Kretz, M.A.**
Survey Statistician
Center for Mental Health Services
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

**Cherry Lowman, Ph.D.**
Extramural Scientist Administrator
National Institutes of Health
National Institute on Alcohol Abuse and
    Alcoholism
Bethesda, MD

**Robert Lubran, M.P.H.**
Director
Division of Pharmacologic Therapies
Center for Substance Abuse Prevention
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

**Nancy Maher, Ph.D.**
Program Analyst
Department of Veterans Affairs
Office of Rural Health
Washington, DC

**Lisa A. Marsch, Ph.D.**
Director, Center for Technology and
    Behavioral Health
Dartmouth Psychiatric Research Center
Hanover, NH
Former Director, Center for Technology and
    Health
National Development and Research
    Institutes
New York, NY

**Karl Maxwell**
Public Health Advisor
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

**Cynthia Moreno Tuohy, NCAC II, CCDC III, SAP**
National Association of Alcoholism and Drug
    Abuse Counselors
The Association for Addiction Professionals
Alexandria, VA

**Charlotte A. Mullican, M.P.H.**
Senior Advisor for Mental Health Research
Center for Primary Care, Prevention, and
    Clinical Partnership
Agency for Healthcare Research and Quality
Rockville, MD

**Catherine Njiru**
Lead Enterprise Architect
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

**Charlotte Olson**
Public Health Advisor
Center for Substance Abuse Prevention
Substance Abuse and Mental Health Services
    Administration
Division of Community Programs
Rockville, MD

**Dena S. Puskin, Sc.D.**
Senior Advisor
Health Information Technology and
    Telehealth Policy
Health Resources and Services Administration
Rockville, MD

**Kenneth Robertson**
Team Leader Criminal Justice
Center for Substance Abuse Treatment
Division of Services Improvement
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

Using Technology-Based Therapeutic Tools in Behavioral Health Services

**Pat Shea, M.S.W., M.A.**
Deputy Director
Office of Technical Assistance
National Association of State Mental Health
    Program Directors
Alexandria, VA

**James A. Slade**
Executive Board Member
International Society for Mental Health
    Online
Hyattsville, MD

**Carlton Speight**
Substance Abuse and Mental Health
    Services Administration

**Arlene Stanton, Ph.D.**
Social Science Analyst
Division of Pharmacologic Therapies
Substance Abuse and Mental Health Services
    Administration
Rockville, MD

# Appendix C—Field Reviewers

Note: The information given indicates each participant's affiliation as of 2012, when the review was conducted, and may no longer reflect the individual's current affiliation.

**John R. Bourdette, Ph.D.**
Professor
Western New Mexico University
Silver City, NM

**Ayanna V. Buckner, M.D., MPH, FACPM**
Associate Director, Public Health & General
Preventive Medicine Residency Program
Clinical Director, Department of Community
    Health & Preventive Medicine
Morehouse School of Medicine
Atlanta, GA

**Kenneth Drude, Ph.D.**
Board Member
Ohio Board of Psychology
Dayton, OH

**Bruce Goldman, LCSW, CASAC**
Director of Substance Abuse Services
The Zucker Hillside Hospital
Glen Oaks, NY

**Debra Guthmann, Ed.D., NIC**
Director of Pupil Personnel Services
California School for the Deaf
Fremont, CA

**Robert C. Freeman, Ph.D.**
Health Scientist Administrator
National Institute on Alcohol Abuse and
    Alcoholism
Bethesda, MD

**Dave Gustafson, Ph.D.**
Research Professor of Industrial and Systems
    Engineering
University of Wisconsin-Madison
Madison, WI

**Carmen Iacino, M.A., LAC**
Clinical Director
West Slope Casa
Glenwood Springs, CO

**Brian D. Kiluk, Ph.D.**
Assistant Professor
Department of Psychiatry
Yale School of Medicine
Substance Abuse Treatment Unit (SATU)
New Haven, CT

**Marlene M. Maheu, Ph.D.**
Executive Director
TeleMental Health Institute, Inc.
San Diego, CA

**Mary Ellen McAlevey, M.A., LPC, ACS, ATCS**
Licensed Professional Counselor
Community Connection
Long Branch, NJ

**Sandy McFall, M.A., LAC, NCACII**
Director
Seven Cedars Education & Counseling Center LLC
Clifton, CO

**Jay Ostrowski, M.A., LPC-S, NCC, DCC, ACS**
CEO
Behavioral Health Innovation
Ada, MI

**Howard Rosen, M.B.A.**
CEO
LifeWIRE Corporation
Toronto, Ontario

**Amy Smith**
Director
Mindfreedom Colorado
Denver, CO

**James A. Slade, Jr.**
Executive Board Member
International Society for Mental Health Online
Hyattsville, MD

# Appendix D—Acknowledgments

Numerous people contributed to the development of this Treatment Improvement Protocol (TIP), including the TIP Consensus Panel (p. v), the Stakeholders Meeting Participants (Appendix B), and the Field Reviewers (Appendix C).

This publication was produced under the Knowledge Application Program (KAP), a Joint Venture of The CDM Group, Inc. (CDM), and JBS International, Inc. (JBS), for the Substance Abuse and Mental Health Services Administration's Center for Substance Abuse Treatment.

CDM KAP personnel included Rose M. Urban, M.S.W., J.D., LCSW, LCAS, former Executive Project Co-Director; Jessica L. Culotta, M.A., Project Co-Director and former Managing Editor; Susan Kimner, former Managing Project Co-Director; Claudia Blackburn, Psy.D., Expert Content Director; Bruce Carruth, Ph.D., former Expert Content Director; Sheldon Weinberg, Ph.D., Senior Researcher/Applied Psychologist; Jonathan Max Gilbert, Ph.D., Editor/Writer; Angela Fiastro, Junior Editor; Virgie D. Paul, M.L.S., Librarian; and Maggie Nelson, former Project Coordinator.

# Index

**A**

accessibility issues
  advantages of TAC for, 98
  digital divide, 27–28
  facilitating client access to computers, *52*
  for historically underserved populations, 97
  medical records, 137–38
  organizationally owned devices, 117
  of phones, 21
acronyms and emoticons, use of, 125–26, *127*
action plan tools, *88*
addiction. *See* substance abuse disorders
Addiction Technology Transfer (ATTC) Center, *11, 109*
adoption and sustainability issues, 100–108, *102, 103*
African Americans, Internet use of, 28, 101
age and identity of clients, verifying, 118
Agency for Healthcare Research and Quality, 29, *116*
aging populations, TAC for, 21, 97, 101
AIDS/HIV, 12, 14, 16
Alaskan Natives. *See* Native Americans
alcohol. *See* substance abuse disorders
AlcoholEdu, *38, 46, 113*
Alcoholics Anonymous (AA), *47*, 62, 69, 77, *82, 83*
allostatic load (AL), 19
ambient intelligence, 17, 19
American Indians. *See* Native Americans
American Psychiatric Association, xiii
American Psychological Association, 104

American Sign Language (ASL), 75, *76, 77, 80, 82*
American Telemedicine Association, *109,* 110, *120, 121*
Americans With Disabilities Act, *76*
anonymity afforded by TAC, 6–7, 20
Anxiety Online, *99*
apps for mobile devices, 15, *16, 18,* 22, 24, 30, *59. See also* vignette 5
AspenPointe TeleCare, *110*
Assertive Community Treatment (ACT), 33, 48–49, 53, 56
assessment. *See* screening and assessment tools
asynchronous and synchronous communication, 6, 20–21
audio/telephone counseling. *See* telephone/audio counseling and video/Web conferences
AutoSense, *18*

**B**

backup support for behavioral health counselors, *73*
behavioral health
defined, xii
integration into other healthcare settings, 30
behavioral health program administrators, xi–xii, 97. *See also* implementing TAC programs; resources for TAC
*Behavioral Health Services for American Indians and Alaska Natives* (planned TIP), 28
behavioral health services providers and counselors, xi–xii. *See also* clinical

supervisors and clinical supervision;
training and education
 apps, buy-in to use of, 90–94, *91*
 collaboration of, 53–56
 coordination of, 98–99
 resources for, 123–31
 scope of practice, boundaries of
  competence, and credentialing,
  119–120, 121
 staff recruitment and training for TAC
  programs, 104, *105*
 technology competence, screening for,
  131, *132*
 vignettes for. *See entries at* vignette
behavioral telehealth. *See* telephone/audio
 counseling and video/Web conferences
Billings Clinic, Montana, 131
boundaries of competence of service providers,
 119–120, 121
Breathe2Relax, *18, 93*
Broadband Adoption Act, 28
budgeting considerations for implementing
 TAC programs, 114–115
business associate agreements, *108*

**C**
camera placement, 133–134
case studies. *See* vignettes
CBT4CBT, *12*
cell phones. *See* mobile or handheld
 technologies
Center for Substance Abuse Treatment
 (CSAT), 19
certified Deaf interpreters (CDIs), *78*
chat rooms. *See* text-based communication
check-ins. *See* vignette 2
chronic illnesses
 effectiveness of TAC for, 98
 mobile or handheld technologies, 16
 self-directed TAC, 11
 telehealth interventions, 10
clients
 access to organizationally owned devices,
  117
 crises and emergencies, handling, *120*

determining appropriateness of TAC for,
 126, *128*
developing client and counselor
 collaboration, 49–53
encouraging clients to use telehealth
 services, *43*
engagement with TAC, *50*
facilitating client access to computers, *52*
informed consent of, *26–27,* 27, 106,
 117–119, 121
introducing TAC to, *58,* 84–87, *90,*
 135–136
positioning, 133
resistance to TAC, *52*
supportive messages for, *59*
verification of identity and age, 118
clinical services as driver of TAC, 8
clinical settings
 chat-based aftercare for transitioning
  inpatients, *18*
 telehealth interventions in, 10
Clinical Supervision and the Professional
 Development of the Substance
Abuse Counselor (TIP 52), 34
clinical supervisors and clinical supervision.
 *See also* master clinician notes in vignettes
  continuous monitoring and evaluation,
   106–107
  group peer supervision, 90–94
  in implementing TAC programs, 99, 100,
   104–107, *106*
  post-meeting review between counselor
   and supervisor, 69
  pre-group meeting discussion between
   counselor and supervisor, 62–65
  resources, 131, *132*
  technology-mediated, 104–106
  vignettes and, 34
clinician extenders, TAC used as, 6
clinicians. *See* behavioral health services
 providers and counselors
clothing issues, 138
cognitive-behavioral therapy (CBT)
  computer-based training for, *12*

computerized cognitive remediation tools, 21
mobile or handheld devices and, 17
self-directed TAC for mental disorders and, 12
vignette 1, 34
vignette 2, *53*
college students. *See* youth and students
communication. *See also* text-based communication
limited English proficiency or literacy skills, 101
synchronous and asynchronous, 6, 20–21
of updates and new information, 7
community behavioral health agencies, 33
community health centers (CHCs), 30
community mental health centers (CMHCs), 33, 49, 84
community-based resources and self-directed TAC, 13
competencies
boundaries of competence of service providers, 119–120, 121
screening staff for technology competence, 131, *132*
technological capacity considerations, 108–114
computer-based self-directed TAC. *See* self-directed TAC
confidentiality, privacy, and security, 22–27
anonymity afforded by TAC, 6–7, 20
data management for TAC programs, 116–117
data security for TAC programs, *108,* 108–109, *109*
defined, 22
as guiding principle, *5*
HIPAA requirements, *54,* 117, 131
in implementing TAC programs, 117–120
mobile or handheld technologies, 22–24, *23–24*
personal information exchanges between online group members, *74*
PHI, 24, 108–109, 112, 117

polices for ensuring privacy of telemedicine visits, 134–135
policies, 25–27
resources, 126–31, *129–30*
SAMHSA resources, 27
substance abuse, federal regulations regarding, 30, *54*
technological capacity considerations, 108–114
telehealth services, 25, *72, 74*
text-based communication, 22, 24–25, *89*
consultant and vendor selection, 115–116, *116*
continuing care, telephone-based, *110*
continuous monitoring and evaluation by clinical supervisors, 106–107
co-occurring disorders (CODs)
vignette 2, substance abuse disorders and SMI. *See* vignette 2
vignette 5, smartphone recovery support for clients with CODs. *See* vignette 5
cost-effectiveness of TAC, 98
costs of TAC, 7–8, 114–115
credentialing of service providers, 119–120, 121
crises and emergencies of clients, handling, *120*
cultural diversity and TAC, 28, 101
cybercounseling. *See* telephone/audio counseling and video/Web conferences

**D**
data collection using mobile or handheld technologies, 15
data management, 116–117
data security for TAC programs, *108,* 108–109, *109*
Deaf clients. *See* hearing impaired individuals; vignette 4
Deaf Off Drugs and Alcohol (DODA), *82,* 83
Department of Defense (DoD), National Center for Telehealth and Technology, *16, 18*
Department of Health and Human Services (HHS), 108, *109, 121*
depression, *60,* 98, *110*

developing client and counselor collaboration, 49–53

developing programs, *40*

*Diagnostic and Statistical Manual of Mental Disorders,* Fifth Edition (DSM-5), xiii

dialectical behavior therapy (DBT) apps, *93*

dietary behavior. *See* eating disorders; physical activity and dietary behavior

digital comprehensive assessment tools, *37*

digital divide, 27–28

Digital Learning Equity Act, 28

disaster planning, *107,* 107–8

Distance Certified Counselor certification, *25*

distance counseling. *See* telephone/audio counseling and video/Web conferences

diversity and TAC, 28, 101

documentation of telemedicine visits, 137

domestic violence, 20

Drinker's Check-Up, *38*

drugs. *See* prescriptions; substance abuse disorders

**E**

eating disorders, self-directed TAC for, 11, *18*

eCHECKUP TO GO, *38, 46, 113*

economic issues

budgeting considerations for implementing TAC programs, 114–15

cost-effectiveness of TAC, 98

costs associated with TAC, 7–8, 114–115

fees and payments for TAC services, 119

financing policies and TAC, 99

reimbursement for TAC, 115, 121

education. *See* training and education; youth and students

elderly adults, TAC for, 21, 97, 101

electronic mailing lists. *See* text-based communication

electronic media. *See also* technology-assisted care

cultural importance of, 3–4

defined, xii

electronic medical/health records (EHRs/EMRs), 28–30, *29,* 112, 117

email. *See* text-based communication

emergencies and crises of clients, handling, *120*

emergency/disaster planning, *107,* 107–108

emergent and future technologies, 17–19, *18, 20*

E-Michigan Deaf and Hard of Hearing People, *82*

emoticons and acronyms, use of, 125–126, *127*

emotional responses, statements to communicate or elicit, 123–125, *126*

employment-based intervention for substance abuse disorders, *103*

English proficiency, limited, 101

ethical and legal issues. *See* legal and ethical issues

evidence-based alcohol and drug education programs, *46*

**F**

Facebook, 13–14, *47,* 112–113

Faces and Voices of Recovery, *70*

Federal Communications Commission (FCC), 28

financing policies and TAC, 99

Food and Drug Administration (FDA), 22, 24, 121

forums, online. *See* text-based communication

future/emergent technologies, 17–19, *18, 20*

**G**

geographically isolated populations, 4, 6, 61, 97, 98, 99, 121. *See also* vignette 3

Global Appraisal of Individual Needs–Short Screener ASL Version (GAIN-ASL), *80*

GO2AID, *107*

group peer supervision, 90–94

**H**

handheld technologies. *See* mobile or handheld technologies

Health and Human Services (HHS) Department, 108, *109, 121*

Health Information Technology for Economic and Clinical Health Act of 2009, 28

Health Insurance Portability and
Accountability Act (HIPAA)
checklist of security policy considerations,
*129–130, 131*
explicit use of technologies not addressed
by, 24
implementing TAC programs and, *108,*
108–109, *109,* 111, 116, 117
importance of compliance with, 14
PHI, 24, 108–109, 112, 117
privacy and confidentiality requirements,
*54,* 117, 131
Health Language, Inc., 30
Health Resources and Services
Administration (HRSA), 9, *109, 121*
HealthCall and HealthCall-S, *10*
Healthcare Information and Management
Systems Society (HIMSS), 24
HealthIT.gov, 22–24
hearing impaired individuals. *See also* vignette
4
advantages of TAC for, 101
ASL, 75, *76, 77, 80, 82*
CDIs, *78*
digital resources for, 75, *82*
as historically underserved population, 97
telehealth services for, 10
Hispanics, Internet use of, 28, 101
HIV/AIDS, 12, 14, 16

**I**

identity and age of clients, verifying, 118
implementing TAC programs, 97–121
adoption and sustainability issues,
100–108, *102, 103*
advantages and challenges of, 97–100, *98*
budgeting, 114–15
clinical supervision and, 99, 100, 104–107,
*106*
confidentiality and privacy concerns,
117–20
data management, 116–117
disaster planning, *107,* 107–108
emergencies and crises, handling, *120*

factors influencing successful adoption of
new practices, 101–104
informed consent, 106, 117–119, 121
monitoring impact of TAC, *107*
planning team, 101, *102*
population-specific considerations, 101
sample comprehensive programs, *99*
scope of practice, boundaries of
competence, and credentialing of
service providers, 119–120, 121
staff recruitment and training, 104, *105*
state laws and regulations, 120–121
strategic goals of, 100–102
technological capacity considerations,
108–14
vendor and consultant selection, 115–116,
*116*
incarcerated individuals, telehealth services for,
10
Indians. *See* Native Americans
information technology (IT). *See* electronic
media; technology-assisted care
informed consent, *26–27, 27,* 106, 117–119,
121
instant messaging, 13, 14, 111, 112–113
integration
of behavioral health into other healthcare
settings, 30
of TAC with existing services, 4, 8–9,
20–21
intensive outpatient programs (IOPs), 48,
54, 56–57, 62–63, 65, 68, 75, 81
interactive computer games, 13
interactive voice response (IVR), 9, 10
International Society for Mental Health
Online, 126
Internet. *See* electronic media;
technology-assisted care
Internet service providers (ISPs), 22
interpreters, working with, 75–78, *76, 78,*
*79*

**J**

The Joint Commission, 121
Justice for Vets, 19

**L**

Latinos, Internet use of, 28, 101
legal and ethical issues, 21–28. *See also*
    confidentiality, privacy, and security; Health
    Insurance Portability and Accountability
    Act; state laws and regulations
        Americans With Disabilities Act, *76*
        Broadband Adoption Act, 28
        digital divide, 27–28
        Digital Learning Equity Act, 28
        evidentiary considerations, 20
        Health Information Technology for
            Economic and Clinical Health Act of
            2009, 28
        in implementation of TAC programs, 99
        informed consent, *26–27,* 27, 106,
            117–119
        Patient Protection and Affordable Care
            Act of 2010, 28
        regulatory and financing policies, 99
Lifeline Program, 28
limited English proficiency or literacy skills,
    101
linkages to services and support systems
    through TAC, 7
LinkedIn, 112–113
literacy skills, limited, 101

**M**

Marijuana Anonymous, *47*
master clinician notes in vignettes, 33
        vignette 1, *37, 45*
        vignette 2, *50, 54, 55, 56, 57, 59, 60*
        vignette 3, *63, 65, 68, 70, 72*
        vignette 4, *76, 77, 80, 82*
        vignette 5, *85, 87, 89, 91, 92, 93, 94*
Medicaid and Medicare reimbursement of
    TAC, 115, 121
medical appointments, attendance at, 16
medical devices, apps as, 22
medical records. *See* records
Medicare Payment Advisory Commission,
    115
medications, 98, 138

mental disorders. *See also* co-occurring
    disorders
        anxiety, *99*
        computerized cognitive remediation tools,
            21
        depression, *60,* 98, *110*
        schizophrenia, *18*
        self-directed TAC, 12
        SMI, 10, 12, *18,* 21, 34, 48
        telehealth interventions, 10
        VR technology for, *20*
microphone use, 134
military personnel and veterans
        CSAT/Justice for Vets collaborative
            Mentor Court, 19
        as historically underserved population, 97
        PTSD Coach, *16*
        *Reintegration-Related Behavioral Health*
            *Issues in Veterans and Military Families*
            (planned TIP), 27
        telehealth services for, *6,* 10, *18*
        VR technology, 19, *20*
Minnesota Chemical Dependency Program
    for Deaf and Hard of Hearing Individuals
    (MCDPDHHI), 75–76, *82*
mobile or handheld technologies, 15–17. *See*
    *also* vignette 1; vignette 2; vignette 5
        application to behavioral health, 15
        apps, 15, *16, 18,* 22, 24, 30, *59*
        confidentiality, privacy, and security,
            22–24, *23–24*
        cultural and demographic variations in
            use of, 101
        as data collection devices, 15
        defined, 15
        examples, *18*
        research studies, 15–17
        sensors, 17
        smartphones, *10,* 15, 17, *59,* 101
        text messaging, 15–16, *17,* 24, *60, 89, 112*
mobile recovery support groups (virtual
    support groups), 7
monitoring clients. *See* vignette 2
monitoring impact of TAC, *107*
Mōtiv8, 12

multiculturalism and TAC, 28, 101

mutual support groups, online and in-person, locating, *70*

MyStudentBody, *38, 46, 113*

**N**

National Center for PTSD, Veterans Administration, *16*

National Center for Telehealth and Technology (T2), DoD, *16, 18, 109*

National Cyber Security Alliance, Stay Safe Online Initiative, 127

National Depression Screening Day, *110*

National Drug Control Strategy (2010), 30

National Frontier and Rural (NFAR) Addiction Technology Transfer (ATTC) Center, *11*

National Institute on Standards and Technology, 24, *109*, 111

National Quality Forum, 30

Native Americans
 Behavioral Health Services for American Indians and Alaska Natives (planned TIP), 28
 telehealth services for, 10, 61
 use of TAC with, 28

Network for the Improvement of Addiction Treatment (NIAT), 103

new information and updates, incorporating and communicating, 7

nonverbal cues, 20

**O**

obesity. *See* physical activity and dietary behavior

Office for Civil Rights Resources, *108*

Office of the National Coordinator (ONC) for Health Information Technology, 22, 24, 29, 109, 121, 127

older adults, TAC for, 21, 97, 101

online counseling. *See* telephone/audio counseling and video/Web conferences

organizational Web sites, 114

**P**

pain control, 10, *20*

Patient Protection and Affordable Care Act of 2010, 28

Patients Like Me, 13

peer supervision, 90–94

pervasive or ubiquitous computing (ubicomp), 17–19

Phoenix House, *106*

physical activity and dietary behavior
 mobile or handheld technologies, 16
 self-directed TAC, *18*
 telehealth interventions, 9–10
 vignette 1, 34
 vignette 2, 52
 VR technology, *20*

planning team for implementation of TAC program, 101, *102*

policies, 131–38
 camera placement, 133–134
 client positioning, 133
 client preparation, 135–136
 clothing issues, 138
 confidentiality, privacy, and security, 25–27
 documentation of visits, 137
 financing, 99
 HIPAA checklist of security policy considerations, *129–130,* 131
 microphone use, 134
 prescriptions, 138
 privacy, ensuring, 134–135
 room evaluation, 131–133
 scheduling TAC appointments, 136–137

posttraumatic stress disorder (PTSD)
 PTSD Coach, *16, 59, 93*
 VR technology, 19, *20*

prescriptions, 98, 138

pretreatment groups. *See* vignette 3

prevention. *See also* vignette 1
 defined, xii
 role of TAC across typological spectrum, *7*
 of STDs, 34
 of suicide, 13–14

prisoners, telehealth services for, 10
privacy. *See* confidentiality, privacy, and
   security
Prochange.com, *99*
protected health information (PHI), 24,
   108–9, 112, 117
psychiatric disorders. *See* mental disorders

**R**

records
   access to, 137–138
   documentation of visits, 137
   EHRs/EMRs, 28–30, *29,* 112, 117
recovery. *See also* vignette 2
   defined, xii–xiii
   online recovery support, *47*
   virtual support groups (mobile recovery
     support groups), 7
reimbursement for TAC, 115, 121
Reintegration-Related Behavioral Health
   Issues in Veterans and Military Families
   (planned TIP), 27
resources for TAC, 123–138
   clinical supervisors and clinical
     supervision, 131, *132*
   for clinicians, 123–131
   community-based resources and
     self-directed TAC, 13
   confidentiality, privacy, and security,
     SAMHSA resources on, 27
   confidentiality, privacy, and security issues,
     126–131, *129–130*
   determining appropriateness of TAC use,
     126, *128*
   emoticons and acronyms, use of, 125–126,
     *127*
   hearing impaired individuals, digital
     resources for, 75, *82*
   sample policies, 131–38
   statements to communicate or elicit
     emotional responses, 123–125, *126*
   terminology list, *123–124*
   video and Web conferencing, *109*
room evaluation, *79,* 131–133

rural or geographically isolated populations, 4,
   6, 61, 97, 98, 99, 121

**S**

scheduling TAC appointments, 136–137
schizophrenia, *18*
scope of practice of service providers, 119–120,
   121
screening and assessment tools
   digital comprehensive assessment tools,
     *37*
   for hearing impaired individuals with
     substance abuse disorders, *80*
   National Depression Screening Day,
     video conferencing during, *110*
   potential utility of TAC for, 5–6
   self-directed TAC and, 13
   stress, measuring, 41–45
Second Life, *20*
Secure Continuous Remote Alcohol
   Monitoring bracelet, 18–19
security. *See* confidentiality, privacy, and
   security
self-directed TAC, 11–13. *See also* vignette 2
   in advantageous and disadvantageous
     situations, 20–21
   behavioral health research studies, 11–13
   defined, 11
   EHRs/EMRs and, 30
   examples, *18*
   technological capacity considerations,
     113–14
sensors, 17–19, *18, 20*
serious mental illness (SMI), 10, 12, *18,* 21, 34,
   48
sexual health and sexually transmitted disease
   (STD) prevention, 34
short messaging services (SMS), 15, 24
Skype, 44, 66, 78
smart homes, 19
smartphones, *10,* 15, 17, *59,* 101. *See also*
   vignette 5
smartrecovery.org, *47*
smoking cessation
   mobile and handheld technologies, *17*

self-directed TAC, 12
telehealth interventions, 10
txt2stop, *17, 18*
vignette 1, 34
VR technology for, *20*
social and supportive functions of TAC, 28
social networks. *See* text-based communication
state laws and regulations
 on privacy/confidentiality of text-based
  communications, 24
 on TAC programs, 120–121
 on technology-mediated supervision, 106
 on telehealth interventions, 9, 25
store-and-forward technologies, *106*
strategic goals of TAC programs, 100–102
Strengthening Treatment Access and
 Retention State Initiative (STAR-SI),
 103–104
stress. *See also* post-traumatic stress disorder
 AL and, 19
 screening and assessment tools used to
  measure, 41–45
 vignette 1, 34, 41–45
Stress Tracker, *93*
students. *See* youth and students
Substance Abuse and Mental Health Services
 Administration (SAMHSA), ix
 confidentiality and privacy resources, 27
 EHRs/EMRs, 30
 Facebook and suicide prevention efforts,
  13
 GO2AID, *107*
 mutual support groups fact sheet, *70*
 NFAR ATTC, *11*
 STAR-SI, 103–104
substance abuse disorders. *See also*
 co-occurring disorders
 anonymity afforded by TAC and, 6–7
 computerized cognitive remediation tools,
  21
 confidentiality and privacy, federal
  regulations on, 30, *54*
 defined, xiii
 effectiveness of TAC for, 98

evidence-based alcohol and drug
 education programs, *46*
extended recovery programs. *See* vignette
 2
of hearing impaired individuals, *80*. *See
 also* vignette 4
as historically underserved population, 97
mobile or handheld technologies, 17, *18*
National Drug Control Strategy (2010),
 30
self-directed TAC, 11–12
sensors, 18–19
telehealth interventions, 10. *See also*
 vignette 3
Therapeutic Workplace, *103*
youth with, 21, 34, 45–47, *46, 47*
Substance Abuse Screener in American Sign
 Language (SAS-ASL), *80*
suicide and suicide prevention, 13–14, 20, 84
supervision. *See* clinical supervisors and
 clinical supervision
sustainability issues, 100–108, *102, 103*
synchronous and asynchronous
 communication, 6, 20–21

**T**
T2 Mood Tracker, *18*
targeted services, providing, 35–41
technological capacity considerations,
 108–114
technology-assisted care (TAC), xi–xiii, 3–31
 clinical services as driver of, 8
 confidentiality, privacy, and security,
  22–27. *See also* confidentiality, privacy,
  and security
 cultural importance of electronic media
  and, 3–4
 defined, xiii
 economics of, 7–8. *See also* economic
  issues
 effectiveness and efficiency of, 98
 EHRs/EMRs, 28–30, *29*
 emergent and future technologies, 17–19,
  *18, 20*

existing technologies, overview of, 8–17,
    18
guiding principles, 5
implementing programs, 97–121. *See also*
    implementing TAC programs
integration with existing services, 4, 8–9,
    20–21
legal and ethical issues, 21–28. *See also*
    legal and ethical issues
potential utility of, 3–8
resources, 123–38. *See also* resources for
    TAC
social and supportive functions, 28
telephone/audio and video/web tools,
    9–11
terminology, xii–xiii, *124–125*
vignettes, 33–94. *See also entries at*
    vignette
wide applicability of, 30–31
telehealth or telemental heath. *See*
    telephone/audio counseling and video/Web
    conferences
Telehealth Resource Centers, *109*
Telehealth Technology Assessment Center,
    *116*
Telemental Health Guide, *116*
telephone/audio counseling and video/Web
    conferences (telehealth), 9–11. *See also*
    vignette 1; vignette 3
    accessibility of phones and, 21
    advantages and disadvantages, *42*
    backup support for, *73*
    behavioral health research studies, 9–11
    comparison of telephone versus video
        conferencing, *64*
    confidentiality, privacy, and security, 25,
        *72, 74*
    continuing care, telephone-based, *110*
    defined, 9
    Distance Certified Counselor
        certification, *25*
    encouraging clients to use, *43*
    examples of, *18*
    goals of, *6*
    ground rules for pretreatment groups, 65

management of challenging interactions,
    *71*
mutual support groups, online and
    in-person, locating, *70*
NFAR ATTC, *11*
personal information exchanges, *74*
resources for video and Web
    conferencing, *109*
technical considerations, *66*
technological capacity considerations,
    *109,* 109–111, *110*
terminology, xii–xiii, *124–125*
text messaging, 15–16, *17,* 24, *60, 89, 112*
Text4Baby, *112*
text-based communication, 13–14. *See also*
    vignette 1; vignette 2
    application to behavioral health, 14
    confidentiality, privacy, and security, 22,
        24–25, *89*
    defined, 13–14
    depression follow-up care using online
        messaging, *60*
    emoticons and acronyms, use of, 125–126,
        *127*
    examples, *18*
    instant messaging, 13, 14, 111, 112–113
    technological capacity considerations,
        111–13
Therapeutic Education System, 12
Therapeutic Email, *111*
therapeutic interactive voice response (TIVR),
    9
Therapeutic Workplace, *103*
training and education
    CBT, computer-based training for, *12*
    Distance Certified Counselor
        certification, *25*
    evidence-based alcohol and drug
        education programs, *46*
    staff recruitment and training for TAC
        programs, 104, *105*
    TAC used for, 99
    technological competencies for using
        TAC, *105*
    vignettes, use of, 33–34

VR technology for, *20*
youth preference for computer learning
environments, 21
Treatment Alternatives for Safe Communities,
Illinois, *106*
Treatment improvement protocols (TIPs)
*Behavioral Health Services for American
Indians and Alaska Natives* (planned
TIP), 28
*Clinical Supervision and the Professional
Development of the Substance
Abuse Counselor (*TIP 52), 34
defined, vii
*Reintegration-Related Behavioral Health
Issues in Veterans and Military Families*
(planned TIP), 27
12-Step meetings, 52, *57,* 69, 75, 81
Twitter, 112–113
txt2stop, *17, 18*

**U**
ubiquitous or pervasive computing (ubicomp),
17–19
updates and new information, incorporating
and communicating, 7
U.S. Department of Defense (DoD), National
Center for Telehealth and Technology, *16,
18*
U.S. Department of Health and Human
Services (HHS), 108, *109, 121*
U.S. Food and Drug Administration (FDA),
22, 24, 121

**V**
vendor and consultant selection, 115–116, *116*
verification of identity and age of clients, 118
veterans. *See* military personnel and veterans
video/Web conferencing. *See* telephone/audio
counseling and video/Web conferences
vignettes, 33–94
master clinician notes, 33. *See also specific
vignettes*
training and use of, 33–34

vignette 1: Web-Based Prevention, Outreach,
and Early Intervention Program for Young
Adults, 34–47
addiction recovery, 34, 45–47, *46, 47*
advantages and disadvantages, *42*
developmental issues, *40*
encouraging clients to use, *43*
evidence-based alcohol and drug
education programs, *46*
learning objectives, 35
master clinician notes, *37, 45*
online recovery support, *47*
sample programs, *38*
screening and assessment tools for stress,
41–45
setting, 35
targeted services, providing, 35–41
vignette 2: Computerized Check-In and
Monitoring in an Extended Recovery
Program, 34, 48–60
alternative approaches to check-in, *55*
client access to computers, facilitating, *52*
client engagement with automated
systems, *50*
client resistance to computerized systems,
*52*
depression follow-up care using online
messaging, *60*
developing client and counselor
collaboration, 49–53
IOPs, 48, 54, 56–57
learning objectives, 48
maintaining recovery after IOP
completion, 56–60, *60*
master clinician notes, *50, 54, 55, 56, 57,
59, 60*
sample programs, *53*
service provider collaboration in, 53–56
setting, 48–49
situations in which check-in is beneficial,
*49*
supportive messages, designing, *59*
talking to clients about using TAC, *58*
vignette 3: Telephone and
Videoconference-Based Pretreatment

Group for Clients With Substance Use
Disorders, 34, 61–74
  backup support, *73*
  confidentiality and privacy issues, *72, 74*
  ground rules for, *65*
  group meeting 1, 65–69
  group meeting 2, 70–74
  IOPs, 62–63, 65, 68
  learning objectives, 61
  management of challenging interactions,
    *71*
  master clinician notes, *63, 65, 68, 70, 72*
  mutual support groups, online and
    in-person, locating, *70*
  personal information exchanges, *74*
  post-meeting review between counselor
    and supervisor, 69
  pre-meeting discussion between
    counselor and supervisor, 62–65
  setting, 61–62
  technical considerations, *66*
vignette 4: Incorporating TAC Into
  Behavioral Health Services for Hearing
  Impaired Clients, 34, 74–83
    CDIs, *78*
    client session 1, 78–81
    community-based support, helping clients
      engage with, 83
    frustrations, working with clients to
      address, 82–83
    interpreters, working with, 75–78, *76, 78,
      79*
    IOPs, 75, 81
    learning objectives, 75
    master clinician notes, *76, 77, 80, 82*
    preferred method of communication,
      determining, *77*
    pre-meeting considerations, *76*
    resources, 75, *82*
    setting, 75
    setting up meeting space, *79*
    treatment planning session, 81–82
vignette 5: Smartphones to Support Recovery
  for Clients With CODs, 34, 83–94
    action plan tools, *88*

clinician buy-in, 90–94, *91*
helpful features, *86*
introducing TAC to client, 84–87, *90*
learning objectives, 84
master clinician notes, *85, 87, 89, 91, 92,
  93, 94*
post-crisis session, 87–90
sample ready-to-use apps, *93*
setting, 84
virtual reality (VR), 19, *20*
virtual support groups (mobile recovery
  support groups), 7
voice over Internet protocols (VOIPs), 9, 20,
  24

**W**
Web. *See* electronic media; technology-assisted
  care
Web sites, organizational, 114
Web-based self-directed TAC. *See*
  self-directed TAC
Web/video conferencing. *See* telephone/audio
  counseling and video/Web conferences
weight loss. *See* physical activity and dietary
  behavior
White House Office of National Drug
  Control Policy (ONDCP), 30
women, as historically underserved population,
  97
World Health Organization-5 WellBeing
  Index, *53*

**Y**
youth and students. *See also* vignette 1
  as historically underserved population, 97
  mobile devices, use of, 101
  sample programs, *113*
  self-directed and asynchronous tools
    appealing to, 21
  with substance abuse disorders, 21, 34,
    45–47, *46, 47*
  telehealth interventions for, 10

# SAMHSA TIPs and Publications Based on TIPs

## What Is a TIP?

Treatment Improvement Protocols (TIPs) are the products of a systematic and innovative process that brings together clinicians, researchers, program managers, policymakers, and other Federal and non-Federal experts to reach consensus on state-of-the-art treatment practices. TIPs are developed under the Substance Abuse and Mental Health Services Administration's (SAMHSA's) Knowledge Application Program (KAP) to improve the treatment capabilities of the Nation's alcohol and drug abuse treatment service system.

## What Is a Quick Guide?

A Quick Guide clearly and concisely presents the primary information from a TIP in a pocket-sized book-let. Each Quick Guide is divided into sections to help readers quickly locate relevant material. Some contain glossaries of terms or lists of resources. Page numbers from the original TIP are referenced so providers can refer back to the source document for more information.

## What Are KAP Keys?

Also based on TIPs, KAP Keys are handy, durable tools. Keys may include assessment or screening instruments, checklists, and summaries of treatment phases. Printed on coated paper, each KAP Keys set is fastened together with a key ring and can be kept within a treatment provider's reach and consulted frequently. The Keys allow you, the busy clinician or program administrator, to locate information easily and to use this information to enhance treatment services.

## Ordering Information

Publications may be ordered or downloaded for free at http://store.samhsa.gov. To order over the phone, please call 1-877-SAMHSA-7 (1-877-726-4727) (English and Español).

**TIP 1**   State Methadone Treatment Guidelines—*Replaced by TIP 43*

**TIP 2**   Pregnant, Substance-Using Women—*Replaced by TIP 51*

**TIP 3**   Screening and Assessment of Alcohol- and Other Drug-Abusing Adolescents—*Replaced by TIP 31*

**TIP 4**   Guidelines for the Treatment of Alcohol- and Other Drug-Abusing Adolescents—*Replaced by TIP 32*

**TIP 5**   Improving Treatment for Drug-Exposed Infants

**TIP 6**   Screening for Infectious Diseases Among Substance Abusers—*Archived*

**TIP 7**   Screening and Assessment for Alcohol and Other Drug Abuse Among Adults in the Criminal Justice System—*Replaced by TIP 44*

**TIP 8**   Intensive Outpatient Treatment for Alcohol and Other Drug Abuse—*Replaced by TIPs 46 and 47*

**TIP 9**   Assessment and Treatment of Patients With Coexisting Mental Illness and Alcohol and Other Drug Abuse—*Replaced by TIP 42*

**TIP 10**   Assessment and Treatment of Cocaine-Abusing Methadone-Maintained Patients—*Replaced by TIP 43*

**TIP 11**   Simple Screening Instruments for Outreach for Alcohol and Other Drug Abuse and Infectious Diseases—*Replaced by TIP 53*

**TIP 12**   Combining Substance Abuse Treatment With Intermediate Sanctions for Adults in the Criminal Justice System—*Replaced by TIP 44*

**TIP 13**   Role and Current Status of Patient Placement Criteria in the Treatment of Substance Use Disorders
Quick Guide for Clinicians
Quick Guide for Administrators
KAP Keys for Clinicians

**TIP 14**   Developing State Outcomes Monitoring Systems for Alcohol and Other Drug Abuse Treatment

**TIP 15**   Treatment for HIV-Infected Alcohol and Other Drug Abusers—*Replaced by TIP 37*

**TIP 16  Alcohol and Other Drug Screening of
Hospitalized Trauma Patients**
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 17  Planning for Alcohol and Other Drug Abuse
Treatment for Adults in the Criminal Justice
System**—*Replaced by TIP 44*

**TIP 18  The Tuberculosis Epidemic: Legal and Ethical
Issues for Alcohol and Other Drug Abuse
Treatment Providers**—*Archived*

**TIP 19  Detoxification From Alcohol and Other
Drugs**—*Replaced by TIP 45*

**TIP 20  Matching Treatment to Patient Needs in
Opioid Substitution Therapy**—*Replaced by
TIP 43*

**TIP 21  Combining Alcohol and Other Drug Abuse
Treatment With Diversion for Juveniles in the
Justice System**
Quick Guide for Clinicians and
Administrators

**TIP 22  LAAM in the Treatment of Opiate
Addiction**—*Replaced by TIP 43*

**TIP 23  Treatment Drug Courts: Integrating
Substance Abuse Treatment With Legal Case
Processing**
Quick Guide for Administrators

**TIP 24  A Guide to Substance Abuse Services for
Primary Care Clinicians**
Concise Desk Reference Guide
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 25  Substance Abuse Treatment and Domestic
Violence**
Linking Substance Abuse Treatment and
Domestic Violence Services: A Guide for
Treatment Providers
Linking Substance Abuse Treatment and
Domestic Violence Services: A Guide for
Administrators
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 26  Substance Abuse Among Older Adults**
Substance Abuse Among Older Adults: A
Guide for Treatment Providers
Substance Abuse Among Older Adults: A
Guide for Social Service Providers
Substance Abuse Among Older Adults:
Physician's Guide
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 27  Comprehensive Case Management for
Substance Abuse Treatment**
Case Management for Substance Abuse
Treatment: A Guide for Treatment Providers
Case Management for Substance Abuse
Treatment: A Guide for Administrators
Quick Guide for Clinicians
Quick Guide for Administrators

**TIP 28  Naltrexone and Alcoholism Treatment —**
*Replaced by TIP 49*

**TIP 29  Substance Use Disorder Treatment for People
With Physical and Cognitive Disabilities**
Quick Guide for Clinicians
Quick Guide for Administrators
KAP Keys for Clinicians

**TIP 30  Continuity of Offender Treatment for
Substance Use Disorders From Institution to
Community**
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 31  Screening and Assessing Adolescents for
Substance Use Disorders**
*See companion products for TIP 32.*

**TIP 32  Treatment of Adolescents With Substance
Use Disorders**
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 33  Treatment for Stimulant Use Disorders**
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 34  Brief Interventions and Brief Therapies for
Substance Abuse**
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 35  Enhancing Motivation for Change in
Substance Abuse Treatment**
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 36  Substance Abuse Treatment for Persons With
Child Abuse and Neglect Issues**
Quick Guide for Clinicians
KAP Keys for Clinicians
Helping Yourself Heal: A Recovering Woman's
Guide to Coping With Childhood Abuse
Issues
Also available in Spanish
Helping Yourself Heal: A Recovering Man's
Guide to Coping With the Effects of
Childhood Abuse
Also available in Spanish

**TIP 37  Substance Abuse Treatment for Persons With HIV/AIDS**
Quick Guide for Clinicians
KAP Keys for Clinicians
Drugs, Alcohol, and HIV/AIDS: A Consumer Guide
Also available in Spanish
Drugs, Alcohol, and HIV/AIDS: A Consumer Guide for African Americans

**TIP 38  Integrating Substance Abuse Treatment and Vocational Services**
Quick Guide for Clinicians
Quick Guide for Administrators
KAP Keys for Clinicians

**TIP 39  Substance Abuse Treatment and Family Therapy**
Quick Guide for Clinicians
Quick Guide for Administrators
Family Therapy Can Help: For People in Recovery From Mental Illness or Addiction

**TIP 40  Clinical Guidelines for the Use of Buprenorphine in the Treatment of Opioid Addiction**
Quick Guide for Physicians
KAP Keys for Physicians

**TIP 41  Substance Abuse Treatment: Group Therapy**
Quick Guide for Clinicians

**TIP 42  Substance Abuse Treatment for Persons With Co-Occurring Disorders**
Quick Guide for Clinicians
Quick Guide for Administrators
KAP Keys for Clinicians

**TIP 43  Medication-Assisted Treatment for Opioid Addiction in Opioid Treatment Programs**
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 44  Substance Abuse Treatment for Adults in the Criminal Justice System**
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 45  Detoxification and Substance Abuse Treatment**
Quick Guide for Clinicians
Quick Guide for Administrators
KAP Keys for Clinicians

**TIP 46  Substance Abuse: Administrative Issues in Outpatient Treatment**
Quick Guide for Administrators

**TIP 47  Substance Abuse: Clinical Issues in Outpatient Treatment**

Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 48  Managing Depressive Symptoms in Substance Abuse Clients During Early Recovery**

**TIP 49  Incorporating Alcohol Pharmacotherapies Into Medical Practice**
Quick Guide for Counselors
Quick Guide for Physicians
KAP Keys for Clinicians

**TIP 50  Addressing Suicidal Thoughts and Behaviors in Substance Abuse Treatment**
Quick Guide for Clinicians
Quick Guide for Administrators

**TIP 51  Substance Abuse Treatment: Addressing the Specific Needs of Women**
KAP Keys for Clinicians
Quick Guide for Clinicians
Quick Guide for Administrators

**TIP 52  Clinical Supervision and Professional Development of the Substance Abuse Counselor**
Quick Guide for Clinical Supervisors
Quick Guide for Administrators

**TIP 53  Addressing Viral Hepatitis in People With Substance Use Disorders**
Quick Guide for Clinicians and Administrators
KAP Keys for Clinicians

**TIP 54  Managing Chronic Pain in Adults With or in Recovery From Substance Use Disorders**
Quick Guide for Clinicians
KAP Keys for Clinicians
You Can Manage Your Chronic Pain To Live a Good Life: A Guide for People in Recovery From Mental Illness or Addiction

**TIP 55  Behavioral Health Services for People Who Are Homeless**

**TIP 56  Addressing the Specific Behavioral Health Needs of Men**
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 57  Trauma-Informed Care in Behavioral Health Services**
Quick Guide for Clinicians
KAP Keys for Clinicians

**TIP 58  Addressing Fetal Alcohol Spectrum Disorders (FASD)**

**TIP 59  Improving Cultural Competence**

HHS Publication No. (SMA) 15-4924
Printed 2015

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Substance Abuse and Mental Health Services Administration
Center for Substance Abuse Treatment

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Newsom, et al.,**          No.     **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on <u>May 28, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' RESPONSE TO THE SPECIAL MASTER'S REPORT AND PROPOSED TELEMENTAL HEALTH POLICY (ECF NO. 8165)**

- **DECLARATION OF AMAR MEHTA, M.D. IN SUPPORT OF DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REPORT AND PROPOSED TELEMENTAL HEALTH POLICY**

- **DECLARATION OF JOSEPH PENN, MD, IN SUPPORT OF DEFENDANTS' RESPONSE AND OBJECTIONS TO SPECIAL MASTER'S REPORT AND PROPOSED TELEMENTAL HEALTH POLICY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 28, 2024</u>, at San Francisco, California.

| G. Guardado | */s/ G. Guardado* |
|:---:|:---:|
| Declarant | Signature |

CF1997CS0003
44181502.docx