Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7318
 Fax:  (916) 324-5205
 E-mail:  Elise.Thorn@doj.ca.gov
Attorneys for Defendants

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, State Bar No. 294114
David C. Casarrubias, State Bar No. 321994
Carson R. Niello, State Bar No. 329970
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone:  (925) 746-8460
 Fax:  (925) 746-8490
 E-mail:  PMello@hansonbridgett.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY MENTAL HEALTH STAFFING VACANCY REPORT** |

On or before the last court day of each month, Defendants are required to file a monthly

staffing vacancy report identifying vacancy rates at each CDCR institution and in the aggregate

systemwide for the preceding month for all psychiatrist, psychologist, clinical social worker,

recreational therapist, and medical assistant classifications. (See February 15 and August 22, 2018

orders (ECF Nos. 5786 at 4, 5886 at 3); and January 18, February 10, February 28, and March 17,

2023 orders (ECF Nos. 7504 at 6, 7704 at 2, 7742 at 5-7, and 7766 at 1-2).)  Beginning with the

monthly staffing vacancy report due March 31, 2023, Defendants began including a separate chart

1

of the fines accumulated for that month and, in subsequent months, a total of fines accumulated to date.  (ECF No. 7742 at 6.)

Consistent with the foregoing orders, attached is a letter from the California Correctional Health Care Services submitting the following reports for CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Mental Health Staffing Positions for April 2024: the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan (Exhibit A); the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan (Exhibit B); the statewide totals for all reported positions (Exhibit C); and separate chart of the fines accumulated for April 2024 calculated under the January 23, 2024 order (ECF No. 8116 at 2) (Exhibit D).

Dated: May 30, 2024                                   Respectfully submitted,

                                                      ROB BONTA
                                                      Attorney General of California
                                                      DAMON MCCLAIN
                                                      Supervising Deputy Attorney General


                                                      /s/ *Elise Owens Thorn*
                                                      Elise Owens Thorn
                                                      Deputy Attorney General
                                                      *Attorneys for Defendants*


                                                      HANSON BRIDGETT LLP

                                                      */s/ Samantha D. Wolff*
                                                      PAUL B. MELLO
                                                      SAMANTHA D. WOLFF
                                                      DAVID C. CASARRUBIAS
                                                      *Attorneys for Defendants*

2

19009732.1

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                                                      GAVIN NEWSOM, GOVERNO

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



May 30, 2024

Damon McClain, Esq.
Elise O. Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE
        MENTAL HEALTH PROGRAM ALLOCATED AND FILLED
        MENTAL HEALTH STAFFING POSITIONS

Dear Mr. McClain and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits monthly reports identifying CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Mental Health Staffing Positions identifying the mental health staff vacancy rates at each CDCR institution and systemwide for April 2024.

In accordance with the Court's February 14, 2018 order, the psychiatry vacancy reports contain the same data as the Correctional Health Care Services Mental Health Institution Vacancies:  Summary by Institution by Classification.  Those reports also include the staffing allocation and fill rates for Chief Psychiatrists and Senior Psychiatrist Supervisor positions as required under the March 18, 2022 order (ECF No. 7504 at 6), data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Also, in accordance with the Court's February 15 and August 22, 2018 orders (ECF Nos. 5786 at 4, 5886 at 3), and January 18, February 10, February 28, and March 17, 2023 orders (ECF Nos. 7504 at 6, 7704 at 2, 7742 at 5-7, and 7766 at 1-2), the attached reports include the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan (Exhibit A), the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan (Exhibit B), the statewide totals for all the positions (Exhibit C), and  separate chart of the fines accumulated for April 2024 calculated under the January 23, 2024 order (ECF No. 8116 at 2)(Exhibit D).

A Chief Psychologist and Supervising Psychiatric Social Worker I position has been added to the reports to begin recruitment activities prior to the position authority release July 1, 2024.

Sincerely,

*/s/ Jasinda Muhammad*
JASINDA MUHAMMAD
Deputy Director, Human Resources
California Correctional Health Care Services

# Exhibit A

**Division of Health Care Services**
**Statewide Mental Health Program**
**Allocated and Filled Psychiatry Positions - April 2024**

| Sites | Allocated March 2024[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[6] | | |
| ASP | 1.00 | 0.00 | 5.00 | 0.00 | 6.00 | 0.00 | 0% | 0.00 | - | 0.00 | 6.13 | 0.00 | 0.00 | 6.13 | 123% | 6.13 | 102% |
| CAL | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.38 | 0.00 | 0.38 | 75% | 0.38 | 75% |
| CCI | 0.00 | 0.00 | 2.50 | 1.00 | 4.50 | 0.00 | 0% | 0.00 | - | 2.00 | 2.04 | 0.00 | 0.00 | 4.04 | 115% | 4.04 | 90% |
| CCWF | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 4.00 | 0.92 | 3.00 | 0.00 | 7.92 | 83% | 7.92 | 75% |
| CEN | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 200% | 1.00 | 200% |
| CHCF | 1.00 | 2.00 | 12.50 | 10.00 | 25.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 7.93 | 5.50 | 1.00 | 18.43 | 82% | 19.43 | 76% |
| CIM | 1.00 | 0.00 | 8.00 | 2.00 | 11.00 | 0.00 | 0% | 0.00 | - | 3.00 | 2.20 | 1.00 | 0.00 | 6.20 | 62% | 6.20 | 56% |
| CIW | 1.00 | 0.00 | 7.40 | 0.00 | 8.40 | 0.00 | 0% | 0.00 | - | 3.00 | 4.83 | 0.00 | 0.00 | 7.83 | 106% | 7.83 | 93% |
| CMC | 1.00 | 1.00 | 14.50 | 2.50 | 19.00 | 1.00 | 100% | 1.00 | 100% | 5.00 | 6.19 | 2.50 | 0.00 | 13.69 | 81% | 15.69 | 83% |
| CMF | 1.00 | 1.00 | 10.30 | 5.00 | 17.30 | 1.00 | 100% | 0.00 | 0% | 2.00 | 6.17 | 5.24 | 1.00 | 14.41 | 94% | 15.41 | 89% |
| COR | 1.00 | 1.00 | 6.00 | 6.50 | 14.50 | 0.00 | 0% | 1.00 | 100% | 1.50 | 3.96 | 6.47 | 0.00 | 11.93 | 95% | 12.93 | 89% |
| CRC | 1.00 | 0.00 | 4.50 | 0.00 | 5.50 | 1.00 | 100% | 0.00 | - | 1.00 | 5.00 | 0.00 | 0.00 | 5.00 | 111% | 6.00 | 109% |
| CTF | 1.00 | 0.00 | 3.00 | 0.00 | 4.00 | 1.00 | 100% | 0.00 | - | 1.00 | 2.31 | 0.00 | 0.00 | 3.31 | 110% | 4.31 | 108% |
| CVSP | 1.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.25 | 0.00 | 0.25 | 50% | 0.25 | 50% |
| FSP | 1.00 | 0.00 | 1.50 | 0.00 | 2.50 | 1.00 | 100% | 0.00 | - | 3.50 | 0.00 | 0.00 | 0.00 | 3.50 | 233% | 4.50 | 180% |
| HDSP | 1.00 | 0.00 | 1.00 | 4.00 | 6.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 3.13 | 0.00 | 3.13 | 63% | 4.13 | 69% |
| ISP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.25 | 0.00 | 0.25 | 50% | 0.25 | 50% |
| KVSP | 1.00 | 0.00 | 4.00 | 5.00 | 10.00 | 1.00 | 100% | 0.00 | - | 1.00 | 1.33 | 5.00 | 2.01 | 9.34 | 104% | 10.34 | 103% |
| LAC | 1.00 | 1.00 | 12.50 | 1.00 | 15.50 | 1.00 | 100% | 0.00 | 0% | 5.00 | 5.17 | 1.00 | 0.82 | 11.99 | 89% | 12.99 | 84% |
| MCSP | 1.00 | 1.00 | 9.00 | 6.50 | 17.50 | 1.00 | 100% | 1.00 | 100% | 3.50 | 4.37 | 5.05 | 0.00 | 12.92 | 83% | 14.92 | 85% |
| NKSP | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 0.00 | 5.54 | 3.00 | 0.00 | 8.54 | 90% | 8.54 | 81% |
| PBSP | 1.00 | 0.00 | 2.00 | 2.00 | 5.00 | 0.00 | 0% | 0.00 | - | 1.00 | 0.00 | 2.74 | 0.00 | 3.74 | 94% | 3.74 | 75% |
| PVSP | 1.00 | 0.00 | 2.00 | 0.50 | 3.50 | 1.00 | 100% | 0.00 | - | 1.00 | 1.13 | 0.50 | 0.00 | 2.63 | 105% | 3.63 | 104% |
| RJD | 1.00 | 1.00 | 14.50 | 2.00 | 18.50 | 1.00 | 100% | 1.00 | 100% | 7.25 | 7.06 | 2.00 | 0.00 | 16.31 | 99% | 18.31 | 99% |
| SAC | 1.00 | 1.00 | 18.00 | 0.00 | 20.00 | 1.00 | 100% | 1.00 | 100% | 11.25 | 2.77 | 0.00 | 0.00 | 14.02 | 78% | 16.02 | 80% |
| SATF | 1.00 | 1.00 | 6.50 | 11.00 | 19.50 | 0.00 | 0% | 0.00 | 0% | 1.00 | 1.61 | 11.32 | 0.00 | 13.93 | 80% | 13.93 | 71% |
| SCC | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 0.00 | 1.21 | 1.21 | 121% | 2.21 | 111% |
| SOL | 1.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | 100% | 5.00 | 100% |
| SQ | 1.00 | 1.00 | 9.80 | 0.00 | 11.80 | 1.00 | 100% | 0.00 | 0% | 8.50 | 0.97 | 0.00 | 0.00 | 9.47 | 97% | 10.47 | 89% |
| SVSP | 1.00 | 1.00 | 2.80 | 5.50 | 10.30 | 1.00 | 100% | 0.00 | 0% | 0.00 | 3.60 | 5.00 | 0.00 | 8.60 | 104% | 9.60 | 93% |
| VSP | 1.00 | 0.00 | 1.00 | 7.00 | 9.00 | 0.00 | 0% | 0.00 | - | 0.00 | 1.38 | 6.00 | 0.00 | 7.38 | 92% | 7.38 | 82% |
| WSP | 1.00 | 1.00 | 7.50 | 5.00 | 14.50 | 1.00 | 100% | 0.00 | 0% | 2.00 | 6.98 | 4.00 | 0.00 | 12.98 | 104% | 13.98 | 96% |
| Telepsych[6] | 2.00 | 8.00 | 0.00 | 0.00 | 10.00 | 2.00 | 100% | 8.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 10.00 | 100% |
| NTTM[7] | 0.00 | 0.00 | 0.00 | 12.00 | 12.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 9.26 | 0.00 | 9.26 | 77% | 9.26 | 77% |
| TOTAL | 30.00 | 21.00 | 182.30 | 98.00 | 331.30 | 20.00 | 67% | 13.00 | 62% | 80.50 | 84.59 | 82.58 | 6.04 | 253.71 | 91% | 286.71 | 87% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (April 2024)

4 Source: April 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

6 Telepsych row displays the number of chiefs and seniors in telepsychiatry and are not assigned to specific institutions.

7 NTTM- Nighttime Telepsych Shift- Took 0.5 from all institutions.

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Psychology Positions - April 2024

| Sites | Allocated March 2024[1] | | | | | | Filled | | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | | |
| ASP | 2.00 | 1.00 | 2.00 | 10.50 | 0.00 | 15.50 | 2.00 | 100% | 1.00 | 100% | 2.00 | 100% | 5.50 | 0.63 | 0.00 | 6.13 | 58% | 11.13 | 72% |
| CAL | 0.00 | 1.00 | 0.00 | 4.00 | 0.00 | 5.00 | 0.00 | - | 1.00 | 100% | 0.00 | - | 3.00 | 0.00 | 0.00 | 3.00 | 75% | 4.00 | 80% |
| CCI | 2.00 | 1.50 | 2.50 | 11.50 | 0.00 | 17.50 | 1.00 | 50% | 2.00 | 133% | 2.00 | 80% | 7.50 | 0.40 | 0.00 | 7.90 | 69% | 12.90 | 74% |
| CCWF | 2.00 | 3.00 | 3.50 | 22.50 | 0.00 | 34.00 | 2.00 | 100% | 2.00 | 67% | 3.00 | 86% | 14.50 | 0.00 | 0.00 | 14.50 | 57% | 21.50 | 63% |
| CEN | 1.00 | 0.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 50% | 3.00 | 60% |
| CHCF | 2.00 | 5.15 | 5.90 | 40.75 | 3.00 | 56.80 | 2.00 | 100% | 4.00 | 78% | 4.00 | 68% | 5.00 | 6.80 | 0.00 | 11.80 | 27% | 21.80 | 38% |
| CIM | 2.00 | 2.50 | 3.00 | 21.50 | 0.00 | 29.00 | 2.00 | 100% | 1.00 | 40% | 1.00 | 33% | 18.00 | 0.00 | 0.00 | 18.00 | 84% | 22.00 | 76% |
| CIW | 2.00 | 2.00 | 3.50 | 17.40 | 0.00 | 24.90 | 1.00 | 50% | 2.00 | 100% | 3.00 | 86% | 15.00 | 0.87 | 0.00 | 15.87 | 91% | 21.87 | 88% |
| CMC | 2.00 | 6.50 | 7.00 | 46.00 | 0.00 | 61.50 | 2.00 | 100% | 6.50 | 100% | 6.00 | 86% | 20.50 | 5.62 | 0.00 | 26.12 | 57% | 40.62 | 66% |
| CMF | 2.00 | 5.25 | 6.10 | 37.55 | 0.00 | 50.90 | 2.00 | 100% | 0.00 | 0% | 4.00 | 66% | 10.50 | 3.82 | 0.00 | 14.32 | 38% | 20.32 | 40% |
| COR | 2.00 | 5.00 | 5.00 | 39.00 | 0.00 | 51.00 | 2.00 | 100% | 5.50 | 110% | 4.00 | 80% | 9.00 | 6.90 | 0.00 | 15.90 | 41% | 27.40 | 54% |
| CRC | 2.00 | 1.00 | 2.00 | 9.50 | 0.00 | 14.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 9.50 | 0.00 | 0.00 | 9.50 | 100% | 13.50 | 93% |
| CTF | 2.00 | 1.00 | 2.00 | 7.50 | 0.00 | 12.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 6.00 | 0.52 | 0.00 | 6.52 | 87% | 10.52 | 84% |
| CVSP | 0.00 | 1.00 | 0.00 | 3.50 | 0.00 | 4.50 | 0.00 | - | 1.00 | 100% | 0.00 | - | 1.00 | 0.75 | 0.00 | 1.75 | 50% | 2.75 | 61% |
| FSP | 2.00 | 1.00 | 2.00 | 4.50 | 0.00 | 9.50 | 2.00 | 100% | 1.00 | 100% | 1.00 | 50% | 5.00 | 0.00 | 0.00 | 5.00 | 111% | 9.00 | 95% |
| HDSP | 2.00 | 1.50 | 2.50 | 10.50 | 3.00 | 19.50 | 1.00 | 50% | 1.00 | 67% | 2.00 | 80% | 4.50 | 0.00 | 0.00 | 4.50 | 33% | 8.50 | 44% |
| ISP | 1.00 | 0.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 3.00 | 0.96 | 0.00 | 3.96 | 99% | 4.96 | 99% |
| KVSP | 2.00 | 3.50 | 4.50 | 23.50 | 3.00 | 36.50 | 1.00 | 50% | 2.00 | 57% | 4.00 | 89% | 13.50 | 0.00 | 0.00 | 13.50 | 51% | 20.50 | 56% |
| LAC | 2.00 | 7.00 | 7.00 | 43.50 | 3.00 | 62.50 | 2.00 | 100% | 5.75 | 82% | 7.00 | 100% | 23.75 | 0.78 | 0.00 | 24.53 | 53% | 39.28 | 63% |
| MCSP | 2.00 | 7.50 | 7.50 | 47.00 | 0.00 | 64.00 | 2.00 | 100% | 7.00 | 93% | 6.00 | 80% | 8.00 | 3.21 | 0.00 | 11.21 | 24% | 26.21 | 41% |
| NKSP | 2.00 | 2.00 | 2.00 | 27.50 | 3.00 | 36.50 | 2.00 | 100% | 2.00 | 100% | 1.00 | 50% | 6.50 | 3.06 | 0.00 | 9.56 | 31% | 14.56 | 40% |
| PBSP | 2.00 | 1.50 | 2.50 | 11.00 | 2.00 | 19.00 | 1.00 | 50% | 1.00 | 67% | 2.00 | 80% | 6.50 | 0.00 | 0.00 | 6.50 | 50% | 10.50 | 55% |
| PVSP | 2.00 | 1.00 | 2.00 | 8.00 | 0.00 | 13.00 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 7.00 | 0.00 | 0.00 | 7.00 | 88% | 11.00 | 85% |
| RJD | 2.00 | 8.50 | 8.00 | 54.00 | 0.00 | 72.50 | 2.00 | 100% | 9.00 | 106% | 7.00 | 88% | 34.00 | 4.00 | 0.00 | 38.00 | 70% | 56.00 | 77% |
| SAC | 2.00 | 8.00 | 7.00 | 53.50 | 3.00 | 73.50 | 1.00 | 50% | 8.00 | 100% | 7.00 | 100% | 27.50 | 6.73 | 0.00 | 34.23 | 61% | 50.23 | 68% |
| SATF | 2.00 | 7.00 | 7.00 | 49.50 | 0.00 | 65.50 | 3.00 | 150% | 4.00 | 57% | 4.00 | 57% | 14.00 | 2.51 | 0.00 | 16.51 | 33% | 27.51 | 42% |
| SCC | 2.00 | 1.00 | 2.00 | 3.50 | 0.00 | 8.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 2.00 | 0.00 | 0.00 | 2.00 | 57% | 6.00 | 71% |
| SOL | 2.00 | 1.00 | 2.00 | 9.50 | 0.00 | 14.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 5.00 | 0.00 | 0.00 | 5.00 | 53% | 9.00 | 62% |
| SQ | 2.00 | 5.60 | 5.10 | 31.80 | 2.00 | 46.50 | 1.00 | 50% | 2.00 | 36% | 2.00 | 39% | 23.75 | 1.34 | 0.00 | 25.09 | 74% | 30.09 | 65% |
| SVSP | 2.00 | 4.00 | 4.90 | 29.30 | 0.00 | 40.20 | 2.00 | 100% | 3.50 | 88% | 3.00 | 61% | 1.00 | 10.80 | 0.00 | 11.80 | 40% | 20.30 | 50% |
| VSP | 2.00 | 3.50 | 5.00 | 19.50 | 2.00 | 32.00 | 2.00 | 100% | 3.00 | 86% | 5.00 | 100% | 18.50 | 0.00 | 0.00 | 18.50 | 86% | 28.50 | 89% |
| WSP | 2.00 | 3.00 | 2.00 | 38.00 | 3.00 | 48.00 | 1.00 | 50% | 2.00 | 67% | 2.00 | 100% | 11.00 | 10.36 | 0.00 | 21.36 | 52% | 26.36 | 55% |
| TeleMH[7] | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 6.00 | 1.00 | 33% | 0.00 | 0% | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | - | 1.00 | 17% |
| TOTAL | 61.00 | 105.50 | 115.50 | 743.30 | 30.00 | 1055.30 | 47.00 | 77% | 82.25 | 78% | 92.00 | 80% | 341.50 | 70.06 | 0.00 | 411.56 | 53% | 632.81 | 60% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (April 2024)

5 Source: April 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

7 TeleMH row displays the number of chiefs and seniors in telepsychology and are not assigned to specific institutions.

# Division of Health Care Services
## Statewide Mental Health Program
### Allocated and Filled Clinical Social Worker Positions - April 2024

| Sites | Allocated March 2024[1] | | | | | Filled | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | | |
| ASP | 0.00 | 1.00 | 14.50 | 0.00 | 15.50 | 0.00 | - | 1.00 | 100% | 10.00 | 0.00 | 0.00 | 10.00 | 69% | 11.00 | 71% |
| CAL | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 200% | 2.00 | 200% |
| CCI | 0.00 | 1.00 | 6.00 | 2.00 | 9.00 | 0.00 | - | 1.00 | 100% | 5.00 | 0.00 | 0.00 | 5.00 | 63% | 6.00 | 67% |
| CCWF | 0.00 | 1.50 | 19.50 | 0.00 | 21.00 | 0.00 | - | 1.00 | 67% | 17.00 | 0.46 | 0.00 | 17.46 | 90% | 18.46 | 88% |
| CEN | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 200% | 2.00 | 200% |
| CHCF | 0.00 | 0.60 | 12.30 | 2.00 | 14.90 | 0.00 | - | 0.00 | 0% | 2.00 | 2.96 | 0.00 | 4.96 | 35% | 4.96 | 33% |
| CIM | 0.00 | 1.00 | 13.50 | 0.00 | 14.50 | 0.00 | - | 1.00 | 100% | 14.00 | 0.00 | 0.00 | 14.00 | 104% | 15.00 | 103% |
| CIW | 0.00 | 0.80 | 8.90 | 0.00 | 9.70 | 0.00 | - | 0.00 | 0% | 8.00 | 1.86 | 0.00 | 9.86 | 111% | 9.86 | 102% |
| CMC | 0.00 | 1.00 | 15.00 | 2.00 | 18.00 | 0.00 | - | 1.00 | 100% | 11.00 | 1.92 | 1.95 | 14.87 | 87% | 15.87 | 88% |
| CMF | 0.00 | 0.50 | 12.60 | 2.00 | 15.10 | 0.00 | - | 0.00 | 0% | 5.00 | 2.37 | 0.00 | 7.37 | 50% | 7.37 | 49% |
| COR | 0.00 | 1.00 | 16.00 | 2.00 | 19.00 | 0.00 | - | 1.00 | 100% | 8.00 | 5.94 | 0.00 | 13.94 | 77% | 14.94 | 79% |
| CRC | 0.00 | 1.00 | 14.50 | 0.00 | 15.50 | 0.00 | - | 0.00 | 0% | 12.00 | 0.88 | 0.00 | 12.88 | 89% | 12.88 | 83% |
| CTF | 0.00 | 1.00 | 7.50 | 0.00 | 8.50 | 0.00 | - | 1.00 | 100% | 4.00 | 0.00 | 0.00 | 4.00 | 53% | 5.00 | 59% |
| CVSP | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0% |
| FSP | 0.00 | 1.00 | 4.00 | 0.00 | 5.00 | 0.00 | - | 1.00 | 100% | 3.00 | 0.00 | 0.00 | 3.00 | 75% | 4.00 | 80% |
| HDSP | 0.00 | 1.00 | 7.50 | 0.00 | 8.50 | 0.00 | - | 1.00 | 100% | 4.00 | 0.00 | 2.00 | 6.00 | 80% | 7.00 | 82% |
| ISP | 0.00 | 0.00 | 1.50 | 0.00 | 1.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0% |
| KVSP | 0.00 | 1.00 | 12.50 | 0.00 | 13.50 | 0.00 | - | 2.00 | 200% | 10.50 | 0.00 | 0.00 | 10.50 | 84% | 12.50 | 93% |
| LAC | 0.00 | 1.00 | 19.50 | 0.00 | 20.50 | 0.00 | - | 1.00 | 100% | 11.50 | 1.98 | 0.00 | 13.48 | 69% | 14.48 | 71% |
| MCSP | 0.00 | 1.00 | 22.00 | 2.00 | 25.00 | 0.00 | - | 1.00 | 100% | 9.00 | 0.73 | 1.00 | 10.73 | 45% | 11.73 | 47% |
| NKSP | 0.00 | 1.00 | 14.00 | 0.00 | 15.00 | 0.00 | - | 1.00 | 100% | 12.00 | 1.11 | 0.00 | 13.11 | 94% | 14.11 | 94% |
| PBSP | 0.00 | 1.00 | 5.00 | 0.00 | 6.00 | 0.00 | - | 1.00 | 100% | 5.00 | 0.00 | 1.00 | 6.00 | 120% | 7.00 | 117% |
| PVSP | 0.00 | 1.00 | 4.50 | 0.00 | 5.50 | 0.00 | - | 1.00 | 100% | 3.00 | 0.00 | 1.00 | 4.00 | 89% | 5.00 | 91% |
| RJD | 0.00 | 1.00 | 23.50 | 2.00 | 26.50 | 0.00 | - | 1.00 | 100% | 7.50 | 8.16 | 0.00 | 15.66 | 61% | 16.66 | 63% |
| SAC | 0.00 | 1.00 | 19.00 | 0.00 | 20.00 | 0.00 | - | 1.00 | 100% | 15.00 | 2.36 | 0.00 | 17.36 | 91% | 18.36 | 92% |
| SATF | 0.00 | 1.50 | 25.50 | 3.00 | 30.00 | 0.00 | - | 1.50 | 100% | 15.00 | 2.78 | 1.95 | 19.73 | 69% | 21.23 | 71% |
| SCC | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 100% | 2.00 | 100% |
| SOL | 0.00 | 1.00 | 7.50 | 0.00 | 8.50 | 0.00 | - | 1.00 | 100% | 3.50 | 0.86 | 0.00 | 4.36 | 58% | 5.36 | 63% |
| SQ | 0.00 | 0.80 | 18.80 | 0.00 | 19.60 | 0.00 | - | 1.00 | 125% | 11.00 | 0.00 | 0.00 | 11.00 | 59% | 12.00 | 61% |
| SVSP | 0.00 | 0.70 | 10.80 | 3.00 | 14.50 | 0.00 | - | 1.00 | 143% | 3.25 | 1.53 | 2.00 | 6.78 | 49% | 7.78 | 54% |
| VSP | 0.00 | 1.00 | 15.00 | 0.00 | 16.00 | 0.00 | - | 1.00 | 100% | 13.00 | 0.00 | 0.00 | 13.00 | 87% | 14.00 | 88% |
| WSP | 0.00 | 1.50 | 19.00 | 0.00 | 20.50 | 0.00 | - | 3.00 | 200% | 13.50 | 0.00 | 0.00 | 13.50 | 71% | 16.50 | 88% |
| TeleMH[6] | 1.00 | 3.00 | 0.00 | 0.00 | 4.00 | 1.00 | 100% | 3.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | - | 4.00 | 100% |
| TOTAL | 1.00 | 29.90 | 374.90 | 20.00 | 425.80 | 1.00 | 100% | 29.50 | 99% | 241.75 | 35.90 | 10.90 | 288.55 | 73% | 319.05 | 75% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (April 2024)

4 Source: April 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

6 TeleMH row displays the number of supervisor I and supervisor II in telesocial work and are not assigned to specific institutions.

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Recreation Therapist Positions - April 2024

| Sites | Allocated RecT[1] | Filled RecT[2] | RecT Registry[3] | RecT % |
|-------|-------------------|----------------|------------------|--------|
| ASP | 0.00 | 1.00 | 0.00 | - |
| CAL | 0.00 | 0.00 | 0.00 | - |
| CCI | 3.00 | 1.00 | 1.78 | 93% |
| CCWF | 6.50 | 10.00 | 0.86 | 167% |
| CEN | 0.00 | 0.00 | 1.04 | - |
| CHCF | 25.15 | 19.00 | 3.32 | 89% |
| CIM | 10.00 | 4.00 | 0.00 | 40% |
| CIW | 6.90 | 7.00 | 0.00 | 101% |
| CMC | 26.00 | 18.50 | 3.93 | 86% |
| CMF | 20.95 | 13.50 | 3.39 | 81% |
| COR | 13.00 | 11.00 | 1.85 | 99% |
| CRC | 0.00 | 1.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 1.00 | 0.00 | - |
| HDSP | 4.00 | 3.00 | 0.00 | 75% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 10.00 | 9.00 | 0.98 | 100% |
| LAC | 21.50 | 12.00 | 5.52 | 81% |
| MCSP | 25.50 | 21.50 | 2.10 | 93% |
| NKSP | 4.00 | 2.00 | 0.00 | 50% |
| PBSP | 4.50 | 0.00 | 0.00 | 0% |
| PVSP | 1.00 | 2.00 | 0.00 | 200% |
| RJD | 29.50 | 31.00 | 0.00 | 105% |
| SAC | 27.00 | 29.50 | 0.86 | 112% |
| SATF | 23.50 | 12.00 | 2.81 | 63% |
| SCC | 0.00 | 1.00 | 0.00 | - |
| SOL | 1.50 | 1.00 | 0.00 | 67% |
| SQ | 13.80 | 7.00 | 2.37 | 68% |
| SVSP | 12.30 | 8.00 | 0.00 | 65% |
| VSP | 10.00 | 10.00 | 0.00 | 100% |
| WSP | 5.50 | 1.00 | 1.03 | 37% |
| TOTAL | 305.10 | 237.00 | 31.84 | 88% |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (April 2024)

## Division of Health Care Services
### Statewide Mental Health Program
### Allocated and Filled Medical Assistant Positions - April 2024

| Sites | Allocated MA[1] | Filled MA[2] | MA Registry[3] | MA % |
|---|---|---|---|---|
| ASP | 0.00 | 0.00 | 0.00 | - |
| CAL | 1.00 | 1.00 | 0.52 | 152% |
| CCI | 3.00 | 3.00 | 0.00 | 100% |
| CCWF | 7.00 | 4.00 | 0.76 | 68% |
| CEN | 0.00 | 1.00 | 0.00 | - |
| CHCF | 15.00 | 7.00 | 0.00 | 47% |
| CIM | 2.00 | 2.00 | 0.00 | 100% |
| CIW | 0.00 | 0.00 | 0.00 | - |
| CMC | 5.00 | 2.00 | 0.00 | 40% |
| CMF | 7.00 | 3.00 | 1.33 | 62% |
| COR | 8.00 | 6.00 | 0.00 | 75% |
| CRC | 0.00 | 0.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 0.00 | 0.00 | - |
| HDSP | 7.00 | 2.00 | 0.49 | 36% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 8.00 | 4.00 | 0.00 | 50% |
| LAC | 4.00 | 2.00 | 0.00 | 50% |
| MCSP | 9.00 | 6.00 | 0.00 | 67% |
| NKSP | 7.00 | 4.00 | 0.09 | 58% |
| PBSP | 4.00 | 1.00 | 0.00 | 25% |
| PVSP | 1.00 | 1.00 | 0.00 | 100% |
| RJD | 4.00 | 1.00 | 0.97 | 49% |
| SAC | 3.00 | 1.00 | 0.99 | 66% |
| SATF | 14.00 | 9.00 | 2.84 | 85% |
| SCC | 0.00 | 0.00 | 0.00 | - |
| SOL | 0.00 | 0.00 | 0.00 | - |
| SQ | 2.00 | 0.00 | 0.00 | 0% |
| SVSP | 9.00 | 0.00 | 1.29 | 14% |
| VSP | 9.00 | 6.00 | 0.00 | 67% |
| WSP | 8.00 | 8.00 | 0.00 | 100% |
| TOTAL | 137.00 | 74.00 | 9.28 | 61% |

Footnote

1  Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2  Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (April 2024)

# Exhibit B

Division of Health Care Services
Statewide Mental Health Program
PIP Allocated and Filled Psychiatry Positions - April 2024

| Sites | Allocated March 2024[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | | |
| CHCF PIP | 1.00 | 2.00 | 33.00 | 0.00 | 36.00 | 1.00 | 100% | 0.00 | 0% | 13.00 | 10.49 | 0.00 | 0.00 | 23.49 | 71% | 24.49 | 68% |
| CIW PIP | 1.00 | 0.00 | 3.60 | 0.00 | 4.60 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 56% | 3.00 | 65% |
| CMF PIP | 1.00 | 2.00 | 28.70 | 0.00 | 31.70 | 1.00 | 100% | 0.00 | 0% | 7.00 | 15.73 | 0.00 | 0.00 | 22.73 | 79% | 23.73 | 75% |
| SQ PIP | 1.00 | 0.00 | 3.20 | 0.00 | 4.20 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 63% | 3.00 | 71% |
| SVSP PIP | 1.00 | 1.00 | 11.20 | 0.00 | 13.20 | 1.00 | 100% | 0.00 | 0% | 1.00 | 8.27 | 0.00 | 0.00 | 9.27 | 83% | 10.27 | 78% |
| TOTAL | 5.00 | 5.00 | 79.70 | 0.00 | 89.70 | 5.00 | 100% | 0.00 | 0% | 25.00 | 34.49 | 0.00 | 0.00 | 59.49 | 75% | 64.49 | 72% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (April 2024)

4 Source: April 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

**Division of Health Care Services**
**Statewide Mental Health Program**
**PIP Allocated and Filled Psychology Positions - April 2024**

| Sites | Allocated March 2024[1] | | | | | | Filled | | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | | |
| CHCF PIP | 1.00 | 4.35 | 8.10 | 34.25 | 0.00 | 47.70 | 1.00 | 100% | 3.00 | 69% | 6.00 | 74% | 11.00 | 10.62 | 0.00 | 21.62 | 63% | 31.62 | 66% |
| CIW PIP | 1.00 | 0.50 | 2.50 | 3.60 | 0.00 | 7.60 | 1.00 | 100% | 1.00 | 200% | 2.00 | 80% | 3.00 | 0.00 | 0.00 | 3.00 | 83% | 7.00 | 92% |
| CMF PIP | 1.00 | 3.75 | 7.40 | 29.95 | 0.00 | 42.10 | 0.00 | 0% | 2.00 | 53% | 4.00 | 54% | 3.00 | 8.45 | 0.00 | 11.45 | 38% | 17.45 | 41% |
| SQ PIP | 1.00 | 0.40 | 2.40 | 3.20 | 0.00 | 7.00 | 1.00 | 100% | 0.00 | 0% | 1.00 | 42% | 3.00 | 0.00 | 0.00 | 3.00 | 94% | 5.00 | 71% |
| SVSP PIP | 1.00 | 1.50 | 5.60 | 11.20 | 0.00 | 19.30 | 1.00 | 100% | 2.00 | 133% | 5.00 | 89% | 4.00 | 6.01 | 0.00 | 10.01 | 89% | 18.01 | 93% |
| **TOTAL** | **5.00** | **10.50** | **26.00** | **82.20** | **0.00** | **123.70** | **4.00** | **80%** | **8.00** | **76%** | **18.00** | **69%** | **24.00** | **25.08** | **0.00** | **49.08** | **60%** | **79.08** | **64%** |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (April 2024)

5 Source: April 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

**Division of Health Care Services**
**Statewide Mental Health Program**
**PIP Allocated and Filled Clinical Social Worker Positions - April 2024**

| Sites | Allocated March 2024[1] | | | | | Filled | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | | |
| CHCF PIP | 0.00 | 1.90 | 29.20 | 0.00 | 31.10 | 0.00 | - | 1.00 | 53% | 10.00 | 8.24 | 0.00 | 18.24 | 62% | 19.24 | 62% |
| CIW PIP | 0.00 | 0.20 | 3.60 | 0.00 | 3.80 | 0.00 | - | 1.00 | 500% | 3.00 | 0.00 | 0.00 | 3.00 | 83% | 4.00 | 105% |
| CMF PIP | 0.00 | 1.50 | 24.90 | 0.00 | 26.40 | 0.00 | - | 1.00 | 67% | 3.00 | 2.36 | 0.00 | 5.36 | 22% | 6.36 | 24% |
| SQ PIP | 0.00 | 0.20 | 3.20 | 0.00 | 3.40 | 0.00 | - | 0.00 | 0% | 2.00 | 0.00 | 0.00 | 2.00 | 63% | 2.00 | 59% |
| SVSP PIP | 0.00 | 0.80 | 11.20 | 0.00 | 12.00 | 0.00 | - | 1.00 | 125% | 8.00 | 0.90 | 0.00 | 8.90 | 79% | 9.90 | 83% |
| TOTAL | 0.00 | 4.60 | 72.10 | 0.00 | 76.70 | 0.00 | - | 4.00 | 87% | 26.00 | 11.50 | 0.00 | 37.50 | 52% | 41.50 | 54% |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (April 2024)

4 Source: April 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

## Division of Health Care Services
## Statewide Mental Health Program
## PIP Allocated and Filled Recreation Therapist Positions - April 2024

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| CHCF PIP | 31.85 | 17.00 | 3.95 | 66% |
| CIW PIP | 3.60 | 4.00 | 0.00 | 111% |
| CMF PIP | 27.55 | 11.00 | 10.50 | 78% |
| SQ PIP | 3.20 | 3.00 | 0.00 | 94% |
| SVSP PIP | 11.20 | 10.00 | 0.00 | 89% |
| TOTAL | 77.40 | 45.00 | 14.45 | 77% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (April 2024)

4 Rehabilitation therapists are included in the fill rate for recreation therapists at CHCF PIP, CMF PIP, and SVSP PIP.

## Division of Health Care Services
## Statewide Mental Health Program
## PIP Allocated and Filled Medical Assistant Positions - April 2024

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| CHCF PIP | 0.00 | 0.00 | 1.91 | - |
| CIW PIP | 0.00 | 0.00 | 0.00 | - |
| CMF PIP | 0.00 | 0.00 | 0.00 | - |
| SQ PIP | 0.00 | 0.00 | 0.00 | - |
| SVSP PIP | 0.00 | 0.00 | 0.00 | - |
| TOTAL | 0.00 | 0.00 | 1.91 | - |

**Footnote**

1 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (April 2024)

# Exhibit C

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Psychiatry Positions - April 2024

| Staffing Plan | Allocated March 2024[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | | |
| 2009 Total | 30.00 | 21.00 | 182.30 | 98.00 | 331.30 | 20.00 | 67% | 13.00 | 62% | 80.50 | 84.59 | 82.58 | 6.04 | 253.71 | 91% | 286.71 | 87% |
| PIP Total | 5.00 | 5.00 | 79.70 | 0.00 | 89.70 | 5.00 | 100% | 0.00 | 0% | 25.00 | 34.49 | 0.00 | 0.00 | 59.49 | 75% | 64.49 | 72% |
| GRAND TOTAL | 35.00 | 26.00 | 262.00 | 98.00 | 421.00 | 25.00 | 71% | 13.00 | 50% | 105.50 | 119.08 | 82.58 | 6.04 | 313.20 | 87% | 351.20 | 83% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (April 2024)

4 Source: April 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

**Division of Health Care Services**
**Statewide Mental Health Program**
**Total Allocated and Filled Psychology Positions - April 2024**

| Staffing Plan | Allocated March 2024[1] | | | | | | Filled | | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | | |
| 2009 Total | 61.00 | 105.50 | 115.50 | 743.30 | 30.00 | 1055.30 | 47.00 | 77% | 82.25 | 78% | 92.00 | 80% | 341.50 | 70.06 | 0.00 | 411.56 | 53% | 632.81 | 60% |
| PIP Total | 5.00 | 10.50 | 26.00 | 82.20 | 0.00 | 123.70 | 4.00 | 80% | 8.00 | 76% | 18.00 | 69% | 24.00 | 25.08 | 0.00 | 49.08 | 60% | 79.08 | 64% |
| GRAND TOTAL | 66.00 | 116.00 | 141.50 | 825.50 | 30.00 | 1179.00 | 51.00 | 77% | 90.25 | 78% | 110.00 | 78% | 365.50 | 95.14 | 0.00 | 460.64 | 54% | 711.89 | 60% |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (April 2024)

5 Source: April 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

| | | Allocated March 2024[1] | | | | | Filled | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Staffing Plan** | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| **2009 Total** | 1.00 | 29.90 | 374.90 | 20.00 | **425.80** | 1.00 | **100%** | 29.50 | **99%** | 241.75 | 35.90 | 10.90 | 288.55 | **73%** | **319.05** | **75%** |
| **PIP Total** | 0.00 | 4.60 | 72.10 | 0.00 | **76.70** | 0.00 | **-** | 4.00 | **87%** | 26.00 | 11.50 | 0.00 | 37.50 | **52%** | **41.50** | **54%** |
| **GRAND TOTAL** | **1.00** | **34.50** | **447.00** | **20.00** | **502.50** | **1.00** | **100%** | **33.50** | **97%** | **267.75** | **47.40** | **10.90** | **326.05** | **70%** | **360.55** | **72%** |

**Division of Health Care Services**
**Statewide Mental Health Program**
**Total Allocated and Filled Clinical Social Worker Positions - April 2024**

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (April 2024)

4 Source: April 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Recreation Therapist Positions - April 2024

| Staffing Plan | Allocated RecT[1] | Filled RecT[2] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| 2009 Total | 305.10 | 237.00 | 31.84 | 88% |
| PIP Total | 77.40 | 45.00 | 14.45 | 77% |
| GRAND TOTAL | 382.50 | 282.00 | 46.29 | 86% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (April 2024)

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Medical Assistant Positions - April 2024

| Staffing Plan | Allocated MA[1] | Filled MA[2] | MA Registry[3] | MA % |
|---|---|---|---|---|
| 2009 Total | 137.00 | 74.00 | 9.28 | 61% |
| PIP Total | 0.00 | 0.00 | 1.91 | - |
| GRAND TOTAL | 137.00 | 74.00 | 11.19 | 62% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated

2 Source: SCO Report 2024_05_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (April 2024)

# Exhibit D

| Division of Health Care Services Statewide Mental Health Program April 2024 Fines | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Class Title | Average Maximum Monthly Salary | Minimum | Allocated | 90% Minimum Compliance | Filled with Civil Service (CS) | Filled with Registry | Total Filled with CS and Registry | Below Minimum | Fine for April 2024 | Accumulated Fines To Date |
| Staff Psychiatrist[1] | $ 23,732 | 90% | 280.30 | 252.27 | 169.12 | 84.59 | 253.71 | -1.44 | $ - | $ 245,771 |
| Senior Psychiatrist (Supervisor) | $ 24,763 | 90% | 21.00 | 18.90 | 13.00 | 0.00 | 13.00 | 5.90 | $ 292,206 | $ 4,992,609 |
| Chief Psychiatrist[2] | $ 28,743 | 90% | 30.00 | 27.00 | 20.00 | 0.00 | 20.00 | 7.00 | $ 402,397 | $ 6,875,912 |
| Total Psychiatry Fine | | | | | | | | | $ 694,603 | $ 12,114,292 |
| Clinical Psychologist[3] | $ 11,300 | 90% | 773.30 | 695.97 | 341.50 | 70.06 | 411.56 | 284.41 | $ 6,427,478 | $ 79,879,509 |
| Senior Psychologist (Specialist) | $ 12,315 | 90% | 115.50 | 103.95 | 92.00 | 0.00 | 92.00 | 11.95 | $ 294,317 | $ 3,665,809 |
| Senior Psychologist (Supervisor)[4] | $ 12,703 | 90% | 105.50 | 94.95 | 82.25 | 0.00 | 82.25 | 12.70 | $ 322,644 | $ 2,991,733 |
| Chief Psychologist[5] | $ 17,139 | 90% | 61.00 | 54.90 | 47.00 | 0.00 | 47.00 | 7.90 | $ 270,796 | $ 5,092,597 |
| Total Psychology Fine | | | | | | | | | $ 7,315,235 | $ 91,629,647 |
| Clinical Social Worker[6] | $ 8,968 | 90% | 394.90 | 355.41 | 252.65 | 35.90 | 288.55 | 66.86 | $ 1,199,220 | $ 17,645,429 |
| Supervising Psychiatric Social Worker I[7] | $ 9,429 | 90% | 29.90 | 26.91 | 29.50 | 0.00 | 29.50 | -2.59 | $ - | $ 321,032 |
| Supervising Psychiatric Social Worker II[8] | $ 9,992 | 90% | 1.00 | 0.90 | 1.00 | 0.00 | 1.00 | -0.10 | $ - | $ 17,985 |
| Total Clinical Social Worker Fine | | | | | | | | | $ 1,199,220 | $ 17,984,445 |
| Medical Assistant | $ 4,690 | 90% | 137.00 | 123.30 | 74.00 | 9.28 | 83.28 | 40.02 | $ 375,388 | $ 2,877,417 |
| Total Medical Assistant Fine | | | | | | | | | $ 375,388 | $ 2,877,417 |
| Recreation Therapist | $ 6,597 | 90% | 305.10 | 274.59 | 237.00 | 31.84 | 268.84 | 5.75 | $ 75,862 | $ 993,362 |
| Total Recreation Therapist Fine | | | | | | | | | $ 75,862 | $ 993,362 |
| GRAND TOTAL | | | | | | | | | $ 9,660,307 | $ 125,599,163 |

**Footnote**

1 Staff psychiatrist allocated includes civil service and telepsych.  Staff psychiatrist filled includes civil service, telepsych, and psychiatric nurse practitioner civil service.

2 Chief psychiatrist allocated and filled with civil service include telepsych.

3 Clinical psychologist allocated includes civil service and telepsychologist.  Clinical psychologist filled includes civil service and telepsychologist.

4 Senior psychologist (sup) allocated and filled with civil service include telemh.

5 Chief psychologist allocated and filled with civil service include telemh.

6 Clinical social worker allocated includes civil service and telesocial worker.  Clinical social worker filled includes civil service and telesocial worker.

7 Supervising psychiatric social worker I allocated and filled with civil service include telemh.

8 Supervising psychiatric social worker II allocated and filled with civil service include telemh.