Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF JASINDA MUHAMMAD IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF RE FINES**<br><br>Judge:   Hon. Kimberly J. Mueller |

I, Jasinda Muhammad, declare as follows:

1. I am the Deputy Director of Human Resources for the California Department of Corrections and Rehabilitation's (CDCR) California Correctional Healthcare Services (CCHCS). I have been in this position since January 31, 2018. From 2013 to January 31, 2018, I was the Associate Director of Human Resources and the Assistant Deputy Director of Human Resources for CCHCS within CDCR. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. I am responsible and accountable for the overall planning, organizing, directing and managing all of the human resource functions for CCHCS. Those functions include, but

are not limited to, classification and pay, compliance and oversight unit, executive recruitment and selection, and workforce development.

3. As of June 3, 2024, 33 additional telemental health providers have started employment with CDCR: 1 Assistant Deputy Director, 1 Supervising Psychiatric Social Worker II, 3 Supervising Psychiatric Social Worker Is, 3 Chief Psychologists, 1 Senior Psychologist Supervisor, 6 staff psychologists, and 18 staff social workers. Three more staff social workers have accepted offers and are expected to start in the coming weeks. Three additional psychologists have offers and CDCR is awaiting their decision. Five more Senior Psychologist Supervisors have accepted offers and are completing the hiring process (3 starting in June/July 2024 and the remaining 2 are in the pre-employment process). Even more encouraging, there is a robust, steady stream of applicants for these positions and interviews are being held and offers extended on a rolling basis.

4. CDCR is also in the process of proposing the creation within state civil service two new classifications of additional mental health providers: Marriage and Family Therapists (MFTs) and Professional Clinical Counselors (PCCs). These classifications do not currently exist within state civil service and thus have not previously been used within CDCR's Mental Health Services Delivery System.

5. CDCR has also recently added MFTs and PCCs to its contracts with registry providers and initiated orders for registry positions and CDCR's registry contractor, Management Solutions, is in the process of hiring for these positions.

6. CDCR has also recently implemented new pay policies and bargained-for pay differentials. In April, CDCR implemented an interim direction on the Hiring Above Minimum (HAM) mental health classifications. This provided direction to CCHCS staff to automatically hire at the HAM rate and established mid-step as the rate. Under this new direction, CDCR is able to use HAMs to hire candidates in the five classifications at issue here and offer salaries above the minimum pay scale, as set forth below:

/ / /

/ / /

| Classification | Minimum Salary | Maximum Salary | Mid-Salary Range |
|---|---|---|---|
| Staff Psychiatrist, Correctional and Rehabilitative Services (C&RS) (Safety) Range P | $23,915.00 | $28,661.00 | $26,288.00 |
| Staff Psychiatrist, Correctional and Rehabilitative Services (C&RS) (Safety) Range Q | $24,544.00 | $29,492.00 | $27,018.00 |
| Senior Psychiatrist (Supervisor), Correctional and Rehabilitative Services (C&RS) (Safety) Range P | $25,711.00 | $30,556.00 | $28,134.00 |
| Senior Psychiatrist (Supervisor), Correctional and Rehabilitative Services (C&RS) (Safety) Range Q | $26,264.00 | $31,288.00 | $28,776.00 |
| Chief Psychiatrist, Correctional and Rehabilitative Services (C&RS) (Safety) Range P | $26,961.00 | $32,602.00 | $29,782.00 |
| Chief Psychiatrist, Correctional and Rehabilitative Services (C&RS) (Safety) Range Q | $27,478.00 | $33,417.00 | $30,448.00 |
| Psychologist-Clinical, Correctional Facility (CF) Range P | $9,107.00 | $10,889.00 | $9,998.00 |
| Psychologist-Clinical, Correctional Facility (CF) Range Q | $10,750.00 | $13,201.00 | $11,976.00 |
| Senior Psychologist-Clinical, Correctional Facility (CF) (Specialist) Range P | $10,769.00 | $13,860.00 | $12,315.00 |
| Senior Psychologist-Clinical, Correctional Facility (CF) (Supervisor) Range P | $12,016.00 | $14,150.00 | $13,083.00 |

| Classification | Minimum Salary | Maximum Salary | Mid-Salary Range |
|---|---|---|---|
| Chief Psychologist-Clinical, Correctional Facility (CF) Range P | $14,794.00 | $18,938.00 | $16,866.00 |
| Clinical Social Worker (Health/CF)-(Safety) Range P | $7,104.00 | $9,305.00 | $8,205.00 |
| Clinical Social Worker (Health Facility) | $7,278.00 | $9,535.00 | $8,407.00 |
| Clinical Social Worker (Health/CF)-(Safety) Range Q | $7,643.00 | $10,011.00 | $8,827.00 |
| Supervising Psychiatric Social Worker I, Correctional Facility | $8,831.00 | $11,566.00 | $10,199.00 |
| Supervising Psychiatric Social Worker II, Correctional Facility | $9,426.00 | $12,346.00 | $10,886.00 |
| Recreation Therapist, CF | $7,970.00 | $9,380.00 | $8,675.00 |
| Medical Assistant | $3,709.00 | $4,878.00 | $4,294.00 |

7. Additionally, on April 3, 2024, CDCR extended the 15% PIP pay differential to the MHCBs. Psychiatrists, psychologists, social workers, and recreation therapists, among others, will receive the pay differential, which is 12 months retroactive for eligible staff members.

8. New collective bargaining agreements affecting compensation for the five classifications at issue in this proceeding went into effect in October 2023. CDCR is tracking hiring and separation data for these classifications from January 1, 2024 onward and comparing it

to 2023 data to assess the impact of the material increases in base salary, differentials, and retention bonuses provided under the new agreements, in addition to other initiatives to streamline hiring practices.

9. CDCR conducts a biannual staffing adjustment (in January and July of each year) to true up the number of staffing allocations to the number of patients at the various institutions. CDCR applies the 2009 Staffing Plan ratios (including minor adjustments to those ratios that have since been ordered by this Court) to the number of patients at each level of care at each institution to determine the correct number of allocated clinicians needed. Consistent with that process, in January 2024, Defendants increased their allocations, as reflected in Defendants' Monthly Staffing Report, filed on February 28, 2024. *See* ECF No. 8142. As a result of these increased allocations, compliance percentages were driven down by increases to the staffing denominator for most classifications reported.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Plumas Lake, California on June 4, 2024.

/s/ *Jasinda Muhammad*
Jasinda Muhammad