1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 210-7318
     Fax: (916) 324-5205
8    E-mail: Elise.Thorn@doj.ca.gov
   Attorneys for Defendants

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
1676 N. CALIFORNIA BLVD., SUITE 620
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE:   925-746-8460
FACSIMILE:   925-746-8490
*Attorneys for Defendants*

9

10                    UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

12                        SACRAMENTO DIVISION

13

14  RALPH COLEMAN, et al.,                    Case No. 2:90-CV-00520- KJM-DB

15              Plaintiffs,                   **DECLARATION OF SAMANTHA
                                             WOLFF IN SUPPORT OF DEFENDANTS'**
16         v.                                **RESPONSE TO PLAINTIFFS'
                                             SUPPLEMENTAL BRIEFING RE**
17  GAVIN NEWSOM, et al.                      **STAFFING CONTEMPT FINES**

18              Defendants.

19                                           Judge:    Hon. Kimberly J. Mueller

20         I, Samantha Wolff, declare as follows:

21         1.    I am an attorney duly admitted to practice before this Court.  I am a partner with

22  Hanson Bridgett LLP, attorneys of record for Defendants.  I have personal knowledge of the facts

23  set forth herein, except as to those stated on information and belief and, as to those, I am informed

24  and believe them to be true.  If called as a witness, I could and would competently testify to the

25  matters stated herein.

26         2.    On May 17, 2024, CDCR Office of Legal Affairs counsel Melissa Bentz emailed

27  *Coleman* class counsel and provided a copy of CDCR's proposed Marriage Family Therapist

28  (MFT) and Professional Clinical Counselor (PCC) policy and requested Plaintiffs' position on the

1  policy.  Plaintiffs' counsel, Alex Gourse, responded on June 3, 2024 with Plaintiffs' position,

2  noting that, "[a]s a general matter, we support the use of MFTs and PCCs and hope that

3  Defendants take prompt actions to hire such professionals in light of their mental-health staffing

4  crisis."  Mr. Gourse included several questions and suggestions in his email, to which Ms. Bentz

5  responded the same day.  I was a recipient on each of these emails.  A true and correct copy of this

6  email string is attached as **Exhibit A.**

7       I declare under penalty of perjury under the laws of the State of California that the

8  foregoing is true and correct.

9       Executed on this 4th day of June, 2024, at San Francisco, California.

10

11                                          /s/ *Samantha D. Wolff*
                                            Samantha D. Wolff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

**Samantha Wolff**

| | |
|---|---|
| **From:** | Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov> |
| **Sent:** | Monday, June 3, 2024 4:40 PM |
| **To:** | Alex Gourse; Michael W. Bien; Ernest Galvan; Lisa Ells |
| **Cc:** | Paul B. Mello; Samantha Wolff; v_Elise.Thorn@doj.ca.gov; v_Damon.McClain@doj.ca.gov; v_Nicholas.Weber@cdcr.ca.gov; v_Jennifer.Neill@cdcr.ca.gov; Coleman Team - RBG Only; Steve Fama; Donald Specter; Marissa Hatton |
| **Subject:** | RE: Coleman: MFT/PCC Policy [IMAN-DMS.FID12440] |

Alex,

Thank you for your email. CDCR will review and consider your first two requests. Upon completion of that review, we will share the draft policy with the Special Master for comment.

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385



ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

**From:** Alex Gourse <AGourse@rbgg.com>
**Sent:** Monday, June 3, 2024 10:58 AM
**To:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Michael W. Bien <MBien@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Lisa Ells <LElls@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Donald Specter <dspecter@prisonlaw.com>; Marissa Hatton <mhatton@prisonlaw.com>
**Subject:** RE: Coleman: MFT/PCC Policy [IMAN-DMS.FID12440]

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Melissa,

Thank you for sharing Defendants' draft memo titled "Use of Marriage and Family Therapists and Professional Clinical Counselors in the Provision of Mental Health Services."  As a general matter, we support the use of MFTs and PCCs and hope that Defendants take prompt actions to hire such professionals in light of their mental-health staffing crisis.   We have three brief concerns with about the draft memo Defendants circulated on May 17, 2024:

(1)  Your May 17 email states that CDCR will "only hir[e] licensed MFTs/PCCs until there are enough licensed staff to supervise associate MFTs/PCCs," but this limitation does not appear anywhere in the memo.  We think it should be in the memo as well.

(2)  Your May 17 email also states that "associate MFTs/PCCs … will be supervised according to the requirements set forth by the Board of Behavioral Sciences (BBS)," but neither the existence of this requirement nor the substance of what BBS requires with regard to supervision are mentioned in the memo.  We think the memo should identify what the BBS requires in terms of supervision and explain how that supervision will be provided in the context of the MHSDS.

(3)  We notice you did not cc members of the Special Master's team on your May 17 email.  We request that Defendants get feedback on the draft memo from the Special Master's team before finalizing it.

Thank you, and please let us know if Defendants would like to discuss these matters further.

**Alexander Gourse**
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
agourse@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at agourse@rbgg.com.

**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Tuesday, May 28, 2024 2:30 PM
**To:** Michael W. Bien <MBien@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Lisa Ells <LElls@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: MFT/PCC Policy

[EXTERNAL MESSAGE NOTICE]

Thank you.

Respectfully,

*Melissa C. Bentz*

Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385



ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD
COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

---

**From:** Michael W. Bien <MBien@rbgg.com>
**Sent:** Tuesday, May 28, 2024 2:28 PM
**To:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Ernest Galvan <EGalvan@rbgg.com>; Lisa Ells
<LElls@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com)
<swolff@hansonbridgett.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>;
Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Coleman
Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Subject:** RE: Coleman: MFT/PCC Policy

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the
> sender and know the content is safe.

Melissa

We will respond by Monday,  June 3.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP

101 Mission St.  Sixth Floor

San Francisco, CA 94105

(415) 433-6830 (telephone)

(415) 433-7104 (fax)

(415) 439-9821 (cell)

mbien@rbgg.com

www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at mbien@rbgg.com.

---

**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Tuesday, May 28, 2024 1:51 PM
**To:** Michael W. Bien <MBien@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Lisa Ells <LElls@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>
**Subject:** RE: Coleman: MFT/PCC Policy

[EXTERNAL MESSAGE NOTICE]

Good afternoon,

We have not received a response on the below email. Do Plaintiffs intend to provide feedback on the MFT/PCC policy?

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385



ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

**From:** Bentz, Melissa@CDCR
**Sent:** Friday, May 17, 2024 1:15 PM
**To:** Michael W. Bien <MBien@rbgg.com>; Ernest Galvan <EGalvan@rbgg.com>; Lisa Ells (LElls@rbgg.com) <LElls@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>
**Subject:** RE: Coleman: MFT/PCC Policy

Apologies. I inadvertently included Pak Yan on the email below and did not include Lisa. I have revised the email list appropriately.

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385



ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

---

**From:** Bentz, Melissa@CDCR
**Sent:** Friday, May 17, 2024 1:09 PM
**To:** Michael W. Bien <MBien@rbgg.com>; Leung, Pak Yan@CDCR <PakYan.Leung@cdcr.ca.gov>; Ernest Galvan <EGalvan@rbgg.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>
**Subject:** Coleman: MFT/PCC Policy

Good afternoon,

The parties agreed to work together one-on-one on several topics. To further those conversations, I have attached CDCR's proposed MFT/PCC policy. This policy is consistent with what was previously provided. CDCR commits to only hiring licensed MFTs/PCCs until there are enough licensed staff to supervise associate MFTs/PCCs.

When associate MFTs/PCCs are hired they will be supervised according the requirements set forth by the Board of Behavioral Sciences (BBS). The supervision requirements for MFTs/PCCs largely match what is required for social workers. Below are the links to the BBS pages for each classification which explain the supervision requirements.

Licensed Professional Clinical Counselor - Board of Behavioral Sciences
Licensed Marriage and Family Therapist - Board of Behavioral Science (ca.gov)
Licensed Clinical Social Worker - Board of Behavioral Sciences

CDCR anticipates sharing a proposal to revise the 2009 Staffing Plan to incorporate MFTs and PCCs within 90 days.

Please let us know as soon as possible if Plaintiffs have any concerns with the attached policy or any further questions. CDCR already has registry MFTs in the pipeline and would like to get this policy out quickly.

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

**CALIFORNIA DEPARTMENT** *of*
**CORRECTIONS** AND **REHABILITATION**

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.