DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE**<br><br>Judge: Hon. Kimberly J. Mueller |

[4511053.1]

Plaintiffs do not oppose Defendants' Request for Leave to File Motion to Stay March 6, 2024 Order. ECF No. 8246. However, Plaintiffs strongly oppose the proposed Motion to Stay, *see id.* at 5-18, and request that the Court grant them 30 days to file an opposition. Such a deadline is appropriate here in light of the numerous upcoming deadlines in this matter over the next four weeks, *see* Declaration of Ernest Galvan, ECF No. 8256 at 5-6, ¶¶ 3-5, as well as Defendants' own 11-week delay in appealing and seeking a stay of the March 6 Order, *see* ECF No. 8188 (Defs.' Notice of Appeal, filed April 5, 2024); ECF No. 8246 (Defs.' Request for Leave to File Mot. to Stay, filed May 22, 2024).

## CERTIFICATION

Plaintiffs' counsel certifies that he reviewed the following orders in preparing this filing: ECF Nos. 7003, 7897, 7918, 8029, 8144, 8239, 8247.

DATED: June 6, 2024         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By: */s/ Alexander Gourse*
    Alexander Gourse

Attorneys for Plaintiffs

[4511053.1]

2

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE