UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

  v.                                 **CASE NO. 2:90−CV−00520−KJM−DB**

**J. CLARK KELSO, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **June 06, 2024** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

June 7, 2024

                              **KEITH HOLLAND**
                              **CLERK OF COURT**

                      **by:** /s/ K. Spichka
                          Deputy Clerk