UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:   CLERK, U.S. COURT OF APPEALS

FROM:   CLERK, U.S. DISTRICT COURT

SUBJECT:   NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | 2:90−CV−00520−KJM−DB |
| USDC Judge: | CHIEF DISTRICT JUDGE KIMBERLY J. MUELLER |
| USCA Number: | NEW APPEAL |
| Complete Case Title: | RALPH COLEMAN vs. J. CLARK KELSO |
| Type: | CIVIL |
| Complaint Filed: | 4/23/1990 |
| Appealed Order/Judgment Filed: | 5/20/2024 |
| Court Reporter Information: | Rachel Alvarez, Thresha Spencer, Tiphanne Crowe, Abby Torres, Maryann Valenoti |

FEE INFORMATION

**Fee Status: Paid on 6/6/2024 in the amount of $605.00**

Information prepared by: /s/ **K. Spichka , Deputy Clerk**