| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7318<br> Fax: (916) 324-5205<br> E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>KAYLEN KADOTANI, State Bar No. 294114<br>DAVID C. CASARRUBIAS, State Bar No. 321994<br>CARSON R. NIELLO, State Bar No. 329970<br> 1676 N. California Boulevard, Suite 620<br> Walnut Creek, CA 94596<br> Telephone: (925) 746-8460<br> Fax: (925) 746-8490<br> E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' REPLY TO PLAINTIFFS' JUNE 6, 2024 STATEMENT OF NON- OPPOSITION TO DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION TO STAY MARCH 6, 2024 ORDER (ECF NO. 8261)** |

　　　　On May 23, 2024, this Court considered Defendants' May 22 request for leave to file a motion to stay the March 6, 2024 order and granted Plaintiffs fourteen days to file a response to Defendants' request for leave. (ECF No. 8247.) Plaintiffs waited the full fourteen days to file a single paragraph statement of non-opposition that requests an additional thirty days to respond to the motion to stay the March 6 order that was filed as an attachment to the May 22 request for leave. (ECF No. 8261.) Granting Plaintiffs an additional thirty days on top of the fourteen days they already received would give Plaintiffs an astounding forty-four days to respond to a very

straight forward motion, greatly exceeding the twenty-one days they would receive under the Local Rules. Plaintiffs offer no specific basis for the requested time—referring simply to "numerous upcoming deadlines" cited in a prior declaration unrelated to this filing. *See* ECF No. 8261 at 2:5-6 (citing ECF No. 8256 at 5-6). But notably, there are 19 attorneys listed as representing Plaintiffs on the caption page of Plaintiffs' filing and there is no indication from Plaintiffs' filing that they are unable to respond in a more timely manner, notwithstanding the upcoming filings in this case. Defendants therefore request that the Court order Plaintiffs to file any opposition they have to the motion by no later than June 21, 2024. This deadline provides them with a full thirty days to respond to the motion to stay—16 days more than they would otherwise be entitled to under the local rules. *See* E.D. Local Rule 230(c). Given the Court's May 14, 2024 minute order giving Defendants only seven days to respond to supplemental briefing concerning the payment of fines in excess of $100,000,000 (ECF No. 8235), thirty days is more than enough time to respond to the motion to stay the order precluding expert tours.

**CERTIFICATION**

In preparing this filing, Defendants' counsel certify that they have reviewed the following relevant orders: ECF Nos. 4361, 4539, 5131, 5711, 6017, 7003, 7807, 7897, 7918, 8005, 8029, 8144, 8239, and 8247.

///

///

Dated: June 10, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

*HANSON BRIDGETT LLP*

*/s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS
*Attorneys for Defendants*