Rob Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Christian M. Georgely, State Bar No. 322952
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7317
  Fax: (916) 324-5205
  E-mail: Christian.Georgely@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>  Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS**<br><br>Judge:   Hon. Kimberly J. Mueller |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants wish to associate Deputy Attorney General Christian M. Georgely as additional counsel on this case. Please add Deputy Attorney General Georgely to the service list and files as follows:

> Christian M. Georgely, State Bar No. 322952
> Deputy Attorney General
> 1300 I Street, Suite 125
> P.O. Box 944255
> Sacramento, CA 94244-2550
> Telephone:  (916) 210-7317
> Fax:  (916) 324-5205
> E-mail:  Christian.Georgely@doj.ca.gov

Dated:  June 12, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Christian M. Georgely*
CHRISTIAN M. GEORGELY
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
38163857.docx

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Newsom, et al.,**        No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on June 12, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 12, 2024, at Sacramento, California.

|  |  |
|---|---|
| Y. Pacheco | */s/ Y. Pacheco* |
| Declarant | Signature |

CF1997CS0003
38165167.docx