Rob A. Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE MOTION TO STAY THE MAY 20, 2024 ORDER [ECF NO. 8242]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On May 20, 2024, this Court ordered Defendants to roll out by August 31, 2024, a pilot of the START-NOW treatment modality for class members with personality disorders at San Quentin State Prison and Valley State Prison, and directed the Special Master to monitor the pilot programs in a manner he deems appropriate and consistent with his authority under the Order of Reference. (ECF No. 8242 at 7.) On June 6, 2024, Defendants appealed the May 20 order to the Ninth Circuit Court of Appeals. (ECF Nos. 8262.) Because the May 20 order requires that Defendants implement the pilot by August 31, 2024, Defendants intend to seek a stay of the order during the pendency of the appeal to avoid wasting of state's resources, and the parties' and the

20053643.1 [4513925.1]            1

Stip. Request and [Prop.] Order Granting Defs. Leave to File Motion to Stay  (2:90-cv-00520 KJM-DB (PC))

1    Special Master's time that will be required to comply with the May 20 order, if it is later ruled
2    unlawful by the appellate court.
3        Defendants contacted Plaintiffs to meet and confer on the request for leave and the stay
4    motion. Plaintiffs agreed that they would not oppose Defendants' request for leave to file a stay
5    motion so long as Defendants stipulated to a briefing schedule that allows Plaintiffs a 21-day
6    period in which to file an opposition to the stay motion.
7        Accordingly, the parties jointly request that the Court enter an order that permits
8    Defendants to file the motion to stay the May 20 order with the following briefing schedule:
9        1.    Defendants shall file their motion to stay the May 20 order on or before June 14,
10   2024;
11       2.    Plaintiffs' opposition, if any, to Defendants' motion to stay the May 20 order shall be
12   due within twenty-one days of the date Defendants file the motion to stay; and
13   ///
14   ///
15   ///

20053643.1 [4513925.1]                    2

Stip. Request and [Prop.] Order Granting Defs. Leave to File Motion to Stay  (2:90-cv-00520 KJM-DB (PC))

3. Defendants' reply to Plaintiffs' opposition, if any, shall be filed within seven days after Plaintiffs' opposition is filed.

**IT IS SO STIPULATED**.

| Dated: June 12, 2024 | ROB A. BONTA<br>ATTORNEY GENERAL OF CALIFORNIA<br>DAMON MCCLAIN<br>SUPERVISING DEPUTY ATTORNEY GENERAL<br><br>**/s/ Elise Owens Thorn**<br>ELISE OWENS THORN<br>DEPUTY ATTORNEY GENERAL<br>*Attorneys for Defendants* |
|---|---|
| Dated: June 12, 2024 | HANSON BRIDGETT LLP<br><br>**/s/ Samantha D. Wolff**<br>PAUL MELLO<br>SAMANTHA D. WOLFF<br>*Attorneys for Defendants* |
| Dated: June 12, 2024 | ROSEN BIEN GALVAN & GRUNFELD LLP<br><br>**/s/Lisa Ells (as authorized on 06/12/24)**<br>LISA ELLS<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

DATED: _____

　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**

20053643.1 [4513925.1]    3

Stip. Request and [Prop.] Order Granting Defs. Leave to File Motion to Stay (2:90-cv-00520 KJM-DB (PC))

# CERTIFICATE OF SERVICE

Case Name:  **Coleman v. Newsom, et al.,**       No.    **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on June 12, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATED REQUEST AND [PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE MOTION TO STAY THE MAY 20, 2024 ORDER [ECF NO. 8242]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 12, 2024, at Sacramento, California.

| Y. Pacheco | /s/ Y. Pacheco |
|---|---|
| Declarant | Signature |

CF1997CS0003
38165513.docx