Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF STEVEN CARTWRIGHT, Psy.D., IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S PROPOSED RESOLUTION RE DATA REMEDIATION INDICATORS SP10E/SP10**<br><br>Judge:    Hon. Kimberly J. Mueller |

I, Steven Cartwright, declare as follows:

1.      I am currently employed as the Assistant Deputy Director of the California Department of Corrections and Rehabilitation's (CDCR) Statewide Mental Health Services Delivery System (MHSDS). I have held this position since July 17, 2020.  I have been employed by CDCR since January 1, 2016.  I submit this declaration in support of Defendants' objections to the Special Master's proposed resolution regarding data remediation indicators SP10E and SP10.

2.      I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a

20909794.1

1    witness, I could and would competently testify to the matters stated herein.

2          3.      In my capacity as Assistant Deputy Director, I oversee Defendants' data

3    remediation efforts. I participate in all stages of validation and verification, including data

4    analysis, planning, change management, reporting, and monitoring. I work closely and regularly

5    with Dan Potter, the Special Master's data expert. Additionally, I attend meetings related to data

6    remediation to ensure that CDCR's efforts align with the requirements of Court orders on data

7    remediation and the objectives of the data remediation project—documentation, validation, and

8    verification of the mental health reporting system. Remediation is an extensive and extremely

9    time-consuming process involving the stakeholders painstaking review of every element of each

10   indicator. Indicators must pass through all five steps of the process, and then Plaintiffs' counsel

11   must conduct a final review of the verified documentation where they may raise any final

12   concerns. At the conclusion of this process, once all stakeholders have reached agreement on

13   every aspect of an indicator, the Special Master's expert determines whether an indicator may be

14   deemed "remediated." Completion of this process and the "remediated" designation lies solely

15   within the Special Master's and his expert's discretion.

16                            Indicator SP10E

17          4.      Indicator SP10E had proceeded through data remediation and was pending

18   remediation by the Special Master's expert when the Special Master's team raised concerns with

19   the documentation for this indicator. Their concern is that not all PIP patients pass through

20   Receiving and Release and instead are directly admitted to the PIPs. Because this indicator was

21   only designed to measure screenings performed in R&Rs, the indicator was not capturing those

22   patients who were directly admitted to the PIPs. In light of these concerns, CDCR is currently

23   considering how to separate out the PIP and non-PIP data, and how the indicator will need to be

24   revised to address these different environments. CDCR will continue to work to revise SP10E as

25   necessary and will provide the updated documentation to the Special Master and Plaintiffs'

26   counsel for review once it is ready.

27                            Indicator SP10

28          5.      On April 29, 2022, CDCR released the documentation for SP10, then called

"Percentage of Observed R&R Screens in a Confidential Setting and the Correct Documentation Used" for stakeholder review.[1]  As part of the BRMR process, the stakeholders collectively review the comments provided during meetings.  Comments are not resolved unless all parties agree that edits have been made to address the comment or that based on discussion, no changes are necessary.  Attached as **Exhibit A** is a true and correct copy of an April 29, 2022 email from CDCR Office of Legal Affairs attorney Melissa Bentz to data remediation stakeholders, including members of the Special Master's data remediation team and Plaintiffs' counsel, regarding items to review for the upcoming BRMR meeting pertaining to this indicator.

6.      As noted in the Special Master's proposed resolution and Exhibit B to the same, the Special Master's data team—including Mr. Hayes (identified in the comment bubbles as "LH"), and Plaintiffs' counsel reviewed the documentation and provided comments.  Included among those comments from the Special Master's data team is a question about the scope of SP10 and whether it, or another indicator, included completeness of the nursing screen.  The comment is muted in color, meaning that it was resolved.

7.      It is accepted practice in the data remediation process to grey out any parts of an audit or policy that may be *related* to an indicator but are not actually being *measured* in the indicator.  There were three questions in the R&R Screens audit in Exhibit B to the Special Master's proposed resolution; only the first question (whether the screening occurred in a confidential setting) is in black.  The remaining two questions (whether all questions were asked and the proper documentation was used) are greyed out because they are not part of the SP10 indicator.  This was (and continues to be) common practice in the data remediation process and is understood by all stakeholders, including the Special Master and his expert.  After resolution of all of the comments in the documentation, SP10 completed validation and was moved forward to approvals, programming, and verification.

8.      On April 3, 2023, CDCR released SP10 for final stakeholder review pending

---

[1] The name of this indicator has since changed and is now entitled "Observed Initial Health Screenings in a Confidential Setting."

1  remediation.  Attached as **Exhibit B** is a true and correct copy of an April 3, 2023 email from

2  then-CDCR Office of Legal Affairs attorney Dillon Hockerson to data remediation stakeholders

3  informing them that documentation had been published for this indicator and it passed

4  verification.  Additionally, on June 12, 2023, Plaintiffs' counsel responded with some minor

5  concerns regarding SP10.  On August 9, 2023, CDCR responded to Plaintiffs' email and provided

6  screenshots of the documentation to show where corrections were made.  On September 5, 2023,

7  Plaintiffs' counsel thanked CDCR for the comprehensive response and provided their final review

8  to the Special Master's data expert, Dr. Potter, which included an acknowledgement that Plaintiffs

9  had no unresolved disputes with the indicator.  Attached as **Exhibit C** is a true and correct copy of

10  this email thread between Plaintiffs' counsel and CDCR Office of Legal Affairs counsel, of which

11  I was also a recipient.

12    9.    On September 15, 2023, the Special Master's data expert, Dr. Dan Potter, emailed

13  data remediation stakeholders, including myself, to notify us that he marked off a handful of

14  indicators as "remediated," including SP10.  Subsequently, on November 30, 2023, Dr. Potter

15  emailed the same group of stakeholders and stated that he updated indicator SP10 to include a

16  "remediated tag."  That same day (November 30, 2023), Dr. Potter updated the electronic tracking

17  system to add a remediated tag to indicator SP10 with an effective date of April 3, 2023—meaning

18  that this indicator was officially remediated effective April 3, 2023.  Attached as **Exhibit D** is a

19  true and correct copy of this email string between Dr. Potter and data remediation stakeholders,

20  including myself.

21    10.    Indicator SP10 was remediated following extensive review, discussion, and

22  agreement by the Special Master's team, Plaintiffs' counsel, and CDCR.  The remediated indicator

23  is specifically designed to measure only whether initial R&R screens were conducted in a

24  confidential setting.  Separately, CDCR audits whether nursing staff who perform intake screening

25  are asking all requisite mental health and suicide risk questions on the intake screening form.  This

26  indicator previously completed data remediation without objection from Plaintiffs' counsel or

27  comment from the Special Master's team.

28  / / /

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3    Executed on June 12, 2024, at Elk Grove, California.

4

5              _/s/ Steven Cartwright_
             Steven Cartwright

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

| | |
|---|---|
| **From:** | Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov> |
| **Sent:** | Friday, April 29, 2022 12:25 PM |
| **To:** | 'Dan Potter'; 'Mohamedu Jones'; 'Cara Trapani'; 'Lisa Ells'; Walsh Kerry F.; Millham, Sofia A. |
| **Cc:** | v_Steven.Cartwright@cdcr.ca.gov; Leung, Pak Yan@CDCR; v_Nicholas.Weber@cdcr.ca.gov; Thind, Sundeep@CDCR; Minter, Daisy@CDCR; v_dillon.hockerson@cdcr.ca.gov |
| **Subject:** | Coleman: Items to Review for Upcoming BRMR Meetings |

Good afternoon,

The following items are now turned on for review. We will review these items at an upcoming BRMR meeting.

- Percentage of Observed R & R Screens in a Confidential Setting and the Correct Documentation Used- https://cdcr.sharepoint.com/:w:/r/sites/cchcs_mh_reporting_com_s/BRMR/3.%20SM%20%26%20SH%20Review/R%26R%20screens%20in%20confidential%20setting.docx?d=w73fa2ea72940434e8fa6be99fc326003&csf=1&web=1&e=tb5Fao

- Custody Follow Ups 7497 Forms- https://cdcr.sharepoint.com/:w:/r/sites/cchcs_mh_reporting_com_s/_layouts/15/Doc.aspx?sourcedoc=%7B30EBCD61-EEC1-4E87-BCA0-18C6C90F4A44%7D&file=Custody%20Follow%20Ups%207497%20Forms.docx&action=default&mobileredirect=true

As part of the new workflow, the review will now be conducted via a collaborative document. A collaborative document is a file that multiple people edit or contribute to, with the goal of creating single final version through collaboration. Edits made to the collaborative document are saved automatically on our site, and immediately available for others to read. CDCR will not review your comments during the week when Plaintiffs and Special Master feedback is on-going, but there will be a the version history on the comments and we will review the final comments at the end of allotted review period.

The collaborative document is available for stakeholder view from Friday morning to Friday after 1200, depending on when the document was made available. If the collaborative document is made available after 1200 on previous Friday, we will try our best to keep stakeholder access until 1400.

Please let me know if you have any questions or issues accessing the document.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

# Exhibit B

| | |
|---|---|
| **From:** | Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov> |
| **Sent:** | Monday, April 3, 2023 1:56 PM |
| **To:** | Cara Trapani; Dan Potter; Lisa Ells; Jenny Yelin; Walsh Kerry F.; Millham, Sofia A.; Coleman Team - RBG Only; Coleman Special Master; Steve Fama; Arielle Tolman |
| **Cc:** | v_Steven.Cartwright@cdcr.ca.gov; Worrell, Wendy; Leung, Pak Yan@CDCR; Kirby, Melissa@CDCR; Garland, Latoya@CDCR; v_Nicholas.Weber@cdcr.ca.gov; Thind, Sundeep@CDCR |
| **Subject:** | Coleman: BRMR SM/SH Review Access Granted 4/3/23 - 4/10/23 |

Hello All,

There are currently no items for stakeholder review this week.  Documentation has been published for the below indicators, they have passed verification, and are ready for review:

- SP8 Patients in Alternative Housing with a Bed
- SP10 Observed Initial Health Screenings in a Confidential Setting

**All published documentation can be accessed with the below links:**
- KPI: [MH Reporting KPI](MH Reporting KPI)
- BR: [MH Reporting Business Rules](MH Reporting Business Rules)
- DE: [MH Reporting Data Elements](MH Reporting Data Elements)

**NEW Dispute Resolution Items** for their review**:**

| Indicator | Dispute Summary |
|---|---|
| None | |

Please let me know as soon as possible if you have any issues accessing any of the above links.

Sincerely,
**Dillon Hockerson**
Attorney
CDCR Office of Legal Affairs
Cell: (916) 413-5796
Email: [Dillon.Hockerson@cdcr.ca.gov](Dillon.Hockerson@cdcr.ca.gov)

THIS DOCUMENT MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND ATTORNEY WORK PRODUCT. PLEASE DO NOT FORWARD THIS EMAIL WITHOUT MY PERMISSION. IF YOU RECEIVED THIS DOCUMENT IN ERROR PLEASE NOTIFY ME IMMEDIATELY.

# Exhibit C

| | |
|---|---|
| **From:** | Cara Trapani <CTrapani@rbgg.com> |
| **Sent:** | Tuesday, September 5, 2023 3:43 PM |
| **To:** | Thind, Sundeep@CDCR; Dan Potter |
| **Cc:** | Walsh Kerry F.; Jeffrey Metzner; Henry D. Dlugacz; Tim Rougeux; v_Nicholas.Weber@cdcr.ca.gov; Leung, Pak Yan@CDCR; v_Amar.Mehta@cdcr.ca.gov; v_Steven.Cartwright@cdcr.ca.gov; Lisa Ells; Jenny Yelin; Ginger Jackson-Gleich; Coleman Team - RBG Only; Dan Potter; v_Melissa.Bentz@cdcr.ca.gov; Worrell, Wendy; Kirby, Melissa@CDCR; Garland, Latoya@CDCR |
| **Subject:** | RE: Plaintiffs' Comments on SP10 Observed Initial Health Screens in a Confidential Setting [IMAN-DMS.FID12440] |

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sundeep, thanks for your comprehensive response.

Dr. Potter:

Here is Plaintiffs' final feedback regarding your three questions for the *SP10 Observed Initial Health Screens in a Confidential Setting* indicator:

#1 Can your team access the statewide user links to these indicators and their related system components starting from https://cdcr.sharepoint.com/sites/cchcs_mh_reporting_com_s

 Yes

#2 Does the version comparison functionality (accessed by clicking version numbers in the SPO Version) work?

 Yes, for the BR and KPI (no version history for the DE)

#3 What unresolved disputes, if any, do the plaintiffs have with the indicator(s) and related components as currently documented on the SPO?

None

Best,

Cara Trapani



101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
ctrapani@rbgg.com

(Pronouns – she/her/hers)

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ctrapani@rbgg.com.

---

**From:** Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>
**Sent:** Wednesday, August 9, 2023 10:39 AM
**To:** Cara Trapani <CTrapani@rbgg.com>
**Cc:** Kerry F. Walsh ███████████████████>; Jeffrey Metzner ███████████████████>; Henry D. Dlugacz ████████████████; Tim Rougeux ███████████████████>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Leung, Pak Yan@CDCR <PakYan.Leung@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Steven Cartwright <Steven.Cartwright@cdcr.ca.gov>; Lisa Ells <LElls@rbgg.com>; Jenny Yelin <JYelin@rbgg.com>; Ginger Jackson-Gleich <GJackson-Gleich@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Dan Potter ███████████████████>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Kirby, Melissa@CDCR <Melissa.Kirby@cdcr.ca.gov>; Garland, Latoya@CDCR <latoya.garland@cdcr.ca.gov>
**Subject:** RE: SP10.1 Percentage of Observed Initial Health Screens in a Confidential Setting [IMAN-DMS.FID12440]

[EXTERNAL MESSAGE NOTICE]

Hi Cara,

All issues identified in your email below from June 12, 2023 have been addressed and we have provided screenshots below to show where the corrections have been made. Also, we have included links to the revised documentation for SP10.1 Percentage of Observed Initial Health Screens in a Confidential Setting. Please let us know if Plaintiffs or the Special Master's team has any additional concerns; otherwise, we would like to move this item forward to the next step.

**KPI:** Observed Initial Health Screenings in a Confidential Setting (sharepoint.com)
**BR:** Observed Initial Health Screenings in a Confidential Setting (sharepoint.com)
**DE:** CQIT: R&R Screen (sharepoint.com)

1. We did not see the CQIT audit: R&R Screens on the DE Page in sharepoint – please add it.
BRMR Response:
The data element for the R&R Screens is now on the DE page:



2. The numerator for SP10 has a typo – "he" should be "the"
BRMR response:
Numerator has been revised:

| Before | After |
|--------|-------|
|        |       |

| Numerator | Numerator |
|---|---|
| The sum of the number of "yes" responses entered in the following question in CQIT Audit: R & R Screens from the denominator:<br>• Was the screen conducted in a confidential setting? | The sum of the number of "yes" responses entered in the following question in CQIT Audit: R & R Screens from the denominator:<br>• Was the screen conducted in a confidential setting? |

3. The Pop-up information on the KPI page still says TBD.
   BRMR response:
   Pop-up Section has been revised:

| Before | After |
|---|---|
| **Pop-up**<br><br>Click here for general pop-up information.<br><br>KPI-specific pop-up information: TBD. | **Pop-up**<br><br>Click here for general pop-up information.<br>KPI-specific pop-up information:<br>11. **Date**: the date the auditor entered into the CQIT application.<br>12. **Percentage**: 1 = audit pass. 0 = audit fail. Clicking on the number will direct the us specific audit on audit report.<br>13. **Details**: Audit date and the Sub Area the auditor entered into the CQIT application<br><br> |

4. The current version of the KPI appears to be 4.3, but the version linked on the KPI Page is version 4.0
   BRMR response:
   The version table has been updated:

| Before | After |
|---|---|

| SPO Version | Version # |
|---|---|
| Previous | 0.1 |
| Approved by CAPC | 0.4 |
| Verified | 3.0 |
| Current | 4.0 |

| SPO Version | Version # |
|---|---|
| Previous | 0.1 |
| Approved by CAPC | 0.4 |
| Verified | 3.0 |
| Current | 5.0 |

5. The version history function is not working for us on the BR page.
   BRMR response:
   The links were fixed on the version table and all recent changes were published.

6. The question in the numerator does not match the question in the Data Element R&R Screens audit, and neither of those questions match what is currently in the Guidebook (which is screenshot below – version from 4/27/2023). Please reconcile the numerator question/audit language/guidebook.
   BRMR response:
   New screenshots of the CQIT tool were acquired and added to the DE page. Links have also been updated to direct the user to the most recent version of the CQIT guidebook.



Question - 1    Was the screen conducted in a confidential setting?

**Yes or No**

[                                                    ⌄]

**Comments**

Add an optional comment for question 1.

Question - 2    Did the nurse(s) complete the intake medical screening by asking all 16 required questions, including both questions (#3, #16) pertaining to bad news?

**Yes or No**

[                                                    ⌄]

**Comments**

Add an optional comment for question 2.

Question - 3    Were all questions asked?

**Yes or No**

[                                                    ⌄]

| Question - 4 | Did the nurse(s) enter all responses immediately into EHRS? |

**Yes or No**

[                                        ⌄]

**Comments**

Add an optional comment for question 4.

| Question - 5 | Were English and Spanish suicide prevention posters displayed inside nurse's office in close proximity to inma |

**Yes or No**

[                                        ⌄]

**Comments**

Add an optional comment for question 5.

7. The Policy section of the BR is missing a citation to the requirement about the initial health screening (it currently only cites the requirement about confidentiality).
   BRMR response:
   The following policy has now been added to the BR page:

MHPG(2018) Reception Center Mental Health Assessment page 12-2-2 & 12-2-3
B. POLICIES AND PROCEDURES FOR ASSESSMENT OF MENTAL HEALTH NEEDS
**Policies to Achieve Goal**
1. All inmates shall receive an Initial Health Screening by nursing staff within 24 hours of arrival to determine need for continuation of currently prescribed and used psychotropic medications, need for crisis psychiatric care, or other mental health intervention.

Thank you,

*Sundeep Thind*
Attorney
Office of Legal Affairs, CDCR

Work Cell: (916) 215-4043
Email: Sundeep.Thind@cdcr.ca.gov

*Pronouns – She, her, hers*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information including, but not limited to, the attorney/client privilege and/or the attorney work product doctrine. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

**From:** Cara Trapani <CTrapani@rbgg.com>
**Sent:** Monday, June 12, 2023 4:28 PM
**To:** Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>
**Cc:** Kerry.Walsh ███████████████████; Jeffrey Metzner ███████████; Henry D. Dlugacz
███████████; Tim Rougeux ███████████; Thind, Sundeep@CDCR
<Sundeep.Thind@cdcr.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Leung, Pak Yan@CDCR
<PakYan.Leung@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Cartwright, Steven@CDCR
<Steven.Cartwright@cdcr.ca.gov>; Lisa Ells <LElls@rbgg.com>; Jenny Yelin <JYelin@rbgg.com>; Arielle Tolman
<ATolman@rbgg.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Dan Potter
███████████>
**Subject:** RE: SP10.1 Percentage of Observed Initial Health Screens in a Confidential Setting [IMAN-DMS.FID12440]

CAUTION: This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

OLA:

There are several issues with this indicator:

1. We did not see the CQIT audit: R&R Screens on the DE Page in sharepoint – please add it.
2. The numerator for SP10 has a typo – "he" should be "the"
3. The Pop-up information on the KPI page still says TBD.
4. The current version of the KPI appears to be 4.3, but the version linked on the KPI Page is version 4.0
5. The version history function is not working for us on the BR page.
6. The question in the numerator does not match the question in the Data Element R&R Screens audit, and neither of those questions match what is currently in the Guidebook (which is screenshot below – version from 4/27/2023). Please reconcile the numerator question/audit language/guidebook.

   b) Standardized Questions:
      1. Was the screen conducted in a confidential setting? Did the nurse(s) complete the intake medical screening by asking all 16 required questions, including both questions (#3, #16) pertaining to bad news? All questions asked?
      2. Did the nurse(s) enter all responses immediately into EHRS?
      ○ Were English and Spanish suicide prevention posters displayed inside nurse's office in close proximity to inmate?

   102

7. The Policy section of the BR is missing a citation to the requirement about the initial health screening (it currently only cites the requirement about confidentiality).

Thank you,

Cara Trapani



101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
ctrapani@rbgg.com

**(Pronouns – she/her/hers)**

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ctrapani@rbgg.com.

# Exhibit D

| | |
|---|---|
| **From:** | Dan Potter <███████████████████> |
| **Sent:** | Thursday, November 30, 2023 9:52 PM |
| **To:** | Leung, Pak Yan@CDCR; Kirby, Melissa@CDCR; Worrell, Wendy; Lemonds, Christine@CDCR; Nguyen, Tiffany@CDCR; Garland, Latoya@CDCR |
| **Cc:** | v_Steven.Cartwright@cdcr.ca.gov; Walsh Kerry F. |
| **Subject:** | Re: Additional indicators marked off as remediated. |

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Pak Yan,
Based on the recent feedback from CDCR and the Plaintiffs I was able to mark off the following indicator(s) as remediated:

SP6, effective 11/22/2023.

SP10's acceptance criteria had been updated to say it had been Remediated (see if 9/15/23 email), but it was missing a Remediated tag, so I added one.

Thank you,
Dan

On Fri, Nov 17, 2023 at 6:28 PM Dan Potter <████████████████> wrote:
> Hi Pak Yan,
> Based on the recent feedback from CDCR and the Plaintiffs I was able to mark off the following indicators as remediated:
>
> RH26, effective 11/9/2023
> SP171.2.3, effective 11/14/2023
> PS3.6, effective 11/15/2023
> PS3.7, effective 11/16/2023
> SC6, effective 11/16/2023
>
> Thank you and I hope you and everyone else working on the data remediation project have a great weekend!
> Dan

On Fri, Nov 10, 2023 at 8:21 PM Dan Potter ████████████████ > wrote:
> Hi Pak Yan,
> Based on the recent feedback from CDCR and the Plaintiffs I was able to mark off the following indicators as remediated:
>
> RH25, effective 10/31/23
> MM13, effective 11/7/23
>
> Additionally, the acceptance criteria for SPTSR1,4,8 was updated to indicate it was verified on 10/3/23 and a Remediated tag was added to it.
> SP7 had already been marked as remediated but didn't have a Remediated tag, so one was added.

1

Thank you,
Dan


On Fri, Sep 15, 2023 at 9:49 PM Dan Potter ███████████████████ > wrote:
Hi Pak Yan,
Based on the recent feedback from CDCR and Plaintiffs I was able to mark off the following indicators as remediated:

PS1
RH15.7
SC4
SP10
SP12
SP18
SP7

At the last BRMR, the SM team had questions regarding the training indicators and whether they could be broken out with regard to PIP, so at present this status is for the non-PIP (non-extended) versions of these indicators.


Thank you so much, and have a great weekend.
Dan