# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Newsom, et al.,**          No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on June 12, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S JUNE 5, 2024 PROPOSED RESOLUTION OF DATA REMEDIATION DISPUTE: SP15.1/SP15.1E (OUT OF CELL ACTIVITIES-YARD)**

**DECLARATION OF STEVEN CARTWRIGHT, Psy.D., IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S JUNE 5, 2024 PROPOSED RESOLUTION OF DATA REMEDIATION DISPUTE: SP15.1/SP15.1E (OUT OF CELL ACTIVITIES-YARD)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 12, 2024, at Los Angeles, California.

| V. Thompson | /s/ *V. Thompson* |
|---|---|
| Declarant | Signature |

CF1997CS0003