DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
AMY XU – 330707
ADRIENNE SPIEGEL – 330482
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' REVISED 2022 ANNUAL SUICIDE REPORT (ECF NO. 8264)**<br><br>Judge: Hon. Kimberly J. Mueller |

[4512825.1]

On June 7, 2024, Defendants filed their Notice of Submission of the California Department of Corrections and Rehabilitation Revised 2022 Annual Suicide Report (ECF No. 8264) ("Defendants' Revised 2022 Annual Suicide Report"). The current deadline for Plaintiffs to file objections to Defendants' Revised 2022 Suicide Report is June 17, 2024. Order (Aug. 3, 2022), ECF No. 7598; Special Master's Report & Recommendation Re: the CDCR's Proposal for Assuming the Annual Suicide Monitoring Report (June 28, 2024), ECF No. 7574 at 15.

The undersigned Plaintiffs' counsel is primarily responsible for preparing Plaintiffs' objections to Defendants' Revised 2022 Annual Suicide Report. However, given the undersigned Plaintiffs' counsel's preexisting litigation schedule, Plaintiffs will be unable to adequately prepare objections to Defendants' Revised 2022 Annual Suicide Report by June 17. Other members of Plaintiffs' counsel's team are also not available to prepare objections by June 17.

On June 10, 2024, the parties agreed to stipulate to a ten-day extension of the deadline for Plaintiffs to file their objections to Defendants' Revised 2022 Annual Suicide Report. Therefore, the parties respectfully request to extend the deadline for Plaintiffs to file objections to Defendants' Revised 2022 Annual Suicide Report by ten days to June 27, 2024.

DATED: June 11, 2024        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Michael S. Nunez*
    Michael S. Nunez

Attorneys for Plaintiffs

DATED: June 11, 2024

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

HANSON BRIDGETT LLP
*/s/ Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

[4512825.1]

2

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' REVISED 2022
ANNUAL SUICIDE REPORT (ECF NO. 8264)

# ORDER

Plaintiffs are granted an extension to June 27, 2024 to file their objections to Defendants' Revised 2022 Annual Suicide Report (ECF No. 8264).

IT IS SO ORDERED.

DATED: June 14, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE