1   ROB BONTA
    Attorney General of California
2   MONICA N. ANDERSON
    Senior Assistant Attorney General
3   DAMON G. MCCLAIN - 209508
    Supervising Deputy Attorney General
4   CORINNA ARBITER - 273074
    Deputy Attorney General
5    600 W. Broadway, Suite 1800
     San Diego, CA  92101
6    Telephone:  (619) 321-5799
     Fax:  (619) 645-2061
7    E-mail:  Corinna.Arbiter@doj.ca.gov
    Attorneys for Defendants
8

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF – 240280
DAVID C. CASARRUBIAS-3219994
CARSON NIELLO - 329970
 425 Market Street, 26th Floor
 San Francisco, CA 94015
 Telephone: (415) 777-3200
 Facsimile: (415) 541-9366
 E-mail: pmello@hansonbridgett.com
Attorneys for Defendants

9

10              IN THE UNITED STATES DISTRICT COURTS

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12         AND THE NORTHERN DISTRICT OF CALIFORNIA

13    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

15

16   **RALPH COLEMAN, et al.,**                Case No. 2:90-cv-00520-KJM-DB

                              Plaintiffs,      **THREE-JUDGE COURT**
17

18   v.

19   **GAVIN NEWSOM, et al.,**

20                            Defendants.

21

22   **MARCIANO PLATA, et al.,**               Case No. 4:01-cv-01351-JST

                              Plaintiffs,      **THREE-JUDGE COURT**
23

24   v.                                        **Defendants' June 2024 Quarterly Status
                                               Report in Response to February 10, 2014
25   **GAVIN NEWSOM, et al.,**                 and March 25, 2022 Orders**

26                            Defendants.

27

28

The State submits this quarterly status report in response to this Court's February 10, 2014 order (ECF No. 2766/5060)[1] to reduce CDCR's adult prison population to 137.5 percent of design capacity, and its March 25, 2022 order reducing the frequency of these reports from monthly to quarterly (ECF No. 3795/7515).  Exhibit A provides statewide and prison-specific population data, including the current design capacity, population, and population as a percentage of design capacity.  Exhibit B provides updates on population reduction measures, including those Defendants implemented in response to the February 10, 2014 order, and the durability of those measures.  Defendants first informed this Court that CDCR's adult prison population was below the 137.5 percent population cap on February 17, 2015 (ECF No. 2838/5278), and have complied with that cap for over nine years.

As a result of prison and facility closures that were first announced on December 6, 2022,[2] CDCR's institutional design capacity is 75,526 as of June 5, 2024.  (Ex. B at 2.)  As of June 5, 2024, 89,898 incarcerated people are housed in the State's adult institutions, occupying approximately 119% of institutional design capacity.  (Ex. A at 1.[3])  None are housed in out-of-state facilities.[4]

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.) and *Coleman v. Newsom*, No. 2:90-cv-00520-KJM-DB (E.D. Cal.).  Docket citations to this Court's orders cite to the docket number of *Plata* first, and *Coleman* second.

[2] *See* Cal. Dep't Corr. & Rehabilitation, *California Department of Corrections and Rehabilitation Announces the Planned Closure of Chuckawalla Valley State Prison* (Dec. 6, 2022), https://www.cdcr.ca.gov/news/2022/12/06/california-department-of-corrections-and-rehabilitation-announces-the-planned-closure-of-chuckawalla-valley-state-prison/.

[3] The data in Exhibit A is taken from CDCR's June 5, 2024, weekly population report, available on CDCR's website at Tpop1d240605.pdf (ca.gov).

[4] This statistic concerns incarcerated people in out-of-state contract beds, and does not include those housed in other states under interstate compact agreements.

Dated June 14, 2024

ROB BONTA
Attorney General of California

/s/ Corinna S. Arbiter
DAMON G. MCCLAIN
Supervising Deputy Attorney General
CORINNA ARBITER
Deputy Attorney General
*Attorneys for Defendants*

Dated:  June 14, 2024

HANSON BRIDGETT LLP

/s/ Samantha D. Wolff
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

SF2007200670

# CERTIFICATE OF SERVICE

Case Name: **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Newsom, et al.**
**USDC, Eastern District of California, Case No. 2:90-cv-00520-KJM-DB**
**Plata, et al. v. Newsom, et al.**
**USDC, Northern District of California, Case No. 4:01-cv-01351-JST**

Nos.

2:90-cv-00520-KJM-DB

4:01-cv-01351-JST

I hereby certify that on June 14, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANTS' JUNE 2024 QUARTERLY STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 AND MARCH 25, 2022 ORDERS; EXHIBITS A AND B

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 14, 2024, at San Diego, California.

|  |  |
| --- | --- |
| C. Krystof | */s/ C. Krystof* |
| Declarant | Signature |

SF2007200670
84443228.docx