ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

HANSON BRIDGETT LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
KAYLEN KADOTANI, State Bar No. 294114
DAVID C. CASARRUBIAS, State Bar No. 321994
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) file the attached reports capturing data concerning patient census, waitlists, and compliance with transfer timelines for inpatient mental health care in compliance with the Court's October 13, 2015 order. (ECF No. 5367.) Attached are letters from CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's May 19, 2017 Order (ECF No. 5610): (1) DSH CDCR Patient Census and Waitlist Report (Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted May 1 through May 31, 2024 Who Waited Beyond Program Guide Timelines (Exhibit B); (3); CDCR

Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of May 20, 2024 (Exhibit C); (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of May 20, 2024 (Exhibit D); (5) Psychiatric Inpatient Programs Census Report as of 5/20/2024 (Exhibit E); (6) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in May 2024 (Exhibit F); and (7) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Rescinded, Rejected or Paroled/Discharged in May 2024 (Exhibit G).

The current compliance report at Exhibit F shows that of the 200 patients referred to inpatient programs in May 2024, 182 were admitted to an inpatient program within Program Guide transfer timelines, one patient was admitted outside Program Guide timelines due to a medical exception for admission to an outside hospital, and the remaining seventeen patients' referrals were rescinded, rejected or the patients were discharged or paroled.  As reflected in the attached letter from CDCR and the attached reports, there is currently sufficient capacity to meet the needs of patients at all levels of inpatient care.  CDCR continues to monitor the inpatient transfer timelines and exceptions, and will continue to review this information with the Special Master and with other stakeholders in various settings.

## CERTIFICATION OF ORDERS

Defendants' counsel certifies that they reviewed the following orders relevant to this filing: ECF No. 5367 and ECF No. 5610.

19009732.1

1   Dated: June 17, 2024                          Respectfully submitted,

2                                                  ROB BONTA
                                                   Attorney General of California
3                                                  DAMON MCCLAIN
                                                   Supervising Deputy Attorney General
4

5                                                  **/s/ *Elise Owens Thorn**
                                                   Elise Owens Thorn
6                                                  Deputy Attorney General
                                                   *Attorneys for Defendants*
7

8                                                  *HANSON BRIDGETT LLP*

9                                                  **/s/ *Samantha D. Wolff**
                                                   *PAUL B. MELLO*
10                                                 *SAMANTHA D. WOLFF*
                                                   *DAVID C. CASARRUBIAS*
11                                                 *Attorneys for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Monthly Reports on Inpatient Mental Health Care  (2:90-cv-00520 KJM-DB (PC))

19009732.1

State of California – Department of State Hospitals                          Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



June 17, 2024

Damon McClain, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Thorn:

The California Department of State Hospitals (DSH) submits its monthly information on
patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental
health care.

The DSH CDCR Patient Census and Waitlist Report—as of May 27, 2024—is attached as
Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients
Admitted May 1, 2024 through May 31, 2024 Who Waited Beyond Program Guide
Timelines, is attached as Exhibit B.  These reports are based on data from the DSH Bed
Utilization Management Report[1].

The report attached as Exhibit A reflects data collected at a single point in time and, as a
result, should not be used for purposes outside of that report.  The report attached as
Exhibit B is the compliance report from DSH, which includes requested compliance data
for all DSH level-of-care referrals admitted to inpatient care in May 2024, for any inmate-
patient who waited beyond the timelines specified in the Mental Health Services Delivery
System Program Guide (2009 Revision) at 12-1-16.

---

[1] These reports are based on data collected as of the last business Monday of the month.

19362599.2

May 17, 2024
Page Two

DSH records show that, as of May 27, 2024, there were no patients waiting beyond Program Guide transfer timelines for admission to DSH.  Exhibit B shows that no patients were admitted to DSH Intermediate Care in May 2024 beyond Program Guide transfer timelines.  The supplemental report on DSH's pending waitlist, which was provided to the Special Master and Plaintiffs via e-mail, also shows no that no patients were admitted to DSH in May 2024 beyond Program Guide transfer timelines.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

# Exhibit A

State of California
RESEARCH EVALUATION & DATA INSIGHTS
1215 O Street
Sacramento, CA 95814

GAVIN NEWSOM, Governor



# DSH CDCR Patient Census and Waitlist Report
Data as of: 5/27/2024

## Acute Care Patients

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals CDCR Prison[4] | Waitlist Accepted Referrals CDCR PIP[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 (Includes 0 Waiting >10 Days) |

## Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals CDCR Prison[4] | Waitlist Accepted Referrals CDCR PIP[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero | 256 | 110 | 0 | 0 | 0 | 146 | | | | |
| Coalinga | 50 | 40 | 0 | 1 | 0 | 9 | | | | |
| Total | 306 | 150 | 0 | 1 | 0 | 155 | 4 | 11 | 0 | 15 (Includes 0 Waiting >30 Days) |

## Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals CDCR Prison[4] | Waitlist Accepted Referrals CDCR PIP[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Patton[6] | 30 | 3 | 0 | 0 | 0 | 27 | 0 | 0 | 0 | 0 |
| Total | 30 | 3 | 0 | 0 | 0 | 27 | 0 | 0 | 0 | 0 (Includes 0 Waiting >30 Days) |

[1] Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2] Redlined beds are temporarily unavailable due to repairs.

[3] Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5] Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6] Beds at DSH-P are for female patients only.

# Exhibit B



State of California
GAVIN NEWSOM, Governor

# RESEARCH EVALUATION & DATA INSIGHTS
1215 O Street
Sacramento, CA 95814

## DSH Psychiatric Inpatient Timelines Compliance Report
Patients Admitted May 1 through May 31, 2024 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.
[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.
[3]Including patients admitted who waited greater than 30 days from the referral received date to DSH for a change in level of care.
[4]Includes the total number of days admitted patients waited beyond 30 days from the referral received date to DSH for a change in level of care.

State of California
**RESEARCH EVALUATION & DATA INSIGHTS**
1215 O Street
Sacramento, CA 95814

GAVIN NEWSOM, Governor



**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted May 1 through May 31, 2024 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| | | | | No patients admitted with wait times exceeding 30 days | | | | |
| | | **Total Number of Days All Patients** | | | | | | |
| **Total Number of Patients Waiting Over 30 Days** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



June 17, 2024

Damon McClain, Esq.
Elise O. Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
       COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report, as of May 20, 2024, is attached as Exhibit C; the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report, as of May 20, 2024, is attached as Exhibit D; the Psychiatric Inpatient Programs Census Report, as of May 20, 2024, is attached as Exhibit E; the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in May 2024 is attached as Exhibit F; and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Rescinded, Rejected or Paroled/Discharged in May 2024 is attached as Exhibit G. These reports are generated using data from CDCR's tracking software and the Referrals to Inpatient Programs Application.

The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.

The report attached as Exhibit F is a compliance report from CDCR, which includes requested compliance data for all referrals admitted to inpatient care in May 2024, and the identification of inmate-patients who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16. Exhibit F shows that no patients were transferred to an inpatient program beyond Program Guide timelines.

Since January 27, 2022, CDCR has been safely reopening the units in the California Health Care Facility's (CHCF) PIP. CHCF PIP is currently operating at 81% capacity, with 415 of 514 beds available for use. Also, as I have indicated in my regular reports to the Court, the California Medical Facility's (CMF) PIP is operating with beds offline. As of May 31, 2024, the CMF PIP was operating at 86% capacity with 341 of 396 beds available (on October 27, 2022, 16 beds in the ICF standalone unit, previously offline for a retrofit project, were designated as COVID-19 isolation cells due to additional COVID-19 cases in the PIP; 16 additional cells are offline for COVID-19 quarantine; and 23 APP beds are offline due to staffing). SVPP PIP is

June 17, 2024
Page 2

operating at 100% capacity with all 246 beds available for use.  CMC's 10 APP beds continue to flex at this time for statewide MHCB use. Finally, six beds continue to flex at SQ for statewide MHCB use.

While CDCR continues to improve its bed capacity in the PIPs, as the attached reports show, there is currently sufficient capacity for all levels of care and CDCR will continue to closely monitor inpatient referrals and admissions, and track all exceptions in detail and review this information with the Special Master in workgroups and with other stakeholders in various settings.

Sincerely,

/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

# Exhibit C

**CDCR Psychiatric Inpatient Programs (PIP)**
**Coleman Patient Census and Waitlist Report as of**
**May 20, 2024**

| MALE INTERMEDIATE LOCKED DORM | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Medical Facility (CMF) | 64 | 33 | 2 | 0 | 0 | 29 | 2 | 0 | 2 | 0 |
| Total | 64 | 33 | 2 | 0 | 0 | 29 | 2 | 0 | 2 | 0 |

| MALE INTERMEDIATE HIGH CUSTODY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) Single Cell | 330 | 224 | 6 | 4 | 0 | 96 | 15 | 3 | 18 | 0 |
| CMF Multi Cell | 20 | 17 | 1 | 0 | 0 | 2 | | | | |
| CMF Single Cell | 62 | 19 | 1 | 0 | 0 | 42 | | | | |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 37 | 0 | 0 | 0 | 7 | | | | |
| SVSP Single Cell | 202 | 154 | 8 | 8 | 0 | 32 | | | | |
| Total | 658 | 451 | 16 | 12 | 0 | 179 | 15 | 3 | 18 | 0 |

| MALE FLEX ACUTE PSYCHIATRIC PROGRAM & INTERMEDIATE CARE FACILITY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF | 202 | 87 | 7 | 1 | 0 | 107 | 10 | 2 | 12 | | 0 |
| CMF | 250 | 125 | 3 | 0 | 0 | 122 | | | | | |
| San Quentin (SQ) Condemned | 34 | 30 | 0 | 1 | 0 | 3 | | | | | |
| SQ Non-Condemned | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| California Men's Colony | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Total | 486 | 242 | 10 | 2 | 0 | 232 | 10 | 2 | 12 | 0 | 0 |

| FEMALE HIGH CUSTODY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 35 | 1 | 0 | 0 | 9 | 0 | 1 | 1 | | 0 |
| Total | 45 | 35 | 1 | 0 | 0 | 9 | 0 | 1 | 1 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPs | 1253 | 761 | 29 | 14 | 0 | 449 | 27 | 6 | 33 | 0 | 0 |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Program (HCPOP) for a specific patient requiring APP or ICF level of care. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

# Exhibit D

# CDCR Mental Health Crisis Bed
## *Coleman* Patient Census and Waitlist Report as of
## May 20, 2024

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 395 | 260 | 15 | 120 | 20 | 20 | 0 |
| Female Programs | 41 | 8 | 0 | 33 | 1 | 1 | 0 |
| **Totals** | **436** | **268** | **15** | **153** | **21** | **21** | **0** |

Data Source: HCPOP Endorsements and Referrals Tracking (HEART)

CCHCS, Corrections Services, Compliance & Reporting Unit

# Exhibit E

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 05/20/2024**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Flex Programs** | | | |
| PIP - California Medical Facility | 250 | No Score: | 2 |
| | | Level I: | 9 |
| | | Level II: | 25 |
| | | Level III: | 15 |
| | | Level IV: | 59 |
| | | **Total APP Census:** | **110** |
| | | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 6 |
| | | Level III: | 3 |
| | | Level IV: | 5 |
| | | **Total ICF Census:** | **15** |
| | | *Total ICF out of LRH:* | *8* |
| | | **Total APP/ICF Census:** | **125** |
| PIP - California Health Care Facility | 202 | No Score: | 7 |
| | | Level I: | 4 |
| | | Level II: | 26 |
| | | Level III: | 9 |
| | | Level IV: | 41 |
| | | **Total APP Census:** | **87** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **87** |
| PIP-San Quentin Condemned | 34 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 1 |
| | | **Total APP Census:** | **1** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 18 |
| | | Level III: | 0 |
| | | Level IV: | 11 |
| | | **Total ICF Census:** | **29** |
| | | **Total APP/ICF Census:** | **30** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| PIP-San Quentin | N/A | No Score: | 0 |
| Non-Condemned | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **0** |
| PIP-California Men's Colony | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **0** |
| **Totals for Male Acute/Intermediate** | **486** | | **242** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| California Health Care Facility | 330 | No Score: | 6 |
| Single Cell | | Level I: | 3 |
| | | Level II: | 38 |
| | | Level III: | 27 |
| | | Level IV: | 150 |
| | | **Total Census:** | **224** |
| | | *Total out of LRH:* | *88* |
| California Medical Facility | 62 | No Score: | 1 |
| Single Cell | | Level I: | 1 |
| | | Level II: | 1 |
| | | Level III: | 1 |
| | | Level IV: | 15 |
| | | **Total Census:** | **19** |
| | | *Total out of LRH:* | *7* |

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| California Medical Facility | 20 | No Score: | 0 |
| Multi Person Cells | | Level I: | 0 |
| | | Level II: | 2 |
| | | Level III: | 0 |
| | | Level IV: | 15 |
| | | **Total Census:** | **17** |
| | | *Total out of LRH:* | *6* |
| Salinas Valley | 202 | No Score: | 2 |
| Single Cell | | Level I: | 6 |
| | | Level II: | 35 |
| | | Level III: | 10 |
| | | Level IV: | 101 |
| | | **Total Census:** | **154** |
| | | PC 1370: | 9 |
| | | WIC 7301: | 1 |
| | | *Total out of LRH:* | *67* |
| Salinas Valley | 44 | No Score: | 1 |
| Multi-person Cells | | Level I: | 0 |
| | | Level II: | 7 |
| | | Level III: | 3 |
| | | Level IV: | 26 |
| | | **Total Census:** | **37** |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *22* |
| **Totals for Male ICF High Custody** | **658** | | **451** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| California Medical Facility | 64 | No Score: | 1 |
| Dorms | | Level I: | 2 |
| | | Level II: | 16 |
| | | Level III: | 5 |
| | | Level IV: | 9 |
| | | **Total Census:** | **33** |
| | | *Total out of LRH:* | *10* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 17 |
| | | Level II: | 56 |
| | | Level III: | 12 |
| | | Level IV: | 26 |
| | | **Total Census:** | **111** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 5 |
| | | Level II: | 21 |
| | | Level III: | 4 |
| | | Level IV: | 12 |
| | | **Total Census:** | **42** |
| **Totals for Male ICF Low Custody** | **370** | | **186** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 1 |
| | | Level III: | 1 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **3** |
| | | **Total APP/ICF Census:** | **3** |
| PIP-California Institution for Women | 45 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 1 |
| | | Level III: | 0 |
| | | Level IV: | 2 |
| | | **Total APP Census:** | **3** |
| | | No Score: | 3 |
| | | Level I: | 4 |
| | | Level II: | 5 |
| | | Level III: | 4 |
| | | Level IV: | 16 |
| | | **Total ICF Census:** | **32** |
| | | *Total ICF out of LRH:* | *7* |
| | | **Total APP/ICF Census:** | **35** |
| **Totals for Female Acute/Intermediate** | **75** | | **38** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1589** | | **917** |

♦ **Beds Occupied:** For each program, identify the total number of patients in the program and the total each custody level, i.e., Level I-IV.  Level 1 has placement score of 0-18; Level II 19 through 35; Level III 36-59; and Level IV 60 and above.  Patients with "no score" have not completed Reception Center Processing.  PC 1370 patients are considered incompetent to stand trial and do not have a concurrent ICF referral.  WIC 7301 also do not have concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

♦ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity.  The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute Care.

♦ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR.  The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

# Exhibit F

## CDCR INPATIENT PROGRAM REFERRALS:
### COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN MAY 2024

| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
|---|---|---|---|---|---|---|---|
| Intermediate (ICF) | 127 | 116 | 0 | 11 | 0 | 0 | 0 |
| Acute (APP) | 73 | 66 | 1 | 6 | 1 | 0 | 0 |
| TOTALS | 200 | 182 | 1 | 17 | 1 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are an out-to-court status, out-to-hospital status, on medical or Vitek holds and/or operational approved circumstances.

**DETAIL OF APP OUT OF COMPLIANCE**
**MAY 2024**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU [Timeframes Start] | Date Referral Sent To HCPOP | HCPOP IBH Determination | HCPOP IBH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | RJD | ███ | ███ | MHCB | 4/17/2024 | 4/18/2024 | 4/18/2024 | Acute / preliminary Single Cell | 04/18/2024 | PIP APP-CHCF | 04/18/2024 10:36:00 |

**DETAIL OF APP OUT OF COMPLIANCE**
**MAY 2024**

| HCPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Days from Referral to MHI RU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| PIP APP: CHCF | 04/18/2024 10:36:00 | PIP APP: CHCF | 05/01/2024 | PIP APP: CHCF | 05/02/2024 17:15:00 | **EXCEPTION**: Out to Hospital (4/19/24 - 4/30/24); 4 days excepted | Admitted | 14 | N | 4 |
| | | | | | | **TOTAL DAYS OUT OF COMPLIANCE** | | 0 | | |

# Exhibit G

**CDCR INPATIENT PROGRAM REFERRALS:**
**COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS RESCINDED, REJECTED, OR PAROLED/DISCHARGED IN MAY 2024**

| CDCR IDTT Referral Type | Total Rescinded, Rejected, or Paroled/Discharged Referrals | Patients Rescinded, Rejected, or Paroled/Discharged Within Program Guide Timeframes [1] | Patients Rescinded, Rejected, or Paroled/Discharged Outside Program Guide Timeframes | Exceptions to Program Guide Timeframes [2] | Referrals Past Timeframes w/o Exceptions | Total Days Out of Compliance |
|---|---|---|---|---|---|---|
| Intermediate (ICF) | 11 | 10 | 1 | 1 | 0 | 0 |
| Acute (APP) | 6 | 6 | 0 | 0 | 0 | 0 |
| TOTALS | 17 | 16 | 1 | 1 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, on medical or Vitek holds and/or operational approved circumstances.

Data Source: Referrals to Inpatient Programs Application (RIPA)

CCHCS, Corrections Services, Compliance & Reporting Unit

PROGRAM GUIDE COMPLIANCE TIMEFRAMES
RESCINDED, REJECTED, PAROLED, DISCHARGED REFERRALS TO ACUTE AND INTERMEDIATE CARE FACILITY
MAY 2024

| Report Year/ Month | Referral Type | CDCR Number | Last Name | Referring LOC | IDTT Referral Date | Date Referral Sent to MH IRU (Program Guide Timeframes Start) | Referral Status | Referral Status Date | Conference Outcome | Days from Referral to MH IRU and Referral Status | Within Program Guide Timeframes | Days over Program Guide Timeframes | Exception Applied? | Exception Reason (if applicable) | Exception Notes | Exception Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024-05 | ICF | ■ | ■ | EOP-GP | 2/6/2024 | 2/26/2024 | Paroled | 5/2/2024 | | 66 | N | 36 | Yes | EXCEPTION: Medical Hold; 36 days excepted | CTC LOC 2/26/24-5/2/24 | 36 |
| | | | | | | | | | | | | | | TOTAL DAYS OUT OF COMPLIANCE: | 0 | |