MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2024**<br><br>Judge: Hon. Deborah Barnes |

[4513994.1]

1    Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2 Statement for the First Quarter of 2024 to Defendants via e-mail on May 13, 2024.  The
3 parties completed their meet and confer process on June 12, 2024.  The parties have
4 resolved all disputes regarding fees and costs for the First Quarter of 2024, with an
5 agreement to reduce claimed amounts to a total of $1,195,921.70 calculated at a rate of
6 $258.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).
7    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8 $1,195,921.70 plus interest is due and collectable as of forty-five days from the date of
9 entry of this Order.  Interest on these fees and costs will run from June 13, 2024 (31 days
10 after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by
11 28 U.S.C. § 1961.
12    IT IS SO STIPULATED.

14 DATED:  June 17, 2024         /s/ Damon McClain
15                               Damon McClain
                                 Supervising Deputy Attorney General
16                               Attorneys for Defendants

18 DATED:  June 17, 2024         /s/ Lisa Ellis
19                               Lisa Ells
                                 ROSEN BIEN GALVAN & GRUNFELD LLP
20                               Attorneys for Plaintiffs

22    IT IS SO ORDERED.
23 DATED:  _____, 2024

                                 _____
25                               Honorable Deborah Barnes
                                 United States Magistrate Judge

[4513994.1]

## Coleman v. Newsom
## First Quarter of 2024
## January 1, 2024 through March 30, 2024
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---:|---:|---:|
| **Monitoring, 489-3** | $1,167,604.80 | $1,120,900.58 | $13,198.25 |
| **Fees on Fees, 489-5** | $7,275.60 | $6,984.58 | $21.38 |
| **Appeal of 4/12/23 Order re Telepsychiatry Policy, 23-15755, 489-31** | $51,600.00 | $49,536.00 | $2,537.97 |
| **Appeal of PIP Minimum Treatment Standards, 23-2485, 489-32** | $2,838.00 | $2,724.48 | $18.46 |
| **Totals** | $1,229,318.40 | $1,180,145.64 | $15,776.06 |
| **Claimed Total:** |  | $1,245,094.46 |  |
| **Settled Total:** |  | $1,195,921.70 |  |

4484302

**Coleman v. Newsom**
**First Quarter of 2024**
**January 1, 2024 through March 30, 2024**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 75.00 | 74.30 | $258.00 | $19,169.40 | $18,402.62 |
| Adrienne Spiegel | 85.10 | 83.30 | $258.00 | $21,491.40 | $20,631.74 |
| Alex Gourse | 139.90 | 139.50 | $258.00 | $35,991.00 | $34,551.36 |
| Amy Xu | 59.10 | 58.40 | $258.00 | $15,067.20 | $14,464.51 |
| Angela Laureano | 12.00 | 12.00 | $258.00 | $3,096.00 | $2,972.16 |
| Averi Suk | 33.10 | 33.10 | $258.00 | $8,539.80 | $8,198.21 |
| Benjamin Holston | 38.00 | 37.90 | $258.00 | $9,778.20 | $9,387.07 |
| Caroline E. Jackson | 0.30 | 0.00 | $258.00 | $0.00 | $0.00 |
| Darcy Edmundson | 353.50 | 345.10 | $258.00 | $89,035.80 | $85,474.37 |
| Ernest Galvan | 45.00 | 45.00 | $258.00 | $11,610.00 | $11,145.60 |
| F. Gail LaPurja | 75.90 | 73.80 | $258.00 | $19,040.40 | $18,278.78 |
| Fely F. Villadelgado | 116.00 | 58.00 | $258.00 | $14,964.00 | $14,365.44 |
| Ginger Jackson-Gleich | 78.90 | 77.90 | $258.00 | $20,098.20 | $19,294.27 |
| Gregorio Z. Gonzalez | 203.90 | 143.50 | $258.00 | $37,023.00 | $35,542.08 |
| Hannah Chartoff | 2.80 | 0.00 | $258.00 | $0.00 | $0.00 |
| Hazel Stange | 0.20 | 0.20 | $258.00 | $51.60 | $49.54 |
| Jared Miller | 306.00 | 304.30 | $258.00 | $78,509.40 | $75,369.02 |
| Jenny S. Yelin | 224.90 | 224.70 | $258.00 | $57,972.60 | $55,653.70 |
| Julie de Vaulx | 227.70 | 225.80 | $258.00 | $58,256.40 | $55,926.14 |
| Kamila Barragan | 27.20 | 22.70 | $258.00 | $5,856.60 | $5,622.34 |
| Linda H. Woo | 0.40 | 0.00 | $258.00 | $0.00 | $0.00 |
| Lindsay Newfeld | 12.30 | 12.30 | $258.00 | $3,173.40 | $3,046.46 |
| Lisa Ells | 241.10 | 240.60 | $258.00 | $62,074.80 | $59,591.81 |
| Luma Khabbaz | 163.90 | 163.90 | $258.00 | $42,286.20 | $40,594.75 |
| Marc Shinn-Krantz | 239.70 | 236.80 | $258.00 | $61,094.40 | $58,650.62 |
| Mari Tanabe | 2.30 | 0.00 | $258.00 | $0.00 | $0.00 |
| Maya Campbell | 181.40 | 181.10 | $258.00 | $46,723.80 | $44,854.85 |
| Megan Rich | 28.20 | 28.20 | $258.00 | $7,275.60 | $6,984.58 |
| Michael S. Nunez | 131.80 | 131.60 | $258.00 | $33,952.80 | $32,594.69 |
| Michael W. Bien | 117.50 | 117.50 | $258.00 | $30,315.00 | $29,102.40 |
| Sanjana Srinivasan | 366.40 | 299.50 | $258.00 | $77,271.00 | $74,180.16 |
| Sherry Zhu | 362.90 | 358.80 | $258.00 | $92,570.40 | $88,867.58 |
| Simran Surtani | 29.80 | 29.80 | $258.00 | $7,688.40 | $7,380.86 |
| Teya Khalil | 319.80 | 305.10 | $258.00 | $78,715.80 | $75,567.17 |
| Thomas Nolan | 149.10 | 148.20 | $258.00 | $38,235.60 | $36,706.18 |
| Victor Corona | 199.90 | 193.00 | $258.00 | $49,794.00 | $47,802.24 |
| **Total** | **4651.00** | **4405.90** | | **$1,136,722.20** | **$1,091,253.30** |

4484302

**Coleman v. Newsom**
**First Quarter of 2024**
**January 1, 2024 through March 30, 2024**
Monitoring Fees, 489-3

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alison Hardy | 0.80 | 0.80 | $258.00 | $206.40 | $198.14 |
| Audrey Lim | 17.30 | 17.30 | $258.00 | $4,463.40 | $4,284.86 |
| Dewi Zarni | 8.00 | 8.00 | $258.00 | $2,064.00 | $1,981.44 |
| Donald Specter | 10.90 | 10.90 | $258.00 | $2,812.20 | $2,699.71 |
| Emilio Bustamante | 8.20 | 8.20 | $258.00 | $2,115.60 | $2,030.98 |
| Gabriela Pelsinger | 0.40 | 0.40 | $258.00 | $103.20 | $99.07 |
| Joshua Marin | 7.00 | 7.00 | $258.00 | $1,806.00 | $1,733.76 |
| Marie Berry | 1.60 | 1.60 | $258.00 | $412.80 | $396.29 |
| Marissa Hatton | 23.90 | 23.90 | $258.00 | $6,166.20 | $5,919.55 |
| Sophie Mishara | 4.80 | 4.80 | $258.00 | $1,238.40 | $1,188.86 |
| Steve Fama | 36.30 | 36.30 | $258.00 | $9,365.40 | $8,990.78 |
| Tania Amarillas | 0.50 | 0.50 | $258.00 | $129.00 | $123.84 |
| **Total** | **119.70** | **119.70** | | **$30,882.60** | **$29,647.28** |

**GRAND TOTAL** $1,167,604.80 $1,120,900.58

4484302

**Coleman v. Newsom**
**First Quarter of 2024**
**January 1, 2024 through March 30, 2024**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $1,642.00 | $1,642.00 |
| Outside Copying/Scanning | $1,393.82 | $1,393.82 |
| Transcription | $437.00 | $437.00 |
| Postage and Delivery | $1,511.22 | $1,511.22 |
| Research (Westlaw/Lexis/PACER/Fees/Articles) | $1,312.86 | $1,312.86 |
| Expert Fees | $2,200.00 | $2,200.00 |
| Travel | $3,044.73 | $3,044.73 |
| **Total** | **$11,541.63** | **$11,541.63** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| Translation | $1,222.56 | $1,222.56 |
| In-House Postage | $115.77 | $115.77 |
| Travel | $318.29 | $318.29 |
| **Total** | **$1,656.62** | **$1,656.62** |

**GRAND TOTAL** $13,198.25

4484302

**Coleman v. Newsom**
**First Quarter of 2024**
**January 1, 2024 through March 30, 2024**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| F. Gail LaPurja | 0.80 | 0.00 | $258.00 | $0.00 | $0.00 |
| Linda H. Woo | 4.40 | 4.40 | $258.00 | $1,135.20 | $1,089.79 |
| Lisa Ells | 21.90 | 21.90 | $258.00 | $5,650.20 | $5,424.19 |
| **Total** | **27.10** | **26.30** | | **$6,785.40** | **$6,513.98** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.20 | 1.20 | $258.00 | $309.60 | $297.22 |
| Margot Mendelson | 0.70 | 0.70 | $258.00 | $180.60 | $173.38 |
| **Total** | **1.90** | **1.90** | | **$490.20** | **$470.60** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$7,275.60** | **$6,984.58** |

**Coleman v. Newsom**
**First Quarter of 2024**
**January 1, 2024 through March 30, 2024**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Postage and Delivery | $21.38 | $21.38 |
| **Total** | **$21.38** | **$21.38** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | **$21.38** |

4484302

**Coleman v. Newsom**
**First Quarter of 2024**
**January 1, 2024 through March 30, 2024**
Fees on Appeal of 4/12/23 Order re Telepsychiatry Policy 23-15755, 489-31

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 138.10 | 138.10 | $258.00 | $35,629.80 | $34,204.61 |
| Alex Gourse | 2.90 | 2.90 | $258.00 | $748.20 | $718.27 |
| Amy Xu | 6.30 | 6.30 | $258.00 | $1,625.40 | $1,560.38 |
| Ernest Galvan | 2.50 | 2.50 | $258.00 | $645.00 | $619.20 |
| F. Gail LaPurja | 0.60 | 0.00 | $258.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 16.60 | 16.10 | $258.00 | $4,153.80 | $3,987.65 |
| Hannah Chartoff | 3.50 | 3.50 | $258.00 | $903.00 | $866.88 |
| Lisa Ells | 30.60 | 30.60 | $258.00 | $7,894.80 | $7,579.01 |
| **Total** | **201.10** | **200.00** | | **$51,600.00** | **$49,536.00** |

**GRAND TOTAL** $51,600.00 $49,536.00

4484302

**Coleman v. Newsom**
**First Quarter of 2024**
**January 1, 2024 through March 30, 2024**
Costs on Appeal of 4/12/23 Order re Telepsychiatry Policy 23-15755, 489-31

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying and Printing | $37.80 | $37.80 |
| Westlaw Research | $1,172.93 | $1,172.93 |
| Outside Copying and Scanning | $1,274.18 | $1,274.18 |
| Outside Postage and Delivery | $53.06 | $53.06 |
| **Total** | **$2,537.97** | **$2,537.97** |

**GRAND TOTAL**  $2,537.97

4484302

**Coleman v. Newsom**
**First Quarter of 2024**
**January 1, 2024 through March 30, 2024**
Fees on Appeal of PIP MInimum Treatment Standards 23-2485, 489-32

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Gregorio Z. Gonzalez | 1.60 | 1.00 | $258.00 | $258.00 | $247.68 |
| Lisa Ells | 1.80 | 1.80 | $258.00 | $464.40 | $445.82 |
| Maya Campbell | 8.20 | 8.20 | $258.00 | $2,115.60 | $2,030.98 |
| Michael W. Bien | 0.70 | 0.00 | $258.00 | $0.00 | $0.00 |
| **Total** | **12.30** | **11.00** | | **$2,838.00** | **$2,724.48** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$2,838.00** | **$2,724.48** |

4484302

**Coleman v. Newsom**
**First Quarter of 2024**
**January 1, 2024 through March 30, 2024**
Costs on Appeal of PIP MInimum Treatment Standards 23-2485, 489-32

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Westlaw Research | $18.46 | $18.46 |
| **Total** | **$18.46** | **$18.46** |

| | |
|---|---|
| **GRAND TOTAL** | **$18.46** |

4484302