# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| RALPH COLEMAN, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:90-CV-00520- KJM-DB |
| GAVIN NEWSOM, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 06/20/2024

*Attorney's signature*

Samantha M. Bacon SBN 351561
*Printed name and bar number*

425 Market Street, 26th Floor
San Francisco, California 94105
*Address*

sbacon@hansonbridgett.com
*E-mail address*

(415) 777-3200
*Telephone number*

(415) 541-9366
*FAX number*