ROB A. BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                      Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATED REQUEST; ORDER DENYING DEFENDANTS LEAVE TO FILE MOTION TO STAY THE MAY 20, 2024 ORDER [ECF NO. 8242]**<br><br>Judge: The Hon. Kimberly J. Mueller |

     On May 20, 2024, this Court ordered Defendants to roll out by August 31, 2024, a pilot of the START-NOW treatment modality for class members with personality disorders at San Quentin State Prison and Valley State Prison, and directed the Special Master to monitor the pilot programs in a manner he deems appropriate and consistent with his authority under the Order of Reference. (ECF No. 8242 at 7.) On June 6, 2024, Defendants appealed the May 20 order to the Ninth Circuit Court of Appeals. (ECF Nos. 8262.) Because the May 20 order requires that Defendants implement the pilot by August 31, 2024, Defendants intend to seek a stay of the order during the pendency of the appeal to avoid wasting of state's resources, and the parties' and the

20053643.1 [4513925.1]

1

Stip. Request and Order Denying Defs. Leave to File Motion to Stay (2:90-cv-00520 KJM-DB (PC))

Special Master's time that will be required to comply with the May 20 order, if it is later ruled unlawful by the appellate court.

Defendants contacted Plaintiffs to meet and confer on the request for leave and the stay motion. Plaintiffs agreed that they would not oppose Defendants' request for leave to file a stay motion so long as Defendants stipulated to a briefing schedule that allows Plaintiffs a 21-day period in which to file an opposition to the stay motion.

Accordingly, the parties jointly request that the Court enter an order that permits Defendants to file the motion to stay the May 20 order with the following briefing schedule:

1. Defendants shall file their motion to stay the May 20 order on or before June 14, 2024;

2. Plaintiffs' opposition, if any, to Defendants' motion to stay the May 20 order shall be due within twenty-one days of the date Defendants file the motion to stay; and

///

///

///

20053643.1 [4513925.1]                    2

Stip. Request and Order Denying Defs. Leave to File Motion to Stay (2:90-cv-00520 KJM-DB (PC))

3. Defendants' reply to Plaintiffs' opposition, if any, shall be filed within seven days after Plaintiffs' opposition is filed.

**IT IS SO STIPULATED**.

Dated: June 12, 2024

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

Dated: June 12, 2024

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: June 12, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/Lisa Ells (as authorized on 06/12/24)*
LISA ELLS
*Attorneys for Plaintiffs*

+ + +

**ORDER**

At a status conference on April 26, 2024, defense counsel stated in open court "that defendants have made clear that they are going forward with [the] program" that is the subject of the May 20, 2024 order, ECF No. 8242. Reporter's Transcript of Proceedings (RT) at 7:1-2, ECF No. 8244. Defendant Dr. Amar Mehta represented in open court that defendants were "anticipating" rolling out the pilot program in August of this year, *id*., and the court accepted that representation in making the May 20, 2024 order. ECF No. 8242 at 6. As noted in the order, the court finds meritless defendants' contention that the treatment to be provided by the pilot program is not part of the required remedy in this action and confirms its finding that "for eighteen years defendants have been required by court order to implement their remedial plan for the delivery of mental health care, the Program Guide, including the requirement to provide treatment for class members with personality disorders." *Id*. at 5.

20053643.1 [4513925.1]   3

Stip. Request and Order Denying Defs. Leave to File Motion to Stay  (2:90-cv-00520 KJM-DB (PC))

In short, defendants by their proposed motion to stay would seek an order from this court to stay implementation of a pilot program they have represented to this court they intend to implement, and to stay that implementation past the date they represented to this court they had targeted for its implementation. The court expects defendants to adhere to the representations they and their counsel have made in open court.

For the reasons explained in this order, the stipulation of the parties is DENIED. The court will not entertain the proposed motion to stay.

**IT IS SO ORDERED.**

DATED: June 20, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4

Stip. Request and Order Denying Defs. Leave to File Motion to Stay (2:90-cv-00520 KJM-DB (PC))