1

2

3

4

5

6

7                               UNITED STATES DISTRICT COURT

8                               EASTERN DISTRICT OF CALIFORNIA

9

10     RALPH COLEMAN, et al.,                         No. 2:90-cv-0520 KJM DB P

11                   Plaintiffs,

12           v.                                        **ORDER**

13     GAVIN NEWSOM, et al.,

14                   Defendants.

15

16           On December 11, 1995, the court entered an order referring this matter to a Special

17     Master and directing that the Special Master's fees and expenses be borne by the defendants as

18     part of the costs of this action.  A significant amount of work remains to be done by the Special

19     Master and additional funds are required to pay his fees and expenses.

20           The court must take all steps necessary to ensure timely payment of the Special

21     Master's fees and expenses.  Ongoing remedial issues require an additional deposit of funds

22     within the next thirty days.

23           Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

24           1. Within thirty days from the date of this order, defendants shall deposit with the

25     Clerk of the Court a one hundred and forty-ninth interim payment of costs in the amount of

26     $3,000,000.00, which amount shall be invested in the interest-bearing account previously opened

27     for this action; and

28     /////

                                                    1

2.  The Clerk of the Court is directed to serve a copy of this order on the Financial

Department of this Court.

DATED:   June 20, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE