# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| RALPH COLEMAN, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:90-CV-00520- KJM-DB |
| GAVIN NEWSOM, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date:   06/25/2024

*Attorney's signature*

Mollie H. Levy, 333744
*Printed name and bar number*
1676 North California Blvd. Ste. 620
Walnut Creek, CA 94596

*Address*

mlevy@hansonbridgett.com
*E-mail address*

(925) 746-8480
*Telephone number*

(925) 946-8490
*FAX number*