No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

              Plaintiffs-Appellees,

    v.

**GAVIN NEWSOM, et al.,**

              Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:90-cv-00520 KJM-DB (PC)
The Honorable Kimberly J. Mueller, Judge

**REPRESENTATION STATEMENT**

    Rob Bonta, State Bar No. 202668
    Attorney General of California
    Monica N. Anderson, State Bar No. 182790
    Senior Assistant Attorney General
    Damon McClain, State Bar No. 220909
    Supervising Deputy Attorneys General
    Elise Owens Thorn, State Bar No. 145931
    Deputy Attorney General
     1300 I Street, Suite 125
     P.O. Box 944255
     Sacramento, CA 94244-2550
     Telephone: (916) 210-7 318
     Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
    *Attorneys for Defendants-Appellants*

The undersigned represent the State Defendants-Appellants in this case—including Gavin Newsom, Governor of the State of California; Jeff Macomber, Secretary of the California Department of Corrections and Rehabilitation; Joe Stephenshaw, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation.  Attached is a service list that shows the other parties that are directly interested in this appeal, along with their lead counsels' names, firms, addresses, telephone numbers, and email addresses.  The party listing in the district court's docket includes numerous associated counsel for many parties, as well as additional intervenors, "interested parties," amici curiae, and "miscellaneous" individuals who are not included on the attached service list.

Date: June 25, 2024              Respectfully submitted,

                                                        ROB BONTA
                                                       Attorney General of California
                                                       MONICA N. ANDERSON
                                                       Senior Assistant Attorney General
                                                       DAMON MCCLAIN
                                                       Supervising Deputy Attorney General

                                                       **/s/ *Elise Owens Thorn***
                                                       ELISE OWENS THORN
                                                       Deputy Attorney General
                                                       *Attorneys for Defendants-Appellants*

                                                       HANSON BRIDGETT LLP

                                                       **/s/ *Paul Mello***
                                                       PAUL B. MELLO
                                                       SAMANTHA D. WOLFF
                                                       DAVID C. CASARRUBIAS
                                                       *Attorneys for Defendants-Appellants*

*Service List*

| | |
|---|---|
| Michael Bien<br>Email: MBien@rbgg.com<br>Lisa Ells<br>Email: lells@rbgg.com<br>Rosen Bien Galvan & Grunfeld, LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>*Attorneys for Plaintiffs* | Steve Fama<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: sfama@prisonlaw.com<br>*Attorneys for Plaintiffs* |
| Matthew A. Lopes, Jr.<br>Pannone Lopes & Devereaux LLC<br>1301 Atwood Avenue, Suite 215 N<br>Providence, RI 02919<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldw.com<br>*Special Master* | Paul B. Mello<br>Samantha D. Wolff<br>David C. Casarrubias<br>Hanson Bridgett LLP<br>1676 N. California Boulevard, Suite 620<br>Walnut Creek, CA 94596<br>Telephone: (925) 746-8460<br>Fax: (925) 746-8490<br>E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

                  Plaintiffs-Appellees,

    **v.**

**GAVIN NEWSOM, et al.,**

                  Defendants-Appellants.

**STATEMENT OF RELATED CASES**

The following pending appeals arise from the same district-court matter: The following pending appeals arise from the same district-court matter: *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No. 23-15755; *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No. 23-2485; *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No. 24-2263; *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No. 24-2938; and *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No. 24-3707.

Date:  June 25, 2024         Respectfully submitted,

> ROB BONTA
> Attorney General of California
> MONICA N. ANDERSON
> Senior Assistant Attorney General
> DAMON MCCLAIN
> Supervising Deputy Attorney General
>
> ***/s/ Elise Owens Thorn***
> ELISE OWENS THORN
> Deputy Attorney General
> *Attorneys for Defendants-Appellants*
>
> HANSON BRIDGETT LLP
>
> **/s/ *Paul Mello***
> PAUL B. MELLO
> SAMANTHA D. WOLFF
> DAVID C. CASARRUBIAS
> *Attorneys for Defendants-Appellants*