# CERTIFICATE OF SERVICE

Case Name:  **Coleman v. Newsom, et al.,**        No.    **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on <u>June 25, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

- **REPRESENTATION STATEMENT AND STATEMENT OF RELATED CASES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 25, 2024</u>, at San Francisco, California.

| G. Guardado | /s/ *G. Guardado* |
|:---:|:---:|
| Declarant | Signature |

CF1997CS0003