**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**RALPH COLEMAN, ET AL.,**
      Plaintiff

   v.                                 **CASE NO. 2:90–CV–00520–KJM–DB**

**J. CLARK KELSO, ET AL.,**
      Defendant

    You are hereby notified that a Notice of Appeal was filed on **June 25, 2024** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

June 26, 2024

**KEITH HOLLAND**
**CLERK OF COURT**

**by:** /s/ K. Yin
      Deputy Clerk