Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias-Gonzalez, SBN 321994
Samantha M. Bacon, SBN 351561
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>**v.**<br><br>**GAVIN NEWSOM, et al.,**<br><br>                      Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' REQUEST FOR LEAVE TO FILE *EX PARTE* REQUEST FOR CLARIFICATION AND APPLICATION TO EXTEND TIME TO RESPOND TO THE JUNE 25, 2024 ORDER (ECF NO. 8291)** |

    The Court's June 25, 2024 order requires Defendants to deposit significant sums of money with the Court and to file certifications concurrently with the filing of Defendants' monthly staff vacancy reports. (ECF No. 8291 at 72.) Those reports must be filed on or before the last court day of each month, which this month is June 28, 2024. (ECF No. 5886 at 3.) Defendants have questions concerning statements and mandates in the order. Specifically, Defendants seek clarification of (1) whether June 28 or June 30 is the deadline to file the staffing vacancy reports for May 2024; (2) whether the Court meant to give Defendants such a short period to arrange the payment of fines for the May 2024 fines and future monthly fines, (3) whether the Court intended

1

Req. for Leave to File Ex Parte Request for Clarification and Appl. For EOT (2:90-cv-00520 KJM-DB (PC))

19009732.1

to require certain named Defendants to review and submit certifications on the same day that the reports are finalized and filed; and (4) whether designees of certain named Defendants may file the required monthly certifications if the named Defendants are unavailable. Defendants also seek an extension of the deadline to deposit the funds and file the certifications based on the staffing reports to be filed by June 28, 2024. Accordingly, Defendants request leave to file the attached request for clarification and to extend the time for Defendants to deposit the court-ordered funds with the Court and to file the required certifications under the June 25 order.

**CERTIFICATION**

Defendants' counsel certify they have read the following orders that are relevant to this filing: ECF Nos. 5726, 5786, 5886, 7003, 7504, 7704, 7742, 7766, 7742, 8116, and 8291.

Dated: June 26, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

*/s/ Paul B. Mello*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS
*Attorneys for Defendants*

2

Req. for Leave to File Ex Parte Request for Clarification and Appl. For EOT (2:90-cv-00520 KJM-DB (PC))

19009732.1