Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
Carson R. Niello, SBN 329970
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:  925-746-8460
Facsimile:  925-746-8490
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>        Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**ORDER**<br><br>Judge:   Hon. Kimberly J. Mueller |

On June 26, 2024, Defendants filed an *ex parte* request for leave to file an *ex parte* request for clarification and application for an order extending the deadline to deposit funds with the Court and to file certifications as required by the Court's June 25, 2024 order on staffing contempt, ECF No. 8291. ECF Nos. 8298, 8298-1. The court granted the first request by bench order at a status conference on June 27, 2024. That order is confirmed.

Good cause appearing, Defendants' request for a ten-day extension to file the certifications and deposit funds with the Court beginning with the May 2024 staffing reports and for all future reports is granted, and the deadline to deposit funds with the Court and to file certifications for the May 2024 staffing reports as required by the Court's June 25, 2024 order is extended to July 8, 2024. In addition, the Court clarifies the June 25, 2024 order as follows:

1. Defendants' deadline to file staffing vacancy reports for May 2024 is June 28, 2024;

2. Defendants shall have ten days from the filing of each monthly staffing report to deposit any accrued fines set forth in the report;

3. Defendants Gavin Newsom, Joe Stephenshaw, and Stephanie Clendenin shall have ten days from the filing of each monthly staffing report to review and submit certifications regarding data in the monthly staffing reports; and

4. Defendants Gavin Newsom, Joe Stephenshaw, and Stephanie Clendenin, each may submit the required certifications through an authorized designee only if the defendant is unavailable. As used in this order "unavailable" means the named defendant is unable to review the monthly report and sign the required certification within the ten day period set by this order due to (1) illness; (2) pre-planned vacation; or (3) work commitment during the ten day period that makes review of the report and certification impossible. The reason(s) for signature by a designee shall be included in any certification signed by that designee. If a designee signs on behalf of a defendant as provided here, the defendant shall be held to the designee's certification.

This order resolves ECF Nos. 8298 and 8298-1.

IT IS SO ORDERED.

DATED: June 27, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE