UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On October 11, 2023, this court issued an order requiring defendants to maintain a maximum mental health vacancy rate in the California Department of Corrections and Rehabilitation (CDCR) psychiatric inpatient programs (PIPs) and, within six months, to "take all steps necessary to come into complete compliance with the staffing ratios in their 2021 CDCR PIP Staffing Plan and the maximum ten percent vacancy rate. . . ." Oct. 11, 2023 Order at 3, ECF No. 8009.  The six month period ended on or about April 11, 2024.  Defendants' monthly staffing vacancy report covering the month of April 2024 shows defendants are not in compliance with the October 11, 2023 order in any mental health classification. *See generally* ECF No. 8254.  At a status conference on June 27, 2024, the parties concurred with the court's plan to follow the same procedure it has used in the past in this action to compel compliance with its orders. *See, e.g.*, April 19, 2017 Order at 8-11, ECF No. 5610., *appeal dismissed for lack of jurisdiction*, *Coleman v. Brown*, No. 17-16080 (9th Cir. Nov. 28, 2018).  As the court has previously observed,

that procedure provides defendants with "ample opportunity to be heard and avoid additional proceedings." Feb. 28, 2023 Order at 3, ECF No. 7742.[1]

Consistent with that procedure, fines as set out in this order will begin accumulating on July 1, 2024. Beginning with the monthly vacancy report to be filed on the last business day of August 2024, the fines will be calculated using the average of the maximum salary for each class in the state's salary schedules, *see* ECF No. 8089-1, as follows:

- Defendants shall list in the vacancy charts columns with the total number of vacant positions in each class that must be filled in order to comply with the October 11, 2023 order.
- Beginning July 1, 2024, fines will accumulate, as follows: For each class of vacancies, the number of vacancies reported as required by the preceding paragraph will be multiplied by the average maximum monthly salary for each class, as follows:
  - Staff Psychiatrist:  $23,732.00
  - Senior Psychiatrist (Specialist):  $24,701.00
  - Senior Psychiatrist (Supervisor):  $24,763.25
  - Chief Psychiatrist:  $28,742.03
  - Clinical Psychologist:  $11,299.67
  - Senior Psychologist (Specialist):  $12,314.50
  - Senior Psychologist (Supervisor):  $12,702.50
  - Chief Psychologist:  $17,139.00
  - Medical Assistant: $4,690.00
  - Clinical Social Worker: $8,968.14
  - Supervising Psychiatric Social Worker I:  $9,4929.00

---

[1] The court observed in the February 28, 2023 order, as equally relevant in the context of PIP staffing and still true today for mental health staffing throughout CDCR's Mental Health Services Delivery System (MHSDS): "Defendants must increase the size of their mental health staff, decrease the size of the plaintiff class or both to comply with the Eighth Amendment. This court can only require the former." ECF No. 7742 at 3.

2

- ○ Supervising Psychiatric Social Worker II:  $9,991.50
- ○ Recreation Therapist:  $6,596.67
- The total monthly fine will be double the sum of the category-by-category calculations specified above.  The fine will accumulate month to month.
- Beginning with the monthly vacancy report to be filed on the last business day of August 2024, defendants shall include a separate chart of the fines accumulated under this order for July 2024 and, in subsequent months, a total of fines accumulated to date.
- If fines accumulate for four months, unless the court extends that period of time for good cause, the court will schedule a hearing on contempt and payment of the accumulated fine.
- Fines will continue to accumulate during any contempt and payment proceedings.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Beginning with the monthly vacancy report to be filed on the last business day of August 2024, and continuing until further order of the court, defendants shall identify in their monthly vacancy report the dollar amounts as required by this order.
2. All dollar amounts identified in each monthly vacancy report will accumulate as fines. If fines accumulate for four consecutive months, unless the court extends that period of time for good cause, the court will set a date for a hearing on findings of contempt and payment of fines that have accumulated on or after July 1, 2024.

DATED:  June 27, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE