| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Lawrence M. Cirelli, SBN 114710<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias-Gonzalez, SBN 321994<br>Samantha M. Bacon, SBN 351561<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>  Telephone: (925) 746-8460<br>  Fax: (925) 746-8490<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                            Plaintiffs,<br>    v.<br>**GAVIN NEWSOM, et al.,**<br>                            Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

On June 25, 2024, Defendants—Gavin Newsom, Governor of the State of California; Jeff Macomber, Secretary of the California Department of Corrections and Rehabilitation; Joe Stephenshaw, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation—appealed to the United States Court of Appeals for the Ninth Circuit from this Court's June 25, 2024 order. (ECF No. 8291.) Defendants also

1  appealed from all earlier, non-final orders that produced and merged with the June 25 order. *See*
2  *Am. Ironworks & Erectors Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 897 (9th Cir. 2001).
3      Defendants now also appeal from this Court's June 27, 2024 order (ECF No. 8299)
4  clarifying the June 25, 2024 order.

| | |
|---|---|
| Dated: June 28, 2024 | Respectfully submitted, |
| | ROB BONTA<br>Attorney General of California<br>DAMON MCCLAIN<br>Supervising Deputy Attorney General |
| | **/s/ *Elise Owens Thorn*** <br>Elise Owens Thorn<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: June 28, 2024 | HANSON BRIDGETT LLP |
| | **/s/ *Paul Mello*** <br>PAUL MELLO<br>SAMANTHA D. WOLFF<br>*Attorneys for Defendants* |

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

              Plaintiffs-Appellees,

    v.

**GAVIN NEWSOM, et al.,**

              Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:90-cv-00520 KJM-DB (PC)
The Honorable Kimberly J. Mueller, Judge

**REPRESENTATION STATEMENT**

        Rob Bonta, State Bar No. 202668
        Attorney General of California
        Monica N. Anderson, State Bar No. 182790
        Senior Assistant Attorney General
        Damon McClain, State Bar No. 220909
        Supervising Deputy Attorneys General
        Elise Owens Thorn, State Bar No.145931
        Deputy Attorney General
         1300 I Street, Suite 125
         P.O. Box 944255
         Sacramento, CA 94244-2550
         Telephone: (916) 210-7 318
         Fax: (916) 324-5205
         E-mail: Elise.Thorn@doj.ca.gov
        *Attorneys for Defendants-Appellants*

The undersigned represent the State Defendants-Appellants in this case—including Gavin Newsom, Governor of the State of California; Jeff Macomber, Secretary of the California Department of Corrections and Rehabilitation; Joe Stephenshaw, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation. Attached is a service list that shows the other parties that are directly interested in this appeal, along with their lead counsels' names, firms, addresses, telephone numbers, and email addresses. The party listing in the district court's docket includes numerous associated counsel for many parties, as well as additional intervenors, "interested parties," amici curiae, and "miscellaneous" individuals who are not included on the attached service list.

Date: June 28, 2024

Respectfully submitted,

R<small>OB</small> B<small>ONTA</small>
Attorney General of California
M<small>ONICA</small> N. A<small>NDERSON</small>
Senior Assistant Attorney General
D<small>AMON</small> M<small>C</small>C<small>LAIN</small>
Supervising Deputy Attorney General

**/s/ *Elise Owens Thorn***
E<small>LISE</small> O<small>WENS</small> T<small>HORN</small>
Deputy Attorney General
*Attorneys for Defendants-Appellants*

HANSON BRIDGETT LLP

**/s/ *Paul Mello***
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS
*Attorneys for Defendants-Appellants*

*Service List*

| | |
|---|---|
| Michael Bien<br>Email: MBien@rbgg.com<br>Lisa Ells<br>Email: lells@rbgg.com<br>Rosen Bien Galvan & Grunfeld, LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>*Attorneys for Plaintiffs* | Steve Fama<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: sfama@prisonlaw.com<br>*Attorneys for Plaintiffs* |
| Matthew A. Lopes, Jr.<br>Pannone Lopes & Devereaux LLC<br>1301 Atwood Avenue, Suite 215 N<br>Providence, RI 02919<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldw.com<br>*Special Master* | Paul B. Mello<br>Samantha D. Wolff<br>David C. Casarrubias<br>Hanson Bridgett LLP<br>1676 N. California Boulevard, Suite 620<br>Walnut Creek, CA 94596<br>Telephone: (925) 746-8460<br>Fax: (925) 746-8490<br>E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

                Plaintiffs-Appellees,

    **v.**

**GAVIN NEWSOM, et al.,**

                Defendants-Appellants.

**STATEMENT OF RELATED CASES**

The following pending appeals arise from the same district-court matter: The following pending appeals arise from the same district-court matter: *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No. 23-15755; *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No. 23-2485; *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No.24-2263; *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No. 24-2938; and *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No. 24-3707.

| | |
|---|---|
| Date: June 28, 2024 | Respectfully submitted, |
| | Rob Bonta<br>Attorney General of California<br>Monica N. Anderson<br>Senior Assistant Attorney General<br>Damon McClain<br>Supervising Deputy Attorney General |
| | ***/s/ Elise Owens Thorn***<br>Elise Owens Thorn<br>Deputy Attorney General<br>*Attorneys for Defendants-Appellants* |
| | HANSON BRIDGETT LLP |
| | ***/s/ Paul Mello***<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>DAVID C. CASARRUBIAS<br>*Attorneys for Defendants-Appellants* |

5