1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   MONICA N. ANDERSON, State Bar No. 182970
    Senior Assistant Attorney General
3   DAMON MCCLAIN, State Bar No. 209508
    Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
    NAMRATA KOTWANI, State Bar No. 308741
5   Deputy Attorneys General
      1300 I Street, Suite 125
6     P.O. Box 944255
      Sacramento, CA 94244-2550
7     Telephone: (916) 210-7318
      Fax: (916) 324-5205
8     E-mail: Elise.Thorn@doj.ca.gov
    Attorneys for Defendants

    HANSON BRIDGETT LLP
    LAWRENCE M. CIRELLI, SBN 114710
    PAUL B. MELLO, SBN 179755
    SAMANTHA D. WOLFF, SBN 240280
    KAYLEN KADOTANI, SBN 294114
    DAVID C. CASARRUBIAS-GONZALEZ, SBN 321994
    SAMANTHA M. BACON, SBN 351561
      1676 N. California Boulevard, Suite 620
      Walnut Creek, CA 94596
      Telephone: (925) 746-8460
      Fax: (925) 746-8490
      E-mail: PMello@hansonbridgett.com
    Attorneys for Defendants

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>        v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY MENTAL HEALTH STAFFING VACANCY REPORT** |

On or before the last court day of each month, Defendants are required to file a monthly staffing vacancy report identifying vacancy rates at each CDCR institution and in the aggregate systemwide for the preceding month for all psychiatrist, psychologist, clinical social worker, recreational therapist, and medical assistant classifications, including a separate chart of the fines accumulated for that month and a total of fines accumulated to date. (ECF Nos. 5786 at 4, 5886 at 3, 7504 at 6, 7704 at 2, 7742 at 5-7, 7766 at 1-2, 7742 at 6 and 8116 at 2.)

1

1      Consistent with the foregoing orders, attached is a letter from the California Correctional

2 Health Care Services submitting the following reports for CDCR's Division of Health Care

3 Services Systemwide Mental Health Program Allocated and Filled Mental Health Staffing

4 Positions for May 2024: the psychiatry, psychology, social worker, recreational therapist, and

5 medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan (Exhibit

6 A); the psychiatry, psychology, social worker, recreational therapist, and medical assistant

7 vacancy reports for positions allocated under the PIP Staffing Plan (Exhibit B); the statewide

8 totals for all reported positions (Exhibit C); and separate chart of the fines accumulated for

9 May 2024 calculated under the January 23, 2024 order (ECF No. 8116 at 2) (Exhibit D).

10   Dated: June 28, 2024                           Respectfully submitted,

11                                        ROB BONTA

12                                        Attorney General of California
                                       DAMON MCCLAIN

13                                        Supervising Deputy Attorney General

14                                       **/s/ *Elise Owens Thorn***

15                                       Elise Owens Thorn
                                       Deputy Attorney General

16                                       *Attorneys for Defendants*

17                              HANSON BRIDGETT LLP

18                              ***/s/ Paul B. Mello***

19                              PAUL B. MELLO
                             SAMANTHA D. WOLFF

20                              DAVID C. CASARRUBIAS
                             *Attorneys for Defendants*

21

22

23

24

25

26

27

28

19009732.1

# Exhibit A

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Psychiatry Positions - May 2024

| Sites | Allocated May 2024[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[6] | | |
| ASP | 1.00 | 0.00 | 5.00 | 0.00 | 6.00 | 0.00 | 0% | 0.00 | - | 0.00 | 6.70 | 0.00 | 0.00 | 6.70 | 134% | 6.70 | 112% |
| CAL | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.38 | 0.00 | 0.38 | 75% | 0.38 | 75% |
| CCI | 1.00 | 0.00 | 2.50 | 1.00 | 4.50 | 0.00 | 0% | 0.00 | - | 2.00 | 2.02 | 0.00 | 0.00 | 4.02 | 115% | 4.02 | 89% |
| CCWF | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 4.00 | 1.02 | 3.00 | 0.00 | 8.02 | 84% | 8.02 | 76% |
| CEN | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 200% | 1.00 | 200% |
| CHCF | 1.00 | 2.00 | 12.50 | 10.00 | 25.50 | 1.00 | 100% | 0.00 | 0% | 4.00 | 7.85 | 5.50 | 1.00 | 18.35 | 82% | 19.35 | 76% |
| CIM | 1.00 | 0.00 | 8.00 | 2.00 | 11.00 | 0.00 | 0% | 0.00 | - | 3.00 | 2.76 | 2.00 | 0.00 | 7.76 | 78% | 7.76 | 71% |
| CIW | 1.00 | 0.00 | 7.40 | 0.00 | 8.40 | 0.00 | 0% | 0.00 | - | 3.00 | 4.87 | 0.00 | 0.00 | 7.87 | 106% | 7.87 | 94% |
| CMC | 1.00 | 1.00 | 14.50 | 2.50 | 19.00 | 1.00 | 100% | 1.00 | 100% | 6.00 | 6.29 | 2.50 | 0.00 | 14.79 | 87% | 16.79 | 88% |
| CMF | 1.00 | 1.00 | 10.30 | 5.00 | 17.30 | 1.00 | 100% | 0.00 | 0% | 2.00 | 6.83 | 5.00 | 1.00 | 14.83 | 97% | 15.83 | 92% |
| COR | 1.00 | 1.00 | 6.00 | 6.50 | 14.50 | 0.00 | 0% | 1.00 | 100% | 1.50 | 3.82 | 6.00 | 0.00 | 11.32 | 91% | 12.32 | 85% |
| CRC | 1.00 | 0.00 | 5.00 | 0.00 | 6.00 | 1.00 | 100% | 0.00 | - | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 100% | 6.00 | 100% |
| CTF | 1.00 | 0.00 | 3.00 | 0.00 | 4.00 | 1.00 | 100% | 0.00 | - | 1.00 | 2.42 | 0.00 | 0.00 | 3.42 | 114% | 4.42 | 111% |
| CVSP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.25 | 0.00 | 0.25 | 50% | 0.25 | 50% |
| FSP | 1.00 | 0.00 | 1.50 | 0.00 | 2.50 | 1.00 | 100% | 0.00 | - | 3.50 | 0.00 | 0.00 | 0.00 | 3.50 | 233% | 4.50 | 180% |
| HDSP | 1.00 | 0.00 | 1.00 | 4.00 | 6.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 4.18 | 0.00 | 4.18 | 84% | 5.18 | 86% |
| ISP | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.25 | 0.00 | 0.25 | 50% | 0.25 | 50% |
| KVSP | 1.00 | 0.00 | 4.00 | 5.00 | 10.00 | 1.00 | 100% | 0.00 | - | 1.00 | 1.50 | 4.00 | 2.02 | 8.52 | 95% | 9.52 | 95% |
| LAC | 1.00 | 1.00 | 12.50 | 1.00 | 15.50 | 1.00 | 100% | 0.00 | 0% | 5.00 | 5.13 | 1.00 | 1.44 | 12.57 | 93% | 13.57 | 88% |
| MCSP | 1.00 | 1.00 | 9.00 | 6.50 | 17.50 | 1.00 | 100% | 1.00 | 100% | 3.50 | 4.50 | 5.42 | 0.00 | 13.42 | 87% | 15.42 | 88% |
| NKSP | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 0.00 | 4.96 | 3.16 | 0.00 | 8.12 | 85% | 8.12 | 77% |
| PBSP | 1.00 | 0.00 | 2.00 | 2.00 | 5.00 | 0.00 | 0% | 0.00 | - | 1.00 | 0.00 | 2.50 | 0.00 | 3.50 | 88% | 3.50 | 70% |
| PVSP | 1.00 | 0.00 | 3.50 | 0.50 | 5.00 | 1.00 | 100% | 0.00 | - | 1.00 | 1.19 | 0.50 | 0.00 | 2.69 | 67% | 3.69 | 74% |
| RJD | 1.00 | 1.00 | 14.50 | 2.00 | 18.50 | 1.00 | 100% | 1.00 | 100% | 7.25 | 6.73 | 2.00 | 0.00 | 15.98 | 97% | 17.98 | 97% |
| SAC | 1.00 | 1.00 | 18.00 | 0.00 | 20.00 | 1.00 | 100% | 1.00 | 100% | 11.00 | 2.81 | 0.00 | 0.00 | 13.81 | 77% | 15.81 | 79% |
| SATF | 1.00 | 1.00 | 6.50 | 11.00 | 19.50 | 0.00 | 0% | 0.00 | 0% | 1.00 | 2.09 | 12.00 | 0.00 | 15.09 | 86% | 15.09 | 77% |
| SCC | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 0.00 | 1.27 | 1.27 | 127% | 2.27 | 114% |
| SOL | 1.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | 100% | 5.00 | 100% |
| SQ | 1.00 | 0.00 | 9.80 | 0.00 | 11.80 | 1.00 | 100% | 0.00 | 0% | 8.50 | 1.42 | 0.00 | 0.00 | 9.92 | 101% | 10.92 | 93% |
| SVSP | 1.00 | 1.00 | 2.80 | 5.50 | 10.30 | 1.00 | 100% | 0.00 | 0% | 0.00 | 3.75 | 5.00 | 0.00 | 8.75 | 105% | 9.75 | 95% |
| VSP | 1.00 | 0.00 | 1.00 | 7.00 | 9.00 | 1.00 | 100% | 0.00 | - | 0.00 | 1.31 | 6.00 | 0.00 | 7.31 | 91% | 7.31 | 81% |
| WSP | 1.00 | 1.00 | 7.50 | 5.00 | 14.50 | 1.00 | 100% | 0.00 | 0% | 2.00 | 6.69 | 4.00 | 0.00 | 12.69 | 102% | 13.69 | 94% |
| Telepsych[6] | 2.00 | 8.00 | 0.00 | 0.00 | 10.00 | 2.00 | 100% | 8.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 10.00 | 100% |
| NTTM[7] | 0.00 | 0.00 | 0.00 | 12.00 | 12.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 8.00 | 0.00 | 8.00 | 67% | 8.00 | 67% |
| TOTAL | 30.00 | 21.00 | 184.30 | 98.00 | 333.30 | 20.00 | 67% | 13.00 | 62% | 81.25 | 86.66 | 82.63 | 6.73 | 257.27 | 91% | 290.27 | 87% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (May 2024)

4 Source: May 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

6 Telepsych row displays the number of chiefs and seniors in telepsychiatry and are not assigned to specific institutions.

7 NTTM- Nighttime Telepsych Shift- Took 0.5 from all institutions.

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Psychology Positions - May 2024

| Sites | Allocated May 2024[1] | | | | | | Filled | | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | | |
| ASP | 2.00 | 1.00 | 2.00 | 10.50 | 0.00 | 15.50 | 2.00 | 100% | 1.00 | 100% | 2.00 | 100% | 5.50 | 0.75 | 0.00 | 6.25 | 60% | 11.25 | 73% |
| CAL | 0.00 | 1.00 | 0.00 | 4.00 | 0.00 | 5.00 | 0.00 | - | 1.00 | 100% | 0.00 | - | 3.00 | 0.00 | 0.00 | 3.00 | 75% | 4.00 | 80% |
| CCI | 2.00 | 1.50 | 2.50 | 11.50 | 0.00 | 17.50 | 1.00 | 50% | 2.00 | 133% | 2.00 | 80% | 7.50 | 0.51 | 0.00 | 8.01 | 70% | 13.01 | 74% |
| CCWF | 2.00 | 3.00 | 3.50 | 22.50 | 3.00 | 34.00 | 2.00 | 100% | 2.00 | 67% | 3.00 | 86% | 14.50 | 0.00 | 0.00 | 14.50 | 57% | 21.50 | 63% |
| CEN | 1.00 | 0.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 50% | 3.00 | 60% |
| CHCF | 2.00 | 5.15 | 5.90 | 40.75 | 0.00 | 56.80 | 2.00 | 100% | 4.00 | 78% | 4.00 | 68% | 5.00 | 8.16 | 0.00 | 13.16 | 30% | 23.16 | 41% |
| CIM | 2.00 | 2.50 | 3.00 | 21.50 | 0.00 | 29.00 | 2.00 | 100% | 2.00 | 80% | 1.00 | 33% | 16.00 | 0.00 | 0.00 | 16.00 | 74% | 21.00 | 72% |
| CIW | 2.00 | 2.00 | 3.50 | 17.40 | 0.00 | 24.90 | 1.00 | 50% | 3.00 | 150% | 3.00 | 86% | 15.00 | 1.11 | 0.00 | 16.11 | 93% | 23.11 | 93% |
| CMC | 2.00 | 6.50 | 7.00 | 46.00 | 0.00 | 61.50 | 2.00 | 100% | 6.50 | 100% | 6.00 | 86% | 20.50 | 5.37 | 0.00 | 25.87 | 56% | 40.37 | 66% |
| CMF | 2.00 | 5.25 | 6.10 | 37.55 | 0.00 | 50.90 | 2.00 | 100% | 0.00 | 0% | 4.00 | 66% | 10.50 | 3.88 | 0.00 | 14.38 | 38% | 20.38 | 40% |
| COR | 2.00 | 5.00 | 5.00 | 39.00 | 0.00 | 51.00 | 2.00 | 100% | 5.50 | 110% | 4.00 | 80% | 9.00 | 7.08 | 0.00 | 16.08 | 41% | 27.58 | 54% |
| CRC | 2.00 | 1.50 | 2.00 | 11.50 | 0.00 | 17.00 | 1.00 | 50% | 1.00 | 67% | 2.00 | 100% | 9.50 | 0.00 | 0.00 | 9.50 | 83% | 13.50 | 79% |
| CTF | 2.00 | 1.00 | 2.00 | 7.50 | 0.00 | 12.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 6.00 | 0.12 | 0.00 | 6.12 | 82% | 10.12 | 81% |
| CVSP | 0.00 | 1.00 | 0.00 | 3.50 | 0.00 | 4.50 | 0.00 | - | 1.00 | 100% | 0.00 | - | 1.00 | 0.63 | 0.00 | 1.63 | 47% | 2.63 | 58% |
| FSP | 2.00 | 1.00 | 2.00 | 4.50 | 0.00 | 9.50 | 2.00 | 100% | 1.00 | 100% | 1.00 | 50% | 5.00 | 0.00 | 0.00 | 5.00 | 111% | 9.00 | 95% |
| HDSP | 2.00 | 1.50 | 2.50 | 10.50 | 3.00 | 19.50 | 1.00 | 50% | 1.00 | 67% | 2.00 | 80% | 3.00 | 0.00 | 0.00 | 3.00 | 22% | 7.00 | 36% |
| ISP | 1.00 | 0.00 | 0.00 | 4.00 | 0.00 | 5.00 | 1.00 | 100% | 0.00 | - | 0.00 | - | 3.00 | 0.72 | 0.00 | 3.72 | 93% | 4.72 | 94% |
| KVSP | 2.00 | 3.50 | 4.50 | 23.50 | 3.00 | 36.50 | 1.00 | 50% | 2.00 | 57% | 4.00 | 89% | 13.50 | 0.00 | 0.00 | 13.50 | 51% | 20.50 | 56% |
| LAC | 2.00 | 7.00 | 7.00 | 43.50 | 3.00 | 62.50 | 2.00 | 100% | 5.75 | 82% | 7.00 | 100% | 23.75 | 1.11 | 0.00 | 24.86 | 53% | 39.61 | 63% |
| MCSP | 2.00 | 7.50 | 7.50 | 47.00 | 0.00 | 64.00 | 2.00 | 100% | 7.00 | 93% | 6.00 | 80% | 8.00 | 3.81 | 0.00 | 11.81 | 25% | 26.81 | 42% |
| NKSP | 2.00 | 2.00 | 2.00 | 27.50 | 3.00 | 36.50 | 2.00 | 100% | 2.00 | 100% | 1.00 | 50% | 6.50 | 3.95 | 0.00 | 10.45 | 34% | 15.45 | 42% |
| PBSP | 2.00 | 1.50 | 2.50 | 11.00 | 2.00 | 19.00 | 1.00 | 50% | 1.00 | 67% | 2.00 | 80% | 6.50 | 0.00 | 0.00 | 6.50 | 50% | 10.50 | 55% |
| PVSP | 2.00 | 2.00 | 2.00 | 13.00 | 0.00 | 19.00 | 1.00 | 50% | 1.00 | 50% | 2.00 | 100% | 7.00 | 0.00 | 0.00 | 7.00 | 54% | 11.00 | 58% |
| RJD | 2.00 | 8.50 | 8.00 | 54.00 | 0.00 | 72.50 | 2.00 | 100% | 9.00 | 106% | 7.00 | 88% | 33.00 | 5.55 | 0.26 | 38.81 | 72% | 56.81 | 78% |
| SAC | 2.00 | 8.00 | 7.00 | 53.50 | 3.00 | 73.50 | 1.00 | 50% | 9.00 | 113% | 7.00 | 100% | 25.50 | 6.84 | 0.00 | 32.34 | 57% | 49.34 | 67% |
| SATF | 2.00 | 7.00 | 7.00 | 49.50 | 0.00 | 65.50 | 3.00 | 150% | 4.00 | 57% | 4.00 | 57% | 14.50 | 2.78 | 0.00 | 17.28 | 35% | 28.28 | 43% |
| SCC | 2.00 | 1.00 | 2.00 | 3.50 | 0.00 | 8.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 2.00 | 0.00 | 0.00 | 2.00 | 57% | 6.00 | 71% |
| SOL | 2.00 | 1.00 | 2.00 | 9.50 | 0.00 | 14.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 5.00 | 0.00 | 0.00 | 5.00 | 53% | 9.00 | 62% |
| SQ | 2.00 | 5.60 | 5.10 | 31.80 | 2.00 | 46.50 | 1.00 | 50% | 2.00 | 36% | 2.00 | 39% | 24.75 | 2.47 | 0.00 | 27.22 | 81% | 32.22 | 69% |
| SVSP | 2.00 | 4.00 | 4.90 | 29.30 | 0.00 | 40.20 | 2.00 | 100% | 3.50 | 88% | 3.00 | 61% | 1.00 | 11.45 | 0.00 | 12.45 | 42% | 20.95 | 52% |
| VSP | 2.00 | 3.50 | 5.00 | 19.50 | 2.00 | 32.00 | 2.00 | 100% | 3.00 | 86% | 5.00 | 100% | 18.50 | 0.00 | 0.00 | 18.50 | 86% | 28.50 | 89% |
| WSP | 2.00 | 3.00 | 2.00 | 38.00 | 3.00 | 48.00 | 1.00 | 50% | 2.00 | 67% | 2.00 | 100% | 11.00 | 8.98 | 0.00 | 19.98 | 49% | 24.98 | 52% |
| TeleMH[7] | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 6.00 | 3.00 | 100% | 1.00 | 33% | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | - | 4.00 | 67% |
| TOTAL | 61.00 | 107.00 | 115.50 | 750.30 | 30.00 | 1063.80 | 49.00 | 80% | 86.25 | 81% | 92.00 | 80% | 336.50 | 75.27 | 0.26 | 412.03 | 53% | 639.28 | 60% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (May 2024)

5 Source: May 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

7 TeleMH row displays the number of chiefs and seniors in telepsychology and are not assigned to specific institutions.

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Clinical Social Worker Positions - May 2024

| Sites | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 0.00 | 1.00 | 14.50 | 0.00 | 15.50 | 0.00 | - | 1.00 | 100% | 10.00 | 0.00 | 0.00 | 10.00 | 69% | 11.00 | 71% |
| CAL | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 200% | 2.00 | 200% |
| CCI | 0.00 | 1.00 | 6.00 | 2.00 | 9.00 | 0.00 | - | 1.00 | 100% | 5.00 | 0.00 | 0.00 | 5.00 | 63% | 6.00 | 67% |
| CCWF | 0.00 | 1.50 | 19.50 | 0.00 | 21.00 | 0.00 | - | 1.00 | 67% | 17.00 | 0.46 | 0.00 | 17.46 | 90% | 18.46 | 88% |
| CEN | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 200% | 2.00 | 200% |
| CHCF | 0.00 | 0.60 | 12.30 | 2.00 | 14.90 | 0.00 | - | 0.00 | 0% | 3.00 | 2.96 | 0.26 | 6.22 | 43% | 6.22 | 42% |
| CIM | 0.00 | 1.00 | 13.50 | 0.00 | 14.50 | 0.00 | - | 1.00 | 100% | 13.00 | 0.00 | 0.00 | 13.00 | 96% | 14.00 | 97% |
| CIW | 0.00 | 0.80 | 8.90 | 0.00 | 9.70 | 0.00 | - | 1.00 | 125% | 9.00 | 2.27 | 0.00 | 11.27 | 127% | 12.27 | 126% |
| CMC | 0.00 | 1.00 | 15.00 | 2.00 | 18.00 | 0.00 | - | 1.00 | 100% | 11.00 | 3.43 | 1.74 | 16.17 | 95% | 17.17 | 95% |
| CMF | 0.00 | 0.50 | 12.60 | 2.00 | 15.10 | 0.00 | - | 0.00 | 0% | 5.00 | 2.94 | 0.00 | 7.94 | 54% | 7.94 | 53% |
| COR | 0.00 | 1.00 | 16.00 | 2.00 | 19.00 | 0.00 | - | 1.00 | 100% | 8.00 | 6.96 | 0.00 | 14.96 | 83% | 15.96 | 84% |
| CRC | 0.00 | 1.00 | 15.50 | 0.00 | 16.50 | 0.00 | - | 1.00 | 100% | 11.00 | 0.96 | 0.00 | 11.96 | 77% | 12.96 | 79% |
| CTF | 0.00 | 1.00 | 7.50 | 0.00 | 8.50 | 0.00 | - | 1.00 | 100% | 3.50 | 0.00 | 0.00 | 3.50 | 47% | 4.50 | 53% |
| CVSP | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0% |
| FSP | 0.00 | 1.00 | 4.00 | 0.00 | 5.00 | 0.00 | - | 1.00 | 100% | 3.00 | 0.00 | 0.00 | 3.00 | 75% | 4.00 | 80% |
| HDSP | 0.00 | 1.00 | 7.50 | 0.00 | 8.50 | 0.00 | - | 1.00 | 100% | 4.00 | 0.00 | 2.00 | 6.00 | 80% | 7.00 | 82% |
| ISP | 0.00 | 0.00 | 1.50 | 0.00 | 1.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0% |
| KVSP | 0.00 | 1.00 | 12.50 | 0.00 | 13.50 | 0.00 | - | 2.00 | 200% | 10.50 | 0.00 | 0.00 | 10.50 | 84% | 12.50 | 93% |
| LAC | 0.00 | 1.00 | 19.50 | 0.00 | 20.50 | 0.00 | - | 1.00 | 100% | 10.50 | 2.90 | 0.00 | 13.40 | 69% | 14.40 | 70% |
| MCSP | 0.00 | 1.00 | 22.00 | 2.00 | 25.00 | 0.00 | - | 1.00 | 100% | 9.00 | 0.67 | 1.00 | 10.67 | 44% | 11.67 | 47% |
| NKSP | 0.00 | 1.00 | 14.00 | 0.00 | 15.00 | 0.00 | - | 1.00 | 100% | 11.00 | 1.08 | 0.00 | 12.08 | 86% | 13.08 | 87% |
| PBSP | 0.00 | 1.00 | 5.00 | 0.00 | 6.00 | 0.00 | - | 1.00 | 100% | 5.00 | 0.00 | 0.17 | 5.17 | 103% | 6.17 | 103% |
| PVSP | 0.00 | 1.00 | 6.50 | 0.00 | 7.50 | 0.00 | - | 1.00 | 100% | 3.00 | 0.00 | 1.00 | 4.00 | 62% | 5.00 | 67% |
| RJD | 0.00 | 1.00 | 23.50 | 2.00 | 26.50 | 0.00 | - | 1.00 | 100% | 7.50 | 10.79 | 0.00 | 18.29 | 72% | 19.29 | 73% |
| SAC | 0.00 | 1.00 | 19.00 | 0.00 | 20.00 | 0.00 | - | 1.00 | 100% | 15.00 | 1.71 | 0.00 | 16.71 | 88% | 17.71 | 89% |
| SATF | 0.00 | 1.50 | 25.50 | 3.00 | 30.00 | 0.00 | - | 1.50 | 100% | 15.00 | 3.79 | 2.00 | 20.79 | 73% | 22.29 | 74% |
| SCC | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 100% | 2.00 | 100% |
| SOL | 0.00 | 1.00 | 7.50 | 0.00 | 8.50 | 0.00 | - | 1.00 | 100% | 3.50 | 1.04 | 0.00 | 4.54 | 61% | 5.54 | 65% |
| SQ | 0.00 | 0.80 | 18.80 | 0.00 | 19.60 | 0.00 | - | 1.00 | 125% | 11.00 | 0.00 | 0.00 | 11.00 | 59% | 12.00 | 61% |
| SVSP | 0.00 | 0.70 | 10.80 | 3.00 | 14.50 | 0.00 | - | 0.00 | 0% | 3.25 | 2.09 | 2.00 | 7.34 | 53% | 7.34 | 51% |
| VSP | 0.00 | 1.00 | 15.00 | 0.00 | 16.00 | 0.00 | - | 1.00 | 100% | 13.00 | 0.00 | 0.00 | 13.00 | 87% | 14.00 | 88% |
| WSP | 0.00 | 1.50 | 19.00 | 0.00 | 20.50 | 0.00 | - | 3.00 | 200% | 13.50 | 0.00 | 0.00 | 13.50 | 71% | 16.50 | 71% |
| TeleMH[6] | 1.00 | 3.00 | 0.00 | 0.00 | 4.00 | 1.00 | 100% | 3.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | - | 4.00 | 100% |
| TOTAL | 1.00 | 29.90 | 377.90 | 20.00 | 428.80 | 1.00 | 100% | 30.50 | 102% | 239.25 | 44.05 | 10.17 | 293.47 | 74% | 324.97 | 76% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (May 2024)

4 Source: May 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

6 TeleMH row displays the number of supervisor I and supervisor II in telesocial work and are not assigned to specific institutions.

### Division of Health Care Services
### Statewide Mental Health Program
### Allocated and Filled Recreation Therapist Positions - May 2024

| Sites | Allocated RecT[1] | Filled RecT[2] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| ASP | 0.00 | 1.00 | 0.00 | - |
| CAL | 0.00 | 0.00 | 0.00 | - |
| CCI | 3.00 | 1.00 | 1.89 | 96% |
| CCWF | 6.50 | 10.00 | 0.49 | 161% |
| CEN | 0.00 | 0.00 | 1.04 | - |
| CHCF | 25.15 | 20.00 | 3.52 | 94% |
| CIM | 10.00 | 4.00 | 0.00 | 40% |
| CIW | 6.90 | 7.00 | 0.00 | 101% |
| CMC | 26.00 | 18.50 | 4.00 | 87% |
| CMF | 20.95 | 13.25 | 3.88 | 82% |
| COR | 13.00 | 11.00 | 2.08 | 101% |
| CRC | 1.50 | 1.00 | 0.00 | 67% |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 1.00 | 0.00 | - |
| HDSP | 4.00 | 3.00 | 0.00 | 75% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 10.00 | 9.00 | 0.58 | 96% |
| LAC | 21.50 | 13.00 | 4.92 | 83% |
| MCSP | 25.50 | 21.50 | 2.05 | 92% |
| NKSP | 4.00 | 2.00 | 0.00 | 50% |
| PBSP | 4.50 | 1.00 | 0.00 | 22% |
| PVSP | 5.00 | 2.00 | 0.00 | 40% |
| RJD | 29.50 | 30.00 | 0.00 | 102% |
| SAC | 27.00 | 29.00 | 0.83 | 110% |
| SATF | 23.50 | 12.00 | 2.90 | 63% |
| SCC | 0.00 | 1.00 | 0.00 | - |
| SOL | 1.50 | 1.00 | 0.00 | 67% |
| SQ | 13.80 | 6.00 | 2.44 | 61% |
| SVSP | 12.30 | 8.00 | 0.00 | 65% |
| VSP | 10.00 | 10.00 | 0.00 | 100% |
| WSP | 5.50 | 2.00 | 0.69 | 49% |
| TOTAL | 310.60 | 238.25 | 31.31 | 87% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (May 2024)

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Medical Assistant Positions - May 2024

| Sites | Allocated MA[1] | Filled MA[2] | MA Registry[3] | MA % |
|---|---|---|---|---|
| ASP | 0.00 | 0.00 | 0.00 | - |
| CAL | 1.00 | 1.00 | 0.63 | 163% |
| CCI | 3.00 | 3.00 | 0.00 | 100% |
| CCWF | 7.00 | 4.00 | 2.14 | 88% |
| CEN | 0.00 | 1.00 | 0.00 | - |
| CHCF | 15.00 | 7.00 | 0.00 | 47% |
| CIM | 2.00 | 2.00 | 0.00 | 100% |
| CIW | 0.00 | 0.00 | 0.00 | - |
| CMC | 5.00 | 2.00 | 0.00 | 40% |
| CMF | 7.00 | 3.00 | 0.96 | 57% |
| COR | 8.00 | 6.00 | 0.00 | 75% |
| CRC | 0.00 | 0.00 | 0.00 | - |
| CTF | 0.00 | 0.00 | 0.00 | - |
| CVSP | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 0.00 | 0.00 | - |
| HDSP | 7.00 | 2.00 | 0.84 | 41% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 8.00 | 7.00 | 0.00 | 88% |
| LAC | 4.00 | 2.00 | 0.00 | 50% |
| MCSP | 9.00 | 6.00 | 0.00 | 67% |
| NKSP | 7.00 | 3.00 | 0.00 | 43% |
| PBSP | 4.00 | 2.00 | 0.00 | 50% |
| PVSP | 1.00 | 2.00 | 0.00 | 200% |
| RJD | 4.00 | 2.00 | 0.96 | 74% |
| SAC | 3.00 | 1.00 | 1.04 | 68% |
| SATF | 14.00 | 8.00 | 3.23 | 80% |
| SCC | 0.00 | 0.00 | 0.00 | - |
| SOL | 0.00 | 0.00 | 0.00 | - |
| SQ | 2.00 | 0.00 | 0.00 | 0% |
| SVSP | 9.00 | 0.00 | 0.20 | 2% |
| VSP | 9.00 | 5.00 | 0.00 | 56% |
| WSP | 8.00 | 8.00 | 0.00 | 100% |
| TOTAL | 137.00 | 77.00 | 10.00 | 64% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (May 2024)

# Exhibit B

Division of Health Care Services
Statewide Mental Health Program
PIP Allocated and Filled Psychiatry Positions - May 2024

| Sites | Allocated May 2024[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| CHCF PIP | 1.00 | 2.00 | 33.00 | 0.00 | 36.00 | 1.00 | 100% | 0.00 | 0% | 13.00 | 9.85 | 0.00 | 0.00 | 22.85 | 69% | 23.85 | 66% |
| CIW PIP | 1.00 | 0.00 | 3.60 | 0.00 | 4.60 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 56% | 3.00 | 65% |
| CMF PIP | 1.00 | 2.00 | 28.70 | 0.00 | 31.70 | 1.00 | 100% | 1.00 | 50% | 5.00 | 16.18 | 0.00 | 0.00 | 21.18 | 74% | 23.18 | 73% |
| SQ PIP | 1.00 | 0.00 | 3.20 | 0.00 | 4.20 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 63% | 3.00 | 71% |
| SVSP PIP | 1.00 | 1.00 | 11.20 | 0.00 | 13.20 | 1.00 | 100% | 0.00 | 0% | 1.00 | 8.91 | 0.00 | 0.00 | 9.91 | 88% | 10.91 | 83% |
| TOTAL | 5.00 | 5.00 | 79.70 | 0.00 | 89.70 | 5.00 | 100% | 1.00 | 20% | 23.00 | 34.94 | 0.00 | 0.00 | 57.94 | 73% | 63.94 | 71% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (May 2024)

4 Source: May 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

**Division of Health Care Services**
**Statewide Mental Health Program**
**PIP Allocated and Filled Psychology Positions - May 2024**

| Sites | Allocated May 2024[1] | | | | | | Filled | | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | | |
| CHCF PIP | 1.00 | 4.35 | 8.10 | 34.25 | 0.00 | 47.70 | 1.00 | 100% | 3.00 | 69% | 5.00 | 62% | 10.00 | 10.52 | 0.00 | 20.52 | 60% | 29.52 | 62% |
| CIW PIP | 1.00 | 0.50 | 2.50 | 3.60 | 0.00 | 7.60 | 1.00 | 100% | 0.00 | 0% | 2.00 | 80% | 3.00 | 0.00 | 0.00 | 3.00 | 83% | 6.00 | 79% |
| CMF PIP | 1.00 | 3.75 | 7.40 | 29.95 | 0.00 | 42.10 | 1.00 | 100% | 1.00 | 27% | 6.00 | 81% | 2.00 | 10.70 | 0.00 | 12.70 | 42% | 20.70 | 49% |
| SQ PIP | 1.00 | 0.40 | 2.40 | 3.20 | 0.00 | 7.00 | 1.00 | 100% | 0.00 | 0% | 1.00 | 42% | 3.00 | 0.00 | 0.00 | 3.00 | 94% | 5.00 | 71% |
| SVSP PIP | 1.00 | 1.50 | 5.60 | 11.20 | 0.00 | 19.30 | 1.00 | 100% | 2.00 | 133% | 5.00 | 89% | 5.00 | 5.66 | 0.00 | 10.66 | 95% | 18.66 | 97% |
| **TOTAL** | **5.00** | **10.50** | **26.00** | **82.20** | **0.00** | **123.70** | **5.00** | **100%** | **6.00** | **57%** | **19.00** | **73%** | **23.00** | **26.88** | **0.00** | **49.88** | **61%** | **79.88** | **65%** |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (May 2024)

5 Source: May 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

Division of Health Care Services
Statewide Mental Health Program
PIP Allocated and Filled Clinical Social Worker Positions - May 2024

| Sites | Allocated May 2024[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| CHCF PIP | 0.00 | 1.90 | 29.20 | 0.00 | 31.10 | 0.00 | - | 1.00 | 53% | 11.00 | 10.05 | 0.00 | 21.05 | 72% | 22.05 | 71% |
| CIW PIP | 0.00 | 0.20 | 3.60 | 0.00 | 3.80 | 0.00 | - | 1.00 | 500% | 3.00 | 0.00 | 0.00 | 3.00 | 83% | 4.00 | 105% |
| CMF PIP | 0.00 | 1.50 | 24.90 | 0.00 | 26.40 | 0.00 | - | 1.00 | 67% | 3.00 | 2.89 | 0.00 | 5.89 | 24% | 6.89 | 26% |
| SQ PIP | 0.00 | 0.20 | 3.20 | 0.00 | 3.40 | 0.00 | - | 0.00 | 0% | 2.00 | 0.00 | 0.00 | 2.00 | 63% | 2.00 | 59% |
| SVSP PIP | 0.00 | 0.80 | 11.20 | 0.00 | 12.00 | 0.00 | - | 1.00 | 125% | 8.00 | 1.01 | 0.00 | 9.01 | 80% | 10.01 | 83% |
| TOTAL | 0.00 | 4.60 | 72.10 | 0.00 | 76.70 | 0.00 | - | 4.00 | 87% | 27.00 | 13.95 | 0.00 | 40.95 | 57% | 44.95 | 59% |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (May 2024)

4 Source: May 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

## Division of Health Care Services
## Statewide Mental Health Program
## PIP Allocated and Filled Recreation Therapist Positions - May 2024

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| CHCF PIP | 31.85 | 17.00 | 5.36 | 70% |
| CIW PIP | 3.60 | 4.00 | 0.00 | 111% |
| CMF PIP | 27.55 | 11.00 | 10.03 | 76% |
| SQ PIP | 3.20 | 3.00 | 0.00 | 94% |
| SVSP PIP | 11.20 | 10.00 | 0.00 | 89% |
| TOTAL | 77.40 | 45.00 | 15.39 | 78% |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (May 2024)

4 Rehabilitation therapists are included in the fill rate for recreation therapists at CHCF PIP, CMF PIP, and SVSP PIP.

## Division of Health Care Services
## Statewide Mental Health Program
### PIP Allocated and Filled Medical Assistant Positions - May 2024

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| CHCF PIP | 0.00 | 0.00 | 1.38 | - |
| CIW PIP | 0.00 | 0.00 | 0.00 | - |
| CMF PIP | 0.00 | 0.00 | 0.00 | - |
| SQ PIP | 0.00 | 0.00 | 0.00 | - |
| SVSP PIP | 0.00 | 0.00 | 0.00 | - |
| **TOTAL** | **0.00** | **0.00** | **1.38** | **-** |

**Footnote**

1 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (May 2024)

# Exhibit C

Division of Health Care Services
Statewide Mental Health Program
Total Allocated and Filled Psychiatry Positions - May 2024

| Staffing Plan | Allocated May 2024[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | | |
| 2009 Total | 30.00 | 21.00 | 184.30 | 98.00 | 333.30 | 20.00 | 67% | 13.00 | 62% | 81.25 | 86.66 | 82.63 | 6.73 | 257.27 | 91% | 290.27 | 87% |
| PIP Total | 5.00 | 5.00 | 79.70 | 0.00 | 89.70 | 5.00 | 100% | 1.00 | 20% | 23.00 | 34.94 | 0.00 | 0.00 | 57.94 | 73% | 63.94 | 71% |
| GRAND TOTAL | 35.00 | 26.00 | 264.00 | 98.00 | 423.00 | 25.00 | 71% | 14.00 | 54% | 104.25 | 121.60 | 82.63 | 6.73 | 315.21 | 87% | 354.21 | 84% |

Footnote

[1] Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

[2] Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

[3] Source: Management Solutions Registry Report (May 2024)

[4] Source: May 2024 Telepsychiatry Provider List

[5] Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Psychology Positions - May 2024

| Staffing Plan | Allocated May 2024[1] | | | | | | Filled | | | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | | |
| 2009 Total | 61.00 | 107.00 | 115.50 | 750.30 | 30.00 | 1063.80 | 49.00 | 80% | 86.25 | 81% | 92.00 | 80% | 336.50 | 75.27 | 0.26 | 412.03 | 53% | 639.28 | 60% |
| PIP Total | 5.00 | 10.50 | 26.00 | 82.20 | 0.00 | 123.70 | 5.00 | 100% | 6.00 | 57% | 19.00 | 73% | 23.00 | 26.88 | 0.00 | 49.88 | 61% | 79.88 | 65% |
| GRAND TOTAL | 66.00 | 117.50 | 141.50 | 832.50 | 30.00 | 1187.50 | 54.00 | 82% | 92.25 | 79% | 111.00 | 78% | 359.50 | 102.15 | 0.26 | 461.91 | 54% | 719.16 | 61% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (May 2024)

5 Source: May 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

Division of Health Care Services
Statewide Mental Health Program
Total Allocated and Filled Clinical Social Worker Positions - May 2024

| Staffing Plan | Allocated May 2024[1] | | | | | Filled | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | | |
| 2009 Total | 1.00 | 29.90 | 377.90 | 20.00 | 428.80 | 1.00 | 100% | 30.50 | 102% | 239.25 | 44.05 | 10.17 | 293.47 | 74% | 324.97 | 76% |
| PIP Total | 0.00 | 4.60 | 72.10 | 0.00 | 76.70 | 0.00 | - | 4.00 | 87% | 27.00 | 13.95 | 0.00 | 40.95 | 57% | 44.95 | 59% |
| GRAND TOTAL | 1.00 | 34.50 | 450.00 | 20.00 | 505.50 | 1.00 | 100% | 34.50 | 100% | 266.25 | 58.00 | 10.17 | 334.42 | 71% | 369.92 | 73% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (May 2024)

4 Source: May 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Recreation Therapist Positions - May 2024

| Staffing Plan | Allocated RecT[1] | Filled RecT[2] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| **2009 Total** | 310.60 | 238.25 | 31.31 | **87%** |
| **PIP Total** | 77.40 | 45.00 | 15.39 | **78%** |
| **GRAND TOTAL** | **388.00** | **283.25** | **46.70** | **85%** |

Footnote

1  Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2023/24 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2  Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (May 2024)

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Medical Assistant Positions - May 2024

| Staffing Plan | Allocated MA[1] | Filled MA[2] | MA Registry[3] | MA % |
|---|---|---|---|---|
| 2009 Total | 137.00 | 77.00 | 10.00 | 64% |
| PIP Total | 0.00 | 0.00 | 1.38 | - |
| GRAND TOTAL | 137.00 | 77.00 | 11.38 | 65% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated

2 Source: SCO Report 2024_06_03 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (May 2024)

# Exhibit D

| | Division of Health Care Services Statewide Mental Health Program May 2024 Fines | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Class Title | Average Maximum Monthly Salary | Minimum | Allocated | 90% Minimum Compliance | Filled with Civil Service (CS) | Filled with Registry | Total Filled with CS and Registry | Below Minimum | Fine for May 2024 | Accumulated Fines To Date |
| Staff Psychiatrist[1] | $ 23,732 | 90% | 282.30 | 254.07 | 170.61 | 86.66 | 257.27 | -3.20 | $ - | $ 245,771 |
| Senior Psychiatrist (Supervisor) | $ 24,763 | 90% | 21.00 | 18.90 | 13.00 | 0.00 | 13.00 | 5.90 | $ 292,206 | $ 5,284,815 |
| Chief Psychiatrist[2] | $ 28,743 | 90% | 30.00 | 27.00 | 20.00 | 0.00 | 20.00 | 7.00 | $ 402,397 | $ 7,278,309 |
| Total Psychiatry Fine | | | | | | | | | $ 694,603 | $ 12,808,895 |
| Clinical Psychologist[3] | $ 11,300 | 90% | 780.30 | 702.27 | 336.76 | 75.27 | 412.03 | 290.24 | $ 6,559,232 | $ 86,438,741 |
| Senior Psychologist (Specialist) | $ 12,315 | 90% | 115.50 | 103.95 | 92.00 | 0.00 | 92.00 | 11.95 | $ 294,317 | $ 3,960,125 |
| Senior Psychologist (Supervisor)[4] | $ 12,703 | 90% | 107.00 | 96.30 | 86.25 | 0.00 | 86.25 | 10.05 | $ 255,320 | $ 3,247,053 |
| Chief Psychologist[5] | $ 17,139 | 90% | 61.00 | 54.90 | 49.00 | 0.00 | 49.00 | 5.90 | $ 202,240 | $ 5,294,837 |
| Total Psychology Fine | | | | | | | | | $ 7,311,109 | $ 98,940,756 |
| Clinical Social Worker[6] | $ 8,968 | 90% | 397.90 | 358.11 | 249.42 | 44.05 | 293.47 | 64.64 | $ 1,159,401 | $ 18,804,830 |
| Supervising Psychiatric Social Worker I[7] | $ 9,429 | 90% | 29.90 | 26.91 | 30.50 | 0.00 | 30.50 | -3.59 | $ - | $ 321,032 |
| Supervising Psychiatric Social Worker II[8] | $ 9,992 | 90% | 1.00 | 0.90 | 1.00 | 0.00 | 1.00 | -0.10 | $ - | $ 17,985 |
| Total Clinical Social Worker Fine | | | | | | | | | $ 1,159,401 | $ 19,143,847 |
| Medical Assistant | $ 4,690 | 90% | 137.00 | 123.30 | 77.00 | 10.00 | 87.00 | 36.30 | $ 340,494 | $ 3,217,911 |
| Total Medical Assistant Fine | | | | | | | | | $ 340,494 | $ 3,217,911 |
| Recreation Therapist | $ 6,597 | 90% | 310.60 | 279.54 | 238.25 | 31.31 | 269.56 | 9.98 | $ 131,670 | $ 1,125,032 |
| Total Recreation Therapist Fine | | | | | | | | | $ 131,670 | $ 1,125,032 |
| GRAND TOTAL | | | | | | | | | $ 9,637,277 | $ 135,236,441 |

**Footnote**

1  Staff psychiatrist allocated includes civil service and telepsych.  Staff psychiatrist filled includes civil service, telepsych, and psychiatric nurse practitioner civil service.

2  Chief psychiatrist allocated and filled with civil service include telepsych.

3  Clinical psychologist allocated includes civil service and telepsychologist.  Clinical psychologist filled includes civil service and telepsychologist.

4  Senior psychologist (sup) allocated and filled with civil service include telemh.

5  Chief psychologist allocated and filled with civil service include telemh.

6  Clinical social worker allocated includes civil service and telesocial worker.  Clinical social worker filled includes civil service and telesocial worker.

7  Supervising psychiatric social worker I allocated and filled with civil service include telemh.

8  Supervising psychiatric social worker II allocated and filled with civil service include telemh.