1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   MONICA N. ANDERSON, State Bar No. 182970
    Senior Assistant Attorney General
3   DAMON MCCLAIN, State Bar No. 209508
    Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
    NAMRATA KOTWANI, State Bar No. 308741
5   Deputy Attorneys General
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 210-7318
    Fax: (916) 324-5205
8   E-mail: Elise.Thorn@doj.ca.gov
    *Attorneys for Defendants*

    HANSON BRIDGETT LLP
    LAWRENCE M. CIRELLI, SBN 114710
    PAUL B. MELLO, SBN 179755
    SAMANTHA D. WOLFF, SBN 240280
    KAYLEN KADOTANI, SBN 294114
    DAVID C. CASARRUBIAS-GONZÁLEZ ,
    SBN 321994
    1676 N. CALIFORNIA BLVD., SUITE 620
    WALNUT CREEK, CALIFORNIA 94596
    TELEPHONE: 925-746-8460
    FACSIMILE: 925-746-8490
    *Attorneys for Defendants*

9

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

|  |  |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**SUPPLEMENTAL DECLARATION OF TRAVIS WILLIAMS, PsyD., IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' RESPONSE TO MAY 16, 2024 ORDER (ECF No. 8282)**<br><br>Judge: Hon. Kimberly J. Mueller |

I, Travis Williams, PsyD., declare as follows:

1. I am a Mental Health Administrator at the California Department of Corrections and Rehabilitation ("CDCR"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. In my role at as a Mental Health Administrator for CDCR, I regularly work on the Coleman Class Action as part of CDCR's Mental Health leadership team. I am also actively involved in CDCR's efforts to develop and maintain a durable suicide prevention program in

SUPPLEMENTAL DECLARATION OF TRAVIS WILLIAMS, PsyD.

20956702.2

1  connection with court-ordered remediation in this matter.

2      3.      I have been involved in extensive measures taken by CDCR to improve its suicide

3  prevention practices to save inmate lives and comply with the Court's Special Master's expert's

4  recommendations. CDCR's suicide prevention monitoring system includes:

- Over 60 Key Performance Indicators (KIPs) per the SPRFIT Measurement Plan that are measured continuously;

- Eight indicators of emerging suicide risk measured continuously;

- Local SPRFIT Coordinator and monthly SPRFIT team meetings;

- A standardized model of system surveillance employed by all institutional SPRFITs;

- Dashboards that trend compliance, and red-amber-green labels and support assessments of deficiencies;

- Numerous reports that support drill-downs on various areas of CDCR's suicide prevention program;

- Two types of retrospective reviews to support the identification of deficiencies (suicide case reviews and either detailed reviews or root cause analyses (RCAs));

- Locally initiated performance improvement projects;

- Quarterly regional audits resulting in Corrective Action Plans (CAPs); and,

- Monthly Headquarter level monitoring.

19      4.      I am familiar with the Columbia-Suicide Severity Rating Scale (C-SSRS) discussed

20  in the parties' briefing regarding the Special Master's expert's Sixth Re-Audit Report. The C-

21  SSRS is a suicide risk evaluation that includes an assessment of risk levels consistent with

22  California statewide guidelines.

23      I declare under penalty of perjury under the laws of the United States of America that the

24  foregoing is true and correct.

25      Executed on this 1st day of July, 2024, at Carmichael, California.

26

27                              _s/ Travis Williams_
                                Travis Williams, PsyD.

28

20956702.2                    SUPPLEMENTAL DECLARATION OF TRAVIS WILLIAMS, PsyD.