# EXHIBIT A

| | |
|---|---|
| Rob A. Bonta, State Bar No. 202668<br>Attorney General of California<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Lawrence M. Cirelli, SBN 114710<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias-Gonzalez, SBN 321994<br>Mollie H. Levy, SBN 333744<br>Samantha M. Bacon, SBN 351561<br>  1676 N. California Boulevard, Suite 620<br>  Walnut Creek, CA 94596<br>Telephone: (925) 746-8460<br>Fax: (925) 746-8490<br>E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                     Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                     Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**REQUEST FOR LEAVE TO FILE MOTION TO STAY THE JUNE 25 AND 27, 2024 ORDERS [ECF NO. 8291]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On June 25 2024, this Court entered an order holding Defendants in contempt and assessing fines for their failure to fill allocated mental health staffing positions at ninety percent or better. (ECF No. 8291 at 72.) On June 25, 2024, Defendants appealed the order to the Ninth Circuit Court of Appeals. (ECF Nos. 8293.) On June 27, 2024, this Court modified its June 25, 2024 order. (ECF No. 8299.) Because the June 25 and 27 orders require payment of fines and certifications by state officials by Monday July 8, as well as full payment of accrued fines in the amount of $111,939,244, Defendants seek an immediate stay of the June 25 and 27 orders,

20950144.3 [3905252.1]                                                1

Stip. Request and [Prop.] Order Granting Defs. Leave to File Motion to Stay (2:90-cv-00520 KJM-DB (PC))

1  including the Court's exercise of its discretion to waive the supersedeas bond requirement
2  pending the Ninth Circuit's review of the Court's contempt finding.
3      Defendants contacted Plaintiffs to meet and confer on the request for leave and the stay
4  motion.  Plaintiffs agreed that they would not oppose Defendants' request for leave to file a stay
5  motion, but stated they would oppose any stay of the June 25 and 27 orders.
6      Due to the exigency concerning the impact of the June 25 and 27 orders, Defendants
7  request that this Court promptly deny the request for leave or grant the request to file the attached
8  motion to stay the June 25 and 27 orders, and file the motion forthwith.  Defendants' motion for
9  stay, should this request for leave is granted, is attached here as Exhibit A.
10     Defendants certify that they have reviewed the orders referenced in the attached Motion to
11 Stay the June 25, 2024 and June 27, 2024 Orders.

12 Dated:  July 1, 2024

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

**/s/ *Elise Owens Thorn***
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

17 Dated:  July 1, 2024

HANSON BRIDGETT LLP

**/s/ *Paul B. Mello***
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID V. CASARRUBIAS-GONZALEZ
*Attorneys for Defendants*

20950144.3 [3905252.1]

2

Stip. Request and [Prop.] Order Granting Defs. Leave to File Motion to Stay  (2:90-cv-00520 KJM-DB (PC))