ROB A. BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZALEZ, SBN 321994
MOLLIE H. LEVY, SBN 333744
SAMANTHA M. BACON, SBN 351561
  1676 N. CALIFORNIA BOULEVARD, SUITE 620
  WALNUT CREEK, CA 94596
TELEPHONE: (925) 746-8460
FAX: (925) 746-8490
E-MAIL: PMello@hansonbridgett.com
*ATTORNEYS FOR DEFENDANTS*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**REQUEST FOR LEAVE TO FILE MOTION TO STAY THE JUNE 25 AND 27, 2024 ORDERS [ECF NO. 8291]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On June 25 2024, this Court entered an order holding Defendants in contempt and assessing fines for their failure to fill allocated mental health staffing positions at ninety percent or better. (ECF No. 8291 at 72.) On June 25, 2024, Defendants appealed the order to the Ninth Circuit Court of Appeals. (ECF Nos. 8293.) On June 27, 2024, this Court modified its June 25, 2024 order. (ECF No. 8299.) Because the June 25 and 27 orders require payment of fines and certifications by state officials by Monday July 8, as well as full payment of accrued fines in the amount of $111,939,244, Defendants seek an immediate stay of the June 25 and 27 orders,

20950144.2 [3905252.1]                                    1

Stip. Request and [Prop.] Order Granting Defs. Leave to File Motion to Stay (2:90-cv-00520 KJM-DB (PC))

including the Court's exercise of its discretion to waive the supersedeas bond requirement pending the Ninth Circuit's review of the Court's contempt finding.

    Defendants contacted Plaintiffs to meet and confer on the request for leave and the stay motion. Plaintiffs agreed that they would not oppose Defendants' request for leave to file a stay motion, but stated they would oppose any stay of the June 25 and 27 orders.

    Due to the exigency concerning the impact of the June 25 and 27 orders, Defendants request that this Court promptly deny the request for leave or grant the request to file the attached motion to stay the June 25 and 27 orders, and file the motion forthwith. Defendants' motion for stay, should this request for leave is granted, is attached here as Exhibit A.

    Defendants certify that they have reviewed the orders referenced in the attached Motion to Stay the June 25, 2024 and June 27, 2024 Orders.

Dated: July 1, 2024

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

Dated: July 1, 2024

HANSON BRIDGETT LLP

*/s/ Paul B. Mello*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID V. CASARRUBIAS-GONZALEZ
*Attorneys for Defendants*

20950144.2 [3905252.1]

2

Stip. Request and [Prop.] Order Granting Defs. Leave to File Motion to Stay  (2:90-cv-00520 KJM-DB (PC))