1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 KJM DB P

12                 Plaintiff,

13         v.                                   ORDER

14    GAVIN NEWSOM, et al.,

15                 Defendants.

16

17

18         The matter of payment of the Special Master has been referred to this court by the district

19   court. The court has reviewed the bill for services provided by the Special Master in the above-

20   captioned case through the month of May 2024.

21         Good cause appearing, IT IS HEREBY ORDERED that:

22             1.  The Clerk of the Court is directed to pay to

23                   Pannone Lopes Devereaux & O'Gara LLC
                     Attn:  Matthew A. Lopes, Jr., Esq., Special Master
24                   Northwoods Office Park, Suite 215N
                     1301 Atwood Avenue
25                   Johnston, RI  02919

26

27   the amount of $889,618.52 as payment of the statement attached to this order; and

28                                              1

1          2.  A copy of this order shall be served on the financial department of this court.

2    Dated:  July 3, 2024

3

4    _____

5    DEBORAH BARNES
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9    /cole24.may

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

**RALPH COLEMAN, et al.,** :
    **Plaintiffs,** :
     :
     :     **No. Civ. S-90-0520 LKK JFM P**
    **v.** :
     :
**EDMUND G. BROWN, JR., et al.** :
    **Defendants.**

5

6

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through May 31, 2024.

7

8

Matthew A. Lopes, Jr., Special Master
        Services                           $ 8,775.00
        Disbursements             $ 2,843.10

9

                    Total amount due           $11,618.10

10

11

Kerry F. Walsh, J.D., Deputy Special Master
        Services                           $64,638.00
        Disbursements             $     0.00

12

                    Total amount due           $64,638.00

13

14

Kristina M. Hector, J.D.
        Services                           $48,015.00
        Disbursements             $     0.00

15

                    Total amount due           $48,015.00

16

Regina M. Costa, MSW., J.D.
        Services                           $33,475.00
        Disbursements             $     0.00

17

18

                    Total amount due           $33,475.00

19

LaTri-c-ea McClendon-Hunt, J.D.
        Services                           $43,494.00
        Disbursements             $     0.00

20

21

22

                    Total amount due           $43,494.00

23

24

Michael F. Ryan, Jr.
        Services                           $37,158.00
        Disbursements             $     0.00

25

                    Total amount due           $37,158.00

26

27

28

Michael A. Milas
     Services                                $39,336.00
     Disbursements                   $     0.00

                       Total amount due              $39,336.00

Mario R. McClain, Jr.
     Services                                $51,579.00
     Disbursements                   $     0.00

                       Total amount due              $51,579.00

Alison A. Tate
     Services                                $43,230.00
     Disbursements                   $     0.00

                       Total amount due              $43,230.00

Mitchell J. Young
     Services                                $48,807.00
     Disbursements                   $     0.00

                       Total amount due              $48,807.00

Rachel Gribbin
     Services                                $21,240.00
     Disbursements                   $     0.00

                       Total amount due              $21,240.00

Lana L. Lopez
     Services                                $32,827.50
     Disbursements                   $     0.00

                       Total amount due              $32,827.50

Kerry C. Hughes, M.D.
     Services                                $43,206.00
     Disbursements                   $     0.00

                       Total amount due              $43,206.00

Jeffrey L. Metzner, M.D.
     Services                                $15,314.00
     Disbursements                   $     0.00

                       Total amount due              $15,314.00

Mary Perrien, Ph.D.

|  |  |  |
|---|---|---|
| Services | $24,182.00 | |
| Disbursements | $ 1,790.83 | |
| Total amount due | | $25,972.83 |

Patricia M. Williams, J.D.

|  |  |  |
|---|---|---|
| Services | $54,904.00 | |
| Disbursements | $ 1,465.40 | |
| Total amount due | | $56,369.40 |

Henry A. Dlugacz, MSW, J.D.

|  |  |  |
|---|---|---|
| Services | $22,420.00 | |
| Disbursements | $ 0.00 | |
| Total amount due | | $22,420.00 |

Lindsay M. Hayes

|  |  |  |
|---|---|---|
| Services | $22,724.00 | |
| Disbursements | $ 0.00 | |
| Total amount due | | $22,724.00 |

Timothy A. Rougeux

|  |  |  |
|---|---|---|
| Services | $24,288.00 | |
| Disbursements | $ 0.00 | |
| Total amount due | | $24,288.00 |

Maria Masotta, Psy.D.

|  |  |  |
|---|---|---|
| Services | $ 7,296.00 | |
| Disbursements | $ 0.00 | |
| Total amount due | | $ 7,296.00 |

Karen Rea PHN, MSN, FNP

|  |  |  |
|---|---|---|
| Services | $18,848.00 | |
| Disbursements | $ 0.00 | |
| Total amount due | | $18,848.00 |

Brian J. Main, Psy.D.

|  |  |  |
|---|---|---|
| Services | $27,146.64 | |
| Disbursements | $ 896.61 | |
| Total amount due | | $28,043.25 |

Sharen Barboza, PhD.
        Services                                    $23,452.00
        Disbursements                              $    820.64

                        Total amount due                    $24,272.64

Daniel F. Potter, PhD.
        Services                                    $53,884.00
        Disbursements                              $      0.00

                        Total amount due                    $53,884.00

Brett L. Johnson, M.D.
        Services                                    $50,394.00
        Disbursements                              $  2,137.80

                        Total amount due                    $52,531.80

Alberto F. Caton
        Services                                    $       0.00
        Disbursements                              $       0.00

                        Total amount due                    $       0.00

Marcus R. Patterson, PsyD.
        Services                                    $  5,472.00
        Disbursements                              $       0.00

                        Total amount due                    $  5,472.00

J. David Dawdy, M.A.
        Services                                    $  2,584.00
        Disbursements                              $       0.00

                        Total amount due                    $  2,584.00

Kerry Eudy, J.D., Ph.D.
        Services                                    $  4,218.00
        Disbursements                              $       0.00

                        Total amount due                    $  4,218.00

John S. Wilson, Ph.D., CCHP-MH, CPHQ
        Services                                    $  2,698.00
        Disbursements                              $       0.00

                        Total amount due                    $  2,698.00

6

Darrin A. Bell
     Services                                    $ 2,013.00
     Disbursements                        $ 0.00

                         Total amount due             $ 2,013.00

Lynn Bissonnette
     Services                                    $ 2,046.00
     Disbursements                        $ 0.00

                         Total amount due             $ 2,046.00

**TOTAL AMOUNT TO BE REIMBURSED**            **$889,618.52**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master

7