ROB A. BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS, SBN 321994
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO MODIFY AND STAY THE JUNE 25 AND 27, 2024 ORDERS [ECF NOS. 8291 AND 8299]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On June 25, 2024, the Court issued its findings on contempt of outpatient staffing orders. (ECF No. 8291.) Defendants immediately appealed that order, filed a request for clarification of the terms of the order, and sought an extension of time to deposit funds with the Court and to submit certifications required under the June 25 order. (ECF No. 8292 and 8298.) On June 27, the Court granted Defendants' requests and ordered that the accrued fines reported in the May 2024 staff vacancy report must be deposited with the Court by July 8; the certifications required under the June 25 order must be submitted by July 8; Defendants must deposit any accrued fines set forth in the monthly staffing reports within ten days from the filing of each monthly staffing

20053643.1 [4513925.1]

1

Stip. Request and [Prop.] Order to Modify and Stay the June 25 and 27 Orders (2:90-cv-00520 KJM-DB (PC))

1  report; and that the certifications regarding data in the monthly staffing reports must be submitted
2  within ten days from the filing of each monthly staffing report. (ECF No. 8299 at 2.)
3        On June 28, 2024 Defendants contacted Plaintiffs to meet and confer on a planned request
4  for leave to file a motion to stay the June 25 and June 27 orders. Plaintiffs initially responded that
5  they would not oppose Defendants' request for leave to file a motion to stay. The parties
6  continued to meet and confer and, as set forth below, Plaintiffs offered to stipulate to a temporary
7  stay of Defendants' obligation to pay the initial $111,939,244.00 sanction imposed by the June 25
8  order, the fines for May 2024 vacancies due on July 8, and all future monthly fines until the Court
9  issues the "future orders" outlining the procedures for disbursement and use of the funds. ECF
10 No. 8291 at 70; *see also id.* at 71 ("The court will address next steps in a separate order, to be
11 issued soon."). Plaintiffs also proposed to join Defendants in requesting that the Court modify the
12 certification requirements from the June 25 and June 27 orders to replace the monthly
13 certification required from Defendant Governor Gavin Newsom with a certification from a senior
14 official in the Governor's office designated by Defendants and after meeting and conferring, they
15 agreed to join Defendants in requesting that the Court relieve Defendant Stephanie Clendenin of
16 the requirement to file monthly certifications. Finally, Plaintiffs agreed to stipulate to a
17 temporary stay of Defendants' certification requirements only until Defendants' pending stay
18 motion and the parties' request to modify the monthly certification requirements are fully
19 adjudicated. Accordingly, the parties jointly request that the Court enter an order that:
20     1.    Stays the fines ordered by the June 25 and June 27 orders as follows: Defendants'
21 obligations to pay the initial $111,939,244.00 sanction imposed by the June 25 order, the fines for
22 the May 2024 vacancies due on July 8 pursuant to the June 27 order, and all subsequent monthly
23 fines are stayed until twenty-five days following the Court's issuance of the forthcoming order(s)
24 outlining the procedures for disbursement and use of the funds. ECF No. 8291 at 70; *see also id.*
25 at 71 ("The court will address next steps in a separate order, to be issued soon."). The twenty-five
26 day period after issuance of "future orders" contemplated above is to allow sufficient time for the
27 parties to, if necessary, appeal, and seek a stay. This period would also help ensure that the Court
28 and/or the Ninth Circuit has time to address any motion to stay;

20053643.1 [4513925.1]    2

Stip. Request and [Prop.] Order to Modify and Stay the June 25 and 27 Orders (2:90-cv-00520 KJM-DB (PC))

2.    Modifies the June 25 and 27 orders to remove the obligation of Defendant Clendenin to submit a monthly certification given her role as the Director of the Department of State Hospitals;

3.    Modifies the June 25 and 27 orders to replace Defendant Governor Gavin Newsom's monthly certification with that of a senior official in his office designated by Defendants so that the monthly certifications currently required from Governor Newsom (or a designee under limited circumstances) may be instead filed by a senior official in the Governor's office designated by Defendants;

4.    Stays the certifications required by the June 25 and June 27 orders as follows: Defendants' obligation to file certifications on July 8, 2024 regarding the May 2024 staffing vacancies is stayed until ten days after Defendants' currently pending stay motion is fully adjudicated, which includes any motion to stay the certification requirement filed in the Ninth Circuit Court of Appeals, and the Court rules on the parties' joint request to modify the certification requirements. Defendants' certification requirements, as modified, shall remain in place unless the Court grants Defendants' currently pending stay motion, even while their obligation to pay contempt fines is stayed; and

5.    Nothing in this Stipulation is meant to waive any arguments on appeal or preclude Defendants from seeking a stay of the June 25 and 27 orders, or any other order related thereto.

**IT IS SO STIPULATED**.

/ / /

/ / /

20053643.1 [4513925.1]

3

Stip. Request and [Prop.] Order to Modify and Stay the June 25 and 27 Orders (2:90-cv-00520 KJM-DB (PC))

Dated: July 5, 2024

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

Dated: July 5, 2024

HANSON BRIDGETT LLP

*/s/ Paul B. Mello*
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: July 5, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/Jenny Yelin*
JENNY YELIN
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

20053643.1 [4513925.1]

4

Stip. Request and [Prop.] Order to Modify and Stay the June 25 and 27 Orders (2:90-cv-00520 KJM-DB (PC))