ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
1676 N. CALIFORNIA BLVD., SUITE 620
 WALNUT CREEK, CALIFORNIA 94596
 TELEPHONE: 925-746-8460
 FACSIMILE: 925-746-8490
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **NOTICE OF SUBMISSION OF CERTIFICATIONS IN RESPONSE TO JUNE 25, 2024 ORDER (ECF NO. 8291)** <br><br> Judge: Hon. Kimberly J. Mueller |

On June 25, 2024, the Court issued its findings on contempt of outpatient staffing orders and directed Defendants Governor Gavin Newsom, Director of California State Hospitals Stephanie Clendenin, and Director of the California Department of Finance Joe Stephenshaw, to certify that they have reviewed the data in the monthly staffing report and include a summary of the steps they have taken in the preceding month to address mental health understaffing in CDCR prisons. (ECF No. 8291.) On June 27, the Court granted Defendants' request to extend the deadline to submit the required certifications to July 8, 2024. (ECF No. 8299.) On July 5, 2024, the parties submitted a stipulation to modify the June 25 and 27 orders to address, in part, issues with the certification requirements. (ECF No. 8319.) The stipulation asks the Court to (1) remove

the obligation of Defendant Clendenin to submit a monthly certification given her role as the Director of the Department of State Hospitals; (2) replace Defendant Governor Gavin Newsom's monthly certification with that of a senior official in his office designated by Defendants so that the monthly certifications currently required from Governor Newsom (or a designee under limited circumstances) may be instead filed by a senior official in the Governor's office designated by Defendants; and (3) stay Defendants' obligation to file certifications on July 8, 2024 regarding the May 2024 staffing vacancies until ten days after Defendants' currently pending stay motion is fully adjudicated.  (*Id*.)  Despite a minute order issued earlier today, it remains unclear whether the certification obligation was extended or not.  (ECF No. 8321.)  In an abundance of caution, Defendants submit the certifications for the May 2024 monthly staffing reports, filed at ECF No. 8305.

DATED: July 8, 2024

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS
*Attorneys for Defendants*