1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  Deputy Attorneys General
   1300 I Street, Suite 125
6  P.O. Box 944255
   Sacramento, CA 94244-2550
7  Telephone: (916) 210-7318
   Fax: (916) 324-5205
8  E-mail: Elise.Thorn@doj.ca.gov
   Attorneys for Defendants
9

   HANSON BRIDGETT LLP
   LAWRENCE M. CIRELLI, SBN 114710
   PAUL B. MELLO, SBN 179755
   SAMANTHA D. WOLFF, SBN 240280
   KAYLEN KADOTANI, SBN 294114
   DAVID C. CASARRUBIAS-GONZALEZ, SBN 321994
   SAMANTHA M. BACON, SBN 351561
     1676 N. California Boulevard, Suite 620
     Walnut Creek, CA 94596
     Telephone: (925) 746-8460
     Fax: (925) 746-8490
     E-mail: PMello@hansonbridgett.com
   Attorneys for Defendants

10                 IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12                      SACRAMENTO DIVISION

13

14  **RALPH COLEMAN, et al.,**                    2:90-cv-00520 KJM-DB (PC)

15                                Plaintiffs,     **CERTIFICATION REQUIRED UNDER**
                                                  **JUNE 25, 2024 ORDER (ECF No. 8291)**
16                                                **BY DAVID SAPP, LEGAL AFFAIRS**
            v.                                    **SECRETARY FOR GOVERNOR GAVIN**
17                                                **NEWSOM; EXHIBIT E**

18  **GAVIN NEWSOM, et al.,**

19                                Defendants.

20

21       I, David Sapp, certify the following in response to the June 25, 2024 filed in *Coleman v.*

22  *Newsom*, Case No. 2:90-cv-0520 KJM DB:

23       1.      The June 25 order requires that Governor Newsom submit a certification that he has

24  reviewed specified monthly reports and include a summary of the steps that he has taken to

25  address mental health understaffing in CDCR prisons during the relevant month.  The June 27

26  order authorizes a designee to submit the certification under specified circumstances.

27       2.      Consistent with the June 27 order, I am submitting the certification as Governor

28  Newsom's Legal Affairs Secretary.  The Governor is "unavailable" because he has been on

---
Governor's Legal Affairs Secretary Certification in Response to June 25 Contempt Order(2:90-cv-00520 KJM-DB
(PC))

1  preplanned travel out of state, such that another state elected official has been Acting Governor

2  pursuant to the California Constitution, Article V, section 10, during the following periods of time

3  within the 10-day period covered by this certification: Wednesday, June 26, through Friday, June

4  28, and Wednesday, July 3, through Tuesday, July 9.  Further, in addition to the commitments

5  associated with this travel, during this period of time, the Governor's work commitments have

6  made review and certification of the reports impossible.  These commitments included, but were

7  necessarily not limited to, reaching final agreement with the Legislature on and signing into law a

8  balanced budget prior the June 30 deadline imposed by state; reviewing and signing a host of

9  related budget trailer bills that contain an appropriation related to the enacted budget; and

10  overseeing the State's response to a significant heat event and serious wildfire conditions,

11  including proclaiming a State of Emergency to support the response to the Thompson Fire in

12  Butte County.

13         3.      I certify that I have reviewed the following reports prepared by the California

14  Correctional Health Care System and attached as exhibits to Defendants' monthly staffing reports

15  (ECF No. 8305): Exhibit A, the psychiatry, psychology, social worker, recreational therapist, and

16  medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan; Exhibit B,

17  the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy

18  reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all

19  the positions; and Exhibit D, a separate chart of the fines accumulated for May 2024.

20  / / /

21  / / /

22

23

24

25

26

27

28

Governor's Legal Affairs Secretary Certification in Response to June 25 Contempt Order(2:90-cv-00520 KJM-DB (PC))

19009732.1

1       4.    Enclosed as Exhibit E is summary of actions that can be disclosed, without waiving

2   applicable attorney-client, deliberative process, official information, or executive privileges, that

3   Governor Newsom, in his official capacity as Governor of the State of California, and his

4   Administration have taken to address mental health understaffing in CDCR prisons, including in

5   the past month.

6     Dated: July 8, 2024                       Respectfully submitted,

7

8                                         **/s/ David Sapp**
                                      DAVID SAPP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19009732.1

# Exhibit E

**Exhibit E: Summary of Actions Taken to Address Mental Health Staffing in CDCR Prisons**

Governor Newsom is deeply familiar with the issue at the heart of this proceeding: the critical shortage of behavioral health professionals, a national problem that's acutely impacting public and private employers across the state.  In fact, addressing this issue has been a major priority since Governor Newsom took office.  The staffing challenges facing CDCR are longstanding, complex and nuanced, and the actions any one individual can take to solve it, even as Governor, are limited by the structure of California state government established by the California Constitution and other aspects of state law, such as civil service requirements and collective bargaining.

Still, the Governor has been laser-focused on increasing access to mental health care for all Californians.  As one key effort, the Governor championed the investment of billions of dollars to develop career pathways, including stipends and scholarships, in behavioral health fields through the Workforce for a Healthy California and the innovative Medicaid Section 1115 Waiver demonstration authorization for Behavioral Health-CONNECT.  Most recently, the Governor worked with the California Legislature to put a bond and major overhaul to the Mental Health Services Act on the ballot, which the voters approved at the March 2024 Primary Election.  Proposition 1 will, for the first time, provide a dedicated funding stream for pursuing a cohesive effort to create a statewide behavioral health workforce.  These funds are anticipated to support thousands of new behavioral health workers to enter the profession.  And the Governor has prioritized implementation efforts, yielding historically fast timelines for pushing the initial round of funding unlocked by the MHSA reform and bond out the door.

These two initiatives are components of what has been a key priority for Governor Newsom since taking office, the *Mental Health Movement*.  This package significantly invests in mental health service reforms to address the underinvestment in mental health services, a challenge that is decades in the making, and began with then-Governor Reagan's deinstitutionalization push in the 1960s without the concomitant investments in community-based services and providers.  The document attached as Exhibit 1 provides additional information about this broader effort.  Page 7 of that document details the full range of investments and actions to build out the pipeline for mental health providers, which is necessary to expand the pool of individuals qualified to provide these critical services in our prisons and in the community.   All told, these investments will provide pathways and training for approximately 65,000 workers to serve a variety of behavioral health and physical health needs for people of all ages.

1

Likewise, addressing the staffing issues within CDCR's mental health delivery system has been a priority for Governor Newsom since staffing levels dropped for several classifications in the midst of the COVID-19 pandemic, driven in large part by the national shortage noted above. As the Court is aware from these proceedings, under Governor Newsom's direction, CDCR has taken significant steps to improve access to mental health care and improve the recruitment and retention of mental health staff. CDCR has expanded the use of telepsychiatry (and would further utilize this service delivery modality that is commonplace under applicable standards of care to further offset staffing challenges but-for an order of this Court currently on appeal); developed and is implementing a telemental health policy (although the extent to which CDCR will be able to implement that policy fully is uncertain based on a proceeding currently pending before the Court); invested in recruitment efforts; streamlined the hiring process; continued the use of registry staff to alleviate staffing vacancies; and, as reflected in Exhibit 2, increased compensation and benefits (by as much as 22.7% for some classifications) through the most recently ratified collective bargaining agreements with the relevant bargaining units to retain and attract more mental healthcare amid the national shortage of mental healthcare professionals.

Those efforts by the Governor's Administration are ongoing. Additionally, within the last month, the Governor signed the Budget Act of 2024 and related budget trailer bills that balances the budget in both 2024-25 and 2025-26 and preserves budget resilience by maintaining $22.2 billion in total reserves at the end of the 2024-25 fiscal year. The enacted budget addresses a $46.8 billion projected shortfall for the 2024-25 fiscal year through a balanced package of solutions, including spending reductions of $16 billion. Those reductions did not include any cuts to the budget for CDCR's mental health system.

Accordingly, CDCR's mental health system will remain funded, and with authorized positions in fiscal year 2024-25, as follows: approximately $700 million, with nearly 3,300 authorized full-time equivalent positions (of which approximately 2,250 are allocated to licensure categories subject to the June 25 order), for a total inmate population of just under 93,000 as of July 3, 2024, of whom approximately 34,000 are *Coleman* class members. CDCR's health care budget includes approximately $415 million for ancillary health care services, which includes pharmaceuticals, and $74 million for Dental and Mental Health Administration: a portion of ancillary health care services and the majority of funds for administration are dedicated to supporting the delivery of mental health services to patients. This compares to 1992-1993, prior to the entry of the judgment in this case, with an overall budget of only $40 million, 376 full-time equivalent positions, and an inmate population of approximately 113,000.

As the June 25 order noted, the overall size of the *Coleman* class has grown since that time, more than doubling to its current level. Notably, however, the budgetary investments and allocated staffing levels have increased at a rate nearly five times greater than the *Coleman* class's rate of growth. The final budget enacted by the Legislature and signed by the Governor maintains these robust and substantial investments, even as budget reductions were necessary elsewhere to attain a balanced budget.

# Exhibit 1



# California's Mental Health Movement

### October 2023

# California's Mental Health Movement

California is constructing a real mental health system. No matter how old you are, how much you make, or what you're suffering from, you have access to the help you need. **In California**:



**NEARLY 1 IN 7 ADULTS** has experienced mental illness.



**BLACK, NATIVE AMERICAN, AND LGBTQ+ YOUTH** are particularly vulnerable.



**287,000 YOUTH** with major depression do not receive treatment.



**82% OF HOMELESS ADULTS** surveyed had experienced a serious mental health condition.

California is confronting our behavioral health crisis – focusing on getting people with the greatest needs off the streets and into the **treatment and housing** they need, while increasing access to behavioral health services for kids and families before they develop more severe issues.

We're building approximately **24,800 beds and units and 45,800 outpatient treatment slots** for Californians with behavioral health issues across the spectrum — everything from intense, inpatient care, to substance abuse treatment, to outpatient care and counseling — finally keeping the promises made when California dismantled its locked mental health institutions in the 1960s.

Governor Newsom has invested historic amounts to get people the real, **comprehensive services** they need to heal and bring those services to spaces people already receive care - schools, doctor's offices, and more.

We're investing in **kids' well-being** so they don't suffer in the first place. And we're supporting adults, families, and veterans as they navigate all the ages and stages of life.

We're developing the **workforce** necessary to turn these goals into reality – California is investing **$5.1 billion**, and proposing an additional **$2.4 billion** investment through reforms to the Mental Health Services Act, to train and support **65,000 health care workers** over the next five years to ensure we have the workforce to provide culturally responsive services and care to all who need them.

# Over $28 Billion Investment with Results


### TREATMENT AND HOUSING FOR THOSE WHO NEED IT MOST

**$10.9 billion** to build approximately **24,800 beds and units and 45,800 outpatient treatment slots** for those with behavioral health issues. Access to housing resources through CARE Court. Nearly $1 billion annually proposed for housing supports and services, like rent, through reforms to the Mental Health Services Act.


### BUILDING OUR HEALTH CARE WORKFORCE

California is investing **$5.1 billion**, and proposing an additional **$2.4 billion** investment through reforms to the Mental Health Services Act, to train and support more than **65,000 health care workers** over the next five years to ensure we have the workforce to provide culturally responsive services and care to all who need them.


### INCREASING ACCESS TO MENTAL HEALTH SERVICES FOR ALL

Investing **over $10.1 billion** to increase access to behavioral health services for all Californians, including $1.4 billion for mobile crisis services. Transforming Medi-Cal to expand behavioral health services and crucial care for **one in three Californians**, offering new crisis care and targeted veteran and older adult services, and developing a plan to require private and commercial health plans to raise their standards to match Medi-Cal behavioral health plans.


### SUPPORTING AND SERVING KIDS

These investments include **$4.6 billion** to support children through the Master Plan for Kids' Mental Health. The Plan gives California's **10,000 public schools** the opportunity to get enhanced funding to increase student behavioral health services.



# Treatment and Housing

California is investing historic amounts to provide treatment and community housing for those who need it the most – people facing the most serious illnesses and most severe substance use disorders – too many of whom suffer on our streets or in our jails.

When California began to deinstitutionalize mental health patients in the 1960s, the state had 22,000 people locked away in psychiatric hospitals. But the promise of community-based care was never fully realized – until now.

Governor Newsom is leading the charge with an investment of $10.9 billion to build approximately 24,800 beds and units and 45,800 outpatient treatment slots for Californians with behavioral health issues across the spectrum – surpassing the capacity we once had. And all of this investment is paired with accountability for local governments to do more, and do better.

 **$10.9 BILLION TO BUILD APPROXIMATELY 24,800 BEDS AND UNITS AND 45,800 OUTPATIENT TREATMENT SLOTS FOR CALIFORNIANS WITH BEHAVIORAL HEALTH ISSUES.**

## HOUSING WITH ACCOUNTABILITY, REFORM WITH RESULTS

The **$6.38 billion** bond alone builds **11,150 new treatment beds** and housing units for people with the most acute behavioral health issues and **26,700 treatment slots** – outpatient capacity that touches many tens of thousands of lives a year – everything from intensive services for homeless people with serious mental illness, to counseling for kids suffering from depression, and everyone in between.



## STATE BEHAVIORAL HEALTH BEDS

(Legend: State psychiatric hospital beds / New community beds / Bond community beds)

# Treatment and Housing



### REFORM WITH RESULTS

Transforming the Mental Health Services Act to support those with substance use disorders and behavioral health needs, including through nearly $1 billion annually proposed for housing supports and services, like rent. New accountability measures will require counties to make a single plan for all behavioral funding, based on data and community engagement, with local priorities, progress reports, and stronger state oversight.



### INNOVATIVE HEALTH CARE FOR THE MOST VULNERABLE

Through CalAIM, California is reforming our Medi-Cal system to improve outcomes through person-centered care – meeting people where they are with mobile crisis services, rent and transitional housing, community-based supports, and specific services for justice-involved Californians.



### CARE COURT

In 2022, Governor Newsom enacted CARE Court - a first-in-the-nation framework to provide individuals with untreated serious mental illness the care and services they need to get healthy, with support of their loved ones through the courts.



### CUTTING RED TAPE

California is clearing regulations to make it easier for communities to provide the full range of mental health services. We're working with the federal government to allow California to innovate with health care and make historic investments to cover a wider variety of services, especially for those most at-risk – including transitional housing for those facing homelessness, care management for complex cases, and short-term stays in institutions for mental disease (IMD) for those with the most serious mental illnesses.



### STATE HOSPITALS

State Hospitals increasingly provide inpatient care for people facing felony charges and found incompetent to stand trial due to a serious mental illness, the majority of whom are also homeless. California is investing more than $600 million in new resources to ensure these individuals get access to treatment quickly and to create options to safely support community-based care and housing stability and reduce recidivism.

# Increasing Access to Behavioral Health Services

For decades, some of the most vulnerable people with serious mental illness began receiving treatment only after they became so sick that they were institutionalized or ended up incarcerated. Now, that's all changed. Because the work to integrate behavioral health services that meet people where they are is already underway, Californians have better access to behavioral health services. Now, no matter who you are, how much you make, or where you live, you have access to mental health services in California.



### BRINGING BEHAVIORAL HEALTH TO MEDI-CAL

A third of Californians are currently enrolled in Medi-Cal and California leads in providing health care, regardless of immigration status. **CalAIM**, a nation-leading transformation, brings over 15 million Californians behavioral health services through expanded telehealth, enhanced treatment, mobile crisis care, housing assistance, and a focus on prevention.



### PROVIDING PERSON-CENTERED CARE

Through CalAIM, California is reforming our Medi-Cal system to improve outcomes through person-centered care – meeting people where they are with mobile crisis services, rent and transitional housing, community-based supports, and specific services for justice-involved Californians.



### 24/7 BEHAVIORAL HEALTH RESOURCES

From the **988 crisis line** to **CalHOPE**, from the **older adults Friendship Line** to **CA vs. Hate**, Californians have numbers to call to get behavioral health support for their situation, when they need it and in the language they speak. CalHOPE, a crisis line and online platform to address stress and anxiety, has served **1.3 million Californians**.



### ADDRESSING SUBSTANCE ABUSE DISORDERS

Mental health challenges and substance abuse disorders are so often co-occurring. We are addressing the other side of behavioral health with historic MHSA reform, unlocking billions to treat substance use disorders. Through the Master Plan to Tackle the Fentanyl and Opioid Crisis, we're investing **over $1 billion** to crack down on drug trafficking, reduce and prevent overdoses, and raise awareness. And we've taken the first step towards creating a more affordable and accessible supply of Naloxone nasal products through CalRx, allocating $30 million for this initial step.



### SUPPORTING CALIFORNIA'S DIVERSE AND GROWING COMMUNITIES

Through initiatives like **peer support services**, the **Alzheimer's Task Force** investments in prevention, diagnosis, and care, the **CalVet Veteran's Health Initiative** to prevent suicide, and the **Older Adult Behavioral Health Initiative**, we're providing mind health resources tailored to the specific needs of communities.

# Building Our Health Care Workforce

Expanding behavioral health care services will require tens of thousands of new trained health care workers. California is prioritizing **$7.5 billion** – a **$5.1 billion** investment plus a proposed additional **$2.4 billion** through reforms to the Mental Health Services Act – to build a more diverse, culturally-competent health care workforce that increases our capacity to meet the health needs of Californians, including children and families. All told, these investments will provide pathways and training for **over 65,000** workers to serve a variety of behavioral health and physical health needs for people of all ages.

## State and Federal Health Care Workforce Allocations



**$2.4 BILLION PROPOSED** through reforms to the Mental Health Services Act.

**$929.2 MILLION** for the Children and Youth Behavioral Health Initiative.

**$1.68 BILLION** for other workforce programs.

**$1.4 BILLION** for Workforce for a Healthy California For All.

**$1.1 BILLION** for Home and Community Based Services.

If voters approve the Mental Health Services Act reform, California will be able to leverage federal dollars to bring **$2.4 billion** in investments to **expand the state's behavioral health care workforce.**

Through this reform proposal, the state – **for the first time ever** – will pursue an ongoing, cohesive effort to create a statewide behavioral health care workforce.

In addition, California is **expanding the pipeline of behavioral health workers** through partnerships with colleges and universities and providing **financial aid, loan forgiveness and incentives** for those who choose to go into a behavioral health career.

All told, these investments will help California address the behavioral health worker shortage in the state and meet Californians where they are – at school, at work, online, at the doctor's office, and in the community.

# Supporting and Serving Kids

The global pandemic put a spotlight on our nation's mental health crisis – and the heavy toll borne by the youngest among us, especially in underserved and marginalized communities. Nationwide, our kids are more anxious and depressed. Starting from early childhood screenings to more counselors in school, California is changing how we address mental health and substance use challenges for our kids.

In August 2022, Governor Newsom and First Partner Jennifer Siebel Newsom launched **the Master Plan for Kids' Mental Health** – a 5 year initiative to address the crisis we are facing.

 **$4.6 BILLION TO EXPAND YOUTH ACCESS TO BEHAVIORAL HEALTH CARE AND SUPPORT KIDS' WELL-BEING.**

- ➤ Adverse childhood experience (ACEs) screenings for all kids 0-3 on health plans in California.

- ➤ Healthy Minds Thriving Kids video series for educators, parents, and kids to help navigate challenges.

- ➤ $100 million youth-led anti-stigma campaign.

- ➤ $40 million for Youth Suicide Prevention Programs and Grants.

- ➤ Children/youth focused facility projects through the Behavioral Health Continuum Infrastructure Program.

- ➤ CalHOPE student services in all county offices of education.

- ➤ Dyadic services through Medi-Cal.

- ➤ Pathways and training for over 40,000 workers to support youth behavioral health.

- ➤ Behavioral health virtual services platforms providing access to support tools including live 1:1 coaching.

 **PREVENTION IN SCHOOLS**

California is creating a behavioral health system that meets kids where they are by investing **$4.1 billion** to create community schools where kids can receive essential services, including behavioral health screenings and care.

 **MHSA ACCOUNTABILITY TO MEET NEEDS OF ALL, INCLUDING YOUTH AND YOUNG ADULTS WITH SERIOUS EMOTIONAL DISTURBANCES (BHSA)**

California's historic reform of the Mental Health Services Act will serve California youth by giving kids preventive care, early intervention services, and will better serve kids with serious needs through new accountability measures and transparency measures.

 **ONLINE ACCOUNTABILITY**

California is protecting kids and empowering parents through nation-leading efforts to hold social media companies accountable for the mental health damage their products can do to young minds.

 **COMBATING GUN VIOLENCE**

California is fighting to protect kids and provide a safe learning environment by enacting common sense gun safety regulations and making life-saving tools accessible to communities across the state.

# Exhibit 2

**Salary Comparison for CCHCS Classifications Pre and Post Bargaining**

| Classifications | Prior to 2023 MOU | | | Salary as of July 1, 2024 | | % Change |
|---|---|---|---|---|---|---|
| | Compensation Items | Max Annual Base Salary | Annual Salary with Comp Items | Compensation Items | Annual Salary with Comp Items | |
| **Psychiatrists**<br>Bargaining Unit 16<br>UAPD | Up to $35K Retention Payment ($5,000 used for calculation)<br>15% Inpatient Differential (PIPs Only)<br>$2,200/mo. Retention Differential | $343,596 | $426,535 | 3% GSI - 7/1/2023<br>15% In-Person Differential 7/1/2023<br>Up to 7% Retention Differential (one-time payments) - 10/1/2023<br>2.5% GSI - 7/1/2024<br>15% Inpatient Differential (PIPs Only)<br>$2,200/mo. Retention Differential | $523,370 | 22.70% |
| **Psychologists**<br>Bargaining Unit 19<br>AFSCME | Up to $35K Retention Payment ($5,000 used for calculation)<br>15% Inpatient Differential (PIPs Only)<br>$500/year Educational Allowance | $139,812 | $166,284 | 3% GSI - 7/1/2023<br>10% SSA at Max - 7/1/2023<br>15% Inpatient Differential (PIPs Only)<br>$500/year Educational Allowance<br>2.5% GSI - 7/1/2024<br>Up to 7% Retention Differential (one-time payments) - 10/1/2023 | $198,588 | 19.43% |
| **Clinical Social Workers**<br>Bargaining Unit 19<br>AFSCME | 15% Inpatient Differential (PIPs Only)<br>$500/year Educational Allowance<br>$600/mo. Retention Differential (various facilities) | $113,244 | $137,931 | 3% GSI - 7/1/2023<br>2.65%-3% SSA at Max - 7/1/2023<br>15% Inpatient Differential (PIPs Only)<br>$500/year Educational Allowance<br>$600/mo. Retention Differential (various facilities)<br>2.5% GSI - 7/1/2024<br>Up to 7% Retention Differential (one-time payments) - 10/1/2023 | $157,936 | 14.50% |
| **Medical Assistants**<br>Bargaining Unit 20<br>SEIU | $2,600/year Retention Differential (various facilities) | $54,636 | $57,236 | 3% GSI - 7/1/2023<br>4% Wage Equity Adjustment - 7/1/2023<br>3% GSI - 7/1/2024<br>$2,600/year Retention Differential (various facilities) | $62,882 | 9.86% |

Items in red were replaced by an item bargained in 2023.