ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZALEZ, SBN 321994
SAMANTHA M. BACON, SBN 351561
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                        Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**CERTIFICATION REQUIRED UNDER JUNE 25, 2024 ORDER (ECF No. 8291) BY STEPHANIE CLENDENIN, DIRECTOR OF DEPARTMENT OF STATEMENT HOSPITALS** |

    I, Stephanie Clendenin, certify the following in response to the June 25, 2024 filed in *Coleman v. Newsom*, Case No. 2:90-cv-0520 KJM DB:

    1.   I have reviewed the following reports prepared by the California Correctional Health Care System and attached as exhibits to Defendants' monthly staffing reports (ECF No. 8305): Exhibit A, the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan; Exhibit B, the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for

1

positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all the positions; and Exhibit D, a separate chart of the fines accumulated for May 2024.

    2.    The June 25 order requires that I include a summary of the steps that I have taken in May 2024 to address mental health understaffing in CDCR prisons. As the Director of the Department of State Hospitals, my duties and authority lie with the management of the Department of State Hospitals and do not extend in any regard to staffing issues in CDCR prisons.

Dated: July 8, 2024                                          Respectfully submitted,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN