**FILED**

JUL 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>    Plaintiffs - Appellees,<br><br>  v.<br><br>GAVIN NEWSOM; et al.,<br><br>    Defendants - Appellants. | No. 24-4023<br><br>D.C. No.<br>2:90-cv-00520-KJM-DB<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: LEE and FORREST, Circuit Judges.

The court has received appellants' emergency motion for a stay pending appeal. The request for an administrative stay is granted in part. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019). To the extent that the district court's July 8, 2024 order did not already stay the certification and summary requirements, the district court's June 25, 2024 and June 27, 2024 orders are temporarily stayed as to the certification and summary requirements until July 12, 2024.

The Clerk will serve a copy of this order on the district court and Chief District Judge Mueller.