1  ROB A. BONTA, State Bar No. 202668
   Attorney General of California
2  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
3  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (916) 210-7318
    Fax:  (916) 324-5205
7   E-mail:  Elise.Thorn@doj.ca.gov
   Attorneys for Defendants

   HANSON BRIDGETT LLP
   PAUL B. MELLO, SBN 179755
   SAMANTHA D. WOLFF, SBN 240280
   KAYLEN KADOTANI, SBN 294114
   DAVID C. CASARRUBIAS, SBN 321994
    1676 N. California Boulevard, Suite 620
    Walnut Creek, CA 94596
    Telephone:  (925) 746-8460
    Fax:  (925) 746-8490
    E-mail:  PMello@hansonbridgett.com
   Attorneys for Defendants

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11                          SACRAMENTO DIVISION

12

13

14  **RALPH COLEMAN, et al.,**                Case No. 2:90-cv-00520 KJM-DB (PC)

15                              Plaintiffs,   **STIPULATED REQUEST AND
                                              [PROPOSED] ORDER TO MODIFY THE
16      **v.**                                DEADLINES FOR PAYMENT OF FINES
                                              [ECF NOS. 8291 AND 8329]**
17  **GAVIN NEWSOM, et al.,**
                                              Judge:  The Hon. Kimberly J. Mueller
18                             Defendants.

19

20        On July 2, 2024, the Court granted Defendants' request for leave to file a motion to stay the

21  court's June 25, 2024 and June 27, 2024 orders regarding contempt and payment of fines.  ECF

22  No. 8313.  Defendants' motion to stay (ECF No. 8331) is fully briefed and awaits a ruling from

23  the Court.  The Court has indicated it will rule on that motion before noon on July 26, 2024.  ECF

24  No. 8329 at 3.

25        Two sets of fines are currently due under the contempt order.  The first set (nearly $112

26  million) is due July 25, 2024.  ECF No. 8291 at 72.  The second set (nearly $10 million) is due by

27  noon on July 26, 2024.  ECF No. 8329 at 3.

28

20053643.1 [4513925.1]                          1

1   The Court has not yet ruled on Defendants' motion to stay, and according to its July 12

2   order, might not do so until after the deadline for Defendants to deposit the first set of fines with

3   the Court on July 25.  ECF No. 8329 at 3.  Additionally, if the Court rules on the stay motion on

4   July 26, Defendants may not have sufficient time to comply with the Court's order that the second

5   set of fines be deposited by noon that day.

6   To ensure that Defendants do not have to deposit the fines until after the Court rules on the

7   motion to stay and to allow Defendants sufficient time to deposit the funds after the Court rules

8   on that motion, the parties agree that the court should extend the July 25 and July 26 deadlines to

9   July 29.  This deadline would also allow Defendants to seek further relief in the Ninth Circuit, if

10  necessary, after the Court issues its ruling and before depositing the fines with the Court.

11  Accordingly, the parties jointly request that the Court enter an order extending Defendants'

12  deadline to deposit both sets of fines to July 29, 2024.

13  **IT IS SO STIPULATED**.

14  ///

15  ///

16  ///

17

18

19

20

21

22

23

24

25

26

27

28

20053643.1  [4513925.1]                                     2

Dated:  July 24, 2024                                      ROB A. BONTA
                                                          ATTORNEY GENERAL OF CALIFORNIA


                                                          /s/ Damon McClain
                                                           DAMON MCCLAIN
                                                           SUPERVISING DEPUTY ATTORNEY GENERAL
                                                          Attorneys for Defendants

Dated:  July 24, 2024                                      HANSON BRIDGETT LLP


                                                          /s/ Paul B. Mello
                                                          PAUL B. MELLO
                                                          SAMANTHA D. WOLFF
                                                          Attorneys for Defendants


Dated:  July 24, 2024                                      ROSEN BIEN GALVAN & GRUNFELD LLP


                                                          /s/ Ernest Galvan
                                                          ERNEST GALVAN
                                                          Attorneys for Plaintiffs


**IT IS SO ORDERED.**


DATED:

                                          _____
                                          **CHIEF UNITED STATES DISTRICT JUDGE**

Stip. Request and [Prop.] Order Modify Deadlines Payment Fines (2:90-cv-00520 KJM-DB (PC))

# CERTIFICATE OF SERVICE

Case Name:    *__Coleman v. Newsom, et al.,__*    No.    __2:90-cv-00520 KJM-DB (PC)__

I hereby certify that on <u>July 24, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATED REQUEST AND [PROPOSED] ORDER TO MODIFY THE DEADLINES FOR PAYMENT OF FINES [ECF NOS. 8291 AND 8329]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 24, 2024</u>, at San Francisco, California.


| M. Paredes | Signature |
| --- | --- |
| Declarant | |

CF1997CS0003
44254966.docx