Rob A. Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATED REQUEST AND ORDER TO MODIFY THE DEADLINES FOR PAYMENT OF FINES [ECF NOS. 8291 AND 8329]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On July 2, 2024, the Court granted Defendants' request for leave to file a motion to stay the court's June 25, 2024 and June 27, 2024 orders regarding contempt and payment of fines. ECF No. 8313. Defendants' motion to stay (ECF No. 8331) is fully briefed and awaits a ruling from the Court. The Court has indicated it will rule on that motion before noon on July 26, 2024. ECF No. 8329 at 3.

Two sets of fines are currently due under the contempt order. The first set (nearly $112 million) is due July 25, 2024. ECF No. 8291 at 72. The second set (nearly $10 million) is due by noon on July 26, 2024. ECF No. 8329 at 3.

20053643.1 [4513925.1]                                         1

Stip. Request and Order Modify Deadlines Payment Fines (2:90-cv-00520 KJM-DB (PC))

1    The Court has not yet ruled on Defendants' motion to stay, and according to its July 12
2    order, might not do so until after the deadline for Defendants to deposit the first set of fines with
3    the Court on July 25.  ECF No. 8329 at 3.  Additionally, if the Court rules on the stay motion on
4    July 26, Defendants may not have sufficient time to comply with the Court's order that the second
5    set of fines be deposited by noon that day.
6    To ensure that Defendants do not have to deposit the fines until after the Court rules on the
7    motion to stay and to allow Defendants sufficient time to deposit the funds after the Court rules
8    on that motion, the parties agree that the court should extend the July 25 and July 26 deadlines to
9    July 29.  This deadline would also allow Defendants to seek further relief in the Ninth Circuit, if
10   necessary, after the Court issues its ruling and before depositing the fines with the Court.
11   Accordingly, the parties jointly request that the Court enter an order extending Defendants'
12   deadline to deposit both sets of fines to July 29, 2024.
13   **IT IS SO STIPULATED**.
14   ///
15   ///
16   ///

20053643.1 [4513925.1]                                2

Stip. Request and Order Modify Deadlines Payment Fines (2:90-cv-00520 KJM-DB (PC))

| | |
|---|---|
| Dated:  July 24, 2024 | ROB A. BONTA<br>ATTORNEY GENERAL OF CALIFORNIA |
| | /s/ *Damon McClain*<br>DAMON MCCLAIN<br>SUPERVISING DEPUTY ATTORNEY GENERAL<br>*Attorneys for Defendants* |
| Dated:  July 24, 2024 | HANSON BRIDGETT LLP |
| | /s/ *Paul B. Mello*<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>*Attorneys for Defendants* |
| Dated:  July 24, 2024 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| | /s/ *Ernest Galvan*<br>ERNEST GALVAN<br>*Attorneys for Plaintiffs* |

The court signed its July 24, 2024 Order, ECF No. 8339, denying defendants' motion to stay, ECF No. 8311-1, before the parties filed the foregoing stipulation. The stipulated request to extend both deadlines for deposit of fines is moot, as the court has resolved the motion to stay prior to the expiration of either deadline. Nonetheless, under the circumstances the court exercises its discretion and permits both deposits to be made by 4:00 p.m. on July 29, 2024.

**IT IS SO ORDERED.**

DATED: July 24, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

20053643.1  [4513925.1]                                3

Stip. Request and Order Modify Deadlines Payment Fines (2:90-cv-00520 KJM-DB (PC))