UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RALPH COLEMAN; et al., | No. 24-4023 |
| Plaintiffs - Appellees, | D.C. No. 2:90-cv-00520-KJM-DB |
| v. | Eastern District of California, Sacramento |
| GAVIN NEWSOM; et al., | ORDER |
| Defendants - Appellants. | |

Before:  LEE and FORREST, Circuit Judges.

The parties' stipulated emergency request for an administrative stay of the deadlines set by the district court's contempt orders (Docket Entry No. 10) is granted.  *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).  The district court's June 25, 2024 and June 27, 2024 orders are temporarily stayed pending resolution of the motion for a stay pending appeal filed in this court.

The response to the motion for a stay pending appeal is due August 9, 2024. The optional reply is due August 16, 2024.