| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>LAWRENCE M. CIRELLI, SBN 114710<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID CASARRUBIAS-GONZÁLEZ, SBN 321994<br>MOLLIE H. LEVY, SBN 333744<br>SAMANTHA M. BACON, SBN 351561<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone:   415-777-3200<br>Pmello@hansonbridgett.com<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　　Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF SECRETARY JEFF MACOMBER IN SUPPORT OF PARTIES' JOINT STATEMENT RE RESPONSE TO ORDER TO SHOW CAUSE RE APPOINTMENT OF RECEIVER**<br><br>Judge:   Hon. Kimberly J. Mueller |

　　　　I, Jeff Macomber, declare as follows:

　　　　1.　　I am Secretary of the California Department of Corrections and Rehabilitation (CDCR), a position I have held since December 12, 2022. My career at CDCR has spanned over three decades, beginning as a correctional officer in 1993. Prior to becoming Secretary of CDCR, I served as Undersecretary of Operations from 2020 to 2022. I have served in various leadership roles at CDCR Headquarters from 1994 to 2004, and then in leadership capacities, including as Warden at California State Prison, Sacramento, prior to becoming Undersecretary of Operations. I submit this declaration in support of the Parties' Joint Response to the Order to Show Cause re Appointment of Receiver.

2. Mr. Kelso's appointment as Receiver over CDCR's Mental Health Care Services Delivery System (MHSDS) would create efficiencies as medical and mental health patients are not distinct—there is just one system and one set of patients. It would also present a unique opportunity to better coordinate the care that is delivered to CDCR patients and reduce the potential for confusion, inconsistencies, and inefficiencies. I believe Mr. Kelso's appointment would likely bring about a quicker resolution to this case.

3. Given Mr. Kelso's proven track record of success, the infrastructure and institutional knowledge he would bring to this new role, and the relationships Mr. Kelso has built within and across State agencies over his many years in State service, I strongly support his appointment as *Coleman* Receiver.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of August in Homewood, California.

*/s/ Jeff Macomber*
Jeff Macomber