ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID CASARRUBIAS-GONZÁLEZ, SBN 321994
MOLLIE H. LEVY, SBN 333744
SAMANTHA M. BACON, SBN 351561
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: 415-777-3200
 Pmello@hansonbridgett.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.<br><br>  Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF DAVID SAPP IN SUPPORT OF PARTIES' JOINT STATEMENT RE RESPONSE TO ORDER TO SHOW CAUSE RE APPOINTMENT OF RECEIVER**<br><br>Judge:   Hon. Kimberly J. Mueller |

I, David Sapp, declare as follows:

1. I am the Legal Affairs Secretary for the Office of Governor Gavin Newsom. I have held this position since April 2023, and before that, I served as Acting Legal Affairs Secretary from December 2022 to April 2023. I have previously served as Chief Deputy Legal Affairs Secretary and Deputy Legal Affairs Secretary. I have also held roles with the California State Board of Education (as Deputy Policy Director and Assistant Legal Counsel) and the American Civil Liberties Union Foundation of Southern California (as Director of Education Advocacy / Legal Counsel, and as a staff attorney).

2. In my current role, I serve as principal legal advisor to the Governor and as a

member of the Governor's Senior Executive Team. I manage a team of approximately 23 attorneys, analysts, and support staff in the Office of Legal Affairs, including overseeing civil litigation, internal legal advice, Tribal compact negotiations, parole and clemency, and other in-house counsel responsibilities.

3. As the Legal Affairs Secretary, I have reviewed the Court's Order to Show Cause and have been directly involved in the preparation of the parties' joint filing.

4. The Governor's Office supports the appointment of J. Clark Kelso as the Receiver over CDCR's Mental Health Services Delivery System under the terms specified in the joint filing. Through my work as the Legal Affairs Secretary, and Chief Deputy before that, I am familiar with Mr. Kelso's work as the Receiver in *Plata*. I know that Mr. Kelso brings a unique skillset and experience to the Receiver position that cannot be matched by any other person: He is deeply familiar with CDCR's medical and custodial operations, understands the intricacies of state government operations and the legislative process, and is well-respected by the parties and stakeholders.

5. Given Mr. Kelso's unique qualifications, the Governor's Office believes that his appointment as Receiver provides an important opportunity to move this case forward towards resolution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of August, 2024, at Sacramento, California.

_____
David Sapp