| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>MARISSA HATTON – 348678<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:    (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:    (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>AMY XU – 330707<br>CARA E. TRAPANI – 313411<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>GINGER JACKSON-GLEICH – 324454<br>ADRIENNE PON HARROLD – 326640<br>ARIELLE W. TOLMAN – 342635<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:    (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>           Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>Judge:  Hon. Kimberly J. Mueller |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

3    PLEASE TAKE NOTICE that Marissa Hatton has taken new employment, and
4 after August 7, 2024, will no longer work for the Prison Law Office. She hereby withdraws
5 as counsel of record for Plaintiffs in this action. Counsel of record for Plaintiffs otherwise
6 remains the same.

7    DATED: August 7, 2024            Respectfully Submitted,

        PRISON LAW OFFICE

        By:    */s/ Marissa K. Hatton*
               Marissa K. Hatton
               Attorney for Plaintiffs

# SERVICE LIST

Damon McClain
Supervising Deputy Attorney General
Elise Owens Thorn
Deputy Attorney General
Namrata Kotwani
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
damon.mcclain@doj.ca.gov; Elise.Thorn@doj.ca.gov; namrata.kotwani@doj.ca.gov

Paul B. Mello
Samantha D. Wolff
Kaylen Kadotani
Laurel O'Connor
David C. Casarrubias
Carson R. Niello
Hanson Bridgett LLP
1676 N. California Blvd., Suite 620
Walnut Creek, CA 94596
pmello@hansonbridgett.com; swolff@hansonbridgett.com; KKadotani@hansonbridgett.com; LOConnor@hansonbridgett.com; DCasarrubias@hansonbridgett.com; CNiello@hansonbridgett.com