| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | ERNEST GALVAN – 196065 |
| MARGOT MENDELSON – 268583 | LISA ELLS – 243657 |
| PRISON LAW OFFICE | JENNY S. YELIN – 273601 |
| 1917 Fifth Street | THOMAS NOLAN – 169692 |
| Berkeley, California 94710-1916 | MICHAEL S. NUNEZ – 280535 |
| Telephone: (510) 280-2621 | MARC J. SHINN-KRANTZ – 312968 |
| | ALEXANDER GOURSE – 321631 |
| CLAUDIA CENTER – 158255 | BENJAMIN W. HOLSTON – 341439 |
| DISABILITY RIGHTS EDUCATION | MAYA E. CAMPBELL – 345180 |
| AND DEFENSE FUND, INC. | LUMA KHABBAZ – 351492 |
| Ed Roberts Campus | JARED MILLER – 353641 |
| 3075 Adeline Street, Suite 210 | ROSEN BIEN |
| Berkeley, California 94703-2578 | GALVAN & GRUNFELD LLP |
| Telephone: (510) 644-2555 | 101 Mission Street, Sixth Floor |
| | San Francisco, California 94105-1738 |
| | Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90−CV−00520−KJM−SCR<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR SUBMITTING WRITTEN PLAN FOR CONTEMPT FINES (ECF NO. 8330)**<br><br>Judge: Hon. Kimberly J. Mueller |

21057781.1 [4540280.2]

On July 12, 2024, the Court ordered the parties to meet and confer under the supervision of the Special Master and then "submit to the court a written plan for expenditure of accumulated fines … to remedy ongoing mental health understaffing in the CDCR units covered by the 2009 staffing plan" within thirty days.  July 12, 2024 Order, ECF No. 8330.  The parties and the Special Master met to discuss the expenditure plan on August 7, 2024.  The meeting was productive, but the parties require additional time to further discuss the proposals presented, as well as exchange additional information necessary to submit a well-formulated plan for the Court's consideration.  The parties therefore jointly request a two-week extension of the deadline, during which time they will continue to exchange information and meet under the supervision of the Special Master.  If the Court accepts this stipulation, the parties and the Special Master have scheduled a follow-up meet and confer for August 14, 2024, and may have at least one additional session prior to finalizing the proposed plan.  Given that the orders regarding Defendants' deposits of the contempt fines are administratively stayed until the Ninth Circuit Court of Appeals rules on Defendants' pending motion for a stay, which cannot happen before August 16, 2024, the due date for Defendants' Reply, a short extension will not delay the disbursement of funds.

Accordingly, the parties jointly request that the Court extend the deadline to submit the written plan to August 26, 2024.  The Special Master has informed the parties that he takes no position on this request.

Respectfully submitted,

DATED:  August 7, 2024    ROSEN BIEN GALVAN & GRUNFELD LLP

By:  /s/ Jenny S. Yelin
     Jenny S. Yelin

Attorneys for Plaintiffs

21057781.1  [4540280.2]    1

DATED: August 7, 2024

ROB BONTA
Attorney General of California
Damon G. McClain
Supervising Deputy Attorney General

By: */s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General

Attorneys for Plaintiffs

DATED: August 7, 2024

HANSON BRIDGETT LLP

By: */s/ Samantha D. Wolff*
Paul B. Mello
Lawrence M. Cirelli
Samantha D. Wolff

Attorneys for Plaintiffs

## ORDER

Following discussion with the parties at a telephonic status conference on August 9, 2024, ECF No. 8351, and good cause appearing, the parties are granted an extension to 4 p.m. on August 23, 2024, to file the written plan that is required by the Court's July 12, 2024 Order, ECF No. 8330.

IT IS SO ORDERED.

DATED: August 9, 2024.

CHIEF UNITED STATES DISTRICT JUDGE