**RESUME**
**Eric F. Douglas**
**Senior Partner**

## Summary

Eric Douglas is the founder and senior partner of Leading Resources Inc., a consulting company headquartered in Sacramento, California. Eric specializes in facilitating real, meaningful change in the areas of strategy, governance, and leadership performance. He has worked with hundreds of client organizations and is broadly recognized as an industry leader in developing high-performing organizations.

Eric is the author of two books, plus numerous articles and leadership tools used by thousands of leaders and organizations internationally. These books and tools can be found at our website: www.leadingresources.com.

## Examples of Client Experience

Note: In all cases below, Eric Douglas provided the services or led the team providing the services:

For California's **Autism Advisory Task Force** (2011-2012), LRI facilitated a year-long process with 18 task force members to develop comprehensive policy recommendations for the behavioral health care of individuals with autism. Task force members represented the interests of advocates, health plans, state government, and practitioners. LRI facilitated the drafting of a comprehensive framework of goals and policies – and used a combination of in-person meetings and an online survey and feedback system to develop consensus on more than 50 policy recommendations that were forwarded to the Administration and Legislature to implement.

For the **California Alliance for Arts Education** (2009-2016), an advocacy organization, Eric worked with the Board of Directors to define a new governance structure. As part of that process, LRI designed and facilitated discussions with various stakeholder groups about strategies to build stronger coalition partnerships. This information gathering process helped inform the development of a new governance structure that featured a Policy Council representing 40 coalition partners. Our work included facilitating specific decisions about the roles and responsibilities of Board members, the Policy Council, and the executive director. LRI also facilitated local planning sessions that resulted in a significant improvement in overall communication across the organization.

For the **California Association for Nurse Practitioners** (2022 to present), Eric and the LRI team designed and facilitated workshops with the executive team, the board of directors, and a task force to develop a new strategic plan. As part of the information gathering process, LRI conducted interviews with board members and the executive director. LRI facilitated meetings of a board-led task force, and meetings with the senior staff, to hone the goals, objectives, and related strategies. As part of the work, LRI facilitated the development of strategies to advance diversity, equity, inclusion and

belonging and address health care disparities. LRI also facilitated training workshops for the board on effective governance. In a subsequent initiative, LRI facilitated the development of an action plan, tied to the strategic plan, and conducted surveys of members and non-members to learn how the Association could improve its value proposition for members.

For the **California Business, Consumer Services, and Housing Agency (BCSH)** (2021), Eric and the LRI team served in a project management role to facilitate the consolidation of three state organizations into a single Department of Cannabis Control. LRI served as project manager and provided strategic counsel. The LRI team helped to ensure that key deliverables and decisions were made on time and in alignment with the foundational principles of the new Department. LRI also facilitated the change management needed to successfully establish the new state department.

For the **California Department of Food and Agriculture** (2019 to present), Eric worked with its executive leadership to design and implement a mentoring and leadership development program. This included training for mentors as well as three day-long workshops that formed the backbone of the mentoring program. Workshop 1 focused on interpersonal communications, being a trusted leader, and the GROW model for effective facilitation. Workshop 2 focused on accountability, follow-through and collaboration. Workshop 3 focused on inspirational, results-driven leadership, focusing on six factors of success in change management, the strategic impact matrix, RACI charts, OKRs, and the organizational performance maturity model.  As the number of participants in the mentoring program grew, the number of cohorts grew as well. Eric and the LRI team delivered these sessions both in person and virtually.

For the **California Central Valley Flood Control Board** (2012-2013), Eric worked with both its Board and its senior staff to facilitate the development of a strategic plan and, once it was adopted by the Board, an action plan. The action plan detailed the resources requred for each strategy and enabled the Board to link the strategic plan to the annual budgeting process. As part of the engagement, Eric also worked with the Board to establish governance policies and rules of engagement for its members. He also provided training to the Board in the effective monitoring of the plan and communication with staff.

For the **California District Attorneys Association** (2019-2020), Eric worked with its Board and CEO to introduce them to the habits of highly effective boards and facilitate the development of clear roles and responsibilities for the Board, for Board members, and for the CEO. Subsequently, Eric facilitated workshops with the Board to deepen the principles of effective governance and develop strategic goals.

For the **California Public Utilities Commission** (2017-2019), Eric led a team from LRI that worked with the five-member commission and the senior management team to implement a new system of governance for the organization, focusing on clarity of roles and accountability, and an integrated set of strategic directives, detailing the results that the CPUC wants to achieve in areas such as safety, consumer protection, and climate change. To do this work, Eric and the team gathered information about current systems of governance and planning; they interpreted the data and presented findings with relevant recommendations to the Commission. This led to a faciliated planning process in which different teams analyzed issues in various strategic areas, evaluated the impact of alternative strategic interventions and programs, and developed policies.

Concurrently, Eric and the LRI team also facilitated the development of a set of core values for the CPUC and helped educate employees about the appropriate ways to frame and communicate their core values.

For **CalPERS** (2014-2016), Eric provided executive coaching and team building. His work with the executive team focused on identifying 2-3 specific areas of development, tied to the overall performance goals, and then coaching them in higher order management skills and strategies. This resulted in higher levels of management and communication throughout the agency.

For the **California Victim Compensation Board** (2015-2018), Eric led a team from LRI to facilitate the development of a strategic plan and implementation plan for the Board. The work included focus groups with managers and employees, an employee survey on core values, and working with the leadership team of the Board, including the executive officer and her four top deputies. The work also included training and coaching in decision making, delegation, and clarifying roles and responsibilities.

For the **California State Auditor** (2009-2015), Eric and a team from LRI facilitated a strategic planning process to align the Bureau's leaders and managers around a common purpose, vision, and set of core values. LRI also provided training and coaching to improve the leadership and management skills of the managers, starting with the senior managers and cascading two levels down. Three coaches from LRI conducted 360 assessments and coached individual managers across the agency in specific areas, such as delegating, project management, and motivating people. The third phase of work resulted in improvements to two core business processes: real-time project tracking for all audits (looking at both financial and quality measures) and the development of a consistent process for developing all of the Bureau's employees. This resulted in a state-of-the-art human resources performance lifecycle system.

For the **California Urban Forests Council** (2003-2010), an environmental advocacy organization, Eric facilitated the development of a new governance structure that improved communication and leadership across the organization. This included working with the Board of Directors and the executive director, as well as working with an ad hoc committee. LRI facilitated meetings of the Board of Directors that resulted in the approval and implementation of the new strategic plan and governance structure.

For the **City of Redondo Beach** (2021-present), Eric led a team that facilitated a series of strategic planning meetings with the mayor, city council members, city manager and senior leadership team. The team facilitated an assessment of the City's strengths, weaknesses, opportunities and threats (SWOT). LRI created a process to gather each council member's ideas to improve the City in areas such as police and fire, parks and recreation, public works, and community development. For each idea, LRI led a discussion of the potential benefits and resource implications. The team then facilitated a process to weigh the list of ideas and identify the highest priorities. LRI translated those priorities into a draft strategic plan, which was refined and then approved unanimously.

For **Community Financial** (2004-2005), Eric worked with the management team and HR division to improve communication. Using our Straight Talk® tools for productive communication, we conducted a series of team-building workshops with managers designed to foster improved communication, develop strategies for change, and establish clear understanding of decision-making roles and responsibilities. The result,

based on follow-up assessments, was higher levels of trust, innovation, and performance among the management team.

For **Covered California** (2019-present), Eric and the LRI team facilitated strategic planning discussions of the executive team, leading to a first-ever strategic plan for the organization. LRI served as project manager for the planning process, which included change management and communication. As part of the work, LRI facilitated the development of strategies to advance diversity, equity, inclusion and belonging and address health care disparities. Once the strategic plan was developed, LRI facilitated the development of an implementation plan, featuring SMART results tied to each goal in the plan. LRI's team provided counsel and training in strategic plan monitoring. The LRI team also provided individual coaching and team-building workshops. For example, our team provided Straight Talk® tools for productive communication and StrengthsFinders® workshops for individual and teams. Eric also led a team from LRI that developed and implements **Covered California Academy**, which is a custom-designed training program for managers and supervisors at Covered California. Topics of the Academy include addressing disparities in health care coverage and health outcomes, the roles of plans and government agencies in regulating the evolving health care marketplace, and changes and trends impacting managed health care.

For California's **Department of Cannabis Control** (2020-present), Eric and a team from LRI facilitated planning discussions that led to the combination of three prior state entities into the new Department. Once the Department was formed, LRI facilitated the development of DCC's strategic plan through a series of engagements with senor leadership and managers. LRI also provided coaching and leadership development workshops to DCC managers.

For California's **Department of Developmental Services** (DDS) (2020-2021), Eric and a team from LRI facilitated the department's Developmental Services Task Force and stakeholder work groups on a monthly basis. These stakeholder work groups focused on Service Access and Equity, Community Resources, Transportation, Eligibility and Intake, Safety Net, and System and Fiscal Reform. LRI's work resulted in a set of goals for DDS that helped improve the delivery of services throughout the state.

For California's **Department of Managed Health Care (DMHC)** (2015-2021), Eric led a team from LRI to develop its strategic plan. LRI conducted information-gathering sessions with internal and external stakeholders, which included interviews with key stakeholders, focus groups, and an online survey. LRI designed and facilitated workshops with a planning team composed of the director, chief deputy, and deputy directors. The resulting product was a strategic plan with mission, core values, goals, objectives, and strategies. LRI also facilitated the development of an implementation plan, including year one priorities and action plans. LRI also provided training and coaching to the deputies in communication, decision-making and management, as well as helped develop the process for monitoring the strategic plan, tied to a set of metrics to measure performance.

For California's **Office of Health Care Affordability (OHCA)** (2022-present), Eric and a team from LRI facilitate planning meetings of the OHCA Board and advisory board, made up of a diverse array of health care organizations. The role of the Office is to monitor changes and trends in the underlying cost drivers of health care and to develop policies for health plans, including managed health care plans, to manage the growth in

costs. LRI helped organize meetings of the board and advisory board, created agendas and runs-of-show, and facilitated discussions.

For California's **Department of Health Care Services (DHCS)** (2007-present), Eric and a team from LRI faciltated three iterations of its strategic plan, along with related implementation plans. In the most recent (2023) iteration of the planning process, Eric and the LRI team worked with the Department's director, chief deputy directors, and division directors to facilitate and develop a new purpose statement for the Department, six goals, and related objectives. In addition, LRI also facilitated workshops related to the ongoing implementation and monitoring of the strategic plan, including SMART results tied to each objective. As part of the work, LRI facilitated the development of strategies to advance diversity, equity, inclusion and belonging and address health care disparities. Eric and a team from LRI also developed and subsequently managed the successful implementation of **DHCS Leadership Academy**, which trains cohorts of DHCS managers in the best practices and innovations in health care management, including the evolving health care marketplace and changes and trends impacting managed health care. LRI also designs and facilitates **DHCS Academy Plus,** where executives learn higher-level leadership skills.

For **Early Edge California** (2011-2017), a California-based advocacy group, Eric facilitated a strategic planning process to assess the state of early learning in California. This included working with a diverse array of stakeholders to develop alternative campaign scenarios and broad strategies for improving elementary-level proficiency. Eric assisted with narrowing options, mapping the necessary advocacy efforts required, identifying key partners and their roles, and documenting all of the above into a strategic plan and action plan with key performance indicators. Eric also provided leadership coaching to the president of Early Edge California.

For the **Education and Environment Initiative (EEI)** (2009-2012), Eric led a team that facilitated a collaboration between several non-profit organizations, CalEPA and the California Department of Education. LRI developed a strategic plan that articulated the mission, vision, and core values for EEI, along with goals, objectives, and action steps, all tied to a framework of performance measures. This plan guided the development and implementation of a curriculum on environmental education that has been widely adopted in the K-12 system in California.

For the **Employment Development Department** (2021), Eric worked with the Department to stand up its Stakeholder Advisory Committee. We developed the committee's charter and operating principles. Eric facilitated the initial meetings of the Stakeholder Advisory Committee. The LRI team worked with senior leadership at EDD to prepare agendas and background materials for the committee. We also put together detailed runs-of-show to assure strong coordination between the senior staff, support staff, and LRI team in the facilitation of the meetings.

For **Far Western Anthropological Research** (2022-present), Eric and a team from LRI facilitated strategic planning discussions for its Board of Directors that resulted in alignment in two areas: the rate of growth for the firm and the implementation of a new organizational structure. LRI designed a series of offsite meetings as well as follow-up sessions with small groups that focused on change management and built momentum and championship for these goals.

For the **Governor's Office of Business and Economic Development (GO-Biz)** (2016-2017), Eric led an LRI team that facilitated a strategic planning process to articulate and align priorities, desired results, and performance metrics for all units and affiliated programs within the organization. The LRI team designed a process that engaged every employee in the development of these plans. The LRI team also facilitated units' development of action plans that delineated the key actions, leads, and timeframes for achieving each desired result. In addition, LRI worked with the senior staff to develop a purpose statement for the organization, as well as core values.

For the **Healthy California for All Commission** (2021-2022), Eric led a team from LRI that facilitated the public meetings of this commission. The team put together the public agendas, slide presentations, runs-of-show, and other background materials in preparation for each meeting. LRI facilitated meetings with CalHHS Secretary Mark Ghaly, the commission chair, to plan for each commission meeting. As part of this work, LRI worked with leaders from across the health care industry, including licensed health plans, hospitals, medical groups, and government agencies, to formulate strategies for addressing disparities in health care, driving down the costs of health care, and improving the health of all Californians. Working in conjunction with our technical partners, LRI helped develop the final report of the commission.

For the **Health Care Reform Task Force** (2010), LRI facilitated the work of seven task forces, resulting in the development of a plan to guide California's implementation of the Affordable Care Act. Led by the secretary of the California Health and Human Services Agency, task force members included leaders of state agencies and departments with expertise in insurance regulation, Medi-Cal, health coverage purchasing, public health, financing, health information technology and health care work force issues. LRI facilitated the work of the seven task forces and drafted the resulting plan that guided the state's successful efforts in implementing the Affordable Care Act.

For the **HLA Group** (2003-2007), Eric designed and facilitated a process that focused on a cultural change for the organization. The process resulted in improved communication, a new organizational structure, clearer lines of responsibility, and a performance scorecard. The result, as measured in follow-up assessments, was a marked improvement in management communication and increased morale throughout the organization.

For **HSBC Bank** (2001-2007), a worldwide financial services institution, Eric provided leadership coaching and team development for the bank's senior managers. In London, Eric conducted three team-building workshops resulting in higher levels of trust, accountability, and attention to results. In addition, Eric provided leadership coaching to the CEO, COO and other senior managers for a six-month period. This resulted in higher levels of productive working relationships and teamwork.

For the **Large Public Power Council** (2019-present), Eric facilitated a strategic planning process with the CEOs of the nation's largest public power utilities. The work resulted in consensus among the CEOS around LPPC's mission, vision, goals, objectives and related action plan. Eric provided counsel to LPPC's chief executive and also facilitated the work of a committee that guided the implementation of the strategic plan.

For the **Long Island Power Authority (LIPA)** (2019-present), Eric led a team from LRI that worked with LIPA's managers to identify strategies for improving their oversight of

the company that manages the utility's operations. In the first phase of work, this included developing an organizational assessment and facilitating an understanding of what performance oversight entails, developing a new oversight strategy for LIPA's service provider, and building internal capacity for performance management. Eric and the LRI team then facilitated the development of strategic goals and related governance policies for LIPA. LRI worked with the board of directors, CEO, and executive team to develop strategic goals and 5-year roadmaps for customer experience, fiscal sustainability, transmission and distribution, resource planning, and information technology. The LRI team also conducts regular assessments about the Board's performance.

For **Mid-Pacific Engineering** (2019-present), Eric led a team from LRI to help the company develop a leadership development process to integrate new members of its leadership team, provide coaching and expand, and develop measures of success. Eric also facilitated the development of organizational structure, process maps, and workflow charts. Addionally, Eric facilitated a strategic planning process with its senior leaders that resulted in a new strategic plan, along with related objectives and key results (OKRs). He also facilitated workshops to strengthen the team's leadership and management skills, clarify governance responsibilities, and develop standard operating procedures. He introduced the team to various management tools that helped streamline business processes and clarify roles. Eric and the LRI team provided 360 assessments and leadership coaching to nine managers. He also facilitated follow-up meetings of its board of directors to track progress and refresh the company's strategic priorities.

For **The M.I.N.D. Institute** (2006-2008), Eric facilitated a process for the Board of Directors resulting in clarity about the Board's governance role and responsibilities. He also facilitated the development of the institute's strategic plan and fund development goals. He facilitated discussions with the leadership team and the Board of Directors to clarify the overall direction of the M.I.N.D. and the Board's role in fund development. He provided coaching to the executive director and his team. He also facilitated meetings of the faculty to clarify their research priorities and to build a shared vision for a new translational research building.

For the **Nebraska Public Power District (NPPD)** (2017-present), Eric faciliated Board workshops to build an understanding of effective governance. As a result, NPPD's Board adopted a policy governance model and related processes. Eric also provided counsel to the District's CEO with regard to ongoing Board development.

For the **Omaha Public Power District** (2016-present), Eric facilitated the development of a new governance structure and an integrated set of strategic directives. Eric worked with the elected Board, the CEO and executive team to first identify the need for a new structure. Once consensus was reached on the need, Eric facilitated a detailed planning process that resulted in new clarity of roles and responsibilities for the Board of Directors, new delegations to the CEO, and a clear set of goals and related performance metrics to guide the organization.

For **PHH Arval** (2011), a publicly traded fleet management company, Eric worked with the CEO and executive team to envision and implement a new business model that successfully catapulted the company to higher revenues and profitability. Eric designed and facilitated a strategic planning process that enabled managers within the company to grasp the logic of this vision, endorse it openly, and define plans for implementation.

As a result of his work, the vision was implemented – with the full support of all managers.

For the **Public Broadcasting System** (1997-1998), Eric Douglas led a team that worked with the CEOs of 110 PBS stations to develop a new governance structure for public television and new strategic initiatives. The work involved training CEOs in the tools of productive communication so that they could identify root issues and address them in a spirt of constructive debate, collaboration, and consensus building. (This work led to Eric Douglas' first book: Straight Talk: Turning Communication Upside Down for Strategic Results.)

For the **Redondo Beach Unified School District** (2023), Eric led a team from LRI to develop a strategic plan for the District. LRI designed and implemented a survey to gather information and feedback from parents, teachers, and students. Eric and the LRI team then worked with the school board, superintendent, and senior management team to develop strategic goals, objectives, and measures of success. In addition to the strategic planning work, LRI facilitated a governance workshop to help clarify the roles of the school board, of board members, and the superintendent in directing the District.

For **Retinal Consultants of Sacramento** (2011-2013), Eric led a team from LRI that worked with the company's shareholders to define a new Constitution, laying out its principles of governance and decision making, including the roles and responsibilities of the Board of Directors, an Advisory Council, the Managing Partner, and the CEO. We facilitated the process of developing and adopting the Constitution and the selection of the Managing Partner. We then facilitated the development of a new strategic plan, action plan, and core business processes. In addition, we provided executive coaching to the managing partner and CEO. Our team also designed and facilitated training workshops for managers and staff.

For the **Sacramento Area Regional Technology Alliance (SARTA)** (2008-2014), Eric led a team that worked with the Board of Directors to develop a new strategic plan and to clarify the Board's governance roles and responsibilities. This resulted in the Board adopting a written plan detailing SARTA's purpose, vision, and core values, along with specific goals and performance measures. The plan also included specific policies related to the role of the Board and the role of the CEO. The work with SARTA also included facilitating improved communication between the Board and the executive director.

For the **Sacramento Area Flood Control Agency (SAFCA)** (2009-2015), Eric and a team from LRI worked with the Board of Directors (composed of city and county elected officials) and executive team to develop and implement plans to strengthen the agency's leadership. This included conducting a situation assessment, presenting recommendations to the Board, and facilitating agreements on expanding the composition of the leadership team and making other organizational improvements.

For **the Sacramento Ballet** (2008), Eric worked with a planning team comprised of the artistic and executive directors and members of the Board's executive committee to develop a new strategic plan, along with a performance scorecard and implementation plan. Using our Six Rings Model©, this process focused on new strategies for audience growth and fund-raising. LRI also worked with the Board of Directors to identify and document the Board's decision-making responsibilities.

For the **Sacramento Municipal Utility District (SMUD)** (2001-present), Eric facilitated the development of a new governance framework and new governance policies for its elected Board of Directors. In addition to his work on governance, Eric facilitated the development of SMUD's strategic directives. As a result, SMUD realized measurable gains in alignment and performance throughout the organization. He also facilitated Board workshops to improve communication, meeting management, and the effective management of decision processes.

For the **Sacramento Natural Foods Co-op** (2000-2019), LRI worked with the Board of Directors and general manager to develop its strategic plan. This work included extensive surveying of the Co-op's members via interviews, focus groups, and an online survey. The extensive engagement of the Co-op's members, and the creation of a multi-stakeholder task force, resulted in a successful vote by the Board to approve the strategic plan and the implementation of key initiatives. LRI also provided training workshops to improve communication, decision making, leadership, and long-range planning.

For **Sacramento Regional Transit** (2003), Eric worked with the Board of Directors (composed of city and county elected officials), the general manager, and the senior management team, as well as teams of managers and employees, to develop a strategic plan detailing the District's growth plans. He facilitated a new strategic plan, including a vision, five goal areas, and a performance scorecard. His work also focused on building the strength of the Board of Directors, the executive team and the management team in communicating the strategic direction for RT.

For **Sprint** (1999), a global communications company, Eric worked with the senior managers to improve morale and team communication. He conducted several Straight Talk® workshops, helping the group learn about communication styles, decision-making roles and responsibilities, and strategies for managing productive discussion about tough issues.

For **Tacoma Public Utilities (TPU)** (2018-2019), Eric led a team that facilitated the development of a new governance structure and a framework of strategic directives. LRI facilitated meetings of the appointed Board, the General Manager and executive team to identify the elements of its new governance structure. Once consensus was reached, the board, assisted by LRI, developed a clear set of goals and related performance metrics to guide the organization.

For **Wells Fargo Bank** (1998-2001), Eric focused on helping various teams develop operating rules and resolve conflicts related to decision-making. LRI employed a variety of assessment tools, including Straight Talk® tools for productive communication. This resulted in improved communication across several business units. LRI also facilitated planning sessions to improve the integration of several banking units, resulting in tighter coordination of different cultures – a key to Wells Fargo's success in growing from a California bank to a major financial services company.

For the **University of Southern California** (2012-2018), Eric led a team that facilitated the development of a strategic plan for its Division of Occupational Therapy and Occupational Science. LRI facilitated meetings of its management team, conducted analyses of various funding sources and scenarios, analyzed the benefits of various

strategic alternatives, and helped the team finalize its strategic plan. LRI then facilitated the implementation of several key initiatives in the plan, assisted with evaluating the cost/benefits of various initiatives, and facilitated the work with key partners to clarify roles and responsibilities.

For **WellSpace Health** (2006-present), a federally qualified health care center (FQHC), Eric worked with the Board of Directors and senior management team to analyze the organization's strategic strengths, weaknesses, opportunities and threats. Eric began the process by gathering information from the Board of Directors and senior management through interviews. He analyzed those findings and developed recommendations for the Board and CEO. He facilitated a series of Board workshops to orient Board members to the habits of high performing boards and to develop a shared understanding of key trends. He then facilitated the development of four strategic focus areas. Once those were adopted by the Board, Eric worked with the CEO to refine those four focus areas into measures of success and action steps for implementation.

For the **YMCA of Metropolitan Los Angeles** (2008-2010), Eric worked with the CEO and executive team to develop a new strategic plan and governance model for the organization. Eric conducted a situation assessment that revealed the need for facilitated strategic planning discussions with the executive team and the Board of Directors. Subsequently, he facilitated the development of a strategic plan and implementation plan, along with a flexible governance system that enabled the YMCA to reward those local branches that performed well while enabling tighter, centralized control for those where performance flagged. This process resulted in significant improvements in performance.

## Professional History

**Senior Partner, Founder**　　　　　　　　　　　　　　　　　　　　　　**1998-present**
Leading Resources Inc, Sacramento, CA

Founder and senior partner in consulting company providing strategic planning, governance, and leadership development, and other consulting services.

**Senior Partner**　　　　　　　　　　　　　　　　　　　　　　　　　　**1993-1997**
BMR Associates, San Francisco, CA

Partner in consulting company providing strategic planning, leadership coaching, change management, performance assessments, and other consulting services to media companies in the United States.

**Vice President of Marketing and Strategy**　　　　　　　　　　　　　**1989-1993**
The Sacramento Bee, Sacramento, CA

Division head for Pulitzer Prize-winning daily newspaper. Managed major strategic initiatives, resulting in new forays into electronic media. Managed six departments, including market research, promotions, community relations, and new media.

**Executive Editor**　　　　　　　　　　　　　　　　　　　　　　　　　**1984-1989**
Baltimore Magazine, Baltimore, MD

Led business and editorial staff for 50,000-circulation city/regional magazine. Won two National Magazine Awards while earnings grew 12 percent over 4-year span.

**Managing Editor**　　　　　　　　　　　　　　　　　　　　　　　　　**1981-1984**
The Daily Progress, Charlottesville, VA

Led news operation of 25,000-circulation daily newspaper. Initiated new sections, raised circulation, and assisted parent company in strategic acquisitions.

**News editor, reporter**　　　　　　　　　　　　　　　　　　　　　　**1975-1981**
The San Francisco Chronicle, San Francisco, CA

Managed business and news sections of 550,000-circulation daily newspaper. As reporter, covered variety of assignments, including the Patty Hearst kidnapping and the Jonestown massacre.

## Education

- Harvard University: B.A. in government, with honors (1973)
- Phillips Academy, Andover (1968)

## Non-Profit Directorships

- Board of Directors, Harvard Alumni Association                    2014 - 2021
- Board of Directors, Sacramento Tree Foundation                    1998 - 2021
- Board of Directors, Families First, Sacramento                    1992 - 1996
- Board of Directors, Sacramento Science Center                     1990 - 1992
- Board of Directors, Sacramento Zoological Society                 1990 - 1996
- Co-founder and Board chair, Festival de la Familia                1990 - 1992
- Board of Trustees, Sacramento Country Day School                  1989 - 1992

## Selected Published Works

- *The Leadership Equation: Building Trust and Generating Spark to Create High-Performing Organizations*, a book published by Greenleaf Books in 2014.
- *Leading at Light Speed,* a book published by Inkwater Press, Portland, 2010.
- *Straight Talk: Turning Communication Upside Down for Strategic Results,* a book published by Davies Black, Palo Alto, 1998.
- "The Leadership ToolBox," a collection of more than 100 management tools sold via www.leadingresources.com

## Professional Affiliations

- Institute of Management Consultants (CMC certified)
- Organizational Development Network
- Society for Human Resources Management