Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David Casarrubias-González, SBN 321994
Mollie H. Levy, SBN 333744
Samantha M. Bacon, SBN 351561
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: 415-777-3200
Pmello@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**DEFENDANTS' RESPONSE TO AUGUST 22, 2024 ORDER**<br><br>Judge: Hon. Kimberly J. Mueller |

On August 21, 2024, this court held a further hearing via videoconference on the court's July 12, 2024 order to show cause regarding appointment of a receiver in this case. At the conclusion of that hearing, this court instructed Defendants to submit the current organizational charts for the *Plata* case by noon on August 22, 2024. *See* ECF No. 8364. Defendants believed the court wished for these organizational charts to be submitted to its clerk via email, rather than filed on the docket. Accordingly, at 9:51 a.m. on August 22, 2024, counsel for Defendants emailed copies of the California Department of Corrections and Rehabilitation's (CDCR) Executive Organizational Chart and the California Correctional Health Care Services' (CCHCS) Executive Organizational Chart to this court's clerk, and copied counsel for Plaintiffs.

1  Subsequently, this court issued an order requiring the filing of these charts on the docket. ECF
2  No. 8368 at 3:22-25. Accordingly, attached as **Exhibit A** is a true and correct copy of the most
3  recent version of the CCHCS Executive Organizational Chart and attached as **Exhibit B** is a true
4  and correct copy of the most recent version of CDCR's Executive Organizational Chart.

DATED: August 22, 2024

ROB BONTA
Attorney General of California

By: _/s/ Elise Owens Thorn_
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: August 22, 2024

HANSON BRIDGETT LLP

By: _/s/ Samantha Wolff_
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*