# Exhibit A

HEALTH CARE SERVICES

California Correctional Health Care Services
**Executive Leadership**
**March 13, 2023**

- **Receiver/Undersecretary** — **J. Clark Kelso/Diana Toche**
  - Director, Health Care Policy and Administration — **Lara Saich**
    - Deputy Director, Business Services — **Angela Ponciano**
    - Deputy Director, Fiscal Management — **Duane Reeder**
    - Deputy Director, Human Resources — **Jasinda Muhammad**
    - Deputy Director, Labor Relations/ Performance Management/ Staff Development — **Migdalia Siaca**
    - Deputy Director, Policy and Risk Management — **DeAnna Gouldy**
  - Director, Information Technology, Chief Information Officer — **Cheryl Larson**
    - Deputy Director/Deputy Chief Information Officer, Operations — **Robert O'Brien**
    - Deputy Director/Deputy Chief Information Officer, Application Innovation — **Kevin Sutton**
    - Deputy Director/Deputy Chief Information Officer, Project Management, Administration, and Acquisition Services — **Rohit Chaurasia**
    - Deputy Director/Deputy Chief Information Officer, Infrastructure Services — **Xiaomiao (Jessica) Zheng**
  - Director, Legislation, Communications, Project Executive: California Model/ISUDT — **Lisa Heintz**
    - Deputy Director, Communications — **Elizabeth (Liz) Gransee**
  - Director, Health Care Services — **Joseph Bick**
    - Deputy Director, Medical — **Renee Kanan**
      - Dietary, Health Info Mgt., Laboratory Scv., Medical Imaging, Pharmacy, Public Health, Telemedicine, Utilization Mgt.
    - Deputy Director, Nursing — **Debra Amos-Terrell (A)**
    - Deputy Director, Quality Management — **Annette Lambert**
    - Deputy Director, Mental Health — **Amar Mehta**
      - Psychiatry, Psychology, Statewide Planning and Policy Support
    - Deputy Director, Dental — **Kevin Myers(A)**
      - Regional Dental Directors I-IV
    - Deputy Director, Institution Operations — **(Vacant)**
      - Regional Health Care Executives I-IV
  - Director, Corrections Services — **Joseph (Jason) Williams (A)**
    - Deputy Director, Corrections Services — **(Vacant)**
    - Deputy Director, Facility Planning & Activation Management — **(Vacant)**
  - Chief Counsel, Office Of Legal Affairs — **Roscoe Barrow**

DocuSigned by:
Diana Toche
D7A487A8AEC64C4...

DIANA TOCHE D.D.S., Undersecretary, Health Care Services — 3/23/2023 — Date

DocuSigned by:
Clark Kelso
2E3708FD02AF4DC...

J. CLARK KELSO, Receiver — 3/24/2023 — Date