# Exhibit B

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
as of August 1, 2024

**SECRETARY**
Jeffrey Macomber

**Council on Criminal Justice and Behavioral Health**
Executive Officer
Brenda Grealish

**Office of Legal Affairs**
Assistant Secretary/ Chief Counsel
Jennifer Neill

**Office of Public & Employee Communications**
Assistant Secretary
Albert Lundeen

**Office of Legislative Affairs**
Assistant Secretary
Sarah Larson

**Office Civil Rights**
Associate Director
Sarina Calderon
Gena Foston (A)

**Board of Parole Hearings**
Executive Officer
Jennifer Shaffer

**Prison Industry Authority**
General Manger
William Davidson

## HEALTH CARE SERVICES
Undersecretary
Diana Toche

- **Health Care Services** — Director — Dr. Joseph Bick, M.D.
  - **Dental Services** — Deputy Director — Kevin Myers, D.D.S.
  - **Mental Health Services** — Deputy Director — Dr. Amar Mehta

## ADMINISTRATION
Undersecretary
Jennifer Barretto

- **Division of Facility Planning, Construction & Management** — Director — David Lewis
  - **Division of Facility Planning, Construction & Management** — Deputy Director — Michelle Weaver
  - **Office of Labor Relations** — Chief — Robert Ramirez

- **Division of Enterprise Information Services** — Director — Edmond Blagdon
  - **Operations & Support** — Deputy Director — Richard Gillespie
  - **Enterprise Planning & Solutions** — Deputy Director — Vacant

- **Division of Administrative Services** — Director — Stacy Lopez
  - **Office of Business Services** — Deputy Director — Vacant — Jaime Moss (A)
  - **Office of Employee Health Management** — Deputy Director — Randolph Weissman
  - **Peace Officer Selection & Employee Development** — Deputy Director — Gina Savala
  - **Office of Employee Wellness** — Chief Psychologist — Dr. Briana Rojas
  - **Office of Fiscal Services** — Deputy Director — Vinay Behl
  - **Human Resources** — Deputy Director — Danyal Noel
  - **Commission on Correctional Peace Officer Standards & Training** — Executive Director — Tina Bayles

- **Division of Correctional Policy Research & Internal Oversight** — Director — Chris Chambers
  - **Office of Internal Affairs** — Deputy Director — David Chriss
  - **Office of Audits & Court Compliance** — Deputy Director — Marc Wilson
  - **Office of Research** — Deputy Director — Catherine Jefferson
  - **Office of Appeals** — Associate Director — Howard Moseley
  - **Regulations & Policy Management** — Associate Director — Ying Sun

## OPERATIONS
Undersecretary
Tammy Foss

- **Division of Adult Institutions** — Director — Ron Broomfield
  - **Facility Operations** — Deputy Director — Jennifer Benavidez
    - **General Population - Males** — Associate Director — Vacant — Glen Pratt (A)
    - **Reception Center Institutions** — Associate Director — Patrick Eaton
    - **High Security - Males** — Associate Director — Vacant — Bryan Phillips (A)
    - **Female Offender Program & Services** — Associate Director — Angela Kent
  - **Facility Support** — Deputy Director — Jared Lozano
    - **Facility Support** — Assistant Deputy Director — Vacant
    - **Program Operations** — Assistant Deputy Director — Dawn Lorey
    - **Office of Policy Standardization** — Chief — Janan Cavagnolo (A)

- **Division of Adult Parole Operations** — Director — Jason Johnson
  - **Division of Adult Parole Operations** — Deputy Director — Heather Bowlds

- **Division of Rehabilitative Programs** — Director — Amy Casias
  - **Program Operations** — Deputy Director — Sydney Tanimoto
  - **Program Support** — Deputy Director — Niki Dhillon
  - **Correctional Education** — Superintendent — Shannon Swain

- **Office of Victim Services** — Chief — Katie James
- **Office of the Ombudsman** — Chief — Sara Smith
- **Office of Correctional Safety** — Chief — Derrick Marion

---

DocuSigned by:
Jeffrey Macomber
5957F5D0C55F473...

JEFFREY MACOMBER, Secretary

8/2/2024

_____
DATE