1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,                      No. 2:90-cv-0520 KJM SCR P

12                 Plaintiffs,                    ORDER

13         v.

14   GAVIN NEWSOM, et al.,

15                 Defendants.

16

17         On August 22, 2024, the court ordered defendants to file current organizational charts for

18   California Correctional Health Care Services (CCHCS) and the California Department of

19   Corrections and Rehabilitation (CDCR) Statewide Mental Health Program.  Aug. 22, 2024 Order

20   at 3, ECF No. 8368.  In response to that order, defendants filed the most recent version of the

21   CCHCS Executive Organizational Chart and the most recent version of CDCR's Executive

22   Organizational Chart.  ECF Nos. 8369, 8369-1, 8369-2.  Concurrently, on August 21, 2024, the

23   Special Master provided the court with a seven page document entitled Division of Health Care

24   Services Mental Health Program (Management Overview), marked "Updated/Reviewed on

25   10/18/23."  A copy of this document is appended to this order.

26         Good cause appearing, IT IS HEREBY ORDERED that on or before 12:00 noon on

27   August 28, 2024, defendants shall file a true and correct copy of the most current version of the

28   /////

                                                1

1   Division of Health Care Services Mental Health Program (Management Overview) or written

2   confirmation that the attached document is the most current version of this organizational chart.

3   DATED:  August 26, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

DocuSign Envelope ID: 7948161A-4BA2-4D5E-BF13-7D2284103A63

Red = Vacant

Division of Health Care Services
**Mental Health Program**
(Management Overview)
(Page 1 of 7)



CEA A
**Special Assistant**
Thy Vuong
065-900-7500-007

Undersecretary
Health Care Services
J. Clark Kelso (CPR)/Diana Toche
065-001-6537-001

Sr. Psychologist, CF (Spec)
065-923-9287-017
(Indirectly reports to 065-923-9249-002)

CEA A
**Special Assistant**
Suzanne Benavides
065-923-7500-001

Receiver's Med Exec (Safety)
**Director, Health Care Services**
COVID-19 Response Lead
Joseph Bick
042-500-8239-001

SSA/AGPA
Gemeni Thao
042-500-5157-813

Staff Services Manager II (Specialist)
Candace Raney
065-935-4801-001

Deputy Director, Statewide Mental Health Program
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

AGPA
Megan Parker
065-923-5393-842

Receiver's Med Exec (Safety)
**Administrative**
Assistant Deputy Director, Psychiatric Services
Erick Rizzotto
(LT exp. 1/31/2025)
065-923-8239-918
(Newly Established)

CEA A
**Statewide Planning and Policy**
Associate Director
Laurie Ball
065-923-7500-002

MHA, CEA (Safety)
**Administrative**
Assistant Deputy Director
Steven Cartwright
065-923-9249-007

SSA/AGPA
Anjetta Johnson
065-923-5393-823

HPS II
Trent Thomas
(Ltexp. 3/1/24)
065-923-8336-002

Chief Psychiatrist, C&RS (Safety)
**Tele Psychiatry**
Nicole Morrison
Pending Hire 10/9/23
(Martello on LT exp. 6/4/25, ROR)
065-935-9774-001

Sophia Le
091-323-9774-918

See page 2

SSM II
**Policy Support**
Vacant
(Johnson 7/23/23)
(Johnson on LT exp. 7/23/24)
065-923-4801-001

See page 3

MHA, CEA (Safety)
**Clinical Support/Suicide Prevention**
Travis Williams
065-923-9249-001

See page 4

MHA, CEA (Safety)
**Region I**
Laura Ceballos
065-923-9249-003

See page 6

Chief Psychiatrist, C&RS (Safety)
**Offenders with Mental Health Disorders Program (OMHD)**
Nir Lorant
065-923-9774-002

See page 2

MHA, CEA (Safety)
**In-Patient/Quality Management**
Wendy Worrell
065-923-9249-002

See page 5

MHA, CEA (Safety)
**Region II**
Stephanie Neumann
065-923-9249-004

See page 6

MHA, CEA (Safety)
**Region III**
Christopher Cornell
065-923-9249-005

See page 6

Chief Psychiatrist, C&RS (Safety)
**Psychiatry Services**
Michael Golding
065-923-9774-001

See page 2

MHA, CEA (Safety)
**Region IV**
Michael Hewitt
065-923-9249-006

See page 6

Updated/Reviewed on 10/18/23

DocuSign Envelope ID: 7948161A-4BA2-4D5E-BF13-7D2284103A63

Division of Health Care Services
**Mental Health Program**
(Tele-Mental Health)
(Page 2 of 7)



Red = Vacant
Gray = Field Position, shown for reporting reasons

**Staff Services Manager II (Specialist)**
Candace Raney
065-935-4801-001

**Deputy Director, Statewide Mental Health Program**
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

**AGPA**
Megan Parker
065-923-5393-842

**Receiver's Med Exec (Safety)**
**Administrative**
Assistant Deputy Director, Psychiatric Services
Erick Rizzotto
(LT exp. 1/31/2023)
065-923-8239-918
(Newly Established)

**SSA/AGPA**
Anjetta Johnson
065-923-5393-823

**Chief Psychiatrist, C&RS (Safety)**
**Telepsychiatry**
Nicole Morrison
(Martello on LT exp. 6/4/25, ROR)
065-935-9774-001

**Chief Psychiatrist, C&RS (Safety)**
**Telepsychiatry**
Sophia Le
091-323-9774-918

**HPS I**
Arianna Genetin
091-324-8338-001

Vacant
(Ramirez 10/1/23)
(Ramirez on LT exp 10/1/24, ROR)
065-923-8338-021

**AGPA**
Alicia Reed
065-935-5393-805

Alexandra Perts
065-923-5393-837

**Research Data Analyst II**
*Vacant
Holding to fund 065-923-5758-918
(Newly Established)
065-923-5731-001

**Sr. Psychiatrist (Sup), C&RS (Safety)**
Sarah Jafarpour, Acting OOC
(Devin Stroman on leave: 6/24)
064-320-9761-001

**Staff Psychiatrist, C&RS (Safety)**
(8.0)

**Sr. Psychiatrist (Sup), C&RS (Safety)**
Peter Kim
091-325-9761-002

**Staff Psychiatrist, C&RS (Safety)**
(16.0)

**Sr. Psychiatrist (Sup), C&RS (Safety)**
Alex Kushnier
064-320-9761-002

**Staff Psychiatrist, C&RS (Safety)**
(8.0)

**Sr. Psychiatrist (Sup), C&RS (Safety)**
Vacant
091-324-9761-002

**Staff Psychiatrist, C&RS (Safety)**
(16.0)

**Sr. Psychiatrist (Sup), C&RS (Safety)**
Roger Flanigan
064-322-9761-002

**Staff Psychiatrist, C&RS (Safety)**
(8.0)

**Sr. Psychiatrist (Sup), C&RS (Safety)**
Shana Nguyen
091-325-9761-003

**Staff Psychiatrist, C&RS (Safety)**
(16.0)

**Sr. Psychiatrist (Sup), C&RS (Safety)**
Vacant
Sarah Sherman, Acting OOC
064-322-9761-001

**Staff Psychiatrist, C&RS (Safety)**
(8.0)

**Sr. Psychiatrist (Sup), C&RS (Safety)**
Maher Saleeb
091-325-9761-001

**Staff Psychiatrist, C&RS (Safety)**
(16.0)

DocuSigned by:
**Amar Mehta**
4BAE71AE5D5B4D3
Amar Mehta, Deputy Director

10/23/2023
Date

Updated/Reviewed on 10/18/23



Red = Vacant

Staff Services Manager II (Specialist)
Candace Raney
065-935-4801-001

Deputy Director, Statewide Mental Health Program
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

AGPA
Megan Parker
065-923-5393-842

Division of Health Care Services
**Mental Health Program**
(Complex Mental Health)
(Page 3 of 7)

SSA/AGPA
Anjetta Johnson
065-923-5393-823

Receiver's Med Exec (Safety)
**Administrative**
Assistant Deputy Director, Psychiatric Services
Erick Rizzotto
(LT exp. 1/31/2023)
065-923-8239-918

Chief Psychiatrist, C&RS (Safety)
**Psychiatry Sevices**
Michael Golding
065-923-9774-001

Sr. Psychiatrist, CF (Spec)
SB132
Christine Osterhout
065-923-9759-013

Chief Psychologist, CF
**Inpatient Referral Unit**
Gretchen Huntington
065-923-9859-011

Chief Psychiatrist, C&RS (Safety)
**Offenders with Mental Health
Disorders Program (OMHD)**
Nir Lorant
065-923-9774-002

Regional Psychiatry
Sr. Psychiatrist (Spec.),
C&RS (Safety)

Region I
Albert Bunn
065-935-9759-001

Region II
Lisa Scott-Covello
065-935-9759-002

Region III
Julie Oldroyd
065-935-9759-003

Region IV
Lawrence Tucker
065-935-9759-004

Sr. Psychiatrist (Spec.), C&RS
(Safety)
Roy Andrew Schultz-Ross
065-923-9759-003

John Lindgren
065-923-9759-007

Navreet Mann
065-923-9759-009

Melanie Gonzalez
065-923-9759-010

Sr. Psychologist, CF(Spec)
SB132
Trisha Wallis
065-923-9287-918

Sr. Psychologist, CF (Spec.)

Marni Schneider
065-923-9287-041

Tani Shaffer
065-923-9287-042

Tristan Buzzini
065-923-9287-043

Latoya Winters
065-923-9287-044

Denae Peterson
065-923-9287-045

Joyce Cordosi
065-923-9287-036

Heather Bravo
(LT Exp. 6/11/24)
065-935-9287-918

Sr. Psychologist, CF (Sup)
**OMHD**
Juliana Rohrer
065-923-9288-005

Psychologist-Clinical, CF
Dina Nolte
065-923-9283-001

Angela Sherman
065-923-9283-007

Grant Stoll
065-923-9283-014

Robert Sargent
065-923-9283-015

Felicia Bloem
065-923-9283-021

Jamie Green
065-923-9283-918

Eric Niemeyer
065-923-9283-003

Steve Terrini (RA)
065-935-9283-916

Richard L. Lowenthal (RA)
065-923-9283-916

Sr. Psychologist, CF (Sup)
**OMHD**
Dale White
Pending Hire TBD
065-923-9288-004

Psychologist-Clinical, CF
Sergio Castillo
065-923-9283-010

Dale White
(On OOC to 065-923-9288-004
thru 8/29/23)
065-923-9283-011

Eric Roth
065-923-9283-013

Alexis Vosburg
065-923-9283-016

Tamar Kenworthy
065-923-9283-017

Megan Holden
065-923-9283-020

Guillermo Franco
065-923-9283-022

Becky Sznejkowski
065-935-9283-002

Lance Portnoff
065-923-9283-916

Sr. Psychologist, CF (Sup)
**OMHD**
Rick Bjorklund
065-923-9288-003

Psychologist-Clinical, CF
Shanda Angioli
065-923-9283-004

Jessica Garofalo-Howes
065-923-9283-008

Timothy Tennyson
065-923-9283-009

Lori Hayami
065-923-9283-012

Emin Ghiribian
065-923-9283-018

Alison Stanley
065-923-9283-019

Robert Sack
065-935-9283-001

Ryanne Colbert
065-935-9283-004

Jeffrey Kropf
065-923-9283-916

Elaine Mura
065-935-9283-916

AGPA
**Psychiatry Sevices**
Tonielena Williams
065-935-5393-804

Staff Psychiatrist, C&RS
(Safety)
**Alienist**
0.25 Vacant
065-923-9758-918

0.25 Vacant
065-923-9758-918

0.25 Vacant
065-923-9758-918

0.25 Vacant
065-923-9758-918

Chief Psychologist, CF
**Retired Annuitant**
Shama Chaiken
(HCHER approved)
065-923-9859-916

Updated/Reviewed on 10/18/23

DocuSign Envelope ID: 7948161A-4BA2-4D5E-BF13-7D2284103A63



Red = Vacant

Division of Health Care Services
**Mental Health Program**
(Policy and Program Support)
(Page 4 of 7)

**Staff Services Manager II (Specialist)**
Candace Raney
065-935-4801-001

**Deputy Director, Statewide Mental Health Program**
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

**AGPA**
Megan Parker
065-923-5393-842

**Heath Program Specialist II**
Francesca Basa
(LT exp. 11/30/23)
065-923-8336-918
*Vacant*
*(SAR approved)*
*065-923-8336-918*

**CEA A**
**Statewide Planning and Policy**
Associate Director
Laurie Ball
065-923-7500-002

**SSM II**
**Policy and Program Support**
*Vacant*
*(Johnson 7/23/23)*
*(Johnson on LT exp. 7/23/24)*
*065-923-4801-001*

**SSA/AGPA**
Kala Vanzwoll
Pending Hire -10/23/23
065-935-5157-800

**HPS I**
Julia Rodden
065-923-8338-003

Susie Sim
065-923-8338-004

Harutyun (Eric) Grigoryan
(LT exp. 8/1/23)
065-923-8338-005

Cassandra Albertson
065-923-8338-007

Kitdy Rakthay
065-923-8338-009

Tori Foss
065-923-8338-010

Ashna Singh
(LT exp. 8/1/23)
(Basa on LT exp. 11/30/23, ROR)
065-923-8338-011

**SSM I**
**Training and Program Support**
Hong Tran
065-923-4800-007

**SSA/AGPA**
Erica Windtberg
065-923-5393-819

*Vacant*
*(Rakthay 1/7/22)*
*065-923-5393-828*

*Vacant*
*(H. Tran 6/2/22)*
*065-923-5393-829*

*Vacant*
*(Foss 1/7/22)*
*\*on hold to fund HPS II*
*\*downgrade to fund 065-934-5157-001*
*065-923-5157-001*
*(Was 065-923-5393-834)*

**Office Technician  (T)**
*Vacant*
*(White 10/1/23)*
*(White on LT exp 10/1/24,*
*ROR)*
*065-923-1139-014*

**SSM I**
**DDP/Recruitments/ Policy/ CCAT**
Sean Christophersen
065-923-4800-006

**SSA/AGPA**
Brian Six
065-923-5393-813

*Vacant*
*(Sanders 10/1/23)*
*(Sanders on LT exp. 10/1/24, ROR)*
*065-923-5393-818*

Kia Moua
065-923-5393-821

Julie Campbell
(LT exp. 10/17/24)
(Singh on LT exp 8/1/24, ROR)
065-923-5157-825

Brianna White
(LT exp. 10/1/24)
065-923-5157-830

Andrew Ormsby
(LT exp. 10/1/24)
065-923-5393-838

**MST**
*Vacant*
*(Jones 6/23/23)*
*065-923-5278-002*

**SSM I**
**OMHD/Procurement/Suicide/Forms**
Andrew Greene
065-923-4800-005

**SSA/AGPA**
Jennifer Guz
(LT exp. 10/8/24)
065-923-5157-801

Viengxay Keovanxat
065-923-5393-820

*Vacant*
*(Bowens 10/2/23)*
*(Bowens on LT exp. 10/1/24, ROR)*
*065-923-5393-822*

Kendra Colen
(LT exp. 10/15/24)
(Grigoryan on  LT exp. 8/1/24, ROR)
065-923-5157-824

Faye Mendizabal
065-923-5393-831

Phong Yang
065-923-5393-832

**Office Technician (T)**
MariaJose Barron
065-923-1139-008

Updated/Reviewed on 10/18/23

DocuSign Envelope ID: 7948161A-4BA2-4D5E-BF13-7D2284103A63



Division of Health Care Services
**Mental Health Program**
(Clinical Support)
(Page 5 of 7)

**Deputy Director, Statewide Mental Health Program**
Division of Health Care Services
Amar Mehta
065-923-9603-001

SSM II (Specialist)
Candace Raney
065-935-4801-001

Megan Parker
065-923-5393-842

HPS II
Trent Thomas
(LT exp. 3/1/24)
065-923-8336-002

MHA, CEA (Safety)
**Administrative**
Assistant Deputy Director
Steven Cartwright
065-923-9249-007

OT (T)
Gloria Gin
065-923-1139-013

MHA, CEA (Safety)
**Clinical Support/Suicide Prevention**
Travis Williams
065-923-9249-001

Chief Psychologist
**COMS**
Heather Greenwald
065-935-9859-001

Supervising Psychiatric Social Worker I
**Pre-Release**

Vacant
065-935-9291-918
(Region I)

Vacant
065-935-9291-918
(Region II)

Vacant
065-935-9291-918
(Region III)

Vacant
065-935-9291-918
(Region IV)

Sr. Psychologist, CF (Spec)
**CLARK**
Corey Scheidegger
065-923-9287-001

Kimberly Wells
065-923-9287-040

Sr. Psychologist, CF (Spec)
**Clinical Support**
Kim Cornish
065-923-9287-002

Darcie Sharp
065-923-9287-011

Maria Giannuli
065-923-9287-014

Clinical Social Worker (Health/CF)
Safety
Marina Rangel
065-923-9872-004

Lisa Romero
(LT exp. 6/30/24)
065-923-9872-918

Kimber Redmon
(LT exp. 6/30/24)
065-923-9872-918

Chief Psychologist, CF
**Training**
Lee Lipsker
065-923-9859-010

Sr. Psychologist, CF (Spec)
Marilyn Immoos
065-923-9287-005

Carrie Brecker
065-923-9287-027

Paul Downs
065-923-9287-028

Alana Battle
065-923-9287-035

Clinical Social Worker (Health/CF) Safety
Eric Hernandez
065-923-9872-003

Sr. Psychologist, CF (Spec)
Natalie Coss
065-923-9287-010

Megan Borbon
065-923-9287-038

Nancy Beshara
065-923-9287-039

Rita Wilkinson
065-923-9287-047

Sr. Psychologist, CF (Spec)
Robert Canning (RA)
065-923-9287-916

Chief Psychologist, CF
**Suicide Prevention**
Amber Carda
065-923-9859-012

Sr. Psychologist, CF (Spec)
**Suicide Prevention**
Region I
Joseph Obegi
065-935-9287-001
*(Indirectly reports to 065-923-9249-003)*

Region II
Heather Stahl
065-935-9287-002
*(Indirectly reports to 065-923-9249-004)*

Region III
Sean Mintz
065-935-9287-004
*(Indirectly reports to 065-923-9249-005)*

Region IV
Nina Hudspeth
065-935-9287-005
*(Indirectly reports to 065-923-9249-006)*

Red = Vacant

Division of Health Care Services

Updated/Reviewed on 10/18/23

DocuSign Envelope ID: 7948161A-4BA2-4D5E-BF13-7D2284103A63

Division of Health Care Services
**Mental Health Program**
(Quality Management and Inpatient Referral)
(Page 6 of 7)

Red = Vacant



SSM(Special)
Candace Raney
065-935-4801-001

Deputy Director Statewide Mental Health Program
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

Megan Parker
065-923-5393-842

HPS II
Trent Thomas
(LT exp. 3/1/24)
065-923-8336-002

MHA, CEA (Safety)
**Administrative**
Assistant Deputy Director
Steven Cartwright
065-923-9249-007

Sr. Psychologist, CF (Spec)
David Leidner
065-923-9287-017
*(Directly reports to*
*065-001-6537-005)*

MHA, CEA (Safety)
**In-Patient/Quality Management**
Wendy Worrell
065-923-9249-002

Office Technician (T)
Adam Sterling
065-923-1139-006

HPS II
**BRMR**
Melissa Kirby
(LT exp. 12/31/23)
065-935-8336-918

SSM II
**BRMR**
Latoya Garland
065-923-4801-002

Sr. Psychiatrist (Spec)
C&RS (Safety)
Vacant
(Gills, 7/31/23)
065-923-9759-011

Jacob Adams
065-923-9759-012

Chief Psychologist, CF
**Quality Management**
Daisy Minter
065-923-9859-003

Research Data Manager
Pak Yan Leung
065-923-5740-001

SSM I
**IRU Support**
Ashley Cabigon
065-923-4800-008

SSM I
**BRMR**
Christine Lemonds
065-923-4800-009

SSM I
**EHRS**
Steven Reitz
(LT exp. 11/30/23)
065-935-4800-918

Sr. Psychologist, CF (Spec)
**EHRS**
Deana Rogers
065-923-9287-048

Research Data Specialist II
Vacant
065-923-5758-004

Natasha Lim
065-923-5758-003

Ben Molin
065-923-5758-002

Vincent Antonio Pacheco
(LT Exp. 11/30/23)
065-923-5758-918

SSA/AGPA
**IRU**
Christopher Gallegos
065-935-5393-802

Tina Beard
065-935-5393-803

Alejandro Armenta
065-935-5393-801

Daniel Mendenhall
065-923-5393-826

Ubaidulla Zhion
(LT exp. 4/30/24)
(Reitz on LT exp 11/30/23, ROR)
065-923-5393-827

(6.0) SSA/AGPA Data
**BRMR**
Nancy Duong
065-923-5393-843

Ashley Cobb
065-935-5157-844

Dekan Zeller
(LT exp. 3/12/2024)
065-935-5157-845

Joshua Singh
065-923-5393-846

Vacant
065-935-5393-847
Vacant
065-935-5393-848

HPS I
**BRMR**
Steven Carroll(Data)
065-923-8338-022

Vacant
(Lemons, 7/17/23)
065-923-8338-023

Vacant
065-923-8338-024
*On hold to fund BRMR
918 HPS II

SSA/AGPA
**EHRS**
Talma-Topeka (Briauna)
Gorman
065-923-5393-815

John Vu
065-923-5393-839

Vacant
065-923-5393-840
*ON HOLD TO FUND 065-935-4800-918

Gerry Weiss
065-923-5393-841

HPS I
ReBecca Ramirez
065-923-8338-001

Ricardo Castillo
065-923-8338-019

Teresa Owens
065-923-8338-020

Sr. Psychologist, CF (Spec)
**EOP Hub Certification**
Pamela Orellana
065-923-9287-033

Sr. Psychologist, CF (Spec)
**CQIT**
Lisa Sebasco
065-923-9287-031

Jonathan Fishman
065-923-9287-032

Clinical Social Worker
(Health/CF) Safety
Tanya Knight
065-923-9872-001

Research Data Specialist I
Suat Li Loh
065-923-5742-002

Stephanie Calvario
065-923-5742-001

Research Data Analyst II
Donald Piring
065-923-5731-002

Updated/Reviewed on 10/18/23

Red = Vacant
- - - = Indirect Reporting

# Division of Health Care Services
## **Mental Health Program**
## (Chief Field Operations)

Deputy Director, Statewide Mental Health Program
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

Staff Services Manager II (Specialist)
Candace Raney
065-935-4801-001

AGPA
Megan Parker
065-923-5393-842

MHA, CEA (Safety)
**Administrative**
Assistant Deputy Director
Steven Cartwright
065-923-9249-007

HPS II
Trent Thomas
(LT exp. 3/1/24)
065-923-8336-002

SSA/AGPA
Anjetta Johnson
065-923-5393-823

MHA, CEA (Safety)
**Region I**
**Elk Grove**
Administrator
Laura Ceballos
065-923-9249-003

AHPA
Stacy Hart
065-923-8337-008

Sr. Psychologist, CF (Spec.)
Vacant
(Tanaka 7/19/23)
065-923-9287-009

Dominique Bressi
065-923-9287-023

Andrea Ames
065-923-9287-029

Peter Madsen
065-935-9287-009

Fereshte Mirzad
065-935-9287-007

Sr. Psychologist, CF (Spec)
Joseph Obegi
065-935-9287-001
*(Directly reports to 065-923-9249-001)*

MHA, CEA (Safety)
**Region II**
**Fresno**
Administrator
Stephanie Neumann
065-923-9249-004

AHPA
Daniel Stebbins
065-923-8337-014

Sr. Psychologist, CF (Spec)
Caitilin Chinn-Goshgarian
065-923-9287-015

Brittany Sawyer
065-923-9287-024

Shalila Douglas
065-923-9287-030

Shanesha Sorenson
065-935-9287-008

Emily Moresco (Youmans)
065-935-9287-006

Sr. Psychologist, CF (Spec)
Heather Stahl
065-935-9287-002
*(Directly reports to 065-923-9249-001)*

MHA, CEA (Safety)
**Region III**
**Bakersfield**
Administrator
Christopher Cornell
065-923-9249-005

AHPA
Gloria Perez
065-923-8337-010

Sr. Psychologist, CF (Spec)
Ann Nicholas
065-923-9287-021

Candy Soares
065-923-9287-025

Mandip Grewal
065-923-9287-037

Sr. Psychologist, CF (Spec)
Sean Mintz
065-935-9287-004
*(Directly reports to 065-923-9249-001)*

MHA, CEA (Safety)
**Region IV**
**Rancho Cucamonga**
Administrator
Michael Hewitt
065-923-9249-006

AHPA
Jeff Tackett
065-923-8337-015

Sr. Psychologist, CF (Spec)
Diana Couto Da Silva
065-923-9287-012

Dina Khoury
065-923-9287-026

Brian Gotterer
065-923-9287-034

Jamie (Allen) Nodine
065-923-9287-046

Sr. Psychologist, CF (Spec)
Nina Hudspeth
065-935-9287-005
*(Directly reports to 065-923-9249-001)*

Updated/Reviewed on 10/18/23

Division of Health Care Services
# Mental Health Program
(Pending Establishment)

Red = Vacant

Receiver's Med Exec (Safety)
**Administrative**
Assistant Deputy Director,Tele-Mental Health
Ton Martello
065-935-8239-918

SSM II
MH Field Support
Raquel Perez
Pending Hire 10/16/23
065-935-4801-918

SSM I
COMS/Field Support
Vacant (Actively Recruiting)

SSM I
Complex MH (IGAHP)
Cynthia Bowens
(LT. exp.
065-935-4800-918

SSM I
Policy
Vacant (Actively Recruiting)

SSM III
**SMHP TMH**
Jennifer Johnson
(LT exp. 7/23/24)
065-935-4802-918

SSM II
TMH
David Martinez
Pending Hire 10/16/23
065-923-4801-003

SSM I
TMH (Psychiatry Support)
Nancy Ramirez
065-935-4800-918

SSM I
TMH (Psychology Support)
Yuvonne Ramirez
Pending Hire 11/1/23
065-923-4800-010

SSM I
TMH (Social Work Support)
Jocelyn Sanders
065-923-4800-011

SSM III
**Data Analytics**
Tiffany Nguyen
(LT exp. 7/27/24)
065-935-4802-xxx

SSM II
Vacant (Actively Recruiting)

SSM I
QM
Vacant (Actively Recruiting)

Chief Psychiatrist
Regional (4.0)
Vacant (Actively Recruiting)

RD SUPV I
Vacant (Actively Recruiting)

RD SUPV II
Vacant (Actively Recruiting)

RD Specialist I
Vacant (Actively Recruiting)

RDA II
Vacant (Actively Recruiting)

HPS I IGAHP
Jennifer Nakatsu
Pending Hire – 10/23/23
065-935-8338-XXX

HPS I
Vacant (Actively Recruiting)
(2 positions)

HPS II
Vacant (Actively Recruiting)
2 positions

AGPA/SSA
Vacant (Actively Recruiting)
(6 positions)

SSM II (Specialist)
(Reports directly to Dr. Mehta)
Vacant (Actively Recruiting)

**SPSW I (Safety) (Sacramento)**
Vacant
065-935-9291-918
Vacant
065-935-9291-918

**SPSW I (Safety) (San Bern)**
Vacant
065-935-9291-918
Vacant
065-935-9291-918

**SPSW I (Safety) (Fresno)**
Vacant
065-935-9291-918
Vacant
065-935-9291-918

**SPSW I (Safety) (Kern)**
Vacant
065-935-9291-918
Vacant
065-935-9291-918

SPSW I
(CalAIM)
Vacant (Actively Recruiting)

**Sr. Psychologist, CF (Specialist) (Sacramento)**
Vacant
065-935-9287-918
Vacant
065-935-9287-918
Vacant
065-935-9287-918
Vacant
065-935-9287-918

**Sr. Psychologist, CF (Specialist) (Fresno)**
Vacant
065-935-9287-918
Vacant
065-935-9287-918
Vacant
065-935-9287-918
Vacant
065-935-9287-918

Chief Psychiatrist
IGAPH
Vacant (Actively Recruiting)

**Sr. Psychologist, CF (Specialist) (Kern)**
Vacant
065-935-9287-918
Vacant
065-935-9287-918
Vacant
065-935-9287-918
Vacant
065-935-9287-918

**Sr. Psychologist, CF (Specialist) (San Bern.)**
Vacant
065-935-9287-918
Vacant
065-935-9287-918
Vacant
065-935-9287-918
Vacant
065-935-9287-918

NC III (SUP)
IGAPH
Vacant (Actively Recruiting)

**NCPR**
Vacant
065-923-8327-017
Vacant
065-923-8327-018
Vacant
065-923-8327-019
Vacant
065-923-8327-020

Updated/Reviewed on 10/18/23