Rob A. Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias-Gonzalez, SBN 321994
Samantha M. Bacon, SBN 351561
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**STIPULATION AND ORDER APPROVING THE STATEWIDE MENTAL HEALTH PROGRAM'S USE OF MARRIAGE AND FAMILY THERAPISTS AND PROFESSIONAL CLINICAL COUNSELORS**<br><br>Judge: The Hon. Kimberly J. Mueller |

The Mental Health Services Delivery System (MHSDS) Program Guide (Program Guide), and the California Department of Corrections and Rehabilitation (CDCR) Statewide Mental Health Program's (SMHP) policies and procedures provide for the use of mental health primary clinicians to provide mental health treatment to the *Coleman* class. In recognition of other mental health professionals who provide mental health care to patients in the community but who are not currently permitted to provide treatment to patients under the Program Guide, CDCR has proposed several changes to the Program Guide and SMHP policies concerning the use of Marriage and Family Therapists (MFTs) and Professional Clinical Counselors (PCCs) as mental

20053643.1 [4513925.1]                          1

Stip. Request and Order Approving the SMHP's Use of MFTs and PCCs  (2:90-cv-00520 KJM-DB (PC))

health primary clinicians. Those changes are set forth in the memorandum titled *Use of Marriage and Family Therapists and Professional Clinical Counselors in the Provision of Mental Health Services* attached as Exhibit A.

The parties have met and conferred and respectfully request that the Court enter an order modifying the Program Guide to approve the use of MFTs and PCCs as reflected in the attached memorandum.

The Special Master has also reviewed and provided input concerning the memorandum, and reviewed this stipulation and does not object to its terms.

**IT IS SO STIPULATED**.

Dated: August 23, 2024

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

Dated: August 23, 2024

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: August 23, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/Lisa Ells*
LISA ELLS
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: August 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

20053643.1 [4513925.1]

2

Stip. Request and Order Approving the SMHP's Use of MFTs and PCCs  (2:90-cv-00520 KJM-DB (PC))

# Exhibit A

 

# MEMORANDUM

| | |
|---|---|
| **Date:** | |
| **To:** | Chief Executive Officers<br>Chiefs of Mental Health<br>Chief Psychiatrists |
| **From:** | |

| | |
|---|---|
| RAINBOW BROCKENBOROUGH<br>Regional Health Care Executive<br>Region I | BRITTANY BRIZENDINE, Psy.D.<br>Regional Health Care Executive<br>Region II |
| CHRISTOPHER PODRATZ<br>Regional Health Care Executive<br>Region III | SHEREEF AREF<br>Regional Health Care Executive<br>Region IV |
| AMAR MEHTA, M.D.<br>Deputy Director<br>Statewide Mental Health Program | |

| | |
|---|---|
| **Subject:** | **USE OF MARRIAGE AND FAMILY THERAPISTS AND PROFESSIONAL CLINICAL COUNSELORS IN THE PROVISION OF MENTAL HEALTH SERVICES** |

This memorandum clarifies several changes to the Mental Health Services Delivery System (MHSDS) Program Guide and Statewide Mental Health Program (SMHP) policies concerning mental health primary clinician (MHPC) roles and the use of Marriage and Family Therapists (MFTs) and Professional Clinical Counselors (PCCs). MFTs and PCCs may be assigned duties consistent with their scope of practice and education. Specific work assignments remain at the discretion of the direct institutional supervisors. This change applies only to policies for the Clinical Correctional Case Management System (CCCMS), Enhanced Outpatient Program (EOP), and Mental Health Crisis Bed (MHCB) levels of care.

References to MHPCs, primary clinicians (PCs), mental health clinicians, or clinical staff will now be understood to include MFTs and PCCs. References in the MHSDS Program Guide to specific roles shall now include the MFT and PCC classifications for the following:

# MEMORANDUM

- Within seven calendar days of arrival at the RC, all inmates[1] (new commitments and parole violators) shall receive a screening for possible mental health needs. They shall be individually interviewed by a psychologist or Clinical Social Worker using the standardized Mental Health Screening questionnaire. (Program Guide at 12-2-4)
- Inmate-patients shall be transferred to MHCB for crisis episodes requiring 24-hour nursing care. The transfer to a MHCB shall be accomplished within 24 hours of referral. While awaiting transfer, the inmate-patient shall be housed in a medical facility with at least an Outpatient Housing Unit (OHU) level of care. A psychiatrist, psychologist, or CSW shall provide clinically appropriate care, while the inmate-patient is awaiting transfer. This may include suicide observation, one to one counseling, medication management, and/or nursing care. (Program Guide at 12-3-13)
- Staffing for CCCMS includes psychologists, CSWs, psychiatrists, and clerical support. CDCR may utilize contract staff as necessary to fulfill staffing requirements. (Program Guide at 12-3-16)
- The EOP staffing structure is based on clinical needs for this level of care and the staffing ratios developed to meet these needs.  EOP staff includes psychiatrists, psychologists, clinical social workers (CSW), RNs, LPTs, and RTs. (Program Guide at 12-4-14)
- Individual therapy or counseling, aftercare planning and referral services, and the clinical lead role in treatment plan development and modification shall be performed by the Staff Psychiatrist, Staff Psychologist, or Licensed Clinical Social Worker.  A Chief or Senior Psychiatrist or a Chief or Senior Psychologist may also provide these clinical services in addition to his or her other supervisory or management responsibilities, as directed. Supervising clinical staff may assist in these services if required by workload, staffing considerations or unusual complexity of an individual case. Staff Psychiatrists, Staff Psychologists, Licensed Clinical Social Workers, Senior Psychiatrists and Senior Psychologists serve as PCs and report to the Clinical Director. (Program Guide at 12-5-33)
- The appropriateness of an inmate-patient's placement in SHU shall be reviewed in regularly scheduled ICC meetings. The Chief of Mental Health or designee, is a member of the ICC. In that capacity, he/she shall present the IDTT's recommendations regarding placement recommendations, based on the inmate-patient's clinical needs.  Designees shall be a psychiatrist, a licensed psychologist, or a Licensed Clinical Social Worker. (Program Guide at 12-8-11)
- Each Local MHP Subcommittee shall establish and maintain a Local SPR FIT. Each Local MHP Subcommittee shall appoint a Local SPR FIT Coordinator. The Coordinator shall be a licensed physician, psychologist, social worker, nurse practitioner, or RN. (Program Guide at 12-10-3)
- Any CDCR employee who becomes aware of an inmate's current suicidal ideation, threats, gestures, self-injurious behaviors or suicide attempts shall immediately notify a member of the health care staff. The inmate shall be placed under direct observation, per local custody operating procedure, until a clinician trained to perform a suicide risk assessment

---

[1] The terminology has evolved to incarcerated person since the Program Guide was written. Terminology here is referring to specific language that still exists in the Program Guide or policy memos.

- (psychiatrist, psychologist, clinical social worker, primary care physician, nurse practitioner, or RN) conducts a face-to-face evaluation. (Program Guide at 12-10-7)
- CCM – Clinical Case Manager - A mental health clinician, typically a psychologist or Psychiatric Social Worker, who provides functions such as assessment, intervention, treatment planning, treatment, and case review. (Program Guide at A-1)

References in SMHP policies to Psychologist and Social Worker roles shall now include the MFT and PCC classifications for the following:

- Routine Peer Review policy dated 12/15/2014
    - All psychologists, social workers, and psychiatrists who provide direct patient care and who work within CDCR Mental Health Crisis Bed Programs and outpatient facilities shall participate in a peer review program. Registry staff will be reviewed but may not serve as reviewers. Only licensed practitioners may conduct peer reviews.
- Routine Peer Review – Outpatient and Unlicensed Program dated 2/17/2015
    - All licensed California Department of Corrections and Rehabilitation (CDCR) psychologists, psychiatrists, and social workers in outpatient, unlicensed inpatient programs, and institutions without a mental health mission will be assigned to perform peer reviews on their respective professional peers (with whom one has no authority over the other).
- On-Call Psychologists and Social Workers Expansion of Duties dated 12/15/2015
    - Effective immediately, these on-call staff may also provide other clinical services such as those required by the Prison Rape Elimination Act and the Development Disabilities Program.
- Suicide Risk Evaluation Mentoring Program dated 7/12/2022
    - The mentor must be a civil service employee who has completed at least one year of service within the California Department of Corrections and Rehabilitation (CDCR) and has successfully passed probation. Contracted Registry mental health clinicians, who have at least one year of experience in CDCR, (psychiatry, psychologist, or social worker), can be back-up mentors, only when there are not enough qualified civil service employees to meet institutional need.
    Mentors may be one of the following disciplines: psychiatrist, psychologist, or social worker. Any discipline may mentor any other discipline.
- Safety Planning Policy dated 2/13/2023
    - All clinical staff (social workers, psychologists, and psychiatrists) are responsible for completing and updating safety plans in accordance with this policy and any relevant ethical standards.
- Rules Violation Report Mental Health Assessment policy dated 7/17/2023
    - California Department of Corrections and Rehabilitation (CDCR) mental health providers who have received training on completing the Rules Violation Report: Mental Health Assessment shall conduct an evaluation for inmates or patients who have received a Rules Violation Report (RVR; CDC 115)

- Clinician Attendance at Institutional Classification Committee in Restricted Housing Programs dated 9/25/2023
    - Mental health supervisors may designate a psychologist, social worker, or psychiatrist as a representative for the assigned psychiatrist or primary clinician to attend ICC meetings to provide mental health input.
- Telemental Health Program dated 9/21/2023
    - Telemental health enables psychologists and Clinical Social Workers (CSW) to provide real-time evaluations and treatment to patients by utilizing videoconferencing to facilitate live communication between the psychologist, CSW, patient, and the patient's treatment team. Telemental health is designed to facilitate improved patient outcomes and thereby reduce the need for hospitalization and emergency services. Telemental health is a safe and efficient vehicle to increase access to care for CDCR patients.

Supervision of Associate MFTs and Trainees, and Associate PCCs, shall be carried out according to the requirements set forth by the Board of Behavioral Sciences (BBS). More information can be found at the website: https://www.bbs.ca.gov/licensees/supervisor.html

If you have questions or require additional information related to this memorandum, you may contact the Mental Health Policy Unit by email: CDCR MHPolicyUnit@cdcr.

cc: Steven Cartwright, Psy.D.
Erick Rizzotto, M.D.
Toni Martello, M.D.
Travis Williams, Psy.D.
Wendy Worrell, Psy.D.
Michael Golding, M.D.
Sophia Le, D.O.
Nicole Morrison, M.D.
Amber Carda, Psy.D.
Daisy Minter, Ph.D.
Lee Lipsker, Ph.D.
Gretchen Huntington, Psy.D.
Laurie Ball
Jennifer Johnson
Tiffany Nguyen
LaToya Garland
Pak Yan Leung
Regional Mental Health Administrators
Regional Chief Psychiatrists