UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | ORDER APPOINTING TECHNICAL ADVISOR |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

At a videoconference hearing on August 21, 2024, the court informed the parties of its intention to appoint Eric Douglas of Leading Resources, Inc. as an outside technical advisor to advise and help the court with specific questions arising from the parties' joint proposal to the court to appoint the current receiver in *Plata v. Newsom*, Case No. 01-1351 JST (N.D. Cal.) as a temporary receiver in this action. ECF No. 8347. The court granted the parties until close of business on August 23, 2024 to file objections to the proposed appointment of Mr. Douglas. The court confirmed these matters in a written order filed August 22, 2024, attaching Mr. Douglas's resume. Aug. 22, 2024 Order, ECF No. 8368. No party filed objections to the appointment of Mr. Douglas as a technical advisor.

In accordance with this court's inherent authority, *see Ass'n of Mexican-Am. Educators v. State of California*, 231 F.3d 572, 590 (9th Cir. 2000) (en banc) (*AMAE*), the court appoints Eric Douglas to serve as an outside technical advisor, effective as of August 24, 2024. Mr. Douglas

1

1  will assist the court in applying relevant organizational principles to the designation of a receiver
2  in this case and, particularly, in assessing objectively whether the *Plata* Receiver can serve as a
3  separate and independent receiver in this action. Mr. Douglas will assist the court in
4  understanding and evaluating (1) the present organizational structures of the *Plata* Receivership,
5  also known as California Correctional Health Care Services, the California Department of
6  Corrections and Rehabilitation [CDCR] Statewide Mental Health Program, and the *Coleman*
7  Special Mastership; and (2) whether and how those organizational structures might be adapted if
8  the Plata Receiver were appointed as Receiver to effect the *Coleman* remedy as ordered by the
9  court.

10        Mr. Douglas's advice will be based only on information provided by the court, court staff
11  and as needed the Special Master, as well as from the records in *Plata* and *Coleman*, in addition
12  to his own professional expertise.  The court will, by the end of the appointment, provide the
13  parties with a summary of the nature of the communications between the court and Mr. Douglas
14  and the nature of his advice, while the details of the communications will be maintained as
15  confidential as between the court and a trusted advisor.

16        The court anticipates this appointment will be for a limited period of approximately ten
17  hours.  Mr. Douglas' hourly rate is $375.00 per hour and the cost of his time will be borne by
18  defendants.

19        The Clerk of the Court shall serve a copy of this order on Eric F. Douglas, Senior Partner,
20  Leading Resources, Inc., 1930 N Street, Sacramento, CA 95811.

21        IT IS SO ORDERED.

22  DATED:  August 26, 2024
23        *nunc pro tunc* to
24        August 24, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE