| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>Lawrence M. Cirelli, SBN 114710<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Kaylen Kadotani, SBN 294114<br>David Casarrubias-González, SBN 321994<br>Mollie H. Levy, SBN 333744<br>Samantha M. Bacon, SBN 351561<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone: 415-777-3200<br>Pmello@hansonbridgett.com<br>*Attorneys for Defendants* |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**DEFENDANTS' RESPONSE TO AUGUST 27, 2024 ORDER (ECF NO. 8375)**<br><br>Judge: Hon. Kimberly J. Mueller |

On August 27, 2024, this Court issued an order requiring Defendants to file a "true and current copy of the most current version of the Division of Health Care Services Mental Health Program (Management Overview)," or to confirm that the version appended to the order was the most current version. Defendants attach as **Exhibit A** a true and correct copy of the most current version of the Division of Health Care Services Mental Health Program (Management Overview), which was last updated in July 2024.

///

///

///

| | | |
|---|---|---|
| DATED: August 27, 2024 | | ROB BONTA<br>Attorney General of California |
| | By: | /s/ Elise Owens Thorn<br>DAMON MCCLAIN<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| DATED: August 27, 2024 | | HANSON BRIDGETT LLP |
| | By: | /s/ Samantha Wolff<br>LAWRENCE M. CIRELLI<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>*Attorneys for Defendants* |