# Exhibit A





Red = Vacant

# Division of Health Care Services
# Mental Health Program
## (Management Overview)
(Page 1 of 7)

**CEA A**
**Special Assistant**
Thy Vuong
065-900-7500-007

**Undersecretary**
**Health Care Services**
J. Clark Kelso (CPR)/Diana Toche
065-001-6537-001

**Sr. Psychologist, CF (Spec)**
David Leidner
065-923-9287-017
(Indirectly reports to 065-923-9249-002)

**CEA A**
**Special Assistant**
Suzanne Benavides
065-923-7500-001

**Receiver's Med Exec (Safety)**
**Director, Health Care Services**
COVID-19 Response Lead
Joseph Bick
042-500-8239-001

**SSA/AGPA**
Vacant
(Thao 4/2/24)
042-500-5157-813

**Staff Services Manager II (Specialist)**
Nathan Pulley
065-935-4801-001

David Pimentel
(LT exp. 12/17/24)
065-935-4801-918

**Deputy Director, Statewide Mental Health Program**
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

**AGPA**
Megan Parker
065-923-5393-842

**Receiver's Med Exec (Safety)**
**Administrative**
Assistant Deputy Director, Tele-Mental Health
Toni Martello
065-935-8239-918

**Receiver's Med Exec (Safety)**
**Administrative**
Assistant Deputy Director, Psychiatric Services
Nicole Morrison
(On OOC from 065-935-9774-001 thru 9/2/24)
Erick Rizzotto
(LT exp. 1/31/2025)
065-923-8239-918

**Chief Psychiatrist, C&RS (Safety)**
**Tele Psychiatry**
Alex Kushnier
(On OOC from 064-320-9761-002 thru 9/16/24)
Nicole Morrison
(LT exp. 10/8/2024)
(On OOC to 065-923-8239-918 thru 9/2/24)
(Martello on LT exp. 6/4/25, ROR)
065-935-9774-001

Sophia Le
065-935-9774-002

See page 2

**Chief Psychiatrist, C&RS (Safety)**
**Offenders with Mental Health Disorders Program (OMHD)**
Nir Lorant
065-923-9774-002

See page 2

**Chief Psychiatrist, C&RS (Safety)**
**Psychiatry Services**
Michael Golding
065-923-9774-001

See page 2

**CEA A**
**Statewide Planning and Policy**
Associate Director
Laurie Ball
065-923-7500-002

**SSM II**
**Policy Support**
Andrew Greene
065-923-4801-001

See page 3

**MHA, CEA (Safety)**
**Administrative**
Assistant Deputy Director
Steven Cartwright
065-923-9249-007

**SSA/AGPA**
Anjetta Johnson
065-923-5393-823

**MHA, CEA (Safety)**
**Clinical Support/Suicide Prevention**
Travis Williams
065-923-9249-001

See page 4

**MHA, CEA (Safety)**
**In-Patient/Quality Management**
Wendy Worrell
065-923-9249-002

See page 5

**MHA, CEA (Safety)**
**Region I**
Laura Ceballos
065-923-9249-003

See page 6

**MHA, CEA (Safety)**
**Region II**
Stephanie Neumann
065-923-9249-004

See page 6

**MHA, CEA (Safety)**
**Region III**
Christopher Cornell
065-923-9249-005

See page 6

**MHA, CEA (Safety)**
**Region IV**
Michael Hewitt
065-923-9249-006

See page 6

Updated/Reviewed on 7/11/24

Division of Health Care Services

# Mental Health Program

## (Tele-Mental Health)

Red = Vacant
Gray = Field Position, shown for reporting reasons

Staff Services Manager II (Specialist)
Nathan Pulley
065-935-4801-001

David Pimentel
(LT exp. 12/17/24)
065-935-4801-918

Deputy Director, Statewide Mental Health Program
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

AGPA
Megan Parker
065-923-5393-842

SSA/AGPA
Anjetta Johnson
065-923-5393-823

Receiver's Med Exec (Safety)
**Administrative**
Assistant Deputy Director, Psychiatric Services
Nicole Morrison
(On OOC from 065-935-9774-001 thru 9/2/24)
Erick Rizzotto
(LT exp. 1/31/2025)
065-923-8239-918

Chief Psychiatrist, C&RS (Safety)
**Telepsychiatry**
Alex Kushnier
(On OOC from 064-320-9761-002 thru 9/16/24)
Nicole Morrison
(LT exp. 10/8/2024)
(On OOC to 065-923-8239-918 thru 9/2/24)
(Martello on LT exp. 6/4/25, ROR)
065-935-9774-001

HPS I
Arianna Genetin
091-324-8338-001

Marisela Alcala
(LT exp. 2/28/25)
(Ramirez on LT exp 10/1/24, ROR)
065-923-8338-021

AGPA
Alicia Reed
065-935-5393-805

Alexandra Perts
065-923-5393-837

Research Data Analyst II
*Vacant
Holding to fund 065-923-5758-918
(Newly Established)
065-923-5731-001

Sr. Psychiatrist (Sup), C&RS (Safety)
Devin Stroman
064-320-9761-001

Staff Psychiatrist, C&RS (Safety) (8.0)

Sr. Psychiatrist (Sup), C&RS (Safety)
Alex Kushnier
LT exp 3/31/22
064-320-9761-xxx

Staff Psychiatrist, C&RS (Safety) (8.0)

Sr. Psychiatrist (Sup), C&RS (Safety)
Rodger Flanigan
LT exp 3/31/22
064-320-9761-xxx

Staff Psychiatrist, C&RS (Safety) (8.0)

Sr. Psychiatrist (Sup), C&RS (Safety)
Vacant
064-322-9761-001

Staff Psychiatrist, C&RS (Safety) (8.0)

Chief Psychiatrist, C&RS (Safety)
**Telepsychiatry**
Sophia Le
065-935-9774-002

Sr. Psychiatrist (Sup), C&RS (Safety)
Peter Kim
091-323-9761-001

Staff Psychiatrist, C&RS (Safety) (16.0)

Sr. Psychiatrist (Sup), C&RS (Safety)
Bhupinder Nakai
091-324-9761-002

Staff Psychiatrist, C&RS (Safety) (16.0)

Sr. Psychiatrist (Sup), C&RS (Safety)
Vacant
091-324-9761-001

Staff Psychiatrist, C&RS (Safety) (16.0)

Sr. Psychiatrist (Sup), C&RS (Safety)
Maher Saleeb
091-325-9761-001

Staff Psychiatrist, C&RS (Safety) (16.0)

Receiver's Med Exec (Safety)
**Administrative**
Assistant Deputy Director, Tele-Mental Health
Toni Martello
065-935-8239-918

Chief Psychologist
**Tele-Psychology**
Trisha Wallis
065-923-9859-013

Senior Psychologist, CF (Supervision)
Sarah Mcintosh
065-923-9288-006

Psychologist-Clinical, CF (10.0)

Senior Psychologist, CF (Supervision)
Demetri Coffin
065-923-9288-007

Psychologist-Clinical, CF (10.0)

Senior Psychologist, CF (Supervision)
Rebecca Jacques
065-935-9288-918

Chief Psychologist
**Tele-Psychology**
James Scott
065-935-9859-918

Senior Psychologist, CF (Supervision)
Nancy Beshara
065-923-9288-008

Psychologist-Clinical, CF (10.0)

Senior Psychologist, CF (Supervision)
Elin Der-Hacopian
065-935-9288-918

Senior Psychologist, CF (Supervision)
Vacant
065-935-9288-918

Chief Psychologist
**Tele-Psychology**
Jonathan Yip
065-935-9859-918

Supervising Psychiatric Social Worker II
**Tele-Social Work**
Nicolesha Reed
065-923-9292-001

Supervising Psychiatric Social Worker I
Stephanie Dao
065-923-9291-003

Clinical Social Worker, CF (Safety) (10.0)

Supervising Psychiatric Social Worker I
Jasmin Allen
065-923-9291-004

Supervising Psychiatric Social Worker I
Tanya Knight
065-923-9291-918

Clinical Social Worker, CF (Safety) (10.0)

Amar Mehta, Deputy Director

Date

Updated/Reviewed on 7/11/24

# Division of Health Care Services
## Mental Health Program
### (Complex Mental Health)
(Page 3 of 7)

Red = Vacant

**Staff Services Manager II (Specialist)**
Nathan Pulley
065-935-4801-001

David Pimentel
(LT exp. 12/17/24)
065-935-4801-918

**Deputy Director, Statewide Mental Health Program**
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

**AGPA**
Megan Parker
065-923-5393-842

**SSA/AGPA**
Anjetta Johnson
065-923-5393-823

**Receiver's Med Exec (Safety)**
**Administrative**
Assistant Deputy Director, Psychiatric Services
Nicole Morrison
(On OOC from 065-935-9774-001 thru 9/2/24)
Erick Rizzotto
(LT exp. 1/31/2025)
065-923-8239-918

---

**Chief Psychiatrist, C&RS (Safety)**
**Psychiatry Sevices**
Michael Golding
065-923-9774-001

- **Regional Psychiatry**
  Sr. Psychiatrist (Spec.),
  C&RS (Safety)
  - Region I
    Vacant
    (Bunn 12/18/23)
    065-935-9759-001
  - Region II
    Vacant
    (Scott-Covello 12/18/23)
    065-935-9759-002
  - Region III
    Julie Oldroyd
    065-935-9759-003
  - Region IV
    Priyanka Patel
    Pending Hire 8/20/24
    065-935-9759-004

- **AGPA**
  **Psychiatry Sevices**
  Tonielena Williams
  065-935-5393-804

- **Sr. Psychiatrist (Spec.), C&RS (Safety)**
  Roy Andrew Schultz-Ross
  065-923-9759-003
  John Lindgren
  065-923-9759-007
  Navreet Mann
  065-923-9759-009
  Melanie Gonzalez
  065-923-9759-010

- **Staff Psychiatrist, C&RS (Safety) Alienist**
  0.25 Vacant
  065-923-9758-918
  0.25 Vacant
  065-923-9758-918
  0.25 Vacant
  065-923-9758-918
  0.25 Vacant
  065-923-9758-918

**Sr. Psychiatrist, CF (Spec)**
SB132
Christine Osterhout
065-923-9759-013

**Sr. Psychologist, CF(Spec)**
SB132
Vacant
(Wallis 2/29/24)
065-923-9287-918
*pending approved SAR

**Chief Psychiatrist**
IGHAP
Vacant
065-935-9774-918

**Chief Psychiatrist**
Regional (4.0)
Albert Bunn (Region I)
065-923-9774-003
Lisa Scott-Covello
(Region II)
065-923-9774-004
Nicole Morrison
Pending Hire 7/31/24
(Region III)
065-923-9774-005
Lawrence Tucker
(Region IV)
065-923-9774-006

**Clinical Social Worker, HF**
IGAPH
Susan Fleischer
065-923-9877-001
Vacant (CHU Recruiting)
065-923-9877-002

**Chief Psychologist, CF**
**Inpatient Referral Unit**
Gretchen Huntington
065-923-9859-011

- **Sr. Psychologist, CF (Spec.)**
  Heather Bravo
  065-923-9287-041
  Tani Shaffer
  065-923-9287-042
  Tristan Buzzini
  065-923-9287-043
  Latoya Winters
  065-923-9287-044
  Denae Peterson
  065-923-9287-045
  Joyce Cordosi
  065-923-9287-036

- **Chief Psychologist, CF**
  **Retired Annuitant**
  Shama Chaiken
  (HCHER approved)
  065-923-9859-916

**NC III (SUP)**
UM
Arvind Gill
065-923-8179-002

- **NCPR**
  Justina Ola
  Pending Hire 8/1/24
  065-923-8327-017
  Annie Clarke
  Pending Hire 8/1/24
  065-923-8327-018
  Uzo Ogbodo
  Pending Hire 8/1/24
  065-923-8327-019
  Vacant
  065-923-8327-020

- **NCPR**
  IGAHP
  Amp Lipps
  Pending Hire TBD
  065-923-8327-016

**Chief Psychiatrist, C&RS (Safety)**
**Offenders with Mental Health Disorders Program (OMHD)**
Nir Lorant
065-923-9774-002

- **Sr. Psychologist, CF (Sup)**
  OMHD
  Juliana Rohrer
  065-923-9288-005
  - **Psychologist-Clinical, CF**
    Dina Nolte
    065-923-9283-001
    Angela Sherman
    065-923-9283-007
    Grant Stoll
    065-923-9283-014
    Robert Sargent
    065-923-9283-015
    Felicia Bloem
    065-923-9283-021
    Jamie Green
    065-935-9283-005
    Eric Niemeyer
    065-935-9283-003
    Steve Terrini (RA)
    065-935-9283-916
    Richard L. Lowenthal (RA)
    065-923-9283-916

- **Sr. Psychologist, CF (Sup)**
  OMHD
  Dale White
  065-923-9288-004
  - **Psychologist-Clinical, CF**
    Sergio Castillo
    065-923-9283-010
    Sirintip Rhee
    Pending hire 5/13/24
    065-923-9283-011
    Eric Roth
    065-923-9283-013
    Alexis Vosburg
    065-923-9283-016
    Tamar Kenworthy
    065-923-9283-017
    Megan Holden
    065-923-9283-020
    Guillermo Franco
    065-923-9283-022
    Becky Sznejkowski
    065-935-9283-002
    Lance Portnoff
    065-923-9283-916

- **Sr. Psychologist, CF (Sup)**
  OMHD
  Rick Bjorklund
  065-923-9288-003
  - **Psychologist-Clinical, CF**
    Shanda Angioli
    065-923-9283-004
    Jessica Garofalo-Howes
    065-923-9283-008
    Timothy Tennyson
    065-923-9283-009
    Lori Hayami
    065-923-9283-012
    Emin Ghiribian
    065-923-9283-018
    Alison Stanley
    065-923-9283-019
    Robert Sack
    065-935-9283-001
    Ryanne Colbert
    065-935-9283-004
    Jeffrey Kropf
    065-923-9283-916
    Elaine Mura
    065-935-9283-916

Updated/Reviewed on 7/23/24



Red = Vacant

Division of Health Care Services

# Mental Health Program

## (Policy and Program Support)

(Page 4 of 7)

**Deputy Director, Statewide Mental Health Program**
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

**Staff Services Manager II (Specialist)**
Nathan Pulley
065-935-4801-001

David Pimentel
(LT exp. 12/17/24)
065-935-4801-918

**AGPA**
Megan Parker
065-923-5393-842

**CEA A**
**Statewide Planning and Policy**
Associate Director
Laurie Ball
065-923-7500-002

**Heath Program Specialist II**
Francesca Basa
065-923-8336-002

Kitdy Rakthay
(LT exp. 12/30/24)
065-923-8336-918

Vacant
065-923-8336-918
*Pending Approved SAR

**SSM II**
**Policy and Program Support**
Andrew Greene
065-923-4801-001

**SSA/AGPA**
Kala Vanzwoll
065-935-5157-800

**HPS I**
Viengxay Keovanxat
065-923-8338-003

Susie Sim
065-923-8338-004

Harutyun (Eric) Grigoryan
065-923-8338-005

Cassandra Albertson
065-923-8338-007

Phong Yang
(LT exp. 3/24/25)
(Rakthay on LT exp. 6/30/24. ROR)
065-923-8338-009

Vacant
(Foss, 10/31/23)
(Foss on LT exp. 10/31/24, ROR)
065-923-8338-010

Ashna Singh
065-923-8338-011

**SSM I**
**Training and Program Support**
Erika Windtberg
065-923-4800-007

**SSA/AGPA**
Vacant
(Windtberg 3/12/24)
065-923-5393-819

Shawna Huynh
065-923-5393-828

Marissa Trejo
065-923-5393-829

Vacant
(Foss 1/7/22)
*on hold to fund HPS II
*downgrade to fund
065-934-5157-001
065-923-5157-001
(Was 065-923-5393-834)

**SSM I**
**DDP/Recruitments/ Policy/ CCAT**
Sean Christophersen
065-923-4800-006

**SSA/AGPA**
Brian Six
065-923-5393-813

Jerel Session
065-923-5393-818

Kia Moua
065-923-5393-821

Carina Forman
Pending Hire 7/29/24
065-923-5157-825

Brianna White
065-923-5157-830

Andrew Ormsby
065-923-5393-838

**SSM I**
**OMHD/Procurement/ Suicide/Forms**
Julia Rodden
065-923-4800-005

**SSA/AGPA**
Jennifer Guz
065-923-5157-801

Chris Enzler
(LT exp. 7/10/25)
065-923-5393-820

Katherine Ochakovsky
(LT exp. 4/28/25)
(Bowens on LT exp. 10/1/24, ROR)
065-923-5393-822

Kendra Colen
065-923-5157-824

Faye Mendizabal
065-923-5393-831

Audrey Robeniol
Pending Hire TBD
(Phong on LT exp. 3/24/25)
065-923-5393-832

**SSM III**
**SMHP TMH**
Jennifer Johnson
065-923-4802-001

**HPS II**
Hong Tran
065-923-8336-003

**SSM II**
TMH
David Martinez
065-923-4801-003

**SSM I**
TMH (Psychiatry Support)
Nancy Ramirez
(LT exp. 10/1/24)
065-935-4800-918

**SSM I**
TMH (Psychology Support)
Yuvonne Ramirez
065-923-4800-010

**AGPA/SSA**
Adrin Ram
065-923-5393-851

Nomieya Kay Saelee
065-923-5393-852

Sabrina Yang
065-923-5393-854

**HPS I**
Ying Xiong
065-923-8338-026

**SSM I**
TMH (Social Work Support)
Jocelyn Sanders
065-923-4800-011

**AGPA/SSA**
Carol Sundell
065-923-5393-849

Ria Chu
065-923-5393-850

Deepika Vijay
065-923-5393-853

**HPS I**
Roselle Jones
065-923-8338-025

**SSM II**
MH Field Support
Raquel Perez
(LT exp. 10/15/24)
065-935-4801-918

**SSM I**
COMS/Field Support
Tori Foss
(LT exp. 10/31/24)
065-935-4800-918

**SSM I**
Complex MH (IGAHP)
Cynthia Bowens
(LT. exp. 10/2/24)
065-935-4800-918

**HPS I**
(IGAHP)
Jennifer Nakatsu
065-923-8338-027

**SSM I**
Pre-Release/DDP
Vacant
(Moua 6/30/24)
065-935-4800-918

**SSM III**
**Data Analytics**
Tiffany Nguyen
(LT exp. 6/30/25)
065-935-4802-xxx

**SSM II**
UM-QM-IRU
Sunny Gilstrap
(LT exp. 12/17/24)
065-935-4801-918

**SSM I**
QM
Peter Nguyen
(LT exp. 12/31/24)
065-935-4800-918

**HPS I**
Vacant
065-923-8338-028

**AGPA/SSA**
Vacant
065-923-5393-855

Updated/Reviewed on 7/22/24

# Division of Health Care Services
## Mental Health Program
### (Clinical Support)
(Page 5 of 7)

Red = Vacant

**Staff Services Manager II (Specialist)**
Nathan Pulley
065-935-4801-058

David Pimentel
(LT exp. 12/17/24)
065-935-4801-918

**Deputy Director, Statewide Mental Health Program**
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

**AGPA**
Megan Parker
065-923-5393-842

**MHA, CEA (Safety)**
**Administrative**
Assistant Deputy Director
Steven Cartwright
065-923-9249-007

**OT (T)**
Gloria Gin
065-923-1139-013

**MHA, CEA (Safety)**
**Clinical Support/Suicide Prevention**
Travis Williams
065-923-9249-001

**Chief Psychologist**
**COMS**
Heather Greenwald
065-935-9859-001

**Supervising Psychiatric Social Worker II**
Vacant
065-935-9292-918

**Supervising Psychiatric Social Worker I**
**Pre-Release**
Marina Rangel
(LT exp. 6/30/25)
065-935-9867-918

Rebecca Walls
(LT exp. 6/30/25)
065-935-9867-918

Kelsey Menges
(LT exp. 6/30/25)
065-935-9867-918

Vacant
065-935-9867-918

**Supervising Psychiatric Social Worker I**
**(CalAIM)**
Kimber Redmon
042-620-9867-918

**Sr. Psychologist, CF (Spec)**
**CLARK**
Corey Scheidegger
065-923-9287-001

Kimberly Wells
065-923-9287-040

**Sr. Psychologist, CF (Spec)**
**Clinical Support**
Kim Cornish
065-923-9287-002

Darcie Sharp
065-923-9287-011

Maria Giannuli
065-923-9287-014

**Clinical Social Worker (Health/CF)**
Safety
Vacant
065-923-9872-004

**Chief Psychologist, CF**
**Training**
Lee Lipsker
065-923-9859-010

**Sr. Psychologist, CF (Spec)**
Marilyn Immoos
065-923-9287-005

Carrie Brecker
065-923-9287-027

Paul Downs
065-923-9287-028

Alana Battle
065-923-9287-035

**Clinical Social Worker (Health/CF) Safety**
Eric Hernandez
065-923-9872-003

**Chief Psychologist, CF**
**Suicide Prevention**
Amber Carda
065-923-9859-012

**Sr. Psychologist, CF (Spec)**
Natalie Coss
065-923-9287-010

Megan Borbon
065-923-9287-038

Vacant
(Beshara 6/4/24)
065-923-9287-039

Rita Wilkinson
065-923-9287-047

**Sr. Psychologist, CF (Spec)**
Robert Canning (RA)
065-923-9287-916

**Chief Psychologist, CF**
James (Tim) Telander (RA)
065-923-9859-916

**Sr. Psychologist, CF (Spec)**
**Suicide Prevention**
Region I
Joseph Obegi
065-935-9287-001
*(Indirectly reports to 065-923-9249-003)*

Region II
Heather Stahl
065-935-9287-002
*(Indirectly reports to 065-923-9249-004)*

Region III
Sean Mintz
065-935-9287-004
*(Indirectly reports to 065-923-9249-005)*

Region IV
Nina Hudspeth
065-935-9287-005
*(Indirectly reports to 065-923-9249-006)*

Updated/Reviewed on 7/1/24

Red = Vacant

Division of Health Care Services
**Mental Health Program**
(Quality Management and Inpatient Referral)
(Page 6 of 7)

Staff Services Manager II (Specialist)
Nathan Pulley
065-935-4801-001

David Pimentel
(LT exp. 12/17/24)
065-935-4801-918

Deputy Director, Statewide Mental Health Program
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

AGPA
Megan Parker
065-923-5393-842

MHA, CEA (Safety)
**Administrative**
Assistant Deputy Director
Steven Cartwright
065-923-9249-007

Sr. Psychologist, CF (Spec)
David Leidner
065-923-9287-017
*(Directly reports to 065-001-6537-005)*

MHA, CEA (Safety)
**In-Patient/Quality Management**
Wendy Worrell
065-923-9249-002

Office Technician (T)
Adam Sterling
065-923-1139-006

SSM II
**BRMR**
**Latoya Garland**
065-923-4801-002

Sr. Psychiatrist (Spec) C&RS (Safety)
Sunpreet Singh
Pending Hire 8/14/24
065-923-9759-011

Jacob Adams
065-923-9759-012

Chief Psychologist, CF
**EHRS**
Vacant
065-935-9859-918
*pending approved SAR

Chief Psychologist, CF
**Quality Management**
Daisy Minter
065-923-9859-003

Research Data Manager
Pak Yan Leung
065-923-5740-001

SSM I
**IRU Support**
Ashley Cabigon
065-923-4800-008

SSM I
**BRMR**
Vacant
(Lemonds 7/10/24)
065-923-4800-009

SSM I
**EHRS**
Steven Reitz
(LT exp. 1/31/25)
065-935-4800-918

SSA/AGPA
**IRU**
Christopher Gallegos
065-935-5393-802

Tina Beard
065-935-5393-803

Alejandro Armenta
065-935-5393-801

Daniel Mendenhall
065-923-5393-826

Ubaidulla Zhion
(LT exp. 4/30/25)
(Reitz on LT exp 11/30/23, ROR)
065-923-5393-827

(6.0) SSA/AGPA Data
**BRMR**
Nancy Duong
065-923-5393-843

Ashley Cobb
065-923-5393-844

Kaozer Vang
065-923-5157-845

Gemeni Thao
065-923-5393-846

Lynna Ngo
065-923-5393-847

Joshua Singh
065-923-5393-848

HPS I
**BRMR**
Steven Carroll(Data)
065-923-8338-022

Elmer Hayes
065-923-8338-023

Melissa Kirby
065-923-8338-024

SSA/AGPA
**EHRS**
Vacant
(Gorman 2/26/24)
065-923-5393-815

John Vu
065-923-5393-839

Lauragene Parry
Pending Hire 8/12/24
065-923-5393-840

Gerry Weiss
065-923-5393-841

HPS I
ReBecca Ramirez
065-923-8338-001

Ricardo Castillo
065-923-8338-019

Teresa Owens
065-923-8338-020

Sr. Psychologist, CF (Spec)
**EHRS**
Deana Rogers
065-923-9287-048

Sr. Psychologist, CF (Spec)
**EOP Hub Certification**
Pamela Orellana
065-923-9287-033

Sr. Psychologist, CF (Spec)
**CQIT**
Lisa Sebasco
065-923-9287-031

Jonathan Fishman
065-923-9287-032

Clinical Social Worker (Health/CF) Safety
Patraya Lowe-Smith
Pending Hire 8/12/2024
065-923-9872-001

Research Data Specialist II
Suat Li Loh
065-923-5758-004

Vincent Antonio Pacheco
065-923-5758-003

Ben Molin
065-923-5758-002

Research Data Specialist I
Stephanie Calvario
065-923-5742-001

Vacant
065-923-5742-002

Shanton Tyson
065-923-5742-003

RD SUPV II
Natasha Lim
065-923-5737-001

RD SUPV I
Vacant
065-923-5734-001

Research Data Analyst II
Donald Piring
065-923-5731-002

Janice Hall
065-923-5731-003

Updated/Reviewed on 7/22/24

Red = Vacant
- - - = Indirect Reporting

# Division of Health Care Services
# Mental Health Program
## (Chief Field Operations)
(Page 7 of 7)

**Deputy Director, Statewide Mental Health Program**
**Division of Health Care Services**
Amar Mehta
065-923-9603-001

- Staff Services Manager I (Specialist): Nathan Pulley 065-935-4801-001; David Pimentel (LT exp. 12/17/24) 065-935-4801-918
- AGPA: Megan Parker 065-923-5393-842

**MHA, CEA (Safety)**
**Administrative**
Assistant Deputy Director
Steven Cartwright
065-923-9249-007

- SSA/AGPA: Anjetta Johnson 065-923-5393-823

### MHA, CEA (Safety) — Region I, Elk Grove
Administrator
Laura Ceballos
065-923-9249-003

- AHPA: Stacy Hart 065-923-8337-008
- Sr. Psychologist, CF (Spec.): Melissa Johnson 065-923-9287-009; Dominique Bressi 065-923-9287-023; Andrea Ames 065-923-9287-029; Peter Madsen 065-935-9287-009; Fereshte Mirzad 065-935-9287-007
- Sr. Psychologist, CF (Specialist) (Sacramento): *SAR Approved Crystal Krull (LT exp. 4/28/25) 065-935-9287-918; Vacant 065-935-9287-918
- SPSW I (Safety) (Sacramento): Vacant 065-935-9291-918; Vacant 065-935-9291-918
- Sr. Psychologist, CF (Spec): Joseph Obegi 065-935-9287-001 *(Directly reports to 065-923-9249-001)*

### MHA, CEA (Safety) — Region II, Fresno
Administrator
Stephanie Neumann
065-923-9249-004

- AHPA: Daniel Stebbins 065-923-8337-014
- Sr. Psychologist, CF (Spec): Caitilin Chinn-Goshgarian 065-923-9287-015; Brittany Sawyer 065-923-9287-024; Shalila Douglas 065-923-9287-030; Shanesha Sorenson 065-935-9287-008; Emily Moresco (Youmans) 065-935-9287-006
- Sr. Psychologist, CF (Specialist) (Fresno): *SAR Approved Mark Wrathall (LT exp. 7/1/25) 065-935-9287-918; Kimberly Boyd-Bowman Pending Hire 7/29/24 065-935-9287-918
- SPSW I (Safety) (Fresno): Vacant 065-935-9291-918; Vacant 065-935-9291-918
- Sr. Psychologist, CF (Spec): Heather Stahl 065-935-9287-002 *(Directly reports to 065-923-9249-001)*

### MHA, CEA (Safety) — Region III, Bakersfield
Administrator
Christopher Cornell
065-923-9249-005

- AHPA: Gloria Perez 065-923-8337-010
- Sr. Psychologist, CF (Spec): Ann Nicholas 065-923-9287-021; Candy Soares 065-923-9287-025; Mandip Grewal 065-923-9287-037
- Sr. Psychologist, CF (Specialist) (Kern): *SAR Approved Kayla Konish Pending Hire 7/25/24 065-935-9287-918; Vacant 065-935-9287-918
- SPSW I (Safety) (Kern): Vacant 065-935-9291-918; Vacant 065-935-9291-918
- Sr. Psychologist, CF (Spec): Sean Mintz 065-935-9287-004 *(Directly reports to 065-923-9249-001)*

### MHA, CEA (Safety) — Region IV, Rancho Cucamonga
Administrator
Michael Hewitt
065-923-9249-006

- AHPA: Jeff Tackett 065-923-8337-015
- Sr. Psychologist, CF (Spec): Diana Couto Da Silva 065-923-9287-012; Dina Khoury 065-923-9287-026; Brian Gotterer 065-923-9287-034; Jamie (Allen) Nodine 065-923-9287-046
- Sr. Psychologist, CF (Specialist) (San Bern.): *SAR Approved Catherine Frederick Pending Hire TBD 065-935-9287-918; Kristin Haas-Knighten Pending Hire TBD 065-935-9287-918
- SPSW I (Safety) (San Bernardino): Vacant 065-935-9291-918; Vacant 065-935-9291-918
- Sr. Psychologist, CF (Spec): Nina Hudspeth 065-935-9287-005 *(Directly reports to 065-923-9249-001)*

Updated/Reviewed 7/22/24



