DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90−CV−00520−KJM−SCR<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S THIRTIETH ROUND MONITORING REPORT PART D**<br><br>Judge: Hon. Kimberly J. Mueller |

[4550585.3]

1	On August 26, 2024, Defendants filed objections to the Special Master's Thirtieth Round Monitoring Report ("Report"), Part D.  See Defs' Objections, ECF No. 8374. Plaintiffs request that the Court grant them leave to respond to Defendants' objections, which seek inappropriate "revisions," claim that various findings "lack context," and raise other meritless arguments.

The Order of Reference makes clear that Plaintiffs' input and involvement is critical to the *Coleman* remedial process.  See Order of Reference, ECF. No. 640 at 2 (Dec. 11, 1995).  Accordingly, Plaintiffs request that the Court grant them ten days, until September 9, 2024 to respond to Defendants' objections.

DATED:  August 30, 2024

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Luma Khabbaz
　　Luma Khabbaz

Attorneys for Plaintiffs

[4550585.3]