# Exhibit A

State of California                                   Malia M. Cohen, California State Controller

# M e m o r a n d u m

**To:**      Sharon Love-Cole                                September 4, 2024
              Associate Director, Fiscal Operations Branch
              CA Department of Corrections and Rehabilitation
              1515 S Street, Room 510-S
              Sacramento, CA 95811-7243

**From:**    **State Controller's Office**
              Prince Greene, Manager  *CA*   for Prince Greene
              Bureau of Fiscal Systems and Transactions
              State Accounting and Reporting Division

**Subject:**  **ESTABLISH SPECIAL DEPOSIT FUND**

The following Special Deposit Fund (SDF) has been established in the State Controller's Office Accounting and Reporting Management System. Enclosed is the copy of the approved  AUD 10 form.

Account Title:    Mental Health Staffing

Account Number:    0942407-5225-1945-501

Period of Availability:    August 30, 2024 to August 31, 2029


If you have any questions, please contact Oksana Seremet at (916) 898-5925 or by email oseremet@sco.ca.gov.


PG: os


Enclosure (1)

**REQUEST TO STATE CONTROLLER TO ESTABLISH OR AMEND SPECIAL DEPOSIT FUND ACCOUNT FORM**

SUBMIT ORIGINAL TO DEPARTMENT OF FINANCE.  UPON APPROVAL, DEPARTMENT OF FINANCE WILL FORWARD ORIGINAL TO STATE CONTROLLER'S OFFICE FOR PROCESSING.  WHEN ACCOUNT HAS BEEN ESTABLISHED, AN ACKNOWLEDGED COPY WILL BE RETURNED TO THE AGENCY, AFTER WHICH CLAIMS MAY BE SUBMITTED.

UNLESS EXCEPTED BY LAW, OBLIGATIONS FROM THIS ACCOUNT ARE SUBJECT TO GENERAL STATE LAWS GOVERNING THE OBLIGATION OF STATE FUNDS (SEE 1 OPS, CAL. ATTY. GEN. 90).  THIS INCLUDES CONTRACT, PURCHASE AND CIVIL SERVICE REQUIREMENTS, BOARD OF CONTROL RULES, APPROVALS BY DEPARTMENT OF GENERAL SERVICES AND ATTORNEY GENERAL, ETC.

CLAIM SCHEDULE WILL SHOW APPROPRIATION AS GOVERNMENT CODE (GC) SECTION 16370 AND THE ACCOUNT TITLE.

---

**UNDER THE PROVISIONS OF GC SECTION 16370 AND STATE ADMINISTRATIVE MANUAL SECTION 18420 PLEASE ESTABLISH OR AMEND THE FOLLOWING SPECIAL DEPOSIT FUND ACCOUNT.**

1. Proposed Account Title:
Mental Health Staffing

2. Source of Monies:
Staffing contempt fines pursuant to orders in Coleman vs. Newsom, Case No. 2:90-CV-00520-KJM-SCR

3. Purpose of Account:
Administration of court orders in Coleman vs. Newsom, Case No. 2:90-CV-00520-KJM-SCR

| 4. Date of Trust Instrument: | 5. Department of Finance Approval: | |
|---|---|---|
| August 29, 2024 | By: Jennifer Koga *Digitally signed by Jennifer Koga Date: 2024.08.30 11:32:09 -07'00'* | Date: 8/30/2024 |

| 6. Disposition of Residue: | 7. Statute Reference, If Any: | 8. Account Investing In SMIF: |
|---|---|---|
| General Fund | | Yes ☐   No ✔ |

9. Expenditures Authorized:
Expenditure of staffing contempt fines to address mental health staffing vacancies pursuant to court orders in Coleman vs. Newsom, U.S. District Court, Eastern District of California, Case No. 2:90-CV-00520-KJM-SCR

10. Period of Availability:
August 30, 2024 through August 31, 2029

**11. DEPARTMENT INFORMATION**

| Department: | Organization Code: |
|---|---|
| California Department of Corrections and Rehabilitation | 5225 |

| Contact Person: | Title: |
|---|---|
| Sharon Love-Cole | Associate Director |

| Signed: *Sharon Love-Cole* E6CBD40EDE364FB... | Date: 8/30/2024 |
|---|---|

**12. STATE CONTROLLER USE ONLY**

Remarks:

Account Established:

Date _____ 9/4/2024 _____     *Christine Atalig* on behalf of acting BC G. Singh

**BUREAU CHIEF**
STATE ACCOUNTING AND REPORTING DIVISION

| FUND | AGENCY | FY | REF/ITEM | |
|---|---|---|---|---|
| 0942407 | 5225 | 1945 | 501 | (D) |

AUD 10 (REV 07/21)



**DEPARTMENT OF**
# FINANCE

**Gavin Newsom ▪ Governor**
915 L Street ▪ Sacramento CA ▪ 95814-3706 ▪ www.dof.ca.gov

August 30, 2024

Jay Singh, Assistant Division Chief, Operations
State Accounting & Reporting Division
State Controller's Office
3301 C Street
Sacramento, CA 95816

Dear Jay Singh:

**Request to Establish Special Deposit Fund Account – Mental Health Staffing**

Attached is a request to establish a Special Deposit Fund (SDF) account titled Mental Health Staffing on behalf of the California Department of Corrections and Rehabilitation (CDCR). The purpose of this SDF account is to deposit funds from the Coleman vs. Newsom, Case No. 2:90-CV-00520-KJM-SCR. The funds deposited in this account will be used for expenditures of staffing contempt fines to address mental health staffing vacancies pursuant to court orders in Coleman vs. Newsom, U.S. District Court, Eastern District of California, Case No. 2:90-CV-00520-KJM-SCR.

It is anticipated that the funds will be received and/or transferred into the fund in September 2024. As such, we request the immediate processing and establishment of the SDF account. The SDF account will need to have the following transaction accounts set up for the receipt and disbursement of funds: Transfer (T) Account for incoming funds transferred from external appropriations, Receipt (R) Account for deposit of external funds, and Disbursement (D) Account for the payment of expenditures as directed by the settlement agreement.

If the account can be closed earlier than August 31, 2029, CDCR will need to submit a letter to the SCO with a copy to our office. If the account is needed beyond the expiration date, CDCR will need to submit an amended AUD 10 form, Request to State Controller to Establish or Amend Special Deposit Fund Account, to our office at least 45 days prior to the expiration date. If you have any questions, please contact Margie Daniels at (916) 445-3434, extension 2179, or by e-mail Margie.Daniels@dof.ca.gov.

Sincerely,

*Jennifer Koga*

Jennifer Koga
Supervising Administrative Analyst
Fiscal Systems and Consulting Unit

cc:    Vanessa Trapnell, Bureau Chief, Bureau of Accounting and Consulting, State Accounting
       and Reporting Division, State Controller's Office
       Amy Jarvis, Program Budget Manager, Department of Finance
       Sharon Love-Cole, Associate Director, California Department of Corrections and
       Rehabilitation