UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The technical advisor appointed by the court on August 27, 2024, ECF No. 8377, has submitted his invoice for services rendered in August 2024. A copy of the invoice is attached.

In accordance with the August 27, 2024 order and good cause appearing, IT IS HEREBY ORDERED that defendants shall forthwith pay to

>   Leading Resources Inc.
>   Attn: Eric Douglas
>   1930 N Street
>   Sacramento, CA 95811

the amount of $1,125.00 as payment of the statement attached to this order.

A copy of Form W-9 for Leading Resources Inc. is available upon request directed to the undersigned through Courtroom Deputy Casey Schultz.

DATED: September 6, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

# Attachment

**LRI** Leading Resources INCORPORATED

1930 N Street
Sacramento, CA 95811

TEL 916-325-1190
FAX 916-325-1195

www.leadingresources.com

| BILL TO | | DATE | INVOICE NO. |
|---|---|---|---|
| United States District Court for the Eastern Disctrict of California | | 9/2/2024 | 4181 |

| P.O./CONTRACT # | TERMS |
|---|---|
| 24021 | |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 8/25/2024 | Eric Douglas<br>Review materials and provide technical advice to Judge Mueller. | 3 | 375.00 | 1,125.00 |
| | Subtotal | | | 1,125.00 |
| | Sales Tax | | 7.75% | 0.00 |

| | |
|---|---|
| **Invoice Total** | $1,125.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,125.00 |