| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
| | Attorney General of California |
| 2 | MONICA N. ANDERSON, State Bar No. 182970 |
| | Senior Assistant Attorney General |
| 3 | DAMON MCCLAIN, State Bar No. 209508 |
| | Supervising Deputy Attorney General |
| 4 | ELISE OWENS THORN, State Bar No. 145931 |
| | NAMRATA KOTWANI, State Bar No. 308741 |
| 5 | CHRISTIAN M. GEORGELY, State Bar No. 322952 |
| | Deputy Attorneys General |
| 6 | 1300 I Street, Suite 125 |
| | P.O. Box 944255 |
| 7 | Sacramento, CA 94244-2550 |
| | Telephone: (916) 210-7318 |
| 8 | Fax: (916) 324-5205 |
| | E-mail: Elise.Thorn@doj.ca.gov |
| 9 | *Attorneys for Defendants* |

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZÁLEZ , SBN 321994
MOLLIE LEVY, SBN 333744
SAMANTHA BACON, SBN 351561
425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: 415-777-3200
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520- KJM-SCR |
| Plaintiffs, | **NOTICE OF SUBMISSION OF CERTIFICATIONS IN RESPONSE TO JUNE 25 AND JULY 12, 2024 ORDERS (ECF NOS. 8291 AND 8329)** |
| v. | |
| GAVIN NEWSOM, et al. | |
| Defendants. | |
| | Judge: Hon. Kimberly J. Mueller |

On June 25, 2024, the Court issued its findings on contempt of outpatient staffing orders and directed Defendants Governor Gavin Newsom, Director of California State Hospitals Stephanie Clendenin, and Director of the California Department of Finance Joe Stephenshaw, to certify that they have reviewed the data in the monthly staffing report and include a summary of the steps they have taken in the preceding month to address mental health understaffing in CDCR prisons. (ECF No. 8291.) On June 27, 2024, the Court ordered that Defendants Newsom, Stephenshaw, and Clendenin shall have ten days from the filing of each monthly staffing report to review and submit certifications regarding data in the monthly staffing reports. (ECF No. 8299 at

21137582.1

2.)  On July 12, 2024, the Court approved the parties' stipulation to modify the June 25 order to remove Defendant Clendenin's obligation to submit a monthly certification, and to replace Defendant Newsom's monthly certification with that of a senior official in his office designated by Defendants.  (ECF No. 8329 at 3-4.)

Defendants submit the court-ordered certifications of David Sapp, Legal Affairs Secretary for Governor Gavin Newsom, and Joe Stephenshaw, Director of the Department of Finance, as Exhibits A and B respectively.  The attached certifications cover the obligations of Defendants Newsom and Stephenshaw to review and certify that they reviewed the data in the staff vacancy reports filed for the months of June and July 2024 (ECF Nos. 8345 and 8384), and to provide a summary of the steps they have taken in June and July 2024 to address mental health understaffing in CDCR prisons.

DATED:  September 9, 2024

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ Elise Owens Thorn
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

/s/ Samantha D. Wolff
*PAUL B. MELLO*
*SAMANTHA D. WOLFF*
*DAVID C. CASARRUBIAS*
*Attorneys for Defendants*

# Exhibit A

1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   MONICA N. ANDERSON, State Bar No. 182970
    Senior Assistant Attorney General
3   DAMON MCCLAIN, State Bar No. 209508
    Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
    NAMRATA KOTWANI, State Bar No. 308741
5   CHRISTIAN M. GEORGELY, State Bar No. 322952
    Deputy Attorneys General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 210-7318
8    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
9   *Attorneys for Defendants*

    HANSON BRIDGETT LLP
    LAWRENCE M. CIRELLI, SBN 114710
    PAUL B. MELLO, SBN 179755
    SAMANTHA D. WOLFF, SBN 240280
    KAYLEN KADOTANI, SBN 294114
    DAVID C. CASARRUBIAS-GONZALEZ, SBN 321994
    MOLLIE LEVY, SBN 333744
    SAMANTHA BACON, SBN 351561
    425 MARKET STREET, 26TH FLOOR
    SAN FRANCISCO, CALIFORNIA 94105
    TELEPHONE:    415-777-3200
    E-MAIL: PMELLO@HANSONBRIDGETT.COM
    *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-SCR<br><br>**CERTIFICATION REQUIRED UNDER JUNE 25 AND JULY 12, 2024 ORDERS BY DAVID SAPP, LEGAL AFFAIRS SECRETARY FOR GOVERNOR GAVIN NEWSOM** |

I, David Sapp, certify the following in response to the June 25 and July 12, 2024 orders filed in *Coleman v. Newsom*, Case No. 2:90-cv-0520 KJM DB:

1.      The June 25 order required that Governor Newsom submit a certification that he has reviewed specified monthly reports and include a summary of the steps that he has taken to address mental health understaffing in CDCR prisons during the relevant month. The July 12 order authorizes a senior official in Governor Gavin Newsom's office designated by Defendants to submit the certification required under the June 25 order.

1

1      2.      Consistent with the July 12 order, I am submitting the certification as Governor

2   Newsom's Legal Affairs Secretary.

3      3.      I have reviewed the following reports prepared by the California Correctional Health

4   Care System and attached as exhibits to Defendants' monthly staffing reports:

5          a.      Defendants' Monthly Mental Health Staff Vacancy Report filed on July 31,

6   2024 (ECF No. 8345), Exhibit A, the psychiatry, psychology, social worker, recreational

7   therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing

8   Plan; Exhibit B, the psychiatry, psychology, social worker, recreational therapist, and medical

9   assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the

10  statewide totals for all the positions; and Exhibit D, a separate chart of the fines accumulated for

11  June 2024; and

12         b.      Defendants' Monthly Mental Health Staff Vacancy Report filed on August 30,

13  2024 (ECF No. 8384), Exhibit A, the psychiatry, psychology, social worker, recreational

14  therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing

15  Plan; Exhibit B, the psychiatry, psychology, social worker, recreational therapist, and medical

16  assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the

17  statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for July

18  2024 calculated under the January 23, 2024 order (ECF No. 8116 at 2); and Exhibit E, a separate

19  chart of the Psychiatric Inpatient Program fines accumulated for July 2024 calculated under the

20  June 28, 2024 order (ECF No. 8301 at 2–3).

21     4.      Attached as Exhibit 1 is a summary of actions that can be disclosed, without waiving

22  applicable attorney-client, deliberative process, official information, or executive privileges, that

23  Governor Newsom, in his official capacity as Governor of the State of California, and his

24  Administration have taken to address mental health understaffing in CDCR prisons, including in the

25  months of July and August, 2024.

26

27

28

Governor's Legal Affairs Secretary Certification in Response to 6/25/24 and 7/12/24 Contempt Orders (2:90-cv-00520 KJM-DB (PC))

19009732.1

1    Dated: September 9, 2024                          Respectfully submitted,

2

3                                                      */s/ David Sapp*
                                                       DAVID SAPP

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Governor's Legal Affairs Secretary Certification in Response to 6/25/24 and 7/12/24 Contempt Orders (2:90-cv-00520 KJM-DB (PC))

19009732.1

# Exhibit 1

**Exhibit 1: Summary of Actions Taken to Address Mental Health Staffing in CDCR Prisons**

Since the July certification, Governor Newsom and his Administration continue to take actions addressing CDCR's mental health staffing needs.  Those efforts include:

**Hiring Above Minimum (HAM):**  Under the current HAM policy, California Department of Human Resources (CalHR) has delegated authority to departments to hire staff at above the minimum if they have exceptional qualifications. Section 5 of the pay scales also lists certain classes in geographically challenging areas or for certain hard-to-fill classifications as categorically eligible for HAMs.  CalHR announced a revised HAM policy earlier this year under which departments no longer have delegated HAM authority. As outlined in HR Manual Section 1715, CalHR initiated a one-time transition process for departments to propose additional classifications for inclusion in Section 5 as part of the transition to the new policy.

The new policy, which takes effect October 1, addresses one of the areas discussed by Plaintiffs' expert during the contempt hearing: CCHCS HR's practice of always making an initial offer at the lowest amount on the pay scale.  Under this new policy, all new hires for many of the mental health classifications subject to the court's order will receive an initial offer at the HAM rate.  Current employees will also benefit from the change.  If the employee currently earns less than the HAM rate, the person will immediately receive a bump to the HAM rate.  Here is an example of how the new HAM rate will work. Before the new policy, a newly hired clinical psychologist could be offered the lowest amount on the pay scale:  $9,335 or $11,019.  Now that person will be offered the HAM rate of $11,161 or $13,531.  A current employee who works in either of those classifications and earns less that the HAM rate will be automatically bumped to the higher salary.  CalHR had initially announced the new policy would take effect July 1, 2025, but the effective date was deferred to October 1.  In the interim, CCHCS HR began utilizing its delegated authority in April 2025 to make higher-than-minimum initial offers for recent hires in certain classifications.  The new policy codifies the HAM level for covered classifications and automatically entitles all current employees in those classifications to an adjustment to the HAM level if they currently earn less than that.   A table summarizing the approved classifications for Section 5 is below.

1

| Class Title | Alternate Range | Class Salary Min | Class Salary Max | Hiring Above Minimum Effective October 1 |
|---|---|---|---|---|
| MEDICAL ASSISTANT | - | $3,820 | $5,024 | **$4,423** |
| CLINICAL SOCIAL WORKER (HEALTH FACILITY) | V | $7,460 | $9,773 | **$8,617** |
| CLINICAL SOCIAL WORKER (HEALTH/CORRECTIONAL FACILITY)-SAFETY | P | $7,282 | $9,538 | **$8,425** |
| CLINICAL SOCIAL WORKER (HEALTH/CORRECTIONAL FACILITY)-SAFETY | Q | $7,834 | $10,261 | **$9,048** |
| PSYCHOLOGIST-CLINICAL, CORRECTIONAL FACILITY | P | $9,335 | $11,161 | **$11,161** |
| PSYCHOLOGIST-CLINICAL, CORRECTIONAL FACILITY | Q | $11,019 | $13,531 | **$13,531** |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | P | $24,513 | $29,378 | **$29,378** |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | Q | $25,158 | $30,229 | **$30,229** |

| Class Title | Alternate Range | Class Salary Min | Class Salary Max | Hiring Above Minimum Effective October 1 |
|---|---|---|---|---|
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | P | $26,354 | $31,320 | **$31,320** |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | Q | $26,921 | $32,070 | **$32,070** |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | P | $27,635 | $33,417 | **$33,417** |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | Q | $28,165 | $34,252 | **$34,252** |

**Creating New Mental Health Classifications:**  CalHR has proposed the creation of two new classifications that we believe will increase the pool of candidates who can act as primary clinicians under the Program Guide:  Marriage and Family Therapists and Clinical Counselors.  The State Personnel Board, which must approve CalHR's request, took up the matter at its August 14, 2024 board meeting.  The SPB asked for additional information, which CalHR provided.  The SPB approved the new classifications at its September 9 meeting.

**Plan for spending the fines**:  On August 29, the court approved a plan for expenditure of fines.  This plan includes:  hiring a consultant to make recommendations on improving hiring and onboarding practices; bonuses

3

designed to recruit new staff and retain those already working at CDCR; and allocations to institutions that can be used to improve the working environment for mental health staff.

**Continued Efforts:** CDCR/CCHCS has also continued its ongoing efforts described in the prior certification, filed on July 8, 2024, ECF No. 8322-1, including efforts focused on recruitment and streamlining hiring. As to the latter, CCHCS HR has implemented end-to-end recruitment and hiring events to help fill growing vacancies throughout the department. The hiring events are held at locations central to the communities near the institutions. The hiring events allow prospective candidates to submit job applications, take civil service exams, be interviewed, process Live Scan fingerprint checks, and receive tentative job offers in a one-day, streamlined process. Clinicians are still required to complete the Credentialing process outside of the hiring event if extended a tentative job offer. One of these large hiring events took place in Vacaville in July. The two-day event saw 392 total attendees, with 248 interviews conducted over the two days, resulting in 146 total job offers (for all classes). For the mental health classifications at issue in this contempt proceeding, there were 14 total offers, as follows: Clinical Social Worker – 1; Medical Assistant – 11; Psychologist – 1; and Recreation Therapist – 1. And another large hiring event will be in Paso Robles in October.

Earlier this year, the Regional Hiring Unit (RHU) expanded the hiring event concept to modified regionalized events targeting specific classifications. These mini events are focused on mental health classifications and cluster institutions within the region. These events use the Hiring Event blueprint by asking basic interview questions (reducing to 3-4 questions) and holding virtual and in-person interviews. HR posts the job advertisements inviting candidates to schedule interviews based on their convenience/availability, with streamlined processes tied to interview for livescans and pre-employment/credentialing package provided on the same date, and tentative start dates for 2 weeks to 30 days out. Two regional hiring events occurred in August, resulting in the job offers for the relevant classifications, summarized below. Two additional regional events are scheduled for September and October.

- Central Region (Fresno): Nine total attendees, resulting in 7 job offers and one pending offer.
  - Clinical Social Worker - 4 jobs offered
    - 1 pending job offer

- o   Recreational Therapist - 2 jobs offered
- o   Psychologist - 1 job offered
- Northern Region (Elk Grove): Eleven total attendees, resulting in 7 job offers and four pending offers.
- Clinical Social Worker - 4 jobs offered
  - o   3 pending job offers
- Recreational Therapist – 1 job offered
  - o   1 pending job offer
- Psychologist – 1 job offered
- Senior Psychologist (Specialist) – 1 job offered

CDCR/CCHCS has also made significant progress on hiring for the telemental health positions, as follows:

1. Total number of allocated positions
   a.   Clinical Social Worker 40
   b.   Psychologist 60
2. Number of Offers
   a.   Clinical Social Worker 59
   b.   Psychologist 42
3. Number of offers accepted
   a.   Clinical Social Worker 47
   b.   Psychologist 35
4. Number of providers who have started with CDCR
   a.   Clinical Social Worker 32
   b.   Psychologist 24
5. Number of providers assigned to institutions
   a.   Clinical Social Worker 27
   b.   Psychologist 17

# Exhibit B

<table>
<tr><td>1</td><td>Rob Bonta, State Bar No. 202668<br>Attorney General of California</td><td>Hanson Bridgett LLP<br>Lawrence M. Cirelli, SBN 114710</td></tr>
<tr><td>2</td><td>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General</td><td>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280</td></tr>
<tr><td>3</td><td>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General</td><td>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias-Gonzalez, SBN 321994</td></tr>
<tr><td>4</td><td>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741</td><td>Mollie Levy, SBN 333744<br>Samantha Bacon, SBN 351561</td></tr>
<tr><td>5</td><td>Christian M. Georgely, State Bar No. 322952<br>Deputy Attorneys General</td><td>425 Market Street, 26th Floor<br>San Francisco, California 94105</td></tr>
<tr><td>6</td><td> 1300 I Street, Suite 125<br> P.O. Box 944255</td><td>Telephone:    415-777-3200<br> Telephone:  (925) 746-8460</td></tr>
<tr><td>7</td><td> Sacramento, CA 94244-2550<br> Telephone:  (916) 210-7318</td><td> Fax:  (925) 746-8490<br> E-mail:  PMello@hansonbridgett.com</td></tr>
<tr><td>8</td><td> Fax:  (916) 324-5205<br> E-mail:  Elise.Thorn@doj.ca.gov</td><td>Attorneys for Defendants</td></tr>
<tr><td>9</td><td>Attorneys for Defendants</td><td></td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM- SCR<br><br>**CERTIFICATION REQUIRED UNDER JUNE 25 AND JULY 12, 2024 ORDERS BY JOE STEPHENSHAW, DIRECTOR OF DEPARTMENT OF FINANCE** |

I, Joe Stephenshaw, certify the following in response to the June 25 and July 12, 2024

orders filed in *Coleman v. Newsom*, Case No. 2:90-cv-0520 KJM DB:

1.    I have reviewed the following reports prepared by the California Correctional Health

Care System and attached as exhibits to Defendants' monthly staffing reports:

a.    Defendants' Monthly Mental Health Staff Vacancy Report filed on July 31,

2024 (ECF No. 8345), Exhibit A, the psychiatry, psychology, social worker, recreational

therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing

19009732.1

1   Plan; Exhibit B, the psychiatry, psychology, social worker, recreational therapist, and medical

2   assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the

3   statewide totals for all the positions; and Exhibit D, a separate chart of the fines accumulated for

4   June 2024; and

5          b.     Defendants' Monthly Mental Health Staff Vacancy Report filed on August 30,

6   2024 (ECF No. 8384), Exhibit A, the psychiatry, psychology, social worker, recreational

7   therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing

8   Plan; Exhibit B, the psychiatry, psychology, social worker, recreational therapist, and medical

9   assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the

10   statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for July

11   2024 calculated under the January 23, 2024 order (ECF No. 8116 at 2); and Exhibit E, a separate

12   chart of the Psychiatric Inpatient Program fines accumulated for July 2024 calculated under the

13   June 28, 2024 order (ECF No. 8301 at 2–3).

14          2.     The June 25 order requires that I include a summary of the steps that I have taken in

15   June and July to address mental health understaffing in CDCR prisons.  As the Director of the

16   California Department of Finance, I serve as the Chief Fiscal Policy Advisor for the Governor,

17   and, in this capacity, I promote long-term economic sustainability and responsible resource

18   allocation. The Department is responsible for performing a wide range of budget and fiscal policy

19   activities, including the preparation, enactment, and administration of the Governor's Budget.

20   This role requires me and my staff, among other things, to negotiate with the Legislature on the

21   terms of a budget that furthers the Governor's fiscal and policy priorities.

22          2.     After these negotiations, the Budget Act of 2024 and related budget trailer bills were

23   enacted in July, balancing the budget in both 2024-25 and 2025-26. The enacted budget addresses

24   a $46.8 billion projected shortfall for the 2024-25 fiscal year through a balanced package of

25   solutions, including spending reductions of $16 billion. Those reductions did not include any cuts

26   to the budget for CDCR's mental health system.

27          3.     Accordingly, CDCR's mental health system will remain funded, and with authorized

28   positions in fiscal year 2024-25, as follows: approximately $700 million, with nearly 3,300

1    authorized full-time equivalent positions (of which approximately 2,250 are allocated to licensure

2    categories subject to the June 25 order), for a total inmate population of just under 93,000 as of

3    July 3, 2024, of whom approximately 34,000 are Coleman class members. CDCR's health care

4    budget includes approximately $437 million and 3,200 positions to support the provision of

5    nursing services to mental health patients. Additionally, the CDCR health care budget includes

6    $415 million for ancillary health care services, which includes pharmaceuticals, and $74 million

7    for Dental and Mental Health Administration: a portion of ancillary health care services and the

8    majority of funds for administration are dedicated to supporting the delivery of mental health

9    services to patients. This compares to 1992-1993, prior to the entry of the judgment in this case,

10    with an overall budget of only $40 million, 376 full-time equivalent positions, and an incarcerated

11    population of approximately 113,000.

12       3.      Although I do not have any direct oversight with regard to staffing issues at CDCR,

13    the Department of Finance has and continues to work to ensure that all state departments have

14    access to the 2025-26 budget process, and considers all resource requests, including those to

15    support the recruitment and retention of mental health staff.

16       4.      The Department of Finance is also charged with the responsibility for devising,

17    supervising and maintaining a modern and complete system of accounting and setting statewide

18    fiscal and accounting policies and procedures. In this capacity, the department approves the

19    creation of new funds, issues executive orders to the State Controller's Office to effectuate the

20    transfer of funds and works with all state departments on fiscal policy and budgetary issues.

21       5.      Recently, Department of Finance staff have worked with CDCR and the State

22    Controller's Office regarding the implementation of the staffing vacancy fines expenditure plan

23    ordered by the Court on August 29, 2024 (ECF No. 8381). Finance collaborated with CDCR and

24    the State Controller's Office to create the Mental Health Staffing Special Deposit Fund and

25    determine the most efficient pathway for transferring the fines into the fund for expenditure by

26    CDCR pursuant to the plan. With the September 6, 2024 order (ECF No. 8388) approving the

27    alternative method for transferring the fines to the Mental Health Staffing Special Deposit Fund,

28    Finance is in the process of issuing an executive order to the State Controller's Office for the

1    transfer of fines, creating necessary accounting items, and developing a process to effectuate the

2    expenditure of those funds in accordance with the expenditure plan with CDCR.

3

4       Dated: September 9, 2024                              Respectfully submitted,

5                                                             /s/ *Joe Stephenshaw*
                                                              JOE STEPHENSHAW
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOF Certification in Response to June 25 and July 12 Contempt Orders (2:90-cv-00520 KJM-DB (PC))

19009732.1