| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Christian M. Georgely, State Bar No. 322952<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>LAWRENCE M. CIRELLI, SBN 114710<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994<br>MOLLIE LEVY, SBN 333744<br>SAMANTHA BACON, SBN 351561<br>425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone: 415-777-3200<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**NOTICE OF SUBMISSION OF DOCUMENTS FILED UNDER SEAL**<br><br>Judge: Hon. Kimberly J. Mueller |

On November 29, 2023, the court approved the parties' stipulation and granted Defendants' request to file under seal the individual suicide reports for suicides completed in 2022. (ECF No. 8073.) Due to a miscommunication with the Court, the individual suicide reports were not filed under seal. As a result, on September 9, 2024, the Court ordered Defendants to submit to Jeremy Donati, Operations Supervisor, all individual suicide reports for suicides completed in the California Department of Corrections and Rehabilitation in 2022 to be filed under seal. (ECF No. 8391.)

Defendants give notice that they submitted the documents called for by the Court's November 29, 2023 and September 9, 2024 orders to the court via e-mail, and that they served the

21142116.1

1 | parties with copies of the documents.

2 | DATED: September 10, 2024

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

**/s/ *Elise Owens Thorn***
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

8 | DATED: September 10, 2024

HANSON BRIDGETT LLP

**/s/ *Samantha D. Wolff***
*PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS-
GONZÁLEZ
Attorneys for Defendants*