| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Christian M. Georgely, State Bar No. 322952<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Lawrence M. Cirelli, SBN 114710<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias-González, SBN 321994<br>Mollie Levy, SBN 333744<br>Samantha Bacon, SBN 351561<br>425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone:  415-777-3200<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.<br><br>   Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**NOTICE OF DEPOSIT OF FUNDS PURSUANT TO SEPTEMBER 6, 2024 ORDER (ECF NO. 8388)**<br><br>Judge:   Hon. Kimberly J. Mueller |

On September 6, 2024, the Court approved the parties' September 5, 2024 alternative proposal for the administration of the plan for expenditure of staffing contempt fines. (ECF No. 8388.) The Court further directed Defendants to file, by no later than September 16, 2024, a notice with the Court confirming that the funds were deposited in the Staffing Special Deposit Fund by September 13, 2024. (*Id.*)

Defendants confirm that all fines accumulated since April 1, 2023, through the staffing vacancy report filed on August 30, 2024, in the amount of $139,106,888.00, were deposited into the Mental Health Staffing Special Deposit Fund on September 9, 2024.

21142116.1

| | | |
|---|---|---|
| 1 | DATED: September 16, 2024 | ROB BONTA<br>Attorney General of California<br>DAMON MCCLAIN<br>Supervising Deputy Attorney General |
| 2 | | |
| 3 | | |
| 4 | | **/s/ Elise Owens Thorn**<br>Elise Owens Thorn<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| 5 | | |
| 6 | | |
| 7 | DATED: September 16, 2024 | *HANSON BRIDGETT LLP* |
| 8 | | **/s/ Pau B. Mello**<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>DAVID C. CASARRUBIAS-GONZÁLEZ<br>*Attorneys for Defendants* |