ROB BONTA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON G. MCCLAIN - 209508
Supervising Deputy Attorney General
CORINNA ARBITER - 273074
Deputy Attorney General
  600 W. Broadway, Suite 1800
  San Diego, CA  92101
  Telephone:  (619) 321-5799
  Fax:  (619) 645-2061
  E-mail:  Corinna.Arbiter@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF – 240280
DAVID C. CASARRUBIAS-3219994
  425 Market Street, 26th Floor
  San Francisco, CA 94015
  Telephone: (415) 777-3200
  Facsimile: (415) 541-9366
  E-mail: pmello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                         Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                         Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                         Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                         Defendants. | Case No. 4:01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**Defendants' September 2024 Quarterly Status Report in Response to February 10, 2014 and March 25, 2022 Orders** |

1          The State submits this quarterly status report in response to this Court's February 10, 2014 order (ECF No. 2766/5060)[1] to reduce the California Department of Corrections and Rehabilitations (CDCR) adult prison population to 137.5 percent of design capacity, and its March 25, 2022 order reducing the frequency of these reports from monthly to quarterly (ECF No. 3795/7515). Exhibit A provides statewide and prison-specific population data, including the current design capacity, population, and population as a percentage of design capacity. Exhibit B provides updates on population reduction measures, including those Defendants implemented in response to the February 10, 2014 order, and the durability of those measures. Defendants first informed this Court that CDCR's adult prison population was below the 137.5 percent population cap on February 17, 2015 (ECF No. 2838/5278) and have complied with that cap for over nine years.

          CDCR's institutional design capacity is 75,526 as of September 4, 2024. (Ex. B at 2.) As of September 4, 2024, 89,035 incarcerated people are housed in the State's adult institutions, occupying approximately 117.9% of institutional design capacity. (Ex. A at 1.[2]) None are housed in out-of-state facilities.[3]

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.) and *Coleman v. Newsom*, No. 2:90-cv-00520-KJM-DB (E.D. Cal.). Docket citations to this Court's orders cite to the docket number of *Plata* first, and *Coleman* second.

[2] The attached Exhibit A is available on CDCR's website at Tpop1d240904.pdf (ca.gov).

[3] This statistic concerns incarcerated people in out-of-state contract beds and does not include those housed in other states under interstate compact agreements.

| | | |
|---|---|---|
| 1 | Dated September 16, 2024 | ROB BONTA |
| 2 | | Attorney General of California |
| 3 | | */s/ Corinna S. Arbiter* |
| 4 | | DAMON G. MCCLAIN<br>Supervising Deputy Attorney General |
| 5 | | CORINNA ARBITER<br>Deputy Attorney General |
| 6 | | *Attorneys for Defendants* |
| 7 | Dated: September 16, 2024 | HANSON BRIDGETT LLP |
| 9 | | */s/ Paul B. Mello*<br>PAUL B. MELLO |
| 10 | | SAMANTHA D. WOLFF<br>*Attorneys for Defendants* |

SF2007200670

Exhibit A

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
September 4, 2024

Weekly Report of Population
As of Midnight September 4, 2024

| Population | Felon/Other | Change Since Last Week | Change Since Last Year | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---|---|---|---|---|---|
| A. Total In-Custody/CRPP Supervision | 91,966 | -11 | -3,297 | | | |
| I. In-State | 91,966 | -11 | -3,297 | | | |
| (Men, Subtotal) | 88,220 | -9 | -3,273 | | | |
| (Women, Subtotal) | 3,746 | -2 | -24 | | | |
| 1. Institution/Camps | 90,743 | +5 | -3,054 | 78,994 | 114.9 | 102,280 |
| Institutions | 89,035 | +3 | -2,963 | 75,526 | 117.9 | 98,812 |
| Camps(CIW and SCC) | 1,708 | +2 | -91 | 3,468 | 49.3 | 3,468 |
| 2. In-State Contract Beds | 3 | 0 | -190 | | | |
| Community Participant Mother Program | 3 | 0 | -3 | | | |
| 3. Department of State Hospitals | 156 | -1 | +45 | | | |
| 4. CRPP Supervision | 1,064 | -15 | -98 | | | |
| Alternative Custody Program | 48 | -2 | -71 | | | |
| Female Community Reentry Program | 378 | -4 | +12 | | | |
| Male Community Reentry Program | 583 | -9 | -40 | | | |
| Medical Parole | 49 | 0 | +5 | | | |
| Medical Reprieve Program | 6 | 0 | -4 | | | |
| B. Parole | 34,922 | 0 | -1,014 | | | |
| Community Supervision | 33,458 | +8 | -1,020 | | | |
| Interstate Cooperative Case | 1,464 | -8 | +6 | | | |
| C. Non-CDCR Jurisdiction | 720 | -14 | -23 | | | |
| Other State/Federal Institutions | 208 | -6 | -21 | | | |
| Out of State Parole | 490 | -7 | +1 | | | |
| Out of State Parolee at Large | 22 | -1 | +3 | | | |
| D. Other Populations | 6,984 | -29 | -751 | | | |
| Temporary Release to Court and Hospital | 1,516 | -35 | -127 | | | |
| Escaped | 191 | 0 | -4 | | | |
| Parolee at Large | 5,277 | +6 | -620 | | | |
| Total CDCR Population | 134,592 | -54 | -5,085 | | | |

This report contains the latest available reliable population figures from SOMS.  They have been carefully audited, but are preliminary, and therefore subject to revision.

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
September 4, 2024

Weekly Report of Population
As of Midnight September 4, 2024

## Weekly Institution Population Detail

| Institutions | Felon/ Other | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---:|---:|---:|---:|
| Avenal State Prison (ASP) | 4,402 | 2,909 | 151.3 | 3,759 |
| Calipatria State Prison (CAL) | 2,769 | 2,308 | 120.0 | 3,433 |
| California Correctional Institution (CCI) | 1,699 | 1,508 | 112.7 | 2,227 |
| Central California Women's Facility (CCWF) | 2,085 | 1,986 | 105.0 | 2,946 |
| Centinela State Prison (CEN) | 3,107 | 2,308 | 134.6 | 3,433 |
| California Health Care Facility - Stockton (CHCF) | 2,147 | 2,953 | 72.7 | 2,953 |
| California Institution for Men (CIM) | 2,232 | 1,604 | 139.2 | 2,225 |
| California Institution for Women (CIW) | 1,287 | 1,281 | 100.5 | 1,743 |
| California Men's Colony (CMC) | 2,089 | 2,613 | 79.9 | 2,642 |
| California Medical Facility (CMF) | 2,019 | 2,319 | 87.1 | 2,657 |
| California State Prison, Corcoran (COR) | 2,462 | 3,114 | 79.1 | 3,164 |
| California Rehabilitation Center (CRC) | 2,782 | 1,822 | 152.7 | 2,579 |
| Correctional Training Facility (CTF) | 4,072 | 2,800 | 145.4 | 4,125 |
| Folsom State Prison (FOL) | 2,786 | 2,065 | 134.9 | 3,021 |
| High Desert State Prison (HDSP) | 2,728 | 2,337 | 116.7 | 3,442 |
| Ironwood State Prison (ISP) | 2,935 | 2,200 | 133.4 | 3,285 |
| Kern Valley State Prison (KVSP) | 3,156 | 2,448 | 128.9 | 3,136 |
| California State Prison, Los Angeles County (LAC) | 3,214 | 2,300 | 139.7 | 3,250 |
| Mule Creek State Prison (MCSP) | 4,031 | 3,284 | 122.7 | 3,811 |
| North Kern State Prison (NKSP) | 3,175 | 2,694 | 117.9 | 4,011 |
| Pelican Bay State Prison (PBSP) | 2,202 | 1,804 | 122.1 | 2,425 |
| Pleasant Valley State Prison (PVSP) | 2,661 | 2,308 | 115.3 | 3,433 |
| RJ Donovan Correctional Facility (RJD) | 2,934 | 2,992 | 98.1 | 3,750 |
| California State Prison, Sacramento (SAC) | 2,028 | 1,828 | 110.9 | 2,265 |
| California Substance Abuse Treatment Facility (SATF) | 5,453 | 3,424 | 159.3 | 5,111 |
| Sierra Conservation Center (SCC) | 3,949 | 4,972 | 79.4 | 5,804 |
| California State Prison, Solano (SOL) | 4,072 | 2,594 | 157.0 | 3,866 |
| San Quentin Rehabilitation Center (SQ) | 3,209 | 3,084 | 104.1 | 3,935 |
| Salinas Valley State Prison (SVSP) | 2,516 | 2,452 | 102.6 | 2,471 |
| Valley State Prison (VSP) | 3,263 | 1,961 | 166.4 | 2,931 |
| Wasco State Prison (WSP) | 3,279 | 2,984 | 109.9 | 4,447 |
| Institution Total | 90,743 | 78,994 | 114.9 | 102,280 |

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
September 4, 2024

Weekly Report of Population
As of Midnight September 4, 2024

### Notes

Felon/Other counts are felons, county contract boarders, federal boarders, state boarders, safekeepers, county diagnostic cases, Department of Mental Health boarders, and Division of Juvenile Justice boarders.

Interstate Cooperative Cases are parolees from other states being supervised in California.

Non-CDCR Jurisdiction are California cases being confined in or paroled to other states or jurisdictions.

Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the age of 21 who were committed to CDCR, had their sentence amended, and were incarcerated at the Division of Juvenile Justice for housing and program participation.

Other Population includes inmates temporarily out-to-court, inmates in hospitals, escapees, and parolees at large.

Exhibit B

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                      GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



September 12, 2024

Paul Mello
Hanson Bridgett
1676 N. California Boulevard, Suite 620
Walnut Creek, CA 94596

Dear Mr. Mello:

Attached please find the California Department of Corrections and Rehabilitation's September 2024 quarterly Status Update for the Three-Judge Court proceeding.


Sincerely,

*Jenn Neill*

Jennifer Neill
General Counsel
Office of Legal Affairs
California Department of Corrections and Rehabilitation

cc: Corinna Albiter, Deputy Attorney General

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION, GAVIN NEWSOM, GOVERNOR



### September 15, 2024 Quarterly Update to the Three-Judge Court

On February 10, 2014, the Three-Judge Court ordered California Department of Corrections and Rehabilitation (CDCR) to reduce the in-state adult prison population to 137.5 percent of design capacity by February 28, 2016. (ECF Nos. 2766/5060 & 2767/5061.) Defendants first informed the Court that its population was below 137.5 percent of design capacity on February 17, 2015 (ECF No. 2838/5278). Since then, Defendants have submitted 91 reports. Defendants have complied with the population cap for more than nine years. On March 25, 2022, the Court granted Defendants' unopposed motion to reduce the frequency of these reports from monthly to quarterly. (ECF No. 3795/7515.) As a result, reports are filed on the 15th of March, June, September, and December of each year, until further order of the Court.

CDCR plans to deactivate Chuckawalla Valley State Prison by March 2025,[1] and in July 2024, CDCR deactivated 42 housing units across eleven institutions.

As of September 4, 2024, CDCR's institutional design capacity was still reported as 75,526,[2] and the adult institutional population was 89,035, occupying 117.9 percent of design capacity. (*See* Exhibit A at 1, attached.)

Below are updates regarding Defendants' population reduction efforts and evidence of durable compliance with the 137.5 percent benchmark.

### A. Update on Proposition 57 Measures:

Proposition 57, passed in November 2016, is the State's durable remedy that enacts many Court-ordered reforms, expands credit-earning opportunities, and creates a parole consideration process for nonviolent incarcerated persons who have served the full term of their primary offense in state prison. Information about these regulations can be found at https://www.cdcr.ca.gov/proposition57/. Details regarding measures CDCR implemented can be found in previously filed monthly status reports. (*See, e.g.*, ECF No. 3769/7423 (Jan. 18, 2022).) Updated statistics showing the impact of these regulations are included below.

---

[1] As of July 31, 2024, the population at Chuckawalla Valley State Prison was zero.
[2] CDCR is evaluating the impact on design capacity, if any, caused by deactivation of 42 housing units discussed above.

1. <u>Increased credit-earning opportunities for all incarcerated persons except the condemned and those serving life without parole sentences:</u>

   4,233 incarcerated persons released between June 1, 2024, and August 31, 2024, earned an estimated average of 321.4 days of additional credit towards their advance release date.[3] This does not include incarcerated persons released from fire camps.

2. <u>Determinately-sentenced nonviolent offender parole process:</u>

   Between July 1, 2017, and August 31, 2024, CDCR has made 38,946 referrals to the Board of Parole Hearings (Board) for this parole process. The Board has reviewed 35,029 of these referrals on the merits, approving 4,903 incarcerated persons for release and denying 30,126. 3,582 referrals have been closed because the Board's jurisdictional review of the incarcerated persons' criminal history and central file revealed they were not eligible for parole consideration. The remaining referrals are pending review, including those within the 30-day period for written input from incarcerated persons, victims, and prosecutors.

3. <u>Indeterminately-sentenced nonviolent offender parole process:</u>

   Since January 2019, when CDCR began screening indeterminately-sentenced nonviolent offenders for eligibility, CDCR has referred 3,060 incarcerated persons to the Board for a parole consideration hearing. As of August 31, 2024, 137 of these referrals were closed because the Board's jurisdictional review of criminal histories and central files revealed those incarcerated persons were not eligible for parole consideration. To date, the Board has conducted 3,309 hearings for indeterminately-sentenced nonviolent offenders resulting in 869 grants, 2,089 denials, and 351 stipulations to unsuitability. An additional 3,006 hearings were scheduled, but postponed, waived, continued, or canceled. The remaining referrals are pending parole consideration hearings.

**B. Updates on Other Population Reduction Measures:**

1. <u>Contracting for additional in-state capacity in county jails, community correctional facilities, private prison(s), and reduction of out-of-state beds:</u>

   Three incarcerated people are housed at the Community Prisoner Mother Program as of September 4, 2024. (*See* Exhibit A.)

2. <u>Expanded medical parole process:</u>

   The Board conducts expanded medical parole hearings for incarcerated persons referred to the Board by the head physician at their institutions. The Board's medical parole hearing decision approving an incarcerated person for placement in a skilled nursing facility is forwarded to the California Correctional Health Care Services (CCHCS) and the Receiver's Office. Then, the incarcerated person is placed in a community facility that will accept the person and enforce any restrictions imposed by the Board. If CCHCS is unable to place the incarcerated person within 120 days of the decision, the decision expires, and

---

[3] In December 2023, the Superior Court of California, County of Sacramento, held in *Criminal Justice Legal Foundation, et al. v. the California Department of Corrections and Rehabilitation, et al.*, Case No. 34-2022-80003807- CU-WM-GDS, that CDCR exceeded its authority by promulgating regulations allowing application of earned credits towards an incarcerated person's Minimum Eligible Parole Date. CDCR and BPH filed an appeal.

the person remains in CDCR custody. Between July 1, 2014, and September 9, 2024, the Board has held 399 medical parole hearings, resulting in 276 approvals and 123 denials. An additional 107 hearings were scheduled, but postponed, continued, or canceled.

3. Parole process for elderly incarcerated persons:

   Under Penal Code section 3055, incarcerated persons aged 50 and above who serve at least 20 years of continuous incarceration qualify for elderly parole consideration.
   Certain persons sentenced under strike-sentencing laws (Penal Code sections 667(b)-(i) or 1170.12) or convicted of first-degree murder of a peace officer are excluded from the statutory scheme but are eligible for elderly parole consideration as set forth in the February 10, 2014 order, which covers incarcerated persons aged 60 and above who serve at least 25 years of continuous incarceration. Previous status reports further detail these parole processes. (*See, e.g.*, ECF No. 3769/7423 (Jan. 18, 2022).)

   Between February 11, 2014, and August 31, 2024, the Board has held 11,753 hearings for eligible incarcerated persons, resulting in 3,367 grants, 7,283 denials, and 1,103 stipulations to unsuitability. The Board scheduled 7,312 additional hearings that were waived, postponed, continued, or canceled.

4. Male community reentry programs:

   The State continues to refer eligible incarcerated persons for possible placement in Male Community Reentry Programs (MCRPs). The State contracts with MCRP facilities in San Diego, Los Angeles, Kern, and Butte counties. As of September 4, 2024, 583 incarcerated persons are housed in MCRP facilities.

5. Expanded alternative custody program:
   The Custody to Community Transitional Reentry Program (CCTRP), the State's expanded alternative custody program for female incarcerated persons, provides a range of rehabilitative services that assist with substance use recovery, employment, education, housing, family reunification, and social support. As of September 4, 2024, 378 women are participating in the CCTRP, and are housed at facilities in San Diego, Santa Fe Springs, Bakersfield, Stockton, Sacramento, and Los Angeles.

6. Incarcerated Persons Released Under Proposition 36
   Proposition 36, passed in November 2012, revised the State's three-strikes law to permit resentencing for qualifying incarcerated persons whose third strike was not serious or violent. As of August 31, 2024, approximately 2,258[4] persons have been released under this measure.

7. Incarcerated Persons Released Under Proposition 47
   Proposition 47, passed on November 4, 2014, requires misdemeanor rather than felony sentencing for certain property and drug crimes and permits incarcerated persons previously sentenced for these reclassified crimes to petition for resentencing. As of August 31, 2024, approximately 4,762 persons have been released under this measure.

---

[4] This number excludes incarcerated people who were eligible for Proposition 36 resentencing but released in other ways (e.g. Proposition 47 resentencing or nonviolent parole process).

# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| Case Name: | **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284** | Nos. |
| | Coleman, et al. v. Newsom, et al. | 2:90-cv-00520-KJM-DB |
| | USDC, Eastern District of California, Case No. 2:90-cv-00520-KJM-DB | 4:01-cv-01351-JST |
| | Plata, et al. v. Newsom, et al. | |
| | USDC, Northern District of California, Case No. 4:01-cv-01351-JST | |

I hereby certify that on <u>September 16, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANTS' SEPTEMBER 2024 QUARTERLY STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 AND MARCH 25, 2022 ORDERS; EXHIBITS A AND B

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 16, 2024</u>, at San Diego, California.

| C. Krystof | /s/ C. Krystof |
|---|---|
| Declarant | Signature |

SF2007200670
84735593.docx