MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. 2:90-cv-00520-KJM-SJR <br><br> **STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2024** <br><br> Judge: Hon. Sean C. Riordan |

[4570546.1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Second Quarter of 2024 to Defendants via e-mail on August 15, 2024. The parties completed their meet and confer process on September 16, 2024. The parties have resolved all disputes regarding fees and costs for the Second Quarter of 2024, with an agreement to reduce claimed amounts to a total of $1,313,925.26 calculated at a rate of $258.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $1,313,925.26 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from September 15, 2024 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: September 17, 2024

*/s/ Damon McClain*
Damon McClain
Supervising Deputy Attorney General
Attorneys for Defendants

DATED: September 17, 2024

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____, 2024

_____
Honorable Sean C. Riordan
United States Magistrate Judge

[4570546.1]

1

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS
FOR THE SECOND QUARTER OF 2024

# Coleman v. Newsom
## Second Quarter of 2024
### April 1, 2024 through June 30, 2024
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **CLAIMED COSTS** | **SETTLED COSTS** |
|---|---|---|---|---|
| **Monitoring, 489-3** | $1,249,132.80 | $1,199,167.47 | $12,595.49 | $12,362.59 |
| **Fees on Fees, 489-5** | $5,805.00 | $5,572.80 | $22.20 | $22.20 |
| **Appeal of PIP Minimum Treatment Standards Order, No. 23-2485, 489-32** | $92,002.80 | $88,322.70 | $5,034.75 | $5,034.75 |
| **Appeal of Personality Disorder Program Order, No. 24-3707, 489-35** | $3,586.20 | $3,442.75 | $0.00 | $0.00 |
| **Totals** | $1,350,526.80 | $1,296,505.72 | $17,652.44 | $17,419.54 |

**Claimed Total:**     $1,368,179.24

**Settled Total:**     $1,313,925.26

4536288

**CColeman v. Newsom**
**Second Quarter of 2024**
**April 1, 2024 through June 30, 2024**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Spiegel | 31.50 | 31.30 | $258.00 | $8,075.40 | $7,752.38 |
| AJ Alany | 349.30 | 304.80 | $258.00 | $78,638.40 | $75,492.86 |
| Alex Gourse | 255.20 | 252.60 | $258.00 | $65,170.80 | $62,563.97 |
| Amy Xu | 16.20 | 15.90 | $258.00 | $4,102.20 | $3,938.11 |
| Angela Laureano | 17.50 | 17.50 | $258.00 | $4,515.00 | $4,334.40 |
| Benjamin Holston | 93.10 | 92.30 | $258.00 | $23,813.40 | $22,860.86 |
| Caroline E. Jackson | 0.10 | 0.00 | $258.00 | $0.00 | $0.00 |
| Darcy Edmundson | 258.40 | 244.40 | $258.00 | $63,055.20 | $60,532.99 |
| Ernest Galvan | 60.50 | 60.50 | $258.00 | $15,609.00 | $14,984.64 |
| F. Gail LaPurja | 153.80 | 143.90 | $258.00 | $37,126.20 | $35,641.15 |
| Fely F. Villadelgado | 110.10 | 53.80 | $258.00 | $13,880.40 | $13,325.18 |
| Gregorio Z. Gonzalez | 272.90 | 166.70 | $258.00 | $43,008.60 | $41,288.26 |
| Jared Miller | 445.30 | 442.30 | $258.00 | $114,113.40 | $109,548.86 |
| Jenny S. Yelin | 202.10 | 202.00 | $258.00 | $52,116.00 | $50,031.36 |
| Julie de Vaulx | 117.30 | 116.30 | $258.00 | $30,005.40 | $28,805.18 |
| Kamila Barragan | 172.40 | 149.60 | $258.00 | $38,596.80 | $37,052.93 |
| Kedra Chan | 0.60 | 0.00 | $258.00 | $0.00 | $0.00 |
| Linda H. Woo | 0.50 | 0.00 | $258.00 | $0.00 | $0.00 |
| Lindsay Newfeld | 12.70 | 0.00 | $258.00 | $0.00 | $0.00 |
| Lisa Ells | 198.80 | 196.60 | $258.00 | $50,722.80 | $48,693.89 |
| Luma Khabbaz | 154.80 | 153.90 | $258.00 | $39,706.20 | $38,117.95 |
| Marc Shinn-Krantz | 248.60 | 244.60 | $258.00 | $63,106.80 | $60,582.53 |
| Mari Tanabe | 1.90 | 0.00 | $258.00 | $0.00 | $0.00 |
| Maya Campbell | 146.70 | 146.20 | $258.00 | $37,719.60 | $36,210.82 |
| Megan Rich | 35.80 | 35.80 | $258.00 | $9,236.40 | $8,866.94 |
| Michael L. Freedman | 3.40 | 0.00 | $258.00 | $0.00 | $0.00 |
| Michael S. Nunez | 326.70 | 325.40 | $258.00 | $83,953.20 | $80,595.07 |
| Michael W. Bien | 148.10 | 147.60 | $258.00 | $38,080.80 | $36,557.57 |
| Riya Matta | 13.20 | 0.00 | $258.00 | $0.00 | $0.00 |
| Sanjana Srinivasan | 231.90 | 171.10 | $258.00 | $44,143.80 | $42,378.05 |
| Sherry Zhu | 308.10 | 304.00 | $258.00 | $78,432.00 | $75,294.72 |
| Simran Surtani | 41.00 | 41.00 | $258.00 | $10,578.00 | $10,154.88 |
| Teya Khalil | 299.30 | 284.90 | $258.00 | $73,504.20 | $70,564.03 |
| Thomas Nolan | 163.00 | 161.90 | $258.00 | $41,770.20 | $40,099.39 |
| Victor Corona | 217.10 | 216.20 | $258.00 | $55,779.60 | $53,548.42 |
| **Total** | **5107.90** | **4723.10** | | **$1,218,559.80** | **$1,169,817.39** |

4536288

**Coleman v. Newsom**
**Second Quarter of 2024**
**April 1, 2024 through June 30, 2024**
Monitoring Fees, 489-3

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---:|---:|---:|---:|---:|
| Audrey Lim | 11.30 | 11.30 | $258.00 | $2,915.40 | $2,798.78 |
| Dewi Zarni | 6.80 | 6.80 | $258.00 | $1,754.40 | $1,684.22 |
| Donald Specter | 26.00 | 26.00 | $258.00 | $6,708.00 | $6,439.68 |
| Emilio Bustamante | 3.20 | 3.20 | $258.00 | $825.60 | $792.58 |
| Jenny Aguilar | 2.70 | 2.70 | $258.00 | $696.60 | $668.74 |
| Jessica Shen | 2.60 | 2.60 | $258.00 | $670.80 | $643.97 |
| Joshua Marin | 3.50 | 3.50 | $258.00 | $903.00 | $866.88 |
| Margot Mendelson | 0.60 | 0.60 | $258.00 | $154.80 | $148.61 |
| Marie Berry | 0.80 | 0.80 | $258.00 | $206.40 | $198.14 |
| Marissa Hatton | 12.40 | 12.40 | $258.00 | $3,199.20 | $3,071.23 |
| Sophie Mishara | 1.20 | 1.20 | $258.00 | $309.60 | $297.22 |
| Steve Fama | 47.40 | 47.40 | $258.00 | $12,229.20 | $11,740.03 |
| **Total** | **118.50** | **118.50** | | **$30,573.00** | **$29,350.08** |
| **GRAND TOTAL** | | | | **$1,249,132.80** | **$1,199,167.47** |

4536288

**Coleman v. Newsom**
**Second Quarter of 2024**
**April 1, 2024 through June 30, 2024**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed | Settled |
|---|---|---|---|
| In-House Copying | $918.00 | $918.00 | $918.00 |
| Outside Copying/Scanning | $1,682.87 | $1,682.87 | $1,682.87 |
| Transcription | $376.10 | $376.10 | $376.10 |
| Postage and Delivery | $1,324.30 | $1,324.30 | $1,324.30 |
| Research (Westlaw/Lexis/PACER/Fees) | $2,263.07 | $2,263.07 | $2,263.07 |
| Court Reporting Services | $33.50 | $33.50 | $33.50 |
| Registration Fees | $490.00 | $490.00 | $490.00 |
| Misc. | $232.90 | $232.90 | $0.00 |
| Travel | $4,581.77 | $4,581.77 | $4,581.77 |
| **Total** | **$11,902.51** | **$11,902.51** | **$11,669.61** |

**Prison Law Office**

| Description | Actual | Claimed | Settled |
|---|---|---|---|
| In-House Postage | $344.19 | $344.19 | $344.19 |
| Travel | $348.79 | $348.79 | $348.79 |
| **Total** | **$692.98** | **$692.98** | **$692.98** |

| | | | |
|---|---|---|---|
| **GRAND TOTAL** | | **$12,595.49** | **$12,362.59** |

4536288

**Coleman v. Newsom**
**Second Quarter of 2024**
**April 1, 2024 through June 30, 2024**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| AJ Alany | 1.00 | 0.50 | $258.00 | $129.00 | $123.84 |
| F. Gail LaPurja | 1.50 | 1.00 | $258.00 | $258.00 | $247.68 |
| Linda H. Woo | 5.60 | 5.60 | $258.00 | $1,444.80 | $1,387.01 |
| Lisa Ells | 13.80 | 13.80 | $258.00 | $3,560.40 | $3,417.98 |
| **Total** | **21.90** | **20.90** | | **$5,392.20** | **$5,176.51** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.10 | 1.10 | $258.00 | $283.80 | $272.45 |
| Margot Mendelson | 0.50 | 0.50 | $258.00 | $129.00 | $123.84 |
| **Total** | **1.60** | **1.60** | | **$412.80** | **$396.29** |

**GRAND TOTAL**                                                         **$5,805.00**     **$5,572.80**

4536288

**Coleman v. Newsom**
**Second Quarter of 2024**
**April 1, 2024 through June 30, 2024**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed | Settled |
|---|---|---|---|
| Postage and Delivery | $22.20 | $22.20 | $22.20 |
| **Total** | **$22.20** | **$22.20** | **$22.20** |

| | | | |
|---|---|---|---|
| **GRAND TOTAL** | | $22.20 | $22.20 |

4536288

**Coleman v. Newsom**
**Second Quarter of 2024**
**April 1, 2024 through June 30, 2024**
Fees on Appeal of PIP MInimum Treatment Standards 23-2485, 489-32

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---:|---:|---:|---:|---:|
| Alex Gourse | 4.20 | 4.20 | $258.00 | $1,083.60 | $1,040.26 |
| Carly Frieders | 6.10 | 6.10 | $258.00 | $1,573.80 | $1,510.85 |
| Ernest Galvan | 6.00 | 6.00 | $258.00 | $1,548.00 | $1,486.08 |
| F. Gail LaPurja | 1.10 | 0.00 | $258.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 20.60 | 19.50 | $258.00 | $5,031.00 | $4,829.76 |
| Lisa Ells | 125.70 | 125.70 | $258.00 | $32,430.60 | $31,133.38 |
| Jenny S. Yelin | 1.10 | 0.00 | $258.00 | $0.00 | $0.00 |
| Maya Campbell | 187.70 | 187.50 | $258.00 | $48,375.00 | $46,440.00 |
| Michael W. Bien | 3.10 | 3.10 | $258.00 | $799.80 | $767.81 |
| Nya Hardaway | 4.50 | 4.50 | $258.00 | $1,161.00 | $1,114.56 |
| **Total** | **360.10** | **356.60** | | **$92,002.80** | **$88,322.70** |

| | | | | | |
|---|---|---|---|---:|---:|
| **GRAND TOTAL** | | | | **$92,002.80** | **$88,322.70** |

4536288

**Coleman v. Newsom**
**Second Quarter of 2024**
**April 1, 2024 through June 30, 2024**
Costs on Appeal of PIP MInimum Treatment Standards 23-2485, 489-32

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed | Settled |
|---|---:|---:|---:|
| Outside Copying and Scanning | $4,407.36 | $4,407.36 | $4,407.36 |
| Westlaw Research | $627.39 | $627.39 | $627.39 |
| **Total** | **$5,034.75** | **$5,034.75** | **$5,034.75** |
| | | | |
| **GRAND TOTAL** | | **$5,034.75** | **$5,034.75** |

4536288

**Coleman v. Newsom**
**Second Quarter of 2024**
**April 1, 2024 through June 30, 2024**
Fees on Appeal of 4/20/24 PD Program Order 24-3707, 489-35

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| F. Gail LaPurja | 0.30 | 0.00 | $258.00 | $0.00 | $0.00 |
| Jenny S. Yelin | 0.00 | 0.00 | $258.00 | $0.00 | $0.00 |
| Lisa Ells | 2.10 | 2.10 | $258.00 | $541.80 | $520.13 |
| Marc Shinn-Krantz | 10.30 | 10.30 | $258.00 | $2,657.40 | $2,551.10 |
| Thomas Nolan | 1.50 | 1.50 | $258.00 | $387.00 | $371.52 |
| **Total** | **14.20** | **13.90** | | **$3,586.20** | **$3,442.75** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$3,586.20** | **$3,442.75** |

4536288