Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello, State Bar No. 179755
Samantha D. Wolff, State Bar No. 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias, SBN 321994
 1676 N. California Boulevard, Suite 620
 Walnut Creek, CA 94596
 Telephone: (925) 746-8460
 Fax: (925) 746-8490
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                               Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                               Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' SECOND AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

On June 25, 2024, Defendants—Gavin Newsom, Governor of the State of California; Jeff Macomber, Secretary of the California Department of Corrections and Rehabilitation; Joe Stephenshaw, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation—appealed to the United States Court of Appeals for the Ninth Circuit from this Court's June 25, 2024 order, which held certain Defendants in contempt and imposed fines. (ECF No. 8291.) Defendants also appealed from all earlier, non-

final orders that produced and merged with the June 25 order. *See Am. Ironworks & Erectors Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 897 (9th Cir. 2001).

On June 28, 2024, Defendants amended their notice of appeal to include an appeal from the Court's June 27, 2024 order (ECF No. 8299) clarifying the June 25, 2024 order.

Defendants now appeal from this Court's August 29, 2024 order (ECF No. 8381) requiring expenditures of the contempt fines.

Dated: September 27, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General

**/s/ *Damon McClain***
Damon McClain
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated: September 27, 2024

HANSON BRIDGETT LLP

**/s/ *Paul Mello***
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*