# CERTIFICATE OF SERVICE

Case Name:  **Coleman v. Newsom, et al.,**          No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on September 27, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' SECOND AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 27, 2024, at Los Angeles, California.

V. Thompson
Declarant

/s/ *V. Thompson*
Signature

CF1997CS0003