| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>LAWRENCE M. CIRELLI, SBN 114710<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID CASARRUBIAS-GONZÁLEZ, SBN 321994<br>MOLLIE H. LEVY, SBN 333744<br>SAMANTHA M. BACON, SBN 351561<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone: 415-777-3200<br>Pmello@hansonbridgett.com<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**JOINT STATEMENT IN RESPONSE TO OCTOBER 1, 2024 MINUTE ORDER**<br><br>Judge:   Hon. Kimberly J. Mueller |

At the Court Hearing Regarding Defendants' Objections to the Special Master's Expert's Sixth Re-Audit Report and Status of Appointment of a Receiver held on September 30, 2024, the Court asked the parties to confirm whether, due to the passage of time, Defendants' February 9, 2023 Motion for Redaction of Second Golding Report (ECF No. 7720) is now moot. *See also* Oct. 1, 2024 Minute Order at ECF No. 8414. The parties submit the following joint response, setting forth their positions below.

Defendants agree with the Court that Defendants' pending motion at ECF No. 7720 is now moot due to both the passage of time (as this Court observed), as well as this Court's resolution of the dispute arising from Dr. Golding's Second Report (*see* May 24, 2023 Order at ECF No. 8747

at 2:17 ["the court now resolves the disputes above"]).  However, in the event that this Court orders Dr. Golding's Second Report to be publicly filed on the docket, Defendants request that the redactions set forth in their motion be ordered.

Plaintiffs hereby withdraw their opposition to Defendants' Redaction Motion in the interests of judicial economy, but maintain that the Second Golding Report must be made part of the record in this case.  The report forms the basis for Plaintiffs' motion to clarify (ECF Nos. 7721, 7752, 7752-1 through -9, 7768, 7768-1) and is a necessary part of the record in support of the May 24, 2023 Order resolving portions of that motion (ECF No. 7847 at 2 & n.2).  Plaintiffs would have simply filed the Second Golding Report in support of their clarification motion if not for Defendants' claims of privilege (*see* ECF No. 7678; ECF No. 7690), which were ultimately resolved (*see* ECF No. 7720 at 4 (citing ECF No. 7718)), leaving only their privacy-related requests.  Defendants did not seek to block the filing of the report or ask that it be filed under seal, only that it be filed with targeted redactions.  *Id*. at 2.  Plaintiffs therefore ask that the report be filed on the docket, with the redactions requested in Defendants' motion.

DATED: October 2, 2024         ROB BONTA
                               Attorney General of California

                               By:      /s/ Damon McClain
                                   DAMON MCCLAIN
                                   Supervising Deputy Attorney General
                                   ELISE OWENS THORN
                                   Deputy Attorney General
                                   *Attorneys for Defendants*

DATED: October 2, 2024         HANSON BRIDGETT LLP

                               By:    /s/ Samantha Wolff
                                   LAWRENCE M. CIRELLI
                                   PAUL B. MELLO
                                   SAMANTHA D. WOLFF
                                   *Attorneys for Defendants*

DATED: October 2, 2024                    ROSEN BIEN GALVAN & GRUNFELD LLP

                                          By: */s/ Lisa Ells*
                                              MICHAEL BIEN
                                              ERNEST GALVAN
                                              LISA ELLS
                                              JENNY YELIN
                                              *Attorneys for Plaintiffs*