| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>CHRISTIAN M. GEORGELY, State Bar No. 322952<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>LAWRENCE M. CIRELLI, SBN 114710<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994<br>MOLLIE LEVY, SBN 333744<br>SAMANTHA BACON, SBN 351561<br>425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone: 415-777-3200<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**PARTIES' JOINT SUBMISSION OF PROPOSED REPORT ON MENTAL HEALTH STAFFING SPECIAL DEPOSIT FUND IN RESPONSE TO SEPTEMBER 6, 2024 ORDER (ECF NO. 8388)**<br><br>Judge: Hon. Kimberly J. Mueller |

On September 6, 2024, the Court approved the parties' September 5, 2024 alternative proposal for the administration of the plan for expenditure of staffing contempt fines. (ECF No. 8388.) The Court further directed the parties to meet with the Special Master to develop an agreed-upon monthly reporting of the balance and activity in the Mental Health Staffing Special Deposit Fund to be filed with the Court each month and ordered the parties to provide the proposed form of reporting to the Court for approval by October 8, 2024. (*Id.*)

The parties met and conferred with the Special Master and have agreed on the form of report, attached as Exhibit A, to provide monthly reporting of the balance and activity in the Mental Health Staffing Special Deposit Fund. The figures reflected in Exhibit A are for

21217898.1

1  illustrative purposes only to demonstrate how the report works to track deposits and transfers from
2  the Mental Health Staffing Special Deposit Fund and do not reflect the actual sums deposited and
3  paid.  As of the time of this filing, the parties and the Special Master continue to discuss the form
4  and procedure to give advance notice and obtain the Special Master's approval of each
5  expenditure from the fund.  The parties and the Special Master also agree that additional
6  identifiable details of all transactions and activity will be provided to the Special Master upon his
7  request and will be shared with plaintiffs at the Special Master's discretion.  The parties and the
8  Special Master agree to the form of the proposed monthly report to be filed with the court with the
9  understanding that the report may need to be revised based on changed circumstances or the needs
10 of the case as the plan for expenditure of the fines is implemented.

11        DATED:  October 8, 2024            ROB BONTA
                                             Attorney General of California
12                                           DAMON MCCLAIN
                                             Supervising Deputy Attorney General
13

14                                           /s/ *Elise Owens Thorn*
                                             ELISE OWENS THORN
15                                           Deputy Attorney General
                                             *Attorneys for Defendants*

1 | DATED: October 8, 2024 | HANSON BRIDGETT LLP

2 | | */s/ Paul B. Mello*
  | | PAUL B. MELLO
3 | | SAMANTHA D. WOLFF
  | | DAVID C. CASARRUBIAS-GONZÁLEZ
4 | | *Attorneys for Defendants*

7 | DATED: October 8, 2024 | ROSEN BIEN
  | | GALVAN & GRUNFELD LLP

9 | | */s/ Jared Miller*
  | | JARED MILLER
10 | | *Attorneys for Plaintiffs*

21217898.1

3

Parties' Joint Submission of Report on Special Fund Activity (2:90-cv-00520 KJM-DB (PC))

# Exhibit A



California Correctional Health Care Services
Coleman Fines Expenditure Tracking

| Month | Beginning Special Deposit Fund Balance | Deposits of Fines to SDF | Total SDF Balance | CDCR/CCHCS Budget Expenditures | CDCR/CCHCS Budget Balance Owed | SDF Transfers to CDCR/CCHCS Budget | CDCR/CCHCS Budget Ending Balance Owed | Remaining SDF Balance |
|---|---|---|---|---|---|---|---|---|
| July 2024 | $ 150,000,000 | $ - | $ 150,000,000 | $ 5,000,000 | $ 5,000,000 | $ 3,000,000 | $ 2,000,000 | $ 147,000,000 |
| August 2024 | $ 147,000,000 | $ 8,000,000 | $ 155,000,000 | $ 3,280,000 | $ 5,280,000 | $ 3,000,000 | $ 2,280,000 | $ 152,000,000 |
| September 2024 | $ 152,000,000 | $ 8,000,000 | $ 160,000,000 | $ 3,305,000 | $ 5,585,000 | $ 1,500,000 | $ 4,085,000 | $ 158,500,000 |
| October 2024 | $ 158,500,000 | $ 8,000,000 | $ 166,500,000 | $ 3,305,000 | $ 7,390,000 | $ 2,000,000 | $ 5,390,000 | $ 164,500,000 |
| November 2024 | $ 158,500,000 | $ 8,000,000 | $ 166,500,000 | $ 3,305,000 | $ 8,695,000 | $ 5,000,000 | $ 3,695,000 | $ 161,500,000 |
| Total | | | | $ 18,195,000 | | $ 14,500,000 | | |

| | |
|---|---|
| CDCR/CCHCS Budget Total Expenditures: | $ 18,195,000 |
| Special Deposit Fund Withdrawals: | $ 14,500,000 |
| CDCR/CCHCS Budget Balance Owed: | $ 3,695,000 |
| Special Deposit Fund Balance: | $ 161,500,000 |

*Due to State operations and processing requirements, all expenditures are paid from the CDCR/CCHCS Budget. The CDCR/CCHCS Budget will be reimbursed by the Special Deposit Fund.

**The figures reflected herein for illustrative purposes only to demonstrate how the report works to track deposits and transfers from the Mental Health Staffing Special Deposit Fund and do not reflect the actual sums deposited and paid.

California Correctional Health Care Services
Coleman Fines Expenditure Tracking

| Month | Contracts | Retention Bonus | Referral Bonus | Working Condition Improvements | MH-Related Supplies | Total Expenditures |
|---|---|---|---|---|---|---|
| July 2024 | $ 1,750,000 | $ 2,000,000 | $ 50,000 | $ 700,000 | $ 500,000 | $ 5,000,000 |
| August 2024 | $ 1,000,000 | $ 2,000,000 | $ 75,000 | $ 200,000 | $ 5,000 | $ 3,280,000 |
| September 2024 | $ 1,000,000 | $ 2,000,000 | $ 100,000 | $ 200,000 | $ 5,000 | $ 3,305,000 |
| October 2024 | $ 1,000,000 | $ 2,000,000 | $ 100,000 | $ 200,000 | $ 5,000 | $ 3,305,000 |
| November 2024 | $ 1,000,000 | $ 2,000,000 | $ 100,000 | $ 200,000 | $ 5,000 | $ 3,305,000 |
| Total | $ 5,750,000 | $ 10,000,000 | $ 425,000 | $ 1,500,000 | $ 520,000 | $ 18,195,000 |

DRAFT