1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  CHRISTIAN M. GEORGELY, State Bar No. 322952
   Deputy Attorneys General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 210-7318
8    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
9  *Attorneys for Defendants*

   HANSON BRIDGETT LLP
   LAWRENCE M. CIRELLI, SBN 114710
   PAUL B. MELLO, SBN 179755
   SAMANTHA D. WOLFF, SBN 240280
   KAYLEN KADOTANI, SBN 294114
   DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
   MOLLIE LEVY, SBN 333744
   SAMANTHA BACON, SBN 351561
   425 Market Street, 26th Floor
   San Francisco, California 94105
   Telephone: 415-777-3200
   E-mail: PMello@hansonbridgett.com
   *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-SCR <br><br> **DEFENDANTS' REQUEST TO SEAL FILED DOCUMENT PURSUANT TO LOCAL RULE 141; [PROPOSED] ORDER** <br><br> Judge: Hon. Kimberly J. Mueller |

On February 9, 2023, Defendants filed a motion to redact the Second Golding Report (ECF No. 7720) and submitted the full report for in camera review (ECF No. 7719). On September 30, 2024, the Court held a status conference and subsequently issued a minute order directing the parties to inform the court whether Defendants' motion is now moot. (ECF No. 8414.) The parties submitted a joint statement on October 2, 2024, advising the court of their respective positions. (ECF No. 8418.) The following day, on October 3, 2024, the court issued a minute order granting Defendants' motion for redaction and ordering Defendants to file a redacted copy of the Second Golding Report on the public docket. (ECF No. 8419.)

On October 8, 2024, Defendants filed a redacted copy of the Second Golding Report.

21222182.1

(ECF No 8421.) After the redacted report was filed, Defendants noticed that some of the private information that was ordered to be redacted was not redacted. Defendants therefore submit this request to seal the Second Golding Report that that was filed on October 8, 2024. Defendants plan to immediately file a fully redacted Second Golding Report.

## REQUEST TO SEAL DOCUMENTS

Under Local Rule 141, documents may be filed under seal only by written order of the court upon the showing required by applicable law. A party seeking to seal a document must submit a request to the court indicating the statutory or other authority for sealing. The court may properly seal records from disclosure to the public if the party submitting the records articulates compelling reasons to do so. *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). On February 25, 2020, this Court ordered that "[t]he provisions of Local Rule 141(c) notwithstanding, all requests to seal documents shall be accompanied by a stipulation of all counsel consenting to the sealing request." (Protective Order, ECF No. 6482 at 3.)

Defendants notified Plaintiffs of this request and they have no objection to the Court sealing the document filed at ECF 8421.

For the reasons set forth in Defendants' February 9, 2023 motion and the basis for the Court's October 3, 2024 order, Defendants request that the Court seal the Second Golding Report filed on October 8, 2024 at ECF No. 8421. A proposed order is submitted herewith.

DATED: October 9, 2024

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

21222182.1

2

Defendants' Request to Seal Document (2:90-cv-00520 KJM-DB (PC))

| | | |
|---|---|---|
| 1 | DATED: October 9, 2024 | HANSON BRIDGETT LLP |
| 2 | | */s/ Samantha D. Wolff* |
| 3 | | PAUL B. MELLO<br>SAMANTHA D. WOLFF |
| 4 | | DAVID C. CASARRUBIAS-GONZÁLEZ |
| 5 | | *Attorneys for Defendants* |