| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>CHRISTIAN M. GEORGELY, State Bar No. 322952<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994<br>MOLLIE LEVY, SBN 333744<br>SAMANTHA BACON, SBN 351561<br>425 MARKET STREET, 26TH FLOOR<br>SAN FRANCISCO, CALIFORNIA 94105<br>TELEPHONE: 415-777-3200<br>E-MAIL: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.<br><br>  Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**[PROPOSED] ORDER**<br><br>Judge:  Hon. Kimberly J. Mueller |

On October 9, 2024, Defendants filed an *ex parte* request to seal the Second Golding Report that that was filed on October 8, 2024, at ECF No. 8421.

Good cause appearing, Defendants' request to seal the filed document is granted, and the clerk is directed to seal the document filed at ECF No. 8421.

IT IS SO ORDERED.

DATED: October __, 2024

_____
Kimberly J. Mueller
Chief United States District Judge