Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Christian M. Georgely, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID CASARRUBIAS-GONZÁLEZ, SBN 321994
SAMANTHA M. BACON, SBN 351561
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   415-777-3200
Pmello@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-SCR <br><br> **NOTICE OF WITHDRAWAL OF REDACTED SECOND GOLDING REPORT** <br><br> Judge:   Hon. Kimberly J. Mueller |

On October 8, 2023, Defendants filed a redacted version of the Second Golding Report (Report), consistent with this Court's October 1, 2024 minute order. ECF No. 8421. Defendants subsequently discovered that they had not redacted all private information, including the names of various state employees throughout the Report. Accordingly, Defendants withdraw the Report from the docket (at ECF No. 8421-1), or in the alternative, request that the Court orders the Report sealed for the reasons set forth in Defendants' Notice of Motion and Motion for Order Authorizing Redaction of Second Golding Report (at ECF No. 7720). Defendants will promptly re-file the properly redacted Second Golding Report.

| | | |
|---|---|---|
| 1 | DATED: October 9, 2024 | ROB BONTA<br>Attorney General of California |
| | | |
| | | By:     */s/ Damon McClain*<br>DAMON MCCLAIN<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| | DATED: October 9, 2024 | HANSON BRIDGETT LLP |
| | | By:     */s/ Samantha Wolff*<br>LAWRENCE M. CIRELLI<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>*Attorneys for Defendants* |