ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
MOLLIE LEVY, SBN 333744
SAMANTHA BACON, SBN 351561
425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone:   415-777-3200
  E-mail: SWolff@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.<br><br>  Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**NOTICE OF SUBMISSION OF CERTIFICATIONS IN RESPONSE TO JUNE 25, JUNE 27, AND JULY 12, 2024 ORDERS (ECF NOS. 8291, 8299, AND 8329)**<br><br>Judge:   Hon. Kimberly J. Mueller |

On June 25, 2024, the Court directed Defendants Governor Gavin Newsom, Director of California State Hospitals Stephanie Clendenin, and Director of the California Department of Finance Joe Stephenshaw, to certify that they have reviewed the data in the mental health staff vacancy report filed the previous month, including a summary of the steps they have taken to address mental health understaffing in CDCR prisons. (ECF No. 8291.) On June 27, 2024, the Court ordered that Defendants Newsom, Stephenshaw, and Clendenin shall have ten days from the filing of each monthly staffing report to review and submit certifications regarding data in the monthly staffing reports. (ECF No. 8299 at 2.) On July 12, 2024, the Court approved the parties'

1  stipulation to modify the June 25 order to remove Defendant Clendenin's obligation to submit a

2  monthly certification, and to replace Defendant Newsom's monthly certification with that of a

3  senior official in his office designated by Defendants. (ECF No. 8329 at 3-4.)

4      Defendants submit the court-ordered certifications of David Sapp, Legal Affairs Secretary

5  for Governor Gavin Newsom, and Joe Stephenshaw, Director of the Department of Finance, as

6  Exhibits A and B respectively. The attached certifications cover the obligations of Defendants

7  Newsom and Stephenshaw to review and certify that they reviewed the data in the staff vacancy

8  reports filed for the month of August 2024 (ECF Nos. 8413), and to provide a summary of the

9  steps they have taken to address mental health understaffing in CDCR prisons.

10  DATED: October 10, 2024

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS
*Attorneys for Defendants*

# Exhibit A

Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Christian Georgely, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias-Gonzalez, SBN 321994
Samantha M. Bacon, SBN 351561
  425 Market Street, 26th Floor
  San Francisco, CA 94105
  Telephone (415) 777-3200
  Fax: (925) 746-8490
  E-mail: SWolff@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-SCR<br><br>**CERTIFICATION REQUIRED UNDER JUNE 25, JUNE 27, AND JULY 12, 2024 ORDERS BY DAVID SAPP, LEGAL AFFAIRS SECRETARY FOR GOVERNOR GAVIN NEWSOM** |

　　　I, David Sapp, certify the following in response to the June 25, June 27, and July 12, 2024 orders filed in *Coleman v. Newsom*, Case No. 2:90-cv-0520 KJM DB:

　　　1.　　The June 25 order required that Governor Newsom submit a certification that he has reviewed specified monthly reports and include a summary of the steps that he has taken to address mental health understaffing in CDCR prisons during the relevant month. The July 12 order authorizes a senior official in Governor Gavin Newsom's office designated by Defendants to submit the certification required under the June 25 order.

1

Governor's Legal Affairs Secretary Certification in Response to 6/25/24, 6/27/24, and 7/12/24 Contempt Orders
(2:90-cv-00520 KJM-DB (PC))

19009732.1

2. Consistent with the July 12 order, I am submitting the certification as Governor Newsom's Legal Affairs Secretary.

3. I have reviewed the following reports prepared by the California Correctional Health Care System and attached as exhibits to Defendants' monthly staffing reports:

    a. Defendants' Monthly Mental Health Staff Vacancy Report filed on September 30, 2024 (ECF No. 8413), Exhibit A, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan; Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all the positions; and Exhibit D, a separate chart of the fines accumulated for August 2024; and Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for August 2024 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3.)

4. Enclosed as Exhibit 1 is a summary of actions that can be disclosed, without waiving applicable attorney-client, deliberative process, official information, or executive privileges, that Governor Newsom, in his official capacity as Governor of the State of California, and his Administration have taken to address mental health understaffing in CDCR prisons, including in the month of September 2024.

Dated: October 10, 2024                                    Respectfully submitted,

                                                              /s/ *David Sapp*
                                                             DAVID SAPP

2

Governor's Legal Affairs Secretary Certification in Response to 6/25/24, 6/27/24, and 7/12/24 Contempt Orders
(2:90-cv-00520 KJM-DB (PC))

19009732.1

# Exhibit 1

**Exhibit 1: Summary of Actions Taken to Address Mental Health Staffing in CDCR Prisons**

Since the last certification filed, Governor Newsom and his Administration continue to take actions to address CDCR's staffing needs. Those actions include:

**Hiring Above Minimum (HAM):** On October 1, the California Department of Human Resources' (CalHR) revised HAM policy went into effect. As a reminder, the revised HAM policy addresses one of the areas discussed by Plaintiffs' expert during the contempt hearing: California Correctional Health Care System (CCHCS) HR's practice of always making an initial offer at the lowest amount on the pay scale. Under this new policy, all new hires for many of the mental health classifications subject to the court's order will receive an initial offer at the HAM rate. Current employees will also benefit from the change. If the employee currently earns less than the HAM rate, the person will immediately receive a bump to the HAM rate.

**Creating New Mental Health Classifications:** CalHR, in collaboration with the CCHCS continue to meet with the impacted bargaining unit to discuss the newly-created Marriage and Family Therapist (MFT) and Clinical Counselor (CC) classifications. In addition, CDCR has shared with the Special Master and Plaintiffs a proposed plan for incorporating these classifications into the 2009 Staffing Plan.

Relatedly, a contract amendment for registry MFTs and CCs now allows the Mental Health Program to receive MFT and CC candidates in lieu of psychologist and clinical social workers until the positions are filled. As of September 26, 2024, there are 13 active MFTs and 16 in process and 1 active CC and 2 in process.

**Plan for Spending the Fines:** The Administration continues to prepare for issuing bonuses in accordance with the court-approved payment plan.

**Telemental Health Hiring:** CDCR has continued to make efforts to fill telemental health positions. The below numbers are cumulative and categories such as Numbers of Offers and Numbers of Offers Accepted reflect all offers made and accepted since the telemental health program was implemented.

1. Total number of allocated positions
    a. Clinical Social Worker 40

1

   b. Psychologist 60
   c. Chief Psychologist  3
   d.  Senior Psychologist Supervisor  6
   e. Supervising Psychiatric Social Worker II  1
   f. Supervising Psychiatric Social Worker I  3
2. Number of Offers
   a. Clinical Social Worker 71
   b. Psychologist  56
   c. Chief Psychologist 4
   d. Senior Psychologist Supervisor 6
   e. Supervising Psychiatric Social Worker II 1
   f. Supervising Psychiatric Social Worker I 5
3. Number of offers accepted
   a. Clinical Social Worker 63
   b. Psychologist 46
   c. Chief Psychologist 3
   d. Senior Psychologist Supervisor 6
   e. Supervising Psychiatric Social Worker II 1
   f. Supervising Psychiatric Social Worker I 4
4. Number of providers who have started with CDCR
   a. Clinical Social Worker 39
   b. Psychologist 29
   c. Chief Psychologist 3
   d. Senior Psychologist Supervisor 6
   e. Supervising Psychiatric Social Worker II 1
   f. Supervising Psychiatric Social Worker I 4
5. Number of providers assigned to institutions
   a. Clinical Social Worker 33
   b. Psychologist 25

**Continued Efforts:**  CDCR/CCHCS continue to hold streamlined hiring events throughout the state as described in prior certifications.  There was one hiring event conducted for Mental Health classes in the Southern Region (Bakersfield) in September resulting in 5 social workers and 3 psychologists accepting offers (and pending start dates).  There is another hiring event planned for October in Paso Robles.

# Exhibit B

ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
CHRISTIAN GEORGELY, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZALEZ, SBN 321994
SAMANTHA M. BACON, SBN 351561
  425 Market Street, 26th Floor
  San Francisco, CA 94105
  Telephone (415) 777-3200
  Fax: (925) 746-8490
  E-mail: SWolff@hansonbridgett.com 1676 N.
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>              Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>              Defendants. | 2:90-cv-00520 KJM- SCR<br><br>**CERTIFICATION REQUIRED UNDER JUNE 25, JUNE 27, AND JULY 12, 2024 ORDERS BY JOE STEPHENSHAW, DIRECTOR OF DEPARTMENT OF FINANCE** |

I, Joe Stephenshaw, certify the following in response to the June 25, June 27, and July 12, 2024 orders filed in *Coleman v. Newsom*, Case No. 2:90-cv-0520 KJM DB:

1. I have reviewed the following reports prepared by the California Correctional Health Care System and attached as exhibits to Defendants' monthly staffing reports:

    a. Defendants' Monthly Mental Health Staff Vacancy Report filed on September 30, 2024 (ECF No. 8413), Exhibit A, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing

1

1   Plan; Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical

2   assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the

3   statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for

4   August 2024; and Exhibit E, a separate chart of the Psychiatric Inpatient Program fines

5   accumulated for August 2024 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3.)

6      2.   The June 25 order requires that I include a summary of the steps that I have taken in

7   September to address mental health understaffing in CDCR prisons.  As the Director of the

8   California Department of Finance, I serve as the Chief Fiscal Policy Advisor for the Governor,

9   and, in this capacity, I promote long-term economic sustainability and responsible resource

10  allocation. The Department is responsible for performing a wide range of budget and fiscal policy

11  activities, including the preparation, enactment, and administration of the Governor's Budget.

12  This role requires me and my staff, among other things, to negotiate with the Legislature on the

13  terms of a budget that furthers the Governor's fiscal and policy priorities.

14     3.   After these negotiations, the Budget Act of 2024 and related budget trailer bills were

15  enacted in July, balancing the budget in both 2024-25 and 2025-26. The enacted budget addresses

16  a $46.8 billion projected shortfall for the 2024-25 fiscal year through a balanced package of

17  solutions, including spending reductions of $16 billion. Those reductions did not include any cuts

18  to the budget for CDCR's mental health system.

19     4.   Accordingly, CDCR's mental health system will remain funded, and with authorized

20  positions in fiscal year 2024-25, as follows: approximately $700 million, with nearly 3,300

21  authorized full-time equivalent positions (of which approximately 2,250 are allocated to licensure

22  categories subject to the June 25 order), for a total inmate population of just under 93,000 as of

23  July 3, 2024, of whom approximately 34,000 are Coleman class members. CDCR's health care

24  budget includes approximately $437 million and 3,200 positions to support the provision of

25  nursing services to mental health patients. Additionally, the CDCR health care budget includes

26  $415 million for ancillary health care services, which includes pharmaceuticals, and $74 million

27  for Dental and Mental Health Administration: a portion of ancillary health care services and the

28  majority of funds for administration are dedicated to supporting the delivery of mental health

1 services to patients. This compares to 1992-1993, prior to the entry of the judgment in this case, with an overall budget of only $40 million, 376 full-time equivalent positions, and an incarcerated population of approximately 113,000.

5. Although I do not have any direct oversight with regard to staffing issues at CDCR, the Department of Finance has and continues to work to ensure that all state departments have access to the 2025-26 budget process, and considers all resource requests, including those to support the recruitment and retention of mental health staff.

6. The Department of Finance is also charged with the responsibility for devising, supervising and maintaining a modern and complete system of accounting and setting statewide fiscal and accounting policies and procedures. In this capacity, the department approves the creation of new funds, issues executive orders to the State Controller's Office to effectuate the transfer of funds and works with all state departments on fiscal policy and budgetary issues.

7. Department of Finance staff continue to work with CDCR and the State Controller's Office regarding the transfer of fines to the Mental Health Staffing Special Deposit Fund and implementation of the staffing vacancy fines expenditure plan ordered by the Court on August 29, 2024 (ECF No. 8381).

Dated: October 10, 2024                                    Respectfully submitted,

*/s/ Joe Stephenshaw*
JOE STEPHENSHAW