ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
MOLLIE LEVY, SBN 333744
SAMANTHA BACON, SBN 351561
425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone: 415-777-3200
  E-mail: SWolff@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-SCR <br><br> **DEFENDANTS' MONTHLY REPORT ON THE BALANCE AND ACTIVITY IN THE MENTAL HEALTH STAFFING SPECIAL DEPOSIT FUND** <br><br> Judge: Hon. Kimberly J. Mueller |

On September 6, 2024, the Court approved the parties' September 5, 2024 alternative proposal for the administration of the plan for expenditure of staffing contempt fines. (ECF No. 8388.) The Court further directed the parties to meet with the Special Master to develop an agreed-upon monthly reporting of the balance and activity in the Mental Health Staffing Special Deposit Fund to be filed with the Court each month and ordered the parties to provide the proposed form of reporting to the Court for approval by October 8, 2024. (*Id.*) The parties, with the Special Master's approval, submitted the agreed-upon form of the report to the Court on October 8, 2024. (ECF No. 8422.).

21217898.1

Defs.' Report on Balance and Activity in the Mental Health Special Deposit Fund (2:90-cv-00520 KJM-DB (PC))

1  Consistent with the foregoing order, attached is a letter from the California Department of
2  Corrections and Rehabilitation submitting a report of the balance and activity in the Mental Health
3  Staffing Special Deposit Fund.  (Exhibit A.)

4  DATED:  October 10, 2024

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

10  DATED:  October 10, 2024

HANSON BRIDGETT LLP

/s/ *Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS-GONZÁLEZ
*Attorneys for Defendants*

21217898.1

2

Defs.' Report on Balance and Activity in the Mental Health Special Deposit Fund (2:90-cv-00520 KJM-DB (PC))

# Exhibit A

**STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION**     **GAVIN NEWSOM, GOVERNOR**

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



October 10, 2024

Damon McClain, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: CDCR REPORTING ON IMPLEMENTATION OF PLAN FOR EXPENDITURE OF STAFFING FINES

Dear Mr. McClain and Ms. Thorn:

On September 6, 2024, the court ordered Defendants to work with the Special Master to develop "agreed-upon monthly reporting of the balance and activity in the Mental Health Staffing Special Deposit Fund to be filed with the court and provided to Plaintiffs and the Special Master within ten days after the end of each month." (ECF No. 8388 at 6.) The California Department of Corrections and Rehabilitation hereby submits the monthly report for September 2024.

Sincerely,

/s/ *Jasinda Muhammad*
JASINDA MUHAMMAD
Deputy Director, Human Resources
California Correctional Health Care Services

California Correctional Health Care Services
Coleman Fines Expenditure Tracking

| Month | Beginning Special Deposit Fund Balance | Deposits of Fines to SDF | Total SDF Balance | CDCR/CCHCS Budget Expenditures | CDCR/CCHCS Budget Balance Owed | SDF Transfers to CDCR/CCHCS Budget | CDCR/CCHCS Budget Ending Balance Owed | Remaining SDF Balance |
|---|---|---|---|---|---|---|---|---|
| September 2024 | $ 139,106,888 | $ - | $ 139,106,888 | $ - | $ - | $ - | $ - | $ 139,106,888 |
| Total | | | | $ - | | $ - | | |

| | |
|---|---|
| CDCR/CCHCS Budget Total Expenditures: | $ - |
| Special Deposit Fund Withdrawals: | $ - |
| CDCR/CCHCS Budget Balance Owed: | $ - |
| Special Deposit Fund Balance: | $ 139,106,888 |

*Due to State operations and processing requirements, all expenditures are paid from the CDCR/CCHCS Budget. The CDCR/CCHCS Budget will be reimbursed by the Special Deposit Fund.

California Correctional Health Care Services
Coleman Fines Expenditure Tracking

| Month | Contracts | Retention Bonus | Referral Bonus | Working Condition Improvements | MH-Related Supplies | Total Expenditures |
|---|---|---|---|---|---|---|
| September 2024 | $ - | $ - | $ - | $ - | $ - | $ - |
| Total | $ - | $ - | $ - | $ - | $ - | $ - |