| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>ADRIENNE PON HARROLD – 326640<br>BENJAMIN W. HOLSTON – 341439<br>MAYA E. CAMPBELL – 345180<br>LUMA KHABBAZ – 351492<br>JARED MILLER – 353641<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90−CV−00520−KJM−SCR<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND REQUEST TO REMOVE NAME FROM ELECTRONIC SERVICE LIST**<br><br>Judge: Hon. Kimberly J. Mueller |

[4587587.1]

Case No. 2:90−CV−00520−KJM−SCR

NOTICE OF WITHDRAWAL OF ATTORNEY ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND REQUEST TO REMOVE NAME FROM ELECTRONIC SERVICE LIST

1  PLEASE TAKE NOTICE that attorney **Amy Xu**, previously associated with Rosen Bien Galvan & Grunfeld LLP ("RBGG"), no longer works on this case. We request that Amy Xu be removed from the electronic service list in this case.

 RBGG attorneys listed on the above caption page remain as co-counsel for Plaintiffs. Please continue to direct pleadings, motions, notices, correspondence, and other papers relating to this case to the above-captioned attorneys.

DATED: October 11, 2024

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  /s/ Jenny Yelin
     Jenny Yelin

Attorneys for Plaintiffs

[4587587.1]

1

Case No. 2:90−CV−00520−KJM−SCR

NOTICE OF WITHDRAWAL OF ATTORNEY ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND REQUEST TO REMOVE NAME FROM ELECTRONIC SERVICE LIST