Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Christian M. Georgely, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias-González, SBN 321994
Mollie Levy, SBN 333744
Samantha Bacon, SBN 351561
425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone:   415-777-3200
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.<br><br>  Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**PARTIES' JOINT STATEMENT CONCERNING THE APPOINTMENT OF A RECEIVER (ECF NO. 8414)**<br><br>Judge:   Hon. Kimberly J. Mueller |

### JOINT STATEMENT

On October 1, 2024, the Court directed the parties to "meet and confer, then file a joint statement regarding their respective positions and suggestions with respect to appointing a receiver by 10/14/2024." (ECF No. 8414.) This filing responds to the Court's order.

The parties are currently in discussions with two potential candidates for the *Coleman* receivership with the goal of reaching an agreement to propose a candidate for the Court's

consideration.[1] The parties have been working productively together to identify candidates and discuss a potential appointment with them.[2] Both parties met jointly with one of the two candidates, and the parties met separately with the other, but intend to schedule a joint meeting with that candidate early in the week of October 21, 2024; that person was not available earlier due to a pre-existing scheduling conflict. The parties anticipate that they will be able to further update the Court after they meet together with the second candidate, by Friday, October 25, 2024, or earlier if feasible.

Dated: October 14, 2024

ROB BONTA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General

/s/ **Damon McClain**
Damon McClain
Supervising Deputy Attorney General
  *Attorneys for Defendants*

Dated: October 14, 2024

HANSON BRIDGETT LLP

/s/ **Paul B. Mello**
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS-GONZÁLEZ
*Attorneys for Defendants*

Dated: October 14, 2024

ROSEN BIEN
GALVAN & GRUNFELD LLP

/s/ **Jenny Yelin**
Jenny Yelin
*Attorneys for Plaintiffs*

---

[1] Defendants maintain their position as articulated in the Joint Response to Order to Show Cause re Appointment of Receiver (ECF No. 8347 at 4, 6-10) and at the September 30, 2024 hearing (Hr'g Tr., Sept. 30, 2024, at 8:18-9:6), and note that their good faith participation in this Court-ordered process does not constitute a waiver of their rights.

[2] Despite Defendants' statement in Footnote 1, Plaintiffs are encouraged that Defendants are engaging in this process sincerely, and Plaintiffs are hopeful that the parties will be able to propose a candidate jointly to the Court for consideration.