ROB BONTA, SBN 202668
Attorney General of California
MONICA N. ANDERSON, SBN 182970
DAMON MCCLAIN, SBN 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, SBN 145931
CHRISTIAN M. GEORGELY, SBN 322952
Deputy Attorneys General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 210-7318
　Fax: (916) 324-5205
　E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
SAMANTHA M. BACON, SBN 351561
　1676 N. CALIFORNIA BLVD., SUITE 620
　WALNUT CREEK, CALIFORNIA 94596
　TELEPHONE: 925-746-8460
　FACSIMILE: 925-746-8490
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　　Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DEFENDANTS' REPORT ON COMPLETED SUICIDE PREVENTION TRAININGS FOR CALENDAR YEAR 2023 [ECF No. 8414]**<br><br>Judge: Hon. Kimberly J. Mueller |

　　　Pursuant to the Court's October 1, 2024 Minute Order (ECF No. 8414), attached hereto as Exhibit A is Defendants' report on completed suicide prevention trainings for calendar year 2023 summarized by institution and discipline.

DATED: October 21, 2024

ROB BONTA
Attorney General of California


By: _____*s/ Damon McClain*_____
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: October 21, 2024

HANSON BRIDGETT LLP

By: _s/ David C. Casarrubias-González_
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS-GONZÁLEZ
SAMANTHA M. BACON
*Attorneys for Defendants*