# EXHIBIT A

# EXHIBIT A

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                                                 GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



October 21, 2024

Paul Mello, Esq.
Samantha Wolff, Esq.
David Casarrubias-González
Hanson Bridgett LLP
1676 N. California Blvd., Suite 620
Walnut Creek, CA 94596

VIA EMAIL

RE: 2023 Suicide Prevention Training Report

Dear Mr. Mello, Ms. Wolff, and Mr. Casarrubias-González:

On October 1, 2024, the court directed Defendants to file a "report on suicide prevention trainings for calendar year 2023, summarized by institution and discipline" no later than October 21, 2024. (ECF No. 8414.) Attached is a report showing training compliance at all twenty-one institutions audited by the Special Master's suicide prevention expert, Mr. Lindsay Hayes, in 2023 summarized by institution and discipline (e.g. custody, medical, or mental health staff).

Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs

| Facilities | Custody | Medical | Mental Health |
|---|---|---|---|
| CCI | 94.20% | 91.20% | 96.00% |
| CCWF | 95.70% | 90.80% | 98.10% |
| CHCF | 97.60% | 91.20% | 84.20% |
| CIM | 98.50% | 97.30% | 94.10% |
| CIW | 91.40% | 84.80% | 77.30% |
| CMC | 97.00% | 96.20% | 89.40% |
| CMF | 94.10% | 90.20% | 93.50% |
| COR | 97.40% | 93.10% | 90.20% |
| HDSP | 97.80% | 95.10% | 100.00% |
| KVSP | 91.30% | 91.40% | 93.90% |
| LAC | 90.70% | 86.10% | 90.10% |
| MCSP | 97.10% | 97.20% | 94.60% |
| NKSP | 97.10% | 92.80% | 89.30% |
| PBSP | 96.80% | 93.70% | 100.00% |
| RJD | 96.80% | 96.50% | 96.50% |
| SAC | 97.50% | 89.20% | 92.60% |
| SATF | 89.60% | 90.00% | 87.10% |
| SOL | 97.60% | 93.80% | 94.40% |
| SQ | 97.50% | 90.30% | 88.20% |
| SVSP | 97.00% | 94.60% | 98.00% |
| WSP | 98.30% | 92.90% | 91.50% |