1   ROB BONTA
    Attorney General of California
2   MONICA N. ANDERSON
    Senior Assistant Attorney General
3   DAMON G. MCCLAIN - 209508
    Supervising Deputy Attorney General
4   CORINNA ARBITER - 273074
    Deputy Attorney General
5     600 W. Broadway, Suite 1800
      San Diego, CA  92101
6     Telephone:  (619) 321-5799
      Fax:  (619) 645-2061
7     E-mail:  Corinna.Arbiter@doj.ca.gov
    Attorneys for Defendants
8

    HANSON BRIDGETT LLP
    PAUL B. MELLO - 179755
    SAMANTHA D. WOLFF – 240280
    DAVID C. CASARRUBIAS-3219994
      425 Market Street, 26th Floor
      San Francisco, CA 94015
      Telephone: (415) 777-3200
      Facsimile: (415) 541-9366
      E-mail: pmello@hansonbridgett.com
    Attorneys for Defendants

9               IN THE UNITED STATES DISTRICT COURTS

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11            AND THE NORTHERN DISTRICT OF CALIFORNIA

12        UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

13          PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520-KJM-DB |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |
| **MARCIANO PLATA, et al.,** | Case No. 4:01-cv-01351-JST |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| **GAVIN NEWSOM, et al.,** | **Defendants' Notice of Errata Re: September 2024 Quarterly Status Report** |
| Defendants. | |

1    The State files a quarterly report on population and design capacity in response to this

2    Court's February 10, 2014 order (ECF No. 2766/5060).[1] The quarterly status report filed on

3    September 16, 2024, stated that the California Department of Corrections and Rehabilitation's

4    (CDCR) design capacity was 75,726 beds and the adult institutional population occupied 117.9%

5    of those beds. (*See* Status Report at 2:12, 11, ECF No. 3924.) On September 19, CDCR reported

6    that because of the deactivation of 42 housing units in July 2024, the design capacity was

7    reduced to 72,172 and the adult population occupies 123.5% of the beds. Accordingly, the State

8    submits a revised Exhibit B with the correct information.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    _____

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.) and *Coleman v. Newsom*, No. 2:90-cv-00520-KJM-DB (E.D. Cal.).  Docket citations to this Court's orders cite to the docket number of *Plata* first, and *Coleman* second.

27

28

1    Dated:   October 24, 2024             ROB BONTA
Attorney General of California

2

3                                          */s/ Corinna S. Arbiter*

DAMON G. MCCLAIN

4                                          Supervising Deputy Attorney General
CORINNA ARBITER

5                                          Deputy Attorney General
*Attorneys for Defendants*

6

7    Dated:  October 24, 2024              HANSON BRIDGETT LLP

8

9                                            */s/Samantha D. Wolff*

10                                      PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

11

12   SF2007200670

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
September 25, 2024

Weekly Report of Population
As of Midnight September 25, 2024

Total CDCR Population

| Population | Felon/ Other | Change Since Last Week | Change Since Last Year | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---|---|---|---|---|---|
| A. Total In-Custody/CRPP Supervision | 92,164 | +82 | -2,932 | | | |
| I.  In-State | 92,164 | +82 | -2,932 | | | |
| (Men, Subtotal) | 88,431 | +94 | -2,867 | | | |
| (Women, Subtotal) | 3,733 | -12 | -65 | | | |
| 1. Institution/Camps | 90,937 | +83 | -2,770 | 75,640 | 120.2 | 102,396 |
| Institutions | 89,167 | +69 | -2,716 | 72,172 | 123.5 | 98,828 |
| Camps(CIW and SCC) | 1,770 | +14 | -54 | 3,468 | 51.0 | 3,568 |
| 2. In-State Contract Beds | 3 | 0 | -141 | | | |
| Community Participant Mother Program | 3 | 0 | -4 | | | |
| 3. Department of State Hospitals | 161 | +5 | +55 | | | |
| 4. CRPP Supervision | 1,063 | -6 | -76 | | | |
| Alternative Custody Program | 38 | -2 | -76 | | | |
| Female Community Reentry Program | 380 | -4 | +19 | | | |
| Male Community Reentry Program | 590 | 0 | -21 | | | |
| Medical Parole | 49 | 0 | +6 | | | |
| Medical Reprieve Program | 6 | 0 | -4 | | | |
| B. Parole | 34,821 | +9 | -1,007 | | | |
| Community Supervision | 33,350 | +13 | -1,019 | | | |
| Interstate Cooperative Case | 1,471 | -4 | +12 | | | |
| C. Non-CDCR Jurisdiction | 724 | +2 | -33 | | | |
| Other State/Federal Institutions | 206 | -3 | -22 | | | |
| Out of State Parole | 499 | +6 | -10 | | | |
| Out of State Parolee at Large | 19 | -1 | +1 | | | |
| D. Other Populations | 6,961 | -44 | -628 | | | |
| Temporary Release to Court and Hospital | 1,473 | -16 | -177 | | | |
| Escaped | 188 | 0 | -7 | | | |
| Parolee at Large | 5,300 | -28 | -444 | | | |
| Total CDCR Population | 134,670 | +49 | -4,600 | | | |

This report contains the latest available reliable population figures from SOMS.  They have been carefully
audited, but are preliminary, and therefore subject to revision.

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
September 25, 2024

Weekly Report of Population
As of Midnight September 25, 2024

---

## Weekly Institution Population Detail

| Institutions | Felon/Other | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---|---|---|---|
| Avenal State Prison (ASP) | 4,255 | 2,509 | 169.6 | 3,759 |
| Calipatria State Prison (CAL) | 2,679 | 2,308 | 116.1 | 3,433 |
| California Correctional Institution (CCI) | 1,606 | 1,508 | 106.5 | 2,227 |
| Central California Women's Facility (CCWF) | 2,090 | 1,986 | 105.2 | 2,946 |
| Centinela State Prison (CEN) | 3,114 | 2,308 | 134.9 | 3,433 |
| California Health Care Facility - Stockton (CHCF) | 2,123 | 2,953 | 71.9 | 2,953 |
| California Institution for Men (CIM) | 2,241 | 1,524 | 147.0 | 2,225 |
| California Institution for Women (CIW) | 1,271 | 1,281 | 99.2 | 1,743 |
| California Men's Colony (CMC) | 2,063 | 2,613 | 79.0 | 2,642 |
| California Medical Facility (CMF) | 1,995 | 2,229 | 89.5 | 2,657 |
| California State Prison, Corcoran (COR) | 2,463 | 2,222 | 110.8 | 3,164 |
| California Rehabilitation Center (CRC) | 2,819 | 1,722 | 163.7 | 2,579 |
| Correctional Training Facility (CTF) | 4,149 | 2,800 | 148.2 | 4,125 |
| Folsom State Prison (FOL) | 2,803 | 2,065 | 135.7 | 3,021 |
| High Desert State Prison (HDSP) | 2,827 | 2,337 | 121.0 | 3,442 |
| Ironwood State Prison (ISP) | 2,944 | 2,200 | 133.8 | 3,285 |
| Kern Valley State Prison (KVSP) | 3,161 | 2,156 | 146.6 | 3,136 |
| California State Prison, Los Angeles County (LAC) | 3,268 | 2,200 | 148.5 | 3,250 |
| Mule Creek State Prison (MCSP) | 3,997 | 3,088 | 129.4 | 3,811 |
| North Kern State Prison (NKSP) | 3,070 | 2,694 | 114.0 | 4,011 |
| Pelican Bay State Prison (PBSP) | 2,211 | 1,804 | 122.6 | 2,441 |
| Pleasant Valley State Prison (PVSP) | 2,880 | 2,308 | 124.8 | 3,433 |
| RJ Donovan Correctional Facility (RJD) | 2,855 | 2,800 | 102.0 | 3,750 |
| California State Prison, Sacramento (SAC) | 2,124 | 1,508 | 140.8 | 2,265 |
| California Substance Abuse Treatment Facility (SATF) | 5,428 | 3,424 | 158.5 | 5,111 |
| Sierra Conservation Center (SCC) | 4,012 | 4,972 | 80.7 | 5,904 |
| California State Prison, Solano (SOL) | 3,999 | 2,594 | 154.2 | 3,866 |
| San Quentin Rehabilitation Center (SQ) | 3,168 | 3,084 | 102.7 | 3,935 |
| Salinas Valley State Prison (SVSP) | 2,523 | 1,760 | 143.4 | 2,471 |
| Valley State Prison (VSP) | 3,307 | 1,961 | 168.6 | 2,931 |
| Wasco State Prison (WSP) | 3,492 | 2,984 | 117.0 | 4,447 |
| **Institution Total** | 90,937 | 75,640 | 120.2 | 102,396 |

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
September 25, 2024

Weekly Report of Population
As of Midnight September 25, 2024

---

Notes

---

Felon/Other counts are felons, county contract boarders, federal boarders, state boarders, safekeepers, county diagnostic cases, Department of Mental Health boarders, and Division of Juvenile Justice boarders.

Interstate Cooperative Cases are parolees from other states being supervised in California.

Non-CDCR Jurisdiction are California cases being confined in or paroled to other states or jurisdictions.

Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the age of 21 who were committed to CDCR, had their sentence amended, and were incarcerated at the Division of Juvenile Justice for housing and program participation.

Other Population includes inmates temporarily out-to-court, inmates in hospitals, escapees, and parolees at large.

Exhibit B

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



October 21, 2024


Paul Mello
Hanson Bridgett
1676 N. California Boulevard, Suite 620
Walnut Creek, CA 94596

Dear Mr. Mello:

Attached please find the California Department of Corrections and Rehabilitation's amended September 2024 quarterly Status Update for the Three-Judge Court proceeding.


Sincerely,

*Jenn Neill*

Jennifer Neill
General Counsel
Office of Legal Affairs
California Department of Corrections and Rehabilitation


cc: Corinna Albiter, Deputy Attorney General

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION, GAVIN NEWSOM, GOVERNOR

**Amended September 2024 Quarterly Update to the Three-Judge Court**

On February 10, 2014, the Three-Judge Court ordered California Department of Corrections and Rehabilitation (CDCR) to reduce the in-state adult prison population to 137.5 percent of design capacity by February 28, 2016. (ECF Nos. 2766/5060 & 2767/5061.) Defendants first informed the Court that its population was below 137.5 percent of design capacity on February 17, 2015 (ECF No. 2838/5278). Since then, Defendants have submitted 91 reports. Defendants have complied with the population cap for more than nine years. On March 25, 2022, the Court granted Defendants' unopposed motion to reduce the frequency of these reports from monthly to quarterly. (ECF No. 3795/7515.) As a result, reports are filed on the 15th of March, June, September, and December of each year, until further order of the Court.

CDCR plans to deactivate Chuckawalla Valley State Prison by March 2025,[1]
and in July 2024, CDCR deactivated 42 housing units across eleven institutions.

As of September 19, 2024, CDCR's institutional design capacity was 72,172,[2] and the adult institutional population (excluding prison camps) occupied 123.5 percent of design capacity. (*See* Exhibit A at 1, attached.)

Below are updates regarding Defendants' population reduction efforts and evidence of durable compliance with the 137.5 percent benchmark.

**A.  Update on Proposition 57 Measures:**

Proposition 57, passed in November 2016, is the State's durable remedy that enacts many Court-ordered reforms, expands credit-earning opportunities, and creates a parole consideration process for nonviolent incarcerated persons who have served the full term of their primary offense in state prison. Information about these regulations can be found at https://www.cdcr.ca.gov/proposition57/. Details regarding measures CDCR implemented can be found in previously filed monthly status reports. (*See, e.g.*, ECF No. 3769/7423 (Jan. 18, 2022).) Updated statistics showing the impact of these regulations are included below.

---

[1] As of July 31, 2024, the population at Chuckawalla Valley State Prison was zero.
[2] On September 16, 2024, the date the September Status Report was filed, CDCR had not completed its evaluation of the impact of deactivations on design capacity.

1. <u>Increased credit-earning opportunities for all incarcerated persons except the condemned and those serving life without parole sentences:</u>

   4,233 incarcerated persons released between June 1, 2024, and August 31, 2024, earned an estimated average of 321.4 days of additional credit towards their advance release date.[3] This does not include incarcerated persons released from fire camps.

2. <u>Determinately-sentenced nonviolent offender parole process:</u>

   Between July 1, 2017, and August 31, 2024, CDCR has made 38,946 referrals to the Board of Parole Hearings (Board) for this parole process. The Board has reviewed 35,029 of these referrals on the merits, approving 4,903 incarcerated persons for release and denying 30,126. 3,582 referrals have been closed because the Board's jurisdictional review of the incarcerated persons' criminal history and central file revealed they were not eligible for parole consideration. The remaining referrals are pending review, including those within the 30-day period for written input from incarcerated persons, victims, and prosecutors.

3. <u>Indeterminately-sentenced nonviolent offender parole process:</u>

   Since January 2019, when CDCR began screening indeterminately-sentenced nonviolent offenders for eligibility, CDCR has referred 3,060 incarcerated persons to the Board for a parole consideration hearing. As of August 31, 2024, 137 of these referrals were closed because the Board's jurisdictional review of criminal histories and central files revealed those incarcerated persons were not eligible for parole consideration. To date, the Board has conducted 3,309 hearings for indeterminately-sentenced nonviolent offenders resulting in 869 grants, 2,089 denials, and 351 stipulations to unsuitability. An additional 3,006 hearings were scheduled, but postponed, waived, continued, or canceled. The remaining referrals are pending parole consideration hearings.

**B. <u>Updates on Other Population Reduction Measures</u>:**

1. <u>Contracting for additional in-state capacity in county jails, community correctional facilities, private prison(s), and reduction of out-of-state beds:</u>

   Three incarcerated people are housed at the Community Prisoner Mother Program as of September 4, 2024. (*See* Exhibit A.)

2. <u>Expanded medical parole process:</u>

   The Board conducts expanded medical parole hearings for incarcerated persons referred to the Board by the head physician at their institutions. The Board's medical parole hearing decision approving an incarcerated person for placement in a skilled nursing facility is forwarded to the California Correctional Health Care Services (CCHCS) and the Receiver's Office. Then, the incarcerated person is placed in a community facility that will accept the person and enforce any restrictions imposed by the Board. If CCHCS is unable to place the incarcerated person within 120 days of the decision, the decision expires, and

---

[3] In December 2023, the Superior Court of California, County of Sacramento, held in *Criminal Justice Legal Foundation, et al. v. the California Department of Corrections and Rehabilitation, et al.*, Case No. 34-2022-80003807- CU-WM-GDS, that CDCR exceeded its authority by promulgating regulations allowing application of earned credits towards an incarcerated person's Minimum Eligible Parole Date. CDCR and BPH filed an appeal.

the person remains in CDCR custody. Between July 1, 2014, and September 9, 2024, the Board has held 399 medical parole hearings, resulting in 276 approvals and 123 denials. An additional 107 hearings were scheduled, but postponed, continued, or canceled.

3. Parole process for elderly incarcerated persons:

Under Penal Code section 3055, incarcerated persons aged 50 and above who serve at least 20 years of continuous incarceration qualify for elderly parole consideration. Certain persons sentenced under strike-sentencing laws (Penal Code sections 667(b)-(i) or 1170.12) or convicted of first-degree murder of a peace officer are excluded from the statutory scheme but are eligible for elderly parole consideration as set forth in the February 10, 2014 order, which covers incarcerated persons aged 60 and above who serve at least 25 years of continuous incarceration. Previous status reports further detail these parole processes. (*See, e.g.*, ECF No. 3769/7423 (Jan. 18, 2022).)

Between February 11, 2014, and August 31, 2024, the Board has held 11,753 hearings for eligible incarcerated persons, resulting in 3,367 grants, 7,283 denials, and 1,103 stipulations to unsuitability. The Board scheduled 7,312 additional hearings that were waived, postponed, continued, or canceled.

4. Male community reentry programs:

The State continues to refer eligible incarcerated persons for possible placement in Male Community Reentry Programs (MCRPs). The State contracts with MCRP facilities in San Diego, Los Angeles, Kern, and Butte counties. As of September 4, 2024, 583 incarcerated persons are housed in MCRP facilities.

5. Expanded alternative custody program:
The Custody to Community Transitional Reentry Program (CCTRP), the State's expanded alternative custody program for female incarcerated persons, provides a range of rehabilitative services that assist with substance use recovery, employment, education, housing, family reunification, and social support. As of September 4, 2024, 378 women are participating in the CCTRP, and are housed at facilities in San Diego, Santa Fe Springs, Bakersfield, Stockton, Sacramento, and Los Angeles.

6. Incarcerated Persons Released Under Proposition 36
Proposition 36, passed in November 2012, revised the State's three-strikes law to permit resentencing for qualifying incarcerated persons whose third strike was not serious or violent. As of August 31, 2024, approximately 2,258[4] persons have been released under this measure.

7. Incarcerated Persons Released Under Proposition 47
Proposition 47, passed on November 4, 2014, requires misdemeanor rather than felony sentencing for certain property and drug crimes and permits incarcerated persons previously sentenced for these reclassified crimes to petition for resentencing. As of August 31, 2024, approximately 4,762 persons have been released under this measure.

---

[4] This number excludes incarcerated people who were eligible for Proposition 36 resentencing but released in other ways (e.g. Proposition 47 resentencing or nonviolent parole process).

# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| Case Name: | **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284** | Nos. |
| | **Coleman, et al. v. Newsom, et al.** | 2:90-cv-00520-KJM-DB |
| | **USDC, Eastern District of California, Case No. 2:90-cv-00520-KJM-DB** | |
| | **Plata, et al. v. Newsom, et al.** | 4:01-cv-01351-JST |
| | **USDC, Northern District of California, Case No. 4:01-cv-01351-JST** | |

I hereby certify that on October 24, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANTS' NOTICE OF ERRATA RE: SEPTEMBER 2024 QUARTERLY STATUS REPORT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 24, 2024, at San Diego, California.


| | |
|---|---|
| C. Krystof | /s/ C. Krystof |
| Declarant | Signature |

SF2007200670
84735593.docx