Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Christian M. Georgely, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7317
  Fax: (916) 324-5205
  E-mail: Christian.Georgely@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias-González, SBN 321994
Mollie Levy, SBN 333744
Samantha Bacon, SBN 351561
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: 415-777-3200
E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**DEFENDANTS' REQUEST TO SEAL FILED DOCUMENT PURSUANT TO LOCAL RULE 141**<br><br>Judge:     Hon. Kimberly J. Mueller |

On February 9, 2023, Defendants filed a motion to redact the Second Golding Report (ECF No. 7720) and submitted the full report for in camera review (ECF No. 7719). On September 30, 2024, the Court held a status conference and subsequently issued a minute order directing the parties to inform the court whether Defendants' motion is now moot. (ECF No. 8414.) The parties submitted a joint statement on October 2, 2024, advising the court of their respective positions. (ECF No. 8418.) The following day, on October 3, 2024, the court issued a minute order granting Defendants' motion for redaction and ordering Defendants to file a redacted copy of the Second Golding Report on the public docket. (ECF No. 8419.)

1

1       On October 8, 2024, Defendants filed a redacted copy of the Second Golding Report. (ECF
2  No. 8421.) After the redacted report was filed, Defendants identified that some of the private
3  information that was ordered to be redacted was not redacted. (ECF No. 8423.) Defendants
4  subsequently discovered that the document that was re-filed with additional redactions (ECF
5  No. 8425) contains additional information that should be redacted. Defendants therefore submit
6  this request to seal the Second Golding Report that was filed on October 9, 2024. (*Id.*) Defendants
7  plan to file a fully redacted Second Golding Report no later than Monday October 28, 2024.

## REQUEST TO SEAL DOCUMENTS

9       Under Local Rule 141, documents may be filed under seal only by written order of the
10  court upon the showing required by applicable law. A party seeking to seal a document must
11  submit a request to the court indicating the statutory or other authority for sealing. The court may
12  properly seal records from disclosure to the public if the party submitting the records articulates
13  compelling reasons to do so. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th
14  Cir. 2006). On February 25, 2020, this Court ordered that "[t]he provisions of Local Rule 141(c)
15  notwithstanding, all requests to seal documents shall be accompanied by a stipulation of all
16  counsel consenting to the sealing request." (Protective Order, ECF No. 6482 at 3.)
17       Defendants notified Plaintiffs of this request and they have no objection to the Court sealing
18  the document filed at ECF 8425.
19  / / /
20  / / /
21  / / /

For the reasons set forth in Defendants' February 9, 2023 motion and the basis for the Court's October 3, 2024 order, Defendants request that the Court seal the Second Golding Report filed on October 9, 2024 at ECF No. 8425. A proposed order is submitted herewith.

Dated: October 24, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General

*/s/ Christian M. Georgely*
CHRISTIAN M. GEORGELY
Deputy Attorney General
*Attorneys for Defendants*

Dated: October 24, 2024

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS-GONZÁLEZ
Attorneys for Defendants

CF1997CS0003
38502178.docx