IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SEAL FILED DOCUMENT** |

　　　On October 23, 2024, Defendants filed an *ex parte* request to seal the Second Golding Report that that was filed on October 9, 2024, at ECF No. 8425.

　　　Good cause appearing, Defendants' request to seal the filed document is granted, and the clerk is directed to seal the document filed at ECF No. 8425.

　　　IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　KIMBERLY J. MUELLER
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE