# CERTIFICATE OF SERVICE

Case Name:  **Coleman v. Newsom, et al.,**       No.  **2:90-cv-00520 KJM-SCR**

I hereby certify that on October 24, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' REQUEST TO SEAL FILED DOCUMENT PURSUANT TO LOCAL RULE 141**
- **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SEAL FILED DOCUMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 24, 2024, at Sacramento, California.

|  |  |
|---|---|
| Y. Pacheco | /s/ Y. Pacheco |
| Declarant | Signature |

CF1997CS0003
38502205.docx