DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. 2:90−CV−00520−KJM−SCR <br><br> **PARTIES' JOINT SUBMISSION REGARDING RECEIVER APPOINTMENT** <br><br> Judge: Hon. Kimberly J. Mueller |

21264129.2 [4593387.2]

PARTIES' JOINT SUBMISSION REGARDING RECEIVER APPOINTMENT

1    On October 1, 2024, the Court directed the parties to "meet and confer, then file a joint statement regarding their respective positions and suggestions with respect to appointing a receiver by 10/14/2024." ECF No. 8414.  On October 14, the parties filed an update informing the Court that they were in discussions with two potential candidates for the *Coleman* receivership.  ECF No. 8430.  The Court issued a minute order on October 15 directing the parties to file an update no later than October 25, 2024.  ECF No. 8431.

The parties have now met jointly with the second of the two candidates mentioned in their October 14 filing.  The parties are in agreement that this person would be an appropriate candidate for the Court's consideration, and would fully support their appointment if the Court and the candidate agreed.  The person has extensive experience in state government and familiarity with the *Coleman* case.  After the joint meeting, the candidate advised the parties that they are seriously considering the potential appointment as a full receiver in *Coleman* and would like to learn more about the role, including about the scope of the receivership, and the relationship between the *Coleman* Receivership and the *Plata* Receivership.  Because the candidate is still weighing the decision and needs more time and information, the parties have agreed to keep their identity confidential in this filing.

The parties and the candidate believe it would be beneficial for the candidate to meet with the Court to discuss the Court's vision for the role of a *Coleman* Receiver, and recommend that the Court convene an *in camera* conference, with or without the parties, to have an initial meeting.  Both parties remain strongly in favor of a transparent appointment process after such an initial meeting if the candidate agrees to go forward with the process.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

If the Court agrees, the parties can work with the candidate and the Court's clerk to schedule the meeting.

DATED: October 25, 2024            ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Jenny S. Yelin
Jenny S. Yelin

Attorneys for Plaintiffs

DATED: October 25, 2024            ROB BONTA
Attorney General of California

By: /s/ Damon McClain
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: October 25, 2024            HANSON BRIDGETT LLP

By: /s/ Samantha Wolff
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*