ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7318
Fax: (916) 324-5205
E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID CASARRUBIAS-GONZÁLEZ , SBN 321994
SAMANTHA M. BACON, SBN 351561
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: 415-777-3200
Pmello@hansonbridgett.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

RALPH COLEMAN, et al.,

Plaintiffs,

v.

GAVIN NEWSOM, et al.,

Defendants.

Case No. 2:90-CV-00520- KJM-SCR

**JOINT STATUS UPDATE**

Judge: Hon. Kimberly J. Mueller

The Special Master's suicide prevention expert, Mr. Hayes, filed his Sixth Re-Audit Report (Report) on March 1, 2024. ECF Nos. 8143, 8143-1. Defendants filed objections to the Report on April 1, 2024 (ECF Nos. 8179, 8180) and the parties engaged in several additional rounds of briefing relating to Defendants' objections to the Report. *See* ECF Nos. 8185, 8186, 8198, 8208, 8241, 8249, 8282, 8283, 8307, 8309.

At a status conference on September 30, 2024, the Court issued its rulings on Defendants' objections from the bench and followed those rulings with a minute order the next day. ECF No. 8414. Per the Court's ruling and minute order, the parties "are to meet and confer on the issue of informing the field of the practical impact of the court's ruling on objections and submit a joint

status update to the court by 10/28/2024." *Id.* Accordingly, the parties submit the following joint status update in compliance with the Court's October 1, 2024 minute order.

The parties met and conferred on October 4, 2024, and counsel for Defendants followed up the telephonic discussion with an email outlining the list of rulings that Defendants believed could impact field operations. The parties subsequently agreed on the list of rulings that they believed could impact field operations, as follows:

1. Intake screenings: to be compliant, all 15 questions must be asked
2. Custody officers may not be in the room for intake screenings, and the door must be closed. This applies to all patients, including those in maximum security. If the incarcerated person is on maximum custody status, therapeutic Treatment Modules or cuffs may be used if otherwise allowed by policy, but confidentiality is required.
3. RHU Intake Cells must be identified as such with either a door tag or stenciled label
4. Columbia Screeners are not substitutes for SRASHEs during Danger To Self (DTS) referrals, MHCB referral rescissions, or when the patient needs a comprehensive suicide risk assessment

The parties further agreed that to best inform the field of these rulings, Dr. Amar Mehta, Deputy Director of the Statewide Mental Health Program for the California Department of Corrections and Rehabilitation (CDCR), would briefly mention these rulings during Defendants' annual Suicide Prevention Summit (held the week of October 7, 2024), which he did.

The parties also agreed that Defendants would issue a memorandum to the field following the Suicide Prevention Summit to reiterate these rulings. The parties agreed on the language in the memorandum to be issued to the field and provided a copy of the memorandum to the Special Master in advance of this filing. A true and correct copy of the memorandum is attached as **Exhibit A.** Defendants intend to issue this memorandum to the field by November 8, 2024.

Additionally, at the September 30, 2024 status conference, this Court requested an update with respect to Defendants' regional SPRFIT audits. Accordingly, Defendants provide[1] the

[1] At the Special Master Team's request on the afternoon of October 28, Defendants included an update relating to SPRFIT auditing.

following update:[2] CDCR's Suicide Prevention CQI Guidebook outlines general guidelines for Regional SPRFIT Coordinator site visits. For institutions with a crisis bed or psychiatric inpatient program the on-site audit guidebook recommends that the audits be conducted quarterly. ECF No. 8160-6 at 104. For all other institutions, twice annual site visits is the norm. *Id*. CDCR is considering modifying this process to allow remote monitoring in some quarters when an institution has demonstrated a pattern of sustained compliance, when mission complexity is low, or when an on-site visit is otherwise not warranted. Regardless of the frequency of on-site monitoring, Regional SPRFIT Coordinators have access to a detailed suicide prevention dashboard and a suite of automated reports, all of which are updated monthly. Together, these tools permit quick, high-level evaluations of any institution's suicide prevention program as needed. CDCR anticipates that a proposal to adopt paper monitoring in some instances would be ready in early 2025.

DATED: October 28, 2024

ROB BONTA
Attorney General of California

By: */s/ Damon McClain*
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

[2] Plaintiffs received Defendants' proposed language regarding SPRFIT auditing herein the afternoon of October 28 and have not had sufficient time to evaluate it substantively or meet and confer with Defendants about it. At this time, therefore, Plaintiffs take no position on Defendants' representations herein regarding SPRFIT auditing.

DATED: October 28, 2024

HANSON BRIDGETT LLP

By: */s/ Samantha Wolff*
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

DATED: October 28, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael Nunez*
Michael Nunez

Attorneys for Plaintiffs

4
Case No. 2:90-CV-00520- KJM-SCR
21266561.4
JOINT STATUS UPDATE