# Exhibit A

# MEMORANDUM

| | |
|---|---|
| **Date:** | |
| **To:** | |
| **From:** | |

| | |
|---|---|
| AMAR MEHTA, M.D.<br>Deputy Director<br>Statewide Mental Health Program | BRITTANY BRIZENDINE, Psy.D. MBA<br>Deputy Director<br>Institution Operations |

BARBARA BARNEY-KNOX
Deputy Director, Nursing Services
California Correctional Health Care Services

**Subject:** SUMMARY OF RECENT COLEMAN RULINGS REGARDING SUICIDE PREVENTION

On September 30, 2024, the *Coleman* court issued several clarifications regarding suicide prevention requirements that pertain to existing policies. Those clarifications are below:

1. **Intake Screening at Receiving & Release**
   Nursing staff must always ask all fifteen questions on the screening form during intake screening.

2. **Confidentiality During Intake Screening**
   The door must be closed, and custody staff must remain outside the room during intake screenings. This applies to all patients, including those in maximum security. Therapeutic Treatment Modules or cuffs may be used if otherwise allowed by policy, but confidentiality is required.

3. **Labeling of Restricted Housing Unit (RHU) Intake Cells**
   Ensure that all RHU intake cells are clearly identified as "Intake Cells," in accordance with the December 1, 2023 policy. All intake cells shall have "Intake Cell" stenciled using either black or white paint, whichever provides the strongest contrast and allows for easy recognition on or near the cell door.

4. **Clarification on Columbia Screeners**
   Mental Health clinicians cannot use Columbia screeners as a substitute for Suicide Risk Evaluation (SREs) during referrals for Danger to Self, Mental Health Crisis Bed referral rescissions, or when a comprehensive suicide risk assessment is necessary.

If you have questions or require additional information related to this memorandum, you may contact the Mental Health Policy Unit by email: m_MHPolicyUnit@cdcr.ca.gov

cc: Steven Cartwright, Psy.D.
    Travis Williams, Psy.D.

DRAFT

Wendy Worrell, Psy.D.
Jonathan Yip, Ph.D.
Toni Martello, M.D.
Lawrence Tucker, M.D.
Michael Golding, M.D.
Sophia Le, D.O.
Amber Carda, Psy.D.
Daisy Minter, Ph.D.
Lee Lipsker, Ph.D.
Gretchen Huntington, Psy.D.
Laurie Ball
Jennifer Johnson
Tiffany Nguyen
LaToya Garland
Pak Yan Leung, LCSW
Regional Health Care Executives
Regional Mental Health Administrators
Regional Chief Psychiatrists