# WSP Facility Mental Health Staffing and Telemedicine
## July 1, 2023 to December 31, 2023

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Functional Vacancies | Functional Vacancy Rate | Full Time Equivalent Contractors, Dual Appointments, i.e. in terms of FTEs | Long Term Leave (LTL) | # Days/Week Onsite vs Tele-Working Offsite | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Chief Psychiatrist | 1 | 0 | 1 | 100% | 1 | 100% | 0 | 0 | vacant | |
| Senior Psychiatrist | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | N/A | This position is not allocated to WSP MH. |
| Chief Psychologist | 2 | 1 | 1 | 50% | 1 | 50% | 0 | 0 | 4 onsite 1 offsite | |
| Senior Psychologist | 3 | 2 | 1 | 33% | 1 | 33% | 0 | 0 | 3 onsite 1 offsite | Tele-work option began 12.2023 |
| Staff Psychiatrist | 11.5 | 2 | 9.5 | 83% | 4.75 | 41% | 4.75 | 0 | 4 onsite 0 offsite | |
| Staff Psychologist | 40.5 | 13 | 27.5 | 68% | 22.62 | 56.00% | 5.88 | 1 | 4 onsite 0 offsite | |
| Tele-Psychiatrist | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | This position is not allocated to WSP MH. Tele-Psychiatry is under HQ. WSP has 5 Tele-Psychiatrists working with WSP team that account for a 4.0 position. |
| Medical Assistants Assigned to Telepsychiatry | 5 | 5 | 0 | 0% | 0 | 0% | 0 | 1 | 1 | |
| Psychiatric Nurse Practitioner | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | This position is not allocated to WSP MH. |
| Supervising Social Worker | 1 | 1 | 0 | 0% | 0 | 0% | 0 | 0 | 3 onsite 1 offsite | Tele-work option began 12.2023 |
| Social Worker | 17.5 | 15.5 | 2 | 11% | 2 | 11% | 1 | 1 | 4 onsite 0 offsite | Functional vacancy and functional vacancy rate include 2.0 staff on leave during June 2022. |

1

## WSP Facility Mental Health Staffing and Telemedicine
### July 1, 2023 to December 31, 2023

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Funtional Vacancies | Functional Vacancy Rate | Full Time Equivalent Contractors, Dual Appointments, i.e. in terms of FTEs | Long Term Leave (LTL) | # Days/Week Onsite vs Tele-Working Offsite | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Supervising Registered Nurses | 14.2 | 11 | 3.2 | | 3 | | 0 | 1 | 5 onsite 0 offsite | |
| Nurses | 64 | 56 | 8 | | 2 | | 0 | 1 | 5 onsite 0 offsite | |
| MHSDS Registered Nurse (RN) | N/A | | | | | | | | | |
| LVNs | 47.6 | 47 | 0.6 | | 3 | | | 3 | 5 onsite 0 offsite | |
| CNAs | 10.6 | 10 | 0.6 | | 1 | | | 1 | 5 onsite 0 offsite | |
| Senior Psych Tech | 1 | 1 | 0 | 0 | 0 | | 0 | 0 | 5 onsite 0 offsite | |
| Psych Tech | 17.7 | 17 | 0.7 | 0 | 1 | | 0 | 1 | 5 onsite 0 offsite | |
| Recreation Therapist | 5.5 | 2 | 3.5 | 64% | 2 | 64% | 0 | 0 | 4 onsite 0 off | |
| MHSDS Clerical | 13 | 11.5 | 1.5 | 12% | 1.5 | 12% | 0 | 0 | 3 onsite 2 offsite | |
| Office Services 1 (OSS I) | 0 | 0 | 0 | 0% | 0 | 0% | 0 | 0 | 0 | This position is not allocated to WSP MH. |
| Office Services II (OSS II) | 1 | 1 | 0 | 0% | 0 | 0% | 0 | 0 | rotation 2 to 3 days onsite and offsite | OSS II transfer CAC 09.2023 |
| Associated Government Program Analyst (AGPA) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | This position is not allocated to WSP MH. |

2

**WSP Facility Mental Health Staffing and Telemedicine**
**July 1, 2023 to December 31, 2023**

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Functional Vacancies | Functional Vacancy Rate | Full Time Equivalent Contractors, Dual Appointments, i.e. in terms of FTEs | Long Term Leave (LTL) | # Days/Week Onsite vs Tele-Working Offsite | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Health Program Specialist II (HPS I) | 2.5 | 2 | 0.5 | 20% | 0.5 | 20% | 0 | 0 | rotation 2 to 3 days onsite and offsite | |
| Health Program Specialist II (HPS II) | 1 | 1 | 0 | 0% | 0 | 0% | 0 | 0 | rotation 2 to 3 days onsite and offsite | |
| Correctional Health Care Administrator (CHCA) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | This position is not allocated to WSP MH. |
| Other (specify) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

*** Point in time taken from December 2023.

3