1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   CHRISTIAN M. GEORGELY, State Bar No. 322952
5  Deputy Attorneys General
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 210-7317
    Fax: (916) 324-5205
8   E-mail: Christian.Georgely@doj.ca.gov
   *Attorneys for Defendants*

   HANSON BRIDGETT LLP
   LAWRENCE M. CIRELLI, SBN 114710
   PAUL B. MELLO, SBN 179755
   SAMANTHA D. WOLFF, SBN 240280
   KAYLEN KADOTANI, SBN 294114
   DAVID C. CASARRUBIAS-GONZALES,
   SBN 321994
   MOLLIE LEVY, SBN 333744
   SAMANTHA M. BACON, SBN 351561
    425 Market Street, 26th Floor
    San Francisco, CA 94105
    Telephone: (415) 777-3200
    E-mail: PMello@hansonbridgett.com
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**DECLARATION OF ELISE OWENS THORN IN SUPPORT OF DEFENDANTS' RESPONSE TO THE SPECIAL MASTER'S SEPTEMBER 30, 2024 DATA REMEDIATION REPORT; EXHIBITS A - H** |

I, Elise Owens Thorn, declare as follows:

1. I am a Deputy Attorney General in the California's Attorney General's Office, counsel of record for Defendants. I am licensed to practice before all of the courts of the State of California and am admitted to practice before this Court. I submit this declaration in support of Defendants' Response to the Special Master's September 30, 2024 Data Remediation Report. (ECF No. 8140.) I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

1

2.    Attached as Exhibit A is a true and correct copy of an e-mail dated September 17, 2024, enclosing a letter dated September 17, 2024, from California Department of Corrections and Rehabilitation (CDCR) Secretary Jeff Macomber.

3.    Attached as Exhibit B is a true and correct copy of an e-mail dated August 17, 2024, from Deputy Special Master Patricia Williams, that provides notice of the *Coleman* Special Master's schedule for on-site monitoring of the CDCR Psychiatric Inpatient Programs (PIPs), with the thirty-first round PIP document request dated August 16, 2024.

4.    Attached as Exhibit C is a true and correct copy of an e-mail dated September 23, 2024, from Deputy Special Master Patricia Williams, noticing the monitoring tours for the newly activated Enhanced Outpatient Program units and heat plan at the California Rehabilitation Center and at Pleasant Valley State Prison, with the data and document request for the tours.

5.    Attached as Exhibit D are true and correct copies of e-mails from CDCR Office of Legal Affairs attorney Melissa Bentz to Deputy Special Master Patricia Williams dated September 13, 2024, and September 16, 2024, along with a true and correct copy of CDCR's written response to the thirty-first round PIP document request for the tours at the California Medical Facility and Salinas Valley State Prison.

6.    Attached as Exhibit  E is a true and correct copy of an e-mail dated September 19, 2024, from CDCR Office of Legal Affairs attorney Melissa Betz to Deputy Special Master Patricia Williams regarding data produced on offered treatment hours.

7.    Attached as Exhibit  F is a true and correct copy of an e-mail dated September 17, 2024, from CDCR Office of Legal Affairs attorney Melissa Betz to the Deputy Special Master Patricia Williams regarding CDCR's response to the thirty-first round PIP document request for the paper monitoring of the PIPs at San Quentin State Prison and the California Institution for Women.

8.    Attached as Exhibit G is a true and correct copy of a series of e-mails dated September 13, 15, 17, and 18, 2024, from CDCR Office of Legal Affairs attorney Melissa Bentz to the Special Master team regarding the CDCR's response to the thirty-first round PIP document request for the tours at the California Medical Facility and Salinas Valley State Prison.

2

9.   Attached as Exhibit H is a true and correct copy of an e-mail dated September 24, 2024, from CDCR Office of Legal Affairs attorney Melissa Bentz to Deputy Special Master Patricia Williams regarding the CDCR's response to the thirty-first round PIP document request for the tours at the CDCR PIPs.

10.  Defendants have not received a written response from the Special Master or his team to CDCR's requests for thirty days to respond to the data and document requests, requests to use only remediated data, and the various caveats provided in response to the document requests.

11.  I attended the PIP monitoring tours at the California Medical Facitliy (CMF) on September 15, 16, and 17, 2024, at the California Medical Facility (CMF) Psychiatric Inpatient Program (PIP).  On September 17 during the PIP tour, I met with the Special Master's team to discuss issues pertaining to the Special Master's data and document requests and CDCR's responses to those requests.  During that meeting, I agreed to review the document production requests, and requested that the Special Master team alert CDCR to any issues as they arose so that they could be immediately addressed.

12.  On October 10, 2024, the Special Master team met with CDCR's counsel to discuss document production concerns.

13.  For the thirty-first round PIP monitoring tours, the timeline allowed for CDCR to respond to and produce data and documents was significantly shorter (between 17 and 24 days) as compared with the timeline allowed for the thirtieth monitoring round PIP monitoring tours (between 35 and 37 days).

14.  I attended the PIP monitoring tours at CMF and the California Health Care Facility (CHCF).  During each tour, the PIP staff provided the Special Master team with documents on-site, including, patient rosters, group and treatment team schedules, morning huddle patient-specific data.

15.  At the CMF PIP tour, when the Special Master's team was not able to locate individual patient data that had been provided to them as part of the headquarters production in response to Request IV.7 for weekly treatment hours, they asked local staff to re-run the data.  I reviewed the request with CDCR staff and the Special Master team and the team was showed

3

1     how to access the data in the electronic file on the Sharepoint site.  CDCR also agreed to

2     supplement the original document production if the Special Master's team needed additional data.

3         I declare under penalty of perjury under the laws of the United States of America that the

4     foregoing is true and correct.

5         Executed on this 30th day of October, 2024, at Sacramento, California.

6

7                                */s/ Elise Owens Thorn*
                                  Elise Owens Thorn

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

**Carrie Look**

| | |
|---|---|
| **From:** | Samuels, Keturah@CDCR <Keturah.Samuels@cdcr.ca.gov> |
| **Sent:** | Thursday, October 17, 2024 3:31 PM |
| **To:** | mlopes@pldolaw.com |
| **Cc:** | Macomber, Jeff@CDCR; Neill, Jennifer@CDCR; Toche, Diana@CDCR |
| **Subject:** | Correspondence to Special Master Lopes |
| **Attachments:** | Correspondence to Special Master (October 2024).docx.pdf |

Sent on Behalf of
Jeff Macomber, Secretary
California Department of Corrections and Rehabilitation

Good Afternoon,

Please see attached letter from Secretary Macomber.

Thank you,

**Keturah Samuels**
Office of the Secretary
California Department of Corrections and Rehabilitation
(916) 323-6001

Docusign Envelope ID: 97545263-FE49-47AB-92EA-CB92649335D4

STATE OF CALIFORNIA - DEPARTMENT OF CORRECTIONS AND REHABILITATION                          GAVIN NEWSOM, GOVERNOR

**OFFICE OF THE SECRETARY**
PO Box 942883
Sacramento, CA 94283-0001



10/17/2024

Matthew A. Lopes, Jr., Special Master
Pannone Lopes Devereaux and O'Gara LLC
Northwoods Office Park, Suite 215N
1301 Atwood Avenue
Johnston, RI 02919

Dear Special Master Lopes,

I hope you are well.  I am reaching out to address some concerns that were expressed in your recent Data Remediation Status Report, filed September 30, 2024.

I want to be clear that CDCR understands how critical it is that they provide your team with accurate, responsive data in a timely manner.  As you might imagine given the previous finding that CDCR intentionally misled the Court, CDCR is acutely aware of its responsibility to provide consistent and accurate data to your team.  That is what CDCR strives to do.  I understand that my team attempted to seek clarification around several requests.  Be assured that seeking clarification is not a litigation tactic.  CDCR recognizes that the Order of Reference allows you access to documents.  But seeking clarification is sometimes necessary to ensure that we are providing consistent and accurate data that is responsive to the request.

To that end, I understand that our attorneys have been working with your team to address any questions or concerns on our end regarding the most recent document requests.  I hope this process continues to meet your expectations.  If your team believes that CDCR's actions are obstructing your team's ability to tour our facilities, please contact me, Dr. Toche, or Jennifer Neill immediately so that we can do everything in our power to address those concerns as they arise.  I believe that will be more constructive than raising concerns for the first time in a report to the Court.

Finally, I want to ensure that your team receives the information they need as expeditiously as possible, but please understand that CDCR Mental Health needs sufficient time to analyze the requests, determine the best sources and types of reports to respond to the requests, and pull the information that is requested.  I understand that during the 30th Round PIP tours, CDCR was given approximately one month to produce the requested information, but recently that timeframe has been reduced to nearly two weeks.  To the extent possible, I ask that we be given a minimum of 30 days to assess the document request and ensure that a complete and accurate production is possible.

Docusign Envelope ID: 97545263-FE49-47AB-92EA-CB92649335D4

Special Master Lopes
Page 2


I would be glad to have a further discussion on this topic with you or members of your team at any time.  Please feel free to reach out if you believe a further conversation would be helpful. Thanks for your collaboration and courtesy.


Sincerely,

**Jeff Macomber**

5957F5D0C55F473...

JEFF MACOMBER
Secretary
California Department of Corrections and Rehabilitation



cc:    Diana Toche
       Jennifer Neill

# Exhibit B

| From: | Patricia Williams |
|---|---|
| To: | Toche, Diana@CDCR; Dr. Joseph@CDCR"; Amar@CDCR"; Michael W. Bien; Lisa Ells; Weber, Nicholas@CDCR; Elise Thorn; Owens, Teresa@CDCR; Minter, Daisy@CDCR; Steven Fama |
| Cc: | Lopes Matthew; Walsh Kerry F.; McClendon-Hunt, LaTri-c-ea; Ryan, Jr., Michael F.; Gribbin Rachel; Irizarry, Cristina; Gonzalez, Janissa H.; Tavares, Zelia M |
| Subject: | 31st Round CDCR Psychiatric Inpatient Program Monitoring Tours |
| Date: | Saturday, August 17, 2024 9:30:23 AM |
| Attachments: | 31st Monitoring Round PIP Document Request 8.16.2024.docx |

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Dear Colleagues:

The *Coleman* Special Master will conduct his onsite review of compliance by the California Department of Corrections and Rehabilitation (CDCR) with the plans, policies, and protocols of the Mental Health Services Delivery System Program Guide (Program Guide) and relevant court orders and policies at the below listed CDCR Psychiatric Inpatient Programs (PIPs) covering the stated review periods.  All tours taking place that week will only cover the PIPs and not the main institutions. Please make responses to our document request available on or before the dates listed.

| PIP Institution/Monitoring Tour | Review Period | Responses Due |
|---|---|---|
| CMF: September 17 – 20, 2024 | February 1, 2024 – July 31, 2024 | **September 3, 2024** |
| SVSP: September 17 – 20, 2024 | February 1, 2024 – July 31, 2024 | **September 3, 2024** |
| CHCF: September 24 – 27, 2024 | February 1, 2024 – July 31, 2024 | **September 10, 2024** |

All tours will start at 8:00 a.m. on the first day.

The onsite reviews will focus on the areas outlined in the attached Thirty-First Monitoring Round Document Request. Also, **please submit patient rosters for the review period for each PIP by August 23, 2024, via SharePoint.** The rosters should include the patient name, CDCR number, and date of admission and discharge.

As with prior site visits, documents submitted in response to the document request will be submitted to the Special Master's office via SharePoint.  Please make the responses available on or before the dates provided above and inform Kerry Walsh (kwalsh@pldolaw.com), Michael Ryan (mryan@pldolaw.com), Patricia Williams (harconwil@gmail.com), and Rachel Gribbin (rgribbin@pldolaw.com).

As with past site visits, responses to the document request and proof of practice binders should be available onsite in hard copies which we may retain for our records. Any additional documents not previously uploaded to the SharePoint should be provided onsite in hard copy and electronic format where available for review by the *Coleman* team. It is our understanding that such documents will subsequently also be uploaded to the SharePoint.

*The document requests in no way preclude the Coleman Special Master from requesting additional documents not included in the document requests.*

Finally, as in prior rounds, plaintiffs' counsel may provide a monitoring memorandum for our

tours.

Please contact me if you have questions.

Patricia Williams, Esq.
Deputy Special Master

# TABLE OF CONTENTS

Section I        Narrative Summary ........................................................................................3

Section II       Population/Census .........................................................................................3

Section III      Staffing ..........................................................................................................4

Section IV       Treatment, Clinical Services, Programming ..........................................8

Section V        Patient Access to Treatment .................................................................10

Section VI       Referrals, Admissions, Transfers..........................................................11

Section VII      Patient Disciplinary Process....................................................................13

Section VIII     Use of Force ...............................................................................................15

Section IX       Use of Observation Cells, Seclusion, Restraint ................................16

Section X        Prevention, Emergency Response & Death Review Process.............17

Section XI       Utilization Review & Quality Management ...........................................17

Section XII      Unusual Occurrences, Serious Incidents, Near Misses, Sentinel Events .........18

Section XIII     Patient Complaints/Patient Satisfaction ..............................................18

Section XIV      *Coleman* Postings.......................................................................................18

Section XV       Laundry & Supply Issues .........................................................................19

Section XVI      Privileges, Visiting, Telephone Access...................................................19

Section XVII     Law Library Access....................................................................................19

Section XVIII    Custody and Mental Health Partnership Plan....................................20

Section XIX      Heat Plan .....................................................................................................21

Section XX       Pre-Release Planning................................................................................21

### *Coleman* Special Master's 31st Round Monitoring Tours of CDCR Psychiatric Inpatient Programs (PIPs)
*Updated August 2024*

The *Coleman* Special Master's Thirty-First Round onsite reviews of CDCR Psychiatric Inpatient Programs (PIPs) will cover **February 1, 2024 through July 31, 2024,** and will focus on areas outlined in this document request.

NOTE: *There are times when to present accurate information, the institution must go outside of the review period dates for calculations. For example, when reporting a patient's total length of stay in the PIP, it would not begin calculating his/her length of stay on June 1, 2023, just because that was when the review period began when his/her actual stay/admission began on May 2, 2023.*

# <u>Request for Documents</u>

All requested documents that can be provided in electronic format should be provided in separate electronic files, properly labeled, with the file title indicating the section content. Large volumes of files may be grouped into one folder that is clearly titled by section name/class/category. Each file and folder should be clearly labeled. For example, do not label files or folders as "Section 01" or "4.2"; instead, label files and folders as "Population/Census" or "Sec 12 Patient Complaints." Any requested documents and/or information that *cannot* be provided in electronic format should be produced in printed form that is legible (font size no smaller than 10 point), organized, labeled, and tabbed where indicated.

Documents should be produced in their original format as much as possible. ***It is essential that logs be provided in their original Excel format and not as PDF files or in any other converted format***. Whenever possible, **these logs should not contain merged or modified cells.** If a log was developed as a Word table, it should be provided in that format and not in a PDF or other converted format.

**\*\*\*\*\*\*\*In accordance with the Order of Reference, monitors and experts may review and obtain copies of any documents related to the provision of mental health services to *Coleman* class patients, including services required by the Program Guide or other court-ordered care or treatment of CDCR patients. This includes, but is not limited to, those documents specifically requested in this Document Request, as well as any other documents related to the care or treatment of *Coleman* class patients but not otherwise specifically requested in this document request.** The "documents requested" here or "subject to review" mean any written or printed material of any kind, whether stored in hard copy or electronic format.

If a document is provided in response to one request and is requested again in another section of this document request, please refer to the document already provided identifying its specific location. Example: II Population/Census Data, No.3.

If a specific document request is not applicable to your facility, please indicate that it is not.

Any questions concerning this document request may be addressed to *Coleman* Deputy Special Master Kerry Walsh, Esq (kwalsh@pldolaw.com) or Deputy Special Master Patricia Williams, Esq. (harconwil@gmail.com).

Provide a complete schedule of activities that will occur during the days of the site visit by the Friday prior to the start of the visit. Include structured and unstructured therapeutic activities, Institutional Classification Committee (ICC)/Unit Classification Committee (UCC) meetings, Interdisciplinary Treatment Team (IDTT) meetings, Max Custody IDTTs and ICCs, committee and subcommittee meetings, huddles, psych tech rounds, CMHPP meetings, Use of Force review meetings, and any schedules of training that will be occurring. Please do not cancel any clinical activities such as treatment team meetings, treatment, structured and unstructured therapeutic activities, and/or quality management meetings or training solely because of the scheduled site tour.

**\*REVIEW PERIOD: PLEASE PROVIDE THE DATA AND INFORMATION REQUESTED BELOW FOR THE PERIOD FROM February 1, 2024 through July 31, 2024.**

## I.      <u>Narrative Description of the Program</u>

A narrative description of the PIP's current status, including but not limited to any changes or developments since the preceding monitoring period and any efforts and results of addressing issues identified during the Special Master's preceding monitoring tour. Include any new or revised policies or procedures, any new and/or revised administrative directives (ADs) (with changes red-lined, if possible), any new licensing surveys and plans of correction, and any new Joint Commission reports and requirements of improvement, since the preceding tour/document production. If no actions were taken on previously identified issues, provide reasons why they were not taken. **Include any current issues or obstacles to the delivery of care and any plans to address those obstacles**.

Please include a description of current COVID-19 quarantine and isolation space for patients.

## II.     <u>Population/Census Data</u>

Within 72 hours of the start of the site visit, provide the current census **by h o u s i n g  unit and separated by level of care,** including:

- o   patient name;
- o   CDCR number;
- o   date of admission;
- o   Housing unit bed capacity;
- o   number of beds reserved;
- o   number of beds assigned for admission;
- o   redlined/off-line beds;

3

- o  number of isolation rooms;
- o  number of flex beds; and,
- o  number of available beds.

**Please clearly indicate which patients are PC 1370 patients, if any.**

III.  <u>**Staffing**</u>

1.  Please provide a narrative summarizing the facility's current status with respect to staffing allocation issues and treatment programming, with particular attention to changes since the preceding review.

2.  If staffing issues were identified in the preceding monitoring report, explain any efforts to address concerns and whether there were improvements.

3.  Staffing Report: Please provide your current (within 1-2 working days of the first day of the site visit) staffing, indicating the number of licensed and unlicensed staff and those in "acting" capacity using the following formats:

**3A.    Facility Administration, Supervisory, and Clinical Staff Report**

| Position | Positions Established | Positions Filled | Vacancies | FTE Positions on Long Term Leave | FTE Positions Acting Out of Class | Full-time Equivalent Contractor s, Dual Appts. (i.e., in terms of FTEs) | Functional Vacancies |
|---|---|---|---|---|---|---|---|
| Program Director | | | | | | | |
| Program Assistant | | | | | | | |
| Unit Supervisor | | | | | | | |
| Chief Psychiatrist | | | | | | | |
| Senior Psychiatrist | | | | | | | |
| Psychiatrists | | | | | | | |
| Chief Psychologist | | | | | | | |
| Senior Supervising Psychologist | | | | | | | |
| Psychologists | | | | | | | |
| Supervising Social Worker | | | | | | | |
| Social Workers | | | | | | | |

| Position | Positions Established | Positions Filled | Vacancies | FTE Positions on Long Term Leave | FTE Positions Acting Out of Class | Full-time Equivalent Contractor s, Dual Appts. (i.e., in terms of FTEs) | Functional Vacancies |
|---|---|---|---|---|---|---|---|
| Rehabilitation/ Recreation Therapists | | | | | | | |
| Psychiatric Nurse Practitioner | | | | | | | |
| Supervising Registered Nurse | | | | | | | |
| Health Services Specialist | | | | | | | |
| Registered Nurses | | | | | | | |

| Position | Positions Established | Positions Filled | Vacancies | FTE Positions on Long Term Leave | FTE Positions Acting Out of Class | Full-time Equivalent Contractors, Dual Appts. (i.e., in terms of FTEs) | Functional Vacancies |
|---|---|---|---|---|---|---|---|
| Licensed Vocational Nurses (LVNs) | | | | | | | |
| Certified Nursing Assistants (CNA) | | | | | | | |
| Senior Psych Techs | | | | | | | |
| Psych Techs | | | | | | | |
| Office Services I (OSSI) | | | | | | | |
| Office Services II (OSSII) | | | | | | | |

| Position | Positions Established | Positions Filled | Vacancies | FTE Positions on Long Term Leave | FTE Positions Acting Out of Class | Full-time Equivalent Contractor s, Dual Appts. (i.e., in terms of FTEs) | Functional Vacancies |
|---|---|---|---|---|---|---|---|
| Associated Government Program Analyst (AGPA) | | | | | | | |
| Health Program Specialist I (HPSI) | | | | | | | |
| Health Program Specialist II (HPS II) | | | | | | | |
| Correctional Health Care Administrator (CHCA) | | | | | | | |
| Clerical Positions | | | | | | | |

## 3B.    Custody Staff Report

| Custody Staff Position | Positions Allocated | Positions Filled | Vacancies | FTE Positions on Long Term Leave | FTE Positions Acting Out of Class | Functional Vacancies |
|---|---|---|---|---|---|---|
| Warden | | | | | | |
| Chief Deputy Warden | | | | | | |
| Associate Warden(s) | | | | | | |
| Captain(s) | | | | | | |

6

| Custody Staff Position | Positions Allocated | Positions Filled | Vacancies | FTE Positions on Long Term Leave | FTE Positions Acting Out of Class | Functional Vacancies |
|---|---|---|---|---|---|---|
| Lieutenant(s) | | | | | | |
| Sergeant(s) | | | | | | |
| CC I(s) | | | | | | |
| CC II(s) | | | | | | |
| Correctional Officer(s) | | | | | | |

4. Describe the facility's standards/requirements for staff-to-patient ratios by discipline and by unit.

5. Provide a list of all clinicians and their caseloads within (72 hours of the start of the site visit).

6. Provide the actual current (within 72 hours of the start of the site visit) treating staff-to-patient ratios for each program unit in the facility.

| Unit# _ Patients # | Unit# _ Patients # | Unit# _ Patients # | Unit# _ Patients # | Unit# _ Patients # |
|---|---|---|---|---|
| Psychiatrists* # | Psychiatrists*# | Psychiatrists*# | Psychiatrists*# | Psychiatrists*# |
| Psychologists # | Psychologists # | Psychologists # | Psychologists # | Psychologists # |
| Clinical Social Workers# | Clinical Social Workers# | Clinical Social Workers# | Clinical Social Workers# | Clinical Social Workers# |
| Recreation Therapists# | Recreation Therapists# | Recreation Therapists# | Recreation Therapists# | Recreation Therapists# |

**\*Indicate telepsychiatry where appropriate**.

7. If telepsychiatry was used during the reporting period, please provide the following information:

   a. the number of days and locations that telepsychiatry was used during each month;

7

    b.   the programs that used telepsychiatry during each month;

    c.   the purposes for which telepsychiatry was used during each month;

    d.   the total number of encounters using telepsychiatry during each month; and,

    e.   any notice provided to the Special Master if telepsychiatry was used for more than 30 consecutive days and any plan to address the staffing issue.

8.   For any mental health staff that provided treatment via telehealth during the review period or at the time of the site visit, provide the following:

    a.   the program unit and level of care where the services were provided, and

    b.   the percentage of time spent teleworking.

## IV.   <u>Treatment, Clinical Services, and Programming</u>

1.   Provide any policies governing the frequency of clinical contacts for patients at the acute and intermediate levels of care, including, as applicable, any relevant approvals of program flexibility from state licensing agencies.

2.   Provide a list of all patients admitted to acute and intermediate levels of care (separated by level of care) during the review period. Include patient name, CDCR number, date of admission, date of initial mental health primary clinician assessment, date of initial psychiatric assessment, date of initial rehabilitation/recreation therapist assessment, date of initial Interdisciplinary Treatment Team (IDTT) meeting, and date of initial Institutional Classification Committee (ICC) meeting.

3.   Provide results/reports of audits of IDTTs regarding meeting Program Guide timelines, required staff attendance, and adequacy of IDTT discussion and action. When local processes are used, please indicate the methodology and include corrective action plans.

4.   Provide a list separated by core (clinician-led) groups and supplemental groups, including a description of all types of structured therapies offered. Examples of supplemental groups include recreation therapy groups, music therapy groups, and educational groups. For the review period, provide a list of groups offered, including:

    a.   the number of patients assigned to each group and manner of assignment of patients

    b.   any waitlist(s);

    c.   the range and average number of patients participating in each group on a weekly basis; and,

    d.   the number of groups offered in a language other than English.

5.   Provide separate lists of core (clinician-led) and supplemental groups offered to MAX custody patients in intermediate and acute care programs. Indicate whether MAX custody patients have access to treatment groups in all areas where they are housed and, if not, why?

6.   Provide results/reports of audits of group therapy offerings. When local processes are used, please indicate the methodology and include corrective action plans.

7. Provide the number of hours of treatment **offered** weekly (raw number per patient and average across patients) over the review period for each of the following:

   a. core (clinician-led) treatment groups;
   b. recreation therapy groups;
   c. nursing-led therapy groups; and,
   d. individual treatment broken down by discipline (psychiatry, primary clinician, RT).

\*\*For individual treatment contacts, indicate whether they were offered confidential versus non-confidential contacts.

8. Provide the number of hours of treatment **attended** weekly (raw number per patient and average across patients) over the review period for each of the following:

   a. clinician-led (core) treatment groups;
   b. recreation therapy groups;
   c. nursing-led therapy groups; and,
   d. individual treatment broken down by discipline (psychiatry, primary clinician, RT).

9. Provide the number and percentage of treatment hours that were attended by individual patients weekly over the review period.

10. Provide the number and percentage of treatment groups that were canceled weekly during the review period and the reason(s) why. Include a list of canceled groups in order from most to least.

11. Provide the number and percentage of treatment groups that were refused weekly during the review period. Include a list of refused groups in order from most to least.

12. Provide the number and percentage of patients with job assignments (more than five hours weekly) during the review period.

13. Provide the number and percentage of patients assigned to educational or vocational classes (more than five hours weekly) during the review period.

14. Provide the number and percentage of patients eligible to earn milestone credits and who have earned milestone credits by level of care using the format below.

| MHSDS Type | Population | MCC Eligible | MCC Earned |
|---|---|---|---|
| ACUTE | | | |
| INTERMEDIATE | | | |

15. Provide reports of IDTTs, canceled, and/or refused and reasons for cancellation or refusal during the review period.

16. Provide behavior management/consultation data, including all patients referred for positive behavioral support.

    a.   Provide the number of behavioral plans completed since the preceding monitoring round.

    b.   Provide any logs of behavioral plans, including but not limited to the names of patients who had behavioral plans.

17. Provide a list of all *Coleman* class patients (CDCR # and Name) within 72 hours of the start of the site visit prescribed **non-formulary psychotropic medications**.

18. Provide a list of all *Coleman* class patients (CDCR # and Name) within 72 hours of the start of the site visit receiving **involuntary medications (PC2602)** and indicate renewal dates.

19. Provide a report or list of all Max custody patients admitted to the PIP during the review period. Include the patient's name, CDCR number, level of care (MHI), date of arrival at the PIP, custody designation at the time of arrival to the PIP, date of initial ICC, and custody designation after initial ICC.

20. Provide a report or list of all Max custody patient IDTTs held during the review period, including all staff attending the IDTT (including custody staff).

21. Provide a copy of all IDTT 128-Bs where the IDTT recommended the patient's Max custody designation be reduced.

22. Provide a copy of all ICCs 128G chronos completed following the recommendation by the patient's IDTT to reduce the patient's Max custody designation, including ICC action where the patient was not removed from Max custody.

23. Provide a copy of the Division of Adult Institutions (DAI) Mental Health Compliance Team (MHCT) weekly pre-review report of all patients referred to a PIP at the intermediate level of care and the result of this review.

24. Provide a copy of the DAI MHCT bi-weekly report of Max custody patients housed in the PIP and the result of this review.

25. Provide a report or copy of the results of the bi-weekly Deputy Director videoconference of Max custody PIP patients.

26. Provide a report by job classification of all correctional counselors and ICC chairpersons, who attended the required OJT, BET code 11063222 since March 1, 2022, regarding ICC Max custody reduction.

27. Provide a report by job classification of all mental health staff who attended the required OJT, BET code 11063222 since March 2021 regarding ICC and IDTT Max custody reduction.

**V.**    **<u>Patient Access to Treatment</u>** (If you have not implemented STEP at your facility, provide the following for your STAGE or other incentive program)

1. Provide the local operating procedure (LOP) for the STEP program.  If the LOP has not been implemented, please indicate and provide any local practices.

2. Provide the list of all patients treated at your facility during the review period by name and CDCR number at each STEP level (including Assessment & Orientation) by unit

   o Include the log in its original format with **no merged or modified cells**.

3. Provide the durations of patients' STEP statuses and the reasons for the durations.

   o Include the average length of time spent at each STEP level during the monitoring period, as well as the range for each unit and each program (e.g., acute, intermediate).

4. Provide a list of all patients by STEP level and program unit within 72 hours of the start of the site visit.

5. Provide a list of all patients on solo programming within 72 hours of the start of the site visit.  Include the housing unit for each patient.

6. Provide the average length of time per patient spent on solo program status during the review period, as well as the range and reasons for solo program status.

7. Provide a report of any changes or modifications to practices, policies, and procedures with the use of the STEP program.

8. Provide copies of the monthly Health Care Access report issued during the monitoring period.

**VI.    Referrals, Admissions, and Transfers**

1. Provide a list of all *Coleman* class patients referred to **only your** facility during the review period, separated by level of care.  Include as applicable:

   - CDCR number;
   - Name;
   - Referral type;
   - Referring Institution;
   - IDTT referral date;
   - Referral received date (IRU);
   - Referral endorsement date (by HCPOP);
   - Referral acceptance date (by PIP);
   - Referral recission date;
   - Referral rejection date;
   - Admission date;
   - Least Restrictive Housing;
   - Date of initial ICC;
   - Length of stay; and,
   - Any notes/comments, including reasons for recission/rejection/delays in referral and transfer timeframes.

11

2.  Provide a list of all *Coleman* patients currently in the facility separated by Level of Care (MHI) and Program Unit showing:

- CDCR number;
- Name;
- Current bed unit;
- Referral type;
- Referring institution;
- IDTT referral date;
- Referral received date (IRU);
- Referral endorsement date (by HCPOP);
- Referral acceptance date (by PIP);
- Admission date;
- Least Restrictive Housing;
- Date of initial ICC;
- Length of stay; and,
- Any notes/comments, including reasons for delays in referral and transfer timeframes.

3.  Provide the current (within 72 hours of the start of the site visit) waitlist of CDCR referrals endorsed to your institutional PIP where the PIP did not decide by the first day of the site visit and separate by level of care, including:

- CDCR number;
- Name;
- Referring institution;
- IDTT referral date;
- IRU referral received date;
- Endorsement to PIP date;
- Scheduled admission date
- Previous level of care;
- Least restrictive housing; and,
- Any comments/notes specifically **identifying reasons for delays for each patient.**

4.  Provide the current (within 72 hours of the start of the site visit) waitlist of CDCR referrals accepted at your institutional PIP who have not yet been admitted by the first day of the site visit, reporting by level of care, including:
- CDCR number;
- Name;
- Referring institution;
- Previous level of care;
- IDTT referral date;
- IRU referral received date;
- Endorsement to PIP date;
- Scheduled admission date;
- Least restrictive housing; and,

- Any comments/notes specifically identifying reasons for delays.

5. Provide a list of all *Coleman* class patients with CDCR number and name referred to your institutional PIP with complex medical needs during the review period. Include:
   - Outcome of referral;
   - Accepted and admitted dates; and,
   - Rejection date, and if so, provide reason.

6. Provide a list of all *Coleman* class patients (CDCR number and name) currently in the PIP who are **currently clinically placed in a higher custody setting than their least restrictive housing (LRH) designation.** Please indicate the dates of the last ICC and IDTT.

7. Provide a list of all *Coleman* class patients (CDCR number and name) during the review period who were **admitted to your PIP from a Security Housing Unit/Restricted Housing Unit-EOP**, identifying those within 21 days of discharge from the facility on any date during the site visit.

8. Provide a report of patients physically discharged from the PIP during the review period. Separate by acute and intermediate levels of care. Include for each patient:

   a. Name;
   b. CDCR number;
   c. Date of admission;
   d. Date of clinical discharge;
   e. Date of physical discharge/transfer;
   f. Date of clinician-to-clinician contact; and,
   g. Specific reasons for delays in physical discharge for each patient, where applicable.

9. Provide a list of all *Coleman* class patients currently (within 24 hours of the start of the site visit) in the PIP, separated by Level of Care, who have been **clinically discharged but remain in a bed in the facility** on the first day of the site visit, including:

   a. CDCR number;
   b. Name;
   c. Clinical Discharge Date
   d. Scheduled Discharge Date;
   e. Discharge Level of Care;
   f. Length of Stay;
   g. Administrative Days; and,
   h. Specific reasons that the patient remained in the bed after clinical discharge for each patient.

VII. **Patient Disciplinary Process**

1. Provide a copy of the institutional Disciplinary Process LOP.

2. Provide a list of all **adjudicated** RVRs issued to PIP patients during the review period, including the patient's name, CDCR number, patient's level of care at the time of RVR, date of violation, RVR date, RVR violation, RVR adjudication date, and results of adjudication. (While on site, the monitor will request from the list provided a complete copy of selected RVRs, including a copy of the MHA.)

3. Provide a report including the patient's name, CDCR number, patient's level of care, date of RVR, and violation for all mental health assessments completed that recommended the behavior be documented in an alternative manner ("yes" response to question number two of the MHA).

4. Complete the spreadsheet below identifying **all PIP** correctional staff receiving the Inmate Disciplinary Process Mental Health Assessment training (BET code 11055507) within the last 12 months, excluding employees on long-term sick leaves. Demonstrate compliance with the policy by identifying the job class, total number, each class (filled), number of staff trained by job class, and the number of staff NOT trained by job class.

| Report of Training - Inmate Disciplinary Process Mental Health Assessment. BET Code 11055507 | | | |
|---|---|---|---|
| Reporting Period | | | |
| Institution | | | |
| Job Class: | Total Number of Staff in Class (Filled) | Number of Staff Trained per Class | Number of Staff NOT Trained per Class |
| Correctional Administrator | | | |
| Captain | | | |
| Lieutenant | | | |
| Sergeant | | | |
| Correctional Officer | | | |

5. Complete the spreadsheet below identifying **all PIP** mental health staff who received the Inmate Disciplinary Process Mental Health Assessment training for the last 12 months, excluding employees on long-term sick leaves. Demonstrate compliance with the policy by identifying the job class, total number, each class (filled), number of staff trained by job class, and number of staff NOT trained by job class.

14

| Report of Training - Inmate Disciplinary Process Mental Health Assessment. | | | |
|---|---|---|---|
| Reporting Period | | | |
| Institution | | | |
| Job Class: | Total Number of Staff in Class (Filled) | Number of Staff Trained per Class | Number of Staff NOT Trained per Class |
| Chief Psychologist/Chief of Mental Health/Chief Psychiatrist | | | |
| Senior Psychologists/Senior Psychiatrists/Senior Social Work Supervisor | | | |
| Psychologists | | | |
| Psychiatrists | | | |
| Other: | | | |

## VIII.  <u>Use of Force</u>

Provide the following:

1. A copy of the institutional LOP regarding Use of Force.

2. A summary of any changes to the facility's use of force policy and procedures since the last review period.

3. Cell extraction logs and reports for the review period.

4. A list of ALL use of force incidents occurring within the PIP during the review period. The list shall include the patient's name, CDCR number, the patient's level of care, date of incident, the physical location of the incident, if the force used was immediate or controlled, and the status of review of the incident.  While on site, the monitor may request a complete copy of closed incidents, including all levels of review.

5. Any Special Incident Reports which were issued for cases of use of force.

6. Upon request, provide any use of force video available.

15

7.  Complete the spreadsheet below identifying **all PIP** correctional staff receiving Use of Force Policy training (using BET training code 11053412) during the last 12 months excluding employees on long-term sick leaves.  Demonstrate compliance with policy by identifying the job class, total number of staff in each class (filled), number of staff trained by job class, and number of staff NOT trained by job class.

| Job Class: | Total Number of Staff in Job Class (Filled) | Number of Staff Trained per Job Class | Number of Staff not trained per Job Class |
|---|---|---|---|
| Warden | | | |
| Chief Deputy Warden | | | |
| Correctional Administrator | | | |
| Captain | | | |
| Lieutenant | | | |
| Sergeant | | | |
| Correctional Officer | | | |

8.  Complete the spreadsheet below identifying **all PIP** required health care staff, those receiving Use of Force Policy training (using clinical training code 11055482) during the last twelve months, excluding employees on long-term sick leaves.  Demonstrate compliance with policy by identifying the job class, the total number of staff in each class (filled), number of staff trained by job class, and number of staff NOT trained by job class.

| Job Class: | Total Number of Staff in Job Class (Filled) | Number of Staff Trained per Job Class | Number of staff not Trained per Job class |
|---|---|---|---|
| Chiefs of Psychology, Mental Health, and Psychology | | | |
| Supervisor Psychologists/Supervisor Psychiatrists/Supervisor Social Workers | | | |
| Psychologists | | | |
| Psychiatrists | | | |
| Psychiatric Nurse Practitioners | | | |
| Social Workers | | | |
| Nurses | | | |
| Other: | | | |

## IX.  <u>Use of Observation Cells, Seclusion, and Restraint</u>

Provide the following:

16

1. Logs and reports concerning use of timeout cells/seclusion rooms during the review period.

2. Restraint logs and reports during the review period.

3. Observation cell logs and reports during the review period.

4. Any Special Incident Reports (SIRs) that were related to the placement of patients in seclusion/restraint during the review period.

5. Names and CDCR numbers of current patients who have been placed in seclusion/restraint during this admission. Include dates of the seclusion/restraint incidents.

6. Results of any audits of seclusion and restraint occurrences during the review period.

## X.   **Emergency Response and the Death Review Process**

Provide the following:

1. Please provide the name and CDCR number of any patient who died during the review period while in a PIP housing unit.

2. Minutes of any risk management committee meetings.

3. Provide a list of unresolved QIPs resulting from suicide autopsy reports since the preceding monitoring review.

## XI.   **Utilization Review and Quality Management**

Provide the following:

1. A narrative overview of any quality management and/or performance improvement activities, special projects, ongoing corrective action, studies, pilots, etc. that took place during the review period.

2. Minutes of meetings of any risk management committee(s) and the Clinical Management Team (CMT) completed during the review period.

3. Electronic Health Record (EHR), utilization management (UM), or other patient reports and findings from audits completed during the review period.

4. All audits and reports generated by any mortality and incident review committee and all morbidity and mortality reviews involving PIP patients completed during the review period.

5. All corrective action plans initiated as a result of audit results, or committee recommendations, completed during the review period.

6. Minutes of meetings of any utilization management committee completed during the review period.

7. Audits and reports by the Patient Improvement Program completed during the review period.

8. Copies of all Prospective Reviews, Concurrent Reviews, Continued Stay Reviews, Retrospective/Quality Management Reviews and Minutes of the Utilization Management Committee (UM Committee) completed during the review period.

9. All reports of the HCPOP/IRU/ADU Management Units regarding housing reviews and movement completed during the review period. This includes:

   a. The report maintained at headquarters;
   b. The report maintained at the institution;
   c. The out-of-LRH (least restrictive housing) report used by the institution; and
   d. The LRH justification report.

## XII.   Unusual Occurrences/Serious Incidents/Near Misses/Sentinel Event

Provide the following:

1. Logs of unusual occurrences, near misses, and sentinel events during the review period.

2. Reports of unusual occurrences, near misses, and sentinel events during the review period.

3. Logs of serious incidents/Special Incident Reports (SIRs) during the review period.

## XIII.   Patient Complaints/Patient Satisfaction

Provide the following:

1. List or log of all patient complaints, summaries of the complaints, and outcomes during the review period. The list or log should include the patient's name, CDCR number, date of the complaint, complaint reason, and date resolved/closed.

2. Summary of all patient satisfaction surveys administered to patients during the review period.

## XIV.   *Coleman* Postings

Provide the following:

1. Any policies and/or procedures regarding posting *Coleman* notices.

2. Any audits, reports, or compliance logs with posting *Coleman* notices according to policies and/or procedures during the review period.

## XV.    <u>Laundry and Supply Issues</u>

Provide the following:

1. A narrative overview of what has been done to address laundry and supply issues since the preceding review and any results thereof.  Include a description of laundry and supplies distribution and any changes during holidays and non-business hours.

2. A copy of the LOP regarding laundry and supplies for PIP patients and any policies and/or procedures regarding the handling of laundry and ordering of supplies since the last monitoring round.

3. Any audits, reports, or logs of compliance with the handling of laundry and supplies policies and/or procedures.

4. Any audits, reports, or logs of compliance with shower policies and/or procedures.

## XVI.    <u>Privileges/Visiting/Yard/Telephone  Access</u>

1. Provide patient visitation, privileges, and telephone access policies and/or procedures (e.g., LOPs).

2. Provide telephone logs for patients in the PIP upon request.

3. Describe any changes to the telephone policy since the last monitoring round.

4. Describe any changes to visitation policies since the last monitoring round.  Indicate if visitation was in-person or virtual during the review period.

5. Identify how records are kept for yard offered to PIP patients, including maximum custody patients; provide any logs related to the same.  Also describe or provide local policies/procedures related to the use of clothed and unclothed body searches.

## XVII.   <u>Law Library Access</u>

1. Provide policies and/or procedures regarding patient access to the law library. Include Max custody patient access to the law library.

2. Provide any logs of PIP patient law library access use during the review period.

**XVIII.  <u>Custody and Mental Health Partnership Plan</u>**

Please provide information on the following:

1. Provide a copy of the institutional LOP for Custody and Mental Health Partnership Plan.

2. Provide documentation on Joint Executive Rounding by Institution Leadership (dates, attendees' names and titles, programs visited, topics identified, and staff response).

3. For Joint Executive Rounding, provide a summary of programs rounded, topics identified and identification of staff who completed the rounds, and any meeting minutes reflecting that the rounding results were discussed/presented.

4. For Joint Executive Rounding, provide monthly Executive Staff meeting agendas that include Joint Executive Rounding topics, programs rounded, and identification of staff that completed rounds.

5. For Joint Executive Rounding, provide documentation of programs rounded, identification of staff that completed rounds, and topics in Quality Management Committee minutes. Please upload specific pages that address Joint Executive Rounding.

6. For Joint Executive Rounding, provide documentation of programs rounded, identification of staff that completed rounds, and topics in Mental Health Subcommittee minutes. Please upload specific pages that address Joint Executive Rounding.

7. Provide access to documentation (dates, attendees' names and discipline/title, topics discussed) of mental health, medical, nursing, and custody huddles that occurred during second and third watch on regular business days during the review period.

    a. Please indicate if your institution is piloting Specialized Bed Complete Care Model Huddles on second watch and, if applicable, provide effective dates and proof of practice.

8. Provide training sign-in sheets and FLSAs for the dates of the quarterly round table training identified in the 2019 CMHPP regarding the completion of quarterly round table training during second and third watch. Include the date and time of training, attendees' names, training class title, and lesson plan. Provide documentation by program unit or housing unit (acute and intermediate as applicable).

9. Provide a list in a spreadsheet of staff (names and title) by program unit or housing unit that did not attend the quarterly round training as scheduled; identify the date/lesson plan missed and plan to make-up the training.

10. Provide documentation of custody and mental health staff attendance at the annual partnership off-post training. The BET training code is 11060827. To demonstrate compliance, provide the total number of custody and mental health staff at the facility by job classification minus staff out on long-term sick and the total number of staff that attended the training by job classification.

11. Provide documentation of any additional collaborative efforts between custody and mental health staff.

12. Please provide a list in a spreadsheet by patient name, CDCR number, housing location, summary of staff misconduct allegation, date complaint filed, and finding or current status of the staff misconduct complaint. Monitors may identify and request a hard copy of specific staff misconduct complaints, excluding staff names, while on site.

13. How many staff were moved to another post as a result of a staff misconduct complaint? Please do not include any staff identifying information.

    a. Where were they moved to?

## XIX.  **Heat Plan**

Please provide the following:

1. Provide a copy of the memorandum issued at the beginning of the heat season.

2. Provide the list of all PIP patients taking heat-sensitive medications during the review period.

3. Provide a copy of the Institutional LOP Heat Plan.

4. Provide any and all documentation, including Daily Activity Reports, reflecting heat plan activation during the review period.

5. Provide any documentation reflecting accommodations provided to PIP patients for canceled yard due to activation of a heat alert during the review period.

6. Provide summarized data reflecting the percentage of staff who attended/did not attend heat alert training, as well as all supporting documentation, including sign-in sheets. The data should be broken down by job classification, with the total number of staff in each classification, excluding those on extended leaves or workers' compensation, and the total number of staff in each class who attended/did not attend the training.

7. Provide documentation identifying all PIP patients who experienced a heat-related illness during the review period; documentation should include the patient's name, patient's MHI and the nature of the heat-related illness.

8. Provide a copy of the monthly heat reports submitted to CDCR headquarters during the review period.

## XX.  **Pre-Release Planning**

Please provide the following:

1. Provide a narrative that describes all pre-release planning activities at the institution.

2. Provide a copy of the LOP for pre-release planning.

3. Provide group schedules showing pre-release activities during the reporting period.

4. Provide the total number, names, and CDCR numbers of PIP patients who had 90 days or fewer until parole during the review period. Indicate which patients paroled directly from the PIP.

5. Provide the total number, names, and CDCR numbers of PIP patients who received pre-release planning targeted toward parole during the review period.

    a. Include specific services provided, whether referral to transitional case management program (TCMP) was made, and whether clinician-to-clinician contact was made.

6. Provide logs/spreadsheets, reports, or other documentation indicating the amount of pre-release programming received by PIP patients scheduled to release during the review period.

7. Provide documentation reflecting communications and other contacts by the pre-release coordinator with PIP patients who received pre-release planning.

8. Provide the number of patients released from the PIP whose CAL-Id documentation was completed by the CCII. For those not completed, please provide the reason.

9. Provide documentation, including spreadsheets, reflecting all contacts by the Transitional Case Management Program (TCMP) with PIP patients (as available), including patient refusal of TCMP services where applicable.

10. Provide a list of patients released to Probation from the PIP, including patient name and CDCR number. Include whether a signed Release of Information was obtained and forwarded to Probation during the review period.

11. Provide a list of patients, including patient name and CDCR number, released from the PIP who were referred by the C&PR to housing programs, such as the STOP Program, during the review period.

12. Provide a list of all *Coleman* class patients (CDCR number and Name) that are within **120 days of their institutional release as of** the first day of the site visit.

13. Provide a list of all *Coleman* class patients (CDCR number and Name) that are within **60 days of their institutional release as of** the first day of the site visit.

# Exhibit C

| From: | Patricia Williams |
|---|---|
| To: | Toche, Diana@CDCR; Dr. Joseph@CDCR"; Amar@CDCR"; Michael W. Bien; Lisa Ells; Weber, Nicholas@CDCR; Melissa Bentz; Elise Thorn; Steven Fama; Owens, Teresa@CDCR; Minter, Daisy@CDCR |
| Cc: | Lopes Matthew; Walsh Kerry F.; Ryan, Jr., Michael F.; McClendon-Hunt, LaTri-c-ea; Gribbin Rachel; Gonzalez, Janissa H.; Irizarry, Cristina; Tavares, Zelia M |
| Subject: | Focused EOP and Heat Plan Tours |
| Date: | Monday, September 23, 2024 8:03:54 AM |
| Attachments: | September Focused EOP Review and Heat Plan Document Request.Sep 2024.pdf |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Dear Colleagues:

The *Coleman* Special Master will conduct an onsite focused review of compliance by the California Department of Corrections and Rehabilitation (CDCR) with the plans, policies, and protocols of the Mental Health Services Delivery System Program Guide (Program Guide) and relevant court orders and policies of the newly activated EOP and implementation of the 2024 Heat Plan at the below-listed institutions. Please make responses to the document request available on or before the dates listed. **Additionally, please provide a list of current EOP patients at the below-listed institutions by September 30, 2024**.

| Institution/Tour Date Due | Review Period | Responses Due | Schedules |
|---|---|---|---|
| CRC – Oct 22-24, 2024 | July 1, 2024–Oct 18, 2024 | Oct 11, 2024 | Oct 18, 2024 |
| PVSP – Oct 29-31, 2024 | July 1, 2024-Oct 25, 2024 | Oct 18, 2024 | Oct 25, 2024 |

Our tours will start at 9:00 a.m. on the first day.

The onsite reviews will focus specifically on the newly activated EOP beds and the implementation of the Heat Plan as outlined in the attached *Focused EOP Review and Heat Plan Document Request*.

As with prior site visits, documents submitted in response to the document request will be provided to the Special Master's office via SharePoint. Please make the responses available on or before the dates provided above and inform Kerry Walsh (kwalsh@pldolaw.com), Patricia Williams (harconwil@gmail.com), Michael Ryan (mryan@pldolaw.com), and Rachel Gribbin (rgribbin@pldolaw.com) when they are available.

Access to the SharePoint site should be provided to Kerry Walsh (kwalsh@pldolaw.com), Michael Ryan (mryan@pldolaw.com), Patricia Williams (harconwil@gmail.com) and Rachel Gribbin (rgribbin@pldolaw.com). Also, as with past site visits, responses to the document request and proof of practice binders should be available onsite in hard copies, which we may retain for our records. Any additional documents not previously uploaded to the SharePoint should be provided onsite in hard copy and electronic format where available for review by the *Coleman* team. We understand that such documents will subsequently be uploaded to the SharePoint.

To maximize on-site efficiency, please upload all programming, group treatment, IDTT, and ICC schedules by the Friday prior to the start of the tour.

***The document request in no way precludes the Coleman Special Master from requesting
additional documents not included in the document requests while on site.***

Finally, as in prior rounds, plaintiffs' counsel may provide a monitoring memorandum for our
tours.

Please contact me if you have questions.

**Focused EOP Review and Heat Plan Document Request**
**September, 2024**

*** Please note: If any requested information is not available or applicable to your program, please include a document with a brief statement clarifying why the information is not provided. This will assist the Special Master in understanding why certain information is not provided.

1.  Provide a brief description of the EOP program(s) at your institution, including:

    a.  the housing location, the security level
    b.  capacity
    c.  monthly patient census since opening the unit – please provide the census on the last day of each month

2.  Provide a narrative of any EOP housing and/or programming with non-EOP patients, including the type and reasons since activation of the EOP.

3.  Provide a list of all EOP patients placed in your program since opening, including patient name, CDCR number, date of arrival at your institution's EOP, sending institution, and assigned PC and Psychiatrist.

4.  Please provide mental health staffing specific to the EOP, including allocation, filled, vacant, long-term leave, and registry staff. Please indicate if staff are assigned onsite or virtually. Additionally, indicate the number of days staff teleworked, where applicable. We do not need staffing information about the entire institution, only the staffing for those assigned to work in the EOP.

5.  Please provide custody staffing/allocations for housing and escort officers in the EOP. Please include filled, vacant, and long-term leave.

6.  Please provide EOP caseloads of all PCs and Psychiatrists. Please indicate whether the staff member is onsite or telepsychiatry/telemental health clinician. If you do not assign EOP caseloads to providers, please explain how patients are assigned/appointments are covered.

7.  Provide the following information by name and CDCR number for all patients in the EOP program during the reporting period: (If the information cannot be provided in a single spreadsheet, please provide as many spreadsheets as needed to supply the requested information. It would be helpful if the data were sorted by CDCR number so the information can be cross-referenced)

    a.  Date of arrival;
    b.  Institution transferred from;
    c.  Dates of initial primary clinician contacts;
    d.  Dates of routine primary clinician contacts;

      e.  Dates of initial psychiatric contacts;

      f.  Dates of routine psychiatric contacts;

      g.  Dates of initial and subsequent IDTTs

      h.  Whether patients were designated EOP-Mod (include date of placement on EOP mod and date of removal where applicable)

      i.  Attendance of required disciplines at the IDTTs.

      j.  Confidential or non-confidential nature of contact

      k.  Location of contact (clinic or cell front)

8. Provide a list and narrative description, where applicable, of structured and unstructured therapeutic activities available to EOP patients, including psycho-educational groups, substance abuse treatment, recreation and occupational therapy, nursing groups, yard time, and dayroom time during the reporting period.

9. Provide a weekly or monthly **schedule** of therapeutic activities available to EOP patients during the reporting period, including individual and group therapy and psycho-educational groups, substance abuse treatment, recreation and occupational therapy, nursing groups, yard time, and dayroom time.

10. **Note: Must be run within 72 hours of visit.** Provide the schedule of EOP patient IDTTs, all groups available to EOP patients, yard time, and dayroom time for the week of our visit. Please include the location of each scheduled activity as well as the number of patients currently assigned to attend each activity.

11. **Note: Must be run within 72 hours of visit.** Provide a list in a spreadsheet of current EOP patients who were offered 10 hours of therapeutic treatment activities that includes work and/or education in the month prior to the site visit.

12. **Note: Must be run within 72 hours of visit**. Provide a list in a spreadsheet of the EOP patients currently (within 72 hours of site visit) assigned fewer than 10 hours of therapeutic activities a week per the recommendation of their treatment team (EOP modified programming) in the month prior to the site visit. Please provide the dates of IDTTs for these patients on EOP Mod status.

13. **Note: Must be run within 72 hours of visit**. Provide a list in a spreadsheet of the EOP patients currently **(within 72 hours of site visit)** refusing more than half of all offered therapeutic activities in the month prior to the site visit, and describe what additional clinical interventions, if any, are extended to these patients.

14. Excluding patients on modified EOP programming, provide the average weekly hours of structured therapeutic activities per patient in the mainline EOP since the opening of the program:

      a.  scheduled

      b.  offered

      c.  attended

      d.  refused

e.  cancelled (include reason for cancellations).

15. Excluding patients on modified EOP programming, provide the average weekly hours of structured therapeutic activities per EOP patient housed in the RHU since the opening of the EOP.  Include:

   a.  scheduled
   b.  offered
   c.  attended
   d.  refused
   e.  cancelled (include reason for cancellations).

16. For patients on modified EOP programming, provide the average weekly hours of structured therapeutic activities per patient in the mainline EOP since the program's opening.  Include:

   a.  scheduled
   b.  offered
   c.  attended
   d.  refused
   e.  cancelled (include reason for cancellations).

17. For patients on modified EOP programming, provide the average weekly hours of structured therapeutic activities per EOP patient housed in the RHU since the opening of the program. Include:

   a.  scheduled
   b.  offered
   c.  attended
   d.  refused
   e.  cancelled (include reason for cancellations).

18. Provide transfer timelines for all EOP patients who were placed in your program since opening and were transferred to a HLOC including MHCB, PIP and DSH.

19. Provide the number and percentage of any EOP patients held in EOP overflow units:

   a.  provide the location of any overflow units,
   b.  the length of time each patient has remained in the overflow unit, and
   c.  a brief description of the treatment received by any patients in overflow units, including if/how treatment and programming opportunities are limited by their current housing.

20. Provide a narrative that identifies the location for EOP patients in need of quarantine or isolation and the mental health services available to these patients during quarantine/isolation.

     a. **Note: Must be run within 72 hours of visit**. Provide a spreadsheet of current EOP patients on quarantine. Please include patient name, CDCR number, reason for quarantine, date of placement, and housing location.

     b. **Note: Must be run within 72 hours of visit**. Provide a spreadsheet of current EOP patients on isolation. Please include patient name, CDCR, reason for isolation, date of placement, and housing location.

21. **Note: Must be run within 72 hours of visit**. Provide a list of all EOP patients currently receiving PC 2602 involuntary medications or clozapine. For PC 2602 patients, include a list of any initial or renewal petitions submitted.

22. Please provide a narrative of any impacts to medication management or MAPIP monitoring that activation of the EOP has had at the institution.

23. Provide a roster of all EOP patients placed in your program since opening whose level of care was changed to 3CMS.

24. Please provide a list of CIT referrals of EOP patients, including patients' names, CDCR numbers, and outcome of the referrals.

25. Please provide a copy of all RHU placement notices, or a description of the rationale for RHU placement, for EOP patients placed in the RHU since activation of the new EOP.

     a. For institutions without EOP RHUs, include a list of EOP patients transferred to EOP RHUs, including date of placement in the RHU, date transferred, and reasons for any transfer delays.

## Heat Plan Review

Please provide the following:

1. Provide a copy of the memorandum issued at the beginning of the heat season.

2. Provide the list of all *Coleman* patients taking heat-sensitive medications since May 1, 2024.

3. Provide a copy of the Institutional LOP Heat Plan.

4. Provide any and all documentation, including Daily Activity Reports, reflecting heat plan activation since May 1, 2024.

5. Provide any documentation reflecting accommodations provided to *Coleman* patients for canceled yard due to activation of a heat alert since May 1, 2024.

6. Provide summarized data reflecting the percentage of staff who attended/did not

attend heat alert training, as well as all supporting documentation, including sign-in sheets. The data should be broken down by job classification, with the total number of staff in each classification, excluding those on extended leaves or workers' compensation, and the total number of staff in each class who attended/did not attend the training.

7. Provide documentation identifying all *Coleman* patients who experienced a heat-related illness since May 1, 2024; documentation should include the patient's name, patient's level of care and the nature of the heat-related illness.

8. Provide a copy of the monthly heat reports submitted to CDCR headquarters since May 1, 2024.

# Exhibit D

| | |
|---|---|
| **From:** | Bentz, Melissa@CDCR |
| **To:** | Patricia.Williams; Walsh Kerry F.; Coleman Team - RBG Only; Steven Fama (sfama@prisonlaw.com) |
| **Cc:** | Paul B. Mello; Sam Wolff (swolff@hansonbridgett.com); Elise Thorn; Damon McClain; Christian Georgely; Weber, Nicholas@CDCR; Thind, Sundeep@CDCR; Worrell, Wendy; Nguyen, Tiffany@CDCR; Gilstrap, Sunny@CDCR; Nguyen, Peter; Owens, Teresa@CDCR |
| **Subject:** | RE: Coleman: SVSP and CMF PIP Document Production |
| **Date:** | Monday, September 16, 2024 4:51:39 PM |

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

All,

Since release of the documents on Friday, CDCR has updated the documents provided in response to the following sections:

- Request III.2- Added a narrative.
- Request IV.26- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request IV.27- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request V.5- Revised the response to the request.
- Request VII.4- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request VII.5- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request VIII.7- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request VIII.8- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request X.3- Revised the response to the request.
- Request XVIII.10- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request XVIII.13- Removed the previous document. This will be provided directly to the Special Master's team upon request and will not be uploaded on SharePoint.
- Request XIX.6- Replaced the previously provided document as individual employee information was inadvertently provided.

In addition, cover sheets providing a synopsis of each document request and what was provided in response were uploaded.

Please delete any prior versions of the documents updated above, especially those that contain information that was shared inadvertently.

There are still a few outstanding items. CDCR will provide notice when those items are uploaded or if any further changes are made to the document production. Please let me know if you have any questions or access issues.

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO
NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE
AUTHOR.

---

**From:** Bentz, Melissa@CDCR
**Sent:** Friday, September 13, 2024 4:12 PM
**To:** Patricia Williams <harconwil@gmail.com>; Kerry.Walsh <kwalsh@pldolaw.com>; Coleman Team
- RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steven Fama (sfama@prisonlaw.com)
<sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com)
<swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain
<Damon.McClain@doj.ca.gov>; Christian Georgely <Christian.Georgely@doj.ca.gov>; Weber,
Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR
<SUNDEEP.THIND@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Nguyen,
Tiffany@CDCR <Tiffany.Nguyen@cdcr.ca.gov>; Gilstrap, Sunny@CDCR
<Sunny.Gilstrap@cdcr.ca.gov>; Nguyen, Peter <Peter.Nguyen2@cdcr.ca.gov>; Owens,
Teresa@CDCR <Teresa.Owens@cdcr.ca.gov>
**Subject:** Coleman: SVSP and CMF PIP Document Production

Good afternoon,

We appreciate your patience. SVSP and CMF's PIP document productions are available for review
at the following links:
-
      Mental Health/Coleman - CMF PIP Review - September 2024 - All Documents
(sharepoint.com)

      Mental Health/Coleman - SVSP PIP Review - September 2024 - All Documents
(sharepoint.com)

There are a few items that CDCR continues to work on, including a synopsis of what was provided
for each request and any available source information or data caveats. We anticipate providing the
remaining items on Monday. CDCR inform the Special Master's team and Plaintiffs as items are
added to the SharePoint.

Also, please note that all on-site document requests will be uploaded to the SharePoint as well.

Please let me know if you have any issues accessing the information.

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team

Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

General Information Regarding Responsive Data

CDCR has created a SharePoint titled "Coleman Document Request Information" to allow easy access to remediated reports and indicators, indicator documentation, and instructions for how CDCR pulled the responsive data. Global limitations for all CDCR/CCHCS data are also available on this page. Please use the following link to access this information: Coleman Monitoring - Home (sharepoint.com)

1. **Cover Sheets**

CDCR has included cover sheets for each document request from the Special Master's team. The cover sheet provides general information regarding the responsive information being provided, including the data source, date it was pulled, date range, location of source documentation, and data caveats, if applicable. Please let us know if there are any questions or clarifications needed.

2. **Remediated Data for Coleman**

CDCR has created a CCHCS Reporting folder specific to indicators and reports used to provide responsive information to the Special Master's data request. The folders are broken down as follows:

1. Key Indicator Remediated;
2. Key Indicator Verified- Pending Remediation;
3. Key Indicator Pending Verification;
4. Key Indicator Unremediated; and
5. Report and Indicators that are not part of Data Remediation.

The referenced folders with links to the indicators and reports are available in the "Remediated Data for Coleman" section in the link above.

3. **Indicator Documentation**

All provisionally approved key indicators that have completed validation have agreed upon documentation. Documentation for key indicators that are remediated or pending remediation and the most recent CQI Guidebook are available on CDCR's Mental Health Reporting Site. Access to the Mental Health Reporting Site is available via the "BRMR Documentation" section in the link above.

The agreed upon documentation for key indicators in programming and verification is not publicly available. However, CDCR can provide the most recent documentation upon request. Please email OLA if documentation for indicators in programming and verification is needed.

There may also be some global limitations that affect certain indicators that are not included in the approved documentation. Global limitations are available in the "Coleman Document Request Information" section of the above link.

4. **Instructions for Pulling Responsive Data**

The instructions used to pull all data reports referenced below (excluding narratives and information provided at an institutional level) are available in the "Coleman Document Request Information" section of the above landing page.

The instructions also include necessary data limitations, caveats, and methodologies as appropriate. Global Limitations are also listed in the above referenced section. The instructions page also provides information regarding which reports are part of the data remediation process, a link to the approved documentation, where the report or indicator is in the data remediation process, and the remediation data, as applicable.

Please contact Teresa.Owens@cdcr.ca.gov if the Special Master's team has any issues accessing the above listed sites.

**REQUEST I - NARRATIVE DESCRIPTION OF THE PROGRAM**

**Special Master Request**:

A narrative description of the PIP's current status, including but not limited to any changes or developments since the preceding monitoring period and any efforts and results of addressing issues identified during the Special Master's preceding monitoring tour. Include any new or revised policies or procedures, any new and/or revised administrative directives (ADs) (with changes red-lined, if possible), any new licensing surveys and plans of correction, and any new Joint Commission reports and requirements of improvement, since the preceding tour/document production. If no actions were taken on previously identified issues, provide reasons why they were not taken. Include any current issues or obstacles to the delivery of care and any plans to address those obstacles.

Please include a description of current COVID-19 quarantine and isolation space for patients.

**CDCR Response**:

CDCR has provided a short narrative response from the institution. Please let us know if there are further questions or clarifications needed.

**REQUEST II - POPULATION/CENSUS DATA**

**Special Master Request**:

Within 72 hours of the start of the site visit, provide the current census **by housing unit and separated by level of care,** including:

1. patient name;
2. CDCR number;
3. date of admission;
4. Housing unit bed capacity;
5. number of beds reserved;
6. number of beds assigned for admission;
7. redlined/off-line beds;
8. number of isolation rooms;
9. number of flex beds; and,
10. number of available beds.

**Please clearly indicate which patients are PC 1370 patients, if any.**

**CDCR Response**:

CDCR does not have a single report that provides all of the requested information. RH22: Census (CQIT) Report has completed the BRMR process in data remediation. CDCR has provided that report in response to items 1and 2 requested above. The other requested information is not part of any key indicator in data remediation. Therefore, CDCR pulled a point-in-time ad hoc report from CRU to provide information responsive to items 3, 4, 6, 7, 9 and 10 above. CDCR does not have a report that can provide the number of isolation rooms and reserved beds.

**Data Responsive to Request II.1 and 2:**

**Source Data**: RH22: Census (CQIT) Report

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: 9/13/2024

**Data Range Provided**: This is a point in time report.

**Status in Data Remediation**:  RH22 completed programming on April 24, 2023 and is currently in verification.

**Data Caveats**: See source documentation.

**Data Responsive to Request II.3, 4, 6, 7, 9, and 10:**

**Source Data**:  Referrals to Inpatient Programs Application (RIPA)

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 13, 2024

**Data Range Provided**: This is a point-in-time report.

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: Please see Global Limitations

**REQUEST III - STAFFING**

<u>**Special Master Request III.1**</u>:

1. Please provide a narrative summarizing the facility's current status with respect to staffing allocation issues and treatment programming, with particular attention to changes since the preceding review.

**CDCR Response**:

CDCR has uploaded the filed monthly staffing reports available for the reporting period. The reports include the allocations for the PIPs. Allocation adjustments occur biannually in January and July. Please let us know if there are further questions or clarifications needed.

<u>**Special Master Request III.2**</u>:

2. If staffing issues were identified in the preceding monitoring report, explain any efforts to address concerns and whether there were improvements.

**CDCR Response**:

CDCR has provided a narrative response to this request.

<u>**Special Master Request III.3**</u>:

3. Staffing Report: Please provide your current (within 1-2 working days of the first day of the site visit) staffing, indicating the number of licensed and unlicensed staff and those in "acting" capacity using the following formats (charts provided in document request).

**CDCR Response**:

The institution has provided information in the requested format. Please note this data is point in time as of July 31, 2024. The staffing information provided for clinical staff is PIP specific; however, the custody staffing is institution wide as allocated staffing post are filled and not left vacant regardless of long-term leave. In situation where the post becomes vacant (sick call, vacation, etc.), the posts are filled utilizing regular working staff, coverage working staff, or overtime staff.

The information provided in response to this request is based on local information and may not match what is filed with the court due to differences in timing and methodology. The monthly staffing reports are remediated and include staffing information for psychiatrists, psychologists, social workers, RTs, and MAs. These remediated reports use an agreed upon methodology that was approved by the Special Master's data expert and are the source of truth for those classifications included.

Please note there are no key indicators either remediated or in the data remediation process that provide information regarding classifications other than those provided in the monthly staffing reports.

**Special Master Request III.4**:

4. Describe the facility's standards/requirements for staff-to-patient ratios by discipline and by unit.

**CDCR Response**:

CDCR Headquarters has provided responsive information. Please note that mental health staff allocations are based on the staff to bed ratios outlined in the court-approved PIP staffing plan. Nursing allocations are similarly based on the number of beds, not patients. Custody staffing is not based on staff to patient ratios. Instead, custody positions are allocated based on "Standardized Staffing" which is based on the physical plant design of the building, security level, perimeter security, incarcerated person programming opportunities, and daily operations. Staffing augmentations are made for specialized missions. CDCR has provided the custody staffing associated with each PIP housing unit. Please let us know if there are further questions or clarifications needed.

**Special Master Request III.5**:

5. Provide a list of all clinicians and their caseloads within (72 hours of the start of the site visit).

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request III.5:**

**Source Data**: Caseload Report

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: September 13, 2024

**Data Range Provided**: This is a point-in-time report.

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**:  This report provides a list of all patients (based on user selected parameters) and their assigned PCs and Psychiatrists. The report should not be used to determine the number of staff or any staffing data. Staff who do not have patients assigned to their caseload will not appear

on the report. Please review the instructions used to pull the requested data for additional caveats and limitations.

**Special Master Request III.6**:

6.  Provide the actual current (within 72 hours of the start of the site visit) treating staff- to-patient ratios for each program unit in the facility (chart provided in document request).

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request III.7**:

7.  If telepsychiatry was used during the reporting period, please provide the following information:
    a.  the number of days and locations that telepsychiatry was used during each month;
    b.  the programs that used telepsychiatry during each month;
    c.  the purposes for which telepsychiatry was used during each month;
    **d.**  the total number of encounters using telepsychiatry during each month; and,
    **e.**  any notice provided to the Special Master if telepsychiatry was used for more than 30 consecutive days and any plan to address the staffing issue.

**CDCR Response**:

CDCR did not utilize telepsychiatry in the PIPs during the review period. Thus, there is no responsive information to provide.

**Special Master Request III.8**:

8.  For any mental health staff that provided treatment via telehealth during the review period or at the time of the site visit, provide the following:
    a)  the program unit and level of care where the services were provided, and
    b)  the percentage of time spent teleworking.

**CDCR Response**:

CDCR did not utilize telemental health in the PIPs during the review period. Thus, there is no responsive information to provide.

**REQUEST IV – TREATMENT, CLINICAL SERVICES, AND PROGRAMMING**

*CDCR Response updated October 7, 2024*

<u>**Special Master Request IV.1**</u>:

1. Provide any policies governing the frequency of clinical contacts for patients at the acute and intermediate levels of care, including, as applicable, any relevant approvals of program flexibility from state licensing agencies.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

<u>**Special Master Request IV.2**</u>:

2. Provide a list of all patients admitted to acute and intermediate levels of care (separated by level of care) during the review period. Include patient name, CDCR number, date of admission, date of initial mental health primary clinician assessment, date of initial psychiatric assessment, date of initial rehabilitation/recreation therapist assessment, date of initial Interdisciplinary Treatment Team (IDTT) meeting, and date of initial Institutional Classification Committee (ICC) meeting.

**CDCR Response**:

CDCR does not have one report that provides all of the requested information. Instead, CDCR has uploaded two reports that provide most of what is requested. Discrepancies between the two reports where there is overlapping data may be due to differing report methodologies or time when the report was run.

CRU ran an ad hoc report from RIPA that includes the patient name, CDCR number, and date of admission. The provided Appointments report includes the date of initial mental health primary clinician assessment, date of initial psychiatric assessment, date of initial rehabilitation/recreation therapist assessment, date of initial Interdisciplinary Treatment Team (IDTT) meeting.

There is no report available for date of initial Institutional Classification Committee (ICC) meeting.

**Data Responsive to Request IV.2:**

    **Source Data**: Referrals to Inpatient Programs Application (RIPA)

    **Source and Documentation Location**: Not applicable

    **Date Pulled**: October 4, 2024

    **Data Range Provided**:  February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator. There are several key indicators that may provide this data in the future as part of a larger report.

**Data Caveats**: RIPA does not provide date of initial mental health primary clinician assessment, date of initial psychiatric assessment, date of initial rehabilitation/recreation therapist assessment or date of initial ICC. Appointments report is included to supplement this request.

**Data Responsive to Request IV.2:**

**Source Data**: Appointments Report

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: August 30, 2024

**Data Range Provided**:  February 1, 2024 – July 31, 2024

**Status in Data Remediation:** The above listed source is not a key indicator. The court has ordered CDCR to create indicators regarding timely psychiatry contacts, PC contacts, and IDTT, but those indicators have not begun the BRMR process. There are no corresponding key indicators regarding initial RT assessments or initial ICCs.

**Data Caveats**: Appointments report is in response to date of initial mental health primary clinician assessment, date of initial psychiatric assessment, date of initial rehabilitation/recreation therapist assessment, date of initial IDTT meeting. Please review the instructions used to pull the requested data for additional caveats and limitations.

**Special Master Request IV.3**:

3.  Provide results/reports of audits of IDTTs regarding meeting Program Guide timelines, required staff attendance, and adequacy of IDTT discussion and action. When local processes are used, please indicate the methodology and include corrective action plans.

**CDCR Response**:

The institution has provided local information where available. CDCR Headquarters has also provide the Appointments Report which contains the IDTT dates for PIP patients during the reporting period.

**Data Responsive to Request IV.3:**

**Source Data**:  Appointments Report

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: September 6, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator. The court has ordered CDCR to create an indicator measuring timely IDTTs in the PIPs. Once that indicator is remediated it will provide information responsive to this request.

**Data Caveats**: Please review the instructions used to pull the requested data for additional caveats and limitations.

## Special Master Request IV.4:

4. Provide a list separated by core (clinician-led) groups and supplemental groups, including a description of all types of structured therapies offered. Examples of supplemental groups include recreation therapy groups, music therapy groups, and educational groups. For the review period, provide a list of groups offered, including:
   a. the number of patients assigned to each group and manner of assignment of patients
   b. any waitlist(s);
   c. the range and average number of patients participating in each group on a weekly basis; and,
   d. the number of groups offered in a language other than English.

**CDCR Response**:

The court ordered CDCR to offer both core and supplemental treatment to PIP patients. The definitions adopted by the court align with the definitions of "core" and "supplemental" treatment used by the Department of State Hospitals (DSH). The following definitions are included in CDCR policy:

> *Core Treatment Hours*—consists of group therapy, individual contacts, and IDTTs. Therapeutic groups focus on meeting treatment expectations and educating patients regarding psychiatric and psychological disorders and/or specific skills for managing those disorders. This may include groups focused on mental health education, symptom management, coping skills, social skills, relaxation, stress management, anger management, substance recovery, life skills, and problem-solving. Nursing Led Therapeutic Groups (NLTG) are also considered core treatment. All core treatment groups must follow a specific lesson plan or group protocol with specific objectives for each session. Individual contacts include both scheduled and unscheduled encounters with a patient, in which one or more treatment team members meets with a patient to provide treatment, address the patient's clinical concerns, or provide patient education. Staff must document all clinical contacts in the electronic healthcare record.

> *Supplemental Treatment Hours*—consists of leisure activities that may increase or promote prosocial activities and positive leisure engagement. These activities do not have a lesson plan or specific objectives for each session. During these groups

(e.g., bingo, movie groups, courtyard activities, exercise groups), staff will provide informal structure.

At this time, CDCR does not have a report that separates groups by the court-approved "core" or "supplemental" designations. However, the institution has provided a list of all groups available as of July 31, 2024, including the group title, day/time the group is held, a description of each group, staff facilitator, number of patients assigned, whether the group is provided in a language other than English, and whether there is a waitlist.

CDCR does not have a report that aggregates the range and average number of patients participating in each group on a weekly basis.

Please let us know if there are further questions or clarifications needed.

**Special Master Request IV.5**:

5.  Provide separate lists of core (clinician-led) and supplemental groups offered to MAX custody patients in intermediate and acute care programs. Indicate whether MAX custody patients have access to treatment groups in all areas where they are housed and, if not, why?

**CDCR Response**:

The court ordered CDCR to offer both core and supplemental treatment to PIP patients. The definitions adopted by the court align with the definitions of "core" and "supplemental" treatment used by DSH. As detailed in response to request IV.4, "core" treatment is not limited to clinician-led groups.

At this time, CDCR does not have a report that separates treatment offered by the court-approved "core" or "supplemental" designations. The spreadsheet provided in response to Request IV.4 includes information regarding whether the group listed is available to Max Custody patients and if not, why not. The top of each spreadsheet notes whether the unit where the groups are provided houses Max Custody patients. If not, the answer the whether the group listed is available to Max Custody patients will be N/A.

Please let us know if there are further questions or clarifications needed.

**Special Master Request IV.6**:

6.  Provide results/reports of audits of group therapy offerings. When local processes are used, please indicate the methodology and include corrective action plans.

**CDCR Response**:

The institution has provided information where available. Please let us know if there are further questions or clarifications needed.

**Special Master Request IV.7**:

   7.  Provide the number of hours of treatment **offered** weekly (raw number per patient and average
       across patients) over the review period for each of the following:
       a)  core (clinician-led) treatment groups;
       b)  recreation therapy groups;
       c)  nursing-led therapy groups; and,
       d)  individual treatment broken down by discipline (psychiatry, primary clinician, RT).
          **For individual treatment contacts, indicate whether they were offered confidential versus
          non-confidential contacts.

**CDCR Response**:

The court ordered CDCR to offer both core and supplemental treatment to PIP patients. The
definitions adopted by the court align with the definitions of "core" and "supplemental" treatment
used by DSH. As detailed in response to request IV.4, "core" treatment is not limited to clinician-
led groups.

At this time, CDCR does not have a report that separates treatment offered by the court-approved
"core" or "supplemental" designations. Instead, CDCR has provided the Weekly Treatment
Hours report, which provides the average number of treatment hours offered per patient per week.
CDCR has also uploaded the Appointments Report, which will provide the details of the
treatment offered, such as whether it was a group or individual treatment. The Appointments
Report will also note whether the treatment was confidential or not.

Please note that two Appointments Report spreadsheets have been uploaded for this request. The
first contains information regarding groups led by mental health staff and individual treatment.
The second contains information regarding nursing-led therapeutic groups. Please let us know if
there are further questions or clarifications needed.

**Data Responsive to Request IV.7:**

**Source Data**: Weekly Treatment Hours

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: August 30, 2024

**Data Range Provided**:  February 1, 2024 – July 31, 2024

**Status in Data Remediation**:  The above listed source is not a key indicator. The stakeholders
have agreed to extend AC5: Treatment Offered to the PIPs, but that indicator has not begun the
BRMR process.

**Data Caveats**: This report uses pre-data remediation methodology regarding what is considered
"structured" treatment. Please review the instructions used to pull the requested data for
additional caveats and limitations.

**Data Responsive to Request IV.7:**

    **Source Data:** Appointments Report

    **Source and Documentation Location:** See "General Information Regarding Responsive Data"

    **Date Pulled: September 4,** 2024

    **Data Range Provided:** February 1, 2024 – July 31, 2024

    **Status in Data Remediation:** The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

    **Data Caveats:** The Appointment Report does not include job, education or ISUDT hours as they are documented in SOMS. The report does include NLTG hours. Please review the instructions used to pull the requested data for additional caveats and limitations.

**Special Master Request IV.8:**

8.   Provide the number of hours of treatment **attended** weekly (raw number per patient and average across patients) over the review period for each of the following:
    a.  clinician-led (core) treatment groups;
    b.  recreation therapy groups;
    c.  nursing-led therapy groups; and,
    d.  individual treatment broken down by discipline (psychiatry, primary clinician, RT).

**CDCR Response:**

The court ordered CDCR to offer both core and supplemental treatment to PIP patients. The definitions adopted by the court align with the definitions of "core" and "supplemental" treatment used by DSH. As detailed in response to request IV.4, "core" treatment is not limited to clinician-led groups.

At this time, CDCR does not have a report that separates treatment attended by the court-approved "core" or "supplemental" designations. Instead, in response to request IV.7, CDCR has provided the Weekly Treatment Hours report, which provides the average number of treatment hours attended per patient per week. Please refer to the report uploaded in response to request IV.7 for this information.

CDCR has also uploaded the Appointments Report, which will provide the details of the treatment offered, such as whether it was a group or individual treatment. The Appointments Report will also note whether the treatment was confidential or not.

Please note that two Appointments Report spreadsheets have been uploaded for this request. The first contains information regarding groups led by mental health staff and individual treatment. The second contains information regarding nursing-led therapeutic groups. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request IV.8:**

  **Source Data**:  Appointments Report

  **Source and Documentation Location**: See "General Information Regarding Responsive Data"

  **Date Pulled**: September 4, 2024

  **Data Range Provided**: February 1, 2024 – July 31, 2024

  **Status in Data Remediation**:  The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

  **Data Caveats**: The Appointment Report does not include job, education or ISUDT hours as they are documented in SOMS. The report does include NLTG hours**.** Please review the instructions used to pull the requested data for additional caveats and limitations.

**<u>Special Master Request IV.9</u>**:

  9. Provide the number and percentage of treatment hours that were attended by individual patients weekly over the review period.

**CDCR Response**:

  Please refer to the Weekly Treatment Hours Report provided in response to request IV.7. The patient level information is available by unhiding all columns and expanding the week number. Please let us know if there are further questions or clarifications needed.

**<u>Special Master Request IV.10</u>**:

  10. Provide the number and percentage of treatment groups that were canceled weekly during the review period and the reason(s) why. Include a list of canceled groups in order from most to least.

**CDCR Response**:

  In response to request IV.7, CDCR has provided the Weekly Treatment Hours report, which provides the average number of treatment hours cancelled per patient per week. Please refer to the report uploaded in response to request IV.7 for this information.

  CDCR has also uploaded the Appointments Report, which will provide the details of the treatment cancelled, including the reason for cancellation.

  Please note that two Appointments Report spreadsheets have been uploaded for this request. The first contains information regarding groups led by mental health staff and individual treatment. The second contains information regarding nursing-led therapeutic groups.

CDCR does not have a report that can provide a list of cancelled groups in order from most to least. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request IV.10:**

**Source Data**: Appointments Report

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: September 10, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: See "General Information Regarding Responsive Data." The Appointment Report does not include job, education or ISUDT hours as they are documented in SOMS. The report does include NLTG hours. Please review the instructions used to pull the requested data for additional caveats and limitations.

**Special Master Request IV.11**:

11. Provide the number and percentage of treatment groups that were refused weekly during the review period. Include a list of refused groups in order from most to least.

**CDCR Response**:

In response to request IV.7, CDCR has provided the Weekly Treatment Hours report, which provides the average number of treatment hours refused per patient per week. Please refer to the report uploaded in response to request IV.7 for this information.

CDCR has also uploaded the Appointments Report, which will provide the details of the treatment refused,.

Please note that two Appointments Report spreadsheets have been uploaded for this request. The first contains information regarding groups led by mental health staff and individual treatment. The second contains information regarding nursing-led therapeutic groups.

CDCR does not have a report that can provide a list of refused groups in order from most to least. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request IV.11:**

**Source Data**: Appointments Report

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: September 10, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: See "General Information Regarding Responsive Data" The Appointment Report does not include job, education or ISUDT hours as they are documented in SOMS. The report does include NLTG hours. Please review the instructions used to pull the requested data for additional caveats and limitations.

## Special Master Request IV.12:

12. Provide the number and percentage of patients with job assignments (more than five hours weekly) during the review period.

**CDCR Response**:

There is no responsive information for this request.

## Special Master Request IV.13:

13. **NOTE: Must be run within 72 hours of visit.** Provide the number and percentage of patients assigned to educational or vocational classes (more than five hours weekly) during the review period.

**CDCR Response**:

There is no responsive information available for this request.

## Special Master Request IV.14:

14. Provide the number and percentage of patients eligible to earn milestone credits and who have earned milestone credits by level of care using the format below (chart provided in document request).

**CDCR Response**:

There is no report available that identifies who is eligible to earn milestone credits. CDCR has provided the remediated RH32: Milestone Credit Report in response to this request. This report shows who has earned milestone credits. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request IV.14:**

**Source Data**: RH32: MHSDS Earned Milestone Credit Report

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: August 30, 2024

**Data Range Provided**:  This is a point in time report

**Status in Data Remediation**: Remediated effective February 15, 2024.

**Data Caveats**: Please review the source documentation for additional caveats and limitations.


**Special Master Request IV.15**:

    15.  Provide reports of IDTTs, canceled, and/or refused and reasons for cancellation or refusal during the review period.

**CDCR Response**:

    CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request IV.15**:

**Source Data**: Appointments Report

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: September 6, 2024

**Data Range Provided**:  February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator. The court has ordered CDCR to create an indicator regarding timely IDTTs, however that indicator has not begun the BRMR process. Further, it is unclear whether that indicator will provide the requested information.

**Data Caveats**: Please review the instructions used to pull the requested data for additional caveats and limitations.


**Special Master Request IV.16**:

    16.  Provide behavior management/consultation data, including all patients referred for positive behavioral support.
        a)   Provide the number of behavioral plans completed since the preceding monitoring round.
        b)   Provide any logs of behavioral plans, including but not limited to the names of patients

who had behavioral plans.

**CDCR Response**:

The institution has provided local information as available. This is not tracked from a Headquarters level.

**Special Master Request IV.17**:

17. **NOTE: Must be run within 72 hours of visit.** Provide a list of all *Coleman* class patients (CDCR # and Name) within 72 hours of the start of the site visit prescribed **non-formulary psychotropic medications**.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request IV.17:**

**Source Data**: Pharmacy Prescription Report

**Source and Documentation Location**: Not applicable.

**Date Pulled**: September 13, 2024

**Data Range Provided**: September 13, 2024

**Status in Data Remediation**:  The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: Please see Global Limitations.

**Special Master Request IV.18**:

18. Provide a list of all *Coleman* class patients (CDCR # and Name) **within 72 hours of the start of the site visit** receiving **involuntary medications (PC2602)** and indicate renewal dates.

**CDCR Response**:

CDCR does not have a report that provides a list of patients receiving involuntary medications. However, CDCR has provided the key indicator report MM12: Involuntary Court Orders Report which will provide a list of patients who have an involuntary medication order. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request IV.18:**

**Source Data**: MM12: Involuntary Medication Court Orders Report

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: September 13, 2024

**Data Range Provided**: This is a point-in-time report.

**Status in Data Remediation**: Pending Remediation.

**Data Caveats**: See source documentation.


**Special Master Request IV.19**:

19. Provide a report or list of all Max custody patients admitted to the PIP during the review period.  Include the patient's name, CDCR number, level of care (MHI), date of arrival at the PIP, custody designation at the time of arrival to the PIP, date of initial ICC, and custody designation after initial ICC.

**CDCR Response**:

CDCR does not have a report that provides the requested historical data. However, CDCR was able to pull a list of all patients admitted during the reporting period and filter that list to those patients who were Max custody as of date the report was run.

**Data Responsive to Request IV.19:**

**Source Data**:  Referrals to Inpatient Programs Application (RIPA)

**Source and Documentation Location**: Not applicable

**Date Pulled:** October 4, 2024

**Data Range Provided**:  February 1, 2024 – July 31, 2024

**Status in Data Remediation**:  The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: Custody designation is the current level, not at the time of arrival to the PIP.


**Special Master Request IV.20**:

20. Provide a report or list of all Max custody patient IDTTs held during the review period, including all staff attending the IDTT (including custody staff).

**CDCR Response**:

CDCR does not have a report that provides the requested information.

**Special Master Request IV.21**:

21. Provide a copy of all IDTT 128-Bs where the IDTT recommended the patient's Max custody designation be reduced.

**CDCR Response**:

CDCR does not have a report that provides the date of IDTTs where it was recommended that the patient's Max Custody designation be reduced. Therefore, we cannot pinpoint and produce the requested documents.

**Special Master Request IV.22**:

22. Provide a copy of all ICCs 128G chronos completed following the recommendation by the patient's IDTT to reduce the patient's Max custody designation, including ICC action where the patient was not removed from Max custody.

**CDCR Response**:

CDCR does not have a report that provides the date of ICCs following a recommendation from the patient's IDTT to reduce the patient's Max custody designation. Therefore, we cannot pinpoint and produce the requested documents.

**Special Master Request IV.23**:

23. Provide a copy of the Division of Adult Institutions (DAI) Mental Health Compliance Team (MHCT) weekly pre-review report of all patients referred to a PIP at the intermediate level of care and the result of this review.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request IV.23:**

**Source Data**: Mental Health Compliance Team (MHCT) weekly pre-review report

**Source and Documentation Location**: Not applicable

**Date Pulled**: Weekly

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator**.** CDCR has been ordered to create several key indicators regarding the parties' court approved TTM stipulation, but those indicators have not begun the BRMR process.

**Data Caveats**: Not applicable

## Special Master Request IV.24:

24. Provide a copy of the DAI MHCT bi-weekly report of Max custody patients housed in the PIP and the result of this review.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

### Data Responsive to Request IV.24:

**Source Data**: MHCT bi-weekly report of Max custody patients housed in the PIP

**Source and Documentation Location**: Not applicable

**Date Pulled**: Every two weeks

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator**.** CDCR has been ordered to create several key indicators regarding the parties' court approved TTM stipulation, but those indicators have not begun the BRMR process.

**Data Caveats**: Not applicable

## Special Master Request IV.25:

25. Provide a report or copy of the results of the bi-weekly Deputy Director videoconference of Max custody PIP patients.

**CDCR Response**:

The information requested is included in the report provided in response to Request IV.24. Please refer to that request. Please let us know if there are further questions or clarifications needed.

## Special Master Request IV.26:

26. Provide a report by job classification of all correctional counselors and ICC chairpersons, who attended the required OJT, BET code 11063222 since March 1, 2022, regarding ICC Max custody reduction.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request IV.26:**

**Source Data**: CCHCS Learning Management System

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 3, 2024

**Data Range Provided**: March 1, 2022 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: The data includes all staff, not only staff assigned to the PIP.


**Special Master Request IV.27**:

27. Provide a report by job classification of all mental health staff who attended the required OJT, BET code 11063222 since March 2021 regarding ICC and IDTT Max custody reduction.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request IV.27:**

**Source Data**: CCHCS Learning Management System

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 3, 2024

**Data Range Provided**: March 1, 2021 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: The data includes all staff, not only staff assigned to the PIP.

**REQUEST V – PATIENT ACCESS TO TREATMENT**
(if you have not implemented STEP at your facility, provide the following for your STAGE or other incentive program)

**Special Master Request V.1**:

1. Provide the local operating procedure (LOP) for the STEP program.  If the LOP has not been implemented, please indicate and provide any local practices.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request V.2**:

2. Provide the list of all patients treated at your facility during the review period by name and CDCR number at each STEP level (including Assessment & Orientation) by unit
   o Include the log in its original format with **no merged or modified cells**.

**CDCR Response**:

CDCR does not have a report that can provide historical information regarding a patient's STEP level. However, CDCR has provided a report that includes all patients treated at the facility during the review period and the patient's STEP level as of the day the report was pulled. Instructions regarding how to filter the report are available on section "Coleman Document Request Information" of the Coleman Monitoring landing page. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request V.2:**

**Source Data**:  PIP STEP Point Tracker

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: September 9, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: The report does not include assessment and/or orientation designations. Please see Global Limitations.

**Special Master Request V.3**:

3. Provide the durations of patients' STEP statuses and the reasons for the durations.
   o Include the average length of time spent at each STEP level during the monitoring period, as well as the range for each unit and each program (e.g., acute, intermediate).

**CDCR Response**:

CDCR does not have a report that can provide historical information regarding a patient's STEP level. However, CDCR has provided a report that includes all patients treated at the facility during the review period and the patient's STEP level as of the day the report was pulled. Instructions regarding how to drill down to patient specific duration information are available on section "Coleman Document Request Information" of the Coleman Monitoring landing page. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request V.3:**

**Source Data**:  PIP STEP Point Tracker

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 9, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: This report is not intended to generate a specific list of patients treated within a defined review period. Users seeking to identify patients treated during a particular timeframe will need to select relevant criteria when filtering to ensure accuracy of the generated patient list.


**Special Master Request V.4**:

4. Provide a list of all patients by STEP level and program unit **within 72 hours of the start of the site visit**. PIP STEP Point Tracker (program, sub program and MHI while in STEP).

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request V.4:**

**Source Data**: PIP STEP Point Tracker

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 13, 2024

**Data Range Provided**: September 13, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**:  Please review the instructions used to pull the requested data for additional caveats and limitations.


**Special Master Request V.5**:

5.  Provide a list of all patients on solo programming **within 72 hours of the start of the site visit**.  Include the housing unit for each patient.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.


**Special Master Request V.6**:

6.  Provide the average length of time per patient spent on solo program status during the review period, as well as the range and reasons for solo program status.

**CDCR Response**:

CDCR does not have a report that provides the requested information.


**Special Master Request V.7**:

7.  Provide a report of any changes or modifications to practices, policies, and procedures with the use of the STEP program.

**CDCR Response**:

The most recent LOP was provided in response to request V.1. Please let us know if there are further questions or clarifications needed.


**Special Master Request V.8**:

8. Provide copies of the monthly Health Care Access report issued during the monitoring period.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request V.8:**

**Source Data**: Statewide Monthly Health Care Access Quality Report

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 12, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: The Monthly Health Care Access Quality Report includes institution-wide information and is not limited to the PIP. Please see Global Limitations.

**REQUEST V – PATIENT ACCESS TO TREATMENT**
(if you have not implemented STEP at your facility, provide the following for your STAGE or other incentive program)

**Special Master Request V.1**:

1. Provide the local operating procedure (LOP) for the STEP program.  If the LOP has not been implemented, please indicate and provide any local practices.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request V.2**:

2. Provide the list of all patients treated at your facility during the review period by name and CDCR number at each STEP level (including Assessment & Orientation) by unit
   o Include the log in its original format with **no merged or modified cells**.

**CDCR Response**:

CDCR does not have a report that can provide historical information regarding a patient's STEP level. However, CDCR has provided a report that includes all patients treated at the facility during the review period and the patient's STEP level as of the day the report was pulled. Instructions regarding how to filter the report are available on section "Coleman Document Request Information" of the Coleman Monitoring landing page. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request V.2:**

**Source Data**:  PIP STEP Point Tracker

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: September 9, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: The report does not include assessment and/or orientation designations. Please see Global Limitations.

**Special Master Request V.3**:

    3. Provide the durations of patients' STEP statuses and the reasons for the durations.
       ○ Include the average length of time spent at each STEP level during the monitoring period, as well as the range for each unit and each program (e.g., acute, intermediate).

**CDCR Response**:

    CDCR does not have a report that can provide historical information regarding a patient's STEP level. However, CDCR has provided a report that includes all patients treated at the facility during the review period and the patient's STEP level as of the day the report was pulled. Instructions regarding how to filter the report are available on section "Coleman Document Request Information" of the Coleman Monitoring landing page. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request V.3:**

    **Source Data**:  PIP STEP Point Tracker

    **Source and Documentation Location**: Not applicable

    **Date Pulled**: September 9, 2024

    **Data Range Provided**: February 1, 2024 – July 31, 2024

    **Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

    **Data Caveats**: This report is not intended to generate a specific list of patients treated within a defined review period. Users seeking to identify patients treated during a particular timeframe will need to select relevant criteria when filtering to ensure accuracy of the generated patient list.

**Special Master Request V.4**:

    4. Provide a list of all patients by STEP level and program unit **within 72 hours of the start of the site visit**. PIP STEP Point Tracker (program, sub program and MHI while in STEP).

**CDCR Response**:

**Data Responsive to Request V.4:**

    **Source Data**: PIP STEP Point Tracker

    **Source and Documentation Location**: Not applicable

    **Date Pulled**: September 13, 2024

    **Data Range Provided**: September 13, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**:  Please review the instructions used to pull the requested data for additional caveats and limitations.

## Special Master Request V.5:

5. Provide a list of all patients on solo programming **within 72 hours of the start of the site visit**.  Include the housing unit for each patient.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

## Special Master Request V.6:

6. Provide the average length of time per patient spent on solo program status during the review period, as well as the range and reasons for solo program status.

**CDCR Response**:

CDCR does not have a report that provides the requested information.

## Special Master Request V.7:

7. Provide a report of any changes or modifications to practices, policies, and procedures with the use of the STEP program.

**CDCR Response**:

The most recent LOP was provided in response to request V.1. Please let us know if there are further questions or clarifications needed.

## Special Master Request V.8:

8. Provide copies of the monthly Health Care Access report issued during the monitoring period.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request V.8:**

**Source Data**: Statewide Monthly Health Care Access Quality Report

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 12, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: The Monthly Health Care Access Quality Report includes institution-wide information and is not limited to the PIP. Please see Global Limitations.

**REQUEST VI – REFERRALS, ADMISSIONS, AND TRANSFERS**

*CDCR Response updated October 7, 2024*

<u>**Special Master Request VI.1**</u>:

1. Provide a list of all *Coleman* class patients referred to **only your** facility during the review period, separated by level of care. Include as applicable:
   a. CDCR number;
   b. Name;
   c. Referral type;
   d. Referring Institution;
   e. IDTT referral date;
   f. Referral received date (IRU);
   g. Referral endorsement date (by HCPOP);
   h. Referral acceptance date (by PIP);
   i. Referral recission date;
   j. Referral rejection date;
   k. Admission date;
   l. Least Restrictive Housing;
   m. Date of initial ICC;
   n. Length of stay; and,
   o. Any notes/comments, including reasons for recission/rejection/delays in referral and transfer timeframes.

**CDCR Response**:

CRU has provided an ad hoc report that contains all of the requested information except (m) the date of the patient's initial ICC and (o) any notes/comments. Information for those two requests is not readily available via a report.

**Data Responsive to Request VI.1:**

**Source Data**:  Referrals to Inpatient Programs Application (RIPA)

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 5, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**:  The above listed source is not a key indicator. There are several key indicators that may provide some of the requested data in the future.

**Data Caveats**: The Least Restrictive Housing (LRH) data provided is based on the patient's LRH at the time of admission. Please note the patient's LRH may have changed throughout the patient's stay.

**Special Master Request VI.2**:

2. Provide a list of all *Coleman* patients currently in the facility separated by Level of Care (MHI) and Program Unit showing:
   a. CDCR number;
   b. Name;
   c. Current bed unit;
   d. Referral type;
   e. Referring institution;
   f. IDTT referral date;
   g. Referral received date (IRU);
   h. Referral endorsement date (by HCPOP);
   i. Referral acceptance date (by PIP);
   j. Admission date;
   k. Least Restrictive Housing;
   l. Date of initial ICC;
   m. Length of stay; and,
   n. Any notes/comments, including reasons for delays in referral and transfer timeframes.

**CDCR Response**:

CRU has provided an ad hoc report that contains all of the requested information except (l) the date of the patient's initial ICC and (n) any notes/comments. Information for those two requests is not readily available via a report.

**Data Responsive to Request VI.2:**

**Source Data**: Referrals to Inpatient Programs Application (RIPA)

**Source and Documentation Location**: Not applicable

**Date Pulled**:  September 5, 2024

**Data Range Provided**: This is a point-in-time report.

**Status in Data Remediation**: The above listed source is not a key indicator. There are several key indicators that may provide some of the requested data in the future.

**Data Caveats**: The Least Restrictive Housing (LRH) data provided is based on the patient's LRH at the time of admission. Please note the patient's LRH may have changed throughout the patient's stay.

**Special Master Request VI.3**:

3. Provide the current (within 72 hours of the start of the site visit) waitlist of CDCR referrals endorsed to your institutional PIP where the PIP did not decide by the first day of the site visit and separate by level of care, including:
    a. CDCR number;
    b. Name;
    c. Referring institution;
    d. IDTT referral date;
    e. IRU referral received date;
    f. Endorsement to PIP date;
    g. Scheduled admission date
    h. Previous level of care;
    i. Least restrictive housing; and,
    **j. Any comments/notes specifically identifying reasons for delays for each patient.**

**CDCR Response**:

CDCR interprets this as a request for patients who have been endorsed to the PIPs but have not yet been accepted. CRU has provided an ad hoc report that contains all of the requested information except (g) the scheduled admission date and (j) any comment or notes regarding the reason for delay. Patients who are pending acceptance do not have a scheduled admission date. And any reason for delay would require a manual review of each patient and is not part of any automated report. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request VI.3:**

**Source Data**: Referrals to Inpatient Programs Application (RIPA)

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 13, 2024

**Data Range Provided**: This is a point-in-time report.

**Status in Data Remediation**: The above listed source is not a key indicator. There are several key indicators that may provide some of the requested data in the future.

**Data Caveats**: Please see Global Limitations.

**Special Master Request VI.4**:

4. Provide the current (within 72 hours of the start of the site visit) waitlist of CDCR referrals accepted at your institutional PIP who have not yet been admitted by the first day of the site visit, reporting by level of care, including:
   a. CDCR number;
   b. Name;
   c. Referring institution;
   d. Previous level of care;
   e. IDTT referral date;
   f. IRU referral received date;
   g. Endorsement to PIP date;
   h. Scheduled admission date;
   i. Least restrictive housing; and,
   j. Any comments/notes specifically identifying reasons for delays.

**CDCR Response**:

CDCR interprets this as a request for patients who have been accepted to the PIPs but have not yet been admitted. CRU has provided an ad hoc report that contains all of the requested information except (h) the scheduled admission date and (j) any comment or notes regarding the reason for delay. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request VI.4:**

**Source Data**: Referrals to Inpatient Programs Application (RIPA)

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 13, 2024

**Data Range Provided**: This is a point-in-time report.

**Status in Data Remediation**:  The above listed source is not a key indicator. There are several key indicators that may provide some of the requested data in the future.

**Data Caveats**: Please see Global Limitations.

**Special Master Request VI.5**:

5. Provide a list of all *Coleman* class patients with CDCR number and name referred to your institutional PIP with complex medical needs during the review period.  Include:
   a. Outcome of referral;
   b. Accepted and admitted dates; and,
   c. Rejection date, and if so, provide reason.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request VI.5:**

**Source Data**: Inpatient Referrals Unit (IRU)

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 12, 2024

**Data Range Provided**: February 1, 2024 to July 31, 2024

**Status in Data Remediation**: This information is currently tracked manually. There are several key indicators that may provide some of the requested data in the future.

**Data Caveats:** The information provided is statewide data.


**Special Master Request VI.6**:

6. **Note: Must be run within 72 hours of visit.** Provide a list of all *Coleman* class patients (CDCR number and name) currently in the PIP who are **currently clinically placed in a higher custody setting than their least restrictive housing (LRH) designation.** Please indicate the dates of the last ICC and IDTT.

**CDCR Response**:

CRU has provided an ad hoc list of class members (including name and CDCR number) in the PIP on the day the list was run who are currently clinically placed in a higher custody setting than their LRH. CDCR does not have a report that can provide the dates of the patient's last ICC and IDTT.

**Data Responsive to Request IV.6:**

**Source Data**: Referrals to Inpatient Programs Application (RIPA)

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 13, 2024

**Data Range Provided**: This is a point-in-time report.

**Status in Data Remediation**: The above listed source is not a key indicator. There are several key indicators that may provide some of the requested data in the future.

**Data Caveats**: Please see Global Limitations.

**Special Master Request VI.7**:

    **7.** Provide a list of all *Coleman* class patients (CDCR number and name) during the review period who were **admitted to your PIP from a Security Housing Unit/Restricted Housing Unit-EOP**, identifying those within 21 days of discharge from the facility on any date during the site visit.

**CDCR Response:**

    CDCR ran an ad hoc report for the requested information and no patients were identified.

**Special Master Request VI.8**:

    **8.** Provide a report of patients physically discharged from the PIP during the review period. Separate by acute and intermediate levels of care. Include for each patient:
      a. Name;
      b. CDCR number;
      c. Date of admission;
      d. Date of clinical discharge;
      e. Date of physical discharge/transfer;
      f. Date of clinician-to-clinician contact; and,
      g. Specific reasons for delays in physical discharge for each patient, where applicable.

**CDCR Response**:

    HQ has provided a report that contains all of the requested information except (f) Date of clinician-to-clinician contact and (g) specific reasons. Information for those two requests is not readily available via a report.

**Data Responsive to Request VI.8:**

    **Source Data**: Referrals to Inpatient Programs Application (RIPA)

    **Source and Documentation Location**: Not applicable

    **Date Pulled**: October 4, 2024

    **Data Range Provided**: February 1, 2024 – July 31, 2024

    **Status in Data Remediation**: The above listed source is not a key indicator. There are several key indicators that may provide some of the requested data in the future.

    **Data Caveats**: Please see Global Limitations.

**Special Master Request VI.9**:

9. Provide a list of all *Coleman* class patients currently (**within 24 hours of the start of the site visit**) in the PIP, separated by Level of Care, who have been **clinically discharged but remain in a bed in the facility** on the first day of the site visit, including:
   a. CDCR number;
   b. Name;
   c. Clinical Discharge Date
   d. Scheduled Discharge Date;
   e. Discharge Level of Care;
   f. Length of Stay;
   g. Administrative Days; and,
   h. Specific reasons that the patient remained in the bed after clinical discharge for each patient.

**CDCR Response**:

CDCR does not have a report that provides all of the requested information. Two reports have been provided. CRU pulled an ad hoc report that contains all of the requested information except (d) Scheduled discharge date, (e) Discharge Level of Care, (g) Administrative Days, and (h) specific reasons. CDCR has also provided RH22: Census (CQIT) Report which includes information regarding each patient's discharge level of care. CDCR does not have a report that can provide the remaining information.

**Data Responsive to Request VI.9:**

**Source Data**: Referrals to Inpatient Programs Application (RIPA)

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 16, 2024

**Data Range Provided**: This is a point-in-time report.

**Status in Data Remediation**:  The above listed source is not a key indicator. There are several key indicators that may provide some of the requested data in the future.

**Data Caveats**: The Least Restrictive Housing (LRH) data provided is based on the patient's LRH at the time of admission. Please note the patient's LRH may have changed throughout the patient's stay.  Please also see Global Limitations.

**Data Responsive to Request VI.9(e):**

**Source Data**: RH22: Census (CQIT) Report

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: September 16, 2024

**Data Range Provided**: This is a point-in-time report.

**Status in Data Remediation**:  RH22 completed programming on April 24, 2023 and is currently in verification.

**Data Caveats**: See source documentation.

**REQUEST VII – PATIENT DISCIPLINARY PROCESS**

<u>**Special Master Request VII.1**</u>:

1.  Provide a copy of the institutional Disciplinary Process LOP.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

<u>**Special Master Request VII.2**</u>:

2.  Provide a list of all **adjudicated** RVRs issued to PIP patients during the review period, including the patient's name, CDCR number, patient's level of care at the time of RVR, date of violation, RVR date, RVR violation, RVR adjudication date, and results of adjudication. (While on site, the monitor will request from the list provided a complete copy of selected RVRs, including a copy of the MHA.)

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request VII.2:**

    **Source Data**: SOMS

    **Source and Documentation Location**: Not applicable

    **Date Pulled**: September 12, 2024

    **Data Range Provided**: February 1, 2024 to July 31, 2024
    **Status in Data Remediation**:  The provided report is not a key indicator. There are several key indicators that may provide some of the requested data in the future.

    **Data Caveats**: Please see Global Limitations.

<u>**Special Master Request VII.3**</u>:

3.  Provide a report including the patient's name, CDCR number, patient's level of care, date of RVR, and violation for all mental health assessments completed that recommended the behavior be documented in an alternative manner ("yes" response to question number two of the MHA).

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request VII.3:**

**Source Data**: **SOMS**
**Source and Documentation Location**: Not applicable.

**Date Pulled**: September 12, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The provided report is not a key indicator. There are several key indicators that may provide some of the requested data in the future.

**Data Caveats**: Please see Global Limitations.


**Special Master Request VII.4**:

4. Complete the spreadsheet below identifying **all PIP** correctional staff receiving the Inmate Disciplinary Process Mental Health Assessment training (BET code 11055507) within the last 12 months, excluding employees on long-term sick leaves. Demonstrate compliance with the policy by identifying the job class, total number, each class (filled), number of staff trained by job class, and the number of staff NOT trained by job class.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please note the requested data was provided for the last full calendar year instead of the last 12 months. CDCR requires staff to complete annual trainings once every calendar year. Therefore, that timeframe will provide the most accurate data regarding CDCR's training compliance. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request VII.4:**

**Source Data**: CCHCS Learning Management System

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 3, 2024

**Data Range Provided**: January 1,2023 – December 31, 2023

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: Annual mandatory training for custody staff BET 11055507; Could not filter for PIP only.


**Special Master Request VII.5**:

5.  Complete the spreadsheet below identifying **all PIP** mental health staff who received the Inmate Disciplinary Process Mental Health Assessment training for the last 12 months, excluding employees on long-term sick leaves. Demonstrate compliance with the policy by identifying the job class, total number, each class (filled), number of staff trained by job class, and number of staff NOT trained by job class.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please note the requested data was provided for the last full calendar year instead of the last 12 months. CDCR requires staff to complete trainings by the end of the calendar year unless another timeline is specified. Therefore, that timeframe will provide the most accurate data regarding CDCR's training compliance. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request VII.5:**

**Source Data**: CCHCS Learning Management System

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 5, 2024

**Data Range Provided**: January 1, 2023 – December 31, 2023

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: This is a one-time training requirement for Mental Health staff BET 11054429; Could not filter for PIP only.

**REQUEST VIII – USE OF FORCE**

**Special Master Request VIII.1**:

1. A copy of the institutional LOP regarding Use of Force.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request VIII.2**:

2. A summary of any changes to the facility's use of force policy and procedures since the last review period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request VIII.3**:

3. Cell extraction logs and reports for the review period.

**CDCR Response**:

The requested is provided information in response to Request VIII.4. Please refer to that response.

**Special Master Request VIII.4**:

4. A list of ALL use of force incidents occurring within the PIP during the review period. The list shall include the patient's name, CDCR number, the patient's level of care, date of incident, the physical location of the incident, if the force used was immediate or controlled, and the status of review of the incident. While on site, the monitor may request a complete copy of closed incidents, including all levels of review.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**REQUEST IX – USE OF OBSERVATION CELLS, SECLUSION, AND RESTRAINT**

**<u>Special Master Request IX.1</u>**:

    1.   Logs and reports concerning use of timeout cells/seclusion rooms during the review period.

**CDCR Response**:

    The institution has provided the requested information. Please note there are several remediated indicators and corresponding onsite audits regarding the use of seclusion. However, data will not be available until the on-site audits are conducted. Please let us know if there are further questions or clarifications needed.

**<u>Special Master Request IX.2</u>**:

    2.   Restraint logs and reports during the review period.

**CDCR Response**:

    The institution has provided the requested information. Please note there are several remediated indicators and corresponding onsite audits regarding the use of restraint. However, data will not be available until the on-site audits are conducted. Please let us know if there are further questions or clarifications needed.

**<u>Special Master Request IX.3</u>**:

    3.   Observation cell logs and reports during the review period.

**CDCR Response**:

    The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**<u>Special Master Request IX.4</u>**:

    4.   Any Special Incident Reports (SIRs) that were related to the placement of patients in seclusion/restraint during the review period.

**CDCR Response**:

    The institution has provided the requested information. As noted above, CDCR no longer uses the

term Special Incident Reports (SIRs). Please let us know if there are further questions or clarifications needed.


**Special Master Request IX.5**:

5.  Names and CDCR numbers of current patients who have been placed in seclusion/restraint during this admission.  Include dates of the seclusion/restraint incidents.

**CDCR Response**:

The institution has provided the requested information. Please note there are several remediated indicators and corresponding onsite audits regarding the use of seclusion and restraint. However, data will not be available until the on-site audits are used. Please let us know if there are further questions or clarifications needed.


**Special Master Request IX.6**:

6.  Results of any audits of seclusion and restraint occurrences during the review period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**REQUEST X – EMERGENCY RESPONSE AND THE DEATH REVIEW PROCESS**

<u>**Special Master Request X.1**</u>:

1. Please provide the name and CDCR number of any patient who died during the review period while in a PIP housing unit.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request X.1:**

    **Source Data**: Mortality Review Unit

    **Source and Documentation Location**: Not applicable

    **Date Pulled**: **September 4,** 2024

    **Data Range Provided**: February 1, 2024 – July 31, 2024

    **Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.
    **Data Caveats**: Please see Global Limitations.

<u>**Special Master Request X.2**</u>:

2. Minutes of any risk management committee meetings.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

<u>**Special Master Request X.3**</u>:

3. Provide a list of unresolved QIPs resulting from suicide autopsy reports since the preceding monitoring review.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**REQUEST XI – UTILIZATION REVIEW AND QUALITY MANAGEMENT**

**Special Master Request XI.1**:

    1.  A narrative overview of any quality management and/or performance improvement activities, special projects, ongoing corrective action, studies, pilots, etc. that took place during the review period.

**CDCR Response**:

    The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XI.2**:

    2.  Minutes of meetings of any risk management committee(s) and the Clinical Management Team (CMT) completed during the review period.

**CDCR Response**:

    The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XI.3**:

    3.  Electronic Health Record (EHR), utilization management (UM), or other patient reports and findings from audits completed during the review period.

**CDCR Response**:

    The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XI.4**:

    4.  All audits and reports generated by any mortality and incident review committee and all morbidity and mortality reviews involving PIP patients completed during the review period.

**CDCR Response**:

Final Mortality Reports are available for specific patients upon request but are not sorted by patient housing. Please let us know if the Special Master's team is seeking the Mortality Report for a specific patient.

**Special Master Request XI.5**:

5. All corrective action plans initiated as a result of audit results, or committee recommendations, completed during the review period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XI.6**:

6. Minutes of meetings of any utilization management committee completed during the review period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XI.7**:

7. Audits and reports by the Patient Improvement Program completed during the review period.

**CDCR Response**:

Please note that the institutions were not familiar with the term "Patient Improvement Program." However, the institution has provided minute for any local performance improvement committees. Please let us know if there are further questions or clarifications needed.

**Special Master Request XI.8**:

8. Copies of all Prospective Reviews, Concurrent Reviews, Continued Stay Reviews, Retrospective/Quality Management Reviews and Minutes of the Utilization Management Committee (UM Committee) completed during the review period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XI.9**:

9.   All reports of the HCPOP/IRU/ADU Management Units regarding housing reviews and movement completed during the review period. This includes:
   a.   The report maintained at headquarters;
   b.   The report maintained at the institution;
   c.   The out-of-LRH (least restrictive housing) report used by the institution;
   d.   The LRH justification report.

**CDCR Response**:

CDCR has provided the requested information for subparts a, b, and c. CDCR does not have a report that provides information regarding LRH justifications.

**Data Responsive to Request XI.9a, b:**

**Source Data**: Program Guide Compliance Report

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 12, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: Please see Global Limitations.

**Data Responsive to Request XI.9c:**

**Source Data**: Referrals to Inpatient Programs Applications (RIPA)

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 10, 2024

**Data Range Provided**: This is a point-in-time report

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**:  Please see Global Limitations.

**REQUEST XII – UNUSUAL OCCURRENCES/SERIOUS INCIDENTS/NEAR MISSES/SENTINEL EVENT**

*CDCR Response updated September 27, 2024*

**Special Master Request**:

1. Logs of unusual occurrences, near misses, and sentinel events during the review period.
2. Reports of unusual occurrences, near misses, and sentinel events during the review period.
3. Logs of serious incidents/Special Incident Reports (SIRs) during the review period.

**CDCR Response**:

CCHCS has provided a report in response to the Special Master's requests. Please contact OLA if there are any questions.

**Data Responsive to Request XII:**

**Source Data**: (underlying source for the report) Data Warehouse – eHCIR

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 16, 2024

**Date Range Provided**: February 1, 2024, through July 31, 2024

**Data Caveats**:
- Incidents included are based on a patient's MHSDS designation at the time of the report and may not represent their designation at the time the incident occurred.
- Severity levels are assigned by the Patient Safety Triage Team based solely on voluntary information provided in the incident report.
- Incidents reported with severity level D were based upon eHCIR reports submitted following review of the patient's death by Headquarters Mortality Review.
- Some severity level D incidents may have been omitted as they occurred in the natural course of a patient's condition or illness and were entered into the electronic Health Care Incident Reporting (eHCIR) system for tracking purposes only.
- Sentinel event determination is made by the Health Care Incident Review Committee.

**REQUEST XIII – PATIENT COMPLAINTS/PATIENT SATISFACTION**

**Special Master Request XIII.1**:

1. List or log of all patient complaints, summaries of the complaints, and outcomes during the review period. The list or log should include the patient's name, CDCR number, date of the complaint, complaint reason, and date resolved/closed.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XIII.2**:

2. Summary of all patient satisfaction surveys administered to patients during the review period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**REQUEST XIV – *COLEMAN POSTINGS***

<u>**Special Master Request XIV.1**</u>:

1. Any policies and/or procedures regarding posting *Coleman* notices.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

<u>**Special Master Request XIV.2**</u>:

2. Any audits, reports, or compliance logs with posting *Coleman* notices according to policies and/or procedures during the review period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**REQUEST XV – LAUNDRY AND SUPPLY ISSUES**

<u>**Special Master Request XV.1**</u>:

1. A narrative overview of what has been done to address laundry and supply issues since the preceding review and any results thereof.  Include a description of laundry and supplies distribution and any changes during holidays and non-business hours.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

<u>**Special Master Request XV.2**</u>:

2. A copy of the LOP regarding laundry and supplies for PIP patients and any policies and/or procedures regarding the handling of laundry and ordering of supplies since the last monitoring round.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

<u>**Special Master Request XV.3**</u>:

3. Any audits, reports, or logs of compliance with the handling of laundry and supplies policies and/or procedures.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request XV.3:**

**Source Data**: NCAT Report

**Source and Documentation Location**:  The NCAT Report's data source is the Non-Clinical Activity Tracking Application. This web-based application provides a location that allows the user to create non-clinical activities and record patient attendance.

**Date Pulled**: September 3, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator. There are remediated indicators and associated audits regarding showers offered. However, data will not be available in the indicators until the on-site audits are conducted.

**Data Caveats**: Please see Global Limitations.


**Special Master Request XV.4**:

4. Any audits, reports, or logs of compliance with shower policies and/or procedures.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request XV.4:**

**Source Data**: NCAT Report

**Source and Documentation Location**: The NCAT Report's data source is the Non-Clinical Activity Tracking Application. This web-based application provides a location that allows the user to create non-clinical activities and record patient attendance.

**Date Pulled**: September 3, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator. There are remediated indicators and associated audits regarding showers offered. However, data will not be available in the indicators until the on-site audits are conducted.

**Data Caveats**: Please see Global Limitations.

**REQUEST XVI – PRIVILEGES/VISITING/YARD/TELEPHONE ACCESS**

<u>**Special Master Request XVI.1**</u>:

1.  Provide patient visitation, privileges, and telephone access policies and/or procedures (e.g., LOPs).

**CDCR Response:**

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

<u>**Special Master Request XVI.2**</u>:

2.  Provide telephone logs for patients in the PIP upon request.

**CDCR Response**:

Please direct any request for telephone logs to the Regional Mental Health Compliance Team Lieutenants on-site.

<u>**Special Master Request XVI.3**</u>:

3.  Describe any changes to the telephone policy since the last monitoring round.

**CDCR Response**:

CDCR has provided the December 1, 2023 regarding the statewide expansion of telephone calls. Please let us know if there are further questions or clarifications needed.

<u>**Special Master Request XVI.4**</u>:

4.  Describe any changes to visitation policies since the last monitoring round. Indicate if visitation was in-person or virtual during the review period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XVI.5**:

5.  Identify how records are kept for yard offered to PIP patients, including maximum custody patients; provide any logs related to the same.  Also describe or provide local policies/procedures related to the use of clothed and unclothed body searches. Local staff to provide policy/procedures.

**CDCR Response**:

CDCR has provided the August 2021 memoranda and policy regarding the use of the Non-Clinical Out-of-Cell Time (NCAT) tracking in the PIPs. CDCR has also provided an NCAT report regarding yard offered during the reporting period. Please note there are other forms of non-clinical out of cell time available to patients.

**Data Responsive to Request XVI.5:**

**Source Data**: NCAT Report

**Source and Documentation Location**:  The NCAT Report's data source is the Non-Clinical Activity Tracking Application. This web-based application provides a location that allows the user to create non-clinical activities and record patient attendance.

**Date Pulled**: September 3, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**:  The above listed source is not a key indicator. There is a **key** indicators and associated audit regarding yard offerings. However, data will not be available in the indicator until any outstanding disputes are resolved and the on-site audit is conducted.

**Data Caveats**:  Please see Global Limitations.

**REQUEST XVII – LAW LIBRARY ACCESS**

<u>**Special Master Request XVII.1**</u>:

1. Provide policies and/or procedures regarding patient access to the law library. Include Max custody patient access to the law library.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

<u>**Special Master Request XVII.2**</u>:

2. Provide any logs of PIP patient law library access use during the review period.

**CDCR Response**:

CDCR has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request XVII.2:**

**Source Data**: NCAT Report

**Source and Documentation Location**: The NCAT Report's data source is the Non-Clinical Activity Tracking Application. This web-based application provides a location that allows the user to create non-clinical activities and record patient attendance.

**Date Pulled**: September 3, 2024

**Data Range Provided**: February 1, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**: Please see Global Limitations.

**REQUEST XVIII – CUSTODY AND MENTAL HEALTH PARTNERSHIP PLAN**

**Special Master Request XVIII.1:**

1. Provide a copy of the institutional LOP for Custody and Mental Health Partnership Plan.

**CDCR Response:**

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XVIII.2:**

2. Provide documentation on Joint Executive Rounding by Institution Leadership (dates, attendees' names and titles, programs visited, topics identified, and staff response).

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please note there are agreed upon key indicators and associated audits available to audit the CMHPP. However, data will not be available in the indicators until the audits are conducted. Please let us know if there are further questions or clarifications needed.

**Special Master Request XVIII.3:**

3. For Joint Executive Rounding, provide a summary of programs rounded, topics identified and identification of staff who completed the rounds, and any meeting minutes reflecting that the rounding results were discussed/presented.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please note there are agreed upon key indicators and associated audits available to audit the CMHPP. However, data will not be available in the indicators until the audits are conducted. Please let us know if there are further questions or clarifications needed.

**Special Master Request XVIII.4:**

4. For Joint Executive Rounding, provide monthly Executive Staff meeting agendas that include Joint Executive Rounding topics, programs rounded, and identification of staff that completed

rounds.

**CDCR Response**:

The institution has provided the requested information. Please note there are agreed upon key indicators and associated audits available to audit the CMHPP. However, data will not be available in the indicators until the audits are conducted. Please let us know if there are further questions or clarifications needed.

**Special Master Request XVIII.5**:

5.  For Joint Executive Rounding, provide documentation of programs rounded, identification of staff that completed rounds, and topics in Quality Management Committee minutes. Please upload specific pages that address Joint Executive Rounding.

**CDCR Response**:

The institution has provided the requested information. Please note there are agreed upon key indicators and associated audits available to audit the CMHPP. However, data will not be available in the indicators until the audits are conducted. Please let us know if there are further questions or clarifications needed.

**Special Master Request XVIII.6**:

6.  For Joint Executive Rounding, provide documentation of programs rounded, identification of staff that completed rounds, and topics in Mental Health Subcommittee minutes. Please upload specific pages that address Joint Executive Rounding.

**CDCR Response**:

The institution has provided the requested information. Please note there are agreed upon key indicators and associated audits available to audit the CMHPP. However, data will not be available in the indicators until the audits are conducted. Please let us know if there are further questions or clarifications needed.

**Special Master Request XVIII.7**:

7.  Provide access to documentation (dates, attendees' names and discipline/title, topics discussed) of mental health, medical, nursing, and custody huddles that occurred during second and third watch on regular business days during the review period.
    a.  Please indicate if your institution is piloting Specialized Bed Complete Care Model Huddles on second watch and, if applicable, provide effective dates and proof of

practice.

**CDCR Response**:

The institution has provided the requested information. Please note there are agreed upon key indicators and associated audits available to audit the CMHPP. However, data will not be available in the indicators until the audits are conducted. Please let us know if there are further questions or clarifications needed.

**Special Master Request XVIII.8**:

8.  Provide training sign-in sheets and FLSAs for the dates of the quarterly round table training identified in the 2019 CMHPP regarding the completion of quarterly round table training during second and third watch. Include the date and time of training, attendees' names, training class title, and lesson plan. Provide documentation by program unit or housing unit (acute and intermediate as applicable).

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please note there are agreed upon key indicators and associated audits available to audit the CMHPP. However, data will not be available in the indicators until the audits are conducted. Please let us know if there are further questions or clarifications needed.

**Special Master Request XVIII.9**:

9.  Provide a list in a spreadsheet of staff (names and title) by program unit or housing unit that did not attend the quarterly round training as scheduled; identify the date/lesson plan missed and plan to make-up the training.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please note there are agreed upon key indicators and associated audits available to audit the CMHPP. However, data will not be available in the indicators until the audits are conducted. Please let us know if there are further questions or clarifications needed.

**Special Master Request XVIII.10**:

10.  Provide documentation of custody and mental health staff attendance at the annual partnership off-post training. The BET training code is 11060827. To demonstrate compliance, provide the total number of custody and mental health staff at the facility by job classification minus staff out on long-term sick and the total number of staff that attended the

training by job classification.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please note there are agreed upon key indicators and associated audits available to audit the CMHPP. However, data will not be available in the indicators until the audits are conducted. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request XVIII.10:**

**Source Data**: CCHCS Learning Management System

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 3, 2024

**Data Range Provided**: January 1, 2023 – December 31, 2023

**Status in Data Remediation**: Please note there are agreed upon key indicators and associated audits available to audit the CMHPP. However, data will not be available in the indicators until the audits are conducted.

**Data Caveats**: Records are not specific to PIP.

**Special Master Request XVIII.11**:

11. Provide documentation of any additional collaborative efforts between custody and mental health staff.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XVIII.12**:

12. Please provide a list in a spreadsheet by patient name, CDCR number, housing location, summary of staff misconduct allegation, date complaint filed, and finding or current status of the staff misconduct complaint. Monitors may identify and request a hard copy of specific staff misconduct complaints, excluding staff names, while on site.

**CDCR Response**:

CDCR will provide this information directly to the Special Master's team. It will not be uploaded to the SharePoint. Please direct any questions regarding the staff misconduct allegations to the Office of Legal Affairs.

**Special Master Request XVIII.13**:

13. How many staff were moved to another post as a result of a staff misconduct complaint? Please do not include any staff identifying information.
    a. Where were they moved to?

**CDCR Response**:

CDCR will provide this information directly to the Special Master's team. It will not be uploaded to the SharePoint. Please direct any questions regarding the staff misconduct allegations to the Office of Legal Affairs.

**REQUEST XIX – HEAT PLAN**

**Special Master Request XIX.1**:

    1.  Provide a copy of the memorandum issued at the beginning of the heat season.

**CDCR Response**:

    CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XIX.2**:

    2.  Provide the list of all PIP patients taking heat-sensitive medications during the review period.

**CDCR Response**:

    CDCR does not have a historical report that provides the requested information. However, CDCR has provided a point-in-time report that includes all PIP patients taking heat-sensitive medications on the day the report was run. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request XIX.2:**

    **Source Data**: Heat Medications Custody Report

    **Source and Documentation Location**: Not applicable.

    **Date Pulled:** September 3, 2024

    **Data Range Provided**: This is a point-in-time report.

    **Status in Data Remediation**:  The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

    **Data Caveats**: Please see Global Limitations.

**Special Master Request XIX.3**:

    3.  Provide a copy of the Institutional LOP Heat Plan.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XIX.4**:

4. Provide any and all documentation, including Daily Activity Reports, reflecting heat plan activation during the review period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XIX.5**:

5. Provide any documentation reflecting accommodations provided to PIP patients for canceled yard due to activation of a heat alert during the review period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XIX.6**:

6. Provide summarized data reflecting the percentage of staff who attended/did not attend heat alert training, as well as all supporting documentation, including sign-in sheets. The data should be broken down by job classification, with the total number of staff in each classification, excluding those on extended leaves or workers' compensation, and the total number of staff in each class who attended/did not attend the training.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request XIX.6:**

**Source Data:** CCHCS Learning Management System

**Source and Documentation Location:** Not applicable

**Date Pulled:** September 4, 2024

**Data Range Provided:** January 1, 2023 – December 31, 2023

**Status in Data Remediation**:  The above listed source is not a key indicator and there is no corresponding key indicator on the court-approved list.

**Data Caveats**:  Records are not specific to PIP.


## Special Master Request XIX.7:

7.  Provide documentation identifying all PIP patients who experienced a heat-related illness during the review period; documentation should include the patient's name, patient's MHI and the nature of the heat-related illness.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.


## Special Master Request XIX.8:

8.  Provide a copy of the monthly heat reports submitted to CDCR headquarters during the review period.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**REQUEST XX – PRE-RELEASE PLANNING**

**Special Master Request XX.1**:

1. Provide a narrative that describes all pre-release planning activities at the institution.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XX.2**:

2. Provide a copy of the LOP for pre-release planning.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XX.3**:

3. Provide group schedules showing pre-release activities during the reporting period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XX.4**:

4. Provide the total number, names, and CDCR numbers of PIP patients who had 90 days or fewer until parole during the review period. Indicate which patients paroled directly from the PIP.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XX.5**:

5. Provide the total number, names, and CDCR numbers of PIP patients who received pre-release planning targeted toward parole during the review period.
   a. Include specific services provided, whether referral to transitional case management program (TCMP) was made, and whether clinician-to-clinician contact was made.

**CDCR Response:**

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed. CDCR Headquarters has also provided the Appointments Report to augment the institution data.

**Data Responsive to Request XX.5:**

**Source Data**: Appointments Report

**Source and Documentation Location**: See "General Information Regarding Responsive Data"

**Date Pulled**: September 3, 2024

**Data Range Provided**: February 2, 2024 – July 31, 2024

**Status in Data Remediation**: The above listed source is not a key indicator. However, there are several key indicators regarding pre-release planning that may provide some of the requested information in the future.

**Data Caveats:** Please review the instructions used to pull the requested data for additional caveats and limitations.

**Special Master Request XX.6**:

6. Provide logs/spreadsheets, reports, or other documentation indicating the amount of pre-release programming received by PIP patients scheduled to release during the review period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed. CDCR Headquarters has also provided the Appointments Report to augment the institution data.

**Data Responsive to Request XX.6:**

    **Source Data**: Appointments Report

    **Source and Documentation Location**: See "General Information Regarding Responsive Data"

    **Date Pulled**: September 6, 2024

    **Data Range Provided**: February 1, 2024 – July 31, 2024

    **Status in Data Remediation**:  The above listed source is not a key indicator. However, there are several key indicators regarding pre-release planning that may provide some of the requested information in the future.

    **Data Caveats**:  Please review the instructions used to pull the requested data for additional caveats and limitations.

**Special Master Request XX.7**:

    7.  Provide documentation reflecting communications and other contacts by the pre-release coordinator with PIP patients who received pre-release planning.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed. CDCR Headquarters has also provided the Appointments Report to augment the institution data.

**Data Responsive to Request XX.7:**

    **Source Data**: Appointments Report

    **Source and Documentation Location**: See "General Information Regarding Responsive Data"

    **Date Pulled**: September 10, 2024

    **Data Range Provided**: February 2, 2024 – July 31, 2024

    **Status in Data Remediation**:  The above listed source is not a key indicator. However, there are several key indicators regarding pre-release planning that may provide some of the requested information in the future.

    **Data Caveats**:  Please review the instructions used to pull the requested data for additional caveats and limitations.

**Special Master Request XX.8**:

8. Provide the number of patients released from the PIP whose CAL-Id documentation was completed by the CCII. For those not completed, please provide the reason.

**CDCR Response**:

CDCR does not have a report that can provide the requested information.

**Special Master Request XX.9**:

9. Provide documentation, including spreadsheets, reflecting all contacts by the Transitional Case Management Program (TCMP) with PIP patients (as available), including patient refusal of TCMP services where applicable.

**CDCR Response**:

There is no report or list available that identifies all contacts by TCMP for only PIP patients. CDCR staff are working on a possible solution and will provide notification should a viable solution be found.

**Special Master Request XX.10**:

10. Provide a list of patients released to Probation from the PIP, including patient name and CDCR number. Include whether a signed Release of Information was obtained and forwarded to Probation during the review period.

**CDCR Response**:

The institution has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Special Master Request XX.11**:

11. Provide a list of patients, including patient name and CDCR number, released from the PIP who were referred by the C&PR to housing programs, such as the STOP Program, during the review period.

**CDCR Response**:

CDCR does not have a report that can provide the requested information.

**Special Master Request XX.12**:

12. Provide a list of all Coleman class patients (CDCR number and Name) that are within 120 days of their institutional release as of the first day of the site visit.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request XX.12:**

**Source Data**: Pre-Release Roster

**Source and Documentation Location**: Not applicable

**Date Pulled**: September 13, 2024

**Data Range Provided**:  This is a point-in-time report.

**Status in Data Remediation**: The above listed source is not a key indicator. However, there are several key indicators regarding pre-release planning that may provide some of the requested information in the future.

**Data Caveats**: Please see Global Limitations.


**Special Master Request XX.13**:

13. Provide a list of all *Coleman* class patients (CDCR number and Name) that are within **60 days of their institutional release as of** the first day of the site visit.

**CDCR Response**:

CDCR Headquarters has provided the requested information. Please let us know if there are further questions or clarifications needed.

**Data Responsive to Request XX.13:**

**Source Data**: Pre-Release Roster

**Source and Documentation Location**: Not applicable

**Date Pulled**: 9/13/2024

**Data Range Provided**:  This is a point-in-time report.

**Status in Data Remediation**: The above listed source is not a key indicator. However, there are several key indicators regarding pre-release planning that may provide some of the requested information in the future.

**Data Caveats**: Please see Global Limitations.

# Exhibit E

**Carrie Look**

| | |
|---|---|
| **From:** | Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov> |
| **Sent:** | Thursday, September 19, 2024 11:22 AM |
| **To:** | Walsh Kerry F.; Patricia.Williams |
| **Cc:** | Weber, Nicholas@CDCR; Elise Thorn |
| **Subject:** | Coleman: PIP Request for Treatment Offered |

Tricia and Kerry,

There have been a lot of questions regarding the data CDCR produced in response to the requests for treatment offered, refused, attended, and cancelled. There have also been requests for different reports from the Special Master teams on-site. It would be very helpful if you could clarify what the Special Master's team would like in response to this request. From what I've heard, Dr. Metzner at CMF believes the Weekly Treatment Hours report we provided was acceptable. However, Dr. Perrien is requesting a different report that is provided by IRU to the PIPs on a monthly basis.

If there is a specific report that the Special Master's team would like that we have not already produced, please let us know. We want to make sure we are providing consistent reports for the tours so the Special Master's team is not relying on different sources for the same information. It would be helpful to get this clarification soon so we can provide the appropriate report with the necessary caveats and methodology descriptions in the upcoming CHCF, SQ, and CIW document productions. Once we have clarification, we can also supplement the SVSP and CMF document productions as needed.

Please let me know if it would be helpful to discuss this or any other document production issues.

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

# Exhibit F

**Carrie Look**

| | |
|---|---|
| **From:** | Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov> |
| **Sent:** | Tuesday, September 17, 2024 1:59 PM |
| **To:** | Patricia.Williams; Toche, Diana@CDCR; Bick, Dr. Joseph@CDCR; Mehta, Amar@CDCR; Michael W. Bien; Lisa Ells; Elise Thorn; Weber, Nicholas@CDCR; Minter, Daisy@CDCR; Steven Fama |
| **Cc:** | Lopes Matthew; Walsh Kerry F.; Ryan, Jr., Michael F.; LaTri-c-ea McClendon-Hunt; Gribbin Rachel; Gonzalez, Janissa H.; Tavares, Zelia M |
| **Subject:** | RE: 31st Monitoring Round Psychiatric Inpatient Program Paper Reviews |

Tricia,

CDCR will begin working on this document production as soon as possible. However, we will not be able to provide the requested information by September 30th. As previously mentioned, CDCR ideally needs at least 30 days to gather the requested information for large tours, such as the PIP, EOP, or CCCMS tours. More time may be necessary if there are multiple tours occurring or if the document request is new or updated.

Assuming the document request is the same as that for SVSP, CMF, and CHCF, CDCR anticipates being able to provide the requested documents by October 11th. We will provide the responsive information sooner if it is ready. Please let us know if you have concerns with this proposed deadline. I'd be happy to discuss any concerns or questions you may have. Also, please let us know if there are overarching concerns with any responsive information provided for CMF and SVSP. That will allow us to revise our responses for CIW and SQ as needed.

Please let me know if you would like to discuss.

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

---

**From:** Patricia Williams <harconwil@gmail.com>
**Sent:** Wednesday, September 11, 2024 8:58 AM
**To:** Toche, Diana@CDCR <Diana.Toche@cdcr.ca.gov>; Bick, Dr. Joseph@CDCR <Joseph.Bick@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Michael W. Bien <MBien@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Minter, Daisy@CDCR <Daisy.Minter@cdcr.ca.gov>; Steven Fama <Sfama@prisonlaw.com>
**Cc:** Lopes Matthew <Mlopes@pldolaw.com>; Walsh Kerry F. <kwalsh@pldolaw.com>; Ryan, Jr., Michael F. <mryan@pldolaw.com>; LaTri-c-ea McClendon-Hunt <latriceamcclendonhunt@gmail.com>; Gribbin Rachel <rgribbin@pldolaw.com>; Gonzalez, Janissa H. <jgonzalez@pldolaw.com>; Tavares, Zelia M <ztavares@pldolaw.com>
**Subject:** 31st Monitoring Round Psychiatric Inpatient Program Paper Reviews

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Colleagues:

The *Coleman* Special Master will conduct his offsite paper review of compliance by the California Department of Corrections and Rehabilitation (CDCR) with the plans, policies, and protocols of the Mental Health Services Delivery System Program Guide (Program Guide) and relevant court orders and policies of the below listed CDCR Psychiatric Inpatient Programs (PIPs) covering the stated review periods. Please make responses to our document request available on or before the dates listed.

| PIP Institution | Review Period | Responses Due |
|---|---|---|
| CIW | February 1, 2024 – July 31, 2024 | **September 30, 2024** |
| SQ | February 1, 2024 – July 31, 2024 | **September 30, 2024** |

The reviews will focus on the areas outlined in the attached Thirty-First Monitoring Round Document Request. **Please submit patient rosters for the review period for both PIPs as well as all patients treated in IFlex beds at California Men's Colony by September 20, 2024, via SharePoint.** The rosters should include the patient name, CDCR number, level of care, and date of admission and discharge.

As with prior site visits, documents submitted in response to the document request will be submitted to the Special Master's office via SharePoint. Please make the responses available on or before the dates provided above and inform Kerry Walsh (kwalsh@pldolaw.com), Michael Ryan (mryan@pldolaw.com), Patricia Williams (harconwil@gmail.com), and Rachel Gribbin (rgribbin@pldolaw.com).

As discussed during our meeting with defense counsel on August 29, 2024, the Special Master reserves the right to conduct a focused on-site review of areas of concern after review of the documentation provided. *Further, the document requests in no way preclude the Coleman Special Master from requesting additional documents not included in the document requests.*

Finally, as in prior rounds, plaintiffs' counsel may provide a monitoring memorandum for our tours.

Please contact me if you have questions.

Best,

Patricia Williams
Deputy Special Master

# Exhibit G

**Carrie Look**

| | |
|---|---|
| **From:** | Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov> |
| **Sent:** | Wednesday, September 18, 2024 5:14 PM |
| **To:** | Walsh Kerry F.; Patricia.Williams; Coleman Team - RBG Only; Steven Fama (sfama@prisonlaw.com) |
| **Cc:** | Paul B. Mello; Sam Wolff (swolff@hansonbridgett.com); Elise Thorn; Damon McClain; Christian Georgely; Weber, Nicholas@CDCR; Thind, Sundeep@CDCR; Worrell, Wendy; Nguyen, Tiffany@CDCR; Gilstrap, Sunny@CDCR; Nguyen, Peter; Owens, Teresa@CDCR |
| **Subject:** | RE: Coleman: SVSP and CMF PIP Document Production |

All,

Today it was discovered that there was a filtering error for the report responsive to request VI.4. The report has been updated and placed on the SharePoint for CMF and SVSP. Please delete the old version of the report and use the new version uploaded today.

Also, as a reminder, you can locate the instructions used to pull many of the reports provided, including the report methodologies and additional caveats at the following link: Coleman Monitoring - Home (sharepoint.com). The information provided via this link may answer questions that come up along the way.

If there are any questions or concerns regarding the data provided by headquarters, please let us know. If there are issues, we would like to understand the concerns and determine if changes should be made for future productions.

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

---

**From:** Bentz, Melissa@CDCR
**Sent:** Tuesday, September 17, 2024 7:55 PM
**To:** Walsh Kerry F. <kwalsh@pldolaw.com>; Patricia.Williams <harconwil@gmail.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steven Fama (sfama@prisonlaw.com) <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Christian Georgely <Christian.Georgely@doj.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR <SUNDEEP.THIND@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Nguyen, Tiffany@CDCR <Tiffany.Nguyen@cdcr.ca.gov>; Gilstrap, Sunny@CDCR <Sunny.Gilstrap@cdcr.ca.gov>; Nguyen, Peter <Peter.Nguyen2@cdcr.ca.gov>; Owens, Teresa@CDCR <Teresa.Owens@cdcr.ca.gov>
**Subject:** RE: Coleman: SVSP and CMF PIP Document Production

All,

Upon review CDCR noticed some the report previously provided in response to request VI.9 included some patients it should not. CDCR has removed the prior report and uploaded a corrected report to the VI.9 folder on the SharePoint for both CMF and SVSP.

Please delete the old version of the report and use the new version uploaded today.

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

---

**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Monday, September 16, 2024 7:47 PM
**To:** Walsh Kerry F. <kwalsh@pldolaw.com>; Patricia.Williams <harconwil@gmail.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steven Fama (sfama@prisonlaw.com) <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Christian Georgely <Christian.Georgely@doj.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Nguyen, Tiffany@CDCR <Tiffany.Nguyen@cdcr.ca.gov>; Gilstrap, Sunny@CDCR <Sunny.Gilstrap@cdcr.ca.gov>; Nguyen, Peter <Peter.Nguyen2@cdcr.ca.gov>; Owens, Teresa@CDCR <Teresa.Owens@cdcr.ca.gov>
**Subject:** Re: Coleman: SVSP and CMF PIP Document Production

The data is available via the links in my initial email. Please let me know if you have any further questions.

Get Outlook for iOS

---

**From:** Walsh Kerry F. <kwalsh@pldolaw.com>
**Sent:** Monday, September 16, 2024 7:41:46 PM
**To:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Patricia.Williams <harconwil@gmail.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steven Fama (sfama@prisonlaw.com) <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Christian Georgely <Christian.Georgely@doj.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Nguyen, Tiffany@CDCR <Tiffany.Nguyen@cdcr.ca.gov>; Gilstrap, Sunny@CDCR <Sunny.Gilstrap@cdcr.ca.gov>; Nguyen, Peter <Peter.Nguyen2@cdcr.ca.gov>; Owens, Teresa@CDCR <Teresa.Owens@cdcr.ca.gov>
**Subject:** RE: Coleman: SVSP and CMF PIP Document Production

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you Melissa – is there a link that you can forward for this data?

**Kerry F. Walsh, Partner**
kwalsh@pldolaw.com
P 401.824.5118 • F 401.824.5123

**Pannone Lopes Devereaux & O'Gara LLC**
Northwoods Office Park  Suite 215 N
1301 Atwood Avenue, Johnston, RI 02919
www.pldolaw.com  •  Legal Disclaimer

---

**From:** Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>
**Sent:** Monday, September 16, 2024 7:51 PM
**To:** harconwil@gmail.com; Walsh Kerry F. <kwalsh@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steven Fama (sfama@prisonlaw.com) <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Christian Georgely <Christian.Georgely@doj.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Nguyen, Tiffany@CDCR <Tiffany.Nguyen@cdcr.ca.gov>; Gilstrap, Sunny@CDCR <Sunny.Gilstrap@cdcr.ca.gov>; Nguyen, Peter <Peter.Nguyen2@cdcr.ca.gov>; Owens, Teresa@CDCR <Teresa.Owens@cdcr.ca.gov>
**Subject:** RE: Coleman: SVSP and CMF PIP Document Production

All,

Since release of the documents on Friday, CDCR has updated the documents provided in response to the following sections:

- Request III.2- Added a narrative.
- Request IV.26- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request IV.27- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request V.5- Revised the response to the request.
- Request VII.4- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request VII.5- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request VIII.7- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request VIII.8- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request X.3- Revised the response to the request.
- Request XVIII.10- Replaced the previously provided document as individual employee information was inadvertently provided.
- Request XVIII.13- Removed the previous document. This will be provided directly to the Special Master's team upon request and will not be uploaded on SharePoint.
- Request XIX.6- Replaced the previously provided document as individual employee information was inadvertently provided.

In addition, cover sheets providing a synopsis of each document request and what was provided in response were uploaded.

Please delete any prior versions of the documents updated above, especially those that contain information that was shared inadvertently.

There are still a few outstanding items. CDCR will provide notice when those items are uploaded or if any further changes are made to the document production. Please let me know if you have any questions or access issues.

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

---

**From:** Bentz, Melissa@CDCR
**Sent:** Friday, September 13, 2024 4:12 PM
**To:** Patricia Williams <harconwil@gmail.com>; Kerry.Walsh <kwalsh@pldolaw.com>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbg.com>; Steven Fama (sfama@prisonlaw.com) <sfama@prisonlaw.com>
**Cc:** Paul B. Mello <Pmello@hansonbridgett.com>; Sam Wolff (swolff@hansonbridgett.com) <swolff@hansonbridgett.com>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>; Christian Georgely <Christian.Georgely@doj.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Thind, Sundeep@CDCR <SUNDEEP.THIND@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>; Nguyen, Tiffany@CDCR <Tiffany.Nguyen@cdcr.ca.gov>; Gilstrap, Sunny@CDCR <Sunny.Gilstrap@cdcr.ca.gov>; Nguyen, Peter <Peter.Nguyen2@cdcr.ca.gov>; Owens, Teresa@CDCR <Teresa.Owens@cdcr.ca.gov>
**Subject:** Coleman: SVSP and CMF PIP Document Production

Good afternoon,

We appreciate your patience. SVSP and CMF's PIP document productions are available for review at the following links:

   Mental Health/Coleman - CMF PIP Review - September 2024 - All Documents (sharepoint.com)

   Mental Health/Coleman - SVSP PIP Review - September 2024 - All Documents (sharepoint.com)

There are a few items that CDCR continues to work on, including a synopsis of what was provided for each request and any available source information or data caveats. We anticipate providing the remaining items on Monday. CDCR inform the Special Master's team and Plaintiffs as items are added to the SharePoint.

Also, please note that all on-site document requests will be uploaded to the SharePoint as well.

Please let me know if you have any issues accessing the information.

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD
COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

This message was sent from outside the company. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

# Exhibit H

**Carrie Look**

| | |
|---|---|
| **From:** | Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov> |
| **Sent:** | Tuesday, September 24, 2024 2:56 PM |
| **To:** | Patricia.Williams; Toche, Diana@CDCR; Bick, Dr. Joseph@CDCR; Mehta, Amar@CDCR; Michael W. Bien; Lisa Ells; Weber, Nicholas@CDCR; Elise Thorn; Steven Fama; Owens, Teresa@CDCR; Minter, Daisy@CDCR |
| **Cc:** | Lopes Matthew; Walsh Kerry F.; Ryan, Jr., Michael F.; McClendon-Hunt, LaTri-c-ea; Gribbin Rachel; Gonzalez, Janissa H.; Irizarry, Cristina; Tavares, Zelia M |
| **Subject:** | RE: Focused EOP and Heat Plan Tours |

Good afternoon, Tricia,

Thank you for your email regarding the upcoming CRC and PVSP tours. CDCR released the CHCF PIP document production today and is working on the CIW and SQ PIP document production request which we anticipate providing by October 11th, as explained in my September 17th email. As previously noted, CDCR ideally needs at least 30 days to gather responses to large document requests, especially when there are multiple tours occurring or if the document request is new or updated.

Given the multiple overlapping document requests, CDCR anticipates being able to provide the requested documents for CRC by October 18th and for PVSP by October 25th. We will provide the documents sooner if possible. Please let us know if you have concerns with this proposed deadline. I'd be happy to discuss any concerns or questions you may have.

Additionally, CDCR noticed that the review period extends to October 18th for CRC and October 25th for PVSP. Many of the requested reports will need to be pulled before the end of the currently stated review period so we can provide the requested documents by October 18th and 25th respectively. Can you please clarify if there is an earlier end date for the requests that require us to compile data over the review period, such as transfer data, treatment offered, and other such requests?

Please let me know if you would like to discuss or if you have any questions.

Respectfully,

*Melissa C. Bentz*
Attorney IV, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: Melissa.Bentz@cdcr.ca.gov
Phone: (916) 628-5385

ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

**From:** Patricia Williams <harconwil@gmail.com>
**Sent:** Monday, September 23, 2024 8:00 AM
**To:** Toche, Diana@CDCR <Diana.Toche@cdcr.ca.gov>; Bick, Dr. Joseph@CDCR <Joseph.Bick@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Michael W. Bien <MBien@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Elise Thorn <elise.thorn@doj.ca.gov>; Steven Fama <Sfama@prisonlaw.com>; Owens, Teresa@CDCR <Teresa.Owens@cdcr.ca.gov>; Minter, Daisy@CDCR <Daisy.Minter@cdcr.ca.gov>
**Cc:** Lopes Matthew <Mlopes@pldolaw.com>; Walsh Kerry F. <kwalsh@pldolaw.com>; Ryan, Jr., Michael F. <mryan@pldolaw.com>; McClendon-Hunt, LaTri-c-ea <lmcclendonhunt@pldolaw.com>; Gribbin Rachel

<rgribbin@pldolaw.com>; Gonzalez, Janissa H. <jgonzalez@pldolaw.com>; Irizarry, Cristina <cirizarry@pldolaw.com>;
Tavares, Zelia M <ztavares@pldolaw.com>
**Subject:** Focused EOP and Heat Plan Tours

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Colleagues:

The *Coleman* Special Master will conduct an onsite focused review of compliance by the California Department of Corrections and Rehabilitation (CDCR) with the plans, policies, and protocols of the Mental Health Services Delivery System Program Guide (Program Guide) and relevant court orders and policies of the newly activated EOP and implementation of the 2024 Heat Plan at the below-listed institutions.  Please make responses to the document request available on or before the dates listed.  **Additionally, please provide a list of current EOP patients at the below-listed institutions by September 30, 2024**.

| Institution/Tour Date | Review Period | Responses Due | Schedules Due |
|---|---|---|---|
| CRC – Oct 22-24, 2024 | July 1, 2024–Oct 18, 2024 | Oct 11, 2024 | Oct 18, 2024 |
| PVSP – Oct 29-31, 2024 | July 1, 2024-Oct 25, 2024 | Oct 18, 2024 | Oct 25, 2024 |

Our tours will start at 9:00 a.m. on the first day.

The onsite reviews will focus specifically on the newly activated EOP beds and the implementation of the Heat Plan as outlined in the attached *Focused EOP Review and Heat Plan Document Request*.

As with prior site visits, documents submitted in response to the document request will be provided to the Special Master's office via SharePoint.  Please make the responses available on or before the dates provided above and inform Kerry Walsh (kwalsh@pldolaw.com), Patricia Williams (harconwil@gmail.com), Michael Ryan (mryan@pldolaw.com), and Rachel Gribbin (rgribbin@pldolaw.com) when they are available.

Access to the SharePoint site should be provided to Kerry Walsh (kwalsh@pldolaw.com), Michael Ryan (mryan@pldolaw.com), Patricia Williams (harconwil@gmail.com) and Rachel Gribbin (rgribbin@pldolaw.com). Also, as with past site visits, responses to the document request and proof of practice binders should be available onsite in hard copies, which we may retain for our records. Any additional documents not previously uploaded to the SharePoint should be provided onsite in hard copy and electronic format where available for review by the *Coleman* team. We understand that such documents will subsequently be uploaded to the SharePoint.

To maximize on-site efficiency, please upload all programming, group treatment, IDTT, and ICC schedules by the Friday prior to the start of the tour.

***The document request in no way precludes the Coleman Special Master from requesting additional documents not included in the document requests while on site.***

Finally, as in prior rounds, plaintiffs' counsel may provide a monitoring memorandum for our tours.

Please contact me if you have questions.