Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Christian M. Georgely, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7317
  Fax: (916) 324-5205
  E-mail: Christian.Georgely@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias-Gonzales, SBN 321994
Mollie Levy, SBN 333744
Samantha M. Bacon, SBN 351561
  425 Market Street, 26th Floor
  San Francisco, CA 94105
  Telephone: (415) 777-3200
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                  Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                  Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**DEFENDANTS' MONTHLY STATUS REPORT ON STATEWIDE MENTAL HEALTH PROGRAM RECRUITMENT** |

By the last day of each month, Defendants are required to file a monthly report identifying the Plan for Expenditure of Staffing Contempt Fines and Order's (the Plan) progress, including the amount of funds spent in the previous month, and the number of job applicants, offers made, and new hire in the previous month at each California Department of Corrections and Rehabilitation (CDCR) institution. (ECF No. 8381 at 16.)

Consistent with the foregoing order, attached is a letter from the California Correctional Health Care Services submitting a report for the number of job applications received, offers

1

Defs.' Monthly Status Report on Plan for Expenditure Staffing Fines (Case No. 2:90-cv-00520 KJM-SCR)

made, and new hires at each CDCR institution and as part of the Telemental Health and Telepsychiatry programs (Exhibit A).

Dated: October 31, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General


*/s/ Christian M. Georgely*
CHRISTIAN M. GEORGELY
Deputy Attorney General
*Attorneys for Defendants*


HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' Monthly Status Report on Plan for Expenditure Staffing Fines (Case No. 2:90-cv-00520 KJM-SCR)

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



October 31, 2024

Damon McClain, Esq.
Christian M. Georgely, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: CDCR REPORTING ON IMPLEMENTATION OF PLAN FOR EXPENDITURE OF STAFFING FINES

Dear Mr. McClain and Mr. Georgely:

On August 29, 2024, the court adopted the parties' plan for the expenditure of the staffing fines. (ECF No. 8381.) As part of that plan, Defendants are "obligated to provide a reporting on the plan's progress to the Court and the parties, including, at a minimum, the amount of funds spent in the previous month, and the number of job applicants, offers made, and new hires in the previous month at each institution." (*Id*. at 16.) The report attached as Exhibit A includes the number of job applications received, offers made, and new hires at each institution and as part of the Telemental Health and Telepsychiatry programs. The report only includes information for civil service positions, not registry providers. Please note that the numbers in each column capture the total events for the month and are independent from each other. For example, hires made in September 2024 could be from an offer that was made in July.

The court has separately ordered Defendants to work with the Special Master to develop "agreed-upon monthly reporting of the balance and activity in the Mental Health Staffing Special Deposit Fund to be filed with the court and provided to Plaintiffs and the Special Master within ten days after the end of each month." (ECF No. 8388 at 6.) Given this separate reporting requirement, the attached report does not include information regarding the amount of funds spent in the previous month.

Sincerely,

/s/ *Jasinda Muhammad*
JASINDA MUHAMMAD
Deputy Director, Human Resources
California Correctional Health Care Services

# Exhibit A

## Division of Health Care Services
## Statewide Mental Health Program
## Recruitment Measures Psychiatry - September 2024

| Sites | Chief PsyT | | | Senior PsyT | | | Staff PsyT | | |
|---|---|---|---|---|---|---|---|---|---|
| | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires |
| ASP | - | - | - | - | - | - | - | - | - |
| CAL | - | - | - | - | - | - | - | - | - |
| CCI | - | - | - | - | - | - | - | - | - |
| CCWF | - | - | - | - | - | - | - | - | - |
| CEN | - | - | - | - | - | - | - | - | - |
| CHCF | - | - | - | - | - | - | - | - | - |
| CIM | - | - | - | - | - | - | - | - | - |
| CIW | - | - | - | - | - | - | - | - | - |
| CMC | - | - | - | - | - | - | - | - | - |
| CMF | - | - | - | - | - | - | - | - | - |
| COR | - | - | - | - | - | - | - | - | - |
| CRC | - | - | - | - | - | - | - | - | - |
| CTF | - | - | - | - | - | - | - | - | - |
| CVSP | - | - | - | - | - | - | - | - | - |
| FSP | - | - | - | - | - | - | - | - | - |
| HDSP | - | - | - | - | - | - | - | - | - |
| ISP | - | - | - | - | - | - | - | - | - |
| KVSP | - | - | - | - | - | - | - | - | - |
| LAC | - | - | - | - | - | - | - | - | - |
| MCSP | - | - | - | - | - | - | 4.00 | - | - |
| NKSP | - | - | - | - | - | - | - | - | - |
| PBSP | - | - | - | - | - | - | - | - | - |
| PVSP | - | - | - | - | - | - | - | - | - |
| RJD | - | - | - | - | - | - | 1.00 | - | - |
| SAC | - | - | - | - | - | - | - | - | - |
| SATF | - | - | - | - | - | - | - | - | - |
| SCC | - | - | - | - | - | - | - | - | - |
| SOL | - | - | - | - | - | - | - | - | - |
| SQ | - | - | - | - | - | - | - | - | - |
| SVSP | - | - | - | - | - | - | - | - | - |
| VSP | - | - | - | - | - | - | - | - | - |
| WSP | - | - | - | - | - | - | - | - | - |
| Telepsych | - | - | - | - | - | - | 9.00 | - | 3.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 | 0.00 | 3.00 |

Footnote: Includes civil services hires only, no registry, hires includes those not new to State.

## Division of Health Care Services
## Statewide Mental Health Program
### Recruitment Measures Psychology - September 2024

| Sites | Chief Psyl | | | Senior Psyl (Sup) | | | Senior Psyl (Spec) | | | Clinical Psyl | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires |
| ASP | - | - | - | - | - | - | - | - | - | - | - | - |
| CAL | - | - | - | - | - | - | - | - | - | 4.00 | - | - |
| CCI | 6.00 | - | - | - | - | - | - | - | - | - | - | - |
| CCWF | - | - | - | - | - | - | - | - | - | - | - | - |
| CEN | - | - | - | - | - | - | - | - | - | - | - | - |
| CHCF | - | - | - | - | - | - | - | - | - | 7.00 | - | - |
| CIM | - | - | - | - | - | - | - | 1.00 | - | 18.00 | - | - |
| CIW | - | - | - | - | - | - | - | - | - | 14.00 | - | - |
| CMC | - | - | - | - | - | - | - | - | - | 2.00 | 1.00 | - |
| CMF | - | - | - | - | - | - | - | - | - | - | - | - |
| COR | - | - | - | - | - | - | - | - | - | 4.00 | - | - |
| CRC | - | - | - | - | - | - | - | - | - | - | - | - |
| CTF | - | - | - | - | - | - | - | - | - | 2.00 | - | - |
| CVSP | - | - | - | - | - | - | - | - | - | - | - | - |
| FSP | - | - | - | - | - | - | - | 1.00 | - | - | - | - |
| HDSP | - | - | - | - | - | - | - | - | - | - | - | - |
| ISP | - | - | - | - | - | - | - | - | - | - | - | - |
| KVSP | - | - | - | - | - | - | - | - | - | 2.00 | - | - |
| LAC | - | - | - | - | - | - | - | - | - | 3.00 | 1.00 | - |
| MCSP | - | - | - | 1.00 | - | - | 3.00 | 1.00 | - | - | - | - |
| NKSP | - | - | - | - | - | - | - | - | - | - | - | - |
| PBSP | - | - | - | - | 1.00 | 1.00 | - | - | - | - | - | 1.00 |
| PVSP | - | - | - | - | - | - | - | - | - | 1.00 | 1.00 | - |
| RJD | - | - | - | - | - | - | - | - | - | - | - | - |
| SAC | 6.00 | - | - | - | - | - | - | - | - | 8.00 | - | - |
| SATF | - | - | - | - | - | - | - | - | - | 14.00 | 1.00 | - |
| SCC | - | - | - | - | - | - | - | - | - | - | - | - |
| SOL | - | - | - | - | - | - | - | - | - | - | - | - |
| SQ | - | - | - | 2.00 | - | - | 2.00 | - | - | 7.00 | - | - |
| SVSP | - | - | - | - | - | - | 2.00 | - | - | - | - | - |
| VSP | - | - | - | - | - | - | - | - | - | - | - | - |
| WSP | - | - | - | - | - | - | - | - | - | - | - | - |
| TeleMH | - | - | - | - | - | - | - | - | - | 35.00 | 12.00 | 6.00 |
| TOTAL | 12.00 | 0.00 | 0.00 | 3.00 | 1.00 | 1.00 | 7.00 | 3.00 | 0.00 | 121.00 | 16.00 | 7.00 |

Footnote: Includes civil services hires only, no registry, hires includes those not new to State.

## Division of Health Care Services
## Statewide Mental Health Program
### Recruitment Measures Clinical Social Worker - September 2024

| Sites | Sup SW II | | | Sup SW I | | | CSW | | |
|---|---|---|---|---|---|---|---|---|---|
| | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires |
| ASP | - | - | - | - | - | - | 6.00 | - | - |
| CAL | - | - | - | - | - | - | - | - | - |
| CCI | - | - | - | - | - | - | - | - | - |
| CCWF | - | - | - | - | - | - | - | - | 1.00 |
| CEN | - | - | - | - | - | - | - | - | - |
| CHCF | - | - | - | - | - | - | - | - | - |
| CIM | - | - | - | - | - | - | - | - | - |
| CIW | - | - | - | - | - | - | - | - | - |
| CMC | - | - | - | - | - | - | - | - | - |
| CMF | - | - | - | - | - | - | 1.00 | - | - |
| COR | - | - | - | - | - | - | - | - | - |
| CRC | - | - | - | - | - | - | - | - | - |
| CTF | - | - | - | - | - | - | - | - | 2.00 |
| CVSP | - | - | - | - | - | - | - | - | - |
| FSP | - | - | - | - | - | - | - | - | - |
| HDSP | - | - | - | - | - | - | - | - | - |
| ISP | - | - | - | - | - | - | 3.00 | - | - |
| KVSP | - | - | - | - | - | - | 1.00 | 1.00 | - |
| LAC | - | - | - | - | - | - | 1.00 | 1.00 | - |
| MCSP | - | - | - | - | - | - | - | - | - |
| NKSP | - | - | - | - | - | - | 1.00 | 1.00 | - |
| PBSP | - | - | - | - | - | - | - | - | - |
| PVSP | - | - | - | - | - | - | - | - | - |
| RJD | - | - | - | - | - | - | - | - | - |
| SAC | - | - | - | 1.00 | - | - | - | - | - |
| SATF | - | - | - | - | - | - | - | - | - |
| SCC | - | - | - | - | - | - | - | - | - |
| SOL | - | - | - | - | - | - | - | - | - |
| SQ | - | - | - | - | - | - | 12.00 | - | - |
| SVSP | - | - | - | - | - | - | 4.00 | - | - |
| VSP | - | - | - | - | - | - | - | - | - |
| WSP | - | - | - | - | - | - | - | - | - |
| TeleMH | - | - | - | - | - | - | 92.00 | 15.00 | 6.00 |
| **TOTAL** | **0.00** | **0.00** | **0.00** | **1.00** | **0.00** | **0.00** | **121.00** | **18.00** | **9.00** |

Footnote: Includes civil services hires only, no registry, hires includes those not new to State.

## Division of Health Care Services
## Statewide Mental Health Program
## Recruitment Measures Recreation Therapist- September 2024

| Sites | Job Applications Received | Job Offers Made | New Hires |
|---|---|---|---|
| ASP | - | - | - |
| CAL | - | - | - |
| CCI | - | - | - |
| CCWF | - | - | - |
| CEN | - | - | - |
| CHCF | - | - | - |
| CIM | - | - | - |
| CIW | - | - | - |
| CMC | 2.00 | - | 1.00 |
| CMF | - | - | - |
| COR | - | - | - |
| CRC | - | - | - |
| CTF | - | - | - |
| CVSP | - | - | - |
| FSP | - | - | - |
| HDSP | - | - | - |
| ISP | - | - | - |
| KVSP | - | - | - |
| LAC | - | - | - |
| MCSP | - | - | - |
| NKSP | 2.00 | - | - |
| PBSP | 2.00 | - | - |
| PVSP | - | - | 1.00 |
| RJD | - | - | - |
| SAC | 2.00 | - | - |
| SATF | - | - | - |
| SCC | - | - | - |
| SOL | - | - | - |
| SQ | 1.00 | - | - |
| SVSP | 1.00 | - | - |
| VSP | - | - | - |
| WSP | - | - | - |
| TOTAL | 10.00 | 0.00 | 2.00 |

Footnote: Includes civil services hires only, no registry, hires includes those not new to State.

## Division of Health Care Services
## Statewide Mental Health Program
## Recruitment Measures Medical Assistant - September 2024

| Sites | Job Applications Received | Job Offers Made | New Hires |
|---|---|---|---|
| ASP | - | - | - |
| CAL | - | - | - |
| CCI | - | - | - |
| CCWF | 12.00 | - | - |
| CEN | - | - | - |
| CHCF | - | - | - |
| CIM | - | - | - |
| CIW | - | - | - |
| CMC | - | - | - |
| CMF | - | - | - |
| COR | 8.00 | - | - |
| CRC | - | - | - |
| CTF | - | - | - |
| CVSP | - | - | - |
| FSP | - | - | - |
| HDSP | 2.00 | - | - |
| ISP | - | - | - |
| KVSP | - | - | - |
| LAC | - | - | - |
| MCSP | - | 1.00 | - |
| NKSP | - | - | - |
| PBSP | 1.00 | - | - |
| PVSP | 1.00 | - | - |
| RJD | 3.00 | - | - |
| SAC | - | - | - |
| SATF | 2.00 | - | - |
| SCC | - | - | - |
| SOL | - | - | - |
| SQ | - | - | - |
| SVSP | - | - | - |
| VSP | - | - | - |
| WSP | - | - | - |
| TOTAL | 29.00 | 1.00 | 0.00 |

Footnote: Includes civil services hires only, no registry, hires includes those not new to State.

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Newsom, et al.,**      No.   **2:90-cv-00520 KJM-SCR**

I hereby certify that on October 24, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' MONTHLY STATUS REPORT ON STATEWIDE MENTAL HEALTH PROGRAM RECRUITMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 24, 2024, at Sacramento, California.

|  |  |
|---|---|
| Y. Pacheco | /s/ Y. Pacheco |
| Declarant | Signature |

CF1997CS0003
38502205.docx