ROB BONTA, SBN 202668
Attorney General of California
MONICA N. ANDERSON, SBN 182970
DAMON MCCLAIN, SBN 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, SBN 145931
NAMRATA KOTWANI, SBN 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
SAMANTHA M. BACON, SBN 351561
  1676 N. CALIFORNIA BLVD., SUITE 620
  WALNUT CREEK, CALIFORNIA 94596
  TELEPHONE: 925-746-8460
  FACSIMILE: 925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br> Defendants. | Case No. 2:90-CV-00520- KJM-DB <br><br> **NOTICE OF FILING DECLARATIONS IN RESPONSE TO THE COURT'S OCTOBER 1, 2024 MINUTE ORDER [ECF No. 8414]** <br><br> Judge:  Hon. Kimberly J. Mueller |

TO THE COURT AND ALL PARTIES OF RECORD: Defendants hereby file the Declarations of Steven Cahill, Alex Serrano, and Azure Wilson in response to the Court's October 1, 2024 Minute Order, ECF No. 8414, regarding Defendants' compliance during intake screenings at the California Institution for Men, California Institution for Women, and Salinas Valley State Prison.

Dated:  October 31, 2024

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

 *s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

Dated:  October 31, 2024

HANSON BRIDGETT LLP

 *s/ David C. Casarrubias-González*
PAUL MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS-GONZÁLEZ
*Attorneys for Defendants*