ROB BONTA, SBN 202668
Attorney General of California
MONICA N. ANDERSON, SBN 182970
DAMON MCCLAIN, SBN 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, SBN 145931
NAMRATA KOTWANI, SBN 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
SAMANTHA M. BACON, SBN 351561
 1676 N. CALIFORNIA BLVD., SUITE 620
 WALNUT CREEK, CALIFORNIA 94596
 TELEPHONE: 925-746-8460
 FACSIMILE: 925-746-8490
Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>GAVIN NEWSOM, et al.<br><br>            Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF STEVEN CAHILL IN RESPONSE TO THE COURT'S OCTOBER 1, 2024 MINUTE ORDER**<br>**[ECF No. 8414]**<br><br>Judge:   Hon. Kimberly J. Mueller |

I, Steven Cahill, declare as follows:

1. I am the Director of Nursing and Supervising Registered Nurse ("SRN") III at the California Department of Corrections and Rehabilitation's ("CDCR") Salinas Valley State Prison ("SVSP"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in response to the Court's October 1, 2024 Minute Order regarding Defendants' compliance with the nursing intake screening process on nurse and officer safety at SVSP.

3. As the Director of Nursing at SVSP, I am familiar with SVSP's intake screening procedures. I am responsible for ensuring that staff adhere to local policies, including maintaining confidentiality during the intake screening process, even for individuals in maximum custody.

4. SVSP intake screening is conducted in confidential settings for patients at all levels of care and custody levels, as explained below.

5. Audits are conducted by local SVSP nursing staff. In the PIP, staff use TTMs for max custody patients to ensure confidentiality and safety. Custody staff remain outside the closed door.

6. In outpatient settings, R&R screens of max custody patients are conducted by having the patient cuffed in the confidential screening room. The door is closed and custody staff is stationed outside.

7. I have confirmed with my staff who conduct intake screenings that these procedures are currently and correctly followed at SVSP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of October, 2024 at Soledad, California.

_____/s/_____
STEVEN CAHILL