ROB BONTA, SBN 202668
Attorney General of California
MONICA N. ANDERSON, SBN 182970
DAMON MCCLAIN, SBN 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, SBN 145931
NAMRATA KOTWANI, SBN 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
SAMANTHA M. BACON, SBN 351561
 1676 N. CALIFORNIA BLVD., SUITE 620
 WALNUT CREEK, CALIFORNIA 94596
 TELEPHONE: 925-746-8460
 FACSIMILE: 925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.<br><br>  Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF ALEX SERRANO IN RESPONSE TO THE COURT'S OCTOBER 1, 2024 MINUTE ORDER [ECF No. 8414]**<br><br>Judge:   Hon. Kimberly J. Mueller |

I, Alex Serrano, declare as follows:

1. I am the Chief Nurse Executive ("CNE") at the California Department of Corrections and Rehabilitation's ("CDCR") California Institution for Men ("CIM"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in response to the Court's October 1, 2024 Minute Order regarding Defendants' compliance with the intake screening process on nurse and officer safety at CIM.

3.   As the CNE at CIM, I am familiar with CIM's intake screening policy and procedures. I am responsible for ensuring that staff adhere to local policies, including maintaining confidentiality during the intake screening process, even for individuals in maximum custody.

4.   Intake screenings are done in a medical clinic. This process is regularly audited by CIM nursing staff and reported out during their local mental health subcommittee. For patients on maximum custody, CIM policy requires the patient to be handcuffed while officers remain outside the closed door of the screening room.

5.   Upon receipt of the court order, I spoke to staff conducting the screenings and discovered inconsistent adherence to policy for patients on maximum custody status. To remedy this, I spoke to our Associate Warden over Healthcare Access to ensure that staff adhere to statewide and local policies. I will continue to monitor staff involved in intake screenings to ensure compliance with these policies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of October, 2024 at Chino, California.

*s/ Alex Serrano*
ALEX SERRANO