ROB BONTA, SBN 202668
Attorney General of California
MONICA N. ANDERSON, SBN 182970
DAMON MCCLAIN, SBN 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, SBN 145931
NAMRATA KOTWANI, SBN 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
SAMANTHA M. BACON, SBN 351561
  1676 N. CALIFORNIA BLVD., SUITE 620
  WALNUT CREEK, CALIFORNIA 94596
  TELEPHONE: 925-746-8460
  FACSIMILE: 925-746-8490
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520- KJM-DB |
| Plaintiffs, | **DECLARATION OF AZURE WILSON IN RESPONSE TO THE COURT'S OCTOBER 1, 2024 MINUTE ORDER [ECF No. 8414]** |
| v. | |
| GAVIN NEWSOM, et al. | |
| Defendants. | Judge:    Hon. Kimberly J. Mueller |

I, Azure Wilson, declare as follows:

1.    I am the Chief Nurse Executive ("CNE") at the California Department of Corrections and Rehabilitation's ("CDCR") California Institution for Women ("CIW"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.    I submit this declaration in response to the Court's October 1, 2024 Minute Order regarding Defendants' compliance with the intake screening process on nurse and officer safety at CIW.

Docusign Envelope ID: C1083759-5AE8-4BDB-B7A2-55E228E5CB94

3.     As the CNE at CIW, I am familiar with CIW's intake screening procedures. I am responsible for ensuring that staff adhere to local policies, including maintaining confidentiality during the intake screening process, even for individuals in maximum custody.

4.     CIW intake screenings are conducted in confidential settings for patients at all levels of care and in all custody settings.

5.     In the outpatient setting for R&R intake screening, custody staff wait outside the closed door (which has window for visual observation) while the clinician completes the intake screening with the patient.

6.     In the PIP, the door also remains closed with custody outside during screenings for max custody patients.

7.     Max custody patients are cuffed while in the screening room in both settings.

8.     I have confirmed with my staff who conduct intake screenings that these procedures are currently and correctly followed at CIW.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of October, 2024 at ___Corona_____, California.

DocuSigned by:

*Azure Wilson*

AZURE WILSON

DECLARATION OF AZURE WILSON IN RESPONSE TO ECF No. 8414

21218509.3