IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO SEAL FILED DOCUMENT |

On October 24, 2024, Defendants filed an *ex parte* request to seal the Second Golding Report that that was filed on October 9, 2024, at ECF No. 8425.  ECF No. 8440.

Good cause appearing, Defendants' request to seal the filed document is granted, and the clerk is directed to seal the document filed at ECF No. 8425.  This order resolves ECF No. 8440.

IT IS SO ORDERED.

DATED:  November 4, 2024

_____
UNITED STATES DISTRICT JUDGE