ROB A. BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTIAN GEORGELY, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZALEZ, SBN 321994
SAMANTHA M. BACON, SBN 351561
  425 Market Street, 26th Floor
  San Francisco, CA 94105
  Telephone (415) 777-3200
  Fax: (925) 746-8490
  E-mail: SWolff@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                     Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                     Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**STIPULATION AND ORDER TO MODIFY ORDERS RELATED TO STAFFING FINES**<br><br>Judge: The Hon. Kimberly J. Mueller |

Defendants are required to file, by the last filing day of each month, a monthly staff vacancy report that identifies the staffing contempt fines accumulated for the preceding month. (ECF Nos. 5786, 5886, 7742, and 8116.) Defendants have also been ordered to deposit the monthly staffing contempt fines due for the preceding month into the Special Deposit Fund within ten days of filing the staff vacancy reports and to file the certifications regarding data in the monthly staffing reports within ten days of filing the staff vacancy reports, but Defendants are required to file a monthly report on the monies deposited into the Special Deposit Fund within ten days of the last calendar day of each month. (ECF Nos. 8291, 8299, 8328, 8329, and 8388.)

[4584236.1]

1

Stip. Request and Order to Modify Orders Related to Staffing Fines (2:90-cv-00520 KJM-DB (PC))

Because the trigger date for the deadlines regarding the deposit of the fines and the certifications may vary depending on the month, the filing deadlines for all three tasks will not always be the same. To simplify the calendaring of these court-ordered tasks, Defendants seek an order that modifies the June 27 order, ECF No. 8299 (as modified by the July 12 order, ECF No. 8329), requiring the deposit of the funds and the filing of the certifications regarding data in the monthly staffing reports, and the September 6 order, ECF No. 8388, confirming the due date for deposit of funds and requiring the filing of the report on the monies deposited into the Special Deposit Fund, so that all three tasks are due on the tenth day of the month.

Accordingly, the parties jointly request that the Court enter an order that modifies the deadlines in the June 27 (as modified by the July 12 order) and September 6 orders as follows:

1. Defendants shall by the tenth of each month deposit the monthly staffing contempt fines due for the preceding month into the Special Deposit Fund;

2. Defendants shall by the tenth of each month file a report on the monies deposited the preceding month into the Special Deposit Fund; and

3. Defendants shall by the tenth of each month file the certifications regarding data in the monthly staffing reports.

The Special Master takes no position on the parties' stipulation.

**IT IS SO STIPULATED**.

/ / /

/ / /

[4584236.1]

2

Stip. Request and Order to Modify Orders Related to Staffing Fines (2:90-cv-00520 KJM-DB (PC))

| | | |
|---|---|---|
| 1 | Dated: October 31, 2024 | ROB A. BONTA |
| 2 | | ATTORNEY GENERAL OF CALIFORNIA |
| | | DAMON MCCLAIN |
| 3 | | SUPERVISING DEPUTY ATTORNEY GENERAL |

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

Dated: October 31, 2024         HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: October 31, 2024         ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Jenny Yelin.*
JARED MILLER
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: November 4, 2024

_____
UNITED STATES DISTRICT JUDGE

[4584236.1]   3

Stip. Request and Order to Modify Orders Related to Staffing Fines (2:90-cv-00520 KJM-DB (PC))