UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | No. 2:90-cv-0520 KJM SCR P <br><br> ORDER |

On March 1, 2024, as the court directed, the Special Master filed his Report on his Expert Lindsay M. Hayes' Sixth Re-Audit Report of Suicide Prevention Practices in the Prisons of the California Department of Corrections and Rehabilitation [CDCR] and Re-Audit of Suicide Prevention Practices in the Psychiatric Inpatient Programs [PIPs], ECF No. 8143, together with Mr. Hayes' Sixth Re-Audit Report (hereafter Sixth Re-Audit Report) and Re-Audit Report (hereafter PIP Re-Audit Report), "directly and without circulation of a draft report to the parties," Feb. 26, 2024 Minute Order, ECF No. 8137. ECF Nos. 8143, 8143-1. On September 30, 2024, the court resolved defendants' objections to Mr. Hayes' Sixth Re-Audit Report by bench order at a hearing in open court. Sept. 30, 2024 Minutes, ECF No. 8414. For the reasons explained below, the court declines to resolve defendants' objections to the PIP Re-Audit Report. The Special Master's Report on the PIP Re-Audit Report, ECF No. 8143 at 14-16, the PIP Re-Audit Report, ECF No. 8143-1 at 70-85, 89-91, defendants' objections to that Report, ECF No. 8179 at

1

1    103-113, and plaintiffs' response to those objections, ECF No. 8282 at 66-78, are RECEIVED
2    and will remain on the docket.
3           On October 24, 2022, the Special Master filed Mr. Hayes' report on his Baseline Audit of
4    Suicide Prevention Practices in the CDCR PIPS (hereafter "Baseline Report").  ECF No. 7636-1.
5    Neither party filed objections to the Baseline Report or the recommendations in that report, and
6    the court adopted the Baseline Report in full and granted the Special Master's request for an order
7    regarding the recommendation in that report.  Jan. 6, 2023 Order at 3, 21-22, ECF No. 7696.
8    Specifically, the court ordered defendants to "implement the sixteen recommendations for
9    development of corrective action plans in CDCR's PIPS" set out in the Special Master's Report
10   and the Baseline Report, and directed the parties to file within thirty days "a proposed joint
11   schedule for compliance" with that order.  *Id*. at 22.
12          The parties timely filed the joint proposed schedule.  ECF No. 7714.  The court adopted
13   the schedule in full, directing defendants to "meet all deadlines in the schedule" and signaling that
14   "no extensions of the deadlines will be granted except on a showing of extraordinary cause."
15   Mar. 7, 2023 Order at 2, ECF No. 7754.  Under that schedule, defendants were to complete all
16   measures no later than December 31, 2023, with the exception of three implementation steps for
17   construction of retrofitted suicide-resistant cells at Salinas Valley State Prison (SVSP).  ECF No.
18   7714 at 5-7.  Mr. Hayes' PIP Re-Audit Report covers the period from January 9, 2023 through
19   May 25, 2023.  ECF No. 8143-1 at 1.
20          It is now nearly one year past the deadline the parties agreed to and the court approved.
21   At this juncture, judicial economy is best served by an updated Re-Audit Report by Mr. Hayes to
22   assess whether defendants have now completed the required PIP measures.
23          Accordingly, good cause appearing, IT IS  HEREBY ORDERED that:
24       1. The Special Master's Report on the PIP Re-Audit Report, ECF No. 8143 at 14-16, the
25          PIP Re-Audit Report, ECF No. 8143-1 at 70-85, 89-91, defendants' objections to that
26          Report, ECF No. 8179 at 103-113, and plaintiffs' response to those objections, ECF
27          No. 8282 at 66-78, are RECEIVED and will remain on the docket.  If warranted,
28

defendants may revive objections by reference in response to the updated Re-Audit Report required by this order.

2. On or before June 30, 2025, the Special Master's expert shall re-audit the CDCR PIPs and file a report on the status of defendants' implementation of the sixteen corrective action plans required by the court's January 6, 2023 order, ECF No. 7696, and the court's March 7, 2023 order, ECF No. 7754.

DATED: November 13, 2024.

_____
SENIOR UNITED STATES DISTRICT JUDGE