**FILED**

NOV 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>        Plaintiffs - Appellees,<br><br>   v.<br><br>GAVIN NEWSOM; et al.,<br><br>        Defendants - Appellants. | No. 24-4023<br><br>D.C. No.<br>2:90-cv-00520-KJM-DB<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

The motion to stay the district court's June 25, 2024 and June 27, 2024 orders (Docket Entry No. 19) is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT