| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | ERNEST GALVAN – 196065 |
| MARGOT MENDELSON – 268583 | LISA ELLS – 243657 |
| PRISON LAW OFFICE | JENNY S. YELIN – 273601 |
| 1917 Fifth Street | THOMAS NOLAN – 169692 |
| Berkeley, California 94710-1916 | MICHAEL S. NUNEZ – 280535 |
| Telephone: (510) 280-2621 | MARC J. SHINN-KRANTZ – 312968 |
| | ALEXANDER GOURSE – 321631 |
| CLAUDIA CENTER – 158255 | ADRIENNE PON HARROLD – 326640 |
| DISABILITY RIGHTS EDUCATION | BENJAMIN W. HOLSTON – 341439 |
| AND DEFENSE FUND, INC. | MAYA E. CAMPBELL – 345180 |
| Ed Roberts Campus | LUMA KHABBAZ – 351492 |
| 3075 Adeline Street, Suite 210 | JARED MILLER – 353641 |
| Berkeley, California 94703-2578 | ROSEN BIEN |
| Telephone: (510) 644-2555 | GALVAN & GRUNFELD LLP |
| | 101 Mission Street, Sixth Floor |
| | San Francisco, California 94105-1738 |
| | Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90−CV−00520−KJM−SCR |
| Plaintiffs, | **PLAINTIFFS' REQUEST TO APPEAR REMOTELY FOR NOV. 21, 2024 SPECIAL STATUS CONFERENCE** |
| v. | |
| GAVIN NEWSOM, et al., | Judge: Hon. Kimberly J. Mueller |
| Defendants. | |

[4608354.1]

1  Plaintiffs hereby respectfully request that the Court allow Plaintiffs' counsel to
2  appear telephonically or by other remote means at the November 21, 2024 Special Status
3  Conference (ECF Nos. 8449, 8465).  The Court's original October 31, 2024 minute order
4  setting the Special Status Conference noted that ". . .plaintiffs may appear but are not
5  required to do so."  ECF No. 8449.  Plaintiffs intend to appear and participate in the
6  conference, but request that they be permitted to do so via telephone or other remote
7  means.  Plaintiffs emailed the Court's courtroom deputy on November 18 and November
8  19 seeking permission to so appear.  They have not received a response.

9  Due to urgent deadlines and other pressing matters in this case and others, including
10 pretrial deadlines for an upcoming trial in the Northern District of California, as well as a
11 pre-planned medical appointment, it would be a hardship for Plaintiffs' counsel to travel
12 from the Bay Area to Sacramento for the status conference.  Moreover, the weather is
13 currently expected to be extreme in Northern California tomorrow, including a predicted
14 "bomb cyclone" and atmospheric river, which will make driving treacherous.

15 Plaintiffs' counsel has conferred with Defendants' counsel and they do not oppose
16 Plaintiffs' request.

DATED:  November 21, 2024        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Jenny S. Yelin
    Jenny S. Yelin

Attorneys for Plaintiffs

[4608354.1]

2

PLAINTIFFS' REQUEST TO APPEAR REMOTELY FOR NOV. 21, 2024 SPECIAL STATUS CONFERENCE