1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   MONICA N. ANDERSON, State Bar No. 182970
    Senior Assistant Attorney General
3   DAMON MCCLAIN, State Bar No. 209508
    Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
    NAMRATA KOTWANI, State Bar No. 308741
5   CHRISTIAN M. GEORGELY, State Bar No. 322952
    Deputy Attorneys General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 210-7318
8   Fax: (916) 324-5205
    E-mail: Elise.Thorn@doj.ca.gov
9   *Attorneys for Defendants*

    HANSON BRIDGETT LLP
    LAWRENCE M. CIRELLI, SBN 114710
    PAUL B. MELLO, SBN 179755
    SAMANTHA D. WOLFF, SBN 240280
    KAYLEN KADOTANI, SBN 294114
    DAVID C. CASARRUBIAS-GONZÁLEZ,
    SBN 321994
    MOLLIE LEVY, SBN 333744
    SAMANTHA BACON, SBN 351561
    425 Market Street, 26th Floor
     San Francisco, California 94105
     Telephone: 415-777-3200
     E-mail: PMello@hansonbridgett.com
     *Attorneys for Defendants*

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12                      SACRAMENTO DIVISION

13

14  **RALPH COLEMAN, et al.,**

15                                    Plaintiffs,

16

17          v.

18  **GAVIN NEWSOM, et al.,**

19                                    Defendants.

Case No. 2:90-CV-00520- KJM-SCR

**JOINT NOTICE OF NEGOTIATIONS REGARDING TELEPSYCHIATRY AND TELEMENTAL HEALTH**

Judge:            Hon. Kimberly J. Mueller
Magistrate Judge:   Hon. Sean C. Riordan

20

21      The Court has referred the disputes concerning the California Department of Corrections

22  and Rehabilitation's (CDCR) telemental health and telepsychiatry policies to Magistrate Judge

23  Riordan for findings and recommendations. (ECF Nos. 8398, 8409.)

24      In recognition of the positive impact telemental health has had on CDCR's staffing fill rates

25  and the changes in technology and clinical practice that have occurred in recent years, and to

26  avoid continued litigation of the disputed provisions of the telepsychiatry and telemental health

27  policies, the parties have initiated negotiations to resolve some or all of the outstanding disputes

28  that are now before Magistrate Judge Riordan. If the parties reach an agreement on all or some of

1   the disputed issues, they will submit any proposed settlement to the Special Master for his

2   consideration and input.

3        The parties plan to complete their ongoing negotiations and submit any proposed settlement

4   to the Special Master within thirty days of this filing.  If the parties are able to reach a final

5   agreement through this process, they will submit it to the Court for approval.  If the Court has

6   questions or concerns regarding the negotiations, the parties are amenable to filing a status report

7   or attending a status conference at the Court's convenience.

8   Dated:  November 21, 2024                    Respectfully submitted,

9                                               ROB BONTA
                                                Attorney General of California
10                                              DAMON G. MCCLAIN
                                                Supervising Deputy Attorney General
11
                                                /s/ Damon G. McClain
12
                                                DAMON G. MCCLAIN
13                                              Supervising Deputy Attorney General
                                                *Attorneys for Defendants*
14

15  Dated:  November 21, 2024                    *HANSON BRIDGETT LLP*

16                                              /s/ Paul B. Mello

17                                              PAUL B. MELLO
                                                SAMANTHA D. WOLFF
18                                              DAVID C. CASARRUBIAS-GONZALEZ
                                                *Attorneys for Defendants*
19

20  Dated:  November 21, 2024                    *ROSEN BIEN GALVAN & GRUNFELD LLP*

21                                              /s/ Ernest Galvan

22                                              ERNEST GALVAN
                                                *Attorneys for Plaintiffs*
23

24  CF1997CS0003

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Newsom, et al.,**        No.    **2:90-cv-00520 KJM-SCR**

I hereby certify that on November 21, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT NOTICE OF NEGOTIATIONS REGARDING TELEPSYCHIATRY AND TELEMENTAL HEALTH**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 21, 2024, at San Francisco, California.

| G. Guardado | */s/ G. Guardado* |
|:---:|:---:|
| Declarant | Signature |

CF1997CS0003
44411930.docx