CAED 435
(Rev. 10/2023)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

*PLEASE* Read Instruction Page *(attached):*

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

| 1.YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
| --- | --- | --- | --- |

| 5. MAILING ADDRESS 1300 I Street, Suite 125, P.O. Box 944255 | 6. CITY | 7. STATE | 8. ZIP CODE |
| --- | --- | --- | --- |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| | | 11. FROM | 12. TO |
| 13. CASE NAME | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY | 15. STATE |

**16. ORDER FOR**

| ☞ APPEAL No. | CRIMINAL | CRIMINAL JUSTICE ACT | BANKRUPTCY |
| --- | --- | --- | --- |
| NON-APPEAL | ☞ CIVIL | ☞ IN FORMA PAUPERIS | ☞ OTHER *(Specify)* |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
| --- | --- | --- | --- | --- | --- |
| ENTIRE TRIAL | | | OTHER (Specify Below) | | |
| JURY SELECTION | | | Informal Status Conference | | |
| OPENING STATEMENTS | | | | | |
| CLOSING ARGUMENTS | | | | | |
| JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

**18. ORDER**     (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| 30-Day | | | NO. OF COPIES | | |
| 14-Day | | | NO. OF COPIES | | |
| 7-Day | | | NO. OF COPIES | | |
| 3-Day | | | NO. OF COPIES | | |
| Next Day | | | NO. OF COPIES | | |
| 2- HOUR | | | NO. OF COPIES | | |
| REALTIME | | | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE | PROCESSED BY |
| --- | --- |
| 20. DATE | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
| --- | --- |

| | DATE | BY | |
| --- | --- | --- | --- |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Newsom, et al.,**          No.    **2:90-cv-00520 KJM-SCR**

I hereby certify that on November 22, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**TRANSCRIPT ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 22, 2024, at Sacramento, California.

|  |  |
|---|---|
| F. Saunders | */s/ F. Saunders* |
| Declarant | Signature |

CF1997CS0003
38568700.docx