CAED 435
(Rev. 10/2022)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
| --- | --- | --- | --- |
| Jenny Yelin | JYelin@rbgg.com | (415) 433-6830 | 11/26/2024 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
| --- | --- | --- | --- |
| 101 Mission Street, Sixth Floor | San Francisco | CA | 94105 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| 2:90-cv-00520-KJM-SCR | Kimberly J. Mueller | 11. FROM 11/21/2024 | 12. TO 11/21/2024 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
| --- | --- | --- |
| Coleman v. Newsom, et al. | 14. CITY Sacramento | 15. STATE CA |

16. ORDER FOR

| | | | |
| --- | --- | --- | --- |
| ☐ APPEAL No. | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | | DATE(S) | REPORTER |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | | |
| ☐ JURY SELECTION | | | Informal Status Conference | | 11/21/2024 | Jennifer Coulthard |
| ☐ OPENING STATEMENTS | | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | | |
| | | | | | | |
| | | | | | | |

18. ORDER    (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| 30-Day | ☐ | ☑ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next Day | ☐ | ☐ | NO. OF COPIES | | |
| 2- HOUR | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | | | | |
| CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | |

| 19. SIGNATURE | PROCESSED BY |
| --- | --- |
| /s/ Jenny Yelin | |
| 20. DATE 11/26/2024 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
| --- | --- |
| | |

| | DATE | BY | |
| --- | --- | --- | --- |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |