UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No. 2:90-cv-0520 KJM SCR P<br><br>ORDER |

      At a hearing on September 30, 2024, the court issued several orders requiring defendants to provide to the Special Master's suicide prevention expert, Lindsay Hayes, additional evidence and information related to defendants' implementation of court-ordered suicide prevention measures. *See* ECF No. 8414. As relevant to this order, the court deferred ruling on defendants' compliance with measure 3 and 8 pending receipt of additional evidence as directed, and directed the parties to file a joint status report on the steps defendants will take to inform staff in the field "of the practical impact of the court's ruling on objections" to the Special Master's expert's findings on his Sixth Re-Audit Report. *Id*.

      On October 21, 2024, with respect to measure 3, defendants filed a report on completed suicide prevention trainings by discipline for calendar year 2023. ECF No. 8434. That report shows that 13 of 21 institutions, or 62 percent, achieved 90 percent compliance with required

/////

1

1  suicide prevention trainings across all three disciplines.  Defendants did not achieve compliance
2  with measure 3 during calendar year 2023.
3        On October 28, 2024, the parties filed the required joint report on steps defendants plan to
4  take to inform the field of the court's rulings.  ECF Nos. 8445, 8445-1.  The parties'
5  representations in the joint report indicate defendants have taken those steps.  *See* ECF No. 8445.
6  The court approves the steps as presented.[1]
7        On October 31, 2024, with respect to measure 8, defendants filed declarations from the
8  Director of Nursing and Supervising Registered Nurse at Salinas Valley State Prison (SVSP) and
9  the Chief Nurse Executives at, respectively, California Institution for Men (CIM) and California
10  Institution for Women (CIW).  ECF Nos. 8453-1, 8453-2, 8453-3.  The declarants from SVSP
11  and CIW aver that proper safety and security protocols are followed at those institutions.  *See*
12  ECF Nos. 8453-1, 8453-3.  After receiving the court's order, the declarant from CIM "spoke to
13  staff conducting the screenings and discovered inconsistent adherence to the policy for patients on
14  maximum custody status and represents that monitoring of staff to ensure policy compliance "will
15  continue."  ECF No. 8453-2 at 2.
16        The Special Master's expert reported privacy issues at five prisons, California
17  Correctional Institution (CCI), Wasco State Prison (WSP), SVSP, CIM and CIW, finding
18  compliance at 15 of 20 institutions, or 75 percent.  ECF No. 8143-1 at 6.  With their objections,
19  defendants presented evidence of compliance with this measure at CCI and WSP.  ECF No. 8179
20  at 31-33.  At hearing on September 30, 2024, without objection from plaintiffs the court accepted
21  defendants' evidence, found that defendants still had not demonstrated the required 90 percent
22  compliance with this measure, and directed defendants to submit declarations from SVSP, CIW,
23  and CIM.  Reporter's Transcript of Proceedings (RT) at 21-22, ECF No. 8433.  The declarations
24  filed October 31, 2024 as the court ordered at hearing show compliance at SVSP and CIW.
25  Based on the evidence presented with defendants' objections, ECF No. 8179 at 31-11, and the

---

[1] The joint report also includes an update concerning defendants' regional SPRFIT audits, and a representation that plaintiffs did not receive the proposal with sufficient time to comment. ECF No. 8445 at 2-3.  The court makes no findings on the adequacy of defendants' proposal at this time.

1  declarations filed October 31, 2024, the court finds defendants achieved 95 percent compliance
2  with measure 8 in 2023.[2]
3       IT IS SO ORDERED.
4  DATED: November 27, 2024.

                                 SENIOR UNITED STATES DISTRICT JUDGE

---

[2] Defendants must achieve durable compliance with remedial measures in this action. The court has not yet established the required period of durability that must be achieved.