Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Christian M. Georgely, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David Casarrubias-González, SBN 321994
Samantha M. Bacon, SBN 351561
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    415-777-3200
Pmello@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**JOINT UPDATE RE NEGOTIATIONS ON TELEPSYCHIATRY AND TELEMENTAL HEALTH POLICY**<br><br>Judge:    Hon. Kimberly J. Mueller |

On November 21, 2024, the parties jointly informed the Court that they had initiated negotiations to resolve some or all of the disputes pertaining to the telepsychiatry and telemental health policies that are now before Magistrate Judge Riordan. (ECF No. 8469 at 1:26-28.) As the parties stated in their Joint Notice of Negotiations Regarding Telepsychiatry and Telemental Health ("Joint Notice") (ECF No. 8469), if they were to reach an agreement regarding those policies, they would submit a proposed settlement to Special Master Lopes for his consideration and input. (*Id.* at 1:28-2:2.) The parties further indicated that they anticipated completing their ongoing negotiations within thirty days of November 21, 2024. Following the submission of the parties' Joint Notice, Magistrate Judge Riordan set a Status Conference on this subject for

December 12, 2024. (ECF No. 8470.)

The parties now submit this joint update to inform the Court that they have completed their negotiations and reached tentative agreement on a final telemental health and telepsychiatry policy, and that they provided the proposed policy to the Special Master for his consideration on December 6, 2024. The parties look forward to engaging in further discussions on this subject with Magistrate Judge Riordan at the December 12, 2024 Status Conference.

DATED: December 6, 2024

ROB BONTA
Attorney General of California

By: */s/ Damon McClain*
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: December 6, 2024

HANSON BRIDGETT LLP

By: */s/ Samantha Wolff*
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

DATED: December 6, 2024

*ROSEN BIEN GALVAN & GRUNFELD LLP*

By: */s/ Ernest Galvan*
ERNEST GALVAN
*Attorneys for Plaintiffs*