Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Christian M. Georgely, State Bar No. 322952
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
SHANDYN H. PIERCE, SBN 336421
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   415-777-3200
Pmello@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.<br><br>   Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION TO MODIFY**<br><br>Judge:   Hon. Kimberly J. Mueller |

Per this Court's requirement, Defendants hereby request leave from the Court to file a Motion to Modify the Order of Reference (ECF No. 640), a copy of which is attached, consistent with Federal Rules of Civil Procedure Rule 60(b). (*See* ECF No. 7003 (requiring "any party seeking relief from this court, including from any existing order of this court, [to] . . . first file a request for leave to file a motion, describing with particularity the relief to be sought and the steps the party has taken to exhaust meet and confer efforts with all opposing counsel.").) The Order of Reference, issued by this Court in December of 1995, sets forth the specific duties and powers of the Special Master and applies the pre-amendment language of Federal Rules of Civil Procedure

Rule 53, stating that "[p]ursuant to Fed. R. Civ. P. 53(e)(2), the court shall accept the special master's findings of fact unless they are *clearly erroneous.*" (ECF No. 640 at 8:18-20.) The standard set forth in Rule 53(e)(2) was updated in 2003 and objections to a special master's findings of fact must be reviewed *de* novo unless the parties stipulate otherwise, which they have not. Fed. R. Civ. P. 53(f)(3). Accordingly, Defendants request that by way of their Motion to Modify, the Court modify the Order of Reference so that the standard is consistent with Federal Rule of Civil Procedure, Rule 53.

Defendants informed Plaintiffs' counsel on December 6, 2024, of their intention to seek leave to file a Motion to Modify the Order of Reference and asked whether Plaintiffs would oppose their request for leave. Plaintiffs responded on December 10, 2024, and indicated that they do not oppose Defendants seeking leave to file a motion to modify the Order of Reference. However, Plaintiffs reserved their right to oppose the attached Motion to Modify if this Court grants Defendants' request for leave to file.

Accordingly, Defendants request leave to file the attached Motion to Modify in the interests of justice and as allowed under Rule 60(b).

## CERTIFICATION

Defendants' counsel certify that they have reviewed the following orders in preparing this filing: ECF Nos. 640, 3731, 4925, 7003, 8414, 8447, and 8456.

DATED: December 11, 2024

ROB BONTA
Attorney General of California

By: */s/ Elise Owens Thorn*
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

| | |
|---|---|
| 1    DATED: December 11, 2024 | HANSON BRIDGETT LLP |

By:      */s/ Samantha D. Wolff*
        LAWRENCE M. CIRELLI
        PAUL B. MELLO
        SAMANTHA D. WOLFF
        DAVID C. CASARRUBIAS-GONZÁLEZ
        SHANDYN H. PIERCE
        *Attorneys for Defendants*