| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>ADRIENNE PON HARROLD – 326640<br>BENJAMIN W. HOLSTON – 341439<br>MAYA E. CAMPBELL – 345180<br>LUMA KHABBAZ – 351492<br>JARED MILLER – 353641<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>             Defendants. | Case No. 2:90−CV−00520−KJM−SCR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE JOINT STIPULATION RE: ANNUAL SUICIDE REPORTS REQUIRED BY ECF NO. 8441**<br><br>Judge:   Hon. Kimberly J. Mueller |

[4618631.3]

On October 25, 2024, the Court ordered the parties to meet and confer under the supervision of the Special Master to resolve ambiguities identified in the annual suicide reporting plan (ECF No. 7574) and then submit either an amended proposal that clarifies the ambiguities or a joint stipulation setting forth each party's proposal to modify the annual suicide reporting plan to resolve the ambiguities. ECF No. 8441 at 8-9, 11-12. The parties and the Special Master met on December 4, 2024 to discuss resolving the identified ambiguities and Defendants circulated a written proposal on December 6, 2024. The parties have not reached agreement on Defendants' December 6 proposal and require additional time to continue to negotiate a mutually acceptable method to resolve the identified ambiguities in the annual suicide reporting plan.

The parties therefore jointly request a ten-day extension of the deadline to file either a proposed amended annual suicide reporting plan that clarifies the ambiguities or a joint stipulation setting forth each party's proposal for resolving the ambiguities from Friday, December 13 to Monday, December 23. If the Court grants the requested extension, the parties anticipate meeting the week of December 16 to further discuss resolving the ambiguities. The Special Master has informed the parties that he takes no position on this request.

Respectfully submitted,

DATED: December 12, 2024          ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael S. Nunez*
Michael S. Nunez

Attorneys for Plaintiffs

/ / /

/ / /

/ / /

/ / /

[4618631.3]

1

DATED: December 12, 2024

ROB BONTA
Attorney General of California
Damon G. McClain
Supervising Deputy Attorney General

By: */s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General

Attorneys for Defendants

DATED: December 12, 2024

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
Paul B. Mello
Lawrence M. Cirelli
Samantha D. Wolff

Attorneys for Defendants

## [PROPOSED] ORDER

Good cause appearing, the parties are granted an extension to December 23, 2024, to file either a proposed amended suicide reporting plan (ECF No. 7574) that resolves the ambiguities identified in the plan or a joint stipulation setting forth the parties' respective proposals to resolve the ambiguities as required by the Court's October 25, 2024 Order, ECF No. 8441.

IT IS SO ORDERED.

DATED: _____, 2024

_____
Honorable Kimberly J. Mueller

[4618631.3]

2