| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 |
| | CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>307 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | Case No. 2:90-cv-00520-KJM-SCR<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2024**<br><br>Judge:  Hon. Sean C. Riordan |

[4619061.1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS
FOR THE THIRD QUARTER OF 2024

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2024 to Defendants via e-mail on November 8, 2024. The parties completed their meet and confer process on December 10, 2024. The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2024, with an agreement to reduce claimed amounts to a total of $1,100,677.64 calculated at a rate of $258.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $1,100,677.64 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 9, 2024 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: December 18, 2024

/s/ Damon McClain
Damon McClain
Supervising Deputy Attorney General
Attorneys for Defendants

DATED: December 18, 2024

/s/ Lisa Ells
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____, 2024

_____
Honorable Sean C. Riordan
United States Magistrate Judge

[4619061.1]

1

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS
FOR THE THIRD QUARTER OF 2024

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $965,436.00 | $926,818.53 | $17,603.67 |
| **Fees on Fees, 489-5** | $8,617.20 | $8,272.52 | $44.02 |
| **Appeal of 4/12/23 Order re Telepsychiatry Policy, 23-15755** | $12,074.40 | $11,591.43 | $103.42 |
| **Appeal of PIP Minimum Treatment Standards, 23-2485, 489-32** | $14,009.40 | $13,449.02 | $83.21 |
| **Appeal of 3/6/24 Falcon Tour Order, 22-2263, 489-33** | $1,831.80 | $1,758.53 | $17.62 |
| **Appeal of 3/28/24 PIP TTM Policy Data Order, 24-2938, 489-34** | $24,381.00 | $23,405.76 | $13.62 |
| **Appeal of 4/20/24 PD Program Order, 24-3707, 489-35** | $23,478.00 | $22,538.88 | $84.61 |
| **Appeal of Staffing Contempt, 24-4023, 489-36** | $77,322.60 | $74,229.69 | $663.11 |
| **Totals** | **$1,127,150.40** | **$1,082,064.36** | **$18,613.28** |

**Claimed Total:** $1,145,763.68

**Settled Total:** $1,100,677.64

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 11.00 | 11.00 | $258.00 | $2,838.00 | $2,724.48 |
| Adrienne Spiegel | 0.80 | 0.00 | $258.00 | $0.00 | $0.00 |
| Aidan Loh | 25.90 | 18.90 | $258.00 | $4,876.20 | $4,681.15 |
| AJ Alany | 280.10 | 268.90 | $258.00 | $69,376.20 | $66,601.15 |
| Alex Gourse | 129.30 | 128.90 | $258.00 | $33,256.20 | $31,925.95 |
| Angela Laureano | 20.60 | 20.60 | $258.00 | $5,314.80 | $5,102.21 |
| Benjamin Holston | 20.10 | 20.10 | $258.00 | $5,185.80 | $4,978.37 |
| Darcy Edmundson | 108.80 | 198.40 | $258.00 | $51,187.20 | $49,139.71 |
| Ernest Galvan | 27.50 | 27.90 | $258.00 | $7,198.20 | $6,910.27 |
| F. Gail LaPurja | 173.80 | 165.70 | $258.00 | $42,750.60 | $41,040.58 |
| Fely F. Villadelgado | 68.00 | 28.00 | $258.00 | $7,224.00 | $6,935.04 |
| Gay C. Grunfeld | 1.20 | 0.00 | $258.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 299.60 | 217.40 | $258.00 | $56,089.20 | $53,845.63 |
| Isabella grundseth | 186.10 | 154.60 | $258.00 | $39,886.80 | $38,291.33 |
| Jared Miller | 364.90 | 362.90 | $258.00 | $93,628.20 | $89,883.07 |
| Jenny S. Yelin | 160.80 | 160.80 | $258.00 | $41,486.40 | $39,826.94 |
| Kamila Barragan | 175.10 | 166.50 | $258.00 | $42,957.00 | $41,238.72 |
| Linda H. Woo | 3.70 | 0.00 | $258.00 | $0.00 | $0.00 |
| Lisa Ells | 139.60 | 120.30 | $258.00 | $31,037.40 | $29,795.90 |
| Luma Khabbaz | 109.60 | 109.60 | $258.00 | $28,276.80 | $27,145.73 |
| Marc Shinn-Krantz | 109.70 | 106.50 | $258.00 | $27,477.00 | $26,377.92 |
| Maya Campbell | 110.00 | 109.50 | $258.00 | $28,251.00 | $27,120.96 |
| Maya Mahajan | 11.20 | 0.00 | $258.00 | $0.00 | $0.00 |
| Michael S. Nunez | 132.60 | 132.00 | $258.00 | $34,056.00 | $32,693.76 |
| Michael W. Bien | 161.90 | 161.30 | $258.00 | $41,615.40 | $39,950.78 |
| Nya Hardaway | 0.70 | 0.00 | $258.00 | $0.00 | $0.00 |
| Riya Matta | 35.40 | 35.40 | $258.00 | $9,133.20 | $8,767.87 |
| Sanford Jay Rosen | 0.00 | 0.00 | $258.00 | $0.00 | $0.00 |
| Sherry Zhu | 410.40 | 407.40 | $258.00 | $105,109.20 | $100,904.83 |
| Simran Surtani | 40.30 | 40.30 | $258.00 | $10,397.40 | $9,981.50 |
| Thomas Nolan | 189.80 | 189.30 | $258.00 | $48,839.40 | $46,885.82 |
| Victor Corona | 231.10 | 222.80 | $258.00 | $57,482.40 | $55,183.10 |
| **Total** | **3739.60** | **3585.00** | | **$924,930.00** | **$887,932.77** |

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Monitoring Fees, 489-3

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---:|---:|---:|---:|---:|
| Amber Norris | 0.50 | 0.50 | $258.00 | $129.00 | $123.84 |
| Audrey Lim | 13.60 | 13.60 | $258.00 | $3,508.80 | $3,368.45 |
| Dewi Zarni | 11.40 | 11.40 | $258.00 | $2,941.20 | $2,823.55 |
| Donald Specter | 55.50 | 55.50 | $258.00 | $14,319.00 | $13,746.24 |
| Gabriela Pelsinger | 0.70 | 0.70 | $258.00 | $180.60 | $173.38 |
| Jenny Aguilar | 9.70 | 9.70 | $258.00 | $2,502.60 | $2,402.50 |
| Jessica Shen | 4.20 | 4.20 | $258.00 | $1,083.60 | $1,040.26 |
| Joshua Marin | 2.30 | 2.30 | $258.00 | $593.40 | $569.66 |
| Mackenzie L. Halter | 0.30 | 0.30 | $258.00 | $77.40 | $74.30 |
| Margot Mendelson | 0.50 | 0.50 | $258.00 | $129.00 | $123.84 |
| Rita Lomio | 1.90 | 1.90 | $258.00 | $490.20 | $470.59 |
| Sophie J. Hart | 1.10 | 1.10 | $258.00 | $283.80 | $272.45 |
| Steve Fama | 55.30 | 55.30 | $258.00 | $14,267.40 | $13,696.70 |
| **Total** | **157.00** | **157.00** | | **$40,506.00** | **$38,885.76** |

| | | | | | |
|---|---|---|---|---:|---:|
| **GRAND TOTAL** | | | | **$965,436.00** | **$926,818.53** |

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Outside Copying/Scanning | $1,782.11 | $1,782.11 |
| Transcription | $527.10 | $527.10 |
| Postage and Delivery | $1,534.33 | $1,534.33 |
| Research (Westlaw/Lexis/PACER/Fees) | $1,849.39 | $1,849.39 |
| Expert Fees | $5,600.00 | $5,600.00 |
| Travel | $6,082.32 | $6,082.32 |
| **Total** | **$17,375.25** | **$17,375.25** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Postage | $110.82 | $110.82 |
| Travel | $117.60 | $117.60 |
| **Total** | **$228.42** | **$228.42** |

**GRAND TOTAL**        $17,603.67

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Isabella Grundseth | 0.50 | 0.00 | $258.00 | $0.00 | $0.00 |
| Linda H. Woo | 7.10 | 7.10 | $258.00 | $1,831.80 | $1,758.53 |
| Lisa Ells | 24.60 | 24.60 | $258.00 | $6,346.80 | $6,092.93 |
| **Total** | **32.20** | **31.70** | | **$8,178.60** | **$7,851.46** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.20 | 1.20 | $258.00 | $309.60 | $297.22 |
| Margot Mendelson | 0.50 | 0.50 | $258.00 | $129.00 | $123.84 |
| **Total** | **1.70** | **1.70** | | **$438.60** | **$421.06** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$8,617.20** | **$8,272.52** |

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Postage and Delivery | $44.02 | $44.02 |
| **Total** | **$44.02** | **$44.02** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | **$44.02** |

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Fees on Appeal of 4/12/23 Order re Telepsychiatry Policy, 23-15755, 489-31

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 1.50 | 1.50 | $258.00 | $387.00 | $371.52 |
| Ernest Galvan | 0.20 | 0.00 | $258.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 0.40 | 0.00 | $258.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 1.20 | 1.20 | $258.00 | $309.60 | $297.22 |
| Jenny S. Yelin | 1.80 | 0.00 | $258.00 | $0.00 | $0.00 |
| Lisa Ells | 38.50 | 38.50 | $258.00 | $9,933.00 | $9,535.68 |
| Michael W. Bien | 5.60 | 5.60 | $258.00 | $1,444.80 | $1,387.01 |
| Thomas Nolan | 0.30 | 0.00 | $258.00 | $0.00 | $0.00 |
| **Total** | **49.50** | **46.80** | | **$12,074.40** | **$11,591.43** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$12,074.40** | **$11,591.43** |

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Costs on Appeal of of 4/12/23 Order re Telepsychiatry Policy, 23-15755, 489-31

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Westlaw Research | $66.12 | $66.12 |
| Travel | $37.30 | $37.30 |
| **Total** | **$103.42** | **$103.42** |

| | | |
|---|---|---:|
| **GRAND TOTAL** | | **$103.42** |

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Fees on Appeal of PIP MInimum Treatment Standards 23-2485, 489-32

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Gregorio Z. Gonzalez | 2.80 | 2.30 | $258.00 | $593.40 | $569.66 |
| Jenny S. Yelin | 1.00 | 0.00 | $258.00 | $0.00 | $0.00 |
| Lisa Ells | 33.50 | 33.50 | $258.00 | $8,643.00 | $8,297.28 |
| Marc Shinn-Krantz | 0.20 | 0.00 | $258.00 | $0.00 | $0.00 |
| Maya Campbell | 12.80 | 12.80 | $258.00 | $3,302.40 | $3,170.30 |
| Michael W. Bien | 5.70 | 5.70 | $258.00 | $1,470.60 | $1,411.78 |
| **Total** | **56.00** | **54.30** | | **$14,009.40** | **$13,449.02** |

**GRAND TOTAL** | | | | **$14,009.40** | **$13,449.02**

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Costs on Appeal of PIP MInimum Treatment Standards 23-2485, 489-32

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Outside Copying and Scanning | $50.23 | $50.23 |
| Westlaw Research | $32.98 | $32.98 |
| **Total** | **$83.21** | **$83.21** |

| | | |
|---|---|---:|
| **GRAND TOTAL** | | **$83.21** |

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Fees on Appeal of 3/6/24 Falcon Tour Order 24-2263, 489-33

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 0.20 | 0.00 | $258.00 | $0.00 | $0.00 |
| Alex Gourse | 2.80 | 2.80 | $258.00 | $722.40 | $693.50 |
| F. Gail LaPurja | 0.10 | 0.00 | $258.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 0.70 | 0.70 | $258.00 | $180.60 | $173.38 |
| Lisa Ells | 2.60 | 2.60 | $258.00 | $670.80 | $643.97 |
| Marc Shinn-Krantz | 0.20 | 0.00 | $258.00 | $0.00 | $0.00 |
| Michael W. Bien | 1.00 | 1.00 | $258.00 | $258.00 | $247.68 |
| **Total** | **7.60** | **7.10** | | **$1,831.80** | **$1,758.53** |

**GRAND TOTAL**                                                                  $1,831.80     $1,758.53

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Costs on Appeal of 3/6/24 Falcon Tour Order 24-2263, 489-33

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Westlaw Research | $17.62 | $17.62 |
| **Total** | **$17.62** | **$17.62** |

| | |
|---|---:|
| **GRAND TOTAL** | **$17.62** |

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Fees on Appeal of 3/28/24 PIP TTM Policy Data Order 24-2938, 489-34

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 68.80 | 68.80 | $258.00 | $17,750.40 | $17,040.38 |
| F. Gail LaPurja | 0.80 | 0.00 | $258.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 4.00 | 4.00 | $258.00 | $1,032.00 | $990.72 |
| Jenny S. Yelin | 0.30 | 0.00 | $258.00 | $0.00 | $0.00 |
| Lisa Ells | 21.70 | 21.70 | $258.00 | $5,598.60 | $5,374.66 |
| Michael W. Bien | 0.10 | 0.00 | $258.00 | $0.00 | $0.00 |
| Thomas Nolan | 0.50 | 0.00 | $258.00 | $0.00 | $0.00 |
| **Total** | **96.20** | **94.50** | | **$24,381.00** | **$23,405.76** |

**GRAND TOTAL**                                            $24,381.00   $23,405.76

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Costs on Appeal of 3/28/24 PIP TTM Policy Data Order 24-2938, 489-34

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Westlaw Research | $13.62 | $13.62 |
| **Total** | **$13.62** | **$13.62** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | **$13.62** |

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Fees on Appeal of 4/20/24 PD Program Order 24-3707, 489-35

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 0.50 | 0.00 | $258.00 | $0.00 | $0.00 |
| Alex Gourse | 0.10 | 0.00 | $258.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 0.40 | 0.00 | $258.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 5.40 | 5.40 | $258.00 | $1,393.20 | $1,337.47 |
| Jared Miller | 14.10 | 14.10 | $258.00 | $3,637.80 | $3,492.29 |
| Jenny S. Yelin | 0.60 | 0.00 | $258.00 | $0.00 | $0.00 |
| Linda H. Woo | 1.50 | 1.50 | $258.00 | $387.00 | $371.52 |
| Lisa Ells | 15.00 | 15.00 | $258.00 | $3,870.00 | $3,715.20 |
| Marc Shinn-Krantz | 52.80 | 52.70 | $258.00 | $13,596.60 | $13,052.74 |
| Michael W. Bien | 2.30 | 2.30 | $258.00 | $593.40 | $569.66 |
| **Total** | **92.70** | **91.00** | | **$23,478.00** | **$22,538.88** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$23,478.00** | **$22,538.88** |

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Costs on Appeal of 4/20/24 PD Program Order 24-3707, 489-35

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Westlaw Research | $84.61 | $84.61 |
| **Total** | **$84.61** | **$84.61** |

| | | |
|---|---|---:|
| **GRAND TOTAL** | | **$84.61** |

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Fees on Appeal re Staffing Contempt 24-4023, 489-36

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 36.00 | 36.00 | $258.00 | $9,288.00 | $8,916.48 |
| Adrienne Spiegel | 3.40 | 3.40 | $258.00 | $877.20 | $842.11 |
| Alex Gourse | 144.80 | 144.80 | $258.00 | $37,358.40 | $35,864.06 |
| Ernest Galvan | 1.90 | 1.90 | $258.00 | $490.20 | $470.59 |
| F. Gail LaPurja | 7.70 | 7.70 | $258.00 | $1,986.60 | $1,907.14 |
| Gregorio Z. Gonzalez | 2.60 | 2.60 | $258.00 | $670.80 | $643.97 |
| Jenny S. Yelin | 21.30 | 21.30 | $258.00 | $5,495.40 | $5,275.58 |
| Karen E. Stilber | 0.30 | 0.00 | $258.00 | $0.00 | $0.00 |
| Lisa Ells | 45.80 | 45.80 | $258.00 | $11,816.40 | $11,343.74 |
| Luma Khabbaz | 2.50 | 2.50 | $258.00 | $645.00 | $619.20 |
| Marc Shinn-Krantz | 0.50 | 0.00 | $258.00 | $0.00 | $0.00 |
| Maya Campbell | 2.60 | 2.60 | $258.00 | $670.80 | $643.97 |
| Michael W. Bien | 31.10 | 31.10 | $258.00 | $8,023.80 | $7,702.85 |
| Thomas Nolan | 0.40 | 0.00 | $258.00 | $0.00 | $0.00 |
| **Total** | **300.90** | **299.70** | | **$77,322.60** | **$74,229.69** |

**GRAND TOTAL**  $77,322.60  $74,229.69

4597252

**Coleman v. Newsom**
**Third Quarter of 2024**
**July 1, 2024 through September 30, 2024**
Costs on Appeal re Staffing Contempt 24-4023, 489-36

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Westlaw Research/PACER Fees | $663.11 | $663.11 |
| **Total** | **$663.11** | **$663.11** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | **$663.11** |

4597252