Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Christian M. Georgely, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
MOLLIE LEVY, SBN 333744
SAMANTHA BACON, SBN 351561
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    415-777-3200
Pmello@hansonbridgett.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520- KJM-DB |
| Plaintiffs, | **DEFENDANTS' NOTICE OF LODGING CORRESPONDENCE TO SPECIAL MASTER** |
| v. | |
| GAVIN NEWSOM, et al. | Judge:    Hon. Kimberly J. Mueller |
| Defendants. | |

The Court's November 25, 2024 order directed Defendants to lodge on the docket "any response to the Special Master's request for documents that questions or expresses reservations concerning the Special Master's request." (ECF No. 8474 at 2.) The order further stated that Defendants must "err on the side of caution and alert the court to any communication that will result in a delay in complying with the Special Master's requests." (*Id.*)

On December 19, 2024, Defendants sent the Special Master the email correspondence attached as Exhibit A to this notice, which also includes the Special Master's recent document requests. Among other things, the correspondence explains that given the vast scope of the

1  Special Master's recent document requests, as well as the requested timeframe and impending

2  holidays, Defendants will likely not be able to complete the production by the Special Master's

3  requested deadline.

4

5  DATED: December 19, 2024                    ROB BONTA
                                              Attorney General of California
6

7
                                   By:        /s/ Damon McClain
8                                             DAMON MCCLAIN
                                              Supervising Deputy Attorney General
9                                             ELISE OWENS THORN
                                              Deputy Attorney General
10                                            *Attorneys for Defendants*

11
    DATED: December 19, 2024                   HANSON BRIDGETT LLP
12

13
                                   By:        /s/ Paul B. Mello
14                                            LAWRENCE M. CIRELLI
15                                            PAUL B. MELLO
                                              SAMANTHA D. WOLFF
16                                            DAVID C. CASARRUBIAS-GONZÁLEZ
                                              KAYLEN KADOTANI
17                                            SAMANTHA BACON
18                                            MOLLIE LEVY

19                                            *Attorneys for Defendants*

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Newsom, et al.,**        No.    **2:90-cv-00520 KJM-SCR**

I hereby certify that on <u>December 19, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF LODGING CORRESPONDENCE TO SPECIAL MASTER (with Exhibit A)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 19, 2024</u>, at San Francisco, California.

_____          _____
           M. Paredes                                              Signature
           Declarant

CF1997CS0003
44446987.docx