# EXHIBIT A

| | |
|---|---|
| **From:** | Weber, Nicholas@CDCR |
| **To:** | Patricia.Williams; Toche, Diana@CDCR; Bick, Dr. Joseph@CDCR; Mehta, Amar@CDCR; Michael W. Bien; Lisa Ells; Steven Fama; Thomas Nolan; Elise Thorn; Owens, Teresa@CDCR; Minter, Daisy@CDCR; Worrell, Wendy |
| **Cc:** | Lopes Matthew; Walsh Kerry F.; McClendon-Hunt, LaTri-c-ea; Ryan, Jr., Michael F.; Gribbin Rachel; Irizarry, Cristina; Tavares, Zelia M |
| **Subject:** | RE: 31st Round Monitoring Tours |
| **Attachments:** | 31st Round Coleman Document Request.Dec2024.pdf |
| | Appointment Report Request.Dec 2024.pdf |

All,

I write to follow up on your tour schedule and document request for the 31st Round.  On Thursday, December 12, 2024, the Special Master announced a series of twenty-eight tours that will begin on January 14, 2025 and conclude August 1, 2025.  On Monday December 16, 2024, CDCR received the document request pertaining to these tours.  Production for the first tour, SVSP, has been requested no later than January 8, 2025.

CDCR is in the process of reviewing the 53-page document request and assigning production tasks to appropriate staff for production on a rolling basis.  However, although similar to past round document requests, with only sixteen business days to gather, review, and upload responses to approximately 340 different data requests, and with staff scheduled on leave due to the holidays, CDCR does not believe it is likely that the SVSP documents will be produced on time.  This delay may impact future tours as well since production for RJD is due just five days later on January 13, 2025 and CMF on January 20, 2025.

CDCR requests that the Special Master delay the start of the tours until at least February 2025 to give CDCR sufficient time to produce accurate responsive information before the start of the tour.  This will also have the benefit of helping reduce production delays for subsequent tours in the round.

Please let me know if you would like to discuss.


Nick Weber
Attorney
Office of Legal Affairs
Department of Corrections & Rehabilitation
(916) 217-1949


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Patricia Williams <harconwil@gmail.com>
**Sent:** Monday, December 16, 2024 2:49 AM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Toche, Diana@CDCR <Diana.Toche@cdcr.ca.gov>; Bick, Dr. Joseph@CDCR <Joseph.Bick@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Michael W. Bien <MBien@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Steven Fama <Sfama@prisonlaw.com>; Thomas Nolan <TNolan@rbgg.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Owens, Teresa@CDCR <Teresa.Owens@cdcr.ca.gov>; Minter, Daisy@CDCR <Daisy.Minter@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>
**Cc:** Lopes Matthew <Mlopes@pldolaw.com>; Walsh Kerry F. <kwalsh@pldolaw.com>; McClendon-Hunt, LaTri-c-ea <lmcclendonhunt@pldolaw.com>; Ryan, Jr., Michael F. <mryan@pldolaw.com>; Gribbin Rachel <rgribbin@pldolaw.com>; Irizarry, Cristina <cirizarry@pldolaw.com>; Tavares, Zelia M <ztavares@pldolaw.com>
**Subject:** Re: 31st Round Monitoring Tours

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

Please find attached the Document Request and Appointment Report request for the 31st Round monitoring tours. I apologize for the slight delay. I was traveling Friday, and this email unexpectedly did not transmit.  As a result of this delay, I have moved the response due date to January 8, 2024 for SVSP.

If you have any questions regarding the Appointment Report request, please contact Dr. Wendy Worrell for assistance.  If you have any other questions, please let me know.

Thank you very much and have a good week.

Best,


Patricia Williams
Deputy Special Master


On Wed, Dec 11, 2024 at 8:19 PM Patricia Williams <harconwil@gmail.com> wrote:

> Dear Colleagues:
>
> The *Coleman* Special Master will conduct his onsite review of compliance by the California Department of Corrections and Rehabilitation (CDCR) with the plans, policies, and protocols of the Mental Health Services Delivery System Program Guide (Program Guide)

and relevant court orders and policies at the below listed CDCR institutions covering the stated review periods.  Please make responses to our document requests available on or before the dates listed.

| Institution | Review Period | Full Responses Due | Schedules Due |
|---|---|---|---|
| **January 2025** | | | |
| SVSP-Jan 14-17, 2025 | June 1-Nov 30, 2024 | Jan 6, 2025 | Jan 10, 2025 |
| RJD-Jan 21-24, 2025 | June 1-Nov 30, 2024 | Jan 13, 2025 | Jan 17, 2025 |
| CMF-Jan 28-31, 2025 | June 1-Nov 30, 2024 | Jan 20, 2025 | Jan 24, 2025 |

*Please send the patient census for all MHSDS programs at SVSP, RJD, and CMF, as well as the appointments reports for the review period as soon as practicable but no later than **Dec 20, 2024**.

| Institution | Review Period | Full Responses Due | Schedules Due |
|---|---|---|---|
| **February 2025** | | | |
| CHCF-Feb 4-7 | Jul 1-Dec 31, 2024 | Jan 27, 2025 | Jan 31, 2025 |
| SOL-Feb 11-13 | Jul 1-Dec 31, 2024 | Feb 3, 2025 | Feb 7, 2025 |
| SQ-Feb 18-21 | Jul 1-Dec 31, 2024 | Feb 10, 2025 | Feb 14, 2025 |
| CTF-Feb 25-27 | Jul 1-Dec 31, 2024 | Feb 18, 2025 | Feb 21, 2025 |

*Please send patient census for all MHSDS programs at CHCF, SOL, SQ, and CTF as well as the appointments reports for the review period as soon as practicable but no later than **Jan 1, 2025**.

| Institution | Review Period | Full Responses Due | Schedules Due |
|---|---|---|---|
| **March 2025** | | | |
| CIW-Mar 4-7 | Aug 1, 2024-Jan 31, 2025 | Feb 24, 2025 | Feb 28, 2025 |
| COR-Mar 11-14 | Aug 1, 2024-Jan 31, 2025 | Mar 3, 2025 | Mar 7, 2025 |
| VSP-Mar 18-20 | Aug 1, 2024-Jan 31, 2025 | Mar 10, 2025 | Mar 14, 2025 |
| FSP-Mar 25-27 | Aug 1, 2024-Jan 31, 2025 | Mar 17, 2025 | Mar 21, 2025 |

*Please send patient census for all MHSDS programs at CIW, COR, VSP, and FSP as well as the appointments reports for the review period as soon as practicable but no later than **Feb 1, 2025**.

| Institution | Review Period | Full Responses Due | Schedules Due |
|---|---|---|---|
| **April 2025** | | | |
| LAC-Apr 1-4 | Sep 1, 2024-Feb 28, 2025 | Mar 24, 2025 | Mar 28, 2025 |

| MCSP-Apr 15-17 2025 | Sep 1, 2024-Feb 28, 2025 | Apr 7, 2025 | Apr 11, |
| SAC-Apr 22-25 2025 | Sep 1, 2024-Feb 28, 2025 | Apr 14, 2025 | Apr 18, |
| CCWF-Apr 29-May 2 2025 | Sep 1, 2024-Feb 28, 2025 | Apr 21, 2025 | Apr 25, |

==\*Please send patient census for all MHSDS programs at LAC, MCSP, SAC, and CCWF as well as the appointments reports for the review period as soon as practicable but no later than **March 1, 2025**.==

**May 2025**

| CMC-May 6-9 2025 | Oct 1, 2024-Mar 31, 2025 | Apr 28, 2025 | May 2, |
| PBSP-May 13-16 2025 | Oct 1, 2024-Mar 31, 2025 | May 5, 2025 | May 9, |
| SATF-May 20-22 2025 | Oct 1, 2024-Mar 31, 2025 | May 12, 2025 | May 16, |

==\*Please send patient census for all MHSDS programs at CMC, PBSP, and SATF as well as the appointments reports for the review period as soon as practicable but no later than **April 1, 2025**.==

**June 2025**

| KVSP-Jun 3-6 2025 | Nov 1, 2024-April 30, 2025 | May 27, 2025 | May 30, |
| CIM-Jun 10-13 2025 | Nov 1, 2024-April 30, 2025 | June 2, 2025 | Jun 6, |
| SCC-Jun 17-18 2025 | Nov 1, 2024-April 30, 2025 | June 9, 2025 | Jun 13, |
| HDSP-Jun 24-27 2025 | Nov 1, 2024-April 30, 2025 | June 16, 2025 | Jun 20, |

==\*Please send patient census for all MHSDS programs at KVSP, CIM, SCC, and HDSP as well as the appointments reports for the review period as soon as practicable but no later than **May 1, 2025**.==

**July 2025**

| PVSP-Jul 7-9 2025 | Dec 1, 2024-May 30, 2025 | Jul 1, 2025 | July 7, |
| ASP-Jul 10-11 2025 | Dec 1, 2024-May 30, 2025 | July 1, 2025 | July 7, |
| WSP-Jul 15-18 2025 | Dec 1, 2024-May 30, 2025 | Jul 7, 2025 | July 11, |
| CRC-Jul 22-24 2025 | Dec 1, 2024-May 30, 2025 | Jul 14, 2025 | July 18, |
| CCI-Jul 22-24 2025 | Dec 1, 2024-May 30, 2025 | Jul 14, 2025 | July 18, |
| NKSP-Jul 29-Aug 1 2025 | Dec 1, 2024-May 30, 2025 | July 21, 2025 | July 25, |

*Please send patient census for all MHSDS programs at PVSP, ASP, WSP, CRC, CCI, and NKSP as well as the appointments reports for the review period as soon as practicable but no later than **June 1, 2025**.

**To maximize on-site efficiency, please upload all programming, group treatment, IDTT, and ICC schedules by the Friday before the tour starts.**

Unless otherwise indicated, tours will start at 9:00 a.m. on the first day.

The onsite reviews will focus on the areas outlined in the 31st Round Document Request, which will be forthcoming no later than Friday, December 13, 2024.

As with prior site visits, documents submitted in response to the document request will be submitted to the Special Master's office via SharePoint.  Please make the responses available on or before the dates provided above and inform Kerry Walsh (kwalsh@pldolaw.com), Michael Ryan (mryan@pldolaw.com), Patricia Williams (harconwil@gmail.com), and Rachel Gribbin (Rgribbin@pldolaw.com) when they are available.

Access to the SharePoint site should be provided to Kerry Walsh (kwalsh@pldolaw.com), Michael Ryan (mryan@pldolaw.com), Patricia Williams (harconwil@gmail.com), and Rachel Gribbin (Rgribbin@pldolaw.com) if not already provided. Also, as with past site visits, responses to the document request and proof of practice binders should be available onsite in hard copies, which we may retain for our records. Any additional documents not previously uploaded to the SharePoint should be provided onsite in hard copy and electronic format where available for review by the *Coleman* team. We understand that such documents will subsequently be uploaded to the SharePoint.  Please separate additional documents in a clearly labeled new folder, i.e., Updated Documents, and include the date in the file name.

*The document requests in no way preclude the Coleman Special Master from requesting additional documents not included in the document requests while on site.*

Finally, as in prior rounds, plaintiffs' counsel may provide a monitoring memorandum for our tours.

Please contact me if you have questions.

Thank you,

Patricia Williams
Deputy Special Master

# *Coleman* Site Visit, 31ˢᵗ Round
# Document Request

The *Coleman* Special Master's 31st Round monitoring reviews will focus on the areas outlined in this document request. Where indicated, some documents specific to the onsite portion of the review must be submitted to the office of the Special Master 72 hours prior to the first day of the monitoring team's scheduled site visit. Additionally, some requests may require data production prior to or subsequent to the designated review period. *For example, when reporting on length of stay data, some patients may have a placement date prior to the start of the review period and remain in restricted housing after the end of the review period.*

The requested documents shall be electronically submitted or made accessible to *Coleman* Deputy Special Masters Kerry Walsh, kwalsh@pldolaw.com, and Patricia Williams, harconwil@gmail.com, as well as Rachel Gribbin, rgribbin@pldolaw.com on or before the date provided in the tour notices.

A hard copy of all requested information must be available onsite in organized binders with tabs, subtabs, and labels in accordance with this document request. Within each individual binder, please include an index of tabs for each section and sub-section heading contained therein. The monitor may remove any and all binders and their contents for further review off-site. Information provided electronically in advance of the site visit must be labeled in accordance with the same labeled tab and sub-tab format. For example, an electronic 3CMS census should be in a file folder labeled "Tab A: 3CMS census" while 3CMS program information should be in a file folder labeled "Tab Z: 3CMS program information." *Do not send electronic files that simply say "Tab B.4" or similar.* The monitor may also request, review, and remove any additional documents related to the Mental Health Services Delivery System (MHSDS) Program Guide and relevant court orders, even if they are not specifically referenced in this document request. Do not provide original or single-copy documents to the monitors without saving a copy for your own records.

Proof of practice material includes logs, spreadsheets, reports, and other supporting documents. For each report, list, spreadsheet, and log, provide a ***detailed description of the methodology, timeframe, sample size, results***, and remedial action (if applicable). ***Please also ensure that methodologies are provided*** for any non-electronic data collected and tracked locally for quality assurance purposes.

The *Coleman* Special Master has determined each requested document or series of documents referenced in this Document Request is necessary for reviewing compliance with Court orders, MHSDS Program Guide, and other plans, protocols, and policies pertaining to *Coleman* class members. The "documents requested" herein or "subject to review" mean any written or printed material of any kind, whether stored in hard copy or electronic format. As such, the monitors and monitor's experts may request and obtain copies of any documents related to the care and treatment of MHSDS patients for review, including documents that are not specifically mentioned in this Document Request. Documents should be produced in their original format as much as possible. It is essential that logs be provided in their original Excel format and not as a PDF file or in any other converted format.

If you find that a document provided in response to one request also applies to a request in a different section, you may simply reference the location of the document already provided. Example: "See Tab 3: Quality Assurance/Quality Improvement, No.3." If a document requested is no longer available or retrievable, but there is another document that provides similar information, please provide the similar document with a brief explanation as to why the document requested for review is no longer available.

**In responding to this Document Request, please only include your institution's data, as opposed to providing aggregate system-wide mental health data. However, in the event a response that includes aggregate system-wide mental health data is necessary, such as for comparison or context, please that is clearly labeled as system-wide data and provide a clear explanation for its relevancy.**

When additional documents are electronically submitted after the original document submission, please separate the documents into folders that are clearly labeled with the date of submission and topic. Please also indicate on each document the reason for the late submission. For example, "corrected documented," "document requested by monitoring team onsite," or "late submission." **DO NOT resubmit the entire document production or place the new document in an existing folder**.

**Additional Instructions**

1. Provide a list of staff responsible for each subject area or Tab section and their contact information for the duration of the site tour. Please include the list within the onsite binders as well.

2. Provide a schedule of all mental health-related activities for the days of the site visit 72 hours before the site visit. If possible, one integrated schedule is preferred. This schedule should include all quality management/quality improvement meetings, treatment groups, IDTTs, ICC/UCCs, and miscellaneous mental health-related activities.

3. **Please do not cancel any clinical activities such as therapeutic groups, treatment team meetings or quality management-related meetings solely because of the monitoring tour.**

Please include a description of the current quarantine and isolation space for MHSDS patients at the time of the site visit and provide daily status updates on quarantine and isolation units.

2

## NARRATIVE SUMMARY

## Preface

1.  Narrative description of the program: Provide a narrative description of the mental health program since the preceding monitoring visit, including whether there were any changes in your institution's mission, staffing, population, housing of *Coleman* class members, non-designated EOP, and treatment space. **Include a description of the duties and responsibilities of Marriage and Family Therapists and/or Professional Clinical Counselors e.g., do they carry a caseload, do they complete RVR assessments, are they involved in CITs, etc**. Please also include a comprehensive discussion regarding obstacles to care and ability to achieve and/or maintain compliance with Program Guide, Court orders, and other requirements during the review period. Additionally, include an explanation of efforts to address any areas of concern, and ideas/plans for addressing those that remain unresolved, including efforts to address deficiencies identified during the previous visit.

3

# Tab A:  CENSUS

1.  Upload the following institutional census chart with counts that are current within **72 hours** of the site visit.

**Institutional Census**

(Review Period and Date)
(Name of Institution)

| | |
|---|---|
| Total Population | |
| Total MHSDS | |
| Total EOP Mainline (Non-MSF) | |
| Total EOP Mainline (MSF) | |
| Total EOP in OHU | |
| Total 3CMS Mainline (Non-MSF) | |
| Total 3CMS Mainline (MSF) | |
| Total 3CMS in OHU | |
| Total RHU | |
| Total NDS<br>    *Total EOP NDS*<br>    *Total 3CMS NDS* | |
| Total EOP RHU<br>    *Total EOP pending transfer to EOP*<br>    *RHU (if there is no EOP RHU at your*<br>    *institution)* | |
| Total 3CMS RHU—NON-RC<br>    *Total 3CMS pending transfer to 3CMS*<br>    *RHU (if there is no 3CMS RHU at your*<br>    *institution)* | |
| MHCB | |

4

| | |
|---|---|
| Alternative Housing | |
| Total Reception Center (if applicable) *Total RC EOP Total RC 3CMS Total RC 3CMS RHU Total RC EOP RHU* | |

2. **Additional Census Information**

    a.  Upload **current mental health rosters** by housing unit and by level of care within **72 hours of the site visit.**  Housing roster should be broken into one alphabetized roster and one "by cell" roster; mental health level of care roster should be alphabetized.  Mental health  level of care should be indicated on all rosters.

    b.  <u>**"C" Status**</u>

- Provide documentation that indicates the total number of patients on "C" Status during the review period and at the time of the site visit and identify such "C" status patients who were EOP, 3CMS, and non-MHSDS within 72 hours of site visit.

- Provide a copy of the Classification Committee chronos that placed the patient on "C" status for EOP and 3CMS patients within 72 hours of site visit.

# Tab B:  STAFFING

1.  **Staffing Report: Please provide a staffing report using the following format and labeled under Tab B.**

(Name of Institution) Facility Mental Health Staffing and Telemedicine
(Review Period and Date)

| Position | Positions Est. | Positions Filled | Vacancies | Vacancy Rate | Functional Vacancies | Functional Vacancy Rate | FTE Contractors, Dual Appts. (i.e. in terms of FTEs) | Long Term Leave (LTL) | # Days/ Week Onsite vs Tele-Working Offsite |
|---|---|---|---|---|---|---|---|---|---|
| Chief Psychiatrist | | | | | | | | | |
| Senior Psychiatrist | | | | | | | | | |
| Chief Psychologist | | | | | | | | | |
| Senior Psychologist | | | | | | | | | |
| Senior Psychologist Specialist | | | | | | | | | |
| Staff Psychiatrist | | | | | | | | | |
| Telepsychiatrist | | | | | | | | | |
| Staff Psychologist | | | | | | | | | |
| Telepsychologist | | | | | | | | | |
| Medical Assistants assigned to Telementalhealth | | | | | | | | | |
| Any other disciplines assigned to serve as telepresenters | | | | | | | | | |

6

| Position | Positions Est. | Positions Filled | Vacancies | Vacancy Rate | Functional Vacancies | Functional Vacancy Rate | FTE Contractors, Dual Appts. (i.e. in terms of FTEs) | Long Term Leave (LTL) | # Days/ Week Onsite vs Tele-Working Offsite |
|---|---|---|---|---|---|---|---|---|---|
| Psychiatric Nurse Practitioner | | | | | | | | | |
| Supervising Social Worker | | | | | | | | | |
| Social Worker | | | | | | | | | |
| Tele-Social Worker | | | | | | | | | |
| Marriage and Family Therapists | | | | | | | | | |
| Tele-MFTs | | | | | | | | | |
| Professional Clinical Counselors | | | | | | | | | |
| Tele-PCCs | | | | | | | | | |
| Disciplines of other MHSDS treatment providers | | | | | | | | | |
| | | | | | | | | | |
| Supervising Registered Nurses | | | | | | | | | |
| MHSDS Registered Nurse (RN) | | | | | | | | | |
| LVNs | | | | | | | | | |
| CNAs | | | | | | | | | |
| Senior Psych Tech | | | | | | | | | |
| Psych Tech | | | | | | | | | |
| Recreation Therapist | | | | | | | | | |
| MHSDS Clerical | | | | | | | | | |
| Office Services I (OSS I) | | | | | | | | | |
| Office Services II (OSS II) | | | | | | | | | |

| Position | Positions Est. | Positions Filled | Vacancies | Vacancy Rate | Functional Vacancies | Functional Vacancy Rate | FTE Contractors, Dual Appts. (i.e. in terms of FTEs) | Long Term Leave (LTL) | # Days/Week Onsite vs Tele-Working Offsite |
|---|---|---|---|---|---|---|---|---|---|
| Associated Government Program Analyst (AGPA) | | | | | | | | | |
| Health Program Specialist I (HPS I) | | | | | | | | | |
| Health Program Specialist II (HPS II) | | | | | | | | | |
| Correctional Health Care Administrator (CHCA) | | | | | | | | | |

For the following table, please include names and titles of all staff assigned to mental health (include psych techs and RNs with mental health responsibilities):

| Name | Title | Degree | Hire Date | Start Date | Assigned MHSDS Program (3C, EOP, etc.) | Caseload* | Licensed Y/N | Time remaining (years/months to obtain licensure before termination) |
|------|-------|--------|-----------|------------|-----------------------------------------|-----------|--------------|------------------------------------------------------------------------|
|      |       |        |           |            |                                         |           |              |                                                                        |
|      |       |        |           |            |                                         |           |              |                                                                        |
|      |       |        |           |            |                                         |           |              |                                                                        |
|      |       |        |           |            |                                         |           |              |                                                                        |
|      |       |        |           |            |                                         |           |              |                                                                        |
|      |       |        |           |            |                                         |           |              |                                                                        |
|      |       |        |           |            |                                         |           |              |                                                                        |
|      |       |        |           |            |                                         |           |              |                                                                        |

*Please specify if the clinician is assigned patients on more than one level of care the number of patients in each level of care.

**TELEMENTAL HEALTH**

| Telepsychiatry Coverage by Program/Function | Number of hours per week AND FTEs |
|---|---|
| *3CMS* | |
| *EOP* | |
| *MHCB* | |
| *On-Call (after hours)/crisis* | |
| **Telepsychology Coverage by Program/Function** | |
| *3CMS* | |
| *EOP* | |
| *MHCB* | |
| *On-Call (after hours)/crisis* | |
| **Tele-Social Work Coverage by Program/Function** | |
| *3CMS* | |
| *EOP* | |
| *MHCB* | |
| *On-Call (after hours)/crisis* | |
| **Tele-Marriage and Family Therapist Coverage by Program/Function** | |
| *3CMS* | |
| *EOP* | |
| *MHCB* | |
| *On-Call (after hours)/crisis* | |
| **Tele-Professional Clinical Counselor Coverage by Program/Function** | |
| *3CMS* | |
| *EOP* | |
| *MHCB* | |
| *On-Call (after hours)/crisis* | |

**Custody Staff Report**

| Custody Staff Position | Positions Allocated | Positions Filled | Vacancies | FTE Positions on Long Term Leave | FTE Positions Acting Out of Class | Functional Vacancies |
|---|---|---|---|---|---|---|
| Warden | | | | | | |
| Chief Deputy Warden | | | | | | |
| Associate Warden(s) | | | | | | |
| Captain(s) | | | | | | |
| Lieutenant(s) | | | | | | |
| Sergeant(s) | | | | | | |
| CC I(s) | | | | | | |
| CC II(s) | | | | | | |
| Correctional Officer(s) | | | | | | |

11

2. **Additional Staffing Information (Tab B:  Additional staffing)**

   a. Report on how any staffing shortages (inclusive of custody and mental health staffing shortages) affect the provision of mental health treatment or Program Guide compliance.
   b. Provide the institution's triage plan.
   c. Provide the current back log for each discipline and level of care.
   d. Indicate how on-call coverage is assigned. Include staff positions and FTEs assigned to on-call coverage.

      i. Indicate whether there are specific FTEs/staff positions (mental health and non-mental health staff) assigned to the CIT at your facility, specifying each allocation by discipline and shift.
      ii. Indicate how crisis calls are covered during regular work hours, evenings, weekends and holidays.
      iii. Please also indicate whether on-call coverage is provided by individuals not assigned to your institution and/or covering more than one institution. If applicable, explain any known limitations or problems resulting from this type of on-call coverage.

   e. Describe institutional staffing recruitment efforts and results, as well as any known obstacles.
   f. For each primary clinician and psychiatrist, indicate whether they are a telemental health provider and whether they are assigned to more than one institution.
   g. For each primary clinician and psychiatrist, indicate whether and to what extent they: (1) teleworked during the review period, or (2) worked a hybrid schedule during the review period.

# Tab C: QUALITY MANAGEMENT

1. Provide copies of all local institutional quality improvement reports, corrective action plans, and supplemental reports that have occurred and been generated during the review period.

2. Provide copies of all sustainable process review reports (major and minor) that occurred during the review period. Please include all corrective action plans and supplemental reports that were generated during the review period.

3. Provide copies of minutes for all Local Governing Body meetings (as applicable) that took place during the review period.

4. Provide copies of minutes for all Quality Management Committee meetings that took place during the review period.

5. Provide copies of minutes for all Mental Health Quality Management Subcommittee meetings that took place during the review period.

6. Provide minutes from the Emergency Response Committee for the reporting period.

7. Provide copies of studies not otherwise provided as a proof of practice response to other requests in this document. The document should include:

   a. A detailed description of the study's methodology
   b. The study results
   c. An analysis of the study results
   d. Corrective action taken to address any poor results from the study

8. Provide a list in a spreadsheet of QITs and FITs established or active during the review period.

9. For all QITs/FITs that were established or active during the review period, provide the date and reason(s) for activation, and all meeting minutes, reports and other documentation findings (preferred) generated during the review period.  For QITs/FITs completed during the review period, provide the original charter, date of completion, final report, and recommendations.

10. Provide the institution's Mental Health Peer Review proof of practice binder.  The binder shall include, but not be limited to:

    a. Any local, regional, or headquarters' policy and procedures related to a mental health peer review process.
    b. Any activities related to the peer review process/practices by psychiatrists, psychologists, and social workers during the review period.
    c. If there were any pairing of institutional reviews, please include the name of the institution, the number of charts reviewed, and what discipline, e.g., psychologist,

13

social worker, or psychiatrist.

d. Provide any minutes of the Mental Health Peer Review Process and the reporting structure up to the Mental Health Quality Management Subcommittee.

    i. The minutes should include members present, approval of previous meetings, and if a quorum was achieved or required.

    ii. Also, include any specific qualitative analysis of the peer review process.

    iii. Provide any Corrective Action Plans (CAP) or any Performance Improvement Plans (PIP) for reviews that were found inadequate, e.g., case formulation not consistent with the clinical assessment or treatment plans not individualized.

e. If the Peer Review Process was not active during the review period, please explain why and provide dates for the planned activation.

# Tab D:  SUICIDE PREVENTION

FOR THESE INSTITUTIONS ONLY:  ASP, CRC, CTF, FSP, PVSP, SCC, VSP

### Training

- <u>Annual Suicide Prevention Training</u>:  Percent compliance with annual suicide prevention training.  Report how many staff (*defined as any personnel having regular contact with incarcerated persons*) are currently employed at the facility, were employed at CDCR during 2024, and how many were trained in annual suicide prevention during 2024.  *Report total numbers and percentage. Report <u>separately</u> for custody, medical, and mental health staff.  Include registry staff; include psychiatry.*

- <u>CPR Training for Custody Staff</u>:  Percent compliance with CPR.  Report total number of staff currently employed and how many are <u>*currently*</u> compliant with CPR training requirements.  Report total numbers and percentage.

- <u>ALS/BCLS Training for Nursing</u>:  Percent compliance. Report total number of nursing staff currently employed and how many are <u>*currently*</u> compliant with CPR training requirements.  Report total numbers and percentage. Include registry staff.

- <u>SRE Mentor Program</u>:  Percent compliance. Report total number of mental health clinicians (including psychiatry) and how many are <u>*currently*</u> compliant with the mentoring program. Report total numbers and percentage.

- <u>SRE 7-hour Training</u>:  Percent compliance. Report total number of mental health clinicians (including psychiatry) and how many completed the training. Report total numbers and percentage.

- <u>Safety Plan Training</u>: Percent compliance. Report total number of mental health clinicians (including psychiatry) and how many completed the new safety planning training. Report total numbers and percentage. *Do <u>not</u> report any data on previous Safety Planning Intervention training.*

### SPRFIT

- Provide copies of of SPRFIT Committee Meeting minutes for the review period.

### Emergent/Urgent Mental Health Referrals

- Provide a list of emergent and urgent mental health referrals that occurred in the review period, including incarcerated person (IP) names and CDCR numbers.

### Serious Suicide Attempts and Serious Self-Injurious Behavior

- Provide a list of all serious suicide attempts/self-injurious behavior (i.e., those incidents resulting in Medical Severity No. 3 (Severe, requiring intensive medical/surgical management, including overnight hospital stays, etc.) that occurred during the past 12 months.

15

**Alternative Housing**

- Provide a list of all Alternative Housing admissions and discharges during the review period, including IP names, CDCR numbers, *assigned housing unit*, and length of stay. *This list is generated by the institution and sent to headquarters on a weekly basis, and includes a column entitled "total hours in alternative housing," as well as a column noting whether the IP was released back to their assigned housing or placed in a MHCB.*

**Guard One**

- Be prepared to provide a Guard One report showing time of each cell welfare check in the RHUs. *Specific request will occur on-site.*

**Local Policies**

- Provide all local current policies on suicide prevention, including SPRFIT, Crisis Intervention Team, Inmate-Patients Receiving Bad News, and Suicide Risk Management Program.

**MHCB Discharge Custody Check Sheet (CDCR MH-7497)**

- Provide all MHCB Discharge Custody Check Sheets (CDCR MH-7497) for patients discharged from a MHCB and Alternative Housing during the review period and required to have custody follow-up security checks.  Of note, Page 1 of each form is completed by a clinician; Page 2 is completed by custody staff.

**Quality Improvement Plans (QIPs) and/or Corrective Action Plans (CAPs)**

- Provide supporting documentation that adequately addresses completion of any QIPs following suicides during 2023-2024 that were not included in the six months of SPRFIT minutes requested above.

- Provide supporting documentation that adequately addresses completion of any CAPs following (regional SPRFIT or Hayes) audits of suicide prevention practices in the facility from 2023 to the present that were not included in the six months of SPRFIT minutes requested above.

16

# TAB E:  MEDICATION MANAGEMENT

1. Provide the institution's MAPIP proof of practice binder. The binder shall include but are not limited to the following documents. If there was any gap in MAPIP activities related to EHRS, provide the reason explaining the gap in MAPIP audits:

   a. Provide the Quality Management Institutional Medication Management report for the designated six-month reporting period.

      i. The report should include percentages for MAPIP mental health measures. The report should show all percentages (above and below the 90 percent threshold), for the requested reporting period.

      ii. For the psychiatrist quarterly reported measures, 1A through 1G, the report should include percent of compliance with labs, EKGs and other tasks related to laboratory studies for patients on psychotropic medications.

      iii. For the nursing mental health measures 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 20 and 22 the report should provide compliance percentages for patient transfers and on medication, continuity of medications prescribed, and compliance with medication administration.

      iv. Non-automated nursing measures should be provided for the reporting period in a monthly/summary electronic format and included in the proof of practice binder.

   b. Provide a Corrective Action Plan (CAP) or a Performance Improvement Plan (PIP) for each measure scoring below 90 percent.

      i. The CAP or PIP should outline the researched reason for the low score(s), discipline(s) involved in remediating the problem, plans to remediate the problem and timeframe and percent of improvement. *For example, Measure 7: The PIP includes psychiatrist, nursing and pharmacy. Institution X's goal is to decrease the number of missed medications of patients in the MHCB prior to discharge by 3 percent over the next quarter by increasing medication compliance education to all patients entering 3CMS RHU and during medication pass. These new strategies will be discussed in the morning huddle and in the mental health subcommittee meetings.*

      ii. Provide a cover letter that shows a comparative analysis of areas of improvement and deficiency between the last monitoring period and the current monitoring period, and the success or failure of your CAPs and/or PIPs.

   c. Provide the total number of pill line wait time audits conducted during the review period, the results of those audits, and any corrective action plans to address excessive wait times when indicated.

   d. Indicate whether medication distribution times conflict with other scheduled mental health services, patient work hours, or patient leisure time activity, and include any

corrective actions implemented to address these issues (if applicable).Provide a narrative of any issues with waiting areas for pill lines during inclement weather and any mitigation measures taken by the institution.

e.  Provide written procedures and/or other documentation regulating psychiatrist prescribing practice, maximum length of medications ordered by psychiatrist, maximum length of bridge ordered medications, and how telephone orders and verbal orders are tracked.

f.  Provide the percentage of non-formulary medication prescribed and a list of all patients prescribed non-formulary medication, including the medication, within 72 hours of the site visit.

g.  Provide institutional polypharmacy reports and MH Headquarters' utilization of the polypharmacy reports.

h.  Provide a written report of the institution's management and tracking of initiation and maintenance of patients on Clozaril, if applicable.

i.  Provide a list of patients on Clozaril during the review period and within 72 hours of the site visit.

j.  DOT medications:

    i.  Provide institutional criteria for ordering DOT medication by a psychiatrist, the number of patients receiving psychotropic medications DOT, and a report of any patient's prescribed psychotropic medications KOP.

    ii.  Provide institutional criteria for ordering DOT SSRI medication by medical providers, the number of patients receiving DOT SSRI medications prescribed by a medical provider, and a report of any patient's prescribed SSRI medication KOP by a medical provider.

k.  Provide the number of patients on HS medications, the total number of prescriptions written at HS, and whether HS medications were administered after 2000 hours.

l.  Involuntary Medication (PC2602):

    i.  Provide the number of PC2602 petitions initiated, identify the facility initiating, and the number of petitions renewed, including the status of any pending (report the numbers for emergency petitions separately from non-emergent petitions, identifying both, and provide a total number); include whether any petitions were denied or withdrawn for non-clinical reasons such as poor tracking or mishandling and provide the number of cases in each category (e.g., 6 were denied due to procedural error, 3 were withdrawn due to failure to meet deadline).

ii.  Provide the number of patients who have been non-compliant with the PC2602 process and any use of force associated with administration of medication.

iii. Provide the number of active PC2602 orders by patient level of care.  Provide date of report (should be within 7 calendar days of site visit).

**Provide the institutional tracking and reporting of PC2602 process to MH Headquarters**

# Tab F: ACCESS/TRANSFERS TO HIGHER LEVELS OF CARE

1.  Provide a copy of the DSH/PIP referral report or log for acute psychiatric program (APP) and intermediate care facility (ICF) referrals during the review period. This report should be exported to an Excel file and provided electronically as well. The full report with patient names, CDCR numbers, MHSDS level of care, IDTT referral date, date referral package left institution, acceptance or rejection and date, whether wait listed or not, *Vitek* decision (if applicable), date of bed assignment, facility and LOC, transfer date, rescinded date (if applicable) and reason rescinded, return date and comments section should all be included. Please indicate transfers subject to exceptions to the transfer timelines. ***This Excel file should not include merged or otherwise modified cells whenever possible. Institutional staff should be prepared to provide the monitoring team with locally maintained referral logs upon request.***

2.  Provide a copy of the DSH/PIP non-referral report log, to include the rationale for non-referral, covering non-referrals during the review period. The report should be exported to an Excel file and provided electronically as well. ***Similarly, this report should not include merged or modified cells.***

3.  Provide copies of all reports or studies of the DSH/PIP referral process (e.g., accurate completion of consideration of higher level of care in EHRS treatment plan, compliance with referral packet timeframes, access to data regarding EOP participation, MHCB admissions and RVRs) completed during the review period.

4.  Provide a list in a spreadsheet of all patients currently (within 72 hours of the site visit) referred to acute or intermediate care who have been accepted and are awaiting placement, including the referral date.

5.  Provide a list in a spreadsheet of all patients with Complex Medical Needs who were referred to acute or intermediate care during the monitoring period, whether or not the patient was actually transferred to a DSH/PIP facility.

6.  Provide a list in a spreadsheet of all patients transferred to an MHCB during the review period, including the date placed in alternative housing, the MHCB referral date and date of transfer. Please separate those transfers to outside MHCBs.

7.  EOP RHU (For institutions without an EOP RHU)

    a.  Provide a list in a spreadsheet of EOP patients transferred to EOP RHU institutions within 30 days of identification during the review period.
    b.  Provide a spreadsheet with the names and CDCR numbers for each EOP patient who transferred to an EOP RHU institution 30 or more days after identification during the review period, total number of days between identification and transfer, and reasons for each patient's delay beyond 30 days.
    c.  Include a list of all current EOP patients pending transfer to an EOP RHU including the number of days awaiting transfer.

    d.  Describe the mental health treatment provided to EOP patients awaiting transfer to an EOP RHU.

8.  For institutions without a 3CMS RHU, provide any logs/spreadsheets or studies concerning the timely transfer (within 30 days of placement in RHU or designation as 3CMS in the MHSDS, whichever occurs later) from RHU to 3CMS RHU.

9.  Provide a spreadsheet of all 3CMS RHU transfers during the review period and include:

      i.  Patient name/CDCR number;
      ii.  Date of RHU placement;
     iii.  Date of LOC change to 3CMS;
     iv.  Date(s) endorsed for transfer to 3CMS RHU
      v.  Date of transfer to 3CMS RHU;
     vi.  Reasons for any delays.
    vii.  Include all 3CMS patients placed in RHU, including those that were rehoused in the institution's general population and did not transfer to an 3CMS RHU. For those patients, provide the non-transfer rationale for each patient.

10. **For institutions without EOP programs**, provide a list in a spreadsheet of all patients transferred to an EOP program during the review period and include:

    a.  Date of level of care change/referral to EOP
    b.  Date(s) endorsed for transfer to an EOP program
    c.  Date of physical transfer to an EOP program
    d.  Describe any enhanced mental health programming provided to EOP patients awaiting transfer to a designated EOP institution.

11. Provide a list in a spreadsheet of patients transferred from the EOP level of care to the 3CMS level of care during the review period.

    a.  As available, indicate which institution these transfers originated from.
    b.  Provide the names, CDCR numbers, and date of transfer to 3CMS.
    c.  Provide names and CDCR numbers of those patients who have returned to a higher level of care (e.g., EOP or MHCB).

12. Provide the names of 3CMS patients placed in MSF **from** your facility during the review period in accordance with the April 10, 2023 policy.

13. If your facility has an MSF, provide:

    a.  A copy of the LOP for Correctional Clinical Case Management Level of Care and Minimum Support Facilities.
    b.  Please provide the percentage of the following staff who have completed the 3CMS level of care and minimum support facilities training (BET Code 11062544):

      i.   Psychologists
     ii.   Social Workers
   iii.   Custody Supervisors, i.e., sergeant and lieutenant
   iv.   Correctional Counselors Is and Correctional Counselor IIs
    v.   C&PRs
   vi.   Assistant C&PRs
  vii.   Captains
 viii.   Associate Wardens

c.  The number of 3CMS patients transferred to MSF during the review period.

d.  Of those transferred, the number and percent who were prescribed KOP medications and the number and percent who had job assignments.

e.  Of those transferred, the number and percent returned to a non-MSF facility.

f.  Of those transferred, the number and percent who had a higher level of care change during the review period. Please identify the number and percent for each change (non-MHSDS, EOP, MHCB, PIP).

22

# Tab G: RESTRICTED HOUSING

1. Provide the total number of non-MHSDS incarcerated persons placed in RHU during the review period.

2. Provide the average length of stay for non-MHSDS incarcerated persons placed in RHU during the review period.

3. Provide a list in an Excel spreadsheet of all MHSDS patients placed in RHU and RHU overflow (indicate overflow status) during the review period, sorted by level of care, including the following:

   a. Patient name;
   b. CDCR number;
   c. Level of care;
   d. Date of placement in RHU;
   e. Reason for initial placement in RHU (be specific);
   f. Date of transfer or removal from RHU; and,
   g. Status (endorsed and awaiting transfer, pending investigation, pending DA referral) (include prior actions and issues impacting status such as waiting for CSR, RVR reissued and reheard, returned to CSR, etc. The status section should include all of the reasons the patient remains in segregation).

4. EOP RHU

   a. Provide a copy of your Local Operational Procedure, which describes your EOP RHU treatment program, as required by the Restricted Housing Unit Program: Mental Health Services Policy (memo date 7/19/2024)
   b. Provide a list of all MHSDS participants housed in the EOP RHU during the reporting period, please include their name, CDCR number, LOC, length of stay and date of admission.
   c. Provide a separate list in a spreadsheet of all EOP patients held in RHU longer than 90 days, include total LOS and the reason(s) for retention.
      i. If awaiting CSR review, please include any delays with CSR endorsement; and,
      ii. If retention in RHU beyond 90 days is due to the postponement of an RVR pending referral, provide the dates contact was made with the DA's Office to request expedited review.
      iii. Provide CDCR Forms 128-G from subsequent Institution Classification Committees where alternative housing was considered.
      iv. To the extent available, provide any tracking information in a spreadsheet related to liaison with the DA's office regarding each applicable case where the patient has been retained beyond 90 days in RHU.

23

   d. Provide copies of all 30-day reviews conducted and forwarded to the Warden or his/her designee by the Facility Captain and CCII of EOP patients in RHU over 90 days. Describe any additional actions taken to remediate delays for these cases as well as those EOP RHU patients housed in non-EOP RHUs.

   e. Provide the most recent LOP regarding unclothed body searches.

   f. Provide any logs/spreadsheets, information, or any other documentation concerning the required offering of 20 hours per week of out-of-cell time.

   g. Please provide proof of practice that the assigned primary clinician met with patients for weekly individual contacts and caseload groups.

      i. Please provide the number and percent of contacts when the patient was not seen by the assigned primary clinician for the required weekly contact.

   h. Please provide proof of practice that the assigned psychiatrist met with patients for individual contacts.

      i. Please provide the number and percent of contacts with the patient was not seen by the assigned psychiatrist.

   i. If EOP RHU caseload groups are used, please provide proof of practice that groups and individual contacts alternated in accordance with Program Guide requirements.

   j. Excluding EOP RHU patients on modified, programming provide the average weekly hours of structured therapeutic activities per patient in the EOP RHU during the review period, including:

      i. Scheduled;
      ii. Offered;
      iii. Attended;
      iv. Refused;
      v. Canceled (include reasons for cancellation)

   k. For each month during the review period, calculate the percentage of eligible (meaning NOT placed on "EOP Mod" by the IDTT) EOP RHU patients who were offered less than the required minimum hours of weekly structured therapeutic activities during the review period. Provide a written explanation for the non-compliance and indicate whether corrective actions were implemented to improve compliance.

   l. For EOP RHU patients on modified EOP programming, provide the average weekly hours of structured therapeutic activities per EOP patient housed in the RHU during the review period, including:

      1. scheduled;
      2. offered;
      3. attended;
      4. refused;
      5. cancelled (include reasons for cancellation).

   m. Please complete the following chart for the review period:

24

| Name | CDCR Number | Refused 50% of offered treatment in two-month period | Jointly evaluated by custody and MH staff | Alternative security practices identified | Alternative security practices implemented |
|------|-------------|------|------|------|------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

2. 3CMS RHU- **PLEASE DO NOT INCLUDE RC 3CMS RHU**
   a. Provide the Warden's 3CMS RHU report. If unavailable, at minimum, provide a list in a spreadsheet of all patients in the 3CMS RHU during the review period, including the following:
      i. Patient's name;
      ii. CDCR number;
      iii. Level of care;
      iv. Date of placement in RHU;
      v. Reason for placement in RHU (be specific; initial placement reason);
      vi. Current reason for retention in RHU;
      vii. Length of stay on date of report (i.e., as of the date of the report, the number of days that the patient has been in segregation);
      viii. Status (endorsed and awaiting transfer, pending investigation, pending DA referral, NDS) (Include prior actions and issues impacting status such as waiting for CSR, RVR reissued and reheard, returned to CSR, etc. The status section should include all of the reasons the patient remains in segregation).
   b. Provide a summary of each group offered during the review period.
   c. Provide any logs/spreadsheets, information, or any other documentation concerning the required offering of 20 hours per week of out-of-cell time.
   d. Please provide proof of practice that the assigned primary clinician met with patients for weekly individual contacts.
      i. Please provide the number and percent of contacts when the patient was not seen by the assigned primary clinician for the required weekly contact.
   e. Please provide proof of practice that the assigned psychiatrist met with patients for individual contacts.
      i. Please provider the number and percent of contacts when the patient was not seen by the assigned psychiatrist for individual contacts.
   f. Provide reports, logs/spreadsheets, information, or any other documentation of reviews concerning the provision of in-cell therapeutic activities as determined by the IDTT.
   g. Provide the average per patient weekly structured therapeutic activities hours

25

during the review period by:
  i. Scheduled
  ii. Offered
  iii. Attended
  iv. Refused
  v. Cancelled

3. Non-Disciplinary Segregation (NDS):

  a. Provide the Local Operating Procedure (LOP) for non-disciplinary segregation.

  b. Provide a list in a spreadsheet of all MHSDS patients who were designated as NDS during the review period.
     i. Provide date designated NDS.
     ii. Where applicable, provide the date designated for expedited transfer.
     iii. Provide the date transferred for all NDS MHSDS patients during the review period.

  c. Provide a list in a spreadsheet of MHSDS patients in RHU at the time of the site visit (list should be printed within 72 hours of arrival for site visit) who have been designated NDS.
     i. Provide date designated NDS.
     ii. Where applicable, provide the date designated for expedited transfer.

  d. Provide the log in a spreadsheet with patient name, CDCR number, date of NDS consideration, date privilege(s) granted, accelerated transfer and transfer date, and which privileges granted for MHSDS patients who were in RHU during the review period. In lieu of such a log, provide any reports, or documents showing the number of MHSDS patients who were considered by the NDS process for possible accelerated transfer and/or privileges and property.
     i. Of those, how many were identified for accelerated transfer and the number and of those transferred from the institution within 72 hours of NDS designation?
     ii. Of those, what number were transferred to alternative RHU housing?

  e. Provide any reports, documents, or local studies showing the number of MHSDS patients identified for NDS status for privileges and property but not considered for accelerated transfer.

  f. Provide any reports, documents or local studies showing what percentage of MHSDS patients designated for NDS status received property and privileges and within what timeframe.

26

# Tab H: MENTAL HEALTH CRISIS BED (MHCB) PROGRAMMING

1. Provide an MHCB admission report that covers the review period, including the patient's name and CDCR number, the housing location or outside prison from which the patient was admitted, the date of MHCB admission, the admission reason, diagnosis, the date of clinical discharge, the date of physical discharge, and the number of days the patient spent in the MHCB unit.

2. Provide a list in a spreadsheet of the patients that had three or more MHCB admissions at any institution during the review period, including the admission and discharge dates for each admission.

3. **Note: Must be run within 72 hours of visit**. Provide a report of current MHCB level of care patients, including patients currently housed in the MHCB and patients awaiting MHCB placement in alternative housing, Include the name and CDCR number, MHCB level of care referral date/time, admission date/time, admission reason, diagnosis, and MHCB length of stay.

4. Provide the average daily census within the MHCB during the review period.

5. Provide a list in a spreadsheet of the mental health staff assigned to the MHCB unit, including the number of hours a month dedicated to the MHCB for each staff.  For each MHCB staff member, indicate any other assignment areas, if applicable.  Indicate if staff are unlicensed or tele-mental health staff.

6. Please provide proof of practice that the assigned primary clinician and assigned psychiatrist met with the patient per Program Guide requirements.
   a. Please provide the number and percent of contacts with the patient was not seen by the assigned clinician or psychiatrist.

7. Provide logs/spreadsheets that document the use of clinical restraint and seclusion, including the date and time each order was initiated, renewed, and discontinued.  If documented, provide the date/time of all nursing checks associated with each clinical restraint/seclusion order.
   a. Provide a list in a spreadsheet with the names and CDCR numbers of all patients placed in clinical restraints and/or seclusion during the reporting period.

8. Provide a copy of the current Local Operating Procedure/memo (as available) regarding property restrictions, access to the dayroom and outside yard, and the use of handcuffs and holding cells for patients admitted to the MHCB.

9. Provide a copy of the unit log or other documentation for the offering of dayroom, outside yard, phone, tablets, and visiting to MHCB patients.

27

# Tab I:  ENHANCED OUTPATIENT PROGRAM (EOP)

1. Provide a brief description of the EOP program(s) at your institution, including the housing location, the security level, capacity, average patient census during the review period, a list in a spreadsheet of the mental health staff assigned to the program(s), and the allocation of housing and escort officers.

2. Provide a narrative of any EOP patients housed and/or programming with non-EOP patients, including reasons during the review period.

3. Please provide a narrative of any step-down program during the review period and include where those patients were housed and the patients' names and CDCR numbers.

4. Provide the number and percentage of any EOP patients held in EOP overflow units,
   a.  provide the location of any EOP overflow units,
   b.  the length of time each patient has remained in the EOP overflow units, and
   c.  a brief description of the treatment received by any patients in the EOP overflow units.

5. Provide a list in a spreadsheet of therapeutic activities available to EOP patients, including therapy and psycho-educational groups, recreational and occupational therapy, general education, substance abuse, and vocational education, as well as jobs.

6. Provide a schedule of nursing-led treatment groups (NLTGs) for each EOP yard.

7. Provide the percentage of EOP patients assigned to NLTGs as part of their treatment planning and include a log of all patients by name, CDCR number, and the number of NLTGs the patient is enrolled in as part of the treatment plan.

8. **Note: Must be run within 72 hours of visit.**  Provide a list in a spreadsheet of the EOP patients currently (**within 72 hours of site visit**) assigned fewer than ten hours of therapeutic activities a week per the recommendation of their treatment team.

9. Please provide proof of practice that the assigned primary clinician met with patients for weekly individual contacts and caseload groups.

   a.  Please provide the number and percent of contacts when the patient was not seen by the assigned primary clinician for the required weekly contact.

10. Please provide proof of practice that the assigned psychiatrist met with patients for individual contacts.

   a.  Please provide the number and percent of contacts with the patient was not seen by the assigned psychiatrist.

28

11. If EOP caseload groups are used, please provide proof of practice that groups and individual contacts alternated in accordance with Program Guide requirements.

12. Excluding patients placed on Modified EOP programming, provide the average weekly hours of structured therapeutic activities per patient in the mainline EOP during the review period including:
    a. scheduled; offered;
    b. attended;
    c. refused;
    d. canceled (include reasons for cancellation).

13. For patients placed on Modified EOP programming provide the average weekly hours of structured therapeutic activities per patient in the mainline EOP during the review period, including:
    a. scheduled;
    b. offered;
    c. attended;
    d. refused;
    e. canceled (include reasons for cancellation).

14. For each month during the review period, calculate and report on the percentage of eligible EOP patients (meaning NOT placed on "EOP Mod" by the IDTT) who were offered less than the required minimum hours of weekly structured therapeutic activities. Provide a written explanation for the non-compliance and indicate whether corrective actions were implemented to improve compliance.

# Tab J:  CORRECTIONAL CLINICAL CASE MANAGEMENT SYSTEM (3CMS)

1. Provide a list in a spreadsheet of all groups currently offered to 3CMS patients. Include descriptions of each treatment group and if there is a waitlist.

2. Please provide proof of practice that the assigned primary clinician met with the patients at least every 90 days.

   a. Please provide the number and percent of contacts when the patient was not seen by the assigned primary clinician for the required 90-day contact.

3. Please provide proof of practice that the assigned psychiatrist met with patients for individual contacts.
   a. Please provide the number and percent of contacts with the patient was not seen by the assigned psychiatrist.

4. Provide a log/spreadsheet of all 3CMS patients by name and number assigned to NLTGs and the number of hours assigned to NLTG by patient.

5. Provide current group schedule (not just for time of group schedule but for entire week).

# Tab K: MENTAL HEALTH REFERRALS

1. Provide the following information regarding mental health referrals during the reporting period:
   a. Tracking logs, spreadsheets, and other information for all mental health referrals generated during the reporting period.
   b. Number of emergent, urgent and routine referrals generated during the reporting period.
   c. Number of emergent, urgent and routine referrals resulting in a timely response during the reporting period broken down by category (i.e. emergent, urgent, routine) and between psychiatry and primary clinician contacts.
   d. Reasons for untimely responses during the review period.
   e. Provide local operating procedure (LOP) for Crisis Intervention Team (CIT).
   f. For each CIT referral/activation, please provide a spreadsheet, including:
      • patient name and CDCR number;
      • patient level of care;
      • date of interaction with CIT;
      • staff attendance, and
      • outcome/resolution.

# Tab L: HEAT PLAN

1. Provide a copy of the headquarters memorandum issued at the beginning of the heat season.

2. Provide a copy of the monthly heat reports submitted to CDCR headquarters during the review period.

3. Provide copies of any Local Operating Procedure (LOP) governing heat season and the institutional heat plan.

4. Provide the list of all patients taking heat-sensitive medications during the review period.

5. Provide any and all documentation, including Daily Activity Reports, reflecting all three stages of heat plan activation and deactivation during the review period.

6. Provide any documentation reflecting accommodations provided to patients for canceled yard due to activation of a heat alert during the review period.

7. Provide a copy of the documentation of the accommodations taken to mitigate the reduction in yard time due to the activation of Stage I heat alerts for MHSDS patients.

8. Provide summarized data in the below charts reflecting the number of staff who attended/did not attend heat alert training in calendar year 2023. The data should be broken down by job classification, with the total number of staff in each classification, excluding those on extended leave or workers' compensation, and the total number of staff in each class who attended/did not attend the training.

| Job Class: | Total Number of Staff in Job Class (Filled) | Number of Staff Trained per Job Class |
|---|---|---|
| Warden | | |
| Chief Deputy Warden | | |
| Correctional Administrator | | |
| Captain | | |
| Lieutenant | | |
| Sergeant | | |
| Correctional Officer | | |

| Job Class: | Total Number of Staff in Job Class (Filled) | Number of Staff Trained per Job Class |
|---|---|---|
| Chiefs of Psychology, Mental Health, and Psychology | | |
| Supervisor Psychologists/Supervisor Psychiatrists/Supervisor Social Workers | | |
| Psychologists | | |
| Psychiatrists | | |
| Psychiatric Nurse Practitioners | | |
| Social Workers | | |
| Nurses | | |
| Other: | | |

9. Provide documentation identifying all patients who experienced a heat-related illness during the review period; documentation should include the patient's name, whether the patient was in the mental health program, and the nature of the heat- related illness.

10. Provide access to observe where thermometers are placed in housing units.

11. Provide copies of the outside and inside temperature logs for each housing unit during the review period.

33

# Tab M: RULES VIOLATION REPORTS (RVR)

1. Provide a copy of LOPs regarding

    a. The process for referring an RVR to mental health for completion of an assessment;

    b. Facility Captain's review if mental health clinician indicates the patient's mental illness strongly influenced the behavior and an alternative action should be taken;

    c. The process for reviewing/adjudicating RVRs issued for self-injurious and suicidal behavior; and

    d. The process for reviewing mental health input as part of ICC decisions.

2. Provide an RVR report in a spreadsheet that lists the total number of RVRs issued by the institution during the review period, the number of RVRs issued to 3CMS patients during the review period, the number of RVRs issued to EOP patients during the review period, the number of RVRs issued to MHCB patients during the review period, the number of RVRs issued to Intermediate level of care patients during the review period, the number of RVRs issued to Acute level of care patients during the review period and the number of RVRs issued to Non-MHSDS patients during the review period.

3. If specific mental health clinicians complete MHA-115's, please provide staff names and titles.

4. Provide a list in a spreadsheet of all MHSDS patients issued RVRs during the review period. The list should include the patient's name, CDCR number, specific offense, date of RVR, division of offense, and hearing result.
    a. The monitor will identify specific RVRs from the above list for a complete copy of the RVR and MHA-115 to be printed and provided to the monitor for review.

5. Provide the total number of RVRs issued to patients that were referred to mental health staff for completion of MHA-115s during the review period. Of those, please provide:
    a. How many MHAs answered "Yes" to Question 2 ("strongly influenced")?
    b. How many MHAs answered "Yes" to Question 3 ("contributed to")?
    c. How many times did the captain overturn the recommendation to document in an alternative manner?
    d. How many times did the senior hearing officer mitigate a penalty when mitigation was recommended in the mental health assessment?

6. Provide a list in a spreadsheet of all MHSDS patients who were assessed SHU terms during the review period to the extent available.

7. Staff Assistants
    a. Describe your institution's policy governing the assignment of staff assistants to MHSDS patients as part of the RVR process.

34

    b.   Describe the assistance provided to MHSDS patients and the kind of training, if any, provided to staff assistants.

8.   Complete the spreadsheet below identifying the correctional staff receiving Inmate Disciplinary Process Mental Health Assessment training (BET code 11055507), <u>excluding long-term sick employees</u>. Demonstrate compliance with policy by identifying the job class, total number, each class (filled), number of staff trained by job class, and the number of staff NOT trained by job class.

| Report of Training - Inmate Disciplinary Process Mental Health Assessment. BET Code 11055507 | | | |
|---|---|---|---|
| Reporting Period: | | | |
| Institution: | | | |
| Job Class: | Total Number of Staff in Class (Filled) | Number of Staff Trained per Class | Number of Staff NOT Trained per Class |
| Correctional Administrator | | | |
| Captain | | | |
| Lieutenant | | | |
| Sergeant | | | |

9.   Complete the spreadsheet below identifying **all** mental health staff receiving Inmate Disciplinary Process Mental Health Assessment training, <u>excluding long-term sick employees.</u> Demonstrate compliance with policy by identifying the job class, total number, each class (filled), number of staff trained by job class, and number of staff NOT trained by job class.

| Report of Training - Incarcerated Individual Disciplinary Process Mental Health Assessment. | | | |
|---|---|---|---|
| Reporting Period: | | | |
| Institution: | | | |
| Job Class: | Total Number of Staff in Class (Filled) | Number of Staff Trained per Class | Number of Staff NOT Trained per Class |
| Chief Psychologist/Chief of Mental Health/Chief Psychiatrist | | | |

| | | | |
|---|---|---|---|
| Senior Psychologists/Senior Psychiatrists/Senior Social Work Supervisor | | | |
| Psychologists | | | |
| Psychiatrists | | | |
| Other: | | | |

# Tab N:  USE OF FORCE (UOF)

Provide the following information regarding use of force during the reporting period:

1.  Provide for review onsite a list of all incident reports documenting all **controlled** uses of force involving MHSDS patients during the reporting period.  The list shall contain the patient's name CDCR number, date of incident, location of incident, and type of force used.

2.  Provide for review onsite a list of all incident reports documenting all **immediate** uses of force involving MHSDS patients during the review period.  The list shall contain the patient's name CDCR number, date of incident, location of incident, and type of force used.

3.  Please have videos readily available for review during the site visit.

4.  Provide for review onsite a complete copy of all controlled or immediate use of force incidents that occurred in a MHCB.

5.  **Tables**: Using the table format presented below please provide the following information for the reporting period:
    a.  Total number of use of force incidents in each yard or facility: Report separately the number of use of force incidents involving MHSDS patients and number of use of force incidents involving non-MHSDS patients.
    b.  Total number of non-use of force incidents for each yard or facility: Report separately the number of non-use of force incidents involving MHSDS patients and number of non-use of force incidents involving non-MHSDS patients.
    c.  Number of use of force incidents in EOP RHU yards/other specialized housing: Report separately the number of use of force incidents involving MHSDS patients and number of use of force incidents involving non-MHSDS patients in RHU, EOP, MHCB, PIP, OHU and other specialized housing.
    d.  Number of non-use of force incidents: Report separately the number of non-use of force incidents involving MHSDS patients and number of non-use of force incidents involving non-MHSDS patients in RHU, EOP, MHCB, OHU, PIP, and other specialized housing.
    e.  Number of use of force incidents involving Level IV patients:  Report separately the number of use of force incidents involving MHSDS patients and the number of use of force incidents involving non-MHSDS patients.
    f.  Number of non-use of force incidents involving Level IV patients: Report separately the number of non-use of force incidents involving MHSDS patients and the number of non-use of force involving non-MHSDS patients.
    g.  Cumulative number of use of force incidents and non-use of force incidents for the institution: Report separately the total number of use of force incidents involving MHSDS patients and total number of incidents involving non-MHSDS patients.
    h.  For each use of force incident that occurred during the reporting period, indicate at what stage the institutional use of force review process is at.

37

**TABLE FORMATS:**

INCIDENTS FOR YARD OR FACILITY "X"
**CONTROLLED IMMEDIATE**

| MONTH | UOF | MENTAL HEALTH | NON-MENTAL HEALTH |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS |  |  |  |

INCIDENTS FOR YARD OR FACILITY "X"
**IMMEDIATE**

| MONTH | UOF | MENTAL HEALTH | NON-MENTAL HEALTH |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS |  |  |  |

INCIDENTS FOR YARD OR FACILITY "X"

| MONTH | NON-UOF | MENTAL HEALTH | NON MENTAL HEALTH |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  |  |  |

38

INCIDENTS FOR RHU
(Prepare a similar table separately for EOP LEVEL IV patients)
**CONTROLLED**

| MONTH | UOF | MENTAL HEALTH | NON-MENTAL HEALTH |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | | | |

INCIDENTS FOR RHU
(Prepare a similar table separately for EOP LEVEL IV patients)
**IMMEDIATE**

| MONTH | UOF | MENTAL HEALTH | NON-MENTAL HEALTH |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | | | |

INCIDENTS FOR RHU
(Prepare a similar table separately for EOP LEVEL IV patients)

| MONTH | NON-UOF | MENTAL HEALTH | NON MENTAL HEALTH |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | | |

39

TOTAL NUMBER OF INCIDENTS FOR ALL YARDS OR FACILITIES

| | UOF CONTR | UOF IMMED | MENTAL HEALTH | NON-MENTAL HEALTH | NON-UOF | MENTAL HEALTH | NON-MENTAL HEALTH |
|---|---|---|---|---|---|---|---|
| TOTALS | | | | | | | |

6. Use of Force Staff Training Matrix:
   a. Complete the spreadsheet below identifying **all** correctional staff receiving Use of Force Policy training (using BET training code 11053412) during the prior calendar year, 2023. Identify staff on long-term sick leave who have not completed the training on a separate spreadsheet. Demonstrate compliance with policy by identifying the job class, total number of staff in each class (filled), number of staff trained by job class, and number of staff NOT trained by job class.

| Job Class: | Total Number of Staff in Job Class (Filled) | Number of Staff Trained per Job Class |
|---|---|---|
| Warden | | |
| Chief Deputy Warden | | |
| Correctional Administrator | | |
| Captain | | |
| Lieutenant | | |
| Sergeant | | |
| Correctional Officer | | |

   b. Complete the spreadsheet below identifying **all** required health care staff, those receiving Use of Force Policy training (using clinical training code 11055482) during the prior calendar year, 2023. Identify long-term sick employees, if applicable. Demonstrate compliance with policy by identifying the job class, total number of staff in each class (filled), number of staff trained by job class, and number of staff NOT trained by job class.

40

| Job Class: | Total Number of Staff in Job Class (Filled) | Number of Staff Trained per Job Class |
|---|---|---|
| Chiefs of Psychology, Mental Health, and Psychology | | |
| Supervisor Psychologists/Supervisor Psychiatrists/Supervisor Social Workers | | |
| Psychologists | | |
| Psychiatrists | | |
| Psychiatric Nurse Practitioners | | |
| Social Workers | | |
| Nurses | | |
| Other: | | |

# Tab O:  PROGRAM LOCKDOWN

1.  Provide a copy of each Program Status Report (PSR) for all program
    lockdowns/shutdowns/modifications during the reporting period. Indicate if there was any
    interruption in mental health service delivery because of the PSR and when services were
    reinstated.

# Tab P: PRE-RELEASE PLANNING

1. Provide a narrative that describes all pre-release planning activities at the institution.

2. Provide the LOP for pre-release planning.

3. Provide a copy of the group schedules showing pre-release activities during the reporting period.

4. Provide a report of the total number, names, and CDCR numbers of MHSDS patients who were treated at your institution and had 90 days or fewer until parole during the review period. Indicate which patients paroled directly from the institution.

5. Provide a report of the total number, names, and CDCR numbers of patients who received pre-release planning targeted toward parole during the review period.

   a. Include specific services provided, whether referral to transitional case management program (TCMP) was made, and whether clinician-to- clinician contact was made.

6. Provide logs/spreadsheets, reports, or other documentation indicating the amount of pre- release programming received by patients scheduled to release during the review period.

7. Provide documentation reflecting communications and other contacts by the pre- release coordinator with patients who received pre-release planning. How many patients required completion of the Pre-Release Planning Assessment (PRPA) and how many PRPAs were completed.

8. Provide a report of the number of patients released from the institution whose CAL-Id documentation was completed. For those not completed, please provide the reason.

9. Provide documentation, including spreadsheets, reflecting all contacts by the Transitional Case Management Program (TCMP) with patients (as available), including patient refusal of TCMP services where applicable.

10. Provide a list of patients released to Probation from the institution, including patient name and CDCR number. Include whether a signed Release of Information was obtained and forwarded to Probation during the review period.Provide a list of patients, including patient name and CDCR number, released from the institution who were referred by the C&PR to housing programs, such as the STOP Program, during the review period.

11. Provide a list of all *Coleman* class patients (CDCR number and Name) that are within **120 days of their institutional release** on the first day of the site visit.

# Tab Q: PROGRAM ACCESS

1. **Patient Assignment Report**
   a. Provide the following assignment information for your institution for EOP, 3CMS and Non-MHSDS patients:

Institution: _____ Report Run Date: _____

Total Census_____

EOP Census_____3CMS Census _____Non-MHSDS Census_____

Indicate LOC_____(EOP, 3CMS or Non-MHSDS)

| Program Type | Full Time | Part Time | Voluntary | Re-Entry | Total Program Count | % of Population Assigned |
|---|---|---|---|---|---|---|
| Academic | | | | | | |
| Job | | | | | | |
| Substance Abuse Treatment | | | | | | |
| Vocational Education | | | | | | |
| Voluntary Education | | | | | | |

   a. Provide confirmation of implementation of new policies and procedures regarding the Functional Evaluation of EOP patients for program assignment, including training materials or curriculum; training rosters/attendance sheets; and examples of completed forms CDC 128-C and CDC 7230.

2. **MHSDS Earned Milestone Credit**
   a. Provide the following information for your institution.

Report Run Date: _____

| MHSDS Type | Population | MCC Eligible | MCC Earned |
|---|---|---|---|
| 3CMS | | | |
| EOP | | | |
| Non-MHSDS | | | |

b.  Provide confirmation of implementation of milestone credits for MHSDS EOP patients, including curriculum; training materials; and training rosters/attendance sheets.

**3.  Out-of-Level Housing**

a.  Provide the following information for your institution:

Report Run Date_____

| Custody Level | Housing Level | 3CMS | EOP | Non-MHSDS | Other | Total |
|---|---|---|---|---|---|---|
| Level I | Level I | | | | | |
| | Level II | | | | | |
| | Level III | | | | | |
| | Level IV | | | | | |
| | Total | | | | | |
| Level II | Level I | | | | | |
| | Level II | | | | | |
| | Level III | | | | | |
| | Level IV | | | | | |
| | Total | | | | | |
| Level III | Level I | | | | | |
| | Level II | | | | | |
| | Level III | | | | | |
| | Level IV | | | | | |
| | Total | | | | | |
| Level IV | Level I | | | | | |
| | Level II | | | | | |
| | Level III | | | | | |
| | Level IV | | | | | |
| | Total | | | | | |

**4.  ADA Reasonable Accommodation and Grievance Procedures**

a.  Provide confirmation of implementation of revised ADA accommodation and grievance procedures to include appeals regarding accommodations for psychiatric disabilities, including:

i.  training materials;

ii.  training rosters/attendance sheets.

**5.  Periodic Classification Score Reductions, EOP Patients**

a.  Have available for the Monitor to review completed CDC 840s for EOP patients during the reporting period.

45

# Tab R:  CASE BY CASE REVIEWS

1. Please provide the following information in a spreadsheet regarding MHSDS patients at your institution who have had their 150-day case review or a subsequent case review and were NOT released or whose cases were NOT resolved:
   a. Name of patient
   b. Date of most recent ICC
   c. Date of next scheduled ICC
   d. Provide copy of case notes and MH-10 from case-by-case review with Associate Director.

2. Please provide the following information in a spreadsheet regarding MHSDS incarcerated persons at your institution who had their 120-day pre-MERD for incarcerated persons with a projected or active RHU term.
   a. Name of incarcerated person and CDCR number
   b. Date of initial ICC
   c. Date of 120-day pre-MERD
   d. Date of CSR review prior to expiration of MERD
   e. Provide a copy of each incarcerated person's 120-day pre-MERD ICC chrono
   f. Provide a list of incarcerated persons retained in RHU beyond their MERD with no further disciplinary issues and if they were granted NDS status.

46

# Tab S:  ACCESS TO CARE REPORTS

1.  Provide copies of monthly Access to Care reports issued during the review period.

# Tab T: CUSTODY and MENTAL HEALTH PARTNERSHIP

Please provide information on the following:

1. Provide a copy of the institution's Custody and Mental Health Partnership Plan LOP.

2. Provide proof of practice documentation that Joint Executive Rounding by Institution Leadership (dates, attendee's names and title) and a summary of programs rounded, topics identified staff response occurred as for each required program in the past twelve months.

3. For Joint Executive Rounding, provide monthly Executive Staff meeting agendas that include Joint Rounding topics, programs rounded and identification of staff that completed rounds.

4. For Joint Executive Rounding provide documentation of programs rounded, identification of staff that completed rounds and critical topics on Quality Management Committee minutes. Please upload only specific pages and highlight relevant content that addresses Joint Executive Rounding in committee meetings.

5. For Joint Executive Rounding, provide documentation of programs rounded, identification of staff that completed rounds and critical topics on Mental Health Subcommittee minutes. Please upload only specific pages and highlight relevant content that addresses Joint Executive Rounding in committee meetings.

6. Provide copies of documentation (dates, attendees' names and discipline/title, topics discussed) of mental health, medical, nursing and custody huddles that occur on second and third watch as per the partnership plan. Please separate by program.

7. Provide a list in a spreadsheet of all custody and mental health staff (names and title) by program who attended the quarterly round table trainings as scheduled, identify the date and lesson plan attended as well as the names of the instructors.

8. Provide a list in a spreadsheet of required staff (names and title) by program/unit that did not attend the quarterly round training as scheduled; identify the date/lesson plan missed and plan to make-up the training.

9. 9.Complete the spreadsheet below identifying custody and health care staff, those receiving Annual Partnership Off-Post training (OPT) during the prior calendar year, 2023. Identify long-term sick employees, if applicable. Demonstrate compliance with policy by identifying the job class, the total number of staff in each class (filled), number of staff trained by job class, and number of staff NOT trained by job class.

48

**Mental Health:**

| Job Class: | Total Number of Staff in Job Class (Filled) | Number of Staff Trained Per Job Class | Number of Staff not trained by Job Class |
|---|---|---|---|
| Chiefs of Psychology, Mental Health, and Psychology | | | |
| Supervisor Psychologists/Supervisor Psychiatrists/Supervisor Social Workers | | | |
| Psychologists | | | |
| Psychiatrists | | | |
| Psychiatric Nurse Practitioners | | | |
| Social Workers | | | |
| Nurses | | | |
| Other: | | | |

**Custody:**

| Job Class: | Total Number of Staff in Job Class (Filled) | Number of Staff Trained Per Job Class | Number of Staff not trained by Job Class |
|---|---|---|---|
| Warden | | | |
| Associate Wardens | | | |
| Captains | | | |
| Lieutenants | | | |
| Sergeants | | | |
| CC I, CC II, CC III | | | |
| Correctional Officers | | | |
| Other: | | | |

10. Introduction to EOP groups
   a. Provide a schedule of Introduction to EOP groups for the reporting period and scheduled groups during the site visit.
   b. Indicate group leaders (mental health and custody staff and patient peer co- facilitator).

    c. Provide a spreadsheet that includes patients that were offered the Introduction to EOP groups; include patient name and CDCR number; date eligible to attend group and date of groups attended.

11. Provide proof of practice for weekly 3CMS supervisory meetings.
    a. Provide a schedule of weekly 3CMS supervisory meetings for each yard for the duration of the reporting period and meetings during the site visit.

12. Provide proof of practice for monthly incarcerated person advisory council meetings, separated by yard, for the review period and meetings during the site visit.

13. Provide proof of practice for monthly joint supervisory program area tours, separated by yard, for the review period and tours during the site visit.

14. Provide a copy of the 3CMS Orientation Brochure.

15. Please provide a list in a spreadsheet by patient name, CDCR number, housing location, summary of all staff (including mental health and custody) misconduct allegations, date complaint filed, and finding or current status of the staff misconduct complaint. Monitors may identify and request a hard copy of specific staff misconduct complaints while on site.

16. The number of other investigations of staff for misconduct towards a patient not initiated through the appeal process.

17. How many mental health staff were moved to another post as a result of a MHSDS patient filing a mental health staff misconduct complaint.
    a. Please provide a spreadsheet of the programs the complaint originated in and the post the staff member was moved to.

# Tab U:  RECEPTION CENTER
# NKSP, WSP AND CCWF

1. **Extended Stays**

   Please provide the following information in a spreadsheet:
   a. Provide by name and CDCR number all patients who exceeded their lengths of stay in the reception center during the review period. Include the level of care (EOP, 3CMS, non-MHSDS), date of arrival, and date of transfer (if applicable). Indicate any patient whose timeline to transfer has been exceeded and remains at the institution at the time of the site visit.

2. **RC 3CMS and EOP**: Provide a list in a spreadsheet by names and CDCR numbers of all 3CMS and EOP patients with the following information in a spreadsheet for their lengths of stay.
   a. Date of arrival;
   b. Date of mental health screening (31-item questionnaire);
   c. Dates of primary clinician contacts in reception center;
   d. Dates of psychiatrist contacts in reception center.

3. **RC 3CMS:**
   a. Provide a list in a spreadsheet of all 3CMS patients who transferred out of the reception center during the review period, including the patient's name/CDCR number, the arrival date in the reception center, the date the patient was placed at a 3CMS level of care, and the date transferred to a 3CMS institution/program.
   b. Provide a list in a spreadsheet of all 3CMS patients currently (within 72 hours of the site visit) in the reception center who have been pending transfer to a 3CMS institution/program longer than 90 days.

4. **RC EOP:**  Provide a spreadsheet with the following information by name and CDCR number related to each of the below-listed items. This may require multiple spreadsheets or separate spreadsheets.
   a. Date of arrival;
   b. Dates of initial and subsequent IDTTs;
   c. Attendance of required disciplines at the IDTTs (including CC Is).
   d. Please provide proof of practice that the assigned primary clinician met with patients for weekly individual contacts and caseload groups.
      i. Please provide the number and percent of contacts when the patient was not seen by the assigned primary clinician for the required weekly contact.
   e. Please provide proof of practice that the assigned psychiatrist met with patients for individual contacts.
      i. Please provide the number and percent of contacts with the patient was not seen by the assigned psychiatrist.

51

    f.  Excluding patients on modified programming, provide the average weekly hours of structured therapeutic activities per patient in the RC EOP during the review period, including:
- i. scheduled;
- ii. offered;
- iii. attended;
- iv. refused;
- v. cancelled (include reasons for cancellation).

    g.  Names and CDCR numbers of current patients in RC EOP who are considered "high refusers" (attending less than 2.5 hours of structured treatment per week).
- i. Names and CDCR numbers of any RC EOP patients who were on a modified treatment plan during the reporting period.

    h.  Provide a list in a spreadsheet of all EOP patients who transferred out of the reception center during the review period, including:
- i. the patient's name/CDCR number,
- ii. the arrival date in the reception center,
- iii. the date the patient was placed at an EOP level of care, and
- iv. the date transferred to an EOP institution/program.

    i.  Provide a list in a spreadsheet of all EOP patients currently (within 72 hours of the site visit) in the reception center who have been pending transfer to an EOP institution/program longer than 60 days.

5. **RC 3CMS RHU- DO NOT INCLUDE NON-RC 3CMS RHU DATA:**

    a.  Provide the Warden's 3CMS RHU report. Provide a list in a spreadsheet of all patients in the RC 3CMS RHU during the review period, including the following:
- i. Patient's name;
- ii. CDCR number;
- iii. Level of care;
- iv. Date designated for placement in RHU;
- v. Date of placement in RHU;
- vi. Reason for placement in RHU (be specific; initial placement reason);
- vii. Current reason for retention in RHU;
- viii. Length of stay report as of the date of the report (i.e., as of the date the report was run, the number of days that the patient has been in segregation);
- ix. Status (endorsed and awaiting transfer, pending investigation, pending DA referral, NDS) (Include prior actions and issues impacting status such as waiting for CSR, RVR reissued and reheard, returned to CSR, etc. The status section should include all of the reasons the patient remains in segregation).

    b.  Provide any spreadsheets, logs, and other documentation of RC 3CMS RHU patients for the following:
- i. Provide information in a spreadsheet by names and CDCR numbers related to each of the below-listed items.

1. Date of placement in RC 3CMS RHU;
2. Dates of primary clinician contacts;
3. Dates of psychiatrist contacts;
4. Dates of initial (prior to ICC) and subsequent IDTTs;
5. Attendance of required disciplines at the IDTTs (including CC Is);
6. A list in a spreadsheet of treatment groups offered with descriptions of each.

c. Provide logs/spreadsheets, information, or other documentation regarding required out-of-cell activity logs/spreadsheets/documentation.

d. Provide logs/spreadsheets, information, or other documentation concerning activities and services afforded patients in the RC 3CMS RHU in addition to PC contacts, groups.

e. Provide any logs/spreadsheets, information, or any other documentation concerning required out-of-cell activities.

f. Provide reports, logs/spreadsheets, information, or any other documentation of reviews concerning the provision of in-cell therapeutic activities as determined by the IDTT.

**Appointment Reports Request**

Please provide appointment reports for each program at your institution.  Please ensure there is a separate report for each program (i.e. MHCB, ML EOP, RHU EOP, RHU CCCMS, ML CCCMS) at your institution.

- Please do not separate reports by month.  For example, when the report is requested for three months, please provide all three months in the same report.

- Similarly, when the report requested is for the entire review period, please provide the six-month review period in the same document.

1. Routine contact Primary Clinician Appointment Report for each patient during the last three months of the review period for MHCB, ML EOP, RHU EOP, RC EOP, RHU CCCMS.

2. Routine contact Primary Clinician Appointment Report for each patient during the review period for ML CCCMS.

3. Routine Contact Psychiatrist Appointment Report for each patient during the review period (ML EOP, RHU EOP, RC EOP, RHU CCCMS)

4. Routine Contact Psychiatrist Appointment report for each patient during the last three months of the review period for MHCB.

5. Initial and Routine IDTT Appointment Report for each patient during the review period.

6. Initial IDTT Appointment Report for each patient during the review period.
   o Please include date of admission to institution's program (i.e. MHCB, ML EOP, RHU EOP, RHU CCCMS, ML CCCMS RC EOP)

7. Initial Primary Clinician Appointment Report for each patient during the review period.
   o Please include date of admission to institution's program (i.e. MHCB, ML EOP, RHU EOP, RHU CCCMS, ML CCCMS RC EOP)

8. Initial Psychiatry Appointment Report for each patient during the review period.
   o Please include date of admission to institution's program (i.e. MHCB, ML EOP, RHU EOP, RHU CCCMS, ML CCCMS RC EOP)