1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
3 | DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
4 | ELISE OWENS THORN, State Bar No. 145931
CHRISTIAN M. GEORGELY, State Bar No.
5 | 322952
Deputy Attorneys General
6 |   1300 I Street, Suite 125
  P.O. Box 944255
7 |   Sacramento, CA 94244-2550
  Telephone:  (916) 210-7318
8 |   Fax:  (916) 324-5205
  E-mail:  Elise.Thorn@doj.ca.gov
9 | *Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZÁLEZ,
SBN 321994
SHANDYN H. PIERCE, SBN 336421
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     415-777-3200
Pmello@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520- KJM-DB |
| Plaintiffs, | **DEFENDANTS' RENEWED REQUEST FOR LEAVE TO FILE MOTION TO MODIFY; DECLARATION OF COUNSEL** |
| v. | |
| GAVIN NEWSOM, et al. | Judge:    Hon. Kimberly J. Mueller |
| Defendants. | |

Per this Court's requirement, Defendants hereby request leave from the Court to file a

Motion to Modify the Order of Reference (ECF No. 640), a copy of which is attached as Exhibit

A, consistent with Federal Rules of Civil Procedure Rule 60(b). (*See* ECF No. 7003 (requiring

"any party seeking relief from this court, including from any existing order of this court, [to] . . .

first file a request for leave to file a motion, describing with particularity the relief to be sought

and the steps the party has taken to exhaust meet and confer efforts with all opposing counsel" and

describing communications with the Special Master regarding the proposed motion as part of the

requester's due diligence in determining whether the parties are at impasse.).) The Order of

21379909.1

1   Reference, issued by this Court in December of 1995, sets forth the specific duties and powers of

2   the Special Master and applies the pre-amendment language of Federal Rules of Civil Procedure

3   Rule 53, stating that "[p]ursuant to Fed. R. Civ. P. 53(e)(2), the court shall accept the special

4   master's findings of fact unless they are *clearly erroneous.*"  (ECF No. 640 at 8:18-20.)  The

5   standard set forth in Rule 53(e)(2) was updated in 2003 and objections to a special master's

6   findings of fact must be reviewed *de* novo unless the parties stipulate otherwise, which they have

7   not.  Fed. R. Civ. P. 53(f)(3).  Accordingly, Defendants request that by way of their Motion to

8   Modify, the Court modify the Order of Reference so that the standard is consistent with Federal

9   Rule of Civil Procedure, Rule 53.

10          Defendants informed Plaintiffs' counsel on December 6, 2024, of their intention to seek

11  leave to file a Motion to Modify the Order of Reference and asked whether Plaintiffs would

12  oppose their request for leave.  (Decl. Paul Mello Supp. Not. Of Mot. And Mot. To Modify Order

13  of Reference ("Decl. Mello"), ¶ 4.)  Plaintiffs responded on December 10, 2024, and indicated that

14  they do not oppose Defendants seeking leave to file a motion to modify the Order of Reference but

15  reserved their right to oppose the underlying motion to modify.  *See id*; *see also* ECF No. 8488 at

16  2.  On December 12, 2024, this Court denied Defendants' Request for Leave without prejudice,

17  stating that "Defendants' request does not describe any 'steps taken to exhaust meet and confer

18  efforts' with opposing counsel, nor does it 'describe communications with the Special Master

19  regarding the proposed motion.'"  ECF No. 8489, *quoting* ECF No. 7003 at 2.

20          Defendants now renew their request for leave to file their Motion to Modify, having

21  exhausted meet and confer efforts with Plaintiffs' counsel and having obtained the Special

22  Master's position.  As detailed in the accompanying Declaration of Paul Mello, Defense counsel

23  emailed Plaintiffs' counsel on December 12, 2024, and asked whether Plaintiffs would stipulate to

24  a modification of the Order of Reference that replaces the clearly erroneous standard of review

25  with the current de novo standard of review.  Defendants further informed Plaintiffs that they were

26  willing to discuss the issue via video conference or by phone if Plaintiffs believed it could result a

27  change in the parties' respective positions.  (Decl. Mello, ¶ 5 & Ex. A.)  Counsel for Plaintiffs

28  responded on December 13, 2024 and stated that they would not stipulate to modify the Order of

1  Reference and that they were taking a closer look at the issue and were available to meet and

2  confer on December 19, 2024. (*Id.*) The parties met and conferred on December 19, 2024 via

3  video conference. (*Id.* at ¶ 6.) They discussed their respective positions on the Motion to Modify

4  the Order of Reference and, following a thorough discussion, Plaintiffs indicated that they would

5  likely oppose Defendants' motion. (*Id.*) Accordingly, the parties are at impasse and their meet

6  and confer efforts have been exhausted.

7        Defendants notified the Special Master of the proposed motion to modify on December 12,

8  2024, and requested his position on the motion. (Decl. Mello, ¶ 7 & Ex. B.) The Special Master

9  responded that he is not taking a position on Defendants' request. (*Id.*)

10       Accordingly, Defendants request leave to file the attached Motion to Modify in the

11 interests of justice and as allowed under Rule 60(b).

12 **CERTIFICATION**

13       Defendants' counsel certify that they have reviewed the following orders in preparing this

14 filing: ECF Nos. 640, 3731, 4925, 7003, 8179, 8414, 8447, 8456, and 8489.

15 DATED: December 20, 2024           ROB BONTA
                                     Attorney General of California

16

17

18                                By:     */s/ Elise Owens Thorn*
                                 DAMON MCCLAIN

19                                  Supervising Deputy Attorney General
                               ELISE OWENS THORN

20                                  Deputy Attorney General
                               *Attorneys for Defendants*

21 DATED: December 20, 2024           HANSON BRIDGETT LLP

22

23                                By:     */s/ Samantha D. Wolff*

24                                  LAWRENCE M. CIRELLI
                               PAUL B. MELLO

25                                  SAMANTHA D. WOLFF
                               DAVID C. CASARRUBIAS-GONZÁLEZ

26                                  SHANDYN H. PIERCE

27                                *Attorneys for Defendants*

28