| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>CHRISTIAN M. GEORGELY, State Bar No. 322952<br>Deputy Attorneys General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7318<br> Fax: (916) 324-5205<br> E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>LAWRENCE M. CIRELLI, SBN 114710<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID CASARRUBIAS-GONZÁLEZ, SBN 321994<br>SHANDYN H. PIERCE, SBN 336421<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone:   415-777-3200<br>Pmello@hansonbridgett.com<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>           Defendants. | Case No. 2:90-CV-00520- KJM-DB<br><br>**DECLARATION OF PAUL B. MELLO IN SUPPORT OF NOTICE OF MOTION AND MOTION TO MODIFY ORDER OF REFERENCE**<br><br>Judge:   Hon. Kimberly J. Mueller |

I, Paul B. Mello, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hanson Bridgett LLP, attorneys of record for Defendants. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Federal Rules of Civil Procedure, Rule 53 provides that the applicable standard of review for findings of fact the Special Master is *de novo*, unless others stipulated by the parties.

Fed. R. Civ. P. 53.

3. To date, the Parties have not entered into any stipulation providing any other standard of review besides *de novo* regarding the Special Master's findings of fact.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd of December, 2024, at San Francisco, California.

                                            */s/ Paul B. Mello*
                                            Paul B. Mello