# Exhibit A

# MINUTES

*Suicide Prevention and Response Focused Improvement Team (SPRFIT) Committee*
*CSP San Quentin*

| | | | | |
|---|---|---|---|---|
| **Chair:** | ▮▮▮ PsyD | **Number of Committee Members Required for a Quorum:** | | 8/8 |
| **Date:** | March 20, 2024 | **Quorum Met this Meeting?** | | ☐ Yes \| ☒ No |
| **Time:** | 1200-1300 | **PIP Members Require for Quorum:** | | 8/8 |
| **Recorder:** | ▮▮▮ HPS I | **PIP Quorum Met this Meeting?** | | ☒ Yes \| ☐ No |

| SPRFIT Committee Members, Voting | (Check if present) | Approved Designee (check if present) | (Check if present) |
|---|---|---|---|
| ▮▮▮ Chair, SPRFIT Coordinator | ☒ | | ☐ |
| ▮▮▮ Ph.D., Chief Psychologist/PIP Executive Director | ☒ | | ☐ |
| ▮▮▮ MD, Chief Psychiatrist/PIP Medical Director | ☒ | | ☐ |
| ▮▮▮ SRN II | ☒ | | ☐ |
| ▮▮▮, Senior Psychiatric Technician | ☐ | ▮▮▮ SRN II | ☐ |
| ▮▮▮ Correctional Health Services Administrator | ☒ | | ☐ |
| ▮▮▮ Inpatient Coordinator | ☒ | ▮▮▮ Psychologist Supervisor | ☐ |
| ▮▮▮ Associate Warden Health Care Access | ☒ | ▮▮▮ Captain | ☐ |

| PIP SPRFIT Committee Members, Voting | (Check if present) | Approved Designee (check if present) | (Check if present) |
|---|---|---|---|
| ▮▮▮ Chair, SPRFIT Coordinator | ☒ | | ☐ |
| ▮▮▮ Ph.D., Chief Psychologist/PIP Executive Director | ☒ | | ☐ |
| ▮▮▮ Chief Psychiatrist/PIP Medical Director | ☒ | | ☐ |
| ▮▮▮, Chief Nursing Executive | ☐ | ▮▮▮, DON | ☒ |
| ▮▮▮ Program Director | ☒ | | ☐ |
| ▮▮▮ Senior Psychologist Supervisor | ☐ | ▮▮▮ Senior Psychologist Specialist | ☒ |
| ▮▮▮ CHSA II | ☒ | | ☐ |
| ▮▮▮ Associate Warden Warden, Health Care Access | ☐ | ▮▮▮ Captain | ☒ |

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41

# SPRFIT MEETING MINUTES



**Guests, Non-Voting:**

| ████CMH | ████CEO | ████, AGPA |
|---------|---------|------------|
| ████PA | ████, HPM III | ████HPS II |
| ████,LT. | | |

1. **APPROVAL OF SPRFIT MEETING MINUTES**
   **Motion:** To approve meeting minutes for January and February 2024 via email.
   **First:** ████Chief Psychiatrist; **Second:** ████CHSA.
   ☐ Approved without modifications.
   ☒ Approved with modifications.
   ☐ Not Approved.
   **Abstained:**

2. **PREVIOUS ACTION ITEMS:**

| Action Item Number | Task | Assigned Staff | Due Date | Status |
|--------------------|------|----------------|----------|--------|
| 02282024-1 | To ensure cell inspection sheets are being completed before new patient is being placed in the cells, ████or designee will complete audit and review the cell inspections sheets.<br><br>**Conclusion: The officers will be completing NCAT entries for patients placed on suicide watch searches. It was identified that 1st watch does not currently complete NCAT entries and a new action item was created to ensure training for NCATs on 1st watch will be completed for searches of cells for patients ordered 1 to 1 watch.** | ████or designee | 5/15/2024 | **Complete** |

CONFIDENTIAL



| 02282024-2 | PIP Program Director to reach out to HFM and collect data on defective smocks and issues that are occurring regarding the safety smocks.<br><br>**Conclusion: HFM will be completing a quality check for all smocks going to TTA and PIP. If received with a defect, staff shall complete an eHCIR to show that the issue is occurring. The PIP Program Director will be reviewing the eHCIR registry.** | ▇▇▇▇▇ | 3/20/24 | **Completed** |
|---|---|---|---|---|
| 02282024-3 | Captain ▇▇▇▇▇ will follow up to ensure space for rationale was added to the MRR form that was recommended by regional.<br><br>**Conclusion: The update to the form was completed.** | Captain ▇▇▇▇▇ | 3/20/24 | **Completed** |
| 02282024-4 | Lack of timely communication at time of admission to the MHCB program when an EOP patient was coming out of North Block.<br>**Conclusion: A section was added to the nursing Kardex to include all patients and the outpatient housing for staff to be aware of their housing unit and level of care in case of any extra steps that are needed. This will ensure the communication process will begin early in the hospitalization instead of during discharge.** | Dr. ▇▇▇ | 3/20/24 | **Completed** |

CONFIDENTIAL

SPFIT MEETING MINUTES 

**3. IMPROVEMENT WORK**

**Suicide Prevention Topic Updates**

- **Safety Smocks Update Discussion:** HFM will be completing a quality check for all smocks going to TTA and PIP. If smock is received with a defect, staff shall complete an eHCIR to show that the issue is occurring. The PIP Program Director will be reviewing the HCIR registry.
  **Conclusion:** No action required.

- **Condemned Transfer Discussion:** Custody and Healthcare teams are working together in ensuring the transfers are being conducted appropriately. As of 2/28/2024, there have been no issues with the transfers. The residents are being well prepared prior to transfer by all disciplines. There has been great communication to the receiving institutions and SQ to ensure the transfers are being done effectively efficient. There are weekly meetings every Wednesday to reevaluate the process and ensure SQ is mitigating any risk associated with any transfers. As of 2/28/2024, twenty-seven residents have been transferred and 490 pending transfers.
  **Conclusion:** No action required.

**Joint Commission:** A request will be emailed to the Joint Commission Surveyor to have a consultation meeting to review and get clarification on the feedback that was given during the last visit related to Suicide assessments and suicide risk package that was recommended.

| Chapter | Standard EP | SAFER Value | Findings | Recommended Actions | Ensure Sustained Compliance |
|---------|-------------|-------------|----------|---------------------|------------------------------|
| National Patient Safety Goals (NPSG) | Npsg.15.01, ep 3 | 6-High/Widespread | Suicide Risk Assessment Noted suicide risk assessment did not directly ask about suicidal ideation, plan, intent, suicidal or self-harm behaviors, risk factors and/or protective factors.  In one chart suicide precaution level was changed without a reference to the validated tool that was administered. | Review the policy and make changes to comply with this EP. Educate staff on the evidence-based process when conducting a suicide risk assessment. | 1) How will you monitor? 2) Frequency of monitoring? 3) What date will be collected? 4) To whom and frequency of data reported? |

**Conclusion:** No action required.

| Action Item | Task | Staff Responsible | Due | Status |
|-------------|------|-------------------|-----|--------|
| | None. | | | |

**4. SYSTEM SURVEILLANCE – NEW QUALITY PROBLEMS**



CONFIDENTIAL

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41



**SPRFIT Measurement Plan Finding: Non-Automated, Mental Health Measures**

**Discussion:** Staff Completion of the SRE Mentor Program was at 72%. This is currently being worked on and mentoring is being provided. All other metrics were at goal.

| MEASURE | THIS MONTH'S RESULTS |
|---|---|
| R&R Screens Conducted Appropriately | 100% |
| ASU Inmates Requiring Retrofit Intake Cell Placement and Appropriately Housed | 100% |
| Custody Inpatient Housing Discharge Follow-Ups | 100% |
| Patients in Alternative Housing with Watch Staff Actively Watching | 100% |
| Suicide Precaution Observations | 100% |
| Suicide Watch Observations | 100% |
| MH Clinicians Who Have Received Safety Plan Training | 99% |
| MH Clinicians with 7-Hour SRE Training Within the Last 2 Years | 91% |
| Staff Completion of the SRE Mentor Program | 72% |
| Staff Current with CPR Certification | 100% |
| Staff Who Attended Annual IST Suicide Prevention Training | 99% |

**Conclusion:** Mentoring will continue to be completed.

**Monthly Performance Report Measure Discussion:**

- Suicide Risk Evaluation Completed Timely-PIP – 2/4 = 50%: After auditing, true compliance is 4/4 = 100%. There was one (1) patient CDCR AP2016 had a Flex bed issue and CDCR BT6369 had a housing arrival issue after Patient returned from court.
- Suicide Risk Evaluations Completed Timely-Non-PIP - 108/118 = 92%: After audit, true compliance is 110/118=93%. One(1) patient was flagged from ASH discharge and the order needs to be fixed due to ASH not doing place in orders
- Supervisory Review of MHCB/PIP Discharge Safety Plans 100% reviewed.
- Urgent/Emergent Referrals for Danger to Self-Completed Timely-68/68 = 100% Emergent and 182/182 = 100% Urgent
- Clinical Discharge Follow-Ups Completed Timely- (66/66) 100%
- ASU GP Screens Completed Timely- 56%; The drill downs were not completed for these metrics. Once the drill downs are received, this will be updated.
- ASU Pre-Screens Completed Timely- 79%; The drill downs were not completed for these metrics. Once the drill downs are received, this will be updated.

CONFIDENTIAL



DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41


**SPRFIT Report – Not at Goal (6 month Average)**

| MEASURE | SW | RATE | TREND |
|---|---|---|---|
| Patients Eligible for the SRMP and Enrolled | 45% | 20% | ▼ Decrease -19% |
| MHCB and Acute/ICF 30-Day Readmission Rate | 22% | 29% | ▲ Increase 29% |
| ASU Pre-screens Completed Timely | 87% | 65% | ▼ Decrease -12% |

**Patient Eligible for SRMP and Enrolled:** The Senior Psychologist Specialist reached out to other institutions and received their best practice. This is a statewide issue. The issue is that anyone that is flagged for SRMP requires an IDTT within 7 days. If a patient has been to crisis bed 3 times, they will be flagged for this and if there is no suicide risk, there will be no clinical indication for this, and they will remain flagged. It is recommended a daily report be sent out for all patients going to IDTT to remind clinicians to either remove them from the program or keep them.
**Conclusion:** No action required.

**MHCB and Acute/ICF 30 Day Readmission Rate:** This metric was a 22% for the month of February.
**Conclusion:** No action required.

**ASU Pre-screens Completed Timely:** February compliance is 65% but this is not the true compliance. Once the audit of the data is received it will be reported.
**Conclusion:** No action required.

**SPRFIT Report – Near Goal (6 month Average)**
**Discussion:** Below are the metrics at Near goal. ASU GP Screens Completed Timely is showing 76% compliance and is historically not accurate. The drill down was not completed yet and will be updated once it is received.
**Conclusion:** No action required.

| MEASURE | SW | RATE | TREND |
|---|---|---|---|
| Suicide Watch Rounds Completed Timely | 88% | 95% | ▼ Decrease 0% |
| ASU GP Screens Completed Timely | 95% | 76% | ▼ Decrease -1% |
| Suicide Precaution Rounds Completed Timely | 96% | 94% | ▼ Decrease -1% |

CONFIDENTIAL

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41



**SPRFIT Report – Near Goal (6 month Average)**
**Discussion:** All metrics are at goal.
**Conclusion:** No action required.

| MEASURE | SW ▼ | RATE | TREND |
|---|---|---|---|
| Clinical Discharge Follow-Ups Completed Timely | 98% | 97% | ▼ Decrease 0% |
| MHCB Referrals for Danger to Self, Admitted or Rescinded Timely | 96% | 98% | ▲ Increase 1% |
| Suicide Risk Evaluations Completed Timely | 95% | 93% | ▼ Decrease -1% |
| Urgent/Emergent Referrals for Danger to Self Completed Timely | 88% | 99% | ▲ Increase 3% |

**Statewide Call Discussion:** During the Statewide call, February 2024 suicides were discussed and gave the following information to bring awareness:





CONFIDENTIAL



San Quentin is working on adding activities and more bilingual presentations to put into the population to add more resources for the Spanish speaking population.

**Conclusion:** No action required.

**Regional Visit February 14-15, 2024 Discussion:** There was a regional visit and the following was recommended:

- o MHCB orders need to be renewed daily regardless of the level of observation.
- o MHCB observation orders need to be Q30 or above. SPS reached out to get clarification.
- o MRR form needs space to write rationale. Custody will follow up and verify this was added. This has been addressed and is completed.
- o Safety plans need clinical impression and applicable intervention in each box.
- o 2/10 of the notes that were reviewed had missed rationale for lowering obs or issue order.
- o PT did not use the words "MH issues" in RHU rounding instead of general issues. This was addressed as well.

**Conclusion:** No action required.

| Action Item | Task | Staff Responsible | Due | Status |
|---|---|---|---|---|
|  |  |  |  |  |

**Hayes 6th Reaudit Report:**

- Adequate practices were found in almost all areas, including PT rounds, new intake cells, alternative housing, Guard One compliance, completion of required SRASHEs, comprehensive IDTT meetings, out-of-cell activities for MHCB patients, safety planning, SPRFIT, and required training. Problematic practices were found in intake screening, as well as a chart review finding of a patient clothed in "partial issue" and observed at 30-minute intervals.

- Adequate practices were found in all reviewed areas, including CPR and suicide prevention training, observation and out-of-cell activities, IDTT meetings, completion of admission and discharge SRASHEs, and safety planning.

- The following CAPs were made:
  - o Intake Screening Process: This process was reviewed at the time of the audit and addressed. The CSSR&S Form and it is documented is it being used.
  - o Compliance rate below 90% for annual suicide prevention training of medical personnel: SQ was at 98% in 2023 and so far for 2024 SQ it is above 90% compliance.

CONFIDENTIAL

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41


- o MH-7497 Discharge Custody Check Sheets: This has not been an issue the past 6 months. Custody has been compliant with ensuring the custody check sheets are being completed.
- o Issue a clarifying memorandum that mandates at least once a week telephone access absent any clinical contraindication and/or disciplinary sanction to remedy continued misinterpretation of CDCR policy regarding telephone privileges afforded to both non-maximum security and maximum security MHCB and PIP patients. The memo has been sent out statewide. AW will ensure the memo is being followed on the 4th floor.

**Conclusion:** No action required.

| Action Item | Task | Staff Responsible | Due | Status |
|---|---|---|---|---|
| 03202024-2 | AW to follow up on Statewide memo stating mental health crisis bed patients are getting their one phone call a week. | AW: ▮ | 04/17/2024 | 03202024-2 |

5. **PROGRAM ADMINISTRATION**
   **Updates and Policies**
   **Discussion:** There were not updates to policy to review or memorandums.
   **Conclusion:** No action required.

   **Committees Discussion:**
   IAC – Divided into two separate committees.  Healthcare and custody hold different meetings with IAC members. Chief of Mental Health and Chief Psychiatrist attend as mental health representatives.   SPC attended previous custody IAC; however, this is only for custody issues.  EBAC attended by EB Psychiatrist to help prepare for pending transfers.
   - EAC Updates- No updates discussed.
   - IAC Healthcare Updates- No Updates discussed.
   - IAC Custody Updates- No updates discussed.
   - IFC – SPC must attend once every six months.  There were no concerns brought up during this meeting.

6. **OPEN FORUM-** None to report.

| Action Item | Task | Staff Responsible | Due | Status |
|---|---|---|---|---|
|  | None |  |  |  |

7. **MEETING WRAP-UP**

   **New Improvement Projects or Action Items**

| Action Item Number | Task | Assigned Staff | Due Date |
|---|---|---|---|
| 03202024-1 | NCAT Suicide Cell Search training will be completed for 1st watch staff. | Dr. ▮ or designee | 04/17/2024 |

CONFIDENTIAL


| 03202024-2 | AW to follow up on Statewide memo stating mental health crisis bed patients are getting their one phone call a week. | AW ▮ | 04/17/2024 |
|---|---|---|---|

8.  **NEXT MEETING: April 17, 2024**

DocuSigned by:

▮▮▮▮ sy. D.                                       4/22/2024
SPRFIT Chair, SPRFIT Coordinator                  Date
San Quentin State Prison

DocuSigned by:

▮▮▮ Psy. D.                                       4/24/2024
Chief of Mental Health                             Date
San Quentin State Prison

DocuSigned by:

▮▮▮ Ph.D., ED                                     4/24/2024
Chief Psychologist, Executive Director             Date
San Quentin State Prison

CONFIDENTIAL



San Quentin
March 2024

1

## Meeting Details

- Chair: ▓▓▓▓▓▓▓ PsyD
- Date: 3/20/24
- Time: 1200
- Recorder: ▓▓▓▓▓▓
- Members Required for Outpatient and MHCB Quorum: 8/8
- Members Required for PIP Quorum: 8/8

2

EXHIBIT A-012

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41

# SPRFIT Agenda

1. Approval of SPRFIT Meeting Minutes
2. Improvement Work
3. System Surveillance – New Quality Problems
4. Program Administration
5. Open Forum
6. Meeting Wrap-Up
7. Next Meeting Date and Time

3

3



4

EXHIBIT A-013

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41



5

## Active Improvement Projects or Action Items

| Action Item Number | Task | Assigned Staff | Due Date |
|---|---|---|---|
| 02282024-1 | To ensure cell inspection sheets are being completed before new patient is being placed in the cells, Dr. Anderson or designee will complete audit and review the cell inspections sheets. | █████ or designee | 5/15/2024 |
| 02282024-2 | Program Manager to reach out to HFM and collect data on defective smocks and issues that are occurring regarding the safety smocks. | █████ | 3/20/24 |
| 02282024-3 | Captain Hemmerling will follow up to ensure space for rationale was added to the MRR form that was recommended by regional. | Captain ███ | 3/20/24 |
| 02282024-4 | EOP patients getting referred to North Block. North Block is unable to accommodate EOP patients. Housing will be reviewed and discussed regarding EOP patients that continue to be referred to North Block. | Dr. ███ | 3/20/24 |

6

6

EXHIBIT A-014

## Active Improvement Projects or Action Items

- No current improvement projects reporting to SPRFIT.

7

## Joint Commission

| Chapter | Standard EP | SAFER Value | Findings | Recommended Actions | Ensure Sustained Compliance |
|---|---|---|---|---|---|
| National Patient Safety Goals (NPSG) | NPSG.15.01.01, EP 3 | High/Widespread | Suicide Risk Assessment Noted suicide risk assessment did not directly ask about suicidal ideation, plan, intent, suicidal or self-harm behaviors, risk factors and/or protective factors. In one chart suicide precaution level was changed without a reference to the validated tool that was administered. | Review the policy and make changes to comply with this EP. Educate staff on the evidence-based process when conducting a suicide risk assessment. | 1) How will you monitor? 2) Frequency of monitoring? 3) What data will be collected? 4) To whom and frequency of data reported? |

8

4



9



10

# Monthly Performance Report Measures

**Suicide Risk Evaluations Completed Timely**
**PIP**-PR 2/4 50%, True Percentage 4/4 ▮
    AP2016-Flex Bed Issue
    BT6369-Housing arrival order issue after Pt returned from court
**Non-PIP** PR- (108/118) 92% True Percentage 110/118 ▮
    Errors-1 Pt flagged from ASH discharge. Need order fixed as ASH doesn't do place in orders and SRASHE then is
    triggered once the pt arrives to SQ. 1 Pt flex bed issue. Ticket placed.
    True Misses-7 SREs following MHCB discharge late (4 CCCMS and 3 EOP)

**Supervisory Review of MHCB/PIP Discharge Safety Plans** ▮ reviewed

**ASU GP Screens Completed Timely**- PR-56%

**ASU Pre-Screens Completed Timely**-PR 79%

**Urgent/Emergent Referrals for Danger to Self Completed Timely**-68/68- ▮ Emergent and 182/182 ▮ Urgent

**Clinical Discharge Follow-Ups Completed Timely**- (66/66) ▮

11

11

# SPRFIT Report-Not at goal (6 month average)



| MEASURE | SW | RAH | TREND |
|---|---|---|---|
| Patients Eligible for the SRMP and Enrolled | 45% | 20% | ▼ Decrease -19% |
| MHCB and Acute/ICF 30-Day Readmission Rate | 22% | 20% | ▲ Increase 29% |
| ▮ | 87% | ▮ | ▼ Decrease -12% |

12

12

EXHIBIT A-017

# SRMP

- Consulting with other SPCs for best practice
- Low numbers statewide
- Issue with requiring IDTT within 7 days
- If Pt does not meet clinical need for SRMP, Pt remains flagged
- Need for daily reminder for all Pts going to IDTT

13

13

# SPRFIT Report-Near goal (6 month average)



| | | | |
|---|---|---|---|
| Suicide Watch Rounds Completed Timely | 88% | 95% | ▼ Decrease 0% |
| ASU GP Screens Completed Timely | 95% | 76% | ▼ Decrease -1% |
| Suicide Precaution Rounds Completed Timely | 96% | 94% | ▼ Decrease -1% |

14

14

7

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41



15



16

EXHIBIT A-019

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41



17



18

EXHIBIT A-020

# Regional Visit February 14th and 15th

- 1. MHCB need to be renewed daily
- 2. **MHCB need to be on Q30 or above**
- 3. MRR form needs space to write rationale.
- 4. Safety plans need clinical impression and applicable intervention in each box.
- 5. Two notes missed rationale for lowering obs or issue order.
- 6. Pt did not use the words "MH issues" in RHU rounding instead of general issues.

19

# Hayes 6th Reaudit Report

- **SQ Outpatient and MHCB Audit Summary:** Adequate practices were found in almost all areas, including PT rounds, new intake cells, alternative housing, Guard One compliance, completion of required SRASHEs, comprehensive IDTT meetings, out-of-cell activities for MHCB patients, safety planning, SPRFIT, and required training. Problematic practices were found in intake screening, as well as a chart review finding of a patient clothed in "partial issue" and observed at 30-minute intervals.

- **SQ PIP Audit Summary:** Adequate practices were found in all reviewed areas, including CPR and suicide prevention training, observation and out-of-cell activities, IDTT meetings, completion of admission and discharge SRASHEs, and safety planning.

20

EXHIBIT A-021

# Hayes 6ᵗʰ Reaudit Report

- **SQ and SQ PIP CAPS:**
1. Develop CAPs for the eight facilities (CCI, CHCF, CIM, CIW, CMC, SQ, SVSP, and WSP) referenced above related to the intake screening process.
2. Develop CAPs for all facilities that had compliance rates below 90 percent for annual suicide prevention training, and specifically for the eight (8) facilities (CIW, CMC, CMF, CSP/LAC, CSP/Sac, CSATF, HDSP, and SQ) that were below 90-percent compliance for suicide prevention training of medical personnel.
3. Develop CAPs for the 18 audited facilities (CCI, CCWF, CHCF, CIM, CMF, CSP/Corcoran, CSP/LAC, CSP/Sac, CSATF, HDSP, KVSP, MCSP, NKSP, PBSP, RJD, SVSP, SQ, and WSP) that continued to be below 90-percent compliance with Page 1 and/or Page 2 of the "Discharge Custody Check Sheet" (CDCR MH-7497) form.

21

# Hayes 6ᵗʰ Reaudit Report

**Not SQ Specific/General and HQ CAPS**

Provide verification that the previous CAP to ensure uniformity during the nursing intake screening process within the PIPs whereby all programs are utilizing an intake screening form that contains adequate suicide risk inquiry has been fully implemented.-Currently use R&R screening

Provide verification that all admission and discharge SRASHEs are completed in a timely manner by only licensed psychologists or psychiatrists pursuant to PIP policy.

Issue a clarifying memorandum that mandates at least once a week telephone access absent any clinical contraindication and/or disciplinary sanction to remedy continued misinterpretation of CDCR policy regarding telephone privileges afforded to both non-maximum security and maximum security MHCB and PIP patients.

Immediately forward an updated draft policy that clearly articulates the expectations for how to utilize safety smocks and blankets within MHCB settings to the Special Master as pledged in the "Defendants' Report on the Status of the Steps Required to Complete Suicide Prevention Corrective Action Plan," ECF No. 7750, dated March 1, 2023.

Develop separate CAPs to ensure that each of the 19 CDCR facilities with MHCB units are in compliance with the "Mental Health Crisis Bed: Supervisory Review of Discharge Safety Plans" policy requiring review and revision (when appropriate) of safety plans prior to, or during, discharge IDTT meetings.

Ensure that all CDCR facilities with a CIT program provide referred IPs with continuous observation prior to the CIT arrival, offering of reasonable privacy and confidentiality during the encounter, full team participation (by clinician, authorized nurse, and lieutenant/ sergeant), and adequate assessment by the clinician (including SRASHE completion and adequate record review).

Hold a one-day "safety planning summit" comprised of each facility's Chief of Mental Health, MHCB supervisor, SPRFIT coordinator, and other clinical representation or designees as the SMHP deems appropriate. The primary purpose of the summit would be to solicit input from the field as to why safety planning has met with poor initial results, clarify policy requirements and expectations, ensure that MHCB supervisors or designees have a basic understanding of safety plan development, and make modifications to the current model and training if appropriate.

22

EXHIBIT A-022

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41



23

## Updates and Policies

24

EXHIBIT A-023

# Committees

IAC-Divided into two separate committees. Healthcare and custody hold different meetings with IAC members. Chief of Mental Health and Chief Psychiatrist attend as mental health representative. SPC attended previous custody IAC; however, this is only for custody issues. EBAC attended by EB Psychiatrist to help prepare for pending transfers.

      EBAC Updates
      IAC Healthcare Updates
      IAC Custody Updates

IFC-SPC must attend once every six months.

25

25



**4. OPEN FORUM**

26

13

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41



27

**New Improvement Projects or Action Items**

28

28

EXHIBIT A-025

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41



**6. NEXT MEETING: April 17, 2024**

29

**THANK YOU!**

30

EXHIBIT A-026

SPRFIT Data Collection Tool

# High Risk Patients - Page 1   (Will Need 10)

**Patients in Alternative Housing with Watch Staff Actively Watching**
Identify patients in alternative housing on suicide watch orders. Observe the watch staff for these patients. Watch staff must not be reading, talking with other staff, etc. and they must have an unobstructed view and on 1:1 only.

| Location | Patient Name | CDCR # | Was the patient being actively watched? | Compliance | Comments |
|---|---|---|---|---|---|
| Alt Housing 2202 | ███████ | ███████ | Y | ░░░░░░ | |
| Alt Housing 2202 | ███████ | ███████ | Y | ░░░░░░ | |
| Alt Housing 2202 | ███████ | ███████ | Y | ░░░░░░ | |
| Alt Housing 2202 | ███████ | ███████ | Y | ░░░░░░ | |
| Alt Housing 2202 | ███████ | ███████ | Y | ░░░░░░ | |
| Alt Housing 2206 | ███████ | ███████ | Y | ░░░░░░ | |
| Alt Housing 2202 | ███████ | ███████ | Y | ░░░░░░ | |
| Alt Housing 2203 | ███████ | ███████ | Y | ░░░░░░ | |
| Alt Housing 2202 | ███████ | ███████ | Y | ░░░░░░ | |
| Alt Housing 2202 | ███████ | ███████ | Y | ░░░░░░ | |
| Alt Housing 2203 | ███████ | ███████ | Y | ░░░░░░ | |
| Alt Housing 2202 | ███████ | ███████ | Y | ░░░░░░ | |
| Alt Housing 2203 | ███████ | ███████ | Y | ░░░░░░ | |
| | | | | | |
| | | | | | |
| | | | | | |

*Add lines above this row if needed.*

| | | |
|---|---|---|
| # Patients Being Actively Watched | 14 | |
| # Patients Observed | 14 | |
| Overall Compliance | 100.0% | Goal ≥ 90% |

Page 1 of 1

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41

# SPRFIT DATA COLLECTION TOOL – SUMMARY RESULTS

| | | | | | | Reporting Month/Year: | February | 2024 |
|---|---|---|---|---|---|---|---|---|
| (1) Initial Assessment | R&R Screens Conducted Appropriately | | 100% | Outpatient | IA | Nursing | Collect Data | Monthly |
| (2) High Risk Patients | ASU Inmates Requiring Retrofit Intake Cell Placement and Appropriately Housed | | 90% | Outpatient | HR01 | Custody | Collect Data | Monthly |
| (2) High Risk Patients | Custody Inpatient Housing Discharge Follow-Ups | | 90% | Outpatient | HR02 | Custody | Collect Data | Monthly |
| (2) High Risk Patients | Psychiatric Technician Rounds Documentation | | 90% | Outpatient | HR02 | Nursing | Collect Data | Monthly |
| (4) Suicide Prevention Training | MH Clinicians Who Have Received Safety Plan Training | | 90% | Both | SPT | Mental Health | Collect Data | Monthly |
| (4) Suicide Prevention Training | MH Clinicians with 7-Hour SRE Training Within the Last 2 Years | | 90% | Both | SPT | Mental Health | Collect Data | Monthly |
| (4) Suicide Prevention Training | Staff Completion of the SRE Mentor Program | | 90% | Both | SPT | Mental Health | Collect Data | Monthly |
| (4) Suicide Prevention Training | Staff Current with CPR Certification | | 90% | Both | SPT | Custody and Nursing | Collect Data | Monthly |
| (4) Suicide Prevention Training | Staff Who Attended Annual IST Suicide Prevention Training | | 90% | Both | SPT | Mental Health | Collect Data | Monthly |

EXHIBIT A-028

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41

SRPFIT Data Collection Tool

# High Risk Patients - Page 2 (Will need 10)

**Suicide Watch Observations**

Select and observe 2 staff conducting suicide watch.

Q1 - Determine if notification of round requirements (Q15, etc.) is posted on the doors. The patient Identifier located on the patient's cell door must match the current level of observation, property issue, and privileges ordered in the electronic health care record.

Q2 - Watch staff must not be reading, talking with other staff, etc. and they must have an unobstructed view and on 1:1 only.

| Patient Name | CDCR # | Is the current order posted on the door? | Is the patient being actively and continuously watched? | Are checks being conducted and documented at the cell front while observing the patient? | Compliance | Comments |
|---|---|---|---|---|---|---|
| | | Y | Y | Y | 100.0% | |
| | | Y | Y | Y | 100.0% | |
| | | Y | Y | Y | 100.0% | |
| | | Y | Y | Y | 100.0% | |
| | | Y | Y | Y | 100.0% | |
| | | Y | Y | Y | 100.0% | |
| | | Y | Y | Y | 100.0% | |
| | | | | | #DIV/0! | |
| | | | | | #DIV/0! | |
| | | | | | #DIV/0! | |
| | | | | | #DIV/0! | |
| | | | | | #DIV/0! | |
| | | | | | #DIV/0! | |
| | | | | | #DIV/0! | |
| | | | | | #DIV/0! | |
| | | | | | #DIV/0! | |
| | | | | **Overall Compliance** | **100.0%** | **Goal = 100%** |

*Add lines above this row if needed.*

**Suicide Precaution Observations**

Select and observe 1 staff conducting suicide precaution observations.

Q1 - Determine if notification of round requirements (Q15, etc.) is posted on the doors. The patient Identifier located on the patient's cell door must match the current level of observation, property issue, and privileges ordered in the electronic health care record.

| Location | Patient Name | CDCR # | Is the current order posted on the door? | Did the staff look into the room to observe the patient? | Compliance | Comments |
|---|---|---|---|---|---|---|
| INF - 19 | | | Y | Y | 100% | |
| INF - 10 | | | Y | Y | 100% | |
| INF - 1 | | | Y | Y | 100% | |
| INF - 10 | | | Y | Y | 100% | |
| INF - 14 | | | Y | Y | 100% | |
| INF - 11 | | | Y | Y | 100% | |
| INF - 19 | | | Y | Y | 100% | |
| INF - 1 | | | Y | Y | 100% | |
| INF - 20 | | | Y | Y | 100% | |
| | | | | | #DIV/0! | |
| | | | | **Overall Compliance** | **100.0%** | **Goal = 100%** |

*Add lines above this row if needed.*

Page 1 of 1

## Receiving and Release (R&R) Screening Audit

- Benchmark – 100%
- In R&R Unit, SRNII or Designee will observe the registered nurse conducting initial health screening intake for two patients monthly (6 patients per quarter). Rotate the watches and staff every month for the staff observation audits.
- For *No* answers, provide a brief note in the ***Comments*** box.
- Further explanation of *No* answers should be clarified in the ***Summary of Deficiencies*** box and provide a ***Corrective Action Plan,*** if applicable.

Institution: ____SQSP____  Unit: ____R&R____  Watch: ____3W____  Date of Audit: ____3/4/24____

Staff Member1: RN ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  SRNII or Designee: ▬▬▬▬▬▬▬▬▬▬▬▬▬

| Measure | Yes | No | Comments |
|---|---|---|---|
| 1. Are the interviews conducted in a confidential setting where custody or other patients are not within hearing distance? | ✓ | | |
| 2. Does the RN ask every question separately and ensures that both Bad News Questions are asked separately?<br>• *Has the patient received any bad news?* | ✓ | | |
| • *Did the patient receive any bad and/or unexpected news during a recent court hearing?* | ✓ | | |
| 3. Was the nurse facing the patient and maintaining eye contact while asking the questions during the nurse / patient encounter? | ✓ | | |
| 4. Does the nurse document in the EHRS according to policy? | ✓ | | |
| 5. Based on the patient's responses, are the appropriate MH referrals being generated by the RN? | ✓ | | |
| 6. Are suicide prevention posters on the wall and pamphlets available in the nurse's office? | ✓ | | |
| **Staff compliance for reviewed period** | 7 | 0 | **Compliance %**    100% |

Upon review of the initial intake screening in EHRS, were all questions answered and appropriate mental health referral completed based on the patients responses? Yes ☑ or No ☐ (If No, please explain below)

```



```

Receiving and Release (R&R) Screening Audit Form, November 2022: Not to be included in Health Record.

EXHIBIT A-030

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41

## Receiving and Release (R&R) Screening Audit

Institution: **SQSP**  Unit: **R&R**  Watch: **3W**  Date of Audit: **3/4/24**

Staff Member2: RN ▮▮▮  SRNII or Designee: ▮▮▮

| Measure | Yes | No | Comments |
|---|---|---|---|
| 1. Are the interviews conducted in a confidential setting where custody or other patients are not within hearing distance? | ✓ | | |
| 2. Does the RN ask every question separately and ensures that both Bad News Questions are asked separately?<br>• Has the patient received any bad news? | ✓ | | |
| • Did the patient receive any bad and/or unexpected news during a recent court hearing? | ✓ | | |
| 3. Was the nurse facing the patient and maintaining eye contact while asking the questions during the nurse / patient encounter? | ✓ | | |
| 4. Does the nurse document in the EHRS according to policy? | ✓ | | |
| 5. Based on the patient's responses, are the appropriate MH referrals being generated by the RN? | ✓ | | |
| 6. Are suicide prevention posters on the wall and pamphlets available in the nurse's office? | ✓ | | |
| **Staff compliance for reviewed period** | 7 | 0 | **Compliance %** 100% |

Upon review of the initial intake screening in EHRS, were all questions answered and appropriate mental health referral completed based on the patients responses? Yes ✓ or No ☐ (If No, please explain below)

This was an interesting case as the nurse had a Spanish speaking patient in the office and this was done with an interpreter, we had to ask the interpreter to rephrase his question since writer is fluent in Spanish and noted the interpreters questions were translated a little off. The question was restated and answered. should the writer not been present, the question would have not been questioned as indicated.

| Institution overall compliance for reviewed period | 14 | 0 | Compliance % | 100% |
|---|---|---|---|---|

Receiving and Release (R&R) Screening Audit Form, November 2022: Not to be included in Health Record.

EXHIBIT A-031

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41

## Receiving and Release (R&R) Screening Audit

| **Summary of Deficiencies** |
|---|
| Opportunity with Interpretation services |

| **Corrective Action Plan** |
|---|
| TBD, N\A |

Digitally signed by Elvia Gutierrez
Date: 2024.03.04 16:44:14 -08'00'

_____        _____
Nursing Supervisor's Signature / Date        CNE's or Designee's Signature / Date

**Routing Process:**

- CNE or Designee will send audit form to Institutional SPRFIT Coordinator by the 5th of the month.
- CNE or Designee will send audit form to Regional CNE by the 5th of the month.
- RCNE will report out to the HQ Monthly SPRFIT.
- Send audit form to CCHCS HQ Nursing Services @ cdcrcchcshqnursing@cdcr.ca.gov no later than the 5th of the month.

Receiving and Release (R&R) Screening Audit Form, November 2022: Not to be included in Health Record.

EXHIBIT A-032

# AC Intake Report

| Inmate Name | CDCR# | Cell | Intake Date | Intake Time | Minimum 72 Hours Placement completion date | Minimum 72 Hours Placement completion Time | 72 Hour Placement Moved Date | 72 Hour Placement Moved Time | 21 Day Intake Completion Date | 21 Day Intake Completion Time |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1-AC-55 | 1/29/2024 | 1527 | 2/1/2024 | 1527 | 2/1/2024 | 1602 | 2/19/2024 | 1527 |
| | | 1-AC-58 | 1/30/2024 | 1818 | 2/2/2024 | 1818 | 2/2/2024 | 1852 | 2/20/2024 | 1818 |
| | | 1-AC-53 | 1/30/2024 | 1808 | 2/2/2024 | 1808 | 2/1/2024 | 1556 to NB | 2/20/2024 | 1808 |
| | | 1-AC-53 | 2/9/2024 | 1210 | 2/12/2024 | 1210 | 2/12/2024 | 1230 | 3/1/2024 | 1210 |
| | | 1-AC-55 | 2/10/2024 | 1922 | 2/13/2024 | 1922 | 2/15/2024 | 1540 | 3/2/2024 | 1922 |
| | | 1-AC-58 | 2/11/2024 | 935 | 2/14/2024 | 935 | 2/15/2024 | 1540 | 3/3/2024 | 935 |
| | | 1-AC-53 | 2/15/2024 | 1652 | 2/18/2024 | 1652 | 2/18/2024 | 1815 | 3/7/2024 | 1652 |
| | | 1-AC-55 | 2/15/2024 | 1937 | 2/18/2024 | 1937 | 2/18/2024 | 1947 | 3/7/2024 | 1937 |
| | | 1-AC-52 | 2/18/2024 | 220 | 2/21/2024 | 220 | 2/21/2024 | 235 | 3/10/2024 | 220 |
| | | 1-AC-53 | 2/21/2024 | 1512 | 2/24/2024 | 1512 | 2/24/2024 | 1638 | 3/13/2024 | 1512 |
| | | 1-AC-57 | 2/22/2024 | 1305 | 2/25/2024 | 1305 | 2/25/2024 | 1305 | 3/14/2024 | 1305 |
| | | 1-AC-58 | 2/22/2024 | 1411 | 2/25/2024 | 1411 | 2/25/2024 | 1424 | 3/14/2024 | 1411 |
| | | 1-AC-55 | 2/22/2024 | 1505 | 2/25/2024 | 1505 | 2/25/2024 | 1653 | 3/14/2024 | 1505 |
| | | 1-AC-54 | 2/22/2024 | 1534 | 2/25/2024 | 1534 | 2/25/2024 | 1653 | 3/14/2024 | 1534 |
| | | 1-AC-52 | 2/23/2024 | 145 | 2/26/2024 | 145 | 2/26/2024 | 201 | 3/15/2024 | 145 |
| | | 1-AC-51 | 2/23/2024 | 345 | 2/26/2024 | 345 | 2/23/2024 | 1752 to CMF | 3/15/2024 | 345 |
| | | 1-AC-53 | 2/28/2024 | 1501 | 3/2/2024 | 1501 | | | 3/20/2024 | 1501 |
| | | 1-AC-54 | 2/29/2024 | 0008 | 3/3/2024 | 8 | | | 3/21/2024 | 8 |

DocuSign Envelope ID: 94F4C837-3516-431E-903E-9D2AF505FB41

MECHANICAL RESTRAINT REVIEW (MRR)
CDC 128-B (Rev. 04/23)                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

NAME:_____CDCR#_____INSTITUTION: SQ_____HOUSING: 20_____

## Mechanical Restraint Review (MRR)

Date admitted to MHCB/PIP: 3/17/2024_____          Date of MRR: 3/18/2024_____

Following the admission of this inmate-patient to the MHCB/PIP, a Mechanical Restraint review was

Completed. On CDCR 128-MH3 Mental Health Placement Chrono, _____(MHCB clinician)
                                                                    (Name)

Indicated that the inmate-patient's admission:

☐ I/P was not admitted as danger to self  (128-MH3)

☐ I/P admitted as danger to self or others (128-MH3)

On_____  _____completed a case factor review and noted the following:
    (Date)              (Name)

☐ I/P admitted as danger to others (128MH3)

☐ Condemned

☐ Max custody

☐ Information which would result in ASU, PSU, or SHU has been received but is not yet in the

SOMS file (Disciplinary, Precautions, Safety).

     Specify:

☐ Non-Confidential or Confidential Offender Separation Alert with other I/P in current housing
location

☐ Other: Self-harm & suicidal statements (be very specific)

     Based on these factors, it is determined mechanical restraints:

☐ are **not** required during escort within the MHCB/PIP

☐ are required during escort within the MHCB/PIP

*The need for mechanical restraints shall be a constant and ongoing evaluation process
monitored by custody and mental health staff.

SGT_____          _____     3/18/2024_____
          Custody Supervisor                          Signature                  Date

EXHIBIT A-034