# Exhibit B

San Quentin State Prison
SPRFIT Self-Harm Review

Name: ▇▇▇▇▇▇▇▇▇▇

CDCR#: ▇▇▇▇▇▇

Race: White. ▇▇▇▇▇▇▇▇

Date of Birth: ▇▇▇▇▇▇

Date/Time of Self-Harm: 1-13-24 at 0111

Method: Laceration

Housing: San Quentin, West Block

MHSDS: CCCMS at the time of incident. Pt was referred to MHCB and then to Acute after the incident.

SQ Arrival: 1/8/24-Pt was housed in West Block Unit after arrival from RC. He was in CCCMS at the time of arrival.

Sentence and EPRD: Life with the possibility of parole. Murder 1st (enhancement: Personal use of dangerous or deadly weapon) and Mutilation/sexual contact with human remains

Relevant History and Precipitating Events: ▇▇▇▇▇▇▇▇▇▇ is a ▇▇ year-old White Male, serving first term with a Life Sentence that began ▇▇▇▇▇▇ for Murder 1st (enhancement: Personal use of dangerous or deadly weapon) and Mutilation/sexual contact with human remains. IP has an MEPD of ▇▇▇▇▇▇. He was placed in CCCMS LOC while in RC at WSP and transferred to SQSP ▇▇▇▇ County Jail records indicate that IP was prescribed Zoloft, Trazodone and Benadryl while there and was given diagnosis of Unspecified anxiety disorder, Unspecified Depressive disorder, History of Insomnia, History of "mood disorder probably Bipolar" per State Hospital Records.  Per CJ records, Pt restored to competency at a State hospital.  He has denied SAs but CJ records indicate history of SIB and had been placed on SW in 5/21, 2/22, 2/23 and 6/23 for superficial cutting on his left wrist. MAR indicated that he had not been compliant with psychotropic medications prior to his suicide attempt and self-harm incident.

Pt arrived to SQ on ▇▇▇▇ and was battered by "active Bulldog." The perpetrator reported he battered the Pt because he did not want to program and SQRC and needed to get off the yard. The following day, the Pt was found with a laceration in the shape of an "X" on his left forearm.  He claimed that he did not know how it occurred. He reported that he woke up with the laceration and did not remember anything but felt "dizzy" and called 'man down.' Per TTA RN documentation there was " evidence around cell of large amount of blood loss (numerous blood-soaked rags, empty containers with blood residue in them, etc). "  Pt denied it was self-inflicted and denied suicidal ideation/intent at the time.  However, he did report vague safety concerns related to his crime and stated that he did not feel safe in the general population. IP was also noted to have appeared guarded and superficial at the time.  While at the ED it is documented that IP stated "it happened while he was sleeping and it is not self-inflicted."  There was no active bleeding and IP declined any medical intervention except for sutures.  After custody review, it was determined Pt was alone in the cell when the

Page 1 of 2

incident occurred and there was no evidence of foul play.

When interviewed by MH after his return from the hospital, he still denied suicidal/homicidal ideation or intent and continued to claim the laceration was not self-inflicted and that he did not know how it happened. Per medical staff Pt lost 1 liter of blood and required transfusion. However, despite his denial of intent, chart indicated history of multiple instances of SIB of left wrist and laceration is on left forearm) with and while in MHCB on a 1:1 SW, he engaged in a second suicide attempt on 1/13/24. While hiding under the safety blanket he used his plastic catheter to cut his left forearm approximately 3x2cm. He was sent to outside hospital and received a blood infusion.

Mental Health Consults: There were no MH consults made

Suicide Risk Assessments: There were no SRASHEs in the chart prior to the self-harm incidents. He has denied previous suicide attempts but County Jail records indicate history of SIB and the Pt had been placed on suicide watch on 5/21, 2/22, 2/23 and 6/23 for superficial cutting on his left wrist.

Disciplinary: None

Conclusion: Pt was referred to MHCB timely where he was placed on an emergent PC2602 and PC2604. While in MHCB, Pt remained on a 1 to 1. He had a serious suicide attempt, while on to one. A critical incident debrief was completed. Although Pt was on 1 to 1, the sitter alerted staff timely and Pt used approved DME to engage in self-harm. The pt was referred to acute timely.

No mental health deficiencies have been identified; however, during the Critical Incident Debriefs, two action items were identified. Both have been completed and closed. The following items were identified as action items because the Pt had a razor in his cell which was found in his trash and upon inspection of the smock, it appeared to be tampered with and the group identified a risk for concealing dangerous items.

1) review cell search protocols to ensure all MHCB cells are thoroughly searched before admission and all other cell search policies are followed

2) improve quality control on smocks

███████████, PsyD
Senior Psychologist, Specialist | SPRFIT
San Quentin State Prison