# Exhibit D

# CHAPTER 4:  SUICIDE PREVENTION

## SECTION 3:  SUICIDE PREVENTION PROGRAM PROCEDURES

**POLICY**
The California Medical Facility (CMF) Mental Health Services Delivery System (MHSDS) shall maintain a proactive Suicide Prevention Program (SPP) that functions to reduce or eliminate deaths by suicide within the institution.  The Chief of Mental Health will appoint a Suicide Prevention and Response Focused Improvement Team (SPRFIT) Coordinator to administer and coordinate the various functions of the SPP.  All staff, regardless of classification, will be trained in suicide prevention and crisis intervention.  Staff will also be trained to recognize the signs and symptoms of a potentially suicidal patient.

**STAFF RESPONSIBLE**
Chief of Mental Health
Staff assigned in the MHSDS

**DEFINITIONS**
None

**PURPOSE**
To provide procedures for referring, treating and managing suicidal patients.

**PROCEDURE**
Staff Responsibility
1) Any staff can refer patients suspected of being at risk for suicide or self-injury for clinical evaluation.  During evening, weekend, or holidays, patients shall be referred to the Clinician-on-Duty (COD) or Psychiatric Physician on Call (PPOC).

2) Any patient awaiting a suicide risk assessment, expressing suicidal ideation, or otherwise demonstrating that they are in a crisis state and potentially suicidal should remain under constant and direct observation by custody or clinical staff until a mental health assessment is complete.

Suicide Prevention Measures In Place at CMF
1) SPRFIT Membership and Meetings
   a) The SPRFIT shall include members or designees listed in the SPRFIT Membership (see Attachment A)
   b) The SPRFIT shall meet at least monthly and the presence of all mandatory members or designees is required to meet quorum
   c) The monthly SPRFIT meeting minutes will be submitted to the Mental Health Program (MHP) Subcommittee and the Division of Health Care Services MHP Subcommittee by the 5th of each month.
   d) During each SPRFIT meeting, the team will review institution suicide prevention practices, issues, changes in operations, and other issues that may impact suicide prevention to determine areas for improvement.

2) Referrals to a Higher Level of Care
   a) Patients assessed to be a danger to themselves, a danger to others, or significantly impaired due to mental illness may be placed in a MHCB at any time by a clinician or psychiatrist.
   b) When the MHCB is at capacity, patients can be placed in alternative housing in the MHCB or on an inpatient medical unit to provide 1:1 observation until appropriate housing is available.

Case 2:90-cv-00520-KJM-SCR   Document 8505-5   Filed 12/26/24   Page 3 of 7

**CALIFORNIA MEDICAL FACILITY HEALTH CARE SERVICES POLICY AND PROCEDURE MANUAL
VOLUME XVI – MENTAL HEALTH SERVICES DELIVERY SYSTEM**

c) Patients unable to function at the EOP or CCCMS LOC can be referred by their treatment team or by the MHCB treatment team to a Psychiatric Inpatient Program (PIP) for treatment at an Intermediate Care Facility or Acute Psychiatric Program.

3) Suicide Risk Evaluation
   a) All patients are assessed for suicide risk. A suicide risk assessment is an integral part of successful suicide prevention.
   b) When a patient expresses current suicidal ideation, or makes threats or attempts, a *Suicide Risk and Self Harm Evaluation (SRASHE)* shall be completed.
   c) Psychologists, psychiatrists, and clinical social workers shall be trained to perform suicide risk evaluations and complete SRASHEs.
   d) Clinicians shall utilize their best clinical judgment and summarize their estimation of risk for suicide based on a combination of identified risk and protective factors, chart review, interview with the patient, and all other relevant information available to them.
      i) The clinician shall then make a recommendation regarding the appropriate level of care.
      ii) They shall document their summary, recommendations, and plan on the SRASHE with appropriate notation in the Electronic Health Record System (EHRS).
      iii) Treatment recommendations shall be as specific as possible.
      iv) A brief rationale for each recommendation shall be provided.
      v) The clinician shall also address how the treatment plan will be implemented and any required follow-up procedures.

4) Five day Follow Ups
   a) Patients discharged from MHCB when the reason for admission was Danger to Self (as indicated by MH Place In order), and all patients discharged from a PIP regardless of reason for admission, will receive clinical follow up and custody observation checks for five (5) consecutive days.
   b) Patients discharged from MHCB when the reason for admission was Danger to Self (as indicated by MH Place In order), will also be observed every 30 minutes by custody staff for a minimum of 24 hours. The observations may be extended by clinical staff for up to 72 hours. Custody management will audit documentation of these custody observations and monitor ongoing compliance with procedures.
   c) Patients not discharging from a higher level of care may be placed on a clinically-initiated five day follow up by a clinician or psychiatrist when deemed to not be in need of MHCB admission but could benefit from additional monitoring. These follow ups <u>will not</u> include 30-minute custody observations.
   d) Any patient discharging from an Alternative Housing placement for Danger to Self will receive a five day follow up with custody observation.

5) Suicide Risk Management Program
   a) Patients identified as high risk for suicide or self-injurious behavior can be referred to the suicide risk management program for consultation, tracking, and additional services as documented in their treatment plans by their respective mental health treatment team.

6) Peer Consultation
   a) Peer consultation can be one of the most important clinical and legal safeguards a clinician has at their disposal, especially when dealing with complex cases.
   b) Sources of peer consultation include, but are not limited to, the following:
      i) Colleagues
      ii) Clinical supervisors

Case 2:90-cv-00520-KJM-SCR   Document 8505-5   Filed 12/26/24   Page 4 of 7

**CALIFORNIA MEDICAL FACILITY HEALTH CARE SERVICES POLICY AND PROCEDURE MANUAL**
**VOLUME XVI – MENTAL HEALTH SERVICES DELIVERY SYSTEM**

7) Clinician on Duty (COD) or Psychiatric Physician on Call (PPOC) is available for consultation and assessment 24 hours a day, including holidays and weekends.

8) Self-Harm Tracking
   a) The SPRFIT coordinator investigates and reviews all self-harm incidents at CMF via the Self-Harm On-Demand database. Self-harm information is also relayed to various treatment teams to provide continuity of care and information. All incidents of self-harm, suicide attempts or deaths by suicide are discussed in the SPRFIT meeting and attendees are provided with a written summary of the incident.

9) Training
   a) All staff, regardless of position, will receive at least two hours of Suicide Prevention and Crisis Intervention during new employee orientation.
   b) All staff will be required to complete the two hour refresher course annually as part of the required In-Service Training curriculum.
   c) Ongoing Suicide Risk Evaluation, Crisis Intervention, and Treatment Planning training will be provided by headquarters and the CMF training department.
   d) The SPRFIT, with assistance from the Training Officer, will monitor and track training compliance.

10) Suicide Prevention Videoconference
    a) The Suicide Prevention Videoconference hosted by headquarters will be held monthly and all MHSDS staff will be invited to attend.
    b) SPRFIT members are required to attend the monthly Videoconference.

11) Suicide Risk Evaluation Proctoring and Mentoring
    a) All clinical staff shall receive initial proctoring and mentoring from a trained mentor while completing a suicide risk assessment. Clinicians will be mentored on an ongoing basis through routine mentoring or via the chart audit.
    b) New employees will be mentored within 90 days of their hire date.
    c) Clinicians working in outpatient settings will be mentored every two years, and clinicians working in inpatient settings will receive mentoring annually.
    d) Mentoring will be tracked by the Training Officer and the SPRFIT Coordinator.

12) Outreach and Prevention
    a) The Inmate Produced Suicide Prevention Video will be aired at least daily on the inmate television station.
    b) Suicide Prevention Coordinator or designee shall attend the Inmate Advisory Council (IAC) and Inmate Family Council (IFC) every six (6) months to provide education and address concerns.
    c) Suicide Prevention posters are displayed throughout the institution in common areas and on housing units.
    d) Suicide Prevention pamphlets for inmates will be made available in housing units and common areas (library, IAC office, peer education). Suicide Prevention pamphlets for families will be made available in visiting.
    e) The Suicide Prevention Coordinator will provide annual training on suicide awareness, intervention and warning signs to the CMF Peer Educators and religious services workers.
    f) Nursing staff will screen inmates who return from court to identify inmates who may have received "bad news" and need clinical follow up and/or crisis intervention.
    g) Custody management will notify the SPRFIT Coordinator and mental health management of inmates who have parole board hearings scheduled. SPRFIT Coordinator will reach out to clinicians to perform welfare checks on their patients after their hearings. Board of Parole Hearings escort officers will refer any inmates to mental health who appear at risk or report distress as a result of "bad news" from their hearing.

Case 2:90-cv-00520-KJM-SCR    Document 8505-5    Filed 12/26/24    Page 5 of 7

**CALIFORNIA MEDICAL FACILITY HEALTH CARE SERVICES POLICY AND PROCEDURE MANUAL**
**VOLUME XVI – MENTAL HEALTH SERVICES DELIVERY SYSTEM**

   h) Inmates will be provided access to mental health services to obtain bereavement counseling and/or peer support to process grief and stress in the aftermath of a serious suicide attempt, or loss of a family member/significant other/peer.

13) Emergency Medical Response Review Committee (EMRRC)
    a) The SPRFIT will collaborate with the EMRRC to review all suicides, suicide attempts, and self-harm incidents requiring cardiopulmonary resuscitation and/or other medical procedures.

14) Review Suicide Watch and Precaution procedures to ensure they are being implemented.
    a) MHCB nursing management will report on updates and status of Suicide Watch and Precaution Procedures during the monthly SPRFIT meeting.

15) Root Causes Analyses (RCA) of serious suicide attempts
    a) Every six months, the SPRFIT Coordinator will select the five most serious incidents during the prior six months, defined by degree of injury, to develop the semi-annual aggregate RCA.
    b) Members of the RCA team will be selected from the SPRFIT, and/or based on their involvement with the patient under review.

16) Suicide Death Reporting and Case Reviews
    a) The SPRFIT coordinator will ensure required documentation for suicide death reporting is forwarded to the DHCS SPRFIT within allotted timeframes per MHSDS Program Guide.
    b) The SPRFIT coordinator will provide assistance and coordination for the activities of the visiting Statewide Mental Health Program (SMHP) and Division of Adult Institutions (DAI) Case Reviewers.
    c) The SPRFIT coordinator will coordinate the response to the suicide case review, including implementation and documentation of all required Quality Improvement Plans.

17) Ongoing monitoring of suicide prevention programs, and developing and implementing quality/performance improvement plans as needed.
    a) Conduct self-assessments using the Statewide MHP Quality Improvement Unit audit items, and semi-annual self-assessments to ensure compliance with suicide prevention practices.

**EQUIPMENT/SUPPLIES**
None

**DOCUMENTATION/FORMS**
None

**REFERENCES**
*Enhancements to the Suicide Prevention and Response Focused Improvement Teams* Memo dated 2/2/2018

**ATTACHMENTS**
Suicide Prevention and Response Focused Improvement Team Membership

**ATTACHMENT A**

Suicide Prevention and Response Focused Improvement Teams Membership

The institution SPRFIT membership shall include:
- SPRFIT Coordinator (Chairperson) or designee[1]
- Chief Psychiatrist or designee[2]
- Chief Psychologist or designee[2]
- Supervising Registered Nurse
- Senior Psychiatric Technician or Psychiatric Technician (preferably from the Administrative Segregation Unit, [ASU], Short-Term Restricted Housing Unit or the ASU Enhanced Outpatient Program Hub, if the institution has one)
- Correctional Health Services Administrator or designee[3]
- Inpatient Coordinator or designee
- Associate Warden Health Care Access or designee[4]

Additional SPRFIT membership may be included as appropriate and in accordance with the institution needs and mission. SPRFIT membership may also include, but is not limited to, the following classifications:
- Chief of Mental Health [5]
- Senior Psychiatrist
- Senior Psychologist
- Staff Psychiatrist (assigned to Mental Health Crisis Bed)
- Staff Psychologist (assigned to Mental Health Crisis Bed)
- Standards and Compliance Coordinator
- Litigation Coordinator
- Associate Warden
- Facility Captain
- ASU Lieutenant/Sergeant
- Reception Center Lieutenant/Sergeant
- Classification and Parole Representative
- Administrative/Clerical Support
- PC 2602 Coordinator

---

[1] Must be a Senior Psychologist, Specialist except at institutions without a Senior Psychologist, Specialist position. Designee's classification shall not be lower than a Senior Psychologist, Specialist except at institutions without a Senior Psychologist, Specialist position.

[2] Senior Psychiatrist/Senior Psychologist attendance shall meet quorum requirement in institutions without Chief Psychiatrist/Chief Psychologist positions. Designees shall not be at a level below a Senior Psychiatrist, Specialist or a Senior Psychologist, Specialist except at institutions without those positions. Attendance by the Chief of Mental Health shall satisfy the requirement for the Chief Psychologist or Chief Psychiatrist attendance, depending on classification of the CMH at the institution.

[3] As applicable.

[4] Designee must be a classification no lower than a Captain.

[5] If the Chief Psychologist or Chief Psychiatrist in attendance is not the Chief of Mental Health, the Chief of Mental Health is an optional member.

If a required SPRFIT member is also acting as a designee for another required member at any given meeting, that individual's attendance will satisfy the attendance requirements for both roles.

EXHIBIT D-007