# Exhibit E

# MINUTES

***Suicide Prevention and Response Focused Improvement Team (SPRFIT) Committee***
*CSP SOL*

| | | | |
|---|---|---|---|
| **Chair:** | ▮ | **Number of Committee Members Required for a Quorum:** | 8/8 |
| **Date:** | 1/25/2024 | **Quorum Met this Meeting?** | ☒ Yes \| ☐ No |
| **Time:** | 11:00am | | |
| **Recorder:** | ▮ | | |

| Committee Members, Voting | | Approved Designee | |
|---|---|---|---|
| ▮, Chair, SPRFIT Coordinator | ☒ | ▮, Senior Psychologist, Specialist | ☐ |
| ▮ Chief of Mental Health | ☐ | ▮, Senior Psychologist, Supervisor | ☒ |
| ▮, Chief Psychiatrist | ☐ | ▮, Staff Psychiatrist | ☒ |
| ▮, Supervising Registered Nurse II | ☒ | ▮, Supervising Registered Nurse II (A) | ☐ |
| ▮, Sr. Psychiatric Technician (SPT) | ☒ | ▮, Psychiatric Technician | ☐ |
| ▮, Correctional Health Services Administrator II(A) | ☐ | ▮ Health Program Manager I (A) | ☒ |
| ▮, Inpatient Coordinator | ☐ | ▮, Senior Psychologist, Supervisor | ☒ |
| ▮ Associate Warden, Health Care Access | ☐ | ▮, Captain, Health Care Access | ☒ |

**Guests, Non-Voting:**

| | |
|---|---|
| ▮ *Senior Psychologist, Specialist (Regional)* | ▮ *Chief Nursing Executive* |
| ▮ *Director of Nursing (A)* | |

1. **APPROVAL OF SPRFIT MEETING MINUTES**
   **Motion:** Approve the December 2023 SPRFIT Meeting Minutes
   ☒ Approved without modifications
   ☐ Approved with modifications, made in real time
   ☐ Not Approved
   **Abstained:** N/A

2. **IMPROVEMENT WORK**
   a. **Review progress/performance of active improvement projects**
      i. <u>Action Items</u>
         Discussion: Pockets cards order expected delivery on 2/7/24
         Conclusion: None
      ii. <u>CAPs</u>
         Discussion: 1. Timeliness of rounds (collaborative meeting forthcoming); 2. Suicide watch (collaborative meeting upcoming); 3. 7497s (collaborative meeting upcoming); 4. SRASHE


Mentoring (improved efforts to schedule and complete); 5. Justification for removal from SW and Q15 (collaborative meeting and audits/training upcoming) 6. MHCB patients not on MAX custody should not be locked in TTM during RT (collaborative meeting/training upcoming)

Conclusion: All CAPs with expected improvement noted in next reporting period.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| 2022-04-28-02 | Pocket cards in Spanish | ████ | 2/7/24 |

   b. **Review SPRFIT Improvement Priorities List and Project Pipeline**
   Discussion: CAT Audit deficiencies, additional training provided since reporting/audit period; additional training upcoming; staff refresher upcoming in MH staff meeting.
   Conclusion: Expected improvement

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| -------------------- | ---------------------------------------------------------------- | ------------------------- | ---------------------- |

3. **SYSTEM SURVEILLANCE – NEW QUALITY PROBLEMS**
   a. **7497/Clinical Follow-Ups/Custody Checks**
   <u>One 7497 packets found three policy violations</u>
   Discussion: 7497 was found to have late custody checks, to not have time of arrival noted, and have late/missing custody supervisor review. Overall compliance at 63% for December. Collaborative meeting to implement process changes and training.
   Conclusion: Improvements expected in upcoming cases due to education/training on policy and documentation

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| -------------------- | ---------------------------------------------------------------- | ------------------------- | ---------------------- |

   a. **Suicide Precaution and Watch**
   <u>Suicide Precaution and Watch rounds not timely</u>
   Discussion: Has been close to 100% for 3+ months, but 6-month average is lower than goal. All rounds 98% for December. SOL meets or exceeds state average. Upcoming interdisciplinary follow-up meeting planned.
   Conclusion: Improvement expected in upcoming weeks.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| -------------------- | ---------------------------------------------------------------- | ------------------------- | ---------------------- |

   b. **SRMP Meets Criteria but Not Included**
   <u>One incarcerated person was erroneously marked as a PIP discharge, triggering SRMP</u>
   Discussion: This IP was not really a PIP discharge and was not appropriate for SRMP. SPRFIT had reached out to regional who advised that SOL SPRFIT should not take any action and the item will come off the report in 6 months.
   Conclusion: None.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|

CONFIDENTIAL


| -------------------- | ------------------------------------------------------------- | ------------------------ | -------------------- |
| | | | |

c. **7-Hour SRASHE Training**
Biennial SRASHE Competence Training Not at Goal
Discussion: 88% compliance in December. Only 2 staff remain to be trained.
Conclusion: An additional training is scheduled for 2/1/24 for the final 2 staff.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ----------------------- | ------------------------------------------------------------- | -------------------------- | --------------------- |

d. **SRASHE Mentoring**
Mentoring Compliance not at Goal
Discussion: Five staff need mentoring. One staff needs one session, one staff needs two sessions, three staff need all 3 session. Total of 12 sessions required for 100% compliance.
Conclusion: Ongoing and increasing efforts to complete sessions.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ----------------------- | ------------------------------------------------------------- | -------------------------- | --------------------- |

4. **OTHER MONITORING ITEMS**
   a. **State Suicides for Reporting Period**
      i. Two suicides statewide
      ii. 2023 total: 31 statewide suicides
   b. **Solano Self-Harm Incidents**
      i. No self-injury without intent
      ii. No suicide attempts
   c. **Q4 2023 SRASHE Quality CAT Audits 50% pass rate**
      i. Down from 55% in Q3 2023
      ii. Training completed for MH staff, refreshed planned in staff meeting. Improved compliance expected for Q4.
   d. **IFC/MAC SPRFIT presentations**
      i. Both completed in August 2023
      ii. Both due in February 2024

5. **PROGRAM ADMINISTRATION**
   a. **Updates to suicide prevention policies and procedures**
      Suicide Prevention Policy will b e prioritized for 2024 to include new mandates
      Discussion: None
      Conclusion: SPRFIT LOP to be presented in February MHPS.

   b. **Environment of care (e.g., physical plant impacts)**

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| - | ------------------------------------------------------------- | - | - |

6. **OPEN FORUM**
   a. Discussion: Captain Rowlett discussed women's History Month and the event normally held at SOL.
      Conclusion: N/A

CONFIDENTIAL



**7. MEETING WRAP-UP**
- a. Action items
  - i. Keep 'em SAFE Cards
    1. Spanish
    2. Staff copies
- b. CAPs
  - i. Timeliness of rounds
  - ii. Suicide watch
  - iii. Mentoring
  - iv. 7497s
  - v. SRASHE training
  - vi. MHCB RT non-Max not locked

**8. NEXT MEETING**
Date/Time: 2/29/24 11:00AM

SPRFIT Meeting Minutes Approved By:



SPRFIT Chair, SPRFIT Coordinator
CSP Solano

2/29/24

Date

**CONFIDENTIAL**

# MINUTES

*Suicide Prevention and Response Focused Improvement Team (SPRFIT) Committee*
*CSP SOL*

| | | | |
|---|---|---|---|
| **Chair:** | ███ | **Number of Committee Members Required for a Quorum:** | 8/8 |
| **Date:** | 2/29/2024 | **Quorum Met this Meeting?** | ☒ Yes \| ☐ No |
| **Time:** | 11:00am | | |
| **Recorder:** | ███ | | |

| Committee Members, Voting | | | Approved Designee | |
|---|---|---|---|---|
| ███ Chair, SPRFIT Coordinator | ☒ | | ███, Senior Psychologist, Specialist | ☐ |
| ███, Chief of Mental Health | ☒ | | ███, Senior Psychologist, Supervisor | ☐ |
| ███, Chief Psychiatrist | ☒ | | ███, Staff Psychiatrist | ☐ |
| ███, Supervising Registered Nurse II | ☒ | | ███, Supervising Registered Nurse II (A) | ☐ |
| ███ Sr. Psychiatric Technician (SPT) | ☒ | | ███ Psychiatric Technician | ☐ |
| ███, Correctional Health Services Administrator II(A) | ☒ | | ███ Health Program Manager I (A) | ☐ |
| ███, Inpatient Coordinator | ☒ | | ███, Senior Psychologist, Supervisor | ☐ |
| ███, Associate Warden, Health Care Access | ☒ | | ███ Captain, Health Care Access | ☐ |

**Guests, Non-Voting:**

| | |
|---|---|
| ███ *Senior Psychologist, Supervisor* | ███ *Senior Psychologist Specialist* |
| ███ *Health Program Manager I (A)* | ███ *Nurse Consultant Program Review* |
| ███ *Chief Nursing Executive* | |

1. **APPROVAL OF SPRFIT MEETING MINUTES**
   **Motion:** Approve the January 2024 SPRFIT Meeting Minutes
   ☒ Approved without modifications
   ☐ Approved with modifications, made in real time
   ☐ Not Approved
   **Abstained:** N/A

2. **IMPROVEMENT WORK**
   a. **Review progress/performance of active improvement projects**
      i. <u>Action Items</u>
         Discussion: Pockets cards order expected delivery on 2/28/24
         Conclusion: Follow up to ensure delivery
      ii. <u>CAPs</u>


Discussion: 1. Timeliness of SP15 rounds: collaborative meeting held, software training, extra diligence/early rounds, double/triple rounds, timers, daily monitoring by admin. support; 2. Suicide watch: collaborative meeting held, improved communication strategies, most common in alternative housing, found unintended software failures associated with custody handoff; 3. 7497s: collaborative meeting held, improved routing plan, improved monitoring and training identified; 4. SRASHE Mentoring (improved efforts to schedule and complete); 5. Justification for removal from SW and Q15: audits/training upcoming; 6. MHCB patients not on MAX custody should not be locked in TTM during RT: collaborative meeting/training completed, audit to begin 3/1/24.

Conclusion: All CAPs with expected improvement noted in next reporting period.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| 2022-04-28-02 | Pocket cards in Spanish | ███████ | 4/1/24 |

**b. Review SPRFIT Improvement Priorities List and Project Pipeline**
Discussion: CAT Audit deficiencies, additional training provided since reporting/audit period; additional staff refresher in MH staff meeting.
Conclusion: Expected improvement

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ------------------- | -------------------------------------------------------------- | ----------------------- | --------------------- |

**3. SYSTEM SURVEILLANCE – NEW QUALITY PROBLEMS**

**a. 7497/Clinical Follow-Ups/Custody Checks**
<u>One 7497 packet found a policy violation</u>
Discussion: One 7497 was found to have one missing custody supervisor review. Overall compliance at 88% for January. Collaborative meeting was held to implement process changes and training.
Conclusion: Improvements expected in upcoming cases due to education/training on policy and documentation

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ------------------- | -------------------------------------------------------------- | ----------------------- | --------------------- |

**a. Suicide Precaution and Watch**
<u>Suicide Precaution and Watch rounds not timely</u>
Discussion: Has been close to 100% for 3+ months, but 6-month average is lower than goal. All rounds 98% for January. SOL meets or exceeds state average. Solutions implemented as previously discussed under CAPs. Follow-up meeting planned in 30-60 days.
Conclusion: Improvement expected in upcoming weeks.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ------------------- | -------------------------------------------------------------- | ----------------------- | --------------------- |

**b. SRMP Meets Criteria but Not Included**
<u>One incarcerated person was erroneously marked as a PIP discharge, triggering SRMP</u>
Discussion: This IP was not really a PIP discharge and was not appropriate for SRMP. SPRFIT had reached out to regional who advised that SOL SPRFIT should not take any action and the item will come off the report in 6 months.



CONFIDENTIAL


Conclusion:  None.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| -------------------- | --------------------------------------------------------------- | ------------------------ | ---------------------- |

    c.  **SRASHE Mentoring**
<u>Mentoring Compliance not at Goal</u>
Discussion:  Three staff need mentoring. Two of the three are in the process. Total of 7 sessions required for 100% compliance.
Conclusion:  Ongoing and increasing efforts to complete sessions.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ----------------------- | --------------------------------------------------------------- | -------------------------- | ---------------------- |

## 4.  <u>OTHER MONITORING ITEMS</u>
    a.  **State Suicides for Reporting Period**
        i.   Three suicides statewide
        ii.  2024 total: 3 statewide suicides
    b.  **Solano Self-Harm Incidents**
        i.   No self-injury without intent
        ii.  No suicide attempts
    c.  **Q4 2023 SRASHE Quality CAT Audits 50% pass rate**
        i.   Down from 55% in Q3 2023
        ii.  Training completed for MH staff, refresher completed for staff meeting. Improved compliance expected for Q4.
    d.  **IFC/MAC SPRFIT presentations**
        i.   Both completed in February 2024
        ii.  Both due in August 2024

## 5.  <u>PROGRAM ADMINISTRATION</u>
    a.  **Updates to suicide prevention policies and procedures**
<u>Suicide Prevention Policy will b e prioritized for 2024 to include new mandates</u>
Discussion:  None
Conclusion:  SPRFIT LOP to be presented in March MHPS.

    b.  **Environment of care (e.g., physical plant impacts)**

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| - | --------------------------------------------------------------- | - | - |

## 6.  <u>OPEN FORUM</u>
    a.  Discussion:  Regional tour scheduled for Tuesday 2/26/24.
        Conclusion:  N/A

## 7.  <u>MEETING WRAP-UP</u>
    a.  Action items
        i.   Keep 'em SAFE Cards
            1.   Spanish

CONFIDENTIAL



2. Staff copies

b. CAPs
    i. Timeliness of SP15 rounds
    ii. Suicide watch
    iii. Mentoring
    iv. 7497s
    v. SRASHE training
    vi. MHCB RT non-Max not locked

**8.** <u>**NEXT MEETING**</u>
     Date/Time: 3/29/24 11:00AM

SPRFIT Meeting Minutes Approved By:



3/28/2024

——————————————————————       ——————————————————————

SPRFIT Chair, SPRFIT Coordinator       Date
CSP Solano

CONFIDENTIAL

# MINUTES

---

*Suicide Prevention and Response Focused Improvement Team (SPRFIT) Committee*
*CSP SOL*

| | | | |
|---|---|---|---|
| **Chair:** | ▮▮▮▮ | **Number of Committee Members Required for a Quorum:** | 8/8 |
| **Date:** | 3/28/2024 | **Quorum Met this Meeting?** | ☒ Yes \| ☐ No |
| **Time:** | 11:00am | | |
| **Recorder:** | ▮▮▮▮ | | |

| Committee Members, Voting | | Approved Designee | |
|---|---|---|---|
| ▮▮▮, Chair, SPRFIT Coordinator | ☒ | ▮▮▮, Senior Psychologist, Specialist | ☐ |
| ▮▮▮, Chief of Mental Health | ☒ | ▮▮▮, Senior Psychologist, Supervisor | ☐ |
| ▮▮▮, Chief Psychiatrist | ☒ | ▮▮▮, Staff Psychiatrist | ☐ |
| ▮▮▮, Supervising Registered Nurse II | ☐ | ▮▮▮, Supervising Registered Nurse II | ☒ |
| ▮▮▮, Sr. Psychiatric Technician (SPT) | ☒ | ▮▮▮, Psychiatric Technician | ☐ |
| ▮▮▮, Correctional Health Services Administrator II(A) | ☒ | ▮▮▮, Health Program Manager I (A) | ☐ |
| ▮▮▮, Inpatient Coordinator | ☒ | ▮▮▮, Senior Psychologist, Supervisor | ☐ |
| ▮▮▮ Associate Warden, Health Care Access | ☐ | ▮▮▮, Captain, Health Care Access | ☒ |

**Guests, Non-Voting:**

| | |
|---|---|
| ▮▮▮ *Senior Psychologist, Supervisor* | ▮▮▮ *Senior Psychologist Specialist* |
| ▮▮▮ *Chief Nursing Executive* | ▮▮▮, *Director of Nursing* |
| ▮▮▮, *Health Program Manager III* | |

1. **APPROVAL OF SPRFIT MEETING MINUTES**
   **Motion:** Approve the February 2024 SPRFIT Meeting Minutes
   ☒ Approved without modifications
   ☐ Approved with modifications, made in real time
   ☐ Not Approved
   **Abstained:** N/A

2. **IMPROVEMENT WORK**
   a. **Review progress/performance of active improvement projects**
      i. <u>Action Items</u>
         Discussion: Pockets cards action item completed 3/7/24
         Conclusion: Closed
      ii. <u>CAPs</u>



Discussion: 1. Timeliness of SP15 rounds: collaborative meeting held, software training, extra diligence/early rounds, double/triple rounds, timers (currently in use), daily monitoring by admin. support; 2. Suicide watch: closed by regional SPRFIT earlier this week; 3. 7497s: collaborative meeting held, improved routing plan, improved monitoring and training identified; 4. SRASHE Mentoring (improved efforts to schedule and complete); 5. Justification for removal from SW and Q15: audits/training upcoming; 6. MHCB patients not on MAX custody should not be locked in TTM during RT: collaborative meeting/training completed, audit began 3/1/24 for full data set report in April SPRFIT; 7. Quorum: Added by Hayes, 5 of past 6 months meet quorum, ongoing efforts to cover all required participants. Conclusion: All CAPs with expected improvement noted in next reporting period.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| 2022-04-28-02 | Pocket cards in Spanish | ████ | Closed |

**b. Review SPRFIT Improvement Priorities List and Project Pipeline**
Discussion: CAT Audit deficiencies, additional training provided since reporting/audit period; additional staff refresher in MH staff meeting.
Conclusion: Expected improvement in Q1 2024, available for report at next SPRFIT

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ------------------- | ----------------------------------------------------------- | ----------------------- | --------------------- |

**3. SYSTEM SURVEILLANCE – NEW QUALITY PROBLEMS**

**a. 7497/Clinical Follow-Ups/Custody Checks**
One 7497 packet found a policy violation
Discussion: One 7497 was found to have one missing custody supervisor review. Overall compliance at 88% for February. Collaborative meeting was held to implement process changes and training.
Conclusion: Improvements expected in upcoming cases due to education/training on policy and documentation

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ------------------- | ----------------------------------------------------------- | ----------------------- | --------------------- |

**b. SRASHE Mentoring**
Mentoring Compliance not at Goal
Discussion: Three staff need mentoring (56% compliance). One of the three are in the process. Total of 8 sessions required for 100% compliance.
Conclusion: Ongoing and increasing efforts to complete sessions.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ------------------- | ----------------------------------------------------------- | ----------------------- | --------------------- |

**c. IST Suicide Prevention Course in Block Training**
IST Compliance with SP training: 23%
Discussion: This measure only collects data year-to-date, and only 17% of staff would have been expected to have cycled through block training this time of year. SOL is well ahead of pace to end the year at 100% compliance.

CONFIDENTIAL





| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| -------------------- | ------------------------------------------------------------------------- | ------------------------ | ---------------------- |

**d. Suicide Precaution and Watch**

Suicide Precaution and Watch rounds near goal

Discussion:  Has been close to 100% for 3+ months. All rounds 98% for February. SOL meets or exceeds state average. Solutions implemented as previously discussed under CAPs. Follow-up meeting planned in 30-60 days.

Conclusion:  Improvement expected in upcoming weeks.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ---------------------- | ------------------------------------------------------------------- | ------------------------ | ---------------------- |

**e. MHCB 30-Day Readmits**

Readmitted to MHCB within 30 days of SOL Discharge

Discussion:  SOL=24%: Statewide Average=22%.

Conclusion:  This measure is not under SOL control

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ---------------------- | ------------------------------------------------------------------- | ------------------------ | ---------------------- |

**4.** <u>**OTHER MONITORING ITEMS**</u>
   a. **State Suicides for Reporting Period**
      i.   Two suicides statewide in February
      ii.  2024 total: 5 statewide suicides
   b. **Solano Self-Harm Incidents**
      i.   No self-injury without intent
      ii.  No suicide attempts
   c. **Q4 2023 SRASHE Quality CAT Audits 50% pass rate**
      i.   Down from 55% in Q3 2023
      ii.  Training completed for MH staff, refresher completed for staff meeting. Improved compliance expected for Q1 2024.
   d. **IFC/MAC SPRFIT presentations**
      i.   Both completed in February 2024
      ii.  Both due in August 2024

**5.** <u>**PROGRAM ADMINISTRATION**</u>
   a. **Updates to suicide prevention policies and procedures**
      Suicide Prevention Policy will b e prioritized for 2024 to include new mandates
      Discussion: None
      Conclusion:  SPRFIT LOP to be presented in April MHPS.

   b. **Environment of care (e.g., physical plant impacts)**

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| - | ------------------------------------------------------------------- | - | - |

**6.** <u>**OPEN FORUM**</u>

CONFIDENTIAL



**7.** <u>**MEETING WRAP-UP**</u>
    a.   Action items
          i.   Keep 'em SAFE Cards- Closed!
    b.   CAPs
          i.   Timeliness of SP15 rounds
          ii.   Suicide watch- closed
          iii.   Mentoring
          iv.   7497s
          v.   SRASHE training
          vi.   MHCB RT non-Max not locked
          vii.   Quorum for SPRFIT

**8.** <u>**NEXT MEETING**</u>
        Date/Time: 4/25/24 11:00AM

SPRFIT Meeting Minutes Approved By:



4/25/24
_____
Date

SPRFIT Chair, SPRFIT Coordinator
CSP Solano

CONFIDENTIAL

# MINUTES

*Suicide Prevention and Response Focused Improvement Team (SPRFIT) Committee*
*CSP SOL*

| | | | |
|---|---|---|---|
| **Chair:** | ▮ | **Number of Committee Members Required for a Quorum:** | 8/8 |
| **Date:** | 4/25/2024 | **Quorum Met this Meeting?** | ☒ Yes \| ☐ No |
| **Time:** | 11:00am | | |
| **Recorder:** | ▮ | | |

| Committee Members, Voting | | Approved Designee | |
|---|---|---|---|
| ▮, Chair, SPRFIT Coordinator | ☒ | ▮, Senior Psychologist, Specialist | ☐ |
| ▮ Chief of Mental Health | ☒ | ▮ Senior Psychologist, Supervisor | ☐ |
| ▮, Chief Psychiatrist | ☒ | ▮, Staff Psychiatrist | ☐ |
| ▮ Supervising Registered Nurse II | ☐ | ▮, Supervising Registered Nurse II | ☒ |
| ▮ Sr. Psychiatric Technician (SPT) | ☐ | ▮, Psychiatric Technician | ☒ |
| ▮, Correctional Health Services Administrator II(A) | ☒ | ▮, Health Program Manager I (A) | ☐ |
| ▮ Inpatient Coordinator | ☒ | ▮, Senior Psychologist, Supervisor | ☐ |
| ▮ Associate Warden, Health Care Access | ☐ | ▮, Captain, Health Care Access | ☒ |

**Guests, Non-Voting:**

| | |
|---|---|
| ▮ *Senior Psychologist, Supervisor* | ▮ *Senior Psychologist Specialist* |
| ▮ *Senior Psychologist, Specialist (Regional)* | ▮ *Health Program Specialist I(A)* |
| ▮ *Nursing Consultant (HQ)* | |

1. **APPROVAL OF SPRFIT MEETING MINUTES**
   **Motion:** Approve the March 2024 SPRFIT Meeting Minutes
   ☒ Approved without modifications
   ☐ Approved with modifications
   ☐ Not Approved
   **Abstained:** N/A

2. **IMPROVEMENT WORK**
   a. **Review progress/performance of active improvement projects**
      i. <u>Action Items</u>
         Discussion: None
         Conclusion: None
      ii. <u>CAPs</u>


Discussion: 1. Timeliness of SP15 rounds: extra diligence/early rounds, double/triple rounds, timers, daily monitoring by admin. support; 2. SRASHE Mentoring (improved efforts to schedule and complete); 3. 7497s: improved routing plan, improved monitoring and training identified; 4. 5. Justification for removal from SW and Q15: audits upcoming; 6. MHCB patients not on MAX custody should not be locked in TTM during RT: audit began 4/1/24 for full data set report in May SPRFIT; 7. Quorum: Added by Hayes, 5 of past 6 months meet quorum, ongoing efforts to cover all required participants.

Conclusion:  All CAPs with expected improvement noted in next reporting period.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ------------------- | --------------------------------------------------------- | ----------------------- | --------------------- |

**b. Review SPRFIT Improvement Priorities List and Project Pipeline**
Discussion:  Q1 2024 CAT audit results for SRASHE quality was 100%.
Conclusion:  Resolved using training and refreshers. To be removed from pipeline.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ------------------- | --------------------------------------------------------- | ----------------------- | --------------------- |

## 3. SYSTEM SURVEILLANCE – NEW QUALITY PROBLEMS

**a. 7497/Clinical Follow-Ups/Custody Checks**
One 7497 packet found some policy violations
Discussion:  There was one 7497 was found to have missing MHPC information. Other trainings for custody about documenting in real time are indicated. Overall compliance at 88% for March.
Conclusion:  Improvements expected in upcoming cases due to education/training on policy and documentation

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ------------------- | --------------------------------------------------------- | ----------------------- | --------------------- |

**b. SRASHE Mentoring**
Mentoring Compliance not at Goal
Discussion:  Three staff need mentoring (63% compliance). Two of the three are in the process. Total of 5 sessions required for 100% compliance.
Conclusion:  Ongoing and increasing efforts to complete sessions.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ------------------- | --------------------------------------------------------- | ----------------------- | --------------------- |

**c. IST Suicide Prevention Course in Block Training**
IST Compliance with SP training: 31%
Discussion: This measure only collects data year-to-date, and only 25% of staff would have been expected to have cycled through block training this time of year. SOL is well ahead of pace to end the year at 100% compliance.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ------------------- | --------------------------------------------------------- | ----------------------- | --------------------- |





   d. **Suicide Precaution and Watch**
      <u>Suicide Precaution and Watch rounds near goal</u>
      Discussion:  Has been close to 100% for 3+ months. All rounds 97% for March. SOL meets or exceeds
      state average. Solutions implemented as previously discussed under CAPs. Follow-up meeting
      planned in 30-60 days.
      Conclusion:  Improvement expected in upcoming weeks.

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ----------------------- | ------------------------------------------------------------------ | -------------------------- | --------------------- |

   e. **MHCB 30-Day Readmits**
      <u>Readmitted to MHCB within 30 days of SOL Discharge</u>
      Discussion:  SOL=25%: Statewide Average=21%.
      Conclusion:  This measure is not under SOL control

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| ----------------------- | ------------------------------------------------------------------ | -------------------------- | --------------------- |

4. <u>**OTHER MONITORING ITEMS**</u>
   a. **State Suicides for Reporting Period**
      i. Two suicides statewide in March
      ii. 2024 total: 7 statewide suicides
   b. **Solano Self-Harm Incidents**
      i. No self-injury without intent
      ii. No suicide attempts
   c. **SRASHE Quality CAT Audits 100% pass rate for Q1 2024**
      i. Up from 55% in Q3 2023 and 50% in Q4 2023
      ii. Interventions appear to have been effective
   d. **IFC/MAC SPRFIT presentations**
      i. Both completed in February 2024
      ii. Both due in August 2024

5. <u>**PROGRAM ADMINISTRATION**</u>
   a. **Updates to suicide prevention policies and procedures**
      <u>Suicide Prevention Policy will b e prioritized for 2024 to include new mandates</u>
      Discussion:  None
      Conclusion:  SPRFIT LOP to be presented in May MHPS.

   b. **Environment of care (e.g., physical plant impacts)**

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| - | ------------------------------------------------------------------ | - | - |

6. <u>**OPEN FORUM**</u>
7. <u>**MEETING WRAP-UP**</u>
   a. Action items
      i. None
   b. CAPs
      i. Timeliness of SP15 rounds

CONFIDENTIAL


ii. Mentoring
iii. 7497s
iv. SRASHE training
v. MHCB RT non-Max not locked
vi. Quorum for SPRFIT

8. **NEXT MEETING**
Date/Time: 5/30/24 11:00AM

SPRFIT Meeting Minutes Approved By:



SPRFIT Chair, SPRFIT Coordinator
CSP Solano

5/30/24
_____
Date

CONFIDENTIAL

# MINUTES

---

***Suicide Prevention and Response Focused Improvement Team (SPRFIT) Committee***
*CSP SOL*

| | | | |
|---|---|---|---|
| **Chair:** | ▇▇▇▇▇ | **Number of Committee Members Required for a Quorum:** | 8/8 |
| **Date:** | 5/30/2024 | **Quorum Met this Meeting?** | ☒ Yes \| ☐ No |
| **Time:** | 11:00am | | |
| **Recorder:** | ▇▇▇▇ | | |

| Committee Members, Voting | | Approved Designee | |
|---|---|---|---|
| ▇▇▇, Chair, SPRFIT Coordinator | ☒ | ▇▇, Senior Psychologist, Specialist | ☐ |
| ▇▇, Chief of Mental Health | ☐ | ▇▇, Senior Psychologist, Supervisor | ☒ |
| ▇▇, Chief Psychiatrist | ☒ | ▇▇▇, Staff Psychiatrist | ☐ |
| ▇▇, Supervising Registered Nurse II | ☒ | ▇▇, Supervising Registered Nurse II | ☒ |
| ▇▇, Sr. Psychiatric Technician (SPT) | ☒ | ▇▇▇, Psychiatric Technician | ☐ |
| ▇▇▇, Correctional Health Services Administrator II(A) | ☐ | ▇▇▇, Health Program Manager I | ☒ |
| ▇▇, Inpatient Coordinator | ☐ | ▇▇ Senior Psychologist, Supervisor | ☒ |
| ▇▇ Associate Warden, Health Care Access | ☐ | ▇▇, Lieutenant, Health Care Access | ☒ |

**Guests, Non-Voting:**

| | |
|---|---|
| ▇▇▇ | ▇▇▇▇ |
| *Chief Nursing Executive* | *Director of Nursing* |

1. **APPROVAL OF SPRFIT MEETING MINUTES**
   **Motion:** Approve the April 2024 SPRFIT Meeting Minutes
   ☒ Approved without modifications
   ☐ Approved with modifications
   ☐ Not Approved
   **Abstained:** N/A

2. **IMPROVEMENT WORK**
   a. **Review progress/performance of active improvement projects**
      i. Action Items
         Discussion: None
         Conclusion: None
      ii. CAPs
         Discussion: 1. Timeliness of SP15 rounds: 98% in April- extra diligence/early rounds, double/triple rounds, timers, daily monitoring by admin. support; 2. SRASHE Mentoring: 75% (4 remaining sessions to get 100%); 3. 7497s: 100% for April; improved routing plan, improved monitoring and training identified; 4. Justification for removal from SW and Q15:



100% for March and April; 6. MHCB patients not on MAX custody should not be locked in TTM during RT: sample sizes are too small, efforts identified to increase data points; 7. Quorum: Added by Hayes, 5 of past 6 months meet quorum, ongoing efforts to cover all required participants, should have 6 months compliance after June meeting.
Conclusion: All CAPs with expected improvement noted in next reporting period.

3. **SYSTEM SURVEILLANCE – NEW QUALITY PROBLEMS**
   a. **SRASHE Mentoring**
      Mentoring Compliance not at Goal
      Discussion: Two staff need mentoring (75% compliance). They are both in the process. Total of 4 sessions required for 100% compliance.
      Conclusion: Ongoing and increasing efforts to complete sessions.
   b. **IST Suicide Prevention Course in Block Training**
      IST Compliance with SP training: 35%
      Discussion: This measure only collects data year-to-date, and only 33% of staff would have been expected to have cycled through block training this time of year. SOL is well ahead of pace to end the year at 100% compliance.
   c. **Suicide Precaution and Watch**
      Suicide Precaution and Watch rounds near goal
      Discussion: Has been close to 100% for 3+ months. All rounds 98% for April. SOL meets or exceeds state average. Solutions implemented as previously discussed under CAPs.
      Conclusion: Ongoing efforts to optimize compliance.
   d. **MHCB 30-Day Readmits**
      Readmitted to MHCB within 30 days of SOL Discharge
      Discussion: SOL=25%: Statewide Average=21%.
      Conclusion: This measure is not under SOL control
   e. **Review SPRFIT Improvement Priorities List and Project Pipeline**
      Discussion: Q1 2024 CAT audit results for SRASHE quality was 100.
      Conclusion: Resolved using training and refreshers. To be removed from pipeline.

4. **OTHER MONITORING ITEMS**
   a. **State Suicides for Reporting Period**
      i. One suicide statewide in April
      ii. 2024 total: 8 statewide suicides
   b. **Solano Self-Harm Incidents**
      i. One self-injury without intent; C yard CCCMS, laceration, superficial, referred to MHCB.
      ii. No suicide attempts
   c. **SRASHE Quality CAT Audits 100% pass rate for Q1 2024**
      i. Up from 55% in Q3 2023 and 50% in Q4 2023
      ii. Interventions appear to have been effective
   d. **IFC/MAC SPRFIT presentations**
      i. Both completed in February 2024
      ii. Both due in August 2024

5. **PROGRAM ADMINISTRATION**
   a. **Mentoring program reboot in process**
      75% Compliance for April; Only 2 Staff Remain
      Discussion: None
      Conclusion: Ongoing efforts to complete sessions.

CONFIDENTIAL


   b. **Updates to suicide prevention policies and procedures**

   <u>Suicide Prevention Policy approved in MHPS in April to include new mandates</u>

   Discussion:  None

   Conclusion:  SPRFIT LOP at QMC level of review.

   c. **Environment of care (e.g., physical plant impacts)**

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| - | ------------------------------------------------------------------ | - | - |

**6.** <u>**OPEN FORUM**</u>

**7.** <u>**MEETING WRAP-UP**</u>

   a. Action items

      i. None

   b. CAPs

      i. Timeliness of SP15 rounds

      ii. Mentoring

      iii. 7497s

      iv. SRASHE training

      v. MHCB RT non-Max not locked

      vi. Quorum for SPRFIT

**8.** <u>**NEXT MEETING**</u>

   Date/Time: 6/27/24 11:00AM

SPRFIT Meeting Minutes Approved By:



6/27/24

_____   _____

                                       Date

SPRFIT Chair, SPRFIT Coordinator
CSP Solano

CONFIDENTIAL

# MINUTES

---

***Suicide Prevention and Response Focused Improvement Team (SPRFIT) Committee***
*CSP SOL*

| | | | |
|---|---|---|---|
| **Chair:** | ▮▮▮ | **Number of Committee Members Required for a Quorum:** | 8/8 |
| **Date:** | 6/27/2024 | **Quorum Met this Meeting?** | ☒ Yes \| ☐ No |
| **Time:** | 11:00am | | |
| **Recorder:** | ▮▮▮ | | |

| Committee Members, Voting | | Approved Designee | |
|---|---|---|---|
| ▮▮, Chair, SPRFIT Coordinator | ☒ | ▮▮, Senior Psychologist, Specialist | ☐ |
| ▮▮, Chief of Mental Health | ☒ | ▮▮, Senior Psychologist, Supervisor | ☐ |
| ▮▮, Chief Psychiatrist | ☒ | ▮▮, Staff Psychiatrist | ☐ |
| ▮▮, Supervising Registered Nurse II | ☐ | ▮▮ Supervising Registered Nurse II | ☒ |
| ▮▮ Sr. Psychiatric Technician (SPT) | ☒ | ▮▮ Psychiatric Technician | ☐ |
| ▮▮ Correctional Health Services Administrator II(A) | ☐ | ▮▮ Health Program Specialist I | ☒ |
| ▮▮ Inpatient Coordinator | ☒ | ▮▮, Senior Psychologist, Supervisor | ☐ |
| ▮▮ Associate Warden, Health Care Access | ☒ | ▮▮, Lieutenant, Health Care Access | ☐ |

**Guests, Non-Voting:**

| | |
|---|---|
| ▮▮ | ▮▮ |
| *Senior Psychologist, Specialist* | *Senior Psychologist, Supervisor* |

1. **APPROVAL OF SPRFIT MEETING MINUTES**
   **Motion:** Approve the May 2024 SPRFIT Meeting Minutes
   ☒ Approved without modifications
   ☐ Approved with modifications
   ☐ Not Approved
   **Abstained:** N/A

2. **IMPROVEMENT WORK**
   a. **Review progress/performance of active improvement projects**
      i. Action Items
         Discussion: None
         Conclusion: None
      ii. CAPs
         Discussion: 1. Timeliness of SP15 rounds: 99% in May- ongoing efforts, stellar performance; 2. SRASHE Mentoring: 60% (4 remaining sessions to get 100%); 3. 7497s: 88% for May; 1 late check on a pass/fail measure; 4. MHCB patients not on MAX custody should not be locked in TTM during RT: sample sizes are too small, efforts identified to increase data points; 5.


Quorum: Added by Hayes, 5 of past 6 months meet quorum, ongoing efforts to cover all required participants, should have 6 months compliance after June meeting.

Conclusion:  All CAPs with expected improvement noted in next reporting period.

3. **SYSTEM SURVEILLANCE – NEW QUALITY PROBLEMS**
   a. **Custody Inpatient Discharge Follow-ups**
      5 Day Follow-ups not at Goal
      Discussion:  One late check caused 88% for May; not representative progress. Ongoing diligence.
      Conclusion:  Ongoing and increasing efforts to guide staff in completed appropriately.
   b. **SRASHE Competence**
      7 Hour SRASHE Competence Training not at Goal
      Discussion:  Two staff need training (88% compliance). Training was completed between the end of May and SPRFIT meeting
      Conclusion:  This measure is currently at 100% for June reporting period.
   c. **SRASHE Mentoring**
      Mentoring Compliance not at Goal
      Discussion:  Two staff need mentoring (60% compliance). They are both in the process. Total of 4 sessions required for 100% compliance.
      Conclusion:  Ongoing and increasing efforts to complete sessions.
   d. **IST Suicide Prevention Course in Block Training**
      IST Compliance with SP training: 47%
      Discussion: This measure only collects data year-to-date, and only 42% of staff would have been expected to have cycled through block training this time of year. SOL is well ahead of pace to end the year at 100% compliance.
   e. **Suicide Precaution and Watch**
      Suicide Precaution rounds near goal
      Discussion:  Has been close to 100% for 3+ months. All rounds 98% for April. SOL meets or exceeds state average. Solutions implemented as previously discussed under CAPs.
      Conclusion:  Ongoing efforts to optimize compliance.
   f. **MHCB 30-Day Readmits**
      Readmitted to MHCB within 30 days of SOL Discharge
      Discussion:  SOL=27%: Statewide Average=22%.
      Conclusion:  This measure is not under SOL control
   g. **Review SPRFIT Improvement Priorities List and Project Pipeline**
      Discussion:  No Safer Matrix Items currently.
      Conclusion:  The Focused Improvement Team had nothing to add.

4. **OTHER MONITORING ITEMS**
   a. **State Suicides for Reporting Period**
      i. No suicides statewide in May
      ii. 2024 total: 9 statewide suicides
   b. **Solano Self-Harm Incidents**
      i. No suicides at CSP-Sol
      ii. One suicide Attempt on the yard by hanging, I/P admitted to MHCB
      iii. Two self-injury without intent; both by I/P listed above after admission to MHCB, one by minor laceration, one by head "tapping (i.e. "hitting") on the wall, also minor injries.
   c. **SRASHE Quality CAT Audits 100% pass rate for Q1 2024**
      i. Up from 55% in Q3 2023 and 50% in Q4 2023
      ii. Interventions appear to have been effective

CONFIDENTIAL


      iii.  Next CAT audit data for Q2 2024 will be available by next SPRFIT

  d.  **1 pt in SRMP**
      i.  Had initial IDTT 6/20/24
      ii.  Criteria is discharge from DSH or PIP for DTS
      iii.  IDTT established 6 treatment goals focused on managing suicide risk

  e.  **IFC/MAC SPRFIT presentations**
      i.  Both completed in February 2024
      ii.  Both due in August 2024

  f.  **Comprehensive Serious Suicide Attempt Review completed on 9/5/23 incident**
      i.  No deficiencies found
      ii.  2 recommendations noted

          1.  I/P should have been examined more thoroughly based on his pain reports, and a c-collar should have been applied (it could be considered up to the treating nurse's clinical judgement)
              a.  844s already issued
          2.  Custody was noted at EMRRC to not have had the transportation team ready, which could have caused delays.
      iii.  No CAPS identified or recommended by regional/HQ

5.  <u>**PROGRAM ADMINISTRATION**</u>
  a.  **Mentoring program reboot in process**
     <u>60% Compliance for May; 2 Staff Remain</u>
     Discussion:  None
     Conclusion:  Ongoing efforts to complete sessions.
  b.  **Environment of care (e.g., physical plant impacts)**

| Action Item # | Task | Staff Responsible | Due |
|---|---|---|---|
| - | -------------------------------------------------------------------- | - | - |

6.  <u>**OPEN FORUM**</u>
7.  <u>**MEETING WRAP-UP**</u>
  a.  Action items
      i.  None
  b.  CAPs
      i.  Timeliness of SP15 rounds
      ii.  Mentoring
      iii.  7497s
      iv.  MHCB RT non-Max not locked
      v.  Quorum for SPRFIT

8.  <u>**NEXT MEETING**</u>
     Date/Time: 7/25/24 11:00AM

SPRFIT Meeting Minutes Approved By:





_____                    7/25/24

                              _____

▮                            Date
**SPRFIT Chair, SPRFIT Coordinator**
**CSP Solano**

CONFIDENTIAL