# Exhibit G

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

# Comprehensive Continuous Quality Improvement Audits

## Guidebook

**10/31/2024**

## Guidebook Chapters

I.     Chapter One - Continuous Quality Improvement Audits
   a. Pages 3-50
   b. Attachments A-L (pages 51-74)

II.     Chapter Two - Suicide Prevention On-Site Audits
   a. Pages 75-112
   b. Attachments A-B (pages 113-115)

III.     Chapter Three - Division of Adult Institutions Audits
   a. Pages 116-120

IV.     Chapter Four – Custody and Mental Health Partnership Program Audits
   a. Pages 121-128

V.     Chapter Five – Enhanced Outpatient Program Modified (EOP Mod) Treatment Audits
   a. Pages 129-130

VI.     Chapter Six – Sustainable Process Audits
   a. Pages 131-133

# I.     Chapter One - Continuous Quality Improvement Audit
## Table of Contents

Scheduling Your Visit ................................................................................................. 6

    Coordinating Your Visit ........................................................................................ 6

    Creating the Schedule .......................................................................................... 6

Preparing for Your Visit ............................................................................................ 9

    Data Review ........................................................................................................ 9

    Tool Updating .................................................................................................... 10

    Pre-Visit Call ...................................................................................................... 10

What to Do Upon Arrival ......................................................................................... 10

    Check-In Meeting ............................................................................................... 10

    Document Binders ............................................................................................. 11

    Preface ............................................................................................................... 11

    CQIT Audit Terminology .................................................................................... 11

Mental Health Audit Instructions ........................................................................... 12

    Treatment Space ............................................................................................... 12

    IDTT Observation [RC EOP, ML CCCMS, ML EOP, RHU GP, RHU CCCMS, RHU EOP, Condemned, MHCB, Acute, ICF] ................................................................... 14

    Patient Interviews [RC, RC EOP, ML CCCMS, ML EOP, RHU GP RHU CCCMS, RHU EOP, Condemned]18

    Group Treatment Observation [RC EOP, ML EOP, RHU GP, RHU CCCMS, RHU EOP, Condemned] ... 25

    Group Wait List [ML CCCMS] ............................................................................ 26

    ICC Observation [RHU GP, RHU CCCMS, RHU EOP, Condemned] ....................... 27

    High Refusers [RHU EOP] .................................................................................. 28

    Cell Cleanliness [Alternative Housing, MHCB] .................................................. 29

    Clinical Restraint [MHCB] .................................................................................. 29

    Seclusion and Restraints [MHCB, PIP Acute, PIP ICF] ...................................... 30

    Staff Interview [Institution Wide] ..................................................................... 31

    Five Day Follow-Up Assessment [On-Site Paperwork] ...................................... 32

    Medication Management ................................................................................... 33

    Heat Incident Log MH [On-Site Paperwork] ..................................................... 33

    Health Care Staff Required to Attend Use of Force (UOF) Training [On-Site Paperwork].................. 34

Overall Area Rating [R&R Intake, RC, RC EOP, ML CCCMS, ML EOP, RHU GP, RHU CCCMS, RHU EOP, Alternative Housing, MHCB, Condemned] ................................................................. 34

Custody Audit Instructions ............................................................................................................. 35

Therapeutic Treatment Module/Security Desk Standards [RC EOP, RHU GP, RHU CCCMS, RHU EOP, Condemned] ............................................................................................................. 35

Mechanical Restraint Documentation [MHCB] ........................................................................ 36

Therapeutic Treatment Module Use Observation [MHCB] ...................................................... 36

ICC Timelines [RHU GP, RHU CCCMS, RHU EOP] ..................................................................... 37

Entertainment Appliances [RHU GP, RHU CCCMS, RHU EOP, Condemned] ........................... 37

Unclothed Body Search [RHU EOP] .......................................................................................... 38

Out of Cell Time and Showers – RHU EOP [RHU EOP] ............................................................. 39

Out of Cell Time and Showers – RHU CCCMS [RHU CCCMS] ................................................... 40

Custody Housing Review [All Housing Units] ........................................................................... 41

RVRs [On-Site Paperwork] ........................................................................................................ 43

Custody Staff Training (CQI Custody) [On-Site Paperwork] ..................................................... 45

Issuance of Property Tracking & Transfer Timelines for NDRH [RHU GP, RHU CCCMS, RHU EOP] .... 46

Phone Calls Offered for NDRH [RHU GP, RHU CCCMS, RHU EOP] ........................................... 47

Use of Force [On-Site Paperwork] ............................................................................................ 47

Post Visit Instructions ................................................................................................................... 48

Check-Out Meeting ................................................................................................................... 48

Completing Your Report ........................................................................................................... 48

Checking Your Data .................................................................................................................. 50

Attachments .................................................................................................................................. 51

Attachment A – CQI Site Visit Preparation Checklist .................................................................... 51

Attachment B – Pre-Scheduled Audit Areas .................................................................................. 54

Attachment C – Custody Escort Officer Script ............................................................................... 56

Attachment D – Restraint Checklist(s) ........................................................................................... 57

Attachment E – Regional Technical Instructions ........................................................................... 60

Attachment F – Report Writing Outline ......................................................................................... 61

Attachment G – How to Run the Non-Disciplinary Restricted Housing Report (NDRH) ............... 62

Attachment H – CQI Entrance Talking Points ................................................................................. 65

Attachment I – Case Selection Review Guidelines ......................................................................... 66

Case Review Selection Guidelines ................................................................................................ 66

Case Review Writing Guidelines ................................................................................................... 66

Attachment J – Exit Interview Talking Points ................................................................................ 67

Mental Health Exit ..................................................................................................................... 67

Custody Exit – To be presented by the MHCT Regional Lieutenants ................................. 68

Attachment K – Security Desks ................................................................................................... 70

Attachment L – Treatment Modules and Security Booths ....................................................... 72

# Scheduling Your Visit

## Coordinating Your Visit

a)  Prior to the audit, the mental health regional team will work together to schedule a range of audit dates.
- Audit dates are not finalized until the mental health regional team coordinates the dates with the institution staff.

b)  A mental health regional team member contacts the chief of mental health (CMH), chief executive officer (CEO), and chief psychiatrist (CP) of the scheduled facility to determine final audit dates.
- Final dates are determined based upon Interdisciplinary Treatment Team (IDTT), Institutional Classification Committee (ICC), and group schedules.  Ensure that these meetings, in the locations in which you need to observe them, are occurring on the days you are at the institution.

c)  The regional team members will notify all the parties of the final dates.
- Custody regional team members will notify the institution's warden of the visit dates along with expectations for the audit.
    - Expectations are noted in the CQI Site Visit Preparation Checklist (Attachment A).
    - Other expectations include:
        - The warden's participation in the check-in and check-out meeting.
        - Custody staff available to escort audit team members upon request.
- The mental health regional administrator or designee will notify the CEO, CMH and CP of the final visit dates and provide expectations for the audit.
    - Expectations are noted in the CQI Site Visit Preparation Checklist (Attachment A).
    - Other expectations include:
        - Staff conduct business as usual (do not change group leaders or IDTTs membership for the audit).
        - CEO, CMH, CP and chief nurse executive (CNE) participation in the check-in and check-out meeting.
        - Adherence to schedules (ICC, IDTT, groups, patient survey).
        - Staff available to escort audit team members.

## Creating the Schedule

a)  At least two weeks prior to the scheduled visit, the mental health regional analyst will request the name of a local contact who has access to facility scheduling information.
- Ongoing communication with this liaison is critical to ensure the visit is well organized and the institution staff knows what is expected.
- Verbal communication is critical to finalizing a schedule that will help ensure the visit goes smoothly.

b) Coordination with institution designee.
- This is done by the regional analyst.
  - Provide the CQI Site Visit Preparation Checklist (Attachment A) for the dates you will be visiting the institution, to request:
    - IDTT (IDTT for all MHSDS patients-RHU GP, ML EOP, ML CCCMS, MHCB, RHU CCCMS, RHU EOP) schedules;
    - ICC schedules; and
    - Group therapy schedules for the following: RC EOP, ML EOP, RHU GP, RHU CCCMS, RHU EOP, and Condemned.
  - Coordinate the schedule with the institution designee using the IDTT, ICC, and group schedules, and the Pre-Scheduled Audit Areas (Attachment B). Ensure all required pre-scheduled meetings/interviews are included in the schedule.
    - Custody team members do not have any pre-scheduled events so the defined schedule is primarily for the clinical team.
    - To avoid excessive walking from one end of the institution to another, ensure the pre-scheduled items are coordinated logistically with the lay-out of the institution.
    - Build in estimated time for non-scheduled audit items (e.g., reserve about two hours in the schedule before or after the MHCB IDTT to complete all non-scheduled MHCB items).
    - Include in the schedule all areas where there are no pre-scheduled events. This will help ensure the team remembers visit all required areas during the visit (e.g., alternative housing, OHU).
    - Teams can be divided to accommodate scheduling (e.g., one clinical team member can go to a CCCMS IDTT, while another goes to an EOP IDTT on another yard, and a custody team member is in the RHU).
c) The regional analyst or designee provides the Randomized Patient List to the institution's designee to schedule the patient survey.
- Two weeks before the visit:
  - Go to Lifeline Internet site, click "Quality Management" (under "Health Care Operations"), click "Quality Management Portal" (under "External Links"), click "All Reports & Operational Tools," click "Mental Health Performance Reports," click "Randomized Patient List," enter parameters (see below for example).
    - *Example:* Mainline EOP (ML EOP) list
      Institution: CIM
      Program: ML
      Provider: Null
      Number to select: (auto populates)
      MHI: EOP, EOPMod
      SubProgram: Any, but uncheck RHU GP, RHU CCCMS, RHU EOP

        Cellbed: Null
        Flags: (auto populates)
        Click "View Report"

- ▪ *Example:* RHU
  Institution: CIM
  Program: RHU
  Provider: Nulll
  Number to select: (auto populates)
  MHI: CCCMS, EOP, EOPMod
  SubProgram: Select All
  Cellbed: Null
  Flags: (auto populates)
  Click "View Report"
- o Export each list to Excel and save.
- o Run the report for ML CCCMS, ML EOP, RC, RHU GP, RHU CCCMS and RHU EOP programs.
- o Ensure you only run the list for programs offered at the institution.

d) Email the saved Excel spreadsheet of the Randomized Patient List(s) to the designee at the institution responsible for coordinating the visit with the instructions for them to schedule:

- One group of 10 patients in each yard per program (RC, ML CCCMS, ML EOP, RHU GP, RHU CCCMS and RHU EOP) as applicable to their institution.
- One group of 10 patients in the MHSDS program at desert institutions, or, if there are fewer than 10 patients at the desert institution, ducat and interview all MHSDS patients at that institution. The goal is to have groups of 10. Please account for refusals, ducat more than 10 as many will refuse. Remind custody staff that only 10 patients are needed. Do not cancel the patient's treatment for them to participate in the patient survey.

e) Email the Custody Escort Officer Script (Attachment C) along with the Excel spreadsheet of the Randomized Patient List(s) to the institution designee.

- Ask the designee to provide the Custody Escort Officer Script and request that they use it.
- Contact a custody audit team member and request that the Custody Escort Officer Script be provided to the warden. Also, request that the warden provide the Custody Escort Officer Script to the officers and use it to explain the purpose of the patient survey to the patients.

f) Remind the institution designee to email electronic copies of the Acute/ICF returns list (to both the MH regional contact and the regional lieutenant), Suicide Risk Evaluation (SRE) mentor program training list, and staffing numbers for clinical staff.

- Call the institution designee one day before your visit to remind them about the Custody Escort Officer Script. Verify that patients are scheduled for the patient survey and ensure you know about any last-minute schedule changes.

- The institution designee will provide the percentage of all PC and psychiatrist appointments seen in a confidential setting.
    - Two weeks prior to the visit:
        - Run the Appointments report in On Demand. Enter the following parameters as an example for all PC Contacts:
            - Institution: SQ
            - Program: Select All
            - MHI: CCCMS; EOP; EOP Mod; MHCB; Acute; ICF
            - Starting: 7/1/2021
            - Ending: 12/31/2021
            - Tx Category: PC Contact
            - Outcome Type: Completed
            - Modality: Select All
        - Pivot Table:
            - Export the results to Excel and save
            - Select cell A1 in the Appointments sheet
            - Select the Insert tab at the top of the ribbon
            - Select Pivot Table
            - When the Create Pivot Table window pops up, select "Ok"
            - In the Pivot Table Fields pane, drag the following fields to the specific areas:
                - CDCR (Values)
                - Confidential (Rows)
        - In the Values area, select the dropdown arrow and select "Value Field Settings." When the "Value Field Settings" window pops up, select the "Show Values As" tab. In the "Show Values As" dropdown, select "% of Grand Total." Please note that on the Pivot Table:
          0 = % of Patients NOT seen in a confidential setting
          1 = % of Patients SEEN in a confidential setting
        - Repeat these steps for PSY Contacts
- The regional analyst or designee ensures all attendees and their equipment have been cleared for entrance.
- The regional analyst or designee ensures a call-in line and provides exit meeting invitations to the: warden, CMH, CP, CEO, regional CEO, CNE, plaintiff's counsel, Coleman attendees, OLA and AG's office.

## Preparing for Your Visit

### Data Review

a) Within one week before your visit:

- Review all data on the Performance Report from On Demand. This will help inform your visit and prompt you to ask further questions and/or undertake additional investigations.

## Tool Updating

a) The CQI tool (CQIT) is a web-based application that does not need to be manually updated by users.

## Pre-Visit Call

a) Mental health and custody audit team designees should coordinate a pre-visit call with the CEO, warden, health care AW, CMH, CP and CNE the week prior to the visit.

b) All visit expectations will be expressed including:
- Patient Survey Script (see Patient Interviews audit for script)
- Patient survey ducating and escorts (timely)
- Binder preparation (see Attachment A)
- Confidentiality of patient survey
- Institution mental health staff not to attend patient survey
- CMH not to attend any observation meeting unless they typically attend

# What to Do Upon Arrival

## Check-In Meeting

a) The first thing that will occur at the start of each visit is a brief "check-in" meeting with, at a minimum, the CEO, CMH, CP, CNE, warden, custody audit team, and mental health audit team. It is also recommended that facility captains attend (see CQI Entrance Talking Points [Attachment H]).

b) Warden and CEO/CMH presentations
- Custody audit team members may ask wardens to provide any relevant updates regarding their program, mission, etc.
- Mental health audit team members may ask CEOs and CMHs to provide any relevant updates regarding their mental health census, populations, and program changes.

c) Custody and mental health presentations
- Both audit teams should provide institution leadership with an overview of the areas in which they will be visiting.
- At the inception of the visit, the audit teams should inform institutional leadership that the visit is a means to collect data to provide supportive tools for leadership and their staff.
  - Emphasize that the reports generated from the visit will allow them to use and make decisions about their quality improvement priority areas.
  - Emphasize that the reports generated from the visit will allow them to facilitate change through their own quality management system.

- Data discussion – a designated mental health audit team member will provide an overview of the data from the Performance Report that was prepared in the Data Review section of "Preparing for Your Visit."

d) A designated custody staff member will review all relevant custody data from the mental health Performance Report and the CDCR Office of Research site (for welfare check data).

## Document Binders

a) Before you leave the check-in meeting, ask institutional staff for the document binders (one for mental health and one for custody) outlined in the CQI Site Visit Preparation Checklist (Attachment A) provided by the team members ahead of the visit.
- The details related to the items that go into these binders are in the CQI Site Visit Preparation Checklist (Attachment A).

## Preface

This guidebook is designed to provide specific audit instructions for every audit included in the CQIT to improve inter-rater reliability and validity of our audits. Although CQIT covers a great deal of items that shall be reviewed on site, it is also critical that each auditor pay special attention to qualitative items that may not be explicitly in CQIT. It is critical that all information available (CQIT audit items, other Performance Report items) are utilized to paint a complete picture on institution performance using your written report.

For example, the Performance Report reflects a high percentage of appointment cancellations (uses EHRS data), patients report they do not get to their appointments on time (CQIT patient survey item), and while on site you notice the MH staff is unorganized and there is a lack of escort officers (not in any formal audit but important to note and include in your report).

Also note the patient and staff interview questions are predominantly conveyed through report writing. Although patient survey questions are measurable, questions related to unclothed body searches, custody response, timeliness of groups, and yard time offered in restricted housing units are not reported on the Performance Report from a patient report perspective; these items are intended to further inform your impression and other data regarding institution performance in these areas.

## CQIT Audit Terminology

a) <u>Review Period</u>: date range for document selection related to the audit. The review period will always be the last completed 6 months prior to the audit date. For example, if the audit date is in July 2022, the Review Period will be January 1, 2022 – June 30, 2022.

b) <u>Area</u>: Housing area (e.g., Institution Wide, R&R, RC, RC EOP, ML CCCMS, ML EOP, RHU GP, RHU CCCMS, RHU EOP, alternative housing, MHCB and Condemned).

c) <u>Data Entry</u>: enter audit data on the same date the audit was conducted

d) <u>Data Submission</u>: submit all audit data by the end of the next business day of when CQI tour concludes. For example, if your tour concludes on Friday, submit all data by end of day Monday.

e) <u>CQIT Audit Fields</u>
Note: not all audits will contain all these fields.
**Start Date**: the date the audit was performed on
**End Date:** the date the audit was completed
**Sub Area**: a smaller housing area that is part of a larger housing area. For example, MHCB is the area. MHCB, Side A is the sub area. RHU GP is the area. S Wing is the sub area.
**Time**: the time the audit was conducted. Note: the time defaults to the current time.
**Percentage**: an amount that is a proportion of a larger sum. Note: you do not have to calculate percentage; there will be specific instructions on where to obtain percentages.
**Provider Login ID**: username used to sign into computers
**CDCR #**: the incarcerated person's or patient's CDCR number

# Mental Health Audit Instructions

## Treatment Space

a) General Instructions:
- Respond one time for each treatment room observed.
  - Review all spaces where mental health treatment is offered.
- In auditing treatment space, it is not necessary to observe a room in use. Instead, staff may be asked about the space observed.
- If possible, complete the IDTT and group treatment space audits while observing IDTT and group.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area (include room number)

b) Group Treatment Space [RC, RC EOP, ML CCCMS, ML EOP, RHU GP, RHU CCCMS, RHU EOP, Condemned, PIP Acute, PIP ICF]:
1. Is the group treatment space confidential?
   - Confidential means other patients cannot see or hear the interaction and other staff cannot hear the interaction.
2. Is the space large enough to accommodate chairs for each participant?
   - If you do not respond to this question while observing a group, you may need to ask staff if they usually (more than half of the time) have enough chairs for everyone.
3. Does the space have adequate ventilation and temperature control (not too hot or cold)?

       o  Noting that everyone prefers a different room temperature, respond if the room is judged by the auditor to be too "stuffy" or if participants report it is too hot or cold.

c) Individual Treatment Space [RC, RC EOP, ML CCCMS, ML EOP, RHU GP, RHU CCCMS, RHU EOP, Condemned, MHCB, PIP Acute, PIP ICF]:

  1. Is the treatment space observed confidential?

      o  Confidential means other patients cannot see or hear the interaction and other staff cannot hear the interaction.

  2. Is there enough space for two chairs?

      o  If you do not respond to this question while observing an individual session, you will need to determine if the space has enough room for two chairs to fit in comfortably.

  3. Is the space configured so the space is safe?

      o  Examples of unsafe space include:

          ▪  The space is set up so the patient sits by the door, blocking the door from custody being able to get in if there were an emergency (check for possible lay out change since last audit).

          ▪  The space is used for storage of items (e.g., broom closet, storage for beds or other items).

          ▪  The space is in a remote area with no custody supervision or proximity to respond in case of an emergency.

          ▪  The space is in an area where an alarm will not work.

  4. Is the space well ventilated and temperature controlled (not too hot or cold)?

      o  This is more difficult to assess in an individual room while not in use.  To assess you may:

          ▪  Interview staff and ask about ventilation.

          ▪  Noting that everyone prefers a different room temperature, respond if the room is judged to be too "stuffy".

d) IDTT Treatment Space [RC EOP, ML CCCMS, ML EOP, RHU GP, RHU CCCMS, RHU EOP, MCHB, Condemned, PIP Acute, PIP ICF]:

      o  Complete this audit while observing the quality of the IDTT.

  1. Is there enough space for each participant to have a chair?

      o  Do not count the audit team.  Only determine this by judging if there is enough space for regular institution IDTT members.

  2. Is there a chair for each participant?

      o  Do not count the audit team.  Only determine this by judging if there is a chair for regular institution IDTT members.

      o  This includes the patient having a chair, but the custody escort does not require a chair.

  3. Is there a conference table?

      o  Some rooms have a small side table in the middle of the room used as a conference table.  This is not adequate and does not count as a "yes."

  4. Is the space confidential?

- o Confidential means other patients cannot see or hear the interaction and other staff cannot hear the interaction.
5. Is the space free from unnecessary and distracting noise?
    - o Some examples of unnecessary and distracting noise are:
        - ▪ Loud fans that make it difficult to hear.
        - ▪ A crowd of people and activity right outside the room that make it difficult to hear.
6. Is the space free from unnecessary interruptions (e.g., people walking through)?
    - o Some examples of unnecessary interruptions include:
        - ▪ Space in which people have to walk through the meeting to get to other locations in the facility.
        - ▪ Space in a large area (e.g., the dining room) where many people are regularly entering and exiting the area during the meeting.
7. Is the space well ventilated and temperature controlled (not too hot or cold)?
    - o Noting that everyone prefers a different room temperature, respond if the room is judged by the auditor to be too "stuffy" or if participants report it is too hot or cold.

## IDTT Observation [RC EOP, ML CCCMS, ML EOP, RHU GP, RHU CCCMS, RHU EOP, Condemned, MHCB, Acute, ICF]

a) General Instructions:
- • You are required to observe five patient IDTTs in one building of each program (e.g., if the prison has three separate EOP buildings, you only need to sit in on one of the EOP building's IDTTs for five patients) but you must rotate buildings each visit to ensure over time all programs are sampled.
- • If there are less than five to observe in any given program, observe all.
- • Before the first patient is brought in, introduce yourself to the team and tell them:
    - o You must introduce yourself to each patient.
    - o Other than your initial introduction, the treatment team should proceed with the IDTT as they typically would.  The treatment team should not be presenting the case to you.
    - o To the extent that any of the attendees are present at the IDTT due solely to the audit, politely request that they not attend so that the audit fairly represents the quality of the treating team members.
    - o Ask for a list of patients scheduled to be seen by the IDTT. This will help you with entering the patient CDCR numbers as they are being brought to the IDTT.
- • CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
    - o CDCR #
    - o Start Date
    - o Sub Area
b) IDTT Observations:

1. Did the first IDTT start within 15 minutes of the scheduled time?
   o Judge this using the schedule you received in planning your visit. If the meeting is more than 15 minutes late starting, note this as a "no" unless there was a legitimate reason (e.g., one of the team members attending to an emergency), that does not appear to be the norm.
2. Did the IDTT leader state the purpose of the IDTT?
   o This will be apparent. The IDTT leader is expected to tell the patient the reason(s) they are having the meeting.
3. Did the primary clinician (PC) complete or update the PC intake evaluation prior to the initial IDTT meeting?
   o The requirement for a new or updated intake evaluation will depend on the patient's program. If it is required, the PC must complete a new intake evaluation or update the current intake evaluation on a progress note.
   o You may need to check in EHRS; other times it may be obvious as they will be looking at it in the IDTT.
4. Is there a psychiatrist (or PNP as allowed per policy) at the IDTT?
5. Did the psychiatrist complete the intake evaluation prior to the initial IDTT meeting?
   o The psychiatrist must complete an initial evaluation prior to the IDTT.
   o You may need to check in EHRS; other times it may be obvious as they will be looking at it in the IDTT.
6. If it appears that the patient's mental health status had an impact on his/her understanding of the proceedings, did IDTT members ensure effective communication?
   o This applies only to patients who you, as a clinician, observe to have difficulty paying attention or understanding what the IDTT members are saying.
     ▪ *Training discussion – what are some of the things you might observe with a patient who is having difficulty understanding?*
   o Note "N/A" if you judge the patient as being able to understand.
   o Note this as a "yes" if any member in the IDTT checked with the patient for understanding by asking him/her to restate what was said.
7. Did the PC provide succinct case formulation (Predisposing, Perpetuating, Precipitating, and Protective factors) to inform relevant treatment information including, but not limited to:
   o Functional impairments
   o Diagnosis
   o Areas of distress
   o Strengths
   o Weaknesses
   o History of mental illness, hospitalizations, suicide attempts

8. Did the psychiatrist provide relevant information regarding diagnosis, medications to address the diagnosis, and discuss side effects?
   - The psychiatrist should explain what medication was prescribed and the rationale of why medication was or was not prescribed.
   - If medication is prescribed, the psychiatrist should discuss side effects (risks and benefits) of the medication *with the patient*.
   - Select "Not in attendance" if the psychiatrist (or PNP) is not present

9. Was the patient invited to participate in the IDTT and asked open-ended questions that enhances the patient's understanding of the treatment plan?
   - Please provide detailed comments on why the patient was not invited.
   - Select "N/A" if the patient declined to attend or there is good clinical rationale for not inviting the patient.
   - If the patient attends, one can assume the patient was invited to attend.
   - Asking only whether the patient "has any questions" is insufficient.
   - Some examples of questions you might look for to qualify as a "yes" response:
     - What did we talk about working on together when we met last (week, two days ago, etc.)?
     - Tell me what we said is your diagnosis? What does that mean?
     - Tell me what this meeting is about?

10. Was the correctional counselor engaged in the discussion, knowledgeable, and provided relevant information to the case?
    - The correctional counselor does not have to give an entire case presentation but is expected to provide relevant custody information and engage in the team's discussion.
    - Select "Not in attendance" if the CCI is not present

11. Did the IDTT leader facilitate a team discussion by attempting to engage all participants (including staff and the patient)?
    - If the IDTT leader asked other team members questions to prompt their input, this response is "yes" even if the team leader was unsuccessful in his/her attempt.

12. Did the overall IDTT include interactive discussion of all staff participants toward the treatment plan?
    - This is about the interaction of all team members; if team members present information in isolation, and then disengage, the response to this item is "no."
    - If one staff participant on the patient's treatment team does not interact, the response is "no."
    - You may exclude staff attendees who are NOT on the patient's treatment plan but are in attendance (this should be clear from introductions at the beginning of the meeting).

13. Was the patient given an opportunity to provide meaningful input regarding their treatment plan, goals, and all determinations made at IDTT?
    o This will be evident. It is the expectation IDTT staff members discuss treatment options with the patient, rather than present their case to other team members or discuss treatment options with other team members and not engage the patient.
    o Select "Not in attendance" if the patient is not present
14. Were measurable treatment goals discussed?
    o All treatment goals must be measurable.
        ▪ For example, "Your short-term goal is to be free of auditory hallucinations for two weeks.  Your long-term goal is to come out of your cell for yard time at least two times per week for the next two months."
15. Were all considerations on the HLOC form and appropriateness of level of care discussed with contributions from all members of the IDTT, including the patient?
    o If the patient meets any criteria on HLOC form, and was not referred to HLOC, the team must verbally discuss treatment modifications and clinical justification for non-referral.
    o Statements such as "does not meet any indicators on HLOC form" are not acceptable – this will not be meaningful to the patient.
    o Look for statements such as, "You are doing well at the EOP level of care so I am recommending we keep you at this level of care, you have not had any MHCB admissions, you are going to most of your treatment appointments, and we are making progress on your treatment goals."
16. For IDTT updates ONLY: Did the team leader discuss progress towards the treatment goals?
    o The PC is expected to discuss with the IDTT what progress, if any, has been made toward measurable treatment goals.
        ▪ For example, "Mr. Y has reported that he accomplished his goal of being free from auditory hallucinations for two weeks.  He is working towards his long-term goal of coming out for yard at least three times per week for two months and has done this for one week so far."
17. Can the primary clinician access the health record and are they using it as needed?
    o If the primary clinician is not there, then select "not in attendance."
18. Can the primary psychiatrist access the health record and are they using it as needed?
    o If the primary psychiatrist is not there, then select "not in attendance."
19. Can the correctional counselor access SOMS/ERMS and are they accessing it as needed?

20. (For non-RHU ML EOP audits ONLY): For Initial EOP IDTTs and IDTTs in which a patient does not have a work/education assignment, was eligibility (clinical appropriateness) for work/education assignment discussed?

21. (For non-RHU ML EOP audits ONLY): Did the treatment team discuss what, if any, reasonable accommodations may be needed for work/education assignment?

22. Is management of the patient's resistance to treatment addressed through individualized treatment intervention(s) and goals with custody input?

23. Did the treatment team discuss if there were any RVR write-ups?

24. If the treatment team discussed RVR write-ups, were the mental health recommendations from any RVRs since the last IDTT also discussed?

25. If appropriate to address in treatment plan, was the behavior that led to the RVR accounted for in the treatment plan?

26. MHCB ONLY: For patients who were admitted for danger-to-self or engaged in self-injurious-behavior while admitted, is the safety plan discussed?

27. MHCB ONLY: Are levels of observation discussed?

28. MHCB ONLY: Is level of observation justified?

29. MHCB ONLY: Is the discharge plan discussed?

30. Acute/ICF ONLY: For patients who were admitted for danger-to-self or engaged in self-injurious-behavior while admitted, is the safety plan discussed?

31. Acute/ICF ONLY: Are levels of observation discussed?

32. Acute/ICF ONLY: Is level of observation justified?

33. Acute/ICF ONLY: Is the discharge plan discussed?

34. Did the outcome from the IDTT meeting appear predetermined, and not impacted by the patient's or other team members' input?

## Patient Interviews [RC, RC EOP, ML CCCMS, ML EOP, RHU GP RHU CCCMS, RHU EOP, Condemned]

a) First Steps: Logistics

1. The regional administrator designates a staff member to generate a Randomized Patient List from On Demand at least two weeks prior to the visit and send the list to the institution's CMH and to the contact at the institution. The list MUST be generated two weeks prior to the visit to ensure that patients who are interviewed have been in the program for several weeks (not applicable to desert institutions).

2. Prior to, and again upon arrival at the institution, confirm that the institution received the list and remind institution leadership when you plan on conducting the patient surveys.

3. Ensure that the institution staff followed the pre-visit checklist. The goal is to have groups of 10 patients. Please account for refusals, therefore have them ducat more than 10 patients to a group room as many will refuse. However, remind custody staff that only 10 patients are needed. Advise the institution staff to skip patient names on the list for those who are no longer in the program (this is going to occur since we run a list two weeks prior).

    4. Remind the institution contact responsible for coordinating the audit schedule that the custody officers must use the Custody Escort Officer Script to explain to patients the reason for the ducat.

    5. You do not have to ask the positive/negative questions with hand raising if there is a small number of patients.

b) Data Entry

    1. All responses should be entered as an integer.

       o For any items that are N/A, enter 0 for all questions that are not applicable. When a 0 is entered for positive and negative selections for each topic, the programming will score them as N/A.

c) Conducting the Interviews

    1. Introduction - Before you begin asking the standardized questions:

       o Introduce yourself

       o Explain that you are there to conduct a patient survey to see how they rate the treatment being provided to them.

       o Explain that the survey is anonymous and add a statement about the limits of confidentiality. For example, explain that if you believe a patient is suicidal, homicidal, or in a mental health crisis, you will have to break confidentiality.

       o Patient Survey Script: "This is anonymous. Although you were ducated for this, we do not know who you are and we are not keeping the ducats nor are we putting any names or CDCR numbers into our computer. We want you to feel comfortable to be honest." Explain that you are not writing their name and CDCR number down.

       o Not applicable to smaller groups: Explain that you have to ask each question in a positive and negative format because some people do not respond and we need both to calculate the response. Remind patients to respond only once.

       o Explain what is meant by usually or mostly.

          ▪ "When I say usually or mostly, I mean more than half of the time."

       o Remind patients to only answer about the program and institution in which you are conducting the survey.

          ▪ "Answer about your experiences here at _____only."

       o Explain to patients that you need to count responses, so you need them to raise their hand high in the air and hold it up while you count when they respond.

       o Explain to patients that you also want to hear more about their experiences but to please hold off until the end, because many of the things they want to tell you will likely be asked in the survey.

    2. Asking the standardized questions:

       o Although it is critical that all assessors utilize the standardized questions as their template, to create an improved communication flow and

ensure we obtain as many accurate responses as possible, questions may be amended as needed.
- For example, instead of asking "What keeps you from going to your MH appointments?" you might ask, "There are times when you may not be able to get to your MH appointments, when that happens, what are some of the reasons you are not able to go?"

o The most important thing here is to use your clinical skills to read the patients.

o Another example is when you have a smaller group of patients you may not need to ask the positive and negative questions each time.
- For example, if you are interviewing five patients and you ask, "Raise your hand if you feel that you are seen as often as you need to be?" Rather than asking the next question, "Raise your hand if you feel that you are NOT seen as often as you need to be?" you may just be able to turn to the patients that did not raise their hand on the first question and ask, "You did not raise your hand, does that mean you do not think you are seen as often as you need to be?"

3. Getting qualitative details using the radio buttons:

o Once you have ascertained how many patients are satisfied and/or dissatisfied, you need to get information about where improvements can be made.

o Ask each patient who reported satisfaction to raise their hand then, one by one, ask what they like about the treatment. Use the radio buttons to record their responses, and when radio button is appropriate for the response, select "other" and type it in.

o Now ask each patient who reported dissatisfaction to raise their hand, one by one, and ask how we can make improvements. Again, use the radio buttons to record responses, and when no radio button is appropriate for the responses, mark "other" and type it in.

o If you frequently get a response that is not in the radio buttons, notify the QM team so a radio button for this response can be added.

o It is important to explore areas where there is a conflict between patients' reports and data from performance reports or staff reports.

4. Managing group leaders:

o A limitation of conducting interviews in a group setting is that a strong group leader can take over the group and influence other's responses.
- Use your clinical skills to minimize this.
- Let every person in the group know their responses are kept among the group.
- If anyone is uncomfortable responding within the group, they can see you after.
- If any patient expresses disinterest in participating and wants to leave, let the patient leave.

5. Managing non-responders:
   o You may encounter a situation where a patient does not respond to your questions, or does so but not according to what you asked (e.g., shrugs shoulders when you ask who likes/dislikes their group therapy).
      ▪ Do not immediately make assumptions about their responses. Again, use your clinical skills to engage the patient. Ask for clarification if needed.
      ▪ If it appears the patient is not stable and/or the responses are not likely to be meaningful, do not count this patient in your sample as they meet our exclusionary criteria.
      ▪ If they are stable but simply withdrawn, offer to get responses afterwards or do what you can to draw them out.

d) CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
   • Start Date
   • Sub Area
   • Time

e) Standardized Questions:
   1. How many patients were interviewed?
   2. Raise your hand if you go to most of your MH appointments?
   3. Raise your hand if you do NOT go to most of your MH appointments?
   4. What keeps you from going to your MH appointments?
      o Did not get ducat
      o Escort problems
      o Modified program
      o Discouraged by others
      o Weather (too cold, too hot)
      o Schedule conflicts (other appointments, work, visiting, canteen)
      o Treatment is not helpful
      o I don't like my clinician
      o Symptoms of mental illness (e.g., "too depressed")
      o Other
      o N/A
   5. Raise your hand if you are usually able to get to your MH appointments on time?
   6. Raise your hand if you are NOT usually able to get to your MH appointments on time?
   7. When you do not get there on time, what types of things keep you from getting to your appointments on time?
      o Did not get ducat
      o Escort problems
      o Modified program
      o Discouraged by others
      o Weather (too cold, too hot)
      o Schedule conflicts (other appointments, work, visiting, canteen)

- o    Other: Describe
- o    N/A

8. Raise your hand if you feel that you are seen as often as you need to be?
9. Raise your hand if you feel that you are NOT seen as often as you need to be?
10. Raise your hand if you are usually seen within four hours if it is an emergency, within 24 hours if your situation is urgent and within 5 business days for non-emergencies when you request to be seen.
11. Raise your hand if you are NOT usually seen quickly when you need to be?
12. Raise your hand if you know your MH treatment plan?
Item Tip: Describe treatment team and treatment plan to patients, "This is the plan that is developed when your psychiatrist, PC, CCI, and you all meet and discuss your treatment." "It is what you are working on for your mental health treatment." "The issues that you and your clinicians have identified and that you want help within your treatment sessions."
13. Raise your hand if you do NOT know your MH treatment plan?
14. Raise your hand if you agree with your MH treatment plan?
15. Raise your hand if you do NOT agree with your MH treatment plan?
16. Raise your hand if you are mostly satisfied with your MH treatment team meetings?
17. What do you like about your MH treatment team meetings (IDTT)?
    - o    The clinicians listen to me
    - o    They help me get the treatment I need
    - o    The IDTT asks what I think
    - o    The IDTT is helpful
    - o    I get to discuss treatment with all of my providers at once
    - o    Other: Specify
    - o    N/A
18. Raise your hand if you are NOT mostly satisfied with your MH treatment team meetings (IDTT)?
19. How can your mental health treatment team meetings be improved?
    - o    Listen to my opinion more
    - o    Less people in the room
    - o    They ask what I think
    - o    Spend more time with me
    - o    Other: Specify
    - o    N/A
20. Raise your hand if you know how to make an appointment with your PC or psychiatrist?
21. Raise your hand if you do NOT know how to make an appointment with your PC or psychiatrist?
22. Raise your hand if you are satisfied with the treatment from your PC?
23. What do you like about the treatment you receive from your PC?
    - o    He/she listens to me
    - o    He/she cares about me (or understands me)

- o He/she provides methods to help cope
- o Other: Specify
- o N/A

24. Raise your hand if you are NOT satisfied with the treatment from you PC?

25. How can the treatment you receive from your PC be improved?
    - o Be seen more often
    - o Spend more time with me
    - o More individualized treatment
    - o Focus on treatment progress rather than a quick check-in
    - o Other: Specify

26. Raise your hand if you are satisfied with the treatment from your psychiatrist?

27. What do you like about the treatment you receive from your psychiatrist?
    - o He/she listens to me
    - o He/she explains the medications to me
    - o He/she provides methods to cope
    - o Other: Specify
    - o N/A

28. Raise your hand if you are NOT satisfied with the treatment from your psychiatrist?

29. How can the treatment you receive from your psychiatrist be improved?
    - o Be seen more often
    - o Spend more time with me
    - o Better explain medications
    - o Other: Specify
    - o N/A

30. Raise your hand if you are mostly satisfied with your group treatment?

31. What do you like about your group treatment?
    - o The group leader encourages discussion
    - o The group leader helps me with my MH issues
    - o The clinician pays attention to my treatment needs
    - o The clinician asks us all to contribute.
    - o I learn new skills/techniques
    - o I get support from others
    - o I get out of cell
    - o I get to interact with others
    - o Other: Specify
    - o N/A

32. Raise your hand if you are NOT mostly satisfied with your group treatment?

33. How can your group treatment be improved?
    - o More groups offered
    - o Groups more directed to my treatment issues
    - o Other: Specify
    - o N/A

34. Raise your hand if you are usually seen by MH clinicians in a confidential setting?
    Item Tip: Explain confidential, "A private setting where other patients cannot hear or see the interaction and other staff cannot hear the interaction."

35. Raise your hand if you are NOT usually seen by your MH clinician in a confidential setting?
    - If you are not usually seen in a confidential setting, where are you typically seen?
    - If you are not usually seen in a confidential setting, do you know why? Please explain.

36. For those of you who take psychiatric medication, raise your hand if you usually do NOT have to wait more than 24 hours to start getting a new medication that was prescribed to you?

37. Raise your hand if you usually have to wait more than 24 hours to start getting a new medication that was prescribed to you?

38. Raise your hand if you usually get your regular medications on time (e.g., AM meds are received between 0630-0800, afternoon meds between 1130-1300, PM meds between 1630-1830, and HS meds after 2000).

39. Raise your hand if you usually do NOT get your regular medications on time?

40. Raise your hand if your medications continue without disruption when you transfer to a new institution.

41. Raise your hand if your medications do NOT continue or administration is disrupted when you transfer to a new institution.

42. ML EOP ONLY: How many of you are offered at least 10 hours of treatment per week (for ML) or 5 hours per week (RC)?

43. ML EOP ONLY: How many of you are NOT offered at least 10 hours (or 5 for RC) of treatment per week?

44. RHU ONLY: Raise your hand if you received the RHU Inmate Orientation Mental Health Guide within a day of your arrival?

45. RHU ONLY: Raise your hand if you have NOT received the RHU Inmate Orientation Mental Health Guide within a day of your arrival?

46. For those of you on heat medications, how many of you are offered alternatives for yard when you have to return from the yard when there is a heat alert? (Note: this is for your report only – will not be calculated).

47. If you are offered alternatives to yard during heat alerts, what alternatives are you offered?

**The following items are not measured on the Performance Report. Keep measurable data but also ensure sufficient comments are noted.**

48. Raise your hand if group treatment hours offered usually conflict with other activities (e.g., showers, yard, and law library).

49. Raise your hand if your treatment groups usually start on time and last for the full allotted time.

50. Raise your hand if your treatment groups usually do NOT start on time and last for the full allotted time.
51. Raise your hand if the C/Os respond to urgent MH requests.
52. Raise your hand if the C/Os do NOT respond to urgent MH requests.
53. RHU GP, RHU CCCMS, RHU EOP ONLY: Raise your hand if you are offered 20 hours of out of cell time each week.
54. RHU GP, RHU CCCMS, RHU EOP ONLY: Raise your hand if you are NOT offered 20 hours of out of cell time each week.
55. RHU GP, RHU CCCMS, RHU EOP ONLY: Raise your hand if you are offered exercise time that equal to at least 10 hours per week.
56. RHU GP, RHU CCCMS, RHU EOP ONLY: Raise your hand if you are NOT offered exercise time that equal to at least 10 hours per week.
57. Restrictive housing units ONLY: Raise your hand if you have a crank radio, television, or other entertainment device.
58. RHU EOP ONLY: Raise your hand if you are strip searched upon return to cell after remaining within a restricted housing unit under the supervision of staff.
59. RHU EOP ONLY: Raise your hand if unclothed body searches are conducted in a private area.
60. RHU EOP ONLY: Raise your hand if unclothed body searches are NOT conducted in a private area.
61. RHU EOP ONLY: Raise your hand if unclothed body searches are conducted by an officer of the same or preferred gender.
62. RHU EOP ONLY: Raise your hand if unclothed body searches are NOT conducted by an officer of the same or preferred gender.
63. Is there anything else regarding the mental health program you would like to share?

## Group Treatment Observation [RC EOP, ML EOP, RHU GP, RHU CCCMS, RHU EOP, Condemned]

a) General Instructions:
- Obtain a list of planned groups for the week(s) of the audit and randomly select at least two groups (per program) with different facilitators to audit.
  - o Random selection means without definite aim, direction, rule or method.
- Only observe "talking" groups; not art or exercise groups.
- Before the first patient is brought in, introduce yourself to the group leader and tell him or her:
  - o You will introduce yourself to the group
  - o Other than your initial introduction, proceed with the group as he/she typically would. He/she should NOT present the group content to you.
- If the CMH or chief psychiatrist is in attendance, ask him/her if he/she usually attends group; if he/she does not, tell him/her you want to see business as usual and politely ask him/her not to attend.

- If the group leader was changed as a result of your visit, you must audit another group.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

b) Group Observations:

1. Did the group leader start the group on time?
   - If the group starts more than 5 minutes after the scheduled time, mark "no" unless there is a legitimate reason (such as the leader attending to a patient emergency) that does not appear to be the norm.
2. Did the group leader attempt to engage each participant?
   - If the group leader asked each group participant a question in an attempt to engage them, this response is "yes" regardless if all the patients actually engaged.
3. If media or music is used, is it only used for short periods of time to illustrate the group topic?
   - If a movie or music is used consistently throughout the group, without any pause to apply the contents to treatment, the response to this item is "no."
4. Does the leader facilitate interaction between all group members on the clinical topic?
   - This is about the group leader attempting to get each participant to engage with others about the clinical topic.
5. For clinician-led groups, is clinical process addressed during the group?
   - Clinician-led groups are those led by a social worker, psychologist, or psychiatrist.
   - For example, if the clinician is using cognitive behavioral techniques to address treatment issues in a stress reduction group, he/she may help group members to dispel stressors that are not real and to focus on steps to address real stressors.

## Group Wait List [ML CCCMS]

a) General Instructions:

- Use the CQI Site Visit Preparation Checklist (Attachment A) item # 9 to assist in answering the following questions.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

b) Standardized Questions:

1. Is more than one type of group (different topics or focus) currently offered?
2. Have any patients on the list been waiting longer than 90 days?
3. If there is no wait list, why?

## ICC Observation [RHU GP, RHU CCCMS, RHU EOP, Condemned]

a) General Instructions:
- Ask for a list of patients scheduled to attend the ICC before the meeting begins. This is often referred to as the "call sheet."
- You may have to look up the patient in the EHRS to determine who is in the mental health program.
- To save yourself time, and at the institution's discretion, you may request that staff bring in all mental health patients first.
- Respond to questions for each MH patient's ICC.
- Before the first patient is brought in, introduce yourself to the ICC members and then:
    - You want to introduce yourself to each patient.
    - Other than your initial introduction, proceed with the ICC as they typically would. You want to see business as usual.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
    - Start Date
    - Sub Area

b) Standardized Questions:
1. (Not RHU EOP): Is the MH clinician who is in attendance, the assigned clinician?
    - If this is not apparent, after the patient leaves ask if a clinician was present.
    - A psychologist, social worker, or psychiatrist may act as a designee for the assigned clinician. The designee must consult mental health treatment records, confer whenever possible with the patient's assigned clinician, and be up to date on required training relating to removing patients from MAX custody.
2. RHU EOP ONLY: Is the clinician the CMH or acting as their designee?
3. Did the MH clinician provide useful information regarding each patient's current mental health condition (e.g., need for medication, tendency for behavioral difficulties, suggested interventions, LOC, need for staff assistant)?
    - Some examples from the MHSDS Program Guide (pg. 12-7-2) are:
        - Patient's current participation in treatment
        - Medication compliance
        - Suitability of single or double celling
        - Risk assessment of self-injurious or assaultive behavior
        - Status of ADLs
        - Ability to understand Due Process proceedings
        - Likelihood of decompensation if retained in RHU
        - Recommendations for alternative placement
        - Any other custodial and clinical issues that have an impact on the patient's mental health treatment.

- o Not all of the items above must be included to qualify for a "yes" response on this question, but relevant information regarding a patient's current mental health condition is expected.
4. Did the ICC chair consider both the clinical and custody needs of the patient for program review? For example, clinical contra-indications to transfer; significant limitations on MH treatment if the patient's MAX custody status is maintained.
   - o It is expected that this consideration will occur after the mental health clinician provides input but may also surface in terms of a discussion regarding the patient's level of care and/or questions the committee chair asks the MH clinician.
5. If it appears that the patient's mental health status had an impact on his/her understanding of the ICC, did staff members ensure effective communication?
   - o This applies only to the patient who you, as a clinician, observe having difficulty paying attention or understanding what ICC members are saying.
   - o Note N/A if you judge the patient as being able to understand.
   - o Note this as a "yes" if any member in the ICC checked with the patient for understanding by asking the patient to restate what was said.
6. Did the ICC start on time?
   - o Judge this using the schedule you received in planning your visit. If the meeting is more than 15 minutes late starting, note this as a "no" unless there was a legitimate reason (such as one of the team members attending to an emergency), that does not appear to be the norm.


## High Refusers [RHU EOP]

a) General Instructions:
   - Use the RHU EOP High Refuser Report to identify all high refusers with an initial date of refusal in the column titled, "First date/time as high refuser" that is within the reporting period.
   - Ask for the 128B Chronos for high refusers (may be in hard copy or in SOMS/ERMS).
   - Check for documentation in EHRS on the PowerForm titled, Review for all High Percentage Treatment Refusals.
   - For any patient for whom documentation of a discussion was not found, list their CDCR number in the provided comment box.
   - CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
     - o Start Date
b) Standardized Questions:
   1. How many high refusers were identified (by the RHU EOP High Refuser Report)?
   2. Among the high refusers identified, how many 128Bs that address the most recent high refusal event were available in the unit or in SOMS/ERMS for review?

3. Of the high refusers identified, how many had the "Review of all High Percentage Treatment Refusals" PowerForm in EHRS indicating a discussion occurred between mental health and custody staff to address reason for high refusal within 7 calendar days of being last identified?
4. How many individual identified barriers related to security policies as the rationale for their refusal?
5. Of those individual for whom refusals were due to barriers related to security policies, how many 128Bs include a plan of action to address reasons for high refusal?

## Cell Cleanliness [Alternative Housing, MHCB]

a) General Instructions:
- For all units throughout the prison, observe all of the MHCB and alternative housing cells used for mental health patients.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

b) Standardized Questions:
1. How many cells were observed?
   - In each unit, enter the total number of cells observed for cell cleanliness.
2. Of those, how many are clean (free of debris, old food, feces and urine, etc.)?
   - Enter the total number of cells in each unit observed that you classify as "clean."
   - Clean cells may include but are not limited to:
     - Free of debris on the floor (use judgment, the patient's lunch tray from that day, for example, may not be enough to consider the cell unclean).
     - Clean floor (no grime on the floor, floor has clearly been mopped within past few days).
     - No grime on walls, vents, and ceiling.
   - Another strategy you may use to determine cell cleanliness is to ask the patients.
3. MHCB ONLY: Is there a documented cleaning schedule or log?
4. MHCB ONLY: If so, is it followed?

## Clinical Restraint [MHCB]

a) General Instructions:
- Ask the MHCB RN for their restraint log and the Restraint Checklist(s) (Attachment D).
- Use the restraint log and Restrain Checklist(s) to respond to the audit questions.
- Ensure any deficiencies are noted in the exit meeting and qualitative summary of your CQI Report, as this is a high-risk area.

- In the CQIT Start Date field, the date should reflect the date the audit was completed (NOT the date the data was entered in the tool).
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

b) Standardized Questions:

1. How many restraint occurrences were in the restraint log during the quarter?
   - Use the restraint log to count the number of restraint occurrences that occurred during the COMPLETE QUARTER prior to your visit (e.g., if you are visiting in Oct., use July-Sept data to count the number of occurrences).
   - If a restraint log is not available, select "N/A", note this in the Comments box and address this during the exit meeting and in your CQI Report.
   - If no checklist(s) or log is available, note this in your comments and address it in your write-up and exit.

2. How many Restraint Checklists were completed during the quarter?
   - Count the number of Restraint Checklists that were completed during the COMPLETE QUARTER prior to your visit.
   - If Restraint Checklists are not available, enter 0, note this in the Comments box and address this during the exit meeting and in your CQI Report.
   - If there is a discrepancy between the number of restrain occurrences in the restraint log and Restraint Checklists(s), note the discrepancy in the Comment box and address it during the exit meeting and in your CQI Report.

3. Of those, how many restraint incidents met all audit criteria?
   - If there is one box on the Restraint Checklist(s) marked with a "no," or a question with none of the boxes selected, you can respond "no" to this question (this is an 'all or nothing' audit).

4. For deficiencies, which items on the Restraint Checklist(s) were not met?
   - Note the date and CDCR numbers of the Restraint Checklist(s) that had deficiencies. Also, specify Restraint Checklist(s) items that were not met for each Checklist that failed.

5. Did the institution staff address all deficiencies? If yes, how?
   - You many ask staff if deficiencies were addressed and, if so, where to find the documentation.
   - Use the Comment box to note how staff addressed deficiencies.

## Seclusion and Restraints [MHCB, PIP Acute, PIP ICF]

a) General Instructions:

- Use the Restraint/Seclusion Logs maintained on the unit to answer audit questions.
- Complete one audit per patient per restraint/seclusion incident.

- For example, if a patient is placed in seclusion, released for a brief time, and then placed back into seclusion, this is two separate audits.
- For time, must use military time (0000-2359).
- For any outliers or unusal trends, please research the incident or trend and report your findings. Findings to report include, staff involved, reason for incident, leadership oversight of incident, patient mental health history and any other relevant findings that may give a full picture why this incident or trend is unusual.
- Examples of outliers or unusual trends are but are not limited to:
  - Patient being placed in restraints for more than 4 hours, placed in seclusion more than 8 hours.
  - Any patients who appear to be placed in seclusion/restraints more often than other patients in the MHCB, Acute and/or ICF unit.
  - An increase in the use of seclusion/restraint in the MHCB, Acute and/or ICF unit over the review period.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Sub Area
  - Date
  - CDCR Number

b) Standardized Questions:

1. Is the incident Seclusion or Restraint?
2. What date did the incident start?
3. What time did the incident start? (Please use military time)
4. What date did the incident end?
5. What time did the incident end? (Please use military time)
6. If the incident was extended beyond (8 hours for seclusion, 4 hours for restraint), please provide a summary of the incident.

## Staff Interview [Institution Wide]

a) General Instructions:

- Invite all staff to attend.
- Conduct an informal interaction with staff and enter information in comments section of CQIT (or take your own notes as this data will only be used for your report).
- Bring up patient survey items to verify, gain more information.
- CQIT Audit Fields:
  - Start Date

b) Suggested Questions (this portion is not scripted, these are suggested questions):

1. How many of you have seen the Performance Report?
2. Are there any custodial concerns as it relates to access to care?
3. Are there things that prevent you from being able to do your job?
4. Do you have sufficient tools to access the electronic health record?
5. What would you like us to know?

6. Are there any barriers to program efficiency and completion of work?
7. If barriers to program efficiency exist, what are they?
8. Do you have access to confidential individual treatment space when needed? (Note which level of care and yard where staff report any treatment area concerns).
   o Confidential means other patients cannot see or hear the interaction and other staff cannot hear the interaction.
   o Enter comments to assist your summary of this in your report.
9. Do you find staff works collaboratively to effectively accomplish required work?

## Five Day Follow-Up Assessment [On-Site Paperwork]

a) General Instructions:
   • Using the document provided in your binder, randomly select 15 patients on five-day follow-ups who were never admitted to MHCB to interview.
      o Random selection means without definite aim, direction, rule or method.
   • Interview each patient to determine if MHCB referral is indicated.
   • Assess if they were appropriately NOT admitted, or if they should have been admitted.
   • If they should have been admitted, have them seen emergently by local MH staff for a SRE and MHCB referral review.
   • Assessments should include an out of cell interview and be thorough enough for the reviewer to determine if the patient was appropriately NOT admitted to MHCB.
   • An SRE is not required, but a progress note and referral to local staff should be completed if the patient requires a referral to MHCB.
   • This item will not show on the Performance Report – this is a report only item.
   • If there were no patients to interview, randomly select at least 10 patients who were previously on five-day follow-up using the Appointments report from On Demand to interview, ideally from different buildings. Select N/A for questions 1 and 2 below, and respond to question 3 regarding confidentiality.
   • This item is a qualitative report only item – no On Demand percentages associated.
   • CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
      o Start Date
      o End Date
b) Standardized Questions:
   1. How many patients on 5-day follow ups were interviewed?
   2. How many patients were on 5-day follow ups, but not clinically indicated for MHCB placement?
   3. Did all patients interviewed indicate if they are usually seen confidentially for their 5-day follow ups? If not, why?
      o Note if this is due to refusal.

- o If refusal, what does clinician do? Do they encourage patient to vacate cell?
- o If not due to refusal, why are they seen cell front? Compare to data in appointments report.

## Medication Management

a) General Instructions:
- There are no standardized medication management audit questions in CQIT except in the patient survey; however, ensure you pay attention to medication management issues such as:
  - o Patient reports of delays in receiving medications.
  - o Staff reports of patient safety issues related to medication prescribing or access to medication.
  - o Review Medication Management items on the Healthcare Services Dashboard in advance of your visit and note any areas where you either validate or find discrepancies between your observations and the data.
  - o Ensure you have the psychiatrist on the visit with you while addressing/questioning medication issues, where possible.

## Heat Incident Log MH [On-Site Paperwork]

a) General Instructions:
- Contact the HQ Liaison for a copy of all CDCR MH7111-1 Heat Plan Monthly Summary Report between May 1 and October 31 of the current year.
- Review all MHSDS patients on the Heat Incident Log and report the number of heat-related illness incidents experienced by patients prescribed a heat risk medication on the current *Heat Alert Medications List* (Attachment A of the April 29, 2022 Heat Plan Memo) during the review period.
- Assess whether the required cooling and/or hydration measures were taken (for Stage II and Stage III Alert), and whether the required medical rounds were performed (for Stage III Alert only)?
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o Start Date
  - o End Date
b) Standardized Questions:
1. How many heat-related illness incidents were reported for MHSDS patient(s) prescribed heat alert medications during the reporting period?
   - o Count "incident" from the CDCR MH 7711-2. Report the total count of incidents not the total count of patients.
2. For each Stage II or Stage III heat related illness incident, use the Comment box to describe whether the corresponding Monthly Summary Report (MH-7711-1) reflects that the required precautionary measures were taken (e.g., cooling, hydration, and medical rounds). In the Comment box, note each incident with

the patient's name, CDCR number, date of incident, and whether precautionary measures were taken.

## Health Care Staff Required to Attend Use of Force (UOF) Training [On-Site Paperwork]

a) General Instructions:

- Use staffing information provided by the institution prior to the visit (on the CQI Site Visit Preparation Checklist) to determine overall Mental Health and Nursing staffing numbers.
- Use the LMS program to determine who has received training. The LMS system is a statewide system. Staff who are transferred from one institution to another will have their training history transferred as well.
- For Use of Force training, compliance should be reported for the number of mental health staff trained in the last calendar year.
- You can also review the training completion status from the time of the audit for the current calendar year only; this will not be entered into the tool but can be used to inform local leadership regarding training completion progress for the current year.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
    - Start Date
    - End Date

b) Standardized Questions:

1. How many currently employed mental health staff (excluding staff currently on long-term leave) were employed during the previous calendar year?
2. Of those, those, how many mental health staff were trained in annual Use of Force (UOF) policy training in the previous calendar year?
3. How many currently employed nursing staff (excluding staff currently on long-term leave) were employed during the previous calendar year?
4. Of those, how many nursing staff were trained in annual Use of Force (UOF) policy training in the previous calendar year?

## Overall Area Rating [R&R Intake, RC, RC EOP, ML CCCMS, ML EOP, RHU GP, RHU CCCMS, RHU EOP, Alternative Housing, MHCB, Condemned]

a) General Instructions:

- Take into consideration all factors including, but not being limited to applicable controls, policies and procedures.
- If there are measures in place to address deficiencies and risk management, note this.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
    - Start Date
    - End Date

b) Standardized Questions:

1. Select one appropriate rating from the list (considerations are defined for each response):

- o Not Applicable - An overall rating does not apply in this area
- o Proficient - Controls are adequate and effective in addressing key risks to patient mental healthcare, documentation meets or exceeds standards, staff are effectively using tools available to them, local policies and procedures are current, etc.
- o Improvement is Needed – Controls are lacking in addressing key risks to patient mental healthcare and are sporadic, risks are not being effectively managed, documentation does not meet qualitative standards, staff are not aware of the most recent applicable requirements for the area, etc.
- o Significant Improvement Needed - Most findings were rated as critical and/or high and urgent corrective actions are required, documentation was nonexistent or incomplete in communicating intent or patient treatment, elevated actions must be taken, etc.

# Custody Audit Instructions

## Therapeutic Treatment Module/Security Desk Standards [RC EOP, RHU GP, RHU CCCMS, RHU EOP, Condemned]

a) General Instructions:
- View therapeutic treatment modules (TTMs)/security desks in the housing units to respond to each question.
- For institutions and programs in which ADA TTMs are required, note in comments if an ADA TTM is not available and address in comments and provide to regional for reporting.
- Respond once per room observed.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o Start Date
  - o Sub Area

b) Standardized Questions:
  1. For groups, are the TTMs/security desks in a semi-circle?
  2. Are the TTMs/security desks in an area where other patients and/or staff cannot hear the interaction?
     - o Locate all TTMs/security desks used for clinical interaction with patients and confirm that they are located in an area where other patients and staff cannot hear the interaction.
  3. Do the TTMs/security desks meet PIA approval standards?
     - o For PIA standards, see Security Desks (Attachment K) and Treatment Modules and Security Booths (Attachment L).
  4. Do staff report sufficient number of TTMs/security desks for providing treatment?
     - o Ask several MH clinicians if they usually have a sufficient number of TTMs/security desks available to provide treatment.

5. Are the TTMs/security desks clean? (e.g., free of debris, spider webs, clean walls, floor)
   - Look for garbage on the floors, grime on the walls and floor, spider webs. If any are present, mark "no."

## Mechanical Restraint Documentation [MHCB]

a)  General Instructions:

- The Auditor will review the Automated Restricted Housing Report (ARHR).
- The ARHR should have a 128 Mechanical Restraints Review (MRR) with it that indicates their "cuff" status.
- CDCR 128B MRR's are required for all non-MAX custody patients housed in the MHCB that identify whether or not the individual requires the use of restraints.
- The auditor will Review 20 non-Max custody patients, per housing unit program (if less than 20, audit all is multiple units, select 20 per unit).
- Auditor will Confirm a hard copy of the CDCR 128B MRR is readily available on the unit for each non-MAX patient.
- If the CDCR 128-B MRR is not with the ARHR check the patient's cell door for a copy.
- If there is no MRR, enter the CDCR number of the patient in the comment box and note that there was no MRR available to review
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

b)  Standardized Questions:

1. Upon review of the ARHR, how many non-max custody patients are in the MHCB? (20 per housing unit pulling from all wings, if less than 20, all)
   - Please enter the CDC R numbers of these patients audited in the Comment Box.
2. Of those, how many required Mechanical Restraints, and had a completed 128-B (MRR) documenting the requirement or rationale?
   - Please enter the CDCR numbers of any patients who did not have the above documentation, or whose rationale for restraints is inconsistent with policy.
3. During the site visit, using the comment box below, if the auditor happens upon any non-max patients observed in restraints without appropriate documentation, include further details gathered from the staff.

## Therapeutic Treatment Module Use Observation [MHCB]

a)  General Instructions:

- While in the MHCB conducting other audits, observe patients being seen by mental health staff in the MHCB.
- Conduct audit one time for each patient observed in a TTM.

- Check to see if each patient you observe has documentation justifying use of custody restraints per California Code Regulations (CCR) Title 15 3268.2 a treatment module shall be utilized for the duration of encounters with patients who are a safety and security risk.
- If none are observed, ask MHCB custody staff where the patients who do not require restraints are seen for mental health treatment. DO NOT ASK LEADING QUESTIONS such as, "You don't put the patients who do not have to be in restraints in a treatment module for mental health appointments, do you?" Do not respond to audit questions if the staff interview occurs and instead document results in audit comments for incorporation into report.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - CDCR #
  - Start Date
  - Sub Area

b) Standardized Questions:
  1. Only for patients currently in a TTM: Is the patient currently max custody or has a 128B justification for placement in a TTM?

## ICC Timelines [RHU GP, RHU CCCMS, RHU EOP]

a) General Instructions:
- Pull housing roster to locate MHSDS patients in restricted housing units.
- Review 20 cases from the Automated Restricted Housing Report (ARHR) that meet the following eligibility criteria (if less than 20, audit all) per housing unit program.
- Only review the ARHR of MHSDS patients who have been in the housing unit for *at least 11 calendar days* at the time of the on-site audit.
- Determine the date the patient arrived to the restricted housing unit. Review the ARHR, starting from the arrival date, and check to see if the initial ICC was completed within 10 calendar days of arrival date (date of arrival is considered as Day 0). If the ARHR is not available, refer to SOMS for the ICC date.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - CDCR #

b) Standardized Questions:
  1. Was the patient's initial ICC held within 10 calendar days of restricted housing arrival?

## Entertainment Appliances [RHU GP, RHU CCCMS, RHU EOP, Condemned]

a) General Instructions:
- Enter the number of patients audited.
- Review the institution's DOM or LOP regarding property.
- Randomly select at least 10 patients in each housing unit and ask about the presence of working entertainment appliances (e.g., television, radio, or tablet).

- - o Select 10 patients who are in their cell.
    - o Random selection means without definite aim, direction, rule or method.
  - Please make sure you also include *all alternate units/cells* throughout the institution currently being used to house RHU GP, RHU CCCMS, RHU EOP or Condemned patients. If there are 10 or less patients in these alternate units/cells, ask all patients.
  - CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
    - o Start Date
    - o End Date
    - o Sub Area

b) Standardized Questions:
   1. How many patients were audited?
   2. Enter the CDCR numbers you audited.
   3. Of those, how many patients reported the entertainment appliance is in proper working order?
      - o Audit occupied cells only and ask the patient(s) if their entertainment appliance(s) is in working condition. If you audit a double occupied cell, ask both patients.
      - o Approved appliances are a television, radio or tablet upon initial placement.
      - o For any patient with a documented and approved reason to not have an entertainment appliance, please add reason in the Comment box.

## Unclothed Body Search [RHU EOP]

a) General Instructions:
  - Respond once for each custody staff person interviewed.
  - Attempt to interview all custody staff in the unit individually.
  - Please make sure you also include custody staff in *alternate units/cells* throughout the institution currently being used to house RHU EOP patients.
  - Have each custody staff person show you all areas in the housing unit where unclothed body searches are conducted.
  - Ask the following question, then respond to the question in CQIT.
  - CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
    - o Start Date
    - o Audit Time
    - o Sub Area

b) Standardized Question:
   1. When you conduct an unclothed body search, where do you usually do it?
      - o A private area is an area that allows the patient to preserve some measure of dignity and self-respect.

- o Assess if the area(s) you are shown is private and respond to the question with Yes – Private Area; No – Not Private Area; or Sometimes.
- o If you are shown more than one area and all areas are confidential, select "Yes - Private Area."
- o If you are shown more than one area and all areas are not confidential, select "No - Not Private Area" and add in the Comment box which area(s) was not confidential.
- o If you are shown more than one area and if one area was confidential but any other area(s) was not confidential, select "Sometimes" and add in the Comment box which area(s) was not confidential.

## Out of Cell Time and Showers – RHU EOP [RHU EOP]

a) General Instructions:
- If a patient refuse offered out of cell time, the refused time is included in the total offered time in the Automated Restricted Housing Report (ARHR).
- However, refused time is only included if the in and out time was documented in the ARHR. If the in and out time was not documented in the ARHR, that time will not be included in the total offered time.
- Review 20 cases from the ARHR that meet the following eligibility criteria (if less than 20, audit all) per housing unit program to ensure all patients have been offered the minimally required yard and showers, noting any exceptions and deficiencies.
- For Out of Cell: Only review the ARHR of patients who have been in the housing unit for a full seven-day week period. Audit the prior 4 weeks. For each week, identify how many were there for the entire week (Monday 12:00 AM – Sunday 11:59 PM).
- For Showers: Only review the ARHR of patients who have been in the housing unit for a full 14 days.  For each 14 consecutive calendar day period, identify if the patient was offered a shower every other day, for a total of at least 7 showers over the two week period.
- Enter results for each patient's ARHR reviewed.
- Source documentation for safety or security issues: utilize the PSR (Program Status Report) to determine whether there were safety or security issues that would have prevented the institution staff from offering out of cell/yard time (e.g., heat alert, fog recall, etc.). If any PSRs were documented in the audited time period, please include that information with applicable dates in the Comments box. Note: there is no safety or security reasons for not offering showers.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o CDCR #
  - o Start Date
  - o Sub Area
b) Standardized Questions:

1. Was the requirement for 10 hours or more of out of cell time over at least seven days met (if the patient was in the housing unit for a full seven-day week period and there was no documented safety or security issues that would have prevented the institution staff from offering out of cell/yard time)?
   o Use N/A if PSR out of cell/yard time is not available for safety and security reasons.
2. Was the patient offered showers at least every other day within the same calendar week audited?

## Out of Cell Time and Showers – RHU CCCMS [RHU CCCMS]

a) General Instructions:
- If a patient refuse offered out of cell time, the refused time is included in the total offered time in the Automated Restricted Housing Report (ARHR).
- However, refused time is only included if the in and out time was documented in the ARHR. If the in and out time was not documented in the ARHR, that time will not be included in the total offered time.
- Review 20 cases from the ARHR that meet the following eligibility criteria (if less than 20, audit all) per housing unit program to ensure all patients have been offered the minimally required yard and showers, noting any exceptions and deficiencies.
- For Out of Cell: Only review the ARHR of patients who have been in the housing unit for a full seven-day week period. Audit the prior 4 weeks. For each week, identify how many were there for the entire week (Monday 12:00 AM – Sunday 11:59 PM).
- For Showers: Only review the ARHR of patients who have been in the housing unit for a full 14 days. For each 14 consecutive calendar day period, identify if the patient was offered a shower every other day, for a total of at least 7 showers over the two week period.
- Enter results for each patient's ARHR reviewed.
- Source documentation for safety or security issues: utilize the PSR (Program Status Report) to determine whether there were safety or security issues that would have prevented the institution staff from offering out of cell/yard time (e.g., heat alert, fog recall, etc.). If any PSRs were documented in the audited time period, please include that information with applicable dates in the Comments box. Note: there is no safety or security reasons for not offering showers.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
   o CDCR #
   o Start Date
   o Sub Area

b) Standardized Questions:
1. Was the requirement for 18.5 hours or more of out of cell time over at least seven days met (if the patient was in the housing unit for a full seven-day week period

and there was no documented safety or security issues that would have prevented the institution staff from offering out of cell/yard time)?

- o Use N/A if PSR out of cell/yard time is not available for safety and security reasons.

2. Was the patient offered showers at least every other day within the same calendar week audited?

## Custody Housing Review [All Housing Units]

a) General Instructions:

- Audit every housing unit.
- Interview available custody housing unit staff in every housing unit.
- Complete the following fields and respond to the questions one time for each housing unit audited.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o Start Date
  - o Sub Area

b) Custody MH Referral Process

Standardized Questions:

1. How many custody housing unit staff were interviewed regarding their responsibility to complete a 128-MH5 Mental Health Referral Chrono when incarcerated people exhibit signs of mental illness?

2. Document the open-ended, non-leading question(s) you use when interviewing custody staff:

- o Which question(s) did you ask staff to determine knowledge of the MH referral process? (select all if applicable)
- o Ask question (i) and follow-up with (ii) and/or (iii) if needed
  - i. What would you do if a person was exhibiting signs/symptoms of a mental health illness?
  - ii. In what scenarios would you consider submitting an emergency referral to mental health?
  - iii. What documentation would you use if a person was exhibiting signs/symptoms of a mental health illness?

3. Based upon your assessment, of those interviewed, how many staff had acceptable knowledge of when and how to refer to mental health?

- o Were the staff interviewed aware of their responsibility for (i), (ii), and/or (iii)?

4. Are CDCR Forms 128-MH5 (revised 7/22) Mental Health Referral Chronos accessible and available to staff (both paper and electronic forms are acceptable)?

- o Physically check each housing unit for availability of 128-MH5.
- o Respond once for each housing unit observed.
- o Physically check and ask staff where to find MH-5 or "show me the form or show me how to obtain it online."

c) <u>Peace Officer CPR Mouth Shield</u>
General Instructions:
- Go to all housing units on site and ask to see each officer's Cardiopulmonary Resuscitation (CPR) mouth shield.
- The mouth shield MUST be carried by the staff member to qualify as a "yes" response.

Standardized Questions:
5. How many peace officers were observed?
   o Enter the total number of peace officers queried about their mouth shield in each unit.
6. Of those, how many peace officers were observed to carry a personal Cardiopulmonary Resuscitation (CPR) mouth shield on their person?
   o Total the number of officers you queried who were carrying their mouth shield and enter that number.

d) <u>Heat Risk Thermometer Checks</u>
General Instructions:
- Only required between May – October.
- Physically check the thermometer in every housing unit in which MHSDS patients are housed.
- Enter the building number (e.g., D-1) in the Sub Area field of CQIT.
- Respond to audit questions for each thermometer and log checked. If the unit is air conditioned and the air conditioner functional, mark N/A for questions about the logs.

Standardized Questions:
7. Is a working thermometer present in the housing unit?
8. Is the thermometer mounted in a high location that gives an accurate reading of the temperature (e.g., temperature must be taken at the highest non-air-conditioned location where heat risk patients are housed)?
9. Is there a heat log that is current? (logged within the past three hours).
10. Is the staff documenting the highest reading (not averaging temperatures)?
11. Is there a daily printed list of patients on heat alert medications in the housing unit?
12. How many heat alert days (i.e., days where the outside temperature reached 90 degrees or higher) were included in the audit for the quarter being reviewed?
    o Include the dates for each heat day in this question's comment section; use the format YYYY-MM-DD.
    o If there are fewer than 10 heat alert days, audit all dates, otherwise select 10 random days.
    o Random selection means without definite aim, direction, rule or method.
13. Of those heat alert days audited, how many Daily Activity Reports (DAR) reflect alternative out of cell activities were offered during periods in which outside temperatures reached 90 degrees or more?

- o For this question:
  - ▪ In the comment box, report once for all days reviewed to assess overall if alternatives were offered.
  - ▪ If the DAR for an audited day is not available, count that day as NOT having offered alternative out-of-cell activities.
  - ▪ The information in this comment should be reflected in your write up. No percentage will be calculated using this information, you must write in your report if the institution is or is not providing reasonable alternatives during heat recall.
  - ▪ The following are some examples of alternative out-of-cell activities institutions could provide to heat-risk patients as possible forms of reasonable accommodations:
    - • Modified yard times (scheduled during cooler periods of the day)
    - • Night yard or morning yard
    - • Additional dayroom/inner-wing program opportunities such that equivalent out-of-cell time is maintained.
    - • Recreation gymnasium programs during summer/warmer months.
    - • Cooling and hydrating measures should be provided in addition to these appropriate out-of-cell activities

Staff knowledge of heat plan requirements – *this is a report only item and will not appear on the Performance Report.*

14. How many staff were interviewed regarding knowledge of heat plan procedures?
15. Of those, how many were knowledgeable of the heat plan procedures (including provisions of alternative activities during heat recall, how to use heat list to recall patients from the yard, etc.)?

## RVRs [On-Site Paperwork]

a) General Instructions:
- • For institutions with PIPs, review RVRs for 10 non-PIP patients and 10 PIP patients every quarter. The sample for institutions without PIPs will remain the same (20 patients).
- • Do not change the default "audit start date" as it needs to reflect that the audit was completed on site during the current quarter.
- • The selection period for RVRs to review will be consistent with the rest of document review for this audit, which is the last complete prior quarter (e.g., Quarter 1: January 1, 2022 – March 31, 2022).
- • Institutions completing a self-audit should reach out to regional lieutenants and request copies of all reports utilized for RVRs prior to completing any reviews.
- • For questions 1-10:
  - o Identify the number of RVRs by running the CQIT RVR Analytics report in SOMS Reporting (Oracle Reports > Team folder MHCT >

CQIT > [RVR analytics](#)) for the audit period (Q1 Jan-March, Q2 April-June, Q3 July-Sept, Q4 Oct-Dec). For example, for an audit in April, audit Jan-March RVRs.

- o Include all RVR levels (Administrative, Counseling Only, Serious)
- For questions 11 and 14: Use the continuous Quality Improvement RVRs report in SOMS Reporting (Oracle Reports > RVR Tab > BI Publisher Column > Continuous Quality Improvement RVRs).
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o Start Date

b) Standardized Questions:

1. During the prior quarter, how many RVRs were issued?
2. Of those, how many were issued to non-MHSDS participants?
3. How many were issued to patients at the CCCMS level of care?
4. How many were issued to patients at the EOP level of care?
5. How many were issued to patients at the MHCB level of care?
6. How many were issued to patients at the ICF level of care?
7. How many were issued to patients at the acute level of care?
8. How many Final/Concluded RVRs were reviewed?
   - o Audit a randomly selected sample of 20 or all if the total number is less than the required sample size. Completed RVR's are defined as "Final/Concluded."
     - ▪ Random selection means without definite aim, direction, rule or method.
9. Of the RVRs reviewed, how many met the criteria for MH assessment?
   - o This will be the total number of RVRs listed on the CQIT RVR Report.
10. Of those, how many were referred for MH assessment?
11. Of the RVRs reviewed that met criteria for MH assessment, how many RVRs were recommended for the behavior to be documented in an alternate manner (in SOMS, RVR Mental Health Assessment question 2)?
    - a. Using the Oracle Reports > RVR Tab > BI Publisher Column > [Continuous Quality Improvement RVRS](#)
    - b. First look at column P (2A-Clinician) and identify all RVRs with "Y" in this column.
    - c. Second, for all those above, look to column Q (2A-Prgm Supv) and count all RVRs with "Y", for all RVRS in column Q with "N", look at column R (2A chief) and count all RVRs with "Y".
    - d. The total is the sum of RVRs where; column P = "Y" and either column Q = "Y" or column R = "Y"
    - e. Repeat this process using columns S (2B-Clinican), T (2B-Prgm Supv) and U (2A Chief).
    - f. The final number entered the audit question is the total from step (d) + the total from step (e)
12. Of those, how many did the captain disagree with the clinician's recommendation and document their rationale in the Captain's Review?

13. Of the RVRs that met criteria for MH assessment, how many did the captain agree with (reduced to a 128A, 128B or void)?

14. Number of RVRs reviewed where the MH clinician recommended mitigation (in SOMS, RVR Mental Health Assessment question 4)?
    a. Using the Oracle Reports > RVR Tab > BI Publisher Column > Continuous Quality Improvement RVRs
    b. For all RVRS with a "Y" in column V (3A) or column W (3B) look up the RVR MHA and if mitigation was recommended in question 4, add to the total for this question.
    c. Audit a randomly selected sample of 20 or all if the total number is less than the required sample size.
    d. Use column I to filter for MHI and ensure the sample has an equal representation of any/all MHIs.

15. Of the RVRs reviewed in which mitigation was recommended, how many did the Senior Hearing Officer (SHO) document consideration of mitigation based on the MH clinician's recommendation and document in the disposition section of RVR?

16. Of the RVRs reviewed in which mitigation was recommended, how many did the SHO mitigate?
    o Count how many RVRs were actually mitigated by the SHO by reviewing documentation in disposition section of RVR disposition.

17. How many adjudicated RVRs requiring a CDCR 115 MH-A that could result in a RHU GP term were reviewed?

18. Of those, how many did the ICC consider and document their consideration of the MHA input/recommendation?
    o Randomly select 20 RVRs per institution and use the CQIT RVR Report to identify the RVRs that are eligible for RHU-GP from the complete prior quarter. Use SOMS to locate finalized ICC Chrono assessing the RVR.
       ▪ Random selection means without definite aim, direction, rule or method.

## Custody Staff Training (CQI Custody) [On-Site Paperwork]

a) General Instructions:
   • Use Staffing information provided by the institution prior to the visit (on the CQI Site Visit Preparation Checklist) to determine overall custody staffing numbers for each custody job classification.
   • Use the BIS program to determine who has attended the Use of Force annual training by job classification. The BIS system is a statewide system. Staff who transferred from one institution to another will have their training history transferred as well.
   • New employees are already included in the BIS system.
   • You can also review the training completion status from the time of the audit for the current calendar year only; this will not be entered into the tool but can

be used to inform local leadership regarding training completion progress for the current year.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
    - Start Date
    - End Date

b)  Standardized Questions (need to be repeated for each job classification category):
1.  How many currently employed custody staff (excluding staff currently on long-term leave) were employed during the previous calendar year?
2.  Of those, how many custody staff were current with annual Use of Force (UOF) policy training in the previous calendar year?

## Issuance of Property Tracking & Transfer Timelines for NDRH [RHU GP, RHU CCCMS, RHU EOP]

a)  General Instructions:
- Run the MAX Custody Inmate Extract report from the Reporting system in SOMS 3 days prior to visit. Review the How to Run the Non-Disciplinary Restricted Housing (NDRH) (Attachment G) for instructions.
- For eligible NDRH patients who are not housed in restricted housing units, use "institution-wide" and note the housing program assignment in the Sub Area field.
- Audit only MHSDS patients.
- Talk to all available housing unit custody staff in all housing units where NDRH patients are housed to see if they can identify patients designated NDRH.
- For transfer timelines, use the NDRH report previously ran to determine if the patient (designated NDRH 200) was transferred within 72 hours of NDRH designation. (Note: NDRH: 102 cases are eligible for property and privileges only, not accelerated transfer. NDRH: 204 cases meet criteria for accelerated transfer, but cannot transfer due to medical hold). Count the total number of MHSDS NDRH patients reviewed and the total number transferred within 72 hours.
- For property issuance, determine the date each patient's property was issued for all MHSDS NDRH patients reviewed. This information can be found on the Automated Restricted Housing Report (ARHR), in the unit logbook, or by speaking with the officer responsible for personal property. Compare the date each NDRH patient received their property with the date they arrived in restricted housing using the reports identified above. For patients who have not received property, notify unit staff and document the length of time since NDRH designation in the Comment box at the bottom of the audit.
- CQIT Audit Fields:
    - Start Date
    - Sub Area

b)  Standardized Questions:

1. How many custody staff were asked about identification of patients on NDRH status?
2. Of those, how many custody staff could identify all NDRH patients?
3. Of those identified NDRH patients, how many have been issued personal property?
4. Of those identified NDRH patients, how many have not been issued personal property?
5. Is the property officer aware of all the NDRH patients who do not have their property?
6. How many NDRH patients were reviewed and required transfer within 72 hours?
7. Of the NDRH patients identified as requiring transfer within 72 hours, how many were transferred within that timeframe?

## Phone Calls Offered for NDRH [RHU GP, RHU CCCMS, RHU EOP]

a) General Instructions:

- Run the MAX Custody Inmate Extract report from the Reporting system in SOMS 3 days prior to visit. Review the How to Run the Non-Disciplinary Restricted Housing (NDRH) (Attachment G) for instructions.
- For eligible NDRH patients who are not housed in restricted housing unit, use "institution-wide" and note the housing program assignment in Sub Area.
- Audit only MHSDS patients.
- Identify the date the patient was designated NDRH. Identify how many qualifying weeks the patient was designated NDRH (qualifying week = full seven-day period, Monday 12:00 AM — Sunday 11:59 PM). Add up the total qualifying weeks for the NDRH patient housed in the unit. Review the Automated Restricted Housing Report (ARHR)/other documentation contained in the housing unit to determine if phone calls were offered within the qualifying week.
  - CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
    - Start Date
    - Sub Area
    - CDCR #

b) Standardized Questions:

1. From the time the patient was designated NDRH, how many qualifying weeks has the patient been housed in restricted housing?
2. Of those qualifying weeks, how many weeks was the patient offered at least one phone call per week?

## Use of Force [On-Site Paperwork]

a) General Instructions:

- Contact the institution two weeks prior to the visit and request a copy of the Use of Force incidents for the complete prior quarter.

- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - End Date

b) Standardized Questions:

1. What is the total number of <u>controlled</u> use of force incidents?
2. What is the total number of <u>controlled</u> use of force incidents involving MH patients?
3. What is the total number of <u>immediate</u> use of force incidents?
4. What is the total number of <u>immediate</u> use of force incidents involving MH patients?
5. Of the total number of controlled use of force incidents, how many were required to administer PC2602 medication?

# Post Visit Instructions

## Check-Out Meeting

a) Before you leave the institution, you will have a check-out meeting. The regional administrator and custody audit team lead will attempt to ensure the warden, CEO, CMH, chief psychiatrist and CNE are in attendance. The custody and mental health audit teams will attend the check-out meeting together (see Exit Interview Talking Points [Attachment J]).

b) Mental health audit team members will discuss their impressions during the visit.
- The institution leadership staff has been notified that specific information related to opportunities for improvement within their programs may be discussed at these meetings.
- Provide specific information that will enable the institution leadership staff to take action on any high priority areas.

c) Remind institutional leadership staff that data will be updated on the Performance Report within several days.

d) Custody audit team members will also discuss their impressions during the custody specific audits.

e) Address any immediate health and safety issues with the institution leadership staff and ensure they have a course of action before leaving the institution.

## Completing Your Report

a) Once you are certain all audit entries are complete and correct, press the "Submit Audit" icon on the Conduct Audit page of CQIT (submit all audit data by the end of the next business day of when your CQI tour concludes).

b) Within three working days of your visit, the custody team will complete the qualitative report for each audit category (access to care, quality of care, special populations, utilization and resource management, and safety) and submit to the mental health regional administrator and DAI mental health compliance team captain.

c) Within two days of receipt of custody reports, the DAI mental health compliance team captain will provide edits, if applicable, and submit to the MH regional administrator and the regional custody auditor.

d) Within 10 working days of receipt of custody's report, the MH regional team will complete the written report following the process and template below.

e) Writing Process:

- Once the regional administrator receives the custody portion of the report, start writing the report at the beginning of the data on the report previously exported to Word. Note that if formatting changes occur with the data a page break may need to be entered before the text.

- Once the finished draft report is ready, including custody's portion of the report, submit a copy to the custody team for final review.

- The custody team will conduct an executive review and will submit the final report back to the regional administrator or designee within one week.  Any edits will be in track changes.

- Once the final report is received, the regional administrator or designee will save the report and email to Headquarters Mental Health Quality Management staff within 15 working days of the visit.

f) General Writing Guidelines:

- Use Calibri (Body) 12-point font.

- Proof read. The regional administrator is accountable for report quality.

- If there were any immediate health or safety issues that were included in your report, you must include that the issue was addressed and what the institution staff have done to resolve the issue.

- Provide a brief introduction that includes demographic/census information.

- Provide brief sentences that state when the institution is performing well on items.

- Provide specific examples.

- Compare all sources of data available - note discrepancies and similarities between data and observations.
  - *Example:* "Regional staff attended the IDTT in CTC I. There was a full complement of staff for the IDTT that began twenty minutes late. This is consistent with staff attendance data on the Performance Report, which reflects 96% of all IDTTs measured included all required staff."

- The quarter you are writing your report for will be the quarter during the time of your visit (Q1: Jan 1-March 31; Q2: April 1-June 30; Q3: July 1-Sept. 30; and Q4: Oct. 1-Dec. 31).

- Avoid opinions. State facts.
  - *Example:* Instead of, "The lengths of stay in the MHCB are too long," write, "Lengths of stay in MHCB exceeded policy requirements. Data reveal that 95% of all MHCB admits within the past 6 months had lengths of stay beyond 10 days. Ten out of the 55 admits over the past 6 months had lengths of stay beyond 18 days."

- Use the Report Writing Outline (Attachment F) to write your report.

## Checking Your Data

a) As of 2/1/22, coding of indicators using the new CQIT is not complete. Therefore, not all data will show as expected.

b) At the conclusion of each visit, the regional analyst should open the Performance Report for the institution toured and check to ensure all data from the visit are showing.  The "heat grid," which is accessed by clicking on the colored performance bar, is a user-friendly way to easily check for missing data.

c) If data on any indicators are missing, then the analyst can open the CQIT Audit Report to check to see if the data were uploaded.
   - If data were NOT uploaded, work with your team and/or the custody team to ensure all data are entered and uploaded.
   - One reason for missing data may be missing responses. The computer will not calculate if responses are missing.
   - If data WERE uploaded and all responses complete, email Headquarters Mental Health Quality Management staff immediately.

d) Check percentages for CQIT indicators:
   - If a percentage is over 100%, check the raw data for data entry errors.
   - If a percentage is lower than expected given the impressions from the visit, check the raw data for data entry errors.

# Attachments

## Attachment A – CQI Site Visit Preparation Checklist

| | Reporting Period: |
|---|---|
| *Facility:* | |

| *Site Visit Dates:* |
|---|

| *Contact:* |
|---|

| *Admin:* |
|---|

| *Instructions:  Please ensure that you complete each item on the list before your CQI Site Visit starts. Upon the audit team's arrival at your institution for the CQI Site Visit, provide the audit team (one for the mental health and one for the custody team) copies of those items requested on paper.  The copies should be organized and presented in a tabbed binder. The mental health contact at each institution shall coordinate with custody staff to ensure that all custody items are ready for the audit team upon arrival.* |
|---|

| *Audit Preparation and Document Request:* | *Completed?* |
|---|---|
| *1. **Three weeks prior** the planned audit week, email an IDTT Schedule to the HQ or Regional staff person who emails you this checklist. The IDTT schedule should include the times and locations for all the IDTTs scheduled for the entire planned audit week.* | |
| *2.  **Three weeks prior** to the planned audit week, email a group schedule for all CCCMS, EOP, RHU GP, RHU CCCMS, RHU EOP programs to the HQ or Regional staff person who emails this checklist. The group schedule should include the times, programs (CCCMS, EOP, RHU GP, RHU CCCMS, RHU EOP, RC EOP) and locations for all the groups scheduled for the planned audit week.* | |
| *3. **Three weeks prior** to the planned audit week, email an ICC Schedule to the HQ or Regional staff person who emailed you this checklist. The ICC schedule should include the times and locations of all ICCs scheduled for the entire planned audit week.* | |
| *4. **Three weeks prior** to the planned audit week, email a list of DSH and Acute/ICF returns for the reporting period to your regional contact and to DAI Mental Health Compliance Team Captain.* | |
| *5.  **Three weeks prior** to the planned audit week, email copies of vacancy reports for all Mental Health staff. Note the staff on long-term leave.* | |
| *6. **Three weeks prior** to the planned audit week provide one copy of the past six months of Mental Health Subcommittee Minutes.* | |
| *7. **Three weeks prior** to planned audit week (for RHU EOP ONLY): Provide a list of patients who refused more than 50% of offered treatment in a two-month period during the review period.* | |
| *8. **Three weeks prior** to planned audit week provide a copy of the waitlist for all groups in all programs.* | |
| *9. **Three weeks prior** to planned audit week, provide the percentage of all appointments seen in a confidential setting, by program, for the review period. (Primary Care & Psychiatry contacts)* | |
| *10. **Three weeks prior** to planned audit week provide copy of MHCB Operational Procedure and MHCB custody restraint policy. (Disregard if no MHCB at facility).* | |
| *11. **Three weeks prior** to planned audit week provide the total number of custody staff employed at the institution. Note the number of staff on long-term leave.* | |

| | |
|---|---|
| 12. **Three weeks prior** to planned audit week provide the number of controlled and immediate use of force incidents, and the number for each type on ICF, ACUTE, MHCB, EOP, and CCCMS patients. | |
| 13. **Three weeks prior** to planned audit week provide the number of heat related illnesses reported at your facility during the audit period. | |
| 14. **72 hours prior to visit:**  Using each "Random Patient List" you received from the regional administrator or analyst prior to the visit, either ducat or coordinate with custody staff to ensure groups of 10 patients are scheduled to be seen for a patient group satisfaction survey on a day during the tour.  Use the appointment type "MH CQIT Group Survey" in EHRS.<br>• The goal is to have groups of 10. Please account for refusals, ducat more than 10 as many will refuse.  Remind custody staff that only **ten**  patients are needed.<br>• <u>One group per each yard for each program</u> (ML CCCMS, ML EOP, MHSDS in Reception Centers, RHU CCCMS in Reception Centers, RHU GP, RHU CCCMS, RC EOP) must be ducated. Ex. Yards A, B, C ML CCCMS.  **No other programs will require this group**<br>**interview.**<br>• All MHSDS patients must be ducated at Desert Institutions.<br>• Ensure adequate, confidential treatment space is available for the group surveys. If treatment modules MUST be used, ensure they are in a well-lit area and are the modules that have seats in them.<br>• Do NOT cancel treatment appointments for patients to participate in this interview: Skip those with scheduling conflicts and move onto the next name on the list.<br>• Provide custody staff with the script, "Custody Escort Officer Script," which should be used to inform patients why they are being asked to participate in the survey.  Follow up with custody to ensure the script is used.<br>• Ensure translators, sign language interpreters, staff assistants, and any other adaptive support providers are also scheduled for any patients with effective communication needs. | |
| 15. Notify nursing staff that auditors will need access to the "Restraint Log Checklist" for the reporting period, as stated above, prior to the audit. This is a new checklist that is kept in the MHCB nursing schedule. | |
| 16. Provide **current** list of all MHCB patients who have had an IDTT by using the Appointments report from On Demand. | |
| 17. Provide a **current** list of all patients currently on a five-day follow-up who were never admitted to MHCB. This report is run and provided on the day of the site visit. | |
| 18.  Notify the Warden, Associate Warden of Healthcare, Health Care Access Capt., and CEO or designees of tour and schedule a pre-visit check-in and post-visit check-out meeting with the Warden, CEO, Associate Warden of Healthcare, Chief of Mental Health, and CNE. Facility captains are also encouraged to attend these meetings. | |
| 19. Notify the RHU Capt. and other custody staff in the affected areas of the tour. | |
| 20. Secure room/space for team to interview selected patients. | |
| 21. Arrange access to C-Files or ERMS. Auditors will need to be able to pull c-files or access ERMS on site. Ensure records staff are prepared to accommodate these requests. | |
| 22. Secure space for the assessment team to leave their personal belongings and work throughout the day. | |

| | |
|---|---|
| *23. Notify custody staff in RHU that the assessment teams will need access to isolation logs and custody welfare check logs.* | |
| *24. Ensure CQI audit teams are provided access to the MHCB Unit Health Records for all patients in the MHCB during the time of the assessment.* | |
| *25. The regional team shall interview staff during visit. Schedule a one-hour meeting for those who wish to attend. Coordinate with facility on date/time/place.* | |
| *26. Provide a current roster of all MHCB patients. (Disregard if no MHCB at facility).* | |
| *27. On day of visit, provide a list of all RHU incarcerated people currently on 21-day intake status.* | |
| *28. On day of visit, provide list of all RHU incarcerated people currently on 72-hour intake status including date of RHU placement.* | |
| *29. Ensure that the past 5 weeks of ARHR are available in RHU for review and the auditors have a **designated area to review them.*** | |
| *30. On day of visit, provide SOMS visiting history for patients currently housed in MHCB.* | |

### Other requirements to ensure a successful visit:

| | |
|---|---|
| *The CMH shall have a meeting with all staff and notify them of the following:*<br>*• Do not make changes to group or IDTT leaders or normal processes for the audit.*<br>*• Institution staff shall not attend patient surveys.*<br>*• Introduce the auditors (or ask them to introduce themselves) when an IDTT or group is observed, and then proceed as normal. DO NOT present to the audit team members.*<br>*• Notify staff of the staff interview date and time.* | |

### MH Regional Team Data Collection Items (to be requested by the regional teams):

| | |
|---|---|
| *Percentage of staff peer reviewed (HQ QM has) -* Headquarters *Mental Health Quality Management staff* | |
| *MHPS committee performance (HQ QM has) -* Headquarters *Mental Health Quality Management staff* | |
| *Number of heat related illnesses (HQ has) -* Headquarters *Mental Health Quality Management staff (compare with what institution provides)* | |

# Attachment B – Pre-Scheduled Audit Areas

ALL
- Staff Interview

MHCB
- IDTT

RHU GP
- IDTT
- Group Survey (1 per yard for each program)
- Group therapy observation (2 different clinicians and groups)
- ICC

EOP
- IDTT
- Group Survey (1 per yard for each program)
- Group therapy observation (2 different clinicians and groups)

CCCMS
- IDTT
- Group Survey (1 per yard for each program)

RHU CCCMS
- IDTT
- Group Survey (1 per yard for each program)
- Group therapy observation (2 different clinicians and groups)
- ICC

RHU EOP
- IDTT
- ICC
- Group Survey (1 per yard for each program)
- Group Therapy Observation (2 different clinicians and groups)

RC
- Group Survey (1 per yard for each program)

RC EOP
- Group Observation
- IDTT observation
- Group Survey (1 per yard for each program)

Condemned
- IDTT
- ICC
- Group Survey (1 per yard for each program)
- Group Therapy Observation

Desert Institution
- Group Survey (1 per yard for each program)

## Attachment C – Custody Escort Officer Script

**"Script" for Custody Escort Officers Regarding the Reason for the Group Appointment**

Custody officers: Please give each patient the reason they are being escorted to the patient group interview appointment. Use the following script to explain the reason for the interview.

"A small group of mental health clinicians and administrators from CDCR's headquarters in Sacramento would like to interview you regarding your level of satisfaction with the treatment you are receiving here at _____.

This interview will be in a small group with other patients and is completely voluntary. The staff will not write down anyone's names and the results will be kept anonymous. The results will be used to help the mental health program improve the treatment provided. Your participation should be approximately 1 hour."

# Attachment D – Restraint Checklist(s)

Use this worksheet to detail the actions of staff (Nursing, Medical, Mental Health and Custody) for all restraint occurrences and within 24 hours of order termination. Intended goals are 1) determining if all policies, procedures, regulations were followed within timelines; 2) were each of the items met for each restraint episode; 3) if not, what areas were deficient and; 4) what is the corrective action plan to address those areas. Upon completion, file this worksheet in a notebook that is kept in the MHCB nursing station.

CDC #_____

I-P Name (Last)_____

Employee_____

Date_____

| | | Yes | No | NA | Comments |
|---|---|---|---|---|---|
| 1. | If the patient is medically compromised, was a physician contacted prior to or immediately after the placement in restraints? | ☐ | ☐ | ☐ | |
| 2. | If the patient is medically compromised or disabled, were all necessary steps to safeguard his/her safety taken? This includes, at a minimum: <br>• contact to a physician prior to or immediately after placement into restraints notifying him or her of a medically compromised patient's placement into restraints <br>• immediately upon notification, physician order of discontinuation from restraints or order of special measures/treatments to be taken to safeguard the patient's medical condition | ☐ | ☐ | ☐ | |
| 3. | Were at least three (3) custody staff present, with CTC staff, for the application of restraints? | ☐ | ☐ | | |
| 4. | Did the RN perform a mental status and physical assessment of the patient immediately upon placement in restraints? | ☐ | ☐ | | |
| 5. | Did the RN document (respond "yes" only if all criteria are met): <br>• The need for initiation of restraints <br>• A description of the patient's behavior and other relevant factors upon which the patient was determined to be a danger to self or others. <br>• Staff action taken to utilize all alternatives. <br>• Information about reasons for restraints. <br>• Conditions for release. <br>• The patient's response to restraints. <br>• If applicable, injuries to the patient? | ☐ | ☐ | | |

| | | | |
|---|---|---|---|
| 6. Was a soft cloth or bandage applied to the extremity before applying the restraints? | ☐ | ☐ | |
| 7. Was the Watch Commander and Chief Psychiatrist or designee notified upon the order for placement in restraints? | ☐ | ☐ | |
| 8. Did an authorized clinician give verbal or written order within one hour of notification of placement in restraints? | ☐ | ☐ | |
| 9. Was the initial order issued four hours or less? | ☐ | ☐ | |
| 10. Was a face-to-face evaluation conducted by an authorized clinician or a qualified RN prior to the expiration of the initial order (within 4 hours)? | ☐ | ☐ | |
| 11. If the clinician conducting the initial face to face evaluation was not a physician/psychiatrist, was a physician/psychiatrist consulted within four hours of the initial order to review current medications and any contraindications? | ☐ | ☐ | |
| 12. Was each extremity checked every fifteen minutes? | ☐ | ☐ | |
| 13. Were fluids, nourishment and bathroom breaks provided every 15 minutes as needed and practicable? | ☐ | ☐ | |
| 14. Was range of motion performed for two minutes on each limb every one hour unless the patient was too agitated or assaultive to safely remove restraints? a. Was range of motion (or inability to perform range of motion) documented on a restraint/seclusion record? | ☐ | ☐ | |
| 15. Were hourly assessments conducted by the RN? | ☐ | ☐ | |
| 16. Did the RN document the need for continuation and provide justification regarding the elements of the emergency necessitating restraints on a progress note? | ☐ | ☐ | |

| | | | |
|---|---|---|---|
| 17. Did the RN contact an authorized clinician every 4 hours to provide a description of current behavior? | ☐ | ☐ | ☐ | |
| 18. Did the authorized clinician or RN conduct a face-to-face evaluation every 8 hours? | ☐ | ☐ | ☐ | |
| 19. If the initial order was given via telephone did the authorized clinician sign the order within 24 hours? | ☐ | ☐ | ☐ | |
| 20. Did the authorized clinician write an order every 24 hours with a treatment plan that specifies rationale for restraints and behavioral goals for removal of restraints? | ☐ | ☐ | ☐ | |
| 21. Did psychiatrist conduct a face-to-face evaluation every 24 hours? | ☐ | ☐ | ☐ | |
| 22. Were restraints terminated when conditions of release were met, when the patient identified behavior or danger to self or others were no longer present, or when it would be harmful for the patient to remain in restraints due to medical contraindications? | ☐ | ☐ | ☐ | |
| 23. Was the restraint log kept and updated? | ☐ | ☐ | ☐ | |
| 24. If a staff or patient injury occurred, was an adverse sentinel event reporting form completed and submitted? | ☐ | ☐ | ☐ | |

## Attachment E – Regional Technical Instructions

1. Log in to tablet, laptop, or desktop
2. Log in to BIG-IP Edge Client
3. Open Microsoft Edge browser
4. Copy and paste the web address below in the address bar
   - https://cqit.cphcs.ca.gov/
   - If you do not have access to the tool, your supervisor (or their designee) needs to submit an Application Access ticket
5. For instructions on navigating the tool:
   - Click Dashboard > Dashboard
   - Under Resources, select "CQIT Demo PowerPoint"

# Attachment F – Report Writing Outline

Please see separate attachment entitled Report Writing Outline.

# Attachment G – How to Run the Non-Disciplinary Restricted Housing Report (NDRH)

1.    Open SOMS and select Reports
2.    Select the "Classification" tab
3.    Select "Max Custody Inmate Extract"
4.    Input institution only (this allows the report to publish institution-wide), then select the Excel icon on the top right of the page to export.
5.    Once the report is published, filter RHU Placement Code to those identified as NDRH.

*A list of all incarcerated people assigned to the selected institution on NDRH status will appear.*

<u>Step 1</u>

**Welcome to SOMS Portal**

Access to SOMS and all activities conducted within the system are recorded. The content of the system is private and privileged information. Use of the system and the information contained within it are to be used strictly for the fulfillment of job responsibilities and shall not be discussed or shared with other persons except as is necessary for professional reasons.

Below are the applications you have entitlements to:







## Step 2



## Step 3



## Step 4



## Step 5

| ASU Placement Reason | ASU Placement Code | ASU Placement Date | ASU Placement Date Type | ASU Extension Reason | ASU Extension Days Req/ Approved | ASU Extension Expiratio | Last ASU ICC Date | Next ASU ICC Date |
|---|---|---|---|---|---|---|---|---|
| NDS status for privileges and property | NDS:102 | 12/17/2021 | ASU Placement Date | | | | 06/16/2022 | 06/01/2022 |
| NDS status for privileges and property | NDS:102 | 11/12/2021 | ASU Placement Date | | 0/180 | 10/30/2022 | 07/14/2022 | 05/01/2022 |
| NDS status for privileges and property | NDS:102 | 08/29/2021 | ASU Placement Date | | | | 07/14/2022 | 12/30/2020 |
| NDS status for privileges and property | NDS:102 | 02/12/2022 | ASU Placement Date | | | | 07/14/2022 | 06/30/2022 |
| NDS status for privileges and property | NDS:102 | 06/20/2022 | ASU Placement Date | Retain Pending Parole | 42/42 | 08/11/2022 | 06/30/2022 | 07/08/2021 |
| NDS status for privileges and property | NDS:102 | 06/01/2022 | ASU Placement Date | | 0/180 | 01/09/2023 | 06/29/2022 | 07/06/2022 |
| NDS Status for Accelerated Transfer | NDS:200 | 07/09/2022 | ASU Placement Date | | 0/180 | 01/10/2023 | 07/14/2022 | |
| NDS Status for Accelerated Transfer | NDS:200 | 07/04/2022 | ASU Placement Date | | 0/180 | 01/14/2023 | 07/14/2022 | |
| NDS Status for Accelerated Transfer | NDS:200 | 06/15/2022 | ASU Placement Date | | 0/180 | 01/14/2023 | 07/14/2022 | 08/17/2022 |
| NDS status for privileges and property | NDS:102 | 05/20/2022 | ASU Placement Date | | 0/30 | 07/23/2022 | 06/23/2022 | 06/22/2022 |
| NDS status for privileges and property | NDS:102 | 11/01/2021 | ASU Placement Date | | | | 07/14/2022 | 12/06/2021 |

## Attachment H – CQI Entrance Talking Points

- Introduce every member of the team.
- State the purpose of the visit: to provide information to you (the institution leadership and staff) for use as part of their own self-monitoring and improvement system.
- Provide an overview of the schedule.
- Indicate when and where data will be available (MH Performance Report within a week of the visit).
- Indicate when they can expect a written report.
- Are there any changes over the past year that have impacted your program that we may not be aware of?
  - New units
  - Mission changes
- Are there any other anticipated changes?
- Review performance data and ask any clarification questions.
  - Include all performance data such as MAPIP and chart reviews (all are on the Performance Report).
- Discuss staffing: provide fill rate for mental health clinical positions. Are there any barriers that have impacted ability to fill vacancies?
- Ask if there is any particular area they would like for you to pay attention to on the visit.
- Ask if there are any other questions or comments.
- Request the document request binders (one for custody and one for MH regional teams).

# Attachment I – Case Selection Review Guidelines

## Case Review Selection Guidelines

- Obtain a random targeted sample (e.g., a random sample of all EOP patients if we are looking at something specific to EOP).
    - Random selection means without definite aim, direction, rule or method.
- May include patients who are seen on a visit, when approached on a visit, or if there are complaints on a patient interview.
- Reviews may be done as a result of a specific issue/question.
- Consider reviews if something comes up regarding RVRs, Use of Force, or other custody issues.
- Complete case reviews at desert institutions.
- For efficiency, when you review a chart based upon an observation on site, complete the chart review the same day.
- Ask custody lieutenants to provide cases for you to review.
    - For example, MHSDS patient with multiple RVRs, use of force or controlled use of force incidents – particularly ICF, ACUTE, MHCB LOC, or when there are cases where content of SOMS says the patient was not seen despite asking multiple times, etc. Lieutenants refer to MH reviewer for case review).

## Case Review Writing Guidelines

- Include identifying information
- Explicitly state why the case was reviewed (ask yourself, "Why did I review the case?").
- Provide a concise history for context.
    - For example, Patient X has been at MCSP EOP for xxx, dx, brief chronology, course of "what has happened to this person." If there is years of information, you can say, what time period you reviewed and acknowledge you did not review years of information.
- Associate the case with the big picture (staff and patient interviews, observation, chart audit and timelines data).
- Most important: provide an overall assessment, findings, and recommendations. Were there any problems or not? Give conclusion and outcome.
- Reference the cases in text, give sequential numbers so you can footnote/reference them.
- All documents, reports and case reviews should be a standalone document.
- Look at all case reviews and identify themes – this will be evident after review from the cases.

## Attachment J – Exit Interview Talking Points

### Mental Health Exit

Program Overview:
- Indicate if the institution passed on mental health items
- Vacancy rates
- Program changes, census
- Status of any housing considerations
  - Transfer timelines: percent transferred within required timelines

Access to Care:
- Timely PC Contacts: percentage and note patient survey responses and observations
- Timely Psy Contacts: percentage and note patient survey responses and observations
- Timely IDTTs: percentage and note patient survey responses and observations
- Medication continuity/access: note MAPIP results and patient survey responses and observations
- Refusals: Note Performance Report Tx Hours Attended percentage and augment with patient survey results, staff survey results, and observations. If patients are refusing a lot, why? If patients mostly attend treatment, what does the institution do to accomplish this?
  - For refusals in RHU EOP, were the discussions between the PC and custody held to address issues?
- If any other access issues are identified, note what these were. If exceptional practices are in place to improve access, note this.

Quality of Care:
- Discuss by Yard/Program
- Quality of IDTTs: overall good or not. Note areas for improvement. Note if something was done exceptionally well.
- Quality of Groups: overall good or not. Note areas for improvement. Note if something was done exceptionally well.
- Treatment space assessment (Confidential? Is there enough?)
- Are groups offered in CCCMS? If so, is there a waitlist?

MHCB:
- Cleanliness of cells
  - Was there a log?
- Were patients given full issue unless they were on suicide watch or precaution (which was clearly noted in the chart)?
- For those on 1:1 watch, was the person actively watching (not reading, etc.)?
- Were nursing 15 minutes check sheets on the door and staggered on time?

Alternative Housing:
- From the Performance Report: percent of MHCB referrals transferred within 24 hours "timely transfers to MHCB."
- How many were in alternative housing?
- Were cells in use consistent with location order of policy?
- Were cells clean?
- Was everyone on 1:1 watch?
- Did every alternative housing cell have a bed and toilet?

Restricted Housing:
- Discuss by Yard/Program:
- Clinician input at ICC and custody consideration

R&R:
- Was the correct form used and were all questions asked for the nurse intake screen?
- Was the screen conducted in a confidential setting? If not, why?

## Custody Exit – To be presented by the MHCT Regional Lieutenants

Overall:
- Indicate if the institution passed on custody items and provide the percent score when applicable
- Percent of custody staff who completed CPR training
- Percent of custody staff who completed suicide prevention training
- RVRs:
  - Percent issued to CCCMS:
  - Percent issued to EOP:
  - Percent issued to MHCB:
  - Percent of RVRs with recommended mitigation, and percent mitigation considered. Percent mitigated.

By Program/Yard:
- Heat Plan:
  - Did staff correctly and consistently complete the log according to policy?
  - Were alternative activities provided (when applicable, if not applicable because temps never rose above 90 indicate this).
- CPR mouth shields: percent of staff on each yard with these on person.
- MH referrals (128-MH5): percent of staff on each yard with knowledge of how to refer. If referral forms were not on a yard, state where they need them.
- Did all buildings have complete suicide cut-down kits accessible and with proper inventory?
- MHCB custody discharge checks: percent completed on time (once every 30 min.) per policy.
- Coleman Posters – are they present?  Are they the correct version?

Restricted Housing (RHU GP, RHU CCCMS, RHU EOP, Condemned):

- TTMs/security desks placement and cleanliness.
- Guard One percentage. If there is an overflow housing unit, were the manual checks documented correctly and percent.
- Percent for out-of-cell time.
- Percent for showers.
- ICC - percent of incarcerated people and/or patients seen within 10 days of RHU GP or RHU CCCMS placement.
- Intake Cells:
  - Did they have placards?
  - Are they placing incarcerated people and/or patients in intake cells as required?
  - Were incarcerated people and/or patients identified that required intake cells and were not in one?
- Entertainment Appliances/Hand Cranked Radios – incarcerated people and/or patients' access to entertainment appliances.
- Unclothed Body Searches (RHU EOP) – conducted in a private setting?
- Non-Disciplinary Restricted (NDR) – is there an appropriate tracking of NDR incarcerated people and/or patients and their privileges (phone calls, property)?

MHCB:

- Were patients not on max custody status escorted without mechanical restraints? For those who were, was there a 128B with appropriate justification for use of restraints?
- Does the institution use TTMs/security desks for group and/or individual therapy for those patients NOT on mechanical restraint status?  If so, is there appropriate justification?

# Attachment K – Security Desks

CATALOG > METAL PRODUCTS > CORRECTIONS & DETENTION > SECURITY BOOTHS AND DESKS > Security Desk > **BACK** ‹





**CORRECTIONS & DETENTION**
**SECURITY BOOTHS AND DESKS**
SECURITY DESK **Item# 797100**

Lexan screen not included. Please refer to item # 797200 when ordering the lexan add-on.

All metal security desk chair made with heavy duty replacement vinyl seat and back cushions. Desk surface adjustable for easy accessibility. Includes security fasteners- floor anchoring hardware not included. Dimensions: 34-1/8''H x 47- 3/4''D x 30-3/4''W. Security desk is delivered assembled.

**PRODUCT NO.  797100.1000**        **$1,995.00 Each**

| COLOR | QUANTITY |
| --- | --- |

CATALOG > METAL PRODUCTS > CORRECTIONS & DETENTION > SECURITY BOOTHS AND DESKS >
Lexan Insert Only for Security Desk > **BACK** ‹







**CORRECTIONS & DETENTION**
**SECURITY BOOTHS AND DESKS**
LEXAN INSERT ONLY FOR SECURITY DESK **Item# 797201**

Cut-to-size, predrilled for easy attachment.

**PRODUCT NO.  797201.1000**        **$89.00 Each**

| OPTION | QUANTITY |
| --- | --- |
| Clear Lexan | 1 ± |

**ADD TO CART**

ENTER

CATALOG > METAL PRODUCTS > CORRECTIONS & DETENTION > SECURITY BOOTHS AND DESKS >
Security Desk With Removable Chair - Wheelchair Accessible > BACK <

 PRINT

### CORRECTIONS & DETENTION
### SECURITY BOOTHS AND DESKS

SECURITY DESK WITH REMOVABLE CHAIR - WHEELCHAIR ACCESSIBLE Item# 797101

Lexan screen not included. Please refer to item # 797200 when ordering the lexan add-on.



All metal security desk chair made with heavy duty replacement vinyl seat and back cushions. Desk surface adjustable for easy accessibility. Pin lock release and pull bar on chair back allows easy chair removal for wheelchair access. Includes security fasteners- floor anchoring hardware not included. Dimensions: 34-1/8"H x 52"D x 22"W. Security desk is delivered assembled.

PRODUCT NO.  797101.1000        $2,095.00 Each

# Attachment L – Treatment Modules and Security Booths

CATALOG > **METAL PRODUCTS** > **CORRECTIONS & DETENTION** > **SECURITY BOOTHS AND DESKS** >
**Treatment Module** > **BACK** <

🖶 PRINT



**CORRECTIONS & DETENTION**
## SECURITY BOOTHS AND DESKS
TREATMENT MODULE **Item# 795100**

Built in Desk with Floor Mounted Stool. Heavy Steel and steel mesh construction.  Door slam prevention.  Lexan on front and two sides.

Dimensions: 77.5"H x 37.5"D x 35"W

*Please note when ordering: Left hinge denotes right handle side and right hinge denotes left handle side.

**View Metal Finish Options**
**Recycled Content Certificate**

| FINISH | HINGE SIDE | QUANTITY |
|--------|-----------|----------|



CATALOG > **METAL PRODUCTS** > **CORRECTIONS & DETENTION** > **SECURITY BOOTHS AND DESKS** >
**Treatment Module - Wheelchair** > **BACK** <

🖶 PRINT



**CORRECTIONS & DETENTION**
## SECURITY BOOTHS AND DESKS
TREATMENT MODULE - WHEELCHAIR **Item# 795101**

Built in Desk with Stool. Desk and stool are spring loaded and flip up for wheelchair access. Heavy Steel and steel mesh construction.  Door slam prevention.  Lexan on front and two sides.

This unit is delivered in two parts and requires final assembly and tac welding on site after delivery.

Wheelchair accessible. 78.06"H x 54.09"D x 42.50"W

*Please note when ordering: Left hinge denotes right handle side and right hinge denotes left handle side.

**Recycled Content Certificate**

CATALOG > **METAL PRODUCTS** > **CORRECTIONS & DETENTION** > **SECURITY BOOTHS AND DESKS** > Security Booth > **BACK** ‹           PRINT



**CORRECTIONS & DETENTION**
## SECURITY BOOTHS AND DESKS
### SECURITY BOOTH Item# 794100

Heavy steel and steel mesh construction. Multipoint locking door. Cuffing slot. Door slam prevention. 30"W x 25"D x 78"H. Weight 295 lbs.

\*Please note when ordering: Left hinge denotes right handle side and right hinge denotes left handle side.

#### View Metal Finish Options

| FINISH | HINGE SIDE | QUANTITY |
|---|---|---|
| Autumn Haze | | 1 + |
| Lite Gray | | ADD TO CART |

CATALOG > **METAL PRODUCTS** > **CORRECTIONS & DETENTION** > **SECURITY BOOTHS AND DESKS** >
**Security Holding Module - Wheelchair Accessible** > **BACK** ‹           PRINT



**CORRECTIONS & DETENTION**
## SECURITY BOOTHS AND DESKS
### SECURITY HOLDING MODULE - WHEELCHAIR ACCESSIBLE Item# 795200

Our largest Treatment Module will comfortably accommodate full wheelchair motion including 360 degree turning. We have also incorporated a built in flip up stool in the corner to allow for standard usage. Heavy steel and steel mesh construction. Door slam prevention. Dimensions:  64''W x 67.79''D x 78.2''H.

This unit is delivered in 4 parts and requires final assembly and tack welding on site after delivery.

Available lite gray color and left hinge - right handle configuration only.

**PRODUCT NO.** 795200.1000          $4,915.00 Each

| FINISH | HINGE SIDE | QUANTITY |
|---|---|---|

CATALOG > METAL PRODUCTS > CORRECTIONS & DETENTION > SECURITY BOOTHS AND DESKS >
Security Booth - Stool > BACK <

 PRINT



**CORRECTIONS & DETENTION**
## SECURITY BOOTHS AND DESKS
SECURITY BOOTH - STOOL **Item# 794101**

Heavy steel and steel mesh construction. Multipoint locking door. Cuffing slot. Door slam prevention. 30"W x 36"D x 78"H. Weight 295 lbs.

*Please note when ordering: Left hinge denotes right handle side and right hinge denotes left handle side.

| FINISH | HINGE SIDE | QUANTITY |
|--------|-----------|----------|
| Autumn Haze | | 1 + |
| Lite Gray | | ADD TO CART |



**CORRECTIONS & DETENTION**
## SECURITY BOOTHS AND DESKS
SECURITY LIBRARY BOOTH **Item# 794300**

Built in steel desk and book slot. Floor mounted stainless steel seat. Heavy steel and steel mesh construction. Multipoint locking door. Cuffing slot. Door slam prevention. 30"W x 49.5"D x 78"H. Weight: 470 lbs.

This item is not the Mental Health Programming Module.  Please refer to Item #795100.

*Please note when ordering: Left hinge denotes right handle side and right hinge denotes left handle side.

**View Metal Finish Options**

# SUICIDE PREVENTION ON-SITE AUDIT GUIDEBOOK

## SUICIDE PREVENTION AND RESPONSE UNIT

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

## II.    Chapter Two - Suicide Prevention Audit

## Table of Contents

Suicide Prevention On-Site Audit Instructions..................................................................78

    Preface...............................................................................................................................78

    Notifying the Institution...................................................................................................78

    Creating the Schedule.......................................................................................................79

    Data Review......................................................................................................................80

What to Do Upon Arrival..................................................................................................80

    Check-In Meeting (optional).............................................................................................80

Audit Instructions.............................................................................................................80

    CQIT Audit Terminology....................................................................................................80

    Restricted Housing Units...................................................................................................81

        Second Watch Morning Meeting [RHU GP, RHU CCCMS, RHU EOP].............................81

        Psychiatric Technician (PT) Rounds – Hayes Item 9 [RHU GP, RHU CCCMS, RHU EOP]...............82

        Intake Cells – Hayes Item 2 [RHU GP, RHU CCCMS, RHU EOP].........................................82

        Entertainment Appliances [RHU GP, RHU CCCMS, RHU EOP, Condemned]...................83

        Security/Welfare Check Completion (Guard One) – Hayes Item 8 [RHU GP, RHU CCCMS, RHU EOP, Condemned]..................................................................84

        RHU Pre-Placement Screening ("RHU Pre-Placement Form") [RHU GP, RHU CCCMS, RHU EOP]...........................................................................................85

        RHU Post-Placement Screening ("RHU Screening Questionnaire") [RHU GP, RHU CCCMS, RHU EOP]...........................................................................................85

    Inpatient Units..................................................................................................................86

        Suicide-Resistant Cells – Hayes Item 10 [MHCB, Acute/ICF, Flex Beds].........................86

        Interdisciplinary Treatment Teams (IDTT) [MHCB, PIP Acute, PIP ICF]...........................87

        Quality of Safety Planning – Hayes Item 4 [Health Record]..............................................89

        Suicide Watch and Suicide Precaution [MHCB, PIP Acute, PIP ICF].................................89

        Observation and Issue Orders – Hayes Item 3a [MHCB, PIP Acute, PIP ICF]....................90

        Observation and Issue Orders – Hayes Item 3b [MHCB, PIP Acute, PIP ICF]....................91

        Timelines for Suicide Risk Assessments [On-Site Paperwork].........................................93

        Privileges – Hayes Item 14 [MHCB, PIP Acute, PIP ICF]...................................................93

        Clinical Discharge Follow-Ups [Health Record] ...............................................................95

    Alternative Housing – Hayes Item 5 [Alternative Housing]................................................95

Suicide Risk Management Program (SRMP) [Health Record]..................................................................97

Custody MHCB/Alternative Housing/Acute/ICF Discharge Follow-Ups [On-Site Paperwork - ML, ML EOP, ML CCCMS]........................................................................................................................................97

Institution SPRFIT Committee Observation – Hayes Item 19a [Institution Wide]..............................99

Institution SPRFIT Committee Minutes – Hayes Item 19b [On-site Paperwork].................................99

Institution LOP – Hayes Item 19c [On-site Paperwork]........................................................................103

Urgent and Emergent Referrals Not Marked as for Danger to Self – Hayes Item 12 [On-site Paperwork]...............................................................................................................................................103

Suicide Risk Evaluations – Hayes Item 13 [On-site Paperwork]...........................................................104

Emergency Response...............................................................................................................................105

Cut-Down Kits – Hayes Item 15 [All Housing Units]..........................................................................105

Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews..............................................106

Training and Mentoring Compliance......................................................................................................106

Clinical Training Compliance............................................................................................................106

Custody Staff Training (Suicide Prevention) [On-Site Paperwork]..................................................109

Receiving and Release (R&R) Screening – Hayes Item 1 [R&R Intake].................................................109

Reception Center Processing...................................................................................................................110

Diagnostics Process [RC]...................................................................................................................110

Crisis Intervention Team (CIT) [Institution Wide]................................................................................110

Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes...............11111

Assignment of Corrective Action Plans (CAPs) and Recommendations................................................112

Attachment A – Site Visit Entrance Talking Points................................................................................113

Attachment B – Exit Interview Talking Points.......................................................................................114

# Suicide Prevention On-Site Audit Instructions

## Preface

Oversight with attention toward continuous quality improvement is paramount to ensuring the strength of any suicide prevention program. As such, the statewide suicide prevention and response unit has developed a robust on-site audit that will result in a standardized assessment of each institution's suicide prevention program. Additionally, the on-site audit will provide support and oversight in identifying areas that may require improvement. The suicide prevention on-site audit involves reliance on observations, clinical judgment, discussions with local staff, audit tools, and review of various performance report metrics. Some portions of the review will involve clinical chart reviews either during or after the on-site visit. The on-site audit will be conducted by the suicide prevention and response unit's suicide prevention coordinator assigned to each region. These audits typically take one to two days to complete.

The on-site review requires the reviewer to, at times, pay particular attention to qualitative items that may not be explicitly addressed in automated measures or common audit tools. It may require that the reviewer consider multiple pieces of information that don't appear to be explicitly connected to establish potential trends in areas of an institution's performance. For example, a review of the SPRFIT Committee's minutes may suggest the committee is appropriately addressing all required items. However, when observing the committee, the auditor may notice that the committee is not discussing qualitative issues, or not taking appropriate action on the deficiencies found in reviewing data.

Upon the completion of the on-site review, the reviewer will integrate the findings into a written report. The report is provided to the institutional multidisciplinary leadership team within 14 days of the on-site review. The report includes a comprehensive overview of the findings, identifies attained or sustained compliance, and identifies areas of non-compliance or a need for improvement. Areas of identified non-compliance will be addressed through detailed corrective action plans. Any action plans to address deficiencies shall be tracked until a sustainable solution is in place and observed during subsequent on-site visits. An abridged version of the report, including any corrective action plans assigned to the institution, shall be discussed at the monthly Statewide Suicide Prevention Committee.

## Notifying the Institution

Prior to the visit, a notification is sent to the multidisciplinary institutional leadership team indicating the intention of conducting an on-site review of the institution's suicide prevention program. This notification will include the proposed dates of the visit and the reviewers who will be on site to conduct the review. Additionally, the requested documents and support needed to complete a comprehensive review of the suicide prevention program will be included in the formal notification. This notice is sent approximately 3-4 weeks ahead of the visit.

## Creating the Schedule

When possible, it is preferred that on-site reviews are conducted as a multidisciplinary team, consisting of the Suicide Prevention Coordinator, Mental Health Compliance Team (MHCT) Lieutenant, and a nursing representative from the respective region. As a part of the review, the nursing and custody counterparts conduct observations and information gathering in their respective areas of the compliance measures. When the custody and/or nursing representatives are not able to attend the on-site review, they shall provide their evaluation of the compliance measure items by conducting an independent on-site review, and their information will be incorporated into the respective sections of the report.

Below is a general guideline for the frequency in which an institution shall receive on-site audits:

| Mental Health Program Type | Frequency of Audit |
| --- | --- |
| With an inpatient program (mental health crisis bed [MHCB] or psychiatric inpatient program [PIP]) | Quarterly |
| Without an inpatient program | Every six months |

Additionally, there may be other indications for increased frequency of on-site reviews at an institution more frequently than listed above:
- At the request of the institution.
- At the request of the regional Mental Health Compliance Team (MHCT) or other internal stakeholders.
- As a result of a Lindsay Hayes audit with identified deficiencies.
- As a result of a previous on-site audit with identified deficiencies; the frequency of on-site audits can increase to address these deficiencies.
- As a result of findings that indicate a potential unique trend, necessitating additional review and/or support.

Insofar as possible, the auditor shall strive to conduct the on-site audit on the day in which the institution is holding their SPRFIT Committee so an observation of the committee can be completed. If this is not feasible, the auditor shall attempt to attend the SPRFIT Committee remotely, so feedback can be provided in the formal report.

If the institution is conducting the annual IST suicide prevention trainings for institutional staff, the auditor shall observe a portion of the training to determine the adequacy of the instructor's delivery of the material. If training is not occurring at the time of the on-site review, the reviewer shall request a schedule for suicide prevention trainings and when possible, the reviewer may observe the trainings remotely.

## Data Review

Within one week prior to the audit:

a) Review pertinent data related to suicide prevention from the On Demand Performance Report (e.g., alternative housing transfer timelines, daily contacts in MHCB, MHCB readmissions,). This will help inform the review and prompt the auditor to ask further questions and/or undertake additional investigations.

b) Review other sources of data, such as the Mental Health Observation Tool, the Crisis Intervention Team Reporting Tool, Acute/ICF performance reports, and NCAT report.

c) Review any data related to other audits conducted on a regular basis, as they relate to suicide prevention, such as the institution's manual 7497 audits or the Suicide Prevention Coordinator's regional review of urgent and emergent referrals and SRASHE completion.

# What to Do Upon Arrival

## Check-In Meeting (optional)

*It should be noted that activities such as morning meetings, PT rounds, R&R arrivals, or IDTTs that must be attended by the auditor are a priority for the on-site audit and the check-in meeting should be omitted to accommodate.*

a) The first thing that will occur at the start of each visit is a brief "check-in" meeting with, at a minimum, the CEO, CMH, CNE, Warden, custody auditor, and mental health auditor. It is also recommended that the facility Captains attend.

b) Warden and CEO/CMH Presentations:
   - Custody auditor may ask Warden to provide any relevant updates regarding their program, mission, etc.
   - Mental health auditor may ask CEO and CMH to provide any relevant updates regarding their suicide prevention programs.

c) Custody and Mental Health Presentations (nursing presentation, if a regional NCPR is in attendance):
   - Both auditors should provide institutional leadership with an overview of the areas in which they will be visiting.
   - At the inception of the visit, the audit team should inform institutional leadership that the visit is a means to collect data to provide supportive tools for leadership and their staff.
     - o Emphasize that the reports generated from the visit will allow them to use and make decisions about their quality improvement priority areas.
     - o Emphasize that the reports generated from the visit will allow them to facilitate change through their own quality management system.

# Audit Instructions

## CQIT Audit Terminology

a) <u>Review Period</u>: date range for document selection related to the audit. The review period will always be the last completed 6 months prior to the audit date. For example,

if the audit date is in July 2022, the Review Period will be January 1, 2022 – June 30, 2022.

b) <u>Area</u>: Housing area (e.g., Institution Wide, R&R, RC, RC EOP, ML CCCMS, ML EOP, RHU GP, RHU CCCMS, RHU EOP, alternative housing, MHCB and Condemned).

c) <u>Data Entry</u>: enter audit data on the same date the audit was conducted.

d) <u>Data Submission</u>: submit all audit data by the end of the next business day of when CQI tour concludes. For example, if your tour concludes on Friday, submit all data by end of day Monday.

e) <u>CQIT Audit Fields</u>
Note: not all audits will contain all these fields.
**Start Date**: the date the audit was performed on
**End Date:** the date the audit was completed
**Sub Area**: a smaller housing area that is part of a larger housing area. For example, MHCB is the area. MHCB, Side A is the sub area. RHU GP is the area. S Wing is the sub area.
**Time**: the time the audit was conducted. Note: the time defaults to the current time.
**Percentage**: an amount that is a proportion of a larger sum. Note: you do not have to calculate percentage; there will be specific instructions on where to obtain percentages.
**Provider Login ID**: username used to sign into computers
**CDCR #**: the incarcerated person's or patient's CDCR number

## Restricted Housing Units

### Second Watch Morning Meeting [RHU GP, RHU CCCMS, RHU EOP]

a) General Instructions:
- The morning meeting observation is only required in one RHU unit but you should ensure that for each visit, you rotate the units observed.
- If the auditor cannot observe the morning meeting, the auditor should obtain the huddle sheets and review.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

b) Standardized Questions:
1. Did MH staff identify patients at high risk for suicide?
   - Mental health staff should explicitly state which patients are identified as high risk. On the rare occasion there are none identified, they should also state this or the response on this item is "no."
2. Were the RHU sergeant and MH clinician in attendance?
   - If either or both the RHU sergeant or designee and a MH clinician were not in attendance, the response on this item is "no."
3. Were new arrivals discussed?

## Psychiatric Technician (PT) Rounds – Hayes Item 9 [RHU GP, RHU CCCMS, RHU EOP]

a) General Instructions:
- Auditors will observe the PT while they conduct the rounds in the restricted housing units.
- Auditors will make note of the questions that are being asked of each patient whose rounding was observed.
- Auditors shall document the number of individuals that were observed.
- Auditors will obtain the Restricted Housing Unit Rounds Audit Forms for each day of the review period from the institution SRN on each unit visited.
- CQIT Audit Fields (see CQIT GB Audit Fields section for field definitions):
  - Start Date
  - Sub Area

b) Standardized Questions:
1. How many PT Rounds Quarterly Fidelity audits were reviewed?
2. Of those, how many audits are answered with all "Yes" or appropriate "N/A" to all the audit questions in the "Observation of Rounds" section (Questions 4-7)?
3. How many audits are answered with all "Yes" or appropriate "N/A" to all the audit questions in the "Documentation Review" section (Questions 8-12)?
4. How many days are there in the review period?
5. Of those days, how many had RHU PT Rounds Audit Form entries where the answer was "yes" to the question "PT's initials on Isolation Log for every inmate in the RHU?"

## Intake Cells – Hayes Item 2 [RHU GP, RHU CCCMS, RHU EOP]

a) General Instructions:
- Utilize the CQIT RHU Intake Report located in the CQIT Reports folder in SOMS Reporting. Use the report to determine current 21-day incarcerated persons roster.
- Make note of the number of cells designated as RHU Intake Cells.
- All RHU designated intake cells will be reviewed at least every four quarters.
- Identify incarcerated persons housed in RHU for the first 72 hours of confinement.
- Auditors will ask custody staff to show them the designated intake cells.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

b) Standardized Questions:
1. How many incarcerated persons are on intake status within the first 72 hours of placement?
2. How many incarcerated persons housed in RHU for the first 72 hours are either double celled with an appropriate cell partner or are celled alone in a retrofitted intake cell?

3.  How many incarcerated persons were housed in intake cells beyond 72 hours during the review period?
4.  How many designated intake cells were audited?
    o   Include the cell number of each cell audited
5.  Of those, how many met the criteria to be suicide resistant?
    o   Include the cell number of each failed cell

c)  Suicide Resistant:
- Visually observe the intake cells and make note of whether there are obvious ligature points anywhere in the cell. Consider:
    o   Beds should be concrete slab or have metal plates to cover openings/gaps
    o   Toilet/sink combo units
    o   Hemispherical bubblers on the sinks
    o   Flush controllers
    o   Light switches with touch bolts
    o   No gaps around bed frames
    o   For ADA cells, if there is a grab bar, it requires a metal plate under the bar
    o   Vent grate holes should be no larger than $3/16^{th}$ of an inch
    o   Sprinkler heads should not be exposed (some have protective cones, others are flush with the ceiling and drop down when set off, some are breakaway type)
    o   No-pick caulking on all fixtures, including lights, light switches, electrical outlets and other gaps between fixtures and walls/ceilings
- Any deficiencies found with a cell shall be documented with photographic evidence.
- If the institution has submitted work orders, copies of those work orders are to be obtained and saved with the report.
    o   Progress reports for these work orders should be addressed at subsequent on-site visits to ensure timely resolution of deficiencies.

d)  Identification:
- All intake cells should be labeled with a stencil marking stating, "INTAKE CELL" and they should have an accurate placard notating the designation. Visual observation should confirm the presence of the stenciling and placards.

e)  Window Frosting or Other Visual Obstructions:
- The physical observation of the intake cells should verify whether there are any frosted windows in the intake cells, when applicable. Additionally, any serious visual obstructions from outside the cell should be notated.

## Entertainment Appliances [RHU GP, RHU CCCMS, RHU EOP, Condemned]

a)  General Instructions:

- Identify the occupied intake cells and check presence of entertainment appliances (e.g., radio or tablet).
  - Approved appliances are a television, radio, or tablet upon initial placement.
- Audit occupied cells only and ask the patient(s) if their entertainment appliance(s) is in working condition. If you audit a double occupied cell, ask both patients.
- For any patient with a documented and approved reason to not have an entertainment appliance, please add reason in the comment box.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - End Date
  - Sub Area

b) Standardized Questions:
  1. How many patients were audited?
  2. Enter the CDCR numbers you audited
  3. Of those patients audited, how many reported the entertainment appliance is in proper working order?

## Security/Welfare Check Completion (Guard One) – Hayes Item 8 [RHU GP, RHU CCCMS, RHU EOP, Condemned]

a) General Instructions:
  - Enter responses for each restricted housing unit audited (e.g., if there are two RHU GP units, enter two different audits). Anytime Guard One is unavailable or the system is down, paper forms will be used.
  - Enter one audit per security/welfare check round.
  - Observe correctional staff conduct security/welfare checks (rounds) at least once during your tour of the unit.
  - Request a printout of the Round Tracker report utilizing the "time between checks" view for a random 24-hour period during the audit period to calculate compliance.
  - For PBSP only: During 1st Watch at PBSP, Guard One checks are required at 60-minute intervals in restricted housing units in Facility C and D.
  - A discrepancy is defined as any measurement that is either late, missing, or non-staggered.
  - Visually inspect the Round Tracker report for any discrepancies.
  - Review the Isolation Log and/or SOMS for any inconsistencies where routine checks were previously conducted but suddenly ceased, in order to ascertain whether an incarcerated person is no longer assigned to that cell.
  - For any legitimate discrepancies, a signed memo dated the same day as the Rounds Tracker report must be provided.
  - CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
    - Sub Area

b) Standardized Questions:
1. How many cells have an incarcerated person assigned at the time of the security/welfare check?
2. For the security/welfare check round observed, how many of the assigned cells did the correctional staff conduct a visual/physical observation of a living, breathing incarcerated person free from obvious injury, ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or any misconduct or self-injurious behavior?
3. How many reports have identified discrepancies?
4. Of the reports identified with discrepancies, how many have memos signed and dated the same date of the report?

## RHU Pre-Placement Screening ("RHU Pre-Placement Form") [RHU GP, RHU CCCMS, RHU EOP]

a) General Instructions:
- Observe the RHU screening process, if possible, to see if it is conducted confidentially. If they are not conducted confidentially, note the reason.
- Obtain a list of the individuals who arrived on the day of the audit of the RHU unit.
- If an observation cannot be completed, conduct a record review of the pre-placement screening in EHRS to determine if the screening was completed timely.

b) Quality of Screenings:
- Document the quality of the observed screenings. Specifically observe whether or not all questions were asked. This should be verified by reviewing the documentation in EHRS after the conclusion of the screening.
- If no screenings are observed, review the records of the RHU admissions on the day of the audit and verify that the documentation in EHRS is appropriate.

c) Performance Report Metrics:
- The auditor will conduct a review of at least 3 months' worth of Performance Report compliance for pre-placement screenings. Deficiencies should be noted.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

d) Standardized Questions:
1. How many screenings were observed?
2. Of those, how many were completed in a confidential setting?
3. Of those observed, were all questions from the form asked?
4. Was documentation verified in EHRS?

## RHU Post-Placement Screening ("RHU Screening Questionnaire") [RHU GP, RHU CCCMS, RHU EOP]

a) General Instructions:

- Observe RHU Screening Questionnaire (Post-Placement) and GP screening process to see if they are conducted confidentially. If not, note reasons for this.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

b) Standardized Questions:
  1. How many screenings were observed?
  2. Of those, how many were completed in a confidential setting?

## Inpatient Units

### Suicide-Resistant Cells – Hayes Item 10 [MHCB, Acute/ICF, Flex Beds]

a) General Instructions:
  - Any cell in the CTC that is being used as a Mental Health Crisis Bed should be retrofitted to be suicide-resistant, consistent with *Intake Cells-Hayes Item 2* section above.

b) Compliance with Suicide Resistant Standards:
  - Any deficiencies found with a cell shall be documented with photographic evidence.
  - If the institution has submitted work orders, copies of those work orders are to be obtained and saved with the report.
    - Progress reports for these work orders should be addressed at subsequent on-site visits to ensure timely resolution of deficiencies.
  - All MHCB cells and CTC used as MHCB or flex bed cells will be reviewed at least every four quarters.
  - All Acute and ICF Unit cells that are designated as suicide observation cells will be reviewed at least every four quarters. In institutions with more than 40 cells, at least 10 randomly selected cells will be audited each quarter, ensuring a total of 40 unique cells randomly audited per year.
  - For institutions other than CHCF PIP, all cells shall be audited at least annually, divided over quarterly audits.
  - The auditor will request to see all red line cells for the past 12 months; any cell that has come off red line status will be audited during the reporting period.

c) CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

d) Standardized Questions:
  - How many cells were in the MHCB and CTC used as MHCB?
    - Exclude red line cell. Add appropriate comments about red line cell in the comment box.
    - Only count the CTC beds being used as MHCB
    - Include the cell number of each cell audited
  - Of those, how many met the criteria to be suicide-resistant?
    - See *Intake Cells-Hayes Item 2* audit re: criteria of suicide resistant

- o Include the cell number of each failed cell
- How many suicide-resistant cells were audited?
  - o Exclude red line cell. Add appropriate comments about red line cell in the comment box.
  - o Include the cell number of each cell audited

## Interdisciplinary Treatment Teams (IDTT) [MHCB, PIP Acute, PIP ICF]

a) General Instructions:
- You are required to observe five patient IDTTs in one unit of each program (MHCB, PIP Acute, PIP ICF), but you must rotate units each visit to ensure over time all units are sampled.
- If there are less than five to observe in any given unit, observe all.
- Before the first patient is brought in, introduce yourself to the team and then:
  - o You must introduce yourself to each patient.
  - o Other than your initial introduction, the team should proceed with the IDTT as they typically would. The team should not be presenting the case to you.
  - o To the extent that any of the attendees are present at the IDTT due solely to the audit, politely request that they not attend so that the audit fairly represents the quality of the treating team members.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o Start Date
  - o Sub Area

b) IDTT Observations:
1. Did the IDTT leader state the purpose of the IDTT?
   - o This will be apparent. The IDTT leader is expected to tell the patient the reason(s) they are having the meeting.
2. Was the Correctional Counselor engaged in the discussion, knowledgeable, and provided relevant information to the case?
   - o The Correctional Counselor does not have to give an entire case presentation but is expected to provide relevant custody information and engage in the team's discussion.
3. Did the IDTT leader facilitate a team discussion by attempting to engage all participants (including staff and the patient)?
   - o If the IDTT leader asked other team members questions to prompt their input, this response is "yes" even if the team leader was unsuccessful in their attempt.
4. Did the overall IDTT include interactive discussion of all staff participants toward the treatment plan?
   - o This is about the interaction of all team members; if team members present information in isolation, and then disengage, the response to this item is "no."

- o If one staff participant on the patient's treatment team does not interact, the response is "no."
- o You may exclude staff attendees who are NOT on the patient's treatment team but are in attendance (this should be clear from introductions at the beginning of the meeting).

c) Observation, Issue, and Privileges Review:

5. Are levels of observation, issue, and privileges discussed?
   - o Verify that all IDTTs for patients admitted for DTS, or expressed/engaged in suicidal behavior during placement, adequately discussed current suicide risk and prior history of suicidal behavior during the case presentations prior to determining current level of observation.
6. Are orders for such justified in EHRS?
   - o Were all orders for observation, issue, and privileges for patients admitted to the MHCB for danger to self, clinically appropriate and accompanied by a progress note that included a clinical rationale?
7. Were safety smocks only utilized for patients on Suicide Watch or Suicide Precaution?
8. Were safety smocks inappropriately utilized (offered with 'partial issue' clothing, offered because patient complained of being cold, etc.)?
9. Were all patients not on Suicide Watch or Suicide Precaution in full issue clothing commensurate with the patient's preferred gender?

d) Safety Planning (Suicidal Patients ONLY):

10. Is the safety plan discussed?
    - o Regardless of the reason for the IDTT, if the patient was admitted to the MHCB for danger to self, or expresses any suicidal ideation during the MHCB stay, safety planning must be discussed during the initial IDTT (if the patient is stable enough to discuss). Document whether this topic was discussed.
    - o If this is a discharge IDTT, the treatment team and the patient should all be familiar with the patient's safety plan. This should be discussed comprehensively during the IDTT.
      - ▪ The auditor should document the qualitative results of this discussion and notate if safety planning is a focus of the discharge IDTT.
      - ▪ The auditor shall conduct a review of the records after the IDTT is conducted to ensure the documentation related to safety planning was included and clinically appropriate.
11. Had the final safety plan been completed prior to IDTT?
12. Was the safety plan reviewed by the MHCB supervisor either prior to, or during, the IDTT meeting?
    - o This should be verified through the MHCB Supervisor Review of Safety Plan report.
13. If the supervisor determined the safety plan to be inadequate, was it revised?

## Quality of Safety Planning – Hayes Item 4 [Health Record]

a) General Instructions:
- Quality of safety plans is a Chart Audit Tool. The results of those audits for the audit period shall be included in the report, as shown in the performance report.
- The sample shall be generated by selecting five cases with a safety plan from those patients who were discharged from inpatient settings.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

b) Standardized Questions:
1. Was the safety plan completed, as required by policy?
2. Was the safety plan individualized to the patient to address ways to mitigate the patient's suicide risk?
3. Did any safety plan include inappropriate narrative regarding why the plan was not completed (e.g., patient refused to participate, etc.)?

## Suicide Watch and Suicide Precaution [MHCB, PIP Acute, PIP ICF]

a) General Instructions:
- Walk through the unit and see if the Adaptive Support Form (CDCR 128 C-2), documenting rounding requirements (Q15, etc.), is posted on the doors.
- Review for every patient on suicide watch and for randomly selected five patients on suicide precautions.
- Respond for each patient/rounds observed.
- Utilize the Mental Health Observations Reporting Tool in the CCHCS Quality Management portal for a random selection for patients on suicide precautions.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - CDCR #
  - Start Date
  - End Date
  - Sub Area

b) Standardized Questions:
1. Is the Adaptive Support Form (CDCR 128 C-2), with the observation level, on the door?
2. Was the Adaptive Support Form (CDCR 128 C-2) completed within one calendar day of the site visit, as required by policy?
3. Is the correct form (in EHRS) used for documentation of checks?
4. Are checks being conducted and documented at the cell front while observing the patient?

c) Suicide Precaution Rounds:
5. Based upon the Mental Health Observation Tool, what were the total violations notated and the longest time between rounds?

6. Were the rounds staggered or did they follow a strict "every 11 minutes" timeline?

7. If there are patients on suicide precaution while the audit is being conducted, observe the nursing staff during the required rounds. Is the nurse(s) attentive during the observation? Is the nurse(s) actively engaged in the duty of observing each patient?

d) Suicide Watch Observation:

8. If there are patients on suicide watch while the audit is being conducted, observe the nursing staff assigned to complete the continuous observation. Is the nurse attentive during the observation by continuously watching the patient, and not attending to other assignments or tasks?

## Observation and Issue Orders – Hayes Item 3a [MHCB, PIP Acute, PIP ICF]

a) General Instructions:

- Do not change the default "audit start date" as it needs to reflect that the audit was completed on-site during the current quarter.
- Partial issue is anything less than:
  - Socks (1 pair)
  - Clothing
    - Male patients: 1 pair blue denim jeans and 1 blue chambray shirt, or one jumpsuit, or 1 Reception Center shirt and pants.
    - Female patients: 1 blouse or T-shirt, 1 pair slacks, or 1 dress, muumuu, robe, or duster, 1 nightgown.
  - Underclothes
    - Male patients: 1 pair white undershorts (to be exchanged as needed), 1 undershirt.
    - Female patients: 1 bra, 1 pair panties (to be exchanged as needed).
    - Transgender patients, upon request: 1 brassiere or 1 pair white boxer shorts.
  - Reading materials (1 book or psychoeducational articles)
  - Hygiene items (1 toothbrush, tooth powder, soap)
  - One blanket
  - A bed (cement bed with safety mattress on top acceptable)
  - Prescribed healthcare appliance (pay special attention to this as it may not be apparent the patient has an appliance. Ask the patient and ask staff, do not make assumptions they do not have/need a healthcare appliance if they do not have one). If the patient and staff members provide inconsistent answers regarding the patient's health care appliance, follow up to resolve the inconsistency.
    - *Examples:* glasses, CPAP machine, cane, and walker
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - CDCR #

- o Start Date
- o Sub Area
- o MHI

b) Sampling Questions
   1. All patients in the housing unit being reviewed shall be included in the sample.
   2. The auditor shall utilize the Adaptive Support Form (128 C-2) that is on the door of each cell and visual observation of the contents of the cell to answer the standardized questions below.
      - o Indicated in comments fields of each question if the 128-C2 is not on the door.

c) Standardized Questions:
   1. Are orders for suicide precaution or suicide watch present?
   2. Does the patient clothing issue listed on the Adaptive Support Form (CDCR 128 C-2) or other authorized form posted on the patient's cell door match what is observed at the cell?
   3. If the patient was on partial issue, did the order on the door indicate the patient was on suicide observation or watch?
      - o N/A if the patient is not on partial issue
   4. Was the patient only issued a safety smocks if the patient was on Suicide Watch or Suicide Precaution?
      - o N/A if the patient is not seen to have a safety smock
   5. Did the patient have an order on the door for a safety smock only if they were on either Suicide Watch or Suicide Precaution (e.g., not offered with 'partial issue' clothing or because patient complained of being cold, etc.)?
      - o N/A if the patient does not have a safety smock
   6. Is the patient in full issue clothing if they are not on Suicide Watch or Suicide Precaution?
      - o N/A if the patient is on Suicide Watch or Suicide Precaution
   7. If the patient is on Suicide Watch or Suicide Precaution, are the orders re-ordered for the day being reviewed?
      - o N/A if the Patient is not on Suicide Watch or Suicide Precaution
   8. Did the patient possess all ordered items and only those items?


## Observation and Issue Orders – Hayes Item 3b [MHCB, PIP Acute, PIP ICF]

a) General Instructions:
   - Do not change the default "audit start date" as it needs to reflect that the audit was completed on-site during the current quarter.
   - Use EHRS MH patient issue orders and progress notes to supplement this review.

- Partial issue is anything less than:
  - Socks (1 pair)
  - Clothing
    - Male patients: 1 pair blue denim jeans and 1 blue chambray shirt, or one jumpsuit, or 1 Reception Center shirt and pants.
    - Female patients: 1 blouse or T-shirt, 1 pair slacks, or 1 dress, muumuu, robe, or duster, 1 nightgown.
  - Underclothes
    - Male patients: 1 pair white undershorts (to be exchanged as needed), 1 undershirt.
    - Female patients: 1 bra, 1 pair panties (to be exchanged as needed).
    - Transgender patients, upon request: 1 brassiere or 1 pair white boxer shorts.
  - Reading materials (1 book or psychoeducational articles)
  - Hygiene items (1 toothbrush, tooth powder, soap)
  - One blanket
  - A bed (cement bed with safety mattress on top acceptable)
  - Prescribed healthcare appliance (pay special attention to this as it may not be apparent the patient has an appliance. Ask the patient and ask staff, do not make assumptions they do not have/need a healthcare appliance if they do not have one). If the patient and staff members provide inconsistent answers regarding the patient's health care appliance, follow up to resolve the inconsistency.
    - *Examples:* glasses, CPAP machine, cane, and walker
- Randomly select 10 MHCB patients, 10 Acute patients, and 10 ICF patients who had at least one order for partial issue during the review period and use their EHRS record to respond to the following questions. Review all patients for an MHI if there are less than 10 total with partial issue.
  - Check to see if there is a documented justification for the decision to limit the patient's issue. While reviewing orders, check for terms like "psych observation," "crisis evaluation," or other non-specific orders that are inconsistent with policy.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - CDCR #
  - Start Date
  - Sub Area
  - MHI
b) Standardized Questions:
  1. For every day the patient was on partial issue, NOT including today, is there a progress note justifying partial issue?
     - Vague statements such as "suicide prevention" should not be considered adequate justification.

- o The justification should be written by the provider who writes and updates the physician's order every calendar day.
2. For every day the patient was on partial issue, NOT including today, did the clinician refrain from using vague terms such as "suicide obs, or/and suicide eval" to justify partial issue in the observation order and in the progress note?
   - o The justification in the progress note should detail the patient's unique risk factors and clinical need.
3. For every day the patient was on partial issue, NOT including today, are decisions about observation level (e.g., SW/SP) justified in the progress note?
4. For every day the patient was on Suicide Watch or Suicide Precaution, was there a daily provider order that justified clothing, property, and out-of-cell activities?
5. If the patient was being discharged to a lower level of care, were they maintained on suicide precautions for the duration of stay, regardless of their clinical presentation?
   - o If yes, enter their CDCR number in the comment box.

## Timelines for Suicide Risk Assessments [On-Site Paperwork]

a) General Instructions:
   - This item is an automated indicator located in the On Demand Performance Report.
   - CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
     - o Start Date
b) Standardized Questions:
   1. Are the suicide risk assessments being conducted in confidential settings?
      - o Include local observations over and above the data, if observed.
      - o To determine if suicide risk assessments are being conducted in confidential settings, utilize the Appointments report in the On Demand site, and use the audit period to extract the number of suicide risk evaluations conducted and calculate compliance with confidentiality.

## Privileges – Hayes Item 14 [MHCB, PIP Acute, PIP ICF]

a) General Instructions:
   - This item is completed by custody auditors.
   - While on-site, review the Automated Restricted Housing Report (ARHR)for the patients currently housed in the MHCB and the NCAT for the patients currently housed in Acute/ICF.
   - From the list, randomly select a total of 10 MHCB patients, 10 Acute non-enhanced observation patients, and 10 ICF non-enhanced observation patients, for a total of 30 patients, and review their ARHR or NCATs. If the list is less than 30, then all patients on the list shall be audited.
     - o In cases where the MHCB or Acute/ICF has more than one sub area, conduct one audit per sub area.

- Next audit the ARHR or the NCATs for all patients on enhanced observation institution wide.
- Exclude patient days where they have been out to court or out to medical during their inpatient stay for an entire 8-hour shift of second watch.
- Use the issue orders, which are posted on the cell door to determine clinical restrictions.
- Ensure that despite a facility and/or housing unit being on 'modified program' or the patient on 'quarantine status,' MHCB and Acute/ICF patients are still permitted all out-of-cell-activities.
- If a patient was clinically cleared but not offered dayroom and/or yard due to physical plant design, the auditor will indicate the deficiency in the comments section of the audit.
- Identify other potential barriers to patients not receiving authorized privileges, e.g., yard and other out-of-cell activities not offered in absence of RT.
- Verify that patients on maximum security status have access to out-of-cell time, including yard and phone calls, unless restricted due to a documented clinical/custodial reason, i.e., the MHCB yard has a small management yard (SMY).
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - End Date
  - Sub Area

b) Standardized Questions:
1. How many patients who have had an initial IDTT are NOT restricted from yard time (due to clinical reason) by the clinical team?
2. Of those, how many patients have documentation in the ARHR or NCAT identifying yard was offered?
   - Note the CDCR number and the reason (e.g., documented custody factors such as RVR sanction) why the patient was not offered yard in the comment box.
3. How many patients who have had an initial IDTT are NOT restricted from phone calls (due to clinical reason) by the clinical team?
4. Of those, how many patients have documentation in the ARHR or NCAT identifying a phone call was offered at least once per week?
   - Note the CDCR number and the reason (e.g., documented custody factors such as RVR sanction) why the patient was not offered phone call in the comment box.
5. How many patients who have had an initial IDTT are NOT restricted from visits (due to clinical reason) by the clinical team AND had a visit/visitor arrive at the institution during their time at the MHCB or Acute/ICF?
6. Of those, how many patients were offered a visit?
   - Instructions: pull SOMS visiting history for all patients currently housed in the MHCB and Acute/ICF to verify whether a visitor arrived for a visit.

7. For those patients who had a visitor arrive at the institution for a visit, were any visits denied?
   o Note any denied visits in comments section and address this in your report.
   o If a visit was denied, identify the reason(s) in the notes and the report if appropriate/not appropriate.
8. How many MHCB or Acute/ICF patients were reviewed?
9. Of those, how many patients were offered a shower at least three (3) times per week?
10. How many patients who have had an initial IDTT are NOT restricted from dayroom (due to clinical reason) by the clinical team?
11. Of those, how many patients have documentation in the ARHR or NCAT identifying dayroom was offered?

## Clinical Discharge Follow-Ups [Health Record]

a) General Instructions:
   - Obtain a list of patients discharged from MHCB, PIP, and Alternative Housing during the audit period.
   - Randomly select 15 patients and review the EHRS documentation.
   - CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
     o Start Date
b) Standardized Questions:
   1. Were the five-day clinical follow-ups completed consistently each day for a minimum of five days following discharge from the MHCB, PIP, and alternative housing?
   2. For patients who required a safety plan, was the safety plan included in each day of the five-day follow-ups? (Note: *adequacy* of safety plan is covered in another section).
      o Verify that the final day of the five-day follow-up was completed by a mental health clinician.

## Alternative Housing – Hayes Item 5 [Alternative Housing]

a) General Instructions:
   - Survey all alternative housing cells.
   - Respond once for EACH alternative housing area.
   - Report compliance with transfer timelines, as tracked by official reports.
     o Utilize the Performance Report Indicator "Timely Admission to MHCB" for compliance.
   - Report compliance with SRASHEs completed for all rescinded referrals.
     o Utilize the Performance Report Indicator "Suicide Risk Evaluation" for compliance.
   - Report compliance with holding cell usage.
     o Utilize the institutional Holding Cell Logs to verify patients are in holding cells no longer than 4 hours.

- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
b) Policy Requirement for Prioritized Cell Locations:
- Correctional Treatment Center Licensed medical beds
- Outpatient Housing Unit (OHU)
- OHU overflow cells
- Holding cells with access to water/toilets including, but not limited to, "wet cell," and/or "clinic cells." Many CTC buildings have holding cells located outside of the entrance to the licensed bed area. These are typically located in the Specialty Care Clinic Area. These cells are permissible for temporary housing pending transfer without violating licensing restrictions of the licensed bed area of the CTC building.
- Holding cells without toilets
- Triage and Treatment Area or other clinic exam room
- Other unit-housing where complete and constant visibility can be maintained.
c) Standardized Questions:
1. Does the institution have a local operating procedure that outlines the requirements for alternative housing and does it align with statewide policy guidelines?
2. How many cells are in an area consistent with policy?
3. How many cells are used in the correct order of priority per policy?
4. How many alternative housing cells were reviewed?
5. How many patients in alternative housing were reviewed?
6. How many patients were offered out of cell clinical contact?
7. What are the cell numbers of the cells you reviewed?
8. What are the CDCR numbers of the patients you reviewed?
9. Of those, how many were observed with watch staff actively watching the patient (not reading, talking with other staff, etc.) with an unobstructed view, and on 1:1 only?
   - For the purposes of this audit, 2:1 observations are excluded. If a 2:1 observation was audited, please do not include these patients in your answer for question #8. Instead, include a summary of these 2:1 instances and their circumstances in the comment box (or CQIR). See Memo: March 27, 2006 Temporary Moratorium on the User of Video Monitoring as the Sole Observation Method for Suicide Watch.
10. How many patients have a suicide-resistant bed?
11. How many patients were provided a safety mattress and safety blanket?
12. How many patients were held in authorized holding cells (that are only "designed for the patient to sit or stand") for longer than 4 hours?
13. Of the alternative housing cell reviewed, how many have suicide resistant beds that are readily accessible?

## Suicide Risk Management Program (SRMP) [Health Record]

a) General Instructions:
- Verify that the facility has an LOP for the SRMP that is consistent with the most recent SRMP policy and procedure.
- The auditor should review the "SRMP" and "SRMP – Meet criteria but not included" On Demand reports to determine the number of patients enrolled in the SRMP and those who have met criteria but are not included in the SRMP.
- A random sample of five patients from those reports shall be selected to be audited. If there are less than five patients in the reports, all patients shall be audited.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date

b) Standardized Questions:
1. For patients who are listed in the "SRMP – Meet criteria but are not included" report, is there clinical justification for why the patient was not placed in the SRMP?
2. Of those patients included in the SRMP report, how many have interventions and goals listed in the SRMP tab of the Master Treatment Plan to address their suicide risk?

## Custody MHCB/Alternative Housing/Acute/ICF Discharge Follow-Ups [On-Site Paperwork - ML, ML EOP, ML CCCMS]

a) General Instructions:
- Frequency of Audits: a review of 7497s shall be completed on a weekly basis. These reviews shall be completed by the SPRFIT Coordinator, or designee, for mental health and the Associate Warden of Healthcare, or designee.
- Sample Size: each weekly review of 7497s should contain a review of at least five 7497s. If there are less than five 7497s completed in a given week, all completed 7497s shall be reviewed, up to a total of 20 for a month with four weeks and 25 for months with five weeks. The auditors shall utilize the local tracking logs of all MHCB and inpatient discharges to draw the sample for auditing each week.
  - Do not include patients housed in RHU.
- Reporting: the results of these weekly reviews shall be compiled monthly and reported to the institutional SPRFIT Committee and forwarded to the statewide suicide prevention and response unit at headquarters.
- Patients discharged from MHCB/Acute/ICF to restrictive housing units must be observed during required RHU Guard One checks.
- N/A = if the checks were terminated before this day (e.g., terminated on day 2, day 3)
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):

- o Start Date
- o Performance Date
- o Sub Area
- o CDCR number

b) Standardized Questions:

1. On day one, is the name of the clinician/PT who completed the form, the date and time of evaluation, and status (continue, discontinue, refer to MHCB) all documented on the form?
   - o Use N/A if the patient left the housing unit (e.g., referred to MHCB, transferred to restricted housing, parole, etc.) before day one.
2. On day two, is the name of the clinician who completed the form, the date and time of evaluation, and status (continue, discontinue, refer to MHCB) all documented on the form?
   - o Use N/A if the patient left the housing unit (e.g., referred to MHCB, transferred to restricted housing, parole, etc.) before day two.
3. On day three, is the name of the clinician who completed the form, the date and time of the evaluation and status (discontinue or refer to MHCB) all documented on the form?
   - o Use N/A if the patient left the housing unit (e.g., referred to MHCB, transferred to restricted housing, parole, etc.) before day three.
4. Once the patient entered the housing unit, did checks continued for a minimum of 24 hours?
   - o Use N/A if the patient left the housing unit (e.g., referred to MHCB, transferred to restricted housing, parole, etc.) before 24 hours.
5. At day three, were the checks either discontinued prior to 72 hours or was the patient referred to the MHCB?
6. Does the documented date/time arrival in Section III match a log entry in Section IV that is coded as "1 – Arrival to Unit"?
7. Were all the checks completed timely with no more than 30 minutes occurring between each check?
8. Did each check have all details noted?
9. Was there documentation of a custodial supervisor reviewing the form on each shift for the entirety of the time the custody discharge checks were conducted?
10. Did review of Page 1 of the form indicate any irregularities by clinical staff (e.g., authorization for discontinuation of checks for in time/date certain in the future, pre-printed notations for the following day without the patient being seen, etc.)?
11. Did review of Page 2 of the form indicate any irregularities by custody staff (e.g., pre-printed time intervals, checks not initialed, etc.)?
12. Was the final day of the discharge checks form completed by a mental health clinician following face-to-face interaction with the patient?

## Institution SPRFIT Committee Observation – Hayes Item 19a [Institution Wide]

a) General Instructions:
- The auditor should attempt to schedule the site visit on a day when the local SPRFIT Committee is scheduled to meet to facilitate observation of the committee's meeting.
  - o If the site visit is not completed on a day the local SPRFIT Committee is scheduled to meet, the auditor can attend the committee virtually.

b) CQIT Audit Fields (see CQIT Audit Fields section for field definitions)
- Start Date: the date of the observed SPRFIT Committee meeting

c) SPRFIT Committee Observation:
1. Are all mandatory members, or authorized designees present?
2. Does the committee engage in a qualitative discussion of system surveillance of the institution's suicide prevention practices, including, but not limited to:
   - o Suicide prevention training;
   - o Self-harm data;
   - o Quality of SRASHEs;
   - o Five-day clinical follow-ups, and safety planning;
   - o Discharge custody checks;
   - o Alternative housing;
   - o Review of serious suicide attempts (i.e., Self-Harm Power Form with injury severity rating of "3"); and
   - o Corrective action plans for identified deficiencies found by the SPRFIT?
3. Does the committee discuss identified needs for improvement?
4. Is there multidisciplinary participation during the committee?
5. Does the committee discuss SRMP patients?

d) For <u>Reception Centers Only</u>:
6. Does the committee report on the placement of suicide prevention posters in required facilities' areas on a monthly basis?
   - o Answer N/A if the institution audited is not a RC institution.
7. Does the committee report on the completed audit of 100 diagnostic mental health screenings on a quarterly basis, to assess whether the clinician reviewed the patient's intake screening, county records, and SOMS, whether the clinician obtained an ROI from the patient, and whether the clinician completed a SRASHE if the patient presented a possible risk of suicide?
   - o Answer N/A if the institution audited is not a RC institution.

## Institution SPRFIT Committee Minutes – Hayes Item 19b [On-Site Paperwork]

a) General Instructions:
- Sample
  - o The auditor will access the On Demand Self-Harm report to determine how many self-harm incidents occurred during the review period (i.e., last three or six months).
  - o The auditor will ask the institution for the most recent SPRFIT minutes.

- For institutions assigned quarterly on-site visits, ask for and audit all three minutes from last quarter.
- For institutions assigned less frequent on-site visits, ask for and audit the six most recent minutes.
- This set of minutes may fall outside of the sample size of three or six months of audited minutes. If so, do not include these minutes in the numerator or denominator; they are only used to establish expected timeframes for conducting aggregate root cause analyses (RCAs) or clinical summaries.
- If the On Demand Self-Harm report shows five or more self-harm incidents during the review period, the auditor will make sure the institution selected the five most serious incidents, defined by degree of injury from 0-no apparent injury to 4-death, developed a semi-annual aggregate RCA or clinical summaries based on these five incidents, and presented the aggregate RCA or clinical summaries at a SPRFIT meeting within the review period.
    i. For institutions assigned quarterly on-site visits, if no aggregate RCA or clinical summaries are located in the three most recent minutes, make sure one was done within the last six minutes and audited last visit.
    ii. If the On Demand Self-Harm report shows fewer than five self-harm incidents, the auditor will make sure the aggregate RCA or clinical summaries included all incidents from that time period (e.g., if there were three self-harm incidents on the On Demand report, all three must have been presented at a SPRFIT meeting).
        a. Submit one audit per set of minutes reviewed.
    iii. If no minutes were found for the month, submit an audit with all "no" and note in the audit comment that minutes were not found.
    iv. CQIT Audit Fields (see CQIT Audit Fields section for field definitions)
        a. Start Date: the date of the SPRFIT Committee Minutes
- o The institutional SPRFIT Coordinator is expected to attend the local Inmate Family Council meetings at least once every six months.
    - Documentation of attendance and discussion should be included in the SPRFIT Committee minutes.
- o The institutional SPRFIT Coordinator is expected to attend the local Inmate Advisory Council meetings once every six months.
    - Documentation of attendance and discussion should be included in the SPRFIT Committee minutes.
- b) Review of SPRFIT Committee Minutes

1. Do the minutes reflect all mandatory members, or authorized designees were present?
2. Do the minutes reflect the committee's engagement in qualitative discussion of system surveillance of the institution's suicide prevention practices, including, but not limited to:
   o Suicide prevention training
   o Self-harm data;
   o Quality of SRASHEs;
   o Five-day clinical follow-ups, and safety planning;
   o Discharge custody checks;
   o Alternative housing;
   o Review of serious suicide attempts (i.e., Self-harm Power Form with injury severity rating of "3"); and
   o Corrective action plans for identified deficiencies found by the SPRFIT.
3. Do the minutes demonstrate that the committee conducted either a semi-annual aggregate RCA or, in the alternative, clinical summaries of the most serious self-harm incidents (i.e., defined by degree of injury from 0-no apparent injury to 4-death)?
4. Review the minutes to determine when the last time the SPRFIT committee conducted an aggregate RCA or clinical summaries. Place that date in the comment box.
   o Mark Yes if there is documentation in the sampled minutes that the SPRFIT Committee conducted an aggregate RCA or clinical summaries of the five most serious self-harm incidents, or all of the self-harm incidents if fewer than five.
   o Mark N/A if the minutes do not have documentation of the RCA AND the minutes are within six months of the last time the SPRFIT committee conducted an aggregate RCA or clinical summaries of the five most serious self-harm incidents.
   o Mark No if the minutes do not have documentation AND the minutes are more than six months after the last time the SPRFIT committee conducted an aggregate RCA or clinical summaries of the five most serious self-harm incidents.
5. Do the minutes reflect the committee's discussion of specific problems with the institution's suicide prevention program that have been identified for improvement?
6. Do the minutes reflect that SRMP patients are tracked and reviewed?
7. Is there documentation in the SPRFIT Committee minutes that the Coordinator attended the Inmate Family Council meeting?
   o Mark Yes if there is documentation of a time the Coordinator attended the Inmate Family Council meeting.
   o If there is no documentation of a time the Coordinator attended the Inmate Family Council meeting, request the most recent six months of minutes.

- o Review the most recent six months of minutes to determine the last time the Coordinator attended the Inmate Family Council meeting.
- o Mark Yes if the minutes do have documentation AND the minutes are within six months of the last time the Coordinator attended the Inmate Family Council meeting.
- o In the comment box, add the date of the minutes identified during the six-month audit review period that have documentation that the Coordinator attended the Inmate Family Council meeting.
- o Mark N/A if the minutes do not have documentation AND the minutes are within six months of the last time the Coordinator attended the Inmate Family Council meeting.
- o Mark No if the minutes do not have documentation AND the minutes are more than six months after the last time the Coordinator attended the Inmate Family Council meeting.

8. Does the documentation in the SPRFIT Committee minutes reflect the discussion that occurred during the Inmate Family Council meeting?
   - o Mark N/A if the above question is N/A.

9. Is there documentation in the SPRFIT Committee minutes that the Coordinator attended the Inmate Advisory Council meeting?
   - o Mark Yes if there is documentation of a time the Coordinator attended the Inmate Advisory Council meeting.
   - o If there is no documentation of a time the Coordinator attended the Inmate Advisory Council meeting, request the most recent six months of minutes.
   - o Review the most recent six months of minutes to determine the last time the Coordinator attended the Inmate Advisory Council meeting.
   - o Mark Yes, if the minutes do have documentation AND the minutes are within six months of the last time the Coordinator attended the Inmate Advisory Council meeting.
   - o In the comment box, add the date of the minutes identified during the six-month audit review period that have documentation that the Coordinator attended the Inmate Advisory Council meeting.
   - o Mark N/A if the minutes do not have documentation AND the minutes are within six months of the last time the Coordinator attended the Inmate Advisory Council meeting.
   - o Mark No if the minutes do not have documentation AND the minutes are more than six months after the last time the Coordinator attended the Inmate Advisory Council meeting.

10. Does the documentation in the SPRFIT Committee minutes reflect the discussion that occurred during the Inmate Advisory Council meeting?
    - o Mark N/A if the above question is N/A.

c) For RC institutions only:

11. Do the minutes reflect that the SPRFIT Coordinator:

- o Reported out on the placement of suicide prevention posters in required facility areas on a monthly basis?
- o Answer N/A if the institution audited is not a RC institution.

12. Do the minutes reflect that the SPRFIT Coordinator:
- o Audited 100 diagnostic mental health screenings on a quarterly basis, to assess whether the clinician reviewed the patient's intake screening, county records, and SOMS, whether the clinician obtained an ROI from the patient, and whether the clinician completed a SRASHE if the patient presented a possible risk of suicide?
- o Answer N/A if the institution audited is not a RC institution.

## Institution LOP – Hayes Item 19c [On-Site Paperwork]

a) General Instructions:
- The auditor shall request a copy of the institution's LOP related to the SPRFIT Program to ensure it is consistent with current statewide policy.
- The auditor shall request a copy of the institution's LOP related to Incarcerated Persons Receiving Bad News to ensure it is consistent with current statewide policy.
- This is an annual audit and will be conducted the first time the auditor is on-site at the institution in the subsequent year.
  - o For example, for 2022 data, the auditor will conduct this audit during the first on-site audit in 2023 at the institution.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions)
  - o Start Date

b) Review of LOP
1. Is the institution's LOP related to the SPRFIT Program consistent with current statewide policy?
2. Is the institution's LOP related to Incarcerated Persons Receiving Bad News consistent with current statewide policy?

## Urgent and Emergent Referrals Not Marked as for Danger to Self – Hayes Item 12 [On-Site Paperwork]

a) General Instructions:
- The auditor shall pull the Referrals Report for the audit period.
- Run the Referrals Report with the following parameters:
  - o Institution: [your institution]
  - o Current Institution: CDCR
  - o Danger to Self: No
  - o Referral Status: Completed
  - o Priority Type: Urgent, Emergent
  - o All other parameters: change if needed
  .

- The Referrals Report shall include all completed Urgent and Emergent Consult orders for reasons other than danger to self/self-harm/suicidal behavior completed during the period selected by the auditor.
- From this report, the auditor shall review recent patient records for up to 60 consult orders to find:
  - Ten (10) Urgent Consult orders and five (5) Emergent Consult orders for patients whose records indicated (up to 24 hours preceding the consult) that they were either a danger to self or had a suspected intentional drug overdose.
- For each individual who is audited, the auditor shall look through the mental health documentation to locate if a SRE was completed within 12 hours of the Urgent or Emergent Consult order appointment.
  - If there is a SRE completed, the auditor will mark "Yes."
  - If there is no SRE completed, the auditor was mark "No."
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date

b) Standardized Questions:
   1. How many chart reviews indicated potential danger to self?
   2. Of those, how many had a suicide risk evaluation conducted within 12 hours of the completion of the check-out of the appointment.

## Suicide Risk Evaluations – Hayes Item 13 [On-Site Paperwork]

a) General Instructions:
- Utilize the Suicide Risk Evaluation indicator on the Performance Report to access information related to the compliance with completion of suicide risk evaluations for admission to, and discharge from, a mental health crisis bed or psychiatric inpatient program. Additionally, utilize it to determine the completion of a suicide risk evaluation for a rescinded MHCB referral based upon Alternative Housing placement. Report out separately on rescinded MHCB referrals resulting in SRASHEs.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date

b) Standardized Questions:
   1. How many referrals for placement in an MHCB were completed during the review period?
   2. How many of those referrals had a Suicide Risk Evaluation completed?
   3. How many clinical discharges from an MHCB or PIP were completed during the review period?
   4. How many of those clinical discharges had a Suicide Risk Evaluation completed?
   5. How many MHCB rescissions were completed during the review period?
   6. How many of those rescissions had a Suicide Risk Evaluation completed?
      - Report percentage of completed SRASHEs that provided adequate clinical justification for MHCB rescissions.

- The auditor should randomly select 15 MHCB rescissions during the auditing period and review the clinical justification for those cases. If there are fewer than 15 MHCB rescissions during the audit period, all cases shall be reviewed.

## Emergency Response

### Cut-Down Kits – Hayes Item 15 [All Housing Units]

CCR Title 15, Section 3365. Suicide Prevention and Response

a) General Instructions:
- Go to all housing units on site, inspect the cut-down kit/tool inventory log.
  - During all subsequent visits during the calendar year in which the first site visit occurred, the auditor shall go to 5 different randomly selected housing units to inspect the cut-down kit/tool inventory log.
- Staff must physically inspect the ambu bag to ensure there are no cracks and that it is functional.
- Verify that the cut-down tool is contained within the cut-down kit and <u>not</u> stored separately.
  - Compliance requires all equipment, including the cut-down tool, to be in the same cut-down kit.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

b) Standardized Questions:
1. Does the housing unit have an approved cut-down kit?
   - Respond once per housing unit based upon if there is a cut-down kit present that includes all of the following:
     - Durable Response Bag
     - ResQHook
     - ResQHook Sheath
     - Ambu Bag
     - CO2
2. Is the ambu bag functional?
   - Staff must physically inspect the ambu bag
3. Is the cut-down kit inventoried each shift on the standardized "Cut-Down Kit Inventory Sheet"?
   - Select five random dates within the past 30 days that is prior to the audit and check the log in each applicable unit/area for compliance for that day.
   - Institutions shall receive credit for inventorying cut-down kits only if it is on the standardized inventory sheet or not. It must be noted each time an improper inventory sheet is discovered, followed-up with providing the institution with the proper inventory sheet to remedy the discrepancy.

## Quality Improvement Plans (QIPs) Generated by Suicide Case Reviews

a) General Instructions:
- The auditor shall document any suicides that have occurred since the last on-site suicide prevention tour.
- The auditor shall document any current QIPs that were generated as a result of any suicides.
  - o Additionally, the auditor should indicate the status of the open QIPs and notate if there are any stalled efforts to improve the performance surrounding the identified QIP.

## Training and Mentoring Compliance

## Clinical Training Compliance

### *Mentoring – Hayes Item 18* [On-Site Paperwork]

a) General Instructions:
- Gather the percentage of staff who are current, as of the date of site review, with SRE mentoring.
- Discuss the percentage in your report. Percentage is available here: http://teamsite/team/Programs/MHI/bh/c.o.training/SitePages/Home.aspx
- Find the average of the compliance for the initial SRE Mentoring Training and the Biennial training by adding the two compliance rates together and dividing by two. This is the overall compliance for SRE Mentoring.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o Start Date
b) Standardized Questions:
  1. Enter the number of staff who were required to complete SRE Mentoring.
  2. Enter the number of staff who completed SRE Mentoring.
  3. Enter the percentage of staff who completed SRE Mentoring from the team site.

### *Annual IST Suicide Prevention Training – Observation* [Institution Wide]

a) General Instructions:
- Observe training in session. If scheduling does not permit you to observe a training on-site, the auditor should attempt to observe a training by videoconferencing (if a virtual training option is available at the institution for the review period).
- Watch trainer and trainee interaction to respond to the following questions.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o Start Date
b) Standardized Questions:
  1. Was the Suicide Prevention training provided by a mental health clinician?
  2. Had the mental health clinician received Training-for-Trainers (T4T) prior to giving the Suicide Prevention training?

3. Were all the main objectives of the training covered? (Answer Yes only if all components below are covered).
   o Warning signs of suicide
   o Suicide risk assessment
   o Suicide methods awareness
   o Interventions for suicidal ideation, threats, gestures, and attempts, including treatment for suicidal individuals
   o Suicide reporting and reviews
   o Mental health evaluations for rules violation reports
   o The mental health referral process
4. Was the duration of the class the full 120 minutes?
5. Did the instructor attempt to stimulate discussion?
6. Did the instructor use examples that illustrated his/her main points?
7. Was the correct version of the training used?
8. Was the training provided live, either in person or through videoconferencing?
9. If the live training was provided virtually, are cameras on for both the classroom and instructor?

*Annual IST Suicide Prevention Training Compliance – Hayes Item 16* [On-Site Paperwork]

a) General Instructions:
   • Utilize data provided by the institution's In-Service Training (IST) office to answer the questions below.
      o Ask for the IST report for health care staff trained as of the audit date and dating back 365 days.
      o Request nursing, mental health, and medical staff to be provided in a separate calculation.
      o Compliance should be reported per discipline rather than as one.
      o New hires in the previous calendar year must be trained before starting work and will be therefore current with the annual training requirement.
   • This is an annual audit and will be conducted the first time the auditor is on-site at the institution in the subsequent year.
      o For example, for 2022 data, the auditor will conduct this audit during the first on-site audit in 2023 at the institution.

   • CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
      o Start Date
b) Standardized Questions:
   1. How many currently employed nursing staff (excluding staff currently on long-term leave) were employed during the last calendar year?
   2. Of those, how many nursing staff were trained in suicide prevention in the last calendar year?

3. How many currently employed mental health staff (excluding staff currently on long-term leave) were employed during the last calendar year?

4. Of those, how many mental health staff were trained in suicide prevention in the last calendar year?

5. How many currently employed medical staff (excluding staff currently on long-term leave) were employed during the last calendar year?

6. Of those, how many medical staff were trained in suicide prevention in the last calendar year?

### *Suicide Risk Evaluation (Suicide Prevention and SRASHE Core Competency Building) Training – Hayes Item 18*

a) General Instructions:

- Obtain current training completion status for mental health clinical staff from the Chief of Mental Health

### *Safety Planning Training – Hayes Item 18*

a) General Instructions:

- Obtain current training completion status from the "Coleman Court Mandated Trainings" SharePoint site.

### *Suicide Risk Management Program Training*

a) General Instructions:

- Obtain current training completion status from the "Coleman Court Mandated Trainings" SharePoint site.

### *Columbia-Suicide Severity Rating Scale Training*

a) General Instructions:

- Obtain current training completion status from the "Coleman Court Mandated Trainings" SharePoint site.

### *Nursing CPR Training* [On-Site Paperwork]

a) General Instructions:

- Obtain the number of nursing staff—Registered Nurses, Licensed Vocational Nurses, Licensed Psychiatric Technicians, and Certified Nursing Assistants—employed at the institution at the time of the on-site audit. Include registry nursing staff but exclude nursing staff on long-term leave. Obtain this number from the CNE.
- Obtain the number of nursing staff who completed a health care provider-level course in Basic Life Support (BLS) consistent with the American Heart Association (AHA) guidelines for Cardiopulmonary Resuscitation (CPR) and Emergency Cardiovascular Care within the previous two years (measured as in

the last 730 days). Include registry nursing staff but exclude nursing staff on long-term leave. Obtain training completion statuses from the CNE

- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o Start Date

b) Standardized Questions:

1.  How many nursing staff were employed at the time of the on-site audit?
2.  Of those nursing staff, how many completed CPR training within the last 730 days?

## Custody Staff Training (Suicide Prevention) [On-Site Paperwork]

a) General Instructions:

- Use staffing information provided by the institution prior to the visit (on the CQI Site Visit Preparation Checklist) to determine overall custody staffing numbers.
- Use the BIS program to determine who has received training. The BIS system is a statewide system. Staff who are transferred from one institution to another will have their training history transferred as well.
- New employees are already included in the BIS system.
- For suicide prevention training, ask for the percentage of custody staff trained in the last calendar year.
- You can also review the training completion status from the time of the audit for the current calendar year only; this will not be entered into the tool, but can be used to inform local leadership regarding training completion progress for the current year.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o Start Date
  - o End Date

b) Standardized Questions:

1.  How many custody staff are currently employed (less long-term leave)?
2.  How many custody staff (less long-term leave) were employed at the time of the on-site audit?
3.  Of those custody staff, how many completed CPR training within the last 730 days?
4.  Of those, how many custody staff were trained in suicide prevention in the last calendar year?

## Receiving and Release (R&R) Screening – Hayes Item 1 [R&R Intake]

a) General Instructions:

- Observe R&R process to see if they are conducted confidentially.
- Check to see if all of the questions are being asked.
- Respond for each R&R Screen observed (e.g., if five are observed, complete the audit five times).
- If multiple nursing staff assigned to the R&R during the on-site assessment, audit each nurse

- Sample size: Five incarcerated persons per nurse assigned to perform screens during the observation of the R&R screening process. If there are less than five incarcerated persons per nurse, observe all.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area
  - MHI

b) Standardized Questions:
1. Was the screen conducted in a confidential setting?
2. Did the nurse(s) complete the intake medical screening by asking all 16 required questions, including both questions (#3, #16) pertaining to bad news?
3. Were all questions asked?
4. Did the nurse(s) enter all responses immediately into EHRS?
5. Were English and Spanish suicide prevention posters displayed inside the nurse's office in close proximity to the incarcerated person?

## Reception Center Processing

### Diagnostics Process [RC]

a) General Instructions:
- Observe RC screenings
- Respond for each RC Screen observed (e.g., if five are observed, complete the audit five times).
- Confidentiality means not within sight and sound of other incarcerated persons and patients and sound of staff members.
- If multiple diagnostic clinicians are assigned to the RC Screening process during the on-site assessment, audit each diagnostic clinician.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area

b) Standardized Questions
1. Was the screen conducted in a confidential setting?
2. Did RC clinician review the initial health screening conducted by nursing staff, SOMS, county jail records and/or any other records? (Note: can only be answered by auditor reviewing the medical chart of each observed screening).
3. If the patient reported a history of mental health treatment, did the clinician attempt to have the patient sign a CDCR 7385 Release of Information?
4. Did RC clinician enter all responses immediately into EHRS?
5. If the incarcerated person expressed/displayed suicidal ideation/behavior, was a SRASHE completed?

## Crisis Intervention Team (CIT) [Institution Wide]

a) General Instructions:

- Identify if the institution has an operational CIT. As of July 8, 2021 the following institutions have a formal CIT:
  - Kern Valley State Prison
  - California Medical Facility
  - California State Prison-Corcoran (COR)
  - North Kern State Prison
  - California State Prison-Los Angeles County (LAC)
  - Central California Women's Facility
  - California Healthcare Facility
  - California Men's Colony
  - Salinas Valley State Prison
  - California Institution for Men
  - Wasco State Prison
  - Mule Creek State Prison
  - California Institution for Women
  - R.J. Donovan State Prison
  - Valley State Prison
  - California State Prison-Sacramento (SAC)
  - San Quentin State Prison
  - High Desert State Prison
  - California Rehabilitation Center
  - California Correctional Institution
- All attempts shall be made to observe a CIT event occur during the on-site visit. However, at no time should a CIT be delayed to accommodate the auditor's schedule.
- Verify that each facility with a CIT has an LOP for the CIT that is consistent with the most recent policy and procedure.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date

b) Standardized Questions
  1. During the observed CIT event, were all members of the CIT present, as required by policy?
  2. If the crisis response involved any type of DTS (suicidal ideation, self-injurious behavior, suicide attempt, etc.), was a SRASHE completed?
     - If unlicensed clinician responded, verify appropriate contact with licensed supervisor.
  3. Was the incarcerated person under continuous observation upon arrival of CIT?
  4. Did the CIT meet with the incarcerated person in a confidential setting?
  5. Was all documentation completed, as required by policy?

## Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

a) General Instructions:

- The auditor should list all open CAPs that have been issued by external audits, including Lindsay Hayes.
- Progress toward resolving these CAPs should also be listed.
- Any CAPs that are not completed should include a discussion of the progress being made to resolve the outstanding concerns and anticipated completion dates.
- Identify the responsible party, e.g., local SPRFIT.

## Assignment of Corrective Action Plans (CAPs) and Recommendations

a) General Instructions:
- The auditor should identify specific areas where improvement is warranted. CAPs should be required to resolve the outstanding concerns.
- Recommendations for areas to improve can also be made during the audit. These would be areas that don't rise to the level of needing a formal CAP, but that would help improve the health of the institution's suicide prevention program.
- Institutional SPRFIT Committees may have identified concerns and deficiencies listed in their SPRFIT Committee Project Pipeline. In these cases, the auditor may identify the concern but notate that it is being addressed through the proper local quality management mechanisms and not assign it as a formal CAP.

## Attachment A – Site Visit Entrance Talking Points

**A visit entrance meeting should be offered, but it is not a required part of the site visit.**

- Introduce every member of the team
- State the purpose of the visit: to provide information to you (the institution leadership and staff) for use as part of their own self-monitoring and improvement system.
- Provide an overview of the schedule.
- Indicate when they can expect a written report.
- Inquire if there are any mission changes over the past quarter that have impacted the program that the team may not be aware of?
- Inquire if there are any other anticipated changes?
- Review performance data and ask any clarification questions.
- Ask if there is any particular area they would like for you to pay attention to on the visit.
- Ask if there are any other questions or comments.
- Request the document request binders or electronic files.

## Attachment B – Exit Interview Talking Points

Training Overview:
- Compliance with the clinical training requirements
  - Annual IST Suicide Prevention Training
  - Suicide Risk Evaluation and SRASHE Core Competency Training
  - Safety Planning Training
  - SRE Mentoring Training
- Compliance with custody training requirements
  - Annual IST Suicide Prevention Training
  - CPR Certification
- Compliance with medical training requirements
  - Annual IST suicide prevention training
  - CPR certification

Mental Health Crisis Bed and/or PIP:
- Suicide resistance of the cells
- Were patients given full issue unless they were on suicide watch or precaution (which was clearly noted in the chart)?
- For those on 1:1 watch, was the person actively watching (not reading, etc.)?
- Were nursing Suicide Precaution checks completed timely and staggered?
- Did the IDTTs discuss safety planning?
- Safety plan completion and quality
- For discharges, were the supervisory reviews of the safety plans conducted appropriately and timely?
- Observation and issue orders
- Admission and Discharge SRASHEs
- Privilege use

Alternative Housing:
- From the Performance Report: percent of MHCB referrals transferred within 24 hours "timely transfers to MHCB."
- How many individuals were in alternative housing?
- Were cells in use consistent with location order of the policy?
- Were the cells clean?
- Was everyone on 1:1 watch?
- Did every alternative housing cell have a bed and toilet?

Restricted Housing:
- Discuss by Yard/Program
  - Intake cell usage
  - Daily huddle completion
  - Access to entertainment appliances

- o   Guard One Compliance
- o   Quality of PT rounds

Custody Discharge Checks (CDCR MH-7497):
- Compliance with correctly completing forms
  - o   Indicate where deficiencies were notated
- Did the institution establish local CAPs to address deficiencies noted in their internal auditing process?

R&R:
- Were all questions asked for the nurse intake screening?
- Was the screening conducted in a confidential setting? If not, why?

CIT Observation, if applicable:
- Discuss team composition
- Quality of intervention
- SRASHE completed when indicated

Corrective Action Plans (CAPs):
- Discuss progress on current CAPs
- Any new CAPs and recommendations that are likely to be developed as a result of the site visit

# Chapter Three – Division of Adult Institutions Audits

## Table of Contents

MHSDS Patients Arriving at Desert Institutions and Transferred Out within 72 Hours .......................... 117

Patients at Desert Institutions Placed in the MHSDS with a MHI of EOP or CCCMS who Transferred within Timeframes .................................................................................................................................... 118

### MHSDS Patients Arriving at Desert Institutions and Transferred Out Within 72 Hours (CQI Custody) [CDCR]

a) General Instructions:

1. A CCII from the Mental Health Compliance Team (MHCT) shall review the "MHSDS Inmates at Desert Institutions Historical MH Upon Arrival" reports by the first working day of the month for the month prior.

2. MHCT's CCII will take the following steps to validate the data in the report:
   a) CCII shall open Oracle Dashboard.
   b) Select the Medical/ADA tab
   c) Scroll to the bottom and select the appropriate report from step 1 (above) that will then be audited.
   d) In the "Begin Date" box input the first date of the reporting period, which would be the first date of the prior month.
   e) In the "End Date" box input the last date of the reporting period, which would be the last date of the prior month.
   f) Select "Apply"

3. Open the Excel report produced in step 2 and filter out MHCB patients from the MH LOC column.

4. Identify patient transfers on the report that are "Out to Hospital" and/or have returned from "Out to Hospital." Document in the comment section of the report the date the patient was sent to "Out to Hospital," the date the patient has returned from "Out to Hospital" and the date the patient was transferred to a MHSDS designated institution.

5. Identify patient transfers on the report that are "Out to Court" and/or no longer needed for court. Document in the comment section of the report the date court ended and the date the patient was transferred to a MHSDS designated institution.

6. Identify patient transfers on the report who have a "Medical Hold" and/or have had a "Medical Hold" removed. Document in the comment section of the report the date the medical hold was applied, the date the medical hold was removed, and the date the patient was transferred to a MHSDS designated institution.

7. Identify patient transfers on the report who are on a layover at a desert institution.
   - A Layover is defined as a temporary stop while in route to the endorsed institution.

8. MHSDS Patient transfers on the "MHSDS Inmates at Desert Institutions Historical MH Upon Arrival" report that have not yet occurred and have not reached the 72-hour deadline will be included on the report but will not be included in the CQIT Desert Institution Audit until the report is generated for the month after the one being reported.

9. MHSDS Patient transfers on the "MHSDS Inmates at Desert Institutions Historical MH Upon Arrival" report that are "Out to Court," "Out to Medical," or "On medical hold" will be included on the report but will not be included in the CQIT Desert Institution Audit.

10.  CQIT Desert Institution Auditor calculations: review the "MHSDS Inmates at Desert Institutions Historical MH Upon Arrival" report and calculate:

    a. (the number of required 72-hour transfers that occurred within 72-hours), and

    b. (the number of required 72-hour transfer that were performed late, or overdue for transfer as of the report end date).

      i. Note: As described above, these quantities must exclude transfers for patients that were out to court, out to hospital, or on a medical hold, layovers, and transfers that were not completed and not yet overdue as of the report end date.

11.  By the first working day of the month, enter the following:

- o For the "Inmates at Desert Institutions Historical Upon Arrival" report, answer the following audit questions:

    2. What is the total number of required 72-hour patient transfers on the "MHSDS Inmates at Desert Institutions Historical MH Upon Arrival" report? Enter the sum of the two numbers calculated in step 10 to respond to this question, i.e., (the number of required 72-hour patient transfers that occurred within 72 hours) plus (the number of required 72-hour patient transfers that were performed late, or overdue for transfer at the end of the month).

    3. Of those, how many inadvertent patient transfers were sent to a MHSDS designated institution within 72 hours?  Use the first number identified above to respond to this question, i.e., (the number of required 72-hour patient transfers that occurred within 72-hours).

- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o Start Date: Enter the date all data was reviewed in the "Start Date" field on the CQIT application, not the date of the audit submission.

b)  Standardized Questions:

1.  What is the reporting month?
    - o Add the first day of the reporting period.
2.  What is the total number of required 72-hours patient transfers on the "MHSDS Inmates at Desert Institutions Historical MH Upon Arrival" report?
3.  Of those, how many inadvertent patient transfers were sent to a MHSDS designated institution within 72 hours?

### Patients at Desert Institutions Placed in the MHSDS with a MHI of EOP or CCCMS who Transferred Within Timeframes (CQI Custody) [CDCR]

a)  General Instructions:

1.  A CCII from the Mental Health Compliance Team (MHCT) shall review the "MHSDS Inmates at Desert Institutions Historical MH Upon Arrival" reports by the first working day of the month for the month prior.

2.  MHCT's CCII will take the following steps to validate the data in the report:

a. CCII shall open Oracle Dashboard.
b. Select the Medical/ADA tab
c. Scroll to the bottom and select the appropriate report from step 1 (above) that will then be audited.
d. In the "Begin Date" box input the first date of the reporting period, which would be the first date of the prior month.
e. In the "End Date" box input the last date of the reporting period, which would be the last date of the prior month.
f. Select "Apply"

3. Open the Excel report produced in step 2 and filter out MHCB patients from the MH LOC column.

4. Identify patient transfers on the report that are "Out to Hospital" and/or have returned from "Out to Hospital." Document in the comment section of the report the date the patient was sent to "Out to Hospital," the date the patient has returned from "Out to Hospital" and the date the patient was transferred to a MHSDS designated institution.

5. Identify patient transfers on the report that are "Out to Court" and/or no longer needed for court. Document in the comment section of the report the date court ended and the date the patient was transferred to a MHSDS designated institution.

6. Identify patient transfers on the report who have a "Medical Hold" and/or have had a "Medical Hold" removed. Document in the comment section of the report the date the medical hold was applied, the date the medical hold was removed, and the date the patient was transferred to a MHSDS designated institution.

7. Identify patient transfers on the report who are on a layover at a desert institution.

- A Layover is defined as a temporary stop while in route to the endorsed institution.

8. MHSDS Patient transfers on the "MHSDS Inmates at Desert Institution Historical MH change" report and have not yet occurred and have not reached the 14-day deadline will be included on the report but will not be included in the CQIT Audit until the report is generated for the month after the one being reported.

9. MHSDS Patient transfers on the "MHSDS Inmates at Desert Institution Historical MH change" report and had an exception and not yet occurred and have not reached the 14-day timeline from the date their exception is lifted will be included on the report but will not be included in the CQIT Audit until after the exception (e.g., medical hold, out to hospital, and out to court) is lifted.

10. CQIT Desert Institution Auditor calculations: review the "MHSDS Inmates at Desert Institution Historical MH change" report and calculate:

a. (the number of required 14-day transfers that occurred within 14 days).

b. (the number of required 14-day transfers that were performed late, or overdue for transfer as of the report end date).

    i. Note: As described above, these quantities must exclude transfers for patients that were out to court, out to hospital, or on a medical hold, layovers, and transfers that were not completed and not yet overdue as of the report end date.

11. By the first working day of the month, enter the following:

- For the "MHSDS Inmates at Desert Institutions Historical MH Change" report, the MHCT's CCII will answer the following audit questions:

    2. What is the total number of patient transfers from the "MHSDS Inmates at Desert Institution Historical MH change" report whose LOC changed to CCCMS or EOP while housed at the desert institutions? This is the sum of the numbers identified in steps 10(a) + 10(b).

    3. Of those, how many were transferred to a MHSDS designated institution within 14 calendar days? This is the number identified above in step 10(a).

- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date: Enter the date all data was reviewed in the "Start Date" field on the CQIT application, not the date of the audit submission.

b) Standardized Questions:

1. What is the reporting month?
   - Add the first day of the reporting period.

2. What is the total number of required patient transfers from the "MHSDS Inmates at Desert Institutions Historical MH Change" report whose LOC changed to CCCMS or EOP while housed at the desert institutions?
   - Use the sum of the number identified above in step (10)(a) + 10(b) to respond to this question.

3. Of those, how many patient transfers, were transferred to a MHSDS designated institution within 14 calendar days?
   - Use the number identified above in step (10)(a) to respond to this question.

# Chapter Four – Custody and Mental Health Partnership Plan (CMHPP)Audits

## Table of Contents

CMHPP - Annual Training Health Care Staff ........................................................................................... 122

CMHPP - Mental Health Huddles - Supervisor ..................................................................................... 122

CMHPP - Annual Training Custody Staff ................................................................................................ 124

CMHPP - Monthly Executive Leadership Joint Rounds ........................................................................ 124

CMHPP - Quarterly Partnership Round Table Training ........................................................................ 125

CMHPP - ML CCCMS and RC CCCMS CMHPP Activities - Part 1 ..................................................... 126

CMHPP - ML CCCMS and RC CCCMS CMHPP Activities - Part 2 ..................................................... 126

CMHPP - Mental Health Huddles ........................................................................................................... 127

# Mental Health Audit Instructions

## CMHPP - Annual Training Healthcare Staff [On-Site Paperwork]

a) General Instructions:

- Utilize the Custody and Mental Health Partnership Plan SharePoint site to obtain the Partnership in the Correctional Environment training compliance for nursing and mental health.
- Once on the Custody and Mental Health Partnership Plan SharePoint, select the institution being reviewed; select the folder titled "Annual Training Compliance Report;" select the Year being reviewed.
  - Exclude long-term leave staff
  - Nursing and mental health staff to be provided in separate calculations (compliance numbers should be reported per discipline rather than as one)
- This audit will be conducted annually.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date

b) Standardized Questions:

1. How many currently employed nursing staff (excluding staff currently on long-term leave) were employed during the previous calendar year?
2. Of those, how many nursing staff completed CMHPP annual training in the previous calendar year?
3. How many currently employed Mental Health staff (excluding staff currently on long-term leave) were employed during the previous calendar year?
4. Of those, how many Mental Health staff completed CMHPP annual training in the previous calendar year?


## CMHPP - Mental Health Huddles - Supervisor [RC EOP, ML EOP, CCCMS RHU, EOP RHU, MHCB, PIP-Acute, PIP-ICF, Condemned]

a) General Instructions:

- <u>Conduct audit quarterly.</u>
- Audit a minimum of 3 weeks per quarter.
- For outpatient (non-MHCB and non-Acute/ICF): Go to each housing unit and collect the completed "Attachment B- Mental Health Huddle Reports" for one week of each month in the quarter.
  - Randomly select one week that ends with Sunday in that month.
  - Gather an Attachment B - Mental Health Huddle Report for each huddle that should have occurred during that week (both second and third watch).
  - Huddles shall occur for second watch and third watch every normal business day (Monday through Friday). Therefore, for each non holiday week, there should be a total of 10 CMHPP Attachment B - Mental Health Huddle Reports.

- Complete the audit based on your review of the Attachment B - Mental Health Huddle Reports collected for that housing unit.
  - Mental health and custody supervisors are required to attend at least once weekly.
- For MHCB and Acute/ICF PIP institutions that do not have an SBCCM SharePoint: Go to each housing unit and collect the completed "Attachment B - Mental Health Huddle Reports" for one week of each month in the quarter.
  - Randomly select one week that ends with Sunday in that month.
  - Gather an Attachment B - Mental Health Huddle Report for each huddle that should have occurred during that week (both second and third watch).
  - Huddles shall occur for second watch and third watch daily. Therefore, for each week, there should be a total of 14 CMHPP Attachment B - Mental Health Huddle Reports.
  - Complete the audit based on your review of the Attachment B - Mental Health Huddle Reports collected for that housing unit.
  - A huddle with all required attendees consists of custody officers and MH clinicians. Recreational therapists, registered nurses, and licensed psychiatric technicians when available
- For MHCB and Acute/ICF PIP institutions with an SBCCM SharePoint: Go to the institutions SBCCM portal. Once on the portal, open the Huddle Attendance Monitoring link then open the Huddle Attendance Monitoring Tool for the week being audited.
  - Randomly select one week that ends with Sunday in that month.
  - Review the units Huddle Attendance Monitoring documentation for the week being audited.
  - Huddles shall occur for second and third watch daily. Therefore, for each week, there should be a total of 14 Huddle Attendance Monitoring tools reviewed.
  - Complete the audit based on your review of the Huddle Attendance Monitoring tools for each program per yard/facility.
    - Mental health and custody supervisors are required to attend at least once weekly.
- Enter one audit per program yard for each week reviewed.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date
  - Sub Area (program yard)

b) Standardized Questions:
  1. Please enter the date of  Monday of the week being audited.
  2. How many huddles did a mental health supervisor attend?
  3. How many huddles did a custody supervisor attend?

# Custody Audit Instructions

## CMHPP - Annual Training Custody Staff [On-Site Paperwork]

a) General Instructions:

- Utilize the Custody and Mental Health Partnership Plan SharePoint site to obtain the Partnership in the Correctional Environment training compliance for custody staff.
- Once on the SharePoint site, select the institution being reviewed; select the folder titled "Annual Training Compliance Report;" select the Year being reviewed.
- New hires in the previous calendar year must be trained before starting work and will be therefore current with the annual training requirement.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date

b) Standardized Questions:

1. How many currently employed custody staff (excluding staff currently on long term leave) were employed during the previous calendar year?
2. How many custody staff were trained in CMHPP annual training in the previous calendar year?

## CMHPP - Monthly Executive Leadership Joint Rounds [ML CCCMS, RHU CCCMS, RC CCCMS, ML EOP, RC EOP, RHU EOP, Condemned, MHCB, PIP]

a) General Instructions:

- <u>Conduct audit annually</u>.
- Review the CDCR Custody and Mental Health Partnership Plan Executive Joint Rounding Form (Attachment A) available on the CMHPP SharePoint site.
- At least one MH program shall be rounded every month.
- Question 1 is measuring if there was an Executive Leadership Joint Rounding in any area within the institution each month.
- For question 2, the required healthcare representatives are the chief executive officer or the chief of mental health, and the required custody representatives are the warden or chief deputy warden.
- For question 3, determine which MH programs are at the institution and assess if the following criteria is met for all programs.
- Enter one audit per institution.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date

b) Standardized Questions:

1. How many months in the review period was the Executive Leadership Joint Rounds conducted at least once?
   - For each month of the review period, please indicate which program received Executive Leadership Joint Rounding in the Comment box.

o   Include missed months in the comment box with additional information.

2. How many months in the review period were the Executive Leadership Joint Rounds attended by all required staff?

> o   Include the date of any rounds that occurred without required staff in the Comment box and additional information on persons absent.

3. Did all MH programs receive at least the minimum required Executive Leadership Joint Rounds per policy? (Enter any non-compliance program into the Comment box).

## CMHPP - Quarterly Partnership Round Table Training [RHU CCCMS, RC EOP, ML EOP, RHU EOP, Condemned, MHCB, PIP]

a)   General Instructions:

- <u>Conduct audit quarterly</u>.
- Obtain the CDCR 844s and Fair Labor Standards Act (FLSA) Sign-In Sheets from the Quarterly Partnership Round Table trainings, available on the CMHPP SharePoint site in order to conduct an audit of training attendance.
- For each unit where Quarterly Partnership Round Table Training is mandated to occur, the CDCR 844s and FLSA Sign-In Sheets are required to be completed for second & third watch, once per quarter. Therefore, there should be one CDCR 844 and one FLSA Sign-In Sheet for second watch and one CDCR 844 and one FLSA Sign-In sheet for third watch every quarter, for every program unit.
- For questions 4 and 7, the required MH clinicians are MH program supervisors, social workers, psychologists, psychiatrists, and recreational therapists.
- For questions 5 and 8, the required custody staff are correctional officers and sergeants assigned to the mental health housing, programs, and treatment areas unless performing duties that require direct patient observation or movement (e.g., control booth responsibilities, escort/transportation, or emergency response).
- For questions 2-8, include additional information regarding any training that does not meet criteria if known in Comment box.
- Enter one audit per program unit. Enter the program unit as the "Sub Area" in the audit tool.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o   Start Date
  - o   Sub Area

b)   Standardized Questions:

1. How many Quarterly Partnership Round Table Trainings were required during the review period?

2. How many Quarterly Partnership Round Table Trainings occurred during the review period?

**Second Watch:**

3. Of the completed Quarterly Partnership Round Table Trainings audited, how many show the training was conducted on second watch by the MH Program Sergeant and the MH Program Supervisor?

4. Of the completed Quarterly Partnership Round Table trainings audited from second watch, how many show that the required MH clinicians attended the training?

5. Of the completed Quarterly Partnership Round Table trainings, audited from second watch how many show that the required custody staff attended the training?

**Third Watch:**

6. Of the completed Quarterly Partnership Round Table Trainings audited, how many show the training was conducted on third watch by the MH Program Sergeant and the MH Program Supervisor?

7. Of the completed Quarterly Partnership Round Table trainings, audited from third watch how many show that the required MH clinicians attended the training?

8. Of the completed Quarterly Partnership Round Table trainings, audited from third watch how many show that the required custody staff attended the training?

## CMHPP - ML CCCMS and RC CCCMS CMHPP Activities – Part 1 [RC CCCMS, ML CCCMS]

a) General Instructions:
- Conduct audit quarterly.
- For questions 1-2:
    - Review all the CCCMS WEEKLY MENTAL HEALTH HUDDLE REPORT (Attachment E) available on the CMHPP SharePoint site for the quarter.
    - Required staff includes MH program supervisor and sergeant. Facility captains and lieutenants are encouraged to attend but not required.
- For question 3:
    - Review all the IAC minutes available for the quarter on the CMHPP SharePoint site for the MH program supervisor's attendance.
- Enter one audit per program/yard.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
    - Start Date
    - Sub Area

b) Standardized Questions:
1. How many weeks were Weekly CCCMS Supervisory Huddle Reports completed during the review period?
2. Of the Weekly CCCMS Supervisory Huddle Reports completed during the Review Period, how many reports reflect that all required staff attended?
3. How many months during the reporting period did the ML CCCMS MH Program Supervisor attend the monthly IAC meeting?

## CMHPP - ML CCCMS and RC CCCMS CMHPP Activities – Part 2 [RC CCCMS, ML CCCMS]

a) General Instructions:
- Conduct audit quarterly.

- Review all the CCCMS Monthly Joint Supervisory Program Area Tours Form (Attachment C) available on the CMHPP SharePoint site for the quarter.
- For question 3, required staff includes MH program supervisor and sergeant.
- Enter one audit for each program (RC CCCMS, ML CCCMS).
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date

b) Standardized Questions:

1. How many months were the monthly join supervisory program tours required in the ML CCCMS program?
2. How many months were the monthly joint supervisory program tours completed in the ML CCCMS program?
3. How many months were the monthly joint supervisory program tours completed in the RC CCCMS program?
4. Of the completed monthly joint supervisory program tours, how many occurred with all required staff?

## CMHPP - Mental Health Huddles [RC EOP, ML EOP, CCCMS RHU, EOP RHU, MHCB, PIP-Acute, PIP-ICF, Condemned]

a) General Instructions:

- Conduct audit quarterly.
- Audit a minimum of 3 weeks per quarter.
- For outpatient (non-MHCB and non-Acute/ICF): Go to each housing unit and collect the completed "Attachment B- Mental Health Huddle Reports" for one week of each month in the quarter.
  - Randomly select one week that ends with Sunday in that month.
  - Gather an Attachment B - Mental Health Huddle Report for each huddle that should have occurred during that week (both second and third watch).
  - Huddles shall occur for second watch and third watch every normal business day (Monday through Friday). Therefore, for each non holiday week, there should be a total of 10 CMHPP Attachment B - Mental Health Huddle Reports.
  - Complete the audit based on your review of the Attachment B - Mental Health Huddle Reports collected for that housing unit.
- For MHCB and Acute/ICF PIP institutions that do not have an SBCCM SharePoint: Go to each housing unit and collect the completed "Attachment B - Mental Health Huddle Reports" for one week of each month in the quarter.
  - Randomly select one week that ends with Sunday in that month.
  - Gather an Attachment B - Mental Health Huddle Report for each huddle that should have occurred during that week (both second and third watch).

- o Huddles shall occur for second watch and third watch daily. Therefore, for each week, there should be a total of 14 CMHPP Attachment B - Mental Health Huddle Reports.
  - o Complete the audit based on your review of the Attachment B - Mental Health Huddle Reports collected for that housing unit.
  - o A huddle with all required attendees consists of custody officers and MH clinicians. Recreational therapists, registered nurses, and licensed psychiatric technicians when available.
- For MHCB and Acute/ICF PIP institutions with an SBCCM SharePoint: Go to the institutions SBCCM portal. Once on the portal, open the Huddle Attendance Monitoring link then open the Huddle Attendance Monitoring Tool for the week being audited.
  - o Randomly select one week that ends with Sunday in that month.
  - o Review the units Huddle Attendance Monitoring documentation for the week being audited.
  - o Huddles shall occur for second and third watch daily. Therefore, for each week, there should be a total of 14 Huddle Attendance Monitoring tools reviewed.
  - o Complete the audit based on your review of the Huddle Attendance Monitoring tools for each housing unit.
- Enter one audit per housing unit for each week reviewed.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o Start Date
  - o Sub Area (housing unit)

b) Standardized Questions:

1. Please enter the date of  Monday of the week being audited.
2. How many second watch huddles were required?
3. How many second watch huddles occurred?
4. How many third watch huddles were required?
5. How many third watch huddles occurred?
6. How many Attachment B - Mental Health Huddle Reports or Huddle Attendance Monitoring tools documenting second watch MH huddles were reviewed?
7. Of the Attachment B - Mental Health Huddle Reports or Huddle Attendance Monitoring tools reviewed for second watch, how many document that all required participants attended?
   - o Enter the date of any huddle without required participants in the Comment box.
8. How many Attachment B - Mental Health Huddle Reports or Huddle Attendance Monitoring tools documenting third watch MH huddles were reviewed?
9. Of the Attachment B - Mental Health Huddle Reports or Huddle Attendance Monitoring tools reviewed for third watch, how many document that all required participants attended?
   - o Enter the date of any huddle without required participants in the Comment box.

# Chapter Five – Enhanced Outpatient Program Modified (EOP Mod) Treatment Audits

## Table of Contents

EOP Mod Patient Review ..................................................................................................................…..………………. 130

## EOP Mod Patient Review [RC EOP, ML EOP, RHU EOP]

a) General Instructions:

- On a monthly basis, complete a supervisory review of all MTP(s) for EOP patients identified as EOP Mod.
- Use the Randomized Patient List report from OnDemand to identify all EOP Mod patients.
- Review the Appointments Report for the previous calendar month and use clinical judgement to determine if the patient was offered treatment consistent with the treatment plan(s) in effect during that time.
  - o Access to Appointments Report: Go to CCHCS Reporting > MH > On_Demand > Appointments or via direct link: http://qmtools.cphcs.ca.gov/Reports/report/MH/On_Demand/Appointments
    - ▪ Note on "Appt Date" column:
      - If the status of the appointment is "completed," the "Appt Date" is the "Check in" date/time of the appointments
      - If the status of the appointment is "Refused," the "Appt Date" is the "Scheduled Start" date/time of the appointments
  - o To display offered appointments, filter Outcome Type to show completed and refused appointments.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - o Start Date
  - o CDCR Number
  - o Sub Area

b) Standardized Questions:

1. Did the MTP(s) provide a sufficiently detailed description of the rationale for placing the patient on a modified treatment plan?
   - o If No, please include details in the Comment box.
2. Did the MTP(s) include a description of how the treatment plan was modified?
   - o If No, please include details in the Comment box.
3. Did the review of the Appointment Report reflect that the patient was offered treatment consistent with the treatment plan(s) in effect at that time?
   - o If No, please include details in the Comment box.

# Chapter Six – Sustainable Process Audits

## Table of Contents

Sustainable Process  Visits ................................................................................................................. 132

Sustainable Process Visit Results ...................................................................................................... 132

## Sustainable Process Visits [Institution Wide]

a) General Instructions:
- By the last day of each quarter, complete the audit with the following information:
  - Institution
  - Quarter (1-4)
  - Quarter 1 = January to March
  - Quarter 2 = April to June
  - Quarter 3 = July to September
  - Quarter 4 = October to December
  - Dates of tour
- Enter one audit per institution per quarter regardless if there was a tour or not.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date

b) Standardized Questions:
1. Enter the year reviewed.
2. Enter the quarter reviewed by the sustainable process visit. (In the Comment box, enter if this was a major or minor site visit).
3. Enter the start date of the Sustainable Process visit.
   - N/A = no tour started in the quarter.

## Sustainable Process Visit Results [Institution Wide]

a) General Instructions:
- After the quarterly tour has been completed and results received, complete the audit with the following information:
  - Quarter (1-4)
  - Quarter 1 = January to March
  - Quarter 2 = April to June
  - Quarter 3 = July to September
  - Quarter 4 = October to December
  - Date results were provided to institution
- Review the first page of results to answer question 4.
- Enter one audit per institution regardless if there was a tour or not.
- Complete review within seven days of results being provided to institution.
- CQIT Audit Fields (see CQIT Audit Fields section for field definitions):
  - Start Date

b) Standardized Questions:
1. Enter the year reviewed.
2. Enter the quarter reviewed by the sustainable process visit. (In the Comment box, enter if this was a major or minor site visit.)
3. Enter the date result was provided to the institution.
   - N/A = no tour started in the quarter.
4. Were all EOP and MHCB areas toured? (all housing units and yards)

- o   N/A = no tour started in the quarter
- o   Add details regarding any missed EOP and MHCB housing units and yards in the Comment box.