# Exhibit H

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

# MEMORANDUM

| | |
|---|---|
| **Date:** | March 12, 2024 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | ▮▮▮▮▮▮▮▮, Ph.D.<br>Senior Psychologist Specialist<br>HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **CALIFORNIA MENS COLONY - HQ SPRFIT COORDINATOR REVIEW** |

On February 23, 2024, I conducted an onsite review of California Men's Colony (CMC's) compliance with statewide suicide prevention and response policies. This report summarizes findings and concludes with corrective action plans and recommendations. Regional Nurse Consultant ▮▮▮▮▮▮▮▮ along with the Mental Health Compliance Team (MHCT) Lieutenants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, were consulted and contributed throughout the review process.

| | |
|---|---|
| 2022 Lindsay Hayes Corrective Action Plans (CAPs) that can be closed | 4/5 |
| CAPs generated by HQ SPRFIT reviewer during prior reviews that can be closed | 2 |
| CAPs previously generated by this reviewer that remain open | 1 |
| New CAPs generated as a result of this review | 1 |
| New recommendations generated as a result of this review | 0 |
| Previously generated recommendations that remain open | 0 |

Should you have any questions or require further clarification, please contact me at (916) ▮▮▮▮ or h▮▮▮▮▮▮@cdcr.ca.gov

## Institutional Updates

At the time of the visit, CMC staffing included the following staff:

**Psychologists**: 26.6/46 staffed **57% staffed, 51% functionally staffed** (1 on long term leave)
**Social workers**: 14/17 staffed **82% staffed**.
**Recreation Therapists**: 21/26 staffed **80% staffed**.

**Staffing by Level of Care**

<u>**CCCMS + EOP Restricted Housing Unit**</u>: 7.6 out of 12.01 clinicians for a total of **63% staffed.**

<u>**EOP**</u>: 13.4 out of 29.71 clinicians (3 on long term leave not included in staffing) **45% staffed.**

<u>**CCCMS**</u>: 1 out of 4.8 clinicians **20% staffed.**

<u>**CTC**</u>: 10.75 out of 11.3 clinicians **95% staffed.**

<u>**CIT**</u>: 2 out of 1.08; however, they both assist in CTC with tasks.

## Section I: Restricted Housing Unit

**Second Watch Partnership Huddle**: The partnership huddle was not observed due to conflicting priorities during the visit.

**Psychiatric Technician (PT) Rounds:** I observed one psychiatric technician complete rounds. She easily built rapport with new inmates and appeared to have established a good rapport with patients who have been in the unit some time. She inquired about suicidal and homicidal ideation, any mental health concerns, medication compliance, sleep and appetite, and observed each cell before moving on. She placed one referral for a patient requesting to speak with the psychiatrist about his medications. She completed charting in real-time using a laptop on a rolling cart.

**Intake Cells:** During the time of the review, CMC has 16 designated intake cells which are retrofitted and found to be suicide resistant.

**Entertainment appliance**: There were four patients on the 72-hour intake status. All patients were appropriately housed in intake cells. Each occupied intake cell had a sign on the door which noted the patient's arrival date, end date and whether an electronic appliance was provided. All patients possessed an entertainment appliance.

**Welfare Check Completion (Guard One):** During the review, an officer conducted guard one checks. He was observed looking into each cell prior to moving on to the next cell. He carried a flashlight which was utilized when needed.

**ASU Screening (Pre-placement):** ASU Pre-placement screenings were not observed.

A review of On Demand Performance Report indicated that CMC was 93% compliant for completing ASU Pre-placements within required timeframes during October 1, to December 31, 2023.



A review of On Demand Performance Report indicated that CMC was 97% compliant for completing ASU Screening Questionnaires within required timeframes during October 1 to December 31, 2023.

## Section II: Inpatient Units

**Suicide-resistant cells:** CMC has one licensed MHCB consisting of 50 beds. All MHCB cells are retrofitted in compliance with statewide policy. The census in the MHCB was 46 on the day of my visit.

**Interdisciplinary Treatment Teams (IDTT):** Two IDTTs were observed. One initial and one routine IDTT were observed. All required members were in attendance. Overall, the IDTTs were comprehensive. The primary clinicians presented a clinical summary, diagnosis, self-harm history and previous inpatient admissions, treatment planning and treatment progress, safety planning and issue and observation status, and out of cell time offered were discussed in both cases. All members of the team including the MHCB Supervisor contributed to the discussion and engaged with the patient.

**Quality of Safety Planning**: I reviewed the safety plans of ten MHCB patients admitted for suicidality and not transferred to a PIP during October through December 2023. The review revealed that eight safety plans were deemed adequate while two were deemed inadequate.

Ten patients who whose MHCB LOC were rescinded during October through December 2023 were also reviewed. The review of the rescinded SRASHEs resulted in three of ten safety plans not completed upon recission from the MHCB LOC. Four safety plans were deemed adequate and three were deemed not adequate. Several safety plans contained copied and pasted information in many of the clinical impression sections of the safety plan.

**Suicide Watch and Suicide Precaution:** There were 46 patients housed in the MHCB at the time of the on-site review. There were no patients on a suicide watch and 15 patients were on suicide precaution status.

A review of the Mental Health Observation Reporting Tool indicated that for the month of October, November and December 2023, CMC was at 95.2%, 97.5%, 98.1% compliance for timely completion of suicide precaution rounds and at 85.8%, 88.1%, 88.6% compliance for timely completion of suicide watch rounds for patients housed in the MHCB. This metric is monitored monthly by regional nursing staff. CMC's SRN IIs continue to complete weekly drill-downs to address any compliance issues.

**Observation and Issue Orders:** Issue orders on the doors were reviewed for patients in the MHCB. Patients had up-to-date orders posted on the door and the property allowed matched the level of observation. Tier walks indicated patients had property and clothing in compliance with statewide policy.  Documentation was reviewed for ten patients housed in the MHCB. The review indicated that there was adequate clinical justification documented for the observation level and limited issue.

**Privileges:** A review of the Unit Summary Report for out of cell time for ten MHCB patients revealed that patients were being offered and participated in yard, showers, phone calls on a regular basis. During the Q4 review completed by the MHCT Lieutenants, they found that four MHCB patients did not have any yard offerings recorded in the Automated Restricted Housing Record (ARHR) for the week of 12/4/2023 to 12/10/2023. A CAP for custody staff was issued as a result of their Coleman Custody Audit.

**Clinical Discharge Follow-Ups:**
A review of the On Demand Performance Report for October through December 31, 2023, indicated that CMC was 98% compliant for completion of 5 Day Follow Ups. A random review of ten series of five day follow up documentation was reviewed. Results  revealed that 9/10 follow up documentation contained safety plans which was noted to be reviewed with the patient. One follow up did not contain a safety plan and was noted to not be reviewed with the patient.

**MHCB Supervisor Review of Discharging Safety Plans:** The MHCB supervisor has maintained a tracking and reviewing spreadsheet for reviewing MHCB discharge safety plans. In addition to tracking the safety plan compliance, the tracker also identifies the completion date of the safety plan as well as the date of the review. A cursory review of the new Inpatient Supervisory Safety Plan Review SharePoint site revealed that the MHCB supervisor has been completing safety plan reviews on the new site since February 2024.

## Section III: Alternative Housing

CMC's MH OP 3035, *Mental Health Crisis Bed (MHCB) Alternative Housing* outlines their alternative housing process and specifies a prioritized alternative housing location list. The alternative housing cells are located on Facility D, Building 7.

During the last quarter of 2023, there were 149 referrals to MHCB. Of the 149 referred, 46 patient's level of care were rescinded, and 103 patients were admitted to the MHCB. A review of On Demand Performance Report indicated CMC was 100% compliant for timely admissions to the MHCB or MHCB recissions for all referrals during this timeframe.

## Section IV: Suicide Risk Management Program (SRMP)

At the time of this review, On Demand report noted 83 patients were included in the program which includes 43 that are currently in the program and 40 categorized as being placed in the program. One patient met criteria but was not included. The patient had recently been discharged from an inpatient setting and was scheduled for his initial IDTT.

## Section V: Discharge Custody Checks

CMC is completing monthly audits of Discharge Custody Checks (MH-7497s) as required by statewide policy. Data indicates compliance in October-97%, November-93%, December 81%. Areas with low compliance have been the 30 Minute Checks and checks discontinued prior to 24 hours, however in December all areas decreased in compliance. CMC has focused on improvements for this metric. Red tri-fold folders have been developed to contain the 30-minute Discharge Custody Checks. The folders include instructions on completing the form and instructions of what to do upon completion of the form.

### Custody Inpatient Discharge Checks Audit December 23

| | MEASUREMENT AREA | # Pass | # Fail | # Total | % Compliance |
|---|---|---|---|---|---|
| 1 | Section I Complete | 14 | 2 | 16 | 87.5% |
| 2 | Section II Complete | 20 | 7 | 27 | 74.1% |
| 3 | Checks Discontinued After At Least 24 Hours | 14 | 2 | 16 | 87.5% |
| 4 | Checks Discontinued After No More Than 72 Hours | 14 | 2 | 16 | 87.5% |
| 5 | Section III Complete | 14 | 2 | 16 | 87.5% |
| 6 | 1st Entry Upon Arrival to Unit Complete | 14 | 2 | 16 | 87.5% |
| 7 | 30-Minute Checks | 11 | 5 | 16 | 68.8% |
| 8 | Custody Supervisor Review | 12 | 4 | 16 | 75.0% |
| | Overall Compliance for All Audit Elements | 113 | 26 | 139 | 81.3% |

## Section VI: Local SPRFIT Committee

SPRFIT minutes are being uploaded to the new SharePoint site timely. A review of the last three month's committee minutes was reviewed indicating quorum was met. Meeting minutes are comprehensive and action oriented. Members from all disciplines participate during the committee meeting's discussion and assist with problem-solving when appropriate. Discussion of system surveillance included topics such as suicide prevention training, SRMP patients, audits, assigned CAPs, and areas with identified needs for improvement.

CMC's SPRFIT Coordinator and/or designee attended Inmate Advisory Council (IAC) meeting on November 16, 2023. Mental health staff also attended the Inmate Family Council (IFC) meeting on July 28, 2023.

CMC's OP 10-0006 *Suicide Reduction and Response* is consistent with the current statewide policy. OP 3054 MH *Access for Inmate Patients Receiving Bad News* is consistent with the current statewide memorandum.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation indicator in On Demand indicated the noted below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as

the reason for referrals. During the last quarter of 2023, CMC was 99% compliant for completion of SRASHEs for Emergent consult orders and 100% compliant for Urgent consult orders.

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 945 | 8.2 | 94% |
| SRE after Em.Consult (except PIP) for Suicidality | 137 | 1.0 | 99% |
| SRE after Ur.Consult (except PIP) for Suicidality | 2 | 0.0 | 100% |

## Section VIII: Suicide Risk Evaluations

A review of the On Demand Performance Report for the last quarter of 2023 indicated that CMC had a compliance rate of 94% for completion of required suicide risk evaluations.



20.4 Suicide Risk Evaluation

94% (945) ↔ ●●●●●●●●●●●●●●●●●●●

A review of On Demand indicated below the compliance numbers for completion of required SRASHEs for the last quarter of 2023:

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 943 | 7.4 | 94% |
| SRE after Em.Consult (except PIP) for Suicidality | 137 | 1.0 | 99% |
| SRE after Em.Consult (except PIP) for Suspected OD | 1 | 0.0 | 100% |
| SRE after Ur.Consult (except PIP) for Suicidality | 2 | 0.0 | 100% |
| SRE at MHCB Clinical Discharge  (admitted for a | 252 | 5.9 | 84% |
| SRE at MHCB referral | 111 | 0.0 | 100% |
| SRE upon arrival from Acute/ICF | 16 | 334.0 | 75% |
| SREs after rescinded MHCB referral | 195 | 0.1 | 98% |
| SREs following MHCB Discharge (admitted for suicid | 229 | 0.0 | 99% |

With regards to the 84% of SRASHEs completed prior to clinical discharge for those inmates admitted for danger to self, CMC completes a drill down of deficiencies and reports this information in their monthly SPRFIT minutes.

With regards to the 75% compliance with SRASHEs upon arrival from Acute/ICF, four of the sixteen required SRASHEs were completed late.

CMC was 99% compliant for completion of a SRASHE for 188/190 patients whose MHCB LOC was rescinded. This number includes those patients that require follow up SRASHEs complete every

90 days for a year after a MHCB recission as well as patients initial SRASHE upon recission.

## Section IX: Emergency Response

**Cut Down Kits:** During the most recent audit conducted by the MHCT Lieutenants, 100% of the cutdown kits were present in the housing units and the RHU. The kits were also being inventoried during each shift.

**Suicide Case Review Quality Improvement Plan (QIP) Follow Up**

Two suicides occurred at CMC in 2023. As a result of the reviews, both of the suicides generated eight Quality Improvement Plans (QIPs) for CMC's mental health team.

| Problem | Quality Improvement Plan | Current Status |
|---|---|---|
| **QIPS generated from the suicide on September 23, 2023** | | |
| 1. In 2023, there were approximately eight MH Safety Plans completed as a result of discharges from MHCB, or recissions of MHCB discharges. Upon review of these plans multiple concerns were identified with the quality of these safety plans | **CMC** will review the concerns identified and complete an audit of 10 MH Safety Plans completed by the identified clinicians, utilizing the CAT 14 audit criteria, over the last two months. Based on results of this audit, the CMHs or designees shall determine best course of action to address these concerns. | The current review revealed that the review of the rescinded SRASHEs resulted in three of ten safety plans not completed upon recission from the MHCB LOC. Four safety plans were deemed adequate and three were deemed not adequate. Several safety plans contained copied and pasted information in many of the clinical impression sections of the safety plan. |
| 2. Multiple concerns were identified with the review of MH Safety Plan during the 5-day follow-up contacts after a return from the MHCB or recission from a MHCB referral. These concerns included not adequately updating the MH Safety Plan when it was clinically indicated and not reviewing the MH Safety Plan with the patient. | **The CMH or designee at CMC shall** review this concern and provide training to the identified clinicians regarding the expectations of documentation review and modification, as outlined in the MH Safety Planning policy. Additionally, audits of documentation completed by these clinicians, after training has been provided shall be completed to ensure training was effective | A random review of ten series of five day follow up documentation was reviewed. Results revealed that 9/10 follow up documentation contained safety plans which was noted to be reviewed with the patient. One follow up did not contain a safety plan and was noted to not be reviewed with the patient. |
| 3. Multiple concerns were identified with the decision to not refer the patient to a PIP level of care throughout 2023. | **CMC** will review this concern and determine a best course of action. | Not assessed during this review. |
| 4. There was a concern related to the documentation regarding provision of treatment during the patient's MHCB stay on August 18, 2023. Specifically, the documented treatment modification was that the patient would be provided with Dialectical Behavior Therapy (DBT), however the inpatient progress notes do not reflect that DBT was ever provided during his MHCB stay. | The **CMH or designee at CMC shall** determine the best course of action and provide training to the identified clinician regarding consistency between documentation and treatment provided | Not assessed during this review. |

| | | |
|---|---|---|
| 5. There were concerns related to the justification of issue and observation during the patient's MHCB stay on August 18, 2023. | The **CMH or designee at CMC** will review a sample of five MHCB patient progress notes completed by the identified clinician to determine if this was an isolated incident or ongoing concern and determine best course of action. At minimum, training should be provided regarding identified suicide risk and decisions related to issue/observation. | This review revealed that issue and observation justification in the patient's charts were found to be adequate. |
| 6. There were concerns with the RVR Mental Health Assessment that was completed on September 19, 2023. | The **CMH or designee at CMC** will review a sample of five RVR Mental health Assessments completed by the identified clinician to determine if this was an isolated incident or ongoing pattern and determine best course of action. At minimum, training should be provided regarding the items outlined in this concern, and the expectations outlined in the MH RVR Training. | Not assessed during this review. |
| **QIPS generated from the suicide on December 26, 2023** | | |
| 2. Patient's level of care was lowered from EOP to CCCMS on May 10, 2023, and the Master Treatment Plan does not adequately support this decision. | The **CMH or Designee** at CMC shall review this concern and determine the best course of action. | Not assessed in this review. |
| 3. Patient's level of care was lowered from EOP to CCCMS on May 10, 2023, and after his MHPC initial assessment, he was not seen again for a routine MHPC contact for the final six months of his life. While this is in accordance with CMC's triage plan dated May 5, 2023, it is not in compliance with program guide timelines. | The **CMH or designee at CMC** shall review the local triage plan in light of the identified problems to determine if any changes are indicated. | Not assessed in this review. |

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for January 2024, as well as information obtained from CMC, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 95%
- Safety Planning Intervention: 99%
- SRE Mentoring: 45% (new mentoring process)
- Suicide Risk Management Program: 96%
- Annual IST Suicide Prevention (End of year 2023):
  - Custody: 100%
  - Mental Health: 90%
  - Nursing: 94%

CMC has developed a plan to address the low SRE Mentoring training compliance. Due to the severe staffing shortages at CMC, the current proctors will proctor the CMH and program supervisors so that they can be more actively involved in training their staff. After the supervisors are trained, the program supervisors will either proctor directly or will be the responsible parties for organizing the proctor with staff. Additionally, due to the new SRASHE coming out at any time, which means the training will change, CMC has delayed training until the new criteria has been released.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was not observed.

## Section XI: Receiving and Release (R&R) Screening

R & R screenings were not observed during this visit.

## Section XII: Reception Center Processing
CMC does not have a Reception Center

## Section XIII: Crisis Intervention Team (CIT)
No CIT calls were observed during this visit.
CMC currently has two designated CIT staff who cover Monday through Saturday, 8am to 9pm Monday through Wednesday and 8am to 4pm, Thursday through Saturday. CMC hopes to acquire a CIT clinician to cover Sundays in the near future.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

See Appendix A: CMC's current status of CAPs generated by Lindsay Hayes Site Review on December 7-8, 2021.

See Appendix B: Status Regarding Compliance with Outstanding Recommendations in Lindsay Hayes' October 2022 Report

**Below are the current CMC CAPs generated by previous HQ SPRFIT Coordinator Site Reviews**

| Current CAPs from 2023 HQ SPRFIT Reviews | *Progress* |
|---|---|
| 1. CMC nursing staff shall develop a corrective action plan to ensure that IST Suicide Prevention Training compliance for nursing staff is reached in 2023 | **Closed-2/24** CMC Nursing staff obtained a year end compliance of 94%. |

| | |
|---|---|
| 2. Custody staff to ensure loaner radios are provided to ASU inmates who are on intake and 21-day status. | **Closed-2/24** During the last three reviews, RHU inmates were provided radios and or tablets. |
| 3. Custody staff to create a plan to ensure the 30-minute checks and supervisor review are being completed timely on the 7497 forms. | **Open** Custody and mental health staff continue to audit results and correct deficiencies. A new folder system was developed to track and assist in completing the 7497 forms correctly. |

## Section XV: Assignment of Corrective Action Plans and Recommendations

### CONCLUSION

As a result of this review, one additional CAP is being assigned.

1. CMC shall develop a corrective action plan to ensure that SRE Mentoring is within compliance.

Focus should remain on the one previous open HQ CAPs (7497 audit) and the newly assigned CAP (SRE Mentoring), the five most recent Hayes' CAPs (Appendix A), obtaining compliance on all 15 Hayes Recommendation (Appendix B) as well as maintaining compliance on the previously identified closed HQ SPRFIT Coordinator Site Review CAPS.

**Please ensure all assigned SPRFIT CAPs are updated on the Improvement Priorities List and Project Pipeline. All SPRFIT CAPs should be listed as an Issue and monthly audit data indicated in the Comment section each month on the Improvement Priorities List and Project Pipeline. The project pipeline is to be uploaded to the SharePoint site monthly.**

Should you have any questions or require further clarification, please feel free to contact me at ▓▓▓▓▓▓▓@cdcr.ca.gov.

Addendum: Appendices A and B

**Appendix A: CMC's Status Regarding CAPs Listed in Lindsay Hayes' October 2022 Report**

| Focus of Remediation | Specific Language About Deficiency | Status |
|---|---|---|
| Observation Levels | It should also be noted that this reviewer examined the medical charts of several MHCB patients who continued to express SI during their placement but remained on regular 15-minute nursing checks rather than Suicide Precaution status (pg 191). | **Closed**-Records reviewed during this audit found that patients expressing SI had an order for SP status |
| MH Referrals and SREs | A sample EHRS review of 44 emergent/urgent mental health referrals for SI/behavior revealed that clinicians completed the required SRASHEs in only 86 percent (38 of 44) of the cases. Most of the deficiencies were noted in urgent referrals (pg 192). | **Closed**- On Demand performance Report indicates Q4 compliance of 99% for emergent and 100% for Urgent. |
| IDTT Meetings | Overall, although there was good treatment team representation, each of the four meetings (involving varying clinical staff) held on December 8 was very problematic, with uneven case presentations and higher level of care discussions, as well as inadequate discussion regarding both suicide risk and safety planning to reduce further recurrence of SI in two of the cases. The MHCB supervisor attended all of the observed IDTT meetings and attempted to resuscitate the case presentations on December 8. The nursing staff represented at each meeting was not asked, nor offered, any input during any of the meetings (pg 192). | **Closed**- Current review of 2 IDTT's found that good case presentations occurred which included discussions of out of cell privileges and safety planning, and issue and observation status. |
| Discharge Safety Plans | Pursuant to CDCR's "Supervisory Review of Mental Health Crisis Bed Discharge Safety Plans" directive (effective March 10, 2020), this reviewer requested data regarding MHCB supervisory review of all discharge SRASHEs and safety plans for patients released from the MHCB from April through November 2021. This reviewer's examination of the data found problems with untimely supervisory review. For example, discharge SRASHEs are required to be completed prior to or during the anticipated discharge IDTT meeting, and the examination found that all of the supervisory reviews from April through September were occurring well after the IDTT meetings, and there was no documentation of any supervisory review of discharge SRASHEs completed in October and November 2021 (pg 192-193). | **Closed**- MHCB Supervisor continues to complete supervisory reviews of 10 MHCB patients weekly. A cursory review of the SharePoint site indicates MHCB Supervisor is inputting data regarding her reviews in timely since early Feb 24. |

| Custody Discharge Checks | This reviewer was presented with documentation of 111 cases of patients discharged from a MHCB or alternative housing placement who remained at CMC and were not transferred to administrative segregation (where observation at 30-minute intervals was required) from June through November 2021. Five cases were subsequently excluded from review because the patients were returned to the MHCB or alternative housing. The review found that only 86 percent (of the 106 cases) had Page 1 "Discharge Custody Check Sheet" (MH-7497) forms completed correctly by mental health clinicians, with most errors attributable to clinicians not completing the first day of the form. When completed correctly, a vast majority of the custody checks were recommended for 24 hours by clinicians. In addition, only 88 percent of the "custody check" forms (Page 2) were completed correctly by correctional staff at 30-minute intervals, with most errors attributable to gaps in observation (pg 193). | **Open-** Q4 data indicated an overall compliance of: October (97%), Nov (93%), Dec (81%). Areas with low compliance have been the 30 Minute Checks and checks discontinued prior to 24 hours. However, in Dec, all areas decreased in compliance. CMC has developed a new folder system to track 7497 forms. |



**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**



| Appendix B: CMC's Status Regarding Compliance with 15 Outstanding Recommendations in Lindsay Hayes' October 2022 Report | | |
|---|---|---|
| *Hayes' Outstanding Recommendations that remain open from his October 2022 Report* | *Status* | *Comments* |
| *No. 3:* IST Suicide Prevention training compliance | Compliant | Year 2023- Custody- 100%, MH-90%, Nursing-94%. |
| *No. 7:* Confidenitality of nursing screens in R&R | Compliant | |
| *No. 8:* Nurse and officer safety during R&R screenings | Compliant | |
| *No. 9:* SRE Mentoring program compliance | **Non Compliant** | February 24 data indicates 45% compliance on new SRE mentoring process. |
| *No. 10:* Auditing SRE quality | Compliant | |
| *No. 12:* Completing SREs for urgent/emergent referrals for DTS | Compliant | |
| *No. 13:* Use of retrofitted cells in first 72 hours of ASU placement | Compliant | |
| *No 17:* Completing safety plans, supervisory audits of safety plans | Compliant | |
| *No 18:* Safety Planning training compliance | Compliant | |
| *No 20:* Audit psych tech practices in ASU | Compliant | |
| *No 21:* Using only suicide precautuion and suicide watch for suicidal patients | Compliant | |
| *No 28:* Accurate completion of page 2 of the "Discharge Custody Check Sheet" | **Non Compliant** | December overall score decreased to 81%. Deficient areas include section II complete, 30 minute checks and custody supervisor reviews. |
| *No 29:* Accurate completion of page 1 of the "Discharge Custody Check Sheet" | **Non Compliant** | December compliance on section II complete is at 74% |
| *No. 31:* Achieving quorum for SPRFIT meetings, incomplete local policies | Compliant | |
| *No. 32:* Privileges for MHCB inmates, Continuous Quality Improvement Audit, Reception center Screening | Compliant | |

EXHIBIT H-014

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**



# MEMORANDUM

| | |
|---|---|
| **Date:** | May 29, 2024 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | ██████████, Ph.D.<br>Senior Psychologist Specialist<br>HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **CALIFORNIA MENS COLONY - HQ SPRFIT COORDINATOR REVIEW** |

On May 15, 2024, I along with ██████████, Regional Nurse Consultant, conducted an onsite review of California Men's Colony (CMC's) compliance with statewide suicide prevention and response policies. This report summarizes findings and concludes with corrective action plans and recommendations. The Mental Health Compliance Team (MHCT) Lieutenants, ██████████ and ██████████, were consulted during the review process.

Should you have any questions or require further clarification, please contact me at (916) ████ ████ or ██████████@cdcr.ca.gov

EXHIBIT H-015

## Institutional Updates

At the time of the visit, CMC staffing included the following staff:

**Psychologists**: 26.6/46 staffed **57% staffed, 51% functionally staffed** (1 on long term leave until 12/2024)

**Social workers**: 17/17 staffed **100% (note that 2 of those are telehealth Social Workers in EOP)**

**Recreation Therapists**: 23/26 staffed **88% staffed**.

**Staffing by Level of Care**

<u>**CCCMS + EOP Restricted Housing Unit**</u>: 8.5 out of 12.01 clinicians for a total of **70% staffed.**

<u>**EOP**</u>: 17.7 out of 29.71 clinicians (3 on long term leave not included in staffing) **59% staffed.**

<u>**CCCMS**</u>: 1.75 out of 4.8 clinicians **36% staffed.**

<u>**CTC**</u>: 8.4 out of 11.3 clinicians **74% staffed.**

<u>**CIT**</u>: 2 out of 1.08; however, they both assist in CTC with tasks.

## Section I: Restricted Housing Unit

CMC has one RHU: Building B4.  Intake cells on the first (151, 152, 198, 199) and second floor (254, 255, 256, 257, 295, 296, 297, 298) of the RHU are currently under construction since March 2024. The cells will be updated with electricity.

**Second Watch Partnership Huddle**: The partnership huddle was not observed due to conflicting priorities during the visit.

**Psychiatric Technician (PT) Rounds:** I observed one psychiatric technician complete RHU rounds. He inquired about suicidal and homicidal ideation, any mental health concerns, medication compliance, sleep and appetite, and observed each cell before moving on. He completed charting in real-time using a laptop on a rolling cart.

**Intake Cells:** During the time of the review, CMC has 16 designated intake cells which have been retrofitted to be suicide resistant. All 16 intake cells had "INTAKE CELL" stenciled on the door. Only intake cells on the third floor (302, 303, 345, 346) are being utilized currently due to construction occurring on the second and third floor intake cells. There were three patients located in the third floor intake cells upon the day of my review. Signage was posted on each of the doors noting placement date and expiration date for the 21-day observation.

**Entertainment appliance**: There were three patients on the 72-hour intake status. All patients were appropriately housed in intake cells based on their arrival date. Each occupied intake cell

had a sign on the door which noted the patient's arrival date and end date. All patients on 21-day intake status possessed an entertainment appliance.

**Welfare Check Completion (Guard One):** During the review, an officer conducted guard one checks. He was observed looking into each cell prior to moving on to the next cell. According to the Guard 1 Security/Welfare Monitoring Report for the month of March 2024, indicated there were 204737 expected checks, 186031 checks were completed timely for a compliance rate of 90.86%.

**RHU Screening (Pre-placement):** RHU Pre-placement screenings were not observed.

A review of On Demand Performance Report indicated that CMC was 91% compliant for completing RHU Pre-placements within required timeframes during January 1, to March 31, 2024.



A review of On Demand Performance Report indicated that CMC was 97% compliant for completing RHU Screening Questionnaires within required timeframes during January 1 to March 31, 2024.

## Section II: Inpatient Units

**Suicide-resistant cells:** CMC has one licensed MHCB consisting of 50 beds. All MHCB cells are retrofitted in compliance with statewide policy. The census in the MHCB was 34 on the day of my visit. Seventeen patients were admitted to A wing and seventeen patients were admitted to B wing.

**Interdisciplinary Treatment Teams (IDTT):** A total of four IDTTs were observed. One initial IDTT on A side was observed. All required members were in attendance. The primary clinician presented a clinical summary, diagnosis, self-harm history and previous inpatient admissions, treatment planning and treatment progress, safety planning and issue and observation status, and out of cell time offered were discussed. Three IDTTs were observed on B side. Two were initial IDTTs and one routine IDTT with a referral to ICF level of care.  Again, all required members were in attendance. The primary clinician presented a clinical summary, self-harm history, previous inpatient history, treatment goals and progress, safety planning, patient's strengths, triggers and out of cell time offered. The primary psychiatrists each participated in discussing medication, diagnosis, and treatment progress.

The custody counselor was informative and provided relevant information to the patients and team regarding the specific concerns of each of the patients. Psych Techs provided information regarding medication compliance. All members of the team including the MHCB Supervisors contributed to the discussion and engaged with each of the patients seen in the IDTTs. Custody officers present in the IDTTs were familiar with the patients, contributed to the team discussion, and provided information regarding out of cell time and MHCB programing. Overall, the IDTTs were interactive and comprehensive.

EXHIBIT H-017

**Quality of Safety Planning**: I reviewed the safety plans of ten MHCB patients admitted for suicidality and not transferred to a PIP during January through March 2024. The review revealed that all ten safety plans were deemed adequate. There has been significant improvement in this area for safety plans completed in the MHCB.

Ten patients who whose MHCB LOC were rescinded during January through March 2024 were also reviewed. The review of the SRASHEs for rescinded patients resulted in three of ten safety plans not completed upon recission from the MHCB LOC. Four safety plans were deemed adequate and three were deemed inadequate. Several safety plans contained copied and pasted information in many of the clinical impression sections of the safety plan. Information was provided to the SPRFIT coordinator and mental health leadership.

**Suicide Watch and Suicide Precaution:** There were 34 patients housed in the MHCB at the time of the on-site review. There were no patients on a suicide watch and 19 patients were on suicide precaution status.

A review of the Mental Health Observation Reporting Tool indicated that for the month of January, February and March 2024, CMC was at 98%, 98.3%, 96.9% compliance for timely completion of suicide precaution rounds and at 92.9%, 94.3%, 92.8% compliance for timely completion of suicide watch rounds for patients. This metric is monitored monthly by regional nursing staff. CMC's SRN IIs continue to complete weekly drill-downs to address any compliance issues.

| Rounding compliance during January 2024 | | | | |
|---|---|---|---|---|
| All Rounds Completed Timely | Suicide Precaution Rounds Completed Timely | Suicide Watch Rounds Completed Timely | Other Observation Rounds Completed Timely | Suicide Precaution Staggered Rounds |
| 97.2% | 98.0% | 92.9% | N/A | 96.2% |
| **Rounding compliance during February 2024** | | | | |
| All Rounds Completed Timely | Suicide Precaution Rounds Completed Timely | Suicide Watch Rounds Completed Timely | Other Observation Rounds Completed Timely | Suicide Precaution Staggered Rounds |
| 97.9% | 98.3% | 94.3% | N/A | 99.1% |
| **Rounding compliance during March 2024** | | | | |
| All Rounds Completed Timely | Suicide Precaution Rounds Completed Timely | Suicide Watch Rounds Completed Timely | Other Observation Rounds Completed Timely | Suicide Precaution Staggered Rounds |
| 96.2% | 96.9% | 92.8% | N/A | 99.1% |

**Observation and Issue Orders:** Issue orders on the doors were reviewed for patients in the MHCB. Patients had up-to-date orders posted on the door. Tier walks indicated patients had property and clothing in compliance with statewide policy. Documentation was reviewed for fourteen patients housed in the MHCB. Seven patients were reviewed on A side and seven patients were reviewed on B side. The review indicated that there was sufficient clinical justification documented for the observation level and limited issue in all reviewed cases.

Throughout my review of documentation, I did not encounter any occurrences of clinicians using words such as stags, enhanced observation, etc., to describe suicide watch or suicide precaution. I also did not encounter any documentation that contained language in which clinicians used contracting for safety in their documentation.

**Privileges:** A review of the Unit Summary Report for out of cell time for ten MHCB patients (five from A side and five from B side) revealed that patients on A side were being offered and participated in yard, showers, phone calls on a regular basis. Showers were not indicated as being offered to the reviewed patients on B side during May 10th through May 15th. It was also noted that the yard treatment modules were under construction which included metal privacy screenings welded into place. This intermittently impacted offered yard time for patients on both A and B sides at the end of April and the beginning of May.

**Clinical Discharge Follow-Ups:**

A review of the On Demand Performance Report for January through March 31, 2024, indicated that CMC was 99% compliant for completion of 5 Day Follow Ups. A random review of ten series of five day follow up documentation was reviewed. Results revealed that 10/10 follow up documentation contained completed safety plans which were noted to be reviewed with each patient.



**MHCB Supervisor Review of Discharging Safety Plans:** The MHCB supervisor has maintained a tracking and reviewing spreadsheet for reviewing MHCB discharge safety plans for January 2024. A review of the new Inpatient Supervisory Safety Plan Review SharePoint site revealed that the MHCB supervisors has been completing safety plan reviews on the new site since February 2024. Most of the reviews were completed on the same day the safety plan was completed however, some were completed the next day.

## Section III: Alternative Housing

CMC's MH OP 3035, *Mental Health Crisis Bed (MHCB) Alternative Housing* outlines their alternative housing process and specifies a prioritized alternative housing location list. The alternative housing cells are located on Facility D, Building 7.

During the first quarter of 2024, there were 139 referrals to MHCB. Of the 139 referred, 11 patient's level of care were rescinded, and 128 patients were admitted to the MHCB. A review of On Demand Performance Report indicated CMC was 98% compliant for timely admissions to the MHCB.

## Section IV: Suicide Risk Management Program (SRMP)

At the time of this review, On Demand report noted 90 patients were included in the program which includes 51 that are currently in the program and 39 categorized as being placed in the program. Ten patients met criteria but were not included in the SRMP program. The majority of these patients met the criteria for three or more MHCB admissions within the past four months.

I reviewed the SRMP section of the Master Treatment Plan for ten patients. Six were erroneously described as not being in the program. This information was provided to the institutional SPRFIT and mental health leadership. One of the Master Treatment Plans had appropriate goals and interventions listed.

## Section V: Discharge Custody Checks

CMC is completing monthly audits of Discharge Custody Checks (MH-7497s) as required by statewide policy. Data indicates compliance in January-74%, February-91%, March- 91%. Areas with low compliance have been the Custody Supervisor Review and 30 Minute Checks. CMC has focused on improvements for this metric. A new 7497 process was developed which has resulted in increased compliance over the last two months of the first quarter.

### CMC Custody Inpatient Discharge Checks Audit-March 2024

| | MEASUREMENT AREA | # Pass | # Fail | # Total | % Compliance |
|---|---|---|---|---|---|
| 1 | Section I Complete | 19 | 0 | 19 | 100.0% |
| 2 | Section II Complete | 26 | 0 | 26 | 100.0% |
| 3 | Checks Discontinued After At Least 24 Hours | 19 | 0 | 19 | 100.0% |
| 4 | Checks Discontinued After No More Than 72 Hours | 0 | 0 | 0 | |
| 5 | Section III Complete | 20 | 0 | 20 | 100.0% |
| 6 | 1st Entry Upon Arrival to Unit Complete | 18 | 2 | 20 | 90.0% |
| 7 | 30-Minute Checks | 18 | 2 | 20 | 90.0% |
| 8 | Custody Supervisor Review | 11 | 9 | 20 | 55.0% |
| | Overall Compliance for All Audit Elements | 131 | 13 | 144 | 91.0% |

## Section VI: Local SPRFIT Committee

SPRFIT minutes are being uploaded to the new SharePoint site timely. A review of the last three month's committee minutes was reviewed indicating quorum was met. Meeting minutes are comprehensive and action oriented. Members from all disciplines participate during the committee meeting's discussion and assist with problem-solving when appropriate. Discussion of system surveillance included topics such as suicide prevention training, SRMP patients, audits, assigned CAPs, and areas with identified needs for improvement. Quorum was met at all meetings during the audit period.

CMC's SPRFIT Coordinator and/or designee attended Inmate Advisory Council (IAC) meeting on May 9, 2024. The recent Inmate Family Council (IFC) meeting was cancelled. The SPRFIT Coordinator will inquire as to when the next meeting will be held.

CMC's OP 10-0006 *Suicide Reduction and Response* is consistent with the current statewide policy. OP 3054 MH *Access for Inmate Patients Receiving Bad News* is consistent with the current statewide memorandum.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation and Timely MH Referrals indicators in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. During the first quarter of 2024, CMC was 99% compliant for completion of SRASHEs for Emergent Consult orders and 83% compliant for Urgent Consult orders.

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 1103 | 1.7 | 96% |
| SRE after Em.Consult (except PIP) for Suicidality | 178 | 3.6 | 99% |
| SRE after Ur.Consult (except PIP) for Suicidality | 6 | 47.8 | 83% |

With regards to the 83% of SRASHEs completed for Urgent Consult orders placed for danger to self, one of the six urgent consult orders was flagged as being completed late. The patient was seen timely, denied suicidal ideation, however a SRAHSE was not completed.

CMC was 99% compliant for completion of a SRASHE for 179/181 patients whose MHCB LOC was rescinded. This number includes those patients that require follow up SRASHEs complete every 90 days for a year after a MHCB recission as well as patients initial SRASHE upon recission.

Emergent Consults seen timely during the first quarter of 2024 indicated a compliance of 94% and for Urgent MHPC Consults a compliance of 91%.

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Timely MH Referrals (v2.0) | 1112 | 1.9 | 93% |
| Emergent MHMD Consult | 1 | 0.0 | 100% |
| Emergent MHPC Consult | 234 | 2.5 | 94% |
| MHPC PREA Consult Emergency | 1 | 0.0 | 100% |
| MHPC PREA Consult Urgent | 12 | 0.0 | 100% |
| Routine MHMD Consult | 129 | 2.1 | 89% |
| Routine MHPC Consult (no PSU) | 520 | 2.0 | 94% |
| Urgent MHMD Consult | 8 | 0.0 | 88% |
| Urgent MHPC Consult | 207 | 1.4 | 91% |

## Section VIII: Suicide Risk Evaluations

A review of the On Demand Performance Report for the first quarter of 2024 indicated that CMC had a compliance rate of 96% for completion of required suicide risk evaluations.

**20.3 Suicide Risk Evaluation**

96% (1,103)

A review of On Demand indicated below the compliance numbers for completion of required SRASHEs for the first quarter of 2024:

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 1103 | 1.7 | 96% |
| SRE after Em.Consult (except PIP) for Suicidality | 178 | 3.6 | 99% |
| SRE after Em.Consult (except PIP) for Suspected OD | 2 | 0.0 | 100% |
| SRE after Ur.Consult (except PIP) for Suicidality | 6 | 47.8 | 83% |
| SRE at MHCB Clinical Discharge (admitted for a | 247 | 3.3 | 89% |
| SRE at MHCB referral | 162 | 0.2 | 97% |
| SRE prior to clinical discharge from PIP. | 3 | 27.7 | 0% |
| SRE upon arrival from Acute/ICF | 16 | 0.4 | 94% |
| SREs after rescinded MHCB referral | 181 | 0.1 | 99% |
| SREs following MHCB Discharge (admitted for suicid | 308 | 0.1 | 97% |

## Section IX: Emergency Response

**Cut Down Kits:** The MHCT Lieutenants most recent review of the cutdown kits in the housing units and the RHU indicated a compliance of 100%.

**Suicide Case Review Quality Improvement Plan (QIP) Follow Up**

Two suicides occurred at CMC in 2023. As a result of the reviews, both of the suicides generated eight Quality Improvement Plans (QIPs) for CMC's mental health team.

| Problem | Quality Improvement Plan | Current Status |
|---|---|---|
| **QIPS generated from the suicide on September 23, 2023** | | |
| 1. In 2023, there were approximately eight MH Safety Plans completed as a result of discharges from MHCB, or recissions of MHCB discharges. Upon review of these plans multiple concerns were identified with the quality of these safety plans | **CMC** will review the concerns identified and complete an audit of 10 MH Safety Plans completed by the identified clinicians, utilizing the CAT 14 audit criteria, over the last two months. Based on results of this audit, the CMHs or designees shall determine best course of action to address these concerns. | The current review revealed that the review of the rescinded SRASHEs resulted in three of ten safety plans not completed upon recission from the MHCB LOC. Four safety plans were deemed adequate and three were deemed not adequate. Several safety plans contained copied and pasted information in many of the clinical impression sections of the safety plan. |

| | | |
|---|---|---|
| 2. Multiple concerns were identified with the review of MH Safety Plan during the 5-day follow-up contacts after a return from the MHCB or recission from a MHCB referral. These concerns included not adequately updating the MH Safety Plan when it was clinically indicated and not reviewing the MH Safety Plan with the patient. | **The CMH or designee at CMC shall** review this concern and provide training to the identified clinicians regarding the expectations of documentation review and modification, as outlined in the MH Safety Planning policy.<br><br>Additionally, audits of documentation completed by these clinicians, after training has been provided shall be completed to ensure training was effective | A random review of ten series of five day follow up documentation was reviewed. Results revealed that 10/10 follow up documentation contained completed safety plans which were noted to be reviewed with each patient. Training was provided on 12.21.2023 to program supervisors via email to discuss with their staff in their in person program staff meetings. |
| 3. Multiple concerns were identified with the decision to not refer the patient to a PIP level of care throughout 2023. | **CMC** will review this concern and determine a best course of action. | CMH met with members of the treatment team. CMC staff discussed consultation with the IPC in cases when the patient has 3 or more MHCB admissions and the decision not to refer to Acute or ICF was made. |
| 4. There was a concern related to the documentation regarding provision of treatment during the patient's MHCB stay on August 18, 2023. Specifically, the documented treatment modification was that the patient would be provided with Dialectical Behavior Therapy (DBT), however the inpatient progress notes do not reflect that DBT was ever provided during his MHCB stay. | The **CMH or designee at CMC** shall determine the best course of action and provide training to the identified clinician regarding consistency between documentation and treatment provided | The CMH reviewed the patient's chart with identified clinician, including 2 Master Treatment Plans and progress notes. CMH provided training on 1.2.2024 regarding specific treatment modalities recommended in the Higher Level Of Care section of the MH Master Treatment Plan. |
| 5. There were concerns related to the justification of issue and observation during the patient's MHCB stay on August 18, 2023. | The **CMH or designee at CMC** will review a sample of five MHCB patient progress notes completed by the identified clinician to determine if this was an isolated incident or ongoing concern and determine best course of action. At minimum, training should be provided regarding identified suicide risk and decisions related to issue/observation. | This review revealed that issue and observation justification in the patient's charts were found to be adequate in all cases. |
| 6. There were concerns with the RVR Mental Health Assessment that was completed on September 19, 2023. | The **CMH or designee at CMC** will review a sample of five RVR Mental health Assessments completed by the identified clinician to determine if this was an isolated incident or ongoing pattern and determine best course of action. At minimum, training should be provided regarding the items outlined in this concern, and the expectations outlined in the MH RVR Training. | Training was provided on 12.21.2023 to program supervisors via email to discuss with their staff in their in person program staff meetings. |

EXHIBIT H-023

| QIPS generated from the suicide on December 26, 2023 | | |
|---|---|---|
| 2. Patient's level of care was lowered from EOP to CCCMS on May 10, 2023, and the Master Treatment Plan does not adequately support this decision. | The CMH and Chief Psychologist determined that over the next 6 months, the clinician's Master Treatment Plans resulting in a lower level of care change will be reviewed by a senior psychologist specialist to ensure that consistency of clinical documentation appropriately justifies level of care change. | Not assessed in this review. |
| 3. Patient's level of care was lowered from EOP to CCCMS on May 10, 2023, and after his MHPC initial assessment, he was not seen again for a routine MHPC contact for the final six months of his life. While this is in accordance with CMC's triage plan dated May 5, 2023, it is not in compliance with program guide timelines. | The **CMH or designee at CMC** reviewed the local triage plan in light of the identified problems and will continue to review and revise as needed. | Not assessed in this review. |

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for March 2024, as well as information obtained from CMC, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 97%
- Safety Planning Intervention: 100%
- SRE Mentoring: 47%
- Suicide Risk Management Program: 100%
- CSSRS: 100%
- Prohibition of safety contracts: 98%
- Annual IST Suicide Prevention (as of March 31, 2024):
  - Custody: 39%
  - Mental Health: 17%
  - Nursing: 20%
  CPR Training
  - Custody: 38%
  - Nursing: 100%

CMC has developed a plan to address the low SRE Mentoring training compliance. Due to the new SRASHE coming out at any time, CMC has delayed training until the new criteria has been released. In the meantime, a new mentorship team has been established, consisting of three Senior Psychologists Specialists who will begin providing SRE mentoring to staff at CMC who are in need of being mentored.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was not observed.

EXHIBIT H-024

## Section XI: Receiving and Release (R&R) Screening

The regional nurse consultant and I observed one R&R screening. The patient was seen in a confidential space with the door closed and an officer posted outside the door. The nurse asked all the required mental health questions.

## Section XII: Reception Center Processing

CMC does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

No CIT calls were observed during this visit.

CMC currently has three designated CIT staff who cover Monday through Wednesday, 8am to 9pm, Thursday through Saturday and 8am to 4pm, and Sunday 8am to 4pm.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

See Appendix A: CMC's current status of CAPs generated by Lindsay Hayes Site Review on October 10-11, 2023, which were noted in Lindsay Hayes' March 2024 Report.

**Below are the current open CMC CAPs generated by previous HQ SPRFIT Coordinator Site Reviews**

| Current CAPs from 2023/2024 HQ SPRFIT Reviews | *Progress* |
|---|---|
| 1. Custody staff to create a plan to ensure the 30-minute checks and supervisor review are being completed timely on the 7497 forms. | **Open-** Q2 data indicated an overall compliance of: Jan (74%), Feb (91%), March (91%). A work group was created in March 24 and has met three times and will have another meeting in May 24. |

| | |
|---|---|
| 2. CMC shall develop a corrective action plan to ensure that SRE Mentoring is within compliance. | **Open-** CMC has developed a plan to address the low SRE Mentoring training compliance. Due to the new SRASHE coming out at any time, which means the training will change, CMC has delayed training until the new criteria has been released. In the meantime, a new mentorship team has been established, consisting of three Senior Psychologists Specialists who will begin providing SRE mentoring to staff at CMC who are in need of being mentored. |

## Section XV: Assignment of Corrective Action Plans and Recommendations

### CONCLUSION

As a result of this review, no additional CAPs are being assigned.

Focus should remain on the two previously assigned HQ CAPs (7497 audit and SRE Mentoring compliance), the seven most recent Hayes' CAPs (Appendix A) as well as maintaining compliance on the previously identified closed HQ SPRFIT Coordinator Site Review CAPS.

**Please ensure all assigned SPRFIT CAPs are updated on the Improvement Priorities List and Project Pipeline. All SPRFIT CAPs should be listed as an Issue and monthly audit data indicated in the Comment section each month on the Improvement Priorities List and Project Pipeline. The project pipeline is to be uploaded to the SharePoint site monthly.**

Should you have any questions or require further clarification, please feel free to contact me at H███████l@cdcr.ca.gov.

Addendum: Appendix A



**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

**Appendix A: CMC's Status Regarding CAPs Listed in Lindsay Hayes' March 2024 Report**

**Appendix A:** CMC's Status Regarding Specific CAPs Listed in Lindsay Hayes' March 2024 Report

| Focus of Remediation | Hayes Requested CAPs | Status | Date of Completion | Justification for Status |
|---|---|---|---|---|
| Intake Screening | Develop CAPs for the eight facilities (CCI, CHCF, CIM, CIW, CMC, SQ, SVSP, and WSP) referenced above related to the intake screening process. | Compliant | 5.15.24 | There were no issues with the intake screening process during this review. |
| Intake Cells | Develop CAPs at CIM, CMC, KVSP, CSP/LAC, RJD, SVSP, and WSP to ensure that newly-arrived administrative segregation IPs assigned to single cells are placed in suicide-resistant new intake cells for the first 72 hours of administrative segregation confinement. IPs on new intake status should never be placed in an "overflow" administrative segregation unit unless that unit has designated new intake cells. | Compliant | 5.15.24 | During the recent review, all new intakes in RHU were housed in new intake cells for the first 72 hours. |
| Nursing Observations | Develop CAPs for the eight (8) facilities (CIM, CMC, MCSP, COR, NKSP, KVSP, CSP/LAC, and SVSP) that fell below 90 percent compliance with both Suicide Precaution and Suicide Watch observation for MHCB patients, although all CDCR facilities are required to be at 100 percent compliance. | Compliant | 5.15.24 | A review of the Mental Health Observation Reporting Tool indicated that for the month of January, February and March 2024, CMC was at 98%, 98.3%, 96.9% compliance for timely completion of suicide precaution rounds and at 92.9%, 94.3%, 92.8% compliance for timely completion of suicide watch rounds for patients. |
| Emergent/Urgent Referrals | Develop CAPs for the six facilities (CMC, CHCF, CSATF, NKSP, CSP/Solano, and RJD) that were under 90 percent compliance for completion of SRASHEs for emergent/urgent mental health referrals involving SI and SIB, although all CDCR facilities are required to be at 100 percent compliance. | Partially Compliant | | A review of OnDemand Preformance Report indicated CMC was 99% compliant for Emergent Consults and 83% for Urgent Consults for DTS. 1/8 Urgent consults did not have a completed SRASHE. The patient was seen timely, denied SI and a SRASHE was not completed. |

| | | | | |
|---|---|---|---|---|
| **SRE Mentoring** | Develop CAPs for the ten facilities (CCI, CCWF, CHCF, CMC, CMF, CSP/Corcoran, CSATF, CSP/LAC, CSP/Solano, and PBSP) that had completion rates under 90 percent for both the SRE mentoring program and annual or biennial SRE Mentoring Booster training as applicable. | Non Compliant | | CMC's compliance for SRE Mentoring is currently 86%. CMC has developed a plan to address the low SRE Mentoring training compliance. Due to the new SRASHE coming out at any time, which means the training will change, CMC has delayed training until the new criteria has been released.  In the meantime, a new mentorship team has been established, consisting of three Senior Psychologists Specialists who will begin providing SRE mentoring to staff at CMC who are in need of being mentored. |
| **Safety Planning Training** | Develop CAPs for the 19 facilities (CCI, CCWF, CHCF, CIM, CMC, CMF, CSP/Corcoran, CSP/LAC, CSP/Sac, CSP/Solano, CSATF, HDSP, KVSP, MCSP, NKSP, PBSP, RJD, SVSP, and WSP) that were under 90 percent compliance with safety planning completion at MHCB and/or Alternative Housing discharge. | Compliant | 5.15.24 | CMC's compliance for Safety Planning is currently 100%. |
| **IST Sucide Prevention Training for Nursing staff** | Develop CAPs for all facilities that had compliance rates below 90 percent for annual suicide prevention training, and specifically for the eight (8) facilities (CIW, CMC, CMF, CSP/LAC, CSP/Sac, CSATF, HDSP, and SQ) that were below 90-percent compliance for suicide prevention training of medical personnel. | Partially Compliant | | As of March 31, 2024, IST training compliance for nursing staff is 20%. |

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES



# MEMORANDUM

| | |
|---|---|
| **Date:** | July 25, 2024 |
| **To:** | Statewide Suicide Prevention and Response – Focused Improvement Team Committee |
| **From:** | ███████ Ph.D.<br>Senior Psychologist Specialist<br>HQ SPRFIT Coordinator for Region II- Statewide Suicide Prevention Unit |
| **Subject:** | **CALIFORNIA MENS COLONY - HQ SPRFIT COORDINATOR REVIEW** |

On July 17, 2024, I conducted an onsite review of California Men's Colony (CMC's) compliance with statewide suicide prevention and response policies. This report summarizes findings and concludes with corrective action plans and recommendations. The Mental Health Compliance Team (MHCT) Lieutenants, ████████ and ████████ and Regional Nurse Consultant Melissa Fritz, were consulted during the review process.

Should you have any questions or require further clarification, please contact me at (916) ████ or ████████@cdcr.ca.gov

## Institutional Updates

At the time of the visit, CMC staffing included the following staff:

**Psychologists**: 26.6/47 staffed **57% staffed, 54% functionally staffed** (1 on long term leave until 12/2024) *note that 3 telehealth psychology positions are of the 47 that are unfilled.

**Social workers**: 15.75/17 staffed **92% staffed** *note that 2 of those are telehealth social workers in EOP.

**Recreation Therapists**: 22/26 staffed **85% staffed.**

**Staffing by Level of Care**

**CCCMS + EOP Restricted Housing Unit**: 7 out of 12.01 clinicians for a total of **58% staffed.**

**EOP**: 19.5 out of 29.71 clinicians (1 on long term leave) **66% staffed.**

**CCCMS**: 1.75 out of 4.8 clinicians **36% staffed.**

**CTC**: 10.5 out of 11.3 clinicians **93% staffed.**

**CIT**: 2.5 out of 1.08; however, they assist in CTC with tasks as well.

## Section I: Restricted Housing Unit

CMC has one RHU: Building B4.  Intake cells on the first (151, 152, 198, 199) and second floor (254, 255, 256, 257, 295, 296, 297, 298) of the RHU remain under construction since March 2024. The cells will be updated with electricity.

**Second Watch Partnership Huddle**: The partnership huddle was observed.  The sergeant, mental health clinician, and psych tech were in attendance.  Discussion consisted of patients new to the unit, patients who received bad news recently, patients leaving the unit, medication issues, patients in the SRMP program, and patients returning from higher level of care.

**Psychiatric Technician (PT) Rounds:** I observed one psychiatric technician complete RHU rounds. She inquired about suicidal and homicidal ideation, any mental health concerns, medication compliance, sleep and appetite, and observed each cell before moving on. She completed charting in real-time using a laptop on a rolling cart and appeared familiar with the patients.

**Intake Cells:** During the time of the review, CMC has 16 designated intake cells which have been retrofitted to be suicide resistant. All 16 intake cells had "INTAKE CELL" stenciled on the door. Only intake cells on the second floor (254, 255, 257, 296, 297, 298) are being utilized currently due to construction occurring on the first and third floor intake cells. There were two patients located in the second floor intake cells upon the day of my review. Signage was posted on each of the doors noting placement date and expiration date for the 21-day observation.

**Entertainment appliance**: There were two patients on the 72-hour intake status. All patients were appropriately housed in intake cells based on their arrival date. Each occupied intake cell had a sign on the door which noted the patient's arrival date and end date. All possessed an entertainment appliance.

**Welfare Check Completion (Guard One):** During the review, an officer conducted guard one checks. He was observed looking into each cell prior to moving on to the next cell. According to the Guard 1 Security/Welfare Monitoring Report for the month of June 2024, there were 153158 expected checks, 132446 checks were completed timely for a compliance rate of 86.48%. The regional MHCT Lieutenants requested information regarding June's Guard 1 compliance rate. CMC's executive staff submitted a response which was forwarded to HQ DAI staff as identifying potential barriers and remedies moving forward to meet statewide compliance rate of 90% or above.

**RHU Screening (Pre-placement):** RHU Pre-placement screenings were not observed.

A review of On Demand Performance Report indicated that CMC was 95% compliant for completing RHU Pre-placements within required timeframes during April 1, to June 30, 2024.

70.4 RHU PreScreens

**95%**
**(282)**

A review of On Demand Performance Report indicated that CMC was 94% compliant for completing RHU Screening Questionnaires within required timeframes during April 1 to June 30, 2024.

70.1 RHU GP Screens

**94%**
**(32)**

## Section II: Inpatient Units

**Suicide-resistant cells:** CMC has one licensed MHCB consisting of 50 beds. All MHCB cells are retrofitted in compliance with statewide policy. The census in the MHCB was 46 on the day of my visit. Twenty-three patients were admitted to A wing and twenty three patients were admitted to B wing.

**Interdisciplinary Treatment Teams (IDTT):** A total of five IDTTs were observed. Three discharge IDTTs on A side were observed. All required members were in attendance. The primary clinician presented a clinical summary, diagnosis, self-harm history and previous inpatient admissions, treatment planning and treatment progress, safety planning and issue and observation status, and out of cell time offered were discussed.  All members of the team added to the discussion. Two follow up IDTTs were observed on B side. The primary clinician presented a clinical summary, self-harm history, previous inpatient history, treatment goals and progress, safety planning, patient's strengths, triggers and out of cell time offered.

The custody counselor was informative and provided relevant information to the patients and team regarding the specific concerns of each of the patients. All members of the team including the MHCB Supervisors contributed to the discussion and engaged with each of the patients. The primary psychiatrist in each IDTT participated in discussing medication, diagnosis, and treatment progress. Custody officers present in the IDTTs were familiar with the patients, contributed to

the team discussion, and provided information regarding out of cell time and MHCB programing. Overall, the IDTTs were interactive and robust.

**Quality of Safety Planning**: I reviewed the safety plans of fifteen MHCB patients admitted for suicidality and not transferred to a PIP during April through June 2024. The review revealed that all fifteen safety plans were deemed satisfactory. The safety plans included individualized interventions targeted for each patient and addressed the reason for the MHCB admission. This level of compliance for MHCB safety plans was also found in previous reviews.

Fifteen patients who whose MHCB LOC was rescinded during April through June 2024 were also reviewed. The review of the SRASHEs for rescinded patients resulted in one safety plan not completed upon recission from the MHCB LOC. Eight safety plans were deemed adequate and six were deemed inadequate. Several safety plans contained information that was not relevant to the information being asked within the Clinical Impressions/Interventions section of the form. None of the inadequate safety plans were updated during the subsequent 5 Day Follow Up Contacts. Information was provided to the SPRFIT coordinator and mental health leadership.

**Suicide Watch and Suicide Precaution:** There were 46 patients housed in the MHCB at the time of the on-site review. There were no patients on a suicide watch and 20 patients were on suicide precaution status.

A review of the Mental Health Observation Reporting Tool indicated that for the month of April, May and June 2024, CMC was at 96.7%, 97.7%, 96.5% compliance for timely completion of suicide precaution rounds and at 92.8%, 92.7%, 92.2% compliance for timely completion of suicide watch rounds for patients. This metric is monitored monthly by regional nursing staff. CMC's SRN IIs continue to complete weekly drilldowns to address any compliance issues.

| Rounding compliance during April 2024 | | | | |
|---|---|---|---|---|
| All Rounds Completed Timely | Suicide Precaution Rounds Completed Timely | Suicide Watch Rounds Completed Timely | Other Observation Rounds Completed Timely | Suicide Precaution Staggered Rounds |
| 96.2% | 96.7% | 92.8% | N/A | 98.4% |
| **Rounding compliance during May 2024** | | | | |
| All Rounds Completed Timely | Suicide Precaution Rounds Completed Timely | Suicide Watch Rounds Completed Timely | Other Observation Rounds Completed Timely | Suicide Precaution Staggered Rounds |
| 97.3% | 97.7% | 92.7% | N/A | 98.6% |
| **Rounding compliance during June 2024** | | | | |
| All Rounds Completed Timely | Suicide Precaution Rounds Completed Timely | Suicide Watch Rounds Completed Timely | Other Observation Rounds Completed Timely | Suicide Precaution Staggered Rounds |
| 96.3% | 96.5% | 92.2% | N/A | 98.9% |

**Observation and Issue Orders:** Issue orders on the doors were reviewed for patients in the MHCB. Patients had up-to-date orders posted on the door. Tier walks indicated patients had property and clothing in compliance with statewide policy. Documentation was reviewed for ten

patients on partial issue, housed in the MHCB. Four patients were reviewed on A side and six patients were reviewed on B side. The review indicated that there was sufficient clinical justification documented for the observation level and limited issue in all reviewed cases.

Throughout my review of documentation, I did not encounter any occurrences of clinicians using words such as stags, enhanced observation, etc., to describe suicide watch or suicide precaution. I also did not encounter any documentation that contained language in which clinicians used contracting for safety in their documentation.

**Privileges:** A review of the Unit Summary Report for out of cell time for ten MHCB patients (five from A side and five from B side) revealed that patients on A and B side were being offered showers, phone calls and yard on a regular basis..

**Clinical Discharge Follow-Ups:**
A review of the On Demand Performance Report for April 1, 2024 through June 30, 2024, indicated that CMC was 98% compliant for completion of 5 Day Follow Ups. A random review of fifteen series of five day follow up documentation was reviewed. Results revealed



that ten series of discharge follow ups contained all five days, two of the follow ups contained one day that was missed (2nd day in both cases), and in three cases, the patients were either transferred out of the institution or referred to the MHCB.

**MHCB Supervisor Review of Discharging Safety Plans:** A review of the new Inpatient Supervisory Safety Plan Review SharePoint site revealed that the MHCB supervisors have been completing safety plan reviews on the new site since February 2024. The majority of the reviews were completed on the same day the safety plan was completed; however, a few were completed the next day. A detailed comment section is completed within the SharePoint site by the two MHCB supervisors who enter the data. Modifications were noted to be made on three of the 78 Safety Plan entered during the second quarter.

CAT Audit results for Quarter 2 revealed that quality of safety planning to reduce suicide risk was 71% compliant and 81% compliant for quality of selected SRASHE documentation.

## Section III: Alternative Housing

CMC's MH OP 3035, *Mental Health Crisis Bed (MHCB) Alternative Housing* outlines their alternative housing process and specifies a prioritized alternative housing location list. Alternative housing cells are located on the first floor of Facility D, Building 7, low side.  All of the cells are retrofitted to be suicide resistant with approved bunks installed. The OP indicates that cells 7102 and 7103 were previously used as seclusion rooms and are not available for general use for alternative housing patients.

During the second quarter of 2024, there were 223 referrals to MHCB. Of the 223 patients referred, 105 patient's level of care were rescinded, and 118 patients were admitted to the MHCB. A review of On Demand Performance Report indicated CMC was 100% compliant for timely transfers to the MHCB.



## Section IV: Suicide Risk Management Program (SRMP)

At the time of this review, On Demand report noted 86 patients were included in the program which includes 45 that are currently in the program and 41 categorized as being placed in the program. Three patients met criteria but were not included in the SRMP program. Two of the three patients met the criteria for three or more MHCB admissions and were discharged from the MHCB in the last week. One returned from PIP within last week as well.

I reviewed the SRMP section of the Master Treatment Plan for five patients. One was erroneously described as not being in the program. This information was provided to the institutional SPRFIT and mental health leadership. Three of the remaining four patient's Master Treatment Plans had appropriate goals and interventions listed.

CMC currently has six weekly SRMP groups available with approximately 40+ patients enrolled in the groups. These include DBT groups and trauma recovery groups. The EOP mainline and restricted housing patients who are in the SRMP receive extra contacts and/or CBT treatment. SRMP treatment plans are reviewed regularly by a designated psychologist.

CMC's MH OP 10-0016 *Suicide Risk Management Program* is consistent with most recent SRMP policy and procedures.

## Section V: Discharge Custody Checks

CMC is completing monthly audits of Discharge Custody Checks (MH-7497s) as required by statewide policy. Data indicates compliance in April-94%, May-90%, June-90%. Areas with low compliance have been the Custody Supervisor Review, 30 Minute Checks, and Section II. CMC has focused on improvements for this metric. A new 7497 process was developed which has resulted in increased compliance since implementation.

EXHIBIT H-034

## Custody Inpatient Discharge Checks Audit June 2024

| | MEASUREMENT AREA | # Pass | # Fail | # Total | % Compliance |
|---|---|---|---|---|---|
| 1 | Section I Complete | 24 | 1 | 25 | 93% |
| 2 | Section II Complete | 31 | 3 | 34 | 81% |
| 3 | Checks Discontinued After At Least 24 Hours | 24 | 0 | 24 | 100% |
| 4 | Checks Discontinued After No More Than 72 Hours | 1 | 0 | 1 | 100% |
| 5 | Section III Complete | 25 | 0 | 25 | 100% |
| 6 | 1st Entry Upon Arrival to Unit Complete | 21 | 4 | 25 | 93% |
| 7 | 30-Minute Checks | 20 | 5 | 25 | 89% |
| 8 | Custody Supervisor Review | 18 | 7 | 25 | 72% |
| | Overall Compliance for All Audit Elements | 164 | 20 | 184 | 90.0% |

## Section VI: Local SPRFIT Committee

SPRFIT minutes are being uploaded to the new SharePoint site timely. A review of the last three month's committee minutes was reviewed indicating quorum was met. Quorum was met at all meetings during the audit period. Members from all disciplines participate during the committee meeting's discussion and assist with problem-solving when appropriate. Discussion of system surveillance included topics such as suicide prevention training, SRMP patients, audits, assigned CAPs, and areas with identified needs for improvement. Meeting minutes are comprehensive and action oriented.

CMC's SPRFIT Coordinator and/or designee attended Inmate Advisory Council (IAC) meeting on June 13, 2024. The Inmate Family Council (IFC) meeting is scheduled for July 26, 2024. SPRFIT Coordinator or designee plan to attend.

CMC's OP 10-0006 *Suicide Reduction and Response* is consistent with the current statewide policy. OP 3053 MH *Access for Inmate Patients Receiving Bad News* is consistent with the current statewide memorandum.

## CMC Suicide Prevention Activities

CMC hosted a Suicide and Support Summit on June 28, 2024, for approximately 220 incarcerated persons from all yards (GP, CCCMS, and EOP) which was led by an incarcerated person. An ISUDT incarcerated person opened the event which consisted of presentations from the ISUDT Program Director, the Chief of Mental Health and CMCs SPRFIT Coordinators. A personalized video from ex-Raider coach, John Gruden, was also presented to the event attendees.

As a result of the overwhelming positive feedback and response received from the attendees during the summit, CMC scheduled to have their 1st Annual Suicide Awareness/Prevention Event for two days in September which will take place on all four yards. Activities will include a unified

walk of support, sporting events, music and mental health tables to provide education. A fundraiser led by a CMC incarcerated person who founded the program, 1Life, after he lost his brother to suicide will also be held. Food trucks have been approved to operate on all four yards with proceeds going to two organizations who work with high-risk youth.

## Section VII: Urgent and Emergent Referrals for Danger to Self

A review of the Suicide Risk Evaluation and Timely MH Referrals indicators in On Demand indicated the below compliance rates for referrals in which "self-harm/suicidal bx or ideation/DTS" was selected as the reason for referrals. During the second quarter of 2024, CMC was 98% compliant for completion of SRASHEs for Emergent Consult orders and 100% compliant for Urgent Consult orders.

|  | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 1220 | 1.3 | 96% |
| SRE after Em.Consult (except PIP) for Suicidality | 173 | 1.0 | 98% |
| SRE after Ur.Consult (except PIP) for Suicidality | 9 | 0.0 | 100% |

Emergent and Urgent MHPC Consults seen timely during the second quarter of 2024 indicated a compliance of 94% for both measures.

|  | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Timely MH Referrals (v2.0) | 1068 | 1.7 | 93% |
| Emergent MHMD Consult | 2 | 8.5 | 0% |
| Emergent MHPC Consult | 240 | 2.6 | 94% |
| MHPC PREA Consult Urgent | 11 | 0.0 | 100% |
| Routine MHMD Consult | 149 | 0.9 | 96% |
| Routine MHPC Consult (no PSU) | 424 | 1.4 | 93% |
| Urgent MHMD Consult | 6 | 7.0 | 50% |
| Urgent MHPC Consult | 236 | 1.8 | 94% |

With regard to the Emergent MHMD consults, three of six Urgent MHMD consults were deemed delinquent however, in all three cases, the patients were seen timely by the MHMD.

## Section VIII: Suicide Risk Evaluations

A review of the On Demand Performance Report for the second quarter of 2024 indicated that CMC had a compliance rate of 96% for completion of required suicide risk evaluations.

**20.1 Suicide Risk Evaluation**

96%
(1,220) ↔ ●●●●●●●●●●●●●●●

EXHIBIT H-036

A review of On Demand indicated below the compliance numbers for completion of required SRASHEs for the second quarter of 2024:

| | Measurements | Time Overdue | Compliance |
|---|---|---|---|
| Suicide Risk Evaluation | 1220 | 1.3 | 96% |
| SRE after Em.Consult (except PIP) for Suicidality | 173 | 1.0 | 98% |
| SRE after Ro.Consult (execpt PIP) for Suicidality | 1 | 0.0 | 100% |
| SRE after Ur.Consult (except PIP) for Suicidality | 9 | 0.0 | 100% |
| SRE at MHCB Clinical Discharge  (admitted for a | 278 | 4.8 | 87% |
| SRE at MHCB referral | 171 | 0.1 | 99% |
| SRE prior to clinical discharge from PIP. | 1 | 0.0 | 0% |
| SRE upon arrival from Acute/ICF | 10 | 0.0 | 100% |
| SREs after rescinded MHCB referral | 195 | 0.1 | 98% |
| SREs following MHCB Discharge (admitted for suicid | 382 | 0.1 | 99% |

CMC was 98% compliant for completion of a SRASHE for 148/151 patients whose MHCB LOC was rescinded during the second quarter. This number includes those patients that require follow up SRASHEs complete every 90 days for a year after a MHCB recission as well as patients initial SRASHE upon recission. All three delinquent cases noted on OnDemand Performance Report were for 90 Day Follow Up SRASHE orders.  A review of fifteen MHCB recission SRASHEs revealed that 14/15 SRASHEs contained adequate clinical justification for the recission.

## Section IX: Emergency Response

**Cut Down Kits:** The MHCT Lieutenants most recent review of the cutdown kits in the housing units and the RHU indicated a compliance of 100%.

**Suicide Case Review Quality Improvement Plan (QIP) Follow Up**

Two suicides occurred at CMC in 2023 and one in 2024. As a result of the reviews, the suicides generated eight Quality Improvement Plans (QIPs) for CMC's mental health team. Additionally, a suicide which occurred at another institution resulted in two QIPs for CMC as noted below.

| Problem | Quality Improvement Plan | Current Status |
|---|---|---|
| QIPS generated from the suicide on September 23, 2023 | | |

| | | |
|---|---|---|
| 1. In 2023, there were approximately eight MH Safety Plans completed as a result of discharges from MHCB, or recissions of MHCB discharges. Upon review of these plans multiple concerns were identified with the quality of these safety plans | **CMC** will review the concerns identified and complete an audit of 10 MH Safety Plans completed by the identified clinicians, utilizing the CAT 14 audit criteria, over the last two months. Based on results of this audit, the CMHs or designees shall determine best course of action to address these concerns. | The current review revealed that the review of the rescinded SRASHEs resulted in one of fifteen safety plans not completed upon recission from the MHCB LOC. Eight safety plans were deemed adequate and six were deemed not adequate. |
| 2. Multiple concerns were identified with the review of MH Safety Plan during the 5-day follow-up contacts after a return from the MHCB or recission from a MHCB referral. These concerns included not adequately updating the MH Safety Plan when it was clinically indicated and not reviewing the MH Safety Plan with the patient. | **The CMH or designee at CMC shall** review this concern and provide training to the identified clinicians regarding the expectations of documentation review and modification, as outlined in the MH Safety Planning policy.<br><br>Additionally, audits of documentation completed by these clinicians, after training has been provided shall be completed to ensure training was effective | A random review of fifteen series of five day follow up documentation was reviewed. Results revealed that 14/15 follow up documentation contained completed safety plans. However, Inadequate safety plans were not updated during any of the 5 Day Follow Up contacts. Previous training was provided on 12.21.2023 to program supervisors via email to discuss with their staff in their in-person program staff meetings. It appears this continues to be an issue for safety plans of patients rescinded from the MHCB LOC. |
| 3. Multiple concerns were identified with the decision to not refer the patient to a PIP level of care throughout 2023. | **CMC** will review this concern and determine a best course of action. | CMH met with members of the treatment team. CMC staff discussed consultation with the IPC in cases when the patient has 3 or more MHCB admissions and the decision not to refer to Acute or ICF was made. |
| 4. There was a concern related to the documentation regarding provision of treatment during the patient's MHCB stay on August 18, 2023. Specifically, the documented treatment modification was that the patient would be provided with Dialectical Behavior Therapy (DBT), however the inpatient progress notes do not reflect that DBT was ever provided during his MHCB stay. | **The CMH or designee at CMC** shall determine the best course of action and provide training to the identified clinician regarding consistency between documentation and treatment provided | The CMH reviewed the patient's chart with identified clinician, including 2 Master Treatment Plans and progress notes. CMH provided training on 1.2.2024 regarding specific treatment modalities recommended in the Higher Level of Care section of the MH Master Treatment Plan. |
| 5. There were concerns related to the justification of issue and observation during the patient's MHCB stay on August 18, 2023. | **The CMH or designee at CMC** will review a sample of five MHCB patient progress notes completed by the identified clinician to determine if this was an isolated incident or ongoing concern and determine best course of action. At minimum, training should be provided regarding identified suicide risk and decisions related to issue/observation. | This review revealed that issue and observation justification in the patient's charts were found to be adequate in all cases. |

| | | |
|---|---|---|
| 6. There were concerns with the RVR Mental Health Assessment that was completed on September 19, 2023. | The **CMH or designee at CMC** will review a sample of five RVR Mental health Assessments completed by the identified clinician to determine if this was an isolated incident or ongoing pattern and determine best course of action. At minimum, training should be provided regarding the items outlined in this concern, and the expectations outlined in the MH RVR Training. | Training was provided on 12.21.2023 to program supervisors via email to discuss with their staff in their in person program staff meetings. |
| **QIPS generated from the suicide on December 26, 2023** | | |
| 2. Patient's level of care was lowered from EOP to CCCMS on May 10, 2023, and the Master Treatment Plan does not adequately support this decision. | The CMH and Chief Psychologist determined that over the next 6 months, the clinician's Master Treatment Plans resulting in a lower level of care change will be reviewed by a senior psychologist specialist to ensure that consistency of clinical documentation appropriately justifies level of care change. | Not assessed in this review. |
| 3. Patient's level of care was lowered from EOP to CCCMS on May 10, 2023, and after his MHPC initial assessment, he was not seen again for a routine MHPC contact for the final six months of his life. While this is in accordance with CMC's triage plan dated May 5, 2023, it is not in compliance with program guide timelines. | The **CMH or designee at CMC** reviewed the local triage plan in light of the identified problems and will continue to review and revise as needed. | Not assessed in this review. |
| **QIPS generated from the suicide on February 7, 2024** | | |
| 3. According to the MHSDS Program Guide 2009 Revision, 12-3-8, for CCCMS patients, "The PC completes a clinical intake assessment within ten working days of referral/arrival." In Mr. ▮▮▮▮ case, the time between his arrival to CMC (November 6, 2023) to the time of the MHPC Initial Assessment (November 29, 2023) was 17 working days. | The **Chief of Mental Health or designee** shall review their current triage plan to ensure no changes are required as it relates to these deficiencies. | CMC continues to have staffing shortages and has established a triage treatment hierarchy. |
| 4. The Initial IDTT was completed on December 7, 2023, which was outside program guidelines. According to the MHSDS Program Guide 2009 Revision, 12-3-10, "The individualized treatment plan must be completed within 14 working days of referral/arrival by the PC in consultation with the other IDTT members." ▮▮▮▮ Initial IDTT occurred 23 working days after his arrival to CMC from WSP-RC. Further, only the MHPC and a psychiatrist, along with ▮▮▮▮, were present at | The **Chief of Mental Health or designee** shall review their current triage plan to ensure no changes are required as it relates to these deficiencies. | CMC continues to have staffing shortages and has established a triage treatment hierarchy. During the second quarter, On Demand Performance Report indicated CMC was 33% compliant with IDTT Required Staffing. |

| | | |
|---|---|---|
| the IDTT; there was no correctional counselor present. According to the MHSDS Program Guide 2009 Revision, 12-3-9, "The IDTT is composed of, at minimum: assigned Primary Clinician, assigned Psychiatrist, Correctional Counselor. | | |
| **5.** On February 7, 2024, CIT was activated for danger-to-others. It is unclear why a SRASHE was not completed based on the MHPC's documentation that ▮▮▮▮▮▮ presented with imminent warning signs of anger and hopelessness, was observed engaged in self-harming behavior (i.e., punched a window), reported bad news from home (i.e., death in the family) and significant stressor of potential life in prison for a pending case, and appeared to necessitate a follow-up appointment the next day. During the on-site review, the MHPC who participated in the CIT provided additional information regarding protective factors and justification of her clinical rationale. However, this information was not documented in the CIT PowerForm or associated note. | **The Chief of Mental Health or designee** shall review this concern and identify the best course of action. | A random review of fifteen SRASHEs was reviewed for patients rescinded from the MHCB LOC during Q2. Results revealed that 14/15 contained completed safety plans. 8 safety plans were deemed adequate and six were deemed inadequate. MH Leadership reported a specialist will conduct a refresher safety planning training with each mental health program during a down time training in August 2024. |
| **QIPs generated from a suicide that occurred on April 28, 2024** | | |
| 1. Patient was admitted to the PIP for DTS in 2021. Once he transferred to CMC and was taken to IDTT on December 26, 2023, he was not placed in the SRMP. Per the Suicide Risk Management Program policy 12.07.701; "…IDTT.. shall place patients in the program if… they are discharged from a PIP if the admission criteria was DTS…" | **The CMH or designees** shall review this concern and complete an audit of the patients at their institutions who met criteria for the SRMP, in the last 90 days, and assess if they were placed appropriately. Based on the results of this audit, the CMHs shall determine best course of action. | CMC is in the process of training two specialists to monitor the SRMP program. |
| 2. , a Safety Plan was completed on December 16, 2023. Although the accompanying SRASHE identified environmental factors (segregation), as a stressor, the environmental stressors section in the Safety Plan was checked as "no" thus not considered. During both clinical contacts, the patient reported significant clinical distress related to placement in a segregated setting. Subsequently, the safety plan then pulled forward into all five days of the 5-day follow-up contacts without change. Per the Safety Planning policy 12.07.901; "the safety plan must address. environmental or personal safety concerns that may elevate suicide risk." Additionally, "following | **The CMHs or designees** shall review this concern and provide refresher Safety Plan trainings to their clinical staff. One component of these refresher trainings should include the concerns identified in this case. | A random review of fifteen series of five day follow up documentation was reviewed. Results revealed that 14/15 follow up documentation contained completed safety plans. However, Inadequate safety plans were not updated during any of the 5 Day Follow Up contacts. MH Leadership reported a specialist will conduct a refresher safety planning training with each mental health program during a down time training in August 2024. |

| the discharge of a patient from an inpatient setting, the 5-Day Follow-Up procedure must be followed.. the clinician must review the safety plan with the patient and determine if any updates are warranted based upon the patient's clinical presentation and current physical environment." | | |
|---|---|---|

## Section X: Training and Mentoring Compliance

Review of the Coleman Court Mandated Trainings SharePoint for June 2024, as well as information obtained from CMC, indicated the following compliance rates:

- Suicide Prevention and SRASHE Core Competency Building: 100%
- Safety Planning Intervention: 100%
- SRE Mentoring: 46%
- Suicide Risk Management Program: 97%
- CSSRS: 100%
- Prohibition of safety contracts: 99%
- Annual IST Suicide Prevention (as of March 31, 2024):
  - Custody: 60%
  - Mental Health: 37%
  - Nursing: 33%
  - CPR Training
  - Custody: 100%
  - Nursing: 100%

CMC has developed a new plan to address the low SRE Mentoring training compliance. A new Mentorship Team has been established, consisting of three Senior Psychologist Specialists who will begin providing SRE mentoring to staff at CMC who require mentoring.  Progress will be reported monthly in SPRFIT.

**Annual IST Suicide Prevention Training - Observation:** The annual IST suicide prevention training was not observed.

## Section XI: Receiving and Release (R&R) Screening

I was unable to observe intake screens due to the screenings being completed prior to my arrival in R&R.  Suicide Prevention posters were hung in the nurse's intake office and in direct sight of the inmate's view.  CMC's internal review indicated 100% compliance of the R&R Screening Audit.

## Section XII: Reception Center Processing

CMC does not have a Reception Center.

## Section XIII: Crisis Intervention Team (CIT)

No CIT calls were observed during this visit.

CMC currently has three designated CIT staff who cover Monday through Wednesday, 8am to 9pm, Thursday through Saturday and 8am to 4pm, and Sunday 8am to 4pm.

## Section XIV: Corrective Action Plans (CAPs) Generated by a Site Review Conducted by Lindsay Hayes

See Appendix A: CMC's current status of CAPs generated by Lindsay Hayes Site Review on October 10-11, 2023, which were noted in Lindsay Hayes' March 2024 Report.

**Below are the current open CMC CAPs generated by previous HQ SPRFIT Coordinator Site Reviews**

| Current HQ CAPs from 2023/2024 | Progress |
|---|---|
| 1. Custody staff to create a plan to ensure the 30-minute checks and supervisor review are being completed timely on the 7497 forms. | **Open-** Q2 data indicated an overall compliance of: April (94%), May (90%), June (90%). A work group was created in March 24 and has met several times and had another meeting on June 11, 2024. Compliance has been improving. |
| 2. CMC shall develop a corrective action plan to ensure that SRE Mentoring is within compliance. | **Open-** CMC has developed a plan to address the low SRE Mentoring training compliance. Due to the new SRASHE coming out at any time, which means the training will change, CMC has delayed training until the new criteria has been released. In the meantime, a new mentorship team has been established, consisting of three Senior Psychologists Specialists who will begin providing SRE mentoring to staff at CMC who are in need of being mentored. |

## Section XV: Assignment of Corrective Action Plans and Recommendations

CONCLUSION

As a result of this review, no additional CAPs are being assigned.

Focus should remain on the two previously assigned HQ CAPs (7497 audit and SRE Mentoring compliance), the seven most recent Hayes' CAPs (Appendix A) as well as maintaining compliance on the previously identified closed HQ SPRFIT Coordinator Site Review CAPS.

**Please ensure all assigned SPRFIT CAPs are updated on the Improvement Priorities List and Project Pipeline. All SPRFIT CAPs should be listed as an Issue and monthly audit data indicated in the Comment section each month on the Improvement Priorities List and Project Pipeline. The project pipeline is to be uploaded to the SharePoint site monthly.**

Should you have any questions or require further clarification, please feel free to contact me at ▮▮▮▮▮▮▮▮@cdcr.ca.gov.



**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

## Appendix A: CMC's Status Regarding CAPs Listed in Lindsay Hayes' March 2024 Report

| Focus of Remediation | Hayes Requested CAPs | Status | Date of Completion | Justification for Status |
|---|---|---|---|---|
| | **Appendix A:** CMC's Status Regarding Specific CAPs Listed in Lindsay Hayes' March 2024 Report | | | |
| **Intake Screening** | Develop CAPs for the eight facilities (CCI, CHCF, CIM, CIW, CMC, SQ, SVSP, and WSP) referenced above related to the intake screening process. | Compliant | 5.15.24 | There were no issues with the intake screening process the previous review. During the recent review (7.17.24) no intake screens were observed. April-June compliance of nursing audits revealed 100% compliance each month. |
| **Intake Cells** | Develop CAPs at CIM, CMC, KVSP, CSP/LAC, RJD, SVSP, and WSP to ensure that newly-arrived administrative segregation IPs assigned to single cells are placed in suicide-resistant new intake cells for the first 72 hours of administrative segregation confinement. IPs on new intake status should never be placed in an "overflow" administrative segregation unit unless that unit has designated new intake cells. | Compliant | 5.15.24 | During the recent Q2 review, all new intakes in RHU were housed in new intake cells for the first 72 hours. |
| **Nursing Observations** | Develop CAPs for the eight (8) facilities (CIM, CMC, MCSP, COR, NKSP, KVSP, CSP/LAC, and SVSP) that fell below 90 percent compliance with both Suicide Precaution and Suicide Watch observation for MHCB patients, although all CDCR facilities are required to be at 100 percent compliance. | Compliant | | A review of the Mental Health Observation Reporting Tool indicated that for the month of April, May and June 2024, CMC was at 97%, 98%, 97% compliance for timely completion of suicide precaution rounds and at 93%, 93%, 92% compliance for timely completion of suicide watch rounds for patients. |
| **Emergent/Urgent Referrals** | Develop CAPs for the six facilities (CMC, CHCF, CSATF, NKSP, CSP/Solano, and RJD) that were under 90 percent compliance for completion of SRASHEs for emergent/urgent mental health referrals involving SI and SIB, although all CDCR facilities are required to be at 100 percent compliance. | Compliant | 7.17.24 | A review of OnDemand Preformance Report indicated CMC was 98% compliant for Emergent Consults and 100% for Urgent Consults for DTS. |

| | | | | |
|---|---|---|---|---|
| **SRE Mentoring** | Develop CAPs for the ten facilities (CCI, CCWF, CHCF, CMC, CMF, CSP/Corcoran, CSATF, CSP/LAC, CSP/Solano, and PBSP) that had completion rates under 90 percent for both the SRE mentoring program and annual or biennial SRE Mentoring Booster training as applicable. | Non Compliant | | CMC's compliance for SRE Mentoring is currently 46%. CMC has developed a plan to address the low SRE Mentoring training compliance. Due to the new SRASHE coming out at any time, CMC has delayed training until the new criteria has been released.  In the meantime, a new mentorship team has been established, consisting of three Senior Psychologists Specialists who will begin providing SRE mentoring to staff at CMC who are in need of being mentored. |
| **Safety Planning Training** | Develop CAPs for the 19 facilities (CCI, CCWF, CHCF, CIM, CMC, CMF, CSP/Corcoran, CSP/LAC, CSP/Sac, CSP/Solano, CSATF, HDSP, KVSP, MCSP, NKSP, PBSP, RJD, SVSP, and WSP) that were under 90 percent compliance with safety planning completion at MHCB and/or Alternative Housing discharge. | Compliant | 7.17.24 | CMC's compliance for rcompleted safety plans for recissions was 93% and 100% for MHCB Discharges. |
| **IST Sucide Prevention Training for Nursing staff** | Develop CAPs for all facilities that had compliance rates below 90 percent for annual suicide prevention training, and specifically for the eight (8) facilities (CIW, CMC, CMF, CSP/LAC, CSP/Sac, CSATF, HDSP, and SQ) that were below 90-percent compliance for suicide prevention training of medical personnel. | Partially Compliant | | As of June 30, 2024, IST training compliance for nursing staff is 33%. |