ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6648
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZALES,
SBN 321994
MOLLIE LEVY, SBN 333744
SAMANTHA M. BACON, SBN 351561
  425 Market Street, 26th Floor
  San Francisco, CA 94105
  Telephone: (415) 777-3200
  E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**DEFENDANTS' MONTHLY MENTAL HEALTH STAFFING VACANCY REPORT** |

On or before the last court day of each month, Defendants are required to file a monthly staffing vacancy report identifying vacancy rates at each CDCR institution and in the aggregate systemwide for the preceding month for all psychiatrist, psychologist, clinical social worker, recreational therapist, and medical assistant classifications, including a separate chart of the fines accumulated for that month and a total of fines accumulated to date. (ECF Nos. 5786 at 4; 5886 at 3; 7504 at 6; 7704 at 2; 7742 at 5–7; 7766 at 1–2; 7742 at 6; and 8116 at 2.)

Consistent with the foregoing orders, attached is a letter from the California Correctional Health Care Services submitting the following reports for CDCR's Division of Health Care

1  Services Systemwide Mental Health Program Allocated and Filled Mental Health Staffing

2  Positions for November 2024: the psychiatry, psychology, social worker, recreational therapist,

3  and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan

4  (Exhibit A); the psychiatry, psychology, social worker, recreational therapist, and medical

5  assistant vacancy reports for positions allocated under the Psychiatric Inpatient Program Staffing

6  Plan (Exhibit B); the statewide totals for all reported positions (Exhibit C); a separate chart of the

7  fines accumulated for November 2024 calculated under the January 23, 2024 order (ECF

8  No. 8116 at 2) (Exhibit D); and a separate chart of the Psychiatric Inpatient Program fines

9  accumulated for November 2024 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3)

10  (Exhibit E).[1]

11  Dated:  December 31, 2024                    Respectfully submitted,

12                                              ROB BONTA
                                               Attorney General of California
13                                              DAMON G. MCCLAIN
                                               Supervising Deputy Attorney General
14

15

16                                              */s/ Elise Owens Thorn*
                                               ELISE OWENS THORN
17                                              Deputy Attorney General
                                               *Attorneys for Defendants*
18

19                                              HANSON BRIDGETT LLP

20                                              */s/ Paul B. Mello*
                                               PAUL B. MELLO
21                                              SAMANTHA D. WOLFF
                                               DAVID C. CASARRUBIAS
22                                              *Attorneys for Defendants*

23  CF1997CS0003
   38660824.docx

24

25

26

27  _____

   [1] The Court's June 28, 2024 order mistakenly identifies the average monthly salary for a
   Supervising Psychiatric Social Worker I as $9,4929.00. (ECF No. 8301 at 2.) The attached
   Exhibit E correctly identifies the average monthly salary for a Supervising Psychiatric Social
28  Worker I as $9,429 and calculates the relevant fine using this corrected number.

2

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNO

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



December 31, 2024

Damon McClain, Esq.
Christian Georgely, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL
        HEALTH PROGRAM ALLOCATED AND FILLED STAFFING POSITIONS

Dear Mr. McClain and Mr. Georgely:

        The California Department of Corrections and Rehabilitation (CDCR) hereby submits
monthly reports identifying CDCR's Division of Health Care Services Systemwide Mental
Health Program Allocated and Filled Mental Health Staffing Positions identifying the mental
health staff vacancy rates at each CDCR institution and systemwide for November 2024.

        In accordance with the Court's February 14, 2018 order, the psychiatry vacancy reports
contain the same data as the Correctional Health Care Services Mental Health Institution
Vacancies: Summary by Institution by Classification. Those reports also include the staffing
allocation and fill rates for Chief Psychiatrists and Senior Psychiatrist Supervisor positions as
required under the March 18, 2022 order (ECF No. 7504 at 6), data from the monthly
telepsychiatry report, as well as a separate column showing the number of psychiatric nurse
practitioners working at each institution and systemwide, and the fill rate including psychiatric
nurse practitioners.

        Also, in accordance with the Court's February 15 and August 22, 2018 orders (ECF Nos.
5786 at 4, 5886 at 3), and January 18, February 10, February 28, and March 17, 2023 orders
(ECF Nos. 7504 at 6, 7704 at 2, 7742 at 5–7, and 7766 at 1–2), the attached reports include the
psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy
reports for positions allocated under the 2009 Staffing Plan (Exhibit A), the psychiatry,
psychology, social worker, recreational therapist, and medical assistant vacancy reports for
positions allocated under the Psychiatric Inpatient Program (PIP) Staffing Plan (Exhibit B), the
statewide totals for all the positions (Exhibit C), a separate chart of the fines accumulated for
November 2024 calculated under the January 23, 2024 order (ECF No. 8116 at 2) (Exhibit D),
and a separate chart of the Psychiatric Inpatient Program fines accumulated for November 2024
calculated under the June 28, 2024 order (ECF No. 8301 at 2–3) (Exhibit E).

Sincerely,

*/s/ Jasinda Muhammad*
JASINDA MUHAMMAD
Deputy Director, Human Resources
California Correctional Health Care Services

# Exhibit A

Division of Health Care Services
Statewide Mental Health Program
Allocated and Filled Psychiatry Positions - November 2024

| Sites | Allocated November 2024[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[6] | Line Staff Total %[5] | Total | Total % |
| ASP | 1.00 | 0.00 | 4.50 | 0.00 | 5.50 | 0.00 | 0% | 0.00 | - | 0.00 | 4.75 | 0.00 | 0.00 | 4.75 | 106% | 4.75 | 86% |
| CAL | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.44 | 0.00 | 0.44 | 88% | 0.44 | 88% |
| CCI | 1.00 | 0.00 | 3.00 | 0.00 | 4.00 | 0.00 | 0% | 0.00 | - | 1.00 | 1.73 | 0.00 | 0.00 | 2.73 | 91% | 2.73 | 68% |
| CCWF | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 4.00 | 1.64 | 4.00 | 0.00 | 9.64 | 101% | 9.64 | 92% |
| CEN | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 200% | 1.00 | 200% |
| CHCF | 1.00 | 2.00 | 12.50 | 9.00 | 24.50 | 1.00 | 100% | 0.00 | 0% | 5.00 | 7.02 | 5.50 | 1.00 | 18.52 | 86% | 19.52 | 80% |
| CIM | 1.00 | 0.00 | 7.50 | 2.00 | 10.50 | 1.00 | 100% | 0.00 | - | 2.00 | 2.65 | 2.00 | 0.00 | 6.65 | 70% | 7.65 | 73% |
| CIW | 1.00 | 0.00 | 6.90 | 0.00 | 7.90 | 1.00 | 100% | 0.00 | - | 3.00 | 3.52 | 0.00 | 0.00 | 6.52 | 94% | 7.52 | 95% |
| CMC | 1.00 | 1.00 | 15.50 | 2.50 | 20.00 | 1.00 | 100% | 1.00 | 100% | 6.00 | 5.87 | 2.50 | 0.00 | 14.37 | 80% | 16.37 | 82% |
| CMF | 1.00 | 1.00 | 9.30 | 6.00 | 17.30 | 1.00 | 100% | 0.00 | 0% | 2.00 | 6.22 | 6.24 | 0.75 | 15.21 | 99% | 16.21 | 94% |
| COR | 1.00 | 1.00 | 5.50 | 4.50 | 12.00 | 0.00 | 0% | 1.00 | 100% | 1.00 | 3.64 | 4.50 | 0.00 | 9.14 | 91% | 10.14 | 85% |
| CRC | 1.00 | 0.00 | 4.50 | 0.00 | 5.50 | 1.00 | 100% | 0.00 | - | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 111% | 6.00 | 109% |
| CTF | 1.00 | 0.00 | 2.50 | 0.00 | 3.50 | 1.00 | 100% | 0.00 | - | 1.00 | 1.81 | 0.00 | 0.00 | 2.81 | 112% | 3.81 | 109% |
| FSP | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 1.00 | 100% | 0.00 | - | 3.50 | 0.00 | 0.00 | 0.00 | 3.50 | 350% | 4.50 | 225% |
| HDSP | 1.00 | 0.00 | 1.00 | 5.50 | 7.50 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 5.29 | 0.00 | 5.29 | 81% | 6.29 | 84% |
| ISP | 1.00 | 0.00 | 0.00 | 0.50 | 0.50 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.44 | 0.00 | 0.44 | 88% | 0.44 | 88% |
| KVSP | 1.00 | 1.00 | 5.00 | 5.00 | 12.00 | 1.00 | 100% | 0.00 | 0% | 1.00 | 1.25 | 3.00 | 1.82 | 7.07 | 71% | 8.07 | 67% |
| LAC | 1.00 | 1.00 | 12.50 | 1.00 | 15.50 | 1.00 | 100% | 0.00 | 0% | 6.00 | 4.94 | 1.00 | 0.00 | 11.94 | 88% | 12.94 | 83% |
| MCSP | 1.00 | 1.00 | 9.00 | 6.50 | 17.50 | 1.00 | 100% | 1.00 | 100% | 3.50 | 3.83 | 6.00 | 0.00 | 13.33 | 86% | 15.33 | 88% |
| NKSP | 1.00 | 0.00 | 5.50 | 4.00 | 10.50 | 0.00 | 0% | 0.00 | - | 0.00 | 4.60 | 4.91 | 0.00 | 9.51 | 100% | 9.51 | 91% |
| PBSP | 1.00 | 0.00 | 2.00 | 3.00 | 6.00 | 0.00 | 0% | 0.00 | - | 0.00 | 0.00 | 5.53 | 0.00 | 5.53 | 111% | 5.53 | 92% |
| PVSP | 1.00 | 0.00 | 2.50 | 1.00 | 4.50 | 1.00 | 100% | 0.00 | - | 0.00 | 1.04 | 1.00 | 0.00 | 3.04 | 87% | 4.04 | 90% |
| RJD | 1.00 | 1.00 | 14.50 | 2.00 | 18.50 | 1.00 | 100% | 1.00 | 100% | 6.50 | 6.23 | 2.00 | 0.00 | 14.73 | 89% | 16.73 | 90% |
| SAC | 1.00 | 1.00 | 13.50 | 0.00 | 15.50 | 1.00 | 100% | 1.00 | 100% | 12.75 | 2.39 | 0.00 | 0.00 | 15.14 | 112% | 17.14 | 111% |
| SATF | 1.00 | 1.00 | 4.50 | 12.00 | 18.50 | 1.00 | 100% | 0.00 | 0% | 1.00 | 1.10 | 12.44 | 0.00 | 14.54 | 88% | 15.54 | 84% |
| SCC | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 1.00 | 100% | 0.00 | - | 0.00 | 0.00 | 0.00 | 1.36 | 1.36 | 136% | 2.36 | 118% |
| SOL | 1.00 | 0.00 | 3.50 | 0.00 | 4.50 | 1.00 | 100% | 0.00 | - | 3.00 | 0.77 | 0.00 | 0.00 | 3.77 | 108% | 4.77 | 106% |
| SQ | 1.00 | 0.00 | 7.80 | 0.00 | 8.80 | 1.00 | 100% | 1.00 | - | 8.50 | 1.11 | 0.00 | 0.00 | 9.61 | 123% | 11.61 | 132% |
| SVSP | 1.00 | 1.00 | 2.90 | 5.00 | 9.90 | 1.00 | 100% | 0.00 | 0% | 0.00 | 3.00 | 5.24 | 0.00 | 8.24 | 104% | 9.24 | 93% |
| VSP | 1.00 | 0.00 | 1.00 | 6.00 | 8.00 | 0.00 | 0% | 0.00 | - | 0.00 | 1.18 | 6.00 | 0.00 | 7.18 | 103% | 7.18 | 90% |
| WSP | 1.00 | 1.00 | 9.00 | 4.00 | 15.00 | 1.00 | 100% | 0.00 | 0% | 2.50 | 6.99 | 4.00 | 0.00 | 13.49 | 104% | 14.49 | 97% |
| Telepsych[6] | 2.00 | 8.00 | 0.00 | 0.00 | 10.00 | 2.00 | 100% | 7.00 | 88% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 9.00 | 90% |
| NTTM[7] | 0.00 | 0.00 | 0.00 | 12.00 | 12.00 | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 9.32 | 0.00 | 9.32 | 78% | 9.32 | 78% |
| TOTAL | 30.00 | 21.00 | 173.90 | 96.00 | 320.90 | 23.00 | 77% | 13.00 | 62% | 80.25 | 77.28 | 91.34 | 4.93 | 253.80 | 94% | 289.80 | 90% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2024)

4 Source: November 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

6 Telepsych row displays the number of chiefs and seniors in telepsychiatry and are not assigned to specific institutions.

7 NTTM- Nighttime Telepsych Shift- Took 0.5 from all institutions.

**Division of Health Care Services**
**Statewide Mental Health Program**
**Allocated and Filled Psychology Positions - November 2024**

| | Allocated November 2024[1] | | | | | | Filled | | | | | | | | | | | | |
| Sites | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 2.00 | 1.00 | 2.00 | 9.00 | 1.00 | 15.00 | 2.00 | 100% | 1.00 | 100% | 2.00 | 100% | 5.50 | 0.75 | 0.00 | 6.25 | 63% | 11.25 | 75% |
| CAL | 0.00 | 1.00 | 0.00 | 3.00 | 0.50 | 4.50 | 0.00 | - | 1.00 | 100% | 0.00 | - | 3.00 | 0.00 | 0.50 | 3.50 | 100% | 4.50 | 100% |
| CCI | 2.00 | 1.00 | 3.00 | 10.50 | 0.00 | 16.50 | 1.00 | 50% | 2.00 | 200% | 3.00 | 100% | 5.50 | 0.76 | 0.76 | 7.02 | 67% | 13.02 | 79% |
| CCWF | 2.00 | 2.50 | 3.50 | 21.00 | 3.00 | 32.00 | 2.00 | 100% | 2.00 | 80% | 4.00 | 114% | 10.50 | 0.33 | 1.00 | 11.83 | 49% | 19.83 | 62% |
| CEN | 1.00 | 0.00 | 0.00 | 3.00 | 0.50 | 4.50 | 1.00 | 100% | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.50 | 2.50 | 71% | 3.50 | 78% |
| CHCF | 2.00 | 5.15 | 5.90 | 38.75 | 4.00 | 55.80 | 2.00 | 100% | 5.00 | 97% | 3.00 | 51% | 4.00 | 8.40 | 2.95 | 15.35 | 36% | 25.35 | 45% |
| CIM | 2.00 | 2.50 | 4.00 | 20.50 | 0.00 | 29.00 | 2.00 | 100% | 2.00 | 80% | 2.00 | 50% | 18.00 | 0.40 | 0.00 | 18.40 | 90% | 24.40 | 84% |
| CIW | 2.00 | 1.50 | 3.50 | 15.40 | 0.00 | 22.40 | 1.00 | 50% | 3.00 | 200% | 3.00 | 86% | 14.00 | 0.45 | 0.00 | 14.45 | 94% | 21.45 | 96% |
| CMC | 2.00 | 6.50 | 7.00 | 44.00 | 3.00 | 62.50 | 2.00 | 100% | 6.50 | 100% | 6.00 | 86% | 23.00 | 8.36 | 1.62 | 32.98 | 70% | 47.48 | 76% |
| CMF | 2.00 | 5.25 | 6.10 | 33.55 | 4.00 | 50.90 | 2.00 | 100% | 0.00 | 0% | 4.00 | 66% | 10.50 | 4.73 | 2.00 | 17.23 | 46% | 23.23 | 46% |
| COR | 2.00 | 4.00 | 4.50 | 28.00 | 3.00 | 41.50 | 2.00 | 100% | 5.50 | 138% | 2.00 | 44% | 7.00 | 7.87 | 1.00 | 15.87 | 51% | 25.37 | 61% |
| CRC | 2.00 | 1.50 | 2.50 | 9.50 | 1.00 | 16.50 | 1.00 | 50% | 1.00 | 67% | 3.00 | 120% | 7.00 | 0.00 | 0.57 | 7.57 | 72% | 12.57 | 76% |
| CTF | 2.00 | 1.00 | 2.00 | 7.00 | 0.00 | 12.00 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 6.00 | 0.52 | 0.00 | 6.52 | 93% | 10.52 | 88% |
| FSP | 2.00 | 1.00 | 2.00 | 4.00 | 0.00 | 9.00 | 2.00 | 100% | 1.00 | 100% | 1.00 | 50% | 5.00 | 0.00 | 0.00 | 5.00 | 125% | 9.00 | 100% |
| HDSP | 2.00 | 2.50 | 4.00 | 15.50 | 3.00 | 27.00 | 1.00 | 50% | 1.00 | 40% | 2.00 | 50% | 2.00 | 0.00 | 3.76 | 5.76 | 31% | 9.76 | 36% |
| ISP | 1.00 | 0.00 | 0.00 | 3.50 | 0.00 | 4.50 | 1.00 | 100% | 0.00 | - | 0.00 | - | 3.00 | 0.61 | 0.00 | 3.61 | 103% | 4.61 | 102% |
| KVSP | 2.00 | 4.00 | 4.50 | 25.50 | 3.00 | 39.00 | 2.00 | 100% | 2.00 | 50% | 3.00 | 67% | 12.50 | 0.00 | 1.00 | 13.50 | 47% | 20.50 | 53% |
| LAC | 2.00 | 7.00 | 7.00 | 44.00 | 3.00 | 63.00 | 2.00 | 100% | 5.75 | 82% | 7.00 | 100% | 16.50 | 2.08 | 3.33 | 21.91 | 47% | 36.66 | 58% |
| MCSP | 2.00 | 7.50 | 7.50 | 45.00 | 4.00 | 66.00 | 2.00 | 100% | 6.00 | 80% | 6.00 | 80% | 7.00 | 4.13 | 2.43 | 13.56 | 28% | 27.56 | 42% |
| NKSP | 2.00 | 2.00 | 2.00 | 24.50 | 4.00 | 34.50 | 2.00 | 100% | 2.00 | 100% | 1.00 | 50% | 6.30 | 4.48 | 1.00 | 11.78 | 41% | 16.78 | 49% |
| PBSP | 2.00 | 1.50 | 3.00 | 11.50 | 3.00 | 21.00 | 2.00 | 100% | 1.00 | 67% | 2.00 | 67% | 6.50 | 0.00 | 3.00 | 9.50 | 66% | 14.50 | 69% |
| PVSP | 2.00 | 1.50 | 4.00 | 9.50 | 3.00 | 20.00 | 1.00 | 50% | 2.00 | 133% | 4.00 | 100% | 3.50 | 0.00 | 0.95 | 4.45 | 36% | 11.45 | 57% |
| RJD | 2.00 | 8.50 | 8.50 | 52.00 | 3.00 | 74.00 | 2.00 | 100% | 8.00 | 94% | 7.00 | 82% | 32.50 | 11.21 | 2.00 | 45.71 | 83% | 62.71 | 85% |
| SAC | 2.00 | 7.00 | 6.50 | 46.50 | 3.00 | 65.00 | 2.00 | 100% | 7.00 | 100% | 7.00 | 108% | 20.50 | 6.81 | 1.00 | 28.31 | 57% | 44.31 | 68% |
| SATF | 2.00 | 6.50 | 6.50 | 42.00 | 4.00 | 61.00 | 2.00 | 100% | 6.00 | 92% | 4.00 | 62% | 10.50 | 3.00 | 1.00 | 14.50 | 32% | 26.50 | 43% |
| SCC | 2.00 | 1.00 | 2.00 | 3.50 | 0.00 | 8.50 | 1.00 | 50% | 1.00 | 100% | 2.00 | 100% | 3.00 | 0.00 | 0.00 | 3.00 | 86% | 7.00 | 82% |
| SOL | 2.00 | 1.00 | 2.00 | 8.50 | 0.00 | 13.50 | 1.00 | 50% | 1.00 | 100% | 1.00 | 50% | 5.50 | 0.00 | 0.00 | 5.50 | 65% | 8.50 | 63% |
| SQ | 2.00 | 3.20 | 4.20 | 21.80 | 0.00 | 31.20 | 1.00 | 50% | 4.00 | 125% | 4.00 | 95% | 20.00 | 2.32 | 0.00 | 22.32 | 102% | 31.32 | 100% |
| SVSP | 2.00 | 3.50 | 4.90 | 24.40 | 3.00 | 37.80 | 2.00 | 100% | 1.50 | 43% | 5.00 | 102% | 1.00 | 9.99 | 1.24 | 12.23 | 45% | 20.73 | 55% |
| VSP | 2.00 | 3.00 | 4.50 | 20.50 | 0.00 | 30.00 | 2.00 | 100% | 3.00 | 100% | 5.00 | 111% | 18.50 | 0.00 | 0.00 | 18.50 | 90% | 28.50 | 95% |
| WSP | 2.00 | 3.00 | 2.00 | 33.00 | 4.00 | 44.00 | 2.00 | 100% | 1.00 | 33% | 2.00 | 100% | 8.00 | 13.25 | 1.24 | 22.49 | 61% | 27.49 | 62% |
| TeleMH[7] | 3.00 | 6.00 | 2.00 | 0.00 | 0.00 | 11.00 | 3.00 | 100% | 6.00 | 100% | 0.00 | 0% | 0.00 | 0.00 | 0.00 | 0.00 | - | 9.00 | 82% |
| TOTAL | 61.00 | 102.60 | 121.10 | 678.40 | 60.00 | 1023.10 | 52.00 | 85% | 89.25 | 87% | 97.00 | 80% | 297.80 | 90.45 | 32.85 | 421.10 | 57% | 659.35 | 64% |

Footnote

1  Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2  Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3  Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4  Source: Management Solutions Registry Report (November 2024)

5  Source: November 2024 Telepsychology Provider List

6  Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

7  TeleMH row displays the number of chiefs and seniors in telepsychology and are not assigned to specific institutions.

**Division of Health Care Services**
**Statewide Mental Health Program**
**Allocated and Filled Clinical Social Worker Positions - November 2024**

| Sites | Allocated November 2024[1] | | | | | Filled | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| ASP | 0.00 | 1.00 | 14.00 | 0.00 | 15.00 | 0.00 | - | 1.00 | 100% | 9.00 | 1.42 | 2.00 | 12.42 | 89% | 13.42 | 89% |
| CAL | 0.00 | 0.00 | 1.50 | 0.00 | 1.50 | 0.00 | - | 0.00 | - | 3.00 | 0.00 | 0.25 | 3.25 | 217% | 3.25 | 217% |
| CCI | 0.00 | 1.00 | 4.50 | 2.00 | 7.50 | 0.00 | - | 1.00 | 100% | 6.00 | 1.01 | 2.00 | 9.01 | 139% | 10.01 | 133% |
| CCWF | 0.00 | 1.50 | 19.50 | 0.00 | 21.00 | 0.00 | - | 1.00 | 67% | 17.00 | 0.00 | 1.00 | 18.00 | 92% | 19.00 | 90% |
| CEN | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.25 | 2.25 | 225% | 2.25 | 225% |
| CHCF | 0.00 | 0.60 | 10.30 | 3.00 | 13.90 | 0.00 | - | 0.00 | 0% | 6.00 | 3.42 | 1.00 | 10.42 | 78% | 10.42 | 75% |
| CIM | 0.00 | 1.00 | 10.50 | 0.00 | 11.50 | 0.00 | - | 1.00 | 100% | 11.00 | 0.00 | 0.00 | 11.00 | 105% | 12.00 | 104% |
| CIW | 0.00 | 0.80 | 8.90 | 0.00 | 9.70 | 0.00 | - | 0.00 | 0% | 9.00 | 1.48 | 0.00 | 10.48 | 118% | 10.48 | 108% |
| CMC | 0.00 | 1.00 | 15.00 | 2.00 | 18.00 | 0.00 | - | 1.00 | 100% | 13.00 | 1.47 | 2.50 | 16.97 | 100% | 17.97 | 100% |
| CMF | 0.00 | 0.50 | 10.10 | 4.00 | 14.60 | 0.00 | - | 0.00 | 0% | 5.00 | 2.32 | 3.00 | 10.32 | 73% | 10.32 | 71% |
| COR | 0.00 | 1.00 | 11.50 | 2.00 | 14.50 | 0.00 | - | 1.00 | 100% | 9.00 | 5.87 | 2.00 | 16.87 | 125% | 17.87 | 123% |
| CRC | 0.00 | 1.00 | 13.50 | 1.00 | 15.50 | 0.00 | - | 1.00 | 100% | 11.50 | 0.78 | 0.14 | 12.42 | 86% | 13.42 | 87% |
| CTF | 0.00 | 1.00 | 6.50 | 0.00 | 7.50 | 0.00 | - | 1.00 | 100% | 4.50 | 0.00 | 0.00 | 4.50 | 69% | 5.50 | 73% |
| FSP | 0.00 | 1.00 | 3.50 | 0.00 | 4.50 | 0.00 | - | 1.00 | 100% | 4.00 | 0.00 | 0.00 | 4.00 | 114% | 5.00 | 111% |
| HDSP | 0.00 | 1.00 | 8.50 | 2.00 | 11.50 | 0.00 | - | 0.00 | 0% | 4.00 | 0.00 | 2.00 | 6.00 | 57% | 6.00 | 52% |
| ISP | 0.00 | 0.00 | 1.50 | 0.00 | 1.50 | 0.00 | - | 0.00 | - | 1.00 | 0.00 | 0.00 | 1.00 | 67% | 1.00 | 67% |
| KVSP | 0.00 | 1.00 | 13.50 | 1.00 | 15.50 | 0.00 | - | 2.00 | 200% | 12.50 | 0.00 | 1.00 | 13.50 | 93% | 15.50 | 100% |
| LAC | 0.00 | 1.00 | 18.00 | 2.00 | 21.00 | 0.00 | - | 1.00 | 100% | 10.50 | 2.65 | 0.00 | 13.15 | 66% | 14.15 | 67% |
| MCSP | 0.00 | 1.00 | 20.50 | 4.00 | 25.50 | 0.00 | - | 1.00 | 100% | 8.00 | 1.40 | 4.00 | 13.40 | 55% | 14.40 | 56% |
| NKSP | 0.00 | 1.00 | 13.00 | 1.00 | 15.00 | 0.00 | - | 1.00 | 100% | 15.00 | 1.76 | 2.00 | 18.76 | 134% | 19.76 | 132% |
| PBSP | 0.00 | 1.00 | 5.00 | 2.00 | 8.00 | 0.00 | - | 1.00 | 100% | 5.00 | 0.92 | 2.00 | 7.92 | 113% | 8.92 | 112% |
| PVSP | 0.00 | 1.00 | 4.50 | 2.00 | 7.50 | 0.00 | - | 1.00 | 100% | 5.00 | 0.00 | 2.00 | 7.00 | 108% | 8.00 | 107% |
| RJD | 0.00 | 1.00 | 22.00 | 3.00 | 26.00 | 0.00 | - | 1.00 | 100% | 9.50 | 8.95 | 1.24 | 19.69 | 79% | 20.69 | 80% |
| SAC | 0.00 | 1.00 | 15.50 | 0.00 | 16.50 | 0.00 | - | 1.00 | 100% | 11.00 | 1.76 | 2.00 | 14.76 | 95% | 15.76 | 96% |
| SATF | 0.00 | 1.50 | 23.00 | 4.00 | 28.50 | 0.00 | - | 1.50 | 100% | 17.00 | 3.20 | 4.00 | 24.20 | 90% | 25.70 | 90% |
| SCC | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 0.00 | - | 0.00 | - | 2.00 | 0.00 | 0.00 | 2.00 | 100% | 2.00 | 100% |
| SOL | 0.00 | 1.00 | 7.00 | 0.00 | 8.00 | 0.00 | - | 1.00 | 100% | 6.00 | 0.00 | 0.00 | 6.00 | 86% | 7.00 | 88% |
| SQ | 0.00 | 0.90 | 13.30 | 1.00 | 15.20 | 0.00 | - | 1.00 | 111% | 10.00 | 0.78 | 0.00 | 10.78 | 75% | 11.78 | 78% |
| SVSP | 0.00 | 0.70 | 9.90 | 3.00 | 13.60 | 0.00 | - | 1.00 | 143% | 2.50 | 3.06 | 3.29 | 8.85 | 69% | 9.85 | 72% |
| VSP | 0.00 | 1.00 | 14.50 | 0.00 | 15.50 | 0.00 | - | 1.00 | 100% | 15.00 | 0.00 | 0.00 | 15.00 | 103% | 16.00 | 103% |
| WSP | 0.00 | 1.50 | 19.00 | 1.00 | 21.50 | 0.00 | - | 3.00 | 200% | 15.50 | 0.40 | 1.53 | 17.43 | 87% | 20.43 | 95% |
| TeleMH[6] | 1.00 | 3.00 | 0.00 | 0.00 | 4.00 | 1.00 | 100% | 3.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | - | 4.00 | 100% |
| TOTAL | 1.00 | 30.00 | 341.00 | 40.00 | 412.00 | 1.00 | 100% | 29.50 | 98% | 259.50 | 42.65 | 39.20 | 341.35 | 90% | 371.85 | 90% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2024)

4 Source: November 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

6 TeleMH row displays the number of supervisor I and supervisor II in telesocial work and are not assigned to specific institutions.

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Recreation Therapist Positions - November 2024

| Sites | Allocated RecT[1] | Filled RecT[2] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| ASP | 0.00 | 1.00 | 0.00 | - |
| CAL | 0.00 | 0.00 | 0.00 | - |
| CCI | 2.00 | 2.00 | 0.00 | 100% |
| CCWF | 6.00 | 11.00 | 0.00 | 183% |
| CEN | 0.00 | 0.00 | 0.69 | - |
| CHCF | 24.65 | 20.00 | 3.79 | 97% |
| CIM | 10.50 | 7.00 | 5.16 | 116% |
| CIW | 5.40 | 8.00 | 0.00 | 148% |
| CMC | 26.00 | 22.50 | 0.88 | 90% |
| CMF | 20.95 | 15.25 | 3.87 | 91% |
| COR | 10.00 | 10.00 | 1.85 | 119% |
| CRC | 1.50 | 2.00 | 0.00 | 133% |
| CTF | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 1.00 | 0.00 | - |
| HDSP | 6.50 | 3.00 | 0.00 | 46% |
| ISP | 0.00 | 0.00 | 0.00 | - |
| KVSP | 9.50 | 9.00 | 0.00 | 95% |
| LAC | 21.00 | 14.00 | 5.01 | 91% |
| MCSP | 26.00 | 21.00 | 2.90 | 92% |
| NKSP | 3.50 | 2.00 | 0.00 | 57% |
| PBSP | 3.50 | 1.00 | 0.92 | 55% |
| PVSP | 5.00 | 4.00 | 0.00 | 80% |
| RJD | 30.00 | 29.00 | 0.84 | 99% |
| SAC | 22.50 | 28.00 | 0.80 | 128% |
| SATF | 21.50 | 15.00 | 2.33 | 81% |
| SCC | 0.00 | 1.00 | 0.00 | - |
| SOL | 1.00 | 1.00 | 0.00 | 100% |
| SQ | 8.80 | 10.00 | 1.74 | 133% |
| SVSP | 11.90 | 6.00 | 1.61 | 64% |
| VSP | 9.50 | 10.00 | 0.00 | 105% |
| WSP | 5.00 | 1.00 | 0.82 | 36% |
| TOTAL | 292.20 | 254.75 | 33.21 | 99% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2 Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2024)

## Division of Health Care Services
## Statewide Mental Health Program
### Allocated and Filled Medical Assistant Positions - November 2024

| Sites | Allocated MA[1] | Filled MA[2] | MA Registry[3] | MA % |
|---|---|---|---|---|
| ASP | 1.00 | 1.00 | 0.00 | 100% |
| CAL | 1.00 | 1.00 | 0.00 | 100% |
| CCI | 2.00 | 3.00 | 0.00 | 150% |
| CCWF | 7.00 | 4.00 | 0.26 | 61% |
| CEN | 1.00 | 1.00 | 0.00 | 100% |
| CHCF | 16.00 | 8.00 | 0.97 | 56% |
| CIM | 2.00 | 2.00 | 0.00 | 100% |
| CIW | 0.00 | 0.00 | 0.00 | - |
| CMC | 8.00 | 3.00 | 0.00 | 38% |
| CMF | 14.00 | 11.00 | 0.73 | 84% |
| COR | 10.00 | 9.00 | 0.00 | 90% |
| CRC | 2.00 | 1.00 | 0.00 | 50% |
| CTF | 0.00 | 0.00 | 0.00 | - |
| FSP | 0.00 | 0.00 | 0.00 | - |
| HDSP | 11.00 | 3.00 | 0.69 | 34% |
| ISP | 1.00 | 0.00 | 0.00 | 0% |
| KVSP | 9.00 | 8.00 | 0.00 | 89% |
| LAC | 6.00 | 5.00 | 0.00 | 83% |
| MCSP | 15.00 | 8.00 | 2.30 | 69% |
| NKSP | 9.00 | 6.00 | 0.00 | 67% |
| PBSP | 8.00 | 2.00 | 0.00 | 25% |
| PVSP | 6.00 | 2.00 | 0.00 | 33% |
| RJD | 8.00 | 2.00 | 1.09 | 39% |
| SAC | 3.00 | 2.00 | 0.83 | 94% |
| SATF | 20.00 | 12.00 | 0.00 | 60% |
| SCC | 0.00 | 0.00 | 0.00 | - |
| SOL | 0.00 | 0.00 | 0.00 | - |
| SQ | 1.00 | 0.00 | 0.00 | 0% |
| SVSP | 11.00 | 1.00 | 0.00 | 9% |
| VSP | 6.00 | 6.00 | 2.30 | 138% |
| WSP | 9.00 | 9.00 | 0.00 | 100% |
| TOTAL | 187.00 | 110.00 | 9.17 | 64% |

Footnote

1  Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.

2  Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (November 2024)

# Exhibit B

## Division of Health Care Services
## Statewide Mental Health Program
### PIP Allocated and Filled Psychiatry Positions - November 2024

| Sites | Allocated November 2024[1] | | | | | Filled | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[6] | Line Staff Total %[5] | Total | Total % |
| CHCF PIP | 1.00 | 2.00 | 33.00 | 0.00 | 36.00 | 1.00 | 100% | 1.00 | 50% | 13.00 | 10.41 | 0.00 | 0.00 | 23.41 | 71% | 25.41 | 71% |
| CIW PIP | 1.00 | 0.00 | 3.60 | 0.00 | 4.60 | 1.00 | 100% | 0.00 | - | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | 83% | 4.00 | 87% |
| CMF PIP | 1.00 | 2.00 | 28.70 | 0.00 | 31.70 | 1.00 | 100% | 2.00 | 100% | 5.00 | 14.44 | 0.00 | 0.00 | 19.44 | 68% | 22.44 | 71% |
| SQ PIP | 1.00 | 0.00 | 2.20 | 0.00 | 3.20 | 1.00 | 100% | 0.00 | - | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 91% | 3.00 | 94% |
| SVSP PIP | 1.00 | 1.00 | 11.10 | 0.00 | 13.10 | 1.00 | 100% | 0.00 | 0% | 2.00 | 5.98 | 0.00 | 0.00 | 7.98 | 72% | 8.98 | 69% |
| TOTAL | 5.00 | 5.00 | 78.60 | 0.00 | 88.60 | 5.00 | 100% | 3.00 | 60% | 25.00 | 30.83 | 0.00 | 0.00 | 55.83 | 71% | 63.83 | 72% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2024/25 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2024)

4 Source: November 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

Division of Health Care Services

Statewide Mental Health Program

PIP Allocated and Filled Psychology Positions - November 2024

| Sites | Allocated November 2024[1] | | | | | | Filled | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | Total | Total % |
| CHCF PIP | 1.00 | 4.35 | 9.10 | 34.25 | 0.00 | 48.70 | 1.00 | 100% | 4.00 | 92% | 6.00 | 66% | 9.00 | 12.88 | 0.00 | 21.88 | 64% | 32.88 | 68% |
| CIW PIP | 1.00 | 0.50 | 2.50 | 3.60 | 0.00 | 7.60 | 1.00 | 100% | 1.00 | 200% | 2.00 | 80% | 3.00 | 0.00 | 0.00 | 3.00 | 83% | 7.00 | 92% |
| CMF PIP | 1.00 | 3.75 | 8.40 | 29.95 | 0.00 | 43.10 | 1.00 | 100% | 1.00 | 27% | 6.00 | 71% | 3.00 | 8.37 | 0.00 | 11.37 | 38% | 19.37 | 45% |
| SQ PIP | 1.00 | 0.30 | 2.30 | 2.20 | 0.00 | 5.80 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 3.00 | 0.00 | 0.00 | 3.00 | 136% | 3.00 | 52% |
| SVSP PIP | 1.00 | 1.50 | 6.60 | 11.10 | 0.00 | 20.20 | 0.00 | 0% | 1.00 | 67% | 5.00 | 76% | 2.00 | 3.78 | 0.00 | 5.78 | 52% | 11.78 | 58% |
| TOTAL | 5.00 | 10.40 | 28.90 | 81.10 | 0.00 | 125.40 | 3.00 | 60% | 7.00 | 67% | 19.00 | 66% | 20.00 | 25.03 | 0.00 | 45.03 | 56% | 74.03 | 59% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2024/25 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (November 2024)

5 Source: November 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

Division of Health Care Services
Statewide Mental Health Program
PIP Allocated and Filled Clinical Social Worker Positions - November 2024

| Sites | Allocated November 2024[1] | | | | | Filled | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | | |
| CHCF PIP | 0.00 | 1.90 | 29.20 | 0.00 | 31.10 | 0.00 | - | 3.00 | 158% | 10.00 | 6.00 | 0.00 | 16.00 | 55% | 19.00 | 61% |
| CIW PIP | 0.00 | 0.20 | 3.60 | 0.00 | 3.80 | 0.00 | - | 1.00 | 500% | 3.00 | 0.00 | 0.00 | 3.00 | 83% | 4.00 | 105% |
| CMF PIP | 0.00 | 1.50 | 24.90 | 0.00 | 26.40 | 0.00 | - | 1.00 | 67% | 4.00 | 4.78 | 0.00 | 8.78 | 35% | 9.78 | 37% |
| SQ PIP | 0.00 | 0.10 | 2.20 | 0.00 | 2.30 | 0.00 | - | 1.00 | 1000% | 2.00 | 0.00 | 0.00 | 2.00 | 91% | 3.00 | 130% |
| SVSP PIP | 0.00 | 0.80 | 11.10 | 0.00 | 11.90 | 0.00 | - | 1.00 | 125% | 10.00 | 0.80 | 0.00 | 10.80 | 97% | 11.80 | 99% |
| TOTAL | 0.00 | 4.50 | 71.00 | 0.00 | 75.50 | 0.00 | - | 7.00 | 156% | 29.00 | 11.58 | 0.00 | 40.58 | 57% | 47.58 | 63% |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2024/25 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2024)

4 Source: November 2024 Telesocial Worker Provider List

5 Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

## Division of Health Care Services

### Statewide Mental Health Program

### PIP Allocated and Filled Recreation Therapist Positions - November 2024

| Sites | Allocated RecT[1] | Filled RecT[2,4] | RecT Registry[3] | RecT % |
|-------|------------------|------------------|------------------|--------|
| CHCF PIP | 31.85 | 17.00 | 7.40 | 77% |
| CIW PIP | 3.60 | 4.00 | 0.00 | 111% |
| CMF PIP | 27.55 | 18.00 | 3.40 | 78% |
| SQ PIP | 2.20 | 3.00 | 0.00 | 136% |
| SVSP PIP | 11.10 | 10.00 | 0.00 | 90% |
| TOTAL | 76.30 | 52.00 | 10.80 | 82% |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2024/25 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2024)

4 Rehabilitation therapists are included in the fill rate for recreation therapists at CHCF PIP, CMF PIP, and SVSP PIP.

## Division of Health Care Services

## Statewide Mental Health Program

## PIP Allocated and Filled Medical Assistant Positions - November 2024

| Sites | Allocated MA | Filled MA[1] | MA Registry[2] | MA % |
|---|---|---|---|---|
| CHCF PIP | 0.00 | 0.00 | 0.00 | - |
| CIW PIP | 0.00 | 0.00 | 0.00 | - |
| CMF PIP | 0.00 | 0.00 | 0.00 | - |
| SQ PIP | 0.00 | 0.00 | 0.00 | - |
| SVSP PIP | 0.00 | 0.00 | 0.00 | - |
| **TOTAL** | **0.00** | **0.00** | **0.00** | - |

**Footnote**

1 Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

2 Source: Management Solutions Registry Report (November 2024)

# Exhibit C

### Division of Health Care Services
### Statewide Mental Health Program
### Total Allocated and Filled Psychiatry Positions - November 2024

| Staffing Plan | Allocated November 2024[1] | | | | | Filled | | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief PsyT | Senior PsyT | Staff PsyT | TelePsyT | Allocated Total | Chief PsyT[2] | Chief % | Senior PsyT[2] | Senior % | Site Staff PsyT[2] | Site Registry[3] | TelePsyT[4] | PNP[2,3] | Line Staff Total[5] | Line Staff Total %[5] | | |
| 2009 Total | 30.00 | 21.00 | 173.90 | 96.00 | 320.90 | 23.00 | 77% | 13.00 | 62% | 80.25 | 77.28 | 91.34 | 4.93 | 253.80 | 94% | 289.80 | 90% |
| PIP Total | 5.00 | 5.00 | 78.60 | 0.00 | 88.60 | 5.00 | 100% | 3.00 | 60% | 25.00 | 30.83 | 0.00 | 0.00 | 55.83 | 71% | 63.83 | 72% |
| GRAND TOTAL | 35.00 | 26.00 | 252.50 | 96.00 | 409.50 | 28.00 | 80% | 16.00 | 62% | 105.25 | 108.11 | 91.34 | 4.93 | 309.63 | 89% | 353.63 | 86% |

**Footnote**

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated with CCCMS not on medications ratio applied. PIP allocated positions are based on the number of positions in the Governor's 2024/25 budget and include the Flex Bed positions for CHCF PIP and CMF PIP. Chief and senior positions have been allocated in the aggregate above and beyond what is required by the 2009 Staffing Plan.

2 Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2024)

4 Source: November 2024 Telepsychiatry Provider List

5 Line Staff includes staff psychiatrists, registry psychiatrists, telepsychiatrists, and psychiatric nurse practitioners.

Division of Health Care Services
Statewide Mental Health Program
Total Allocated and Filled Psychology Positions - November 2024

| Staffing Plan | Allocated November 2024[1] | | | | | | Filled | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chief Psyl | Senior Psyl (Sup) | Senior Psyl (Spec) | Clinical Psyl | TelePsyl | Allocated Total | Chief Psyl[2,3] | Chief % | Senior Psyl (Sup)[2] | Senior (Sup) % | Senior Psyl (Spec)[2] | Senior (Spec) % | Clinical Psyl[2] | Site Registry[4] | TelePsyl[5] | Line Staff Total[6] | Line Staff Total %[6] | Total | Total % |
| 2009 Total | 61.00 | 102.60 | 121.10 | 678.40 | 60.00 | 1023.10 | 52.00 | 85% | 89.25 | 87% | 97.00 | 80% | 297.80 | 90.45 | 32.85 | 421.10 | 57% | 659.35 | 64% |
| PIP Total | 5.00 | 10.40 | 28.90 | 81.10 | 0.00 | 125.40 | 3.00 | 60% | 7.00 | 67% | 19.00 | 66% | 20.00 | 25.03 | 0.00 | 45.03 | 56% | 74.03 | 59% |
| GRAND TOTAL | 66.00 | 113.00 | 150.00 | 759.50 | 60.00 | 1148.50 | 55.00 | 83% | 96.25 | 85% | 116.00 | 77% | 317.80 | 115.48 | 32.85 | 466.13 | 57% | 733.38 | 64% |

Footnote

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2024/25 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3 Some positions have been held vacant since the 2009 Staffing Model was implemented due to overall mission size and program need.

4 Source: Management Solutions Registry Report (November 2024)

5 Source: November 2024 Telepsychology Provider List

6 Line Staff includes clinical psychologists, registry psychologists, and telepsychologists.

Division of Health Care Services

Statewide Mental Health Program

Total Allocated and Filled Clinical Social Worker Positions - November 2024

| Staffing Plan | Allocated November 2024[1] | | | | | Filled | | | | | | | | | Total | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sup SW II | Sup SW I | CSW | TeleCSW | Allocated Total | Sup SW II[2] | Sup SW II % | Sup SW I[2] | Sup SW I % | CSW[2] | CSW Registry[3] | TeleCSW[4] | Line Staff Total[5] | Line Staff Total %[5] | Total | Total % |
| 2009 Total | 1.00 | 30.00 | 341.00 | 40.00 | 412.00 | 1.00 | 100% | 29.50 | 98% | 259.50 | 42.65 | 39.20 | 341.35 | 90% | 371.85 | 90% |
| PIP Total | 0.00 | 4.50 | 71.00 | 0.00 | 75.50 | 0.00 | - | 7.00 | 156% | 29.00 | 11.58 | 0.00 | 40.58 | 57% | 47.58 | 63% |
| GRAND TOTAL | 1.00 | 34.50 | 412.00 | 40.00 | 487.50 | 1.00 | 100% | 36.50 | 106% | 288.50 | 54.23 | 39.20 | 381.93 | 84% | 419.43 | 86% |

Footnote

1  Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2024/25 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2  Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3  Source: Management Solutions Registry Report (November 2024)

4  Source: November 2024 Telesocial Worker Provider List

5  Line Staff includes clinical social workers, registry clinical social workers, and telesocial workers.

## Division of Health Care Services

## Statewide Mental Health Program

## Total Allocated and Filled Recreation Therapist Positions - November 2024

| Staffing Plan | Allocated RecT[1] | Filled RecT[2] | RecT Registry[3] | RecT % |
|---|---|---|---|---|
| 2009 Total | 292.20 | 254.75 | 33.21 | 99% |
| PIP Total | 76.30 | 52.00 | 10.80 | 82% |
| GRAND TOTAL | 368.50 | 306.75 | 44.01 | 95% |

**Footnote**

1 Source:  MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated.  PIP allocated positions are based on the number of positions in the Governor's 2024/25 budget and include the Flex Bed positions for CHCF PIP and CMF PIP.

2 Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2024)

## Division of Health Care Services
## Statewide Mental Health Program
## Total Allocated and Filled Medical Assistant Positions - November 2024

| Staffing Plan | Allocated MA[1] | Filled MA[2] | MA Registry[3] | MA % |
|---|---|---|---|---|
| 2009 Total | 187.00 | 110.00 | 9.17 | 64% |
| PIP Total | 0.00 | 0.00 | 0.00 | - |
| GRAND TOTAL | 187.00 | 110.00 | 9.17 | 64% |

Footnote

1 Source: MH Staffing Memo Semi Annual Statewide Mental Health Position Allocated

2 Source: SCO Report 2024_12_02 DCHCSEEv3_ALL

3 Source: Management Solutions Registry Report (November 2024)

# Exhibit D

| | Division of Health Care Services Statewide Mental Health Program November 2024 Fines | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Class Title | Average Maximum Monthly Salary | Minimum | Allocated | 90% Minimum Compliance | Filled with Civil Service (CS) | Filled with Registry | Total Filled with CS and Registry | Below Minimum | Fine for November 2024 | Accumulated Fines To Date |
| Staff Psychiatrist[1] | $ 23,732 | 90% | 269.90 | 242.91 | 176.52 | 77.28 | 253.80 | -10.89 | $ - | $ 590,834 |
| Senior Psychiatrist (Supervisor) | $ 24,763 | 90% | 21.00 | 18.90 | 13.00 | 0.00 | 13.00 | 5.90 | $ 292,206 | $ 6,889,474 |
| Chief Psychiatrist[2] | $ 28,743 | 90% | 30.00 | 27.00 | 23.00 | 0.00 | 23.00 | 4.00 | $ 229,941 | $ 9,060,352 |
| Total Psychiatry Fine | | | | | | | | | $ 522,147 | $ 16,540,660 |
| Clinical Psychologist[3] | $ 11,300 | 90% | 738.40 | 664.56 | 330.65 | 90.45 | 421.10 | 243.46 | $ 5,502,035 | $ 121,948,858 |
| Senior Psychologist (Specialist) | $ 12,315 | 90% | 121.10 | 108.99 | 97.00 | 0.00 | 97.00 | 11.99 | $ 295,302 | $ 5,706,321 |
| Senior Psychologist (Supervisor)[4] | $ 12,703 | 90% | 102.60 | 92.34 | 89.25 | 0.00 | 89.25 | 3.09 | $ 78,501 | $ 3,552,675 |
| Chief Psychologist[5] | $ 17,139 | 90% | 61.00 | 54.90 | 52.00 | 0.00 | 52.00 | 2.90 | $ 99,406 | $ 6,336,888 |
| Total Psychology Fine | | | | | | | | | $ 5,975,245 | $ 137,544,743 |
| Clinical Social Worker[6] | $ 8,968 | 90% | 381.00 | 342.90 | 298.70 | 42.65 | 341.35 | 1.55 | $ 27,801 | $ 21,250,083 |
| Supervising Psychiatric Social Worker I[7] | $ 9,429 | 90% | 30.00 | 27.00 | 29.50 | 0.00 | 29.50 | -2.50 | $ - | $ 321,032 |
| Supervising Psychiatric Social Worker II[8] | $ 9,992 | 90% | 1.00 | 0.90 | 1.00 | 0.00 | 1.00 | -0.10 | $ - | $ 17,985 |
| Total Clinical Social Worker Fine | | | | | | | | | $ 27,801 | $ 21,589,100 |
| Medical Assistant | $ 4,690 | 90% | 187.00 | 168.30 | 110.00 | 9.17 | 119.17 | 49.13 | $ 460,839 | $ 6,109,577 |
| Total Medical Assistant Fine | | | | | | | | | $ 460,839 | $ 6,109,577 |
| Recreation Therapist | $ 6,597 | 90% | 292.20 | 262.98 | 254.75 | 33.21 | 287.96 | -24.98 | $ - | $ 1,254,327 |
| Total Recreation Therapist Fine | | | | | | | | | $ - | $ 1,254,327 |
| GRAND TOTAL | | | | | | | | | $ 6,986,033 | $ 183,038,406 |

**Footnote**

1 Staff psychiatrist allocated includes civil service and telepsych.  Staff psychiatrist filled includes civil service, telepsych, and psychiatric nurse practitioner civil service.

2 Chief psychiatrist allocated and filled with civil service include telepsych.

3 Clinical psychologist allocated includes civil service and telepsychologist.  Clinical psychologist filled includes civil service and telepsychologist.

4 Senior psychologist (sup) allocated and filled with civil service include telem.

5 Chief psychologist allocated and filled with civil service include telem.

6 Clinical social worker allocated includes civil service and telesocial worker.  Clinical social worker filled includes civil service and telesocial worker.

7 Supervising psychiatric social worker I allocated and filled with civil service include telem.

8 Supervising psychiatric social worker II allocated and filled with civil service include telem.

# Exhibit E

| Class Title | Average Maximum Monthly Salary | Minimum | Allocated | 90% Minimum Compliance | Filled with Civil Service (CS) | Filled with Registry | Total Filled with CS and Registry | Below Minimum | Fine for November 2024 | Accumulated Fines To Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Division of Health Care Services** | | | | | | |
| | | | | **Statewide Mental Health Program** | | | | | | |
| | | | | **November 2024 PIP Fines** | | | | | | |
| Staff Psychiatrist[1] | $ 23,732 | 90% | 78.60 | 70.74 | 25.00 | 30.83 | 55.83 | 14.91 | $ 707,688 | $ 2,008,202 |
| Senior Psychiatrist (Supervisor) | $ 24,763 | 90% | 5.00 | 4.50 | 3.00 | 0.00 | 3.00 | 1.50 | $ 74,290 | $ 569,555 |
| Chief Psychiatrist[2] | $ 28,743 | 90% | 5.00 | 4.50 | 5.00 | 0.00 | 5.00 | -0.50 | $ - | $ - |
| Total Psychiatry Fine | | | | | | | | | $ 781,978 | $ 2,577,757 |
| Clinical Psychologist[3] | $ 11,300 | 90% | 81.10 | 72.99 | 20.00 | 25.03 | 45.03 | 27.96 | $ 631,878 | $ 3,135,884 |
| Senior Psychologist (Specialist) | $ 12,315 | 90% | 28.90 | 26.01 | 19.00 | 0.00 | 19.00 | 7.01 | $ 172,649 | $ 863,246 |
| Senior Psychologist (Supervisor)[4] | $ 12,703 | 90% | 10.40 | 9.36 | 7.00 | 0.00 | 7.00 | 2.36 | $ 59,956 | $ 299,779 |
| Chief Psychologist[5] | $ 17,139 | 90% | 5.00 | 4.50 | 3.00 | 0.00 | 3.00 | 1.50 | $ 51,417 | $ 171,390 |
| Total Psychology Fine | | | | | | | | | $ 915,900 | $ 4,470,300 |
| Clinical Social Worker[6] | $ 8,968 | 90% | 71.00 | 63.90 | 29.00 | 11.58 | 40.58 | 23.32 | $ 418,274 | $ 2,011,554 |
| Supervising Psychiatric Social Worker I[7] | $ 9,429 | 90% | 4.50 | 4.05 | 7.00 | 0.00 | 7.00 | -2.95 | $ - | $ - |
| Supervising Psychiatric Social Worker II[8] | $ 9,992 | 90% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - | $ - |
| Total Clinical Social Worker Fine | | | | | | | | | $ 418,274 | $ 2,011,554 |
| Medical Assistant | $ 4,690 | 90% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - | $ - |
| Total Medical Assistant Fine | | | | | | | | | $ - | $ - |
| Recreation Therapist | $ 6,597 | 90% | 76.30 | 68.67 | 52.00 | 10.80 | 62.80 | 5.87 | $ 77,445 | $ 308,592 |
| Total Recreation Therapist Fine | | | | | | | | | $ 77,445 | $ 308,592 |
| **GRAND TOTAL** | | | | | | | | | **$ 2,193,597** | **$ 9,368,202** |

**Footnote**

1 Staff psychiatrist allocated includes civil service and telepsych.  Staff psychiatrist filled includes civil service, telepsych, and psychiatric nurse practitioner civil service.

2 Chief psychiatrist allocated and filled with civil service include telepsych.

3 Clinical psychologist allocated includes civil service and telepsychologist.  Clinical psychologist filled includes civil service and telepsychologist.

4 Senior psychologist (sup) allocated and filled with civil service include telemh.

5 Chief psychologist allocated and filled with civil service include telemh.

6 Clinical social worker allocated includes civil service and telesocial worker.  Clinical social worker filled includes civil service and telesocial worker.

7 Supervising psychiatric social worker I allocated and filled with civil service include telemh.

8 Supervising psychiatric social worker II allocated and filled with civil service include telemh.