UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The technical advisor appointed by the court on August 27, 2024, ECF No. 8377, has submitted his invoice for services rendered in December 2024. A copy of the invoice is attached.

In accordance with the August 27, 2024 order and good cause appearing, IT IS HEREBY ORDERED that defendants shall forthwith pay to

> Leading Resources Inc.
> Attn: Eric Douglas
> 1930 N Street
> Sacramento, CA 95811

the amount of $750.00 as payment of the statement attached to this order.

Dated: January 8, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1

**LRI** Leading Resources INCORPORATED

1930 N Street
Sacramento, CA 95811

**TEL** 916-325-1190
**FAX** 916-325-1195

www.leadingresources.com

| BILL TO |
|---|
| United States District Court for the Eastern Disctrict of California |

| DATE | INVOICE NO. |
|---|---|
| 1/2/2025 | 4267 |

| P.O./CONTRACT # | TERMS |
|---|---|
| 24021 | |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 12/6/2024 | Eric Douglas<br>Read and respond to emails. Discuss status of case with Judge Mueller. | 1 | 375.00 | 375.00 |
| 12/20/2024 | Discuss current state of case with Judge Mueller. Conduct preliminary research. | 1 | 375.00 | 375.00 |
| | Subtotal | | | 750.00 |

| | |
|---|---|
| **Invoice Total** | $750.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $750.00 |