ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID CASARRUBIAS-GONZÁLEZ, SBN 321994
SAMANTHA M. BACON, SBN 351561
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: 415-777-3200
Pmello@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al. <br><br>  Defendants. | Case No. 2:90-CV-00520- KJM-SCR <br><br> **DEFENDANTS' NOTICE OF LODGING CORRESPONDENCE TO SPECIAL MASTER** <br><br> Judge:   Hon. Kimberly J. Mueller |

The Court's November 25, 2024 order directed Defendants to lodge on the docket "any response to the Special Master's request for documents that questions or expresses reservations concerning the Special Master's request." (ECF No. 8474 at 2.) The order further states that Defendants must "err on the side of caution and alert the court to any communication that will result in a delay in complying with the Special Master's requests." (*Id.*)

On January 9, 2025, Defendants sent the Special Master the email correspondence attached as Exhibit A to this notice. The correspondence notifies the Special Master of two updates that bear on the Special Master's 31st monitoring round document request. Specifically, Defendants informed the Special Master that: (1) due to California Medical Facility (CMF) staff's observation

of Dr. Martin Luther King, Jr. Day (which coincides with a requested production from CMF that day), CMF's production will be delayed by one day; and (2) maintenance to CDCR's mental health reporting site and reports may delay the production of reports requested onsite at the monitoring tour of Richard J. Donovan (RJD) the following week (but will not delay any items requested in the recent 31st monitoring round document request).

DATED: January 9, 2025

ROB BONTA
Attorney General of California

By: */s/ Damon McClain*
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: January 9, 2025

HANSON BRIDGETT LLP

By: */s/ Samantha Wolff*
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*