# Exhibit A

| | |
|---|---|
| **From:** | Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov> |
| **Sent:** | Thursday, January 9, 2025 1:44 PM |
| **To:** | v_Nicholas.Weber@cdcr.ca.gov; Patricia.Williams; v_Diana.Toche@cdcr.ca.gov; v_Joseph.Bick@cdcr.ca.gov; v_Amar.Mehta@cdcr.ca.gov; Michael W. Bien; Lisa Ells; Steven Fama; Thomas Nolan; v_Elise.Thorn@doj.ca.gov; Owens, Teresa@CDCR; Minter, Daisy@CDCR; Worrell, Wendy |
| **Cc:** | Lopes Matthew; Walsh Kerry F.; McClendon-Hunt, LaTri-c-ea; Ryan, Jr., Michael F.; Gribbin Rachel; Irizarry, Cristina; Tavares, Zelia M |
| **Subject:** | RE: 31st Round Monitoring Tours |

All,

I write to provide several updates that may impact the timeliness of CDCR's responses to the Special Master's 31st round document request. Please note that Defendants intend to lodge this update on the *Coleman* docket in compliance with the Court's November 25, 2024 order.

First, California Medical Facility (CMF) will be unable to provide full responses to the 31st round *Coleman* document request on Monday, January 20, as all staff will be out of the office in observation of Dr. Martin Luther King, Jr. Day. CMF intends to upload all documents the following day, January 21.

Second, CDCR's mental health reporting site and reports (including Power BI and CCHCS QM reports) will be undergoing maintenance and unavailable to users starting at 5pm on Friday, January 17, potentially through the evening of Monday, January 20, due to the installation of several IT updates. The updates consist of significant code changes and approximately 43 rule changes and substantial framework changes. Our IT staff has informed us the reports may have some glitches and may not work as intended during the work week of January 21, which coincides with the Special Master's monitoring tour of Richard J. Donovan (RJD). If your team is aware of any reports that they plan to request while on-site during the RJD tour, please let us know prior to January 17, so we can work with your team to produce them before the tour; otherwise, CDCR may be unable to produce certain reports until the following week, once we receive confirmation all glitches have been resolved.

Let us know if you have any questions or wish to discuss this further.

Thank you,

*Sundeep Thind*
Attorney III
Office of Legal Affairs, CDCR
Work Cell: (916) 215-4043
Email: Sundeep.Thind@cdcr.ca.gov

*Pronouns – She, her, hers*

**CONFIDENTIALITY NOTICE**: This communication with its contents may contain confidential and/or legally privileged information including, but not limited to, the attorney/client privilege and/or the attorney work product doctrine. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

**From:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>
**Sent:** Thursday, December 19, 2024 12:15 PM
**To:** Patricia.Williams <harconwil@gmail.com>; Toche, Diana@CDCR <Diana.Toche@cdcr.ca.gov>; Bick, Dr. Joseph@CDCR <Joseph.Bick@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Michael W. Bien <MBien@rbgg.com>; Lisa Ells <LEells@rbgg.com>; Steven Fama <Sfama@prisonlaw.com>; Thomas Nolan <TNolan@rbgg.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Owens, Teresa@CDCR <Teresa.Owens@cdcr.ca.gov>; Minter, Daisy@CDCR <Daisy.Minter@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>
**Cc:** Lopes Matthew <Mlopes@pldolaw.com>; Walsh Kerry F. <kwalsh@pldolaw.com>; McClendon-Hunt, LaTri-c-ea <lmcclendonhunt@pldolaw.com>; Ryan, Jr., Michael F. <mryan@pldolaw.com>; Gribbin Rachel <rgribbin@pldolaw.com>; Irizarry, Cristina <cirizarry@pldolaw.com>; Tavares, Zelia M <ztavares@pldolaw.com>
**Subject:** RE: 31st Round Monitoring Tours

All,

I write to follow up on your tour schedule and document request for the 31st Round. On Thursday, December 12, 2024, the Special Master announced a series of twenty-eight tours that will begin on January 14, 2025 and conclude August 1, 2025. On Monday December 16, 2024, CDCR received the document request pertaining to these tours. Production for the first tour, SVSP, has been requested no later than January 8, 2025.

CDCR is in the process of reviewing the 53-page document request and assigning production tasks to appropriate staff for production on a rolling basis. However, although similar to past round document requests, with only sixteen business days to gather, review, and upload responses to approximately 340 different data requests, and with staff scheduled on leave due to the holidays, CDCR does not believe it is likely that the SVSP documents will be produced on time. This delay may impact future tours as well since production for RJD is due just five days later on January 13, 2025 and CMF on January 20, 2025.

CDCR requests that the Special Master delay the start of the tours until at least February 2025 to give CDCR sufficient time to produce accurate responsive information before the start of the tour. This will also have the benefit of helping reduce production delays for subsequent tours in the round.

Please let me know if you would like to discuss.


Nick Weber
Attorney
Office of Legal Affairs
Department of Corrections & Rehabilitation
(916) 217-1949

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Patricia Williams <harconwil@gmail.com>
**Sent:** Monday, December 16, 2024 2:49 AM
**To:** Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Toche, Diana@CDCR <Diana.Toche@cdcr.ca.gov>; Bick, Dr.

2

Joseph@CDCR <Joseph.Bick@cdcr.ca.gov>; Mehta, Amar@CDCR <Amar.Mehta@cdcr.ca.gov>; Michael W. Bien <MBien@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Steven Fama <Sfama@prisonlaw.com>; Thomas Nolan <TNolan@rbgg.com>; Elise Thorn <elise.thorn@doj.ca.gov>; Owens, Teresa@CDCR <Teresa.Owens@cdcr.ca.gov>; Minter, Daisy@CDCR <Daisy.Minter@cdcr.ca.gov>; Worrell, Wendy <Wendy.Worrell@cdcr.ca.gov>
**Cc:** Lopes Matthew <Mlopes@pldolaw.com>; Walsh Kerry F. <kwalsh@pldolaw.com>; McClendon-Hunt, LaTri-c-ea <lmcclendonhunt@pldolaw.com>; Ryan, Jr., Michael F. <mryan@pldolaw.com>; Gribbin Rachel <rgribbin@pldolaw.com>; Irizarry, Cristina <cirizarry@pldolaw.com>; Tavares, Zelia M <ztavares@pldolaw.com>
**Subject:** Re: 31st Round Monitoring Tours

> **CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

Please find attached the Document Request and Appointment Report request for the 31st Round monitoring tours. I apologize for the slight delay. I was traveling Friday, and this email unexpectedly did not transmit. As a result of this delay, I have moved the response due date to January 8, 2024 for SVSP.

If you have any questions regarding the Appointment Report request, please contact Dr. Wendy Worrell for assistance. If you have any other questions, please let me know.

Thank you very much and have a good week.

Best,

Patricia Williams
Deputy Special Master

On Wed, Dec 11, 2024 at 8:19 PM Patricia Williams <harconwil@gmail.com> wrote:
> Dear Colleagues:
>
> The *Coleman* Special Master will conduct his onsite review of compliance by the California Department of Corrections and Rehabilitation (CDCR) with the plans, policies, and protocols of the Mental Health Services Delivery System Program Guide (Program Guide) and relevant court orders and policies at the below listed CDCR institutions covering the stated review periods. Please make responses to our document requests available on or before the dates listed.
>
> | **Institution** | **Review Period** | **Full Responses Due** | **Schedules Due** |
> |---|---|---|---|
> | **January 2025** | | | |
> | SVSP-Jan 14-17, 2025 | June 1-Nov 30, 2024 | Jan 6, 2025 | Jan 10, 2025 |
> | RJD-Jan 21-24, 2025 | June 1-Nov 30, 2024 | Jan 13, 2025 | Jan 17, 2025 |
> | CMF-Jan 28-31, 2025 | June 1-Nov 30, 2024 | Jan 20, 2025 | Jan 24, 2025 |
>
> ==*Please send the patient census for all MHSDS programs at SVSP, RJD, and CMF, as well as the appointments reports for the review period as soon as practicable but no later than **Dec 20, 2024**.==
>
> **February 2025**

| | | | |
|---|---|---|---|
| CHCF-Feb 4-7 | Jul 1-Dec 31, 2024 | Jan 27, 2025 | Jan 31, 2025 |
| SOL-Feb 11-13 | Jul 1-Dec 31, 2024 | Feb 3, 2025 | Feb 7, 2025 |
| SQ-Feb 18-21 | Jul 1-Dec 31, 2024 | Feb 10, 2025 | Feb 14, 2025 |
| CTF-Feb 25-27 | Jul 1-Dec 31, 2024 | Feb 18, 2025 | Feb 21, 2025 |

\*Please send patient census for all MHSDS programs at CHCF, SOL, SQ, and CTF as well as the appointments reports for the review period as soon as practicable but no later than **Jan 1, 2025**.

**March 2025**

| | | | |
|---|---|---|---|
| CIW-Mar 4-7 | Aug 1, 2024-Jan 31, 2025 | Feb 24, 2025 | Feb 28, 2025 |
| COR-Mar 11-14 | Aug 1, 2024-Jan 31, 2025 | Mar 3, 2025 | Mar 7, 2025 |
| VSP-Mar 18-20 | Aug 1, 2024-Jan 31, 2025 | Mar 10, 2025 | Mar 14, 2025 |
| FSP-Mar 25-27 | Aug 1, 2024-Jan 31, 2025 | Mar 17, 2025 | Mar 21, 2025 |

\*Please send patient census for all MHSDS programs at CIW, COR, VSP, and FSP as well as the appointments reports for the review period as soon as practicable but no later than **Feb 1, 2025**.

**April 2025**

| | | | |
|---|---|---|---|
| LAC-Apr 1-4 | Sep 1, 2024-Feb 28, 2025 | Mar 24, 2025 | Mar 28, 2025 |
| MCSP-Apr 15-17 | Sep 1, 2024-Feb 28, 2025 | Apr 7, 2025 | Apr 11, 2025 |
| SAC-Apr 22-25 | Sep 1, 2024-Feb 28, 2025 | Apr 14, 2025 | Apr 18, 2025 |
| CCWF-Apr 29-May 2 | Sep 1, 2024-Feb 28, 2025 | Apr 21, 2025 | Apr 25, 2025 |

\*Please send patient census for all MHSDS programs at LAC, MCSP, SAC, and CCWF as well as the appointments reports for the review period as soon as practicable but no later than **March 1, 2025**.

**May 2025**

| | | | |
|---|---|---|---|
| CMC-May 6-9 | Oct 1, 2024-Mar 31, 2025 | Apr 28, 2025 | May 2, 2025 |
| PBSP-May 13-16 | Oct 1, 2024-Mar 31, 2025 | May 5, 2025 | May 9, 2025 |
| SATF-May 20-22 | Oct 1, 2024-Mar 31, 2025 | May 12, 2025 | May 16, 2025 |

\*Please send patient census for all MHSDS programs at CMC, PBSP, and SATF as well as the appointments reports for the review period as soon as practicable but no later than **April 1, 2025**.

**June 2025**

| | | | |
|---|---|---|---|
| KVSP-Jun 3-6 | Nov 1, 2024-April 30, 2025 | May 27, 2025 | May 30, 2025 |
| CIM-Jun 10-13 | Nov 1, 2024-April 30, 2025 | June 2, 2025 | Jun 6, 2025 |
| SCC-Jun 17-18 | Nov 1, 2024-April 30, 2025 | June 9, 2025 | Jun 13, 2025 |
| HDSP-Jun 24-27 | Nov 1, 2024-April 30, 2025 | June 16, 2025 | Jun 20, 2025 |

\*Please send patient census for all MHSDS programs at KVSP, CIM, SCC, and HDSP as well as the appointments reports for the review period as soon as practicable but no later than **May 1, 2025**.

**July 2025**

| | | | |
|---|---|---|---|
| PVSP-Jul 7-9 | Dec 1, 2024-May 30, 2025 | Jul 1, 2025 | July 7, 2025 |
| ASP-Jul 10-11 | Dec 1, 2024-May 30, 2025 | July 1, 2025 | July 7, 2025 |
| WSP-Jul 15-18 | Dec 1, 2024-May 30, 2025 | Jul 7, 2025 | July 11, 2025 |
| CRC-Jul 22-24 | Dec 1, 2024-May 30, 2025 | Jul 14, 2025 | July 18, 2025 |
| CCI-Jul 22-24 | Dec 1, 2024-May 30, 2025 | Jul 14, 2025 | July 18, 2025 |
| NKSP-Jul 29-Aug 1 | Dec 1, 2024-May 30, 2025 | July 21, 2025 | July 25, 2025 |

\*Please send patient census for all MHSDS programs at PVSP, ASP, WSP, CRC, CCI, and NKSP as well as the appointments reports for the review period as soon as practicable but no later than **June 1, 2025**.

**To maximize on-site efficiency, please upload all programming, group treatment, IDTT, and ICC schedules by the Friday before the tour starts.**

Unless otherwise indicated, tours will start at 9:00 a.m. on the first day.

The onsite reviews will focus on the areas outlined in the 31st Round Document Request, which will be forthcoming no later than Friday, December 13, 2024.

As with prior site visits, documents submitted in response to the document request will be submitted to the Special Master's office via SharePoint. Please make the responses available on or before the dates provided above and inform Kerry Walsh (kwalsh@pldolaw.com), Michael Ryan (mryan@pldolaw.com), Patricia Williams (harconwil@gmail.com), and Rachel Gribbin (Rgribbin@pldolaw.com) when they are available.

Access to the SharePoint site should be provided to Kerry Walsh (kwalsh@pldolaw.com), Michael Ryan (mryan@pldolaw.com), Patricia Williams (harconwil@gmail.com), and Rachel Gribbin (Rgribbin@pldolaw.com) if not already provided. Also, as with past site visits, responses to the document request and proof of practice binders should be available onsite in hard copies, which we may retain for our records. Any additional documents not previously uploaded to the SharePoint should be provided onsite in hard copy and electronic format where available for review by the *Coleman* team. We understand that such documents will subsequently be uploaded to the SharePoint. Please separate additional documents in a clearly labeled new folder, i.e., Updated Documents, and include the date in the file name.

<u>The document requests in no way preclude the Coleman Special Master from requesting additional documents not included in the document requests while on site.</u>

Finally, as in prior rounds, plaintiffs' counsel may provide a monitoring memorandum for our tours.

Please contact me if you have questions.

Thank you,

Patricia Williams
Deputy Special Master