| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>THOMAS NOLAN – 169692<br>MICHAEL S. NUNEZ – 280535<br>MARC J. SHINN-KRANTZ – 312968<br>ALEXANDER GOURSE – 321631<br>ADRIENNE PON HARROLD – 326640<br>BENJAMIN W. HOLSTON – 341439<br>MAYA E. CAMPBELL – 345180<br>LUMA KHABBAZ – 351492<br>JARED MILLER – 353641<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90−CV−00520−KJM−SCR<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO RESPOND TO DEFENDANTS' RESPONSE TO THE SPECIAL MASTER'S REPORT ON HIS SUICIDE PREVENTION EXPERT'S SUPPLEMENTAL REPORT REGARDING MEASURES 31 AND 32 (ECF NO. 8505)**<br><br>Judge:  Hon. Kimberly J. Mueller |

[4629309.2]

1   On November 25, 2024, the Special Master filed the Special Master's Report on His Suicide Prevention Expert's Supplemental Report Regarding Measures 31 and 32 in Response to the Court's September 30, 2024 Directive (ECF No. 8414). ECF No. 8475. On December 26, 2024, Defendants filed a response thereto ("Defendants' Response"). ECF No. 8505.

The Order of Reference emphasizes the importance of Plaintiffs' input in the remedial process. *See* Order of Reference, ECF No. 640 at 2-3 (Dec. 11, 1995). Plaintiffs dispute contentions in Defendants' Response, and seek an opportunity to demonstrate why they lack merit. Accordingly, Plaintiffs request that the Court grant leave to Plaintiffs to respond to Defendants' Response.

Plaintiffs request that the Court grant Plaintiffs until Friday, February 7, 2025, to respond to Defendants' Response. Plaintiffs did not submit this request until today because the counsel responsible for and best prepared to respond to Defendants' Response have been unavailable since December 26 due to trial preparation in another case and preexisting holiday vacation schedules. The requested time is necessary given that the responsible counsel have significant commitments in this and other cases over the next two weeks, including preparing responses to the Court's December 16, 2024 Order regarding the appointment of a Receiver (ECF No. 8494) and Defendants' Motion to Modify the Order of Reference (ECF No. 8503), as well as preparation of a substantial fee motion due on January 24 in another case.

Plaintiffs' request is in line with prior requests to respond to objections that the Court has previously granted. *See*, *e.g.*, June 26, 2024 Order, ECF No. 8295 at 2 (granting Plaintiffs leave to respond to Defendants' Objections to the Special Master's Tele-mental Health Report and Revised Policy (ECF No. 8256) within thirty-nine days from Plaintiffs' request); August 7, 2023 Minute Order ECF No. 7905 (granting Defendants' request for leave to respond to Plaintiffs' Objections to Defendants' 2022-2023 Unmet Needs Assessment Report within thirty days (ECF No. 7902)).

[4629309.2]

1

PLS.' REQUEST FOR LEAVE TO RESPOND TO DEFS.' RESPONSE TO SPECIAL MASTER'S REPORT ON HIS SUICIDE PREVENTION EXPERT'S SUPP. RPT. RE MEASURES 31 & 32 (ECF NO. 8505)

# CERTIFICATION

Plaintiffs' counsel certifies that he reviewed the following orders in preparing this filing: ECF Nos. 8494, 8295, 7905.

DATED: January 9, 2025

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael S. Nunez*
　　　Michael S. Nunez

Attorneys for Plaintiffs

[4629309.2]

2

PLS.' REQUEST FOR LEAVE TO RESPOND TO DEFS.' RESPONSE TO SPECIAL MASTER'S REPORT ON HIS SUICIDE PREVENTION EXPERT'S SUPP. RPT. RE MEASURES 31 & 32 (ECF NO. 8505)