ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7317
 Fax: (916) 324-5205
 E-mail: Christian.Georgely@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZALES,
SBN 321994
MOLLIE LEVY, SBN 333744
SAMANTHA M. BACON, SBN 351561
 425 Market Street, 26th Floor
 San Francisco, CA 94105
 Telephone: (415) 777-3200
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>          v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                    Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

Defendants California Department of Corrections and Rehabilitation (CDCR) and

Department of State Hospitals (DSH) file the attached reports capturing data concerning patient

census, waitlists, and compliance with transfer timelines for inpatient mental health care in

compliance with the Court's October 13, 2015 order. (ECF No. 5367.) Attached are letters from

CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's

May 19, 2017 Order (ECF No. 5610): (1) DSH CDCR Patient Census and Waitlist Report

(Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted

December 1 through December 31, 2024 Who Waited Beyond Program Guide Timelines

1

(Exhibit B); (3) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of December 30, 2024 (Exhibit C); (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of December 30, 2024 (Exhibit D); (5) Psychiatric Inpatient Programs Census Report as of 12/30/2024 (Exhibit E); (6) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in December 2024 (Exhibit F); and (7) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Rescinded, Rejected or Paroled/Discharged in December 2024 (Exhibit G).

The current compliance report at Exhibit F shows that of the 208 patients referred to inpatient programs in December 2024, 189 were admitted to an inpatient program within Program Guide transfer timelines, one patient was admitted outside Program Guide transfer timelines but under transfer timeline exceptions, and the remaining 18 patients' referrals were rescinded or rejected, or the patients were discharged or paroled. As reflected in the attached letter from CDCR and the attached reports, there is currently sufficient capacity to meet the needs of patients at all levels of inpatient care. CDCR continues to monitor the inpatient transfer timelines and exceptions and will continue to review this information with the Special Master and with other stakeholders in various settings.

**CERTIFICATION OF ORDERS**

Defendants' counsel certifies that they reviewed the following orders relevant to this filing: ECF No. 5367 and ECF No. 5610.

1    Dated:  January 15, 2025              Respectfully submitted,

2                                            ROB BONTA
                                         Attorney General of California

3                                            DAMON MCCLAIN
                                         Supervising Deputy Attorney General

4

5

6                                            ***/s/ Christian M. Georgely***
                                         CHRISTIAN M. GEORGELY
                                         Deputy Attorney General

7                                            *Attorneys for Defendants*

8                                            *HANSON BRIDGETT LLP*

9

10                                            ***/s/ Paul B. Mello***
                                         *PAUL B. MELLO*

11                                            *SAMANTHA D. WOLFF*
                                           *DAVID C. CASARRUBIAS*

12    CF1997CS0003                                   *Attorneys for Defendants*
   38707149.docx

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

State of California – Department of State Hospitals                              Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



January 15, 2025

Damon McClain, Esq.
Christian Georgely, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Mr. Georgely:

The California Department of State Hospitals (DSH) submits its monthly information on
patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental
health care.

The DSH CDCR Patient Census and Waitlist Report—as of December 30, 2024—is
attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report,
Patients Admitted December 1, 2024 through December 31, 2024 Who Waited Beyond
Program Guide Timelines, is attached as Exhibit B.  These reports are based on data
from the DSH Bed Utilization Management Report.[1]

The report attached as Exhibit A reflects data collected at a single point in time and, as a
result, should not be used for purposes outside of that report.  The report attached as
Exhibit B is the compliance report from DSH, which includes requested compliance data
for all DSH level-of-care referrals admitted to inpatient care in December 2024, for any
inmate-patient who waited beyond the timelines specified in the Mental Health Services
Delivery System Program Guide (2009 Revision) at 12-1-16.

---

[1] These reports are based on data collected as of the last business Monday of the month.

January 15, 2025
Page Two


DSH records show that, as of December 31, 2024, there were no patients waiting beyond Program Guide transfer timelines for admission to DSH.  Exhibit B shows that no patients were admitted to DSH Intermediate Care in December 2024 beyond Program Guide transfer timelines.  The supplemental report on DSH's pending waitlist, which was provided to the Special Master and Plaintiffs via e-mail, also shows that no patients were admitted to DSH in December 2024 beyond Program Guide transfer timelines.


Sincerely,


*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals


*"Caring Today for a Safe and Healthy Tomorrow"*

19362599.2

# Exhibit A

State of California
**RESEARCH EVALUATION & DATA INSIGHTS**
1215 O Street
Sacramento, CA 95814

GAVIN NEWSOM, Governor



## DSH CDCR Patient Census and Waitlist Report

Data as of: 12/30/2024

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **-** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 117 | 0 | 0 | 0 | 139 | 9 | 3 | 6 | 18 |
| Coalinga | 50 | 46 | 0 | 0 | 0 | 4 | | | | |
| **Total** | **306** | **163** | **0** | **0** | **0** | **143** | **9** | **3** | **6** | **(Includes 0 Waiting >30 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 9 | 0 | 0 | 0 | 21 | 2 | 3 | 0 | 5 |
| **Total** | **30** | **9** | **0** | **0** | **0** | **21** | **2** | **3** | **0** | **(Includes 0 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

# Exhibit B

State of California

**RESEARCH EVALUATION & DATA INSIGHTS**

1215 O Street

Sacramento, CA 95814

GAVIN NEWSOM, Governor



**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted December 1 through December 31, 2024 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[3]Including patients admitted who waited greater than 30 days from the referral received date to DSH for a change in level of care.

[4]Includes the total number of days admitted patients waited beyond 30 days from the referral received date to DSH for a change in level of care.

State of California

**RESEARCH EVALUATION & DATA INSIGHTS**

1215 O Street

Sacramento, CA 95814

GAVIN NEWSOM, Governor



**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted December 1 through December 31, 2024 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| No patients admitted with wait times exceeding 30 days | | | | | | | | |
| Total Number of Patients Waiting Over 30 Days | 0 | Total Number of Days All Patients | 0 | 0 | 0 | 0 | 0 | - |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                      GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



January 15, 2025

Damon McClain, Esq.
Christian M. Georgely, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
       COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Mr. Georgely:

      The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

      The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report, as of December 30, 2024, is attached as Exhibit C; the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report, as of December 30, 2024, is attached as Exhibit D; the Psychiatric Inpatient Programs Census Report, as of 12/30/2024, is attached as Exhibit E; the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in December 2024 is attached as Exhibit F; and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Rescinded, Rejected, or Paroled/Discharged in December 2024 is attached as Exhibit G. These reports are generated using data from CDCR's tracking software and the Referrals to Inpatient Programs Application.

      The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.

      The report attached as Exhibit F is a compliance report from CDCR, which includes requested compliance data for all referrals admitted to inpatient care in December 2024, and the redacted identification of any inmate-patients who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16. Exhibit F shows that one patient was transferred to an inpatient program beyond Program Guide timelines, but this delay fell under a qualifying exception. Unredacted copies of Exhibit F are provided to the Special Master and Plaintiffs.

      Since January 27, 2022, CDCR has been safely reopening the units in the California Health Care Facility's (CHCF) PIP. CHCF PIP is currently operating at 81% capacity, with 415 of 514 beds available for use. Also, as I have indicated in my regular reports to the Court, the California Medical Facility's (CMF) PIP is operating with beds offline. As of December 31, 2024, the CMF PIP was operating at 68% capacity with 268 of 396 beds available for use. CMF began a retrofit project on July 1, 2024. On the date of this report, three APP units are currently offline:  P-2 placed 36 beds offline effective 7/1/24, Q-2 placed 31 beds offline effective 10/31/24, and Q-1 placed 29 beds offline effective 12/2/24. The work in Q-2 and P-2 are complete and pending approval to reactivate.  The project will continue into 2025 with one or more PIP units offline at a time until work is complete. Additionally, on October 27, 2022, 16

January 15, 2025
Page 2

beds in the ICF standalone unit, previously offline for a retrofit project, were designated as COVID-19 isolation cells due to additional COVID-19 cases in the PIP; and 16 additional cells are offline for COVID-19 quarantine. SVSP PIP is operating at 100% capacity with all 242 beds available for use. CMC's 10 APP beds continue to flex currently for statewide MHCB use. Finally, SQ continues to flex 12 beds for statewide MHCB use.

    While CDCR continues to improve its bed capacity in the PIPs, as the attached reports show, there is currently sufficient capacity for all levels of care and CDCR will continue to closely monitor inpatient referrals and admissions, as well as track all exceptions in detail and review this information with the Special Master in workgroups and with other stakeholders in various settings.

Sincerely,

/s/ *Amar Mehta*

AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

19362527.2

# Exhibit C

**CDCR Psychiatric Inpatient Programs (PIP)**
**Coleman Patient Census and Waitlist Report as of**
**December 30, 2024**

| MALE INTERMEDIATE LOCKED DORM | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Medical Facility (CMF) | 64 | 23 | 0 | 0 | 0 | 41 | | | | | |
| **Total** | **64** | **23** | **0** | **0** | **0** | **41** | **0** | **0** | **0** | | **0** |

| MALE INTERMEDIATE HIGH CUSTODY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) Single Cell | 330 | 198 | 3 | 3 | 0 | 126 | | | | |
| CMF Multi Cell | 20 | 17 | 1 | 0 | 0 | 2 | | | | |
| CMF Single Cell | 62 | 13 | 1 | 0 | 0 | 48 | | | | |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 43 | 0 | 0 | 0 | 1 | | | | |
| SVSP Single Cell | 202 | 128 | 4 | 6 | 0 | 64 | | | | |
| **Total** | **658** | **399** | **9** | **9** | **0** | **241** | **13** | **1** | **14** | **0** |

| MALE FLEX ACUTE PSYCHIATRIC PROGRAM & INTERMEDIATE CARE FACILITY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF | 202 | 94 | 12 | 4 | 0 | 92 | | | | | |
| CMF | 250 | 97 | 3 | 65 | 0 | 85 | | | | | |
| San Quentin (SQ) Condemned | 28 | 10 | 0 | 0 | 0 | 18 | | | | | |
| SQ Non-Condemned | 0 | 9 | 0 | 0 | 0 | -9 | | | | | |
| California Men's Colony | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| **Total** | **480** | **210** | **15** | **69** | **0** | **186** | **9** | **7** | **16** | **0** | **0** |

| FEMALE HIGH CUSTODY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 36 | 2 | 0 | 0 | 7 | | | | | |
| **Total** | **45** | **36** | **2** | **0** | **0** | **7** | **3** | **0** | **3** | **0** | **0** |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTALS - ALL PIPs** | **1247** | **668** | **26** | **78** | **0** | **475** | **25** | **8** | **33** | **0** | **0** |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient requiring APP or ICF level of care.  The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

*There are 65 redlined beds at CMF Psychiatric Inpatient Program due to construction renovation.

Data Source: Referrals to Inpatient Programs Application (RIPA)                                                      CCHCS, Corrections Services, Compliance & Reporting Unit

# Exhibit D

# CDCR Mental Health Crisis Bed
## *Coleman* Patient Census and Waitlist Report as of
## December 30, 2024

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 401 | 274 | 37 | 90 | 17 | 17 | 0 |
| Female Programs | 41 | 13 | 0 | 28 | 1 | 1 | 0 |
| **Totals** | **442** | **287** | **37** | **118** | **18** | **18** | **0** |

Data Source: HCPOP Endorsements and Referrals Tracking (HEART)     CCHCS, Corrections Services, Compliance & Reporting Unit

# Exhibit E

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 12/30/2024**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Flex Programs** | | | |
| PIP - California Medical Facility | 250 | No Score: | 0 |
| | | Level I: | 3 |
| | | Level II: | 19 |
| | | Level III: | 7 |
| | | Level IV: | 45 |
| | | **Total APP Census:** | **74** |
| | | No Score: | 1 |
| | | Level I: | 2 |
| | | Level II: | 5 |
| | | Level III: | 4 |
| | | Level IV: | 11 |
| | | **Total ICF Census:** | **23** |
| | | *Total ICF out of LRH:* | *17* |
| | | **Total APP/ICF Census:** | **97** |
| PIP - California Health Care Facility | 202 | No Score: | 7 |
| | | Level I: | 6 |
| | | Level II: | 22 |
| | | Level III: | 11 |
| | | Level IV: | 48 |
| | | **Total APP Census:** | **94** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **94** |
| PIP-San Quentin Condemned | 28 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 7 |
| | | Level III: | 0 |
| | | Level IV: | 3 |
| | | **Total ICF Census:** | **10** |
| | | **Total APP/ICF Census:** | **10** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| PIP-San Quentin | N/A | No Score: | 0 |
| Non-Condemned | | Level I: | 0 |
| | | Level II: | 1 |
| | | Level III: | 0 |
| | | Level IV: | 1 |
| | | **Total APP Census:** | **2** |
| | | No Score: | 0 |
| | | Level I: | 3 |
| | | Level II: | 3 |
| | | Level III: | 0 |
| | | Level IV: | 1 |
| | | **Total ICF Census:** | **7** |
| | | *Total ICF out of LRH:* | *7* |
| | | **Total APP/ICF Census:** | **9** |
| PIP-California Men's Colony | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **0** |
| **Totals for Male Acute/Intermediate** | **480** | | **210** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| California Health Care Facility | 330 | No Score: | 6 |
| Single Cell | | Level I: | 7 |
| | | Level II: | 36 |
| | | Level III: | 17 |
| | | Level IV: | 132 |
| | | **Total Census:** | **198** |
| | | *Total out of LRH:* | *84* |
| California Medical Facility | 62 | No Score: | 0 |
| Single Cell | | Level I: | 1 |
| | | Level II: | 3 |
| | | Level III: | 2 |
| | | Level IV: | 7 |
| | | **Total Census:** | **13** |
| | | *Total out of LRH:* | *7* |

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| California Medical Facility<br>Multi Person Cells | 20 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 0 |
| | | Level III: | 3 |
| | | Level IV: | 13 |
| | | **Total Census:** | **17** |
| | | *Total out of LRH:* | *5* |
| Salinas Valley<br>Single Cell | 202 | No Score: | 3 |
| | | Level I: | 4 |
| | | Level II: | 26 |
| | | Level III: | 11 |
| | | Level IV: | 84 |
| | | **Total Census:** | **128** |
| | | PC 1370: | 15 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *47* |
| Salinas Valley<br>Multi-person Cells | 44 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 7 |
| | | Level III: | 8 |
| | | Level IV: | 26 |
| | | **Total Census:** | **43** |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *30* |
| **Totals for Male ICF High Custody** | **658** | | **399** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| California Medical Facility<br>Dorms | 64 | No Score: | 0 |
| | | Level I: | 3 |
| | | Level II: | 8 |
| | | Level III: | 3 |
| | | Level IV: | 9 |
| | | **Total Census:** | **23** |
| | | *Total out of LRH:* | *11* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 7 |
| | | Level II: | 68 |
| | | Level III: | 17 |
| | | Level IV: | 25 |
| | | **Total Census:** | **117** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 3 |
| | | Level II: | 28 |
| | | Level III: | 5 |
| | | Level IV: | 10 |
| | | **Total Census:** | **46** |
| **Totals for Male ICF Low Custody** | **370** | | **186** |

CCHCS, Corrections Services, Compliance & Reporting Unit<br>Data Source: Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 4 |
| | | Level III: | 3 |
| | | Level IV: | 1 |
| | | **Total ICF Census:** | **9** |
| | | **Total APP/ICF Census:** | **9** |
| PIP-California Institution for Women | 45 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 1 |
| | | Level III: | 2 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **4** |
| | | No Score: | 4 |
| | | Level I: | 7 |
| | | Level II: | 6 |
| | | Level III: | 5 |
| | | Level IV: | 10 |
| | | **Total ICF Census:** | **32** |
| | | *Total ICF out of LRH:* | *10* |
| | | **Total APP/ICF Census:** | **36** |
| **Totals for Female Acute/Intermediate** | **75** | | **45** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1583** | | **840** |

♦ **Beds Occupied:** For each program, identify the total number of patients in the program and the total each custody level, i.e., Level I-IV. Level 1 has placement score of 0-18; Level II 19 through 35; Level III 36-59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center Processing. PC 1370 patients are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

♦ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute Care.

♦ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

# Exhibit F

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN DECEMBER 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 117 | 109 | 0 | 8 | 0 | 0 | 0 |
| Acute (APP) | 91 | 80 | 1 | 10 | 1 | 0 | 0 |
| TOTALS | 208 | 189 | 1 | 18 | 1 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, on medical or Vitek holds and/or operational approved circumstances.

**DETAIL OF APP OUT OF COMPLIANCE**
**DECEMBER 2024**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level Of Care | EDIT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date | HCPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CMF | ▇ | ▇ | MHCB | 9/11/2024 | 9/13/2024 | 9/18/2024 | Acute / preliminary Single Cell | 09/18/2024 | PIP APP: VPP | 09/18/2024 08:23:00 | PIP APP: VPP | 09/18/2024 08:23:00 | PIP APP: VPP | 12/24/2024 | PIP APP: VPP | 12/26/2024 11:27:00 | Exception: Medical Hold [9/18/24-12-23/24] | Admitted | 99 | N | 89 |
| | | | | | | | | | | | | | | | | | | TOTAL DAYS OUT OF COMPLIANCE | 0 | | | |

# Exhibit G

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS RESCINDED, REJECTED, OR PAROLED/DISCHARGED IN DECEMBER 2024 | | | | | | |
|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Rescinded, Rejected, or Paroled/Discharged Referrals | Patients Rescinded, Rejected, or Paroled/Discharged Within Program Guide Timeframes[1] | Patients Rescinded, Rejected, or Paroled/Discharged Outside Program Guide Timeframes | Exceptions to Program Guide Timeframes[2] | Referrals Past Timeframes w/o Exceptions | Total Days Out of Compliance |
| Intermediate (ICF) | 8 | 8 | 0 | 0 | 0 | 0 |
| Acute (APP) | 10 | 10 | 0 | 0 | 0 | 0 |
| TOTALS | 18 | 18 | 0 | 0 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP.  Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, on medical or Vitek holds and/or operational approved circumstances.

# CERTIFICATE OF SERVICE

Case Name:  **Coleman v. Newsom, et al.,**          No.    **2:90-cv-00520 KJM-SCR**

I hereby certify that on <u>January 15, 2025,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 15, 2025</u>, at Sacramento, California.

| F. Saunders | */s/ F. Saunders* |
|:---:|:---:|
| Declarant | Signature |

CF1997CS0003
38709331.docx