ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
MOLLIE H. LEVY, SBN 333744
SAMANTHA M. BACON, SBN 351561
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   415-777-3200
Pmello@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.<br><br>　　　　Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**DECLARATION OF JASINDA MUHAMMAD IN SUPPORT OF DEFENDANTS' RESPONSE CONCERNING APPOINTMENT OF A TEMPORARY RECEIVER**<br><br>Judge:　Hon. Kimberly J. Mueller |

I, Jasinda Muhammad, declare as follows:

1.　I am the Deputy Director of Human Resources for the California Department of Corrections and Rehabilitation's (CDCR) California Correctional Healthcare Services (CCHCS). I have been in this position since January 31, 2018. From 2013 to January 30, 2018, I was the Associate Director of Human Resources and the Assistant Deputy Director of Human Resources for CCHCS within CDCR. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2.　I am responsible and accountable for the overall planning, organizing, directing and managing all of the human resource functions for CCHCS. Those functions include, but

are not limited to, classification and pay, compliance and oversight unit, executive recruitment and selection, workforce development and regional hiring unit.

3. CDCR has continued to successfully implement its telemental health program and implementation and hiring has surpassed even CDCR's best estimates provided at the staffing contempt trial. As of December 30, 2024, CDCR had filled 48 telepsychology positions (out of an allocated total of 60 positions). Twelve of those 48 filled positions have not yet been assigned to an institution. Once a telepsychologist is assigned to an institution (following a short period of training by headquarters), their hiring will be reflected in the monthly staffing reports. Accordingly, the staffing reports often under-count the total number of telepsychologists that have been onboarded as of the date of the reports. For instance, the November 2024 Staffing Report indicates that only 32.85 telepsychology positions were filled, however an additional sixteen telepsychologists had been hired but were unassigned. *See* ECF No. 8508 at 6.

4. Similarly, as of December 30, 2024, CDCR had filled 54 teleclinical social worker positions (out of an allocated total of 40 positions). Eight of those 54 filled teleclinical social worker positions have not yet been assigned to an institution. Like telepsychologists, above, Once a teleclinical social worker is assigned to an institution (following a short period of training by headquarters), their hiring will be reflected in the monthly staffing reports. Thus, as with telepsychologists, the staffing reports often under-count the total number of teleclinical social workers that have been onboarded as of the date of the reports. For instance, the November 2024 Staffing Report indicates that only 39.2 teleclinical social workers were assigned however an additional 7.88 t teleclinical social workers had been hired but were unassigned. *See* ECF No. 8508 at 7.

5. In short, CDCR has hired 48 total telepsychologists and 54 total teleclinical social workers. Hiring remains ongoing and interest is presently exceeding available positions. Additionally, 9 telespychologist and 6 teleclinical social workers are in the hired or pre-employment pipeline.

6. CDCR has also worked with stakeholders to expand the classifications that can provide mental-health services under the Program Guide. Specifically, CDCR is now able to hire

Marriage and Family Therapists (MFTs) and Clinical Counselors (CCs) to work as mental health primary clinicians. The addition of these two new classifications to fulfill the role of mental health primary clinicians significantly expands the pool of available clinicians from which to recruit. To date, CDCR has hired 19 MFTs and 2 CCs registry providers, with another 27 MFTs and 2 LPCCs who are in the process of being hired. Civil Service recruitment will commence February 2025.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Elk Grove, California on January 15, 2025.

*/s/ Jasinda Muhammad*
Jasinda Muhammad