ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID CASARRUBIAS-GONZÁLEZ , SBN 321994
MOLLIE H. LEVY, SBN 333744
SAMANTHA M. BACON, SBN 351561
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    415-777-3200
Pmello@hansonbridgett.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**DECLARATION OF TRAVIS WILLIAMS, PsyD, IN SUPPORT OF DEFENDANTS' RESPONSE CONCERNING APPOINTMENT OF A TEMPORARY RECEIVER**<br><br>Judge:    Hon. Kimberly J. Mueller |

I, Travis Williams, declare as follows:

1.      I am a Mental Health Administrator at the California Department of Corrections and Rehabilitation ("CDCR"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.      In my role as a Mental Health Administrator for CDCR, I regularly work on the Coleman Class Action as part of CDCR's Mental Health leadership team. I am also actively involved in CDCR's efforts to develop and maintain a durable suicide prevention program in

1   connection with court-ordered remediation in this matter.

2       3.      I have been involved in extensive measures taken by CDCR to improve its suicide

3   prevention practices to save inmate lives and to comply with the Court's Special Master's expert's

4   33 recommendations.

5       4.      Defendants are now largely compliant with Recommendation 3 regarding suicide

6   prevention trainings. Whereas in calendar year 2023, seven institutions failed to achieve 90%

7   compliance across all three disciplines (custody, health care, and mental health), in 2024, that

8   number dropped to just four non-compliant institutions. Of those four institutions, two were

9   essentially at the 90% threshold (with SVSP at 89.9% for custody and PBSP at 89.7% for mental

10  health), and the other two institutions were within three percentage points or less.

11      I declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct.  Executed in Carmichael, California on January 14, 2025.

13

14              */s/ Travis Williams*
                _____
15              Travis Williams, PsyD

16

17

18

19

20

21

22

23

24

25

26

27

28

21447173.2      DECLARATION OF TRAVIS WILLIAMS, PsyD