| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | ERNEST GALVAN – 196065 |
| MARGOT MENDELSON – 268583 | LISA ELLS – 243657 |
| PRISON LAW OFFICE | JENNY S. YELIN – 273601 |
| 1917 Fifth Street | THOMAS NOLAN – 169692 |
| Berkeley, California 94710-1916 | MICHAEL S. NUNEZ – 280535 |
| Telephone: (510) 280-2621 | MARC J. SHINN-KRANTZ – 312968 |
| | ALEXANDER GOURSE – 321631 |
| CLAUDIA CENTER – 158255 | ADRIENNE PON HARROLD – 326640 |
| DISABILITY RIGHTS EDUCATION | BENJAMIN W. HOLSTON – 341439 |
| AND DEFENSE FUND, INC. | MAYA E. CAMPBELL – 345180 |
| Ed Roberts Campus | LUMA KHABBAZ – 351492 |
| 3075 Adeline Street, Suite 210 | JARED MILLER – 353641 |
| Berkeley, California 94703-2578 | ROSEN BIEN |
| Telephone: (510) 644-2555 | GALVAN & GRUNFELD LLP |
| | 101 Mission Street, Sixth Floor |
| | San Francisco, California 94105-1738 |
| | Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141** |
| v. | |
| GAVIN NEWSOM, et al., | Judge: Hon. Kimberly J. Mueller |
| Defendants. | |

[4633434.1]

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 141, Plaintiffs have submitted to the Court by email a Request to File Under Seal ("Request") and a document entitled "Under Seal Declaration of Alexander Gourse in Support of Plaintiffs' Closing Brief re Appointment of Receiver" (hereinafter "Under Seal Declaration"). The Under Seal Declaration includes the names and CDCR numbers of eleven individuals who committed suicide in 2024, as well as the dates of their deaths and the CDCR institutions where they died. The exhibits to the Under Seal Declaration are the eleven Final Suicide Reports for these individuals. In addition to basic identifying information, which is also subject to the Protective Order in this case, the Final Suicide Reports include sensitive and private information such as the patients' medical and mental health histories, their family histories and family members' identities, details regarding their juvenile and criminal records, information about their institutional functioning, including their disciplinary histories, and extremely detailed (often minute by minute) accounts of the individuals' deaths and any efforts at resuscitation.

The Request, the Under Seal Declaration, and the accompanying Proposed Order were provided to the Court by electronic mail and provided to counsel for Defendants in this action by electronic mail on January 15, 2025, pursuant to Local Rule 141.

DATED: January 15, 2025

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Alexander Gourse
    Alexander Gourse

Attorneys for Plaintiffs

[4633434.1]

1

NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141