ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
MOLLIE LEVY, SBN 333744
SAMANTHA BACON, SBN 351561
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    415-777-3200
E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **NOTICE OF SUBMISSION OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S JANUARY 2025 MENTAL HEALTH BED NEED STUDY** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

1

1    On May 26, 2021, the Court ordered Defendants to file the California Department of

2 Corrections and Rehabilitation's (CDCR) mental health bed need studies within five days of

3 publication. (ECF No. 7185.)  Defendants submit the January 2025 Mental Health Bed Need

4 Study Based on Fall 2024 Projections, as Exhibit A to the attached letter from CDCR.

5    Dated: January 21, 2025                    Respectfully submitted,

6                                              ROB BONTA
                                              Attorney General of California
7                                              DAMON MCCLAIN
                                              Supervising Deputy Attorney General

8

9                                              /s/ Elise Owens Thorn
                                              ELISE OWENS THORN
10                                              Deputy Attorney General
                                              Attorneys for Defendants

11

12                                              HANSON BRIDGETT LLP

13                                              /s/ Samantha D. Wolff
                                              PAUL B. MELLO
14                                              SAMANTHA D. WOLFF
                                              DAVID C. CASARRUBIAS
15                                              Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

Submission CDCR Mental Health Bed Need Study (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                      GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



January 17, 2025

Damon McClain, Esq.
Elise Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-550

VIA EMAIL

RE: Fall 2024 Mental Health Bed Need Study

Dear Mr. McClain and Ms. Thorn:

On May 26, 2021 the court ordered Defendants to file each Mental Health Bed Need Study within five days of its publication. (ECF No. 7185.)  On January 16, 2025 the California Department of Corrections and Rehabilitations finalized the Mental Health Bed Need Study based on Fall 2024 Population Projections.  That report is attached.

Sincerely,

*/s/ Sundeep Thind*

SUNDEEP THIND
Attorney
Office of Legal Affairs

# Exhibit A



**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**



# MENTAL HEALTH BED NEED STUDY

BASED ON
**FALL 2024 POPULATION PROJECTIONS**

**JANUARY 2025**

CDCR OFFICE OF RESEARCH

IN CONSULTATION WITH
JOHN MISENER, PRINCIPAL, STEPHENS CONSULTING PARTNERS

## TABLE OF CONTENTS

TABLE OF CONTENTS ............................................................................................................................................................ 1

**EXECUTIVE SUMMARY** ........................................................................................................................................................ 3

    MALE PROGRAMS ............................................................................................................................................................ 3

    FEMALE PROGRAMS ........................................................................................................................................................ 3

**PURPOSE AND SCOPE OF THE STUDY** ................................................................................................................................ 4

**METHODOLOGY** .................................................................................................................................................................. 4

    BASIC METHODOLOGY ..................................................................................................................................................... 4

    METHODOLOGY ENHANCEMENTS ...................................................................................................................................... 5

**DATA USED** ......................................................................................................................................................................... 7

**FALLS 2024 CDCR POPULATION PROJECTIONS** ................................................................................................................. 7

    MALE POPULATION ......................................................................................................................................................... 8

    FEMALE POPULATION ...................................................................................................................................................... 9

**MALE PROGRAM FORECASTS** ............................................................................................................................................ 10

    ACUTE PSYCHIATRIC PROGRAM (APP) ............................................................................................................................. 10

    INTERMEDIATE CARE FACILITY (ICF) – HIGH CUSTODY PROGRAM ........................................................................................ 11

    ICF – LOW CUSTODY PROGRAM ...................................................................................................................................... 12

    PSYCHIATRIC INPATIENT PROGRAM (PIP) – APP/ICF FOR INCARCERATED INDIVIDUALS WITH CONDEMNED SENTENCES ................... 13

    MENTAL HEALTH CRISIS BED (MHCB) ............................................................................................................................. 14

    ENHANCED OUTPATIENT PROGRAM (EOP) – GENERAL POPULATION (GP) .............................................................................. 15

    RHU - RESTRICTED HOUSING UNIT .................................................................................................................................. 16

    CORRECTIONAL CLINICAL CASE MANAGEMENT SYSTEM (CCCMS) ....................................................................................... 17

**FEMALE PROGRAM FORECASTS** ..................................................................................................................................**18**

Acute and Intermediate Inpatient Program (APP/ICF) ............................................................................ 18

MHCB .................................................................................................................................................... 19

Enhanced Outpatient Program (EOP) – General Population (GP) ........................................................... 15

Restricted Housing Unit (RHU) ............................................................................................................... 20

CCCMS ................................................................................................................................................... 21

**CONCLUSION** ...................................................................................................................................................**22**

## EXECUTIVE SUMMARY

The California Department of Corrections and Rehabilitation (CDCR) Fall 2024 total mental health bed need is higher compared to the Spring 2024 study for FY 2025 (by 1,647 beds or 5.2%). Projections are higher for Males (5.4%) when comparing bed need for FY 2025 (at 12/31/24). Females increased slightly by 0.8%.

### MALE PROGRAMS

The Fall 2024 Mental Health Bed Need Study projections, at the midpoint of FY 2025 (12/31/24), forecasts a lower bed need compared to the Spring 2024 study for: APP (-6.5%); and the Restricted Housing Unit (RHU) -8.4%. Programs which forecast a higher bed need include: ICF-High (2.7%); ICF-Low (4.8%); SQ PIP (8.5%); MHCB (3.0%); EOP-GP (10.0%); and CCCMS (4.8%). Overall inpatient male bed need increased by 1.0%.

### FEMALE PROGRAMS

The Fall 2024 Mental Health Bed Need Study projections for FY 2025 (at 12/31/24) forecast exhibited program decreases in: Acute/ICF (-0.8%); MHCB (-13.0%); and the Restricted Housing Unit (-22.6%). Program increases include: EOP-GP (7.0%) and CCCMS (0.7%).

Overall female inpatient bed need decreased 4.6%.

| Level of Care | PROJECTIONS TO FY 2025 (at 12/31/24) | | | |
|---|---|---|---|---|
| | Preliminary Fall 2024 Study | Spring 2024 Study | Difference from Spring 2024 | % Change from Spring 2024 |
| **MALE** | | | | |
| APP | 286 | 305 | (20) | -6.5% |
| ICF - High | 544 | 530 | 14 | 2.7% |
| ICF - Low | 160 | 153 | 7 | 4.8% |
| SQ PIP | 27 | 24 | 2 | 8.5% |
| MHCB | 317 | 308 | 9 | 3.0% |
| EOP-GP | 7,144 | 6,492 | 652 | 10.0% |
| RHU | 708 | 773 | (65) | -8.4% |
| CCCMS | 22,398 | 21,368 | 1,030 | 4.8% |
| Totals | 31,585 | 29,954 | 1,630 | 5.4% |
| **FEMALE** | | | | |
| Acute/ICF | 43 | 44 | (0.4) | -0.8% |
| MHCB | 17 | 19 | (2.5) | -13.0% |
| EOP-GP | 145 | 136 | 9.3 | 6.8% |
| RHU | 9 | 12 | (2.8) | -22.6% |
| CCCMS | 1,791 | 1,778 | 13.2 | 0.7% |
| Totals | 2,006 | 1,989 | 17 | 0.8% |
| TOTAL MHSDS POP | 33,590 | 31,943 | 1,647 | 5.2% |

## PURPOSE AND SCOPE OF THE STUDY

The purpose of the Mental Health Bed Need Study (Study) is to guide future facility planning efforts. The forecasts are provided by level of care and gender.

This Fall 2024 Study uses the Fall 2024 Population Projections developed under the California Department of Corrections and Rehabilitation's (CDCR's) contract with Stephens Consulting Partners.

This Fall 2024 study continues to apply similar approaches and methodologies begun in and expanded since the Fall 2011 Study. These methodologies are based in part on the effort of Health Care Placement Oversight Program (HCPOP) staff in collecting additional data specifically related to classification level and analyses of pending lists. HCPOP expanded their audit of census and pending lists by classification level to a weekly basis. John Misener, a Principal with Stephens Consulting Partners, continues as the lead forecaster for the projections in this report.

This Study compares these Fall 2024 projections with the Spring 2024 study.

## METHODOLOGY

### BASIC METHODOLOGY

The fundamental modeling approach for the Study is the Census Rate method, which is a population-based model. The method entails developing forecasts of the target populations as well as census rates for those populations (based on average daily census per 1,000 incarcerated individuals) for each level of care.  This basic model uses the following variables:

1. CDCR Total Population (actual and projected)
2. Historical Program Census Counts (weekly)
3. Historical Program Pending List Counts, if any (weekly)

A Census Rate Adjustment Factor (CRAF) is applied to previous forecasts (and is still applied to some of the female forecasts) when the census rate exhibits an increase from the previous year to simulate future increases. The CRAF is calculated to indicate average annual change over a 2-5 year period. However, it is not always applied, such as when the rate exhibits a decline, is erratic, or is not expected to continue to increase based on other information related to operations (e.g., indication of length of stay reduction, improvements in pending list management, etc.).

The goal of the Study is to address the adequacy of the capacities in each program so that those who are referred on the basis of a clinical judgment will not encounter barriers caused by inadequate supply.  Occupancy standards were selected to ensure that, on average, capacities would not be exceeded in the future given the forecasted bed requirements.  While the inpatient community standard is about

80 percent, the Division of Health Care Services decided to apply a 90 percent occupancy standard to all inpatient programs, and a 95 percent standard to the outpatient programs (excluding CCCMS). The lower occupancy standard increases the probability of having an empty bed available.

## METHODOLOGY ENHANCEMENT

Since the Fall 2011 Study, the following two enhancements were applied to the basic methodology:

1.  *For the Male MHCB, EOP-GP, and EOP-ASU programs and the Female EOP-ASU program, provided a "trued" bed need reporting.  This is an adjustment to the official forecasted bed need that eliminates "double-counting."*

HCPOP conducts an analysis of pending lists in order to determine current housing/level of care of those on the pending lists so that adjustments could be shown to eliminate "double-counting."  For example, an analysis of the APP pending list revealed that a substantial percentage of the incarcerated-patients were residing in a MHCB. A separate reporting of the "trued" bed need is shown in the MHCB forecast with the observation that the beds used by those incarcerated-patients on the pending list could be freed-up once adequate APP capacities become available in the future.

2.  *For Male programs, determined classification level-specific census rates to better adjust for anticipated changes in the classification level mix as a result of Statutes 2011, chapter 15 (Assembly Bill 109: Public Safety Realignment Law).*

HCPOP conducts a weekly audit that matches the incarcerated-patients resident in the program to their classification level (based on placement score). The distribution by level is averaged for the number of data points during the audit period (e.g., 26 dates for half the FY; 52 dates for the full FY).  It is assumed that the program Average Daily Census (Total Census plus Pending List) would be allocated in the same proportion, resulting in estimated "classification level-specific" census totals, which are then applied to the CDCR population as of the data period mid-point (e.g., September 30 for half the FY; December 31 for the full FY) to obtain "classification level-specific" census rates. The census rates are then applied to the CDCR projections by level to generate future census estimates.  Blended census rates per 1,000 are calculated for each forecast year and applied to the model. The use of these "classification level-specific" census rates is designed to ensure sufficient bed need despite large drops in the projected population due to various population reduction measures.  This more precise methodology was used for forecasting the Male programs because the department does not project the Female population by level. Therefore, CRAFs are still used for forecasting the Female programs, as appropriate.

The male programs for Fall 2024 reflect a high utilization of services by Level IV incarcerated individuals, especially for APP, ICF-High Custody, and the Restricted Housing Unit:

| Fall 2024 | | | | |
|---|---|---|---|---|
| MALE PROGRAMS | Level I | Level II | Level III | Level IV |
| APP | 4.4% | 26.4% | 12.4% | 56.8% |
| ICF-High | 2.5% | 19.1% | 9.7% | 68.7% |
| ICF-Low | 9.5% | 52.6% | 13.8% | 24.1% |
| MHCB | 7.5% | 34.1% | 13.5% | 44.9% |
| EOP-GP | 5.0% | 43.5% | 13.4% | 34.7% |
| RHU | 2.1% | 12.0% | 11.0% | 74.8% |
| CCCMS | 7.1% | 45.8% | 14.3% | 25.0% |

*\* EOP-GP and CCCMS do not add up to 100% due to the inmates in RCs.*

## DATA USED

Note: Beginning in November 2023, CDCR introduced the Restricted Housing Unit grouping of the following historical programs: PSU (Psychiatric Services Unit), ASU (Administrative Segregation Unit), LTRH and STRH (Long and Short Term Restricted Housing) and the SHU (Secure Housing Unit). Beginning with this study, the new combined Restricted Housing Unit programs were forecasted.

This Fall 2024 Study uses the following data:

- The Fall 2024 Population Projections through 6/30/2029, from the CDCR Office of Research, by gender and level of housing for males. These projections include the estimated impact of Proposition 57.
- July 2023 – June 2024 census and pending list data, by program, provided by HCPOP.
- HCPOP analysis of male incarcerated-patients by Classification Level (based on placement score):
    - Fifty two weekly audit dates for July 2023 – June 2024 were used for all inpatient, EOP-GP, and CCCMS Male programs to match incarcerated-patients to placement scores and classification.
      levels. EOP-ASU, PSU, STRH and LTRH mental health program data were consolidated for July-October 2023 and combined with the newly reported consolidated RHU data from November 2023 to June 2024.
- HCPOP analysis of pending lists for APP, ICF, and the RHU.

## FALL 2024 CDCR POPULATION PROJECTIONS

Population data inputs required for the Fall 2024 Mental Health Bed Need Study were provided to Stephens Consulting Partners by the CDCR Office of Research (Research) on September 19, 2024.

For more information related to CDCR's Office of Research Population Projections, please visit:
https://www.cdcr.ca.gov/research/population-reports

## MALE POPULATION

The Fall 2024 CDCR projections for males are very close to the Spring projections. Level IV projections are lower but increases in Levels I and II.  Male population is only 0.15% different between the current and previous study for the forecast years.





| Total Male Population Fall 2024 vs. Spring 2024 * | | | | |
|---|---|---|---|---|
| | 2025 | 2026 | 2027 | 2028 |
| Fall 2024 | 87,274 | 86,301 | 85,593 | 83,693 |
| Spring 2024 | 86,866 | 86,305 | 85,227 | 83,941 |
| Variance | 408 | (4) | 366 | (248) |
| % Variance | 0.5% | 0.0% | 0.4% | -0.3% |
| * as of midpoint of the fiscal year (12/31) | | | | |

| Change by Security Level Fall 2024 vs, Spring 2024 | | | | |
|---|---|---|---|---|
| | 2025 | 2026 | 2027 | 2028 |
| Level IV | -4.0% | -3.1% | -2.7% | -4.2% |
| Level III | -2.4% | -1.8% | 1.1% | 2.2% |
| Level II | 2.3% | 0.5% | 0.8% | 0.3% |
| Level I | 6.5% | 4.1% | 1.4% | -1.9% |

## FEMALE POPULATION

The Fall 2024 population projections for females are higher in FY2025 by 6.3% compared to the Spring 2024 projection. The new series of projections average 8.2% higher than the Spring study through the forecast years.



**Female Population: 2013 - 2029**

|  | Total Female Population Fall 2024 vs Spring 2024* | | | |
|---|---|---|---|---|
|  | **2025** | **2026** | **2027** | **2028** |
| Fall 2024 | 3,727 | 3,689 | 3,664 | 3,652 |
| Spring 2024 | 3,506 | 3,418 | 3,364 | 3,329 |
| Variance | 221 | 271 | 300 | 323 |
| % Variance | 6.3% | 7.9% | 8.9% | 9.7% |
| * as of midpoint of the fiscal year (12/31) | | | | |

**MALE PROGRAM FORECASTS**

## ACUTE PSYCHIATRIC PROGRAM (APP)

### TABLE 1. MALE APP FORECAST TABLE

| APP - MALE | | | | --- ACTUAL --- | | | | | | | 2024 | | --- FORECAST --- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year Ending (June 30) | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| CDCR Total Male Population | 128,211 | 128,303 | 122,540 | 123,213 | 124,414 | 121,939 | 118,494 | 93,311 | 95,890 | 92,051 | 90,421 | 87,274 | 86,301 | 85,593 | 83,693 | 81,629 |
| Census Rate | 2.08 | 2.30 | 2.60 | 3.01 | 2.84 | 2.21 | 3.53 | 3.11 | 3.49 | 3.59 | 3.00 | 2.95 | 2.96 | 2.97 | 2.97 | 2.99 |
| Avg Program Census | 249.8 | 275.2 | 291.5 | 334.6 | 332.0 | 253.9 | 386.5 | 278.8 | 316.8 | 313.3 | 259.1 | | | | | |
| Avg Pending List | 16.9 | 20.4 | 27.5 | 36.0 | 21.2 | 15.3 | 31.3 | 11.0 | 17.5 | 17.4 | 12.3 | | | | | |
| Total Avg Daily Census (ADC) | 266.7 | 295.5 | 319.0 | 370.6 | 353.2 | 269.2 | 417.8 | 289.8 | 334.3 | 330.7 | 271.4 | 257.1 | 255.1 | 254.0 | 248.3 | 243.8 |
| Bed Need (90% Occ) | 296 | 328 | 354 | 412 | 392 | 299 | 464 | 322 | 371 | 367 | 302 | 286 | 283 | 282 | 276 | 271 |

| | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| Forecast Based on Spring 2024 | 318 | 305 | 303 | 300 | 296 |
| Forecast Based on Fall 2023 | 368 | 358 | 352 | 343 | 334 |
| Forecast Based on Spring 2023 | 323 | 316 | 311 | 308 | |

### TABLE 2. MALE APP DISTRIBUTION BY CLASSIFICATION LEVEL TABLE

| Classification Level | Distribution % | Est. Total ADC Distribution | CDCR Population @ 12/31/23 | Census Rates (Fall 2024) | % Change Fall '24 - Spring '24 | Census Rates (Spring 2024) | Census Rates (Fall 2023) | Census Rates (Fall 2022) | Census Rates (Fall 2021) | Census Rates (Fall 2020) | Census Rates (Fall 2019) | Census Rates (Fall 2018) | Census Rates (Fall 2017) | Census Rates (Fall 2016) | Census Rates (Fall 2015) | Census Rates (Fall 2014) | % Change Fall 24 - Fall 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Level IV | 56.8% | 154.0 | 18,634 | 8.27 | -8.4% | 9.02 | 9.66 | 8.95 | 7.89 | 8.24 | 4.99 | 6.38 | 6.89 | 5.63 | 5.14 | 5.21 | 58.8% |
| Level III | 12.4% | 33.8 | 13,090 | 2.58 | 1.5% | 2.54 | 2.64 | 2.65 | 2.46 | 2.94 | 2.28 | 2.48 | 2.48 | 2.39 | 1.95 | 1.84 | 40.5% |
| Level II | 26.4% | 71.6 | 42,550 | 1.68 | -6.6% | 1.80 | 1.86 | 1.90 | 1.59 | 2.32 | 1.40 | 1.89 | 2.01 | 1.80 | 2.07 | 1.64 | 2.8% |
| Level I | 4.4% | 12.0 | 7,420 | 1.62 | 40.5% | 1.15 | 1.92 | 1.16 | 1.06 | 2.04 | 1.04 | 1.63 | 1.56 | 1.90 | 1.53 | 1.06 | 53.1% |
| Total | 100.0% | 271.4 | 90,421 | 3.00 | -8.8% | 3.29 | 3.59 | 3.49 | 3.11 | 3.53 | 2.21 | 2.84 | 3.01 | 2.60 | 2.30 | 2.08 | 44.3% |

The male acute licensed beds averaged 489 for FY2024. The Fall 2024 Study calculated an average bed need (at 90%) of 302 for FY2024 and forecast to have a 6.5% lower average need throughout the forecast period. The census rate for FY2024 decreased 16.5% from FY2023.

INTERMEDIATE CARE FACILITY (ICF) – HIGH CUSTODY PROGRAM

### TABLE 3. MALE ICF-HIGH CUSTODY FORECAST TABLE

| ICF-HIGH CUSTODY - MALE | --- ACTUAL --- | | | | | | | | | | 2024 | --- FORECAST --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year Ending (June 30) | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| CDCR Total Male Population | 128,211 | 128,303 | 122,540 | 123,213 | 124,414 | 121,939 | 118,494 | 93,311 | 95,890 | 92,051 | 90,421 | 87,274 | 86,301 | 85,593 | 83,693 | 81,629 |
| Census Rate | 5.10 | 5.51 | 4.97 | 5.72 | 5.23 | 4.97 | 6.20 | 7.31 | 6.48 | 6.63 | 5.80 | 5.61 | 5.64 | 5.67 | 5.66 | 5.71 |
| Avg Program Census (VPP) | 125.9 | 62.2 | 84.4 | 91.2 | 139.7 | 149.7 | 147.9 | 112.0 | 106.9 | 75.3 | 40.2 | | | | | |
| Avg Program Census (CHCF) | 218.4 | 365.4 | 298.6 | 333.4 | 255.6 | 255.5 | 305.3 | 345.5 | 268.2 | 245.5 | 243.7 | | | | | |
| Avg Program Census (SVPP) | 249.8 | 227.5 | 207.8 | 208.9 | 222.7 | 176.3 | 229.8 | 199.8 | 215.2 | 226.3 | 205.9 | | | | | |
| Avg Pending List | 59.4 | 51.5 | 18.7 | 70.8 | 33.1 | 24.1 | 75.1 | 24.9 | 31.4 | 62.8 | 16.9 | | | | | |
| Total Avg Daily Census (ADC) | 653.5 | 706.6 | 609.5 | 704.3 | 651.1 | 605.7 | 758.1 | 682.2 | 621.8 | 610.0 | 506.7 | 489.8 | 487.1 | 485.2 | 474.1 | 466.2 |
| Bed Need (90% Occ) | 726 | 785 | 677 | 783 | 723 | 673 | 842 | 758 | 691 | 678 | 563 | 544 | 541 | 539 | 527 | 518 |

| | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| Forecast Based on Spring 2024 | 555 | 530 | 526 | 521 | 514 |
| Forecast Based on Fall 2023 | 680 | 662 | 651 | 633 | 618 |
| Forecast Based on Spring 2023 | 615 | 600 | 590 | 584 | |

### TABLE 4. MALE ICF-HIGH CUSTODY DISTRIBUTION BY CLASSIFICATION LEVEL TABLE

| Classification Level | Distribution % | Est. Total ADC Distribution | CDCR Population @ 12/31/23 | Census Rates (Fall 2024) | % Change Fall '24 - Spring '24 | Census Rates (Spring 2024) | Census Rates (Fall 2023) | Census Rates (Fall 2022) | Census Rates (Fall 2021) | Census Rates (Fall 2020) | Census Rates (Fall 2019) | Census Rates (Fall 2018) | Census Rates (Fall 2017) | Census Rates (Fall 2016) | Census Rates (Fall 2015) | Census Rates (Fall 2014) | % Change Fall 24 - Fall 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Level IV | 68.7% | 360.4 | 18,634 | 19.34 | 5.4% | 18.34 | 20.56 | 19.87 | 22.71 | 18.23 | 12.77 | 13.43 | 15.19 | 13.11 | 16.50 | 16.37 | 18.1% |
| Level III | 9.7% | 50.9 | 13,090 | 3.89 | 11.0% | 3.50 | 4.12 | 3.96 | 4.19 | 4.92 | 5.04 | 5.21 | 5.34 | 4.76 | 4.38 | 3.89 | -0.2% |
| Level II | 19.1% | 100.2 | 42,550 | 2.35 | -1.5% | 2.39 | 2.79 | 2.42 | 2.43 | 2.61 | 2.52 | 2.57 | 2.51 | 2.37 | 3.24 | 2.71 | -13.0% |
| Level I | 2.5% | 12.9 | 7,420 | 1.74 | 26.6% | 1.37 | 1.31 | 0.94 | 1.35 | 1.65 | 1.56 | 1.48 | 1.54 | 1.76 | 1.82 | 1.49 | 16.7% |
| Total | 100.0% | 524.3 | 90,421 | 5.80 | 1.0% | 5.74 | 6.63 | 6.48 | 7.31 | 6.20 | 4.97 | 5.23 | 5.72 | 4.97 | 5.51 | 5.10 | 13.8% |

CDCR operated an average of 658 beds in celled housing for FY2024 at ICF programs for male incarcerated-patients. The Fall 2024 Study indicates an average bed need of 563 for FY2024 (at 90% occupancy). This is an 8 bed increase (1.5%) than was estimated in the Spring study. Bed need in the forecast years averaged 15 beds higher (2.9%) than was forecasted in the Spring study. The model assumes constant "classification specific" (I-IV) census rates.

ICF – LOW CUSTODY PROGRAM

TABLE 5. MALE ICF-LOW CUSTODY FORECAST TABLE

| ICF-LOW CUSTODY - MALE | --- ACTUAL --- | | | | | | | | | | | --- FORECAST --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year Ending (June 30) | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| CDCR Total Male Population | 128,211 | 128,303 | 122,540 | 123,213 | 124,414 | 121,939 | 118,494 | 93,311 | 95,890 | 92,051 | 90,421 | 87,274 | 86,301 | 85,593 | 83,693 | 81,629 |
| Census Rate | 2.59 | 2.32 | 2.61 | 2.70 | 2.81 | 2.33 | 3.17 | 2.78 | 2.15 | 1.43 | 1.63 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 |
| Avg Program Census (CSH) | 46.6 | 47.4 | 48.5 | 44.4 | 48.4 | 47.2 | 44.7 | 34.5 | 21.2 | 25.6 | 41.4 | | | | | |
| Avg Program Census (VPP) | 74.0 | 72.4 | 73.4 | 73.5 | 69.5 | 75.4 | 74.2 | 50.0 | 48.0 | 27.1 | 33.1 | | | | | |
| Avg Program Census (ASH) | 211.1 | 177.7 | 197.9 | 206.6 | 199.1 | 140.8 | 225.1 | 163.7 | 129.2 | 72.0 | 79.8 | | | | | |
| Avg Pending List | | | | 7.9 | 33.0 | 20.4 | 32.7 | 11.4 | 7.5 | 7.0 | 19.3 | | | | | |
| Total Avg Daily Census (ADC) | 331.6 | 297.5 | 319.7 | 332.3 | 350.0 | 283.8 | 376.6 | 259.5 | 205.9 | 131.7 | 173.5 | 144.1 | 142.0 | 140.8 | 137.7 | 134.5 |
| Bed Need (90% Occ) | 368 | 331 | 355 | 369 | 389 | 315 | 418 | 288 | 229 | 146 | 193 | 160 | 158 | 156 | 153 | 149 |

| | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| Forecast Based on Spring 2024 | 159 | 153 | 152 | 150 | 148 |
| Forecast Based on Fall 2023 | 149 | 145 | 143 | 139 | 136 |
| Forecast Based on Spring 2023 | 144 | 139 | 135 | 130 | |

TABLE 6. MALE ICF-LOW CUSTODY DISTRIBUTION BY CLASSIFICATION LEVEL TABLE

| Classification Level | Distribution % | Est. Total ADC Distribution | CDCR Population @ 12/31/23 | Census Rates (Fall 2024) | % Change Fall '24 - Spring '24 | Census Rates (Spring 2024) | Census Rates (Fall 2023) | Census Rates (Fall 2022) | Census Rates (Fall 2021) | Census Rates (Fall 2020) | Census Rates (Fall 2019) | Census Rates (Fall 2018) | Census Rates (Fall 2017) | Census Rates (Fall 2016) | Census Rates (Fall 2015) | Census Rates (Fall 2014) | % Change Fall 24 - Fall 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Level IV | 24.1% | 35.5 | 18,634 | 1.90 | 14.4% | 1.66 | 1.53 | 2.52 | 2.81 | 3.50 | 2.20 | 3.18 | 2.58 | 2.29 | 1.81 | 2.13 | -10.7% |
| Level III | 13.8% | 20.4 | 13,090 | 1.56 | -2.9% | 1.60 | 0.90 | 1.73 | 2.08 | 2.94 | 2.47 | 2.97 | 2.83 | 2.67 | 1.52 | 1.93 | -19.2% |
| Level II | 52.6% | 77.4 | 42,550 | 1.82 | -7.7% | 1.97 | 1.95 | 2.55 | 3.33 | 3.82 | 3.00 | 3.34 | 3.77 | 3.71 | 4.26 | 4.66 | -60.9% |
| Level I | 9.5% | 14.1 | 7,420 | 1.90 | 104.2% | 0.93 | 0.86 | 1.65 | 2.77 | 3.10 | 1.85 | 2.38 | 1.30 | 2.05 | 2.21 | 2.17 | -12.5% |
| Total | 100.0% | 147.3 | 90,421 | 1.63 | 1.0% | 1.61 | 1.43 | 2.15 | 2.78 | 3.17 | 2.33 | 2.81 | 2.70 | 2.61 | 2.32 | 2.59 | -37.0% |

The Department of State Hospitals (DSH) currently operates 306 unlocked ICF dormitory beds at state hospital facilities and CDCR operates 64 locked ICF dormitory beds, totaling 370 ICF-Low Custody beds for male CDCR incarcerated-patients. The Fall 2024 study calculated the average bed need of 193 for FY 2024 which is a 34 bed increase from the Spring estimate. The forecasted bed need averages 4.1 beds higher throughout the forecasted years due to a 13.9% increase in the census rate. The model assumes constant "classification specific" (I-IV) census rates.

PSYCHIATRIC INPATIENT PROGRAM (PIP) – APP/ICF FOR INCARCERATED INDIVIDUALS WITH CONDEMNED SENTENCES

TABLE 7. MALE PIP FORECAST TABLE

| PIP - MALE | --- ACTUAL --- | | | | | | | | | | --- FORECAST --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year Ending (June 30) | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| CDCR Total Male Condemned Population | 720 | 725 | 724 | 723 | 716 | 705 | 682 | 655 | 638 | 616 | 600 | 588 | 580 | 573 | 569 |
| Census Rate | 45.76 | 52.94 | 52.30 | 39.86 | 42.26 | 39.47 | 28.46 | 22.37 | 28.68 | 39.84 | 39.84 | 39.84 | 39.84 | 39.84 | 39.84 |
| Avg Program Census (SQ) | 32.8 | 38.4 | 37.9 | 28.8 | 30.0 | 27.8 | 19.2 | 14.5 | 18.2 | 24.5 | | | | | |
| Avg Pending List | 0.1 | 0.0 | 0.0 | 0.1 | 0.2 | 0.2 | 0.25 | 0.13 | 0.06 | 0.02 | | | | | |
| Total Avg Daily Census (ADC) | 32.9 | 38.4 | 37.9 | 28.8 | 30.3 | 29.3 | 19.4 | 14.7 | 18.3 | 24.5 | 23.9 | 23.4 | 23.1 | 22.8 | 22.7 |
| Bed Need (90% Occ) | 37 | 43 | 42 | 32 | 34 | 33 | 22 | 16 | 20 | 27 | 27 | 26 | 26 | 25 | 25 |

| | | | | | |
|---|---|---|---|---|---|
| Forecast Based on Spring 2024 | 25 | 24 | 24 | 24 | 24 |
| Forecast Based on Fall 2023 | 20 | 19 | 19 | 18 | 17 |
| Forecast Based on Spring 2023 | 17 | 17 | 17 | 17 | |

CDCR operates 40 beds dedicated to the PIP program at California State Prison – San Quentin for incarcerated individuals with condemned sentences.

The Fall 2024 Study forecasts a bed need of 27 for FY 2024 and averages 25.8 beds between FY2025-2029. The increase was due to an increase in the FY2024 census rate compared to the Spring study estimate.

## MENTAL HEALTH CRISIS BED (MHCB)

### TABLE 8. MALE MHCB FORECAST TABLE

| MHCB - Males | --- ACTUAL --- | | | | | | | | | | | --- FORECAST --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year Ending (June 30) | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| CDCR Total Male Population | 128,211 | 128,303 | 122,540 | 123,213 | 124,414 | 121,939 | 118,494 | 93,311 | 95,890 | 92,051 | 90,421 | 87,274 | 86,301 | 85,593 | 83,693 | 81,629 |
| Census Rate | 2.82 | 3.33 | 3.53 | 3.39 | 2.87 | 2.18 | 2.62 | 2.72 | 2.64 | 2.81 | 3.33 | 3.36 | 3.36 | 3.37 | 3.38 | 3.30 |
| Avg Program Census | 342.8 | 400.5 | 399.6 | 377.5 | 329.1 | 254.5 | 285.6 | 249.0 | 243.0 | 241.6 | 276.8 | | | | | |
| Avg Pending List | 12.4 | 26.2 | 33.6 | 40.0 | 28.1 | 11.7 | 10.8 | 4.9 | 10.6 | 17.5 | 20.1 | | | | | |
| Total Avg Daily Census (ADC) | 361.1 | 426.8 | 433.2 | 417.5 | 357.1 | 266.3 | 296.4 | 253.9 | 253.5 | 259.1 | 296.9 | 293.7 | 290.1 | 288.3 | 282.7 | 269.3 |
| Bed Need (90% Occ) | 401 | 474 | 481 | 464 | 397 | 296 | 329 | 282 | 282 | 288 | 330 | 326 | 322 | 320 | 314 | 299 |
| Adj for APP/ICF/PSU PL | 41.0 | 46.9 | 38.9 | 54.6 | 33.8 | 25.3 | 83.3 | 25.0 | 26.0 | 30.4 | 20.0 | 20.0 | 15.0 | 10.0 | 10.0 | 10.0 |
| "Trued" Bed Need for APP/ICF/PSU | 360 | 427 | 442 | 409 | 363 | 271 | 246 | 257 | 256 | 257 | 310 | 306 | 307 | 310 | 304 | 289 |

| | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| Forecast Based on Spring 2024 | 319 | 308 | 306 | 303 | 299 |
| Forecast Based on Fall 2023 | 289 | 281 | 276 | 269 | 263 |
| Forecast Based on Spring 2023 | 258 | 253 | 248 | 243 | |

### TABLE 9. MALE MHCB DISTRIBUTION BY CLASSIFICATION LEVEL TABLE

| Classification Level | Distribution % | Est. Total ADC Distribution | CDCR Population @ 12/31/23 | Census Rates (Fall 2024) | % Change Fall '24 - Spring '24 | Census Rates (Spring 2024) | Census Rates (Fall 2023) | Census Rates (Fall 2022) | Census Rates (Fall 2021) | Census Rates (Fall 2020) | Census Rates (Fall 2019) | Census Rates (Fall 2018) | Census Rates (Fall 2017) | Census Rates (Fall 2016) | Census Rates (Fall 2015) | Census Rates (Fall 2014) | % Change Fall '24 - Fall '14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Level IV | 44.9% | 133.3 | 18,634 | 7.15 | 1.7% | 7.03 | 5.80 | 5.25 | 5.00 | 4.97 | 4.38 | 6.51 | 7.71 | 7.86 | 8.51 | 7.64 | -6.4% |
| Level III | 13.5% | 40.1 | 13,090 | 3.07 | 7.1% | 2.86 | 2.07 | 2.17 | 2.71 | 2.57 | 2.20 | 2.36 | 2.76 | 2.95 | 2.31 | 2.01 | 52.6% |
| Level II | 34.1% | 101.2 | 42,550 | 2.38 | 0.6% | 2.36 | 2.15 | 1.92 | 2.08 | 2.10 | 1.62 | 2.00 | 2.18 | 2.37 | 2.69 | 2.20 | 8.0% |
| Level I | 7.5% | 22.3 | 7,420 | 3.00 | 25.4% | 2.40 | 2.49 | 2.22 | 1.42 | 1.78 | 1.41 | 1.48 | 2.31 | 3.03 | 2.26 | 1.55 | 93.6% |
| Total | 100.0% | 296.9 | 90,421 | 3.28 | -0.5% | 3.30 | 2.81 | 2.64 | 2.72 | 2.60 | 2.18 | 2.87 | 3.39 | 3.53 | 3.33 | 2.82 | 16.6% |

CDCR had an average capacity of 392 MHCB beds for male incarcerated-patients within 19 of the 32 male institutions. The Fall 2024 Study forecasts a bed need increase to 330 beds in FY2024 (3.5% higher than forecast in the Spring study) before dropping to 299 by FY2029. Over the forecasted years, the new study averaged 2.8% higher bed need than the Spring study. The census rate increased 16.6% between FY2023 and FY2024.

The "truing" analysis shows beds used by those incarcerated patients on the pending list that could be freed-up once adequate inpatient capacities become available in the future.

ENHANCED OUTPATIENT PROGRAM (EOP) – GENERAL POPULATION (EOP-GP)

### TABLE 10. MALE EOP-GP FORECAST TABLE

| EOP-GP - MALE | --- ACTUAL --- | | | | | | | | | | | --- FORECAST --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year Ending (June 30) | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| LEVEL I CDCR Male Population | 14,650 | 14,452 | 11,741 | 11,659 | 13,193 | 14,416 | 13,751 | 10,722 | 8,793 | 8,428 | 7,420 | 9,035 | 8,555 | 8,403 | 8,246 | 8,025 |
| LEVEL I Census Rate | 13.58 | 15.96 | 16.94 | 16.94 | 20.00 | 22.28 | 24.48 | 21.26 | 30.49 | 35.39 | 47.55 | 47.55 | 47.55 | 47.55 | 47.55 | 47.55 |
| LEVEL I TOTAL ADC | 199.0 | 230.7 | 198.9 | 197.5 | 263.8 | 321.2 | 336.6 | 228.0 | 268.1 | 298.2 | 352.8 | 429.6 | 406.8 | 399.6 | 392.1 | 381.6 |
| LEVEL I Bed Need (95% Occ) | 209 | 243 | 209 | 208 | 278 | 338 | 354 | 240 | 282 | 314 | 371 | 452 | 428 | 421 | 413 | 402 |
| LEVEL II CDCR Male Population | 39,817 | 40,530 | 44,578 | 44,949 | 46,677 | 47,448 | 46,936 | 40,381 | 41,743 | 40,794 | 42,550 | 40,726 | 40,050 | 39,394 | 38,328 | 37,133 |
| LEVEL II Census Rate | 36.85 | 41.17 | 42.66 | 49.29 | 54.42 | 51.84 | 53.06 | 58.76 | 60.55 | 64.68 | 71.66 | 71.66 | 71.66 | 71.66 | 71.66 | 71.66 |
| LEVEL II TOTAL ADC | 1,467.4 | 1,668.5 | 1,901.8 | 2,215.6 | 2,540.2 | 2,459.5 | 2,490.4 | 2,373.0 | 2,527.7 | 2,638.5 | 3,049.3 | 2,918.6 | 2,870.1 | 2,823.1 | 2,746.7 | 2,661.1 |
| LEVEL II Bed Need (95% Occ) | 1,545 | 1,756 | 2,002 | 2,332 | 2,674 | 2,589 | 2,621 | 2,498 | 2,661 | 2,777 | 3,210 | 3,072 | 3,021 | 2,972 | 2,891 | 2,801 |
| LEVEL III CDCR Male Population | 32,570 | 31,631 | 25,035 | 26,122 | 24,029 | 21,736 | 20,369 | 16,135 | 16,201 | 14,886 | 13,090 | 13,356 | 13,437 | 13,679 | 13,628 | 13,494 |
| LEVEL III Census Rate | 24.04 | 29.15 | 42.96 | 46.79 | 50.31 | 46.58 | 46.34 | 47.28 | 43.49 | 49.47 | 71.84 | 71.84 | 71.84 | 71.84 | 71.84 | 71.84 |
| LEVEL III TOTAL ADC | 783.1 | 921.9 | 1,075.4 | 1,222.4 | 1,208.8 | 1,012.5 | 943.8 | 762.8 | 704.6 | 736.4 | 940.4 | 959.5 | 965.3 | 982.7 | 979.0 | 969.4 |
| LEVEL III Bed Need (95% Occ) | 824 | 970 | 1,132 | 1,287 | 1,272 | 1,066 | 994 | 803 | 742 | 775 | 990 | 1,010 | 1,016 | 1,034 | 1,031 | 1,020 |
| LEVEL IV CDCR Male Population | 24,259 | 24,884 | 27,770 | 28,573 | 28,789 | 27,711 | 26,860 | 22,115 | 22,560 | 20,611 | 18,634 | 16,873 | 16,843 | 16,791 | 16,369 | 16,153 |
| LEVEL IV Census Rate | 56.95 | 67.33 | 70.26 | 82.69 | 88.75 | 76.10 | 69.80 | 85.40 | 87.47 | 97.61 | 130.48 | 130.48 | 130.48 | 130.48 | 130.48 | 130.48 |
| LEVEL IV TOTAL ADC | 1,381.5 | 1,675.3 | 1,951.0 | 2,362.6 | 2,555.1 | 2,108.8 | 1,874.7 | 1,888.7 | 1,973.3 | 2,011.9 | 2,431.3 | 2,201.6 | 2,197.7 | 2,190.9 | 2,135.8 | 2,107.6 |
| LEVEL IV Bed Need (95% Occ) | 1,454 | 1,764 | 2,054 | 2,487 | 2,690 | 2,220 | 1,973 | 1,988 | 2,077 | 2,118 | 2,559 | 2,317 | 2,313 | 2,306 | 2,248 | 2,219 |
| RC CDCR Male Population | 11,343 | 11,433 | 10,208 | 10,752 | 10,737 | 9,606 | 9,593 | 3,132 | 6,051 | 6,836 | 5,810 | 4,629 | 3,727 | 4,680 | 4,527 | 4,288 |
| RC Census Rate | 21.64 | 23.14 | 24.74 | 23.35 | 18.88 | 16.21 | 15.71 | 35.09 | 27.45 | 26.87 | 40.66 | 40.66 | 40.66 | 40.66 | 40.66 | 40.66 |
| RC TOTAL ADC | 245.4 | 264.5 | 252.6 | 251.0 | 202.7 | 155.7 | 150.7 | 109.9 | 166.1 | 183.7 | 236.2 | 278.0 | 188.2 | 151.5 | 190.3 | 184.1 |
| RC Bed Need (95% Occ) | 258 | 278 | 266 | 264 | 213 | 164 | 159 | 116 | 175 | 193 | 249 | 293 | 198 | 160 | 200 | 194 |
| Total EOP-GP Bed Need | 4,291 | 5,012 | 5,663 | 6,578 | 7,127 | 6,377 | 6,101 | 5,645 | 5,937 | 6,177 | 7,379 | 7,144 | 6,977 | 6,892 | 6,783 | 6,636 |
| Adj for APP/ICF/PSU PL | 37.0 | 32.7 | 12.3 | 25.5 | 11.1 | 18.4 | 34.6 | 22.4 | 10.0 | 26.4 | 17.2 | 15.0 | 15.0 | 10.0 | 10.0 | 10.0 |
| "Trued" Bed Need for APP/ICF/PSU | 4,254 | 4,979 | 5,651 | 6,552 | 7,116 | 6,358 | 6,067 | 5,623 | 5,927 | 6,151 | 7,362 | 7,129 | 6,962 | 6,882 | 6,773 | 6,626 |

| | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| Forecast based on Spring 2024 | 6,786 | 6,492 | 6,393 | 6,318 | 6,228 |
| Forecast based on Fall 2023 | 6,256 | 6,018 | 5,935 | 5,783 | 5,656 |
| Forecast based on Spring 2023 | 5,840 | 5,682 | 5,542 | 5,414 | |

CDCR averaged 6,837 beds for FY2024 within 13 of the 32 male institutions. The Fall 2024 Study forecasts a bed need of 7,379 for FY 2024. The Fall forecast averaged an increase of 591 beds higher than the Spring study [1] over the forecast years.

This increase is primarily caused by a 11.6% increase in the census rates over the forecast period compared to the Spring study. The "truing" analysis shows beds used by those incarcerated-patients on the pending list that could be freed-up once adequate inpatient capacities become available in the future.

[1] An error in the Spring 2024 study was found that increased the bed need forecast for EOP-GP totals by 1.9% (117 beds) in the previous study. The corrected values are in Table 10 ("Forecast based on Spring 2024").

RESTRICTED HOUSING UNIT - RHU

TABLE 11. MALE RESTRICTED HOUSING UNIT (RHU) FORECAST TABLE

| RHU - Males | --- ACTUAL --- | | | | | | --- FORECAST --- | | | | |
| Fiscal Year Ending (June 30) | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| CDCR Total Male Population | 121,939 | 118,494 | 93,311 | 95,890 | 92,051 | 90,421 | 87,274 | 86,301 | 85,593 | 83,693 | 81,629 |
| Census Rate | 5.45 | 5.21 | 7.20 | 7.62 | 8.41 | 7.99 | 7.71 | 7.76 | 7.81 | 7.80 | 7.88 |
| Avg Program Census | 610 | 539 | 494 | 596 | 689 | 658.8 | | | | | |
| Avg Pending List | 54.56 | 78.13 | 178.76 | 135.25 | 85.25 | 63.8 | | | | | |
| Total Avg Daily Census (ADC) | 664.8 | 617.6 | 672.3 | 730.8 | 774.4 | 722.6 | 672.7 | 669.9 | 668.3 | 653.2 | 643.2 |
| Bed Need (95% Occ) | 700 | 650 | 769 | 769 | 815 | 761 | 708 | 705 | 703 | 688 | 677 |

| | Forecast Based on Spring 2024 | 808 | 773 | 766 | 760 | 751 |
| | Forecast Based on Fall 2023 | 815 | 793 | 780 | 758 | 740 |
| | Forecast Based on Spring 2023 | 789 | 772 | 761 | 756 | |

TABLE 12. MALE RESTRICTED HOUSING UNIT (RHU) DISTRIBUTION BY CLASSIFICATION LEVEL TABLE

| Classification Level | Distribution % | Est. Total ADC Distribution | CDCR Population @ 12/31/23 | Census Rates (Fall 2024) | Census Rates (Spring 2024) | % Change Fall '24 - Spring '24 |
| --- | --- | --- | --- | --- | --- | --- |
| Level IV | 74.8% | 540.7 | 18,634 | 29.02 | 31.10 | -6.7% |
| Level III | 11.0% | 79.7 | 13,090 | 6.09 | 6.06 | 0.5% |
| Level II | 12.0% | 87.0 | 42,550 | 2.04 | 2.26 | -9.6% |
| Level I | 2.1% | 15.2 | 7,420 | 2.05 | 1.74 | 17.5% |
| Total | 100.0% | 722.6 | 90,421 | 7.99 | 8.87 | -9.9% |

Starting in November 2023, the EOP-ASU and PSU beds were transitioned to the RHU program and CDCR provided consolidated data since November. For July-October the ASU and PSU weekly census data (as well as STRH and LTRH) were combined to provide a full base year for the consolidated program.

The CDCR's capacity was reduced from 757 (ASU – 585 beds; PSU 172 beds) to 693 starting in November 2023. The RHU capacity after April is not broken out.

The Fall study forecasts an RHU bed need of 761 for FY 2024 which is a 48 bed reduction (-5.9%) compared to the combined Spring bed need for male PSU and EOP-Ad-Seg. The forecast years average 8.1% lower than the combined Spring study forecast. The RHU census rate dropped 5.0% between FY2023 and FY2024. (Values for RHU from 2019 to 2023 are composite PSU and EOP-ASU).

TABLE 13. MALE CCCMS FORECAST TABLE

| CCCMS - MALE | | | | | | --- ACTUAL --- | | | | | | | --- FORECAST --- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year Ending (June 30) | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| CDCR Total Male Population | 128,211 | 128,303 | 122,540 | 123,213 | 124,414 | 121,939 | 118,494 | 93,311 | 95,890 | 92,051 | 90,421 | 87,274 | 86,301 | 85,593 | 83,693 | 81,629 |
| Census Rate | 211.4 | 217.4 | 219.6 | 219.0 | 214.5 | 216.0 | 215.5 | 226.4 | 235.0 | 249.8 | 258.3 | 256.6 | 253.2 | 257.0 | 256.9 | 256.9 |
| Total Avg Daily Census (ADC) | 27,107 | 27,891 | 26,907 | 26,981 | 26,681 | 26,344 | 25,538 | 21,128 | 22,538 | 22,990 | 23,354 | 22,398 | 21,850 | 21,995 | 21,499 | 20,972 |

| | | | | | | Forecast Based on Spring 2024 | 22,540 | 21,368 | 21,287 | 21,043 | 20,744 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Forecast Based on Fall 2023 | 22,574 | 22,033 | 21,697 | 21,201 | 20,743 |
| | | | | | | Forecast Based on Spring 2023 | 22,116 | 21,602 | 21,132 | 20,713 | |

TABLE 14. MALE CCCMS DISTRIBUTION BY CLASSIFICATION LEVEL TABLE

| Classification Level | Distribution % | Est. Total ADC Distribution | CDCR Population @ 12/31/23 | Census Rates (Fall 2024) | % Change Fall '24 - Spring '24 | Census Rates (Spring 2024) | Census Rates (Fall 2023) | Census Rates (Fall 2022) | Census Rates (Fall 2021) | Census Rates (Fall 2020) | Census Rates (Fall 2019) | Census Rates (Fall 2018) | Census Rates (Fall 2017) | Census Rates (Fall 2016) | Census Rates (Fall 2015) | Census Rates (Fall 2014) | % Change Fall 24 - Fall 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Level IV | 25.0% | 5,844 | 18,634 | 313.6 | 12.1% | 295.1 | 279.74 | 267.67 | 284.30 | 257.33 | 261.02 | 241.69 | 243.39 | 259.25 | 302.53 | 318.21 | -1.5% |
| Level III | 14.3% | 3,332 | 13,090 | 254.5 | 18.5% | 228.0 | 214.87 | 206.85 | 206.71 | 189.08 | 202.04 | 217.32 | 229.50 | 242.54 | 195.81 | 188.56 | 35.0% |
| Level II | 45.8% | 10,705 | 42,550 | 251.6 | -0.3% | 255.1 | 252.43 | 247.48 | 233.20 | 225.99 | 227.25 | 230.15 | 236.87 | 231.83 | 263.88 | 252.33 | -0.3% |
| Level I | 7.1% | 1,649 | 7,420 | 222.2 | 35.2% | 179.3 | 164.40 | 151.77 | 92.38 | 121.73 | 111.36 | 97.73 | 94.40 | 92.67 | 85.53 | 80.67 | 175.4% |
| RCs | 7.8% | 1,825 | 5,810 | 314.1 | -3.5% | 322.1 | 325.45 | 245.13 | 350.50 | 240.57 | 242.75 | 229.90 | 212.42 | 216.83 | 195.76 | 177.87 | 76.6% |
| Total | 100.0% | 23,354 | 90,421 | 258.3 | 4.6% | 254.5 | 246.9 | 235.0 | 226.4 | 213.8 | 216.0 | 214.5 | 219.0 | 219.6 | 217.4 | 211.4 | 22.2% |

CDCR had a capacity which averaged 23,100 for male CCCMS incarcerated-patients within 28 of the 32 male institutions for FY2024. The Fall 2024 Study calculated a bed need (i.e., average census) of 23,354 for FY 2024 or 814 greater bed need than in the Spring study. The forecast averages 3.9% greater bed need over the forecast years 2025 - 2028 than in the Spring study.

**FEMALE PROGRAM FORECASTS**

## ACUTE AND INTERMEDIATE INPATIENT PROGRAM (APP/ICF)

**TABLE 15. FEMALE APP/ICF FORECAST TABLE**

| APP/ICF - FEMALE | \-\-\-\- ACTUAL \-\-\-\- | | | | | | | | | | | \-\-\-\- FORECAST \-\-\-\- | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Fiscal Year | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| CDCR Total Female Population | 6,128 | 6,130 | 5,729 | 5,869 | 5,849 | 5,770 | 5,533 | 3,640 | 3,839 | 3,656 | 3,767 | 3,727 | 3,689 | 3,664 | 3,652 | 3,590 |
| Census Rate | 6.95 | 7.26 | 8.20 | 7.95 | 10.52 | 9.65 | 9.92 | 10.95 | 9.31 | 11.80 | 10.46 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 |
| Avg Program Census (PSH) | 2.0 | 2.0 | 1.5 | 0.0 | 12.1 | 11.4 | 13.6 | 10.7 | 10.15 | 7.3 | 4.7 | | | | | |
| Avg Program Census (CIW) | 40.1 | 41.9 | 43.1 | 44.0 | 44.2 | 41.9 | 35.0 | 28.4 | 24.3 | 33.4 | 32.1 | | | | | |
| Avg Pending List | 0.4 | 0.62 | 2.44 | 2.60 | 5.25 | 2.37 | 2.21 | 0.75 | 1.27 | 2.4 | 2.6 | | | | | |
| Total Avg Daily Census (ADC) | 42.6 | 44.5 | 47.0 | 46.7 | 61.5 | 55.7 | 54.9 | 39.8 | 35.7 | 43.1 | 39.4 | 39.0 | 38.6 | 38.3 | 38.2 | 37.6 |
| Bed Need (90% Occ) | 47 | 49 | 52 | 52 | 68 | 62 | 61 | 44 | 40 | 48 | 44 | 43 | 43 | 43 | 42 | 42 |

| | 2024 | 2025 | 2026 | 2027 | 2028 |
| --- | --- | --- | --- | --- | --- |
| Forecast Based on Spring 2024 | 47 | 44 | 43 | 42 | 41 |
| Forecast Based on Fall 2023 | 51 | 49 | 49 | 48 | 46 |
| Forecast Based on Spring 2023 | 43 | 44 | 44 | 44 | |

CDCR currently operates a 45-bed PIP at California Institution for Women (CIW) for female incarcerated-patients requiring APP or ICF-High custody LOC. Additionally, DSH operates 30 unlocked dormitory beds at Patton State Hospital (PSH) for female CDCR incarcerated-patients. The Fall 2024 study forecasts a bed need of 44 for FY 2024, or 3 beds lower than the Spring study. The new bed need forecast was similar to the Spring study averaging only 0.4 beds more throughout the forecast years.

The census rate dropped 11.3% from the Spring study. No CRAF adjustment was applied.

## MENTAL HEALTH CRISIS BEDS (MHCB)

### TABLE 16. FEMALE MHCB FORECAST TABLE

| MHCB - FEMALE | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | --- ACTUAL --- | | | | | | | | | | | --- FORECAST --- | | | | |
| Fiscal Year Ending (June 30) | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| CDCR Total Female Population | 6,128 | 6,130 | 5,729 | 5,869 | 5,849 | 5,770 | 5,533 | 3,640 | 3,839 | 3,656 | 3,767 | 3,727 | 3,689 | 3,664 | 3,652 | 3,590 |
| Census Rate | 2.29 | 3.05 | 3.78 | 4.76 | 4.63 | 4.31 | 4.09 | 2.71 | 3.38 | 3.75 | 4.01 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Avg Program Census | 13.9 | 16.7 | 16.3 | 17.7 | 17.5 | 20.4 | 21.4 | 9.2 | 12.2 | 12.65 | 14.00 | | | | | |
| Avg Pending List | 0.10 | 2.00 | 5.35 | 10.23 | 9.52 | 4.45 | 1.21 | 0.71 | 0.83 | 1.06 | 1.12 | | | | | |
| Total Avg Daily Census (ADC) | 14.0 | 18.7 | 21.6 | 28.0 | 27.1 | 24.8 | 22.7 | 9.9 | 13.0 | 13.7 | 15.1 | 15.0 | 14.8 | 14.7 | 14.7 | 14.4 |
| Bed Need (90% Occ) | 16 | 21 | 24 | 31 | 30 | 28 | 25 | 11 | 14 | 15 | 17 | 17 | 16 | 16 | 16 | 16 |

| | | | | | |
|---|---|---|---|---|---|
| Forecast Based on Spring 2024 | 19 | 18 | 17 | 17 | 17 |
| Forecast Based on Fall 2023 | 16 | 15 | 15 | 14 | 14 |
| Forecast Based on Spring 2023 | 14 | 15 | 15 | 15 | |

CDCR has a current capacity of 41 MHCBs for female patients at CIW and CCWF. The Fall 2024 study forecasts a bed need of 17 or 2.3 beds lower than forecasted in the Spring study. The forecasted years averaged 0.85 beds lower (-4.9%) than the Spring study. No CRAF adjustment was applied.

## ENHANCED OUTPATIENT PROGRAM (EOP) – GENERAL POPULATION (EOP-GP)

### TABLE 17. FEMALE EOP-GP FORECAST TABLE

| EOP-GP - FEMALE | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | --- ACTUAL --- | | | | | | | | | | | --- FORECAST --- | | | | |
| Fiscal Year Ending (June 30) | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| CDCR Total Female Population | 6,128 | 6,130 | 5,729 | 5,869 | 5,849 | 5,770 | 5,533 | 3,640 | 3,839 | 3,656 | 3,767 | 3,727 | 3,689 | 3,664 | 3,652 | 3,590 |
| Census Rate | 20.87 | 22.85 | 27.03 | 32.89 | 37.59 | 34.44 | 30.02 | 34.18 | 31.86 | 34.57 | 36.91 | 36.91 | 36.91 | 36.91 | 36.91 | 36.91 |
| Total Avg Daily Census (ADC) | 127.9 | 140.1 | 154.9 | 193.0 | 219.9 | 198.7 | 166.1 | 124.4 | 122.3 | 126.4 | 139.1 | 137.6 | 136.2 | 135.3 | 134.8 | 132.5 |
| Bed Need (95% Occ) | 135 | 147 | 163 | 203 | 231 | 209 | 175 | 131 | 129 | 133 | 146 | 145 | 143 | 142 | 142 | 139 |

| | | | | | |
|---|---|---|---|---|---|
| Forecast Based on Spring 2024 | 146 | 136 | 132 | 130 | 129 |
| Forecast Based on Fall 2023 | 139 | 133 | 130 | 126 | 123 |
| Forecast Based on Spring 2023 | 133 | 135 | 135 | 136 | |

CDCR has a current capacity of 225 for female EOP patients within 2 female institutions. The Fall study forecasts a bed need of 146 for FY 2024 which is the same as forecast in the Spring study. The census rate for FY2024 increased 6.8% over FY2023. The forecast years average about 8.8% higher than the Spring study forecast. No CRAF was applied to the census rate.

## RESTRICTED HOUSING UNIT (RHU)

TABLE 18. FEMALE RESTRICTED HOUSING UNIT (RHU) FORECAST TABLE

| RHU - FEMALE | --- ACTUAL --- | | | | | 2024 | --- FORECAST --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year Ending (June 30) | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| CDCR Total Female Population | 5,770 | 5,533 | 3,640 | 3,839 | 3,656 | 3,767 | 3,727 | 3,689 | 3,664 | 3,652 | 3,590 |
| Census Rate | 3.33 | 2.72 | 2.35 | 5.02 | 4.37 | 2.41 | 2.41 | 2.41 | 2.41 | 2.41 | 2.41 |
| Total Avg Daily Census (ADC) | 19.2 | 15.1 | 8.5 | 19.3 | 16.0 | 9.1 | 9.0 | 8.9 | 8.8 | 8.8 | 8.7 |
| Bed Need (95% Occ) | 20 | 16 | 9 | 20 | 17 | 13 | 9 | 9 | 9 | 9 | 9 |

| | | | | | | 2024 | 2025 | 2026 | 2027 | 2028 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Forecast Based on Spring 2024 | 14 | 12 | 12 | 12 | 11 | |
| | | | | | Forecast Based on Fall 2023 | 17 | 17 | 16 | 16 | 16 | |
| | | | | | Forecast Based on Spring 2023 | 17 | 18 | 18 | 18 | | |

Starting in November 2023, the EOP-ASU and PSU beds were incorporated into the RHU program and CDCR provided consolidated data since November 2023. For July-October the ASU and PSU weekly data were combined to provide a full base year for the consolidated program.

CDCR had a capacity of 30 beds for RHU. (Prior to November the capacities were 20 beds for EOP-ASU and 10 beds for PSU).

The Fall study forecasts a bed need 13 for FY2024 which is 1.5 beds lower than the previous Spring forecast (combined EOP-AdSeg and PSU). The forecasted years also averaged 20% lower than the Spring study.

No CRAF adjustment was applied.

## CORRECTIONAL CLINICAL CASE MANAGEMENT SYSTEM (CCCMS)

TABLE 19. FEMALE CCCMS FORECAST TABLE

| CCCMS - FEMALE | --- ACTUAL --- | | | | | | | | | | 2024 | --- FORECAST --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year Ending (June 30) | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| CDCR Total Female Population | 6,128 | 6,130 | 5,729 | 5,869 | 5,849 | 5,770 | 5,533 | 3,640 | 3,839 | 3,656 | 3,767 | 3,727 | 3,689 | 3,664 | 3,652 | 3,590 |
| Census Rate | 336.3 | 344.3 | 325.9 | 358.1 | 383.7 | 384.6 | 387.2 | 445.4 | 471.7 | 473.4 | 480.6 | 480.6 | 480.6 | 480.6 | 480.6 | 480.6 |
| Total Avg Daily Census (ADC) | 2,061 | 2,111 | 1,867 | 2,102 | 2,244 | 2,219 | 2,142 | 1,621 | 1,811 | 1,731 | 1,811 | 1,791 | 1,773 | 1,761 | 1,755 | 1,726 |

| | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| Forecast Based on Spring 2024 | 1,778 | 1,655 | 1,613 | 1,588 | 1,571 |
| Forecast Based on Fall 2023 | 1,832 | 1,753 | 1,713 | 1,660 | 1,625 |
| Forecast Based on Spring 2023 | 1,833 | 1,891 | 1,911 | 1,916 | |

CDCR had an average capacity in FY2024 of 1,769 for female CCCMS patients within all three female institutions. The Fall 2024 Study projects a bed need of 1,811 for FY2024 which is 32 beds higher (1.8%) than the Spring forecast. The forecast years average 10% higher in the forecast years.

## CONCLUSION

The Fall 2024 Study (excluding CCCMS) forecasts a higher total bed need compared to the Spring 2024 study for FY 2025 of 703 beds (7.7%). The Fall study trends higher throughout the forecast years.



**MHSDS BED NEED (excluding CCCMS) Fall 2024 vs. Spring 2024**

| | FY09 | FY10 | FY11 | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 | FY23 | FY24 | FY25 | FY26 | FY27 | FY28 | FY29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Historical Bed Need | 6,610 | 7,040 | 7,341 | 6,767 | 6,472 | 7,306 | 8,329 | 8,959 | 9,916 | 10,25 | 9,012 | 9,115 | 8,220 | 8,498 | 8,705 | 9,774 | | | | | |
| Bed Need Fall 2024 | | | | | | | | | | | | | | | | 9,774 | 9,401 | 9,217 | 9,122 | 8,967 | 8,782 |
| Bed Need Spring 2024 | | | | | | | | | | | | | | | | 9,071 | 8,676 | 8,557 | 8,459 | 8,344 | |
| Bed Need Fall 2023 | | | | | | | | | | | | | | | | 8,800 | 8,490 | 8,366 | 8,148 | 7,964 | |